# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division* 

Stephen McCollum, et al.
_____
Plaintiff

v.

Brad Livingston, et al.
_____
Defendant

3:12-cv-02037
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Stephen McCollum, Stephanie Kingrey and Sandra McCollum
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Stephanie Kingrey, Stephen McCollum, Sandra McCollum, the Estate of Larry Gene McCollum, Jeff Pringle, Brad Livingston, the Texas Department of Criminal Justice.

| | |
|---|---|
| Date: | July 2, 2012 |
| Signature: | /s/ Scott Medlock |
| Print Name: | Scott Medlock |
| Bar Number: | 24044783 |
| Address: | 1405 Montopolis |
| City, State, Zip: | Austin, TX 78741 |
| Telephone: | 512-474-5073 |
| Fax: | 512-474-0726 |
| E-Mail: | smedlock@texascivilrightsproject.or |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons