AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-02037-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Texas Department of Criminal Justice__

was received by me on *(date)* __07/24/2012__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Tina Rodriguez (Executive Assistant)__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Texas Department of Criminal Justice at 209 W. 14th Street, Austin, TX at 3:45 pm__ on *(date)* __07/24/2012__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __07/24/2012__

_____
*Server's signature*

__Jason Carson   Process Server__
*Printed name and title*

106 E. 6th Street
Suite 800
Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc: