AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| STEPHEN McCOLLUM, et al. <br><br> *Plaintiff* <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:12-cv-02037 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeff Pringle
Hutchins State Jail
1500 East Langdon Rd.
Dallas, TX 75241

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Medlock
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/11/2012                                   s/ C. Applebee
                                                              *Signature of Clerk or Deputy*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:112-CV-02037

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeff Pringle

was received by me on *(date)*  07/26/2012  .

☑ I personally served the summons on the individual at *(place)*  1500 East Langdon Road, Dallas, TX 75241
on *(date)*  07/27/2012  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  07/27/2012

*April J. Smith*
*Server's signature*

April J. Smith  Private Process Server SCH 2181 exp 8/31/15
*Printed name and title*

605 Thornwood Trail
Grand Prairie, TX 75052
*Server's address*

Additional information regarding attempted service, etc:

# **AFFIDAVIT OF SERVICE**

State of Texas      County of NORTHERN DISTRICT      United States District Court Court

Case Number: 3:112-CV-02037

Plaintiff:
STEPHEN MCCOLLUM, STEPHANIE KINGREY, AND SANDRA MCCOLLUM, IND AND AS HEIRS AT LAW TO THE ESTATE OF LARRY GENE MCCOLLUM
vs.
Defendant:
BRAD LIVINGSTON, JEFF PRINGLE, AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE

For: Andres Martinez
    TEXAS CIVIL RIGHTS PROJECT

Received by TEXAS CIVIL RIGHTS PROJECT on the 26th day of July, 2012 at 3:55 pm to be served on JEFF PRINGLE HUTCHINS STATE JAIL, 1500 EAST LANGDON ROAD, DALLAS, TX 75241. I, _April J. Smith_, being duly sworn, depose and say that on the _26th_ day of _July_, 20_12_ at _4:20 p_.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: By Personally delivering the documents to :
_Jeff Pringle_ Described to be _M_ (Sex) _35_ (Approx age) _5'11_ (Height) _190_ (Approx Weight) _Brown_ (Hair color)

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No    If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single    Name of Spouse _____

**COMMENTS:**

## AFFIDAVIT OF SERVICE for 3:112-CV-02037

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 28th day of July, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC


BOISE B. SMITH
MY COMMISSION EXPIRES
December 2, 2012

_April J Smith_
PROCESS SERVER # SCH 2181 exp 8/31/2015
Appointed in accordance with State Statutes

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis
Austin, TX 78741
(512) 474-5073

Our Job Serial Number: 2012003924

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m