UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

The parties are in the process of scheduling depositions. Due to the holidays, and the number of witnesses, the parties need additional time to take the fact witnesses relevant to the claims and so that experts have time to review them and prepare reports.

Accordingly, Plaintiffs ask that the deadlines be extended as follows:

a) The deadline to add parties and amend pleadings April 1, 2013.

b) Plaintiff's Expert Designations and Rule 26(a)(2)(B) disclosures – April 13, 2013;

c) Defendants' Expert Designations and Rule 26(a)(2)(B) disclosures – May 13, 2013;

d) Discovery – September 1, 2013;

e) Mediation – March 15, 2013;

f) Dispositive Motions – August 1, 2013.

Extending time deadlines will not delay trial, which is set for October 7, 2013.

Defendants' counsel are not opposed and are in agreement with the motion.

1

Respectfully submitted,

The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701
Tel.    512-623-7727
Fax.    512-623-7729

By     /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
*Lead Counsel*

/s/Scott Medlock
Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200

2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
*Local Counsel*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel has conferred with Defendants' counsel concerning this motion and reached an agreement.

/s/<br>Jeff Edwards

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

/s/<br>Jeff Edwards