UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

# ORDER

After considering Plaintiffs' Unopposed Motion to Amend Scheduling Order, any and all reply briefings, the arguments of counsel, and all applicable laws, the Court grants Plaintiffs' Unopposed Motion to Amend Scheduling Order and orders as follows:

a) The deadline to add parties and amend pleadings <u>April 1, 2013</u>.

b) Plaintiff's Expert Designations and Rule 26(a)(2)(B) disclosures – <u>April 13, 2013</u>;

c) Defendants' Expert Designations and Rule 26(a)(2)(B) disclosures – <u>May 13, 2013</u>;

d) Discovery – <u>September 1, 2013</u>;

e) Mediation – <u>March 15, 2013</u>;

f) Dispositive Motions – <u>August 1, 2013</u>.

_____
UNITED STATES DISTRICT JUDGE