UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

## ORDER

After considering Plaintiffs' and Defendants' Motion to Appoint Magistrate Judge Andy Austin to Mediate, any and all reply briefings, the arguments of counsel, and all applicable laws, the Court grants Plaintiffs' and Defendants' Motion to Appoint Magistrate Judge Andy Austin to Mediate this case:

_____

UNITED STATES DISTRICT JUDGE