UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_____
Plaintiff

v.                                                                      _____
                                                                         Civil / Criminal Action No.

_____
Defendant

**NOTICE OF CORRECTION OF SIGNATURE OMISSION**

On _____ I submitted a document by electronic means that was entered on the docket as document number _____, titled

\[                                                                                                                                    \]

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper.  My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date: _____     s/ _____

                                                      Bar Number: _____

                                                      Address: _____

                                                                       _____

                                                                       _____

                                                      Telephone: _____

                                                      Fax: _____

                                                      E-mail: _____

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil or Criminal/Notices/Notice of Correction of Signature Omission