IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

**ORDER**

On this day came before the Court **Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings.** The Court, having considered the motion and opposition hereby **GRANTS** the request for a protective order.

SIGNED and ENTERED on this the _____ day of _____, 2013.

_____
**UNITED STATES DISTRICT JUDGE**