IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, Individually and as heirs at law to the Estate of Larry Gene McCollum, <br><br>Plaintiffs, <br><br>v. <br><br>**BRAD LIVINGSTON, JEFF PRINGLE,** and **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, <br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Action No. **3:12-CV-2037-L** |

## AMENDED MEDIATION ORDER

Before the court is Plaintiffs' and Defendants' Motion to Appoint Magistrate Judge Andy Austin to Mediate, filed January 29, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Magistrate Judge Andy Austin will conduct the mediation of this case.

The parties are **directed** to participate in mediation by **March 15, 2013.** The parties shall appear **in person** before Magistrate Judge Andy Austin and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. The mediator shall submit a report to the court within five days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the

**Amended Mediation Order – Page 1**

form in a timely fashion.  The mediator is ordered to return the form to the clerk of the court (not to the undersigned's chambers) in accordance with the clerk's instructions.  The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

      **It is so ordered** this 5th day of February, 2013.

                                          Sam A. Lindsay
                                          United States District Judge