# Exhibit 2

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: NS

7-19-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75° | 71% | 77° | Buxton |
| 7:30 a.m. | 79° | 73% | 85° | Buxton |
| 8:30 a.m. | 89° | 67% | 100° | Buxton |
| 9:30 a.m. | 99° | 64% | 120° | Buxton |
| 10:30 a.m. | 112 | 65% | 149° + | Buxton |
| 11:30 a.m. | 124° | 65% | 149° + | Buxton |
| 12:30 p.m. | 112° | 65% | 149° + | Buxton |
| 1:30 a.m. | 114° | 59% | 150° + | Buxton |
| 2:30 p.m. | 104° | 48% | 117° | Echas Cos |
| 3:30 p.m. | 105° | 45% | 117° | Echas Cos |
| 4:30 p.m. | 108° | 43% | 120° | Echas Cos |
| 5:30 p.m. | 107° | 40% | 118 | Echas Cos |
| 6:30 p.m. | 107° | 37% | 116 | Echas Cos |

OPEN RECORDS

001492