# Exhibit 3

History | Weather Underground

# History for Dallas Love, TX

Thursday, July 21, 2011
Thursday, July 21, 2011

« Previous Day     July ▼   21 ▼   2011 ▼ [View]     Next Day »

**Daily** | Weekly | Monthly | Custom

|  |  | Actual | Average | Record |
|---|---|---|---|---|
| **Temperature** | | | | |
| | Mean Temperature | **91** °F | - | |
| | Max Temperature | **102** °F | **95** °F | **108** °F (2012) |
| | Min Temperature | **82** °F | **76** °F | **73** °F (1999) |
| | Cooling Degree Days | 26 | | |
| | Growing Degree Days | 41 (Base 50) | | |
| **Moisture** | | | | |
| | Dew Point | **65** °F | | |
| | Average Humidity | 42 | | |
| | Maximum Humidity | 63 | | |
| | Minimum Humidity | 26 | | |
| **Precipitation** | | | | |
| | Precipitation | **0.00** in | - | - () |
| **Sea Level Pressure** | | | | |
| | Sea Level Pressure | **29.83** in | | |
| **Wind** | | | | |
| | Wind Speed | **11** mph (SSE) | | |
| | Max Wind Speed | **15** mph | | |
| | Max Gust Speed | **22** mph | | |
| | Visibility | **10** miles | | |
| | Events | | | |

**Averages and records for this station are not official NWS values.**

Click here for data from the nearest station with official NWS data (KDFW).     **Source:** NWS Daily Summary
**T** = Trace of Precipitation, **MM** = Missing Value

[Seasonal Weather Averages]



Certify This Report

## Hourly Observations

| Time (CDT) | Temp. | Heat Index | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:53 AM | 89.1 °F | 91.3 °F | 66.0 °F | 46% | 29.83 in | 10.0 mi | South | 13.8 mph | - | N/A | | Partly Cloudy |
| 1:53 AM | 88.0 °F | 90.7 °F | 66.9 °F | 49% | 29.83 in | 10.0 mi | South | 15.0 mph | - | N/A | | Partly Cloudy |
| 2:53 AM | 86.0 °F | 89.4 °F | 68.0 °F | 55% | 29.84 in | 10.0 mi | South | 9.2 mph | - | N/A | | Clear |
| 3:53 AM | 86.0 °F | 89.4 °F | 68.0 °F | 55% | 29.84 in | 10.0 mi | South | 10.4 mph | - | N/A | | Clear |
| 4:53 AM | 84.9 °F | 88.2 °F | 68.0 °F | 57% | 29.84 in | 10.0 mi | South | 9.2 mph | - | N/A | | Partly Cloudy |
| 5:53 AM | 84.0 °F | 87.8 °F | 69.1 °F | 61% | 29.85 in | 10.0 mi | South | 8.1 mph | - | N/A | | Partly Cloudy |
| 6:53 AM | 82.9 °F | 86.5 °F | 69.1 °F | 63% | 29.87 in | 10.0 mi | South | 9.2 mph | - | N/A | | Scattered Clouds |
| 7:53 AM | 84.2 °F | 88.4 °F | 69.8 °F | 62% | 29.90 in | 10.0 mi | South | 10.4 mph | - | N/A | | Partly Cloudy |
| 8:53 AM | 86.0 °F | 90.1 °F | 69.1 °F | 57% | 29.88 in | 10.0 mi | Variable | 4.6 mph | - | N/A | | Partly Cloudy |
| 9:53 AM | 88.0 °F | 92.1 °F | 69.1 °F | 53% | 29.88 in | 10.0 mi | SSW | 6.9 mph | - | N/A | | Scattered Clouds |
| 10:53 AM | 90.0 °F | 93.6 °F | 68.0 °F | 48% | 29.88 in | 10.0 mi | South | 5.8 mph | - | N/A | | Partly Cloudy |
| 11:53 AM | 93.0 °F | 97.4 °F | 68.0 °F | 44% | 29.87 in | 9.0 mi | SSE | 5.8 mph | - | N/A | | Partly Cloudy |
| 12:53 PM | 96.1 °F | 99.9 °F | 66.9 °F | 38% | 29.86 in | 10.0 mi | SSE | 12.7 mph | - | N/A | | Scattered Clouds |
| 1:53 PM | 98.6 °F | 102.8 °F | 66.2 °F | 35% | 29.86 in | 10.0 mi | South | 13.8 mph | 20.7 mph | N/A | | Partly Cloudy |
| 2:53 PM | 100.0 °F | 103.0 °F | 64.0 °F | 31% | 29.81 in | 10.0 mi | SE | 13.8 mph | 21.9 mph | N/A | | Partly Cloudy |
| 3:53 PM | 100.9 °F | 103.3 °F | 63.0 °F | 29% | 29.80 in | 10.0 mi | SE | 15.0 mph | - | N/A | | Partly Cloudy |
| 4:53 PM | 100.9 °F | 101.6 °F | 60.1 °F | 26% | 29.78 in | 10.0 mi | South | 11.5 mph | 20.7 mph | N/A | | Partly Cloudy |
| 5:53 PM | 100.0 °F | 100.2 °F | 59.0 °F | 26% | 29.77 in | 10.0 mi | South | 10.4 mph | 21.9 mph | N/A | | Partly Cloudy |

| Time | Temp | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed | Precip | Events | Conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:53 PM | 100.0 °F | 100.2 °F | 59.0 °F | 26% | 29.76 in | 10.0 mi | SSE | 13.8 mph | - | N/A | Clear |
| 7:53 PM | 98.1 °F | 97.7 °F | 59.0 °F | 27% | 29.75 in | 10.0 mi | SSE | 15.0 mph | - | N/A | Partly Cloudy |
| 8:53 PM | 97.0 °F | 96.9 °F | 60.1 °F | 29% | 29.76 in | 10.0 mi | SSE | 10.4 mph | - | N/A | Partly Cloudy |
| 9:53 PM | 96.1 °F | 96.0 °F | 60.1 °F | 30% | 29.78 in | 10.0 mi | SSE | 11.5 mph | - | N/A | Scattered Clouds |
| 10:53 PM | 93.9 °F | 94.0 °F | 61.0 °F | 33% | 29.80 in | 10.0 mi | SE | 9.2 mph | - | N/A | Scattered Clouds |
| 11:53 PM | 93.0 °F | 93.0 °F | 61.0 °F | 34% | 29.81 in | 10.0 mi | SSE | 12.7 mph | - | N/A | Clear |

Show full METARS | METAR FAQ | Comma Delimited File