# Exhibit 4



**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

August 16, 2011

The Honorable Sylvester Turner
Texas State Representative
Room: CAP 1W.06, Capitol
P. O. Box 2910
Austin, Texas 78768

Dear Representative Turner:

The Texas Department of Criminal Justice (TDCJ) appreciates your concern regarding the extreme heat condition currently being experienced by the TDCJ staff and offender population. The TDCJ is equally concerned about the importance of the safety and welfare of the staff and offender population and has implemented various preventative measures and protocols to mitigate the effects of adverse weather conditions.

System-wide protocols are, and will continue to remain in place in order to address the effects of the extreme temperatures and heat. These protocols include, but are not limited to: increase the awareness of staff and offenders on the signs and treatment for heat related illnesses; providing additional water and ice in the work and housing areas, including more frequent water breaks; restricting outside activity (work hours); allowing additional showers; allowing offenders to wear shorts in the dayrooms and recreational areas; and by appropriately assigning and rotating the offenders and staff in housing and work areas. In addition, to continue to mitigate the effects of the extreme heat on offenders and staff the Correctional Institutions Division is working closely with the Facilities Division to maximize all ventilation systems.

Through consultation with the offender medical and transportation staff, the TDCJ has incorporated preventative measures by developing profiles for offenders who may be of a higher risk of being susceptible to heat. Through this process, identified offenders are scheduled to be transported during the coolest hours of the day. This information is also utilized by correctional staff working in the offender housing areas to conduct additional wellness checks on these offenders.

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-2101
www.tdcj.state.tx.us

000026

Note, where there are fans available for recycling to the offender population, the agency is actively providing fans to our indigent offenders through the loaner fan program.

The TDCJ understands its responsibility and is committed to ensuring the safety and welfare of our staff and offenders. The agency has taken a number of actions to mitigate the impact of extreme heat and will continue to examine any means that may provide further assistance.

Please do not hesitate to contact me, should you have further questions or concerns.

Sincerely,

Brad Livingston
Executive Director

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-2101
www.tdcj.state.tx.us

000027