UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**ORDER DENYING DEFENDANT LIVINGSTON'S MOTION FOR A PROTECTIVE ORDER AND MOTION TO QUASH DEPOSITION**

This court, having considered Defendant Brad Livingston's Motion for a Protective Order (Doc. 20) and Motion to Quash (Doc. 21), Plaintiffs' response, and after hearing the arguments of counsel, hereby DENIES the motions in their entirety.

The Plaintiff may conduct the deposition of Brad Livingston pursuant to the Federal Rules of Civil Procedure on a date mutually agreed upon by the parties.

_____
Renee H. Toliver
Magistrate Judge, United States District Court