UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br><br> BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME**

Plaintiffs respectfully ask the Court to extend the deadline to respond to Defendant Livingston's Motion for Judgment on the Pleadings (Doc. 19) filed on February 1, 2013.

Pursuant to Local Rule CV-7.1(e), Plaintiff's response to the Motion to Dismiss is due February 22, 2013. Plaintiffs requests the response deadline be extended to April 8, 2013. This request is made to allow Plaintiffs to complete discovery on a schedule mutually agreed to by the parties.

Pursuant to this Court's order of February 5, 2013, this case is not set for trial until February 2014. The deadline for dispositive motions is not until September 16, 2013. Granting this motion will not delay any proceedings.

The request is made for good cause, not to cause delay.

Dated: February 21, 2013

Respectfully submitted,

The Edwards Law Firm
The Bremond Houston House

706 Guadalupe
Austin, Texas 78701
    Tel.   512-623-7727
    Fax.  512-623-7729

By    /s/ Scott Medlock
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel

Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

## **CERTIFICATE OF CONFERENCE**

By my signature above, I certify I conferred with counsel for the Defendants, Bruce Garcia, and he is unopposed to this motion.