UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEPHEN McCOLLUM, STEPHANIE      §
KINGREY, and SANDRA McCOLLUM,     §
individually and as heirs at law to the Estate  §
of LARRY GENE McCOLLUM,           §
                    PLAINTIFFS    §
                                   §
v.                                 §          CIVIL ACTION NO.
                                   §            3:12-cv-02037
                                   §
BRAD LIVINGSTON, JEFF PRINGLE,    §
and the TEXAS DEPARTMENT OF        §
CRIMINAL JUSTICE.                  §
                    DEFENDANTS    §

## ORDER

Having considered Plaintiffs' Unopposed Motion for Extend Time, the Court is of the

opinion the Motion should be granted.

Plaintiff's deadline to respond to Defendant Livingston's Motion for Judgment on the

Pleadings (Doc. 19) shall be extended to **April 8, 2013**.

IT IS, THEREFORE, ORDERED, that Plaintiff's Motion is GRANTED.


SO ORDERED this _____ day of _____, 2013.


                                   _____
                                   Sam A. Lindsey
                                   UNITED STATES DISTRICT JUDGE