UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

### PLAINTIFFS' AND DEFENDANTS' MOTION TO EXTEND DEADLINE TO MEDIATE WITH JUDGE AUSTIN ON MARCH 28, 2013

Previously, the Court ordered mediation before Judge Austin to occur before March 15, 2013. Unfortunately, Judge Austin's criminal docket prevented scheduling the mediation prior to this deadline.

Following discussions with counsel and Judge Austin, the parties (which include several representatives of TDCJ and the plaintiffs) are able to mediate on March 28, 2013 and have scheduled mediation for that day, subject to this Court's order.

Accordingly, Plaintiffs and Defendants jointly ask the Court to extend the deadline to mediate until March 28, 2013. This will not delay trial or discovery.

Respectfully submitted,

The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701
Tel.    512-623-7727
Fax.   512-623-7729
By____/s/ Jeff Edwards_____
JEFF EDWARDS
State Bar No. 24014406
*Lead Counsel*

/s/Scott Medlock_____
Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
*Local Counsel*

ATTORNEYS FOR PLAINTIFFS

/s/Bruce R. Garcia
Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel has conferred with Defendants' counsel concerning this motion and reached an agreement.


Jeff Edwards

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

/s/
Jeff Edwards