## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion to Extend Time, filed February 21, 2013.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, the deadline for Plaintiffs to respond to Defendant Livingston's FRCP 12(c) Motion for Judgement[sic] on the Pleadings is extended from February 22, 2013, to **April 8, 2013**.  No further extensions will be granted.

**It is so ordered** this 5th day of March, 2013.

Sam A. Lindsay
United States District Judge

**Order - Solo Page**