IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, **and SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Plaintiffs' and Defendants' Motion to Extend Deadline to Mediate with Judge Andrew Austin on March 28, 2013, filed March 4, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadline for the parties to mediate with Judge Austin is extended from March 15, 2013, to **March 28, 2013**.

**It is so ordered** this 5th day of March, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Solo Page