# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **Stephanie McCollum,** *et al.,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:12-CV-02037** |
| | § | |
| **Brad Livingston,** *et al.,* | § | |
| **Defendants.** | § | **JURY DEMAND** |

## DEFENDANT BRAD LIVINGSTON'S RESPONSES TO PLAINTIFF STEPHEN McCOLLUM'S FIRST SET OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

**TO:**   Jeff Edwards, The Edward Law Firm, The Bremond Houston House, 706 Guadalupe, Austin, Texas 78701; Scott Medlock, Brian McGiverin, James C. Harrington, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, Texas 78741; and Eliot Shavin, 2600 State Street, Dallas, Texas 75204

COMES NOW the Defendant, Brad Livingston, by and through counsel, the Texas Attorney

General's Office, and offers the following **Defendant Brad Livingston's Responses to Plaintiff**

**Stephen McCollum's First Set of Requests for Production and Interrogatories.**

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

1

_B——R.A_

**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060
So. Dist. Bar No. 18934

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**
**TEXAS DEPARTMENT OF CRIMINAL**
**JUSTICE, BRAD LIVINGSTON AND JEFF**
**PRINGLE**

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA,** Assistant Attorney General of Texas, do hereby certify that a true

and correct copy of the above and foregoing **Defendant Brad Livingston's Responses to Plaintiff**

**Stephen McCollum's First Set of Requests for Production and Interrogatories** has been served

by courier services on this the 21st day of December, 2012 addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

_B——R./L_

**BRUCE R. GARCIA**
Assistant Attorney General

-2-

2

## FIRST SET OF INTERROGATORIES

1.  Identify all steps you took to protect Larry McCollum from heat index temperatures in the Hutchins Unit in excess of 90 degrees.

**RESPONSE:** I did not know Larry McCollum.

2.  Identify all heat-related injuries (refer to definition paragraph R) to inmates in Texas Department of Criminal Justice facilities at any TDCJ unit you were aware of during your employment with TDCJ.

**RESPONSE:** Objection, overly broad and unduly burdensome, not limited in time or scope, seeks information that is privileged under HIPAA. Subject to and without waiving, I am not personally aware of any specific offender's heat related injuries.

3.  Identify all heat-related injuries to employees of the Texas Department of Criminal Justice working in Texas Department of Criminal Justice facilities at any TDCJ unit during the term of your employment, including, but not limited to, injuries where employees filed workers compensation claims.

**RESPONSE:** Objection, overly broad and unduly burdensome, not limited in time or scope, seeks information that is privileged under HIPAA. Subject to and without waiving, I am not personally aware of any specific employee's heat related injuries.

4.  Identify all training you received about heat safety during your employment at the Texas Department of Criminal Justice.

**RESPONSE:** I have not received training about heat safety during my employment with Texas Department of Criminal Justice.

–3–

3