# Exhibit D

```
CSSIR042                  TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/05/2013
RDA5325/2189          RISK MANAGEMENT INCIDENT REPORTING SYSTEM             14:56:35PM
                              COMPLETE INCIDENT REPORT


                                                                       PAGE: 0001

UPDATE USERID: RST0054   DATE: 06/25/2009 TIME: 13:59:40
INCIDENT #: 000355937 TDCJID: ████████ SID: ████████ INCIDENT DATE: 06/24/2009
REPORT: N (Y/N) NAME: ████████████████         AGE: ███ TYPE: TF  CUSTDY: G2
SEX: M UNIT: HJ  DIV: 2   REGION: 2  LS: 0011


URMC USERID: RST0054              NAME: STORIE, ROY V            PL OF ASMT: HJ
------------------------------- URMC DATA ENTRY -------------------------------
01 12   INCIDENT TIME : 12:00-12:59P
02 16   DEPT OF ASGNMT: OPERATIONS/MAINTENANCE
03 50   SPEC. LOCATION: TURNOUT AREA
04 39   ACTIVITY      : STANDING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT CRAMPS/HEAT STROKE
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT

**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                                PF12 -SI00
```

1

```
CSSIR042                TEXAS DEPARTMENT OF CRIMINAL JUSTICE            02/05/2013
RDA5325/2189         RISK MANAGEMENT INCIDENT REPORTING SYSTEM           14:56:44PM
                              COMPLETE INCIDENT REPORT


                                                                      PAGE: 0002

09 75   INJURY CAUSE  : OVER-EXPOSURE: HEAT RELATED
10 28   UNSAFE COND   : OVEREXPOSURE TO WEATHER CONDITIONS (HEAT/COLD/WIND ETC.
11 27   UNSAFE ACT    : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)

CASE SUMMARY:           OVER EXPOSER TO HEAT CONDITIONS IN WORK AREA
RCMMD CA: 01                    CA: 01                CA DATE: 06/25/2009
EAC#: I  _____ __ __       UOF#: M _ _____ __ __
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 06/25/2009 TIME: 13:59:40)
ON 06/25/2009 AND AT APROXIMATELY 12:00 PM OFFENDER ████████████DCJ
# ████████ BEGIN TO SHOW SIGNS OF HEAT STRESS. OFFENDER ████████ HAD
BEEN WORKING ON A COMPRESSOR UNIT EARLIER IN THE DAY. AT APPROXIMATELY
11:00 AM MR J. BAKER'S MAINTENANCE CREW TURNED IN FOR THEIR LUNCH BREAK.

**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                                PF12 -SI00
```

2

2RP9-13-02

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189        RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:56:47PM
                            COMPLETE INCIDENT REPORT
```

PAGE: 0003

AT APPROXIMATELY 11:35 AM OFFENDER ███████████ WAS STANDING AT THE
TURN OUT GATE WHEN MR. J. BAKER WITNESSED OFFENDER ████████ VOMIT.
MR J. BAKER THEN TOOK HIM TO THE UNIT INFIRMARY. THE OUTSIDE HEAT AND
HUMIDITY INDEX FROM THE BACK GATE READING WAS 101. THIS READING INDICATED
A POSSIBLE HEAT EXHAUSTION STATE. OFFENDER ███████████ WAS TREATED FOR
HEAT RELATED SYMPTOMS BY LVN LEWIS AT THE UNIT INFIRMARY. OFFENDER ██████
REMAINED IN THE INFIRMARY FOR SEVERAL HOURS UNDER OBSERVATION.

```
**LAST RECORD SELECTED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD    PF9 -SCRN PRNT
                                                                     PF12 -SI00
```

3