UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br>        PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>        DEFENDANTS | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES**

  This court, having considered Plaintiffs' motion to compel discovery, hereby GRANTS the motion in its entirety. Defendant Texas Department of Criminal Justice is ordered to fully answer Stephen McCollum's Interrogatories No. 2 and 4 and produce documents responsive to Stephen McCollum's Request for Production No. 9 within 10 days.

  The Court further awards Plaintiffs attorneys' fees in the amount of _____.

                 _____
                 Sam Lindsey
                 United States District Judge