IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|     *Defendants*. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR
<u>EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL</u>**

Defendants' were served with a motion to compel on March 8, 2013.  Defendants'
response to the motion is due on March 29, 2013.  For the following reasons, Defendants' now
seek an extension of seven days to file their response to Plaintiff's motion.

Defendants' received Plaintiff's motion to compel on March 8, 2013.  On March 11,
Defendant's counsel was assigned to a second chair, a jury trial, in Houston, Texas on March 25,
2013.  Undersigned counsel immediately began preparing for trial in the newly assigned matter
and was out of the office for several days attending witness meetings and a mediation. As a result
Defendants' [1] counsel has been unable to respond to Plaintiff's Motion by the deadline.

In addition, counsel was preparing for and defending depositions in this lawsuit on March
26 and 27th and attending mediation on March 28th.  Friday, March 29, 2013, is a holiday for the
State of Texas and the agency will only be partially staffed until 12:00 noon when the office will
close for the weekend.

As a result of the newly assigned jury trial and the previously scheduled matters in this
case, undersigned counsel has been unable to prepare and file an appropriate response by the
deadline.

---

[1] In addition, counsel was unavailable and out of the office on March 14 and 15th.

1

Plaintiff's are unopposed to the granting of this motion and will not be prejudiced by this short extension as they are unopposed.  Defendants' are not seeking to delay the proceedings and only seek a short seven-day extension of time, or until Friday, April 5, 2013, to file his response.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

 */S/Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, BRAD LIVINGSTON AND
JEFF PRINGLE**

## CERTIFICATE OF CONFERENCE

I spoke with Scott Medlock and he is unopposed to the granting of this motion.

*/S/Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Northern District of Texas, on this the 28th day of March, 2013.

*/S/ Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

On March 28, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify  that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

*/S/Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General