UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

## PLAINTIFFS' UNOPPOSED MOTION
## TO EXTEND THE PLEADING AND PARTY DEADLINE BY ONE DAY

The current deadline to amend the pleadings and add parties is April 1, 2013. Unfortunately, Plaintiffs' computer and printing system has been down the majority of the last two days. As a consequence, Plaintiffs respectfully request that the court extend their deadline to add parties and amend pleadings by one day to April 2, 2013. Extending this deadline will not delay trial or affect any other deadline.

Plaintiffs' counsel has conferred with Defendants' counsel and they are not opposed to this extension.

1

Respectfully submitted,

The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701
Tel.    512-623-7727
Fax.    512-623-7729

By____/s/ Jeff Edwards_____
JEFF EDWARDS
State Bar No. 24014406
*Lead Counsel*

/s/Scott Medlock_____
Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200

2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
*Local Counsel*

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel has conferred with Defendants' counsel concerning this motion and Defendants' counsel is unopposed to the motion.

                                                 /s/Jeff Edwards
                                            Jeff Edwards

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

                                                 /s/Jeff Edwards
                                            Jeff Edwards