UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, | § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-2037-L |
| BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § | |
| DEFENDANTS | § | |

**ORDER**

After considering Plaintiffs' Unopposed Motion to Extend the Pleading and Party Deadline by One Day, the lack of opposition, any and all reply briefings, the arguments of counsel, and all applicable laws, the Court grants Plaintiffs' Unopposed Motion to Extend the Pleading and Party Deadline by One Day and orders that Plaintiffs' deadline is now April 2, 2013.

_____

UNITED STATES DISTRICT JUDGE