IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, § § § § § | | |
| Plaintiffs, § § | | |
| v. § § | Civil Action No. **3:12-CV-2037-L** | |
| **BRAD LIVINGSTON, JEFF PRINGLE,** and **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, § § § § | | |
| Defendants. § | | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion to Extend the Pleading and Party Deadline by One Day, filed April 1, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadline for Plaintiffs to amend the pleadings and add parties is extended from April 1, 2013, to **April 2, 2013**.

**It is so ordered** this 2nd day of April, 2013.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order - Solo Page