UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br>   PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>   DEFENDANTS | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE THEIR FIRST AMENDED COMPLAINT**

Plaintiffs, STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM file this Motion for Leave to File Their First Amended Complaint and would show the Court as follows:

The deadline to add parties and amend claims is April 2, 2013.

After filing their Original Complaint alleging that the Texas Department of Criminal Justice and several employees violated Larry Gene McCollum's constitutional rights and caused his death on July 28, 2011, Plaintiffs discovered additional facts that indicate Plaintiffs have claims against other defendants.

Accordingly, Plaintiffs seek leave to amend to add factual detail and to name additional defendants.

Plaintiffs have contacted Counsel for Defendants and he is not opposed to this motion.

As leave to amend should be freely given pursuant to Rule 15 and the pleading deadline has not passed, Plaintiffs ask the Court to grant Plaintiffs' motion for leave to file their First

Amended Complaint, which is attached as Exhibit A to this motion.

        Respectfully submitted,

        The Edwards Law Firm
        The Bremond Houston House
        706 Guadalupe
        Austin, Texas 78701
        Tel.   512-623-7727
        Fax.  512-623-7729
        By\_\_\_\_/s/ Jeff Edwards_____
        JEFF EDWARDS
        State Bar No. 24014406
        *Lead Counsel*

        /s/Scott Medlock_____
        Scott Medlock
        State Bar No. 24044783
        Brian McGiverin
        State Bar No. 24067760
        James C. Harrington
        State Bar No. 09048500

        TEXAS CIVIL RIGHTS PROJECT
        1405 Montopolis Drive
        Austin, TX 78741
        (512) 474-5073 [phone]
        (512) 474-0726 [fax]

        Eliot Shavin
        State Bar No. 18138200
        2600 State Street
        Dallas, Texas 75204
        214-522-2010 (telephone)
        214-720-9594 (fax)
        *Local Counsel*

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Plaintiffs have contacted Counsel for defendants. None are opposed to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

By   /s/ Jeff Edwards
         Jeff Edwards