IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE,** and **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion for Leave to File Their First Amended Complaint, filed April 2, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Plaintiffs must file their First Amended Complaint within **three business days** of this order.

**It is so ordered** this 3rd day of April, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page