IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12cv02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|    *Defendants*. | § | |

**UNOPPOSED MOTION TO WITHDRAW DEFENDANT
LIVINGSTON'S FRCP 12(C) MOTION FOR JUDGMENT
ON THE PLEADINGS WITHOUT PREJUDICE**

Defendant Brad Livingston, through the Attorney General of Texas, files this **Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings without Prejudice.** In support thereof, Livingston would respectfully show the following:

1. Livingston moves the Court to grant this motion to withdraw **Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings**. (D.E. 19).

2. There are new allegations against Livingston contained in **Plaintiffs' First Amended Complaint**. (D.E. 43).

3. Judicial economy will be served by permitting Livingston to withdraw his motion for judgment on the pleadings because it does not adequately address the new allegations raised in the amended complaint.

4. Livingston intends to respond to these new allegations in a motion for summary judgment.

5. For the aforementioned reasons, Livingston moves the Court to grant this unopposed motion to withdraw without prejudice **Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings**. (D.E. 19).

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


 _/S/Bruce R. Garcia_
**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On April 5, 2013, pursuant to Local Rule 7.1, I conferred with Jeff Edwards and Scott Medlock, attorneys for the plaintiffs. They indicated they were not opposed to this motion.

			*/S/Bruce R. Garcia*
			**BRUCE R. GARCIA**
			Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Northern District of Texas, on this the 8th day of April, 2013.

			*/S/ Bruce R. Garcia*
			**BRUCE R. GARCIA**
			Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA,** Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings without Prejudice** has been served by placing same in the United States Mail, postage prepaid, on April 8, 2013 addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

>  */S/ Bruce R. Garcia*
> **BRUCE R. GARCIA**
> Assistant Attorney General