IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12cv02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|     *Defendants*. | § | |

## ORDER

On this day came before the Court **Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings without Prejudice.** The Court, having considered the motion hereby **GRANTS** the motion to withdraw **Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings** (D.E. 19).

SIGNED and ENTERED on this the _____ day of _____, 2013.

_____
**U.S. MAGISTRATE JUDGE**

1