IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, Individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE,** and **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is the Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings Without Prejudice, filed April 8, 2013. The court determines that the motion should be, and is here by, **granted**. Accordingly, Defendant Livington's FRCP 12(c) Motion for Judgment on the Pleadings is withdrawn. The court **directs** the clerk to strike the motion from the docket.

**It is so ordered** this 9th day of April, 2013.

_____
Sam A. Lindsay
United States District Judge

Order - Solo Page