UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**ORDER GRANTING PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY RESPONSES**

This court, having considered Plaintiffs' second motion to compel discovery, hereby GRANTS the motion in its entirety. Defendant Texas Department of Criminal Justice is ordered to fully produce documents responsive to Stephen McCollum's Fourth Set of Requests for Production No. 1 within 10 days.

The Court further awards Plaintiffs attorneys' fees in the amount of $875.00.

_____
Sam Lindsey
United States District Judge