IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*,<br>    *Plaintiffs*, | §<br>§<br>§ |
| v. | §<br>§  CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*,<br>    *Defendants*. | §<br>§ |

# **ORDER**

Came this day to be heard, Plaintiff's Second Motion to Compel Discovery Responses. This Court finds that the motion should be denied.

_____
JUDGE PRESIDING