UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-2037-L |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT DESIGNATION DEADLINES**

Plaintiffs' Expert Designation Deadline is currently June 5, 2013.

Defendants' Expert Designation is currently July 5, 2013.

While Plaintiffs and Defendants have been working diligently on the case, several new defendants have been added to the case as new information was obtained during discovery, including the University of Texas Medical Branch (UTMB) and three correctional officers Plaintiffs allege failed to contact an ambulance or 911 for nearly an hour while the decedent lay seizing and unresponsive.

In light of this, Plaintiffs need to take several additional depositions that bear on experts' opinions in this case, and Defendants, including UTMB, need to depose the plaintiffs, who are from West, Texas, and dealing indirectly with the tragedy that has befallen their community.

Accordingly, Plaintiffs respectfully ask the Court to extend Plaintiffs' expert designation deadline to August 5, 2013 and Defendants' expert designation deadline to September 5, 2013.

Plaintiffs have contacted counsel for each of the defendants. None are opposed to this motion.

Additionally, Plaintiffs' Motion will not delay trial, which is currently set during the month of February 2014.

Respectfully submitted,

The Edwards Law Firm
1101 E. 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.   512-623-7729
By____/s/ Jeff Edwards_____
JEFF EDWARDS
State Bar No. 24014406
*Lead Counsel*

/s/Scott Medlock_____
Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
*Local Counsel*
ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel has conferred with Defendants' counsel concerning this motion. None are opposed to the motion.

/s/
Jeff Edwards

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of May 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Kim Coogan
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

/s/
Jeff Edwards