UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, | § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-2037-L |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § | |
| DEFENDANTS | | |

## **ORDER**

After considering Plaintiffs' Unopposed Motion to Extend Expert Designation Deadlines, any and all reply briefings, the arguments of counsel, and all applicable laws, the Court grants Plaintiffs' Unopposed Motion to Extend Expert Designation Deadlines and Orders that Plaintiffs' deadline is now August 5, 2013 and Defendants' Deadline is now September 5, 2013.

_____

UNITED STATES DISTRICT JUDGE