IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | |

# ORDER

On this day, the Court considered Defendant University of Texas Medical Branch's Motion to Dismiss Under FRCP 12(c). This Court is of the opinion that the Motion should be **GRANTED**. This case is dismissed with prejudice.

SIGNED and ENTERED this _____ day of _____, 2013.

_____
JUDGE PRESIDING