IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Stephanie McCollum,** *et al.*, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-02037 |
| | § | |
| **Brad Livingston,** *et al.*, | § | |
| Defendants. | § | JURY DEMAND |

## NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL ON BEHALF OF DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRAD LIVINGSTON AND JEFF PRINGLE

Defendants Texas Department of Criminal Justice, Brad Livingston and Jeff Pringle designate Assistant Attorney General, Johnathan Stone as co-counsel in this case. Assistant Attorney General Bruce Garcia will continue to be lead counsel for Defendants.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Johnathan Stone
**JOHNATHAN STONE**
Assistant Attorney General
State Bar No. 24071779

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
Fax No. (512) 495-9139

## NOTICE OF ELECTRONIC FILING

I, **JOHNATHAN STONE**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Northern District of Texas, on this the 3rd day of June, 2013.

/s/ Johnathan Stone
**JOHNATHAN STONE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JOHNATHAN STONE**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Attorney Appearance as Co-Counsel on Behalf of Defendants Texas Department of Criminal Justice, Brad Livingston and Jeff Pringle** as been served by placing same in the United States Mail, on this 3rd day of June, 2013, addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

/s/ Johnathan Stone
**JOHNATHAN STONE**
Assistant Attorney General