IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, § § § § § § § Plaintiffs, § § v. § Civil Action No. **3:12-CV-2037-L** § **BRAD LIVINGSTON, JEFF PRINGLE,** § and **TEXAS DEPARTMENT OF** § **CRIMINAL JUSTICE**, § § Defendants. § | | |

## ORDER

Before the court is Plaintiffs' Unopposed Motion to Extend Expert Designation Deadlines, filed May 29, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Plaintiffs' expert designation deadline is extended from June 5, 2013, to **August 5, 2013**; and Defendants' expert designation deadline is extended from July 5, 2013, to **September 5, 2013**.

**It is so ordered** this 6th day of June, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order - Solo Page