UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, | § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME**

Plaintiffs respectfully ask the Court to extend the deadline to respond to Defendant University of Texas Medical Branch's Motion to Dismiss Under Federal Rule of Civil Procedure 12(c) (Doc. 55) filed on May 30, 2013.

Pursuant to Local Rule CV-7.1(e), Plaintiff's response to the Motion to Dismiss is due June 20, 2013.

Plaintiffs requests the response deadline be extended to June 28, 2013.

Plaintiffs' lead counsel will be in San Francisco meeting with co-counsel and for a hearing from June 20 to June 21 in *Opperman et. al. v. Path et. al*, a putative class action, and requests additional time to respond to the motion.

Pursuant to this Court's order of February 5, 2013, this case is not set for trial until February 2014 and the deadline for dispositive motions is not until September 16, 2013.  This, granting this motion will not delay any proceedings.

Plaintiffs have contacted Defendants' counsel and they are unopposed to this short extension of time.

As the request is made for good cause and not to cause delay, Plaintiffs respectfully request that the Court grant Plaintiffs' motion and extend their deadline to respond to June 28, 2013.

Dated: June 18, 2013.

Respectfully submitted,

The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701
     Tel.   512-623-7727
     Fax.   512-623-7729

By    /s/ Scott Medlock       
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel

Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204

214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

## CERTIFICATE OF CONFERENCE

By my signature above, I certify I conferred with counsel for UTMB, Kim Coogan, via email and she is unopposed to this motion.

## CERTIFICATE OF CONFERENCE

By my signature above, I certify I conferred with counsel for the Defendants, Bruce Garcia, and he is unopposed to this motion.