UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE | § | |
| KINGREY, and SANDRA McCOLLUM, | § | |
| individually and as heirs at law to the Estate of | § | |
| LARRY GENE McCOLLUM, | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, | § | |
| RICHARD CLARK, KAREN TATE, | § | |
| SANDREA SANDERS, ROBERT EASON, the | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH and the TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE. | § | |
| DEFENDANTS | § | |

**ORDER**

Having considered Plaintiffs' Unopposed Motion for Extend Time, the Court is of the

opinion the Motion should be granted.

Plaintiff's deadline to respond to Defendant Livingston's Motion for Judgment on the

Pleadings (Doc. 55) shall be extended to **June 28, 2013**.

IT IS, THEREFORE, ORDERED, that Plaintiff's Motion is GRANTED.

SO ORDERED this _____ day of _____, 2013.

_____
Sam A. Lindsey
UNITED STATES DISTRICT JUDGE