UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|     *Defendants*. | § | |

### NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL ON BEHALF OF DEFENDANT UTMB

In connection with the above-referenced case and on behalf of Defendant University of Texas Medical Branch (UTMB), Lacey E. Mase gives notice of her appearance as co-counsel.

    Respectfully submitted,

    **GREG ABBOTT**
    Attorney General of Texas

    **DANIEL T. HODGE**
    First Assistant Attorney General

    **DAVID C. MATTAX**
    Deputy Attorney General for Defense Litigation

    **KAREN D. MATLOCK**
    Assistant Attorney General
    Chief, Law Enforcement Defense Division

    /s/ Kim Coogan
    **KIM COOGAN**
    Attorney-in-charge
    Assistant Attorney General
    State Bar No. 00783867

/s/Lacey E. Mase
**LACEY E. MASE**
Assistant Attorney General
State Bar No. 24074662

P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 495-9139

**Attorneys for Defendant University of Texas Medical Branch**

## NOTICE OF ELECTRONIC FILING

I, **LACEY E. MASE**, Assistant Attorney General of Texas, hereby certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Electronic Case Files System of the Northern District of Texas on June 21, 2013.

/s/Lacey E. Mase
**LACEY E. MASE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LACEY E. MASE**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served by placing same in the United States mail on June 21, 2013, addressed to:

Jeff Edwards
The Edwards Law Firm
706 Guadalupe
Austin, Texas 78701

/s/Lacey E. Mase
**LACEY E. MASE**
Assistant Attorney General