IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCULLOM,** *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

On this date came to be considered Defendant UTMB's Objections to Plaintiffs' Notice of Deposition pursuant to FRCP 30(b)(6). The Court makes the following rulings:

1. SUSTAINED_____    OVERRULED _____

2. SUSTAINED_____    OVERRULED _____

3. SUSTAINED_____    OVERRULED _____

4. SUSTAINED_____    OVERRULED _____

5. SUSTAINED_____    OVERRULED _____

6. SUSTAINED_____    OVERRULED _____

7. SUSTAINED_____    OVERRULED _____

8. SUSTAINED_____    OVERRULED _____

9. SUSTAINED_____    OVERRULED _____

10. SUSTAINED_____    OVERRULED _____

11. SUSTAINED_____    OVERRULED _____

Signed on this date _____ 2013

_____
JUDGE PRESIDING