IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO 3:12-CV-02037 |
| BRAD LIVINGSTON, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER

Before the court is Defendant, University of Texas Medical Branch's, Agreed Motion To Extend Expert Designation Deadlines, filed July 19, 2013. The court is determines that the motion should be, and is hereby, **granted.** Accordingly, Plaintiffs' deadline to designate experts and produce reports is **October 5, 2013**, and Defendants' deadline is **November 15, 2013.**

It is so ordered this 22nd day of July, 2013.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

.