UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO.<br>3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE SUR-REPLY TO DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH'S MOTION TO DISMISS UNDER RULE 12(c)**

Plaintiffs respectfully ask leave of the court to file this short sur-reply to address a new argument raised for the first time in the University of Medical Branch's reply brief.

In their reply briefing, UTMB advanced a new argument concerning the applicability of the Americans with Disabilities Act and Rehabilitation Act claims. As UTMB's new argument is flawed and reflects a fundamental misunderstanding of what illegal conduct the statutes protect people with disabilities from, Plaintiffs respectfully request leave to file a two page sur-reply, which is attached as Exhibit A.

Plaintiffs' counsel has conferred with defense counsel and they are not opposed to Plaintiffs' motion for leave.

1

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 E. 11th St.
Austin, Texas 78702
    Tel.    512-623-7727
    Fax.    512-623-7729

By    /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel

Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

By  /s/ Jeff Edwards
JEFF EDWARDS

## CERTIFICATE OF CONFERENCE

By my signature above, I certify that I conferred with counsel for the Defendants by email and they are unopposed to the relief requested in this motion.

By  /s/ Jeff Edwards
JEFF EDWARDS