UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br><br>                              PLAINTIFFS<br><br>v.<br><br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>                              DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:12-cv-02037 |

**ORDER**

After considering Plaintiffs' unopposed motion to file a sur-reply to Defendant University of Texas Medical Branch's motion to dismiss, and all other pleadings on file, the Court hereby GRANTS Plaintiffs' motion.

Plaintiffs' sur-reply to UTMB's Motion to Dismiss shall be filed and considered by the Court, as of the date of this order.

Date: _____, 2013.


                                        _____
                                        Sam Lindsey
                                        United States District Judge