UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:12-cv-02037 |
| v. | § § § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, THE UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, | § § § § § § § § | |
| Defendants. | § | |

ORDER

Before the court is Plaintiffs' Unopposed Motion to File a Sur-reply to Defendant University of Texas Medical Branch's Motion to Dismiss Under Rule 12(c), filed July 29, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Plaintiffs shall file their Sur-reply to Defendant, University of Texas Medical Branch's, Motion to Dismiss Under Rule 12(c) by **August 2, 2013**.

**It is so ordered** this 31st day of July, 2013.

Sam A. Lindsay
United States District Judge