UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF UNIVERSITY OF TEXAS MEDICAL BRANCH AND OWEN MURRAY**

This court, having considered Plaintiffs' motion to compel depositions of UTMB's Rule 30(b)(6) witness and Dr. Owen Murray, hereby GRANTS the motion in its entirety. Defendant UTMB is ordered to produce a witness with knowledge of the topics in Plaintiffs' Rule 30(b)(6) notice and Dr. Murray for deposition at a time mutually agreeable to the witnesses and parties within 15 days of this order.

The Court further awards Plaintiffs attorneys' fees in the amount of $1425.00.

Sam Lindsey
United States District Judge