IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE,** and **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiff's Opposed Motion to Compel Deposition of William Stephens and Rick Thaler;** and **Plaintiff's Opposed Motion to Compel Deposition of University of Texas Medical Branch and Owen Murray, M.D.**, filed **August 23, 2013,** respectively are hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination.  This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution.  All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**Order of Reference – Page 1**

**It is so ordered** this 26th day of August, 2013.

                                                                                */s/ Sam A. Lindsay*
                                                                                Sam A. Lindsay
                                                                                United States District Judge