IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE MCCOLLUM, *et al.*, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | JURY |

**NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE
AS TO DEFENDANT BRAD LIVINGSTON**

Defendant, Brad Livingston, files this Notice of Designation of Attorney-In-Charge in connection with the above-referenced case and in support thereof would respectfully show the Court the following:

The above-referenced cause of action has been reassigned within the Office of the Attorney General. Demetri Anastasiaids, Assistant Attorney General has been assigned to assume primary responsibility for Defendant, Brad Livingston only, in place of Bruce R. Garcia. The new Attorney-in-Charge is familiar with the file and will comply with all scheduling orders. The undersigned hereby puts all parties and the Court on notice of the change as to the Attorney-in-Charge on this case as to Defendant Brad Livingston only, and requests that all future documents in this matter be forwarded to the following address:

Demetri Anastasiadis
Assistant Attorney General
Office of the Attorney General of Texas
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 495-9139 (fax)
demetri.anastasiadis@texasattorneygeneral.gov

                                         Respectfully submitted,

                                         GREG ABBOTT
                                         Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General
Attorney-In-Charge
State Bar No. 01164480

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 495-9139 (fax)

**ATTORNEYS FOR DEFENDANT**
**BRAD LIVINGSTON**

# NOTICE OF ELECTRONIC FILING

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Notice of Designation of Attorney-In-Charge as to Defendant Brad Livingston** in accordance with the Electronic Case Files system of the Northern District of Texas, on this the 30th day of August, 2013.

/s/ Demetri Anastasiadis
DEMETRI ANASTASIADIS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Designation of Attorney-In-Charge as to Defendant Brad Livingston** has been served electronically on this the 30th day of August, 2013, addressed to:

Jeff Edwards
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas  78702
jeff@edwards-law.com
*Attorney for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*


James Harrington
Brian McGiverin
Scott Medlock
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas  78741
jch@mail.utexas.edu
brian@texascivilrightsproject.org
scott@texascivilrightsproject.org
*Attorneys for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*


Eliot D Shavin
SMU LEGAL CLINIC
2600 State Street
Dallas, Texas  75204
eshavin@sbcglobal.net
*Attorney for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*

Bruce R Garcia
Jonathon Stone
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
bruce.garcia@texasattorneygeneral.gov
jonathon.stone@texasattorneygeneral.gov
*Attorneys for Defendants Texas Department of
Criminal Justice, Richard Clark, Robert Eason, Jeff Pringle,
Sandrea Sanders, and Karen Tate*


Kim Coogan
Erika Hime
Lacey Mase
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
kim.coogan@texasattorneygeneral.gov
erika.hime@texasattorneygeneral.gov
lacey.mase@texasattorneygeneral.gov
*Attorneys for Defendant
University of Texas Medical Branch*


    /s/ Demetri Anastasiadis
    DEMETRI ANASTASIADIS
    Assistant Attorney General