UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br>         PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>         DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

This Court, having considered Plaintiffs' motion to extend the discovery deadline, and all related filings, hereby GRANTS the motion in its entirety.

The deadline to complete discovery in this case is December 5, 2013.

Dated: _____, 2013.

                                 _____
                                 Sam Lindsey
                                 United States District Judge