UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO.<br>3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § | |

**PLAINTIFFS' NOTICE TO THE COURT
REGARDING MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiffs respectfully inform they Court they conferred with counsel for Defendants Livingston, Pringle, Clark, Tate, Sanders, Eason, and the Texas Department of Criminal Justice, and he is **unopposed** to the relief requested in Plaintiffs' Motion to Extend Discovery Deadline (Doc. 79).

Plaintiffs have been unable to confer with counsel for the University of Texas Medical Branch, but will inform the Court when they learn her position on the motion.

Dated: September 4, 2013.

                                                Respectfully submitted,

                                                The Edwards Law Firm
                                                The Bremond Houston House
                                                706 Guadalupe
                                                Austin, Texas 78701
                                                         Tel.   512-623-7727
                                                        Fax.   512-623-7729

By     /s/ Scott Medlock
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel

Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.