UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>　　　　　　　PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>　　　　　　　DEFENDANTS | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>3:12-cv-02037 |

## PLAINTIFFS' SECOND NOTICE TO THE COURT REGARDING MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiffs respectfully inform they Court they conferred with counsel for Defendant University of Texas Medical Branch, and she is **unopposed** to the relief requested in Plaintiffs' Motion to Extend Discovery Deadline (Doc. 79).

Thus, no party is opposed to extending the discovery deadline.

Dated: September 4, 2013.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Edwards Law Firm
　　　　　　　　　　　　　　　　　　The Bremond Houston House
　　　　　　　　　　　　　　　　　　706 Guadalupe
　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　Tel.　512-623-7727
　　　　　　　　　　　　　　　　　　　　Fax.　512-623-7729

　　　　　　　　　　　　　　　　　　By　　/s/ Scott Medlock
　　　　　　　　　　　　　　　　　　JEFF EDWARDS

State Bar No. 24014406
Lead Counsel

Scott Medlock
State Bar No. 24044783
Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.