

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

# OFFENDER ORIENTATION HANDBOOK

as

Approved by the

Director of the Texas Department of Criminal Justice, Correctional Institutions Division

Printed
November, 2004

I-202 (rev.11/04)



DEFENDANT'S EXHIBIT 1

In general, offenders may not receive gifts or fees from other offenders. A deposit from one offender to another may be made only by transfer from one Inmate Trust Fund (ITF) account to another and must have unit administrative approval. This approval must be obtained even if the depositing offender has made previous deposits to the receiving offender's account.

Deposits from one offender to another, processed through an outside person or bank, shall be considered a violation of the TDCJ "Trafficking and Trading Rules" regardless of whether accepted for deposit or received by the ITF Department. Suspected violations shall result in an investigation. Confirmed violations of deposits between offenders may result in disciplinary action against any offenders involved in any unauthorized transactions, whether depositors or recipients. If an offender reports unauthorized transactions that are afterward determined to be in violation of the stated policy and voluntarily signs a wavier for forfeiture of the funds received, no disciplinary action will be taken.

Moreover, funds gained through extortion (by coercion, deception, or violence) may be forfeited. If an offender is found guilty of extorting money that has been deposited in his trust fund account, or has been received without authorization as described above, the offender shall forfeit title to the funds.

**M.     ID Cards**

Normally, within two (2) to seven (7) days after an offender is received, he will be issued an identification card. The ID card will be used for commissary purchases, dispensing of medication, meals served, access to authorized areas within the unit and participation in various programs as well as other general security requirements. Offenders are required to carry their ID card at all times. It is the responsibility of every offender to immediately notify the security office, Commissary Officer or Warden's office if his ID card is lost, stolen or damaged. The ID card is property of the state and is furnished as identification for offenders. The ID card may become the offender's property upon parole, discharge or mandatory supervision, if needed for identification. Offenders will give or show their ID cards when asked by an officer or staff.

Pursuant to A.D. 03.83 "TDCJ Offenders who Refuse To Comply with Grooming Standards" ID cards will not be issued to offenders not complying with agency grooming standards.

It is a violation of the TDCJ offender rules and regulations for any offender to:

1. **NOT** be in possession of his ID card. If an offender does not have his ID card with him, it will be considered a refusal or failure to obey orders;

2. willfully damage, change the appearance of the card, abuse or destroy one's own or another offender's ID card. Such actions shall be considered as damaging or destroying property belonging to the state, or another offender;

3. be in possession of any other offender's ID card. Offenders in possession of another offender's ID card shall be considered possessing contraband or unauthorized property;

46

## AFFIDAVIT

**THE STATE OF TEXAS**

BEFORE ME, the undersigned authority, personally appeared CATHY HAGER, who, being by me duly sworn, deposed as follows:

"My name is CATHY HAGER. I am over twenty-one years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am employed as the Research Specialist III for the Office of Professional Standards for the Texas Department of Criminal Justice-Health Services Division, and my office is located in Huntsville, Texas. I do hereby certify that I am a custodian of the Office of Professional Standards records maintained in the regular course of business.

I have reviewed the Office of Professional Standards records within the file on Offender Larry Gene McCollum, TDCJ-ID #1721640. I hereby certify that the attached copies of documents from the Office of Professional Standards files concerning Offender Larry Gene McCollum are true and correct copies of the original records now on file in my office and in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the Texas Department of Criminal Justice-Health Services Division. These records are kept in the course of a regularly conducted business activity, and it is the regular practice of this institution to make such memoranda, reports, records or data compilations.

In witness whereof, I have hereto set my hand this the 14th day of February, 2013."

Cathy Hager
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, by the said CATHY HAGER, on this the 14th day of February, 2013 to certify which witness my hand and seal of office.

HELEN M. BUENDEL
Notary Public
STATE OF TEXAS
My Comm. Exp. December 5, 2013

Notary Name
Notary Public, State of Texas

MCCOLLUM 001