| CORRECTIONAL MANAGED HEALTH CARE POLICY MANUAL | Effective Date: 01/07 | NUMBER: E-34.1 |
|---|---|---|
| | Replaces: 3-10 | Page 1 of 1 |
| | Formulated: 10/85 Reviewed: 02/11 | |

## HEALTH APPRAISAL OF INCOMING OFFENDERS

PURPOSE: To describe a mechanism for assessing the health status of incoming offenders.

POLICY: A comprehensive medical evaluation will be completed on all new incoming offenders within seven days of their arrival in the system. Offenders who have had a health appraisal in TDCJ within the previous ninety (90) days are evaluated at the discretion of the facility health authority/medical director.

PROCEDURE:

I. Reception and Diagnostic Facilities (New Offenders)

   A. Appraisal of new offenders consists of obtaining personal and medical baseline data; medical, mental health and dental histories; physical, dental and mental health assessments; and diagnostic procedures as needed.

   B. Offenders are screened for communicable diseases and pregnancy.

   C. Offenders are provided with appropriate inoculations.

   D. Offenders' health records are requested from free-world physicians as needed.

   E. Offenders identified as requiring further mental health assessment are interviewed, tested and evaluated by a qualified mental health professional. (See Health Services Policy E-35).

   F. The automated "Health Summary for Classification" screen is updated as needed for each new arrival (see Health Services Policy A-08.4).

   G. Medications, appointments and referrals are scheduled as appropriate, based on the results of the health appraisal.

Index: Diagnostic, health appraisal
Health assessment

Reference: 2008 NCCHC Standard P-E-03, Transfer Screening (essential)
ACA Standard 4-4362 (Ref. 3-4343), Health Screens (Mandatory)
ACA Standard 4-4365 (Ref. 3-4345) Health Appraisal (Mandatory)

