Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.  NAME: McCollum (Last) Larry (First) G. (MI)   DOB: 4/04/53   AGE: 58
    STATE ID#: 3950494   RACE: W   SEX: Male ✓ Female ___
    COUNTY/TDCJ#: 34610   WT: 330   HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
    A Health Problems
    ___ 1. None
    ___ 2. Asthma
    ___ 3. Pregnancy
    ___ 4. Dental Priority
    ___ 5. Diabetes
    ___ 6. Drug Abuse
    ___ 7. Alcoholism
    ___ 8. Orthopedic Problems
    ___ 9. Cardiovascular/Heart Trouble
    ___10. Suicidal
    ___11. Mental Retardation
    ___12. Mental Illness (Specify diagnosis) _____
    ___13. Recent Surgery
    ___14. Seizures
    ___15. Dialysis
    _X_16. Hypertension
    _✓_17. CARE System  Y/N

III. SPECIAL NEEDS (Check all that apply)
    A Housing Restrictions
    _X_1. None
    ___2. Skilled Nursing Facility
    ___3. Extended Care Facility
    ___4. Psychiatric Inpatient Facility
    ___5. Respiratory Isolation
    ___6. Other.

    B Transportation
    _X_1. Routine
    ___2. Crutches/Cane
    ___3. Ambulance
    ___4. Wheelchair/Wheelchair Van
    ___5. Prosthesis: _____

    C. Pending Specialty Clinic Appointment
    None _X_  Type _____

    D. ALLERGIES NKA

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

NKA

B. Preventive Medicine
    _✓_1. Tuberculosis Status
    Skin Test: Date Given: 6/24/11   Date Read: 6/27/11   Results ∅ ___ mm*
    X-Ray: Date ___/___/___  Normal ___ Abnormal ___*  Anti-TB Treatment? No ___ Yes ___*
    ___ 2. Hepatitis: A ___ B ___ C ___ Other: _____
    ___ 3. HIV Antibody: Test Date ___/___/___ Results: Neg ___ Pos ___ CD4: ___ Date ___/___/___
    ___ 4. Syphilis: Date: ___/___/___ Type: ___ Treatment Completed: ___Yes ___No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS   None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg - tab P.O | PRN BP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: Sheila Smith RN (Signature/Title)   DATE: 7/15/11
PHONE NUMBER: 254-757-2555   FACILITY: McLennan County Jail



DEFENDANT'S EXHIBIT 4