Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name: McCollum, Larry

TDCJ No: Intake

Unit: HUTCHINS STATE JAIL        NKA

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 1230 | S | Offenders received from: McLennan With history of: HTN |
| | OA | See HSM-13 and Texas Health Status Updated for current orders from county |
| | P | Current medication orders as per HJ providers. |
| | V O | T Orig, MD A. Babbili, PA-C / N. Beckstrom, NP D/c Clonidine Start HCTZ 25 mg X 1 PO 9 Am X 30d   Babbili PA |

Medication Pass issued to Offender  YES / NO

Please sign each entry with status
HSM – 1 (Rev 5/92)


DEFENDANT'S EXHIBIT 5