REPORT NUMBER: PHO413
07/09/2013 13:56.19

PATIENT MEDICATION COMPLIANCE REPORT
FOR 07/15/2011 TO 07/22/2011

TDCJ:
UOA:
HOUSING:
MRN ENTERED: 1721640

**No Records for MRN Entered**

RX_ID:
REFILLS:  OF
PATIENT NAME                CURRENT MRN        PRESCRIBER                                                                  MEDICATION STATUS    COMPLIANCE
                                                                              (Order Entry Date / Time)                    ACTIVE               %
LABEL NAME                  DOSAGE INSTRUCTIONS                  RX DATE / TIME    RUN START DATE / TIME    RUN END DATE / TIME    FINAL EXPIRATION DATE / TIME

ADMINISTRATION CODE    DATE ADMINISTERED    TIME ADMINISTERED    ADMINISTERED BY                    LOCATION OF ADMINISTRATION

TOTAL DOSES TAKEN: 0

ADMINISTRATION CODE LEGEND

A = ACCEPTED              N = MEDICATION NOT AVAILABLE
D = ENTRY DELETED         R = REFUSED
H = MEDICATION ON HOLD    S = GAVE FROM STOCK
K = ISSUED KOP TO PATIENT X = NO RECORDS FOUND

DEFENDANT'S EXHIBIT 6