IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEPHEN McCULLOM, et al., Plaintiffs, | § § § | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

## DEFENDANT UTMB'S DOCUMENTS PRODUCED TO PLAINTIFF

| DATE | DOCUMENTS | BATES NUMBERS | DISCLOSED/PRODUCED IN |
|---|---|---|---|
| 8-2-13 | Patient Liaison Records from Office of Professional Standards | 1 – 2 | D's First Responses to P's First RFP |
| 8-2-13 | TDCJ Archive Medical Records from July 15, 11 to July 22, 12 | 3 – 23 | D's First Responses to P's First RFP |
| 8-2-13 | UTMB No Record Affidavit | 24 – 25 | D's First Responses to P's First RFP |
| 8-2-13 | CMHC Policy E-34.1 Health Appraisal of Incoming Offenders | 26 | D's First Responses to P's First RFP |
| 8-2-13 | CMHC Policy B-15.2 Heat Stress | 27 – 34 | D's First Responses to P's First RFP |
| 8-2-13 | TDCJ AD-10.64 (rev. 6) Temperature Extremes in the TDCJ Workplace | 35 – 46 | D's First Responses to P's First RFP |
| 8-2-13 | CMHC Policy A-08.4 Offender Medical and Mental Classification | 47 – 51 | D's First Responses to P's First RFP |
| 8-2-13 | TDCJ Risk Management Hutchins Unit 5-11-11 Monthly In-Service Safety Training re Hot Temps AD-10.64, with training circular and attendance sheets | 52 – 57 | D's First Responses to P's First RFP |
| 8-2-13 | TDCJ Risk Management Hutchins Unit 5-9-13 In-Service Training re Hot Temps AD-10.64, with attendance sheets | 58 – 63 | D's First Responses to P's First RFP |
| 8-2-13 | 5-2-13 Email from TDCJ Warden Jeff Pringle to other TDCJ employees regarding Heat Precautions 2013 | 64 – 67 | D's First Responses to P's First RFP |
| 8-2-13 | 5-2-13 Email from Kimberly Weaver to other TDCJ employees regarding Heat Precautions 2013 | 68 – 70 | D's First Responses to P's First RFP |



DEFENDANT'S EXHIBIT 8

| DATE | DOCUMENTS | BATES NUMBERS | DISCLOSED/PRODUCED IN |
|---|---|---|---|
| 8-2-13 | 5-3-13 Email from Kimberly Weaver to other TDCJ employees regarding Heat-Related Illnesses | 71 – 72 | D's First Responses to P's First RFP |
| 8-2-13 | Texas Corrections Association and Commission on Accreditation for Corrections Accreditation for TDCJ Hutchins Unit 2010 - 2013 | 73 | D's First Responses to P's First RFP |
| 8-2-13 | Texas Corrections Association and Commission on Accreditation for Corrections Accreditation for TDCJ Hutchins Unit 2013 - 2016 | 74 | D's First Responses to P's First RFP |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |