# Exhibit 1

*Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

1721640

## I. IDENTIFICATION

NAME: McCollum, Jerry  OCCUPATION: Driver  EDUCATION: High School

DOB: [redacted]  COUNTY: McLennan  PREVIOUS TDCJ #(s): _____

## II FAMILY HISTORY

| | | | | | |
|---|---|---|---|---|---|
| 1 Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18 INH Prophylaxis | YES | NO |
| 2 Cancer | YES | NO | 19 Intravenous Drug Abuse | YES | NO |
| 3 Diabetes | YES | NO | 20 Kidney Disease | YES | NO |
| 4 Heart Disease | YES | NO | 21 Liver Disease | YES | NO |
| 5 High Blood Pressure | YES | NO | 22 Mental Illness | YES | NO |
| | | | 23 Non Intravenous Drug Abuse/Alcoholism | YES | NO |
| 6 Tuberculosis | YES | NO | 24 Peptic Ulcers | YES | NO |
| **III PERSONAL HISTORY** | | | 25 Rheumatic Fever | YES | NO |
| 1 D 1 Asthma/Emphysema | YES | NO | 26 Rheumatism/Arthritis | YES | NO |
| 2 Back Injury | YES | NO | 27 Seasonal Allergies | YES | NO |
| 3 Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 28 Sexually Transmitted Diseases | YES | NO |
| 4 Cancer | YES | NO | 29 Smoker | YES | NO |
| 5 Cavities | YES | NO | 30 Tetanus Immunization Date | YES | NO |
| 6 Depression/Suicide Attempt | YES | NO | 31 Tuberculosis | YES | NO |
| 7 Diabetes | YES | NO | 32 Unprotected Sex w/Multiple Partners | YES | NO |
| 8 Drug/ Food Allergies | YES | NO | | | |
| 9 Epilepsy/Seizures | YES | NO | 33 Other | | |
| | | NO | **IV OBSTETRIC/GYNECOLOGICAL HX** | X | N/A |
| 10 Glasses/Hearing Aid | YES | | 1 Date of last menstrual period | | |
| 11 Gum disease | YES | NO | 2 Number of pregnancies/live births | | |
| 12 Head Injury | YES | NO | 3 History of Problem pregnancy | | |
| 13 Heart Disease/Angina | YES | NO | 4 Date of last pap smear | | |
| 14 Hepatitis | YES | NO | 5 Date of last mammogram | | |
| 15 High Blood Pressure | YES | NO | 6 History of birth control methods (IUD, pills, etc.) | | |
| 16 HIV + / AIDS | YES | NO | | | |
| Prior HIV Test Date | | NO | | | |
| 17 Homosexual/Bisexual Activities | | NO | | | |

A. If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

B. History of hospitalization? YES NO
Please list the DATE, HOSPITAL, CONDITION  Hillcrest Hospital

C. Do you have any current medical, mental health or dental complaints? YES NO
if yes, what  tooth pull, Depression

D. Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES NO  If YES, when?

E. What illegal drugs have you used?  no
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?  YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications?  YES  NO
if YES, what  See Med Sheet

HSM-13 (6/08)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

| | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **G** | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
| | | Sores | YES | NO | Other | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | |
| | | Other | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **H** | **BEHAVIOR AND MENTAL STATUS** | | | | | | | | |
| | Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | | Other | | | |
| | Orientation (ask questions and document response) | | | | | | | | |
| | What is today's date? | 7/15/11 | | | | | | | |
| | What time is it? | Morning | | | | | | | |
| | What place is this? | Hutchins | | | | | | | |
| | Speech | ✓ Normal | Loud | Soft | Mumbling | | | Other | |
| | Attitude | ✓ Appropriate | | Laughing | Crying | Cursing | Quiet | Other | |

| | | | |
|---|---|---|---|
| **I** | THOUGHT CONTENT (Please circle YES or NO) | | |
| | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| | | | | | | |
|---|---|---|---|---|---|---|
| **J.** | **DISPOSITION** | | | | | |
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | ✓ CID | |
| | Immediate referral to | Medical | Mental Health | Dental | CID | |
| | Release to general population | ✓ YES | NO | Other | | |

Offender Signature: *[signature] Larry McCoy* Date: 7-15-11

Reviewer Signature: *[signature]* Date: 7/15/11

*[signature] RN 7/18/11*

HSM-13 (6/06)