UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § § § § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO DESIGNATE EXPERTS**

Plaintiffs respectfully ask the Court to extend the deadline to respond to designate expert witnesses.

Plaintiffs' current deadline to designate expert witnesses is October 5, 2013. Defendants' deadline is November 15, 2013.

The parties recently agreed to take the depositions of Rick Thaler (former director of the Texas Department of Criminal Justice's Institutional Division) and William Stephens (current director of the Institutional Division). Plaintiffs' experts will need to review these transcripts before writing expert reports. Unfortunately, the parties were not able to find a mutually agreeable date to take the depositions until October 18, 2013.

Thus, Plaintiffs' ask the Court to extend the expert designation and report deadlines by 30 days from October 18, 2013. Plaintiffs' deadline will be November 18, 2013 and Defendants' deadline will be December 18, 2013.

Pursuant to this Court's order of September 5, 2013, this case is not set for trial until April 2014. Granting this motion will not delay any proceedings.

The request is made for good cause, not to cause delay.

Dated: September 24, 2013.

                    Respectfully submitted,

                    The Edwards Law Firm
                    The Haehnel Building
                    1101 East 11th Street
                    Austin, TX 78702
                          Tel.    512-623-7727
                          Fax.   512-623-7729

                    By    /s/ Scott Medlock
                    JEFF EDWARDS
                    State Bar No. 24014406
                    Lead Counsel

                    Scott Medlock
                    State Bar No. 24044783
                    Brian McGiverin
                    State Bar No. 24067760
                    James C. Harrington
                    State Bar No. 09048500

                    TEXAS CIVIL RIGHTS PROJECT
                    1405 Montopolis Drive
                    Austin, TX 78741
                    (512) 474-5073 [phone]
                    (512) 474-0726 [fax]

                    Eliot Shavin
                    State Bar No. 18138200
                    2600 State Street
                    Dallas, Texas 75204
                    214-522-2010 (telephone)
                    214-720-9594 (fax)
                    Local Counsel

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

**CERTIFICATE OF CONFERENCE**

By my signature above, I certify that I conferred with counsel for Defendants, and they are unopposed to this motion.