UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § | |

**ORDER**

Having considered Plaintiffs' Unopposed Motion for Extend Time, the Court is of the opinion the Motion should be granted.

Plaintiff's deadline to respond to Defendant Livingston's Motion to Dismiss on the Basis of Qualified Immunity (Doc. 85) shall be extended to **October 4, 2013**.

IT IS, THEREFORE, ORDERED, that Plaintiff's Motion is GRANTED.

SO ORDERED this _____ day of _____, 2013.

_____
Sam A. Lindsay
UNITED STATES DISTRICT JUDGE