**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-2037-L** |
| | § | |
| **BRAD LIVINGSTON; JEFF PRINGLE; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; RICHARD CLARK; KAREN TATE; SANDREA SANDERS; ROBERT EASON; and UNIVERSITY OF TEXAS MEDICAL BRANCH**, | § § § § § § § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court is Plaintiffs' Unopposed Motion to Extend Deadline to Respond to Livingston's Motion to Dismiss, filed September 24, 2013.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, the deadline for Plaintiffs' to file a response to Livingston's Motion to Dismiss is extended from September 27, 2013, to **October 4, 2013**.

**It is so ordered** this 25th day of September, 2013.

*Sam A. Lindsay*

Sam A. Lindsay
United States District Judge

**Order – Page 1**