U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 25 2013

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of Larry Gene McCollum,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON; JEFF PRINGLE; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; RICHARD CLARK; KAREN TATE; SANDREA SANDERS; ROBERT EASON; and UNIVERSITY OF TEXAS MEDICAL BRANCH,<br><br>Defendants. | § § § § § § § § § § § § § § § § § §<br><br>Civil Action No. **3:12-CV-2037-L** |

## ORDER

Before the court is Plaintiffs' Unopposed Motion to Extend Deadline to Designate Experts, filed September 24, 2013. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the deadline for Plaintiffs' to designate experts is extended from October 5, 2013, to **November 18, 2013**; and Defendants' deadline to designate experts is extended from November 15, 2013, to **December 18, 2013**.

**It is so ordered** this 25th day of September, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page