IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|    *Defendants*. | § | |

## ADVISORY TO THE COURT

COMES NOW undersigned counsel for Defendants **TDCJ, Pringle, Clark, Tate, Sanders, and Eason,** by and through the Attorney General of the State of Texas, respectfully advise the Court as follows:

Undersigned counsel will be on vacation from December 2, 2013 through December 4, 2013 and from January 15, 2014 through January 18, 2014.  He is requesting that no hearings, depositions, trials, or other appearances be scheduled during these dates.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

 */S/Bruce R. Garcia*
**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060

1

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS**
**TDCJ, Pringle, Clark, Tate, Sanders, and Eason**

## NOTICE OF ELECTRONIC FILING

I, **BRUCE R. GARCIA**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Northern District of Texas, on this the 24th day of October, 2013.

/s/ Bruce R. Garcia
**BRUCE R. GARCIA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA**, Assistant Attorney General of Texas, certify that a true copy of the above has been served electronically via *Southern District of TEXAS LIVE - Document Filing System*, to Plaintiffs' Lead Attorney, jeff@edwards-law.com, Scott Charles Medlock at scott@edwards-law.com, Brian McGiverin at Brian@texascivilrightsproject.org, Eliot D. Shavin at eshavin@sbcglobal.net, James C. Harrington at jch@mail.utexas.edu, Demetri Anastasiadis at Demetri.anastasiadis@texasattorneygeneral.gov, Johnathan D. Stone at johnathan.stone@texasattorneygeneral.gov, and Defendant UTMB's Lead Attorney, Kim Coogan at kim.coogan@texasattorneygeneral.gov, Erika Hime at erika.hime@texasattorneygeneral.gov, and Lacey Mase at lacey.mase@texasattorneygeneral.gov on the 24th day of October, 2013.

/s/ Bruce R. Garcia
**BRUCE R. GARCIA**
Assistant Attorney General