**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:12-CV-02037** |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

**EXPEDITED**
**AGREED MOTION TO EXTEND DEADLINES**

NOW COMES Defendant the University of Texas Medical Branch, by and through its Attorney, the Attorney General for the State of Texas, and submits this Agreed Motion To Extend Deadlines. In support thereof, the Defendant respectfully offers the following:

1. The parties are working diligently to complete discovery in this case and prepare for the April 2014 trial date.

2. Because of the number of parties, witnesses and travel involved, completing discovery is taking longer than the parties anticipated.

3. The parties are working together to schedule the depositions, but some depositions are contingent upon the dates of others. As a result, the parties ask that certain deadlines be extended as outlined below.

4. Plaintiffs' deadline to designate experts and provide reports is currently November 18, 2013. The parties ask that the deadline be extended to December 20, 2013.

5. Defendants' deadline to designate experts is currently December 18. The parties ask that the deadline be extended to January 24, 2013.

6. The deadline to complete discovery, including the depositions of fact and expert witnesses is currently December 2, 2013. The parties ask that the discovery completion deadline be moved to February 24, 2014.

7. The dispositive motion deadline is currently December 16, 2013. The parties ask that the deadline be extended to January 10, 2014.

8. Defendant UTMB is currently under order to produce a 30(b)(6) witness no later than November 5, 2013. The parties have been unable to find a mutually convenient date and time. The parties ask that the deadline be extended to a mutually convenient time and date.

WHEREFORE PREMISES CONSIDERED, the parties jointly ask that the above deadlines be extended.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/KIM COOGAN
KIM COOGAN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00783867

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT**
**UNIVERSITY OF TEXAS MEDICAL BRANCH**


<u>**NOTICE OF ELECTRONIC FILING**</u>


I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Expedited Agreed Motion To Extend Deadlines** to the Court, on October 28, 2013, in the Northern District of Texas, Dallas Division.

<u>/s/ KIM COOGAN</u>
**KIM COOGAN**
Assistant Attorney General


<u>**CERTIFICATE OF CONFERENCE**</u>


I, KIM COOGAN, conferred with all counsel on this matter and all agree.

<u>/s/ KIM COOGAN</u>
**KIM COOGAN**
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Expedited Agreed Motion To Extend Deadlines** has been served by placing the same in the United States Postal Service, postage prepaid, on this the 28th day of October, 2013, addressed to:

Jeff Edwards
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas  78741

Bruce R. Garcia                                    *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Jonathan Stone                                     *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Demetri Anastasiadis                               *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

<u>/s/KIM COOGAN</u>
**KIM COOGAN**
Assistant Attorney General

4