IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON; JEFF PRINGLE; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; RICHARD CLARK; KAREN TATE; SANDREA SANDERS; ROBERT EASON; and UNIVERSITY OF TEXAS MEDICAL BRANCH**, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity [Doc. 85], filed September 6, 2013. Defendant Brad Livingston filed an Amended Motion to Dismiss on the Basis of Qualified Immunity [Doc. 97] on October 25, 2013. In light of the filing of the Amended Motion to Dismiss on the Basis of Qualified Immunity, the court **denies as moot** Defendant Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity [Doc. 85].

**It is so ordered** this 8th day of November, 2013.

Sam A. Lindsay
United States District Judge