UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS | § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § | |

**APPENDIX TO PLAINTIFFS' OPPOSED MOTION TO COMPEL DEPOSITION OF BRAD LIVINGSTON**

**Exhibit 1**  Excerpts of the Oral and Videotaped Deposition of Richard C. Thaler, Volume 1, October 18, 2013

**Exhibit 2**  Texas Department of Criminal Justice Policy, Temperature Extremes in the TDCJ Workplace

**Exhibit 3**  Oral 30(b)(6) Deposition of Texas Department of Criminal Justice, Thomas L. Vian, March 27, 2013, Volume 1

**Exhibit 4A**  "Steamy prisons, cool pig barns," article from the Austin American-Statesman, August 17, 2013

**Exhibit 4B**  "Climate-Controlled Swine Buildings Dismay Inmates' Advocates," article from the Texas Tribune, August 16, 2013

**Exhibit 5**  Brad Livingston's Responses to Plaintiff Sandra McCollum's First Set of Interrogatories

**Exhibit 6**  Letter from Brad Livingston to Representative Sylvester Turner

**Exhibit 7**  Oral and Videotaped Deposition of William L. Stephens, Volume 1, October 18, 2013

**Exhibit 8**  Defendant Brad Livingston's Responses to Plaintiff Sandra McCollum's First Set of Interrogatories

DATED: December 4, 2013.

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
    Tel.   512-623-7727
    Fax.  512-623-7729

By   /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Scott Medlock
State Bar No. 24044783
Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

    By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.