# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


STEPHEN McCOLLUM, STEPHANIE *
KINGREY, and SANDRA          *
McCOLLUM, individually and   *
as heirs at law to the       *
Estate of LARRY GENE         *
McCOLLUM,                     *
         Plaintiffs,          *
                              *
VS.                           *    CIVIL ACTION NO.
                              *      3:12-cv-02037
BRAD LIVINGSTON, JEFF         *
PRINGLE, and the TEXAS        *
DEPARTMENT OF CRIMINAL        *
JUSTICE,                      *
         Defendants.          *


*******************************************

ORAL 30(b)(6) DEPOSITION OF

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

THOMAS L. VIAN

MARCH 27, 2013

VOLUME 1

*******************************************

Stephen McCollum, et al                Texas Department Of Criminal Justice
Brad Livingston, et al                            March 27, 2013

1    that --

2        A.    Yes, sir.  I can -- I can --

3        Q.    More or less?

4        A.    Yes, sir, that's more or less.  And I'm not

5    going to challenge your math, let me give you some

6    realistic figures that -- that we're looking at.  Some

7    328,000-dollar units that provide air conditioning, we

8    are putting in some very similar units at another

9    location -- and this is just equipment, not labor costs,

10   not for contractors doing it, we're doing it with our

11   labor -- you're looking at about $328,000 versus about

12   118,000, I believe the figures were.  Now, I don't want

13   you to quote me exact on that, but that's -- that's

14   roughly the difference on the same type of units.  The

15   only difference in the 358,000 is it does have the air

16   conditioning capability built within that system.

17       Q.    So that might be -- the 358,000 might buy you a

18   chiller unit that would --

19       A.    An air conditioning unit.

20       Q.    An air conditioning unit that -- running on

21   refrigerated air or a water chiller like you described?

22       A.    Refrigerated air.

23       Q.    Okay.  So that would be less expensive than a

24   chiller unit for the reasons we talked about before.

25       A.    Yes, sir.

Stephen McCollum, et al                 Texas Department Of Criminal Justice
Brad Livingston, et al                                  March 27, 2013

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                    DALLAS DIVISION

 3

    STEPHEN McCOLLUM, STEPHANIE *
 4  KINGREY, and SANDRA          *
    McCOLLUM, individually and   *
 5  as heirs at law to the       *
    Estate of LARRY GENE         *
 6  McCOLLUM,                     *
             Plaintiffs,         *
 7                               *
    VS.                          *   CIVIL ACTION NO.
 8                               *     3:12-cv-02037
    BRAD LIVINGSTON, JEFF        *
 9  PRINGLE, and the TEXAS       *
    DEPARTMENT OF CRIMINAL       *
10  JUSTICE,                     *
             Defendants.         *
11

12       ********************************************
                  REPORTER'S CERTIFICATION
13           ORAL 30 (b)(6) DEPOSITION OF
         TEXAS DEPARTMENT OF CRIMINAL JUSTICE
14                   THOMAS L. VIAN
                     MARCH 27, 2013
15                      VOLUME 1
         ********************************************
16

17          I, KIMBERLY G. KEEPER, Certified Shorthand

18  Reporter in and for the State of Texas, hereby certify

19  to the following:

20          That the witness, THOMAS L. VIAN, was duly

21  sworn by the officer and that the transcript of the oral

22  deposition is a true record of the testimony given by

23  the witness;

24          I further certify that pursuant to FRCP

25  Rule 30(f)(1) that the signature of the deponent:
```

Stephen McCollum, et al                 Texas Department Of Criminal Justice
Brad Livingston, et al                              March 27, 2013

1      _____ was requested by the deponent or a

2   party before the completion of the deposition and is to

3   be returned within 30 days from date of receipt of the

4   transcript.  If returned, the attached Changes and

5   Signature Page contains any changes and the reasons

6   therefor;

7            XXX was not requested by the deponent or a

8   party before the completion of the deposition.

9            I further certify that I am neither

10  counsel for, related to, nor employed by any of the

11  parties or attorneys to the action in which this

12  proceeding was taken.  Further, I am not a relative or

13  employee of any attorney or record in this cause, nor am

14  I financially or otherwise interested in the outcome of

15  the action.

16           Subscribed and sworn to on this the 8th

17  day of April, 2013.

18

19          *Kimberly G. Keeper*

20  _____
    KIMBERLY G. KEEPER, TEXAS CSR No. 2162
21  Expiration Date:  12/31/13
    WRIGHT WATSON & ASSOCIATES
22  Firm Registration No. 225
    Firm Expiration:  12/31/13
23  3307 Northland Drive, Suite 185
    Austin, Texas  78731
24  512-474-4363/512-474-8802 (fax)

25  JOB NO. 130327KGK