# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KEVIN WEBB, Individually and as Representative of the Estate of ROBERT ALLEN WEBB, et al., Plaintiff, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 6:13-cv-00711 |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

## DEFENDANT BRAD LIVINGTON'S RESPONSE TO PLAINTIFF KEVIN WEBB'S FIRST SET OF INTERROGATORIES

TO: Jeff Edwards, Scott Medlock, The Edwards Law Firm, The Haehnel Building, 1101 East 11th Street Austin, TEXAS 78702.

COMES NOW the Defendant, Brad Livingston, by and through counsel, the Texas Attorney General's Office, and offers the following **Defendant Brad Livingston's Response to Plaintiff Kevin Webb's First Set of Interrogatories**.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division



*[signature: Demetri Anastasiadis]*
DEMETRI ANASTASIADIS
Assistant Attorney General
Attorney-In-Charge
State Bar No. 01164480

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 495-9139 (fax)

**ATTORNEYS FOR DEFENDANT
BRAD LIVINGSTON**

## CERTIFICATE OF SERVICE

I, **DEMETRI ANASTASIADAS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant Brad Livingston's Response to Plaintiff Kevin Webb's First Set of Interrogatories** has been served by electronic mail and by FedEx overnight mail on November 22, 2013, as follows:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, TX

FedEx Overnight Mail No. 7972 3309 3912

Bruce Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Interagency Mail


Kim Coogan
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Shanna Elizabeth Molinare
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Interagency Mail

*[signature]*
**DEMETRI ANASTASIADIS**
Assistant Attorney General

On units with sufficient electrical outlets for offenders to have personal fans, TDCJ has a robust fan program. Offenders are permitted to purchase a fan through the unit commissary, or if indigent, be provided with a personal fan at no cost. Wet cooling towels are also sold to offenders to mitigate the heat. Air flow and fresh air exchange is increased through the usage of floor fans, wall mounted fans, and purge blowers to assist in the movement of air.

TDCJ staff works closely with medical professionals who have identified offenders with conditions that make them more susceptible to the heat and security staff performs additional wellness checks for those offenders.

Further, the TDCJ Risk Management Office takes the following steps: On a unit level, risk managers monitor compliance with AD-10.64 including monitoring daily outdoor temperature readings, coordinating with unit medical personnel to conduct heat-related training each spring, and documenting training as required by policy. The unit risk manager also provides "Heat/Cold Weather Cards" to officers and unit staff and investigates injuries and illnesses suffered by staff or offenders, including those associated with temperature extremes or weather.

Agency-wide, Risk Management monitors compliance with AD-10.64 through an operational review process which is outlined in ED-02.92 *Operational Review Program*. Unit reviews are conducted twice each year, regional reviews are conducted annually, and division level reviews are conducted every three years using checklists published in the Unit Operational Review Manual. Risk Management also posts heat precaution messages for offenders in the ECHO newspaper, including messages in Issues 4, 5, and 6 of Volume 84 and messages in Issues 3 and 6 of Volume 85. Finally, the Risk Management Office prepares training circulars regarding hot weather precautions.

Procedures used to mitigate heat are continually reviewed by TDCJ staff. Division leadership meets prior to each summer to prepare for the upcoming summer. Currently, AD 10.64 is being reviewed to consider any additional steps that may be adopted.

See also heat safety training and circulars produced in response to Plaintiff Stephen McCollum's First Request for Production to TDCJ, numbers 3-5 in *McCollum v. Livingston*, 3:12-cv-02037, U.S. District Court-Northern District- Dallas.

**INTERROGATORY NO. 12:** Please identify and describe in detail all communications you are aware of and/or contributed to discussing temperatures over 90 degrees Fahrenheit in TDCJ facilities.

**RESPONSE:** Defendant objects that this request seeks documents and/or information to which the attorney-client privilege, anticipation of litigation privilege, and litigation strategy privilege may apply. Defendant further objects that this request is overly broad and not reasonably limited in scope, time, or geographic location. This lawsuit is about one offender death at a particular prison unit.

Subject to and without waiving the foregoing objections, I have had periodic discussions concerning high temperatures in inmate housing areas in TDCJ facilities with Jeff Baldwin, Rick Thaler, William Stephens, Jerry McGinty, Jackie Edwards, Oscar Mendoza, Dr. Lanette Linthicum and Bryan Collier. See also documents produced to plaintiffs' attorneys in *McCollum, et al. v. Livingston, et al.*, 3:12-cv-02037, U.S. District Court, Northern District-Dallas.

In addition, I testified before the 83d Texas Legislature on February 20, 2013, March 13, 2013, and April 10, 2013, at which, on occasion, I was asked about temperatures in TDCJ facilities.

## VERIFICATION

STATE OF TEXAS         §
                       §
COUNTY OF WALKER       §

BEFORE ME, the undersigned authority, on this day personally appeared Brad Livingston, who, being personally known to me, after being duly sworn upon his oath deposed and stated that the foregoing responses to Plaintiff Kevin Webb's First Request for Interrogatories in *Webb v. Livingston*, Civil Action No. 6:13-cv-00711, are true, correct and complete to the best of his knowledge; and he is authorized to execute this verification.

Brad Livingston
Executive Director
Texas Department of Criminal Justice

BEFORE ME, the undersigned authority, on this day personally appeared Brad Livingston, known personally to me to be the person subscribed in the foregoing instrument.

Given under my hand and seal of office on this 18 day of November, 2013.

Notary Public in and for the State of Texas

Angela Moore
Printed Name

My Commission Expires: July 22, 2017

ANGELA L MOORE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 07-22-2017