UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | CIVIL ACTION NO. <br> 3:12-cv-02037 |

**ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO COMPEL DEPOSITION OF BRAD LIVINGSTON**

This Court, having considered Plaintiffs opposed motion to compel the deposition of Brad Livingston, and all other pleadings, GRANTS the motion in its entirety. Livingston will appear for deposition on date and time convenient to the parties within 30 days of this order. Further, the Court VACATES Document 28.

Date:

_____
Sam Lindsey
UNITED STATES DISTRICT JUDGE