IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, and **SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum,<br><br>Plaintiffs,<br><br>v.<br><br>**BRAD LIVINGSTON; JEFF PRINGLE; RICHARD CLARK; KAREN TATE; SANDRA SANDERS; ROBERT EASON;** the **UNIVERSITY OF TEXAS MEDICAL BRANCH;** and the **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. **3:12-CV-2037-L** |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiffs' Opposed Motion to Compel Deposition of Brad Livingston,** filed **December 4, 2013**, is hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

Order of Reference – Page 1

**It is so ordered** this 5th day of December, 2013.

_____
Sam A. Lindsay
United States District Judge