# Exhibit 4

# Roger Clark

**Police Procedures Consultant, Inc.**
10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com
December 16, 2013

Mr. Scott Medlock, Esq.
The Edwards Law Firm
1101 East 11th Street
Austin, TX 78702

**Regarding:**   ***Stephen McCollum et al., v. Texas Department of Criminal Justice, et al.***
***Case No.3:12-CV-02037.***

Dear Mr. Medlock:

Thank you for retaining me to analyze and render opinions regarding the July 22, 2011
death of Mr. Larry Gene McCollum (Mr. McCollum) while he was incarcerated at
Hutchins State Jail (HSJ), and under the aegis of Hutchins Personnel.  Pursuant to the
requirements of Rule 26, I have studied the Plaintiff's Complaint, reports,
correspondence, photographs, training material, deposition transcripts, and other material
(as listed in Attachment A) provided to me thus far regarding this case.  I have also
reviewed the following data:

- The Texas Commission on Law Enforcement Standards and
  Education (TCLEOSE) Basic Peace Officer Course #1000.
- The Texas Commission on Law Enforcement Standards and
  Education (TCLEOSE) Basic County Corrections Course #1007.
- Texas Commission on Jail Standards
- The American Correctional Association (ACA) Performance-Based
  Standards and Expected Practices for Adult Local Detention
  Facilities (in cooperation with The Commission on Accreditation for
  Corrections).
- *"A Simulation Study of the Psychology of Imprisonment Conducted
  at Stanford University"* (Stanford Prison Experiment by Professor
  Philip G. Zimbardo) http://zimbardo.socialpsychology.org.

I am informed that it is possible that additional disclosures may occur. Please be advised that if any additional data is provided for my review, a supplementary report may be necessary in order to express my complete opinion.

It is also necessary to state at the beginning of this report that I do not make credibility determinations in expressing my opinions. That is, where there are differences in the events proffered by the defendants versus those proffered by witnesses, I do not opine for the trier of fact regarding who are the more believable witnesses. The resolution of any such conflicts are obviously within the purview of a jury to decide.

## Brief Overview of Events and Commentary:

It must be stated here that the Plaintiff's Complaint provides a more detailed summation of events and facts and I have observed that they have been fundamentally supported by the subsequent deposition testimony and other material provided through the discovery responses. The purpose of this brief commentary is to provide a context for my opinions as expressed below:

On June 24, 2011, Mr. McCollum was booked into the McLennan County Jail (MCJ) as he awaited transfer to Hutchins State Jail (HSJ), where he would serve a two-year sentence for forgery. At his time of intake at MCJ, Mr. McCollum was medically screened and documented as suffering from hypertension and diabetes and was morbidly obese (333Lbs./5 feet 11 inches tall). During his three week incarceration at MCJ, he had no other medical problems. On July 15, 2011, Mr. McCollum was transferred from the MCJ to HSJ without incident.

Upon arriving at HSJ, Mr. McCollum was given a brief medical evaluation by the facility nurse and thence assigned to a general population dorm, C7. At the time of his intake, Mr. Ananda Babbili, the HSJ staff physicians's assistant, changed Mr. McCollum's daily medication from Clonidine to Hydrochlorothiazide (a diuretic used to treat hypertension) without any physical examination. Additionally, it is important to note here that Mr. McCollum was not given any specific instructions regarding his medical condition and no medical orders regarding his physical condition (other than changing his medication) and needs were provided to the prison custody staff – including any specific instructions regarding his medical needs to the staff in charge of Unit C7. According to testimony, the HSJ has an average inmate count of approximately 2,000 inmates. Unit C7 housed approximately 40 inmates in a bunk-bed configuration. Despite his medical condition and physical girth (333 pounds), Mr. McCollum was nonetheless assigned to sleep on a top bunk.

Temperatures during the month of July, 2011 had been consistently high (as was common for that time of year in Texas), but had become exceptionally hot in July and on July 21st with a reported heat index (an amalgam of temperature and humidity) in C7 possibly as high as 120 - 130 degrees. None of the inmate living areas within HSJ were air conditioned, and there was no medical staff on duty after 6:30 p.m.

At approximately 2 a.m., Mr. McCollum was discovered unresponsive and was shaking uncontrollably in his bunk. (According to the Plaintiff's Complaint, Officer Richard Clark, who was working the C7 dorm, was notified by Mr. McCollum's cell mate that Mr. McCollum was shaking.) Officer Clark testified that he noted Mr. McCollum's medical crisis at approximately 2:10 a.m. and observed that Mr. McCollum was convulsing. Officer Clark has also testified that at that point in the sequence of events he initiated the HSJ policy (as he had been trained) regarding sick inmates which was to first call for a video camera to record the event (a camera apparently never arrived during this incident), and then call for his supervisor (Sergeant Karen Tate) who would respond and give further orders.

I have noted in the record that according to Officer Clark, the HSJ policy and procedure is that even during an obvious medical emergency (as was the case for Mr. McCollum), it is not the HSJ policy or procedure to immediately call 911 – even though no medical staff are on duty after 6:30 p.m. Accordingly, Officer Clark testified that after initiating the existing HSJ policy (as he had been trained) regarding medical emergencies, Officer Clark returned to Mr. McCollum's cell, and continued to watch over him, so that he would not fall off his top bunk. (Because of his weight, it was apparently too difficult to get him off the top bunk) In this regard, Officer Clark has testified that 911 *could not be called without permission from the facility supervisor*: (Emphasis added.)

> Q. What did the -- what did you tell the officer in the picket?
> A. I needed a supervisor, video camera, additional staff.
> Q. Did you tell him what the problem was, the officer in the picket?
> A. No.
> Q. Okay. You didn't say like, this guy's having a seizure?
> A. No.
> Q. You didn't ask him to call 911 or...
> A. Well, we -- we can't do -- we can't dial 911.
> Q. You've worked in the picket, I assume.
> A. Yes.
> Q. You can't dial 911 from the picket?
> A. No.
> Q. Do you know why you can't call 911 from the picket?

A.    The only one who can dial outside of the unit is H Control.
Q.    And where is H Control?
A.    It's the control right out -- right out here attached, just before you go
      through the doors to the rest of the unit.
Q.    It's in a separate building from the C Building?
A.    Yes.
Q.    Okay.  And that's the only place that has an outside line?
A.    Yes.
Q.    Can you call the H Building from the picket?
A.    Yes.
Q.    So someone from the picket could tell someone in H Building to call
      911?
A.    No, we can't do that.  *It has to be a lieutenant, is the one that makes
      the final decision whether to dial 911.*
Q.    Okay.  *So the only person who can make - who can make the
      decision to call 911 is the lieutenant?*
A.    *Yes.* (Clark Deposition, Pages 59-60.  Emphasis added.)

Officer Clark testified that he waited for approximately 10 minutes for Sergeant Tate to
arrive at the dorm.  Sergeant Tate has testified that when she arrived, she observed Mr.
McCollum convulsing, and he appeared to be seizing.  Although Sergeant Tate
recognized that Mr. McCollum needed urgent medical attention, she did not call 911, but
instead notified her supervisor, Lieutenant Sandrea Sanders.

Upon being advised of the medical crisis, Lieutenant Sanders did not order that an
ambulance be called immediately but opted to respond to C7 while Mr. McCollum
continued to convulse and suffer.  Lieutenant Sanders finally arrived, and testified that
she also recognized that Mr. McCollum was non-responsive, excessively warm, and
shaking.  It is uncontested in the record that 911 had not even been discussed as an option
up to this point.  Instead of calling 911 (according to policy Lieutenant Sanders had the
authority to do so), she (Lieutenant Sanders) called a prison facility that was located over
100 miles away and spoke with their on-duty nurse (someone not authorized to make
medical diagnoses or prescribe treatment).  Finally, at approximately 3:00 a.m.,
Lieutenant Sanders had the H-Building call 911 for a medical unit - approximately an
hour after Officer Clark first became aware of Mr. McCollum's medical emergency.
Paramedic personnel did not arrive at the facility until approximately 3:15 a.m. - over one
hour after Officer Clark first became aware of Mr. McCollum's medical emergency.
Because of his obesity, personnel also had difficulty rendering first aid and even getting
Mr. McCollum off his assigned top bunk.  When this was finally accomplished, Mr.
McCollum was transported to Parkland Hospital via ambulance, where he arrived with a

recorded body temperature of over 109.4 degrees, slipped into a coma and succumbed to heat stroke complications (hyperthermia) six days later.

**Opinions Thus Far:**

1.     In the United States the reverence for life is a fundamental value of paramount importance.  This principle is taught to all custody officers (both Federal and State) as a value at the very heart of the acceptable and expected professional standard of care.  Training given to administrators and officers includes the reality that the reverence for life is an ethical, moral and legal core value imbedded in the Constitution and is taken by oath as an obligation by those given custodial powers.  Custody Officers are also trained that depriving a person of freedom in any capacity is one of the most serious and sensitive responsibilities that custody officers have.  In depriving a person of freedom, officers must weigh the right of an individual to personal liberties against the right of the community at large to be safe and secure.  Once a citizen is taken into custody, a whole new set of responsibilities emerges.  These include the care and safety as well as the constitutional and statutory rights of every prisoner.  Consequently, custody officers are trained that they are lawfully responsible for the care and safekeeping of individuals in their custody and are liable under criminal and civil law for the safekeeping and standard of care of those persons.  In my opinion, the death of Mr. McCollum was totally preventable and the conduct of all of the involved HSJ administrators, supervisors and staff demonstrated a shocking deliberate callus disregard for his life and safety for which neither the facility policy and procedures nor the personnel involved should be excused or forgiven.

2.     In my opinion, all HSJ personnel (including medical and custodial staff) were given obvious and sufficient cause to closely monitor Mr. McCollum's health from the moment he entered into the HSJ – especially in view of the on-going heat wave.  This did not occur.  They were aware that he was obese, they were aware that he was diabetic, and they were aware that he had hypertension and was taking a prescribed diuretic which caused fluid loss.  Given the totality of circumstances and the knowledge HSJ personnel had of Mr. McCollum's health disabilities, procedures should have existed

that would have, at the minimum, placed him in a housing unit that had air conditioning and enhanced medical monitoring.

3.    In my opinion, Mr. McCollum's obvious susceptibility to hyperthermia injury and/or death was not solely restricted to the HSJ medical staff (although they clearly understood the consequences and risks). Hyperthermia is a condition covered in all custodial first aid curriculums. In this case it is clear that Mr. McCollum's physical symptoms and distress were so obvious that they were a matter of simple common sense among the entire staff. The obvious lack of concern by the HSJ personnel for Mr. McCollum's life in this case was shocking and nothing less than deliberately indifferent.

4.    There was no security reason to require a security supervisor (i.e. Sergeant Tate and Lieutenant Sanders) to evaluate an inmate before calling 911 when there is no medical staff available at the prison. While a security supervisor should be notified 911 has been called, waiting on a security supervisor who has no medical training beyond first aid to evaluate an inmate before calling 911 simply delays emergency medical care, effectively denying prisoners such as Mr. McCollum critically needed medical attention for serious conditions.

5.    The Texas Department of Criminal Justice (TDCJ) oversees multiple prisons and jails. The medical emergency policies in place at Hutchins State Jail are also reviewed and confirmed by the TDCJ. In this case Robert Eason, who is directly in charge of HSJ, testified that if Mr. McCollum's condition was indeed considered a medical emergency, then any officer could have and should have called 911. Mr. Eason testified that he determined that the HSJ personnel, including Officer Clark, did not believe Mr. McCollum's condition rose to the level of a medical emergency, and therefore did not call 911. However, Officer Clark belies Mr. Eason's testimony in this regard. Rather, Officer Clark has testified that from his observations Mr. McCollum's condition did in fact require medical attention and would require a 911 call, but he did not do so. It is obvious from the testimony that Clark, Tate, and Sanders knew that Mr. McCollum was suffering convulsions, was unresponsive, and was hot to the touch, and needed emergency medical care. Despite knowing there was no medical staff available at the prison, they made the deliberate choice to wait almost an hour to call 911 while Mr. McCollum

Page 6 of 15

continued to convulse, remain unresponsive, and hot to the touch. The facts of this incident clearly demonstrate that the HSJ training and policies regarding medical emergencies are fundamentally inadequate and broken:

Q.     Okay.  Did -- did you think he was in pretty bad shape when you saw him?
A.     Yes.
Q.     You could tell he needed medical attention?
A.     I'm not a nurse or anything.  That's an opinion on whoever is -- is there at the time.  I --
Q.     But you knew -- I'm sorry.
A.     It looked like he needed -- needed -- well, I'm not sure exactly what he needed, but...
Q.     But from looking at him, *you knew that he was having a medical problem, and that it was beyond your ability to help him* because you -- as we talked about previously, you've only had basic first-aid training, right?
A.     *Yes.*
Q.     *So you knew that he needed medical help at that time?*
A.     *Yes.*
Q.     Okay.  At least to be evaluated, because you couldn't tell what the problem was?
A.     Yes. (Clark Deposition, Page 52.  Emphasis added.)

6.     I have noted that HSJ has proffered that they have been ACA inspected and certified.  However, this in no way excuses the HSJ for Mr. McCollum's preventable death.  In fact, his death occurred within just one week of his incarceration at their facility and - as stated by those involved - occurred pursuant to their training, policies and procedures.  Such facts apparent in this incident are clearly contrary to the ACA standards.  In my opinion, the ACA standards and statements of best practices are among the best expressions of necessary and required custodial conduct to be found anywhere.  It is deeply troubling to be acquainted with the ACA standards and then contrast them with the documented events regarding Mr. McCollum's suffering and death due to hyperthermia.  Moreover, HSJ clearly does not comply with the ACA standards regarding temperature control, which require temperatures to be capable of

being raised or lowered to maintain a comfortable, or even safe, temperature.

7.       Another unacceptable argument proffered in this case is that HSJ custody officers didn't realize that that Mr. McCollum was having a "medical emergency," and they even had trouble during depositions defining what a "medical emergency" is.  Additionally the HSJ has an established policy of denying immediate medical care in the event of an inmate seizure, and routinely let seizures resolve themselves rather than call paramedics when medical personnel are not on duty.  Such policies are clearly below the standard of care.  This training is very adequately provided as part of the (TCLEOSE) Basic County Corrections Course #1007.  When there is no medical care available onsite, no competent correctional officer would consider a "seizure"a minor medical event where medical attention can be delayed until the morning.  It is shocking this would be considered an acceptable and common practice at HSJ.  The HSJ staff cannot be excused for such incompetence and it is a fundamental necessity for all corrections officers to know when to provide medical care.

8.       As stated above, in my opinion, the HSJ existing policies and procedures regarding inmate medical risks, needs, and care are totally inadequate and did not meet the required standards/best practices or the professional standards of care - including the claimed ACA certification.  This includes (but not limited to) the ACA standards and expected practices as stated below and which are in harmony with all State and Federal codes across the nation:

- **Environmental Conditions:**  4-ALDF-1A-20: (Temperature and Humidity are mechanically raised or lowered to acceptable comfort levels.)
- **Staffing:**  4-ALDF-2A-15: (Staffing of qualified personnel who can meet medical needs.)
- **Reception:**  4-ALDF-2A-19 and 4-ALDF-2A-21: (Immediate medical screening required.)

Page 8 of 15

- **Classification & Separation:**  4-ALDF-2A-30 and 4-ALDF-2A-32: ( Housing according to medical need.)
- **Training &Staff Development**  4-ALDF-7B-08, 4-ALDF-7B-09, and 4-ALDF-7B-10. (All facility staff require CPR/first aid training.)

9.    The Plaintiff's Complaint documents a series of preventable heat-related deaths of inmates while incarcerated by the State of Texas Prison System similar to the death of Mr. McCollum.  I cannot understand how such a cruel and inhumane treatment could continue to be tolerated and repeated within the State of Texas Penal System. Clearly, without corrective actions, they will continue to occur.  Air conditioning is an obvious necessity and should have been installed at the HSJ years before Mr. McCollum's Death.  However, even without the existence of an air conditioning system, Mr. McCollum's death cannot be excused because obvious and well known precautions should have been immediately implemented when the heat wave occurred.  They included at a minimum:

- Declaring a facility heat-related emergency that automatically specifies pre-planned changes in staffing, treating, re-locating and monitoring of the inmate population.
- Policies and procedures in place mandating the evacuation of inmates housed in the hot living areas and relocate them to a medically approved safe and cool buildings/dorms.
- Inmates such as Mr. McCollum should have been pre-designated as medically fragile and removed from their obviously heat-intensive housing environment in C7 and transferred to cooler housing – even if it required a transfer to an air conditioned jail facility.
- During weather cycles of intense heat, increased physical monitoring of all inmates by staff HSJ should have occurred.
- Medical staff should have been assigned to the facility on a round-the-clock basis with additional required

Page 9 of 15

inspections by medical personnel of inmate housing units.

- Providing plentiful methods and means for inmates to cool down, i.e. providing plentiful ice water, fans, showers, etc. throughout the entire facility and especially within the living areas.
- A clear policy and expectation for any staff to call 911 for an immediate emergency response upon any observed medical emergency.

10.   The prison is deficient in that it does not maintain an activity log that would document the efforts of the staff to mitigate the effects of the heat - such as providing ice water, providing additional cold showers, moving inmates to air conditioned areas of the prison, etc. Recording such activities are fundamental to the competent administration of any correctional facility.

11.   The HSJ and all state facilities like it should have had air conditioning capabilities for all inmate housing units.

**My Qualifications for Reviewing this Case:**

My opinions are based in part on my training, professional experience and education.  I am a twenty-seven year veteran of the Los Angeles County Sheriffs Department (LASD). I was hired on December 1, 1965, and I retired from active service on March 31, 1993. My career included six years at the rank of Deputy Sheriff, six years as a Sergeant, and fifteen years as a Lieutenant.  I retired holding a California Peace Officer Standards and Training (POST) Advanced Certificate, and I am a graduate of the POST Command College (class #5).

During the course of my service with the department, I had a wide range of duties.  Those duties included an 18 month assignment as a staff jail deputy and two years as an Administrator/Lieutenant in the same jail facility (Men's Central Jail). I also served on the department as a patrol officer, field supervisor, jail watch commander and administrator, station watch commander and commanding officer of investigative units.  I was a field training officer while assigned as a patrol deputy, and I trained new officers in POST and department approved patrol procedures, field investigations, apprehension techniques, and emergency procedures.

I was a Station Detective and, as such, reviewed and assessed cases passed on to me by the patrol officers. Those cases included possible complaints relating to both misdemeanor and felony crimes. They frequently required follow-up investigations and interviews before the exact nature of the case could be determined. As a field officer and detective, I was trained in interview and interrogation methods and subsequently trained other officers.

Among other assignments as a Sergeant, I supervised field officers and station detectives as they took complaints and conducted preliminary investigations regarding criminal and administrative matters.

As a Sergeant and as a Lieutenant, I served on the training staff of the Los Angeles County Sheriffs Department's Patrol School which taught the POST accepted patrol tactics, and investigation and apprehension methods.

As a Watch Commander and as a Lieutenant, I responded to, investigated, and reported on the use of force and officer involved shootings. I was also assigned by my Department to sit as a member of Departmental review committees regarding the reasonable or unreasonable use of force and tactics.

As stated above, during my career I was assigned to the Los Angeles County Men's Central Jail (MCJ) for a period of 18 months as a line officer. Upon my subsequent promotion to Lieutenant, I returned to the same facility approximately 10 years later. During that time I was assigned as a Jail Watch Commander, and as the Facility Training and Logistics Administrator. At the time of my assignment, the MCJ held a daily population in excess of 7,000 inmates, including a hospital, which was serviced by a staff of more than 900 sworn and civilian personnel.

During my assignment as the Administrative Lieutenant of the Department's Reserve Forces Bureau, I worked closely with the State of California Peace Officer Standards and Training in revamping our Reserve Academy to bring it into state compliance. This process gave me an expertise in the POST Basic curriculum. I also supervised the training of cadets at our Reserve Training Academy. They were taught proper investigation, interview, and apprehension procedures. Among other topics, I lectured the Reserve Academy on the POST syllabus: "The Legal and Moral Use of Force and Firearms."

