IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, Individually and as heirs at law to the Estate of LARRY GENE McCOLLUM, <br><br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-02037 |

NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL
FOR DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH

Shanna Molinare files this notice of attorney appearance as co-counsel for Defendant University of Texas Medical Branch (UTMB) in connection with the above-referenced case. Kim Coogan remains the attorney-in-charge for the representation of Defendant UTMB.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Law Enforcement Defense Division Chief

KIM J. COOGAN
Assistant Attorney General
Attorney-in-Charge

*/s/* SHANNA ELIZABETH MOLINARE
**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
State Bar No. 24041506

P.O. Box 12548
Austin, Texas   78711-2548
(512) 463-2080
(512) 495-9139- facsimile

**ATTORNEYS FOR UTMB**

**NOTICE OF ELECTRONIC FILING**

I, SHANNA MOLINARE, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Northern District of Texas, on January 9, 2014.

*/s/* SHANNA MOLINARE
**SHANNA MOLINARE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, SHANNA MOLINARE, Assistant Attorney General of Texas, do hereby certify that a courtesy copy of the above and foregoing **Notice of Attorney Appearance as Co-Counsel for Defendant University of Texas Medical Branch** has been served upon all counsel of record by electronic filing notification on January 9, 2014.  In addition, a courtesy copy of this notice was sent to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 East 11th St.
Austin, TX 78702
*Attorney for Plaintiffs*

Brian McGiverin
Texas Civil Rights Project
c/o TRLA
4920 N IH35
Austin, TX   78751
*Attorney for Plaintiffs*

| | |
|---|---|
| Bruce Garcia | *via Intra-Departmental Mail* |
| Jonathan Stone | |
| Office of the Attorney General | |
| *Attorneys for Defendants TDCJ,* | |
| *Pringle, Clark, Tate, Sanders, and* | |
| *Eason* | |
| | |
| Demetri Anastasiadis | *via Intra-Departmental Mail* |
| Office of the Attorney General | |
| *Attorney for Livingston* | |

                                      */s/* SHANNA MOLINARE
                                      **SHANNA MOLINARE**
                                      Assistant Attorney General