UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE
SECOND AMENDED COMPLAINT**

Plaintiffs, STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM file this Motion for Leave to File Their Second Amended Complaint and would show the Court as follows:

Discovery in this case is ongoing. As Plaintiffs have conducted discovery, they have learned additional relevant facts they now wish to add to their complaint. Accordingly, Plaintiffs seek leave to amend to add factual detail.

Plaintiffs have contacted Counsel for Defendants and they are not opposed to this motion.

As leave to amend should be freely given pursuant to Rule 15, Plaintiffs ask the Court to grant Plaintiffs' motion for leave to file their Second Amended Complaint,

which is attached as Exhibit A to this motion.

    Respectfully submitted,

    The Edwards Law Firm
    The Haehnel Building
    1101 East 11th St.
    Austin, Texas 78702
    Tel.    512-623-7727
    Fax.    512-623-7729
    By    /s/ Jeff Edwards
    JEFF EDWARDS
    State Bar No. 24014406
    *Lead Counsel*
    Scott Medlock
    State Bar No. 24044783

    Brian McGiverin
    State Bar No. 24067760
    James C. Harrington
    State Bar No. 09048500

    TEXAS CIVIL RIGHTS PROJECT
    1405 Montopolis Drive
    Austin, TX 78741
    (512) 474-5073 [phone]
    (512) 474-0726 [fax]

    Eliot Shavin
    State Bar No. 18138200
    2600 State Street
    Dallas, Texas 75204
    214-522-2010 (telephone)
    214-720-9594 (fax)
    *Local Counsel*

    ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

Plaintiffs have contacted Counsel for defendants. None are opposed to this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bruce R. Garcia
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

Kim Coogan
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

Demetri Anastasiadis
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
512-463-2080 (telephone)
512-495-9139 (fax)

By    /s/ Jeff Edwards
         Jeff Edwards