UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-2037-L |
| BRAD LIVINGSTON, JEFF PRINGLE, and TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § | |

## ORDER

After considering Plaintiffs' Unopposed Motion for Leave to File Their Second Amended Complaint, the lack of opposition, any and all reply briefings, the arguments of counsel, and all applicable laws, the Court grants Plaintiffs' Unopposed Motion for Leave to File Their First Amended Complaint, and deems the complaint filed as of January 14, 2014.

_____
Sam Lindsey
UNITED STATES DISTRICT JUDGE