Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

EXHIBIT: A
NAME: ~~Bobbi~~
DATE: ~~_____~~
Tina Terrell Burney CSR

# TEXAS UNIFORM HEALTH STATUS UPDATE

**I.** NAME: McCollum, Larry G.    DOB: 4/04/53   AGE: 58
Last / First / M
STATE ID#: 9950494    RACE: W   SEX: Male ___ Female ✓
COUNTY/TDCJ#: 34610    WT: 330   HT: 5'10

**II. CURRENT/CHRONIC HEALTH PROBLEMS**
A. Health Problems
- 1. None
- 2. Asthma
- 3. Pregnancy
- 4. Dental Priority
- 5. Diabetes
- 6. Drug Abuse
- 7. Alcoholism
- 8. Orthopedic Problems
- 9. Cardiovascular/Heart Trouble
- 10. Suicidal
- 11. Mental Retardation
- 12. Mental Illness (Specify diagnosis) _____
- 13. Recent Surgery
- 14. Seizures
- 15. Dialysis
- X 16. Hypertension
- X 17. CARE System Y/N

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3559 for clients with any chronic disease symptoms deemed unstable.*

B. Preventive Medicine
- ✓ 1. Tuberculosis Status
  Skin Test: Date Given: 6/20/11   Date Read: 6/27/11   Results: 0 mm*
  X-Ray: Date: __/__/__   Normal ___ Abnormal ___*   Anti-TB Treatment? No ___ Yes ___*
- 2. Hepatitis: A___ B___ C___ Other: _____
- 3. HIV Antibody: Test Date: __/__/__   Results: Neg ___ Pos ___ CD4: ___ Date __/__/__
- 4. Syphilis: Date: __/__/__   Type: ___ Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.*

C. Other Health Care Problems: none

**III. SPECIAL NEEDS (Check all that apply)**
A. Housing Restrictions
- X 1. None
- 2. Skilled Nursing Facility
- 3. Extended Care Facility
- 4. Psychiatric Inpatient Facility
- 5. Respiratory Isolation
- 6. Other

B. Transportation
- X 1. Routine
- 2. Crutches/Cane
- 3. Ambulance
- 4. Wheelchair/Wheelchair Van
- 5. Prosthesis: _____

C. Pending Specialty Clinic Appointment
None X   Type _____

D. ALLERGIES: NKA

NKA

**IV. CURRENT PRESCRIBED MEDICATIONS**   None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg - 1 tab P.O | PRN QHP |
| | | |
| | | |
| | | |
| | | |

**THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES**

COMPLETED BY: _[signature]_ LPN    DATE: 7/15/11
Signature/Title
PHONE NUMBER: 254-757-2555    FACILITY: McLennan County Jail



DEFENDANT'S EXHIBIT 1