c:\documents and settings\hongy\local settings\temp\164744117.tif printed by mivap (page 1 of 2)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 19:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

EXHIBIT: 3
NAME: Bobbi Li
DATE: 2-7-13

1721640

**I. IDENTIFICATION**

NAME: McCollum, Larry   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

**II. FAMILY HISTORY**

| # | Condition | YES | NO | # | Condition | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18 | INH Prophylaxis | YES | NO |
| 2 | Cancer | YES | NO | 19 | Intravenous Drug Abuse | YES | NO |
| 3 | Diabetes | YES | NO | 20 | Kidney Disease | YES | NO |
| 4 | Heart Disease | YES | NO | 21 | Liver Disease | YES | NO |
| 5 | High Blood Pressure | YES | NO | 22 | Mental Illness | YES | NO |
|   |   |   |   | 23 | Non Intravenous Drug Abuse/Alcoholism | YES | NO |
| 6 | Tuberculosis | YES | NO | 24 | Peptic Ulcers | YES | NO |

**III PERSONAL HISTORY**

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | 01 Asthma/Emphysema | YES | NO | 25 | Rheumatic Fever | YES | NO |
| 2 | Back Injury | YES | NO | 26 | Rheumatoid Arthritis | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 27 | Seasonal Allergies | YES | NO |
| 4 | Cancer | YES | NO | 28 | Sexually Transmitted Diseases | YES | NO |
| 5 | Cardiac | YES | NO | 29 | Smoker | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO | 30 | Tetanus Immunization Date | YES | NO |
| 7 | Diabetes | YES | NO | 31 | Tuberculosis | YES | NO |
|   |   |   |   | 32 | Unprotected Sex with Multiple Partners | YES | NO |
| 8 | Drug/Food Allergies | YES | NO |   |   |   |   |
| 9 | Epilepsy/Seizures | YES | NO | 33 | Other |   |   |

**IV OBSTETRIC/GYNECOLOGICAL HX**  X  N/A

| 10 | Glasses/Hearing Aid | | | 1 Date of last menstrual period | |
| 11 | Gum disease | | NO | 2 Number of pregnancies/live births | |
| 12 | Head Injury | YES | NO | 3 History of Problem pregnancy | |
| 13 | Heart Disease/Angina | YES | NO | 4 Date of last pap smear | |
| 14 | Hepatitis | YES | NO | 5 Date of last mammogram | |
| 15 | High Blood Pressure | YES | NO | 6 History of birth control methods (IUD, pills, etc.) | |
| 16 | HIV+/AIDS | YES | NO | | |
|    | Prior HIV Test Date | | | | |
| 17 | Homosexual/Bisexual Activities | | | | |

A. If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

B. History of hospitalization? YES / NO   Hillcrest Hospital
Please list the DATE, HOSPITAL, CONDITION

C. Do you have any current medical, mental health or dental complaints? YES  NO
If yes, what: _____ pill, Depression

D. Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES  NO  If YES, when? _____

E. What illegal drugs have you used? No
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?  YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications?  YES  NO
If YES, what: See Med Sheet

HSM-13 (8/06)



DEFENDANT'S EXHIBIT 2

c:\documents and settings\tmp\fvlocal settings\temp\10474417.tif printed by mlvap. (Page 2 of 2)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
| | | Sores | YES | NO | Other | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | |
| | | Other | | | | | | | |

| H | BEHAVIOR AND MENTAL STATUS |
|---|---|
| | Hygiene & Appearance ✓ Clean, neat ⬜ Dirty, sloppy ⬜ Other |
| | Orientation (ask questions and document response) |
| | What is today's date? 7/15/11 |
| | What time is it? Morning |
| | What place is this? Kinder |
| | Speech ✓ Normal ⬜ Loud ⬜ Soft ⬜ Mumbling ⬜ Other |
| | Attitude ✓ Appropriate ⬜ Laughing ⬜ Crying ⬜ Cursing ⬜ Quiet ⬜ Other |

| I | THOUGHT CONTENT (Please circle YES or NO) | | |
|---|---|---|---|
| | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| J | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | ✓ CID |
| | Immediate referral to | Medical | Mental Health | Dental | CID |
| | Release to general population | ✓ YES | NO | Other | |

Offender Signature: _Larry McCaller_  Date: 7-15-11

Reviewer Signature: _W. Haywood_  Date: 7/15/11

_(additional signature) 7/18/11_

HSM-13 (8/06)