

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

# OFFENDER ORIENTATION HANDBOOK

as

Approved by the

Director of the Texas Department of Criminal Justice, Correctional Institutions Division

Printed
November, 2004

I-202 (rev.11/04)


DEFENDANT'S EXHIBIT 5

# CHAPTER 1

# OFFENDER ACCESS TO SERVICES AND STANDARDS FOR BEHAVIOR

I.   RECEPTION AND DIAGNOSTIC PROCESS

All offenders in the TDCJ are received either at a transfer facility, a reception diagnostic facility, a state jail intake facility or a SAFP intake facility. These facilities are equipped to receive and process offenders admitted to the agency's custody. Offenders who speak little or no English will be identified and will receive the necessary type of language assistance while in the Diagnostic Process and later when assigned to a unit.

### A. Receiving and Screening

Offenders will be searched upon arriving at a TDCJ facility. A receipt will be completed for each offender's money and property. Medical care will be given, if considered urgent. Offenders will be housed according to security needs. State clothing will be issued; haircuts and showers provided.

### B. Photographs and Fingerprints

Each offender will go to the Photograph and Identification Department where he will be:

1. photographed,
2. fingerprinted,
3. examined for any identifying scars, marks, or tattoos, and
4. interviewed to obtain basic information.

The fingerprints will be sent to the FBI and the Texas Department of Public Safety (DPS). The Photograph and Identification process helps identify every offender to make sure no one is admitted or released illegally, and creates the state-issued identification card that each offender is required to carry.

### C. Physical Examination

Offenders will be given a physical examination by medical and dental staff. The medical and dental staff will ask each offender about his medical history. The medical and dental staff will use the results of the examination to determine the special needs, if any, of an offender. The special medical needs of an offender will be taken into consideration during the classification process.

### D. Mental Health Screening

Each offender will undergo an initial psychological screening. If during this process it is determined there may be special needs, the offender will be referred for further evaluation. (This process is not used on SAFP intake facilities.)