CMHC2010.002

CMHCC-UTMB Master
FY 2010-2011

# AGREEMENT BETWEEN
# CORRECTIONAL MANAGED HEALTH
# CARE COMMITTEE
# and
# THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON
# FOR
# CORRECTIONAL HEALTH SERVICES
# FY 2010-2011 Biennium



DEFENDANT'S EXHIBIT 8

CMHC2010.002                                              CMHCC-UTMB Master
                                                          FY 2010-2011

## Article V
## CONTRACT AMOUNT

In the absence of a Natural or Manmade Catastrophe, or unless provided otherwise in this Agreement, the amount of this Agreement shall not exceed $734,077,668 for the FY 2010-2011 biennium.

## Article VI
## OFFENDER POPULATION

The Texas Department of Criminal Justice shall have responsibility for placement of offenders. This will be accomplished in conformity with the governing statute, Chapter 494, the Texas Government Code, and existing classification criteria. The Texas Department of Criminal Justice State Classification Committee shall have sole responsibility for the placement of offenders in the units, provided however, that the decision to admit or discharge an offender patient to/from a regional medical facility, infirmary or hospital is the sole responsibility of the treating physician. TDCJ shall make a good faith effort to initiate the review, classification and transfer of offender patients from infirmary beds upon notification that the offender patient is able to return to the population. Concerns about delays in transfer of discharged patients from an infirmary shall be communicated to the TDCJ Division Director for Health Services.

## Article VII
## INDEPENDENT CONTRACTORS

Nothing contained herein shall be construed as creating the relationship of employer and employee between the CMHCC, its employees, agents and contractors and UTMB, its employees, agents and contractors. In carrying out the terms of this Agreement, UTMB shall select their own employees and Participating Providers.

## Article VIII
## QUALITY OF CARE MONITORING