CMHC2010.002         CMHCC-UTMB Master
                     FY 2010-2011

# AGREEMENT BETWEEN
# CORRECTIONAL MANAGED HEALTH
# CARE COMMITTEE
## and
# THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON
## FOR
# CORRECTIONAL HEALTH SERVICES
## FY 2010-2011 Biennium



DEFENDANT'S EXHIBIT 9

CMHC2010.002

CMHCC-UTMB Master
FY 2010-2011

be conducted in accordance with TDCJ policy AD-03.29 (Procedures for Offender Deaths).

5. Policy/Procedures: provide TDCJ with staff and clerical support for initiation of new policies, annual revision of current policies and distribution of same. All statewide Health Services policies and procedures will be developed through a joint policy and procedure committee process that includes representatives of TDCJ, UTMB, TTUHSC and the CMHCC. All policies approved by the joint policy and procedure committee shall be submitted for review and approval by each Medical Director. The TDCJ Medical Director shall retain final approval authority for all statewide policies.

G. **Services Provided by TDCJ**: The TDCJ shall provide the following services which shall be financed directly by TDCJ including, but not limited to:

1. Utilities, housekeeping, medical office trash removal, housekeeping supplies (including paper towels, toilet tissue, trash bags, floor buffers and pads, soap, wax, etc.) and maintenance of TDCJ facilities, to include good faith efforts to maintain necessary HVAC systems for medical clinic service areas in operable condition.

2. Administrative support services, including but not limited to, access and use of agency motor pool resources to include such items as fuel, tires, batteries, routine servicing for vehicles used solely for the provision of services to TDCJ offenders; access to and use of agency mail systems; and, use of agency mainframe computer applications and basic telephone services. Administrative support services shall be used solely for TDCJ offender care. .

3. All capital equipment customarily included as part of the construction of any new TDCJ Unit Clinics occupied after the effective date of this Agreement. Prior written approval of TDCJ is required for the addition of major capital equipment items which require additional facility infrastructure support such as power, water, wastewater, air conditioning, etc. to ensure sufficient support is available. Requests should be sent to the Facilities Division, Planning and Programming Branch for written approval and coordination.

4. General and security orientation.