**EXHIBIT 10** – Data used to *estimate* percent of TDCJ offenders with conditions associated with *potential* increased risk of heat illness.

**From:** King, Earl S.
**Sent:** Wednesday, July 03, 2013 3:15 PM
**To:** Adams, Glenda M.
**Subject:** RE: Legal Case Data Request

Dr. Adams,

Here is the data you requested:

Total Population: 160919
Cardiovascular Disease: 5040
Liver Disease: 4699
Chronic Obstructive Pulmonary Disease/Asthma: 9334
Cystic fibrosis: 148
Diabetes: 8071
Psychiatric conditions: 35975
Sjogren's syndrome: 1
Sweat gland dysfunction: 644
Thyroid dysfunction: 5721
Age >= 65: 2572
Age >= 55: 13520

Some of this data was retrieved from old reports. Some of it had to be reconstructed and may not be as accurate. However, if there are any errors, it is that the numbers for liver disease, cystic fibrosis, sweat gland disorders, Sjorgren's Syndrome, thyroid dysfunction, and psychiatric conditions is too low.

Please let me know if you need anything else.

Earl King
Programmer/Analyst II
Quality and Outcomes Management-Correctional Managed Care
University of Texas Medical Branch
301 University Boulevard - Galveston, Texas  77555-1008
Phone:  (832) 684-6027



DEFENDANT'S EXHIBIT 10