IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

## RULE 11 AGREEMENT

Plaintiffs Stephen, Stephanie, and Sandra McCollum and Defendants Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, and the Texas Department of Justice ("Defendants") agree to extend the deadline for **Defendants' Expert Witness Designation and Report.** The parties agree that the new deadline for **Defendants' Expert Witness Designation and Report** is February 19, 2014. The parties further agree that Defendants' expert witnesses will be presented for deposition promptly, and no later than March 17, 2014. The parties agree to extend the discovery deadline as needed so Defendants' experts may be presented for deposition.

JOHNATHAN STONE
Assistant Attorney General
**BRUCE GARCIA**
Office of the Texas Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 463-2080
Facsimile: (512) 495-9139
**ATTORNEYS FOR DEFENDANTS**

SCOTT MEDLOCK
Attorney-at-law
**JEFF EDWARDS**
Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702
Telephone: (512) 623-7727
Facsimile: (512) 623-7729
**ATTORNEYS FOR PLAINTIFFS**