UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:12-cv-02037 |

**ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH UNAUTHORIZED DEPOSITIONS**

This Court, having considered Plaintiffs' Motion for Protective Order and Motion to Quash Unauthorized Depositions, hereby GRANTS the motion in its entirety. The Court hereby enters a protective order directing that Plaintiffs Stephen McCollum and Stephanie Kingrey shall not be deposed again. The Court further quashes the deposition notice requiring Plaintiffs to appear for deposition on February 10, 2014.

Date: _____.

_____
Sam Lindsey
United States District Judge