# Exhibit 2

**Wednesday, February 12, 2014 at 9:42:42 AM Central Standard Time**

**Subject:** RE: Dr. Adams depo

**Date:** Tuesday, February 11, 2014 at 11:25:02 AM Central Standard Time

**From:** Coogan, Kim

**To:** Scott Medlock

Yes, I think Jeff covered everything in his previous very long depo.

-----Original Message-----
From: Scott Medlock [mailto:scott@edwards-law.com]
Sent: Tuesday, February 11, 2014 9:52 AM
To: Coogan, Kim
Subject: Re: Dr. Adams depo

Are you opposed to a motion to take her deposition as an expert?

Scott Medlock
Edwards Law
1101 East 11th Street
Austin, TX 78702
(512) 623-7727
(512) 623-7729 (fax)
Like us on Facebook and follow us on Twitter @Edwards_Law
This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If
you are not the intended recipient or otherwise have reason to believe that you have received this message in error,
please notify the sender by email and delete this message immediately from your computer.  Any other use,
retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On 2/7/14, 12:59 PM, "Coogan, Kim" <kim.coogan@texasattorneygeneral.gov>
wrote:

> Assuming you are able to leave of court, Dr. Adams will be available in
> Conroe on the 26th.
>
> Kim Coogan
> Assistant Attorney General
> P.O. Box 12548
> Austin, Texas 78711
> 512-463-2080
> 512-495-9139 fax
> Kim.coogan@texasattorneygeneral.gov<mailto:Kim.coogan@texasattorneygene
> ral
> .gov>
> Board Certified, Personal Injury Trial Law