UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>       PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>       DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 <br> JURY DEMAND |

**ORDER GRANTING PLAINTIFFS' EMERGENCY OPPOSED MOTION TO DEPOSE UNIVERSITY OF TEXAS MEDICAL BRANCH'S EXPERT WITNESS, GLENDA ADAMS, OR TO EXCLUDE ADAMS' EXPERT TESTIMONY**

  The Court, having considered Plaintiffs' Emergency Motion to Depose UTMB's Expert Witness, GRANTS the motion. Dr. Adams shall appear for deposition at a location mutually convenient to the parties on February 26, 2014 at a time to be agreed upon by the parties. If Dr. Adams fails to appear for deposition, her expert testimony shall be excluded at the trial in this case.

  Because Dr. Adams is a salaried employee of UTMB, and serving as her employer's own expert, Plaintiffs are not required to pay her any compensation for time spent preparing and testifying at deposition in this case.

  The Court further grants Plaintiffs' attorneys' fees associated with preparing this motion in the amount of $1,600.00.

Dated: _____, 2014.

_____
Sam Lindsey
UNITED STATES DISTRICT JUDGE