```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                    DALLAS DIVISION
```

STEPHEN McCOLLUM, §
STEPHANIE KINGREY, and §
SANDRA McCOLLUM, §
individually and as §
heirs at law to the §
Estate of LARRY GENE §
McCOLLUM, §
      Plaintiffs, §
 §
VS                   §   CIVIL ACTION NO.
                      §   3:12-cv-02037
BRAD LIVINGSTON, JEFF §
PRINGLE, and the TEXAS §
DEPARTMENT OF CRIMINAL §
JUSTICE, §
      Defendants. §

---

ORAL AND VIDEOTAPED DEPOSITION OF

ANANDA D. BABBILI

FEBRUARY 7, 2013

---

      ORAL AND VIDEOTAPED DEPOSITION OF ANANDA D. BABBILI, produced as a witness at the instance of the PLAINTIFFS, and duly sworn, was taken in the above-styled and numbered cause on the 7th day of February, 2013, from 9:52 a.m. to 12:50 p.m., before TINA TERRELL BURNEY, CSR in and for the State of Texas, reported by machine shorthand, at the Hutchins State Jail, 1500 E. Langdon Road, Dallas, Texas 75241, pursuant to the Federal Rules of Civil Procedure.





DEFENDANT'S EXHIBIT A