\>
\>
\>On 2/4/14 1:42 PM, "Scott Medlock" <scott@edwards-law.com> wrote:
\>
\>>Sounds like a plan. Just a reminder, we'll need a check for them at
\>>the start of the deposition. Balsamo is $1,500 for the day and
\>>Vassallo is $700/hour. Thanks.
\>>
\>>Scott Medlock
\>>Edwards Law
\>>1101 East 11th Street
\>>Austin, TX 78702
\>>(512) 623-7727
\>>(512) 623-7729 (fax)
\>>Like us on Facebook and follow us on Twitter @Edwards_Law
\>>
\>>This email and any files attached are privileged and confidential, and
\>>is/are intended only for the individual named. If you are not the
\>>intended recipient or otherwise have reason to believe that you have
\>>received this message in error, please notify the sender by email and
\>>delete this message immediately from your computer. Any other use,
\>>retention, dissemination, forwarding, printing, or copying of this
\>>message and any attachments is strictly prohibited.
\>>
\>>
\>>
\>>
\>>On 2/3/14, 11:31 AM, "Coogan, Kim"
\>><kim.coogan@texasattorneygeneral.gov>
\>>wrote:
\>>
\>>>I'll depose Balsamo at 10 on the 27th and Vassallo at 10 on March 7.
\>>>Thanks.
\>>>
\>>>-----Original Message-----
\>>>From: Scott Medlock [mailto:scott@edwards-law.com]
\>>>Sent: Friday, January 31, 2014 11:02 AM
\>>>To: Coogan, Kim
\>>>Cc: Jeff Edwards
\>>>Subject: Re: McCollum
\>>>
\>>>Kim,
\>>>
\>>>Prof. Balsamo can be available either February 21 or 27. Dr. Vassallo
\>>>can be available March 7 (which I think you indicated was a good date
\>>>for y'all).
\>>>
\>>>Scott
\>>>
\>>>Scott Medlock
\>>>Edwards Law

