**Coogan, Kim**

---

**From:** Jeff Edwards <jeff@edwards-law.com>
**Sent:** Friday, January 31, 2014 11:13 AM
**To:** Scott Medlock; Coogan, Kim
**Subject:** Re: McCollum

Kim, you will also need to have checks prior to the depos for each of the experts you wish to depose since we are in federal court. Just wanted to make sure there was no misunderstanding on that.

Jeff Edwards
Edwards Law
The Haehnel Building
1101 East 11th
Austin TX 78702

512-623-7727 (phone)
512-623-7729 (fax)

BOARD CERTIFIED - PERSONAL INJURY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION


On 1/31/14 11:02 AM, "Scott Medlock" <scott@edwards-law.com> wrote:

>Kim,
>
>Prof. Balsamo can be available either February 21 or 27. Dr. Vassallo
>can be available March 7 (which I think you indicated was a good date
>for y'all).
>
>Scott
>
>Scott Medlock
>Edwards Law
>1101 East 11th Street
>Austin, TX 78702
>(512) 623-7727
>(512) 623-7729 (fax)
>Like us on Facebook and follow us on Twitter @Edwards_Law
>
>This email and any files attached are privileged and confidential, and
>is/are intended only for the individual named. If you are not the
>intended recipient or otherwise have reason to believe that you have
>received this message in error, please notify the sender by email and
>delete this message immediately from your co[mputer].
>retention, dissemination, forwarding, printing,

DEFENDANT'S
EXHIBIT
F