IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, **and SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDRA SANDERS, ROBERT EASON, THE UNIVERSITY OF TEXAS MEDICAL BRANCH, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § § § § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiffs' Motion for Protective Order and Motion to Quash Unauthorized Depositions,** filed February 3, 2014; and **Plaintiffs' Emergency Opposed Motion to Depose University of Texas Medical Branch's Expert Witness, Glenda Adams, or to Exclude Adams' Expert Testimony,** filed February 12, 2014, are hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motions to the United States Magistrate Judge for resolution. All future filings regarding the referred motions shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**Order of Reference – Page 1**

**It is so ordered** this 14th day of February, 2014.

                                          _____
                                          Sam A. Lindsay
                                          United States District Judge