# Exhibit 3

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                      DALLAS DIVISION
```

STEPHEN McCOLLUM, STEPHANIE
KINGREY, and SANDRA McCOLLUM,
individually and as heirs
at law in the Estate of
LARRY GENE McCOLLUM,
         Plaintiffs,

                                    CIVIL ACTION NO.
VS.
                                    3:12-cv-02037

BRAD LIVINGSTON, JEFF PRINGLE,
RICHARD CLARK, KAREN TATE,
SANDREA SANDERS, ROBERT EASON,
THE UNIVERSITY OF TEXAS
MEDICAL BRANCH and the TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
         Defendants.

```
           ORAL AND VIDEOTAPED DEPOSITION OF
            THE DESIGNATED REPRESENTATIVE OF
         THE UNIVERSITY OF TEXAS MEDICAL BRANCH
                     BY AND THROUGH
                   GLENDA ADAMS, M.D.

                    NOVEMBER 19, 2013
```

    ORAL AND VIDEOTAPED DEPOSITION OF THE DESIGNATED REPRESENTATIVE OF THE UNIVERSITY OF TEXAS MEDICAL BRANCH BY AND THROUGH GLENDA ADAMS, M.D., produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on Tuesday, November 19, 2013, from 11:11 a.m. to 6:03 p.m., before Mary C. Dopico, Certified Shorthand Reporter No. 463 and Notary Public in and for the State of Texas, reported by machine shorthand and audio/video recording at the offices of Rebecca Sealy Hospital, 404 8th Street, Room, 4.204, Galveston, Houston, Texas, pursuant to Notice and the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

1  "effects of heat on patients with diabetes."
2       A.   I didn't need to make any notes.  As a
3  physician, I'm already generally familiar with those
4  three questions.
5       Q.   Okay.  What are the effects of heat on
6  patients with diabetes?
7            MS. COOGAN:  Objection.  You may recall,
8  Jeff, that the Court granted my objections to those
9  three, so that this witness is not being offered to
10 testify about those, and so she won't be testifying
11 about those.  23, 24 and 25.
12      Q.   (By Mr. Edwards)  Were you told not to put
13 down anything versus 23, 24 and 25?
14      A.   No, I was not.
15      Q.   And you understand that you're here to testify
16 solely as on behalf of the University of Texas Medical
17 Branch; correct?
18      A.   Yes.
19           MR. EDWARDS:  Kim, do you have a copy of
20 that order?
21           MS. COOGAN:  I don't think I do.
22           MR. EDWARDS:  Because I don't recall that
23 the Court prevented us from asking questions about the
24 effects of heat on patients with diabetes, hypertension,
25 or HCTZ, so --

        Go ahead.

   A.   The autopsy report states that he died of hyperthermia.

   Q.   (By Mr. Edwards)  What is that?

   A.   Generally the definition of "hyperthermia" requires a body temperature -- different definitions give different ones -- somewhere between 103 and 105 degrees, with neurological deficits.  You may have other findings such as DIC.

   Q.   What do you --  What does UTMB contract hyperthermia?  You were the director, right, for medical care?

        MS. COOGAN:  Objection, she is not here to give you medical opinions, and she's not going to do it pursuant to the Court's order.

   Q.   (By Mr. Edwards)  Well, that's -- that's inaccurate.  Okay?

        Because the question was:  Why did he die?

        You said:  He died from hyperthermia.

        And I'm asking you what you consider hyperthermia to be?

        MS. COOGAN:  I'm going to ask you not to answer that question.

        MR. EDWARDS:  You're instructing --

Stephen McCollum, et al v.　　　　　Glenda Adams, M.D.
Brad Livingston, et al　　　　　　　November 19, 2013

1　　　I, GLENDA ADAMS, M.D., have read the foregoing
2　deposition and hereby affix my signature that same is
3　true and correct, except as noted above.
4
5　　　　　　　　　_____/s/ Glenda Adams/_____
6　　　　　　　　　GLENDA ADAMS, M.D.
7
8　THE STATE OF _Texas_ :
9　COUNTY OF _Montgomery_ :
10
11　　　Before me, _Phoebe M Langley_,
12　on this day personally appeared GLENDA ADAMS, M.D.,
13　known to me or proved to me on the oath of
14　_____ or through _____
15　(description of identity card or other document) to be
16　the person whose name is subscribed to the foregoing
17　instrument and acknowledged to me that he\she executed
18　the same for the purpose and consideration therein
19　expressed.
20　　　Given under my hand and seal of office on this
