IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCULLOM, et al.,<br>Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:12-CV-02037<br>§<br>§ |

DEFENDANT UTMB'S RESPONSE TO PLAINTIFFS' MOTION TO QUASH
AND DEFENDANT'S MOTION TO COMPEL DEPOSITIONS

# Exhibit A

1

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                        DALLAS DIVISION
STEPHEN MCCOLLUM, et al,      )
         Plaintiffs,          )
                              )
V.                            )   C.A. No. 3:12-CV-02037
                              )
                              )
BRAD LIVINGSTON, et al,       )
         Defendants.          )


************************************************************
                      ORAL DEPOSITION OF
                   STEPHEN MICHAEL MCCOLLUM
                      November 22, 2013
************************************************************



     ORAL DEPOSITION OF STEPHEN MICHAEL MCCOLLUM,
produced as a witness at the instance of the Defendant
University of Texas Medical Branch and duly sworn, was
taken in the above-styled and numbered cause on the 22nd
of November, 2013, from 3:35 p.m. to 5:22 p.m., before
DEBRA L. McGREW, CSR in and for the State of Texas,
reported by machine shorthand at the offices of Edwards
Law, 1101 E. 11th Street, Austin, Texas, pursuant to the
Federal Rules of Civil Procedure.
```


DEFENDANT'S EXHIBIT A

```
 1        A.   Her name was Nicole, NICOLE, maiden name
 2   Jorgenson, and now it's -- she's remarried.
 3        Q.   And were you ever married to anybody else?
 4        A.   No.  Just that and my current wife.
 5        Q.   Okay.  I want to ask you some questions
 6   primarily about your father.
 7        A.   Yes, ma'am.
 8        Q.   Many of them are going to be the same.
 9        A.   I understand.
10        Q.   Do you know whether your father was ever
11   diagnosed with diabetes?
12        A.   I do not.  I only know what he told my sister
13   as -- as far as like them saying that he had diabetes
14   while he was in -- in jail because of his blood sugar
15   and things like that and them putting him on medicine
16   for diabetes while in jail.
17        Q.   Okay.  So you -- you just told me a lot of
18   stuff in that one little sentence.
19        A.   Okay.  Sorry.
20        Q.   That's okay.  Did -- is it -- okay.
21             What is your understanding of who told
22   your dad that he had diabetes?
23        A.   I'm --
24        Q.   Or tell me that again.
25        A.   Okay.  I would say whenever he went to jail in
```

1   knew anything about the records as far as how he was
2   doing, you know, did he have diabetes, things like that,
3   but I -- I never got a straight answer and I did not see
4   the medical reports, so I do not know.
5       Q.   What's your uncle's name?
6       A.   Randy Donaldson.  He was just a jailer.
7       Q.   Okay.  Do you remember whether he was going to
8   make -- keep a special eye on your dad or anything?
9       A.   He -- he probably would, but he was just intake
10  so he -- he never went beyond that.
11      Q.   Didn't have a lot of power at the jail or
12  anything?
13      A.   Yes, ma'am, yes, ma'am.
14      Q.   Okay.  What about for hypertension or high
15  blood pressure?  Did you ever know whether your dad had
16  been diagnosed with that?
17      A.   I did not, no.
18      Q.   Did you ever hear either your Uncle Terry or
19  your mom say, you know, Watch his salt, he's got that
20  high blood pressure, anything like that?
21      A.   I've never heard that.  I mean I -- my personal
22  knowledge is that several people on that side of the
23  family do deal with that, but I -- I've never heard it
24  specifically told about my father until after, you know,
25  we heard everything during this trial or --

```
 1    get involved with it.  That's just how he was.
 2        Q.   Did -- Did he say whether -- and I -- I think I
 3    know the answer to this, but did he say whether your dad
 4    had asked the guards or the other people for either a
 5    cup or a lower bunk or different shoes that was denied?
 6    Do you see what I'm saying?
 7        A.   He did not say that specifically, no.  I -- I
 8    do not know the answer to that.
 9        Q.   Okay.  And -- and I assume you never got a call
10    from your dad saying, Hey, can you send me a cup and
11    some shoes?
12        A.   I did not.  I -- I wish I would have.
13        Q.   Did you consider your father to be disabled?
14             MR. MEDLOCK:  Object to the extent that it
15    calls for a legal conclusion.
16        Q.   (BY MS. COOGAN)  Okay.  Go ahead.
17        A.   In -- during that time, yes, because -- because
18    of his knee and his obesity, yes, I -- disabled, yes.
19        Q.   Because of his knee and his obesity?
20        A.   Yes, ma'am.
21        Q.   Okay.  And his knee being from the automobile
22    accident?
23        A.   Yes, ma'am.
24        Q.   Did his doctor from the automobile accident
25    give him any kind of a cane or special walking
```