IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCULLOM, et al., <br> Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, et al., <br> Defendants. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 3:12-CV-02037 <br> § <br> § |

DEFENDANT UTMB'S RESPONSE TO PLAINTIFFS' MOTION TO QUASH
AND DEFENDANT'S MOTION TO COMPEL DEPOSITIONS

# Exhibit B

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
 2                          DALLAS DIVISION
 3    STEPHEN MCCOLLUM, et al,       )
                 Plaintiffs,         )
 4                                   )
      V.                             )  C.A. No. 3:12-CV-02037
 5                                   )
                                     )
 6    BRAD LIVINGSTON, et al,        )
                 Defendants.         )
 7
 8    ***********************************************************
 9                      ORAL DEPOSITION OF
10                      STEPHANIE KINGREY
11                      November 22, 2013
12    ***********************************************************
13
14
15         ORAL DEPOSITION OF STEPHANIE KINGREY, produced as a
16    witness at the instance of the Defendant University of
17    Texas Medical Branch and duly sworn, was taken in the
18    above-styled and numbered cause on the 22nd of
19    November, 2013, from 12:09 p.m. to 3:25 p.m., before
20    DEBRA L. McGREW, CSR in and for the State of Texas,
21    reported by machine shorthand at the offices of
22    Edwards Law, 1101 E. 11th Street, Austin, Texas,
23    pursuant to the Federal Rules of Civil Procedure.
24
25
```



DEFENDANT'S EXHIBIT B

```
 1         A.    Not at that point, no.
 2         Q.    As far as you know, did he ever take any
 3   medications for diabetes?
 4         A.    Not that I know of.
 5         Q.    Do you know -- are you aware of him ever being
 6   diagnosed with diabetes?
 7         A.    He told me before he went in to Waco that he
 8   was a diabetic.
 9         Q.    And was that a surprise to you?
10         A.    No, because it runs in the family.
11         Q.    Okay.  And did you ask him whether he was
12   taking any medication for that?
13         A.    No.
14         Q.    Did you have any concerns about how he might
15   pay for medication for that diabetes?
16         A.    My guess?
17         Q.    Uh-huh.
18         A.    Yeah.
19         Q.    I'm sorry?
20         A.    Yes.
21         Q.    You --
22         A.    I didn't know how he would pay for it if he had
23   to.
24         Q.    Okay.  And did you ever ask him, Hey, Dad,
25   you're not working, how are you paying for your diabetes
```

```
 1   medication?
 2        A.   I'm not aware of him being on any medication
 3   so --
 4        Q.   Okay.
 5        A.   -- I don't know.
 6        Q.   Did you ever ask him about it?
 7        A.   No.
 8        Q.   What did y'all talk about?
 9        A.   My kids.
10        Q.   Do you know whether he was ever diagnosed with
11   high blood pressure?
12        A.   Not that I'm aware of.
13        Q.   And are you aware of him ever taking any
14   medication for high blood pressure?
15        A.   No.
16        Q.   Did you ever call any State services and ask
17   for help on your dad's behalf?
18        A.   No.
19        Q.   What about MHMR in McLennan County?
20        A.   No.
21        Q.   Does he have -- does your father have any
22   daughters besides you?
23        A.   No.
24        Q.   Did you ever become aware of whether your dad
25   had any hallucinations relating either to mental illness
```

```
 1      A.   We already have.
 2      Q.   Okay.  I'm almost done.  Sorry.  Hang on.
 3           (Discussion off the record).
 4      Q.   (BY MS. COOGAN)  Do you know how much money
 5  your dad made working for Yellow Cab?
 6      A.   No.
 7      Q.   Do you know the name of your dad's primary care
 8  physician?
 9      A.   No.
10      Q.   Do you know the name of any of the doctors that
11  might have seen or treated your dad in, let's say,
12  the years in between Bonham and Hutchins?
13      A.   If anybody, it would have been Hillcrest.
14      Q.   And probably the emergency room?
15      A.   Or one of their clinics.
16      Q.   Okay.  But in the Hillcrest system?
17      A.   Yes.
18      Q.   What makes you say that?
19      A.   Because they're all tied together.
20      Q.   And that was sort of his place of choice?
21      A.   Right.
22      Q.   Did you ever make any request for records under
23  the Open Records Act, do you know?
24      A.   Not that I'm aware of.
25      Q.   Did you consider your dad to be disabled?
```

```
 1        A.   No.
 2             MS. COOGAN:  I'm going to pass the
 3   witness.
 4             MR. STONE:  Do you want to take lunch
 5   right now?  Do you mind if we take a lunch break?
 6             MR. MEDLOCK:  If that's what y'all would
 7   prefer.
 8             MS. COOGAN:  Okay.
 9             (Lunch recess from 1:24 to 2:43).
10                       EXAMINATION
11   BY MR. STONE:
12        Q.   Hi, Ms. McCollum.
13        A.   Hello.
14        Q.   Do you understand that you're under oath today?
15        A.   Yes.
16        Q.   Is this your first deposition?
17        A.   No.
18        Q.   How many depositions have you participated in
19   before?
20        A.   One other.
21        Q.   What was that deposition about?
22        A.   The wreck my dad was in.
23        Q.   And when was that?
24        A.   When was --
25        Q.   What year was that?
```