IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCULLOM, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § CIVIL ACTION NO. 3:12-CV-02037 | |
| BRAD LIVINGSTON, et al., § | |
| Defendants. § | |

DEFENDANT UTMB'S RESPONSE TO PLAINTIFFS' MOTION TO QUASH
AND DEFENDANT'S MOTION TO COMPEL DEPOSITIONS

# Exhibit C

Page 83

ORAL DEPOSITION OF STEPHEN MICHAEL MCCOLLUM

| | CHANGES AND SIGNATURE | |
|---|---|---|
| WITNESS NAME: STEPHEN MICHAEL MCCOLLUM | | DATE: 11-22-13 |
| PAGE | LINE | CHANGE | REASON |

1  
2  
3  
4  PAGE 35  LINE 18  Add "I also know he was — more complete  
5  diagnosed with diabetes — answer  
6  and hypertension."  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  I, STEPHEN MICHAEL MCCOLLUM, have read the foregoing  
21  deposition and hereby affix my signature that same is  
22  true and correct, except as noted herein.  
23  
24                                  STEPHEN MICHAEL MCCOLLUM  
25                                  Job No. 113925  

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio



DEFENDANT'S EXHIBIT C