IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCULLOM, et al.,<br>     Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>     Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:12-CV-02037<br>§<br>§ |

DEFENDANT UTMB'S RESPONSE TO PLAINTIFFS' MOTION TO QUASH
AND DEFENDANT'S MOTION TO COMPEL DEPOSITIONS

# Exhibit D

Page 93

ORAL DEPOSITION OF STEPHANIE KINGREY

| | CHANGES AND SIGNATURE |
|---|---|
| 1 | |
| 2 | WITNESS NAME: STEPHANIE KINGREY         DATE: 11-22-13 |
| 3 | PAGE  LINE  CHANGE                       REASON |
| 4 | 55    1    add "But I knew he had         more complete |
| 5 |            difficulty walking because of    answer |
| 6 |            his leg, that he had been |
| 7 |            diagnosed with diabetes and |
| 8 |            hypotension, and that he |
| 9 |            was obese." |

I, STEPHANIE KINGREY, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted herein.

*[signature]* STEPHANIE KINGREY

Job No. 113925

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio



DEFENDANT'S EXHIBIT D