IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCULLOM**, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 3:12-CV-02037** |
| **BRAD LIVINGSTON**, *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

On this day, the Court considered Defendant University of Texas Medical Branch's Motion To Compel Depositions. This Court is of the opinion that the Motion should be **GRANTED**.

SIGNED and ENTERED this _____ day of _____, 2014.

_____
JUDGE PRESIDING