IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLOM, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|    *Defendants.* | § | |

# EXHIBIT A

RECEIVED 02/12/2014 18:08

From: Jeff Edwards    Fax: (888) 325-5677    To: 5124959139@rcfax.con Fax: +15124959139    Page 4 of 10 2/12/2014 6:12

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | CIVIL ACTION NO. <br> 3:12-cv-02037 <br> JURY DEMAND |

### PLAINTIFF'S FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF GLENDA ADAMS, M.D. AND SUBPEONA DUCES TECUM

TO:   Glenda Adams, by and through her attorney of record, Kim Coogan, Assistant Attorney General, P.O. Box 12548, Capitol Station Austin, Texas 78711.

Please take notice that on February 26, 2014, and thereafter from day to day until completed, Plaintiffs will take the oral deposition of Glenda Adams, M.D., before a court reporter, videographer, and notary public for the State of Texas pursuant to Rule 30 of the Federal Rules of Civil Procedure.

The deposition is for the purpose of discovering, securing, and completing testimony of Defendant. The deposition will be taken at the offices of Eliot Shavin, 2600 State Street, Dallas, Texas 75204, on February 26, 2014, beginning at 10:00 a.m. and will continue thereafter from day to day until completed. The deposition will be recorded stenographically and on videotape.



DEFENDANT'S EXHIBIT A

RECEIVED 02/12/2014 18:08
From: Jeff Edwards    Fax: (888) 325-5677    To: 5124959139@rcfax.con Fax: +15124959139    Page 5 of 10 2/12/2014 6:12

In accordance with Rule 30 of the Federal Rules of Civil Procedure, the deponent is directed to produce at the time and place of his deposition the following documents and/or tangible things to wit: All documents an/or tangible things responsive to the request as set out in Exhibit "A", attached hereto.

For the purpose of this notice, the following terms are assigned the below meanings:

1. "HUTCINS UNIT" - refers to the Texas Department of Criminal Justice facility located at 1500 East Langdon Road, Dallas, TX 75241.

2. "AND," "OR," "ANY," and "ALL" shall be construed conjunctively or disjunctively to bring within the scope of this request any information which might otherwise be construed to be outside its scope.

Dated: February 12, 2014.

    Respectfully submitted,

    The Edwards Law Firm
    The Haehnel Building
    1101 East 11th Street
    Austin, Texas 78702
        Tel.  512-623-7727
        Fax.  512-623-7729

    By  /s/ Scott Medlock
    JEFF EDWARDS
    State Bar No. 24014406
    SCOTT MEDLOCK
    State Bar No. 24044783
    Lead Counsel

    Brian McGiverin
    State Bar No. 24067760
    James C. Harrington
    State Bar No. 09048500

    TEXAS CIVIL RIGHTS PROJECT

2

RECEIVED 02/12/2014 18:08
From: Jeff Edwards  Fax: (888) 325-5677  To: 5124959139@rcfax.con Fax: +15124959139  Page 6 of 10 2/12/2014 6:12

1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

RECEIVED 02/12/2014 18:08

From: Jeff Edwards    Fax: (888) 325-5677    To: 5124959139@rcfax.con Fax: +15124959139    Page 7 of 10 2/12/2014 6:12

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that the foregoing document has been served on all counsel of record via fax, as follows:

Bruce R. Garcia
Assistant Attorney General
State Bar No. 07631060
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 495-9139

Kim Coogan
Assistant Attorney General
State Bar No. 07631060
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 495-9139

Demetri Anastasiadis
Assistant Attorney General
State Bar No. 07631060
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 495-9139

Brian McGiverin
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741
(512) 474-0726

By    /s/ Scott Medlock
Scott Medlock

4

## DEFINITIONS

The terms **DOCUMENTS** and **WRITINGS** are used herein in their most comprehensive sense and include, but are not limited to, notes, letters, reports, memoranda, diaries, bulletins, circulars, instructions, work assignments, advertising literature, notebooks, tapes, discs, or other sound recordings, films, drafts, worksheets, calendars, appointment books, estimates, ledgers, opinions, instructional manuals, memoranda or notes relating to telephone or other conversations, excerpts, summaries and other **WRITINGS** of any nature whatsoever, including copies of mechanical or photostatic reproductions of any and all the foregoing items that are in the custody or subject to your control or known by you or Plaintiff to exist.

