IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. **3:12-CV-02037** |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), Defendant University of Texas Medical Branch's Opposed Motion to Quash (Doc. 128), filed February 14, 2014, is hereby **referred** to United States Magistrate Judge Renee Harris Toliver, for hearing, if necessary, and for determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

**It is so ordered** this 18th day of February, 2014.

Sam A. Lindsay
United States District Judge

**Order - Solo Page**