July 1, 2013

Curriculum Vitae
of
**Oscar N. Mendoza**

**Personal Address:**

**Office Address:**
Administrative Review and Risk Management Division
Texas Department of Criminal Justice
P.O. Box 99, 1060 State Hwy 190E
Huntsville, TX  77342-0099
Tel:  936-437-4839
oscar.mendoza@tdcj.state.tx.us

## EDUCATION

Master of Science in Criminal Justice, <u>Corrections</u>
Summa Cum Laude
Kaplan University
Davenport, Iowa  2009

Bachelor of Science in Criminal Justice
Kaplan University
Davenport, Iowa  2005

## EXPERIENCE

**July 1979 – current**  **Texas Department of Criminal Justice**

**2012 – current**  **Director, Administrative Review & Risk Management Division, Huntsville, Texas**
(Division Director over Resolution Support, Offender Grievance, Ombudsman, Access to Courts, Review & Standards, Monitoring & Standards, Risk Management, Monitor for Use of Force)

**2009 – 2012**  **Deputy Director for Management Operations, Correctional Institutions Division, Huntsville, Texas**
(Deputy Director over Correctional Training, Plans and Operations, Safe Prisons Program, Fusion Center, Security Threat Group Management Office)

**2008 – 2009**  **Region IV Director, Correctional Institutions Division, Beeville, Texas**
(Regional Director over 16 prison units)

Oscar N. Mendoza 2

| | |
|---|---|
| **2006 – 2008** | **Senior Warden, William G. McConnell Unit, Beeville, Texas** |
| **2004 – 2006** | **Senior Warden, Garza East and West Units, Beeville, Texas** |
| **2001 - 2004** | **Senior Warden, John B. Connally Jr. Unit, Kenedy, Texas** |
| **2000 – 2001** | **Senior Warden, Dolph Briscoe Unit, Dilley, Texas** |
| **2000 – 2000** | **Senior Warden, Cotulla Unit, Cotulla, Texas** |
| **1999 – 2000** | **Assistant Warden, John B. Connally Jr. Unit, Kenedy, Texas** |
| **1992 – 1999** | **Assistant Warden, Ruben M. Torres Unit, Hondo, Texas** |
| **1992 – 1992** | **Major, Eastham Unit, Lovelady, Texas** |
| **1991 – 1992** | **Captain, Ferguson Unit, Midway, Texas** |
| **1990 – 1991** | **Captain, Staff Assistant to Deputy Director, Central Region Director's Office, Huntsville, Texas** |
| **1987 – 1990** | **Captain, Training Academy Supervisor, Pre-Service Division, Huntsville, Texas** |
| **1985 – 1987** | **Captain, Instructor, Training Academy, In-Service Training Division, Huntsville, Texas** |
| **1983 – 1985** | **Lieutenant, Huntsville Unit, Huntsville, Texas** |
| **1981 – 1983** | **Sergeant, Goree Unit, Huntsville, Texas** |
| **1979 – 1981** | **Correctional Officer, Eastham Unit, Lovelady, Texas** |

## TRAINING COURSES TAUGHT

- Texas Department of Criminal Justice
  - Pre-Service Training Academy
  - Chemical Agent Instructor Certification
  - Firearms Instructor Certification
  - Advanced Firearms Instructor Certification
  - Pre-Supervisory Training
  - Basic Instructor Training Course
- National Institute of Corrections
  - Training for Staff Trainers
  - Training Design and Development
  - Working with Female Offenders

Oscar N. Mendoza 3

- o   Working with Hispanic Offenders
- American Correctional Association/FBI
    - o   Hostage Negotiation
    - o   Disturbance Management
- U.S. Department of Justice
    - o   Served as Corrections Training Consultant.  Provided specialized training for other state agencies.

## THESIS:

Mendoza, O.N. (2008). *An Analysis of Prison Rape and Sexual Assault in Prisons After the Prison Rape Elimination Act of 2003*. Defended June 2008.

## WORKSHOP PRESENTATIONS:

Morales, P. & Mendoza, O. The 360 Degree Leader. Texas Correctional Association Annual Meeting, San Antonio, TX, June 3, 2013.

