# Exhibit 1

ORAL DEPOSITION OF STEPHEN MICHAEL MCCOLLUM

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION

 3   STEPHEN MCCOLLUM, et al,         )
           Plaintiffs,                )
 4                                    )
     V.                               )   C.A. No. 3:12-CV-02037
 5                                    )
                                      )
 6   BRAD LIVINGSTON, et al,          )
           Defendants.                )
 7

 8   ********************************************************

 9                      ORAL DEPOSITION OF

10                  STEPHEN MICHAEL MCCOLLUM

11                      November 22, 2013

12   ********************************************************

13

14

15       ORAL DEPOSITION OF STEPHEN MICHAEL MCCOLLUM,

16   produced as a witness at the instance of the Defendant

17   University of Texas Medical Branch and duly sworn, was

18   taken in the above-styled and numbered cause on the 22nd

19   of November, 2013, from 3:35 p.m. to 5:22 p.m., before

20   DEBRA L. McGREW, CSR in and for the State of Texas,

21   reported by machine shorthand at the offices of Edwards

22   Law, 1101 E. 11th Street, Austin, Texas, pursuant to the

23   Federal Rules of Civil Procedure.

24

25
```