# Exhibit 2

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
 2                     DALLAS DIVISION

 3   STEPHEN MCCOLLUM, et al,          )
            Plaintiffs,                )
 4                                     )
     V.                                )  C.A. No. 3:12-CV-02037
 5                                     )
                                       )
 6   BRAD LIVINGSTON, et al,           )
            Defendants.                )
 7

 8   *******************************************************

 9                     ORAL DEPOSITION OF

10                     STEPHANIE KINGREY

11                     November 22, 2013

12   *******************************************************

13

14

15       ORAL DEPOSITION OF STEPHANIE KINGREY, produced as a

16   witness at the instance of the Defendant University of

17   Texas Medical Branch and duly sworn, was taken in the

18   above-styled and numbered cause on the 22nd of

19   November, 2013, from 12:09 p.m. to 3:25 p.m., before

20   DEBRA L. McGREW, CSR in and for the State of Texas,

21   reported by machine shorthand at the offices of

22   Edwards Law, 1101 E. 11th Street, Austin, Texas,

23   pursuant to the Federal Rules of Civil Procedure.

24

25
```