# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., Plaintiffs, | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

### DEFENDANT UTMB'S NOTICE OF DEPOSITION OF STEPHEN MCCOLLUM WITH SUBPOENA DUCES TECUM

TO:  Plaintiff Stephen McCollum, through his attorneys Jeff Edwards and Scott Medlock at The Jeff Edwards Law Firm, 1101E. 11th Street, AustinTX78702; and Brian McGiverin at Texas Civil Rights Project, 1405 Montopolis Dr., Austin, TX 78741

**PLEASE TAKE NOTICE THAT**, pursuant to FED. R. CIV. P. 30, defendant UTMB will take the oral deposition of plaintiff **Stephen McCollum**, to be used as testimony in the trial of this case. The deponent shall appear in person on **February 10, 2014 at 1:00 p.m.** at the location listed below to give his testimony in this cause of action. The deposition will continue from day to day until completed.

The Edwards Law Firm
1101 E. 11th Street
Austin TX 78702

Sunbelt Court Reporters is requested to provide court reporting. You are invited to attend and cross-examine.

**PLEASE TAKE FURTHER NOTICE** that in connection with the taking of this deposition, the deponent is asked to produce the materials described in the Subpoena *Duces Tecum* attached as **Exhibit A** and incorporated herein by reference.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Kim Coogan*
**KIM COOGAN**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 00783867
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080
(512) 495-9139 Fax
ATTORNEYS FOR DEFENDANT UTMB

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the foregoing **Defendant UTMB's Notice of Deposition of Stephen McCollum** has been served via electronic service and by placing same in the United States Certified Mail, postage prepaid, on **January 22, 2014**, addressed to:

**Jeff Edwards**  
The Edwards Law Firm  
1101 E. 11th Street  
Austin TX 78702  
jeff@edwards-law.com  
Scott@edwards-law.com  

CMRRR 7008 0500 0001 5046 8022

**Brian Rolland McGiverin**  
Texas Civil Rights Project  
1405 Montopolis Dr.  
Austin TX 78741  
brian@texascivilrightsproject.org  

CMRRR 7008 0500 0001 5046 8015

**Bruce Garcia**  
Assistant Attorney General  
P. O. Box 12548, Capitol Station  
Austin TX 78711-2548  

Via Hand Delivery

**Demetri Anastasiadis**  
Assistant Attorney General  
P. O. Box 12548, Capitol Station  
Austin TX 78711-2548  

Via Hand Delivery

*/s/ Kim Coogan*  
**KIM COOGAN**  
Assist

## EXHIBIT A

## SUBPOENA DUCES TECUM

1. Please produce the birth certificates of any natural or adopted minor children of Larry McCollum.

2. Please produce any diaries made either by you or by Larry McCollum during the time of Larry McCollum's incarceration in any facility.

3. Please produce any medical records, including bills, for treatment that you claim was necessitated by Larry McCollum's death, or the effect of his death on you.

4. Please produce any grievances, letters or other communications, either written or verbal, in which Larry McCollum requested an accommodation to any UTMB or TDCJ employee for any condition.

5. Please produce copies of any photographs, videotapes or audio tapes of Larry McCollum that you believe accurately reflect his life or personality. This request may be limited to those photographs, video tapes or audio tapes that you intend to present to a jury at trial.

6. Please produce any correspondence between Larry McCollum and you, or between Larry McCollum and any close friend or relative of which you are aware, written or sent during any incarceration of Larry McCollum.

7. Please sign and date the attached release of information to the Social Security Administration for the release of social security disability records, if any.

8. Please sign and date the attached release of information to the Social Security Administration for the release of social security earnings records, if any.