# Exhibit 5

ORAL DEPOSITION OF STEPHANIE KINGREY

```
1           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
2                     DALLAS DIVISION

3    STEPHEN MCCOLLUM, et al,      )
             Plaintiffs,           )
4                                  )
     V.                            )  C.A. No. 3:12-CV-02037
5                                  )
                                   )
6    BRAD LIVINGSTON, et al,       )
             Defendants.           )
7

8    ***********************************************************

9                    ORAL DEPOSITION OF

10                   STEPHANIE KINGREY

11                   November 22, 2013

12   ***********************************************************

13

14

15       ORAL DEPOSITION OF STEPHANIE KINGREY, produced as a

16   witness at the instance of the Defendant University of

17   Texas Medical Branch and duly sworn, was taken in the

18   above-styled and numbered cause on the 22nd of

19   November, 2013, from 12:09 p.m. to 3:25 p.m., before

20   DEBRA L. McGREW, CSR in and for the State of Texas,

21   reported by machine shorthand at the offices of

22   Edwards Law, 1101 E. 11th Street, Austin, Texas,

23   pursuant to the Federal Rules of Civil Procedure.

24

25
```

ORAL DEPOSITION OF STEPHANIE KINGREY

1  when he lived in -- at the Bonham facility about
2  anything related to prison?
3      A.  No.
4      Q.  Do you recall if he claimed -- if he complained
5  about the air-conditioning while he was at Bonham?
6      A.  Not to my knowledge, no.
7      Q.  And when he went to live at the Bonham unit,
8  was he -- was he obese at that time?
9      A.  Yes.
10     Q.  And so your testimony is that, prior to him
11 going to the Bonham unit, you had no -- you had no idea
12 if he had any psychiatric problems?
13     A.  Right.
14     Q.  Did you ever learn that he had some psychiatric
15 problems?
16     A.  No.
17     Q.  Well, when did he get out of the Bonham unit,
18 approximately?
19     A.  Around 2007, I believe, or 2008.
20     Q.  And when he -- was he married when he got out
21 of Bonham?
22     A.  No.
23     Q.  Where did he go to live after that?
24     A.  That's when me and my brother took him to Care
25 Center Ministries.

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1        A.   Not at that point, no.
 2        Q.   As far as you know, did he ever take any
 3   medications for diabetes?
 4        A.   Not that I know of.
 5        Q.   Do you know -- are you aware of him ever being
 6   diagnosed with diabetes?
 7        A.   He told me before he went in to Waco that he
 8   was a diabetic.
 9        Q.   And was that a surprise to you?
10        A.   No, because it runs in the family.
11        Q.   Okay.  And did you ask him whether he was
12   taking any medication for that?
13        A.   No.
14        Q.   Did you have any concerns about how he might
15   pay for medication for that diabetes?
16        A.   My guess?
17        Q.   Uh-huh.
18        A.   Yeah.
19        Q.   I'm sorry?
20        A.   Yes.
21        Q.   You --
22        A.   I didn't know how he would pay for it if he had
23   to.
24        Q.   Okay.  And did you ever ask him, Hey, Dad,
25   you're not working, how are you paying for your diabetes
```

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1       A.    No.
 2             MS. COOGAN:  I'm going to pass the
 3  witness.
 4             MR. STONE:  Do you want to take lunch
 5  right now?  Do you mind if we take a lunch break?
 6             MR. MEDLOCK:  If that's what y'all would
 7  prefer.
 8             MS. COOGAN:  Okay.
 9             (Lunch recess from 1:24 to 2:43).
10                     EXAMINATION
11  BY MR. STONE:
12       Q.    Hi, Ms. McCollum.
13       A.    Hello.
14       Q.    Do you understand that you're under oath today?
15       A.    Yes.
16       Q.    Is this your first deposition?
17       A.    No.
18       Q.    How many depositions have you participated in
19  before?
20       A.    One other.
21       Q.    What was that deposition about?
22       A.    The wreck my dad was in.
23       Q.    And when was that?
24       A.    When was --
25       Q.    What year was that?
```

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   2010.  We just did the deposition, though, a
 2  few weeks ago.
 3      Q.   Okay.  So you've already kind of got a little
 4  bit of experience going through this, especially
 5  recently, right?
 6      A.   Uh-huh, yes.
 7      Q.   So you understand that you've sworn an oath to
 8  tell the truth today --
 9      A.   Yes.
10      Q.   -- and that any testimony you give that's not
11  honest you could be subject to sanctions for?
12      A.   Right, yes.
13      Q.   Consequences if you lie?
14      A.   Yes.
15      Q.   Okay.  You mentioned earlier in your
16  testimony -- well, before I ask that -- strike that.
17           Is there any testimony that you've given
18  so far that you'd like to change right now --
19      A.   No.
20      Q.   -- during this deposition?
21           No.  Okay.
22           You testified earlier that diabetes runs
23  in your family, right?
24      A.   Yes.
25      Q.   Do you have diabetes?
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                        DALLAS DIVISION

 3  STEPHEN MCCOLLUM, et al,      )
            Plaintiffs,           )
 4                                )
    V.                            )  C.A. No. 3:12-CV-02037
 5                                )
                                  )
 6  BRAD LIVINGSTON, et al,       )
            Defendants.           )
 7

 8

 9                   REPORTER'S CERTIFICATION
                       ORAL DEPOSITION OF
10                      STEPHANIE KINGREY
                        November 22, 2013
11

12          I, Debra L. McGrew, Certified Shorthand

13  Reporter in and for the State of Texas, hereby certify

14  to the following:

15          That the witness, STEPHANIE KINGREY, was duly

16  sworn by the officer and that the transcript of the oral

17  deposition is a true record of the testimony given by

18  the witness;

19          I further certify that pursuant to FRCP Rule

20  30(f)(1) that the signature of the deponent:

21  ____ was requested by the deponent or a party

22  before the completion of the deposition and returned

23  within 30 days from date of receipt of the transcript.

24  If returned, the attached Changes and Signature page

25  contains any changes and the reasons therefor;
```

ORAL DEPOSITION OF STEPHANIE KINGREY

1     __X__ was not requested by the deponent or a
2 party before the completion of the deposition.
3     I further certify that I am neither attorney
4 nor counsel for, related to, nor employed by any of the
5 parties to the action in which this testimony was taken.
6 Further, I am not a relative or employee of any attorney
7 of record in this case, nor am I financially or
8 otherwise interested in the outcome of the action.
9     Subscribed and sworn to on this the 9th day of
10 December, 2013.

    _____
    Debra L. McGrew, Texas CSR #1573
    Expiration Date: 12/31/2014
    Sunbelt Reporting & Litigation Services
    Firm Registration No. 87
    1016 La Posada Drive, Suite 294
    Austin, Texas 78752
    512-465-9100

    Job No. 113925