# Exhibit 7

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

1721640

### I. IDENTIFICATION

NAME: McCollum Jury  OCCUPATION: Driver  EDUCATION: High School

DOB: 04/04/53  COUNTY: McLennan  PREVIOUS TDCJ #(s): _____

### II. FAMILY HISTORY

| # | Condition | YES | NO | # | Condition | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | **NO** | 18 | INH Prophylaxis | YES | **NO** |
| 2 | Cancer | **YES** | NO | 19 | Intravenous Drug Abuse | YES | **NO** |
| 3 | Diabetes | **YES** | NO | 20 | Kidney Disease | YES | **NO** |
| 4 | Heart Disease | **YES** | NO | 21 | Liver Disease | YES | **NO** |
| 5 | High Blood Pressure | **YES** | NO | 22 | Mental Illness | **YES** | NO |
| | | | | 23 | Non Intravenous Drug Abuse/Alcoholism | YES | **NO** |
| 6 | Tuberculosis | YES | **NO** | | | | |

### III. PERSONAL HISTORY

| # | Condition | YES | NO | # | Condition | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Asthma/Emphysema | YES | **NO** | 24 | Peptic Ulcers | YES | **NO** |
| 2 | Back Injury | **YES** | NO | 25 | Rheumatic Fever | YES | **NO** |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | **NO** | 26 | Rheumatism/Arthritis | **YES** | NO |
| 4 | Cancer | YES | **NO** | 27 | Seasonal Allergies | YES | **NO** |
| 5 | Cavities | **YES** | NO | 28 | Sexually Transmitted Diseases | YES | **NO** |
| 6 | Depression/Suicide Attempt | **YES** | NO | 29 | Smoker | YES | **NO** |
| 7 | Diabetes | **YES** | NO | 30 | Tetanus Immunization Date | YES | **NO** |
| | | | | 31 | Tuberculosis | YES | **NO** |
| 8 | Drug/Food Allergies | YES | **NO** | 32 | Unprotected Sex w/Multiple Partners | YES | **NO** |
| 9 | Epilepsy/Seizures | YES | **NO** | 33 | Other | | |
| 10 | Glasses/Hearing Aid | **YES** | NO | **IV. OBSTETRIC/GYNECOLOGICAL HX** | | X N/A | |
| 11 | Gum disease | **YES** | NO | 1 | Date of last menstrual period | | |
| 12 | Head Injury | YES | **NO** | 2 | Number of pregnancies/live births | | |
| 13 | Heart Disease/Angina | YES | **NO** | 3 | History of Problem pregnancy | | |
| 14 | Hepatitis | YES | **NO** | 4 | Date of last pap smear | | |
| 15 | High Blood Pressure | **YES** | NO | 5 | Date of last mammogram | | |
| 16 | HIV+/AIDS | YES | **NO** | 6 | History of birth control methods (IUD, pills, etc.) | | |
| | Prior HIV Test Date | | NO | | | | |
| 17 | Homosexual/Bisexual Activities | | NO | | | | |

A. If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

B. History of hospitalization? **YES** NO — Please list the DATE, HOSPITAL, CONDITION: Hillcrest Hospital

C. Do you have any current medical, mental health or dental complaints? **YES** NO
If yes, what: tooth pull, Depression

D. Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES **NO** If YES, when?

E. What illegal drugs have you used? no
What was the mode(s) of use? (Please circle) Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol? YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications? **YES** NO
If YES, what: See Med Sheet

HSM-13 (6/06)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
| | | Sores | YES | NO | Other | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | |
| | | Other | | | | | | | |

| H | BEHAVIOR AND MENTAL STATUS |
|---|---|

| Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | | Other | | | |
|---|---|---|---|---|---|---|---|---|

Orientation (ask questions and document response)
- What is today's date? 7/15/11
- What time is it? Morning
- What place is this? Hutchins

| Speech | ✓ Normal | Loud | | Soft | | Mumbling | | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| Attitude | ✓ Appropriate | | Laughing | | Crying | | Cursing | Quiet | Other | |

| I | THOUGHT CONTENT (Please circle YES or NO) | | |
|---|---|---|---|
| | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| J. | DISPOSITION | | | | | |
|---|---|---|---|---|---|---|
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | ✓ CID |
| | Immediate referral to | Medical | Mental Health | Dental | CID |
| | Release to general population | ✓ YES | NO | Other | |

Offender Signature: _[signature]_   Date: 7-15-11

Reviewer Signature: _[signature]_   Date: 7/15/11

_[additional signature] RN 7/18/11_

HSM-13 (6/06)