UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**ORDER**

This Court, after considering Plaintiffs' Motion for a Protective Order and Motion to Quash Unauthorized Depositions, Defendants' Response, Plaintiffs' Reply, the arguments of counsel, and all applicable law, hereby GRANTS Plaintiffs' Motion for a Protective Order and Motion to Quash Unauthorized Depositions.

Dated: _____, 2014.

_____
Sam Lindsey
UNITED STATES DISTRICT JUDGE