IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, § | |
| Defendants. § | |

### DEFENDANT UTMB'S AMENDED DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, The University of Texas Medical Branch, by and through its attorney of record, the Attorney General of the State of Texas, and files this Designation of experts.

1. Glenda Adams, M.D.,
   Sr. Medical Director Inpatient Services
   200 River Pointe
   Suite 200
   Conroe, Texas 77304
   512-475-2335 c/o Kim Coogan

   Dr. Adams will testify about the medical care provided to Mr. McCollum, policies and procedures of UTMB Correctional Managed Care, activities of the Correctional Managed Care committee. She will testify regarding those issues discussed in her deposition and expert report.

2. Ananda D. Babbili, PA
   Hutchins State Jail
   1500 E. Langdon Rd.
   Dallas TX 75241
   972-225-1304 x 6266

   Mr. Babbili wrote a prescription for Mr. McCollum. Mr. Babbili will testify about the medical care provided to Mr. McCollum at the Hutchins unit as well as a review of the records from McLennan County.

1

3. Tito Orig, M.D.
   Hutchins State Jail
   1500 E. Langdon Rd.
   Dallas TX 75241
   972-225-1304 x 6266
   972-225-8355 (fax)

   Dr. Orig ordered lab tests for Mr. McCollum. Dr. Orig may testify about the medical care provided to Mr. McCollum at the Hutchins unit as well as a review of the records from McLennan County.

4. Keith Pinckard, M.D.
   Medical Examiner
   Southwestern Institute of Forensic Sciences
   Dallas, Texas

   Dr. Pinckard performed the autopsy of Mr. McCollum.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for
Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division


/s/KIM COOGAN
KIM COOGAN
Assistant Attorney General
State Bar No. 00783867
P. O. Box 12548, Capitol Station
Austin, Texas  78711

**ATTORNEYS FOR DEFENDANT**
**UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendant UTMB's Amended Designation of Experts** to the Court, on February 25, 2014 in the Northern District of Texas, Dallas Division.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant UTMB's Amended Designation of Experts** has been served by placing same in the United States Mail on this the 25th day of February, 2014, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702

Bruce R. Garcia                                  *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Johnathan Stone                                  *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Demetri Anastasiadis                             *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

/s/KIM COOGAN
KIM COOGAN
Assistant Attorney General

3