UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>                        PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>                        DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 <br> JURY DEMAND |

**ORDER**

This Court, after considering Defendant University of Texas Medical Branch's Motion to Dismiss Second Amended Complaint, Plaintiffs' Response, Plaintiffs' Brief in Support of Plaintiffs' Response, the arguments of counsel, and all applicable law, hereby DENIES Defendant University of Texas Medical Branch's Motion to Dismiss Second Amended Complaint.

Dated: _____, 2014.


_____
Sam Lindsey
UNITED STATES DISTRICT JUDGE