UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>　　　　　　　　　PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>　　　　　　　　　DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

## ORDER

This Court, after considering Plaintiffs' Motion to Compel Responses to Requests for Production and Deposition Testimony, Defendants' Response, Plaintiffs' Reply, the arguments of counsel, and all applicable law, hereby GRANTS Plaintiffs' Motion.

UTMB shall produce all peer review documents for Larry McCollum pursuant to the request for production, and all documents responsive to the subpoena duces tecums served on UTMB, Dr. Owen Murray, and Dr. Glenda Adams.

Further, UTMB shall make itself, Murray, and Adams available for deposition to answer questions where the purported peer review privilege was asserted.

Dated: _____, 2014.

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Sam Lindsey
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE