IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, STEPHANIE KINGREY**, **and SANDRA McCOLLUM**, individually and as heirs at law to the Estate of Larry Gene McCollum, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDRA SANDERS, ROBERT EASON, THE UNIVERSITY OF TEXAS MEDICAL BRANCH, and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), Plaintiffs' Motion to Compel Responses to Request for Production and Deposition Testimony from Defendant University of Texas Medical Branch, filed March 12, 2014, is hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination.  This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution.  All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**Order of Reference – Page 1**

**It is so ordered** this 13th day of March, 2014.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

**Order of Reference – Page 2**