IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

### ORDER ON DEFENDANT TDCJ'S OPPOSED MOTION FOR *IN CAMERA* REVIEW OF PRIVILEGED DOCUMENTS

On this day came before the Court **Defendant TDCJ's Opposed Motion For *In Camera* Review of Privileged Documents.**

The Court, having considered the motion and opposition hereby **GRANTS Defendant TDCJ's Opposed Motion For *In Camera* Review of Privileged Documents**.

SIGNED and ENTERED on this the _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**