# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
|    *Defendants*. | § | |

## ORDER

Before this Court is the Texas Department of Criminal Justice's Unopposed Motion to Seal Privileged Documents for *In Camera* Review. Defendants Motion is Granted.

SIGNED and ENTERED on this the _____ day of _____, 2014.

_____

**UNITED STATES DISTRICT JUDGE**