UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-02037 JURY DEMAND |

**PLAINTIFFS' RESPONSE TO DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S MOTION FOR IN CAMERA REVIEW**

Plaintiffs requested documents routinely reviewed by the Texas Department of Criminal Justice and University of Texas Medical Branch following a prisoner's death. Plaintiffs requested the documents, Defendants refused to produce them, and Plaintiffs filed a motion to compel which has been fully briefed and is awaiting a decision. *See* Doc. 144.

Defendant TDCJ now asks the Court to review the disputed documents *in camera*. Plaintiffs do not object to the Court reviewing the documents before they are produced, but Plaintiffs contend the documents are not privileged in federal court and thus *in camera* review is unnecessary.

TDCJ and UTMB rely on a privilege that only exists under *state* law. Under

Texas law, peer review documents are subject to subpoena only after an *in camera* review determines the documents are relevant in certain types of lawsuits, including § 1983 civil rights cases. *See* TEX. OCC. CODE § 160.007(b). Here, neither defendant claims the documents are irrelevant, only that they are privileged. As Plaintiffs' motion to compel explains, there is no federal privilege that protects these documents from disclosure. *See* Doc. 144, p. 5-6. Thus, because even under the Texas-law procedure *in camera* review only determines relevancy, *in camera* review is unnecessary and the documents should be produced.

      Therefore, Plaintiffs respectfully request the documents be produced as soon as possible.

Dated: April 16, 2014.

          Respectfully submitted,

          The Edwards Law Firm
          The Haehnel Building
          1101 East 11th Street
          Austin, TX 78702
              Tel.   512-623-7727
              Fax.  512-623-7729

      By    /s/ Jeff Edwards
          JEFF EDWARDS
          State Bar No. 24014406
          Scott Medlock
          State Bar No. 24044783
          Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
c/o TRLA 4920 N. I-35
Austin, TX 78751
(512) 474-5073 [phone]
(512) 474-0726 [fax]

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

    By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

By    /s/ Jeff Edwards
JEFF EDWARDS