IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § |
| Plaintiffs, | § |
| v. | §   Civil Action No. **3:12-CV-2037-L** |
| **BRAD LIVINGSTON,** *et al.*, | § |
| Defendants. | § |

## ORDER

Before the court is the Texas Department of Criminal Justice's Unopposed Motion to Seal Privileged Documents for *In Camera* Review, filed April 14, 2014.  The court determines that the motion should be, and is hereby, **granted**.  Accordingly, the court **directs** the clerk of court to place the documents under **seal** for *In Camera* Review.

**It is so ordered** this 16th day of April, 2014.

Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**