## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **STEPHEN McCOLLUM,** *et al.*, § | |
| *Plaintiffs*, § | |
| § | |
| v.   § | **CIVIL ACTION NO. 3:12-CV-02037** |
| § | |
| **BRAD LIVINGSTON,** *et al.*, § | |
| *Defendants.* § | |

## NOTICE OF DESIGNATION OF CO-COUNSEL

Defendant University of Texas Medical Branch files this Notice of Designation of Co-Counsel in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General **Calysta L. Lantiegne** is co-counsel to Assistant Attorney General **Kim Coogan** in this matter. **AAG Coogan** remains as the lead attorney-in-charge. Please add **Calysta L. Lantiegne** to any future notifications of filings in this matter.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Calysta L. Lantiegne*
**CALYSTA L. LANTIEGNE**
Assistant Attorney General
State Bar No. 24057611

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT UTMB**

**NOTICE OF ELECTRONIC FILING**

I, **CALYSTA L. LANTIEGNE**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Notice of Designation of Co-Counsel** in accordance with the Electronic Case Files System of the Northern District of Texas, on this 17th day of April, 2014.

/s/ *Calysta L. Lantiegne*
**CALYSTA L. LANTIEGNE**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **CALYSTA L. LANTIEGNE**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Notice of Designation of Co-Counsel** has been served via the Court's electronic filing service (PACER) on this 17th day of April, 2014 addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35.
Austin, Texas  78751-2716

Bruce Garcia
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, Texas  78701

Demetri Anastasiadis
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, Texas  78701

Kim Coogan
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, Texas  78701

/s/ *Calysta L. Lantiegne*
**CALYSTA L. LANTIEGNE**
Assistant Attorney General