IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE MCCOLLUM, *et al.*, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     Defendants. | § | JURY |

**BRAD LIVINGSTON'S OPPOSED MOTION TO EXTEND
SUMMARY JUDGMENT DEADLINE**

**TO THE HONORABLE JUDGE OF THIS COURT:**

The deadline for the filing of a Motion for Summary Judgment is May 2, 2014. Livingston has pending before this Court his Motion to Dismiss on the Basis of Qualified Immunity. The United States Magistrate has ruled in this case that this defendant may not be deposed until 30 days after the Court has ruled on his Motion to Dismiss: (February 8, 2014, Doc. 129)

> Brad Livingston is ORDERED to appear for deposition within 30 days
> after District Judge Lindsay rules on Livingston's Motion to Dismiss
> (Doc. 85).[1]

If this defendant files a Motion for Summary Judgment on or before May 2, 2014 before the Court has ruled on his Motion to Dismiss, Plaintiffs will likely move this Court to permit the taking of his deposition to obtain evidence on which to create a fact issue as to the Motion for Summary Judgment.

Public officials are entitled to protection from discovery until the Court has ruled on their assertion of qualified immunity as Brad Livingston has done in his Motion to Dismiss. *Backe*

---

[1] In Doc. 129, pp.3-4, Magistrate Judge Toliver discusses applicable law holding that public officials should not be deposed prior to a Court's determination that the live Complaint sets for sufficient facts to defeat their qualified immunity.

*v. Leblanc,* 691 F.3d 645, 648 (5th Cir. 2012) ("One of the most salient benefits of qualified immunity is protection from pretrial discovery, which is costly, time consuming, and intrusive."). Livingston would be forced to waive such protection if required to file a Motion for Summary Judgment prior to this Court's adjudication of his Motion to Dismiss on the basis of Qualified Immunity.

**WHEREFORE** Defendant Livingston asks this Court to extend the summary judgment deadline from May 2, 2014 until 30 days after the Court has adjudicated his pending Motion to Dismiss on the basis of Qualified immunity.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for
Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 01164480

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080 / (512) 495-9139 (fax)

**ATTORNEYS FOR DEFENDANT
BRAD LIVINGSTON**

**CERTIFICATE CONFERENCE**

The motion is expected to be opposed. Counsel for Defendant Livingston contacted Plaintiffs' counsel via electronic mail on Monday April 21, 2014 and received a response that Plaintiffs would respond to whether they were opposed at a later time, but have not done so.

**NOTICE OF ELECTRONIC FILING**

I, **DEMETRI ANASTASIADIS**, Assistant Attorney General of Texas certify that I have electronically submitted for filing, a copy of the above and foregoing in accordance with the Electronic Case Files system of the Northern District of Texas, on the 22th day of April, 2014.

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **DEMETRI ANASTASIADIS**, Assistant Attorney General of Texas, certify that a copy of foregoing has been served electronically on the 22rd day of April, 2014 addressed to:

Jeff Edwards
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, Texas  78702
jeff@edwards-law.com
*Attorney for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*

James Harrington
Brian McGiverin
Scott Medlock
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas  78741
jch@mail.utexas.edu
brian@texascivilrightsproject.org
scott@texascivilrightsproject.org
*Attorneys for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*

-3-

Eliot D Shavin
SMU LEGAL CLINIC
2600 State Street
Dallas, Texas  75204
eshavin@sbcglobal.net
*Attorney for Plaintiffs Stephen McCollum*
*Stephanie Kingrey, and Sandra McCollum*

Bruce R Garcia
Johnathon Stone
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
bruce.garcia@texasattorneygeneral.gov
johnathan.stone@texasattorneygeneral.gov
*Attorneys for Defendants Texas Department of*
*Criminal Justice, Richard Clark, Robert Eason,*
*Jeff Pringle, Sandrea Sanders, and Karen Tate*

Kim Coogan
Erika Hime
Lacey Mase
Assistant Attorney Generals
Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
kim.coogan@texasattorneygeneral.gov
erika.hime@texasattorneygeneral.gov
lacey.mase@texasattorneygeneral.gov
*Attorneys for Defendant*
*University of Texas Medical Branch*

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General