IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHANIE MCCOLLUM, *et al.*, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     Defendants. | § | JURY |

**ORDER**

Before this Court came to be considered defendant Brad Livingston's Motion to extend the deadline to file his Motion for Summary Judgment until 30 days after this Court has ruled on his Motion to Dismiss based on qualified immunity. The Court finds that the Motion has merit and should be granted.

It is **ORDERED** that the time within which to file Livingston's Motion for Summary should be and is extended to 30 days after this Court has ruled on his Motion to Dismiss on the basis of qualified immunity.

It is so **ADJUDGED** THIS _____ day of April, 2014.

_____
**PRESIDING JUDGE**