IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*, § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, § | |
| *Defendants*. § | |

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S NOTICE OF APPEARANCE AS CO-COUNSEL

Defendants TDCJ, Eason, Pringle, Sanders, Tate, and Clark file this Notice of Appearance as Co-Counsel in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General **Matthew J. Greer** is co-counsel to Assistant Attorney General **Bruce R. Garcia** in this matter. **AAG Bruce R. Garcia** remains as the lead attorney-in-charge. Please add **Matthew J. Greer** to any future notifications of filings in this matter.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/*Matthew J. Greer*
**MATTHEW J. GREER**
Assistant Attorney General
State Bar No. 24069825
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE**

## NOTICE OF ELECTRONIC FILING

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Texas Department of Criminal Justice's Notice of Appearance as Co-Counsel** to the Court, on April 24, 2014 in the Northern District of Texas, Dallas Division.

/s/*Matthew J. Greer*
**MATTHEW J. GREER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Texas Department of Criminal Justice's Notice of Appearance as Co-Counsel** has been served via the Court's electronic filing service (PACER) on this the 24th day of April, 2014, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35.
Austin, Texas  78751-2716

Kim Coogan                                                  (Via Hand-Delivery)
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, Texas  78701

Demetri Anastasiadis                                        (Via Hand-Delivery)
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, Texas  78701

/s/*Matthew J. Greer*
**MATTHEW J. GREER**
Assistant Attorney General