Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: McCollum (Last) Larry (First) G. (MI)   DOB: 4/04/53   AGE: 58
STATE ID# 3950494   RACE: W   SEX: Male ___ Female ✓
COUNTY/TDCJ# 34610   WT. 330   HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
A. Health Problems
- 1. None
- 2. Asthma
- 3. Pregnancy
- 4. Dental Priority
- 5. Diabetes
- 6. Drug Abuse
- 7. Alcoholism
- 8. Orthopedic Problems
- 9. Cardiovascular/Heart Trouble
- 10. Suicidal
- 11. Mental Retardation
- 12. Mental Illness (Specify diagnosis) _____
- 13. Recent Surgery
- 14. Seizures
- 15. Dialysis
- X 16. Hypertension
- ✓ 17. CARE System Y/N

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

III. SPECIAL NEEDS (Check all that apply)
A. Housing Restrictions
- X 1. None
- 2. Skilled Nursing Facility
- 3. Extended Care Facility
- 4. Psychiatric Inpatient Facility
- 5. Respiratory Isolation
- 6. Other.

B. Transportation
- X 1. Routine
- 2. Crutches/Cane
- 3. Ambulance
- 4. Wheelchair/Wheelchair Van
- 5. Prosthesis: _____

C. Pending Specialty Clinic Appointment
None X   Type _____

D. ALLERGIES NKA

NKA _____

B. Preventive Medicine
- ✓ 1. Tuberculosis Status
  Skin Test: Date Given: 6/24/11   Date Read: 6/27/11   Results Ø ___ mm*
  X-Ray: Date ___/___/___   Normal ___   Abnormal ___*   Anti-TB Treatment? No ___ Yes ___*
- 2. Hepatitis: A ___ B ___ C ___ Other: _____
- 3. HIV Antibody: Test Date: ___/___/___   Results: Neg ___ Pos ___ CD4: ___ Date ___/___/___
- 4. Syphilis: Date: ___/___/___ Type: ___ Treatment Completed: ___Yes ___No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS   None _____

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | PRN ↑ B/P |
| | | |
| | | |
| | | |
| | | |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES
COMPLETED BY: Sheila Smith LVN (Signature/Title)   DATE: 7/15/11
PHONE NUMBER: 254-757-2555   FACILITY: McLennan County Jail

DEFENDANT'S EXHIBIT 1

MCCOLLUM 017