Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

1721640

**I. IDENTIFICATION**

NAME: McCollum Larry    OCCUPATION: Driver    EDUCATION: High School

DOB: 04/04/53    COUNTY: McLennan    PREVIOUS TDCJ #(s): _____

**II FAMILY HISTORY**

| # | Condition | YES | NO |
|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | NO |
| 2 | Cancer | YES | NO |
| 3 | Diabetes | YES | NO |
| 4 | Heart Disease | YES | NO |
| 5 | High Blood Pressure | YES | NO |
| 6 | Tuberculosis | YES | NO |
| 18 | INH Prophylaxis | YES | NO |
| 19 | Intravenous Drug Abuse | YES | NO |
| 20 | Kidney Disease | YES | NO |
| 21 | Liver Disease | YES | NO |
| 22 | Mental Illness | YES | NO |
| 23 | Non Intravenous Drug Abuse/Alcoholism | YES | NO |
| 24 | Peptic Ulcers | YES | NO |

**III PERSONAL HISTORY**

| # | Condition | YES | NO |
|---|---|---|---|
| 11 D 1 | Asthma/Emphysema | YES | NO |
| 2 | Back Injury | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO |
| 4 | Cancer | YES | NO |
| 5 | Cavities | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO |
| 7 | Diabetes | YES | NO |
| 8 | Drug/ Food Allergies | YES | NO |
| 9 | Epilepsy/Seizures | YES | NO |
| 10 | Glasses/Hearing Aid | YES | NO |
| 11 | Gum disease | YES | NO |
| 12 | Head Injury | YES | NO |
| 13 | Heart Disease/Angina | YES | NO |
| 14 | Hepatitis | YES | NO |
| 15 | High Blood Pressure | YES | NO |
| 16 | HIV + / AIDS | YES | NO |
|  | Prior HIV Test Date |  | NO |
| 17 | Homosexual/Bisexual Activities |  | NO |
| 25 | Rheumatic Fever | YES | NO |
| 26 | Rheumatism/Arthritis | YES | NO |
| 27 | Seasonal Allergies | YES | NO |
| 28 | Sexually Transmitted Diseases | YES | NO |
| 29 | Smoker | YES | NO |
| 30 | Tetanus Immunization Date | YES | NO |
| 31 | Tuberculosis | YES | NO |
| 32 | Unprotected Sex w/Multiple Partners | YES | NO |
| 33 | Other | | |

**IV OBSTETRIC/GYNECOLOGICAL HX**    X  N/A

1 Date of last menstrual period
2 Number of pregnancies/live births
3 History of Problem pregnancy
4 Date of last pap smear
5 Date of last mammogram
6 History of birth control methods (IUD, pills, etc.)

A. If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

B. History of hospitalization? YES NO    Hillcrest Hospital
Please list the DATE, HOSPITAL, CONDITION

C. Do you have any current medical, mental health or dental complaints? YES NO
If yes, what    tooth pull, Depression

D. Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES   NO   If YES, when?

E. What illegal drugs have you used?   no
What was the mode(s) of use? (Please circle)   Smoking   Injection   Inhaled   Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES   NO

F. Are you presently taking or supposed to be taking any prescribed medications?   YES   NO
If YES, what    See Med Sheet

HSM-13 (6/06)



DEFENDANT'S EXHIBIT 3

MCCOLLUM 023

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

|   | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
|   | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
|   | | Sores | YES | NO | Other | | | | |
|   | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | |
|   | | Other | | | | | | | |

| H | BEHAVIOR AND MENTAL STATUS | | | | | | |
|---|---|---|---|---|---|---|---|
|   | Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | | Other | |
|   | Orientation (ask questions and document response) | | | | | | |
|   | What is today's date? | 7/15/11 | | | | | |
|   | What time is it? | Morning | | | | | |
|   | What place is this? | Hutchins | | | | | |
|   | Speech | ✓ Normal | Loud | Soft | Mumbling | | Other |
|   | Attitude | ✓ Appropriate | | Laughing | Crying | Cursing | Quiet | Other |

| I | THOUGHT CONTENT (Please circle YES or NO) | | |
|---|---|---|---|
|   | Are you having current thoughts about suicide or self-injury? | YES | NO |
|   | Do you see or hear things that others do not see or hear? | YES | NO |
|   | Do you have any special powers abilities? | YES | NO |
|   | Do you receive personal messages from the TV or radio? | YES | NO |
|   | Do you have any phobias or excessive fears? | YES | NO |

| J. | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|
|   | Routine referral to | ✓ Medical | ✓ Mental Health | | ✓ Dental | | CID |
|   | Immediate referral to | Medical | Mental Health | | Dental | | CID |
|   | Release to general population | ✓ YES | NO | Other | | | |

| Offender Signature: | Larry McCollum | Date: | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | [signature] | Date. | 7/15/11 |
|---|---|---|---|

[signature] RN 7/18/11

HSM-13 (6/06)

MCCOLLUM 024