## AFFIDAVIT

THE STATE OF TEXAS § § §

COUNTY OF WALKER §

BEFORE ME, the undersigned authority, personally appeared **Lisa Lopez**, who, being by me duly sworn, deposed as follows:

"My name is **Lisa Lopez**, and I am over the age of eighteen (18), of sound mind, competent and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records at The University of Texas Medical Branch - Correctional Managed Care, Health Services Archives and my office is located in Huntsville, Texas. In this capacity, I am the individual who can authenticate and certify as official, copies of medical records at the **TDCJ Health Services Archives**. Attached hereto are **21** pages of records, time period **July 15, 2011** to **July 22, 2011** from the medical records of **Larry McCollum, TDCJ # 1721640**. These said records are kept in the regular course of business by an employee or representative of UTMB-Correctional Managed with knowledge of the act, event, condition, opinion or diagnosis, recorded or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original and no other documents exist in the files on the above named person at **TDCJ Health Services Archives**".

_____
Lisa Lopez

State of Texas,
County of Walker
Before Me _Paula K. Ticknor_ on this day personally appeared _Lisa Lopez_, known to me through her Texas Driver's License to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that she executed the same for the purpose and consideration therein expressed.

Given under my hand [DEFENDANT'S EXHIBIT 5] 22nd day of Feb, A.D., 2013

PAULA K. TICKNOR
Notary Public, State of Texas
My Commission Expires
May 19, 2013

MCCOLLUM 004

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: McCollum (Last), Larry (First), G. (MI) DOB: 4/04/53 AGE: 58
STATE ID#: 3950494
RACE: W  SEX: Male ✓ Female ___
COUNTY/TDCJ#: 34610
WT: 330  HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
A. Health Problems
  ___ 1. None
  ___ 2. Asthma
  ___ 3. Pregnancy
  ___ 4. Dental Priority
  ___ 5. Diabetes
  ___ 6. Drug Abuse
  ___ 7. Alcoholism
  ___ 8. Orthopedic Problems
  ___ 9. Cardiovascular/Heart Trouble
  ___ 10. Suicidal
  ___ 11. Mental Retardation
  ___ 12. Mental Illness (Specify diagnosis) ___
  ___ 13. Recent Surgery
  ___ 14. Seizures
  ___ 15. Dialysis
  _X_ 16. Hypertension
  _✓_ 17. CARE System  Y/(N)

III. SPECIAL NEEDS (Check all that apply)
A. Housing Restrictions
  _X_ 1. None
  ___ 2. Skilled Nursing Facility
  ___ 3. Extended Care Facility
  ___ 4. Psychiatric Inpatient Facility
  ___ 5. Respiratory Isolation
  ___ 6. Other.

B. Transportation
  _X_ 1. Routine
  ___ 2. Crutches/Cane
  ___ 3. Ambulance
  ___ 4. Wheelchair/Wheelchair Van
  ___ 5. Prosthesis: ___

C. Pending Specialty Clinic Appointment
  None _X_  Type ___

D. ALLERGIES NKA

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.*

NKA

B. Preventive Medicine
  _✓_ 1. Tuberculosis Status
    Skin Test: Date Given: 6/26/11  Date Read: 6/27/11  Results: ⌀ mm*
    X-Ray: Date: __/__/__  Normal ___ Abnormal ___*  Anti-TB Treatment? No ___ Yes ___*
  ___ 2. Hepatitis: A ___ B ___ C ___ Other: ___
  ___ 3. HIV Antibody: Test Date: __/__/__  Results: Neg ___ Pos ___ CD4: ___ Date __/__/__
  ___ 4. Syphilis: Date: __/__/__  Type: ___ Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.*

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS  None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | PRN/BP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: Sheila Smith Ln (Signature/Title)  DATE: 7/15/11
PHONE NUMBER: 254-757-2555  FACILITY: McLennan County Jail

Patient Name: MCCOLLUM,LARRY G  Patient DOB: 04/04/1953     Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

