ORAL DEPOSITION OF SUSI VASSALLO, M.D.

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF TEXAS
              DALLAS DIVISION

STEPHEN McCOLLUM, et al.,  )
         Plaintiffs,       )
                           )
v.                         )   CIVIL ACTION
                           )   NO. 3:12-CV-02037
                           )
BRAD LIVINGSTON, et al.,   )
         Defendants.       )
```

ORAL DEPOSITION

SUSI VASSALLO, M.D.

March 5, 2014

ORAL DEPOSITION OF SUSI VASSALLO, M.D., produced as a witness at the instance of the Defendant UTMB and duly sworn, was taken in the above-styled and numbered cause on the 5th day of March, 2014, from 10:03 a.m. to 5:06 p.m., before Dalia F. Inman, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of The Edwards Law Firm, 1101 E. 11th Street, Austin, Texas 78702, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

DEFENDANT'S EXHIBIT 6

1   some time and go down at some time.
2           So there will be intermittent changes in
3   the blood pressure readings, but it's -- I don't -- it's
4   my opinion that he had hypertension.  Sometimes the
5   blood pressure readings were higher; sometimes they were
6   lower depending on the -- on a number of factors.  But
7   in any case, he had hypertension in my opinion.
8       Q   Did he have chronic hypertension?
9       A   Yes.
10      Q   And in your opinion, if you had been treating
11  this patient, what medication would you have prescribed?
12      A   Well, the recommendations are to start with a
13  diuretic such as hydrochlorothiazide.
14      Q   Do you have any complaint the fact that
15  Mr. Babbili prescribed hydrochlorothiazide for this
16  patient?
17      A   No.
18      Q   While he was at the McLennan County Jail, did
19  he receive any treatment for diabetes?
20      A   No.
21      Q   And when he came in to McLennan County, did he
22  report currently having diabetes?
23      A   The medical record does not have diabetes
24  checked off.  Now, I'm not certain as to who was
25  actually marking that, if it was himself with the chart