CMHC2010.002

CMHCC-UTMB Master
FY 2010-2011

# AGREEMENT BETWEEN
# CORRECTIONAL MANAGED HEALTH
# CARE COMMITTEE
# and
# THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON
# FOR
# CORRECTIONAL HEALTH SERVICES
# FY 2010-2011 Biennium



DEFENDANT'S EXHIBIT 7

CMHC2010.002

CMHCC-UTMB Master
FY 2010-2011

## Article V
## CONTRACT AMOUNT

In the absence of a Natural or Manmade Catastrophe, or unless provided otherwise in this Agreement, the amount of this Agreement shall not exceed $734,077,668 for the FY 2010-2011 biennium.

## Article VI
## OFFENDER POPULATION

The Texas Department of Criminal Justice shall have responsibility for placement of offenders. This will be accomplished in conformity with the governing statute, Chapter 494, the Texas Government Code, and existing classification criteria. The Texas Department of Criminal Justice State Classification Committee shall have sole responsibility for the placement of offenders in the units, provided however, that the decision to admit or discharge an offender patient to/from a regional medical facility, infirmary or hospital is the sole responsibility of the treating physician. TDCJ shall make a good faith effort to initiate the review, classification and transfer of offender patients from infirmary beds upon notification that the offender patient is able to return to the population. Concerns about delays in transfer of discharged patients from an infirmary shall be communicated to the TDCJ Division Director for Health Services.

## Article VII
## INDEPENDENT CONTRACTORS

Nothing contained herein shall be construed as creating the relationship of employer and employee between the CMHCC, its employees, agents and contractors and UTMB, its employees, agents and contractors. In carrying out the terms of this Agreement, UTMB shall select their own employees and Participating Providers.

## Article VIII
## QUALITY OF CARE MONITORING

32

CMHC2010.002

CMHCC-UTMB Master
FY 2010-2011

be conducted in accordance with TDCJ policy AD-03.29 (Procedures for Offender Deaths).

5. Policy/Procedures: provide TDCJ with staff and clerical support for initiation of new policies, annual revision of current policies and distribution of same. All statewide Health Services policies and procedures will be developed through a joint policy and procedure committee process that includes representatives of TDCJ, UTMB, TTUHSC and the CMHCC. All policies approved by the joint policy and procedure committee shall be submitted for review and approval by each Medical Director. The TDCJ Medical Director shall retain final approval authority for all statewide policies.

G. **Services Provided by TDCJ**: The TDCJ shall provide the following services which shall be financed directly by TDCJ including, but not limited to:

1. Utilities, housekeeping, medical office trash removal, housekeeping supplies (including paper towels, toilet tissue, trash bags, floor buffers and pads, soap, wax, etc.) and maintenance of TDCJ facilities, to include good faith efforts to maintain necessary HVAC systems for medical clinic service areas in operable condition.

2. Administrative support services, including but not limited to, access and use of agency motor pool resources to include such items as fuel, tires, batteries, routine servicing for vehicles used solely for the provision of services to TDCJ offenders; access to and use of agency mail systems; and, use of agency mainframe computer applications and basic telephone services. Administrative support services shall be used solely for TDCJ offender care. .

3. All capital equipment customarily included as part of the construction of any new TDCJ Unit Clinics occupied after the effective date of this Agreement. Prior written approval of TDCJ is required for the addition of major capital equipment items which require additional facility infrastructure support such as power, water, wastewater, air conditioning, etc. to ensure sufficient support is available. Requests should be sent to the Facilities Division, Planning and Programming Branch for written approval and coordination.

4. General and security orientation.

11