| Hutchins Unit Facility Process Manual | Effective Date: | 01/07 | NUMBER: E-34.1 |
|---|---|---|---|
| | Reviewed: | 11/09 | |
| | Replaces: | 3-10 | Page 1 of 1 |
| | Formulated: | 10/85 | |
| HEALTH APPRAISAL OF INCOMING OFFENDERS ||||

FACILITY POLICY:

The Hutchins Facility is a reception and diagnostic facility for new offenders. A comprehensive medical evaluation is provided to all new incoming offenders within seven days of their arrival at the Hutchins Facility. Offenders who have had a health appraisal in TDCJ within the previous ninety (90) days are evaluated at the discretion of the facility health authority.

FACILITY PROCESS:

I. Appraisal of new offenders consists of obtaining personal and medical baseline data; medical, mental health and dental histories; physical, dental and mental health assessments; and diagnostic procedures as needed. (Refer to UTMB CMC Standard Operating Procedure "Intake Health Appraisal.")

II. Offenders are screened for communicable diseases.

III. Offenders are provided with appropriate inoculations.

IV. Offenders' health records are requested from free-world physicians as needed.

V. Offenders identified as requiring further mental health assessment are interviewed, tested and evaluated by a qualified mental health professional (see Hutchins Facility Process E-35).

VI. The automated "Health Summary for Classification" screen is updated as needed for each new arrival (see Hutchins Facility Process A-08.4).

VII. Medications, appointments and referrals are scheduled as appropriate, based on the results of the health appraisal.

Reference:

UTMB CMC Standard Operating Procedure "Intake Health Appraisal"
ACA Standard 4-4362 (Ref. 3-4343), Health Screens (Mandatory)
ACA Standard 4-4365 (Ref. 3-4345) Health Appraisal (Mandatory)



DEFENDANT'S EXHIBIT 8