UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>                        PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>                        DEFENDANTS | CIVIL ACTION NO. <br> 3:12-cv-02037 <br> JURY DEMAND |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs advise the Court of recent rulings from the Eastern District of Texas in a similar case involving the same Defendants where a prisoner also died of heat stroke.

In this case, Defendant University of Texas Medical Branch has a pending motions to dismiss (Doc. 122). As the Court may be aware, Judge Michael H. Schneider of the Eastern District of Texas recently adopted a report and recommendation by Magistrate Judge John Love that UTMB's motion to dismiss be denied. UTMB's motion in Judge Schneider's case raised the same arguments UTMB raises here.

Out of an abundance of caution, and to assist the Court, Plaintiffs attach the Eastern District Order denying UTMB's motion to dismiss. Ex. 1, *Webb v. Livingston*, No. 6:13-cv-711, Doc. 125 (E.D. Tex. May 5, 2014) (Schneider, J.).

Thus, for the reasons in Plaintiffs' responses and in the reasons found by these

other federal courts, Plaintiffs respectfully request the pending motions to dismiss be denied.

DATED: May 8, 2014.

>Respectfully submitted,
>
>The Edwards Law Firm
>The Haehnel Building
>1101 East 11th Street
>Austin, Texas 78702
>    Tel.  512-623-7727
>    Fax.  512-623-7729
>
>By   /s/ Jeff Edwards
>JEFF EDWARDS
>State Bar No. 24014406
>Scott Medlock
>State Bar No. 24044783
>Lead Counsel
>
>Brian McGiverin
>State Bar No. 24067760
>James C. Harrington
>State Bar No. 09048500
>
>TEXAS CIVIL RIGHTS PROJECT
>1405 Montopolis Drive
>Austin, TX 78741
>(512) 474-5073 [phone]
>(512) 474-0726 [fax]
>
>Eliot Shavin
>State Bar No. 18138200
>2600 State Street
>Dallas, Texas 75204
>214-522-2010 (telephone)
>214-720-9594 (fax)
>Local Counsel

## **CERTIFICATE OF SERVICE**

  By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.