IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

Defendants Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Sanctions, Request for Show Cause and Motion to Compel is Granted. Defendant TDCJ, Easons, Pringles, Sanders, Clark and Tate's response is due on Friday June 6, 2014.

_____
**UNITED STATES DISTRICT JUDGE**