IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEPHEN McCULLOM, *et al.*,       §
      *Plaintiffs*,                              §
                                                      §
v.                                                    §
                                                      §       CIVIL ACTION NO. 3:12-CV-02037
BRAD LIVINGSTON, *et al.*,            §
      *Defendants*.                            §

**ORDER**

Defendants Amended Unopposed Motion for Extension of Time to Respond to Plaintiff's

Motion for Sanctions, Request for Show Cause and Motion to Compel is Granted.  Defendant

TDCJ, Eason, Pringles, Sanders, Clark and Tate's response is due on Friday May 30, 2014.


_____
**UNITED STATES DISTRICT JUDGE**