IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.***,** § | | |
| *Plaintiffs***,** § | | |
| § | | |
| **v.** § | | |
| § | **CIVIL ACTION NO. 3:12-CV-02037** | |
| **BRAD LIVINGSTON,** *et al.***,** § | | |
| *Defendants***.** § | | |

### DEFENDANT UTMB'S NOTICE OF FIRST SUPPLEMENTAL DISCLOSURE TO PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants University of Texas Medical Branch, by and through the Office of the Attorney General, file this Notice of First Supplemental Disclosure to Plaintiff pursuant to Rule 26 of the Federal Rules of Civil Procedure.

### I.

The defendants in the above entitled and numbered cause hereby notify this Honorable Court that they have made initial disclosures to Plaintiff.

    Respectfully submitted,

    **GREG ABBOTT**
    Attorney General of Texas

    **DANIEL T. HODGE**
    First Assistant Attorney General

    **DAVID C. MATTAX**
    Deputy Attorney General for Defense Litigation

1

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ KIM COOGAN
KIM COOGAN
Assistant Attorney General
Attorney-in-Charge
State Bar No. 00783867

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
Fax No. (512) 495-9139

### NOTICE OF ELECTRONIC FILING

I, **KIM COOGAN**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Northern District of Texas, on this 23rd day of May, 2014.

/s/ KIM COOGAN
KIM COOGAN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, certify that a true and correct copy of **Defendants UTMB's First Supplemental Disclosure** has been served by placing same in the United States Mail, certified mail and hand delivery on **May 23, 2014** addressed to:

| | |
|---|---|
| **Jeff Edwards**<br>**Scott Medlock**<br>**The Edwards Law Firm**<br>**1101 E. 11th Street**<br>**Austin, Texas  78702-1908** | HAND DELIVERED |
| **Brian McGiverin**<br>**Wayne Krause-Yang**<br>**Texas Civil Rights Project**<br>**c/o TRLA 4920 N IH-35**<br>**Austin, TX  78751** | CM/RRR 7008 0500 0001 5046 8237 |
| **Bruce Garcia**<br>**Office of the Attorney General**<br>**P.O. Box 12548**<br>**Austin, TX 78711-2548** | Via Intra-Office Mail |
| **Demetri Anastasiadis**<br>**Office of the Attorney General**<br>**P.O. Box 12548**<br>**Austin, TX 78711-2548** | Via Intra-Office Mail |

    /s/ KIM COOGAN
    KIM COOGAN
    Assistant Attorney General