# Exhibit 2

Friday, May 9, 2014 9:47:27 AM Central Daylight Time

**Subject:** Response to May 6 and May 7, 2014 Letters
**Date:** Thursday, May 8, 2014 5:15:16 PM Central Daylight Time
**From:** Molinare, Shanna
**To:** sean@edwards-law.com, jeff@edwards-law.com
**CC:** scott@edwards-law.com, Coogan, Kim, Garcia, Bruce, Dennis, Seth, Anastasiadis, Demetri

I have received your letter dated May 6, 2014 regarding discovery requests related to the processes being utilized to conduct ESI searches. An affidavit explaining the searches currently being conducted has already been filed with the court.

Sincerely,
Shanna