# Exhibit 4

**Tuesday, May 27, 2014 at 5:09:21 PM Central Daylight Time**

**Subject:** Heat cases: Depositions of IT people

**Date:** Thursday, May 22, 2014 at 9:47:08 AM Central Daylight Time

**From:** Sean Flammer

**To:** Coogan, Kim, Garcia, Bruce

**CC:** Scott Medlock, Jeff Edwards

Kim and Bruce,

I write to confer about dates that may be better for you and your clients on the depositions of IT people. TDCJ was scheduled for Friday and UTMB is currently set for the 28th.  Bruce tells me TDCJ has two different people that will be put up. By the end of the day today or tomorrow, he is going to get me names and dates that work either next week or for the week after. I am fine doing both TDCJ and UTMB on the same day and think that is most efficient if it is possible that these people can all be presented on the same day.  I'm happy to move UTMB's from the 28th so long as it happens soon.  Kim, please let me know if you have any alternative dates or whether you want to stick with the 28th.

Thanks,
Sean