UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO.<br>3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § | |

## ORDER

After considering Defendant University of Texas Medical Branch's Emergency Motion to Quash Deposition, Plaintiff's Response, any reply, the arguments of counsel, and all applicable law, the Court denies Defendant University of Texas Medical Branch's Emergency Motion to Quash the deposition of UTMB's 30(b)(6) witness noticed for May 28, 2014.

Date: _____, 2014.


_____

Sam Lindsey
United States District Judge