IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| BRAD LIVINGSTON, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Defendant University of Texas Medical Branch's Emergency Motion to Quash Deposition**, filed **May 27, 2014**, is hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**It is so ordered** this 28th day of May, 2014.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Order of Reference - Solo Page