UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**PLAINTIFFS' NOTICE REGARDING UNIVERSITY OF TEXAS MEDICAL BRANCH'S EMERGENCY MOTION TO QUASH DEPOSITION**

Plaintiffs file this notice to make the Court aware of the status of Defendants' Emergency *Motion to Quash*.

Yesterday evening shortly before 5:00 p.m., UTMB filed an emergency motion to quash a deposition of a 30(b)(6) witness on ESI issues noticed on May 14 for this morning. Because the deposition was set for 9:00 a.m. today, Plaintiffs filed a response at 6:30 p.m. last night. Plaintiffs attached several documents to that response and believe the record speaks for itself.

Plaintiffs appeared at the deposition this morning at UTMB's counsel's office but neither counsel nor the witness were present. A paralegal came into the conference room where Plaintiffs' counsel and the court reporter were and relayed that UTMB's counsel had said that the witness would not be appearing. Plaintiffs took a certificate of

nonappearance.

Although counsel for UTMB had previously indicated that UTMB would not be presenting its witness as noticed, UTMB provided no legal basis for failing to appear. While Plaintiffs have no interest in engaging in a drawn-out dispute over this deposition and presume the Court has no interest in such a dispute either, this is yet another example of UTMB's continuing disregard for the Rules as alleged in Plaintiffs' *Motion for Sanctions*.

In light of the above and for the reasons described in our *Response*, Plaintiffs respectfully ask the Court to order UTMB's 30(b)(6) IT witness to appear in Austin next week to give the deposition that Plaintiffs previously noticed.  In the alternative, Plaintiffs request that this person be presented by a date the Court believes to be fair.


DATED: May 28, 2014.


        Respectfully submitted,

        The Edwards Law Firm
        The Haehnel Building
        1101 East 11th Street
        Austin, Texas 78702
        Tel.   512-623-7727
        Fax.   512-623-7729

        By    /s/ Jeff Edwards
        JEFF EDWARDS
        State Bar No. 24014406
        Scott Medlock
        State Bar No. 24044783
        Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.