UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>　　　　　　　　　　PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>　　　　　　　　　　DEFENDANTS | §§§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF ON MOTION FOR SANCTIONS; REQUEST FOR SHOW CAUSE; MOTION TO COMPEL**

The Court set a deadline for all Defendants to respond to Plaintiffs' *Motion for Sanctions; Request for Show Cause Order; Motion to Compel* for May 27. The Court set a reply brief deadline for Plaintiffs for June 2. UTMB filed its Response on May 27. Plaintiffs' reply brief to respond to UTMB's response is due June 2.

TDCJ and the individual defendants, however, have requested an unopposed extension of their deadline to Friday, May 30. That extension was granted this morning. Plaintiffs hereby also seek an extension to June 5 to respond to their response. This motion is unopposed.

DATED: May 29, 2014.

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.    512-623-7729

By      /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Scott Medlock
State Bar No. 24044783
Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

### Certificate of Conference

I certify that counsel from my office spoke on the phone with counsel for TDCJ and the individual defendants on May 27 and counsel was unopposed to this motion. I certify that we emailed counsel for UTMB and she indicated that UTMB was unopposed to this extension.

By      /s/ Jeff Edwards
Jeff Edwards

## CERTIFICATE OF SERVICE

  By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.