UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE KINGREY, and SANDRA McCOLLUM, individually and as heirs at law to the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS | § § § § § § | |
| v. | § § | CIVIL ACTION NO.<br>3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § | |

**ORDER**

After considering Plaintiffs' Unopposed Motion to Extend Deadline to File Reply Brief on Motion for Sanctions; Request for Show Cause; Motion to Compel, any and all response and reply, the arguments of counsel, and all applicable law, the Court grants Plaintiffs until June 5, 2014, to respond to Defendant TDCJ and the individual Defendants' response.

Date: _____, 2014.

_____
Sam Lindsey
United States District Judge