UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.***,** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | No. 3:12-cv-02037 | |
| § | | |
| **BRAD LIVINGSTON,** *et al.***,** § | | |
| Defendants. § | | |

### ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS

The Court, having considered Plaintiff's motion for sanctions and Defendants' response, **DENIES** Plaintiffs' motion.

Signed at Dallas, Texas, this _____ day of _____, 2014.

_____
**SAM A. LINDSAY**
United States District Judge