IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*, § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:12-CV-02037 |
| § | |
| BRAD LIVINGSTON, *et al.*, § | |
| *Defendants*. § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW undersigned counsel for Defendant to respectfully advise the Court as follows:

**I.**

Undersigned counsel is on vacation **July 7-11, 2014** and **August 4-8, 2014.** She is requesting that no hearings, trials, or other appearances be scheduled during this period.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

1

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/KIM COOGAN
KIM COOGAN
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00783867

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT
UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing this Advisory to the Court, on June 5, 2014 in the Northern District of Texas, Wichita Falls Division.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Advisory to the Court has been served by placing same in the United States Mail on this the 5th day of June, 2014, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702

2

Brian McGivern
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. I-35
Austin TX 78751

Bruce R. Garcia                             *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Demetri Anastasiadis                        *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

/s/KIM COOGAN
**KIM COOGAN**
Assistant Attorney General