UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**PLAINTIFFS' SUPPLMENTATION OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS; REQUEST FOR SHOW CAUSE ORDER; AND MOTION TO COMPEL AGAINST DEFENDANT UTMB**

Plaintiffs filed their reply brief in support of their *Motion for Sanctions; Request for Show Cause Order; and Motion to Compel* as to UTMB on June 2. In that brief, Plaintiffs discussed a 30(b)(6) deposition that took place on May 30 by order of this Court. Plaintiffs indicated that they would supplement their brief with deposition excerpts when those excerpts became available. Plaintiffs hereby supplement their brief with those excerpts in the attached **Exhibit A**. Specifically, Plaintiffs respectfully highlight the following:

- Footnote 4 in Plaintiffs' reply states, "The litigation hold letter itself, however, only has 6 named recipients, and UTMB's corporate representative purportedly presented to testify about the date and scope of the litigation hold did not know if the hold was sent to anybody else, though this was a subject covered by Plaintiffs' 30(b)(6) notice." *See* **Exhibit A**, p. 126-128.

- On page 13 of Plaintiffs' reply brief, Plaintiffs discuss how although Plaintiffs noticed the 30(b)(6) deposition to obtain testimony of the agency, UTMB presented a witness that testified that he was *not* UTMB's witness on 6 of the 14 categories noticed and ordered by the Court.  See **Exhibit A**, p. 11-19; p. 128-129, 134.  The attorneys had a discussion about UTMB's failure to produce a witness on all 14 topics.  See **Exhibit A**, 54-65; 128-135.

- The fees and expenses associated with the taking of the deposition and the drafting of this pleading are as follows:

    - $5,707.41 associated with the deposition;
    - $910 associated with this pleading.  See **Exhibit B.**

Date submitted: June 10, 2014.

Respectfully submitted,

The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.    512-623-7727
Fax.    512-623-7729

By      /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Scott Medlock
State Bar No. 24044783
Sean Flammer
State Bar No. 24059754
Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
c/o TRLA 4920 N. I-35
Austin, TX 78751
(512) 474-5073 [phone]
(512) 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas.

By  /s/ Jeff Edwards
JEFF EDWARDS