UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | |

**APPEARANCE OF COUNSEL**

NOW COMES Allan K. Cook, Assistant Attorney General of Texas, and enters his appearance as co-counsel on behalf of Brad Livingston.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General
Texas Bar No. 24004374

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR LIVINGSTON**

## NOTICE OF ELECTRONIC FILING

I, **ALLAN K. COOK**, Assistant Attorney General of Texas, certify that I have electronically submitted for a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Northern District of Texas on June 10, 2014.

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **ALLAN K. COOK**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2).

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General