IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

# EXHIBIT B
## Part 1 of 5

## Discovery Index
*Martone v. Livingston*

# DISCOVERY INDEX
*Roxanne Martone, et al v. Brad Livingston, et al*
Civil Action No. 4:13-cv-3369

USDC –Southern Dist –Houston Division
Judge KEITH ELLISON

|  | Date | Document |
|---|---|---|
| 1 | 01/13/14 | Plaintiff Roxanne Martone's Initial Disclosures |
| 2 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Peggy McCleskey; |
| 3 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Owen Murray |
| 4 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Patricia Rye; and |
| 5 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant University of Texas Medical Branch. |
| 6 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Lannette Linthicum |
| 7 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Rick Thaler |
| 8 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant William Stephens |
| 9 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Brad Livingston |
| 10 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Richard Alfred |
| 11 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant Kerry Collard |
| 12 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production and Interrogatories to Defendant James Jones |
| 13 | 01/20/14 | Plaintiff Roxanne Martone's First Set of Requests for Production, Interrogatories and Requests for Admissions to Defendant Texas Department of Criminial Justice |
| 14 | 02/03/14 | Defendant UTMB's First Request for Production to Plaintiff Roxanne Martone |
| 15 | 02/20/14 | Defendant Brad Livingston's Answers to Plaintiff Roxanne Martone's First Set of Interrogatories with verification |
| 16 | 02/20/14 | Defendant Brad Livingston's Responses to Plaintiff Roxanne Martone's Request for Production of documents |
| 17 | 02/20/14 | Defendant William Stephens' Objections and Answers to Plaintiff Roxanne Martone's First Set of Interrogatories with verification page and Responses to Plaintiff's First Request for Production |
| 18 | 02/20/14 | Defendant Rick Thaler's Objections and Answers to Plaintiff Roxanne Martone's First Set of Interrogatories with verification page and Responses to Plaintiff's First Request for |

|    |          |                                                                                                                                                                                  |
|----|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |          | Production                                                                                                                                                                       |
| 19 | 02/20/14 | Defendant Lannette Linthicum's Answers to Plaintiff Roxanne Martone's Frist Set of Interrogatories with verification                                                              |
| 20 | 02/20/14 | Defendant Lannette Linthicum's Responses to Plaintiff Roxanne Martone's Request for Production of documents, with Attachments Bates nos. Martone-LL1-79                          |
| 21 | 02/21/14 | Defendant University of Texas Medical Branch's Responses to Plaintiff's First Requests for Production                                                                             |
| 22 | 02/21/14 | Defendant University of Texas Medical Branch's Responses to Plaintiff's First Set of Request for Admissions                                                                       |
| 23 | 02/21/14 | Defendant University of Texas Medical Branch's Responses to Plaintiff's First Set of Interrogatories                                                                              |
| 24 | 02/21/14 | Defendant Owen Murray's Responses to Plaintiff Rosanne Martone's Request for Production                                                                                           |
| 25 | 02/21/14 | Defendant Owen Murray's Responses to Plaintiff Roxanne Martone's First Set of Interrogatories                                                                                     |
| 26 | 02/21/14 | Defendant Patricia Rye's Responses to Plaintiff Roxanne Martone's Request for Production                                                                                          |
| 27 | 02/21/14 | Defendant Patricia Rye's Responses to Plaintiff Rosanne Martone's First Set of Interrogatories                                                                                    |
| 28 | 02/24/14 | Defendant Peggy McCleskey's Responses to Plaintiff's First Requests for Production                                                                                                |
| 29 | 02/24/14 | Defendant Peggy McCleskey's Responses to Plaintiff's First Set of Interrogatories                                                                                                 |
| 30 | 03/20/14 | Defendant UTMB's Privilege Log                                                                                                                                                    |
| 31 | 4/08/14  | Affidavit of Jason Tucker, HR Specialist IV – regarding Richard Alford                                                                                                            |
| 32 | 04/23/14 | Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Peggy McCleskey and Subpoena Duces Tecum                                                                |
| 33 | 04/23/14 | Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Patricia Rye and Subpoena Duces Tecum                                                                   |
| 34 | 5/14/14  | Plaintiff Roxanne Martone's (As Heir to the Estate) First Set of Request for Production and Interrogatories to All Defendants   (including Livingston Thaler and Stephens)       |
|    |          |                                                                                                                                                                                  |
|    |          |                                                                                                                                                                                  |
|    |          |                                                                                                                                                                                  |
|    |          |                                                                                                                                                                                  |
|    |          |                                                                                                                                                                                  |
|    |          |                                                                                                                                                                                  |

Last Updated:  6/10/2014 5:49 PM