IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

# EXHIBIT B
## Part 2 of 5

## Discovery Index
## *Webb v. Livingston*

DISCOVERY INDEX
*Kevin Webb, et al v. Brad Livingston, et al*
Court USDC - Southern at Galveston
*6:14-cv-00093-JDL*

**specific discovery orders shall be issued in Civil Action No. 6:13cv711**

Judge Michael H. Schneider

|    | Date     | Document |
|----|----------|----------|
| 1  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant Tommie Hayes |
| 2  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant William Stephens |
| 3  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant Rick Thaler |
| 4  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant Robert Eason |
| 5  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant Brad Livingston |
| 6  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant Texas Department of Criminal Justice |
| 7  | 09/27/13 | Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories to Defendant University of Texas Medical Branch |
| 8  | 10/02/13 | Defendant UTMB and Owen Murray's Initial Disclosures and Amended Notice of Initial Disclosure |
| 9  | 11/12/13 | Plaintiff's First Amended Notice of Intention to Take Oral and Videotaped Deposition of Brad Livingston and Subpoena Duces Tecum |
| 10 | 11/22/13 | Defendant Brad Livingston's Response to Plaintiff Kevin Webb's First Set of Interrogatories |
| 11 | 11/22/13 | Defendant William Stephens' Response to Plaintiff Kevin Webb's First Set of Interrogatories |
| 12 | 11/22/13 | Defendant Rick Thaler's Response to Plaintiff Kevin Webb's First Set of Interrogatories |
| 13 | 12/02/13 | Defendant TDCJ's Responses to Plaintiff Kevin Webb's First Set of Requests for Production and Interrogatories. |
| 14 | 12/02/13 | Defendant Robert Eason's Responses to Plaintiff Kevin Webb's First Set of Interrogatories and Requests for Production |

Last Updated:   6/10/2014 5:57 PM

| | | |
|---|---|---|
| 15 | 12/02/13 | Defendant Tommie Haynes' Responses to Plaintiff Kevin Webb's First Set of Interrogatories and Requests for Production |
| 16 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Kevin Webb's First Requests for Production |
| 17 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Kevin Webb's First Set of Interrogatories |
| 18 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Kevin Webb's First Request for Admissions |
| 19 | 12/03/13 | Defendant Brad Livingston's Response to Plaintiff Kevin Webb's First Request for Production |
| 20 | 12/03/13 | Defendant William Stephens' Response to Plaintiff Kevin Webb's First Request for Production |
| 21 | 12/03/13 | Defendant Rick Thaler's Response to Plaintiff Kevin Webb's First Request for Production |
| 22 | 12/12/13 | Defendant UTMB's First Request for Production to Plaintiff Casey Akins |
| 23 | 12/12/13 | Defendant UTMB's First Request for Interrogatories to Plaintiff Casey Akins |
| 24 | 12/12/13 | Defendant UTMB's First Request for Production to Plaintiff Christan Carson |
| 25 | 12/12/13 | Defendant UTMB's First Request for Interrogatories to Plaintiff Christan Carson |
| 26 | 12/12/13 | Defendant UTMB's First Request for Production to Plaintiff Edna Webb |
| 27 | 12/12/13 | Defendant UTMB's First Request for Interrogatories to Plaintiff Edna Webb |
| 28 | 12/12/13 | Defendant UTMB's First Request for Production to Plaintiff Kevin Webb |
| 29 | 12/12/13 | Defendant UTMB's First Request for Interrogatories to Plaintiff Kevin Webb |
| 30 | 12/13/13 | Plaintiff's Second Amended Notice of Intention to Take Oral Deposition and Videotaped Deposition of Brad Livingston and Subpoena Duces Tecum on the Issue of Qualified Immunity and the ADA/Rehab ACT |
| 31 | 4/4/14 | Plaintiff's ROGG , RFP and RFA to Defendants Livingston, Thaler and Stephens |
| 32 | 5/5/14 | Defendant Livingston , Thaler and Stephen's Responses to Plfs' Interrogatories, Admissions and Request for Production |
| 33 | 5/14/14 | Plaintiff's 2nd Consolidation Request for Production to TDCJ and UTMB (with Exhibit) |
| 34 | 5/14/14 | Plaintiffs' Interrogatories to TDCJ and UTMB |
| 35 | 5/14/14 | Plaintiff Casey Akins' Interrogatories to Defendants Thaler, Stephens and Livingston |

