IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 3:12-cv-02037 | |
| § | | |
| BRAD LIVINGSTON, *et al.*, § | | |
| *Defendants*. § | | |

# EXHIBIT B
## Part 3 of 5

## Discovery Index
*Togonidze v. Livingston*

| | Date | Document |
|---|---|---|
|  | **DISCOVERY INDEX**<br>*Gwen Togonidze, et al et al v. Brad Livingston, et al*<br>*6:14-cv-00093-JDL*<br><br>**specific discovery orders shall be issued in Civil Action No. 6:13cv711** <br>U.S.D.C. Eastern District of Texas<br>Tyler Division<br>Judge Michael Schneider | | |
| 1 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Brad Livingston |
| 2 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Texas Department of Criminal Justice |
| 3 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant University of Texas Medical Branch |
| 4 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Williams Stephens |
| 5 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Rick Thaler |
| 6 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Todd Foxworth |
| 7 | 09/27/13 | Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories to Defendant Robert Eason |
| 8 | 12/02/13 | Defendant TDCJ's Responses to Plaintiff Gwen Togonidze's First Set of Requests for Production and Interrogatories |
| 9 | 12/02/13 | Defendant Robert Eason's Responses to Plaintiff Gwen Togonidze's First Set of Interrogatories and Requests for Production |
| 10 | 12/02/13 | Defendant Todd Foxworth's Responses to Plaintiff Gwen Togonidze's First Set of Interrogatories and Requests for Production |
| 11 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Gwen Togonidze's First Set of Interrogatories |
| 12 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Gwen Togonidze's First Request for Production |
| 13 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Gwin Togonidze's First Request for Admissions |
| 14 | 12/10/13 | Defendant Brad Livingston's Response to Plaintiff Gwen Togonidze's First Set of Interrogatories |

Last Updated:   6/10/2014 6:00 PM

| 15 | 12/10/13 | Defendant Brad Livingston's Response to Plaintiff Gwen Togonidze's First Request for Production |
|----|----------|---|
| 16 | 12/13/13 | Defendant Rick Thaler's Response to Plaintiff Gwen Togonidze's First Request for Interrogatories |
| 17 | 12/13/13 | Defendant William Stephen's Response to Plaintiff Gwen Togonidze's First Request for Interrogatories |
| 18 | 01/07/14 | Plaintiff's Initial Disclosures |
| 19 | 03/20/14 | Defendant UTMB's First Request for Production to Plaintiff Gwen Togonidze; Defendant UTMB's First Set of Interrogatories to Plaintiff Gwen Togonidze; Consent for Release of Information – SSA3288 and Request for Social Security Earnings – SSA7050 |
| 20 | 03/31/14 | Defendant UTMB's Amended Responses to Plaintiff Gwen Togonidze's First Request for Admission |
| 21 | 03/31/14 | Defendant UTMB's Amended Responses to Plaintiff Gwen Togonidze's First Requests for Production |
| 22 | 03/31/14 | Defendant University of Texas Medical Branch's Amended Responses to Plaintiff Gwen Togonidze's First Set of Interrogatories |
| 23 |  |  |