**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.,* | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:12-cv-02037** |
| | § | |
| **BRAD LIVINGSTON,** *et al.,* | § | |
| *Defendants.* | § | |

# EXHIBIT B
## Part 4 of 5

## Discovery Index
## *Hinojosa v. Livingston*

# DISCOVERY INDEX
### *Ramona Hinojosa v. Brad Livingston, et al*
### Civil Action No. 2:13-cv-319

Judge Nelva Gonzales Ramos

| | **Date** | **Document** |
|---|---|---|
| 1 | 01/13/14 | Plaintiff's Initial Disclosures |
| 2 | 01/13/14 | Plaintiff Ramona Hinojosa's First Set of Requests for Production and Interrgatories to Defendant Ernest Guterrez |
| 3 | 01/13/14 | Plaintiff  Ramona Hinojosa's First Set of Requests for Production and Interrogatories to Defendant Texas Department of Criminal Justice |
| 4 | 01/17/14 | Defendant UTMB's First Request for Production to Plaintiff Ramona Hinojosa; |
| 5 | 01/17/14 | Defendant UTMB's First Set of Interrogatories to Plaintiff Ramona Hinojosa; |
| 6 | 01/17/14 | SSA Form 3288 Consent for Release of Information; and |
| 7 | 01/17/14 | SSA Form 7050 Request for Social Security Earnings Information. |
| 8 | 02/12/14 | Defendant William Stephens' Objections and Answers to Plaintiff Ramona Hinojosa's First Set of Interrogatories with verification page and Response to Plaintiff's First Request for Production |
| 9 | 02/12/14 | Defendant Rick Thaler's Objections and Answers to Plaintiff Ramona Hinojosa's First Set of Interrogatories with verification page  and Responses to Plaintiff's First Request for Production |
| 10 | 02/14/14 | Defendant Brad Livingston's Objections and Answers to Plaintiff Ramona Hinojosa's First Set of Interrogatories with verification page and Responses to Plaintiff's First Request for Production |
| 11 | 02/19/14 | Plaintiff Ramona Hinojosa's Second Requests for Production to Defendant UTMB |
| 12 | 03/11/14 | Defendant TDCJ's Answers to Plaintiff Ramona Hinojosa's First Set of Interrogatories and Requests for Production |
| 13 | 03/11/14 | Defendant Ernest Guterrez's Answers to Plaintiff Ramona Hinojosa's First Set of Interrogatories and Requests for Production |
| 14 | 03/21/14 | Defendant UTMB's Responses to Plaintiff Ramona Hinojosa's Second Requests for Production |
| 15 | 04/17/14 | Defendant University of Texas Medical Branch's Responses to Plaintiff Ramona Hinojosa's Third Requests for Production |
| 16 | 04/17/14 | Defendant UTMB's Privilege Log |
| 17 | 5/14/14 | Plaintiff Ramona Hinojosa's (As Heir to the Estate) Second Set of Interrogatories to Brad Livingston, Rick Thaler, and William Stephens |
| **NOTE** | **5/20/14** | **PF WITHDREW REQUEST ON HINOJOSA DUE TO DEMETRI FILING AN APPEAL** |
| 18 | 5/14/14 | Plaintiff Ramona Hinojosa's (As Heir to the Estate) Second Set of Interrogatories and Request for Production to Defendants TDCJ, UTMB, Eileen Kennedy, Ernest Gutierrez |

| | | |
|---|---|---|
| | | and Owen Murray |
| 19 | 5/23/14 | Defts' UTMB Notice of Supplemental Disclosure to the Plaintiff |
| | | |
| | | |