IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-cv-02037 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|    *Defendants*. | § | |

# EXHIBIT B
## Part 5 of 5

## Discovery Index
*Adams v. Livingston*

# DISCOVERY INDEX

*Adams v Livingston et al.*
Cause No.  6: 3-cv-702
**specific discovery orders shall be issued in Civil Action No. 6:13cv711**

USDC Eastern Dist –Tyler Division
Judge Michael H Schneider

|    | **Date** | **Document** |
|----|----------|--------------|
| 1  | 09/27/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant Texas Department of Criminal Justice |
| 2  | 09/27/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant Robert Eason |
| 3  | 09/27/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant Dennis Miller |
| 4  | 09/27/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant Brad Livingston |
| 5  | 09/27/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Rick Thaler |
| 6  | 09/27/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant William Stephens |
| 7  | 09/27/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant University of Texas Medical Branch |
| 8  | 09/27/13 | Plaintiff Cade Hudson's First Set of Requests for Production and Interrogatories to Defendant Joe Oliver |
| 9  | 09/27/13 | Plaintiff Cade Hudson's First Requests for Production and Interrogatories to Defendant Nancy Betts |
| 10 | 09/27/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Owen Murray |
| 11 | 09/27/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Danny Washington |
| 12 | 10/03/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Revoyda Dodd |
| 13 | 10/03/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Doris Edwards |
| 14 | 10/09/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Tully Flowers |
| 15 | 10/09/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Brandon Matthews |
| 16 | 10/09/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to Defendant Sarah Raines |
| 17 | 10/09/13 | Plaintiff Arlett James' First Set of Requests for Production and Interrogatories to |

| | | |
|---|---|---|
| | | Defendant Debra Gilmore |
| 18 | 10/09/13 | Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant Reginald Goings |
| 19 | 10/9/13 | Defendant Livingston, Thaler and Stephens Initial Disclosure to Plaintiff |
| 20 | 10/02/13 | Defendant UTMB's Initial Disclosures and Notice of Initial Disclosures |
| 21 | 10/29/13 | Defendant Brad Livingston's Responses to First Set of Requests for Production and Interrogatories to Plaintiff Ashley Adams |
| 22 | 10/29/13 | Defendant William Stephens Responses to First Set of Requests for Production and Interrogatories to Plaintiff Ashley Adams |
| 23 | 10/29/13 | Defendant Rick Thaler's Responses to First Set of Requests for Production and Interrogatories to Plaintiff Ashley Adams |
| 24 | 11/19/13 | Defendant's Amended Initial Disclosure |
| 25 | 11/21/13 | Defendant Robert Eason's Responses to Plaintiff Ashley Adams' First Set of Interrogatories and Requests for Production |
| 26 | 11/21/13 | Defendant Dennis Miller's Responses to Plaintiff Ashley Adams' First Set of Interrogatories and Requests for Production |
| 27 | 11/21/13 | Defendant Doris Edwards' Responses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant. |
| 28 | 11/21/13 | Defendant Revoyda Dodd's Responses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant |
| 29 | 11/21/13 | Defendant Tully Flowers' Responses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant |
| 30 | 11/21/13 | Defendant Reginald Goings' Responses to Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories to Defendant |
| 27 | 11/21/13 | Defendant Debra Gilmore's Responses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant |
| 28 | 11/21/13 | Defendant Brandon Matthews' Responses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant |
| 29 | 11/21/13 | Defendant Sarah Raines' Reponses to Plaintiff Arlet James' First Set of Requests for Production and Interrogatories to Defendant |
| 30 | 12/02/13 | Defendant TDCJ's Responses to Plaintiff Ashley Adams' First Set of Requests for Production and Interrogatories |
| 31 | 12/02/13 | Defendant Danny Washington's Responses to Plaintiff Arlett James' First Set of Interrogatories |
| 32 | 12/02/13 | Defendant Danny Washington's Responses to Plaintiff Arlett James' First Request for Production |
| 33 | 12/02/13 | Defendant Owen Murray's Responses to Plaintiff Arlett James' First Request for Production |
| 34 | 12/02/13 | Defendant Owen Murray's Responses to Plaintiff Arlett James' First Set of Interrogatories |

