# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-2037-L** |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Defendant Brad Livingston's Motion to Stay, Motion for a Protective Order, Objections, and Motion to Quash Discovery**, filed **June 12, 2014**, are hereby **referred** to United States Magistrate Judge **Renee Harris Toliver** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motions to the United States Magistrate Judge for resolution. All future filings regarding the referred motions shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**It is so ordered** this 13th day of June, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order of Reference - Solo Page