IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-02037** |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court is Defendant Brad Livingston's Motion to Stay, Motion for Protective Order, Objections, and Motion to Quash Discovery (Doc. 190), filed June 12, 2014, which was referred to the magistrate judge on June 13, 2014 (Doc. 191). On May 5, 2014, the court entered an order staying all deadlines in this case, including any responses to pending motions and the trial of this case pending resolution of Defendant Brad Livingston's motion to dismiss based on qualified immunity. The court further noted that it would extend, as necessary, discovery and other deadlines after ruling on the qualified immunity motion to ensure that no party is prejudiced. The court thought that its order was clear by implication that discovery was not to proceed until it ruled on the qualified immunity issue. *If not, the court reiterates and clarifies that the case in its entirety, including all discovery and discovery related motion practice, is stayed until the court rules on Defendant Brad Livingston's February 4, 2014 Motion to Dismiss Second Amended Complaint on the Basis of Qualified Immunity (Doc. 121).*

Accordingly, in light of the court's prior order staying all deadlines in this case, the court **vacates** the order of reference (Doc. 191); **grants** Defendant Brad Livingston's Motion to Stay,

Order - Page 1

Motion for Protective Order, Objections, and Motion to Quash Discovery (Doc. 190); and **quashes** the discovery served by Plaintiffs on May 14, 2014. Having determined that the discovery that is the subject of Livingston's motion was served in contravention of the court's order staying all deadlines in this case, the court need not address Livingston's other objections to Plaintiffs' discovery.

Further, the court **directs** the magistrate judge to delay ruling on Plaintiffs' Motion for Sanctions; Request for Show Cause Order; and Motion to Compel (Doc. 164), filed on May 12, 2014, until after the court has ruled on Defendant Brad Livingston's Motion to Dismiss Second Amended Complaint on the Basis of Qualified Immunity (Doc. 121). *Any further violations of the court's order staying all deadlines in the case will subject the offending parties or attorneys to monetary or other sanctions as deemed appropriate by the court.*

**It is so ordered** this 16th day of June, 2014.

                                      Sam A. Lindsay
                                      United States District Judge