BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | § | |
|---|---|---|
| IN RE TEXAS PRISON HEAT | § | MDL Docket No._____ |
| LITIGATION | § | Civil Action No. 3:13-cv-283 (S.D. Tex.) |
| | § | |

**AMENDED CERTIFICATE OF SERVICE**

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, certify that I served or caused to be served via e-mail and pursuant to Panel Rule 4.1 true and correct copies of (1) motion for transfer and consolidate, (2) brief in support of motion to transfer and consolidate, (3) declaration of Cynthia L. Burton in support of motion to transfer and consolidate and (4) exhibits to motion to transfer and consolidate on the following, all of whom have appeared by CM/ECF in one or more of the cases sought to be transferred and consolidated:

**A.     Plaintiffs' Counsel**

    1.      Jeffrey S. Edwards
               The Edwards Law Firm
               1101 E. 11th St.
               Austin TX  78702
               jeff@edwards-law.com

**Counsel for Ramona Hinojosa, individually as a wrongful death beneficiary and as the heir to the Estate of Albert Hinojosa; Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams; and Wanda Adams, individually; Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James and Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and Mary Lou James, individually; Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze; and  David Bailey, Marvin Ray Yates, Keith Cole, and Nicholas Diaz.**

    2.      Sean Patrick Flammer

Scott Douglass & McConnico LLP
600 Congress Ave., Suite 1500
Austin TX  78701
sean.flammer@gmail.com

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

3. James C. Harrington
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
jch@mail.utexas.edu

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

4. Wayne Nicholas Krause
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
waynekrause@texascivilrightsproject.org

**Counsel for Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze.**

5. Brian Rolland McGivern
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
brian@texascivilrightsproject.org

**Counsel for Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze.**

6. Scott Charles Medlock
The Edwards Law Firm
1101 E. 11th St.

>Austin TX  78702
>scott@edwards-law.com

**Counsel for Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams; and Wanda Adams, individually; Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James and Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and Mary Lou James, individually; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze; Cade Hudson, individually and as the representative of the Estate of Douglas Hudson, L. Fields, Danny Washington.**

>7. Eliot D. Shavin
>SMU Legal Clinic
>2600 State St.
>Dallas TX  75204
>eshavin@sbcglboal.net

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

**B.     Moving Parties' Counsel**

>1. Demetri Anastasiadis
>Assistant Attorney General
>Office of the Attorney General
>Law Enforcement Defense Division
>P.O. Box 12548
>Austin TX  78711-2548
>demetri.anastasiadis@texasattorneygeneral.gov

**Counsel for Brad Livingston, William Stephens and Rick Thaler.**

>2. Cynthia L. Burton
>Office of the Attorney General
>Law Enforcement Defense Division
>P.O. Box 12548
>Austin TX  78711-2548
>cynthia.burton@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings,**

**Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.**

 3. Allan K. Cook
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   allan.cook@texasattorneygeneral.gov

 **Counsel for Brad Livingston, William Stephens and Rick Thaler.**

 4. Bruce R. Garcia
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   bruce.garcia@texasattorneygeneral.gov

 **Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings, Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.**

 5. Matthew Greer
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   matthew.greer@texasattorneygeneral.gov

 **Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings, Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.**

 6. Maurice Lawrence Wells
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   lawrence.wells@texasattorneygeneral.gov

**Counsel for Brad Livingston, William Stephens and Rick Thaler.**

C. **Co-Defendants' Counsel**

    1.    Calysta Lantiegne
           Office of the Attorney General
           Law Enforcement Defense Division
           P.O. Box 12548
           Austin TX  78711-2548
           calysta.lantiegne@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch.**

    2.    Lacey Mase
           Office of the Attorney General
           Law Enforcement Defense Division
           P.O. Box 12548
           Austin TX  78711-2548
           lacey.mase@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch, Peggy McCleskey, Patricia Rye, Owen Murray, Steven Fields, Nancy Betts and Linda McKnight.**

    3.    Shanna Molinare
           Office of the Attorney General
           Law Enforcement Defense Division
           P.O. Box 12548
           Austin TX  78711-2548
           shanna.molinare@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch, Peggy McCleskey, Owen Murray, Patricia Rye, Joe Oliver and Nancy Betts.**

**NOTE**:    Erika Hime, Kimberly Coogan, Patrick Brezik, Rachael Airen and Johnathan Stone are either no longer assigned to these cases or are no longer employed by the Office of the Attorney General.

D. **Pro Se Litigant**

    1.    Interested Party
           Charles C. Taylor, TDCJ No. 1347697
           Hutchins Unit
           1500 East Langdon Rd
           Dallas, TX 75241

**E.**     **Courts**

    1.    Clerk
        United States District Court
        Northern District of Texas
        1100 Commerce St., Room 1452
        Dallas TX 75242

    2.    Clerk
        United States District Court
        Southern District of Texas
        Houston Division
        515 Rusk St.
        Houston TX 77002

    3.    Clerk
        United States District Court
        Southern District of Texas
        Corpus Christi Division
        1133 N. Shoreline Blvd.
        Corpus Christi, TX 78401

    6.    Clerk
        United States District Court
        Eastern District of Texas
        William M. Steger Federal Building and United States Courthouse
        211 West Ferguson St., Room 106
        Tyler TX  75702

                                      /s/ Cynthia L. Burton
                                    **CYNTHIA L. BURTON**
                                    Assistant Attorney General
                                    Attorney in Charge

c:    Sharon Felfe Howell
      Cynthia Milne