BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION | § § § § § | MDL Docket No._____ |

# EXHIBIT 1 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

## SCHEDULE OF ACTIONS

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL-_____ In re Texas Prison Heat Litigation

SCHEDULE OF ACTIONS

| No. | Caption | Civil Action No. | District Court | Judge |
|---|---|---|---|---|
| 1 | *Ramona Hinojosa, individually as a wrongful death beneficiary and as the heir to the Estate of Albert Hinojosa v. Brad Livingston, Rick Thaler, William Stephens, Eileen Kennedy, Ernest Gutierrez, Jr., and Owen Murray in their individual capacities, the Texas Department of Criminal Justice and the University of Texas Medical Branch* | No. 2:13-cv-319 | SD Texas, Galveston Division | Judge Nelva Gonzales Ramos |
| 2 | *Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone v. Brad Livingston, Rick Thaler, William Stephens, Owen Murray, Richard Alford, James Jones, Lannette Linthicum, Patricia Rye, Peggy McCleskey and Kerry Collard in their individual capacities, the Texas Department of Criminal Justice and the University of Texas Medical Branch* | No. 4:13-cv-3369 | SD Texas, Houston Division | Judge Keith Ellison |
| 3 | *Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum v. Brad Livingston, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, the Texas Department of Criminal Justice and the University of Texas Medical Branch* | No. 3:12-cv-2037 | ND Texas, Dallas Division | Judge Sam A. Lindsey |
| 4 | *Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at* | No. 6:13-cv-711 | ED Texas, Tyler Division | Magistrate Judge John Love |

| | | | | |
|---|---|---|---|---|
| | *law v. Brad Livingston, Rick Thaler, William Stephens, Owen Murray, Robert Eason and Tommie Haynes, in their individual capacities, the Texas Department of Criminal Justice and the University of Texas Medical Branch* | | | |
| 5 | *Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams; and Wanda Adams, individually; Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James and Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and Mary Lou James, individually v. Brad Livingston, individually and in his official capacity, Joe Oliver, Nancy Betts, L. Fields, John Doe, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Danny Washington, Matthew Seda, Tully Flowers, Doris Edwards, Linda McKnight, Revoyda Dodd, Rick Thaler, William Stephens, Robert Eason, Dennis Miller, Reginald Goings and Owen Murray in their individual capacities the Texas Department of Criminal Justice and the University of Texas Medical Branch* | No. 3:13-cv-217 (Consolidated with *Webb*) | ED Texas, Tyler Division | Magistrate Judge John Love |
| 6 | *Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze v. Brad Livingston, Rick Thaler, Williams Stephens, Robert Eason and Todd Foxworth, in their individual capacities, the Texas Department of Criminal Justice and the University of Texas Medical Branch* | No. 6:14-cv-93 (Consolidated with *Webb*) | ED Texas, Tyler Division | Magistrate Judge John Love |

| 7 | *David Bailey, Marvin Ray Yates, Keith Cole and Nicholas Diaz v. Brad Livingston, Roberto Herrera and Texas Department of Criminal Justice* | No. 4:14-cv-1698 (Class action) | SD Texas, Houston Division | Judge Keith Ellison |
|---|---|---|---|---|