BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION § § § § | MDL Docket No._____ |

# EXHIBIT 3 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

## *HINOJOSA* DOCKET

APPEAL,APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
### CIVIL DOCKET FOR CASE #: 2:13-cv-00319

| | |
|---|---|
| Hinojosa v. Livingston et al<br>Assigned to: Judge Nelva Gonzales Ramos<br>Cause: 42:12101 American Disabilities Act | Date Filed: 10/15/2013<br>Jury Demand: None<br>Nature of Suit: 446 Civil Rights:<br>Americans with Disabilities - Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Ramona Hinojosa**
*Individually as a Wrongful Death Beneficiary and as the Heir to the Estate of Albert Hinojosa*

represented by **Jeffrey S Edwards**
The Edwards Law Firm
1101 East 11th St
Austin, TX 78702
512-623-7727
Fax: 512-623-7729
Email: jeff@edwards-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brad Livingston**

represented by **Cynthia Burton**
Office of the Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548
512-463-2080
Fax: 512-495-9139
Email:
cynthia.burton@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetri Anastasiadis**
Office of Texas Attorney General
P O Box 12548
Austin, TX 78711-2548
512-463-2080
Fax: 512-495-9139
Email:
demetri.anastasiadis@texasattorneygeneral.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maurice Lawrence Wells**
Office of Attorney General
300 W 15th
7th Floor
Austin, TX 78701
512-463-2080
Email: lawrence.wells@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Kennedy Cook**
Office of the Attorney General
300 W 15th Street
7th Floor
Austin, TX 78701
512-475-1917
Fax: 512-495-9139
Email: Allan.Cook@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Neal Wayne Spradlin**
Office of the Attorney General
PO Box 12548, Capital Station
Austin, TX 78701-1220
512-463-2080
*ATTORNEY TO BE NOTICED*

**Defendant**
**Rick Thaler**     represented by  **Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetri Anastasiadis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Lawrence Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Kennedy Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

          **Neal Wayne Spradlin**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Eileen Kennedy**

**Defendant**

**Ernest Guterrez, Jr.**   represented by  **Bruce R Garcia**
          Office of the Attorney General
          PO Box 12548
          Capitol Station
          Austin, TX 78711-2548
          512-463-2080
          Fax: 512-495-9139
          Email: bruce.garcia@texasattorneygeneral.gov
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Cynthia Burton**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Matthew J Greer**
          Texas Attorney General
          PO Box 12548
          Austin, TX 78711
          512-475-3079
          Email: matthew.greer@texasattorneygeneral.gov
          *ATTORNEY TO BE NOTICED*

**Defendant**

**MD UTMB Owen Murray**

**Defendant**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**   represented by  **Bruce R Garcia**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Cynthia Burton**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Matthew J Greer**

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **University Of Texas Medical Branch** | represented by | **Kim J Coogan**<br>Office of the Atty Gen of Texas<br>Law Enforcement Defense Div<br>PO Box 12548<br>Austin, TX 78711-2548<br>512-463-2080<br>Fax: 512-495-9139<br>Email: kim.coogan@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Allan Kennedy Cook**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Calysta L Lantiegne**<br>Office of the Attorney General<br>Law Enforcement Defense Division<br>PO Box 12548<br>Capitol Station<br>Austin, TX 78711<br>512-463-2080<br>Fax: 512-495-9139<br>Email: Calysta.Lantiegne@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lacey E Mase**<br>Office of the Attorney General<br>300 West 15th St<br>7th Floor<br>Austin, TX 78711<br>512-463-2080<br>Email: lacey.mase@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shanna Elizabeth Molinare**<br>Office of Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711<br>512-463-2080<br>Email: shanna.molinare@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

