BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|   |   |   |
|---|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION | § § § § | MDL Docket No._____ |

**EXHIBIT 16 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

**FEDERAL COURT MANAGEMENT STATISTICS FOR SOUTHERN AND EASTERN DISTRICTS OF TEXAS**

## U.S. District Court — Judicial Caseload Profile

### TEXAS SOUTHERN

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Dec 31 2010 | Dec 31 2011 | Dec 31 2012 | Dec 31 2013 | U.S. | Circuit |
| Overall Caseload Statistics | Filings [1] | | 15,927 | 17,835 | 18,788 | 16,058 | 15,024 | 15,130 | | |
| | Terminations | | 14,221 | 17,052 | 17,283 | 17,156 | 15,050 | 15,115 | | |
| | Pending | | 11,614 | 12,280 | 12,871 | 11,794 | 11,784 | 11,891 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -5.0 | -15.2 | -19.5 | -5.8 | 0.7 | | 43 | 4 |
| | Number of Judgeships | | 19 | 19 | 19 | 19 | 19 | 19 | | |
| | Vacant Judgeship Months [2] | | 7.0 | 32.2 | 42.7 | 36.2 | 15.8 | 34.0 | | |
| Actions per Judgeship | Filings | Total | 838 | 939 | 989 | 845 | 791 | 796 | 7 | 2 |
| | | Civil | 298 | 347 | 394 | 345 | 300 | 312 | 53 | 6 |
| | | Criminal Felony | 463 | 485 | 484 | 395 | 382 | 375 | 4 | 2 |
| | | Supervised Release Hearings | 77 | 106 | 112 | 105 | 109 | 109 | 6 | 2 |
| | Pending Cases | | 611 | 646 | 677 | 621 | 620 | 626 | 16 | 4 |
| | Weighted Filings [2] | | 598 | 680 | 725 | 599 | 575 | 583 | 23 | 5 |
| | Terminations | | 748 | 897 | 910 | 903 | 792 | 796 | 6 | 2 |
| | Trials Completed | | 21 | 28 | 30 | 31 | 27 | 26 | 18 | 2 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 4.4 | 4.6 | 4.7 | 4.6 | 4.7 | 4.9 | 5 | 2 |
| | | Civil [2] | 6.9 | 6.3 | 6.1 | 7.4 | 7.5 | 6.8 | 13 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 19.0 | 19.8 | 19.5 | 19.9 | 20.1 | 20.9 | 19 | 5 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 152  3.3 | 156  3.1 | 187  3.2 | 364  6.8 | 376  8.0 | 400  8.2 | 62 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 50.3 | 48.2 | 48.6 | 52.4 | 52.9 | 51.6 | | |
| | | Percent Not Selected or Challenged | 38.9 | 36.3 | 36.5 | 42.5 | 42.1 | 38.7 | | |

| 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 5,935 | 99 | 108 | 1,258 | 56 | 573 | 618 | 1,116 | 531 | 126 | 562 | 6 | 882 |
| Criminal [1] | 7,116 | 568 | 768 | 4,980 | 206 | 222 | 69 | 81 | 8 | 14 | 36 | 80 | 84 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | Sep 30 2009 | Sep 30 2010 | Dec 31 2010 | Dec 31 2011 | Dec 31 2012 | Dec 31 2013 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 4,259 | 4,184 | 4,452 | 4,366 | 4,683 | 5,330 | | |
| | Terminations | | 3,995 | 3,767 | 3,638 | 4,237 | 4,217 | 4,928 | | |
| | Pending | | 4,018 | 4,430 | 4,834 | 4,974 | 5,416 | 5,790 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 25.1 | 27.4 | 19.7 | 22.1 | 13.8 | | 13 | 2 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 8.9 | 12.0 | 14.1 | 21.5 | 24.0 | | |
| **Actions per Judgeship** | Filings | Total | 532 | 523 | 557 | 546 | 585 | 666 | 14 | 4 |
| | | Civil | 399 | 374 | 409 | 402 | 444 | 511 | 12 | 3 |
| | | Criminal Felony | 134 | 149 | 147 | 144 | 141 | 154 | 14 | 3 |
| | | Supervised Release Hearings | 0 | 1 | 0 | 0 | 1 | 2 | 94 | 9 |
| | Pending Cases | | 502 | 554 | 604 | 622 | 677 | 724 | 10 | 2 |
| | Weighted Filings [2] | | 594 | 683 | 806 | 777 | 1,137 | 1,317 | 3 | 1 |
| | Terminations | | 499 | 471 | 455 | 530 | 527 | 616 | 22 | 3 |
| | Trials Completed | | 22 | 22 | 20 | 18 | 16 | 19 | 48 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.9 | 9.8 | 10.1 | 11.4 | 12.2 | 12.0 | 73 | 8 |
| | | Civil [2] | 10.8 | 9.6 | 9.5 | 9.0 | 9.6 | 8.9 | 44 | 5 |
| | From Filing to Trial [2] (Civil Only) | | 25.0 | 21.7 | 24.0 | 23.9 | 24.8 | 20.8 | 18 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 116 / 4.0 | 141 / 4.6 | 180 / 5.3 | 192 / 5.6 | 185 / 4.9 | 231 / 6.0 | 50 | 7 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 2.0 | 1.9 | 2.0 | 2.0 | 2.2 | | |
| | Jurors | Avg. Present for Jury Selection | 40.5 | 42.7 | 42.0 | 41.1 | 37.1 | 36.1 | | |
| | | Percent Not Selected or Challenged | 38.7 | 38.0 | 34.6 | 35.1 | 33.0 | 31.9 | | |

### 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,084 | 133 | 65 | 1,180 | 32 | 209 | 141 | 213 | 177 | 1,555 | 217 | 3 | 159 |
| Criminal [1] | 1,224 | 47 | 602 | 103 | 130 | 179 | 27 | 69 | 4 | 13 | 3 | 6 | 41 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."