BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE TEXAS PRISON HEAT | § | MDL Docket No._____ |
| LITIGATION | § | Civil Action No. 3:13-cv-283 (S.D. Tex.) |
|  | § |  |

**AMENDED CERTIFICATE OF SERVICE**

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, certify that I served or caused to be served via e-mail and pursuant to Panel Rule 4.1 true and correct copies of (1) motion for transfer and consolidate, (2) brief in support of motion to transfer and consolidate, (3) declaration of Cynthia L. Burton in support of motion to transfer and consolidate and (4) exhibits to motion to transfer and consolidate on the following, all of whom have appeared by CM/ECF in one or more of the cases sought to be transferred and consolidated:

**A.     Plaintiffs' Counsel**

1.     Jeffrey S. Edwards
       The Edwards Law Firm
       1101 E. 11th St.
       Austin TX  78702
       jeff@edwards-law.com

**Counsel for Ramona Hinojosa, individually as a wrongful death beneficiary and as the heir to the Estate of Albert Hinojosa; Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams; and Wanda Adams, individually; Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James and Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and Mary Lou James, individually; Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze; and  David Bailey, Marvin Ray Yates, Keith Cole, and Nicholas Diaz.**

2.     Sean Patrick Flammer

Scott Douglass & McConnico LLP
600 Congress Ave., Suite 1500
Austin TX  78701
sean.flammer@gmail.com

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

3. James C. Harrington
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
jch@mail.utexas.edu

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

4. Wayne Nicholas Krause
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
waynekrause@texascivilrightsproject.org

**Counsel for Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze.**

5. Brian Rolland McGivern
Texas Civil Rights Project
1405 Montopolis Dr.
Austin TX 78741-3438
brian@texascivilrightsproject.org

**Counsel for Roxanne Martone, individually and as heir-at-law to the Estate of Michael Martone; Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum; Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze.**

6. Scott Charles Medlock
The Edwards Law Firm
1101 E. 11th St.

        Austin TX  78702
        scott@edwards-law.com

**Counsel for Kevin Webb, individually and as the representative of the Estate of Robert Allen Webb, and Edna Webb, Christin Carson, and Casey Akins, individually and as heirs at law; Ashley Adams, individually and as the representative of the Estate of Rodney Gerald Adams; and Wanda Adams, individually; Carlette Hunter James, individually and as the representative of the Estate of Kenneth Wayne James, Kristy James, Krystal James, Kendrick James, Arlett James, Jonathan James and Kenneth Evans, individually and as heirs-at-law to the Estate of Kenneth Wayne James, and Mary Lou James, individually; and Gwen Togonidze, as the next friend of J.T., a minor child and heir-at-law to the Estate of Alexander Togonidze; Cade Hudson, individually and as the representative of the Estate of Douglas Hudson, L. Fields, Danny Washington.**

7.        Eliot D. Shavin
           SMU Legal Clinic
           2600 State St.
           Dallas TX  75204
           eshavin@sbcglboal.net

**Counsel for Stephen McCollum, Stephanie Kingrey and Sandra McCollum, individually and as heirs at law to the Estate of Larry Gene McCollum.**

**B.       Moving Parties' Counsel**

1.        Demetri Anastasiadis
           Assistant Attorney General
           Office of the Attorney General
           Law Enforcement Defense Division
           P.O. Box 12548
           Austin TX  78711-2548
           demetri.anastasiadis@texasattorneygeneral.gov

**Counsel for Brad Livingston, William Stephens and Rick Thaler.**

2.        Cynthia L. Burton
           Office of the Attorney General
           Law Enforcement Defense Division
           P.O. Box 12548
           Austin TX  78711-2548
           cynthia.burton@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings,**

Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.

  3.  Allan K. Cook
     Office of the Attorney General
     Law Enforcement Defense Division
     P.O. Box 12548
     Austin TX  78711-2548
     allan.cook@texasattorneygeneral.gov

**Counsel for Brad Livingston, William Stephens and Rick Thaler.**

  4.  Bruce R. Garcia
     Office of the Attorney General
     Law Enforcement Defense Division
     P.O. Box 12548
     Austin TX  78711-2548
     bruce.garcia@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings, Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.**

  5.  Matthew Greer
     Office of the Attorney General
     Law Enforcement Defense Division
     P.O. Box 12548
     Austin TX  78711-2548
     matthew.greer@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Eileen Kennedy, Ernest Gutierrez Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings, Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones and Roberto Herrera.**

  6.  Maurice Lawrence Wells
     Office of the Attorney General
     Law Enforcement Defense Division
     P.O. Box 12548
     Austin TX  78711-2548
     lawrence.wells@texasattorneygeneral.gov

**Counsel for Brad Livingston, William Stephens and Rick Thaler.**

C.   **Co-Defendants' Counsel**

    1.   Calysta Lantiegne
       Office of the Attorney General
       Law Enforcement Defense Division
       P.O. Box 12548
       Austin TX  78711-2548
       calysta.lantiegne@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch.**

    2.   Lacey Mase
       Office of the Attorney General
       Law Enforcement Defense Division
       P.O. Box 12548
       Austin TX  78711-2548
       lacey.mase@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch, Peggy McCleskey, Patricia Rye, Owen Murray, Steven Fields, Nancy Betts and Linda McKnight.**

    3.   Shanna Molinare
       Office of the Attorney General
       Law Enforcement Defense Division
       P.O. Box 12548
       Austin TX  78711-2548
       shanna.molinare@texasattorneygeneral.gov

**Counsel for University of Texas Medical Branch, Peggy McCleskey, Owen Murray, Patricia Rye, Joe Oliver and Nancy Betts.**

**NOTE**:   Erika Hime, Kimberly Coogan, Patrick Brezik, Rachael Airen and Johnathan Stone are either no longer assigned to these cases or are no longer employed by the Office of the Attorney General.

D.   **Pro Se Litigant**

    1.   Interested Party
       Charles C. Taylor, TDCJ No. 1347697
       Hutchins Unit
       1500 East Langdon Rd
       Dallas, TX 75241

**E.** **Courts**

1. Clerk
United States District Court
Northern District of Texas
1100 Commerce St., Room 1452
Dallas TX 75242

2. Clerk
United States District Court
Southern District of Texas
Houston Division
515 Rusk St.
Houston TX 77002

3. Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

6. Clerk
United States District Court
Eastern District of Texas
William M. Steger Federal Building and United States Courthouse
211 West Ferguson St., Room 106
Tyler TX  75702

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge

c: Sharon Felfe Howell
Cynthia Milne