BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE TEXAS PRISON HEAT § MDL Docket No._____
LITIGATION §
§
§

# EXHIBIT 5 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

## *MARTONE* DOCKET

STAYED,Transferred_In_Divisional

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:13-cv-03369

Martone et al v. Livingston et al  
Assigned to: Judge Keith P Ellison  
Related Case: 3:13-cv-00283  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 08/07/2013  
Jury Demand: Defendant  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

### Plaintiff

**Roxanne Martone**  
*Individually and as Representative of the Estate of Michael Martone*

represented by **Brian Rolland McGiverin**  
Texas Civil Rights Project  
1405 Montopolis Dr  
Austin, TX 78741-3438  
572-474-5073  
Email: brian@texascivilrightsproject.org  
*ATTORNEY TO BE NOTICED*

**Scott Charles Medlock**  
Edwards Law  
1101 East 11th St  
Austin, TX 78702  
512-623-7727  
Fax: 512-623-7729  
Email: scott@edwards-law.com  
*ATTORNEY TO BE NOTICED*

**Wayne Nicholas Krause**  
Texas Civil Rights Project  
1405 Montopolis Dr  
Austin, TX 78741  
512-474-5073  
Fax: 512-474-0726  
Email: waynekrause@texascivilrightsproject.org  
*ATTORNEY TO BE NOTICED*

**Jeffrey S Edwards**  
The Edwards Law Firm  
1101 East 11th St  
Austin, TX 78702  
512-623-7727  
Fax: 512-623-7729  
Email: jeff@edwards-law.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Estate of Michael Martone** | represented by | **Brian Rolland McGiverin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Charles Medlock**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Wayne Nicholas Krause**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey S Edwards**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Brad Livingston** | represented by | **Cynthia Burton**<br>Office of the Attorney General<br>Capitol Station<br>PO Box 12548<br>Austin, TX 78711-2548<br>512-463-2080<br>Fax: 512-495-9139<br>Email:<br>cynthia.burton@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Demetri Anastasiadis**<br>Office of Texas Attorney General<br>P O Box 12548<br>Austin, TX 78711-2548<br>512-463-2080<br>Fax: 512-495-9139<br>Email:<br>demetri.anastasiadis@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maurice Lawrence Wells**<br>Office of Attorney General<br>300 W 15th<br>7th Floor<br>Austin, TX 78701 |

|  |  |
|---|---|
|  | 512-463-2080<br>Email:<br>lawrence.wells@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Allan Kennedy Cook**<br>Office of the Attorney General<br>300 W 15th Street<br>7th Floor<br>Austin, TX 78701<br>512-475-1917<br>Fax: 512-495-9139<br>Email: Allan.Cook@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Officer Richard Alford** represented by **Bruce R Garcia**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2080
Fax: 512-495-9139
Email: bruce.garcia@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Jones** represented by **Bruce R Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711-2548

|  |  |
|---|---|
|  | 512-463-2080<br>Email:<br>johnathan.stone@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Peggy McCleskey** | represented by **Erika Danielle Hime**<br>Allison, Bass and Magee, LLP<br>402 W. 12th Street<br>Austin, TX 78701<br>512-482-0701<br>Fax: 512-480-0902<br>Email: e.hime@allison-bass.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Lacey E Mase**<br>Office of the Attorney General<br>300 West 15th St<br>7th Floor<br>Austin, TX 78711<br>512-463-2080<br>Email: lacey.mase@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Shanna Elizabeth Molinare**<br>Office of Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711<br>512-463-2080<br>Email:<br>shanna.molinare@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Kerry Collard** | represented by **Bruce R Garcia**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cynthia Burton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Johnathan Stone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |

