**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| _____ | § | |
| IN RE TEXAS PRISON HEAT | § | MDL Docket No._____ |
| LITIGATION | § | |
| _____ | § | |

**EXHIBIT 7 TO MOTION OF DEFENDANTS FOR TRANSFER
OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT
TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS**

*McCOLLUM* **DOCKET**

ADR,JURY

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:12-cv-02037-L

McCollum et al v. Livingston et al

Assigned to: Judge Sam A Lindsay

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 06/26/2012

Jury Demand: Defendant

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

### Plaintiff

**Stephen McCollum**
*individually*

represented by **Jeff Edwards**
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702
512/623-7727
Fax: 512/623-7729
Email: jeff@edwards-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian Rolland McGiverin**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512/474-5073
Fax: 512/474-0726
Email: brian@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Eliot D Shavin**
SMU Legal Clinic
2600 State Street
Dallas, TX 75204
214/522-2010
Fax: 214/720-9594
Email: eshavin@sbcglobal.net
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James C Harrington**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741-3438

512/474-5073
Fax: 512/474-0726
Email: jch@mail.utexas.edu
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott Medlock**
Edwards Law
1101 East 11th Street
Austin, TX 78702
512-623-7727
Fax: 512-623-7729
Email: scott@edwards-law.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Sean Patrick Flammer**
Scott Douglass & McConnico LLP
600 Congress Avenue
Suite 1500
Austin, TX 78701
512/495-6300
Fax: 512/474-0731
Email: sean.flammer@gmail.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

| | | |
|---|---|---|
| **Sandra McCollum** *individually* | represented by | **Jeff Edwards** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Bar Status: Admitted/In Good Standing* |

**Brian Rolland McGiverin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Eliot D Shavin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James C Harrington**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Sean Patrick Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Stephanie Kingrey**                    represented by    **Jeff Edwards**
*individually and as independent*                         (See above for address)
*administrator of the Estate of Larry*                    *LEAD ATTORNEY*
*Gene McCollum*                                            *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: Admitted/In Good Standing*

**Brian Rolland McGiverin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Eliot D Shavin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James C Harrington**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott Medlock**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Sean Patrick Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Brad Livingston**                      represented by    **Cynthia Lee Burton**
                                                          Office of the Texas Attorney General
                                                          300 W 15th St

7th Floor
Austin, TX 78701
512/463-2080
Fax: 512/495-9139
Email:
cynthia.burton@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Demetri Anastasiadis**
Office of the Texas Attorney General
300 W 15th St
7th Floor
Austin, TX 78701
512/463-2080
Fax: 512/495-9139 FAX
Email:
demetri.anastasiadis@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Allan Kennedy Cook**
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512/463-2080
Email: allan.cook@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Government Attorney*

**Bruce R Garcia**
Office of the Texas Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711
512/463-2080
Fax: 512/495-9139
Email:
Bruce.Garcia@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Johnathan David Stone**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711

512/463-2080
Fax: 512/495-9139
Email:
johnathan.stone@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Jeff Pringle**                    represented by    **Bruce R Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cynthia Lee Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Johnathan David Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Matthew J Greer**
Office of the Texas Attorney General
300 W 15th St
Austin, TX 78701
512/475-3079
Email:
Matthew.Greer@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**Richard Clark**                    represented by    **Bruce R Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cynthia Lee Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Matthew J Greer**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**Karen Tate**                     represented by   **Bruce R Garcia**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Cynthia Lee Burton**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Matthew J Greer**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Not Admitted*

**Defendant**

**Sandrea Sanders**                represented by   **Bruce R Garcia**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Cynthia Lee Burton**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Matthew J Greer**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Not Admitted*

**Defendant**

**Robert Eason**                   represented by   **Bruce R Garcia**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Bar Status: Admitted/In Good Standing*

                                                    **Cynthia Lee Burton**
                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**University of Texas Medical Branch**
      represented by     **Kim Coogan**
Office of Attorney General
Law Enforcement Defense Division
300 W. 15th Street, 7th Floor
Austin, TX 78701-1220
512/463-2080
Fax: 512/495-9139
Email: kim.coogan@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Calysta L Lantiegne**
Office of the Texas Attorney General
Law Enforcement Defense Division
300 W 15th St
7th Floor
Austin, TX 78701-1220
512/463-2080
Fax: 512/495-9139
Email:
calysta.johnson@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Government Attorney*

**Erika D Hime**
Allison, Bass and Magee, LLP
402 W. 12th Street
Austin, TX 78701
512-482-0701
Fax: 512-480-0902
Email: e.hime@allison-bass.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Lacey E Mase**
Office of the Attorney General
Law Enforcement Defense Division
PO Box 12548

Austin, TX 78711-2548
512/463-2080
Fax: 512/495-9139
Email: lacey.mase@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Shanna Elizabeth Molinare**
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512/463-2080
Email:
shanna.molinare@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

| | | |
|---|---|---|
| **Texas Department of Criminal Justice** | represented by | **Bruce R Garcia** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cynthia Lee Burton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Johnathan David Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Mediator**

| | | |
|---|---|---|
| **ADR Provider** | represented by | **Andrew W Austin** |

US Magistrate Judge
Western District of Texas
501 West 5th Street
Suite 4190
Austin, TX 78701
*LEAD ATTORNEY*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2012 | 1 | COMPLAINT against Brad Livingston, Jeff Pringle filed by Stephen McCollum, Sandra McCollum, Stephanie Kingrey. Summons(es) not requested at this time. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Filing fee $350; Receipt number 0539-4661589) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership (Attachments: # 1 Cover Sheet) (Medlock, Scott) (Entered: 06/26/2012) |
| 06/26/2012 | 2 | New Case Notes: A filing fee has been paid. File to Judge Lindsay. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (ndt) (axm). (Entered: 06/27/2012) |
| 07/02/2012 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Medlock, Scott) (Entered: 07/02/2012) |
| 07/11/2012 | 4 | Request for Clerk to issue Summons filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Medlock, Scott) (Entered: 07/11/2012) |
| 07/11/2012 | 5 | Summons Issued as to Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (cea) (Entered: 07/11/2012) |
| 08/06/2012 | 6 | AFFIDAVIT of Service for Complaint served on Texas Department of Criminal Justice on 07/24/12., SUMMONS Returned Executed as to Texas Department of Criminal Justice ; served on 7/24/2012. (Medlock, Scott) (Entered: 08/06/2012) |
| 08/06/2012 | 7 | SUMMONS Returned Executed as to Brad Livingston ; served on 7/24/2012. (Medlock, Scott) (Entered: 08/06/2012) |
| 08/06/2012 | 8 | SUMMONS Returned Executed as to Jeff Pringle ; served on 7/27/2012. (Medlock, Scott) (Entered: 08/06/2012) |
| 08/21/2012 | 9 | ANSWER to 1 Complaint with Jury Demand filed by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Garcia, Bruce) (Entered: 08/21/2012) |
| 08/21/2012 | 10 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (Garcia, Bruce) (Entered: 08/21/2012) |

