BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION | § § § § | MDL Docket No._____ |

# EXHIBIT 15 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

## *BAILEY* CLASS-ACTION DOCKET

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:14-cv-01698

| | |
|---|---|
| Bailey et al v. Livingston et al | Date Filed: 06/18/2014 |
| Assigned to: Judge Keith P Ellison | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**
**David Bailey**                                represented by **Jeffrey S Edwards**
                                                The Edwards Law Firm
                                                1101 East 11th St
                                                Austin, TX 78702
                                                512-623-7727
                                                Fax: 512-623-7729
                                                Email: jeff@edwards-law.com
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Marvin Ray Yates**                            represented by **Jeffrey S Edwards**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Keith Cole**                                  represented by **Jeffrey S Edwards**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Nicholas Diaz**                               represented by **Jeffrey S Edwards**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Brad Livingston**

**Defendant**
**Roberto Herrera**

**Defendant**
**Texas Department of Criminal Justice**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2014 | 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541-13306294) filed by Nicholas Diaz, David Bailey, Keith Cole, Marvin Ray Yates. (Attachments: # 1 Civil Cover Sheet)(Edwards, Jeffrey) (Entered: 06/18/2014) |
| 06/18/2014 | 2 | Request for Issuance of Summons as to All Defendants, filed.(Edwards, Jeffrey) (Entered: 06/18/2014) |
| 06/18/2014 | 3 | CERTIFICATE OF INTERESTED PARTIES by David Bailey, Keith Cole, Nicholas Diaz, Marvin Ray Yates, filed.(Edwards, Jeffrey) (Entered: 06/18/2014) |
| 06/19/2014 |  | Summons Issued as to Roberto Herrera, Brad Livingston, Texas Department of Criminal Justice. Issued summons returned to counsel for plaintiff by: First-class mail, filed.(jdav, 4) (Entered: 06/19/2014) |
| 06/19/2014 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/7/2014 at 09:30 AM in Courtroom 3A before Judge Keith P Ellison(Signed by Judge Keith P Ellison) Parties notified.(wbostic, 4) (Entered: 06/19/2014) |
| 06/19/2014 | 5 | MOTION to Certify Class, MOTION to Expedite Discovery( Motion Docket Date 7/10/2014.) by David Bailey, Keith Cole, Nicholas Diaz, Marvin Ray Yates, filed. (Attachments: # 1 Appendix, # 2 Proposed Order)(Edwards, Jeffrey) (Entered: 06/19/2014) |
| 06/27/2014 |  | Summons Issued as to Roberto Herrera, Brad Livingston, Texas Department of Criminal Justice. Issued summons and left them for pickup in the Clerk's Office, filed.(glyons, 4) (Entered: 06/27/2014) |
| 07/02/2014 | 6 | NOTICE of Appearance by Brian McGiverin, Wayne Krause Yang, James Harrington on behalf of David Bailey, Keith Cole, Nicholas Diaz, Marvin Ray Yates, filed. (McGiverin, Brian) (Entered: 07/02/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2014 09:20:43 | | | |
| PACER Login: | ag0035 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:14-cv-01698 |
| Billable Pages: | 2 | Cost: | 0.20 |