BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE TEXAS PRISON HEAT  §
LITIGATION                §   MDL Docket No._____
                          §
                          §

# EXHIBIT 17 TO MOTION OF DEFENDANTS FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

## MDL DOCKETS BY DISTRICT

CM/ECF for JPML (LIVE)-JPML Litigation Statistics by MDL

United States Judicial Panel on Multidistrict Litigation

Report Date: 6/16/2014

# MDL Statistics Report - Distribution of Pending MDL Dockets by District

**MDL Filters:**
Status: Transferred
Limited to Active Litigations

| District | Judge (Title) | Docket No. | Litigation | Actions Now Pending | Total Actions (Historical) |
|---|---|---|---|---|---|
| ALN | Inge P Johnson (Sr. District Judge) | MDL -2092 | IN RE: Chantix (Varenicline) Products Liability Litigation | 1 | 3,016 |
| | R. David Proctor (U.S. District Judge) | MDL -2406 | IN RE: Blue Cross Blue Shield Antitrust Litigation | 26 | 49 |
| ARE | Billy Roy Wilson (Sr. District Judge) | MDL -1507 | IN RE: Prempro Products Liability Litigation | 84 | 9,761 |
| AZ | James A Teilborg (Sr. District Judge) | MDL -2119 | IN RE: Mortgage Electronic Registration Systems (MERS) Litigation | 1 | 93 |
| CAC | David O Carter (U.S. District Judge) | MDL -2145 | IN RE: Medical Capital Securities Litigation | 3 | 13 |
| | Gary Feess (U.S. District Judge) | MDL -2461 | IN RE: MyKey Technology Inc. Patent Litigation | 6 | 6 |
| | Dale S Fischer (U.S. District Judge) | MDL -2274 | IN RE: CitiMortgage, Inc., Home Affordable Modification Program (HAMP) Contract Litigation | 11 | 11 |
| | Dale S Fischer (U.S. District Judge) | MDL -2404 | IN RE: Nexium (Esomeprazole) Products Liability Litigation | 47 | 48 |
| | Andrew J. Guilford (U.S. District Judge) | MDL -2093 | IN RE: DIRECTV, Inc., Early Cancellation Fee Marketing and Sales Practices Litigation | 11 | 15 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2074 | IN RE: WellPoint, Inc., Out-of-Network "UCR" Rates Litigation | 1 | 13 |
| | Philip S Gutierrez (U.S. District Judge) | MDL -2438 | IN RE: 5-Hour Energy Marketing and Sales Practices Litigation | 16 | 16 |
| | Robert Gary Klausner (U.S. District Judge) | MDL -1816 | IN RE: Katz Interactive Call Processing Patent Litigation | 10 | 54 |
| | Margaret M Morrow (U.S. District Judge) | MDL -1980 | IN RE: Toys"R"Us - Delaware, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 2 | 2 |
| | Margaret M Morrow (U.S. District Judge) | MDL -2291 | IN RE: Wesson Oil Marketing and Sales Practices Litigation | 7 | 7 |
| | S. James Otero (U.S. District Judge) | MDL -1891 | IN RE: Korean Air Lines Co., Ltd., Antitrust Litigation | 1 | 74 |
| | Mariana R Pfaelzer (Sr. District Judge) | MDL -2265 | IN RE: Countrywide Financial Corp. Mortgage-Backed Securities Litigation | 25 | 42 |
| | Dean D Pregerson (U.S. District Judge) | MDL -2199 | IN RE: POM Wonderful LLC Marketing and Sales Practices Litigation | 16 | 23 |
| | James V Selna (U.S. District Judge) | MDL -2151 | IN RE: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | 144 | 423 |
| | Christina A Snyder (U.S. District Judge) | MDL -2317 | IN RE: Oreck Corporation Halo Vacuum and Air Purifiers Marketing and Sales Practices Litigation | 6 | 6 |
| | George H Wu (U.S. District Judge) | MDL -2007 | IN RE: Aftermarket Automotive Lighting Products Antitrust Litigation | 5 | 9 |
| | George H Wu (U.S. District Judge) | MDL -2424 | IN RE: Hyundai and Kia Fuel Economy Litigation | 54 | 55 |
| | George H Wu (U.S. District Judge) | MDL -2531 | IN RE: Michaels Stores, Inc., Wage and Hour Employment Practices Litigation | 5 | 5 |
| CAN | Charles R Breyer (Sr. District Judge) | MDL -1913 | IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 26 | 26 |
| | Charles R Breyer (Sr. District Judge) | MDL -2159 | IN RE: AutoZone, Inc., Wage and Hour Employment Practices Litigation | 5 | 7 |
| | Charles R Breyer (Sr. District Judge) | MDL -2184 | IN RE: Google Inc. Street View Electronic Communications Litigation | 21 | 21 |
| | Edward M. Chen (U.S. District Judge) | MDL -2330 | IN RE: Carrier IQ, Inc., Consumer Privacy Litigation | 67 | 69 |
| | Maxine M Chesney (Sr. District Judge) | MDL -2532 | IN RE: Yosemite National Park Hantavirus Litigation | 4 | 4 |
| | Samuel Conti (Sr. District Judge) | MDL -1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 62 | 64 |
| | Edward J. Davila (U.S. District Judge) | MDL -2314 | IN RE: Facebook Internet Tracking Litigation | 27 | 29 |
| | Phyllis J Hamilton (U.S. District Judge) | MDL -1486 | IN RE: Dynamic Random Access Memory (DRAM) Antitrust Litigation | 25 | 52 |
| | Susan Yvonne Illston (Sr. District Judge) | MDL -1827 | IN RE: TFT-LCD (Flat Panel) Antitrust Litigation | 155 | 175 |
| | Susan Yvonne Illston (Sr. District Judge) | MDL -2124 | IN RE: Conseco Life Insurance Co. Lifetrend Insurance Marketing and Sales Practices Litigation | 3 | 6 |
| | Lucy H. Koh (U.S. District Judge) | MDL -2430 | IN RE: Google Inc. Gmail Litigation | 6 | 6 |
| | William H Orrick, III (U.S. District Judge) | MDL -2521 | IN RE: Lidoderm Antitrust Litigation | 23 | 23 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -2420 | IN RE: Lithium Ion Batteries Antitrust Litigation | 78 | 78 |
| | Yvonne Gonzalez Rogers (U.S. District Judge) | MDL -2497 | IN RE: Air Crash at San Francisco, California, on July 6, 2013 | 28 | 28 |
| | Richard G. Seeborg (U.S. District Judge) | MDL -2143 | IN RE: Optical Disk Drive Products Antitrust Litigation | 42 | 42 |
| | James Ware (Sr. District Judge) | MDL -2045 | IN RE: Apple iPhone 3G Products Liability Litigation | 12 | 13 |
| | Jeffrey S White (U.S. District Judge) | MDL -2264 | IN RE: Google Inc. Android Consumer Privacy Litigation | 10 | 11 |
| | Claudia Wilken (Chief Judge, USDC) | MDL -2541 | IN RE: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation | 6 | 6 |
| CAS | Michael M. Anello (U.S. District Judge) | MDL -2286 | IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 63 | 64 |
| | Anthony J. Battaglia (U.S. District Judge) | MDL -2258 | IN RE: Sony Gaming Networks and Customer Data Security Breach Litigation | 65 | 65 |
| | Anthony J. Battaglia (U.S. District Judge) | MDL -2452 | IN RE: Incretin-Based Therapies Products Liability Litigation | 440 | 440 |
| | Roger T Benitez (U.S. District Judge) | MDL -1889 | IN RE: Peregrine Systems, Inc., Securities Litigation | 0 | 35 |
| | Roger T Benitez (U.S. District Judge) | MDL -2245 | IN RE: Cardtronics ATM Fee Notice Litigation | 3 | 12 |
| | Larry Alan Burns (U.S. District Judge) | MDL -2121 | IN RE: Musical Instruments and Equipment Antitrust Litigation | 34 | 38 |

