UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

### DEFENDANTS' NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE

**COMES NOW** Calysta Lantiegne, Assistant Attorney General for the Office of the Attorney General of Texas, and files this Notice of Designation of Attorney-in-Charge. In support, the undersigned would respectfully show the Court the following:

**I.**

Undersigned counsel respectfully requests that the designation for Attorney-in-Charge/Lead Attorney for the above-styled case be changed to Calysta Lantiegne. The undersigned now has primary responsibility for this case and represents Defendant University of Texas Medical Branch ("UTMB"). Shanna Molinare and Lacey Mase continue to serve as Co-Counsel for UTMB, as well.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

1

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Calysta L. Lantiegne
**CALYSTA L. LANTIEGNE**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24057611

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506

**LACEY E. MASE**
Assistant Attorney General
Texas Bar No. 24074662

P.O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/ (512) 495-9139 Fax

**Attorneys for Defendant, University of Texas Medical Branch**

## NOTICE OF ELECTRONIC FILING

I, CALYSTA L. LANTIEGNE, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendant's Notice of Designation of Attorney-in-Charge** to the Court, on July 21, 2014, in the Northern District of Texas, Dallas Division.

/s/ Calysta L. Lantiegne
**CALYSTA L. LANTIEGNE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, CALYSTA L. LANTIEGNE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant's Notice of Designation of Attorney-in-Charge** has been served upon all counsel of record via electronic filing notification on July 21, 2014.

Jeffrey S. Edwards
Scott C. Medlock
Sean P. Flammer
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702-1908

Brian McGiverin
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, Texas  78741

Cynthia L. Burton      (Via Intra-Office Mail)
Bruce R. Garcia
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

/s/ Calysta L. Lantiegne
**CALYSTA L. LANTIEGNE**
Assistant Attorney General

3