# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2569__ & TITLE - IN RE: __Texas Prison Conditions-of-Confinement Cases__

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

All defendants on Exhibit 1, attached hereto and incorporated herein by reference.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See Exhibit 1, attached hereto and incorporated herein by reference.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| July 28, 2014 | _/s/ Cynthia Burton_ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Cynthia L. Burton, Law Enforcement Defense Division, P.O. Box 12548, Austin TX 78711-2548

Telephone No.: (512) 463-2080      Fax No.: (512) 495-9139

Email Address: cynthia.burton@texasattorneygeneral

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION § § § § | MDL Docket No 2569<br>Civil Action No. 3:13-cv-283 (S.D. Tex.) |

## EXHIBIT 1

The undersigned is lead counsel for the Texas Department of Criminal Justice, Brad Livingston, William Stephens, Rick Thaler, Eileen Kennedy, Ernest Gutierrez, Jr., Richard Alford, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Robert Eason, Tommie Haynes, Robert Leonard, Brandon Matthews, Debra Gilmore, Sarah Raines, Revoyda Dodd, Dennis Miller, Reginald Goings, Todd Foxworth, Lannette Linthicum, Kerry Collard, Matthew Seda, Tully Flowers, Doris Edwards, James Jones, Roberto Herrera, Phyllis McWorther, Roger Pawelek, Ronald Givens, Carole Monroe, Balden Polk and Louis Williams, in the following cases and potential related cases:

*Webb, et al. vs. Livingston, et al.*, No. 6:13-cv-711, Eastern District of Texas, Tyler Division;
*Adams, et al. vs. Livingston, et al.*, No. 6:13-cv-712, Eastern District of Texas, Tyler Division; and *Togonidze vs. Livingston, et al.*, No. 6:14-cv-93, Eastern District of Texas, Tyler Division
CONSOLIDATED ACTIONS

*Freddie Fountain v. Brad Livingston,* No. 6:14-cv-268, Eastern District of Texas, Tyler Division (Potential related action)

*McCollum, et al. v. Livingston, et al.*, No. 3:12-cv-02037, Northern District of Texas, Dallas Division

*Caddell v. Livingston*, No. 3:14-cv-2249, Northern District of Texas, Dallas Division

*Hinojosa v. Livingston, et al.*, No. 2:13-cv-319, Southern District of Texas, Corpus Christi Division

*Kirk Davis v. William Stephens, et al.,* No. 2:14-cv-38, Southern District of Texas, Corpus Christi Division (Potential related action)

*Kearney v. William Stephens, Carole Monroe,* No. 2:14-cv-39, Southern District of Texas, Corpus Christi Division (Potential related action)

*Martone v. Livingston, et al.*, No. 4:13-cv-03369, Southern District of Texas, Houston Division; and

*Bailey v. Livingston et al.*, No. 4:14-cv-1698, Southern District of Texas, Houston Division

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24057611
cynthia.burton@texasattorneygeneral.gov

**ATTORNEYS FOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRAD LIVINGSTON, WILLIAM STEPHENS, RICK THALER, EILEEN KENNEDY, ERNEST GUTIERREZ, JR., RICHARD ALFORD, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, TOMMIE HAYNES, ROBERT LEONARD, BRANDON MATTHEWS, DEBRA GILMORE, SARAH RAINES, REVOYDA DODD, DENNIS MILLER, REGINALD GOINGS, TODD FOXWORTH, LANNETTE LINTHICUM, KERRY COLLARD, MATTHEW SEDA, TULLY FLOWERS, DORIS EDWARDS, JAMES JONES, ROBERTO HERRERA, PHYLLIS McWORTHER, ROGER PAWELEK and RONALD GIVENS**

## CERTIFICATE OF SERVICE

I **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing was served on all counsel of record and pro se parties on July 28, 2014, via e-mail or first-class mail as follows:

Jeff Edwards
The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin TX 78702
jeff@edwards-law.com

Scott Medlock
The Edwards Law Firm
The Haehnel Building

2

1101 East 11th Street
Austin TX 78702
scott@edwards-law.com

Sean Flammer
The Edwards Law Firm
The Haehnel Building
1101 East 11th Street
Austin TX 78702
sean@edwards-law.com

James C. Harrington
Texas Civil Rights Project
1405 Montopolis Drive
Austin TX 78741-3438
jch@mail.utexas.edu

Wayne Nicolas Krause
Texas Civil Rights Project
1405 Montopolis Drive
Austin TX 78741-3438
waynekrause@texascivilrightsproject.org

Brian Rolland McGivern
Texas Civil Rights Project
1405 Montopolis Drive
Austin TX 78741-3438
brian@texascivilrightsproject.org

Ranjana Natarajan
University of Texas School of Law
Civil Rights Clinic
727 E. Dean Keeton Street
Austin TX 78705
rnatarajan@law.utexas.edu

Eliot D. Shavin
SMU Legal Clinic
2600 State Street
Dallas TX 75204
eshavin@sbcglobal.net

Demetri Anastasiadis
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548

3

Austin TX 78711-2548
Demetri.anastasiadis@texasattorneygeneral.gov

Allan K. Cook
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Allan.cook@texasattorneygeneral.gov

Bruce Garcia
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Bruce.garcia@texasattorneygeneral.gov

Matthew Greer
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Matthew.greer@texasattorneygeneral.gov

Maurice Lawrence Wells
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Lawrence.wells@texasattorneygeneral.gov

Calysta Lantiegne
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Calysta.lantiegne@texasattorneygeneral.gov

Lacey Mase
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Lacey.mase@texasattorneygeneral.gov

Shanna Molinare
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin TX 78711-2548
Shanna.molinare@texasattorneygeneral.gov

Kirk Davis, No. 1692668
MTC Diboll Unit
1604 S. First Street
Diboll TX 75941

Freddie Fountain, No. 1640115
Coffield Unit
2661 FM 2054
Tennessee Colony TX 75884

Mark Jamal Kearney, No. 1219868
McConnell Unit
3001 S. Emily Dr.
Beeville TX 78102

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge

c:   Sharon Felfe Howell
     Cynthia Milne

5