BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE TEXAS PRISON HEAT LITIGATION § § § § | MDL Docket No. 2569<br>Civil Action No. 3:13-cv-283 (S.D. Tex.) |

**AMENDED CERTIFICATE OF SERVICE**

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, certify that on July 29, 2014, I served or caused to be served via e-mail or first-class mail and pursuant to Panel Rule 4.1 true and correct copies of (1) notice of potential related actions; (2) docket sheet in *Caddell v. Livingston, et al.*, No. 3:13-cv-2249-D (N.D. Tex.), (3) complaint in *Caddell v. Livingston, et al.*, No. 3:13-cv-2249-D (N.D. Tex.); (4) docket sheet in *Davis v. Livingston, et al.*, No. 2:14-cv-38 (S.D. Tex.); (5) complaint in *Davis v. Livingston, et al.*, No. 2:14-cv-38 (S.D. Tex.); (6) docket sheet in *Fountain v. Livingston, et al.*, No. 6:14-cv-268 (E.D. Tex.); (7) amended complaint in *Fountain v. Livingston, et al.*, No. 6:14-cv-268 (E.D. Tex.); (8) docket sheet in *Kearney v. Currie, et al.*, No. 2:14-cv-0039 (S.D. Tex.); and (9) complaint in *Kearney v. Currie, et al.*, No. 2:14-cv-0039 (S.D. Tex.) on the undersigned counsel of record and *pro se* litigants:

**A.    Plaintiffs' Counsel**

1.   Jeffrey S. Edwards
     The Edwards Law Firm
     1101 E. 11th St.
     Austin TX  78702
     jeff@edwards-law.com

     **Counsel for Bradley Caddell.**

2.   Sean Patrick Flammer
     Scott Douglass & McConnico LLP
     600 Congress Ave., Suite 1500
     Austin TX  78701
     sean.flammer@gmail.com and sean@edwards-law.com

**Counsel for Bradley Caddell.**

3. Scott Charles Medlock
   The Edwards Law Firm
   1101 E. 11th St.
   Austin TX  78702
   scott@edwards-law.com

**Counsel for Bradley Caddell.**

B. **Defendants' Counsel**

1. Cynthia L. Burton
   Assistant Attorney General
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   cynthia.burton@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, William Stephens, Rick Thaler, Robert Eason, Lannette Linthicum, Phyllis McWhorter, Roger Pawelek, Ronald Givens, Jeff Pringle, Balden Polk, and Carol E. Monroe.**

2. Bruce R. Garcia
   Assistant Attorney General
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   bruce.garcia@texasattorneygeneral.gov

**Counsel for Texas Department of Criminal Justice, Brad Livingston, William Stephens, Rick Thaler, Robert Eason, Lannette Linthicum, Phyllis McWhorter, Roger Pawelek, Ronald Givens, Jeff Pringle, Balden Polk, and Carol E. Monroe.**

3. Lacey Mase
   Assistant Attorney General
   Office of the Attorney General
   Law Enforcement Defense Division
   P.O. Box 12548
   Austin TX  78711-2548
   lacey.mase@texasattorneygeneral.gov

**Counsel for Owen Murphy, [sic] Avrian Mendez, and Maximiliano Huerra.**

**C.** **Pro Se Litigants**

1. Kirk Davis, No. 1692668
MTC Diboll Unit
1604 S. First Street
Diboll TX 75941

2. Freddie Fountain, No. 1640115
Coffield Unit
2661 FM 2054
Tennessee Colony TX  75884

3. Mark Jamal Kearney, No. 1219868
McConnell Unit
3001 S. Emily Dr.
Beeville TX 78102

**D.** **Courts**

1. Clerk
United States District Court
Northern District of Texas
1100 Commerce St., Room 1452
Dallas TX 75242

2. Clerk
United States District Court
Southern District of Texas
Houston Division
515 Rusk St.
Houston TX 77002

3. Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

4. Clerk
United States District Court
Eastern District of Texas
William M. Steger Federal Building and United States Courthouse
211 West Ferguson St., Room 106
Tyler TX  75702

<u>/s/ Cynthia L. Burton</u>
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge

c:   Sharon Felfe Howell
    Cynthia Milne