United States District Court
Northern District Texas
Dallas Division

McCollum, et al,

vs.                                          3:12-#02037

Livingston, et al,


## Motion to Intervene

Comes now, Jorge Jones, Plaintiff Pro-se (Party of Interest) who wishes to Intervene in the above-styled, and Referenced Cause (Similarly Situated) inmate facing possible "Death" by the Deadly Heat Exposure.

Respectfully Requested,

Jorge C. Jones

1500 E. Langdon Rd.
Dallas, TX. 75241

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 3 2014

CLERK, U.S. DISTRICT COURT
By _____ Deputy

Legal Mail

Mr. Jorge G. Jones #1934436
Hutchins Jail unit
1500 E. Langdon Rd
Dallas, TX 75241



RECEIVED-3
SEP - 3 2014
MAILROOM

NORTH TEXAS TX PDC
DALLAS TX 750
29 AUG 2014 PM 2 L

Jim Barton
District Clerk
Earle Cambell Federal Bldg.
1100 Commerce St #1452
Dallas, TX 75242-1003

75242131052

