UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    Defendants. | § | |

**DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH'S
NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE**

**COMES NOW** J. Lee Haney, Assistant Attorney General for the Office of the Attorney General of Texas, and files this Notice of Designation of Attorney-In-Charge. In support, the undersigned would respectfully show the Court the following:

**I.**

The above referenced cause of action has been internally reassigned within the Office of the Attorney General. The undersigned has been assigned to assume primary responsibility for this case. This new Attorney-In-Charge is familiar with the file and will comply with all scheduling orders.

                                        Respectfully submitted,

                                        **GREG ABBOTT**
                                        Attorney General of Texas

                                        **DANIEL T. HODGE**
                                        First Assistant Attorney General

**DAVID MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General
State Bar No. 00784203

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/(512) 495-9139 Fax
lee.haney@texasattorneygeneral.gov

**Attorneys for Defendant University of Texas Medical Branch**

## NOTICE OF ELECTRONIC FILING

I, J. LEE HANEY, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing Defendant University of Texas Medical Branch's Notice of Designation of Attorney-in-Charge in accordance with the Electronic Case Files System of the Northern District of Texas, on September 4, 2014.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, J. LEE HANEY, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Defendant University of Texas Medical Branch's Notice of Designation of Attorney-in-Charge has been served by electronic mail on September 4, 2014, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Northern District of Texas on the following:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35.
Austin, Texas  78751-2716

Cynthia Burton
Bruce Garcia
Allan Cook
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

                                              /s/ J. Lee Haney
                                              **J. LEE HANEY**
                                              Assistant Attorney General