UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 10 2014

CLERK, U.S. DISTRICT COURT
By _____ Deputy

McCOLLUM, ET. AL, §
§     CAUSE NO.
VS. §
§     3:12-CV-02037-L
LIVINGSTON, ET. AL., §

## MOTION TO ADJOIN AS LITIGANT IN CONJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, CHARLES CURTISS TAYLOR, JR. PRO-SE PLAINTIFF (PARTY OF INTEREST) WHO WISHES TO ADJOIN AS LITIGANT IN CONJUNCTION IN THE ABOVE STYLED AND NUMBERED CAUSE OF ACTION, TO WIT: REFERENCED CAUSE; AND IN FURTHER SUPPORT THEREOF AS FOLLOWS;

### I.
### SIMILARLY SITUATED

PLAINTIFF IS ALSO FACING POSSIBLE "DEATH" BY DEADLY HEAT EXPOSURE IN T.D.C.J. AND HAS CRUCIAL MEDICAL CONDITIONS THAT DO ADDITIONALLY SUBJECT HIM TO VULNERABILITY OF SAME... (PLAINTIFF IS THEREFORE, (SIMILARLY SITUATED)...

RESPECTFULLY SUBMITTED,
*Charles Curtiss Taylor, Jr.*
CHARLES CURTISS TAYLOR, JR.
1500 EAST LANGDON ROAD
DALLAS, TEXAS 75241

CC: FILE

CHARLES CURTISS TAYLOR, JR
HUTCHINS UNIT - 1500 EAST LANGDON RD
DALLAS, TEXAS 75241

SEPTEMBER 05, 2014

MR. JIM BARTON - CLERK
EARLE CAMPBELL FEDERAL BUILDING
1100 COMMERCE STREET #1452.
DALLAS, TEXAS 75042-1003

RE: McCOLLUM ET, AL V. LIVINGSTON, ET, AL.
     CAUSE NO. 3:12-CV-02037

DEAR CLERK,

   PLEASE FIND THE ORIGINAL "MOTION TO ADJOIN AS LITIGANT IN CONJUNCTION" TO BE FILED WITH THE COURT. PLEASE FIND ONE ORIGINAL AND ONE "COPY" TO BE FILED AND DATE STAMPED. PLEASE RETURN TO THE PLAINTIFF THE "COPY" OF THE SAME. (AS YOU CAN SEE I DO NOT HAVE ACCESS TO A COPIER) (CARBON)

SINCERELY,
Charles Curtiss Taylor Jr
CHARLES CURTISS TAYLOR, Jr
1500 EAST LANGDON ROAD
DALLAS, TEXAS 75241

CHARLES C. Taylor, Jr. #01347697
HUTCHINS UNIT - 1500 EAST LANGDON RD.
DALLAS, TEXAS 75241

LEGAL MAIL

SEP 10 2014

Jim BARTON-CLERK
EARLE CAMPBELL FEDERAL BUILDING
1100 COMMERCE STREET, # 1452
DALLAS, TEXAS
75042-1003