NORTHERN DISTRICT OF TEXAS
U.S. D.C.
DALLAS DIVISION ORIGINAL

McCOLLUM ET AL
VS
LIVINGSTONE ET AL

CASE # 3:12-CV-02037-L

MOTION TO ADJOIN
AS LITIGANT
IN CONJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT; COMES NOW) MERRILL HASKELL PRO-SE PLANTIFF (PARTY OF INTEREST) WHO WISHES TO ADJOIN AS LITIGANT IN CONJUNCTION IN THE ABOVE STATED AND NUMBERED CAUSE OF ACTION, TO WIT: REFERENCE CAUSE; AND IN FURTHER SUPPORT THEREOF AS FOLLOWS;

I
SIMILARILY SITUATED
PLANTIFF IS ALSO FACING POSSIBLE "DEATH" BY DEADLY HEAT EXPOSURE IN T.D.C.J. AND HAS CRUCIAL MEDICAL CONDITIONS THAT DO SUBJECT HIM TO VULNERABILITY OF SAME.... (PLANTIFF IS THEREFORE SIMILARILY SITUATED)... THEREOF

RESPECTFULLY SUBMITTED
MERRILL HASKELL # 1918463
HUTCHINS UNIT B1-05
1500 E LANGDON RD
DALLAS TEXAS
75241



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 1 0 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

MERRIL HASLER #998463
HUTCHINS UNIT 10-05
1500 E. LANGDON RD
DALLAS, TX. 75241

LEGAL MAIL

ATTN: MR. Jim BARTON
DISTRICT CLERK
EARLE CABELL FED. BLDG.
1100 COMMERCE ST # 1452
DALLAS, TX. 75092-1003

MAILROOM
RECEIVED-3
SEP 1 0 2014

NORTH TEXAS TX PRDC
DALLAS TX 750
08 SEP 2014 PM 4 L

75242131052