UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>                                           PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>                                           DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:12-cv-02037 <br> JURY DEMAND |

**MOTION FOR LEAVE TO RESPOND TO MOTIONS TO INTERVENE**

Plaintiffs acknowledge the stay in place in this case and respectfully seek leave from that stay to oppose the Motions to Intervene filed by Jorge Jones, Tony Ray Mitchell, Charles Taylor, and Merrill Haskell, Docs. 200, 202-204.

These intervenors filed their motions to intervene on September 3, 5, and 10, respectfully, and Plaintiffs seek to alert the Court of their opposition to the proposed interventions before their response is due. Accordingly, Plaintiffs seek leave from the stay to respond to the motions to intervene and attach their response to this motion.

Dated: September 16, 2014.

Respectfully submitted,

Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.    512-623-7727
Fax.    512-623-7729

By      /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Scott Medlock
State Bar No. 24044783
Sean Flammer
State Bar No. 24059754
Lead Counsel

Brian McGiverin
State Bar No. 24067760
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78741
(512) 474-5073 [phone]
512 474-0726 [fax]

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Northern District of Texas. Additionally, I have served the following *pro se* parties via mail:

Jorge G. Jones #1934436
Hutchins State Jail
1500 E. Langdon Rd.
Dallas, TX 75241

Tony Ray Mitchell #1875728
Hutchins State Jail
1500 E. Langdon Rd.
Dallas, TX 75241

Charles Curtis Taylor #01347697
Hutchins State Jail
1500 E. Langdon Rd.
Dallas, TX 75241

Merrill Haskell #1918463
Hutchins State Jail
1500 E. Langdon Rd.
Dallas, TX 75241

By   /s/ Jeff Edwards
JEFF EDWARDS