UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 3:12-cv-02037 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

**ORDER ON MOTIONS TO INTERVENE**

This Court has considered Jones's, Mitchell's, Taylor's, and Haskell's Motions to Intervene (Docs 200 and 202-204).  The Court has considered the motions, all responses, any replies, all evidence and argument submitted, and all applicable law.  The Court DENIES the motions to intervene.

Date: _____, 2014.


_____
Honorable Sam Lindsey
United States District Judge