UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>           PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>           DEFENDANTS | §§§§§§§§§§§§§§§§§ | CIVIL ACTION NO.<br>3:12-cv-02037<br>JURY DEMAND |

**ORDER ON MOTION FOR LEAVE TO RESPOND TO MOTIONS TO INTERVENE**

This Court, having considered Plaintiffs' Motion for Leave to Respond to Motions to Intervene, any response, reply, all arguments and evidence presented, and all applicable law, hereby GRANTS the motion.

Date: _____, 2014.

_____
Honorable Sam Lindsey
United States District Judge