UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    Defendants. | § | |

## NOTICE OF DESIGNATION OF CO-COUNSEL

Defendant University of Texas Medical Branch files this Notice of Designation of Co-Counsel in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General Heather Rhea is co-counsel to Assistant Attorney General J. Lee Haney in this matter. J. Lee Haney remains as the lead attorney-in-charge. Please add Heather Rhea to any future notifications of filings in this matter.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    DAVID C. MATTAX
    Deputy Attorney General for Defense Litigation

    KAREN D. MATLOCK
    Assistant Attorney General
    Chief, Law Enforcement Defense Division

    /s/ Heather Rhea
    HEATHER RHEA
    Assistant Attorney General
    State Bar No. 24085420

Law Enforcement Defense Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT
UNIVERSITY OF MEDICAL BRANCH**

NOTICE OF ELECTRONIC FILING

I, HEATHER RHEA, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing Notice of Designation of Co-Counsel in accordance with the Electronic Case Files System of the Northern District of Texas, on this 18th day of September, 2014.

/s/ Heather Rhea
HEATHER RHEA
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I, HEATHER RHEA, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served by electronic mail on September 18, 2014, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Northern District of Texas on the following:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, TX 78702

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35.
Austin, Texas  78751-2716

Cynthia Burton
Bruce Garcia
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

                                        /s/ Heather Rhea
                                        HEATHER RHEA
                                        Assistant Attorney General