UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Stephen McCollum,** *et al.*, | § | |
| | § | |
| v. | § | **Civil Action No. 3:12-CV-02037 L** |
| | § | |
| **Brad Livingston,** *et al.*, | § | |
| Defendants. | | |

# ORDER

The Court having reviewed the purported Intervenor's Motions to Intervene and Motions to Adjoin filed at Doc. No's 200, 202, 203 and 204 and the Defendants' Opposition thereto:

**DENIES** Jorge Jone's Petition to Intervene, filed at Doc. No. 200.

**DENIES** Tony Ray Mitchell's Petition to Intervene, filed at Doc. No. 202.

**DENIES** Charles Curtiss Taylor, Jr.'s Motion to Adjoin, filed at Doc. No. 203.

**DENIES** Merrill Haskell's Motion to Adjoin, filed at Doc. No. 204.

Signed this _____ day of _____, 2014.

_____
Presiding Judge