**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:12-CV-02037** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | |
| **Defendants.** | § | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant University of Texas Medical Branch, Assistant Attorney General Lacey E. Mase respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Ms. Mase no longer works in the Law Enforcement Defense Division of the Office of the Attorney General, thus, her representation of the Division's client has ended.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**JAMES BLACKLOCK**
Deputy Attorney General for Legal Counsel

**STEPHANIE LEIBE**
Division Chief of Public Finance

/s/LACEY E. MASE
**LACEY E. MASE**
Assistant Attorney General
Texas Bar No. 24074662

Public Finance Division
P.O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/ (512) 495-9139 Fax

**Attorneys for Defendant University of Texas
Medical Branch**

## NOTICE OF ELECTRONIC FILING

I, LACEY E. MASE, Assistant Attorney General of Texas, certify that I have electronically submitted for filing Motion to Withdraw as Attorney of Record to the Court, on October 6, 2014, in the Northern District of Texas, Dallas Division.

/s/LACEY E. MASE
**LACEY E. MASE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, LACEY E. MASE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw as Attorney of Record has been served upon all counsel of record via electronic filing notification on October 6, 2014.

Jeffrey S. Edwards
Scott C. Medlock
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702-1908

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35
Austin, Texas  78751-2716

J. Lee Haney
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

Cynthia L. Burton
Bruce R. Garcia
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

/s/LACEY E. MASE
**LACEY E. MASE**
Assistant Attorney General