UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-02037 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|     Defendants. | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant University of Texas Medical Branch, Assistant Attorney General Kim Coogan respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Ms. J. Lee Haney, AAG, has taken over as lead counsel.

          Respectfully submitted,

          GREG ABBOTT
          Attorney General of Texas

          DANIEL T. HODGE
          First Assistant Attorney General

          DAVID C. MATTAX
          Deputy Attorney General for Defense Litigation

          KAREN D. MATLOCK
          Assistant Attorney General
          Chief, Law Enforcement Defense Division

          <u>/s/KIM COOGAN</u>
          KIM COOGAN
          Assistant Attorney General

          Law Enforcement Defense Division
          P. O. Box 12548, Capitol Station
          Austin, Texas  78711
          (512) 463-2080/Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs is unopposed.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

**NOTICE OF ELECTRONIC FILING**

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing this Motion to Withdraw as Attorney of Record, on October 13, 2014 in the Northern District of Texas, Dallas Division.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw as Attorney of Record has been served upon all counsel of record via electronic filing notification on October 13th, 2014.

Jeffrey S. Edwards
Scott C. Medlock
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702-1908

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35
Austin, Texas  78751-2716

J. Lee Haney
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

Cynthia L. Burton
Bruce R. Garcia
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General