# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, et al.,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:12-CV-02037** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | |
| Defendants. | § | |

## ORDER

After reviewing the pleading on file with the court, the **Motion to Withdraw as Attorney of Record** on behalf of Defendant is hereby GRANTED. Kim Coogan, Assistant Attorney General, is terminated regarding representation of Defendant University of Texas Medical Branch.

SIGNED on this the _____ day of _____, 2014.

_____
JUDGE PRESIDING