IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:12-CV-2037-L** |
| BRAD LIVINGSTON, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the court is Ms. Kim Coogan's Motion to Withdraw as Attorney of Record, filed October 13, 2014. Counsel for University of Texas Medical Branch ("UTMB"), **Ms. Kim Coogan**, requests that she be allowed to withdraw as counsel for UTMB in this case. The court determines that the motion should be, and is hereby, **granted.** Accordingly, the court **allows Ms. Kim Coogan** to withdraw as counsel for UTMB, and she is relieved of any further obligation to or representation of UTMB in this case. Ms. Jacqueline Lee Haney and the office of the Attorney General of Texas will remain as UTMB's counsel.

**It is so ordered** this 14th day of October, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page