UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    Defendants. | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant The University of Texas Medical Branch at Galveston Erika D. Hime respectfully moves to withdraw as an attorney of record in this cause. Erika D. Hime is no longer with the Office of the Attorney General.

Respectfully submitted,

/s/ERIKA D. HIME
ERIKA D. HIME
Texas State Bar No. 42072899

ALLISON, BASS & MAGEE, LLP
402 W. 12th Street
Austin, Texas  78701
(512) 482-0701
(512) 480-0902  Fax

**ATTORNEY FOR DEFENDANT
UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, ERIKA D. HIME, certify that I have electronically submitted for filing this Motion to Withdraw as Attorney of Record, on November 18, 2014 in the Southern District of Texas, Houston Division.

/s/ERIKA D. HIME
ERIKA D. HIME

## CERTIFICATE OF SERVICE

I, ERIKA D. HIME, do hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw as Attorney of Record has been served upon all counsel of record via electronic filing notification on November 18, 2014.

Jeffrey S. Edwards
Scott C. Medlock
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX 78702-1908

Brian McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH 35
Austin, Texas  78751-2716

J. Lee Haney
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

Cynthia L. Burton
Bruce R. Garcia
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th, 7th Floor
Austin, Texas  78701

                                        /s/ERIKA D. HIME
                                        ERIKA D. HIME