UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|     Defendants. | § | |

ORDER

After reviewing the pleading on file with the court, the **Motion to Withdraw as Attorney of Record** on behalf of Defendant is hereby GRANTED. Erika D. Hime is terminated regarding representation of Defendant The University of Texas Medical Branch at Galveston.

SIGNED on this the _____ day of _____, 2014.

_____
JUDGE PRESIDING