UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:14-cv-03253 |
| § | |
| BRAD LIVINGSTON, et al., § | |
| Defendants. § | |

## ORDER

After reviewing the pleading on file with the court, the **Motion to Withdraw as Attorney of Record** on behalf of Defendant is hereby GRANTED. Erika D. Hime is terminated regarding representation of Defendant The University of Texas Medical Branch at Galveston.

SIGNED on this the 18th day of November, 2014.

_____
JUDGE PRESIDING