UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|     Defendants. | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant University of Texas Medical Branch, Assistant Attorney General Calysta L. Lantiegne respectfully moves to withdraw as an attorney of record in this cause.

There is good cause for this motion to be granted as this case has been internally re-assigned within the Law Enforcement Defense Division of the Office of the Attorney General to AAG Lee Haney; AAG Haney has already noticed in as lead counsel. AAG Lantiegne respectfully requests that this Court grant this motion and that she be removed from any future notifications regarding this case.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

1

        <u>/s/ Calysta L. Lantiegne</u>
        CALYSTA L. LANTIEGNE
        Assistant Attorney General
        Attorney-in-Charge
        Texas Bar No. 24057611

        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        512-463-2080 / 512-936-2109 (fax)
        calysta.lantiegne@texasattorneygeneral.gov

**ATTORNEYS FOR DEFENDANT UTMB**

**NOTICE OF ELECTRONIC FILING**

I, CALYSTA L. LANTIEGNE, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Motion to Withdraw as Attorney of Record** in accordance with the Electronic Case Files System of the Southern District of Texas on this the 25th day of November, 2014.

        <u>/s/ Calysta L. Lantiegne</u>
        CALYSTA L. LANTIEGNE
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I, CALYSTA L. LANTIEGNE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion to Withdraw as Attorney of Record** has been served upon all counsel of record via electronic filing notification on November 25, 2014.

Jeffrey S. Edwards
Scott C. Medlock
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, TX  78702-1908

Brian R. McGiverin
Wayne Krause-Yang
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX  78741

J. Lee Haney
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, TX  78701-1220

Cynthia L. Burton
Assistant Attorney General
Law Enforcement Defense Division
Office of the Attorney General
300 West 15th Street, 7th Floor
Austin, TX  78701-1220

/s/ Calysta L. Lantiegne
CALYSTA L. LANTIEGNE
Assistant Attorney General