UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al.,<br>　　Plaintiffs, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, et al.,<br>　　Defendants. | §<br>§<br>§ | |

## ORDER

The **Motion to Withdraw as Attorney of Record** filed by Assistant Attorney General Calysta L. Lantiegne on behalf of Defendant University of Texas Medical Branch is hereby GRANTED. AAG Lantiegne's representation of UTMB in this cause of action is terminated and her name shall be removed from any future notifications regarding this matter.

SIGNED on this the 26th day of November, 2014.

_____
JUDGE PRESIDING