UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, <br>      Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, et al., <br>      Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant University of Texas Medical Branch ("UTMB") provides notice that Alistair Dawson, Kate Skagerberg and Leslie Tronche are appearing as additional counsel for UTMB in this matter. UTMB requests that copies of all notices and filings be provided to Mr. Dawson, Ms. Skagerberg and Ms. Tronche as follows:

Beck | Redden LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: 713-951-3700
Facsimile: 713-951-3720
Email: adawson@beckredden.com
State Bar No. 05596100
Email: kskagerberg@beckredden.com
State Bar No. 24058578
Email: ltronche@beckredden.com
State Bar No. 24078681

1278.009 / 546337v.2

BECK | REDDEN LLP

/s/ Alistair Dawson
    Alistair B. Dawson
    Federal I.D. No. 12864
    Kate Skagerberg
    Federal I.D. No. 1121430
    Leslie Tronche
    Federal I.D. No. 1725410
1221 McKinney St., Suite 4500
Houston, TX 77010-2010
Telephone: 713.951.3700
Facsimile: 713.951.3720
Email: adawson@beckredden.com
       kskagerberg@beckredden.com
       ltronche@beckredden.com

**COUNSEL FOR DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel of record who have consented to electronic service on this 8th day of day of December, 2014, in compliance with Federal Rule of Civil Procedure 5(b).

/s/ Alistair Dawson
**ALISTAIR B. DAWSON**