| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

**HOUSTON DIVISION**

Stephen McCollum, et al.
       *Plaintiff,*

v.                                                        **Civil No. 4:14–cv–03253**

Brad Livingston, et al.
       *Defendant.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Status Conference**

DATE:   2/5/2015

TIME:   11:00 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe                                          Date: January 20, 2015