**Exhibit D 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCULLOM, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

**DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH'S
AMENDED RESPONSES TO PLAINTIFF SANDRA McCOLLUM'S
FIRST REQUESTS FOR PRODUCTION**

TO: Sandra McCollum, by and through her attorney of record, Jeff Edwards and Scott Medlock, The Edwards Law Firm, 1101 E. 11th Street, Austin, Texas 78702 and Brian McGiverin and Wayne Krause-Yang, Texas Civil Rights Project, 4920 N. IH-35, Austin, Texas 78751.

The University of Texas Medical Branch, Defendant in the above-styled and numbered cause, offers the following Amended Responses to Plaintiff's First Requests for Production.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Kim Coogan*
KIM COOGAN
Assistant Attorney General

1

State Bar No. 00783867
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 495-9139

ATTORNEYS FOR DEFENDANT
UNIVERSITY OF TEXAS MEDICAL BRANCH

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Defendant University of Texas Medical Branch's Amended Responses to Plaintiff Sandra McCollum's First Requests for Production has been served by placing same in the United States Mail on the 23rd day of April, 2014, addressed to:

Jeff Edwards                    ***CMRRR 7008 0500 0001 5047 6423***
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas 78702

Brian McGiverin                 ***CMRRR 7008 0500 0001 5047 6430***
Wayne Krause-Yang
Texas Civil Rights Project
4920 N. IH-35
Austin, Texas 78751

Bruce Garcia                    (Via Hand Delivery)
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711

Demetri Anastasiadis            (Via Hand Delivery)
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711

_____
KIM COOGAN
Assistant Attorney General

2

## RESPONSE TO REQUEST FOR PRODUCTION

9.      Please produce all documents related to the inmate heat injury in any TDCJ facility where UTMB provides medical care between 2007 and 2012.

**RESPONSE: OVERBROAD. This request is over broad in both scope and time. This request is vague as to "the heat injury". This request is vague as to the documents it seeks. UTMB is not in the care, custody or control of records created by law enforcement, TDCJ or other entities. Please see attached disc containing e-mails.**