**Exhibit D 2**




## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

April 23, 2014

Received by:
*Lindsey*
14/4/23   Lindsey Knapton

Jeff Edwards
Scott Medlock
1101 E. 11th Street
Austin, Texas 78702-1908

Brian McGiverin
Wayne Krause-Yang
4920 N. IH-35
Austin, Texas 78751

Gentlemen,

    Pursuant to our phone call, enclosed is a compact disc containing emails between UTMB-CMC employees and some TDCJ Health Services employees. We will also supplement a bates stamped hard copy. These were very recently discovered. In light of this discovery, UTMB has instituted a very comprehensive search to determine if there are additional emails in existence. As we discussed, we will provide UTMB's protocol for the discovery of the new emails once we have it.

    It is our intent that these documents are being produced in each of the heat related cases identified below, and we do not intend to re-produce the documents in each case. Similarly, we will not object to the use of these documents in each case.

    *Stephen McCullom, et al. v. Brad Livingston*, et al.; Civil Action No. 3:12-CV-02037;

    *Kevin Webb, et al. v. Brad Livingston, et al.*; Civil Action No. 3:13-CV-218; USDCSD (consolidated);

    *Roxanne Martone v. Brad Livingston, et al.*; Civil Action No. 4:13-cv-3369; and

    *Ramona Hinojosa, et al. v. Brad Livingston, et al.*; Civil Action No. 2:13-CV-319

    Similarly, we ask that the Protective Order signed in the Webb case also be honored by the parties in the above cases, rather than seeking a protective order in each case.

April 23, 2014
Page 2

Finally, we intend to file a motion to extend deadlines in the McCollum case. You have indicated that you are opposed to any extensions which might affect the trial date. After you have had an opportunity to review these documents, please let us know if you have changed your mind regarding an extension of the deadlines.

Sincerely,

*Kim Coogan*

Kim Coogan
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 495-9139 Fax

KC/de
Encl.

c:	File