**Exhibit E**



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

December 19, 2014

Jeff Edwards                    *Via Electronic mail*
Scott Medlock
Sean Flammer
The Edwards Law Firm
1101 E. 11th Street
Austin TX 78702

**Re:   ESI – UTMB's Second Email production**

*Michael McCollum v. B. Livingston, et al.;* **U.S.D.C., Southern District of Texas, Houston Division; Civil Action No. 4:14-cv-3253;**

*Roxanne Martone v. B. Livingston, et al.;* **U.S.D.C., Southern District of Texas, Houston Division; Civil Action No. 4:13-cv-3369;**

*Ramona Hinojosa v. B. Livingston, et al.;* **U.S.D.C., Southern District of Texas, Houston Division; Civil Action No. 4:14-cv-03253;**

*Kevin Webb v. B. Livingston, et al.;* **U.S.D.C., Southern District of Texas, Houston Division; Civil Action No. 4:14-cv-03302 (consolidated with** *Tognidze, et al., v. Livingston, et al. and Adams, et al. v Livingston, et al.).*

Dear Counsel:

This letter is to notify you that the UTMB Defendants are producing to you electronically stored information (UTMB's Second Email Production) in a secure shared link by Leslie Gabriel, from our agency's IT department.

The secured share link contains 6,366 documents and a total of 29,453 pages. As to the native files, there are 266 natives. The natives have been imaged and a link is provided to access the native files.

Very truly yours,

J. LEE HANEY
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 936-2109 Fax

c:   Cynthia Burton, AAG-Inter Agency
     Alistair Dawson, Beck Redden