**Exhibit F**

**From:** Coogan, Kim
**Sent:** Tuesday, April 29, 2014 4:28 PM
**To:** jeff@edwards-law.com; Scott Medlock (scott@edwards-law.com)
**Cc:** Molinare, Shanna; Garcia, Bruce; Anastasiadis, Demetri
**Subject:** UTMB emails

Hi guys,
UTMB says the new search for emails may take 6-8 weeks to complete.
I wanted to let you know in case it affects your trial calendars, prep, etc.
I will let you know if this changes.

Kim Coogan
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711
512-463-2080
512-495-9139 fax
Kim.coogan@texasattorneygeneral.gov
*Board Certified, Personal Injury Trial Law*