**Exhibit H**



## Attorney General of Texas
### GREG ABBOTT

June 16, 2014

Sean Flammer
The Edwards Law Firm
1101 E. 11th St.
Austin, TX 78701

**Re:   CD of Emails Produced on April 23, 2014, April 25, 2014, and May 23, 2014**

Dear Sean:

As we discussed last week, enclosed is a copy of the emails that were previously produced on April 23, 2014, April 25, 2014, and May 23, 2014. Last week, it came to my attention that when the emails were converted to PDF format that the attachments were not copied and included. The CD enclosed includes the emails and the email attachments in PDF format that is MAC compatible.

This CD of emails and email attachments are being produced for use in the following cases[1]:

1. *McCollum, et al. v. Livingston, et al.*; Civil Action No. 3:12-cv-02037, USDC—Northern District, Dallas Division;
2. *Martone v. Livingston, et al.*, Civil Action No. 4:13-cv-3369, USDC—Southern District, Houston Division;
3. *Hinojosa v. Livingston, et al.*, Civil Action No. 2:13-cv-319, USDC—Southern District, Corpus Christi Division;
4. *Webb, et al. v. Livingston, et al.*, Civil Action No. 6:13-cv-711, USDC—Eastern District, Tyler Division
5. *Adams, et al. v. Livingston, et al.*, Civil Action No. 6:13-cv-712, USDC—Eastern District, Tyler Division; and
6. *Togonidze v. Livingston, et al.*, Civil Action No. 6:14-cv-0093, USDC—Eastern District, Tyler Division.

---

[1] The information contained in the emails and the email attachments are subject to the agreed motions for protective orders as some of the information is protected by HIPAA.

Sean Flammer
June 16, 2014
Page 2


Sincerely,


Sherry Hightower, Legal Secretary to
**SHANNA MOLINARE**
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 495-9139 Fax

Enclosure

c:    Bruce Garcia
      Demetri Anastasiadis
      File