**Exhibit I 1**

**From:** Coogan, Kim
**To:** Sean Flammer (sean@edwards-law.com); jeff@edwards-law.com; Scott Medlock (scott@edwards-law.com)
**Subject:** Response to ESI Questions.KJC.doc
**Date:** Thursday, May 22, 2014 1:28:50 PM
**Attachments:** Response to ESI Questions.KJC.doc

See attached.