UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 4:14-cv-3253<br>§ JURY DEMAND<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ON PLAINTIFFS' MOTION TO STRIKE**

After reviewing Plaintiffs' *Motion to Strike and Request for Expedited Relief*, any and all responses, all replies, all arguments of counsel, and all applicable law, the Court **GRANTS** Plaintiffs' Motion and **strikes** Defendant UTMB's *Objections to Magistrate Judge Toliver's Order on Plaintiffs' Motion for Sanctions*.

It is SO ORDERED this _____ day of February, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE