UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>         PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>         DEFENDANTS | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

UTMB filed objections to Judge Toliver's sanctions order in this Court. *See* Doc. 224. Plaintiffs filed a *Motion to Strike*, arguing that UTMB intentionally filed their objections in the wrong court. *See* Doc. 226.

Plaintiffs' deadline to respond substantively to UTMB's objections to Judge Toliver's order is Monday, February 23. Judge Toliver awarded Plaintiffs attorneys' fees for the briefing on the sanctions issue and Plaintiffs would likewise seek fees for having to respond UTMB's objections. To avoid a potential future dispute, Plaintiffs seek an extension of the time to respond to UTMB's objections to 10 days following the Court's order on the *Motion to Strike*, should the Court not strike the objections. (Should the Court strike the objections, no response would be necessary.)

1

III.	CONCLUSION

In accordance with the foregoing, Plaintiffs ask that the Court extend Plaintiffs' time to respond to UTMB's Objections to 10 days following this Court's order on the *Motion to Strike*.

Dated: February 19, 2015.

>	Respectfully submitted,
>
>	Edwards Law
>	The Haehnel Building
>	1101 East 11th Street
>	Austin, TX 78702
>	Tel.	512-623-7727
>	Fax.	512-623-7729
>
>	By	/s/ Jeff Edwards
>	JEFF EDWARDS
>	State Bar No. 24014406
>	Scott Medlock
>	State Bar No. 24044783
>	Sean Flammer
>	State Bar No. 24059754
>	Lead Counsel
>
>	Brian McGiverin
>	State Bar No. 24067760
>	James C. Harrington
>	State Bar No. 09048500
>	TEXAS CIVIL RIGHTS PROJECT
>	1405 Montopolis Dr.
>	Austin, TX 78741
>	(512) 474-5073 [phone]
>	512 474-0726 [fax]
>
>	Eliot Shavin
>	State Bar No. 18138200
>	2600 State Street
>	Dallas, Texas 75204
>	214-522-2010 (telephone)
>	214-720-9594 (fax)
>	Local Counsel
>	ATTORNEYS FOR PLAINTIFFS

3

## CERTIFICATE OF CONFERENCE

I certify that on February 19, Sean Flammer and Lee Haney spoke via email and UTMB is unopposed to this motion.

By   /s/ Jeff Edwards
JEFF EDWARDS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

By   /s/ Jeff Edwards
JEFF EDWARDS