UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

On this day the Court considered *Plaintiffs' Unopposed Motion for Extension of Time*, any response, all replies, all argument counsel, all evidence presented, and all applicable law. The Court **GRANTS** Plaintiffs' motion and extends the time to respond to *UTMB's Objections to Judge Toliver's Order on Plaintiffs' Motion for Sanctions* (Doc. 224) to 10 days following this Court's order on Plaintiffs' Motion to Strike (Doc. 226).

It is SO ORDERED this _____ day of February, 2015.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE