UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>     PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>     DEFENDANTS | § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**ORDER ON UTMB'S OBJECTIONS TO MAGISTRATE JUDGE TOLIVER'S ORDER ON MOTION FOR SANCTIONS**

On this day the Court considered *UTMB's Objections to Magistrate Judge Toliver's Order on Motion for Sanctions*, the response, any replies, all argument of counsel, all evidence presented, and all applicable law. The Court **OVERRULES** UTMB's *Objections*.

It is SO ORDERED this _____ day of February, 2015.

                                                                       _____
                                                                       KEITH P. ELLISON
                                                                        UNITED STATES DISTRICT JUDGE