UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, et al.,<br>    Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>    Defendants. | §<br>§<br>§<br>§    CIVIL ACTION NO. 4:14-CV-03253<br>§<br>§<br>§ |

## NOTICE OF DESIGNATION OF CO-COUNSEL

Defendant University of Texas Medical Branch files this Notice of Designation of Co-Counsel in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General Jennifer L. Daniel is co-counsel to Assistant Attorney General J. Lee Haney in this matter. J. Lee Haney remains as the lead attorney-in-charge. Please add Jennifer L. Daniel to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Jennifer L. Daniel*
**JENNIFER L. DANIEL**
Assistant Attorney General
Texas Bar No. 24090063

1

J. Lee Haney
Assistant Attorney General
Texas Bar No. 00784203

Shanna Elizabeth Molinare
Assistant Attorney General
Texas Bar No. 24041506

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)


**BECK REDDEN LLP**
1221 McKinney St., Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

Alistair Dawson
State Bar No. 05596100
Kate Skagerberg
State Bar No. 24058578
Leslie Honey Tronche
State Bar No. 24078681

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, JENNIFER L. DANIEL, Assistant Attorney General of Texas, certify that I have electronically submitted a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Southern District of Texas on March 4, 2015.

*/s/ Jennifer L. Daniel*
**JENNIFER L. DANIEL**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, JENNIFER L. DANIEL, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served by electronic mail on March 4, 2015, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas. All counsel of record will receive copies via electronic filing notification.

*/s/ Jennifer L. Daniel*
**JENNIFER L. DANIEL**
Assistant Attorney General