UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

### APPEARANCE OF CO-COUNSEL

NOW COMES Daniel C. Neuhoff, Assistant Attorney General of Texas, and enters his appearance as co-counsel on behalf of Texas Department of Criminal Justice. Please notify Assistant Attorney General Daniel C. Neuhoff regarding all future matters in this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123
Daniel.neuhoff@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station

Austin TX  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that I have electronically submitted for a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Southern District of Texas on March 10, 2014.

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2).

//s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General