UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER**

The Court, having considered the Plaintiffs' Motion to Withdraw as Attorney of Record, hereby GRANTS the motion in its entirety. Sean Flammer is terminated regarding representation of Plaintiffs Stephen McCollum and Sandra McCollum, individually, and Stephanie Kingrey, individually and as independent administrator of the Estate of Larry Gene McCollum.

Dated: _____, 2015.

_____
HONORABLE KEITH P. ELLISON
U.S. DISTRICT JUDGE

1