UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, Plaintiffs, v. BRAD LIVINGSTON, et al., Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

_____

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL**
_____

TO THE HONORABLE JUDGE KEITH ELLISON:

Alistair Dawson, Kate Skagerberg, Leslie Tronche, and the law firm of Beck Redden LLP (collectively, "Beck Redden") respectfully request that this Court permit Beck Redden to withdraw as counsel of record for Defendant University of Texas Medical Branch ("UTMB").

Beck Redden appeared as additional counsel for the UTMB on December 8, 2014. On March 11, 2015, David Beck, a partner in Beck Redden LLP, was confirmed as a Regent of the University of Texas System. Though Beck Redden understands that Tex. Educ. Code § 51.923 would permit the firm to continue representing UTMB, Beck Redden is sensitive to the concern that its continued representation of UTMB could be perceived by some as somehow inappropriate. To avoid even the appearance of impropriety, Beck Redden asks that this Court permit it to withdraw as counsel of record.

Graig J. Alvarez, Stephen Fernelius and Kara Stauffer Philbin of Fernelius Alvarez Simon PLLC will be substituting as counsel for UTMB. Mr. Alvarez's federal bar number is

22596, Mr. Fernelius's federal bar number is 14121, and Ms. Philbin's federal bar number is 685342. Their office address, email address, telephone number and fax number are as follows:

> Graig J. Alvarez
> Fernelius Alvarez Simon PLLC
> LyondellBasell Tower
> 1221 McKinney Street, Suite 3200
> Houston, Texas 77010
> T: 713 654 5150
> F: 713 654 4039
> galvarez@fa-lawfirm.com
>
> Stephen M. Fernelius
> Fernelius Alvarez Simon PLLC
> LyondellBasell Tower
> 1221 McKinney Street, Suite 3200
> Houston, Texas 77010
> T: 713 654 5150
> F: 713 654 4039
> sfernelius@fa-lawfirm.com
>
> Kara Stauffer Philbin
> Fernelius Alvarez Simon PLLC
> LyondellBasell Tower
> 1221 McKinney Street, Suite 3200
> Houston, Texas 77010
> T: 713 654 5150
> F: 713 654 4039
> kphilbin@fa-lawfirm.com

UTMB is also represented by J. Lee Haney and Shanna Molinare of the Texas Attorney General's Office. The Attorney General's Office will continue representing UTMB in the present action.

UTMB consents to the withdrawal of Beck Redden.

This withdrawal and substitution is not sought for delay.

### Conclusion and Prayer

WHEREFORE, UTMB requests that the Court enter an order withdrawing Alistair Dawson, Kate Skagerberg, Leslie Tronche, and the law firm of Beck Redden LLP, and

1278.013 / 557372v.1

substituting Graig J. Alvarez, Stephen M. Fernelius and Kara Stauffer Philbin of Fernelius Alvarez Simon PLLC, as counsel of record for Defendant University of Texas Medical Branch in this action.

Dated:  May 11, 2015

                                            **BECK | REDDEN LLP**

                                            */s/ Alistair Dawson*

                                                Alistair B. Dawson
                                                Federal I.D. No. 12864
                                                Kate Skagerberg
                                                Federal I.D. No. 1121430
                                                Leslie Tronche
                                                Federal I.D. No. 1725410
                                    1221 McKinney St., Suite 4500
                                    Houston, TX 77010-2010
                                    Telephone:713.951.3700
                                    Facsimile: 713.951.3720
                                    Email:  adawson@beckreedden.com
                                             kskagerberg@beckredden.com
                                             ltronche@beckredden.com

                                    **COUNSEL FOR DEFENDANTS UNIVERSITY OF TEXAS MEDICAL BRANCH**

                                    **FERNELIUS ALVAREZ SIMON PLLC**

                                    */s/ Graig J. Alvarez*

                                                Graig J. Alvarez
                                                Federal I.D. No. 22596
                                                Stephen M. Fernelius
                                                Federal I.D. No. 14121
                                                Kara Stauffer Philbin
                                                Federal I.D. No. 685342
                                                LyondellBasell Tower
                                                1221 McKinney Street, Suite 3200
                                                Houston, Texas 77010
                                                T: 713 654 5150
                                                F: 713 654 4039
                                                galvarez@fa-lawfirm.com
                                                sfernelius@fa-lawfirm.com
                                                kphilbin@fa-lawfirm.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for all parties and that they are unopposed to the relief requested herein.

>   */s/ Alistair Dawson*
>   **ALISTAIR B. DAWSON**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served on all counsel of record who have consented to electronic service on this 11th day of May, 2015, in compliance with Federal Rule of Civil Procedure 5(b).

>   */s/ Alistair Dawson*
>   **ALISTAIR B. DAWSON**

1278.013 / 557372v.1