UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, Plaintiffs, | § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The Unopposed Motion to Withdraw as Counsel for Defendant University of Texas Medical Branch submitted by Alistair Dawson, Kate Skagerberg, Leslie Tronche, and the law firm of Beck Redden LLP is GRANTED.

Alistair Dawson, Kate Skagerberg, Leslie Tronche, and the law firm of Beck Redden LLP are withdrawn from this case as counsel of record and have no further responsibility in this matter, and Graig J. Alvarez, Stephen M. Fernelius and Kara Stauffer Philbin of Fernelius Alvarez Simon PLLC are hereby substituted as additional counsel of record for Defendant University of Texas Medical Branch.

SIGNED on May 15, 2015, at Houston, Texas.

Keith P. Ellison
United States District Judge

1278.013 / 557372v.1