IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN MCCOLLUM, *et al.* § | |
| *Plaintiffs,* § | |
| § | |
| v. § | CIVIL NO. 4:14-CV-03253 |
| § | |
| § | |
| BRAD LIVINGSTON, *et al.*, § | |
| *Defendants*. § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendants Brad Livingston, Jeff Pringle, and Texas Department of Criminal Justice, Assistant Attorney General Johnathan D. Stone respectfully moves to withdraw as an attorney of record and that he be removed from any future notifications regarding this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ JOHNATHAN D. STONE
JOHNATHAN D. STONE
Assistant Attorney General
Texas Bar No. 24071779
Southern District ID No. 1635446
johnathan.stone@texasattorneygeneral.gov

3

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, JOHNATHAN D. STONE, Assistant Attorney General of Texas, certify that I have electronically submitted for filing this Motion to Withdraw as Attorney of Record, on May 20, 2015 in the Southern District of Texas, Houston Division.

/s/ JOHNATHAN D. STONE
JOHNATHAN D. STONE
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, JOHNATHAN D. STONE, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on May 20, 2015.

/s/ JOHNATHAN D. STONE
JOHNATHAN D. STONE
Assistant Attorney General