IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | CIVIL NO. 4:14-CV-03253 |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above referenced matter, GRANTS the motion. Assistant Attorney General Johnathan D. Stone is terminated regarding representation of Brad Livingston, Jeff Pringle, and Texas Department of Criminal Justice.

Signed on this _____ day of _____, 2015.

_____
JUDGE PRESIDING