UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

# MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant University of Texas Medical Branch, Assistant Attorney General Marcus T. Sanders respectfully moves to withdraw as an attorney of record and that he be removed from any future notifications regarding this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


*/s/ Marcus T. Sanders*
**MARCUS T. SANDERS**
Assistant Attorney General
Texas Bar No. 24089483
Federal I.D. No. 2451029

**J. LEE HANEY**
Assistant Attorney General
Texas Bar No. 00784203

1

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)

**FERNELIUS ALVAREZ SIMON PLLC**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER PHILBIN**
State Bar No. 24056373
Federal I.D. No. 685342

1221 McKinney Street, Suite 3200
Houston, Texas 77010
(713) 654-1200
(713) 654-4039 (Fax)

**ATTORNEYS FOR DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH**

## CERTIFICATE OF CONFERENCE

I, MARCUS T. SANDERS, Assistant Attorney General of Texas, have conferred with opposing counsel, Scott Medlock, and he is not opposed to this motion.

*/s/ Marcus T. Sanders*
**MARCUS T. SANDERS**
Assistant Attorney General

Case 4:14-cv-03253   Document 240   Filed on 06/03/15 in TXSD   Page 3 of 3

**NOTICE OF ELECTRONIC FILING**

I, MARCUS T. SANDERS, Assistant Attorney General of Texas, certify that I have electronically submitted a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Southern District of Texas on June 3, 2015.

*/s/ Marcus T. Sanders*
**MARCUS T. SANDERS**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, MARCUS T. SANDERS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served by electronic mail on June 3, 2015, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.  All counsel of record will receive copies via electronic filing notification.

*/s/ Marcus T. Sanders*
**MARCUS T. SANDERS**
Assistant Attorney General