**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN McCOLLUM, et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:14-cv-03253** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | |
| **Defendants.** | § | |

**ORDER**

The Motion to Withdraw as Attorney of Record filed by Assistant Attorney General Marcus T. Sanders on behalf of Defendant University of Texas Medical Branch is hereby GRANTED.  AAG Sanders' representation of Defendant University of Texas Medical Branch in this cause of action is terminated and his name shall be removed from any future notifications regarding this matter.

SIGNED on this the _____day of _____, 2015.

_____
JUDGE PRESIDING