UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., <br> Plaintiffs, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, et al., <br> Defendants. | § § § | |

## ORDER

The Motion to Withdraw as Attorney of Record filed by Assistant Attorney General Marcus T. Sanders on behalf of Defendant University of Texas Medical Branch is hereby GRANTED. AAG Sanders' representation of Defendant University of Texas Medical Branch in this cause of action is terminated and his name shall be removed from any future notifications regarding this matter.

SIGNED on this the 8th day of June, 2015.

_____
JUDGE PRESIDING