UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Stephen McCollum, et al.
   *Plaintiff(s),*

v.                                                                                  Case No. 4:14–cv–03253

Brad Livingston, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Status Conference**

DATE:    7/28/2015

TIME:    02:30 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3–A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe                                               Date: July 15, 2015