| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts  TRANSCRIPT ORDER  *Please Read Instructions:* | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| 1. NAME  J. Lee Haney | | 2. PHONE NUMBER  (512) 463-2080 | 3. DATE  7/29/2015 | |
| 4. MAILING ADDRESS  P. O. Box 12548 | | 5. CITY  Austin | 6. STATE  Texas | 7. ZIP CODE  78701 |
| 8. CASE NUMBER  4:14-cv-03253 | 9. JUDGE  Keith P. Ellison | DATES OF PROCEEDINGS | | |
| | | 10. FROM 7/28/2015 | 11. TO 7/28/2015 | |
| 12. CASE NAME  Stephen McCollum, et al. v. Brad Livingston, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Austin | 14. STATE Texas | |
| 15. ORDER FOR  ☐ APPEAL  ☒ NON-APPEAL | ☐ CRIMINAL  ☒ CIVIL | ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY  ☐ OTHER | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)  Status Conference | 07/28/2015 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | | | ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE  /s/ Lee Haney

19. DATE  7/29/2015

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

# FAX Cover Sheet

**Law Enforcement Defense Division**
P.O. Box 12548
Austin, TX 78711-2548
Phone Number: 512-463-2080
FAX Number: 512-495-9139

| | |
|---|---|
| To: | [To:] David J. Bradley, Clerk of the Court |
| Company/Agency: | [Company/Agency:] U.S. District Court, Southern Division |
| Date: | [Date:] July 29, 2015 |
| FAX Number: | [FAX Number:] 713-250-5937 |
| From: | [From:] J. Lee Haney |
| No. of pages (including cover): | [No. of Pages (incl. cover):] -2- |

Comments:

Attached please find a Transcript Order for a Status Conference which was held on July 28, 2015. I have e-mailed a copy to the Court Reporter. Thank you so much.


Darlene Ellison
Office of the Attorney General
(512) 936-1578
Darlene.ellison@texasattorneygeneral.gov