UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 4:14-cv-03253 |
| § | |
| § | |
| BRAD LIVINGSTON, *et al*., § | |
| Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW

Assistant Attorney General Allan K. Cook respectfully moves to withdraw as an attorney of record in the above-captioned matter requests that he be removed from all future notifications in this case. This motion is unopposed.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24004374
Southern District No. 608005
allan.cook@texasattorneygeneral.gov

3

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
LAW ENFORCEMENT DEFENSE DIVISION
P.O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR LIVINGSTON**

**CERTIFICATE OF CONFERENCE**

I, **ALLAN K. COOK**, Assistant Attorney General of Texas, certify that I have conferred in good faith with Plaintiffs' counsel and they are unopposed to this motion.

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General

**NOTICE OF ELECTRONIC FILING**

I, **ALLAN K. COOK**, Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on Sept. 10, 2015.

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **ALLAN K. COOK**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on Sept. 10, 2015.

/s/ Allan K. Cook
**ALLAN K. COOK**
Assistant Attorney General