UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, <br> Plaintiffs, | § § § | |
| v. | § § | No. 4:14-cv-03253 |
| | § § | |
| BRAD LIVINGSTON, *et al.*, <br> Defendants. | § § § | |

ORDER ON UNOPPOSED MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Allan K. Cook is terminated regarding representation of Brad Livingston.

Signed on this 10th day of September, 2015.

_____
JUDGE PRESIDING