During the 1984 Olympics held in Los Angeles, I was assigned and served as the Department's Intelligence Officer at the Los Angeles Olympics Emergency Operations Center.

During the last five and one-half years of my career, I commanded a specialized unit known as the North Regional Surveillance and Apprehension Team (N.O.R.S.A.T.), which was created to investigate, locate, observe and arrest major (career) criminals. I held this position until my retirement from the Department on March 31, 1993. Criminals investigated and arrested by N.O.R.S.A.T. included suspects involved with homicide, robbery, kidnaping, extortion, burglary, major narcotics violations and police corruption. The majority of our cases were homicide cases, including the murder of police officers. Arrests frequently occurred in dynamic circumstances including crimes in progress.

My unit also conducted major narcotics investigations including undercover narcotics buys, buy-busts, and reverse stings. We frequently deployed at the request of investigative units, such as Narcotics, which provided the initial investigative leads for our operations. These narcotics cases usually involved multiple kilogram quantities of drugs and amounts of money ranging from one hundred thousand to more than one million dollars.

Approximately 80% of cases assigned to N.O.R.S.A.T. were active Homicide investigations. In that regard, the unit processed under my command and supervision, various aspects (depending on the complexity of the cases involved) of approximately 1,000 Homicides ranging from deaths of police officers to serial homicide suspects. Additionally, the majority of the 700 cases for which I have been retained as a consultant (since 1993) have involved injuries or deaths connected with some aspect of force during either apprehension or while in police custody.

During the first three months of my command of N.O.R.S.A.T., the unit had three justifiable shooting incidents. From that time, and over the next five years of my command, N.O.R.S.A.T. established a remarkable record of more than two thousand arrests of career criminals without a single shot fired – either by my officers or by the suspects whom we arrested.

Many of these suspects were armed and considered to be very dangerous. Some were apprehended during the course of their crimes and were very prone to use firearms to escape apprehension.

This record of excellence was accomplished through the use of proper tactics, management and supervision of personnel, training in correct apprehension methods and adherence to the moral and ethical standards endorsed by California POST and my Department. These methods and principles are also embraced by every state training commission of which I am aware, as well as the national standards established by the U.S. Department of Justice.

As a result of my position and record as the commanding officer of N.O.R.S.A.T., I was assigned to author Field Operations Directive 89-3, "Tactical Operations Involving Detective Personnel." This order remained in force 20 years (until September 30, 2009), and included the basic standards and considerations with which investigative officers must comply in the event of a tactical deployment such as the dynamic entry into a building for the purpose of an arrest and/or seizure of evidence.

Since my retirement, I have testified as an expert on use of force, jail procedures and jail administration, investigations, police procedures, police tactics, investigative procedures, shooting scene reconstruction, and police administration in Arizona State Courts, California Courts, Washington State Courts and Federal Courts in Arizona, California, Colorado, Illinois, Indiana, Louisiana, Missouri, Oregon, Nevada, New Mexico, Ohio, Pennsylvania, Texas, Utah and Washington. I have testified before the Los Angles Police Department Board of Rights and the Los Angeles County Civil Service Commission. I have testified before the Harris County (Texas) Grand Jury. I have also submitted written opinions in matters before Alaska, Florida, Idaho, Montana, North Carolina, Oregon and Wyoming Federal and State Courts.

I was selected (January 20, 2007) to present on the topic of: "Police Experts" at the National Police Accountability Project held at Loyola Law School, Los Angeles, California. I was selected (September 23, 2010) to present on the topic of: "Using POST Modules to Establish Police Officer' Standard of Care" at the National Accountability Project, National Lawyers Guild Convention, New Orleans, Louisiana. I was selected (March 30, 2012) to present to the Kern County Public Defenders in Bakersfield, California, on the topics of "Ethics, Police Investigations, the California POST Curriculum, and the M26 and X26 Taser weapons". On August 7, 2013 I was invited and presented to the Texas Civil Rights Project (TCRP) 2013 Annual Legal Summit in Austin, Texas on the topic: "Ethically Working with Experts from the Prospective of a Police Expert."

I have worked on several projects with the Paso Del Norte (El Paso, Texas) Civil Rights Project, and the Texas Civil Rights Project (Austin, Texas). As a result of my expert testimony in Border Network, et al. v. Otero County, et al., Case No. 07-cv-01045 (D.N.M. 2008), a federal court issued a temporary injunction to stop the illegal and widespread immigration raids in Chaparral, New Mexico, implemented pursuant to Operation Stonegarden. The case resulted in the adoption of a model policy for inquiring into a person's immigration status, which has been adopted nationwide and has also been presented to the United States Senate, the Secretary of Homeland Security, and other government officials seeking to reform immigration enforcement.

I have been recognized, and my expert report was quoted by the United States Court of Appeals for the Ninth Circuit as an expert in Police Administration and Use of Force. Blankenhorn v. City of Orange, et al., 485 F.3d 463, 485 (9th Cir. 2007). The Ninth Circuit also drew from my expert report in a second published case involving Police Detective Investigations. Torres, et al v. City of Los Angeles, et al., 540 F.3d 1031, 1042-43 (9th Cir. 2008). The Torres case was appealed to the U.S. Supreme Court and returned for trial. The Ninth Circuit also drew from my expert reports regarding credible threats justifying the use of force, Hayes v. County of San Diego, - F.3d -, 2011 WL 2315191 (9th Cir. 2011), and Young v. County Of Los Angeles, 2011 WL 3771183 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding Jail Administration and Administrative Responsibilities, Starr v. Baca, - F.3d -, 2011 WL 2988827 (9th Cir. 2011). The Ninth Circuit also drew from my expert reports regarding an officer's violation of the 14th Amendment if an officer kills a suspect when acting with the purpose to harm, unrelated to a legitimate law enforcement objective, in A.D., a Minor; J.E., a Minor; Sue Casey, v. State of California Highway Patrol, and Stephen Markgraf, No. 09-16460, D.C. No. 3:07-cv-05483-SI. The Fifth Circuit drew from my expert report regarding search and seizure, investigations and no-knock requirements in Lindsey Bishop and Carolyn Clark, v. Tony Arcuri, City of San Antonio. USDC Court of Appeals, Fifth Circuit, Case No. 11-50010, March 09, 2012. The Ninth Circuit also drew from my expert report regarding the use of impact weapons (PepperBall) on civilians in Nelson v. City of Davis, __ F.3d __, 2012 U.S. App. LEXIS 14140 (9th Cir. 2012).

The California Court of Appeal (Second Appellate District) drew in part from my expert report regarding search warrant service, Macias v. County of Los Angeles, 144 Cal. App.4th 313, 50 Cal. Rptr.3d 364 (2006). The California Supreme Court drew in part from my expert opinion regarding police tactics and the use of deadly force, Chelsey Hayes, a Minor, etc., v. County of San Diego et al., S193997, 9th Cir. No. 09-55644, S.D. Cl. No. 3:07-cv-01738-DMS-JMA.

On February 10, 1989, I was personally commended at the Los Angeles County Hall of Administration by United States Attorney General, the Honorable Edwin Meese III, for my work to establish California Penal Code Section 311.11 (forbidding the Possession of Child Pornography). On February 22, 1993 (at the time of my retirement), Mr. Meese presented a second personal commendation for the success of this critical 5 year effort to bring this law into effect.

I have been found competent by both Federal and State Courts to render opinions as to the duties and responsibilities of police officers regarding their individual and collective responsibilities as occurred in this case. A number of my cases have involved law enforcement officers as civil plaintiffs and as criminal defendants.

Since my retirement I have become an expert in the features and the use of TASER International's products, including the Model M26 and Model X26 ECDs. I own each, along with the download software. I have reviewed all the TASER training materials and am familiar with the risks and tactics associated with these potentially lethal devices. I have qualified as an expert on TASER products and testified both in deposition and before juries on their usage. Two published examples are <u>Lee v. Nashville</u>, 596 F. Supp. 2d 1101, 1121-22 (M.D. Tenn. 2009), and <u>Heston v. City of Salinas</u>, 2007 U.S. Dist. LEXIS 98433, *25-*26 (E.D. Cal. 2007). There are many others.

Attached as Exhibit A is a listing of the material reviewed, Exhibit B is a statement listing my law enforcement qualifications and experience; Exhibit C is my fee schedule; Exhibit D is a listing of matters in which I have testified in the last four years as an expert.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 16, 2013 at Chicago, Illinois.

Roger A. Clark

*McCollum v. Livingston*

| DATE | DESCRIPTION |
|---|---|
| **1. Plaintiff's Request** | |
| 10.1.12 | Plaintiff's First Set of Request for Production and Interrogatories to Defendant Brad Livingston |
| 10.1.12 | Plaintiff's First Set of Request for Production and Interrogatories to Defendant Jeff Pringle |
| 10.1.12 | Plaintiff's First Set of Request for Production and Interrogatories to Defendant TDCJ |
| 1.23.13 | Plaintiff's Second Set of Requests For Production and Interrogatories & First Set of Requests For Admissions to Defendant TDCJ |
| 2.22.13 | Plaintiff's First Set of Requests For Admission, Requests for Production, and Interrogatories to Defendant Brad Livingston |
| 2.22.13 | Plaintiff's First Set of Requests For Production and Interrogatories to Defendant TDCJ |
| 3.28.13 | Plaintiff's Fourth Requests for Production to Defendant Brad Livingston, Jeff Pringles, and TDCJ |
| 6.18.13 | Plaintiff's First Set of Requests For Production and Interrogatories to Defendant Karen Tate |
| 6.18.13 | Plaintiff's First Set of Requests For Production and Interrogatories to Defendant Richard Clark |
| 6.18.13 | Plaintiff's First Set of Requests For Production and Interrogatories to Defendant Robert Eason |
| 6.18.13 | Plaintiff's First Set of Requests For Production and Interrogatories to Defendant Sandrea Sanders |
| 6.18.13 | Plaintiff's First Set of Request for Production, Requests for Admissions and Interrogatories to UTMB |
| **2. Plaintiff's Disclosures** | |
| 7.9.13 | Plaintiff's Disclosures |
| 7.9.13 | Anonymous Letter and Envelope *Bates Nos. 000157-000159* |
| 7.9.13 | Audio Recording of McCollum Family Conversation with Officer Phillips *Bates No. 001378* |
| 7.9.13 | CY2007 – CY2012 Deaths All Manners – Turner *Bates Nos. 001206-001373* |
| 7.9.13 | Grievances Ronald Chase 6/18/12 *Bates Nos. 000028-000029* |
| 7.9.13 | Hutchins Unit Public Information Documents *Bates Nos. 001383-001641* |
| 7.9.13 | Livingston Letter to Turner 8-16-12 |

|          | *Bates Nos. 000027-000028* |
|----------|----------------------------|
| 7.9.13   | **McCollum Autopsy** <br> *Bates Nos. 00002-00007* |
| 7.9.13   | **McCollum UTMB Medical Records** <br> *Bates Nos. 000052-000155* |
| 7.9.13   | **McCollum Letter** <br> *Bates Nos. 001375-001377* |
| 7.9.13   | **Parkland Records** <br> *Bates Nos. 000155-001205* |
| 7.9.13   | **Stephanie Kingrey's Journal** <br> *Bates Nos. 000009-000029* |
| 7.9.13   | **Turner Letter 8-12-11** <br> *Bates No. 000008* |
| **3. Plaintiff's First Supplemental Disclosures** | |
| 2.22.13  | **Correctional Managed Health Care Policy Manual** <br> *Bates No. 001642-001649* |
| 2.22.13  | **Photographs of Hutchins Unit from Entry and Inspection** <br> *Bates No. 001650-001670* |
| **4. Plaintiff's Second Supplemental Disclosures** | |
| 7.9.13   | **Plaintiff's Second Supplemental Disclosures** |
| 7.9.13   | **Cremations Records** <br> *Bates Nos. 002956-002957* |
| 7.9.13   | **McLennan County Jail Records** <br> *Bates Nos. 002931-002955, 002997-003010* |
| 7.9.13   | **Parkland Memorial Hospital Records** <br> *Bates Nos. 001671-002930, 002958-002993* |
| **5. Defendant's Initial Disclosures** | |
| 12.5.12  | Defendants' Initial Disclosure to Plaintiff |
| 12.5.12  | **TDCJ Medical Records** <br> *Bates EAC 1-54* |
| **6. Defendant's Discovery Responses and Answers** | |
| 12.21.12 | Defendant Brad Livingston's Responses to Plaintiff's First Set of Requests |
| 12.21.12 | Defendant Jeff Pringle's Responses to Plaintiff's First Set of Requests |
| 12.21.12 | Defendant Texas Department of Criminal Justice's Response to Plaintiff's Requests for Production and Interrogatories |
| 2.27.13  | Defendant Texas Department of Criminal Justice's Responses to Plaint's Second Set of Requests for Production and Interrogatories and First Set of Request for Admissions |
| 3.25.13  | Defendant Texas Department of Criminal Justice's Responses to Plaintiff's First Set of Requests |

| 7.17.13 | Defendant Richard Clark's Reponses to Plaintiff's First Set of Requests |
|---------|------------------------------------------------------------------------|
| 7.17.13 | Defendant Robert Eason's Reponses to Plaintiff's First Set of Requests |
| 7.17. 13 | Defendant Jeff Pringle's Responses to Plaintiff's Fifth Set of Requests |
| 7.17.13 | Defendant Sandrea Sanders' Responses to Plaintiff's First Set of Requests |
| 7.17.13 | Defendant Texas Department of Criminal Justice's Responses to Plaintiff's 5th Set of Requests |
| 8.2.13 | Defendant University of Texas Medical Branch's Answers to Plaintiff's First Set of Interrogatories |
| 8.2.13. | Defendant University of Texas Medical Branch's Responses to Plaintiff's First Requests of Admission |
| 8.2.13 | Defendant University of Texas Medical Branch's Responses to Plaintiff's First Requests Production with attached documentation |

**7. Defendant's Supplemental Responses**

| 1.16.13 | Defendant Pringle's and OIG's Supplement Responses |
|---------|----------------------------------------------------|
| 6.6.13 | Defendant TDCJ Supplemental Response to Plaintiff's Requests for Production |
| 10.17.13 | Defendant UTM's First Supplemental Responses to Plaintiff's First Request for Production |

**8. Data and Documents**

| | Anon Letter to Atty Jeff Edwards<br>*Bates Nos. 000157-000158* |
|---|------------------------------------------------------------------|
| | Autopsy<br>*Bates EAC 36-42* |
| | Babilli's Note 7-15-11 |
| | Clark Statement 7-22-11<br>*Bates OIG - 159* |
| | Crain Triage Note 7-22-11 |
| | Eason Report 7-25-12<br>*Bates EAC – 01* |
| | Death Summary<br>*Bates Nos. 000033-000034* |
| | Grievance Form 7-8-12 (grieve. 31-32) |
| | Grievance Form 8-13-12 (grieve. 111-112) |
| | Heat Card<br>*Bates No. 001578* |
| | Hutchins Unit Report<br>*Bates EAC – 10 - 14* |
| | Intake Physical, Complete 7-15-11 |
| | Livingston's Letter to Turner 8-16-11 |

| | |
|---|---|
| | *Bates Nos. 000026-000027* |
| | McLennan Co Jail Report, Completed 7-15-11 |
| | Pringle's Email Regarding Heat 8-3-11<br>*Bates No. 001392* |
| | Pringle's Email Regarding Heat 8-5-11<br>*Bates No. 001394* |
| | Pringle's Email Regarding Heat 8-10-11<br>*Bates No. 001405* |
| | Pringle's Email Regarding Heat 8-17-11<br>*Bates No. 001414* |
| | Pringle – Int #1 – 1-3 (Security Memo 11-4-11) |
| | Pringle – Int #9 – 1-109 |
| | Pringle – Int #9 – 1-25 (Property Policy) |
| | Pringle – Int #9 – 26-27 (Property List) |
| | Pringle's Report to Eason 7-25-12<br>*Bates EAC – 02-09* |
| | Pringle's Memo to Eason 8-5-11<br>*Bates OIG -137-139* |
| | Pringle Timelines<br>*Bates EAC-08 - 09* |
| | Pringle Training Roster<br>*Bates Nos. 001581-001582* |
| | Sanders Email – 7-22-11<br>*Bates OIG – 145* |
| | Sanders Statement – 7-22-11<br>*Bates OIG – 197* |
| | Security Memo 10-4-11 |
| | Tate Statement 7-22-11<br>*Bates OIG - 158* |
| | Tate Training Roster 5-11-11<br>*Bates Nos. 001619-001622* |
| | TDCJ Health Summary, Completed 1-8-2004 |
| | TDCJ Health Summary, Completed 7-20-11 |
| | TDCJ Heat Memo 8-13-10<br>*Bates Nos. 001386 – 001387* |
| | TDCJ Heat Memo 8-06-10<br>*Bates Nos. 001395 – 001397* |
| | TDCJ Heat Memo 8-09-10<br>*Bates Nos. 001399 – 001400* |
| | TDCJ Heat Memo 8-10-10<br>*Bates Nos. 001401 – 001404* |
| | TDCJ Heat Memo 8-13-10<br>*Bates Nos. 001408 – 001410* |
| | TDCJ – RFP #2 – grieve.01-155 |
| | TDCJ – RFP #3 – 1- 16 |

| | |
|---|---|
| | TDCJ – RFP #3 – 1-2 (Hutchins Heat Memo 3-15-12) |
| | TDCJ – RFP #3 – 3-5 (Anderson emails 5-1-11) |
| | TDCJ – RFP #3 – 6 – 13 (Extreme Temperature Policy) |
| | TDCJ – RFP#3 – 15 (Heat matrix) |
| | TDCJ-RFP #4 – 1-27 (including TDCJ's Risk Management's Training Circular) |
| | TDCJ – RFP#4,6 & 7 |
| | TDCJ – RFP #5  1– 19 (including Air Handler Work Order) |
| | TDCJ – RFP #9 -1-144 |
| | TDCJ – RFP #23 – 1-709 |
| | TDCJ – RFP #25 – 1- 125 |
| | TDCJ – RFP #25 -71-74 (ACA Hypertension Numbers) |
| | TDCJ rsp to Sandra 5th RFP – 1-951 (Business Records Affidavit) |
| | TDCJ Temperature Log May-Aug 2011 *Bates Nos. 001430-001537* |
| | TDCJ Temperature Inter-Office Communications 7-13-11 *Bates No. 001383* |
| | TDCJ Temperature Inter-Office Communications *Bates No. 001384* |
| | Travel Card *Bates EAC – 16* |
| | Correctional Managed Care Clinic Notes – Nursing 7-22-11 |
| | Turner's Letter to Livingston 8-12-11 *Bates No. 000008* |

**9. Depositions**

| | |
|---|---|
| | Deposition Summary of Karen Tate |
| | Deposition Summary of Richard Clark |
| | Deposition Summary of Sandrea Sanders |
| | Deposition Summary of Jeffery Pringle |
| | Deposition Transcript of Kim Farguson |
| | Deposition Transcript of Robert Eason |
| | Deposition Summary of Thomas L. Vian |
| | Deposition of Ananda Babbili |
| | Deposition of Rick Thaler |
| | Deposition of William Stephens |
| | Deposition of Sandra McCollum |
| | Deposition of Stephen McCollum |
| | Deposition of Stephanie Kingrey |
| | Deposition of Glenda Adams |
| | Deposition of Owen Murray |

**ROGER A. CLARK**

*10207 Molino Road • Santee CA 92071 • Telephone: (208) 351-2458.  Fax: (619) 258-0045.*

EXPERIENCE

**Police Procedures Consultant (self employed)**
April 1, 1993 to Present.................................................................. **20 years**

I have been certified by Federal and State courts as expert in jail and police procedures in Federal and State Courts.  I select my cases carefully and have consulted in approximately 1075 cases thus far since my retirement from the Los Angeles County Sheriff's Department.