21　_30th_ day of _December_, _2013_.
22
23　　　　　　　　　_/s/ Phoebe M. Langley/_
　　　　　　　　　　NOTARY PUBLIC IN AND FOR
24　[SEAL: PHOEBE M. LANGLEY, Notary Public, State of Texas, My Commission Expires December 30, 2015]
　　　　　　　　　　THE STATE OF _Texas_
25　　　　　　　　　My Commission Expires: _12-30-15_

WRIGHT WATSON & ASSOCIATES
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
ed4af7ad-12d7-431a-9322-dd8468e9e55c

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION

 3   ............................................

 4   STEPHEN McCOLLUM, STEPHANIE        :
     KINGREY, and SANDRA McCOLLUM,      :
 5   individually and as heirs          :
     at law in the Estate of            :
 6   LARRY GENE McCOLLUM,               :
              Plaintiffs,               :
 7                                      :  CIVIL ACTION NO.
     VS.                                :
 8                                      :  3:12-cv-02037
     BRAD LIVINGSTON, JEFF PRINGLE,     :
 9   RICHARD CLARK, KAREN TATE,         :
     SANDREA SANDERS, ROBERT EASON,     :
10   THE UNIVERSITY OF TEXAS            :
     MEDICAL BRANCH and the TEXAS       :
11   DEPARTMENT OF CRIMINAL JUSTICE,    :
              Defendants.               :
12                                      :
     ............................................
13
                   REPORTER'S CERTIFICATION
14                        TO THE
            ORAL AND VIDEOTAPED DEPOSITION OF
15          THE DESIGNATED REPRESENTATIVE OF
          THE UNIVERSITY OF TEXAS MEDICAL BRANCH
16                     BY AND THROUGH
                     GLENDA ADAMS, M.D.
17                   NOVEMBER 19, 2013

18   ............................................

19        I, Mary C. Dopico, Certified Shorthand. Reporter
     in and for the State of Texas, do hereby certify that
20   the facts stated by me in the caption hereto are true;
     that the foregoing deposition of THE DESIGNATED
21   REPRESENTATIVE OF THE UNIVERSITY OF TEXAS MEDICAL BRANCH
     BY AND THROUGH GLENDA ADAMS, M.D., the witness
22   hereinbefore named, was taken by me in machine
     shorthand, the said witness having been by me first duly
23   cautioned and sworn to tell the truth, the whole truth,
     and nothing but the truth, and later transcribed from my
24   machine shorthand notes to typewritten form by me.

25        I further certify that the above and foregoing
```

```
 1  deposition, as set forth in typewriting, is a full, true
    and correct transcript of the proceedings had at the
 2  time of taking said deposition.

 3          I further certify that pursuant to FRCP Rule
    30(f)(1) that the signature of the deponent was
 4  requested by the deponent or a party before the
    completion of the deposition and returned within 30 days
 5  from date of receipt of the transcript.  If returned,
    the attached Changes and Signature Pages contain any
 6  changes and the reasons therefor;

 7  _____ was not requested by the deponent or a party
    before the completion of the deposition.
 8
            I further certify that I am neither attorney or
 9  counsel for, nor related to or employed by any of the
    parties to the action in which this deposition is taken,
10  and further that I am not a relative or employee of any
    attorney or counsel employed by the parties hereto, or
11  financially interested in the action.

12          I further certify that charges for the preparation
    of the foregoing completed deposition were $ 1745.45
13  for the original thereof, charged to Attorney(s) for
    Plaintiffs.
14
            GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 3rd
15  day of December, 2013.

16      [NOTARY SEAL:
         MARY C DOPICO
17       My Commission Expires
         January 31, 2017]          Mary C. Dopico
18                                  _____
                                    Mary C. Dopico, CSR, RPR, CRR
19                                  CSR No. 463, Exp. 12-31-2014
                                    Notary Public, State of Texas
                                    Commission Expires 1-31-2017
20  Independent Contractor To:
    Wright, Watson & Associates
21  Firm Registration No. 225
    Expires 12-31-2013
22  3307 Northland Drive, Suite 185
    Austin, Texas   78731
23  512/474-4363   Fax 512/474-8802

24

25
```