# EXHIBIT "A"

1. All DOCUMENTS and tangible things, including all tangible reports, exhibits, physical models, compilations of data and other material prepared by or for you for use in this case.

2. All DOCUMENTS and tangible things which relate to or form the basis of the mental impressions and opinions held by you with respect to the incident made the basis of this lawsuit and its consequences.

3. All files, WRITINGS or other documentation, photographs, motion pictures, video, television records, maps, drawings, charts, diagrams, measurements, surveys and reference items reviewed, consulted, copied, compared to or taken by yourself which relate to the incident made the basis of this lawsuit or its consequence or similar incidents used for forming the basis of your opinion with respect to matters in this suit.

4. All material DOCUMENTS and tangible things prepared by any other person or entity, including consulting expert(s), which relate to or form a basis (either in whole or in part) or the mental impressions and opinions held by yourself with respect to the incident made the basis of this lawsuit and its consequences.

5. All DOCUMENTS and tangible things in the actual or constructive possession, custody or control of yourself which relates to the incident made the basis of this lawsuit.

6. Your entire file pertaining to this litigation.

7. All depositions or transcripts of trial testimony previously given by you.

8. All models, charts, diagrams and other demonstrative aids that you will refer to, rely on or discuss with the jury during the trial of this case.

5

RECEIVED 02/12/2014 18:08

From: Jeff Edwards    Fax: (888) 325-5677    To: 5124959139@rcfax.con Fax: +15124959139    Page 9 of 10 2/12/2014 6:12

9. Copies of all articles, texts, treatises or other publications established, or to be established, as a reliable authority by your testimony.

10. All DOCUMENTS reviewed by you or furbished to you for review in connection with this case.

11. All articles, texts, treatises or other publications used, consulted or relied on by you in connection with your work on this case.

12. Copies of any article, texts, treatises or other publications authorized in whole or in part by you which relate or bear on the issues involved in this case.

13. All contracts, agreements, correspondence – and other DOCUMENTS pertaining to or reflecting any involvement, employment, listing, membership, affiliation, understanding or agreement of you with any expert witness referral service, listing service, directory, or any person or entity involved in locating or referring expert witnesses or consultations for legal matters.

14. All advertisements, brochures, circulars, or other DOCUMENTS used by or on behalf to advertise, promote, publicize or describe the availability of your services in the past ten years.

15. All DOCUMENTS reflecting the amount of time spent by you in connection with this case.

16. All DOCUMENTS including proposals, estimates, contracts of employment, invoices, etc. reflecting or pertaining to charges or billings for your services in connection with this case.

17. Copies of any articles, texts, treatises or other publications on which you have been or will be asked to express an opinion concerning authority, reliability or agreement with any statement in the work.

18. All written statements, video, and/or voice recordings of any witnesses to the incident made the basis of this lawsuit.

19. All DOCUMENTS you have reviewed relating to temperatures inside Texas Department of Criminal Justice prisons, including, but not limited to, any email or other electronically stored information you have reviewed.

20. All DOCUMENTS you have reviewed relating to medical conditions prisoners inside Texas Department of Criminal Justice prisons suffer from, including, but not limited to, statistical compilations showing medical conditions prisoners suffer from, statistics describing the number of prisoners diagnosed with hypertension, diabetes, obesity, and any other medical condition you know places

6

RECEIVED 02/12/2014 18:08
From: Jeff Edwards    Fax: (888) 325-5677    To: 5124959139@rcfax.con Fax: +15124959139    Page 10 of 10 2/12/2014 6:12

prisoners at increased risk for heat-related injury, including, but not limited to, any electronically stored information you have reviewed.

21. All correspondence (including emails) between you and counsel for UTMB concerning your testimony in this case;

22. All drafts of any expert reports submitted in this case.

7