## PROFESSIONAL COMPETENCIES:

- ➢ Gang Intelligence and Investigation Training, Texas Gang Investigators Association, 2011
- ➢ First Level Management Development Program, Governor's Center for Management Development
- ➢ Managers of Manager Development Program, Governor's Center for Management Development
- ➢ Compliance with Fair Employment Law Training, Texas Commission on Human Rights
- ➢ Firearms Qualification, 2012
- ➢ EEO and Sexual Harassment Law Training, Texas Commission on Human Rights, 2012
- ➢ Cultural Diversity in the Workplace Training, Texas Commission on Human Rights
- ➢ Basic Incident Command, 2007
- ➢ Introduction to Incident Command, 2007
- ➢ Conducting Prison Security Audits Training, National Institute of Corrections
- ➢ Executive Training for New Wardens, National Institute of Corrections
- ➢ Defense Tactics Training, Houston Police Academy
- ➢ Control and Restraint Tactics Training, Houston Police Academy
- ➢ Edged Weapons Survival Training, Austin Police Academy

## PROFESSIONAL SERVICE:

TDCJ Advisory Council on Ethics
- Member                                                          1994
- Chair                                                            2000

Oscar N. Mendoza 4

## MEMBERSHIP/AFFILIATIONS:

Member, Texas Gang Investigators Association          2009 - Present
Member, American Correctional Association            1992 - Present
Member, Texas Correctional Association               2000 - Present

## TEACHING INTERESTS:

- ➢ Corrections
- ➢ Security Threat Group/Gang Topics
- ➢ Correctional Administration
- ➢ Penology

## REFERENCES:

Doug Dretke
Executive Director (current)                    Director, Correctional Institutions Division (retired)
Correctional Management Institute               Texas Department of Criminal Justice
  of Texas
George J. Beto Criminal Justice Center
Sam Houston State University
Huntsville, Texas 77341-2296
(936) 294-1675
djdretke@shsu.edu

Bobby Lumpkin
Director, Manufacturing & Logistics Division
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-6142 (office)
bobby.lumpkin@tdcj.state.tx.us

William Stephens
Director, Correctional Institutions Division
Texas Department of Criminal Justice
P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-2170 (office)
william.stephens@tdcj.state.tx.us

# J. Keith Pinckard, MD PhD

July 17, 2013

Diplomat, American Board of Pathology
ABP Subspecialty Certification in Forensic Pathology
Fellow, American Board of Medicolegal Death Investigators

Email: KPinckard@salud.unm.edu

---

## PROFESSIONAL ADDRESS:

University of New Mexico Office of the Medical Investigator
1101 Camino de Salud
Albuquerque, NM 87102

## LICENSURE:

New Mexico Medical Board, License #MD2012-0021, 2012-present

Texas Medical Board, License #L6575, 2003-present

Missouri Board of Registration for the Healing Arts, License #115934, 1998-present

## CERTIFICATIONS:

Diplomat, American Board of Pathology, Forensic Pathology, 9/15/2003

Diplomat, American Board of Pathology, Anatomic and Clinical Pathology, 7/29/2002

Fellow, American Board of Medicolegal Death Investigators (Board Certified), 11/11/2005

Diplomat, American Board of Medicolegal Death Investigators (Registered), 10/23/2002

## EDUCATION HISTORY:

**Fellowship**
6/30/2003
Saint Louis University School of Medicine, St. Louis, MO
Forensic Pathology

**Residency**
6/30/2002
Barnes-Jewish Hospital and Washington University School of Medicine, St. Louis, MO
Anatomic and Clinical Pathology
**Chief Resident**, Clinical Pathology, 2001-2002

**Medical Doctorate (M.D.)**
5/30/1998
Washington University School of Medicine, St. Louis, MO

**Doctor of Philosophy (Ph.D.)**
5/30/1998
Washington University School of Medicine, St. Louis, MO
Immunology
Thesis Title: "TNF Receptor Monoclonal Antibodies and Analysis of TNF-TNF Receptor Interactions"

**Bachelor of Science (B.S.)**
Summa Cum Laude
5/12/1990
University of Arizona, Tucson, AZ
Biochemistry (minors in biology, chemistry and physics)


## CURRENT EMPLOYMENT:

**Deputy Chief Medical Investigator**
7/15/2003-present
University of New Mexico Office of the Medical Investigator, Albuquerque, NM

**Director, Forensic Pathology Fellowship Program**
7/15/2013-present
University of New Mexico Office of the Medical Investigator, Albuquerque, NM

**Associate Professor**
7/15/2013-present
Department of Pathology, University of New Mexico, Albuquerque, NM

## PAST EMPLOYMENT:

**Medical Examiner**
7/1/2003-7/3/2013
Southwestern Institute of Forensic Sciences, Dallas, TX

**Medical Director**
9/1/2008-7/3/2013
University of Texas Southwestern Transplant Services, Dallas, TX

**Associate Professor**
9/1/2010-7/3/2013
Department of Pathology, University of Texas Southwestern Medical Center at Dallas

**Assistant Professor**
7/1/2003-8/31/2009
Department of Pathology, University of Texas Southwestern Medical Center at Dallas