Lab Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name    : MCCOLLUM, LARRY G
Patient Id      : 1721640
Patient Phone   :
Date of Birth   : 04/04/1953
SS#                                Sex    : Male
```

```
Ordering
Physician       : ORIG, TITO
Facility        : HUTCHINS (HJ)
                  1500 E. LANGDON RD
                  HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 32858464 | Requistion: 32858464 | | | |
| Drawn:07/20/11 08:42 | Received:07/20/11 23:40 | | Reported: 07/21/11 08:43 | |
| Procedure: CBC With Differential/Platelet | | | | |
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes(Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |
| **Please note reference interval change** | | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |

Hematology Comments:

| Procedure: Comp. Metabolic Panel (14) | | | | |
|---|---|---|---|---|
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an elevated urine protein also may indicate chronic kidney disease.

Print Date: 07/21/2011 07:53                                    Page: 1/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name    : MCCOLLUM, LARRY G
Patient Id      : 1721640
Patient Phone   :
Date of Birth   : 04/04/1953
SS#             : 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    Sex    : Male
```

Ordering

**MCCOLLUM 007**
HUTCHINS (HJ) 1500 E. LANGDON RD HUTCHINS TX 75241 Tel. 9722251304 Page 1 of 4

Patient Name: MCCOLLUM,LARRY G  Patient DOB: 04/04/1953       Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)
               1500 E. LANGDON RD
               HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |
| | | | | |
| Procedure: Urinalysis, Complete | | | | |
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |
| | | | | |
| Procedure: Microscopic Examination | | | | |
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

Print Date: 07/21/2011 07:53                                    Page: 2/4
Data Imported From and Tests Performed By:
LabCorp   1-800-292-4021

```
Patient Name   : MCCOLLUM, LARRY G
Patient Id     : 1721640
Patient Phone  :
Date of Birth  : 04/04/1953
SS#            : 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     Sex    : Male
```

```
Ordering
Physician      : ORIG, TITO
Facility       : HUTCHINS (HJ)
                 1500 E. LANGDON RD
                 HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Patient Name: MCCOLLUM,LARRY G  Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Crystals
Crystal Type
Mucus Threads               Present                         Not Estab.
Bacteria                    Few                             None seen/Few
Yeast
Trichomonas
Comment


Procedure: Urinalysis, Complete
Microscopic Examination


Procedure: Lipid Panel
Cholesterol, Total          157                 mg/dL       100-199
Triglycerides               195         H       mg/dL       0-149
HDL Cholesterol             16          L       mg/dL       >39
According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.
VLDL Cholesterol Cal        39                  mg/dL       5-40
LDL Cholesterol Calc        102         H       mg/dL       0-99


Procedure: Panel 083824
HIV 1/O/2 Abs-Index Value   <1.00                           <1.00
Index Value: Specimen reactivity relative to the negative cutoff.
HIV 1/O/2 Abs, Qual         Non Reactive                    Non Reactive


Procedure: Hgb A1c with eAG Estimation
Hemoglobin A1c              6.2         H       %           4.8-5.6
            Increased risk for diabetes:                    5.7 - 6.4
            Diabetes:                                       >6.4
            Glycemic control for adults with diabetes:      <7.0
Estim. Avg Glu (eAG)        131                 mg/dL


Procedure: TSH
TSH                         2.860               uIU/mL      0.450-4.500


Procedure: RPR
RPR                         Non Reactive                    Non Reactive
```

```
L   Low, H   High, C   Critical, *   Abnormal Alpha
Print Date: 07/21/2011 07:53                                Page: 3/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name    : MCCOLLUM, LARRY G
Patient Id      : 1721640
Patient Phone   :
Date of Birth   : 04/04/1953
SS#             : 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    Sex   : Male

Ordering
Physician       : ORIG, TITO
Facility        : HUTCHINS (HJ)
                  1500 E. LANGDON RD
                  HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