Last Updated:  6/10/2014 5:57 PM

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| 31 | 12/17/13 | SSA Consent for Release of Information and SSA Request for Social Security Earnings Information to Plaintiffs Kevin Webb, Edna Webb, Casey Akins, and Christan Carson |
| 32 | 01/06/14 | Plaintiff's Initial Disclosure |
| 33 | 02/10/14 | Plaintiff Kevin Webb's Responses and Objections to Def. UTMB's First Request for Production |
| 34 | 02/10/14 | Plaintiff Edna Webb's Responses and Objections to Defendant UTMB's First Request for Production |
| 35 | 02/10/14 | Plaintiff Christian Carson's Responses and Objections to Defendant UTMB's First Request for Production |
| 36 | 02/10/14 | Plaintiff Casey Akins's Responses and Objections to Defendant UTMB's First Request for Production |
| 37 | 02/10/14 | Plaintiff Casey Akins Responses and Objections to Defendant UTMB's Frist Set of Interrogatories |
| 38 | 02/10/14 | Plaintiff Christan Carson Responses and Objections to Defendant UTMB's Frist Set of Interrogatories |
| 39 | 02/10/14 | Plaintiff Edna Webb Responses and Objections to Defendant UTMB's Frist Set of Interrogatories |
| 40 | 02/10/14 | Plaintiff Kevin Webb Responses and Objections to Defendant UTMB's Frist Set of Interrogatories |
| 41 | 03/20/14 | Defendant UTMB's Second Request for Production to Plaintiff, Kevin Webb |
| 42 | 03/20/14 | Plaintiff's Fourth Amended Notice of Intention to Take Oral and Videotaped Deposition of Brad Livingston and Subpoena Duces Tecum on the issue of Qualified Immunity and the ADA/Rehab Act |
| 43 | 03/20/14 | Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of William Stephens and Subpoena Duces Tecum on the issue of Qualified Immunity and the ADA/Rehab Act |
| 44 | 03/20/14 | Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Rick Thaler and Subpoena Duces Tecum on the issue of Qualified Immunity and the ADA/Rehab Act |
| 45 | 03/20/14 | Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Owen Murray and Subpoena Duces Tecum on the issue of Qualified Immunity and the ADA/Rehab Act |
|  |  | (SEE DISCOVERY #4) |
|  |  |  |

Last Updated:  6/10/2014 5:57 PM

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
| 46 | 03/20/14 | Plaintiff Kevin Webb's Second Set of Requests for Production and Interrogatories to Defendant Rick Thaler |
| 47 | 03/20/14 | Plaintiff Kevin Webb's Second Set of Requests for Production and Interrogatories to Defendant Brad Livingston |
| 48 | 03/31/14 | Defendants University of Texas Medical Branch's Amended Responses to Plaintiff Kevin Webb's First Requests for Production |
| 49 | 03/31/14 | Defendant UTMB's Amended Responses to Plaintiff Kevin Webb's First Set of Interrogatories |
| 50 | 03/31/14 | Defendant UTMB's Amended Responses to Plaintiff Kevin Webb's First Requests for Admission |
| 51 | 04/04/14 | Plaintiff Kevin Webb's Second Set of Requests for Production and Interrogatories to Defendant Owen Murray |
| 52 | 04/09/14 | Plaintiff Kevin Webb's First Consolidated Request for Production to Defendant Texas Department of Criminal Justice |
| 53 | 04/24/14 | Plaintiff Kevin Webb's First Consolidated Request for Production to Deft UTMB |
| 54 | 04/24/14 | Ltr to Edwards disclosing Joint Morbidity and Mortality (M & M) Committee Reviews |
| 55 | 5/14/14 | Plaintiff Casey Akins' Interrogatories to Defendant Thaler, Stephens and Livingston |
| 56 | 5/14/14 | Plaintiff Casey Akins' Interrogatories to Defendants TDCJ, UTMB, Owen Murray, Robert Eason, Todd Foxworth, Joe Oliver, Nancy Betts, L. Fields, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Rains, Danny Washington, Matthew Seda, Tully Flowers, Doris Edwards, Linda McKnight, Revoyda Dodd, Dennis Miller, Reginald Goings, and Tommie Haynes |
| 57 | 5/14/14 | Plaintiff Second Consolidated Request for Production to Defendants TDCJ, UTMB, Owen Murray, Robert Eason, Todd Foxworth, Joe Oliver, Nancy Betts, L. Fields, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Rains, Danny Washington, Matthew Seda, Tully Flowers, Doris Edwards, Linda McKnight, Revoyda Dodd, Dennis Miller, Reginald Goings, and Tommie Haynes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Last Updated:  6/10/2014 5:57 PM