|    |          |                                                                                                              |
|----|----------|--------------------------------------------------------------------------------------------------------------|
|    |          | (verification will follow)                                                                                   |
| 35 | 12/02/13 | Defendant Nancy Betts' Responses to Plaintiff Cade Hudson's First Request for Production                     |
| 36 | 12/02/13 | Defendant Nancy Betts' Responses to Plaintiff Cade Hudson's First Set of Interrogatories                     |
| 37 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Ashley Adams' First Requests for Admissions                          |
| 38 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Ashley Adams' First Set of Interrogatories                           |
| 39 | 12/02/13 | Defendant UTMB's Responses to Plaintiff Ashley Adams' First Requests for Production                          |
| 40 | 12/10/13 | Defendant Brad Livingston's Responses to Plaintiff Ashley Adams' First Set of Interrogatories                |
| 41 | 12/10/13 | Defendant Brad Livingston's Responses to Plaintiff Ashley Adams' First Request for Production of Documents   |
| 42 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Arlette James;                                    |
| 43 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Carlette James;                                   |
| 44 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Johnathan James;                                  |
| 45 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Kendrick James;                                   |
| 46 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Kirsty James;                                     |
| 47 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Krystal James; and                                |
| 48 | 12/18/13 | Defendant UTMB's Frist Request for Production to Plaintiff Mary Lou James                                    |
| 49 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Ashley Adams;                                     |
| 50 | 12/18/13 | Defendant UTMB's First Set of Interrogatories to Plaintiff Ashley Adams;                                     |
| 51 | 12/18/13 | Defendant UTMB's First Request for Production to Plaintiff Wanda Adams; and                                  |
| 52 | 12/18/13 | Defendant UTMB's First Set of Interrogatories to Plaintiff Wanda Adams.                                      |
| 53 | 01/03/14 | Plaintiffs' Initial Disclosures                                                                              |
| 54 | 02/10/14 | Plaintiff Cade Hudson's Responses and Objections to Defendant UTMB's First Set of Interrogatories            |
| 55 | 02/10/14 | Plaintiff Cade Hudson's Responses and Objections to Defendant UTMB's First Request for Production            |
| 56 | 03/31/14 | Defendant Danny Washington's Amended Responses to Plaintiff Arlett James's First Request for Production      |
| 57 | 03/31/14 | Defendant Nancy Betts' Amended Responses to Plaintiff Cade Hudson's First Request for Production             |
| 58 | 03/31/14 | Defendant Joe Oliver's Amended Responses to Plaintiff Cade Hudson's First Request for Production             |
| 59 | 03/31/14 | Defendant Owen Murray's Amended Responses to Plaintiff Arlett James's First Request for Production           |
| 60 | 03/31/14 | Defendant Owen Murray's Amended Responses to Plaintiff Arlett James's First Set of Interrogatories           |

Last Updated:  6/10/2014 6:05 PM

| | | |
|---|---|---|
| 61 | 03/31/14 | Defendant University of Texas Medical Branch's Amended Responses to Plaintiff Ashley Adams' First Request for Admission |
| 62 | 03/31/14 | Defendant University of Texas Medical Branch's Amended Responses to Plaintiff Ashley Adams' First Set of Interrogatories |
| 63 | 03/31/14 | Defendant University of Texas Medical Branch's Amended Responses to Plaintiff Ashley Adams' First Request for Production |
| 64 | 04/17/14 | Defendant University of Texas Medical Branch's Responses to Plaintiff Ashley Adams' Second Request for Production |
| 65 | 04/17/14 | Plaintiff's Fifth Amended Notice of Intention to Take Oral and Videotaped Deposition of Brad Livingston and Subpoena Duces Tecum on the Issue of Qualified Immunity and the ADA/Rehab Act |
| 66 | 04/17/14 | Plaintiff's Amended Notice of Intention to Take Oral and Videotaped Deposition of Rick Thaler and Subpoena Duces Tecum on the Issue of Qualified Immunity and the ADA/Rehab Act |
| 67 | 04/17/14 | Plaintiff's Amended Notice of Intention to Take Oral and Videotaped Deposition of William Stephens and Subpoena Duces Tecum on the Issue of Qualified Immunity and the ADA/Rehab Act |
| 68 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Last Updated:  6/10/2014 6:05 PM