William Stephens         represented by    **Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetri Anastasiadis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Lawrence Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Kennedy Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neal Wayne Spradlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2013 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-12213587) filed by Ramona Hinojosa. (Attachments: # 1 Civil Cover Sheet)(Edwards, Jeffrey) (Entered: 10/15/2013) |
| 10/16/2013 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/17/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified.(dterrell, 2) (Entered: 10/16/2013) |
| 10/17/2013 | 3 | Request for Issuance of Summons as to All Defendants, filed.(Edwards, Jeffrey) (Entered: 10/17/2013) |
| 10/18/2013 | | Summons Issued as to All Defendants, filed.(dterrell, 2) (Entered: 10/18/2013) |
| 11/12/2013 | 4 | MOTION to Dismiss *Defendant University of Texas Medical Branch's Motion to Dismiss Under FRCP 12(B)(6)* by University Of Texas Medical Branch, filed. Motion Docket Date 12/3/2013. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 11/12/2013) |
| 11/12/2013 | 5 | CERTIFICATE OF INTERESTED PARTIES by University Of Texas Medical Branch, filed.(Coogan, Kim) (Entered: 11/12/2013) |
| 11/15/2013 | 6 | Opposed MOTION to Stay *and Objections to Discovery* by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 12/6/2013. (Attachments: # 1 Proposed Order)(Anastasiadis, Demetri) (Entered: 11/15/2013) |

| 11/15/2013 | 7 | MOTION to Dismiss *on the Basis of Qualified Immunity* by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 12/6/2013. (Attachments: # 1 Civil Cover Sheet Exhibit 1, # 2 Exhibit 1, # 3 Proposed Order)(Anastasiadis, Demetri) (Clerk's Notes: The motion is entitled "amended" however this is the original Motion to Dismiss filed by Brad Livingston.) (Entered: 11/15/2013) |
|---|---|---|
| 11/15/2013 | 8 | ORDER ; Motion-related deadline set re: 6 Opposed MOTION to Stay *and Objections to Discovery* - Responses due by 11/21/2013.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 11/15/2013) |
| 11/21/2013 | 9 | RESPONSE to 6 Opposed MOTION to Stay *and Objections to Discovery* filed by Ramona Hinojosa. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 11/21/2013) |
| 11/22/2013 | 10 | ANSWER to 1 Complaint by Ernest Guterrez, Jr, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, filed.(Garcia, Bruce) (Entered: 11/22/2013) |
| 11/26/2013 | 11 | REPLY to Response to 6 Opposed MOTION to Stay *and Objections to Discovery*, filed by Brad Livingston, William Stephens, Rick Thaler. (Attachments: # 1 Exhibit 1 part 1 of 2, # 2 Exhibit 1 part 2 of 2, # 3 Exhibit 2) (Anastasiadis, Demetri) (Entered: 11/26/2013) |
| 12/03/2013 | 12 | NOTICE of Setting as to 6 Opposed MOTION to Stay *and Objections to Discovery*. Parties notified. Motion Hearing set for 12/6/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 13 | RESPONSE to 4 MOTION to Dismiss *Defendant University of Texas Medical Branch's Motion to Dismiss Under FRCP 12(B)(6)* filed by Ramona Hinojosa. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 12/03/2013) |
| 12/06/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 12/6/2013. Arguments heard on Motion to Stay. Court grants 6 Opposed MOTION to Stay *and Objections to Discovery*. Replies to responses to pending motions due within 1 week. Appearances:Scott Medlock, Leah O'Leary, Erika Hime. Demetri Anastasiadis.(Digital # 1:29-1:43) (ERO:G. Rogan), filed.(bcortez, 2) (Entered: 12/06/2013) |
| 12/06/2013 | 14 | RESPONSE to 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Ramona Hinojosa. (Attachments: # 1 Proposed Order) (Edwards, Jeffrey) (Entered: 12/06/2013) |
| 12/14/2013 | 15 | REPLY to Response to 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity*, filed by Brad Livingston, William Stephens, Rick Thaler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Part 1 of 4, # 3 Exhibit 2 Part 2 of 4, # 4 Exhibit 2 Part 3 of 4, # 5 Exhibit 2 Part 4 of 4)(Anastasiadis, Demetri) (Entered: 12/14/2013) |
| 12/19/2013 | 16 | NOTICE *of Supplemental Authority* re: 4 MOTION to Dismiss *Defendant University of Texas Medical Branch's Motion to Dismiss Under FRCP 12(B)(6)* by Ramona Hinojosa, filed. (Attachments: # 1 Exhibit 1)(Edwards, Jeffrey) (Entered: 12/19/2013) |
| | | |