| | | |
|---|---|---|
| **University of Texas Medical Branch** | represented by | **Kim J Coogan**<br>Office of the Atty Gen of Texas<br>Law Enforcement Defense Div<br>PO Box 12548<br>Austin, TX 78711-2548<br>512-463-2080<br>Fax: 512-495-9139<br>Email: kim.coogan@texasattorneygeneral.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Allan Kennedy Cook**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Calysta L Lantiegne**<br>Office of the Attorney General<br>Law Enforcement Defense Division<br>PO Box 12548<br>Capitol Station<br>Austin, TX 78711<br>512-463-2080<br>Fax: 512-495-9139<br>Email: Calysta.Lantiegne@texasattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Erika Danielle Hime**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shanna Elizabeth Molinare**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Texas Department Of Criminal Justice** | represented by | **Bruce R Garcia**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cynthia Burton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Johnathan Stone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Dr. Owen Murray     represented by     **Kim J Coogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shanna Elizabeth Molinare**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Dr. Lannette Linthicum     represented by     **Bruce R Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Lawrence Wells**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Dr. Patricia Rye     represented by     **Erika Danielle Hime**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lacey E Mase**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shanna Elizabeth Molinare**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

William Stephens     represented by     **Cynthia Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetri Anastasiadis**
(See above for address)
*LEAD ATTORNEY*

|                |                  |                                                                                                                                    |
| -------------- | ---------------- | ---------------------------------------------------------------------------------------------------------------------------------- |
|                |                  | *ATTORNEY TO BE NOTICED*                                                                                                           |
|                |                  | **Maurice Lawrence Wells** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED*                                          |
|                |                  | **Allan Kennedy Cook** (See above for address) *ATTORNEY TO BE NOTICED*                                                            |
| **Defendant**  |                  |                                                                                                                                    |
| **Rick Thaler**| represented by   | **Cynthia Burton** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED*                                                  |
|                |                  | **Demetri Anastasiadis** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED*                                            |
|                |                  | **Maurice Lawrence Wells** (See above for address) *LEAD ATTORNEY ATTORNEY TO BE NOTICED*                                          |
|                |                  | **Allan Kennedy Cook** (See above for address) *ATTORNEY TO BE NOTICED*                                                            |

| Date Filed | #   | Docket Text |
| ---------- | --- | ----------- |
| 08/07/2013 | 1   | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-11838863) filed by Roxanne Martone. (Attachments: # 1 Civil Cover Sheet)(Edwards, Jeffrey) (Entered: 08/07/2013) |
| 08/14/2013 | 2   | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/13/2013 at 10:30 AM in Sixth Floor Courtroom before Judge Gregg Costa(Signed by Judge Gregg Costa) Parties notified.(dwilkerson, ) (Entered: 08/14/2013) |
| 09/04/2013 | 3   | CERTIFICATE OF INTERESTED PARTIES by Roxanne Martone, The Estate of Michael Martone, filed.(Medlock, Scott) (Entered: 09/04/2013) |
| 09/25/2013 | 4   | Request for Issuance of Summons as to All Defendants, filed.(Edwards, Jeffrey) (Entered: 09/25/2013) |
| 09/25/2013 |     | Summons Issued as to All Defendants, filed.(wbostic, 4) (Entered: 09/25/2013) |