| 08/22/2012 | 11 | ORDER REQUIRING ATTORNEY CONFERENCE AND STATUS REPORT: Status Report due by 9/21/2012. (Ordered by Judge Sam A Lindsay on 8/22/2012) (cea) (Entered: 08/22/2012) |
|---|---|---|
| 09/21/2012 | 12 | Joint STATUS REPORT *and Agreed Discovery Plan* filed by Stephanie Kingrey, Brad Livingston, Sandra McCollum, Stephen McCollum, Jeff Pringle, Texas Department of Criminal Justice. (Medlock, Scott) (Entered: 09/21/2012) |
| 09/25/2012 | 13 | ***VACATED PER 22 ORDER*** SCHEDULING ORDER: This case is set for trial on this court's four-week docket beginning 10/7/2013 before Judge Sam A Lindsay. Joinder of Parties due by 2/1/2013. Amended Pleadings due by 2/1/2013. Motions due by 6/17/2013. Discovery due by 6/3/2013. Pretrial Materials due by 9/9/2013. Pretrial Order due by 9/9/2013. Settlement Status Report due by 12/26/2012. Pretrial Conference set for 10/4/2013 at 10:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 9/25/2012) (tln) Modified on 2/5/2013 (axm). (Entered: 09/25/2012) |
| 09/25/2012 | 14 | ***VACATED PER 22 ORDER*** MEDIATION ORDER. The parties are to select or designate a mediator. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for mediation is on or before 2/15/2013. (Ordered by Judge Sam A Lindsay on 9/25/2012) (tln) Modified on 2/5/2013 (axm). (Entered: 09/25/2012) |
| 12/05/2012 | 15 | NOTICE of *DEFENDANTS NOTICE OF INITIAL DISCLOSURE TO PLAINTIFF* filed by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 12/05/2012) |
| 01/29/2013 | 16 | Unopposed MOTION to Amend/Correct *Scheduling Order* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 01/29/2013) |
| 01/29/2013 | 17 | MOTION TO APPOINT MAGISTRATE JUDGE ANDY AUSTIN TO MEDIATE by Stephanie Kingrey, Brad Livingston, Sandra McCollum, Stephen McCollum, Jeff Pringle, Texas Department of Criminal Justice. (Attachments: # 1 Proposed Order) (Edwards, Jeff) Modified event/text on 1/30/2013 (rlw). (Entered: 01/29/2013) |
| 01/30/2013 | 18 | Notice of Correction of Signature Omission, correcting signature omission in 16 Motion to Amend/Correct filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Edwards, Jeff) (Entered: 01/30/2013) |
| 02/01/2013 | 19 | ***STRICKEN PER ORDER AT DOCKET 46 *** Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) Modified text on 2/22/2013 (rlw). Modified on 4/10/2013 (cea). (Entered: 02/01/2013) |
| 02/01/2013 | 20 | MOTION for Protective Order filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 02/01/2013) |
| 02/01/2013 | 21 | |

| | | |
|---|---|---|
| | | MOTION to Quash *Deposition* filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 02/01/2013) |
| 02/05/2013 | 22 | FIRST AMENDED SCHEDULING ORDER: Trial set for four-week docket beginning 2/3/2014 before Judge Sam A Lindsay. Joinder of Parties due by 4/1/2013. Amended Pleadings due by 4/1/2013. Motions due by 9/16/2013. Discovery due by 9/3/2013. Pretrial Order due by 1/6/2014. Pretrial Materials due by 1/6/2014. Pretrial Conference set for 1/31/2014 09:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 2/5/2013) (axm) (Entered: 02/05/2013) |
| 02/05/2013 | 23 | AMENDED MEDIATION ORDER. The court appoints Magistrate Judge Andrew Austin as mediator. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for mediation is on or before 3/15/2013. (Ordered by Judge Sam A Lindsay on 2/5/2013) (axm) Modified on 2/5/2013 (axm). (Entered: 02/05/2013) |
| 02/06/2013 | 24 | ORDER OF REFERENCE: 21 MOTION to Quash *Deposition* is referred to United States Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 2/6/2013) (ykp) (Entered: 02/06/2013) |
| 02/06/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:24. Wed Feb 6 16:16:40 CST 2013 (crt) (Entered: 02/06/2013) |
| 02/12/2013 | 25 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 21 MOTION to Quash *Deposition*, 20 MOTION for Protective Order (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit(s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Proposed Order) (Medlock, Scott) (Entered: 02/12/2013) |
| 02/13/2013 | 26 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Motion Hearing held on 2/13/2013 re 21 Motion to Quash filed by Brad Livingston. re: 21 MOTION to Quash *Deposition* Attorney Appearances: Plaintiff - Scott Medlock; Defense Bruce Garcia. (Court Reporter: Digital File) (No exhibits) Time in Court - :25. (chmb) (Entered: 02/13/2013) |
| 02/13/2013 | 27 | Order Referring Motion re: 20 MOTION for Protective Order Motion(s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 2/13/2013) (tla) (Entered: 02/13/2013) |
| 02/13/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:27. Wed Feb 13 15:12:24 CST 2013 (crt) (Entered: 02/13/2013) |
| 02/14/2013 | 28 | ELECTRONIC ORDER granting 20 Motion for Protective Order Defendant Livingston's Motion for Protective Order is GRANTED without prejudice to Plaintiffs seeking leave of Court to take Defendant Livingston's deposition if Plaintiffs are unable to obtain the information sought by using other avenues and modes of discovery. (Ordered by Magistrate Judge Renee Harris Toliver on 2/14/2013) (chmb) (Entered: 02/14/2013) |