| | Judge | MDL | Case Name | | |
|---|---|---|---|---|---|
| | John A Houston (U.S. District Judge) | MDL-2295 | IN RE: Portfolio Recovery Associates, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 43 | 44 |
| | Barry Ted Moskowitz (Chief Judge, USDC) | MDL-2087 | IN RE: Hydroxycut Marketing and Sales Practices Litigation | 119 | 129 |
| CO | John L Kane, Jr (Sr. District Judge) | MDL-2063 | IN RE: Oppenheimer Rochester Funds Group Securities Litigation | 30 | 30 |
| CT | Vanessa Lynne Bryant (U.S. District Judge) | MDL-2407 | IN RE: Higher One OneAccount Marketing and Sales Practices Litigation | 6 | 6 |
| | Alvin W Thompson (U.S. District Judge) | MDL-1894 | IN RE: U.S. Foodservice, Inc., Pricing Litigation | 1 | 3 |
| | Alvin W Thompson (U.S. District Judge) | MDL-2478 | IN RE: Convergent Telephone Consumer Protection Act (TCPA) Litigation | 10 | 12 |
| | Stefan R Underhill (U.S. District Judge) | MDL-2516 | IN RE: Aggrenox Antitrust Litigation | 25 | 25 |
| DC | James E. Boasberg (U.S. District Judge) | MDL-2360 | IN RE: Science Applications International Corp. (SAIC) Backup Tape Data Theft Litigation | 8 | 8 |
| | Rosemary M Collyer (U.S. District Judge) | MDL-1880 | IN RE: Papst Licensing Digital Camera Patent Litigation | 0 | 15 |
| | Paul L Friedman (Sr. District Judge) | MDL-1869 | IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 7 | 18 |
| | Richard J Leon (U.S. District Judge) | MDL-1668 | IN RE: Federal National Mortgage Association Securities, Derivative & "ERISA" Litigation | 1 | 18 |
| | Emmet G Sullivan (U.S. District Judge) | MDL-2165 | IN RE: Endangered Species Act Section 4 Deadline Litigation | 3 | 20 |
| | Reggie B Walton (U.S. District Judge) | MDL-2524 | IN RE: Health Management Associates, Inc., Qui Tam Litigation (No. II) | 9 | 9 |
| DE | Sue L Robinson (U.S. District Judge) | MDL-2429 | IN RE: Automated Transactions LLC Patent Litigation | 24 | 28 |
| | Gregory M Sleet (Chief Judge, USDC) | MDL-2344 | IN RE: Bear Creek Technologies, Inc., ('722) Patent Litigation | 15 | 15 |
| | Leonard P Stark (U.S. District Judge) | MDL-1717 | IN RE: Intel Corp. Microprocessor Antitrust Litigation | 56 | 82 |
| FLM | Roy B. Dalton, Jr. (U.S. District Judge) | MDL-2398 | IN RE: Enhanced Recovery Company, LLC, Telephone Consumer Protection Act (TCPA) Litigation | 3 | 7 |
| | James S Moody, Jr (Sr. District Judge) | MDL-1626 | IN RE: Accutane (Isotretinoin) Products Liability Litigation | 6 | 122 |
| | James D Whittemore (U.S. District Judge) | MDL-2173 | IN RE: Photochromic Lens Antitrust Litigation | 17 | 29 |
| FLS | Cecilia M Altonaga (U.S. District Judge) | MDL-2051 | IN RE: Denture Cream Products Liability Litigation | 75 | 216 |
| | James Lawrence King (Sr. District Judge) | MDL-2036 | IN RE: Checking Account Overdraft Litigation | 17 | 100 |
| | Joan A Lenard (U.S. District Judge) | MDL-2324 | IN RE: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practices Litigation | 7 | 7 |
| | Kenneth A Marra (U.S. District Judge) | MDL-1916 | IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 13 | 18 |
| | Kenneth A Marra (U.S. District Judge) | MDL-2246 | IN RE: Air Crash Near Rio Grande, Puerto Rico, on December 3, 2008 | 6 | 7 |
| | Donald M Middlebrooks (U.S. District Judge) | MDL-1928 | IN RE: Trasylol Products Liability Litigation | 9 | 1,831 |
| | Federico A Moreno (Chief Judge, USDC) | MDL-1334 | IN RE: Managed Care Litigation | 0 | 127 |
| | Patricia A Seitz (U.S. District Judge) | MDL-2183 | IN RE: Brican America LLC Equipment Lease Litigation | 4 | 6 |
| GAM | Clay D Land (U.S. District Judge) | MDL-2004 | IN RE: Mentor Corp. ObTape Transobturator Sling Products Liability Litigation | 570 | 674 |
| GAN | Timothy C Batten, Sr (U.S. District Judge) | MDL-2089 | IN RE: Delta/AirTran Baggage Fee Antitrust Litigation | 1 | 14 |
| | William S Duffey, Jr (U.S. District Judge) | MDL-2329 | IN RE: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation | 78 | 80 |
| | Thomas W Thrash, Jr (U.S. District Judge) | MDL-1845 | IN RE: ConAgra Peanut Butter Products Liability Litigation | 2 | 388 |
| | Thomas W Thrash, Jr (U.S. District Judge) | MDL-2084 | IN RE: AndroGel Antitrust Litigation (No. II) | 9 | 13 |
| | Thomas W Thrash, Jr (U.S. District Judge) | MDL-2171 | IN RE: Capital One Bank Credit Card Interest Rate Litigation | 3 | 4 |
| | Thomas W Thrash, Jr (U.S. District Judge) | MDL-2218 | IN RE: Camp Lejeune, North Carolina, Water Contamination Litigation | 13 | 14 |
| | Thomas W Thrash, Jr (U.S. District Judge) | MDL-2495 | IN RE: Atlas Roofing Corporation Chalet Shingle Products Liability Litigation | 8 | 9 |
| ID | B. Lynn Winmill (Chief Judge, USDC) | MDL-2186 | IN RE: Fresh and Process Potatoes Antitrust Litigation | 2 | 7 |
| ILC | Harold A Baker (Sr. District Judge) | MDL-2104 | IN RE: IKO Roofing Shingle Products Liability Litigation | 12 | 15 |
| ILN | Marvin E Aspen (Sr. District Judge) | MDL-1715 | IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | 40 | 523 |
| | Robert M Dow, Jr (U.S. District Judge) | MDL-2031 | IN RE: Dairy Farmers of America, Inc., Cheese Antitrust Litigation | 10 | 10 |
| | Robert W Gettleman (Sr. District Judge) | MDL-2519 | IN RE: AIG Workers Compensation Insurance Policyholder Litigation | 7 | 7 |
| | Joan B Gottschall (Sr. District Judge) | MDL-2334 | IN RE: Liberty Refund Anticipation Loan Litigation | 10 | 10 |
| | Joan B Gottschall (Sr. District Judge) | MDL-2373 | IN RE: H&R Block Refund Anticipation Loan Litigation | 9 | 9 |
| | James F Holderman, Jr (U.S. District Judge) | MDL-1536 | IN RE: Sulfuric Acid Antitrust Litigation | 0 | 7 |
| | James F Holderman, Jr (U.S. District Judge) | MDL-2303 | IN RE: Innovatio IP Ventures, LLC, Patent Litigation | 5 | 24 |
| | James F Holderman, Jr (U.S. District Judge) | MDL-2416 | IN RE: Capital One Telephone Consumer Protection Act (TCPA) Litigation | 33 | 59 |
| | Matthew F Kennelly (U.S. District Judge) | MDL-1997 | IN RE: Text Messaging Antitrust Litigation | 3 | 38 |
| | Matthew F Kennelly (U.S. District Judge) | MDL-2372 | IN RE: Watson Fentanyl Patch Products Liability Litigation | 0 | 30 |
| | Matthew F Kennelly (U.S. District Judge) | MDL-2545 | IN RE: Testosterone Replacement Therapy Products Liability Litigation | 98 | 98 |
| | John Z. Lee (U.S. District Judge) | MDL-2492 | IN RE: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | 11 | 11 |
| | Joan Humphrey Lefkow (Sr. District Judge) | MDL-2371 | IN RE: Unified Messaging Solutions LLC Patent Litigation | 60 | 72 |
| | Charles R Norgle, Sr (U.S. District Judge) | MDL-1604 | IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation | 0 | 93 |
| | Rebecca R Pallmeyer (U.S. District Judge) | MDL-2272 | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation | 1,327 | 1,415 |
| | Milton I Shadur (Sr. District Judge) | MDL-2455 | IN RE: Stericycle, Inc., Steri-Safe Contract Litigation | 9 | 9 |
| ILS | David R Herndon (Chief Judge, USDC) | MDL-2100 | IN RE: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation | 8,919 | 11,704 |
| | David R Herndon (Chief Judge, USDC) | MDL-2385 | IN RE: Pradaxa (Dabigatran Etexilate) Products Liability Litigation | 2,476 | 2,569 |
| INN | Robert L Miller, Jr (U.S. District Judge) | MDL-2391 | IN RE: Biomet M2a Magnum Hip Implant Products Liability Litigation | 2,284 | 2,315 |
| INS | Larry J McKinney (Sr. District Judge) | MDL-218 | IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation | 22 | 22 |