**Substitute Teacher, Madison School District**
August 1994 to 2003......................................................................... **9 years**

I substitute teach at all levels in the school district (elementary to high school). As a volunteer, I wrote and managed a $85,000.00 federal grant for our Central High School.  This grant is in its sixth year and has generated $510,000.00 for the school.

**District Liaison, State of Idaho Department of Juvenile Corrections**
August 1, 1995 to March 1, 1997...........................................**1 year, 7 months**

I represented the new Department of Juvenile Corrections to the ten counties in the Seventh Judicial District.  As such, I worked closely with Probation Officers, County Commissioners, Judges, other state agencies, private care providers, etc. in the implementation of the new Idaho Juvenile Corrections Act of 1995.  I wrote or participated in the writing of several federal grants for the District.  I conducted training - both formal and informal - and developed a series of new therapy programs for juveniles with private care providers.  I also served as the Director of the Detention Center and the State Placement Coordinator during this time.

-1-

**Los Angeles County Sheriff's Department**
December 1, 1965 to March 31, 1993..................................27 years 4 months

**Note:**  In 1993 the Los Angeles County Sheriff's Department had 7,000 sworn and 3,000 civilian personnel and a daily County Jail inmate population of 23,000.

**Service as a Lieutenant (15 Years, 0 Months):**

1. **Field Operations Region I**
   **NORSAT**                          11/15/87 to 3/31/93   **64 months**

I commanded a specialized unit created to investigate, locate, observe and arrest major (career) criminal offenders.  This unit was designed as a multijurisdictional effort for the cities in the northern region of Los Angeles County.  The command consisted of four (4) Sergeants, seventeen (17) Deputies, four (4) Police Officers, twenty five (25) Reserves, and three (3) civilian employees.  The 1992 budget set at $1.5 million.  The arrest rate averaged 500 career criminal arrests per year with a 97% conviction rate and no shots fired (on either side) for 61 consecutive months.

Significant contributions while assigned at this Bureau were:

- Increase in participating police agencies.
- Direct participation with corporate (private) agencies.
- Formation of a reserve and volunteer unit.
- Establishment of NORSAT Foundation private funding.
- Computerization of the unit.
- Promotion of fourteen personnel.
- Fleet expansion from 13 to 28 vehicles (donated).
- Formation of the DEA Valley Task Force.
- Field Operations Directive 89-3.

2. **Executive Offices**
   **Reserve Forces Bureau**          05/01/84 to 11/15/87  **42 months**

I was the administrative officer to a specialized bureau responsible for coordinating the activities of 1,000 sworn reserve personnel, 900 civilian

-2-

volunteers, and 450 law enforcement explorer scouts.  The Bureau identifies programs for their effective utilization throughout the Department; develops and tracks training programs; sponsors activities designed to promote growth and keep morale at high levels.

Significant contributions while assigned at this bureau are:

- Total restructure of the Academy training process for reserve Deputies.
- Implementation of upgrade programs to move lower level reserves to level I status.
- Departmental Reserve Certification procedures.
- Annual leadership seminar.
- The Reserve News, a nationally recognized police magazine.
- Computerization of the Bureau.


3.      **Field Operations Region I**
        **Crescenta Valley Station**      04/01/80 to 05/01/84  **49 months**

Crescenta Valley Station is a full service police facility of 100 personnel serving a population of 50,000 (including the Contract City of La Canada-Flintridge) and a total area of 250 square miles. During my four years service at this facility I served in every management role:

- **Nine months** as the Station Commander during an extended absence by the Captain (08/01/83 TO 05/01/84).
- **Sixteen months** as the Operations Lieutenant (03/01/82 TO 08/01/83).
- **Twelve months** as the station Detective Bureau Commander (03/01/81 to 01/01/82).
- **Twelve months** as a Watch Commander (04/01/80 to 03/01/81).

Significant contributions while assigned at this command are:

- Negotiation of an enhanced city contract (at a savings to the City).
- Formation of a volunteer community support group.
- Development and implementation of an integrated community emergency response plan.
- High School undercover narcotics operation.
- Restructure of the Station Detective Bureau.
- The annual station picnic, which was effective in boosting station morale.

4.      **Custody Division**
        **Central Jail**              04/01/78 to 04/01/80  **24 months**

The Los Angeles County Central Jail is the largest jail facility in the State of
California, with a daily inmate population of seven thousand (7,000), an
assigned staff of six hundred (600), and two hundred (200) civilian personnel.
My service at this command was equally divided into two major assignments:

- Training and Logistics Lieutenant (04/01/79 to 04/01/80).
- Watch Commander (04/01/78 to 04/01/79).

Significant contributions while assigned at this command are:

- "Hot Fire" Training program, which is now a State (POST) mandated
  training module for all custody personnel throughout California.
- The "Defend in Place" fire safety operational plan for jail facilities.
- New fire safety specifications for jail bedding and mattresses.
- The development of fire safe jail mattress material.
- The development of a facility emergency response plan.
- The computerization of training, timekeeping, and scheduling for the
  facility (800 sworn and 200 civilian personnel).
- "Spouse day at CJ"--A program for spouses of employees.


**Service as a Sergeant (6 Years, 4 Months):**


5.      **Administrative Division**
        **Federal Surplus Property**   01/12/76 to 04/01/78  **27 months**

This program was entirely my idea and developed while I was assigned at my
previous assignment (Emergency Operations Bureau). The unit provides
millions of dollars in free federal excess and surplus food and property from
clothing to heavy equipment and aircraft to the department each year. I am
very proud of this contribution to the Department.


6.      **Patrol Division**
        **Emergency Operations**    02/01/74 to 01/12/76  **23 months**

I was among the original personnel that formed this unit which blended the
activities of the Department's planning   unit with emergency operations
planning and preparation. I was assigned as the Personnel and Logistics
Sergeant.

-4-

Significant contributions while assigned at this command are:

- Formation of a new County Emergency Operations Center.
- Participation in the 1974 Federal earthquake studies of Los Angeles County.
- Development of the Department's specialized Field Command Post equipment.
- Development of the Department's Field Booking Team.

**7.     Patrol Division**
**Civil Defense Bureau**     12/01/73 to 02/01/74  **02 months**

I was assigned to this unit to facilitate the orderly transition into the new Emergency Operations Bureau.

**8.     Patrol Division**
**San Dimas Station**     12/12/72 to 12/01/73 **12 months**

I performed all the duties of a Watch and Patrol Sergeant.  I also frequently served as the Watch Commander.

**9.     Technical Serviced Division**
**Communications Bureau**     12/01/71 to 12/12/72 **12 months**

I served as the Watch Commander in The Sheriff's Department's old radio room located at the Hall of Justice, and assisted in the transition to the existing communications facility.

**Service as a Deputy (6 Years, 0 Months):**

**10.     Patrol Division**
**San Dimas Station**
**Detective Bureau**     01/01/70 to 12/01/71  **23 months**

I served as a Station Detective assigned to the evening watch.  I handled the first response to all crimes requiring investigations.  I processed all evening juvenile matters, prepared criminal complaints and juvenile petitions.

-5-

11.    **Patrol Division**
       **San Dimas Station Patrol**    01/29/68 to 01/01/70  **24 months**

I performed all duties assigned to Station Patrol:  Jailer, Desk, Watch Deputy, Patrol, and Traffic.


12.    **Technical Services Division**
       **Transportation Bureau**      11/01/67 to 01/29/68  **02 months**

I was temporarily assigned to the Beverly Hills Municipal Court pending my assignment to a Patrol Station.


13.    **Custody Division**
       **Central Jail**               05/06/66 to 11/01/67  **18 months**

I returned to my previous assignment at the Central Jail after graduation from the Academy.  I performed all aspects of a Custody Deputy i.e. Module Officer, Prowler, Control Booth, High Power, etc.


14.    **Administrative Division**
       **Academy**                    01/17/66 to 05/06/66  **04 months**

I was a Sheriff's trainee assigned to Class #110.


15.    **Custody Division**
       **Central Jail**               12/01/65 to 01/17/66  **01 month**

I was a pre-academy Custody Deputy assigned to the Central Jail as an "off the street" Deputy Sheriff.


## DEGREES AND CERTIFICATION

| | | |
|---|---|---|
| P.O.S.T. Command College (Class #5) | POST | 1988 |
| Management Certification | POST | 1980 |
| Advanced Certification | POST | 1975 |
| Associate of Science Degree | Chaffey College | 1971 |

-6-

# Roger Clark

**Police Procedures Consultant, Inc.**
10207 Molino Road.  Santee, CA 92071
Phone: (208) 351-2458,  Fax: (619) 258-0045
rclark9314@aol.com


## LIST OF SWORN TESTIMONY

### December 7, 2009 to December 10, 2013
(Revised December 11, 2013)


**Trial:**  December 7, 2009, and December 8, 2009.  John Macias Flores, v. Sylmar High School, et al., Superior Court (Los Angeles County), State of California Case No BC 384445.
Client Attorney:
Mr. Jeff Schwartz, Attorney at Law, Schwartz Law, P.C., 629 Camino de los Mares, Suite 203, San Clemente, CA 92673.  Phone: (888) 730-0529.


**Deposition:**  December 14, 2009.  The Estate of Cody Hernandez, et al, v. The City Santa Ana, et al., USDC Case No. SA CV 07-0340.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Trial:**  December 15, 2009.  Luis Gomez, Maria Gila Gomez v. City of Torrance, et al.  USDC Case No. CV07-790 ODW (SHx).
Client Attorney:
Mr. Conrad Herring, Attorney at Law, 3525 Del Mar Heights Road, Suite 305, San Diego, CA 92130.  Phone:  (858) 792-1539.


**Deposition:**  January 5, 2010.  Michael Curzi, v. City of Los Angeles, et al.  USDC Case No: CV08-01373GHK (Rcx).
Client Attorney:
Ms. Rebecca A. Davis-Stein, Attorney at Law, Andrew D. Stein & Associates, 470 South San Vicente Blvd., 2nd Floor, Los Angeles, CA 90048.  Phone:  (323) 852-1507.


**Trial:**  January 5, 2010.  Todd Hovey, v. City of Los Angeles, et al.  USDC Case No. CV08-08139 PA (Ex).
Client Attorney:

Mr. Mauro Fiore Jr., Attorney at Law, Law Offices of Mauro Fiore, Jr., 1901 W. Pacific Ave., Suite 260, West Covina, CA 91790.  Phone:  (626) 856-5856.


**Trial:**  January 8, 2010.  Georgia Miller, et al,  v. City of Los Angeles, et al.  USDC Case No. EDCV 07-806 VAP (CTx).
Client Attorney:
Mr. John Burton, Esq. Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101.  Phone:  (626) 449-8300.


**Deposition:**  January 10, 2010.  Christina Sandberg, et al., v. City of Torrance et al.  USDC Case No. CV08-08335 VBF (SSx).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.


**Trial:**  January 11, 2010.  The Estate of Cody Hernandez, et al, v. The City Santa Ana, et al., USDC Case No. SA CV 07-0340.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.


**Trial:**  January 14, 2010.  Delores Stringer, et al, v. City of San Pablo, et al, USDC Case No. C07-3544 MEJ.
Client Attorneys:
Mr. John Burris, Attorney at Law, and Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.

**Deposition:** January 18, 2010.  Alice Rosas Aguilar, et al, v. County of Fresno, et al, USDC Case No. 08-CV-01201-AWI-GSA.
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Ms. Vicki I. Sarmiento, Law Offices of Vicki I. Sarmiento, 333 N. Garfield Avenue, Alhambra, California 91801.  Phone (626) 308-1171.
Mr. Dale K. Galipo, Law Offices of Dale K. Galipo, 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367.  Phone: (818) 347-3333.

-2-

**Trial:** January 27, 2010 and January 28, 2010. Yvonne Vogel, et al, v. Maricopa County, et al., USDC Case No. CV07-00819 PHX-EHC.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012. Phone: (602) 285-0100.


**Deposition:** January 29, 2010. Estate of Jose Raymundo Novoa Salgado, et al, v. County of San Bernardino, et al., USDC Case No. CV 08-08382 MRP.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.


**Trial:** February 8, 2010. Michael Walker v. City of Los Angeles, et al. USDC Case No. CV 08-047070 R (FFMC).
Client Attorneys:
Mr. John Burton, Esq., Law Offices of John Burton, 414 South Marengo Avenue, Pasadena, CA 91101. Phone: (626)449-8300.
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069. Phone: (310) 246-2601.


**Deposition:** February 9, 2010. Sean Francis McCloskey, et al., v. CHP Officer Michael E. Courtnier, et al. USDC Case No: C05-04641 MMC.
Client Attoeney:
Mr. Adante Pointer, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Deposition:** February 10, 2010. Jonathan Meas, v. City and County of San Francisco, et al. USDC Case No. C 08 04075 PJH.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.

**Trial:** February 12, 2010. J.D.R., et al, v. City of Los Angeles, et al. Case No. CV 06-07466 SJO (MANx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Deposition:** February 15, 2010.  Roger Taylor, v. City of Chula Vista, et al.  Superior Court, State of California (San Diego County), Case No. 37-2008-00072640 CU-PO-SC.
Client Attorney:
Mr. Norman M. Finkelstein, Attorney at Law, Finkelstein & Finkelstein 2372 First Avenue, San Diego, CA 92101.  Phone (619) 232-1815.


**Deposition:**  February 17, 2010.  The Estate of Alan Kosakoff, et al. v. City of San Diego, et al.  USDC Case No. 08 CV 1819 IEG (NLS).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:**  February 22, 2010.  631.  Gregory Jones, et al., v. County of Del Norte, et al.  USDC Case No. 08-CV-03222 CW.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  February 22, 2010.  Lawrence Azevedo v. City of Fresno, et al., USDC Case No. 1:9 - CV-00375 AWI DLB.
Client Attorney:
Mr. John C. Fattahi, Attorney at Law,  Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** February 25, 2010.  February 27, 2009.  Sergio Lopez, et al, v. Chula Vista Police Department, et al.  USDC Case No. 07-CV-01272 WQH BLM.
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Trial:**  March 10, 2010.  Adam Alarid, v. County of Los Angeles, et al.  USDC Case No. CV 08-07819 CAS (Ex).
Client Attorney:
Mr. Richard Rosenstock, Attorney at Law, 1121 Paseo de Peralta, Santa Fe, NM 87501.  Phone: (505) 988-5324.


**Trial:**  March 11, 2010.  Roger Taylor, v. City of Chula Vista, et al.  Superior Court, State of California (San Diego County) Case No. 37-2008-00072640 CU-PO-SC.
Client Attorney:
Mr. Norman M. Finkelstein, Attorney at Law, Finkelstein & Finkelstein, 2372 First Avenue

-4-

San Diego, CA 92101.  Phone: (619) 232-1815.

**Trial:**  March 18, 2010.  Estate of Jose Raymundo Novoa Salgado, et al, v. County of San Bernardino, et al., USDC Case No. CV 08-08382 MRP.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:**  March 19, 2010.  Christina Sandberg, et al., v. City of Torrance et al.  USDC Case No. CV08-08335 VBF (SSx).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.

**Trial:**  March 23, 2010.  Barbara Powell, v. City of San Jose, et al., USDC Case No. C08-01213-JW.  Sheretta Henderson, v. City of San Jose, et al., USDC Case No. C08-01214-JW.  Natasha Burton, v. City of San Jose, et al., Case No. C08-01215-JW.
Client Attorney:
Mr. Matt Springman, Attorney at Law, Gonzalez & Leigh, LLP, 744 Montgomery Street, Suite 500, San Francisco, CA 94111.  Phone: (415) 912-5950.

**Deposition:**  March 25, 2010.  Ambrett Spencer, et al v. Maricopa County, et al.  Maricopa County Superior Court Case No. CV 2007-006416.
Client Attorney:
Ms. Ann E. Findling, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.

**Deposition:**  April 1, 2010.  Spencer Gogue, v. City of Los Angeles, et al.  USDC Case No. CV09-02610 PSG (Ex).
Client Attorney:
Mr. Robert P. Damone, Attorney at Law, Glaser, Damone & Schroeder, 400 Oceangate #800, Long Beach, CA 90802-4834.  Phone: (562) 983-3130.

**Trial:**  April 2, 2010.  Greg Hall  v. County of Orange, et al.  Superior Court, State of California (County of Orange), Case No. 05CC11020.
Client Attorney:
Mr. Ralph M. Rios, RIOS & KING, 36 West Colorado Boulevard, Suite 301, Pasadena, CA 91105.  Phone: (626) 583-1100.

-5-

**Deposition:** April 6, 2010. Douglas Burns, v. City of Redwood City, et al. USDC Case No. C-08-2995 JSW (EDL).
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612. Phone: (510) 452-5500.


**Deposition:** April 14, 2010. Jason Price, v. County of San Bernardino, et al. USDC Case No. CV 09-03481.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401. Phone (909) 381-4888.


**Trial:** April 19, 2010. Jackie B. LeBlanc, et al. v. City of Los Angeles, et al. Superior Court, State of California (Loa Angeles County), Case No. BC-320-940.
Client Attorney:
Mr. Humberto Guizar, Attorney at Law, Law Offices of Humberto Guizar, 3500 West Beverly Boulevard, Montebello, CA 90640-1541. Phone: (323) 725-1151.


**Deposition:** April 23, 2010. Marvetia Lynn Richardson, et al, v. City of Antioch, et al. USDC. Case No. C08-3470 JSW.
Client Attorney:
Mr. Quinton Cutlip, Attorney at Law, Meis and Associates, 100 Bush Street Suite 1800, San Francisco, CA 94104. Phone: (415) 981-4612.


**Trial:** April 26, 2010. Maria Joya, v. City of Hayward, et al. USDC Case No. C-07-04718 CRB.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Deposition:** April 27, 2010 and May 13, 2010. Hong Ha, v. City of Liberty Lake, et al. USDC Case No. CV-08-382-LRS.
Client Attorney:
Mr. Larry J. Kuznetz, Attorney at Law, Powell, Kuznetz & Parker, P.S., Rock Pointe Tower, 316 W. Boone Avenue, Suite 380, Spokane, WA 99201-2346. Phone: (509) 455-4151.

-6-

**Deposition:** May 4, 2010. Alan Hirschfield, et al, v. San Diego Unified Port District, et al., USDC Case No. CV 08-2103 BTM (NLS).
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106. Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.


**Deposition:** May 5, 2010. Frederick J. Lass, v County of Orange, et al. USDC Case No. SACV 08-01132 JVS (Anx).
Client Attorney:
Mr. Thomas A. Avdeef, Attorney at Law, The Law Offices of Thomas A. Avdeef, 191 North Center Street, Orange, CA 92866. Phone: (714) 288-4194.


**Deposition:** May 7, 2010. Insook Kim (Aziz R. James), v. City of Santa Clara, et al. USDC Case No. CV 09-0025 RS.
Client Attorney:
Mr. Brian K. Gearinger, Attorney at Law, Gearinger Law Group, 825 Van Ness Avenue, 4th Floor, San Francisco, CA 94109. Phone (415) 440-3102.


**Deposition:** May 12, 2010. Sieni T. Patu, v. City of Anaheim, et al. USDC Case No. CV09-04199 RGK (Ex).
Client Attorney:
Mr. Mervyn Selwyn Lazarus, Attorney at Law, The Law Office of Mervyn Selwyn Lazarus, 4340 Campus Drive, Suite 100, Newport Beach, CA 92660. Phone (949) 315-0102.


**Deposition:** June 1, 2010. Johnny Silva, v. Franklin White, et al. USDC Case No. CV 0891 JAH POR.
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036. Phone: (619) 233-1525.


**Deposition:** June 3, 2010. John Derek Lagway, v. City of Conroe, et al. USDC (Texas) Case No. 4:09
Client Attorney,
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012. Phone: (713) 320-3785.