## POSTDOCTORAL TRAINING:

Spokesperson Training, College of American Pathologists, Chicago, IL, 12/2011

Disaster Mortuary Operational Response Teams (DMORT) Regions IV and VI Annual Training, Louisville, KY, 7/06

Dallas County Management Development Program (training program for development of management skills in the governmental setting), Dallas, TX, 2005-2006

Disaster Mortuary Operational Response Teams (DMORT) Regions IV and VI Annual Training, New Orleans, LA, 7/05

Disaster Mortuary Operational Response Teams (DMORT) Regions IV and VI Annual Training, Charlotte, NC, 7/04

Visiting Scientist Program, Counter-terrorism and Forensic Science Research Unit, Federal Bureau of Investigation, FBI Academy, Quantico, VA, Spring 2002

9th Masters Conference for Advanced Death Investigation, Division of Forensic and Environmental Pathology, Saint Louis University School of Medicine, St. Louis, MO, 7/2001

8th Masters Conference for Advanced Death Investigation, Division of Forensic and Environmental Pathology, Saint Louis University School of Medicine, St. Louis, MO, 7/1999

Medicolegal Death Investigator Training Course, Division of Forensic and Environmental Pathology, Saint
　　　Louis University School of Medicine, St. Louis, MO, 4/1997

## PROFESSIONAL RECOGNITION, HONORS, etc.:

**Distinguished Service Award**
2004
Organ Donation Breakthrough Collaborative, Division of Transplantation, U.S. Health and Human Services
　　　Administration

**Paul E. Strandjord Young Investigator Award**
2002
program to encourage young investigators to consider a career in academic laboratory medicine.
　　　Residents, fellows, and students in a doctorial program in health sciences, participating in research
　　　with a member of ACLPS or sponsored by an ACLPS member are eligible.
Academy of Clinical Laboratory Physicians and Scientists (ACLPS)

**Best Resident Paper Award**
2002
American Academy of Forensic Sciences

**Training in Technology Award**
2001
merit-based award to provide financial support for travel and living expenses to obtain specialized training
　　　in evolving and emerging technologies; applied to the Visiting Scientist Program at the FBI
　　　Academy.
College of American Pathologists

**Paul E. Strandjord Young Investigator Award**
2001
program to encourage young investigators to consider a career in academic laboratory medicine.
　　　Residents, fellows, and students in a doctorial program in health sciences, participating in research
　　　with a member of ACLPS or sponsored by an ACLPS member are eligible.
Academy of Clinical Laboratory Physicians and Scientists

**Phi Beta Kappa**
1990
Dean's List, all eight semesters
University of Arizona

**Outstanding Research Paper Award**
1988
Undergraduate Biology Research Program

University of Arizona

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

Fellow, National Association of Medical Examiners

Fellow, American Academy of Forensic Sciences

Fellow, College of American Pathologists

## OTHER EXTRAMURAL PROFESSIONAL ACTIVITIES:

### Journal-Related:

Editor-In-Chief and Co-Founder, Academic Forensic Pathology:  The Official Publication of the National
    Association of Medical Examiners, 2010-Present

Editorial Board, Journal of Forensic Sciences, 2006-2010

Ad Hoc (Guest) Reviewer, Journal of Forensic Sciences, 2005-2006

Reviewer, Forensic Pathology Check Sample, American Society for Clinical Pathology, 2004-2006

Reviewer, Practical Reviews in Forensic Medicine & Sciences, 2004

### Reviewing for National Funding Organizations:

Peer Reviewer, Forensic Science Research and Development (R&D) Program, National Institute of Justice
    (NIJ), 2012-Present

### Administrative Work with Professional Societies:

Chair, Pathology/Biology Section, American Academy of Forensic Sciences, 2012

Member, Executive Committee, Scientific Working Group on Medicolegal Death Investigation (SWGMDI), National Institute of Justice, 2013-Present

Board Member, Scientific Working Group on Medicolegal Death Investigation (SWGMDI), National Institute of Justice, 2011-Present

Spokesperson, College of American Pathologists, 2011-Present

Member, Medical Examiner/Coroner Advisory Committee, Musculoskeletal Transplant Foundation, 2011-Present

Ex Officio Member, Education, Programs and Publications Committee, Subcommittee for the Journal of NAME, National Association of Medical Examiners, 2011- Present

Chairman, Ad hoc Committee on Research, National Association of Medical Examiners, 2011-Present

Member, Ad hoc Committee on Molecular Biology, National Association of Medical Examiners, 2010-Present

Board of Directors, National Association of Medical Examiners, 2009-Present

Member, Forensic Pathology Committee, College of American Pathologists, 2007-present