MCCOLLUM 009

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

Print Date: 07/21/2011 07:53                                    Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

## Managed Care
## CID CLINIC NOTE
## HIV PRE-TEST COUNSELING

Patient Name: **McCollum, Larry**   TDCJ #: **1721640**

Date: 07/15/2011   Facility: HUTCHINS (HJ)

Vitals: BP ____ Wt ____ Height ____ Pulse ____ Resp ____ Temp ____

| Patient Language: | | Name of Interpreter, if required: NA | |
|---|---|---|---|
| **S:** | **Chief Complaint:** | X | Patient offered HIV testing per policy 14.11 |
| | | X | Pre-release HIV test |
| | | | Patient requesting HIV test |
| | | | Patient reported history of previous positive HIV test |
| | | | Other (specify) |
| **O:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** |
| | | X | Patient is symptomatic (list symptoms) |
| | | X | The patient requests HIV testing and gave a history of the following risk factors |
| | | X | Injected nonprescription drugs |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) |
| | | X | Tattoo |
| | | X | Patient received blood transfusions or blood products |
| | | X | The patient's TB skin test was positive |
| | | X | Exposed staff to blood or other potentially infectious body fluids |
| | | X | Patient was potentially exposed to blood and/or body fluids |
| | X | | Patient offered HIV testing per policy 14.11 |
| **A:** | X | | Knowledge deficit |
| | X | | High risk |
| **P:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** |
| | X | | HIV pre-test counseling and HIV antibody testing is offered |
| | X | | Discuss HIV prevention recommendations<br>1. Behave as if positive<br>2. Abstinence from sex, drugs and tattooing<br>3. Mutually monogamous relationships |
| | X | | Review partner notification procedures should the patient test positive |
| | X | | The patient gave their verbal consent for HIV antibody testing (If consent given, obtain provider order for HIV testing) |
| | | X | The patient refused HIV antibody testing  Obtain their signature on a **Refusal of Treatment** form (HSM-82) |
| | X | | Health teaching offered stressing the importance of plan of care compliance |
| | X | | If potential exposure, report incident to Preventive Medicine department |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results |

Nurse Signature: _V McKinin LVN_   Date/Time: 07/15/2011 @ 0900

05/01/2009

MCCOLLUM 018

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

## aged Care
## CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name **McCollum, Larry**     TDCJ # **1721641**

Date **07/15/2011**     Facility HUTCHINS (HJ)

Vitals  BP _____  Wt _____  Height _____  Pulse _____  Resp _____  Temp _____

Patient Language: _____     Name of interpreter, if required: NA

### MANTOUX PPD

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

### IMMUNIZATIONS

| DATE/TIME GIVEN | MFG/LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0 5 Ml | IM | Td Booster | _X_ L Deltoid ___ R Deltoid | NARN | VMcRi LVN |
| | | 0.5 mL | __Sub Q __IM | Pneumococcal Vaccine | ___ L Deltoid ___ R Deltoid ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | IM | Influenza | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis A #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0 5 mL | Sub Q | Meningococcal | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #1 | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #2 | ___ Outer aspect of L or R upper arm | | |
| | | 1 0 mL | IM | Hepatitis B #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #3 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | ___ Outer aspect of L or R upper arm | | |

Nurse Signature **VMcRi LVN**     Date / Time **07/15/2011 @0900**

HSM-2
05/01/2009

MCCOLLUM 019

58

## Correctional Managed Care
## CID INTAKE INTERVIEW

Patient Name: **McCollum, Larry**      TDCJ #: **1721640**

Date: 07/15/2011      Facility: HUTCHINS (HJ)