| | | |
|---|---|---|
| 12/20/2013 | 17 | Amended REPLY to Response to 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity*, filed by Brad Livingston, William Stephens, Rick Thaler. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Part 1 of 4, # 3 Exhibit 2 Part 2 of 4, # 4 Exhibit 2 Part 3 of 4, # 5 Exhibit 2 Part 4 of 4)(Anastasiadis, Demetri) (Entered: 12/20/2013) |
| 12/31/2013 | 18 | NOTICE *of Supplemental Authority* re: 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* by Ramona Hinojosa, filed. (Attachments: # 1 Exhibit)(Edwards, Jeffrey) (Entered: 12/31/2013) |
| 01/03/2014 | 19 | RESPONSE to 18 Notice (Other) *Plaintiffs' Notice of Supplemental Authority in Response to Defendants' Motion to Dismiss*, filed by Brad Livingston, William Stephens, Rick Thaler. (Anastasiadis, Demetri) (Entered: 01/03/2014) |
| 01/10/2014 | 20 | CERTIFICATE OF INTERESTED PARTIES by Ramona Hinojosa, filed. (Edwards, Jeffrey) (Entered: 01/10/2014) |
| 01/10/2014 | 21 | NOTICE of Appearance by Shanna Molinare as Co-Counsel on behalf of University Of Texas Medical Branch, filed. (Molinare, Shanna) (Entered: 01/10/2014) |
| 01/10/2014 | 22 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by University Of Texas Medical Branch, filed. (Attachments: # 1 Proposed Order SCHEDULING/DOCKET CONTROL ORDER)(Coogan, Kim) (Entered: 01/10/2014) |
| 01/16/2014 | | *** IPTC set for 1/17/14 has been terminated. Court enters the scheduling order submitted by parties at DE 22., filed. (bcortez, 2) (Entered: 01/16/2014) |
| 01/16/2014 | 23 | SCHEDULING ORDER **Jury Trial set for 4/13/2015 at 09:00 AM** before Judge Nelva Gonzales Ramos Joinder of Parties due by 10/1/2014 Pltf Expert Witness List due by 10/1/2014. Deft Expert Witness List due by 11/3/2014. Demand Letter due by 10/15/2014 Mediation due by 12/1/2014. Discovery due by 12/1/2014. Status Conference set for 1/14/2015 at 09:00 AM before Judge Nelva Gonzales Ramos Dispositive Motion Filing due by 1/7/2015. Joint Pretrial Order due by 3/9/2015. Final Pretrial Conference set for 4/3/2015 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 01/16/2014) |
| 01/16/2014 | 24 | ORDER DENYING DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH'S MOTION TO DISMISS denying 4 Motion to Dismiss.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/16/2014) |
| 01/16/2014 | 25 | MOTION for Neal W. Spradlin to Appear Pro Hac Vice as to Brad Livingston, William Stephens, and Rick Thaler, filed. Motion Docket Date 2/6/2014. (mmarquez, 5) (Entered: 01/16/2014) |
| 01/31/2014 | 26 | ORDER granting 25 Motion to Appear Pro Hac Vice. Neal W. Spradlin granted leave to appear as co-counsel for Brad Livingston, William Stephens, and Rick Thaler.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/31/2014) |
| 02/06/2014 | 27 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by M. Lawrence Wells on behalf of Brad Livingston, William Stephens, Rick Thaler, filed. (Wells, Maurice) (Entered: 02/06/2014) |
| 02/12/2014 | 28 | NOTICE of Setting. Parties notified. Conference set for 2/26/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 02/12/2014) |
| 02/26/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS HEARING held on 2/26/2014. Arguments heard re: 7 Motion to Dismiss. Court denies 7 Motion to Dismiss. Court will enter order. Appearances:Scott Medlock. Bruce R Garcia, Jeffrey S Edwards, Demetri Anastasiadis, Kim J Coogan.(Digital # 9:59-10:52)(ERO:G. Rogan), filed. (bcortez, 2) (Entered: 02/26/2014) |
| 03/07/2014 | 29 | ***PLEASE DISREGARD - FILED IN ERROR (Filer selected wrong attorney) - PLEASE SEE D.E. 30 FOR CORRECT ENTRY*** MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 3/28/2014. (Attachments: # 1 Proposed Order)(Wells, Maurice) Modified on 3/10/2014 (lcayce, 2). (Entered: 03/07/2014) |
| 03/07/2014 | 30 | MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 3/28/2014. (Attachments: # 1 Proposed Order) (Anastasiadis, Demetri) (Entered: 03/07/2014) |
| 03/18/2014 | 31 | MOTION to Strike 29 MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity*, 30 MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* by Ramona Hinojosa, filed. Motion Docket Date 4/8/2014. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 03/18/2014) |
| 03/21/2014 | 32 | MOTION for Protective Order by University Of Texas Medical Branch, filed. Motion Docket Date 4/11/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, Part 1, # 4 Exhibit C, Part 2, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Coogan, Kim) (Entered: 03/21/2014) |
| 03/21/2014 | 33 | RESPONSE to 31 MOTION to Strike 29 MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity*, 30 MOTION for Reconsideration of 7 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* < filed by Brad Livingston, William Stephens, Rick Thaler. (Anastasiadis, Demetri) (Entered: 03/21/2014) |
| 03/26/2014 | 34 | Amended MOTION for Protective Order by University Of Texas Medical Branch, filed. Motion Docket Date 4/16/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C-Part 1, # 4 Exhibit C-Part 2, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Coogan, Kim) (Entered: 03/26/2014) |
| 03/27/2014 | 35 | ORDER DENYING DEFENDANTS' RULE 12(b)(b) MOTION TO DISMISS, DENYING MOTION FOR RECONSIDERATION, AND DEFINING DISCOVERY LIMITS denying 30 Motion for Reconsideration; denying as moot 31 Motion to Strike; denying 7 Motion to Dismiss.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 03/27/2014) |
| | | |