| | | |
|---|---|---|
| 09/26/2013 | 5 | Request for Issuance of Summons as to Dr. Owen Murray, filed.(Edwards, Jeffrey) (Entered: 09/26/2013) |
| 09/26/2013 | | Summons Issued as to Dr. Owen Murray re 5 Request for Issuance of Summons. (dwilkerson, 3) (Entered: 09/26/2013) |
| 09/26/2013 | 6 | Clerks Notice regarding CMECF notice returned undeliverable from grecia@edwards-law.com on the account of Jeffrey S Edwards. The referenced email address has been deleted from your CM/ECF account, filed. (tferguson, 4) (Entered: 09/26/2013) |
| 10/17/2013 | 7 | ANSWER to 1 Complaint with Jury Demand by Kerry Collard, James Jones, filed.(Garcia, Bruce) (Entered: 10/17/2013) |
| 10/17/2013 | 8 | MOTION to Dismiss by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 11/7/2013. (Wells, Maurice) (Entered: 10/17/2013) |
| 10/17/2013 | 9 | MOTION to Transfer Case to USDC Southern District of Texas - Houston Division by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 11/7/2013. (Attachments: # 1 Proposed Order)(Wells, Maurice) (Entered: 10/17/2013) |
| 10/22/2013 | 10 | NOTICE of Appearance by Demetri Anastasiadis on behalf of Brad Livingston, William Stephens, Rick Thaler, filed. (Anastasiadis, Demetri) (Entered: 10/22/2013) |
| 10/24/2013 | 11 | ADVISORY by Kerry Collard, James Jones, filed.(Garcia, Bruce) (Entered: 10/24/2013) |
| 10/25/2013 | 12 | MOTION to Transfer Case to Houston Division by Kerry Collard, James Jones, Texas Department Of Criminal Justice, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 Proposed Order)(Garcia, Bruce) (Entered: 10/25/2013) |
| 10/25/2013 | 13 | Unopposed MOTION to Stay *Deadline to Respond to Livingston, Thaler, and Stephens' Motion to Dismiss* by Roxanne Martone, The Estate of Michael Martone, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 10/25/2013) |
| 10/28/2013 | 14 | ORDER granting 13 Plaintiff's Unopposed Motion to Stay Deadline to Respond to Livingston, Thaler and Stephens' Motion to Dismiss. (Signed by Judge Gregg Costa.) Parties notified. (yhausmann, 6) (Entered: 10/28/2013) |
| 10/29/2013 | 15 | ORDERED WITHDRAWN SEE DOC. 56 MOTION to Dismiss by Dr. Lannette Linthicum, filed. Motion Docket Date 11/19/2013. (Wells, Maurice) Modified on 5/30/2014 (sloewe, 4). (Entered: 10/29/2013) |
| 11/04/2013 | 16 | CERTIFICATE OF INTERESTED PARTIES by Dr. Lannette Linthicum, Brad Livingston, William Stephens, Rick Thaler, filed.(Wells, Maurice) (Entered: 11/04/2013) |
| 11/08/2013 | 17 | ANSWER to 1 Complaint with Jury Demand by Peggy McCleskey, filed.(Hime, Erika) (Entered: 11/08/2013) |
| 11/08/2013 | 18 | NOTICE *Defendant UTMB's Notice of Co-Counsel* by University of Texas Medical Branch, filed. (Hime, Erika) (Entered: 11/08/2013) |