| | | |
|---|---|---|
| 02/14/2013 | 29 | ELECTRONIC ORDER granting 21 Motion to Quash Defendant Livingston's Motion to Quash is GRANTED without prejudice to Plaintiffs seeking leave of Court to take Defendant Livingston's deposition if Plaintiffs are unable to obtain the information sought by using other avenues and modes of discovery. (Ordered by Magistrate Judge Renee Harris Toliver on 2/14/2013) (chmb) (Entered: 02/14/2013) |
| 02/14/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:28, 29. Thu Feb 14 09:26:11 CST 2013 (crt) (Entered: 02/14/2013) |
| 02/21/2013 | 30 | Unopposed MOTION to Extend Time to File Response/Reply re: 19 Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings, filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) Modified text on 2/22/2013 (rlw). (Entered: 02/21/2013) |
| 03/04/2013 | 31 | MOTION to Extend Time Mediation Deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 03/04/2013) |
| 03/05/2013 | 32 | ORDER granting 30 Unopposed Motion to Extend Time: Response to 19 FRCP 12(c) Motion for Judgement[sic] on the Pleadings due by 4/8/2013. (Ordered by Judge Sam A Lindsay on 3/5/2013) (twd) (Entered: 03/05/2013) |
| 03/05/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:32. Tue Mar 5 11:32:25 CST 2013 (crt) (Entered: 03/05/2013) |
| 03/05/2013 | 33 | ORDER granting 31 Motion to Extend Deadline to Mediate: Deadline for mediation is extended to 3/28/2013. (Ordered by Judge Sam A Lindsay on 3/5/2013) (twd) (Entered: 03/05/2013) |
| 03/05/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:33. Tue Mar 5 11:36:40 CST 2013 (crt) (Entered: 03/05/2013) |
| 03/08/2013 | 34 | MOTION to Compel *Discovery* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order) (Medlock, Scott) (Entered: 03/08/2013) |
| 03/11/2013 | 35 | ORDER OF REFERENCE re 34 MOTION to Compel. Motion(s) referred to Magistrate Judge Renee Harris Toliver. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" - not to the district judge or court - and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay (Ordered by Judge Sam A Lindsay on 3/11/2013) (aaa) (Entered: 03/11/2013) |
| 03/12/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:35. Tue Mar 12 11:00:12 CDT 2013 (crt) (Entered: 03/12/2013) |
| 03/28/2013 | 36 | Unopposed MOTION for Extension of Time to Respond to 34 Plaintiff's Motion to Compel filed by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice (Garcia, Bruce) Modified link/text on 3/29/2013 (rlw). (Entered: 03/28/2013) |

| 04/01/2013 | 37 | Unopposed MOTION to Extend Time filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 04/01/2013) |
| 04/02/2013 | 38 | ORDER granting 37 Unopposed Motion to Extend the Pleading and Party Deadline by One Day: Accordingly, the deadline for Plaintiffs to amend the pleadings and add parties is extended from 4/01/2013, to 4/02/2013. (Ordered by Judge Sam A Lindsay on 4/2/2013) (twd) (Entered: 04/02/2013) |
| 04/02/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:38. Tue Apr 2 11:47:19 CDT 2013 (crt) (Entered: 04/02/2013) |
| 04/02/2013 | 39 | Unopposed MOTION for Leave to File First Amended Complaint filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order, # 2 Exhibit(s)) (Edwards, Jeff) (Entered: 04/02/2013) |
| 04/03/2013 | 40 | ORDER granting 39 Unopposed Motion for Leave to File Their First Amended Complaint: Accordingly, Plaintiffs must file their First Amended Complaint within three business days of this order. (Ordered by Judge Sam A Lindsay on 4/3/2013) (twd) (Entered: 04/03/2013) |
| 04/03/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:40. Wed Apr 3 17:03:09 CDT 2013 (crt) (Entered: 04/03/2013) |
| 04/04/2013 | 41 | ELECTRONIC ORDER granting 36 Motion to Extend Time to File Response/Reply. Response to Motion to Compel is due by 4/5/2013 (Ordered by Magistrate Judge Renee Harris Toliver on 4/4/2013) (chmb) (Entered: 04/04/2013) |
| 04/05/2013 | 42 | RESPONSE filed by Texas Department of Criminal Justice re: 34 MOTION to Compel *Discovery* (Garcia, Bruce) (Entered: 04/05/2013) |
| 04/05/2013 | 43 | AMENDED COMPLAINT against All Defendants filed by Stephen McCollum, Sandra McCollum, Stephanie Kingrey. Clerk to issue summons (es). (Medlock, Scott) (Entered: 04/05/2013) |
| 04/08/2013 | 44 | Summons Issued as to Richard Clark, Robert Eason, Sandrea Sanders, Karen Tate, University of Texas Medical Branch. (cea) (Entered: 04/08/2013) |
| 04/08/2013 | 45 | Unopposed MOTION to Withdraw *Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings without Prejudice* filed by Brad Livingston (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/08/2013) |
| 04/09/2013 | 46 | ORDER: Before the court is the Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings Without Prejudice, filed 4/8/2013. The court determines that the motion should be, and is here by, granted. Accordingly, Defendant Livington's FRCP 12(c) Motion for Judgment on the Pleadings is withdrawn. The court directs the clerk to strike the motion from the docket. (Ordered by Judge Sam A Lindsay on 4/9/2013) (cea) (Entered: 04/10/2013) |
| 04/11/2013 | 47 | |

|  |  | NOTICE of Change of Address for Attorney Jeff Edwards on behalf of Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Filer will update contact info in ECF.) (Edwards, Jeff) (Entered: 04/11/2013) |
|---|---|---|
| 04/18/2013 | 48 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 34 MOTION to Compel *Discovery* (Medlock, Scott) (Entered: 04/18/2013) |
| 05/07/2013 | 49 | ANSWER to 43 Amended Complaint with Jury Demand filed by University of Texas Medical Branch. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Coogan, Kim) (Entered: 05/07/2013) |
| 05/15/2013 | 50 | Emergency Second MOTION to Compel *Discovery Responses* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B-N, # 3 Exhibit(s) O, # 4 Exhibit(s) P, # 5 Exhibit(s) Q, # 6 Proposed Order) (Medlock, Scott) Modified on 5/16/2013 (axm). (Entered: 05/15/2013) |
| 05/16/2013 | 51 | Order Referring 50 Emergency Second Motion to Compel Discovery Responses to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 5/16/2013) (twd) (Entered: 05/16/2013) |
| 05/24/2013 | 52 | NOTICE of *Agreed Protective Order* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) (Entered: 05/24/2013) |
| 05/28/2013 | 53 | RESPONSE filed by Texas Department of Criminal Justice re: 50 Emergency Second MOTION to Compel *Discovery Responses* with Brief in Support (Attachments: # 1 Proposed Order) (Garcia, Bruce) Modified text on 5/29/2013 (rlw). (Entered: 05/28/2013) |
| 05/29/2013 | 54 | Unopposed MOTION to Extend Time Expert Designation Deadlines filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 05/29/2013) |
| 05/30/2013 | 55 | MOTION to Dismiss *Under FRCP 12(c)* filed by University of Texas Medical Branch (Attachments: # 1 Proposed Order) (Coogan, Kim) (Entered: 05/30/2013) |
| 05/31/2013 | 56 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 50 Emergency Second MOTION to Compel *Discovery Responses* (Medlock, Scott) (Entered: 05/31/2013) |
| 06/03/2013 | 57 | NOTICE of Attorney Appearance by Johnathan David Stone on behalf of Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Stone, Johnathan) (Entered: 06/03/2013) |
| 06/04/2013 | 58 | ORDER granting in part and denying in part 34 Motion to Compel (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 6/4/2013) (mcrd) (Entered: 06/04/2013) |
| 06/06/2013 | 59 |  |