| | Judge | MDL | Case Title | | |
|---|---|---|---|---|---|
| KS | John W Lungstrum (Sr. District Judge) | MDL -1616 | IN RE: Urethane Antitrust Litigation | 3 | 33 |
| | John W Lungstrum (Sr. District Judge) | MDL -2138 | IN RE: Bank of America Wage and Hour Employment Practices Litigation | 24 | 30 |
| | Kathryn H Vratil (Chief Judge, USDC) | MDL -1840 | IN RE: Motor Fuel Temperature Sales Practices Litigation | 31 | 51 |
| | Kathryn H Vratil (Chief Judge, USDC) | MDL -2473 | IN RE: Monsanto Company Genetically-Engineered Wheat Litigation | 15 | 17 |
| KYE | Joseph M Hood (Sr. District Judge) | MDL -1877 | IN RE: ClassicStar Mare Lease Litigation | 11 | 30 |
| | Danny C Reeves (U.S. District Judge) | MDL -2226 | IN RE: Darvocet, Darvon and Propoxyphene Products Liability Litigation | 18 | 252 |
| | Amul R Thapar (U.S. District Judge) | MDL -2515 | IN RE: Pilot Flying J Fuel Rebate Contract Litigation (No. II) | 7 | 8 |
| KYW | John G Heyburn II (U.S. District Judge) | MDL -2504 | IN RE: Amazon.com, Inc., Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 12 | 12 |
| | Thomas B Russell (Sr. District Judge) | MDL -2308 | IN RE: Skechers Toning Shoe Products Liability Litigation | 761 | 798 |
| LAE | Carl J Barbier (U.S. District Judge) | MDL -2179 | IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 2,931 | 3,065 |
| | Kurt D Engelhardt (U.S. District Judge) | MDL -1873 | IN RE: FEMA Trailer Formaldehyde Products Liability Litigation | 0 | 4,828 |
| | Kurt D Engelhardt (U.S. District Judge) | MDL -2454 | IN RE: Franck's Lab, Inc., Products Liability Litigation | 31 | 31 |
| | Eldon E Fallon (U.S. District Judge) | MDL -1657 | IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation | 482 | 10,320 |
| | Eldon E Fallon (U.S. District Judge) | MDL -2047 | IN RE: Chinese-Manufactured Drywall Products Liability Litigation | 291 | 360 |
| | Sarah S Vance (Chief Judge, USDC) | MDL -2328 | IN RE: Pool Products Distribution Market Antitrust Litigation | 32 | 35 |
| LAW | Rebecca F Doherty (U.S. District Judge) | MDL -2299 | IN RE: Actos (Pioglitazone) Products Liability Litigation | 3,055 | 3,142 |
| MA | Denise J. Casper (U.S. District Judge) | MDL -2503 | IN RE: Solodyn (Minocycline Hydrochloride) Antitrust Litigation | 15 | 15 |
| | Nathaniel M Gorton (U.S. District Judge) | MDL -2067 | IN RE: Celexa and Lexapro Marketing and Sales Practices Litigation | 7 | 12 |
| | Michael A Ponsor (Sr. District Judge) | MDL -2208 | IN RE: Prudential Insurance Company of America SGLI/VGLI Contract Litigation | 4 | 4 |
| | Patti B Saris (Chief Judge, USDC) | MDL -1629 | IN RE: Neurontin Marketing, Sales Practices and Products Liability Litigation | 2 | 253 |
| | F. Dennis Saylor (U.S. District Judge) | MDL -2375 | IN RE: Body Science LLC Patent Litigation | 6 | 6 |
| | Richard G Stearns (U.S. District Judge) | MDL -2290 | IN RE: JPMorgan Chase Mortgage Modification Litigation | 9 | 10 |
| | Richard G Stearns (U.S. District Judge) | MDL -2432 | IN RE: Neurografix ('360) Patent Litigation | 9 | 9 |
| | Richard G Stearns (U.S. District Judge) | MDL -2513 | IN RE: Collecto, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 3 | 3 |
| | Douglas P Woodlock (U.S. District Judge) | MDL -2428 | IN RE: Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation | 1,863 | 1,864 |
| | William G Young (U.S. District Judge) | MDL -2409 | IN RE: Nexium (Esomeprazole) Antitrust Litigation | 19 | 19 |
| | Rya W Zobel (U.S. District Judge) | MDL -2193 | IN RE: Bank of America Home Affordable Modification Program (HAMP) Contract Litigation | 31 | 32 |
| | Rya W Zobel (U.S. District Judge) | MDL -2242 | IN RE: Prograf Antitrust Litigation | 8 | 8 |
| | Rya W Zobel (U.S. District Judge) | MDL -2419 | IN RE: New England Compounding Pharmacy, Inc., Products Liability Litigation | 423 | 426 |