**Deposition:** June 14, 2010. 673. Kimberly A. Querry, v. Officer Smale, et al., USDC Case No. 09-CV-0215 WQH POR
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:** June 21, 2010.  Siehna M. Cotton, a Minor, et al. v. City of Eureka, et al.  Case No. 08-CV-04386 SBA.
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106.  Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** June 24, 2010.  Estate of Jesus Manzo, et al v. County of San Diego, et al.  USDC Case No. 06 CV-0060 (Wmc).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Deposition:** June 25, 2010.  Frederick Jackson, et al. v. City of Pittsburg, et al.  USDC Case No. C09-01016 WHA.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Deposition:** June 25, 2010.  Frederick Jackson, et al. v. City of Pittsburg, et al.  USDC Case No. C09-01016 WHA.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Deposition:** June 28, 2010.  Ruben Garcia, v. City of Imperial, et al.  USDC Case No. 08cv2357 BTM (PCL).
Client Attorneys:

-8-

Mr. David Blair-Loy, Legal Director, ACLU Foundation of San Diego & Imperial Counties, Bank of America Building, 450 "B" Street, Suite 1420, PO Box 87131, San Diego, CA 92138-7131.  Phone: (619) 232.2121 ext. 230.
Ms. Jennifer M. Fontaine, Attorney at Law, Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909.  Phone: (858) 550-6143.


**Trial:** July 1, 2010.  Delano Yanes., v. Maricopa County, et al., Case No. CV2007-017937.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:** July 7, 2010.  Andrew J. Athetis, et al, v. Town of Gilbert, et al.  USDC (Arizona) Case No. CV 09-677.  PHX NVW.
Client Attorney:
Mr. Richard T. Treon, Attorney at Law, Treon, Aguirre, Newman & Norris, 2700 North Central Avenue, Suite 1400, Phoenix, AZ 85004-1133.  Phone: (602) 285-4400.


**Deposition:** July 12, 2010.  Lindsey Bishop and Carolyn Clark, v. Tony Arcuri, et al.  USDC (Texas) Case No. SA 09-CA-0751.
Client Attorney:
Mr. Todd Batson, Attorney at Law, Texas Civil Rights Project, Michael Tigar Human Rights Center 1405 Montopolis Drive, Austin, TX 78741-3438.  Phone: (512) 474-5073.


**Trial:** July 19, 2010.  Frederick Jackson, et al. v. City of Pittsburg, et al.  USDC Case No. C09-01016 WHA.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Trial:** July 21, 2010.  People v. Paul Ohl., Superior Court, State of California, Riverside County, Case No. Case No. SWM 089030.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401.  Phone (909) 381-4888.


**Deposition:** July 30, 2010.  Noreen Salinas, v. City of San Jose, et al.  Case No. C08-02625 RS
Client Attoeney:

-9-

Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  August 5, 2010.  Jesse Johnson and Tim Horton, v. City of Antioch, et al. USDC Case No. C09-03153 EMC.
Client Attorney:
Mr. Jivaka Candappa, Attorney at Law, 180 Grand Ave. Suite 700, Oakland, CA, 94612.  Phone: (510) 628-0400.


**Deposition:** August 6, 2010.  705.  Pablo Camarillo, v. City of Maywood, et al.  USDC Case No. CV07-3469 ODW (Shx).
Client Attorneys:
Donald Cook, Attorney at Law.  The Law Offices of Robert Mann and Donald W. Cook.  3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone: (213) 252-9444.
Mr. Olu Orange, Attorney at Law.  Orange Law Offices, 6080 Center Drive, Suite 600, Los Angeles , CA 90045.  Phone: (310) 815-8600.
Ms. Ellen H. Ellison, Attorney at Law, The Law Office of Ellen Ellison, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010-2015.  Phone: (213) 365-8225.


**Deposition:** August 25, 2010.  Estate of Noe Rojas, et al, v. City of San Diego, et al.  USDC Case  No: 09cv0227 BEN (AJB).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West  "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Trial:** August 26, 2010.  Alice Rosas-Aguilar, v. County of Fresno, et al.  USDC Case No. 1:08 cv-01202 AWI-GSA.
Client Attorneys:
Mr. Brian Edward Claypool, Attorney at Law, Claypool Law Firm, 1055 East Colorado Blvd, 5th Floor, Pasadena, CA 91106.  Phone: (626) 240-4616.
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.  Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** August 30, 2010.  Mary Lucero, et al, v. City of Yuma, et al.  USDC Case No. CV09-00363 PHX-DKD.

-10-

Client Attorney:
Mr. David J. Don, Attorney at Law, Law Offices of David J. Don, PLLC, 301 East Bethany
Home Road, Suite B-100, Phoenix, AZ 85012. Phone: (480) 948-1212.


**Trial:** September 9, 2010. Jonathan Meas, v. City and County of San Francisco, et al. USDC
Case No. C 08 04075 PJH.
Client Attorneys:
Mr. Ben Nisenbaum, Attorney at Law, and Mr. Adante Pointer, Attorney at Law, The Law
Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA
94621. Phone: (510) 839-5200.


**Trial:** September 17, 2010 and September 21, 2010. Frederick J. Lass, v County of Orange, et
al. USDC Case No. SACV 08-01132 JVS (Anx).
Client Attorney:
Mr. Thomas A. Avdeef, Attorney at Law, The Law Offices of Thomas A. Avdeef, 191 North
Center Street, Orange, CA 92866. Phone: (714) 288-4194.


**Trial:** September 20, 2010. Andres Nunez, v. County of Los Angeles, et al., Superior Court,
State of California (Los Angeles County), Case No. BC 333416.
Client Attorneys:
Mr. Matthew S. Mc Nicholas, Attorney at Law, and Ms. Christiana J. Smith, Attorney at Law,
Mc Nicholas & Mc Nicholas LLP, 10866 Wilshire Blvd., #1400, Los Angeles, CA 90024.
Phone: (310) 474-1582.


**Trial:** September 22, 2010. John Derek Lagway, v. City of Conroe, et al. USDC (Texas) Case
No. 4:09-CV-01732.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway
Street, Houston, TX 77012. Phone: (713) 320-3785.


**Deposition:** September 27, 2010. Valentina Arce, et al, v. City of Richmond, et al. USDC Case
No. C09-01168 JCS.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate
Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Deposition:** October 1, 2010. Maria Irma Dela Torre v. City of Salinas, et al. USDC Case No.
C09-0626 RMW.
Client Attorneys:

Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Deposition:**  October 4, 2010.  Terry Hillblom, et al, v. County of Fresno, et al. USDC Case No. 1:07-CV-01467 LJO-SMS.
Client Attorney:
Ms. Patience Milrod, Attorney at law, The law Office of Patience Milrod, 844 North Van Ness Avenue, Fresno, CA 93728.  Phone: (559) 442-3111.


**Deposition:**  October 11, 2010.  Lakesha Wright, et al., v. City of Long Beach, et al.  Superior Court State of California (Los Angeles County) Case No. BC404505.
Client Attorneys:
Ralph E. Harrison II, Attorney at Law, The Law Office of Ralph E. Harrison II 3450 Wilshire Boulevard, Suite 705 Los Angeles, CA 90010.  Phone (213) 616-0201.
Altus Waddell Hudson, Attorney at Law, Kidd & Hudson, 3450 Wilshire Boulevard, Suite705, Los Angeles, CA 90010.  Phone (213) 739-1777.


**Trial:**  October 18, 2010, and October 19, 2010404.  Ruben Garcia, v. City of Imperial, et al.  USDC Case No. 08cv2357 BTM (PCL).
Client Attorneys:
Mr. David Blair-Loy, Legal Director, ACLU Foundation of San Diego & Imperial Counties, Bank of America Building, 450 "B" Street, Suite 1420, PO Box 87131, San Diego, CA 92138-7131.  Phone: (619) 232.2121 ext. 230.
Ms. Jennifer M. Fontaine, Attorney at Law, Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909.  Phone: (858) 550-6143.


**Trial:**  October 26, 2010.  People v. Marco Zuniga.  Superior Court (Santa Clara County), Case No. CC950194.
Client Attorney:
Mr. Eric Geffon, Geffon & Isger, 75 E. Santa Clara Street, Suite 295, San Jose, CA 95113.  Phone: (408) 295-3330.


**Deposition:** October 28, 2010.  Valerie Barber and Robert Hamilton, v. City of Santa Rosa, et al.  USDC Case No. CV 08-5649 MMC.
Client Attorney:
Mr. J. Wynne Herron, Attorney at Law, Herron & Herron, 18360 Sonoma Highway, Sonoma, CA 95476.  Phone:  (707) 933-4430.

**Deposition:** November 4, 2010. Paul Burke, v. City of Santa Monica, et al. USDC Case No. CV 09-2259 MMM (PLAx).
Client Attorney:
Mr. Martin D. Holly, Esq., The Law Offices of Martin D. Holly, Pacific Corporate Towers, 222 North Sepulveda Blvd., Suite 2000, El Segundo, CA 90245. Phone: (310) 335-2060.


**Deposition:** November 8, 2010. Leopoldo Paz-Herrera, v. City and County of San Francisco, et al. USDC Case No. CV 09.4795 MMC.
Client Attorney:
Mr. Charles Geerhart, Attorney at Law, PAOLI & GEERHART LLP, 785 Market Street, Suite 1150. San Francisco, CA 94103. Phone: (415) 498-2101.


**Deposition:** December 2, 2010. Jason A. Deats, v. County of Orange, et al. USDC Case No. CV09-6322 PSG (PJM).
Client Attorney:
Mr. Michael J. Olecki, Attorney at Law, Grodsky & Olecki LLP, 2001 Wilshire Boulevard, Suite 210, Santa Monica, CA. 90403. Phone: (310) 315-3009.


**Deposition:** December 3, 2010. Kristal Madrid, v. City of Fresno, et al. Case No. 1:10-CV-00592-OWW-JLT.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, The Law Offices of John L. Burris, Airport Corporate Centre, 7677 Oakport St., Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Trial:** December 6, 2010. Dwayne Zachary, et al, v. County of Sacramento, et al. USDC Case No. 2:06-CV-01652 MCE – PAN.
Client Attorneys:
Mr. Samuel E. Brown, Attorney at Law, Law Offices of Bonner & Bonner, 1913 Bridgeway Sausalito, CA 94965. Phone: (415) 331-3070.
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109. Phone: (415) 561-9600.


**Trial:** December 9, 2010. Jesse Johnson and Tim Horton, v. City of Antioch, et al. USDC Case No. C09-03153 EMC.
Client Attorney:
Mr. Jivaka Candappa, Attorney at Law, 180 Grand Ave. Suite 700, Oakland, CA, 94612. Phone: (510) 628-0400.

-13-

**Deposition:** December 13, 2010.  Elizabeth Cabral, v. County of San Bernardino, et al.  USDC Case No. ED CV 09-00692 DEW (JCx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.


**Deposition:** December 15, 2010.  Elizabeth Serrano and Robert Anthony Serrano, v. City of Ontario, et al.  USDC Case No. ED CV09-01990 GAF (PJWx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.


**Deposition:** December 22, 2010.  Rukhsana Chaudhry, et al. v. City of Los Angeles, et al.  USDC Case No CV09-1592 FMC (Rzx).
Client Attorneys:
Mr. Olu K. Orange, Attorney at Law, Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone:  (213) 736-9900.
Mr. Robert Mann, Attorney at Law, Mr. Donald W. Cook, Attorney at Law, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone: Phone: (213) 252-9444.
Ms. Ameena M. Qazi, Attorney at Law, Council on American-Islamic Relations, California, 2180 W. Crescent Ave., Suite F, Anaheim, CA 92801.  Phone: (714) 776-1847.


**Deposition:** January 7, 2011.  Eldridge Payne, v. County of Orange, et al. USDC Case No. SACV09-0193 AG (Anx).
Client Attorney:
Mr. Joseph C. Gjonola, Attorney at Law, Girardi & Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017.  Phone:  213-977-0211.


**Trial:** January 12, 2011.  Paul Burke, v. City of Santa Monica, et al.  USDC Case No. CV 09-2259 MMM (PLAx).
Client Attorney:
Mr. Martin D. Holly, Esq., The Law Offices of Martin D. Holly, Pacific Corporate Towers, 222 North Sepulveda Blvd., Suite 2000, El Segundo, CA 90245.  Phone: (310) 335-2060.


**Deposition:** January 14, 2011S. Ming Chen, v. City and County of San Francisco,  et al. Superior Court, (San Francisco County).  Case No. CGC 09 485027.
Client Attorneys:

-14-

Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.

**Trial:**  January 19, & 20, 2011.  Rukhsana Chaudhry, et al. v. City of Los Angeles, et al.  USDC Case No CV09-1592 FMC (Rzx).
Client Attorneys:
Mr. Olu K. Orange, Attorney at Law, Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone:  (213) 736-9900.
Mr. Robert Mann, Attorney at Law, Mr. Donald W. Cook, Attorney at Law, 3435 Wilshire Blvd., Suite 2900, Los Angeles , CA 90010.  Phone: Phone: (213) 252-9444.
Ms. Ameena M. Qazi, Attorney at Law, Council on American-Islamic Relations, California, 2180 W. Crescent Ave., Suite F, Anaheim, CA 92801.  Phone: (714) 776-1847.

**Trial:**  January 20, 2011.  January 26, 201 Elizabeth Cabral, v. County of San Bernardino, et al.  USDC Case No. ED CV 09-00692 DEW (JCx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.

**Deposition:**  January 26, 2011.  *Timothy Mitchell, Sr, et al. v. City of Pittsburg, et al.  USDC Case No CV 09-0794 SI.*
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Trial:** January 27, 2011.  Michael Curzi, v. City of Los Angeles, et al.  USDC Case No: CV08-01373GHK (Rcx).
Client Attorney:
Ms. Rebecca A. Davis-Stein, Attorney at Law, Andrew D. Stein & Associates, 470 South San Vicente Blvd., 2nd Floor, Los Angeles, CA 90048.  Phone:  (323) 852-1507.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367..  Phone: (818) 347-3333.

**Deposition:**  January 27, 2011.  Anita Lynette Wooten, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County) Case No. NC 053151
Client Attorney:

-15-

Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.


**Trial** January 31, 2011.  Ming Chen, v. City and County of San Francisco,  et al.  Superior Court, (San Francisco County).  Case No. Case No. CGC 09 485027.
Client Attorneys:
Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Deposition:**  February 2, 2011.  John Bernat v. City of California City, et al.  USDC Case No. 10-CV-00305 OWW (JLT).
Client Attorney:
Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.


**Deposition**:  February 4, 2011.  Geoffrey Pete, v. City of Oakland, et al.  USDC Case No. 3:09-cv-06097.
Client Attorney:
Ms. Amanda Metcalf, Attorney at Law, The Law Office of A.  Metcalf, 29 Marin Bay Park Court, San Rafael, CA. 94901.  Phone: (415) 454-9945.


**Deposition:**  February 7, 2011.  Donna Moore, et al. v. Robert Smith, et al.  USDC Case No. 07 C 5908.
Client Attorneys:
Mr. Ben Elson, Mr. G. Flint Taylor, Ms. Jan Susler, Attorneys at Law,People's Law Office, 1180 N. Milwaukee Avenue, 3rd Floor, Chicago, Illinois 60642.  Phone: (773) 235-0070.


**Deposition:**  February 11, 2011.  Thomas Ray Woodson, v. J. Rodriguez, et al.  USDC Case No. 4:07-cv-04925-CW (DMR).
Client Attorney:
Mr Joseph K. Kanada, Esq., Morrison and Foerster, LLP, 755 Page Mill Road,Palo Alto, CA 94304-1018.  Phone: (650) 831-5925.


**Deposition:** February 24, 2011.  John Ross, Marvin Britton, v., City of San Diego et al.  Superior Court, State of California (San Diego County) Case No. 37-2009-00099412 CU-CR-CTL
Client Attorney:
Mr. Matthew Robert Miller, Miller Law Firm, 835 5th Ave Ste 204, San Diego, CA 92101. Phone:  (619) 687-0143

-16-

**Deposition:** March 3, 2011.  James B. White, v. City and County of San Francisco, et al.  USDC Case No. C-08-05419-PJH.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial:** March 9, 2011.  Sonja Gabales, et al, v. County of San Joaquen, et al.  USDC Cases No. S-07-1346 & S-07-2074 LLK/DAD.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Deposition:**  March 17, 2011.  Nicholas Saracho, a minor, et al, v. County of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. BC 417304.
Client Attorney:
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069.  Phone:  (310) 246-2601.


**Deposition:** March 23, 2011.  Albert Mendoza, v. City of Freeport and Officer Chris Blake.  USDC (Texas) Case No. 4:10-cv-01019.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012.  Phone: (713) 320-3785.


**Deposition:**  March 25, 2011.  Ezequiel Jacobo, Sr., et al, v. Los Angeles County, et al.  USDC Case No. CV09-6685 DSF (AGRx).
Client Attorneys:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.  Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  March 28, 2011.  Miguel Gutierrez, v. Sacramento Sheriff's Department, et al.  Superior Court, State of California (Sacramento County).  Case No. 34-2009  00050830.
Client Attorney:

Mr. Robert Thurbon, Attorney at Law, Law Offices of Thurbon and McHaney, 2339 Gold Meadow Way, Gold River, CA 95670.  Phone:  (916) 636-1840.


**Deposition:**  March 31, 2011.  Sheryl Jackson and Kelvin Nash v. City of San Bernardino, et al. USDC Case No. CV 09-08671 RGK (FFMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** April 4, 2011.  Jacque Cedric Noel v. City of Los Angeles, USDC Case No. CV10-04044.
Client Attorney:
Mr. Christopher Driscoll, Esq., Jonas & Driscoll, LLP, 555 West Fifth Street, 31st Floor Los Angeles, CA 90013.  Phone: (213) 683-2033.


**Trial:**  April 6 & 7, 2011.  Sheryl Jackson and Kelvin Nash, v. City of San Bernardino, et al. USDC Case No. CV 09-08671 RGK (FFMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** April 11 & 12, 2011.  People v. Reynaldo Canales Superior Court (Kern County), Case No.  BF 131126.
Client Attorney:
Ms. Stephanie Gunther, Deputy Public Defender, Law Office of the Public Defender, County of Kern, 1315 Truxtun Avenue, Bakersfield, CA 93301.  Phone: (661) 868-4799.


**Trial:** April 14, 2011.  Alice Rosas Aguilar, et al, v. County of Fresno, et al, USDC Case No. 08-CV-01201-AWI-GSA.
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Ms. Vicki I. Sarmiento, Law Offices of Vicki I. Sarmiento, 333 N. Garfield Avenue, Alhambra, California 91801.  Phone (626) 308-1171.
Mr. Dale K. Galipo, Law Offices of Dale K. Galipo, 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367.  Phone: (818) 347-3333.

**Deposition:** April 15, 2011.  775.  George Engman, et al, v. City of Ontario, et al.  USDC Case No. ED CV10-000284 CAS FFM.
Client Attorney:
Mr. Peter Schlueter, Attorney at law, The Law Office of Peter Schlueter, 320 North E Street #210, San Bernardino, CA 92401.  Phone (909) 381-4888.


**Trial:** April 20, 2011.  Miguel Gutierrez, v. Sacramento Sheriff's Department, et al.  Superior Court, State of California (Sacramento County).  Case No. 34-2009  00050830.
Client Attorney:
Mr. Robert Thurbon, Attorney at Law, Law Offices of Thurbon and McHaney, 2339 Gold Meadow Way, Gold River, CA 95670.  Phone:  (916) 636-1840.


**Trial:** April 25 & 26, 2011.  John Ross, Marvin Britton, v., City of San Diego et al.  Superior Court, State of California (San Diego County) Case No. 37-2009-00099412 CU-CR-CTL
Client Attorney:
Mr. Matthew Robert Miller, Miller Law Firm, 835 5th Ave Ste 204, San Diego, CA 92101.  Phone:  (619) 687-0143.


**Trial:** April 25 & 26, 2011.  Estate of Jesus Manzo, et al v. County of San Diego, et al.  USDC Case No. 06 CV-0060 (Wmc).
Client Attorney:
Mr. Eugene G. Iredale, Attorney at Law, The Law Offices of Eugene G. Iredale, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.


**Trial:** April 27, 2011.  John Bernat v. City of California City, et al.  USDC Case No. 10-CV-00305 OWW (JLT).
Client Attorney:
Mr. Todd Krauss, Attorney at Law, Williamson & Krauss, 18801 Ventura Blvd. Suite # 206, Tarzana, CA 91356.  Phone: (818) 344-4000.