Member, Education, Programs and Publications Committee, Subcommittee for Scientific Presentations and Awards, National Association of Medical Examiners, 2004- Present

Member, Ad hoc Committee on Organ and Tissue Procurement, National Association of Medical Examiners, 2004-Present

Secretary, Pathology/Biology Section, American Academy of Forensic Sciences, 2011

Member, Nominating Committee, National Association of Medical Examiners, 2011

Member, Ad hoc Committee on Research, National Association of Medical Examiners, 2010-2011

Chairman, Research Committee, Pathology/Biology Section, American Academy of Forensic Sciences, 2004-2011

Member, Education, Programs and Publications Committee, Subcommittee for Forensic Pathology Fellowship In-Service Exam, National Association of Medical Examiners, 2009-2010

Member, Education, Programs and Publications Committee, Subcommittee for the Journal of NAME, National Association of Medical Examiners, 2004-2010

Program Chair, /Biology Section, American Academy of Forensic Sciences, 2009

Chairman, Ad hoc Committee on Molecular Biology, National Association of Medical Examiners, 2005-2009

Faculty, Organ Donation Breakthrough Collaborative, Division of Transplantation, U.S. Health and Services
Administration, 2004-2005

Member, Leadership Coordinating Council, Organ Donation Breakthrough Collaborative, Division of
Transplantation, U.S. Health and Services Administration, 2004-2005

Member, Medical Examiner Advisory Committee, Cryolife Inc., 2004-2005

Represented the National Association of Medial Examiners at the Organ Donation Breakthrough
Collaborative, Division of Transplantation, U.S. Health and Services Administration, 2004

Member, National Medical Examiner/Coroner Advisory Committee, American Red Cross Transplantation
Services, 2003-2004

Member, Research Committee, Pathology/Biology Section, American Academy of Forensic Sciences, 2003

Junior Member, Forensic Identity Committee, College of American Pathologists, 2000-2001

**INVITED LECTURES:**

2010, "Investigation of Sudden Unexpected Infant Deaths", American Academy of Forensic Sciences,
Seattle, WA

2008, "Medicolegal Investigation of Blunt Force Injuries", American Academy of Forensic Sciences,
Washington, D.C.

2007, "Deaths Occurring in Association with Restraint or Use of Force", in 'Pathology in Focus Symposium:
Forensic Medicine: Novel Technologies in Physiology and Medicine', Experimental
Biology, Washington, D.C.

2007, "Medicolegal Investigation of Blunt and Sharp Force Injuries", American Academy of Forensic
Sciences, San Antonio, TX

2007, "Medicolegal Investigation of Motor Vehicle-Associated Deaths and Injuries", American Academy of
Forensic Sciences, San Antonio, TX

2006, "Sudden Infant Death Syndrome", American Academy of Forensic Sciences, Seattle, WA

2005, "The Role of the Medical Examiner/Coroner in Organ Donation and the NAME Position Paper",
Association of Organ Procurement Organizations, Los Angeles, CA

2005, "Coroner Denials:  Why They Do Not Have to Exist Even in the Pediatric Setting", Ohio Organ
        Procurement Organizations/CMS Midwest Consortium Pediatric Donation Forum,
        Columbus, OH

2004, "The Role of the Medical Examiner/Coroner in Organ Donation", North American Transplant
        Coordinators' Organization, San Francisco, CA

2004, "The Role of the Medical Examiner/Coroner in Organ Donation", American Red Cross
        Transplantation Services National Medical Examiner/Coroner Advisory Committee, Los
        Angeles, CA
2004, "The Role of Medical Examiner/Coroner in Organ Donation", Alabama Coroners' Association,
        Huntsville, AL

2004, "Sudden Infant Death Syndrome", American Academy of Forensic Sciences, Dallas, TX

2003, "Heart Valve Tissue Donation Does Not Preclude the Diagnosis of Clinically Significant Pediatric
        Cardiac Abnormalities", American Red Cross Transplantation Services National Medical
        Examiner/Coroner Advisory Committee, Las Vegas, NV


**MEETING SESSIONS CHAIRED:**

2011, National Association of Medical Examiners Annual Meeting, "Abusive Head Trauma" Panel
        Discussion

2010, American Academy of Forensic Sciences Annual Meeting, "Studies" Session

2007, American Academy of Forensic Sciences Annual Meeting, "Research, Writing, and Reviewing:  A
        Guide to Designing, Conducting, Writing, Publishing, and Analyzing Scientific Research"
        Workshop

2006, American Academy of Forensic Sciences Annual Meeting, "Research, Writing, and Reviewing:  A
        Guide to Designing, Conducting, Writing, Publishing, and Analyzing Scientific Research"
        Workshop

2004, American Academy of Forensic Sciences Annual Meeting, "Materials and Methods" Session


**COMMUNITY SERVICE:**

2004-2009, Forensic Pathologist (Medical Officer), Disaster Mortuary Operational Response Team VI,
        National Disaster Medical Services, Federal Emergency Management Agency, U.S.
        Department of Homeland Security

**ORIGINAL RESEARCH OR SCHOLARLY ARTICLES IN REFEREED JOURNALS:**

Pinckard JK.  Histiocytoid cardiomyopathy.  *Academic Forensic Pathology* (2):394-396, 2012.