Vitals   BP: ____   Wt: ____   Height: ____   Pulse: ____   Resp: ____   Temp: ____

| Patient Language: | Name of interpreter, if required: NA |
|---|---|

| S: | CHIEF COMPLAINT: | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| O: | YES | NO | REFUSED | N/A | Mark "Yes", "No" or "Refused" for the following: |
| | X | | | | HIV - Patient verbally agrees to HIV testing per state law (If yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) |
| | X | | | | RPR - RPR test is required by state and policy/procedure #14.12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | X | | | MMR - Born after 1956 — 1953 |
| | X | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | X | | | HBV - Allergic to yeast |
| | | X | | | HBV - Hepatitis B vaccine available – If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (if yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | X | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - If yes – date ____ CPX ____ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) |
| | | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | X | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster   (mark Plan line 7 if yes, if no or refused obtain HSM-82) |
| | YES | NO | UNKNOWN | | |
| | X | | | | History of varicella (if yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: ____ (if yes or unknown mark Plan line 8) |
| A: | | | | | Alteration Health Maintenance |

CID Intake Interview
05/01/2009

Page 1 of 2

MCCOLLUM 020

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

## Correctional Managed Care
## CID INTAKE INTERVIEW

| P: | PLAN: | |
|---|---|---|
| | X | 1a  Obtain order for lab to draw HIV |
| | X | 1b  Obtain order for lab to draw RPR |
| | | 2.  Obtain order for MMR 0 5cc vaccine sub q |
| | | 3  Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| | X | 4  Obtain order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5  Obtain order for CXR single view |
| | | 6.  Refer to provider to schedule for ITP/TB Chronic Clinic |
| | X | 7  Obtain order for Tetanus and Diphtheria Toxoid Booster 0 5cc vaccine IM |
| | X | 8.  Refer to provider to schedule appointment |
| | X | 9  Add alert code 5290 to MPL/Problem List |
| | X | 10  Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| | X | 11  Obtain order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |
| | **REFER TO PROVIDER:** | |
| | X | 1a  Order for lab to draw HIV |
| | X | 1b  Order for lab to draw RPR |
| | | 2.  Order for MMR 0 5cc vaccine sub q |
| | | 3  Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated  per TDCJ policy |
| | X | 4  Order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5.  Order for CXR single view |
| | | 6  Schedule appointment for ITP/TB Chronic Clinic |
| | X | 7  Order for Tetanus & Diphtheria Toxoid 0 5cc vaccine IM |
| | X | 8  Schedule appointment with provider |
| | | 9.  Administer flu vaccine 0 5 CC IM x 1 if indicated per TDCJ policy |
| | X | 10  Order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours. If thereaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |

Nurse Signature: _VMcKinney LVN_     Date / Time:  07/15/2011 @ 0900

CID Intake Interview
05/01/2009

Page 2 of 2

MCCOLLUM 021

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name: McCollum, Larry

TDCJ No: Intake

Unit: HUTCHINS STATE JAIL     NKA

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 1230 | S | Offenders received from: McLennan<br>With history of: HTN |
| | OA | See HSM-13 and Texas Health Status Updated for current orders from county |
| | P | Current medication orders as per HJ providers. |
| | V O | T Orig, MD A. Babbili, PA-C / N. Beckstrom, NP<br>D/C Clonidine<br>Start HCTZ 25 mg X 1 PO<br>9 Am x 30d   Babbili PA |

Medication Pass issued to Offender  YES / NO

Please sign each entry with status
HSM – 1 (Rev 5/92)

MCCOLLUM 022

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

1721640

### I. IDENTIFICATION

NAME: McCollum Jerry   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

### II. FAMILY HISTORY

| # | Condition | YES | NO | # | Condition | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | **NO** | 18 | INH Prophylaxis | YES | **NO** |
| 2 | Cancer | **YES** | NO | 19 | Intravenous Drug Abuse | YES | **NO** |
| 3 | Diabetes | **YES** | NO | 20 | Kidney Disease | YES | **NO** |
| 4 | Heart Disease | **YES** | NO | 21 | Liver Disease | YES | **NO** |
| 5 | High Blood Pressure | **YES** | NO | 22 | Mental Illness | **YES** | NO |
| 6 | Tuberculosis | YES | **NO** | 23 | Non Intravenous Drug Abuse/Alcoholism | YES | **NO** |