| | | |
|---|---|---|
| 03/31/2014 | 36 | RESPONSE to 34 Amended MOTION for Protective Order filed by Ramona Hinojosa. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order)(Edwards, Jeffrey) (Entered: 03/31/2014) |
| 04/07/2014 | 37 | REPLY to Response to 34 Amended MOTION for Protective Order, filed by University Of Texas Medical Branch. (Molinare, Shanna) (Entered: 04/07/2014) |
| 04/17/2014 | 38 | NOTICE of Appearance by Calysta L. Lantiegne on behalf of University Of Texas Medical Branch, filed. (Lantiegne, Calysta) (Entered: 04/17/2014) |
| 04/17/2014 | 39 | Opposed MOTION for In Camera Inspection of Priviledged Documents by University Of Texas Medical Branch, filed. Motion Docket Date 5/8/2014. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 04/17/2014) |
| 04/21/2014 | 40 | ORDER ; Motion-related deadline set re: 39 Opposed MOTION for In Camera Inspection of Priviledged Documents Responses due by 5/1/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 04/21/2014) |
| 04/24/2014 | 41 | Unopposed MOTION to Withdraw 39 Opposed MOTION for In Camera Inspection of Priviledged Documents by University Of Texas Medical Branch, filed. Motion Docket Date 5/15/2014. (Attachments: # 1 Proposed Order)(Mase, Lacey) (Entered: 04/24/2014) |
| 04/24/2014 | 42 | ORDER terminating 39 Motion; granting 41 Motion to Withdraw; withdrawing 39 Opposed MOTION for In Camera Inspection of Priviledged Documents. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 04/24/2014) |
| 04/25/2014 | 43 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 35 Order on Motion for Reconsideration,, Order on Motion to Strike,, Order on Motion to Dismiss, by Brad Livingston, William Stephens, Rick Thaler (Filing fee $ 505, receipt number 0541-13073704), filed. (Anastasiadis, Demetri) (Entered: 04/25/2014) |
| 04/28/2014 | 44 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (1 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 43 Notice of Appeal,, filed. (lcayce, 2) (Entered: 04/28/2014) |
| 04/28/2014 | 45 | ***DISREGARD - SEE CORRECTIVE ENTRY BELOW. *** ORDER. Responses due by 5/1/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 04/28/2014) |
| 04/29/2014 | | Corrective Entry: 45 Order was recorded on the wrong docket, filed. (sscotch, 2) (Entered: 04/29/2014) |
| 04/30/2014 | 46 | Supplemental RESPONSE to 34 Amended MOTION for Protective Order filed by Ramona Hinojosa. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Edwards, Jeffrey) (Entered: 04/30/2014) |
| 05/01/2014 | 47 | REPLY to Response to 34 Amended MOTION for Protective Order, filed by University Of Texas Medical Branch. (Coogan, Kim) (Entered: 05/01/2014) |