| 11/11/2013 | 19 | Joint RESPONSE to 12 MOTION to Transfer Case to Houston Division, 9 MOTION to Transfer Case to USDC Southern District of Texas - Houston Division filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Edwards, Jeffrey) (Entered: 11/11/2013) |
|---|---|---|
| 11/12/2013 | 20 | NOTICE of Appearance by Johnathan Stone on behalf of Kerry Collard, James Jones, Texas Department Of Criminal Justice, filed. (Stone, Johnathan) (Entered: 11/12/2013) |
| 11/12/2013 | 21 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Roxanne Martone, The Estate of Michael Martone, filed.(Edwards, Jeffrey) (Entered: 11/12/2013) |
| 11/12/2013 | 22 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Roxanne Martone, The Estate of Michael Martone, filed.(Edwards, Jeffrey) (Entered: 11/12/2013) |
| 11/14/2013 | 23 | ORDER granting 9 Motion to Transfer Case to Houston Division; granting 12 Motion to Transfer Case to Houston Division.(Signed by Judge Gregg Costa) Parties notified.(ccarnew, 3) (Entered: 11/14/2013) |
| 11/14/2013 | | Intradistrict Transfer to Houston, filed. (ccarnew, 3) (Entered: 11/14/2013) |
| 11/14/2013 | | Case transferred in from Galveston Division on 11/14/2013 ; Case Number 3:13-cv-283. Case assigned to Judge Keith P Ellison..(ccarnew, 3) (Entered: 11/14/2013) |
| 11/19/2013 | 24 | Unopposed MOTION for Extension of Time To Respond to Defendant Linthicum's Motion to Dismiss by Roxanne Martone, The Estate of Michael Martone, filed. Motion Docket Date 12/10/2013. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 11/19/2013) |
| 11/20/2013 | 25 | ORDER granting 24 Unopposed MOTION for Extension of Time To Respond to Defendant Linthicum's Motion to Dismiss; Motion-related deadline set re: 15 MOTION to Dismiss . Responses due by 12/14/2013.. (Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 11/21/2013) |
| 11/25/2013 | 26 | MOTION to Dismiss *Under FRCP 12(B)(6)* by University of Texas Medical Branch, filed. Motion Docket Date 12/16/2013. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 11/25/2013) |
| 11/25/2013 | 27 | MOTION to Dismiss *Under FRCP 12(b)(6)* by Dr. Owen Murray, filed. Motion Docket Date 12/16/2013. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 11/25/2013) |
| 11/25/2013 | 28 | MOTION to Dismiss by Dr. Patricia Rye, filed. Motion Docket Date 12/16/2013. (Attachments: # 1 Proposed Order)(Hime, Erika) (Entered: 11/25/2013) |
| 11/26/2013 | 29 | NOTICE of Appearance by Brian McGiverin on behalf of Roxanne Martone, The Estate of Michael Martone, filed. (McGiverin, Brian) (Entered: 11/26/2013) |
| 11/26/2013 | 30 | NOTICE of Appearance by Wayne Krause-Yang on behalf of Roxanne Martone, The Estate of Michael Martone, filed. (Krause, Wayne) (Entered: 11/26/2013) |