| | | |
|---|---|---|
| | | ORDER granting 54 Unopposed Motion to Extend Expert Designation Deadlines. Accordingly, Plaintiffs' expert designation deadline is extended from 6/5/2013, to 8/5/2013; and Defendants' expert designation deadline is extended from 7/5/2013, to 9/5/2013. (Ordered by Judge Sam A Lindsay on 6/6/2013) (ctf) (Entered: 06/06/2013) |
| 06/13/2013 | 60 | ANSWER to 43 Amended Complaint with Jury Demand filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Garcia, Bruce) (Entered: 06/13/2013) |
| 06/18/2013 | 61 | Unopposed MOTION to Extend Time to File Response/Reply re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) Modified text on 6/19/2013 (rlw). (Entered: 06/18/2013) |
| 06/20/2013 | 62 | ELECTRONIC ORDER granting 61 Motion to Extend Time to File Response/Reply. Responses due by 6/28/2013 (Ordered by Judge Sam A Lindsay on 6/20/2013) (chmb) (Entered: 06/20/2013) |
| 06/21/2013 | 63 | NOTICE of *Attorney Appearance as Co-Counsel on Behalf of Defendant UTMB* filed by University of Texas Medical Branch (Mase, Lacey) (Entered: 06/21/2013) |
| 06/24/2013 | 64 | Objections to Plaintiff's Notice of Deposition filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A-Deposition Notice, # 2 Proposed Order) (Coogan, Kim) Modified on 6/24/2013 (skt). (Entered: 06/24/2013) |
| 06/28/2013 | 65 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 55 MOTION to Dismiss *Under FRCP 12(c)* (Attachments: # 1 Exhibit(s) Brief, # 2 Proposed Order) (Medlock, Scott) (Entered: 06/28/2013) |
| 07/19/2013 | 66 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by University of Texas Medical Branch. (Coogan, Kim) (Entered: 07/19/2013) |
| 07/19/2013 | 67 | Agreed MOTION to Extend Time Expert Designation Deadlines filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 07/19/2013) |
| 07/22/2013 | 68 | ORDER granting 67 Motion to Extend Time for Expert Designation Deadlines. Plaintiffs' deadline to designate experts and produce reports is 10/5/2013, and Defendants' deadline is 11/15/2013. (Ordered by Judge Sam A Lindsay on 7/22/2013) (cea) (Entered: 07/22/2013) |
| 07/24/2013 | 69 | ORDER: Plaintiffs' 50 Emergency Second Motion to Compel Discovery Responses is GRANTED IN PART (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 7/24/2013) (mcrd) (Entered: 07/24/2013) |
| 07/24/2013 | 70 | REPLY filed by University of Texas Medical Branch re: 55 MOTION to Dismiss *Under FRCP 12(c)* (Hime, Erika) (Entered: 07/24/2013) |

| 07/29/2013 | <u>71</u> | Unopposed MOTION for Leave to File Sur-Reply to Defendant University of Texas Medical Branch Motion to Dismiss Under Rule 12(c) filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # <u>1</u> Exhibit(s) Exhibit A, # <u>2</u> Proposed Order) (Edwards, Jeff) (Entered: 07/29/2013) |
|---|---|---|
| 07/31/2013 | <u>72</u> | ORDER granting <u>71</u> Plaintiffs' Unopposed Motion for Leave to File Sur-Reply to Defendant University of Texas Medical Branch's Motion to Dismiss Under Rule 12(c). Surreplies due by 8/2/2013 re: <u>55</u> Motion to Dismiss *Under FRCP 12(c)*. (Ordered by Judge Sam A Lindsay on 7/31/2013) (axm) (Entered: 07/31/2013) |
| 07/31/2013 | <u>73</u> | Sur-reply filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: <u>55</u> MOTION to Dismiss *Under FRCP 12(c)* (Medlock, Scott) (Entered: 07/31/2013) |
| 08/23/2013 | <u>74</u> | (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013) filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # <u>1</u> Exhibit(s) Exhibit 1, # <u>2</u> Exhibit(s) Exhibit 2, # <u>3</u> Exhibit(s) Exhibit 3, # <u>4</u> Exhibit(s) Exhibit 4, # <u>5</u> Exhibit(s) Exhibit 5, # <u>6</u> Exhibit(s) Exhibit 6, # <u>7</u> Exhibit(s) Exhibit 7, # <u>8</u> Proposed Order Proposed Order) (Medlock, Scott) (Entered: 08/23/2013) |
| 08/23/2013 | <u>75</u> | MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # <u>1</u> Exhibit(s) 1 - Deposition of Jeffrey Pringle, # <u>2</u> Exhibit(s) 2 - Deposition of Ananda D. Babbili, # <u>3</u> Exhibit(s) 3 - Notice of Deposition of UTMB, # <u>4</u> Proposed Order) (Medlock, Scott) (Entered: 08/23/2013) |
| 08/26/2013 | <u>76</u> | Order Referring <u>74</u> Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler, and <u>75</u> Plaintiff's Motion to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 8/26/2013) (axm) (Entered: 08/26/2013) |
| 08/30/2013 | <u>77</u> | NOTICE of Attorney Appearance by Demetri Anastasiadis on behalf of Brad Livingston. (Filer confirms contact info in ECF is current.) (Anastasiadis, Demetri) (Entered: 08/30/2013) |
| 08/30/2013 | <u>78</u> | RESPONSE filed by Brad Livingston re: <u>74</u> (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013) (Anastasiadis, Demetri) (Entered: 08/30/2013) |
| 09/03/2013 | <u>79</u> | MOTION to Extend Time discovery deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # <u>1</u> Proposed Order) (Edwards, Jeff) (Entered: 09/03/2013) |
| 09/04/2013 | <u>80</u> | NOTICE to the Court re: <u>79</u> MOTION to Extend Discovery Deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) Modified on 9/4/2013 (skt). (Entered: 09/04/2013) |

| 09/04/2013 | 81 | NOTICE of re: 79 MOTION to Extend Time discovery deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) (Entered: 09/04/2013) |
| 09/05/2013 | 82 | ***VACATED PER 99 ORDER*** SECOND AMENDED SCHEDULING ORDER: This case is set for trial on this court's four-week docket beginning 4/7/2014 before Judge Sam A Lindsay. Discovery due by 12/2/2013. Motions due by 12/16/2013. Pretrial Order due by 3/10/2014. Pretrial Materials due by 3/10/2014. Pretrial Conference set for 4/3/2014 11:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 9/5/2013) (ndt) Modified on 10/29/2013 (axm). (Entered: 09/05/2013) |
| 09/06/2013 | 83 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 74 Sealed Plaintiff's Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Medlock, Scott) (Entered: 09/06/2013) |
| 09/06/2013 | 84 | SUR-REPLY filed by Brad Livingston re: 74 (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013), 83 Reply (Anastasiadis, Demetri) Modified from response to sur-reply to match image on 9/9/2013 (apy). (Entered: 09/06/2013) |
| 09/06/2013 | 85 | MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Brad Livingston (Attachments: # 1 Exhibit(s) 1) (Anastasiadis, Demetri) (Entered: 09/06/2013) |
| 09/13/2013 | 86 | RESPONSE filed by University of Texas Medical Branch re: 75 MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8) (Coogan, Kim) (Entered: 09/13/2013) |
| 09/13/2013 | 87 | (Document Restricted) Sealed ORDER denying sealed motion 74 . (Ordered by Magistrate Judge Renee Harris Toliver on 9/13/2013) (mcrd) (Entered: 09/13/2013) |
| 09/24/2013 | 88 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 75 MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2) (Medlock, Scott) (Entered: 09/24/2013) |
| 09/24/2013 | 89 | Unopposed MOTION to Extend Time to Designate Experts filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments:***DISREGARD ATTACHMENT PER ATTORNEY*** # 1 Proposed Order) (Medlock, Scott) Modified text on 9/24/2013 (ykp). (Entered: 09/24/2013) |
| 09/24/2013 | 90 | *Unopposed* MOTION for Extension of Time to File Response/Reply re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) (Entered: 09/24/2013) |
| 09/25/2013 | 91 | |