| MD | Catherine C Blake (U.S. District Judge) | MDL -2294 | IN RE: Webvention LLC ('294) Patent Litigation | 12 | 22 |
| | Marvin J Garbis (Sr. District Judge) | MDL -1961 | IN RE: Municipal Mortgage & Equity, LLC, Securities and Derivative Litigation | 12 | 14 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2491 | IN RE: GNC Corp. TriFlex Products Marketing and Sales Practices Litigation (No. II) | 7 | 7 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2498 | IN RE: Nutramax Cosamin Marketing and Sales Practices Litigation | 5 | 5 |
| | J. Frederick Motz (Sr. District Judge) | MDL -2528 | IN RE: Natrol, Inc., Glucosamine/Chondroitin Marketing and Sales Practices Litigation | 3 | 3 |
| | Roger W Titus (Sr. District Judge) | MDL -2083 | IN RE: KBR, Inc., Burn Pit Litigation | 1 | 58 |
| ME | D. Brock Hornby (Sr. District Judge) | MDL -2426 | IN RE: TRS Recovery Services, Inc., and TeleCheck Services, Inc., Fair Debt Collection Practices Act (FDCPA) Litigation | 5 | 5 |
| MIE | Marianne O Battani (Sr. District Judge) | MDL -2311 | IN RE: Automotive Parts Antitrust Litigation | 107 | 127 |
| | Paul D Borman (U.S. District Judge) | MDL -1952 | IN RE: Packaged Ice Antitrust Litigation | 96 | 100 |
| | Sean F Cox (U.S. District Judge) | MDL -2042 | IN RE: Refrigerant Compressors Antitrust Litigation | 38 | 51 |
| MIW | Robert Holmes Bell (U.S. District Judge) | MDL -1846 | IN RE: Trade Partners, Inc., Investors Litigation | 6 | 7 |
| MN | Michael James Davis (Chief Judge, USDC) | MDL -1431 | IN RE: Baycol Products Liability Litigation | 1 | 9,107 |
| | Michael James Davis (Chief Judge, USDC) | MDL -1836 | IN RE: Mirapex Products Liability Litigation | 3 | 438 |
| | Michael James Davis (Chief Judge, USDC) | MDL -2359 | IN RE: HardiePlank Fiber Cement Siding Litigation | 12 | 12 |
| | Donovan W Frank (U.S. District Judge) | MDL -2441 | IN RE: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation | 970 | 1,003 |
| | Paul A Magnuson (Sr. District Judge) | MDL -2522 | IN RE: Target Corporation Customer Data Security Breach Litigation | 109 | 109 |
| | Ann D Montgomery (U.S. District Judge) | MDL -2090 | IN RE: Wholesale Grocery Products Antitrust Litigation | 0 | 4 |
| | John R Tunheim (U.S. District Judge) | MDL -1943 | IN RE: Levaquin Products Liability Litigation | 315 | 2,045 |
| MOE | Henry Edward Autrey (U.S. District Judge) | MDL -1672 | IN RE: Express Scripts, Inc., Pharmacy Benefits Management Litigation | 6 | 22 |
| | Henry Edward Autrey (U.S. District Judge) | MDL -2382 | IN RE: Emerson Electric Co. Wet/Dry Vac Marketing and Sales Practices Litigation | 8 | 8 |
| | Catherine D Perry (Chief Judge, USDC) | MDL -1811 | IN RE: Genetically Modified Rice Litigation | 12 | 412 |
| | John A. Ross (U.S. District Judge) | MDL -2470 | IN RE: Schnuck Markets, Inc., Customer Data Security Breach Litigation | 5 | 5 |
| | Rodney W Sippel (U.S. District Judge) | MDL -1964 | IN RE: NuvaRing Products Liability Litigation | 1,759 | 1,852 |
| MOW | Fernando J Gaitan, Jr (Sr. District Judge) | MDL -2361 | IN RE: Simply Orange Orange Juice Marketing and Sales Practices Litigation | 11 | 14 |
| | Fernando J Gaitan, Jr (Sr. District Judge) | MDL -2474 | IN RE: H&R Block IRS Form 8863 Litigation | 14 | 14 |
| NCW | Graham C Mullen (Sr. District Judge) | MDL -1992 | IN RE: Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation | 14 | 29 |
| | Graham C Mullen (Sr. District Judge) | MDL -2384 | IN RE: Swisher Hygiene, Inc., Securities and Derivative Litigation | 8 | 8 |
| NH | Paul J Barbadoro (U.S. District Judge) | MDL -2320 | IN RE: Colgate-Palmolive Softsoap Antibacterial Hand Soap Marketing and Sales Practices Litigation | 7 | 10 |