**Deposition:** April 29, 2011.  Garland MacIntosh, v. City of Camarillo, et al.  USDC Case No. 10-5846 DMG (PLAx).
Client Attorney:
Mr. Mark Pachowicz, Attorney at Law, Law Offices of Mark Pachowicz, 771 Daily Drive, Suite 230, Camarillo, CA 93010.  Phone: (805) 482-2507.

-19-

**Deposition:** May 2, 2011.  Santiago Ibarra Rivera, v. County of Los Angeles, County of San Bernardino, etc., CV10-1861 PSG (Central District, Los Angeles).
Client Attorneys:
Mr. Donald W. Cook, Attorney at Law, Mr. Robert Mann, Attorney at Law, The Law Offices of Robert Mann and Donald W. Cook, 3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone :  (213) 252-9444.


**Deposition:** May 11, 2011.  Billy J. Hatcher, v. County of Alameda, et al.  USDC Case No. C09-1650 THE.
Client Attorneys:
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone:  (510) 839-5200.
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486  41ˢᵗ Street, Suite 3, Oakland, CA 94609.  Phone: (510) 420-0324.


**Deposition:** May 20, 2011.  Jeanne Berg, v. City of Carlsbad, et al.  USDC Case No. 09-cv-2669 JAH (BGS).
Client Attorney:
Mr. James D. Hoey III, Attorney at Law, The Hoey Law Firm, 11975 El Camino Real, Suite 150, San Diego, CA  92130.  Phone: (858) 550-1002.


**Deposition:** May 31, 2011.  Ramirez, et al v. City of Phoenix, et al.  Superior Court, State of Arizona, (Maricopa County), Case No. 2009-024376.
Client Attorney:
Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:** June 2, 2011.  Baker, Berry v.  County of San Diego, et al.  Superior Court, State of California, (San Diego County), Case No. 37-2010-00093583-CU-CR-EC.
Client Attorney:
Mr. Thomas D. Luneau, Attorney at Law, Casey Gerry Schenk et al LLP, 110 Laurel Street, San Diego, CA 92101-1486.  Phone (619) 238-1811.


**Deposition:** June 3, 2011.  Bertha Jauregui v. County of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. TC 023050.
Client Attorney:
Mr. Etan Z. Lorant, Attorney at Law, Law Offices of Etan Z Lorant, 5850 Canoga Avenue, Suite 400,
Woodland Hills, CA 91367 Phone:  (818) 990-3990.

-20-

**Trial:** June 7, 2011.  Douglas Burns, v. City of Redwood City, et al.  USDC Case No. C-08-2995 JSW (EDL).
Client Attorneys:
Mrs. Julia Sherwin, Attorney at Law, Mr. Michael J. Haddad, Attorney at Law, HADDAD & SHERWIN, 505 Seventeenth Street, Oakland , CA 94612.  Phone: (510) 452-5500.


**Trial:** June 8, 2011.  David L. Tomblin v. County of Los Angeles, et al, USDC Case No. CV 10-2450, ODW (PJWx).
Client Attorneys:
Mr. John Burton, Esq., Mr. Timothy Midgley, Esq., Law Offices of John Burton, 64 North Raymond Avenue, Suite 300, Pasadena, CA 91103.  Phone: (626


**Trial:** June 15, 2011.  Billy J. Hatcher, v. County of Alameda, et al.  USDC Case No. C09-1650 THE.
Client Attorneys:
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone:  (510) 839-5200.
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486 41st Street, Suite 3, Oakland, CA 94609.  Phone: (510) 420-0324.


**Trial:**  June 23 & 24, 2011.  Donald Eugene Boyd, et al. v. City of Houston, et al., USDC (Texas) Case No. H -08-2947.
Client Attorney:
Mr. Randall L. Kallinen, Attorney at Law, The Law Office of Randall L. Kallinen, 511 Broadway Street, Houston, TX 77012.  Phone: (713) 320-3785.


**Trial:**  June 24, 2011.  Jason A. Deats, v. County of Orange, et al. USDC Case No. CV09-6322 PSG (PJM).
Client Attorney:
Mr. Michael J. Olecki, Attorney at Law, Grodsky & Olecki LLP, 2001 Wilshire Boulevard, Suite 210, Santa Monica, CA. 90403.  Phone:  (310) 315-3009.


**Trial:**  August 4 and 5, 2011.  Trinidad Macias, v. The County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. VC 040762.
Client Attorney:

-21-

Ms. Vicki I. Sarmiento, Attorney At Law, The Law Offices of Vicki Sarmiento, 333 North Garfield Ave., Alhambra, CA 91801. Phone (626) 308-1171.

**Deposition:** August 5, 2011. Monica Ballard, et al, v. City of San Bernardino, et al., USDC Case No. CV10-02769 DMG (AJWx).
Client Attorneys:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109. Phone: (415) 561-9600.
Mr. William E. Weiss, Attorney at Law, the Law Officers of William E. Weiss, 130 Sutter Street, Seventh Floor, San Francisco, CA 94104. Phone: (415) 362-6765.

**Deposition:** August 8, 2011. Marcus R. Allen, v. County of Riverside, et al. Superior Court Case Case No. RIC 498 184.
Client Attorney:
Mr. John M. Walker, Esq., Law Offices of John M. Walker, 5850 Canoga Ave., 4th Floor Woodland Hills, CA 91367. Phone: (818) 719-9181.

**Deposition:** August 9, 2011. Stephen C. Gates v. Orange County, et al. USDC Case No. CV 10-218 JAK (ANx).
Client Attorneys:
Mr. John Burton, Esq., Mr. Timothy Midgley, Esq., Law Offices of John Burton, 64 North Raymond Avenue, Suite 300, Pasadena, CA 91103. Phone: (626) 449-8300.

**Deposition:** August 12, 2011. Shelly Lal, et al., v. State of California, et al. Case No. C06-5158 PJH.
Client Attorneys:
Ms. Sydney E. Fairbairn, ESQ., Law Offices of Sydney E. Fairbairn, 269 Posada Del Sol, Novato, CA 94949. Phone (415) 883-2199.
Ms. Catherine Lagarde, ESQ., P.O. Box 326, Kentfield, CA 94914. Phone: (415)

**Deposition:** August 16, 2011. Julia Enriquez, et al. v. City of Fresno, et al., USDC Case No. 10-CV-00581 AWI DLB.
Client Attorneys:
Mr.Arturo J. Gonzalez, Esq., Mr. Wesley E. Overson, Esq., Mr. Theodore M. Hasse, Esq., Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105. Phone (415) 268-7425.

-22-

**Deposition:** August 18, 2011. Carla Rachel Sameth v. County of Los Angeles C.D. Cal. Case No. CV 10-65565 VBF (RZx).
Client Attorneys:
Mr. John Burton, Esq., Mr. Timothy J. Midgley, Esq. The Law Offices of John Burton, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103. Phone: (626) 449-8300.

**Deposition:** August 19, 2011. Joseph Chavez, v. City of Los Angeles, et al. USDC Case No. CV09-02062 GHK (RZx).
Client Attorney:
Mr. Jorge Gonzalez, Attorney at Law, Law Office of Jorge Gonzalez, 2485 Huntington Drive, Suite 328, San Marino, CA 91108-2622. Phone: (626) 683-3922.

**Deposition:** August 23, 2011. Marcelo Grasso, et al, v. State of California, et al. USDC Case No. CV09-1201 FMC (PLAx).
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106. Phone: (626) 240-4616.
Ms. Vicki I. Sarmiento, Law Offices of Vicki I. Sarmiento, 333 N. Garfield Avenue, Alhambra, California 91801. Phone (626) 308-1171.
Mr. Dale K. Galipo, Law Offices of Dale K. Galipo, 21800 Burbank Blvd., Suite 310, Woodland Hills, California 91367. Phone: (818) 347-3333.

**Deposition:** August 29, 2011. John Franklin, v Jefferson County (Texas), et al., USDC (Beaumont Division, Texas) Case No. 1:09 cv-00931.
Client Attorney:
Mr. Brian R. McGiverin, Attorney at Law, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741. Phone (512) 474-5073.

**Deposition:** September 1, 2011. Kenneth Carrethers, v. Bay Area Rapid Transit (BART), et al. USDC Case No. CV 09-1101 MHP.
Client Attorneys:
Mr. Christopher B. Dolan, Attorney at Law, and Ms. Anne Costin, Attorney at Law, the Dolan Law Firm, The Dolan Building, 1438 Market Street, San Francisco, California 94102. Phone: (415) 421-2830.
Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109. Phone: (415) 561-9600.

**Deposition:** September 13, 2011.  Tavaron Mitchell, et al, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County), Case No. NC053177.
Client Attorneys: Mr. John C. Taylor, Attorney at Law, Ms. Louanne Masry, Attorney at Law, Taylor & Ring, LLP, 10900 Wilshire Blvd. Suite 920, Los Angeles, CA 90024.  Phone: (310) 209-4100.

**Trial:** September 15, 2011.  Siehna M. Cotton, a Minor, et al. v. City of Eureka, et al.  Case No. 08-CV-04386 SBA.
Client Attorneys:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.
Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:** September 22, 2011.  Connie Dolores Cervantes, et al, v. Aurora Las Encinas Hospital, et al.  Superior Court, State of California, Case No. GC 043433
Client Attorneys:
Mr. Steven B. Effres, Esq., Mr. Rene J. Kern, Esq., Effres & Associates, 21900 Burbank Blvd., Third Floor, Woodland Hills, CA 91357.  Tele: (818) 222-9720.

**Deposition:** September 27, 2011.  Frank P. Gutierrez, et al, v. County of Los Angeles, et al.  USDC Case No. CV 10-7627 VBF (Cwx).
Client Attorney:
Mr. Herman Frank, Esq., Frank & Associates, 1801 7th Street, Suite 150, Sacramento, CA 95811.  Phone: (916) 256-6266.

**Deposition:** September 28, 2011.  J. A., et al, v. City of San Bernardino, et al.  USDC Case No. CV09-01388 SGL (Jcx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:** September 29, 2011 and September 30, 2011.  Monica Ballard, et al, v. City of San Bernardino, et al., USDC Case No. CV10-02769 DMG (AJWx).
Client Attorneys:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.

-24-

Mr. William E. Weiss, Attorney at Law, the Law Officers of William E. Weiss, 130 Sutter Street, Seventh Floor, San Francisco, CA 94104. Phone: (415) 362-6765.


**Deposition:** October 3, 2011. Brett Lozano v City of Santa Ana, et al.:30-2010-
Superior Court, State of California (Orange County), Case No. 00398323.
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura Boulevard, Suite 250, Encino, CA 91436. Phone: (310) 858-6944.


**Deposition:** October 3, 2011. Estate of Ibn Rasheed Jones, et al, v. County of San Bernardino, et al. USDC Case No. EDCV 09-01287 DEW (DTBx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.


**Deposition:** October 4, 2011. A. D. A minor, (Dolores Santiago) et al, v. Los Angeles County, et al. Superior Court, State of California (Los Angeles County), Case No, BC449291.
Client Attorney:
Ms. Adrienne Quarry, Attorney at Law, Law Offices of Adrienne Quarry, 15303 Ventura Blvd. Suite 900, Sherman Oaks, CA 91403. Phone: (818) 380-3097.


**Deposition:** October 12, 2011. Salvador Bernal, v. State Organization, Inc., et al. Superior Court Case No. C10-01554.
Client Attorney:
Mr. Ben Nisenbaum, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Trial:** October 17, 2011. Jovanny Garduno, et al, v. City of Long Beach, et al, Superior Court, State of California (Los Angeles County), Case No. NC053710.
Client Attorney:
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807 Los Angeles, California 90069. Phone: (310) 246-2601.


**Deposition:** October 19, 2011. Joshua Levy, et al, v. City of Spokane, et al., USDC (Washington) Case No. CV-10-233-EFS.
Client Attorneys:

Mr. Mark Leemon, Attorney at Law, Leemon & Royer, PLLC, 2505 Second Avenue, Suite 610, Seattle, WA 98121.  Phone: (206) 269-1100.

Mr. Jeffry K. Finer, Attorney at Law, Law Office of Jeffry K. Finer, 635 West Main, Suite 300, Spokane, WA 99201.  Phone: (509) 981-8960.

Mr. Breean L. Beggs, Attorney at Law, Paukert & Troppmann, PLLC, 522 W. Riverside Avenue, Suite 560, Spokane, WA 99201.  Phone: (206) 269-1100.


**Trial:**  October 20, 2011.  A. D. A minor, (Dolores Santiago) et al, v. Los Angeles County, et al. Superior Court, State of California (Los Angeles County), Case No, BC449291.

Client Attorney:

Ms. Adrienne Quarry, Attorney at Law,  Law Offices of Adrienne Quarry, 15303 Ventura Blvd. Suite 900, Sherman Oaks, CA 91403.  Phone: (818) 380-3097.


**Deposition:**  October 31, 2011, and December 12, 2011.  Shuja Sayed Ahmad, v. Arizona Department of Public Safety, et al., Superior Court (Maricopa County), State of Arizona, Case No. CV 2008-030707.

Client Attorney:

Mr. Richard T. Treon, Attorney at Law, Treon, Aguirre, Newman & Norris, 2700 North Central Avenue, Suite 1400, Phoenix, AZ 85004-1133.  Phone: (602) 285-4400.


**Trial:**  November 2, 2011.  Estate of Ibn Rasheed Jones, et al, v. County of San Bernardino, et al.  USDC Case No. EDCV 09-01287 DEW (DTBx).

Client Attorney:

Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  November 7, 2011.  Superior Court, State of California (Los Angeles County), Jonathan Constantini, v. City of West Covina, et al., Case No. KC 060150.

Client Attorney:

Mr. Michael A. Smith, Attorney at Law, 230 East Foothill Blvd. Suite C, Arcadia, CA., 91006. Phone: (626) 357-1177.


**Trial:**  November 28, 2011, and November 29, 2011.  Kenneth Carrethers, v. Bay Area Rapid Transit (BART), et al.  USDC Case No. CV 09-1101 MHP.

Client Attorneys:

Mr. Christopher B. Dolan, Attorney at Law, and Ms. Anne Costin, Attorney at Law, the Dolan Law Firm, The Dolan Building, 1438 Market Street, San Francisco, California 94102.  Phone: (415) 421-2830.

Ms. Lizabeth N. De Vries, Attorney at Law and Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Trial:**  December 8, 2011, &December 9, 2011.  Julia Enriquez, et al. v. City of Fresno, et al., USDC Case No. 10-CV-00581 AWI DLB.
Client Attorneys:
Mr.Arturo J. Gonzalez, Esq., Mr. Wesley E. Overson, Esq., Mr. Theodore M. Hasse, Esq., Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105.  Phone (415) 268-7425.


**Deposition:**  December 14, 2011.  Jonathon Castro v. County of Los Angeles, C.D. Cal. Case No. CV 10-5425 DSF (JEMx).
Client Attorneys:
Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807,Los Angeles, California  90069.  Phone:  (310) 246-2601.
M. Lawrence Lallande, Sr., Esq., LALLANDE LAW, PLC,111 W. Ocean Blvd., 19th Floor,Long Beach, California 90802.  Phone:  (562) 436-8800.


**Deposition:**  December 15, 2011.  David Barnard, v. County of Los Angeles, et al.  USDC Case No. CV05-5611 GAF (JWJx).
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura Boulevard, Suite 250, Encino, CA 91436.  Phone: (310) 858-6944.


**Deposition:**  December 20, 2011.  Cristina Ibarra, v. City of Los Angeles, et al., Superior Court, State of California (Los Angeles County),    Case No. SC108224.
Client Attorney:
Miguel G. Caballero, Attorney at Law, Moreno & Perez, A Professional Corporation, The Petroleum Building, 714 West Olympic Blvd., Suite 450, Los Angeles, CA 90015.  Phone: (213) 745-6300.


**Deposition:**  December 21, 2011.  Carol Krechman: et al. vs. County of Riverside: et al.  Case No. CV-10-08705 ODW.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:** December 22, 2011.  Barbara J. Batchan, et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC423702.
Client Attorneys:
Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Mr. Benjamin Schonbrun, Attorney at law, Schonbrun DeSimone Seplow Harris & Hoffman LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone : (310) 396-0731.


**Deposition:** December 22, 2011.  Brent Beckway, v. Lake County, et al.  USDC Case No. C-07-5072 THE.
Client Attorney:
Mr. Charles F Bourdon, Attorney at Law, Law Offices of Charles F Bourdon, 179 11th Street 2nd Floor, San Francisco, CA 94103.  Phone: (415) 864-5100.


**Deposition:**  December 27, 2011.  Ralph Noriega, v. County of Los Angeles, et al.  USDC Case No. CV10-9492 SWV (PLAx).
Client Attorney:
Mr. Alexis Galindo, Attorney at Law, Curd Galindo & Smith LLP, 301 East Ocean Boulevard Suite 1700, Long Beach, CA, 90802.  Phone: (562) 624-1177.


**Trial:**  January 5, 2012 and January 6, 2012.  Carol Krechman: et al. vs. County of Riverside: et al.  Case No. CV-10-08705 ODW.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** January 6, 2012.  Robert Contreras vs. City of Los Angeles: et al.  USDC Case # CV11 01480 SS.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** January 9, 2012.  Michael Holguin, v. County of Los Angeles, et al.  USDC Case No. CV 10-8011 GW (PLAx).
Client Attorney:
Ms. Christy Virginia Keeny, Attorney at Law, Hadsell, Stormer, Keeny, Richardson & Renick, LLP, 128 North Fair Oaks Avenue, Pasadena, CA 91103.  Phone: (626) 585-9600.

**Deposition:** January 11, 2012. Kandace Simplis, et al, v. Culver City Police, et al. USDC Case No.CV10-9497 JHN (MANx).
Client Attorney:
Mr. Matthew S. McNicholas, Attorney at Law, McNicholas & McNicholas, LLP, 10866 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90024. Phone: (310) 474-1582


**Deposition:** January 13, 2012. Reyna Johnston, et al., v. Riverside County, et al. Case No. CV 10-08101.
Client Attorney:
Mr. Steven A. Lerman, Attorney at Law, Steven A. Lerman & Associates, Inc., 6033 West Century Boulevard, Suite 740, Los Angeles, CA 90045. Phone: (310) 659-8166.


**Deposition:** January 17, 19, & 23, 2012. Zhivka Valiavicharska v. UCPD (Berkeley), et al, USDC Case No. 10-CV-04847 JL.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Deposition:** January 18, 2012. Danilo M. Molieri and Daniel S. Molieri, v. County of Marin, et al. USDC Case No C-10-5430 MMC.
Client Attorney:
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621. Phone: (510) 839-5200.


**Trial:** January 20, 2012. Brent Beckway, v. Lake County, et al. USDC Case No. C-07-5072 THE.
Client Attorney:
Mr. Charles F Bourdon, Attorney at Law, Law Offices of Charles F Bourdon, 179 11th Street 2nd Floor, San Francisco, CA 94103. Phone: (415) 864-5100.


**Deposition:** January 23, 2012. Rachel Prescott, et al, v. County of Stansilaus, et al. USDC Case No. 1:10-CV-00582 OWW-JLT.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621. Phone: (510) 839-5200.

**Deposition:** January 30, 2012.  Superior Court, State of California (Los Angeles County) Deputy James Mee, v. County of Los Angeles, Case No. BC444914.
Client Attornys:
Mr Etan Z. Lorant, Esq., Ms. Yael Trock, Esq., Law Offices of Etan Z. Lorant, 5850 Canoga Avenue, Suite 400, Woodland Hills, CA.  Phone(818) 990-3900.


**Trial:** February 1, 2012.  Robert Contreras vs. City of Los Angeles: et al.  USDC Case # CV11 01480 SS.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** February 8, 2012. Zhivka Valiavicharska v. UCPD (Berkeley), et al, USDC Case No. 10-CV-04847 JL.
Client Attorney:
Mr. Steven R. Yourke, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial:** February 10, 2012.  Barbara J. Batchan, et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. BC423702.
Client Attorneys:
Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Mr. Benjamin Schonbrun, Attorney at law, Schonbrun DeSimone Seplow Harris & Hoffman LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone : (310) 396-0731.