Pinckard JK.  Reflections upon forensic pathophysiology:  Mechanism of death does matter.  *Academic Forensic Pathology* (2):138-141, 2012.

Quinton RA and Pinckard JK.  Intracranial hemorrhage:  Traumatic fall versus terminal collapse.  *Academic Forensic Pathology* (2): 24-29, 2012.

Pinckard JK.  Critical appraisal of scientific literature.  *Academic Forensic Pathology* (1): 302-309, 2011.

Pinckard JK.  Hypertrophic cardiomyopathy.  *Academic Forensic Pathology* (1): 232-233, 2011.

Matshes EW, Evans RM, Pinckard JK, and Joseph JT.  Shaken infants die of neck trauma, not of brain trauma.  *Academic Forensic Pathology* (1): 82-91, 2011

Nashelsky MB and Pinckard JK.  The death of SIDS.  *Academic Forensic Pathology* (1): 92-98, 2011.

Thompson MP and Pinckard JK.  A rare case of thyrotoxic periodic paralysis presenting to the medical examiner.  *American Journal of Forensic Medicine and Pathology* (Aug 1) [Epub ahead of print], 2011.

Pinckard JK. Adjuncts to the forensic autopsy. eMedicine from WebMD. Updated April 14, 2010. Available at: http://emedicine.medscape.com/article/1699062-overview.

Pinckard JK.  *Memorial Eckert Paper for 2007:*  Forensic DNA analysis for the medical examiner.  *American Journal of Forensic Medicine and Pathology* (29): 375-381, 2008.

Pinckard JK, Graham MA, and Wetli CV.  National Association of Medical Examiners Position Paper on the medical examiner release of organs and tissues for transplantation.  *American Journal of Forensic Medicine and Pathology* (28): 202-207, 2007.

Pinckard JK and Graham MA.  Heart valve tissue donation does not preclude the diagnosis of clinically significant pediatric cardiac abnormalities.  *American Journal of Forensic Medicine and Pathology* (24): 248-253, 2003.

Pinckard JK, Hunsaker D, and Weedn VW.  A comprehensive analysis of forensic science training in forensic pathology fellowship programs.  *Journal of Forensic Sciences* (48):  362-367, 2003

Pinckard JK, Rosenbluth DB, Patel K, Dehner LP, and Pfeifer J.  Pulmonary hyalinizing granuloma associated with Aspergillus infection. *International Journal of Surgical Pathology* (11): 39-42, 2003.

Dunne WM, Pinckard JK, and Hooper LV.  Clinical microbiology in the year 2025.  *Journal of Clinical Microbiology* (40): 3889-3893, 2002.

Pinckard JK, Kollef M, and Dunne WM.  Culturing bronchial washings obtained during bronchoscopy fails to add diagnostic utility to culturing the bronchoalveolar lavage fluid alone.  *Diagnostic Microbiology and Infectious Diseases* (43): 99-105, 2002

Pinckard JK, Zahn J, Ashby L, and Scott MG.  Falsely elevated chloride values on the i-STAT portable clinical analyzer from patients with elevated blood urea nitrogen.  *Clinical Chemistry* (47): 2064-2066, 2001.

Pinckard JK and Wick MR.  Tumor-related thrombotic pulmonary microangiopathy:  Review of pathologic findings and pathophysiologic mechanisms.  *Annals of Diagnostic Pathology* (4): 154-15, 2000.

Pinckard JK, Sheehan KCF, and Schreiber RD.  Ligand-induced formation of p55 and p75 TNF receptor heterocomplexes on intact cells.  *Journal of Biological Chemistry* (272): 10784-10789, 1997.

Pinckard JK, Sheehan KCF, and Schreiber RD.  Constitutive shedding of both p55 and p75 TNF receptors in vivo.  *Journal of Immunology* (158): 3869-3873, 1997.
Sheehan KCF, Pinckard JK, Arthur CD, Dehner LP, Goeddel DV, and Schreiber RD.  Monoclonal antibodies specific for murine p55 and p75 tumor necrosis factor receptors:  Identification of a novel in vivo role for p75.  *Journal of Experimental Medicine* (181): 607-617, 1995.