### III. PERSONAL HISTORY

| # | Condition | YES | NO | # | Condition | YES | NO |
|---|---|---|---|---|---|---|---|
| 11 D 1 | Asthma/Emphysema | YES | **NO** | 24 | Peptic Ulcers | YES | **NO** |
| 2 | Back Injury | **YES** | NO | 25 | Rheumatic Fever | YES | **NO** |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | **NO** | 26 | Rheumatism/Arthritis | **YES** | NO |
| 4 | Cancer | YES | **NO** | 27 | Seasonal Allergies | YES | **NO** |
| 5 | Cavities | **YES** | NO | 28 | Sexually Transmitted Diseases | YES | **NO** |
| 6 | Depression/Suicide Attempt | **YES** | NO | 29 | Smoker | YES | **NO** |
| 7 | Diabetes | **YES** | NO | 30 | Tetanus Immunization Date | YES | **NO** |
| | | | **NO** | 31 | Tuberculosis | YES | **NO** |
| 8 | Drug/Food Allergies | YES | | 32 | Unprotected Sex w/Multiple Partners | YES | **NO** |
| 9 | Epilepsy/Seizures | YES | **NO** | 33 | Other | | |
| | | | NO | IV OBSTETRIC/GYNECOLOGICAL HX | | X | N/A |
| 10 | Glasses/Hearing Aid | **YES** | | 1 | Date of last menstrual period | | |
| 11 | Gum disease | **YES** | NO | 2 | Number of pregnancies/live births | | |
| 12 | Head Injury | YES | **NO** | 3 | History of Problem pregnancy | | |
| 13 | Heart Disease/Angina | YES | **NO** | 4 | Date of last pap smear | | |
| 14 | Hepatitis | YES | **NO** | 5 | Date of last mammogram | | |
| 15 | High Blood Pressure | **YES** | NO | 6 | History of birth control methods (IUD, pills, etc.) | | |
| 16 | HIV + / AIDS | YES | **NO** | | | | |
| | Prior HIV Test Date | | NO | | | | |
| 17 | Homosexual/Bisexual Activities | | NO | | | | |

**A.** If YES to any of the above indicate family member or self, give date and treatment received
② Father, Brother

**B.** History of hospitalization? YES / NO — Please list the DATE, HOSPITAL, CONDITION: Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? **YES** / NO
If yes, what: tooth pull, Depression

**D.** Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy? YES **NO** If YES, when?

**E.** What illegal drugs have you used? no
What was the mode(s) of use? (Please circle)   Smoking   Injection   Inhaled   Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES   NO

**F.** Are you presently taking or supposed to be taking any prescribed medications? **YES** NO
If YES, what: See Med Sheet

HSM-13 (6/06)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

| | Reason for taking medications | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | | |
| | | Sores | YES | NO | Other | | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | | |
| | | Other | | | | | | | | |

| H | BEHAVIOR AND MENTAL STATUS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | | Other | | | |
| | Orientation (ask questions and document response) | | | | | | | | |
| | What is today's date? | 7/15/11 | | | | | | | |
| | What time is it? | Morning | | | | | | | |
| | What place is this? | Hutch | | | | | | | |
| | Speech | ✓ Normal | Loud | Soft | Mumbling | | | Other | |
| | Attitude | ✓ Appropriate | Laughing | Crying | Cursing | Quiet | Other | | |

| I | THOUGHT CONTENT (Please circle YES or NO) | | |
|---|---|---|---|
| | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| J. | DISPOSITION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | ✓ CID | | | |
| | Immediate referral to | Medical | Mental Health | Dental | CID | | | |
| | Release to general population | ✓ YES | NO | Other | | | | |

| Offender Signature | *Larry M=Collum* | Date | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | L. Heywood | Date | 7/15/11 |
|---|---|---|---|

Shepherd RN 7/18/11

HSM-13 (6/06)

MCCOLLUM 024