| 05/01/2014 | 48 | Notice of Assignment of USCA No. 14-40459 re: 43 Notice of Appeal,, filed. (lrivera, 2) (Entered: 05/01/2014) |
|---|---|---|
| 05/06/2014 | 49 | NOTICE of Setting as to 34 Amended MOTION for Protective Order. Parties notified. Telephonic Motion Hearing set for 5/12/2014 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 05/06/2014) |
| 05/12/2014 | 50 | NOTICE of Appearance by Matthew J. Greer on behalf of Ernest Guterrez, Jr, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, filed. (Greer, Matthew) (Entered: 05/12/2014) |
| 05/12/2014 |  | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 5/12/2014. Arguments heard re: 34 Amended MOTION for Protective Order. Court denies UTMB's amended motion for protective order. Court does not order attorneys' fees as requested by plaintiffs in their briefing. Court orders produced according to the protective order currently in place. Appearances:Scott Medlock, Shawn Flammer. Matthew J Greer, Demetri Anastasiadis, Kim J Coogan, Shanna Elizabeth Molinare.(Digital # 1:32-1:45)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 05/12/2014) |
| 05/19/2014 | 51 | NOTICE *of Agreed Protective Order* by University Of Texas Medical Branch, filed. (Coogan, Kim) (Entered: 05/19/2014) |
| 05/23/2014 | 52 | NOTICE *Of Supplemental Disclosure To Plaintiff* by University Of Texas Medical Branch, filed. (Coogan, Kim) (Entered: 05/23/2014) |
| 06/04/2014 | 53 | REQUEST for Electronic Copy of Certified Record on Appeal re: 43 Notice of Appeal, by Brad Livingston, William Stephens, Rick Thaler, filed.(Anastasiadis, Demetri) (Entered: 06/04/2014) |
| 06/05/2014 | 54 | ADVISORY by University Of Texas Medical Branch, filed.(Coogan, Kim) (Entered: 06/05/2014) |
| 06/05/2014 | 55 | Transmittal Letter on Appeal Certified re: 43 Notice of Appeal,. CDs containing the electronic record are being sent to appellants counsel. (USCA No. 14-40459), filed.(lcayce, 2) (Entered: 06/05/2014) |
| 06/10/2014 | 56 | NOTICE of Appearance by Allan K. Cook on behalf of Brad Livingston, William Stephens, Rick Thaler, filed. (Cook, Allan) (Entered: 06/10/2014) |
| 06/18/2014 | 57 | Opposed MOTION to Stay *All New Discovery* by University Of Texas Medical Branch, filed. Motion Docket Date 7/9/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Cook, Allan) (Entered: 06/18/2014) |
| 06/18/2014 | 58 | ORDER ; Motion-related deadline set re: 57 Opposed MOTION to Stay *All New Discovery* -- Responses due by 6/25/2014.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 06/19/2014) |
| 06/25/2014 | 59 | Sealed Event, filed. (With attachments) (Entered: 06/25/2014) |
| 06/26/2014 | 60 | ADVISORY by Ramona Hinojosa, filed.(Edwards, Jeffrey) (Entered: 06/26/2014) |
| 07/08/2014 | 61 | NOTICE of Appearance by CYNTHIA L. BURTON on behalf of Ernest Guterrez, Jr, Brad Livingston, William Stephens, TEXAS DEPARTMENT OF |

| | | CRIMINAL JUSTICE, Rick Thaler, filed. (Burton, Cynthia) (Entered: 07/08/2014) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 07/09/2014 09:05:08 ||||
| PACER Login: | ag0035 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cv-00319 |
| Billable Pages: | 8 | Cost: | 0.80 |