| 12/06/2013 | 31 | NOTICE *Notice of Defendant UTMB's Initial Disclosures* by University of Texas Medical Branch, filed. (Coogan, Kim) (Entered: 12/06/2013) |
|---|---|---|
| 12/16/2013 | 32 | RESPONSE to 27 MOTION to Dismiss *Under FRCP 12(b)(6)* filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 12/16/2013) |
| 12/16/2013 | 33 | RESPONSE to 8 MOTION to Dismiss filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Edwards, Jeffrey) (Entered: 12/16/2013) |
| 12/16/2013 | 34 | RESPONSE to 26 MOTION to Dismiss *Under FRCP 12(B)(6)* filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Edwards, Jeffrey) (Entered: 12/16/2013) |
| 12/16/2013 | 35 | RESPONSE to 28 MOTION to Dismiss filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 12/16/2013) |
| 12/16/2013 | 36 | RESPONSE to 15 MOTION to Dismiss filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 12/16/2013) |
| 12/31/2013 | 37 | NOTICE *of Supplemental Authority* re: 8 MOTION to Dismiss by Roxanne Martone, The Estate of Michael Martone, filed. (Attachments: # 1 Exhibit)(Edwards, Jeffrey) (Entered: 12/31/2013) |
| 01/03/2014 | 38 | RESPONSE to 37 Notice (Other) *Plaintiffs' Notice of Supplemental Authority in Response to Defendants' Motion to Dismiss*, filed by Brad Livingston, William Stephens, Rick Thaler. (Anastasiadis, Demetri) (Entered: 01/03/2014) |
| 01/10/2014 | 39 | NOTICE of Appearance by Shanna Molinare as Co-Counsel on behalf of Peggy McCleskey, Dr. Owen Murray, Dr. Patricia Rye, University of Texas Medical Branch, filed. (Molinare, Shanna) (Entered: 01/10/2014) |
| 01/16/2014 | 40 | NOTICE *of Supplemental Authority* re: 26 MOTION to Dismiss *Under FRCP 12(B)(6)* by Roxanne Martone, The Estate of Michael Martone, filed. (Attachments: # 1 Exhibit 1)(Edwards, Jeffrey) (Entered: 01/16/2014) |
| 01/17/2014 | 41 | RESPONSE to 37 Notice (Other) *(Notice of Supplemental Authority)*, filed by University of Texas Medical Branch. (Coogan, Kim) (Entered: 01/17/2014) |
| 01/17/2014 | 42 | Amended MOTION to Dismiss by University of Texas Medical Branch, filed. Motion Docket Date 2/7/2014. (Attachments: # 1 Proposed Order)(Coogan, Kim) (Entered: 01/17/2014) |
| 01/17/2014 | 43 | REPLY to Response to 8 MOTION to Dismiss , 15 MOTION to Dismiss , filed by Dr. Lannette Linthicum, Brad Livingston, William Stephens, Rick Thaler. (Attachments: # 1 Proposed Order)(Wells, Maurice) (Entered: 01/17/2014) |
| 01/23/2014 | 44 | RESPONSE to 42 Amended MOTION to Dismiss filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 01/23/2014) |
| 02/06/2014 | 45 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by M. Lawrence Wells on behalf of Dr. Lannette Linthicum, Brad Livingston, William Stephens, Rick Thaler, filed. (Wells, Maurice) (Entered: 02/06/2014) |
| 03/11/2014 | 46 | ANSWER to 1 Complaint with Jury Demand by Richard Alford, filed.(Garcia, Bruce) (Entered: 03/11/2014) |
| 04/11/2014 | 47 | NOTICE of Supplemental Authority by Roxanne Martone, The Estate of Michael Martone, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Edwards, Jeffrey) (Entered: 04/11/2014) |
| 04/16/2014 | 48 | Defendant McCleskey's FIRST AMENDED ANSWER and JURY DEMAND to 1 Complaint with Jury Demand by Peggy McCleskey, filed.(Mase, Lacey) (Entered: 04/16/2014) |
| 04/17/2014 | 49 | NOTICE of Appearance by Calysta L. Lantiegne on behalf of University of Texas Medical Branch, filed. (Lantiegne, Calysta) (Entered: 04/17/2014) |
| 05/19/2014 | 50 | NOTICE of Agreed Protective Order by University of Texas Medical Branch, filed. (Coogan, Kim) (Entered: 05/19/2014) |
| 05/23/2014 | 51 | Opposed MOTION to Quash Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Patricia Rye and Subpoena Duces Tecum and Motion for Protective Order by Dr. Patricia Rye, filed. Motion Docket Date 6/13/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Mase, Lacey) (Entered: 05/23/2014) |
| 05/27/2014 | 52 | NOTICE of Setting as to 15 MOTION to Dismiss , 51 Opposed MOTION to Quash Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Patricia Rye and Subpoena Duces Tecum and Motion for Protective Order, 42 Amended MOTION to Dismiss , 27 MOTION to Dismiss Under FRCP 12(b)(6), 26 MOTION to Dismiss Under FRCP 12(B)(6), 28 MOTION to Dismiss . Parties notified. Motion Hearing set for 6/2/2014 at 10:30 AM in Courtroom 3A before Judge Keith P Ellison, filed. (sclement, 4) (Entered: 05/27/2014) |
| 05/29/2014 | 53 | DESIGNATION of Bruce R. Garcia as attorney in charge of Dr. Lannette Linthicum, filed.(Garcia, Bruce) (Entered: 05/29/2014) |
| 05/29/2014 | 54 | DESIGNATION of Bruce R. Garcia as attorney in charge of Dr. Lannette Linthicum, filed.(Garcia, Bruce) (Entered: 05/29/2014) |
| 05/30/2014 | 55 | Unopposed MOTION to Withdraw by Dr. Lannette Linthicum, filed. Motion Docket Date 6/20/2014. (Attachments: # 1 Proposed Order)(Garcia, Bruce) (Entered: 05/30/2014) |
| 05/30/2014 | 56 | ORDER granting 55 Motion to Withdraw.(Signed by Judge Keith P Ellison) Parties notified.(sloewe, 4) (Entered: 05/30/2014) |
| 05/30/2014 | | ***Motion(s) terminated as WITHDRAWN: 15 MOTION to Dismiss . (sloewe, 4) (Entered: 05/30/2014) |
| 05/30/2014 | 57 | RESPONSE to 51 Opposed MOTION to Quash Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Patricia Rye and Subpoena Duces Tecum and Motion for Protective Order filed by Roxanne Martone, The Estate |