| | | |
|---|---|---|
| | | ORDER granting 90 Unopposed MOTION for Extension of Time to File Response/Reply. Responses due by 10/4/2013. (Ordered by Judge Sam A Lindsay on 9/25/2013) (jrr) (Entered: 09/25/2013) |
| 09/25/2013 | 92 | ORDER granting 89 Unopposed MOTION to Extend Time to Designate Experts. (Ordered by Judge Sam A Lindsay on 9/25/2013) (jrr) (Entered: 09/26/2013) |
| 10/04/2013 | 93 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4) (Medlock, Scott) (Entered: 10/04/2013) |
| 10/09/2013 | 94 | RESPONSE filed by Brad Livingston re: 93 Response/Objection, (Anastasiadis, Demetri) (Entered: 10/09/2013) |
| 10/15/2013 | 95 | ORDER granting in part and denying in part 75 Motion to Compel (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 10/15/2013) (mcrd) (Entered: 10/15/2013) |
| 10/24/2013 | 96 | NOTICE of *Advisory to the Court* filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 10/24/2013) |
| 10/25/2013 | 97 | Amended MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 10/25/2013) |
| 10/28/2013 | 98 | Agreed MOTION to Expedite *To Extend Deadlines* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 10/28/2013) |
| 10/29/2013 | 99 | ***VACATED PER 143 ORDER***THIRD AMENDED SCHEDULING ORDER: Trial set for four-week docket beginning 8/4/2014 before Judge Sam A Lindsay. Motions due by 3/17/2014. Discovery due by 3/3/2014. Pretrial Order due by 7/7/2014. Pretrial Materials due by 7/7/2014. Pretrial Conference set for 8/1/2014 03:30 PM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 10/29/2013) (axm) Modified on 3/10/2014 (ctf). (Entered: 10/29/2013) |
| 11/01/2013 | 100 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Proposed Order) (Edwards, Jeff) (Entered: 11/01/2013) |
| 11/05/2013 | 101 | REPLY filed by Brad Livingston re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Anastasiadis, Demetri) (Entered: 11/05/2013) |
| 11/08/2013 | 102 | ORDER re: 85 Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity. Defendant Brad Livingston filed an Amended Motion to Dismiss on the Basis of Qualified Immunity (Doc. 97 ) on 10/25/2013. In light of the filing of the Amended Motion to Dismiss on the Basis of Qualified Immunity, the court denies as moot Defendant Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity (Doc. 85 ). (Ordered by Judge Sam A Lindsay on 11/8/2013) (ctf) (Entered: 11/08/2013) |
| | | |

| 12/04/2013 | 103 | MOTION to Compel *Deposition of Brad Livingston* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Brief In Support, # 2 Appendix, # 3 Exhibit(s) 1, # 4 Exhibit(s) 2, # 5 Exhibit(s) 3, # 6 Exhibit(s) 4A, # 7 Exhibit(s) 4B, # 8 Exhibit(s) 5, # 9 Exhibit(s) 6, # 10 Exhibit(s) 7, # 11 Exhibit(s) 8, # 12 Proposed Order) (Edwards, Jeff) (Entered: 12/04/2013) |
| --- | --- | --- |
| 12/05/2013 | 104 | ORDER OF REFERENCE: re: 103 MOTION to Compel *Deposition of Brad Livingston*. Motion(s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 12/5/2013) (cea) (Entered: 12/05/2013) |
| 12/11/2013 | 105 | RESPONSE filed by Brad Livingston re: 103 MOTION to Compel *Deposition of Brad Livingston* (Attachments: # 1 Exhibit(s) Appendix Exhibits Part 1 of 3, # 2 Exhibit(s) Appendix Exhibits Part 2 of 3, # 3 Exhibit(s) Appendix Exhibits Part 3 of 3) (Anastasiadis, Demetri) (Entered: 12/11/2013) |
| 12/19/2013 | 106 | NOTICE of *Supplemental Authority* in Response re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) Modified docket text on 12/19/2013 (cea). (Entered: 12/19/2013) |
| 12/20/2013 | 107 | Designation of Experts by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5) (Edwards, Jeff) (Entered: 12/20/2013) |
| 12/20/2013 | 108 | NOTICE of *Supplemental Authority* re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 12/20/2013) |
| 12/23/2013 | 109 | NOTICE of *Supplemental Authority* re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 12/23/2013) |
| 01/02/2014 | 110 | RESPONSE filed by Brad Livingston re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Anastasiadis, Demetri) (Entered: 01/02/2014) |
| 01/09/2014 | 111 | NOTICE of Attorney Appearance by Shanna Elizabeth Molinare for Co-Counsel on behalf of University of Texas Medical Branch. (Molinare, Shanna) (Entered: 01/09/2014) |
| 01/10/2014 | 112 | RESPONSE filed by University of Texas Medical Branch re: 106 Notice (Other), (Coogan, Kim) (Entered: 01/10/2014) |
| 01/14/2014 | 113 | Unopposed MOTION to Amend/Correct *Complaint* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order, # 2 Exhibit(s) A) (Edwards, Jeff) (Entered: 01/14/2014) |
| 01/15/2014 | 114 | Designation of Experts by University of Texas Medical Branch. (Attachments: # 1 Affidavit(s) Affidavit of Glenda M. Adams, # 2 Exhibit(s) Ex. 1 to Affidavit, # 3 Exhibit(s) Ex. 2 to Affidavit, # 4 Exhibit(s) Ex. 3 to Affidavit, # 5 Exhibit(s) Ex. 4 to Affidavit, # 6 Exhibit(s) Ex. 5 to Affidavit, # 7 Exhibit(s) |