CM/ECF for JPML (LIVE)-JPML Litigation Statistics by MDL

| | Judge | MDL | Title | Cases |
|---|---|---|---|---|
| | Steven J McAuliffe (Sr. District Judge) | MDL -2263 | IN RE: Dial Complete Marketing and Sales Practices Litigation | 11 | 17 |
| NJ | Claire C. Cecchi (U.S. District Judge) | MDL -1419 | IN RE: K-Dur Antitrust Litigation | 4 | 45 |
| | Claire C. Cecchi (U.S. District Judge) | MDL -1663 | IN RE: Insurance Brokerage Antitrust Litigation | 13 | 51 |
| | Stanley R Chesler (U.S. District Judge) | MDL -1658 | IN RE: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation | 10 | 44 |
| | Stanley R Chesler (U.S. District Judge) | MDL -2443 | IN RE: Nickelodeon Consumer Privacy Litigation | 6 | 6 |
| | Katharine S Hayden (Sr. District Judge) | MDL -2020 | IN RE: Aetna, Inc., Out-of-Network "UCR" Rates Litigation | 8 | 13 |
| | Faith S Hochberg (U.S. District Judge) | MDL -1479 | IN RE: Neurontin Antitrust Litigation | 4 | 22 |
| | Jose L Linares (U.S. District Judge) | MDL -1730 | IN RE: Hypodermic Products Antitrust Litigation | 1 | 10 |
| | William J Martini (U.S. District Judge) | MDL -2280 | IN RE: Morgan Stanley Smith Barney LLC Wage and Hour Employment Practices Litigation | 6 | 6 |
| | William J Martini (U.S. District Judge) | MDL -2353 | IN RE: Tropicana Orange Juice Marketing and Sales Practices Litigation | 13 | 15 |
| | William J Martini (U.S. District Judge) | MDL -2415 | IN RE: L'Oreal Wrinkle Cream Marketing and Sales Practices Litigation | 9 | 9 |
| | Kevin McNulty (U.S. District Judge) | MDL -2506 | IN RE: AZEK Building Products, Inc., Marketing and Sales Practices Litigation | 4 | 4 |
| | Joel A Pisano (U.S. District Judge) | MDL -2243 | IN RE: Fosamax (Alendronate Sodium) Products Liability Litigation (No. II) | 487 | 1,154 |
| | Esther Salas (U.S. District Judge) | MDL -2471 | IN RE: Vehicle Carrier Services Antitrust Litigation | 28 | 28 |
| | Peter G Sheridan (U.S. District Judge) | MDL -2332 | IN RE: Lipitor Antitrust Litigation | 30 | 31 |
| | Peter G Sheridan (U.S. District Judge) | MDL -2396 | IN RE: TR Labs Patent Litigation | 7 | 9 |
| | Jerome B Simandle (Chief Judge, USDC) | MDL -2540 | IN RE: Caterpillar, Inc., C13 and C15 Engine Products Liability Litigation | 5 | 5 |
| | Susan D Wigenton (U.S. District Judge) | MDL -2158 | IN RE: Zimmer Duron Hip Cup Products Liability Litigation | 186 | 312 |
| | Susan D Wigenton (U.S. District Judge) | MDL -2228 | IN RE: Sprint Premium Data Plan Marketing and Sales Practices Litigation | 4 | 9 |
| | Freda L Wolfson (U.S. District Judge) | MDL -2418 | IN RE: Plavix Marketing, Sales Practices and Products Liability Litigation (No. II) | 77 | 79 |
| NV | Kent J Dawson (Sr. District Judge) | MDL -2527 | IN RE: First National Collection Bureau, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 4 | 4 |
| | Robert Clive Jones (U.S. District Judge) | MDL -2357 | IN RE: Zappos.com, Inc., Customer Data Security Breach Litigation | 11 | 11 |
| NYE | Brian M Cogan (U.S. District Judge) | MDL -1738 | IN RE: Vitamin C Antitrust Litigation | 4 | 10 |
| | Nicholas G Garaufis (U.S. District Judge) | MDL -2221 | IN RE: American Express Anti-Steering Rules Antitrust Litigation (No. II) | 13 | 13 |
| | John Gleeson (U.S. District Judge) | MDL -1720 | IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 90 | 91 |
| | John Gleeson (U.S. District Judge) | MDL -1775 | IN RE: Air Cargo Shipping Services Antitrust Litigation | 102 | 105 |
| | John Gleeson (U.S. District Judge) | MDL -2331 | IN RE: Propecia (Finasteride) Products Liability Litigation | 741 | 744 |
| | Dora Lizette Irizarry (U.S. District Judge) | MDL -2215 | IN RE: Glaceau Vitaminwater Marketing and Sales Practice Litigation (No. II) | 2 | 6 |
| | Roslynn R. Mauskopf (U.S. District Judge) | MDL -2413 | IN RE: Frito-Lay North America, Inc., "All Natural" Litigation | 13 | 13 |