**Trial:** February 15, 2012.  Travell Bradford, v. Deputy Gregory Senior, USDC (Oregon) Case No. CV 08-644BR.
Client Attorney:
Ms. Lynn S. Walsh, Attorney at Law, The Law Offices of Lynn S. Walsh, 209 S.W. Oak Street, Suite 400, Portland, OR  97204.  Phone: (503) 790-2772.


**Deposition:** February 16, 2012.  Mark Bowen v. County of Riverside, et al.  Superior Court, State of California (Riverside County) Case No. RIC 516303.
Client Attorney:
Ms. Laura M. Sasaki, Attorney at Law, Hosey & Bahrambeygui, 225 Broadway, Suite 1460, San Diego, CA, 92101.  Phone: (619)231-0500.

**Deposition:** February 17, 2012 and March 16, 2012. Luz Hernandez, v. City of Napa, et al. USDC Case No. 08-CV-04386 SBA.
Client Attorney:
Mr. Tim A. Pori, Attorney at Law, The Law Office of Tim A. Pori, 521 Georgia Street, Vallejo, CA 94121. Phone: (707) 644-4004.

**Deposition:** February 20, 2012. Emily Contreras and Jose Lua Sr., et al. v. City of San Jose: et al. Case # CV-10-00953 RMW.
Client Attorneys:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801. Phone: (626) 308-1171.
Mr. Dale K. Galipo, Attorney at Law, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Deposition:** February 23, 2012. Sergeant Danny M. Singson, v. Commander Marc Farber, et al. USDC Case No. CV 11-1863 SI.
Client Attorney:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109. Phone: (415) 561-9600.

**Deposition:** February 27, 2012. Julio Cesar Duran, v. City of Weslaco, et al. USDC (Texas) Case No. 10-CV-00429.
Client Attorneys:
Ms. Corinna Spencer-Scheurich, Attorney at Law, Mr. Amin Alehashem, Attorney at Law South Texas Civil Rights Project, 1017 West Hackberry, Alamo, TX 78516. Phone (956) 787-8171.

**Deposition:** February 28, 2012. Deon Richard Dirks, v. County of Los Angeles, et al. USDC Case No. CV 08-05214 GPS (Ctx).
Client Attorney:
Mr. Christopher Driscoll, Esq., Jonas & Driscoll, LLP, 555 West Fifth Street, 31ˢᵗ Floor Los Angeles, CA 90013. Phone: (213) 683-2033.

**Deposition:** February 28, 2012. Carol Champommier, et al, v. United States of America, et al. USDC Case No. CV11-3913 JHN (PJWx), (Consolidated with Case No. CV11-05486).
Client Attorneys:

Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Ms. Cara Lin Eisenberg, Esq., LAW OFFICES OF GARY A. DORDICK, 509 South Beverly Drive, Beverly Hills, California 90212.  Phone: (310) 551-0949.

**Trial:** March 1, 2012.  Danny Pina, v. San Jose, et al.  USDC Case No. CV10-02607 HRL.
Client Attorney:
Mr. Jaime A. Leanos, Attorney at Law, The Law Office of Jaime A. Leanos, 75 East Santa Clara Street, Suite 250, San Jose, CA 95113.  Phone: (408) 294-6800.

**Deposition:** March 2, 2012.  Mekione Samatua, et al, v. City of San Bernardino, et al.  Superior Court (San Bernardino County), State of California Case No.  CIVDS 917832.
Client Attorney:
Mr. Jamon R. Hicks, Attorney at Law, The Cochran Firm, 4929 Wilshire Boulevard, Suite 1010;Los Angeles, CA, 90010.  Phone: (323) 931-6200.

**Deposition:** March 5, 2012.  Estela Cabrales, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California Case No.  TC 024782.
Client Attorney:
Mr. Dennis P. Wilson, Attorney at Law, Law Offices of Dennis P. Wilson, 3322 W. Victory Boulevard, Burbank, CA 91505.  Phone: (818) 843-1788.

**Trial:** March 9, 2012 and March 12, 2012.  P.C. (Mauricio Cornejo), v. City of Los Angeles, et al.  USDC Case No. CV 07-3413 ABC (Ctx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:** March 20, 2012.  Damian Ramirez, v. City of Los Angeles, et al.  Superior Court (Los Angeles County) Case No. NC043826.
Client Attorney:
Mr. Federico C. Sayre, Attorney at Law, Sayre & Levitt LLP, 900 North  Broadway 4th Floor, Santa Ana, CA 92701-3452.  Phone: (714) 550-9117.

**Trial:** March 28, 2012.  Lakesha Wright, et al., v. City of Long Beach, et al.  Superior Court State of California (Los Angeles County) Case No. BC404505.
Client Attorneys:

Ralph E. Harrison II, Attorney at Law, The Law Office of Ralph E. Harrison II 3450 Wilshire Boulevard, Suite 705 Los Angeles, CA 90010.  Phone (213) 616-0201.
Altus Waddell Hudson, Attorney at Law, Kidd & Hudson, 3450 Wilshire Boulevard, Suite705, Los Angeles, CA 90010.  Phone (213) 739-1777.


**Deposition:**  March 27, 2012.  Gabriel Gonzales, et al., v. County of Los Angeles, et al. USDC Case No. CV11-1862 MMM (VBKx).
Client Attorney:
Mr. Nicholas W. Hornberger, Attorney at Law, Hornberger & Brewer, LLP, 444 South Flower Street, Suite 3010, Los Angeles, CA 90071-2901.  Phone: (213) 488-1655


**Deposition:**  April 3, 2012.  Yvonne Barnes, et al., v. City of San Bernardino, et al.  Superior Court (San Bernardino County), Case No. CIVSS 807102.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** April 5, 2012. Hector Briones and Roseland Harding, v. City of San Bernardino, et al. USDC Case No. CV 10-7571 CBM (Opx).
Client Attorneys:
Mr. Donald W. Cook, Attorney at Law, Mr. Robert Mann, Attorney at Law, The Law Offices of Robert Mann and Donald W. Cook, 3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone :  (213) 252-9444.


**Deposition:**  April 9, 2012.  Oscar Morales v. City of Los Angeles, et al.  USDC Case No. CV 11-04757 SVW (Shx).
Client Attorneys:
Mr. John Burton, Esq., and Mr. Timothy J. Midgley, Esq.  The Law Offices of John Burton, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.


**Trial:**  April 10, 2012.  People v. Rodger Warren Box, Superior Court (Contra Costa County, California) Case No. 150794-6, DA No. C 10 011036-1.
Client Attorney:
Mr. Tim A. Pori, Attorney at Law, The Law Office of Tim A. Pori, 521 Georgia Street, Vallejo, CA 94121. Phone: (707) 644-4004.

**Trial:** April 11, 2012.  Paul Burke, v. City of Santa Monica, et al.  USDC Case No. CV 09-2259 MMM (PLAx).
Client Attorney:
Mr. Martin D. Holly, Esq., The Law Offices of Martin D. Holly, Pacific Corporate Towers, 222 North Sepulveda Blvd., Suite 2000, El Segundo, CA 90245.  Phone: (310) 335-2060.


**Trial:** April 19, 2012.  Danny M. Singson, v. Marc Farber, et al.  USDC Case No. CV 11-1863 SI.
Client Attorney:
Mr. John H. Scott, Attorney at Law, Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Trial:** April 20, 2012 and April 23, 2012.  Estela Cabrales, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California Case No.  TC 024782.
Client Attorney:
Mr. Dennis P. Wilson, Attorney at Law, Law Offices of Dennis P. Wilson, 3322 W. Victory Boulevard, Burbank, CA 91505.  Phone: (818) 843-1788.


**Trial:** April 23, 2012.  Yvonne Barnes, et al., v. City of San Bernardino, et al.  Superior Court (San Bernardino County), Case No. CIVSS 807102.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** April 27, 2012.  Chester Miller and Betty Miller v. City of Menlo Park, et al.  USDC Case No. C-11-00543-CW.
Client Attorneys:
Ms. Gayla B. Libet, Attorney at Law, Law Offices of Gayla B. Libet, 486  41ˢᵗ Street, Suite 3, Oakland, CA 94609
Mr. John Burris, Attorney at Law, John Burris Law Offices, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.


**Deposition:** May 3, 2012.  Allen Harris, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC451880.
Client Attorney:
Mr. V. James DeSimone, Attorney at Law.  Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.

**Trial:** May 7, 2012.  May 7, 201 Brett Lozano v City of Santa Ana, et al.:30-2010-
Superior Court, State of California (Orange County), Case No. 00398323.
Client Attorney:
Mr. Gregory A. Yates, Attorney at Law, Law Offices of Gregory A. Yates, 16830 Ventura
Boulevard, Suite 250, Encino, CA 91436.  Phone: (310) 858-6944.


**Deposition:** May 15, 2012.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC
Case No.: 2:10-cv-09384 MMM (Opx).
Client Attorneys:
Mr. Peter B. Schlueter, Attorney at Law, Schlueter & Schlueter, Meserve/Sanborn Building, 2nd
Floor, 108 Orange, Suite 8, Redlands, CA 92373
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank
Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:** May 16, 2012.  Chester Miller and Betty Miller v. City of Menlo Park, et al.  USDC Case
No. C-11-00543-CW.
Client Attorneys:
Mr. Mr. John Burris, Attorney at Law,Mr. Adante Pointer, Attorney at Law, The Law Offices of
John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.
Phone: (510) 839-5200.


**Deposition:** May 17, 2012.  Joseph Ober v. County of Los Angeles.  USDC C.D. Cal. Case No.
CV 10-10032 DMG (SHx).
Client Attorneys:
Mr. John Burton, Esq., and Mr. Timothy J. Midgley, Esq.  The Law Offices of John Burton, 65
North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.


**Deposition:** May 22, 2012.  Edward Colson, v. City of Bakersfield, et al.  USDC Case No. 1:10-
CV-01776 OWW-JLT.
Client Attorneys:
Mr. Joel T. Anderson, Esq., Mr. J. Miguel Flores, Esq., Rodriguez & Associates, PLC, 2020 Eye
Street, Bakersfield, CA 93301.  Phone:  (661) 323-1400.


**Deposition:** May 30, 2012.  Steven A. Lorange, v. University of California, Los Angeles, et al.
USDC Case No. CV11 – 10417 SVW (JCx).
Client Attorney:

Mr. Joseph Y. Avrahamy, Esq., Law Offices of Joseph Y. Avrahamy, 16530 Ventura Boulevard, Suite 208, Encino, CA 91436.  Phone:  (818) 469-3757.


**Trial:**  June 6, 2012.  Jonathon Castro v. County of Los Angeles, C.D. Cal. Case No. CV 10-5425 DSF (JEMx).
Client Attorneys:
Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Ms. Maria Cavalluzzi, Esq., CAVALLUZZI & CAVALLUZZI, 9200 Sunset Blvd., Suite 807,Los Angeles, California  90069.  Phone:  (310) 246-2601.
M. Lawrence Lallande, Sr., Esq., LALLANDE LAW, PLC,111 W. Ocean Blvd., 19th Floor,Long Beach, California 90802.  Phone: (562) 436-8800.


**Trial:**  June 7, 2012.  Luz Hernandez, v. City of Napa, et al.  USDC Case No. 08-CV-04386 SBA.
Client Attorney:
Mr. Tim A. Pori, Attorney at Law, The Law Office of Tim A. Pori, 521 Georgia Street, Vallejo, CA 94121.  Phone: (707) 644-4004.


**Deposition:**  June 14, 2012, Fox et al. v. County of Sacramento et al. USDC Case No. 2:11 CV-00419 JAM-KJN.
Client Attorney:
Mr. Lanny T. Winberry, Esq., The Law Offices of Lanny T. Winberry, 8001 Folsom Boulevard, Suite 100, Sacramento, CA 95826.  Phone (916) 386-4423.


**Deposition:**  June 21, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al.  USDC Case No. CV10-8228 JHN (Ex).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  June 22, 2012.  Jeremy Fogleman v. County of Los Angeles, et al.  USDC Case No. CV 10-6793 GAF (Shx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


-36-

**Deposition**  June 25, 2012.  Cessy Lauderdale v. City of Greenville, Texas and Dustin Ray. USDC (Northern District of Texas) Case No. Civil Action No: 3:10-CV-1462. Client Attorneys: Mr. Joseph P. Berra, Attorney at Law, and Ms. Abigail Frank, Attorney at Law, Equal Justice Works Fellow, Language Access Program, Michael Tigar Human Rights Center, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX 78741-3438.

**Trial:**  June 28, 2012.  Donald Sanchez, et al, v. County of San Bernardino, et al.  USDC Case No.: 2:10-cv-09384 MMM (Opx). Client Attorneys: Mr. Peter B. Schlueter, Attorney at Law, Schlueter & Schlueter, Meserve/Sanborn Building, 2nd Floor, 108 Orange, Suite 8, Redlands, CA 92373.  Phone: (909) 206-4888 Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Trial:**  July 3, 2012.  David Venegas, et al, v. Los Angeles County, et al.  Superior Court, State of California (Los Angeles County), Case No. BC 207136. Client Attorneys: Mr. Donald W. Cook, Attorney at Law, Mr. Robert Mann, Attorney at Law, The Law Offices of Robert Mann and Donald W. Cook, 3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone : (213) 252-9444.

**Deposition:**  July 12, 2012.  P. R., JR. (A Minor), Julie Rodriguez, v. County of Los Angeles, et al.  USDC Case No. CV 11-03803 MMM (Ssx). Client Attorney: Mr. Carl E. Douglas, Attorney at Law, The Douglas Law Group, 8484 Wilshire Boulevard , Suite 548, Beverly Hills, CA 90211.  Phone (323) 655-6505.

**Deposition:**  July 17, 2012.  Duvall Mariano, v. County of Los Angeles, et al.  USDC Case No. CV11-5106 JAK (FFMx). Client Attorney: Mr. Christopher Driscoll, Esq., Jonas & Driscoll, LLP, 555 West Fifth Street, 31st Floor Los Angeles, CA 90013.  Phone: (213) 683-2033.

**Trial:**  August 8, 2012.  Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al.  USDC Case No. CV10-8228 JHN (Ex). Client Attorney:

-37-

Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Trial:** July 20, 2012. Ivan E. Henriquez, v. City of Los Angeles, et al.  USDC Case No. CV 10-3072.
Client Attorneys:
Ms. Lisa Holder, Attorney at Law, Law Office of Lisa Holder, P.O. Box 65694, Los Angeles, CA 90065.  Phone (323) 683-6610.
Mr. Christopher J. Canlas, Attorney at Law, Canlas Law Group, APLC, 615 West Beverly Boulevard, Montebello, California 90640.  (323) 888-4325.

**Deposition:** July 26, 2012, K.X.T. a minor, v. City of Orange, et al.  Superior Court (Orange County) State of California Case No. 30-2011-00460392.
Client Attoeney:
Mr. Jamon R. Hicks, Attorney at Law, The Cochran Firm, 4929 Wilshire Boulevard, Suite 1010;Los Angeles, CA, 90010. Phone: (323) 931-6200.

**Deposition:** July 30, 2012. Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).
Client Attorney:
Mr. David Drexler, Esq., Law Offices of David Drexler, 13808 Ventura Boulevard, Sherman Oaks, CA, 91423.  Phone (818) 907-7373.

**Trial:**  August 3, 2012.  People v. Abisai Antonio Rivera.  Superior Court, State of California, County of Los Angeles, Case No. IWW04999.
Client Attorney:
Raffi J. Manuelian, Attorney at Law, J & M Law Firm, LLP, 555 West 5th Street 31st Floor, Los Angeles, CA 90013.  Phone:  (213) 996-8463.

**Trial:**  August 7, 2012.  John Franklin, v Jefferson County (Texas), et al., USDC (Beaumont Division, Texas) Case No. 1:09 cv-00931.
Client Attorney:
Mr. Mr. Brian R. McGiverin, Attorney at Law, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, TX  78741. Phone  (512) 474-5073.

**Trial:** August 8, 2012. Estate of Manuel Jaminez Chum, et al, v. City of Los Angeles, et al. USDC Case No. CV10-8228 JHN (Ex).
Client Attorney:

-38-

Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  August 9, 2012.  Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West).  Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.
Client Attorney:
Mr. Christopher B. Dolan, Attorney at Law, and Ms. Anne Costin, Attorney at Law, the Dolan Law Firm, The Dolan Building, 1438 Market Street, San Francisco, California 94102.  Phone: (415) 421-2830.


**Deposition:**  August 20, 2012.  Mohamad Harb, et al, v. City of Bakersfield, et al.  Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.
Client Attorney:
Mr. Thomas A. Brill, Attorney at Law, Law Offices of Young & Nichols, 1901 Truxtun Avenue, Bakersfield, CA 93301-5010.  Phone (661) 861-7911.


**Deposition:**  August 22, 2012.  Eugene Carl De Boise, Sr., et al. v. St. Louis County, Missouri, et al.  USDC Case No. 4:10CV818 TIA.
Client Attorneys:
Mr. John Burton, Esq., The Law Offices of John Burton, 65 North Raymond Avenue, Suite 300, Pasadena, CA 91103.  Phone:  (626) 449-8300.
Mr. W. Bevis Schock, Esq., 7777 Bonhomme Avenue, Suite 1300, St. Louis, MO 63105.


**Deposition:**  August 29, 2012.  Jose Cortez v. County of Los Angeles, et al.  USDC Case No CV 11-03274 DDP (AGRx).
Client Attorney:
Mr. Kenneth J. Sargoy, Attorney at Law, Kollender & Sargoy, 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067.  Phone (310) 277-7737.


**Deposition:**  September 4, 2012.  Erika Canas, et al., v. City of Sunnyvale, et al.  USDC Case No. C08-05771 THE.
Client Attorney:
Mr. Russell A. Robinson, Attorney at Law, Law Office of Russell A. Robinson, 345 Grove Street First Floor, San Francisco, CA 94102.  (415) 255-0462.

**Deposition:** September 5, 2012. Lea Riley, v. Orange County, et al. USDC Case No. SACV 11-773 JST (Anx).
Client Attorney:
Mr. Mervyn S. Lazarus, Attorney at Law, The Law Office of Mervyn Selwyn Lazarus, 4340 Campus Drive, Suite 100, Newport Beach, CA 92660. Phone (949) 315-0102.

**Deposition:** September 6, 2012. Robert Lee Woodard, v. City of Menlo Park, et al. USDC Case No. C09-3331 SBA.
Client Attorney:
Ms. Kristin M. Hall, Esq., Paul Hastings LLP, 55 Second Street, 24th Floor, San Francisco, CA 94105. Phone: (415) 856-7071.

**Deposition:** September 7, 2012. Steven Sevan Guidry v. City of Houston and Brenton Delon Green. USDC Case No. H-11-1589.
Client Attorney:
Mr. Sylvester Anderson, Attorney & Counselor at Law, Regency Square Tower, 6200 Savoy, Suite 250, Houston, TX 77036. Phone: (713) 533-9500.

**Trial:** September 13, 2012. Erika Canas, et al., v. City of Sunnyvale, et al. USDC Case No. C08-05771 THE.
Client Attorney:
Mr. Russell A. Robinson, Attorney at Law, Law Office of Russell A. Robinson, 345 Grove Street First Floor, San Francisco, CA 94102. (415) 255-0462.

**Trial:** September 21, 2012 and September 24, 2012. Robert Lee Woodard, v. City of Menlo Park, et al. USDC Case No. C09-3331 SBA.
Client Attorney:
Ms. Kristin M. Hall, Esq., Paul Hastings LLP, 55 Second Street, 24th Floor, San Francisco, CA 94105. Phone (415) 856-7071.