Chong  AS, Pinckard  JK, Lam  KS, Scuderi  P, Hersh  EM, and Grimes  WJ.  Ability of cell-sized beads bearing tumor cell membrane proteins to stimulate LAK cells to secrete interferon-$\gamma$ and tumor necrosis factor-$\alpha$.  *Cellular Immunology* (134): 96-110, 1991.

**ARTICLES APPEARING AS CHAPTERS IN EDITED VOLUMES:**

Pinckard JK. Chapter 19:  Overview of other (Nonpathology) forensic sciences.  In *Basic competencies in forensic pathology*, College of American Pathologists, Waukegan, IL, pp. 171-197. 2006.


**OTHER WRITINGS AND SCHOLARLY PRODUCTS:**

Pinckard JK.  Rat poisoning.  *CAPFR Series (FR-573) In Press*; College of American Pathologists.

Deisch J and Pinckard JK.  Lhermitte duclos.  *CAPFR Series (FR-559)* 2012; College of American Pathologists.

Pinckard JK.  Bad heart/robbing.  *CAPFR Series (FR-537)* 2011; College of American Pathologists.

Pinckard JK.  Anaphylaxis.  *CAPFR Series (FR-526)* 2010; College of American Pathologists.

Pinckard JK.  Review of: Forensic pathology for police, death investigators, attorneys, and forensic scientists.  In *Journal of Forensic Sciences* 2011:56; 566.

Pinckard JK.  Review of: Handbook of forensic pathology, 2nd edition.  In *Journal of Forensic Sciences* 2008:53; 241-242.

Pinckard JK and Graham MA.  Fat embolism syndrome.  *Check Sample (FP-294)* 2004;46(FP-3), American Society for Clinical Pathology.

Pinckard JK and Graham MA.  Pediatric heart valve tissue donation.  *Check Sample (FP-292)* 2004;46(FP-1), American Society for Clinical Pathology.

Pinckard JK.  Review of:  Principles of forensic toxicology.  In *Archives of Pathology and Laboratory Medicine* 2001:125; 582.


**REFEREED PRESENTATIONS AT PROFESSIONAL MEETINGS:**

Pinckard JK and Matshes E.  Academic Forensic Pathology:  The official publication of the National Association of Medical Examiners.  August 2011, National Association of Medical Examiners, AK.

Matshes EW, Evans RM, Pinckard JK, and Joseph JT.  Shaken infants die of neck trauma, not of brain trauma.  August 2011, National Association of Medical Examiners, AK.

Nashelsky M and Pinckard JK.  The death of SIDS.  August 2011, National Association of Medical Examiners, AK

Pinckard JK.  Integrating a medical examiner's office and a crime laboratory into a comprehensive laboratory information management system (LIMS):  Putting a square peg into a round hole.  September 2009, National Association of Medical Examiners, San Francisco, CA

Pinckard JK.  How to present a scientific paper.  In co-chaired workshop:  Research, writing, and reviewing:  A guide to designing, conducting, writing, publishing, and analyzing scientific research.  February 2007, American Academy of Forensic Sciences; San Antonio, TX

Pinckard JK.  Analyzing published scientific literature.  In co-chaired workshop:  Research, writing, and reviewing:  A guide to designing, conducting, writing, publishing, and analyzing scientific research.  February 2007, American Academy of Forensic Sciences; San Antonio, TX

Pinckard JK.  How to present a scientific paper.  In co-chaired workshop:  Research, writing, and reviewing:  A guide to designing, conducting, writing, publishing, and analyzing scientific research.  February 2006, American Academy of Forensic Sciences; Seattle, WA

Pinckard JK.  Analyzing published scientific literature.  In co-chaired workshop:  Research, writing, and reviewing:  A guide to designing, conducting, writing, publishing, and analyzing scientific research.  February 2006, American Academy of Forensic Sciences; Seattle, WA

Pinckard JK.  A review of molecular laboratory applications as an adjunct to the autopsy:  Where are we and where are we going?  October 2005, National Association of Medical Examiners; Los Angeles, CA

Pinckard JK.  Protocols for medical examiners and organ/tissue procurement organizations to ensure medical examiner release of organs and tissues for transplantation.   October 2005, National Association of Medical Examiners; Los Angeles, CA

Pinckard JK.  The role of the medical examiner/coroner in organ donation.  September 2004, National Association of Medical Examiners; Nashville, TN

Pinckard JK and Graham MA.  Deaths of entertainment-style wrestlers:  A case report and review of the literature.  September 2003, National Association of Medical Examiners; San Jose, CA