| | | |
|---|---|---|
| | | of Michael Martone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Edwards, Jeffrey) (Entered: 05/30/2014) |
| 06/02/2014 | | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 6/2/2014 DENYING 51 Opposed MOTION to Quash Plaintiff's Notice of Intention to Take Oral and Videotaped Deposition of Patricia Rye and Subpoena Duces Tecum and Motion for Protective Order. The remaining pending motions under advisement. Appearances:(Law Clerk: Alisa Philo). Bruce R Garcia, Jeffrey S Edwards, Scott Charles Medlock, Kim J Coogan.(Court Reporter: Heather Hall), filed.(sloewe, 4) (Entered: 06/02/2014) |
| 06/05/2014 | 58 | ADVISORY by University of Texas Medical Branch, filed.(Coogan, Kim) (Entered: 06/05/2014) |
| 06/10/2014 | 59 | NOTICE of Appearance by Allan K. Cook on behalf of Brad Livingston, William Stephens, Rick Thaler, filed. (Cook, Allan) (Entered: 06/10/2014) |
| 06/11/2014 | 60 | MOTION to Quash Discovery by Brad Livingston, William Stephens, Rick Thaler, filed. Motion Docket Date 7/2/2014. (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1 of 5, # 3 Exhibit B part 2 of 5, # 4 Exhibit B part 3 of 5, # 5 Exhibit B part 4 of 5, # 6 Exhibit B part 5 of 5, # 7 Proposed Order)(Anastasiadis, Demetri) (Entered: 06/11/2014) |
| 06/12/2014 | 61 | ANSWER to 1 Complaint with Jury Demand by Dr. Lannette Linthicum, filed.(Garcia, Bruce) (Entered: 06/12/2014) |
| 06/18/2014 | 62 | Opposed MOTION to Stay *All New Discovery* by University of Texas Medical Branch, filed. Motion Docket Date 7/9/2014. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Cook, Allan) (Entered: 06/18/2014) |
| 06/25/2014 | 63 | Sealed Event, filed. (With attachments) (Entered: 06/25/2014) |
| 07/01/2014 | 64 | RESPONSE to 60 MOTION to Quash Discovery , filed by Roxanne Martone, The Estate of Michael Martone. (Attachments: # 1 Appendix, # 2 Proposed Order)(Edwards, Jeffrey) (Entered: 07/01/2014) |
| 07/08/2014 | 65 | NOTICE of Setting as to 62 Opposed MOTION to Stay *All New Discovery*. Parties notified. Motion Hearing set for 7/11/2014 at 11:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (sloewe, 4) (Entered: 07/08/2014) |
| 07/08/2014 | 66 | NOTICE of Resetting as to 62 Opposed MOTION to Stay *All New Discovery*, 65 Notice of Setting (FORM, noticing) - Judge Ellison. Parties notified. Motion Hearing set for 7/11/2014 at 10:30 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (sloewe, 4) (Entered: 07/08/2014) |
| 07/08/2014 | 67 | NOTICE of Appearance by CYNTHIA L. BURTON on behalf of Richard Alford, Kerry Collard, James Jones, Dr. Lannette Linthicum, Brad Livingston, William Stephens, Texas Department Of Criminal Justice, Rick Thaler, filed. (Burton, Cynthia) (Entered: 07/08/2014) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 07/09/2014 09:27:07 | | | |
| PACER Login: | ag0035 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:13-cv-03369 |
| Billable Pages: | 10 | Cost: | 1.00 |