| | | Ex. 6 to Affidavit, # 8 Exhibit(s) Ex. 7 to Affidavit, # 9 Exhibit(s) Ex. 8 to Affidavit, # 10 Exhibit(s) Ex. 9 to Affidavit, # 11 Exhibit(s) Ex. 10 to Affidavit) (Coogan, Kim) (Entered: 01/15/2014) |
|---|---|---|
| 01/16/2014 | 115 | Plaintiffs' Second NOTICE of *Supplemental Authority* re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) (Entered: 01/16/2014) |
| 01/23/2014 | 116 | NOTICE of *Rule 11 Agreement* filed by Richard Clark, Robert Eason, Sandra McCollum, Stephen McCollum, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 01/23/2014) |
| 01/27/2014 | 117 | ELECTRONIC Minute Entry for proceedings held before Judge Sam A Lindsay: Telephone Conference held on 1/27/2014. Attorney Appearances: Plaintiff - Scott Medlock; Defense - Demetri Anastasiadis, Jonathan David Stone, Kim Coogan. (Court Reporter: Charyse Crawford) (No exhibits) Time in Court - 0:30. (chmb) (Entered: 01/27/2014) |
| 01/28/2014 | 118 | MEMORANDUM OPINION AND ORDER: Having determined that good cause exists, the court, pursuant to Rule 15(a), allows Plaintiffs to file an amended pleading in the interest of justice. Plaintiffs shall file a second amended complaint by 1/31/2014. As this is the second amended pleading, and in light of the age of this case, the court will allow no further amendment of Plaintiffs' pleadings. In light of the court's ruling, Defendant UTMB is permitted to file an amended motion pursuant to Rule 12(c) by 2/7/2014. Likewise, Defendant Brad Livingston is permitted to file a second amended motion to dismiss on the basis of qualified immunity by 2/7/2014. Accordingly, the court denies as moot Defendant UTMB's 55 Motion to Dismiss Under FRCP 12(c), filed 5/30/2013; and also denies as moot Defendant Brad Livingston's 97 Amended Motion to Dismiss on the Basis of Qualified Immunity, filed 10/25/2013. (Ordered by Judge Sam A Lindsay on 1/28/2014) (tln) (Entered: 01/28/2014) |
| 01/31/2014 | 119 | SECOND AMENDED COMPLAINT WITH JURY DEMAND against All Defendants filed by Sandra McCollum, Stephanie Kingrey, Stephen McCollum. (Edwards, Jeff) (Entered: 01/31/2014) |
| 02/03/2014 | 120 | MOTION for Protective Order , MOTION to Quash *Unauthorized Depositions* () filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 02/03/2014) |
| 02/04/2014 | 121 | MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 02/04/2014) |
| 02/06/2014 | 122 | Amended MOTION to Dismiss *Under FRCP 12(c)* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 02/06/2014) |
| 02/12/2014 | 123 | Emergency Opposed MOTION to Depose or Exclude Expert Testimony filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # |

| | | 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Proposed Order) (Edwards, Jeff) Modified on 2/18/2014 (skt). (Entered: 02/12/2014) |
|---|---|---|
| 02/13/2014 | 124 | RESPONSE filed by University of Texas Medical Branch re: 123 MOTION Motion to Depose or Exclude Expert Testimony (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F) (Coogan, Kim) (Entered: 02/13/2014) |
| 02/14/2014 | 125 | Order Referring 120 Motion for Protective Order and Motion to Quash Unauthorized Depositions, 123 Emergency Opposed Motion to Depose University of Texas Medical Branch's Expert Witness, Glenda Adams, or to Exclude Adams' Expert Testimony to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 2/14/2014) (twd) (Entered: 02/14/2014) |
| 02/14/2014 | 126 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 123 Emergency Opposed MOTION to Depose or Exclude Expert Testimony (Attachments: # 1 Exhibit(s) 3, # 2 Exhibit(s) 4, # 3 Exhibit(s) 5) (Edwards, Jeff) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |
| 02/14/2014 | 127 | RESPONSE filed by University of Texas Medical Branch re: 120 MOTION to Quash and Defendant's 103 MOTION to Compel (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Proposed Order) (Coogan, Kim) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |
| 02/14/2014 | 128 | Opposed MOTION to Quash filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A) (Coogan, Kim) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |
| 02/18/2014 | 129 | ORDER granting in part Plaintiff's 103 Motion to Compel Deposition of Brad Livingston (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 2/18/2014) (mcrd) (Main Document 129 replaced on 2/18/2014) (mcrd). (Entered: 02/18/2014) |
| 02/18/2014 | 130 | ORDER: Pursuant to 28 U.S.C. § 636(b), Defendant University of Texas Medical Branch's Opposed Motion to Quash (Doc. 128 ), filed 2/14/2014, is hereby referred to United States Magistrate Judge Renee Harris Toliver, for hearing, if necessary, and for determination. (Ordered by Judge Sam A Lindsay on 2/18/2014) (ctf) (Entered: 02/18/2014) |
| 02/19/2014 | 131 | Designation of Experts by Richard Clark, Robert Eason, Jeff Pringle, Sandra Sanders, Karen Tate, Texas Department of Criminal Justice. (Garcia, Bruce) (Entered: 02/19/2014) |
| 02/19/2014 | 132 | NOTICE of *Advisory to the Court* filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 02/19/2014) |
| 02/19/2014 | 133 | Designation of Experts by Brad Livingston. (Attachments: # 1 Exhibit(s) Attachments CV Experts) (Anastasiadis, Demetri) (Entered: 02/19/2014) |
| 02/20/2014 | 134 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 120 MOTION for Protective Order MOTION to Quash *Unauthorized Depositions* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, |

| | | # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Proposed Order) (Edwards, Jeff) (Entered: 02/20/2014) |
|---|---|---|
| 02/21/2014 | 135 | Amended Opposed MOTION to Quash filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A) (Coogan, Kim) (Entered: 02/21/2014) |
| 02/21/2014 | 136 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 121 MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* (Attachments: # 1 Brief in Support of Response, # 2 Exhibit(s) 1, # 3 Proposed Order) (Edwards, Jeff) (Entered: 02/21/2014) |
| 02/24/2014 | 137 | ORDER: Plaintiffs' 123 Emergency Opposed Motion to Depose is GRANTED and Defendant's 128 , 135 motions to quash are DENIED AS MOOT. (Ordered by Magistrate Judge Renee Harris Toliver on 2/24/2014) (mcrd) (Main Document 137 replaced on 2/24/2014) (mcrd). (Entered: 02/24/2014) |
| 02/25/2014 | 138 | Amended Designation of Experts by University of Texas Medical Branch. (Coogan, Kim) Modified on 2/26/2014 (skt). (Entered: 02/25/2014) |
| 02/26/2014 | 139 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 122 Amended MOTION to Dismiss *Under FRCP 12(c)* (Attachments: # 1 Brief in Support of Response, # 2 Exhibit(s) 1, # 3 Exhibit (s) 2, # 4 Proposed Order) (Edwards, Jeff) (Entered: 02/26/2014) |
| 02/27/2014 | 140 | ORDER: Plaintiffs' 120 Motion for Protective Order and Motion to Quash Unauthorized Depositions is GRANTED IN PART (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 2/27/2014) (mcrd) (Entered: 02/27/2014) |
| 02/28/2014 | 141 | REPLY filed by Brad Livingston re: 136 Response/Objection, 113 Unopposed MOTION to Amend/Correct *Complaint* (Anastasiadis, Demetri) (Entered: 02/28/2014) |
| 03/06/2014 | 142 | Unopposed MOTION to Extend Time for Filing Motion for Summary Judgment and Daubert Motions filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 03/06/2014) |
| 03/10/2014 | 143 | FOURTH AMENDED SCHEDULING ORDER granting 142 UTMB's Unopposed Motion to Extend Date for Filing Motion for Summary Judgment and Daubert Motions. Accordingly, the court resets the trial of this case; vacates the Third Amended Scheduling Order issued 10/29/2013, and issues this fourth amended scheduling order: This case is set for trial on this court's four-week docket beginning 11/3/2014 before Judge Sam A Lindsay. Motions due by 5/2/2014. Discovery due by 5/2/2014. Pretrial Materials due by 10/6/2014. Pretrial Order due by 10/6/2014. Pretrial Conference set for 10/30/2014 at 01:30 PM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 3/10/2014) (ctf) (Entered: 03/10/2014) |
| 03/12/2014 | 144 | MOTION to Compel *Responses to Requests for Production* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Proposed Order) (Edwards, Jeff) (Entered: 03/12/2014) |
| 03/13/2014 | 145 | |

| | | |
|---|---|---|
| | | ORDER OF REFERENCE: re: 144 MOTION to Compel *Responses to Requests for Production*. Motion(s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 3/13/2014) (cea) (Entered: 03/13/2014) |
| 04/02/2014 | 146 | RESPONSE filed by University of Texas Medical Branch re: 144 MOTION to Compel *Responses to Requests for Production* (Attachments: # 1 Exhibit(s) A) (Molinare, Shanna) (Entered: 04/02/2014) |
| 04/07/2014 | 147 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 144 MOTION to Compel *Responses to Requests for Production* (Attachments: # 1 Exhibit(s) 7, # 2 Exhibit(s) 8) (Edwards, Jeff) (Entered: 04/07/2014) |
| 04/11/2014 | 148 | NOTICE of *Supplemental Authority* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7) (Edwards, Jeff) (Entered: 04/11/2014) |
| 04/14/2014 | 149 | Defendant TDCJ's Opposed MOTION for In Camera Review of Privileged Documents filed by Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/14/2014) |
| 04/14/2014 | 150 | Unopposed MOTION to Seal Privileged Documents for In Camera Review filed by Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/14/2014) |
| 04/16/2014 | 152 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 149 Defendant TDCJ's Opposed MOTION for In Camera Review of Privileged Documents (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 04/16/2014) |
| 04/16/2014 | 153 | ORDER granting 150 Texas Department of Criminal Justice's Unopposed Motion to Seal Privileged Documents for In Camera Review. The court directs the clerk of court to place the documents under seal for In Camera Review. (Ordered by Judge Sam A Lindsay on 4/16/2014) (skt) (Entered: 04/16/2014) |
| 04/17/2014 | 154 | NOTICE of Attorney Appearance by Calysta L Lantiegne on behalf of University of Texas Medical Branch. (Filer confirms contact info in ECF is current.) (Lantiegne, Calysta) (Entered: 04/17/2014) |
| 04/21/2014 | 155 | ORDER granting 144 Motion to Compel Responses to Requests for Production and Deposition Testimony from Defendant University of Texas Medical Branch (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 4/21/2014) (mcrd) (Entered: 04/21/2014) |
| 04/22/2014 | 156 | ELECTRONIC ORDER finding as moot 149 Motion In light of the Court's order on Plaintiff's Motion to Compel (Doc. 155), Defendant's Motion for In Camera Review of Privileged Documents filed by Texas Department of Criminal Justice is DENIED as moot. (Ordered by Magistrate Judge Renee Harris Toliver on 4/22/2014) (chmb) (Entered: 04/22/2014) |
| 04/22/2014 | 157 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Summary Judgment Deadline filed by Brad Livingston (Attachments: # 1 Proposed Order) (Anastasiadis, Demetri) (Entered: 04/22/2014) |
| 04/24/2014 | 158 | NOTICE of Attorney Appearance by Matthew J Greer on behalf of Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Greer, Matthew) (Entered: 04/24/2014) |
| 04/28/2014 | 159 | Emergency Joint Opposed MOTION to Extend Time Deadlines filed by University of Texas Medical Branch (Coogan, Kim) Modified docket text to reflect correct title of document on 5/5/2014 (cea). (Entered: 04/28/2014) |
| 05/02/2014 | 160 | MOTION for Summary Judgment filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8) (Coogan, Kim) (Entered: 05/02/2014) |
| 05/02/2014 | 161 | NOTICE of *Advisory to the Court* re: 159 Emergency MOTION to Extend Time Deadlines filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Greer, Matthew) (Entered: 05/02/2014) |
| 05/05/2014 | 162 | ORDER: The court stays all deadlines in this case, including any responses to pending motions and the trial of this case, which is currently scheduled for November 2014. Accordingly, in light of how the court has decided to proceed in this case, it denies as moot the Joint Opposed Emergency Motion to Extend Deadlines (Doc. 159 ) and Brad Livingston's Opposed Motion to Extend Summary Judgment Deadline (Doc. 157 ). (Ordered by Judge Sam A Lindsay on 5/5/2014) (axm) (Entered: 05/05/2014) |
| 05/08/2014 | 163 | NOTICE of *Supplemental Authority* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) (Entered: 05/08/2014) |
| 05/12/2014 | 164 | MOTION for Sanctions , MOTION for Order to Show Cause , MOTION to Compel () filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Brief in Support of Plaintiffs' Motion, # 2 Exhibit(s), # 3 Proposed Amendment) (Edwards, Jeff) (Entered: 05/12/2014) |
| 05/13/2014 | 165 | ORDER OF REFERENCE: Pursuant to 28 U.S.C. § 636(b), Plaintiffs' 164 Motion for Sanctions; Request for Show Cause Order; and Motion to Compel, filed 5/12/2014, is hereby referred to United States Magistrate Judge Renee Harris Toliver Jr. for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 5/13/2014) (ctf) (Entered: 05/13/2014) |
| 05/14/2014 | 166 | ELECTRONIC ORDER: Responses due by 5/27/2014; Replies due by 6/2/2014 re: 164 MOTION for Sanctions; MOTION for Order to Show Cause; MOTION to Compel This cause is before the Court on Plaintiff's Motion for Sanctions, Request for a Show Cause Order and Motion to Compel. In light of the allegations raised and the evidence submitted, the Court finds that expedited briefing is warranted. Accordingly, Defendants' responses to the |