| | Allyne R Ross (U.S. District Judge) | MDL -2395 | IN RE: Air Crash at Georgetown, Guyana, on July 30, 2011 | 14 | 16 |
| | Arthur D Spatt (Sr. District Judge) | MDL -2451 | IN RE: HSBC Bank USA, N.A., Debit Card Overdraft Fee Litigation | 3 | 3 |
| NYS | Vernon S. Broderick (U.S. District Judge) | MDL -2542 | IN RE: Keurig Green Mountain Single-Serve Coffee Antitrust Litigation | 25 | 25 |
| | Naomi Reice Buchwald (Sr. District Judge) | MDL -2262 | IN RE: Libor-Based Financial Instruments Antitrust Litigation | 50 | 69 |
| | Andrew L. Carter, Jr (U.S. District Judge) | MDL -2475 | IN RE: North Sea Brent Crude Oil Futures Litigation | 11 | 11 |
| | P. Kevin Castel (U.S. District Judge) | MDL -1995 | IN RE: Time Warner Inc. Set-Top Cable Television Box Antitrust Litigation | 1 | 7 |
| | P. Kevin Castel (U.S. District Judge) | MDL -2058 | IN RE: Bank of America Corp. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 16 | 52 |
| | Miriam Goldman Cedarbaum (Sr. District Judge) | MDL -2072 | IN RE: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation | 2 | 5 |
| | Denise L Cote (Sr. District Judge) | MDL -2293 | IN RE: Electronic Books Antitrust Litigation | 28 | 30 |
| | Denise L Cote (Sr. District Judge) | MDL -2476 | IN RE: Credit Default Swaps Antitrust Litigation | 9 | 9 |
| | Paul A Crotty (U.S. District Judge) | MDL -2013 | IN RE: Fannie Mae Securities and Employee Retirement Income Security Act (ERISA) Litigation | 7 | 24 |
| | George B Daniels (U.S. District Judge) | MDL -1570 | IN RE: Terrorist Attacks on September 11, 2001 | 23 | 28 |
| | Katherine B. Forrest (U.S. District Judge) | MDL -2481 | IN RE: Aluminum Warehousing Antitrust Litigation | 29 | 29 |
| | Jesse M. Furman (U.S. District Judge) | MDL -1529 | IN RE: Adelphia Communications Corp. Securities & Derivative Litigation (No. II) | 3 | 75 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2446 | IN RE: Standard & Poor's Rating Agency Litigation | 19 | 19 |
| | Jesse M. Furman (U.S. District Judge) | MDL -2543 | IN RE: General Motors LLC Ignition Switch Litigation | 21 | 21 |
| | Paul G Gardephe (U.S. District Judge) | MDL -2011 | IN RE: The Reserve Fund Securities and Derivative Litigation | 20 | 40 |
| | Paul G Gardephe (U.S. District Judge) | MDL -2157 | IN RE: JPMorgan Auction Rate Securities (ARS) Marketing Litigation | 3 | 5 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2052 | IN RE: Tremont Group Holdings, Inc, Securities Litigation | 10 | 31 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2075 | IN RE: Austin Capital Management, Ltd., Securities and Employee Retirement Income Security Act (ERISA) Litigation | 2 | 6 |
| | Thomas P Griesa (Sr. District Judge) | MDL -2082 | IN RE: Meridian Funds Group Securities & Employee Retirement Income Security Act (ERISA) Litigation | 5 | 5 |
| | Lewis A Kaplan (Sr. District Judge) | MDL -2017 | IN RE: Lehman Brothers Holdings, Inc., Securities & Employee Retirement Income Security Act (ERISA) Litigation | 45 | 55 |
| | Lewis A Kaplan (Sr. District Judge) | MDL -2335 | IN RE: Bank of New York Mellon Corp. Foreign Exchange Transactions Litigation | 8 | 11 |
| | Kenneth M Karas (U.S. District Judge) | MDL -2450 | IN RE: Ford Fusion and C-Max Fuel Economy Litigation | 17 | 17 |
| | John F Keenan (Sr. District Judge) | MDL -1789 | IN RE: Fosamax Products Liability Litigation | 902 | 1,138 |
| | Victor Marrero (Sr. District Judge) | MDL -1950 | IN RE: Municipal Derivatives Antitrust Litigation | 1 | 36 |
| | Victor Marrero (Sr. District Judge) | MDL -2088 | IN RE: Fairfield Greenwich Group Securities Litigation | 1 | 63 |
| | Victor Marrero (Sr. District Judge) | MDL -2338 | IN RE: MF Global Holdings Ltd. Investment Litigation | 1 | 25 |