**Deposition:** September 25, 2012. Rohayent Gomez Eriza, a Minor, et al, v. City of Los Angeles, et al. Superior Court, (Los Angeles County) State of California Case No. BC 453870.
Client Attorney:
Mr. Arnoldo Casillas, Attorney at Law, Gregory W. Moreno & Associates, 3500 West Beverly Blvd., Montebello, CA. 90640. Phone: (323) 725-0917.

**Trial:** September 26, 2012. Jacque Cedric Noel v. City of Los Angeles, USDC Case No. CV10-04044.
Client Attorney:
Mr. Christopher Driscoll, Esq., Jonas & Driscoll, LLP, 555 West Fifth Street, 31ˢᵗ Floor
Los Angeles, CA 90013.  Phone: (213) 683-2033.

**Deposition:** September 28, 2012 and September 29, 2012.  Robert E. Campbell, et al. v. City of Lubbock, Texas, et al.  USDC (Lubbock, Texas) Case No. 5:11-cv-00116-C.
Client Attorney:
Mr. Kervyn B. Altaffer Jr., Attorney at Law, Law Office of Kervyn B. Altaffer Jr., 13140 Coit Road, Suite 440, Dallas, Texas 75240, Mailing Address: P.O. Box 831072, Richardson, Texas 75083.  Phone: (972) 948-5385).

**Deposition:**  October 2, 2012.  819.  Annette D. Montalvo et al, v. Los Angeles County, et al. Superior Court (Los Angeles County), State of California    Case No. TC023708.
Client Attorneys:
Mr. John C. Taylor, Attorney at Law, Ms. Louanne Masry, Attorney at Law, Taylor & Ring, LLP, 10900 Wilshire Blvd. Suite 920, Los Angeles, CA 90024.  Phone: (310) 209-4100.

**Deposition:**  October 3, 2012.  Chelsea Garrett, v. City of Stow, et al.  USDC Case No. 5:12-cv-404, JRA October 3, 2012.
Client Attorney:
Mr. Nicholas A. DiCello, Attorney at Law, Spangenberg Shibley & Liber LLP, 1001 Lakeside Avenue East, Suite 1700, Cleveland, Ohio 44114.  Phone: (216) 696-3232.

**Deposition:**  October 11, 2012.  Federico Cornejo, et al, v. County of Los Angeles, et al. USDC Case No. CV 12-3242 SVW (Shx).
Client Attorney:
Mr. Craig L. Chisvin, Esq.  Chisvin & Associates, 11845 West Olympic Boulevard, Suite 1040W, Los Angeles, CA 90064.  Phone: (310) 820-4488.

**Deposition:**  October 15, 2012.  James Parker v. County of Los Angeles, et al.  USDC Case No. CV12-0064-SVW (FFMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:**  October 16, 2012.  Elizabeth Escalante, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), Case No. BC 452902.
Client Attorney:
Mr. Miguel G. Caballero, Attorney at Law, Moreno & Perez, APC, The Petroleum Building, 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015.  Phone (213) 745-6300.


**Deposition:**  October 17, 2012.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. USDC Case No. CV 10-07608 PSG (AJWx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Trial:**  October 18, 2012.  Cristina Ibarra, v. City of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No. SC108224.
Client Attorneys:
Mr. Miguel G. Caballero, Attorney at Law, and Mr. Frank Perez, Attorney at Law, Moreno & Perez, APC, The Petroleum Building, 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015. Phone (213) 745-6300.


**Deposition:**  October 26, 2012.  Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County), State of California Case No. Case No 34-2009-00033484.
Client Attorneys:
Mr. Dennis P. Wilson, Attorney at Law, Wilson Trial Group, 3322 W. Victory Boulevard, Burbank, CA 91505.  Phone: (818) 843-1788.
Mr. Anthony N. Luti, Attorney at Law, The Luti Law Firm, 7095 Hollywood Boulevard, Hollywood, CA 90028.  Phone (323) 960-2600.


**Trial:**  October 31, 2012.  Annette D. Montalvo et al, v. Los Angeles County, et al.  Superior Court (Los Angeles County), State of California, Case No. TC023708.
Client Attorneys:
Mr. John C. Taylor, Attorney at Law, and Ms. Louanne Masry, Attorney at Law, Taylor & Ring, LLP, 10900 Wilshire Blvd. Suite 920, Los Angeles, CA 90024.  Phone: (310) 209-4100.


**Trial:**  November 1, 2012 and November 2, 2012.  Allen Harris, et al, v. City of Los Angeles, et al.  Superior Court, State of California (Los Angeles County), Case No. BC451880.
Client Attorneys:
Mr. V. James DeSimone, Attorney at Law.  Schonbrun DeSimone Seplow Harris Hoffman & Harrison LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.
Mr. Anthony N. Luti, Attorney at Law, The Luti Law Firm, 7095 Hollywood Boulevard, Hollywood, CA 90028.  Phone (323) 960-2600.

-42-

**Deposition:** November 8, 2012. XYZ Distributors, Inc., et al, v. County of Los Angeles, et al. C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).
Client Attorney:
Mr. John Burton, Esq., The Law Offices of John Burton, 65 North Raymond Avenue, Suite 300, Pasadena, CA 91103. Phone: (626) 449-8300.


**Deposition:** November 15, 2012. Grace Brown, v. Kern County, et al. Superior Court, (Kern County) State of California, Case No. S-1500-CV-262127 SPC, Consolidated with Case No. S-1500-CV-262322 AEW.
Client Attorney:
Mr. Stephen C. Ball, Attorney at Law Ball & Roberts, 300 North Lake Avenue, Suite 1000, Pasadena, CA 91101. Phone (626) 793-2117.


**Trial:** November 29, 2012. Calvin Chang, v. The Regents of the University of California, Superior Court (Sacramento County) State of California Case No 34-2009-00033484.
Client Attorneys:
Mr. Anthony N. Luti, Attorney at Law, The Luti Law Firm, 7095 Hollywood Boulevard, Hollywood, CA 90028. Phone (323) 960-2600.
Mr. Dennis P. Wilson, Attorney at Law, Wilson Trial Group, 3322 W. Victory Boulevard, Burbank, CA 91505. Phone: (818) 843-1788.


**Trial:** December 3, 2012. Mohamad Harb, et al, v. City of Bakersfield, et al. Superior Court, State of California (Kern County) Case No. S-1500-CV-265887-SPC.
Client Attorney:
Mr. Thomas A. Brill, Attorney at Law, Law Offices of Young & Nichols, 1901 Truxtun Avenue, Bakersfield, CA 93301-5010. Phone (661) 861-7911.


**Deposition:** December 6, 2012. Adrian Lamont McKoy, v. County of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC462452.
Client Attorney:
Mr. Joe C. Hopkins, Attorney at Law, Law Offices of Joe C. Hopkins, 1541 North Lake Avenue, Suite A., Pasadena, CA 91104. Phone: (626) 398-1194.


**Trial** December 11, 2012. Rohayent Gomez Eriza, a Minor, et al. v. City of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC 453870.
Client Attorney:

-43-

Mr. Arnoldo Casillas, Attorney at Law, Gregory W. Moreno & Associates, 3500 West Beverly Blvd., Montebello, CA. 90640. Phone: (323) 725-0917.

**Deposition:** December 18, 2012. Elizabeth Escalante, v. City of Los Angeles, et al. Case No. BC 452902.
Client Attorney:
Mr. Miguel G. Caballero, Attorney at Law, Moreno & Perez, APC, The Petroleum Building, 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015. Phone (213) 745-6300.

**Deposition:** December 20, 2012. June Elane Sylvester, v. County of Del Norte, et al. USDC Case No. CV-11-01459 YGR.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Deposition:** December 21, 2012. Jermaine Montiel, v. City of San Jose, et al. Case No. C 07 05490 HRL.
Client Attorney:
Mr. Anthony M. Boskovich, Attorney at Law, 28 North First Street, 6th Floor, San Jose, CA 95113. Phone: (408) 286-5150.

**Deposition:** December 27, 2012. Serge LaPointe, v. County of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC473255.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Deposition:** January 3, 2013. Monica Del Castillo, et al., v. City of Santa Ana, et al. Superior Court, State of California (Orange County) Case No. 30-2010-00383134, c/w Case No. 30-2010-000431249.
Client Attorneys:
Mr. John C. Taylor, Attorney at Law, and Ms. Louanne Masry, Attorney at Law, Taylor & Ring, LLP, 10900 Wilshire Blvd. Suite 920, Los Angeles, CA 90024. Phone: (310) 209-4100.

**Trial:** January 10, 2013. Donald Sanchez, et al, v. County of San Bernardino, et al. USDC Case No.: 2:10-cv-09384 MMM (Opx).
Client Attorneys:

-44-

Mr. Peter B. Schlueter, Attorney at Law, Schlueter & Schlueter, Meserve/Sanborn Building, 2nd Floor, 108 Orange, Suite 8, Redlands, CA 92373.  Phone: (909) 206-4888
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition.**  January 14, 2013.  Julius Bilbrew v. City of Hawthorne, et al.  USDC Case No. CV11-8282 CBM (FMOx).
Client Attorneys:
Mr. Pete R. Navarro, Esq., 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015.  Phone (213) 745-0136.
Mr. Ricardo Perez, Esq., 10919 Lakewood Boulevard, Downey, CA 90241.  Phone (213) 745-0136.


**Deposition:**  January 16, 2013.  Douglas Zerby, et al. v. City of Long Beach, et al.  USDC Case No. SACV11-00536AG (RNBx)
Client Attorneys
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  January 21, 2013.  Josie De La Rosa, v. LASD Deputy Javier Martinez.  LASD Case No. 11-CV-465 CSA (AGR).
Client Attorney:
Mr. Miguel G. Caballero, Attorney at Law, Moreno & Perez, APC, The Petroleum Building, 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015.  Phone (213) 745-6300.


**Trial:** January 22, 2013.  XYZ Distributors, Inc., et al, v. County of Los Angeles, et al.  C.D. Cal. Case No. LA CV11-05301 JAK (FFMx).
Client Attorney:
Mr. John Burton, Esq., The Law Offices of John Burton, 65 North Raymond Avenue, Suite 300, Pasadena, CA 91103.  Phone:  (626) 449-8300.


**Deposition:** January 25, 2013.  Wolfswinkel v. Arpaio, et al.  USDC (Arizona) CV-11-00116-PHX-NVW.
Client Attorneys:
Mr. Stephen C. Neal, Esq., Ms. Shannon M. Eagan, Esq. Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155.  Phone: (650) 843-5909.

-45-

**Trial:** February 4, 2013.  Anita Lynette Wooten, v. City of Long Beach, et al.  Superior Court, State of California (Los Angeles County) Case No. NC 053151
Client Attorney:
Ms. Vicki Sarmiento, Attorney at Law, 333 North Garfield Avenue, Alhambra, CA 91801.
Phone: (626) 308-1171.

**Deposition:** February 6, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.

**Deposition:** February 7, 2013.  A.M., a Minor, et al, v, Los Angeles County, et al.  USDC Case No. 2:11-cv-08297 JAK-PJW.
Client Attorney:
Mr. James P. Segall-Gutierrez, Esq., Law Office of James P. Segall-Gutierrez, 6709 Greenleaf Avenue, Suite 202, Whittier, CA 90601.  Phone: (562)-321-5950.

**Deposition:** February 8, 2013.  Lieu Thi Truong, et al, v. County of Sacramento, et al.  USDC Case No. 2:10-cv-00506 MCE-KJN.
Client Attorney:
Mr. Kenneth N. Frucht, Esq., and Mr. Frederick J. Geonetta.Esq., Geonetta & Frucht LLP, 100 Montgomery Street, Suite 1600, San Francisco, CA 94104.  Phone (415) 421-4770.

**Deposition:** February 11, 2013.  Frederick Ortega v. City of Ontario, et al.  USDC Case No. EDCV 12-397 GAF (Opx).
Client Attorney:
L'tanya M. Butler, Esq., Law Offices of L'tanya M. Butler, 6101 West Centinela Avenue, Suite 392, Culver City, CA 90230.  Phone: (310) 410-1717.

**Deposition:** February 12, 2013.  Jesse Ray Lucas, v. City of Visalia, et al.  USDC Case No. CV 10-7608-PSG (AJWx).
Client Attorneys:
Ms. Cristina M. Shea, Attorney at Law, Ms. Ashley L. Shively, Attorney at Law, Mr. David E. Weiss Attorney at Law, Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659.  Phone: (415) 659-4736.

-46-

**Deposition:** February 19, 2013.  Salvador Estrada Lua, v. County of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No EC 054587.
Client Attorney:
Mr. Peter M. Williamson, Attorney at Law, Williamson Law Firm, 20750 Ventura Blvd. Suite # 354, Woodland Hills, CA 91364.  Phone: (818) 226-5700.


**Deposition:** February 21, 2013.  Armando Castillo, et al, v. City of Los Angeles, et al.  USDC Case No. CV12-04498 JAK (JCGx).
Client Attorny:
Mr Etan Z. Lorant, Esq., Ms. Yael Trock, Esq., Law Offices of Etan Z. Lorant, 5850 Canoga Avenue, Suite 400, Woodland Hills, CA.  Phone(818) 990-3900.


**Deposition:** February 22, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).
Client Attorneys:
Ms. Rowena J. Dizon, Esq., Mardirossian & Associates, Inc., 6311 Wilshire Boulevard, Los Angeles, CA 90048.  Phone (323) 653-6311.
Mr. Thomas E. Beck, Attorney at Law, The Beck Law Firm, 10377 Los Alamitos Blvd.  Los Alamitos, CA 90720.  Phone: (562) 795-5835.


**Trial:** February 26, 2013. Elizabeth Escalante, v. City of Los Angeles, et al.  Case No. BC 452902.
Client Attorney:
Mr. Miguel G. Caballero, Attorney at Law, Moreno & Perez, APC, The Petroleum Building, 714 West Olympic Boulevard, Suite 450, Los Angeles, CA 90015.  Phone (213) 745-6300.


**Trial.** February 27, 2013.  Angel M. Mendez and Jennifer Lynn Garcia v. County of Los Angeles, et al.  USDC Case No. CV 11-04771 850. JHN (Pjx).
Client Attorney:
Mr. David Drexler, Esq., Law Offices of David Drexler, 13808 Ventura Boulevard, Sherman Oaks, CA, 91423.  Phone (818) 907-7373.


**Deposition:** March 4, 2013.  969.  Jinny Lynn Pearce, v. County of Kern, et al.  USDC Case No. 1:11-CV-0604 AWI GSA.
Client Attorney:
Martha J. Rossiter, Esq.  Rodriguez & Associates, A Professional Law Corporation, 2020 Eye Street, Bakersfield, CA 93301.  Phone (661) 323-1400.

**Deposition:** March 5, 2013. Ada Morales Coto, v. Los Angeles County, et al. Superior Court, State of California Case No. BC44905.
Client Atttorney:
Dana K. Brody, Esq., Gates, O'Doherty, Gonter & Guy, LLP, 15635 Alton Parkway, Suite 260, Irvine, California 92618. Phone: (949) 753-0255.

**Deposition:** March 6, 2013. Naily Nida, et al. v. City of Downey, et al. USDC Case # CV 12 - 01372 SJO (JEMx).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Deposition:** March 13, 2013. Raul Jesse Gonzalez Jr., v. City of Escondido, et al. USDC Case No. 11-CV-2846-W (WVG).
Client Attorneys:
Ms. Julia Yoo, Esq., Mr. Eugene G. Iredale, Esq., The Law Offices of Iredale and Yoo, APC, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036. Phone: (619) 233-1525.

**Deposition:** March 15, 2013. Carole A. Cosentino, Ronald L. Bours, Estate of Steven M. Bours, et al. v. City of Downey, Christopher Kurtz, et al., USDC Case No. 2:11-CV-03206-GAF (SSx).
Client Attorneys:
Mr. Jeff D. Price Esq., and Mr. Daniel C. Sharpe Esq., 1512 16th Street, Suite 2, Santa Monica, CA 90404. Phone: (310) 776-8650.

**Deposition:** March 18, 2013985. M.L., a Monor, et al., v. Los Angeles County, et al. Superior Court, State of California (Los Angeles County), Case No. VC 058338.
Client Attorneys:
Mr. Jamon R. Hicks, Attorney at Law, The Cochran Firm, 4929 Wilshire Boulevard, Suite 1010;Los Angeles, CA, 90010. Phone: (323) 931-9521.
Mr. Peter Goldstein, Attorney at Law, Law Office of Peter Goldstein, 400 Corporate Pointe, Suite 300, Culver City, CA 90230. Phone (213) 689-7904.

**Deposition:** March 20, 2013. Nora Manni, v. City of San Diego, et al. USDC Case No. 11 cv 0435 W (DHB).
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.

**Trial:** March 23, 2013 and March 26, 2013  Douglas Zerby, et al. v. City of Long Beach, et al. USDC Case No. SACV11-00536AG (RNBx).
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106.  Phone: (626) 240-4616.
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:** March 25, 2013.  Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).
Client Attorneys:
Mr. Benjamin Schonbrun, Esq., Ms. Erin M. Pulaski, Esq., Schonbrun DeSimone Seplow, Harris Hoffman & Harrison LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.


**Trial:** March 27, 2013.  Kimberly Luong, et al., v. City and County of San Francisco et al., USDC Case No. C11-05661 MEJ.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Trial:** March 28, 2013.  Carol Champommier, et al, v. United States of America, et al.  USDC Case No. CV11-3913 JHN (PJWx) [Consolidated with Case No. CV11-05486.
Client Attorneys:
Mr. John Burton, Esq., THE LAW OFFICES OF JOHN BURTON, 65 North Raymond Avenue, Suite 300, Pasadena, California 91103.  Phone:  (626) 449-8300.
Ms. Cara Lin Eisenberg, Esq., LAW OFFICES OF GARY A. DORDICK, 509 South Beverly Drive, Beverly Hills, California 90212.  Phone: (310) 551-0949.


**Deposition:** April 2, 2013.  Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS)
Client Attorney:
Mr. Brandon M. Smith, Esq., Law Offices of Brandon M. Smith, 105 West "F" Street, 3rd Floor, San Diego, CA 92101.  Phone: (619) 236-8344.

-49-

**Deposition:** April 8, 2013.  Katie Rodriguez, v. County of San Bernardino, et al.. Superior Court, State of California, (San Bernardino County), Case No CIVVS 110.
Client Attorney:
Ms. Diane Corwin, Esq., Law Offices of Diane Corwin, 2600 Mission Street, Suite 206, San Marino, CA. 91108.  Phone: (626) 441-9222.


**Deposition:** April 16, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.: CV 10-2603 TEH.
Client Attorney:
Ms. Geri Lynn Green, Esq., Law Offices of Green & Green, LLP, 22 Battery Street, Suite 888, San Francisco, CA 94111.  Phone: (415) 982-2600.


**Trial:** April 17, 2013.  Veth Mam, v. City of Fullerton, et al.  USDC Case No. SACV11-1242 JST (MLGx).
Client Attorneys:
Ms. Rowena J. Dizon, Esq., Mardirossian & Associates, Inc., 6311 Wilshire Boulevard, Los Angeles, CA 90048.  Phone (323) 653-6311.
Mr. Thomas E. Beck, Attorney at Law, The Beck Law Firm, 10377 Los Alamitos Blvd.
Los Alamitos, CA 90720.  Phone: (562) 795-5835.


**Deposition:** April 18, 2013.  Javier Bravo, Hope Bravo and E.B. (a minor), v. City of Santa Maria, et al.  USDC Case No. CV 06-06851 FMO (Shx).
Client Attorneys:
Mr. Donald W. Cook, Attorney at Law, Mr. Robert Mann, Attorney at Law, The Law Offices of Robert Mann and Donald W. Cook, 3435 Wilshire Boulevard, Suite 2900, Los Angeles, CA 90010.  Phone : (213) 252-9444.


**Deposition:** April 19, 2013.  Sylvia Theresa Lopez, et al., v. Contra Costa County Sheriff's Department, et al., Case No. C11-02888.
Client Attorney:
Mr. Gerald H. Scher, Esq., Scher & Bassett, 465 S. Mathilda Avenue, Suite 210, Sunnyvale, CA 94086.  Phone: (408) 739-5300.