Pinckard JK and Graham MA.  Heart valve tissue donation does not preclude the diagnosis of clinically significant pediatric cardiac abnormalities.  September 2002, National Association of Medical Examiners; Shreveport, LA

Pinckard JK and Dunne WM.  Molecular characterization of an outbreak of imipenem-resistant *Acinetobacter baumannii*.  June 2002, Academy of Clinical Laboratory Physicians and Scientists; New York, NY

Pinckard JK, Hunsaker D, and Weedn VW.  A comprehensive analysis of forensic science training in forensic pathology fellowship programs.  February 2002, American Academy of Forensic Sciences; Atlanta, GA

<u>Pinckard JK</u> and Dunne WM.  Culturing bronchial washings obtained during bronchoscopy fails to add diagnostic utility to culturing the bronchoalveolar lavage fluid alone".  June 2001, Academy of Clinical Laboratory Physicians and Scientists; Seattle, WA

<u>Pinckard JK</u>, Sheehan KCF, and Schreiber RD.  Ligand-induced formation of p55 and p75 TNF receptor heterocomplexes on intact cells.  October 1996, Society for Leukocyte Biology; Verona, Italy

<u>Pinckard JK</u>, Sheehan KCF, and Schreiber RD.  Ligand-induced formation of p55 and p75 TNF receptor heterocomplexes on intact cells.  October 1996, Joint Meeting for the International Cytokine Society and the International Society for Interferon and Cytokine research; Geneva, Switzerland

<u>Pinckard JK</u>, Sheehan KCF, and Schreiber RD.  Constitutive shedding of both p55 and p75 TNF receptors in vivo.   July 1996, FASEB; New Orleans, LA

<u>Pinckard JK</u>, Sheehan KCF, and Schreiber RD.  Shedding of murine p55 and p75 TNF receptors in vivo.  June 1994, International TNF Congress; Monterey, CA

## TEACHING/EDUCATION:

### Classroom, laboratory teaching, and tutoring:

2012, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

2011, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

2010, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

2009, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

2008, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

2007, Fall Semester, 2nd year Medical Student Pathology course, General Pathology Block II, ~200 students. "Edema, congestion, hemorrhage, and infarction." University of Texas Southwestern Medical School.

### Medical Student, Resident and fellow teaching and mentoring:

**Medical Students:**

2013-present: mentoring and teaching of rotating medical students (University of New Mexico School of Medicine) for their forensic pathology elective at the University of New Mexico Office of the Medical Investigator

2003-2013: mentoring and teaching of rotating medical students (University of Texas Southwestern Medical School) for their forensic pathology elective at the Southwestern Institute of Forensic Sciences

**Pathology Residents:**

2013-present: mentoring, teaching, and attending of rotating pathology residents (University of New Mexico School of Medicine) during their hospital autopsy and forensic pathology rotation(s) at the University of New Mexico Office of the Medical Investigator

2003-2013:  mentoring, teaching, and attending of rotating pathology residents (University of Texas Southwestern Medical School and Baylor University School of Medicine) during their forensic pathology rotation(s) at the Southwestern Institute of Forensic Sciences

**Forensic Pathology Fellows:**

2013-present:  mentoring, teaching, and attending of forensic pathology fellows during their one-year fellowship at the University of New Mexico Office of the Medical Investigator (4 fellows per year)

2003-2013:  mentoring, teaching, and attending of forensic pathology fellows during their one-year fellowship at the Southwestern Institute of Forensic Sciences (2 fellows per year)

**Junior Faculty mentoring:**

2003-2013:  mentoring of six junior faculty at the Southwestern Institute of Forensic Sciences

**SERVICE (aside from primary Medical Examiner service work):**

Hospital Autopsy Pathology:

2013-present:  University of New Mexico Hospital autopsy service; time varies depending on number of cases

2003-2009:  Parkland, St. Paul, and Zale-Lipshy Hospitals:  on service 8-9 weeks per year; time varied depending on number of cases (note:  as of July 2009, the Medical Examiner's Office no longer covered the hospital service, as the hospitals made outside arrangements for this service)