| | | |
|---|---|---|
| | | motion are due on May 27, 2014. Plaintiffs' reply, if they wish to file one, is due June 2, 2014. (Ordered by Magistrate Judge Renee Harris Toliver on 5/14/2014) (chmb) (Entered: 05/14/2014) |
| 05/22/2014 | 167 | MOTION for Extension of Time to File Response/Reply to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 05/22/2014) |
| 05/22/2014 | 168 | Amended Unopposed MOTION for Extension of Time to Respond to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 05/22/2014) |
| 05/23/2014 | 169 | NOTICE of *First Supplemental Disclosure to Plaintiff* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 05/23/2014) |
| 05/27/2014 | 170 | ELECTRONIC ORDER granting 168 Motion to Extend Time to File Response/Reply. Response due by 5/30/2014 (Ordered by Magistrate Judge Renee Harris Toliver on 5/27/2014) (chmb) (Entered: 05/27/2014) |
| 05/27/2014 | 171 | ELECTRONIC ORDER finding as moot 167 Motion to Extend Time to File Response/Reply. (Ordered by Magistrate Judge Renee Harris Toliver on 5/27/2014) (chmb) (Entered: 05/27/2014) |
| 05/27/2014 | 172 | Emergency MOTION to Quash *Deposition* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 05/27/2014) |
| 05/27/2014 | 173 | Unopposed MOTION to Extend Time to Respond to Plaintiff's Motion for Sanctions, Request for Show Cause Order and Motion to Compel filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 05/27/2014) |
| 05/27/2014 | 174 | RESPONSE filed by University of Texas Medical Branch re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Attachments: # 1 Additional Page(s) Brief in Support, # 2 Exhibit(s) Appendix) (Coogan, Kim) (Entered: 05/27/2014) |
| 05/27/2014 | 175 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 172 Emergency MOTION to Quash *Deposition* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Proposed Order) (Edwards, Jeff) (Entered: 05/27/2014) |
| 05/28/2014 | 176 | ORDER OF REFERENCE: Defendant University of Texas Medical Branch's 172 Emergency Motion to Quash Deposition is referred to United States Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 5/28/2014) (axm) (Entered: 05/28/2014) |
| 05/28/2014 | 177 | NOTICE of re: 172 Emergency MOTION to Quash *Deposition* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Edwards, Jeff) (Entered: 05/28/2014) |

| 05/28/2014 | 178 | REPLY filed by University of Texas Medical Branch re: 172 Emergency Motion to Quash Deposition, 175 Response/Objection, 177 Notice (Other) (Coogan, Kim) Modified linkage on 5/29/2014 (awc). (Entered: 05/28/2014) |
| 05/29/2014 | 179 | ELECTRONIC ORDER granting 173 Motion to Extend Time. Response due by 5/30/2014 (Ordered by Magistrate Judge Renee Harris Toliver on 5/29/2014) (chmb) (Entered: 05/29/2014) |
| 05/29/2014 | 180 | MOTION for Extension of Time to File Response/Reply to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 05/29/2014) |
| 05/29/2014 | 181 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: granting in part and denying in part 172 Motion to Quash; Discovery Hearing held on 5/29/2014. The deposition of UTMB's witness will take place on Friday May 30th at 2:00 p.m. in Galveston, TX. Attorney Appearances: Plaintiff - Jeff Edwards; Defense - Kim Coogan. (Court Reporter: Digital File) (No exhibits) Time in Court - :07. (chmb) (Entered: 05/29/2014) |
| 05/29/2014 | 182 | ELECTRONIC ORDER granting 180 Motion to Extend Time to File Response/Reply. Reply due by 6/5/2014. (Ordered by Magistrate Judge Renee Harris Toliver on 5/29/2014) (chmb) (Entered: 05/29/2014) |
| 05/30/2014 | 183 | RESPONSE filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice re: 164 MOTION for Sanctions (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Proposed Order) (Garcia, Bruce) (Entered: 05/30/2014) |
| 06/02/2014 | 184 | REPLY BRIEF filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 164 MOTION for Sanctions, MOTION for Order to Show Cause, MOTION to Compel (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 06/02/2014) |
| 06/05/2014 | 185 | Sur-reply filed by University of Texas Medical Branch re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Coogan, Kim) (Entered: 06/05/2014) |
| 06/05/2014 | 186 | NOTICE of *Vacation* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 06/05/2014) |
| 06/05/2014 | 187 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 06/05/2014) |
| 06/10/2014 | 188 | Supplemental Document by Stephanie Kingrey, Sandra McCollum, Stephen McCollum as to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel . (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) (Edwards, Jeff) (Entered: 06/10/2014) |
| 06/10/2014 | 189 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Allan Kennedy Cook on behalf of Brad Livingston. (Filer confirms contact info in ECF is current.) (Cook, Allan) (Entered: 06/10/2014) |
| 06/12/2014 | 190 | MOTION to Quash *Discovery, Motion to Stay, and Motion for a Protective Order* filed by Brad Livingston (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B part 1 of 5, # 3 Exhibit(s) B part 2 of 5, # 4 Exhibit(s) B part 3 of 5, # 5 Exhibit(s) B part 4 of 5, # 6 Exhibit(s) B part 5 of 5) (Anastasiadis, Demetri). Added MOTION to Stay, MOTION for Protective Order on 6/13/2014 (axm). (Entered: 06/12/2014) |
| 06/13/2014 | 191 | ***VACATED PER 192 ORDER***ORDER OF REFERENCE re: 190 MOTION to Quash *Discovery* MOTION to Stay MOTION for Protective Order. Motion(s) referred to Magistrate Judge Renee Harris Toliver. All future filings regarding the referred motions shall be addressed "To the Honorable United States Magistrate Judge" not to the district judge or court and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay. (Ordered by Judge Sam A Lindsay on 6/13/2014) (cea) Modified on 6/16/2014 (skt). (Entered: 06/13/2014) |
| 06/16/2014 | 192 | ORDER granting 190 Defendant Brad Livingston's Motion to Stay, Motion for Protective Order, Objections, and Motion to Quash Discovery. In light of the court's prior order staying all deadlines in this case, the court vacates the 191 order of reference. The court directs the magistrate judge to delay ruling on Plaintiffs' 164 Motion for Sanctions; Request for Show Cause Order; and Motion to Compel, filed on 5/12/2014, until after the court has ruled on Defendant Brad Livingston's 121 Motion to Dismiss Second Amended Complaint on the Basis of Qualified Immunity. (Ordered by Judge Sam A Lindsay on 6/16/2014) (skt) (Entered: 06/16/2014) |
| 07/08/2014 | 193 | NOTICE of Attorney Appearance by Cynthia Lee Burton on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Burton, Cynthia) (Entered: 07/08/2014) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/09/2014 09:37:32 | | |
| **PACER Login:** | ag0035 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:12-cv-02037-L |
| **Billable Pages:** | 21 | **Cost:** | 2.10 |