| | Judge | MDL # | Title | Actions | Judgeships |
|---|---|---|---|---|---|
| | J. Paul Oetken (U.S. District Judge) | MDL -2027 | IN RE: Satyam Computer Services, Ltd., Securities Litigation | 12 | 12 |
| | Robert P Patterson, Jr (Sr. District Judge) | MDL -2213 | IN RE: Commodity Exchange, Inc., Silver Futures and Options Trading Litigation | 0 | 43 |
| | William H Pauley, III (U.S. District Judge) | MDL -1409 | IN RE: Currency Conversion Fee Antitrust Litigation | 2 | 35 |
| | Jed S Rakoff (Sr. District Judge) | MDL -1902 | IN RE: Refco Inc. Securities Litigation | 4 | 122 |
| | Shira Ann Scheindlin (Sr. District Judge) | MDL -1358 | IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 19 | 188 |
| | Shira Ann Scheindlin (Sr. District Judge) | MDL -1499 | IN RE: South African Apartheid Litigation | 5 | 14 |
| | Shira Ann Scheindlin (Sr. District Judge) | MDL -2275 | IN RE: Gerova Financial Group, Ltd., Securities Litigation | 3 | 5 |
| | Cathy Seibel (U.S. District Judge) | MDL -2434 | IN RE: Mirena IUD Products Liability Litigation | 569 | 569 |
| | Sidney H Stein (Sr. District Judge) | MDL -1603 | IN RE: OxyContin Antitrust Litigation | 18 | 102 |
| | Sidney H Stein (Sr. District Judge) | MDL -2070 | IN RE: Citigroup Inc. Securities Litigation | 11 | 24 |
| | Richard J Sullivan (U.S. District Judge) | MDL -2296 | IN RE: Tribune Company Fraudulent Conveyance Litigation | 72 | 73 |
| | Laura Taylor Swain (U.S. District Judge) | MDL -1688 | IN RE: Pfizer Inc. Securities, Derivative & "ERISA" Litigation | 15 | 31 |
| | Robert W Sweet (Sr. District Judge) | MDL -1963 | IN RE: The Bear Stearns Companies Inc. Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 6 | 29 |
| | Robert W Sweet (Sr. District Judge) | MDL -2352 | IN RE: Century 21 Department Stores, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 5 | 5 |
| | Robert W Sweet (Sr. District Judge) | MDL -2389 | IN RE: Facebook, Inc., IPO Securities and Derivative Litigation | 49 | 57 |
| NYW | William M Skretny (Chief Judge, USDC) | MDL -2085 | IN RE: Air Crash Near Clarence Center, New York, on February 12, 2009 | 4 | 60 |
| OHN | Christopher A Boyko (U.S. District Judge) | MDL -2001 | IN RE: Whirlpool Corp. Front-Loading Washer Products Liability Litigation | 11 | 11 |
| | James G Carr (Sr. District Judge) | MDL -1953 | IN RE: Heparin Products Liability Litigation | 17 | 574 |
| | Patricia A Gaughan (U.S. District Judge) | MDL -2044 | IN RE: Vertrue Inc. Marketing and Sales Practices Litigation | 13 | 13 |
| | David A Katz (Sr. District Judge) | MDL -1742 | IN RE: Ortho Evra Products Liability Litigation | 10 | 1,572 |
| | David A Katz (Sr. District Judge) | MDL -2197 | IN RE: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation | 8,657 | 8,983 |
| | Donald C Nugent (U.S. District Judge) | MDL -2220 | IN RE: KABA Simplex Locks Marketing and Sales Practices Litigation | 19 | 20 |
| | Benita Y. Pearson (U.S. District Judge) | MDL -2316 | IN RE: Ford Motor Co. Spark Plug and 3-Valve Engine Products Liability Litigation | 5 | 5 |
| | Dan A Polster (U.S. District Judge) | MDL -1909 | IN RE: Gadolinium Contrast Dyes Products Liability Litigation | 22 | 729 |
| | Jack Zouhary (U.S. District Judge) | MDL -2196 | IN RE: Polyurethane Foam Antitrust Litigation | 63 | 98 |
| OHS | Sandra S Beckwith (Sr. District Judge) | MDL -2050 | IN RE: Bill of Lading Transmission and Processing System Patent Litigation | 0 | 14 |
| | Edmund A Sargus, Jr (U.S. District Judge) | MDL -2433 | IN RE: E. I. du Pont de Nemours and Company C-8 Personal Injury Litigation | 109 | 109 |
| OKW | Robin J Cauthron (U.S. District Judge) | MDL -2048 | IN RE: Cox Enterprises, Inc., Set-Top Cable Television Box Antitrust Litigation | 6 | 27 |
| | Robin J Cauthron (U.S. District Judge) | MDL -2309 | IN RE: Transdata, Inc., Smart Meters Patent Litigation | 9 | 9 |
| PAE | Harvey Bartle, III (U.S. District Judge) | MDL -1203 | IN RE: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation | 47 | 20,203 |
| | Michael M Baylson (Sr. District Judge) | MDL -2437 | IN RE: Domestic Drywall Antitrust Litigation | 7 | 27 |
| | Anita B Brody (Sr. District Judge) | MDL -2034 | IN RE: Comcast Corp. Set-Top Cable Television Box Antitrust Litigation | 24 | 24 |
| | Anita B Brody (Sr. District Judge) | MDL -2323 | IN RE: National Football League Players' Concussion Injury Litigation | 324 | 326 |
| | Jan E DuBois (Sr. District Judge) | MDL -2081 | IN RE: Blood Reagents Antitrust Litigation | 32 | 34 |
| | Jan E DuBois (Sr. District Judge) | MDL -2460 | IN RE: Niaspan Antitrust Litigation | 17 | 17 |
| | Mitchell S Goldberg (U.S. District Judge) | MDL -2445 | IN RE: Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation | 12 | 12 |
| | C. Darnell Jones, II (U.S. District Judge) | MDL -1782 | IN RE: Pharmacy Benefit Managers Antitrust Litigation | 5 | 6 |
| | J. Curtis Joyner (Sr. District Judge) | MDL -2235 | IN RE: Foot Locker, Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation | 5 | 5 |
| | Thomas N. O'Neill, Jr (Sr. District Judge) | MDL -2270 | IN RE: CertainTeed Fiber Cement Siding Litigation | 1 | 20 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2002 | IN RE: Processed Egg Products Antitrust Litigation | 22 | 31 |
| | Gene E.K. Pratter (U.S. District Judge) | MDL -2284 | IN RE: Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation | 95 | 153 |
| | Eduardo C Robreno (Sr. District Judge) | MDL -875 | IN RE: Asbestos Products Liability Litigation (No. VI) | 2,814 | 192,044 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -1871 | IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 2,500 | 4,945 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -2342 | IN RE: Zoloft (Sertraline Hydrochloride) Products Liability Litigation | 514 | 627 |
| | Cynthia M Rufe (U.S. District Judge) | MDL -2458 | IN RE: Effexor (Venlafaxine Hydrochloride) Products Liability Litigation | 61 | 64 |
| | Lawrence F Stengel (U.S. District Judge) | MDL -2436 | IN RE: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation | 146 | 152 |
| | R. Barclay Surrick (Sr. District Judge) | MDL -1912 | IN RE: Fasteners Antitrust Litigation | 35 | 35 |
| PAM | Yvette Kane (U.S. District Judge) | MDL -2380 | IN RE: Shop-Vac Marketing and Sales Practices Litigation | 9 | 10 |
| PAW | Donetta W Ambrose (Sr. District Judge) | MDL -1942 | IN RE: Flat Glass Antitrust Litigation (No. II) | 1 | 27 |
| | Donetta W Ambrose (Sr. District Judge) | MDL -2021 | IN RE: Le-Nature's, Inc., Commercial Litigation | 1 | 9 |
| | Joy Flowers Conti (Chief Judge, USDC) | MDL -2056 | IN RE: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation | 15 | 15 |
| | Joy Flowers Conti (Chief Judge, USDC) | MDL -2354 | IN RE: Maxim Integrated Products, Inc., Patent Litigation | 27 | 27 |
| | Arthur J Schwab (U.S. District Judge) | MDL -1674 | IN RE: Community Bank of Northern Virginia Mortgage Lending Practices Litigation | 4 | 8 |
| RI | Mary M Lisi (Chief Judge, USDC) | MDL -1842 | IN RE: Kugel Mesh Hernia Patch Products Liability Litigation | 812 | 2,232 |
| | William E Smith (U.S. District Judge) | MDL -2472 | IN RE: Loestrin 24 Fe Antitrust Litigation | 12 | 12 |
| SC | J Michelle Childs (U.S. District Judge) | MDL -2283 | IN RE: Building Materials Corporation of America Asphalt Roofing Shingle Products Liability Litigation | 12 | 13 |
| | Richard M Gergel (U.S. District Judge) | MDL -2502 | IN RE: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II) | 846 | 849 |