**Deposition:** April 24, 2013, May 2, 2013, and May 7, 2013.  The Estate of Anastacio Hernandez-Rojas, et al., v U. S. Customs and Border Protection, et al., Case No. 11-CV-0522-L NLS.
Client Attorneys:
Ms. Julia Yoo, Esq., Mr. Eugene G. Iredale, Esq., The Law Offices of Iredale and Yoo, APC, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.

**Trial.** April 26, 2013.  Elecia Holland, v. City and County of San Francisco, et al., Case No.:
CV 10-2603 TEH.
Client Attorney:
Ms. Geri Lynn Green, Esq., Law Offices of Green & Green, LLP, 22 Battery Street, Suite 888,
San Francisco, CA 94111.  Phone: (415) 982-2600. April 26, 2013.  Ms. Geri Lynn Green, Esq.


**Deposition:** April 29. 2013.  Civil Action No. 4:11-CV-00882; Karen Echols, et al, v.
Gardiner, et al.; In the United States District of the Southern District of Texas, Houston
Division. Mr. Gabriel A. Assaad, Esq.
Client Attorney
Mr. Gabriel A. Assaad, Esq., Mr. David W. Hodges, Esq., Kennedy Hodges, L.L.P., 711 West
Alabama Street, Houston, Texas 77006.  Phone (713) 523-0001.


**Deposition:** May 1, 2013.  Robert Thomas Sr., et al, v. County of Los Angeles, et al.  Superior
Court, State of California (Los Angeles County), Case No. TC 025583.
Client Attorney:
Mr. John E. Sweeney, Esq., Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305,
Beverly Hills, CA 90102.  Phone: (310) 277-9595.


**Deposition:** May 2, 2013.  David Bryant and Andrea Bryant, individually and as husband and
wife v. The City of Goodyear, et al., Case No. 2:12-cv-00319-JAT.
Client Attorney:
Mr. Stephen W. Tully, Esq., Gordon & Rees LLP, 111 West. Monroe Street, Suite 1600
Phoenix, AZ 85003.  Phone: (602) 794-2482.


**Trial:** May 3, 2013.  Kandace Simplis, et al, v. Culver City Police, et al.  USDC Case
No.CV10-9497 JHN (MANx).
Client Attorney:
Mr. Matthew S. McNicholas, Esq., McNicholas & McNicholas, LLP, 10866 Wilshire
Boulevard, Suite 1400, Los Angeles, CA  90024.  Phone: (310) 474-1582.


**Deposition:** May 6, 2013.  Alexander Perez Alvarado, a minor, et al., v. The City of Santa Ana,
et al., Case No. 8:12-CV-00328-UA.
Client Attorney:
Mr. Federico C. Sayre, Esq., Sayre & Levitt, LLP, 333 Civic Center Drive, Santa Ana,
California 92701  Phone: (714) 550-9117.

**Deposition:** May 14, 2013. Lisa and Anthony ("A.J.") Demaree, et al, v. John Krause, et al. USDC (Arizona) Case No. CV 11-00046 PHX-ROS.
Client Attorney:
Mr. Richard T. Treon, Attorney at Law, Treon, Aguirre, Newman & Norris, 2700 North Central Avenue, Suite 1400, Phoenix, AZ 85004-1133. Phone: (602) 285-4400.


**Deposition:** May 24, 2013. William Pitman, v. County of Los Angeles, et al. Superior Court, State of California (Los Angeles County), Case No. BC 472800.
Client Attorney:
Mr. Michael H. Artan, Attorney at Law, One Wilshire Boulevard, Suite 2200, Los Angeles, CA 90017. Phone (213) 688-0370.


**Deposition:** May 28, 2013. Toby Jermaine Wilson v. City of Vallejo, et al. USDC Case No. 2:12-cv-00547-JAM-CKD.
Client Attorney:
Mr. DeWitt M. Lacy, Esq. The Law Offices of John L. Burris 7677 Oakport Street, Suite 1120 Oakland, CA 94621. Phone: (510) 839-5200.


**Trial:** May 30, 2013 and May 31, 3013. Robert Thomas Sr., et al, v. County of Los Angeles, et al., Superior Court, State of California (Los Angeles County), Case No. TC 025583.
Client Attorney:
Mr. John E. Sweeney, Esq., Law Offices of John Sweeney, 315 South Beverly Drive, Suite 305, Beverly Hills, CA 90102. Phone: (310) 277-9595.


**Deposition:** June 3, 2013. Maria Macias & Lidia Amesquita, v. City of Long Beach, et al. USDC Case No. cv-12-3113 PA (FFMx).
Client Attorneys:
Mr. Brian E. Claypool, The Claypool Law Firm, 1055 E. Colorado Blvd., 5th floor, Pasadena, California 91106. Phone: (626) 240-4616.
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.


**Trial:** June 4, 2013. Mashia McCraw-Lewis, et al, v. City of Los Angeles, et al. Superior Court (Los Angeles County) Case No. BC 457859.
Client Attorney:

-52-

Mr. Brian T. Dunn, Attorney at Law, The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010.  Phone: (323) 931-6200.


**Deposition:** June 5, 2013,  Bereket Demsse, v. City of San Diego, et al., USDC Case No.: 12-cv-0914-JM (WVG).
Client Attorney:
Mr. John Y. Tremblatt, Esq., and Mr. Daniel A. Vespi, Esq., Law Offices of John Y. Tremblatt, A.P.C., 3233 Third Avenue, San Diego, CA 92103.  Phone: (619) 243-7337.


**Deposition:** June 10, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).
Client Attorney:
Mr. Jarod A. Krissman, Esq., Stolpman Krissman Elber Silver, LLP, 111 West Ocean Boulevard 19th Floor, Long Beach, CA 90802.  Phone:  (562) 435-8300.


**Deposition:** June 14, 2013.  Javier - Guerrero v. City of San Jose, et al.  USDC Case No.: CV 12-03541 PSG.
Client Attorneys:
Mr. J. Joseph Wall Jr., Esq., Wall Law Firm, 66 East Santa Clara Street, Suite 250, San Jose, California 95113.  Phone : (408) 494-0704.
Mr. Kenneth W. Robinson, Esq., Law Offices of Kenneth W. Robinson, 1065 Asbury Street, San Jose, California 95126.  Phone : (408) 494-4477.


**Deposition:** June 17, 2013.  John Rogoff, v. County of San Bernardino, et al.  USDC Case No. 2:12-cv-04218.  DSF (SPx).
Client Attorney:
Mr. Peter Schlueter, Esq., Schlueter & Schlueter, 108 Orange Street, #8, Redlands CA 92373.  Phone: (909) 206-4888.


**Trial:** June 24, 2013.  Salvador Estrada Lua, v. County of Los Angeles, et al.  Superior Court (Los Angeles County), State of California Case No EC 054587.
Client Attorney:
Mr. Peter M. Williamson, Attorney at Law, Williamson Law Firm, 20750 Ventura Blvd. Suite # 354, Woodland Hills, CA 91364.  Phone: (818) 226-5700.


**Deposition:** June 26, 2013.  Sabrina Smith, et al., vs., County of San Diego, et al., USDC Case No.: CASE NO. 11cv0356-W(WVG)

Client Attorneys:
Ms. Julia Yoo, Esq., Mr. Eugene G. Iredale, Esq., The Law Offices of Iredale and Yoo, APC, 105 West "F" Street, 4th Floor, San Diego, CA 92101-6036.  Phone: (619) 233-1525.
Mr. R. Stan Morris, Esq., Cartee & Morris LLC, 2325 Henry Street, Guntersville, AL 35967.


**Deposition:**  June 27, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.
Client Attorneys:
Mr. Benjamin W. Haile, Esq., and Mr. Kenneth A. Kreuscher, Esq., Portland Law Collective, LLP, 1130 SW Morrison Street, Suite 407, Portland, OR  97205.  Phone: (503) 288-1889.


**Trial:**  July 2, 2013.  Noreen Salinas, v. City of San Jose, et al.  USDC Case No. C08-02625 RS.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  July 3, 2013.  Gregory Williams, v. City of Merced, et al.  Case No. 1:10-CV-1999 MJS.
Client Attorneys:
Mr. Adante Pointer, Attorney at Law, The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.


**Trial:**  July 9, 2013.  Cindy Orellana, v. County of Los Angeles, et al. USDC Case File No. CV 12-1944 MMM (CWx).
Client Attorneys:
Mr. Benjamin Schonbrun, Esq., Ms. Erin M. Pulaski, Esq., Schonbrun DeSimone Seplow, Harris Hoffman & Harrison LLP, 723 Ocean Front Walk, Venice, CA 90291.  Phone: (310) 396-0731.


**Trial:**  July 10, 2013.  Gregory Williams, v. City of Merced, et al.  Case No. 1:10-CV-1999 MJS.
Client Attorneys:
Mr. Adante Pointer, Esq. and Mr. DeWitt M. Lacy, Esq., The Law Offices of John Burris, Airport Corporate Centre, 7677 Oakport Street, Suite 1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** July 16, 2013. Boris Bolshakov, v. San Mateo County, et al. Superior Court (San Mateo County), State of California Case No. CIV 515418.
Client Attorney:
Mr. Haik A. Beloryan, Esq., 4730 Woodman Avenue, Suite 300, Sherman Oaks, CA 91423. Phone: (818) 387-6428

**Trial:** July 19, 2013. Asima Gul, et al. v.Garda CL West, Inc., et al., (AKA: Ajmal v Bank of the West). Superior Court, State of California (San Joaquin County), Case No. 39-2010-00234481 CU-PO-STK.
Client Attorney:
Mr. Christopher B. Dolan, Esq., the Dolan Law Firm, The Dolan Building, 1438 Market Street, San Francisco, California 94102. Phone: (415) 421-2830.

**Deposition:** July 22, 2013. David Lee Turner Jr., et al., v. County of Kern, et al., Case No.: CV-01366-AWI-SKO.
Client Attorney:
Mr. Brian T. Dunn, Esq., The Cochran Firm, 4929 Wilshire Blvd. Suite 1010, Los Angeles, CA. 90010. Phone: (323) 931-6200.

**Trial:** July 23, 2013. Michael Foster and Kimberly Foster, v. County of San Diego, et al., USDC CaseNo. 11-CV-1953-H (BGS).
Client Attorney:
Mr. Brandon M. Smith, Esq., Law Offices of Brandon M. Smith, 105 West "F" Street, 3rd Floor, San Diego, CA 92101. Phone: (619) 236-8344.

**Deposition:** July 29, 2013, Gregory L. Sullivan and Koji Fujita, v. City of San Rafael, et al., Case No.:C 12-1922 MEJ.
Client Attorneys:
Mr. Brian Gearinger, Esq., Gearinger Law Group, 825 Van Ness Avenue 4th Floor, San Francisco, CA 94109. Phone: (415) 440-3102.
Mr. James D. Rush, Esq., Law Offices of James D. Rush, 7665 Redwood Boulevard, Suite 200, Novato, CA 94945. Phone: (415) 897-4801.

**Trial:** July 31, 2013. 962. John Young, v. Aron Wolfe, County of Los Angeles, et al. USDC Case No. 2:07-CV-3190 RSWL-RZx.
Client Attorney:

Mr. Jeff D. Price Esq., 1512 16th Street, Suite 2, Santa Monica, CA 90404.  Phone: (310) 776-8650.

**Trial:** July 31, 2013.  Troy J. Dugan v. County of Los Angeles, et al. Case No. CV11-8145 ODW (Shx).
Client Attorneys:
Mr. Todd W. Burns, Esq., and Mr. Gabriel L. Cohan, Esq., Burns & Cohan, Attorneys at Law, 444 West C. Street, Suite 444, San Diego, California 92101.  Phone (619) 236-0244.

**Trial:** August 1, 2013.  Ricky Diaz v. USA, et al. (San Ysidro Border Crossing).  USDC Case No. 11 cv 02028 IEG (POR).
Client Attorney:
Mr. Jarod A. Krissman, Esq., Stolpman Krissman Elber Silver, LLP, 111 West Ocean Boulevard 19th Floor, Long Beach, CA 90802.  Phone:  (562) 435-8300.

**Trial:** August 6, 2013.  Elizabeth Nichols v. City of Portland, et al.  USDC Case No. 3:13-CV-1889, MO.
Client Attorneys:
Mr. Benjamin W. Haile, Esq., and Mr. Kenneth A. Kreuscher, Esq., Portland Law Collective, LLP, 1130 SW Morrison Street, Suite 407, Portland, OR  97205.  Phone: (503) 288-1889.

**Trial:** August 14, 2013.  Jason Eugene Deocampo et al, v. City of Vallejo, et al., USDC Case No. 2:06-CV-01283, WBS-GGH.
Client Attorneys:
Mr. John L. Burris, Esq., and Mr. DeWitt M. Lacy, Esq., John Burris Law Offices, 7677 Oakport Street, #1120, Oakland, CA 94621.  Phone: (510) 839-5200.

**Deposition:** August 15, 2013.  Travis Mock v. City of Anaheim, et al., USDC Case No.: cv-829-CJC (MLGx).
Client Attorney:
Mr. Federico C. Sayre, Esq., Sayre & Levitt, LLP, 333 Civic Center Drive, Santa Ana, California 92701  Phone: (714) 550-9117.

**Deposition:** August 15, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).
Client Attorney:

-56-

Mr. Federico C. Sayre, Esq., Sayre & Levitt, LLP, 333 Civic Center Drive, Santa Ana, California 92701  Phone: (714) 550-9117.


**Deposition:**  August 26, 2013.  Denise Monarque, as Personal Representative of the Estate of Richard Monarque, Deceased, v. The City of Rio Rancho, et al., Case No.: CV-2011-0135 MV/KBM.
Client Attorneys:
Carolyn M. Nichols, Esq., Brendan K. Egan, Esq., Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg, & Bienvenu, LLP, 500 4th Street, Northwest, Suite 400, Albequerque, New Mexico 87102.  Phone: (505) 243-1443.


**Deposition:**  September 10, 2013.  Kristy Beets, et al, v. County of Los Angeles, et al, Superior Court (County of Los Angeles) Case No. KC 057667.
Client Attorney:
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  September 16, 2013.  Brett Johnson, v. San Benito County, et al., Case No. CV 12-3691 LHK.
Client Attorney:
Mr. John H. Scott, Esq. and Ms. Lizabeth N. De Vries, Esq., Scott Law Firm, 1375 Sutter Street, Suite 222, San Francisco, CA 94109.  Phone: (415) 561-9600.


**Trial:**  September 24, 2013.  Barbara Padilla, et al., v. City of Anaheim, et al., USDC Case No.: SACV12-622 JVS (JPRx).
Client Attorney:
Mr. Federico C. Sayre, Esq., Sayre & Levitt, LLP, 333 Civic Center Drive, Santa Ana, California 92701  Phone: (714) 550-9117.


**Trial:**  September 26, 2013.  Eva Gutierrez and Dionicio Gutierrez v. County of Los Angeles, et al. Case No. CV 10-07608 PSG (AJWx).
Client Attorney:
Mr. Dale K. Galipo, Esq., The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  September 27, 2013.  Gregory Martinez, Sr., et al., vs City of Avondale, et al., Case No. CV-12-01837-PHX-LOA.
Client Attorney:

Mr. Joel B. Robbins, Attorney at Law, Robbins & Curtin, p.l.l.c., 301 East Bethany Home Road, Suite B-100, Phoenix, AZ 85012.  Phone: (602) 285-0100.


**Deposition:**  October 4, 2013.  Jerrold Rosenblatt, v. City of Hillsborough, et al., USDC Case No. C12-5210 LB.
Client Attorneys:
Mr. Jeffrey M. Vucinich, Esq., &, Mr. Ethan M. Lowry, Esq.  Clapp, Moroney, Bellagamba, 111 Bayhill Drive, Suite 300, San Bruno, CA 94066.  Phone:(650) 989-5400.


**Deposition:**  October 7, 2013.  Estate of Kenneth Paul Munoz, Jr., et al, v. County of San Bernardino, et al.  USDC Case No.: CV-12-05604 DSF (PJWx).
Client Attorneys:
Mr. Jorge Gonzalez, Esq., A Professional Corporation, 2485 Huntington Drive, Suite 238,San Marino, CA 91108.  Phone (626) 683-3922.
Mr. Antonio Rodriguez, Esq., Law Offices of Antonio H. Rodriguez, 5429 East Beverly Boulevard, Los Angeles, CA 90022.  Phone: (323) 869-9909.


**Deposition:**  October 11, 2013.  Jerry Newmaker and Susan Olesen, v. City of Fortuna, et al. USDC Case No. CV-12-4675-PJH.
Client Attorney:
Mr. Dale K. Galipo, Esq., The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  October 14, 2013.  John Leroy Jones, et al., v. Las Vegas Metropolitan Police Department, et al., Case No. 12-CV-01636 MMD CWH.
Client Attorneys:
Mr. Peter Goldstein, Esq., Law Offices of Peter Goldstein, 7201 West Lake Mead Boulevard, Suite 108, Las Vegas, NV 89129.  Phone: (213) 630-2680.
Mr. Dale K. Galipo, Attorney at Law, The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.


**Deposition:**  October 18, 2013.  A.K.H. et al., v. City of Tustin, et al., Case No.: SACV 12-01547 JST (RNBx).
Client Attorney:
Mr. Dale K. Galipo, Esq., The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:** October 30, 2013..Eduardo Enrique Alegrett, v. City and County of San Francisco, et al., USDC Case No. C12-5538 MEJ.
Client Attorney:
Mr. Panos Lagos, Attorney at Law, The Law Office of Panos Lagos, 5032 Woodminster Lane Oakland, CA 94602.  Phone: (510) 530-4078.


**Deposition:** November 13, 2013.  Semaj Randolph et al, v. Harold Thad Turner, et al., USDC Case No. 5:12-cv-3087 1028 MBS.
Client Attorney:
Mr. Robert V. Phillips, Esq., McGowan, Hood & Felder, LLC, 1539 Health Care Drive, Rock Hill, SC 29732.  Phone (803) 327-7800.


**Dposition:** November 19, 2013.  David Dominquez Mendoza, et al., v. City of Peoria, et al., Case No.: CV-13-00258-PHX-NVW.
Client Attorneys:
Mr. Luis P. Guerra, Esq. and David C. Shapiro, Esq, Law Offices of Luis P. Guerra, LLP 5500 North 25th Street, Phoenix, Arizona 85016.  Phone: (602) 381-8400.


**Deposition:** November 21, 2013.  Marie Sales, (Paul Quintanar), v. City of Tustin, et al. USDC Case No. SACV12-01834 CJC (MLGx).
Client Attorney:
Mr. Richard P. Herman, Esq., Law, Law Office of Richard P. Herman, 3723 Birch Street, Suite 3, Newport Beach, CA 92660.  Phone : (714) 547-8512.


**Deposition:** November 26, 2013.  Ken Sheppard, v. County of Los Angeles, et al.  USDC Case No. 12-2392 CBM (PJWx).
Client Attorney:
Mr. Franklin L. Ferguson, Jr., Esq., 3580 Wilshire Boulevard, Suite #1732, Los Angeles, CA 90010-2534.  Phone:  (323) 936-4375.


**Deposition:** December 2, 2013.  Estate of Manuel Diaz, Genevieve Huizar, v. City of Anaheim, et al.  USDC Case No. 12-01897 JVS (RNBx).
Client Attorneys:
Mr. Dale K. Galipo, Esq., and Ms. Melanie T. Partow, Esq.  The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367.  Phone: (818) 347-3333.

**Deposition:** December 10, 2013. Lydia Vasquez-Brenes and Ricardo Brenes, v Las Vegas Metropolitan Police Department. USDC Case No.: 2:12cv1635-JCM-VCF.
Client Attorneys:
Mr. Peter Goldstein, Esq. Law Offices of Peter Goldstein, 7201 West Lake Mead Boulevard, Suite 108. Las Vegas, NV 89128. Phone (213) 630-2680.
Mr. Dale K. Galipo, Esq., and Ms. Melanie T. Partow, Esq. The Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367. Phone: (818) 347-3333.