### Benjamin Jay Leeah, M.D.



**benleeah@ttuhsc.edu**

| | |
|---|---|
| **LICENSURE** | Licensed by Texas State Board of Medical Examiners<br>American Board of Family Practice Certification 12/2003, recertified 7/2010 |
| **RESIDENCY TRAINING** | Department of Family & Community Medicine, Texas Tech University Health Sciences Center School of Medicine, Amarillo, TX 07/2000 – 06/2003<br>Chief Resident 07/2002 – 06/2003<br>President, Resident Housestaff Organization 07/2001-06/2002 |
| **MEDICAL EDUCATION** | Texas Tech University School of Medicine, Lubbock, TX 08/1996 - 05/2000<br>Doctorate of Medicine (M.D.), 05/2000 |
| **UNDERGRADUATE EDUCATION** | University of Houston-Downtown, Houston, Texas 08/1989 - 05/1995<br>BS Magna Cum Laude, Computer Science, 05/1995 |
| **HONORS/AWARDS** | Alpha Omega Alpha Honor Medical Society, inducted 3/2003<br>Outstanding First Year Resident in Family Medicine, Texas Tech School of Medicine, 2001<br>George H. Kollmar, M.D. Award, Amarillo VA Healthcare Systems, 2001<br>Mitchell Jones, M.D. Outstanding 3rd-year Student Award, 1999<br>Northwest Texas Healthcare System Scholarship, 1998-2000 |
| **EMPLOYMENT** | *11/2008 - CURRENT*<br>Texas Tech University Health Sciences Center<br>Correctional Managed Health Care<br>Northern Regional Medical Director<br>Support and supervision of medical providers in ten TDCJ units of the northern panhandle of Texas.  Direct patient care at Clements Unit and others as needed.  Participation in monthly statewide meetings with partner state agencies.<br>*8/2004 – 10/2008*<br>Panhandle Family Medicine Specialists, PLLC<br>Private practice of family medicine.<br>*8/2003 - 8/2004*<br>Bechtol, Henson and Leeah Family Physicians<br>Private practice of family medicine.<br>*08/1996 – 7/2003*<br>Medical School and Residency (see above)<br>*03/1996- 10/1996*<br>BJL Systems Consulting -- Private Consultant<br>I designed and programmed computer telephony systems for businesses. A typical job included specification of hardware, software, and telephone requirements and installation and training.<br>*08/1995 - 05/1996*<br>American Red Cross-Greater Houston Area Chapter<br>Asst. Director of Information Systems<br>Responsibilities for this position included installing and maintaining computer network terminals and cabling, intensive software training for employees, data processing, and user support.<br>*09/1987 - 11/1994*<br>Crate&Barrel -- Office and Stockroom Manager<br>I worked my way through undergraduate school. My responsibilities at this company ranged from janitorial chores to opening new stores as a corporate trainer/troubleshooter. |

**RESEARCH EXPERIENCE**

*08/1997 - 05/2003*
Texas Tech University HSC School of Medicine
Student & Resident Researcher
Research goals include a survey of electronic curricula in US medical schools, a web site with resources, and publication of the results in an appropriate journal.
*12/1994 - 05/1995*
University of Houston-Downtown Student Researcher
For my senior project in computer science I worked with researchers investigating the cardiotoxicity of doxorubicin. I took data from experiments with rat heart cell cultures and used fuzzy logic to model their behavior. The models were validated.

**PUBLICATIONS**

*11/1998*
Students To Students: Peer Tutoring At Texas Tech (Abstract) DM Ready, BJ Leeah.  23rd Annual Session Innovations in Medical Education-AAMC N/A. 58

**VOLUNTEER EXPERIENCE**

*04/1998 – 05/2003*
Trinity Fellowship Christian School Science Fair Judge
Continuing my long commitment to community science fairs, I served to judge high school and junior high projects here in Amarillo.
*03/1998 - 08/1999*
AAMC Organization of Student Representatives
Texas Tech School of Medicine Representative
I traveled to the National and Regional meetings of the Association of American Medical Colleges Organization of Student Representatives. Upon return, I gave presentations to the medical students on current events and computer based testing.
*08/1997 - 08/1998*
Texas Tech School of Medicine Student Government President
Elected by the medical school class officers, I served a one-year term and directed the efforts of the Medical Student Government including travel to national meetings, planning the annual spring event, and allocating funds to other organizations.
*08/1996 - 08/1997*
Texas Tech School of Medicine Student Government Secretary
Elected by fellow class officers, I served a one-year term and led the effort to consolidate and update the Medical Student Government constitution.
*08/1996 - 05/2000*
Texas Tech School of Medicine Class of 2000 President
My classmates elected me President each year. Responsibilities included meetings with faculty and administration. I heard student grievances and worked to improve the experience. I served on panels and committees for student services.

**LANGUAGE FLUENCY (OTHER THAN ENGLISH)**

Spoken Spanish in the clinical setting

**OTHER ACCOMPLISHMENTS**

*11/1998*
Co-presented exhibit of Peer Tutoring at Texas Tech, AAMC National Meeting
*08/1995*
Presented senior thesis at MAA National Conference and received award.

**HOBBIES/INTERESTS**

My wife, Robin, and I stay busy with our daughters Madeline and Natalie.  We enjoy travelling.  We are active in our church.  I make time for leisure reading and several hobbies.