CM/ECF for JPML (LIVE)-JPML Litigation Statistics by MDL

| | Judge | MDL | Case | Count |
|---|---|---|---|---|
| | David C Norton (U.S. District Judge) | MDL -2333 | IN RE: MI Windows and Doors, Inc., Products Liability Litigation | 17 | 18 |
| | David C Norton (U.S. District Judge) | MDL -2514 | IN RE: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability Litigation | 11 | 11 |
| TNE | Curtis Lynn Collier (U.S. District Judge) | MDL -2343 | IN RE: Skelaxin (Metaxalone) Antitrust Litigation | 16 | 17 |
| | Harry S Mattice (U.S. District Judge) | MDL -2508 | IN RE: Cast Iron Soil Pipe and Fittings Antitrust Litigation | 18 | 18 |
| TNM | Todd J Campbell (Chief Judge, USDC) | MDL -1760 | IN RE: Aredia and Zometa Products Liability Litigation | 112 | 667 |
| TNW | J. Daniel Breen (Chief Judge, USDC) | MDL -1551 | IN RE: Reciprocal of America (ROA) Sales Practices Litigation | 13 | 19 |
| | Samuel H Mays, Jr (U.S. District Judge) | MDL -2009 | IN RE: Regions Morgan Keegan Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation | 33 | 66 |
| TXE | Leonard E Davis (Chief Judge, USDC) | MDL -2355 | IN RE: Parallel Networks, LLC, ('111) Patent Litigation | 9 | 9 |
| TXN | Jane J Boyle (U.S. District Judge) | MDL -2405 | IN RE: On-Line Travel Company (OTC)/Hotel Booking Antitrust Litigation | 30 | 33 |
| | David C Godbey (U.S. District Judge) | MDL -2099 | IN RE: Stanford Entities Securities Litigation | 95 | 123 |
| | James Edgar Kinkeade (U.S. District Judge) | MDL -2244 | IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation | 6,046 | 6,078 |
| TXS | Keith P Ellison (U.S. District Judge) | MDL -2185 | IN RE: BP p.l.c. Securities Litigation | 31 | 48 |
| | Melinda Harmon (U.S. District Judge) | MDL -1446 | IN RE: Enron Corp. Securities, Derivative & "ERISA" Litigation | 5 | 199 |
| | Gray H. Miller (U.S. District Judge) | MDL -2266 | IN RE: Wells Fargo Wage and Hour Employment Practices Litigation (No. III) | 0 | 6 |
| UT | Robert J. Shelby (U.S. District Judge) | MDL -2510 | IN RE: BRCA1- and BRCA2-based Hereditary Cancer Test Patent Litigation | 8 | 8 |
| VAE | Thomas S Ellis, III (Sr. District Judge) | MDL -2534 | IN RE: TLI Communications LLC Patent Litigation | 17 | 17 |
| WAE | Lonny R Suko (Sr. District Judge) | MDL -2494 | IN RE: Columbia and Snake River Dams Clean Water Act Litigation | 3 | 3 |
| WAW | John C Coughenour (Sr. District Judge) | MDL -2485 | IN RE: New Cingular Wireless PCS, LLC, Data Services Sales Tax Refund Litigation | 17 | 17 |
| WIE | Lynn S Adelman (U.S. District Judge) | MDL -2439 | IN RE: Subway Footlong Sandwich Marketing and Sales Practices Litigation | 9 | 9 |
| WVN | Irene M Keeley (U.S. District Judge) | MDL -2493 | IN RE: Monitronics International, Inc., Telephone Consumer Protection Act (TCPA) Litigation | 11 | 13 |
| WVS | Joseph R Goodwin (U.S. District Judge) | MDL -2187 | IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation | 8,555 | 8,735 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2325 | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation | 17,812 | 18,079 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2326 | IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation | 12,004 | 12,125 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2327 | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation | 18,176 | 18,564 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2387 | IN RE: Coloplast Corp. Pelvic Support Systems Products Liability Litigation | 1,468 | 1,516 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2440 | IN RE: Cook Medical, Inc., Pelvic Repair System Products Liability Litigation | 195 | 223 |
| | Joseph R Goodwin (U.S. District Judge) | MDL -2511 | IN RE: Neomedic Pelvic Repair System Products Liability Litigation | 52 | 52 |
| Report Totals: | | | | 117,938 | 386,248 |

Total Number of MDL Dockets: **301**
Total Number of Transferee Districts:  **61**

Total Number of Transferee Judges: **224**
  18   Chief Judge, USDC
  62   Sr. District Judge
  144  U.S. District Judge