UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | No. 4:14-cv-03253 |
| v. | § | |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     Defendants. | § | |

**DEFENDANTS' ANSWER TO PLAINTIFFS'
SECOND AMENDED COMPLAINT**

# Exhibit C

```
*******************************************************************************
*** REQUESTOR: DA00031 - DIXON, ASHLEY           OFFICE OF THE GENERAL COUNSEL ***
*******************************************************************************
***                    S Y S M   I N B A S K E T   P R I N T                ***

MESSAGE ID: 059472        DATE: 04/21/15   TIME: 09:50am   PRIORITY: 000

TO:           SFE6370 - HOWELL, SHARON FELFE
              GENERAL COUNSEL
              OFFICE OF THE GENERAL COUNSEL
              P.O. BOX 4004
              HUNTSVILLE, TX   77342



FROM:         SHI2310 - HIGHTOWER, STEPHANIE
              PROGRAM SUPERVISOR I
              PLANS AND OPERATIONS
              PO BOX 99 (77342)
              861-B IH 45N - ROOM 220
              HUNTSVILLE, TEXAS (77320)


SUBJECT:      HEAT PRECAUTION 2015


ATTACHED IS THE HEAT PRECAUTION REMINDER FOR 2015 IN ENGLISH.
PLEASE POST THIS NOTICE IN COMMON AREAS ON THE FACILITY.

IF YOU SHOULD HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT
PLANS AND OPERATIONS AT (936) 437-6280.


                    HEAT PRECAUTION REMINDER 2015

IT IS THAT TIME OF YEAR AGAIN, WHEN EMPLOYEES AND OFFENDERS MAY BE
AFFECTED BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE
POTENTIAL FOR EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS
IMPERATIVE THAT EVERYONE TAKE PRECAUTIONS TO HELP PREVENT OR REDUCE
HEAT-RELATED ILLNESSES.  AD-10.64, "EXTREME TEMPERATURE
CONDITIONS IN THE TDCJ," AND CMHC POLICY D.27.2, "HEAT STRESS,"
SHOULD BE REVIEWED BY JUNE 1, 2015, OR THE FIRST AVAILABLE DATE AN
EMPLOYEE RETURNS TO WORK, AND EACH UNIT SHALL ENSURE TRAINING IS
DOCUMENTED IN THE EMPLOYEES' FILE.  CORRECTIONAL OFFICER
INFORMATION CARDS (PRISON STORE STOCK #700-01-06370-5) THAT
INCLUDE TIPS FOR THE RECOGNITION, TREATMENT, AND PREVENTION OF HEAT-
RELATED ILLNESSES ARE AVAILABLE FOR UNITS TO ORDER FROM THE PRISON
STORE.

ON MARCH 24, 2015, STAFF FROM VARIOUS DIVISIONS/DEPARTMENTS SUCH
AS, ADMINISTRATIVE REVIEW AND RISK MANAGEMENT (ARRM)
DIVISION; BUSINESS AND FINANCE; CORRECTIONAL INSTITUTIONS DIVISION,
INCLUDING THE FOLLOWING DEPARTMENTS: CLASSIFICATION AND RECORDS,
CORRECTIONAL TRAINING AND STAFF DEVELOPMENT, LAUNDRY, FOOD AND
SUPPLY, OFFENDER TRANSPORTATION, PLANS AND OPERATIONS, AND
SECURITY OPERATIONS; EXECUTIVE SERVICES; FACILITIES; HEALTH SERVICES
DIVISION; OFFICE OF THE GENERAL COUNSEL; OMBUDSMAN; AND PRIVATE
FACILITY CONTRACT MONITORING/OVERSIGHT DIVISION (PFCMOD), MET
TO REVIEW PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND TO DISCUSS
ACTIONS FOR THE UPCOMING SUMMER.  BELOW IS A LIST OF PRECAUTIONS
```

TDCJ 80431

AND ACTIONS THROUGH SEPTEMBER 30, 2015 AND ENDING ON OCTOBER 1, 2015. IF THE NEED ARISES BASED ON FORECASTED TEMPERATURES, IMPLEMENTATION MAY BEGIN PRIOR TO JUNE 1, 2015 AND MAY END AFTER OCTOBER 1, 2015.

WELLNESS CHECKS:
* TDCJ STAFF AND MEDICAL PROVIDERS SHALL WORK CLOSELY TOGETHER TO IDENTIFY OFFENDERS WHO MAY BE SUSCEPTIBLE TO HEAT-RELATED ISSUES DUE TO THE OFFENDER'S CURRENT MEDICAL CONDITION.
* THE MEDICAL HEAT RESTRICTION LIST PROVIDES A LIST OF OFFENDERS IDENTIFIED AS HEAT SENSITIVE AND SHALL BE PROVIDED TO OFFICERS ASSIGNED TO HOUSING AREAS.
* DURING NORMAL SECURITY CHECKS, OFFICERS SHALL CONDUCT WELLNESS CHECKS AND SEEK ASSISTANCE FOR OFFENDERS AS NEEDED.

PRECAUTIONS AND ACTIONS RELATED TO TRAINING:
* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS OF AND TREATMENT FOR HEAT-RELATED ILLNESSES BY CONDUCTING TRAINING.
* ENSURE ALL EMPLOYEES CURRENTLY HAVE, OR ARE PROVIDED WITH, CORRECTIONAL OFFICER INFORMATION CARDS AND CARRY SAID CARDS ON THEIR PERSON WHILE ON THE UNIT.

PRECAUTIONS AND ACTIONS RELATED TO TRAINING:
* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS OF AND TREATMENT FOR HEAT-RELATED ILLNESSES BY CONDUCTING TRAINING.
* ENSURE ALL EMPLOYEES CURRENTLY HAVE, OR ARE PROVIDED WITH, CORRECTIONAL OFFICER INFORMATION CARDS AND CARRY SAID CARDS ON THEIR PERSON WHILE ON THE UNIT.

PRECAUTIONS AND ACTIONS RELATED TO OFFENDER TRANSPORT:
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY, WHEN POSSIBLE.
* TRANSPORT PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER FACILITY VIA AIR CONDITIONED TRANSFER VEHICLES ONLY.
* TRANSFER OFFICERS ARE PROVIDED A LIST OF OFFENDERS WITH HEAT SENSITIVITY, AND SHALL MONITOR THESE OFFENDERS FOR SIGNS OF HEAT-RELATED ILLNESS.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR A MEDICAL APPOINTMENT.
* TRANSFER VEHICLES WITHOUT FUNCTIONAL FANS, PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO PLACE A PREVIOUSLY PURCHASED FAN ON THE VEHICLE. UNITS SHALL ENSURE FANS, EXTENSION CORDS, ETC., ARE IN PLACE AND AVAILABLE WHEN NEEDED.
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE.
* SECURITY IS THE FIRST PRIORITY AT EVERY BACKGATE; HOWEVER, WE MUST ALWAYS BE AWARE OF HEAT-RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY LENGTH OF TIME (BUSES MAY CIRCLE THE PERIMETER IF THE UNIT FORESEES AN EXTENDED WAIT TIME). EVERY REASONABLE EFFORT SHALL BE MADE TO ENSURE BUSES GET INTO AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT MANNER.
* WATER COOLERS ON BUSES SHALL BE REFILLED AT VARIOUS TIMES DURING THE TRIP TO ENSURE WATER REMAINS AT THE APPROPRIATE TEMPERATURE (TRANSPORTATION). CUPS SHALL BE MADE AVAILABLE TO OFFENDERS ON BUSES.
* STORE PAPER TOWELS TO BE SATURATED WITH WATER AND USED DURING EMERGENCY SITUATIONS WHEN TRANSPORTING OFFENDERS.

PRECAUTIONS AND ACTIONS RELATED TO OUTSIDE ACTIVITY:
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64, "EXTREME TEMPERATURE CONDITIONS IN THE TDCJ."

TDCJ 80432

* ENSURE ADDITIONAL STAFF ENGAGED IN OUTDOOR ACTIVITIES SUCH AS, FIELD, MAINTENANCE, AND YARD SQUADS ARE PROVIDED FREQUENT WATER BREAKS.
* PROVIDE ADDITIONAL WATER, INCLUDING ICE IF AVAILABLE, TO EMPLOYEES AND OFFENDERS IN WORK AREAS; UNITS SHALL COORDINATE WITH MAINTENANCE AND FOOD SERVICE.

PRECAUTIONS AND ACTIONS RELATED TO OFFENDER INTAKE:
* AS OFFENDERS ARRIVE ON INTAKE FACILITIES A STAFF MEMBER FROM THE MEDICAL DEPARTMENT SHALL CONDUCT AN INITIAL SCREENING TO ASCERTAIN IF THE OFFENDER HAS ANY CONDITIONS OR IS ON ANY MEDICATION THAT WOULD MAKE HIM/HER MORE SUSCEPTIBLE TO THE HEAT.
* IF THE MEDICAL DEPARTMENT DETERMINES AN OFFENDER HAS A CONDITION OR IS ON A MEDICATION WHICH MAKES HIM/HER MORE SUSCEPTIBLE TO THE HEAT, MEDICAL STAFF SHALL COMMUNICATE SUCH TO CORRECTIONAL STAFF AND THE OFFENDER WILL BE TEMPORARILY PLACED ON THE WELLNESS CHECK LIST UNTIL A FULL MEDICAL EXAMINATION CAN BE CONDUCTED.

PRECAUTIONS AND ACTIONS TO BE TAKEN IN OFFENDER HOUSING ASSIGNMENTS:
* MEDICAL STAFF ARE RESPONSIBLE FOR ENSURING THAT ALL HSM-18 MEDICAL RESTRICTIONS ON THE IMF MEDICAL SCREEN OR HSIN SENSITIVE MEDICAL RESTRICTIONS INCLUDING BUT NOT LIMITED TO AN OFFENDER ON PSYCHOTROPIC MEDICATIONS, ARE UP TO DATE TO FACILITATE THE APPROPRIATE MEANS OF TRANSPORTATION METHOD AND HOUSING ASSIGNMENT FOR EACH OFFENDER.
* HEAT SENSITIVE RESTRICTIONS SHALL BE CONSIDERED WHEN MAKING HOUSING ASSIGNMENTS.

PRECAUTIONS AND ACTIONS TO BE TAKEN IN OFFENDER HOUSING AREAS:
* MAKE WATER AND CUPS AVAILABLE AT ALL TIMES, TO INCLUDE DURING MEAL TIMES.
* ENSURE OFFENDERS ARE PROVIDED A CUP WHEN DISTRIBUTING WATER. IN THE EVENT AN OFFENDER DOES NOT HAVE A PERSONAL CUP, ONE SHALL BE PROVIDED. THE FOOD SERVICE DEPARTMENT CAN PROVIDE ITEMS AS NEEDED.
* PROVIDE ADDITIONAL WATER, INCLUDING ICE IF AVAILABLE, TO EMPLOYEES AND OFFENDERS IN THE HOUSING AREAS.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS WHEN FEASIBLE. LOWER THE WATER TEMPERATURE FOR SINGLE-TEMPERATURE SHOWERS IN OFFENDER HOUSING AREAS.
* ALLOW OFFENDERS TO WEAR T-SHIRTS AND SHORTS IN DAYROOMS AND RECREATIONAL AREAS.
* WHEN USING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND EXHAUSTED OUTSIDE. TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE SYSTEM OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS APPLICABLE.
* INCREASE AIR FLOW BY USING BLOWERS, NORMALLY USED TO MOVE HOT AIR IN THE WINTER, WHEN APPROPRIATE. ATTACH RIBBONS TO VENTS TO ENSURE BLOWERS ARE USED APPROPRIATELY. MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIR FLOW.
* POSTERS SHALL BE PLACED IN HOUSING AREAS REMINDING OFFENDERS OF HEAT PRECAUTIONS AND WATER INTAKE.

PRECAUTIONS AND ACTIONS TO BE TAKEN RELATED TO OFFENDER FANS:
* REMEMBER, OFFENDER FANS SHOULD NOT BE CONFISCATED DUE TO PROPERTY RESTRICTION DURING THIS TIME. FANS SHALL BE CONFISCATED ONLY IF THEY ARE ALTERED OR STOLEN.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT HAVE ONE.

TDCJ 80433

```
*  FANS SHALL BE ALLOWED TO ALL CUSTODY LEVELS, INCLUDING
   ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS.  OFFENDERS
   WITH FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS
   RE-ISSUED FOR THE PERIOD SPECIFIED IN THIS POSTING.
*  ENSURE THE FAN PROGRAMS ARE IN PLACE ALLOWING THE PERMANENT
   ISSUE OF A FAN TO AN INDIGENT OFFENDER, ON A FIRST COME FIRST SERVE
   BASIS.  OFFENDERS WHO HAVE SIGNIFICANT MEDICAL NEEDS, BASED ON
   A CONDITION OR MEDICATION THAT IS NEGATIVELY IMPACTED BY THE
   HEAT, SHALL BE GIVEN PRIORITY.

PRECAUTIONS AND ACTIONS TO BE TAKEN RELATED TO MAINTENANCE:
 *  COORDINATE WITH THE FOOD SERVICE AND MAINTENANCE DEPARTMENTS
    TO ENSURE ICE-MACHINES ARE WORKING PROPERLY AND ALL NEEDED
    PREVENTIVE MAINTENANCE HAS BEEN COMPLETED.
 *  ENSURE ALL NEEDED PREVENTIVE MAINTENANCE TO BLOWERS HAS BEEN
    COMPLETED.
 *  ENSURE ALL NEEDED PREVENTIVE MAINTENANCE TO FANS HAS BEEN
    COMPLETED.

IT IS REQUIRED THAT EACH DEPARTMENT POSTS THIS NOTICE IN COMMON
AREAS ON THE FACILITY.  YOUR ATTENTION TO THIS MATTER IS GREATLY
APPRECIATED.

AUTHORITY:       WILLIAM STEPHENS, DIRECTOR
                 CORRECTIONAL INSTITUTIONS DIVISION

Sent to:      UNTS                  <list>                         (to)
              ADMN                  <list>                         (to)
              HEAT 2015             <list>                         (to)
```

TDCJ 80434

```
****************************************************************************
*** REQUESTOR: DA00031 - DIXON, ASHLEY          OFFICE OF THE GENERAL COUNSEL ***
****************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 060709        DATE: 04/21/15  TIME: 11:14am  PRIORITY: 000

TO:          SFE6370 - HOWELL, SHARON FELFE
             GENERAL COUNSEL
             OFFICE OF THE GENERAL COUNSEL
             P.O. BOX 4004
             HUNTSVILLE, TX  77342



FROM:        SHI2310 - HIGHTOWER, STEPHANIE
             PROGRAM SUPERVISOR I
             PLANS AND OPERATIONS
             PO BOX 99 (77342)
             861-B IH 45N - ROOM 220
             HUNTSVILLE, TEXAS (77320)


SUBJECT:     HEAT PRECAUTION 2015-SPANISH
```

ATTACHED IS THE HEAT PRECAUTION REMINDER FOR 2015 IN SPANISH.
PLEASE POST THIS NOTICE IN COMMON AREAS ON THE FACILITY.

IF YOU SHOULD HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT
PLANS AND OPERATIONS AT (936) 437-6280.

                PRECAUCION POR CALOR 2015 - RECORDATORIO

ES ESA EPOCA DEL ANO OTRA VEZ, CUANDO EMPLEADOS Y OFENSORES
PUEDEN SER AFECTADOS POR LAS CONDICIONES DE CALOR EXTREMO. COMO
UN RECORDATORIO, DEBIDO A LA POSIBILIDAD DE CONDICIONES EXTREMAS DE
CALOR EN LOS PROXIMOS MESES, ES IMPERATIVO QUE TODAS LAS PERSONAS
TOMEN PRECAUCIONES PARA AYUDAR A PREVENIR O REDUCIR ENFERMEDADES
RELACIONADAS CON EL CALOR. AD-10.64, "CONDICIONES DE TEMPERATURAS
EXTREMAS EN EL TDCJ" Y CMHC POLITICA D.27.2, "ESTRES POR
CALOR," DEBEN SER REVISADAS PARA JUNIO 1, 2015, O LA PRIMER FECHA
DISPONIBLE QUE UN EMPLEADO REGRESA A TRABAJAR Y CADA UNIDAD
ASEGURARA QUE LA CAPACITACION SE DOCUMENTA EN EL EXPEDIENTE DE LOS
EMPLEADOS. TARJETAS DE INFORMACION PARA OFICIAL CORRECCIONAL
(PRISON STORE STOCK #700-01-06370-5) QUE INCLUYEN CONSEJOS PARA
RECONOCER, TRATAMIENTO Y PREVENCION DE ENFERMEDADES RELACIONADAS
CON EL CALOR ESTAN DISPONIBLES PARA QUE UNIDADES LAS ORDENEN DE LA
TIENDA DE LA PRISION.

EN MARZO 24, 2015, PERSONAL DE VARIAS DIVISIONES/DEPARTAMENTOS
TALES COMO, ADMINISTRATIVE REVIEW AND RISK MANAGEMENT (ARRM)
DIVISION, BUSINESS AND FINANCE; CORRECTIONAL INSTITUTIONS DIVISION,
INCLUYENDO LOS SIGUIENTES DEPARTAMENTOS: CLASSIFICATION AND
RECORDS, CORRECTIONAL TRAINING AND STAFF DEVELOPMENT, LAUNDRY,
FOOD AND SUPPLY, OFFENDER TRANSPORTATION, PLANS AND OPERATIONS, Y
SECURITY OPERATIONS; EXECUTIVE SERVICES; FACILITIES; HEALTH SERVICES
DIVISION; OFFICE OF THE GENERAL COUNSEL; OMBUDSMAN; Y PRIVATE
FACILITY CONTRACT MONITORING/OVERSIGHT DIVISION (PFCMOD) SE

REUNIERON PARA REVISAR LAS PRECAUCIONES Y MEDIDAS OPERATIVAS EL
VERANO PASADO Y PARA DISCUTIR LAS MEDIDAS PARA EL PROXIMO VERANO.
A CONTINUACION HAY UNA LISTA DE PRECAUCIONES Y MEDIDAS A SER
IMPLEMENTADAS EMPEZANDO EN JUNIO 1, 2015, Y TERMINANDO EN
OCTUBRE 1, 2015. SI SURGE LA NECESIDAD BASADA EN TEMPERATURAS
PRONOSTICADAS, LA IMPLEMENTACION PUEDE EMPEZAR ANTES DE JUNIO 1,
2015 Y PUEDE TERMINAR DESPUES DE OCTUBRE 1, 2015.

REVISIONES DE SALUD:
 * PERSONAL DE TDCJ Y PROVEEDORES MEDICOS TRABAJARAN EN ESTRECHA
   COLABORACION PARA IDENTIFICAR OFENSORES QUIENES PUEDEN SER
   SUSCEPTIBLES A CUESTIONES RELACIONADAS CON EL CALOR DEBIDO A LA
   CONDICION ACTUAL MEDICA DEL OFENSOR.
 * LA LISTA DE RESTRICCIONES MEDICAS POR CALOR PROPORCIONA UNA
   LISTA DE OFENSORES IDENTIFICADOS COMO SENSIBLES AL CALOR Y DEBE
   SER PROVEIDA A LOS OFICIALES ASIGNADOS A LAS AREAS DE VIVIENDA.
 * DURANTE REVISIONES NORMALES DE SEGURIDAD, LOS OFICIALES
   EFECTUARAN REVISIONES DE SALUD Y BUSCARAN AYUDA PARA LOS
   OFENSORES SEGUN SEA NECESARIO.

PRECAUCIONES Y MEDIDAS RELACIONADAS CON CAPACITACION:
 * ASEGURAR MEDIANTE LA REALIZACION DE CAPACITACION QUE LOS
   EMPLEADOS Y OFENSORES CONOCEN LAS SENALES Y EL TRATAMIENTO PARA
   ENFERMEDADES RELACIONADAS CON EL CALOR.
 * ASEGURAR QUE TODOS LOS EMPLEADOS TIENEN ACTUALMENTE, O SON
   PROVEIDOS CON, TARJETAS DE INFORMACION PARA OFICIAL
   CORRECCIONAL Y LAS LLEVAN CONSIGO MIENTRAS ESTAN EN LA UNIDAD.

PRECAUCIONES Y MEDIDAS RELACIONADAS AL TRANSPORTE DE OFENSOR:
 * TRANSPORTAR OFENSORES DURANTE LAS HORAS MAS FRESCAS DEL DIA,
   CUANDO ES POSIBLE.
 * TRANSPORTAR OFENSORES PACIENTES INTERNOS PSIQUIATRICOS A OTRA
   INSTALACION POR MEDIO DE VEHICULOS DE TRANSFERENCIA SOLAMENTE
   CON AIRE ACONDICIONADO.
 * OFICIALES DE TRANSPORTE SON PROVEIDOS CON UNA LISTA DE OFENSORE
   SENSIBLES AL CALOR, Y MONITOREARAN A ESTOS OFENSORES POR SENALES
   DE ENFERMEDAD RELACIONADA CON EL CALOR.
 * PERMITIR A LOS OFENSORES LLEVAR ABANICOS CUANDO SON
   TRANSPORTADOS FUERA DE LA UNIDAD PARA UNA CITA MEDICA.
 * VEHICULOS DE TRANSPORTACION SIN ABANICOS FUNCIONANDO,
   ESTACIONADOS POR MAS DE 15 MINUTOS SON REQUERIDOS A QUE SE
   COLOQUE EN EL VEHICULO UN ABANICO PREVIAMENTE COMPRADO.
   UNIDADES ASEGURARAN QUE ABANICOS, EXTENSIONES ELECTRICAS, ETC.
   ESTAN ES SU LUGAR Y DISPONIBLES CUANDO SEA NECESARIO.
 * CARGAR Y DESCARGAR VEHICULOS DE TRANSPORTACION TAN RAPIDAMENTE
   COMO SEA POSIBLE.
 * SEGURIDAD ES LA PRIMER PRIORIDAD EN CADA PORTON DE ENTRADA
   POSTERIOR; SIN EMBARGO, NOSOTROS DEBEMOS SIEMPRE ESTAR ALERTAS
   DE CUESTIONES RELACIONADAS CON EL CALOR CUANDO AUTOBUSES
   OCUPADOS POR OFENSORES ESTAN DETENIDOS POR CUALQUIER CANTIDAD
   DE TIEMPO (AUTOBUSES DEBEN CIRCULAR POR EL PERIMETRO SI LA
   UNIDAD PREVE UN TIEMPO DE ESPERA PROLONGADO). SE HARA TODO
   ESFUERZO RAZONABLE PARA ASEGURAR QUE LOS AUTOBUSES ENTREN Y
   SALGAN DEL PORTON POSTERIOR EN UNA MANERA SEGURA Y OPORTUNA.
 * LAS HIELERAS CON AGUA EN LOS AUTOBUSES SERAN REABASTECIDAS
   VARIAS VECES DURANTE EL VIAJE PARA ASEGURAR QUE EL AGUA SE
   MANTIENE A LA TEMPERATURA APROPIADA (TRANSPORTACION). VASOS SE
   PONDRAN A DISPOSICION DE LOS OFENSORES EN LOS AUTOBUSES.
 * TOALLAS DE PAPEL SERAN SATURADAS CON AGUA Y USADAS DURANTE
   SITUACIONES DE EMERGENCIA CUANDO SE TRANSPORTAN OFENSORES.

PRECAUCIONES Y MEDIDAS ADICIONALES CON ACTIVIDAD EXTERIOR:
* RESTRINGIR ACTIVIDAD EN EL EXTERIOR (HORAS DE TRABAJO) DE ACUERDO CON AD-10.64, "CONDICIONES DE TEMPERATURAS EXTREMAS EN EL TDCJ."
* ASEGURAR QUE PERSONAL Y OFENSORES TRABAJANDO EN AREAS DE CALOR EXTREMO TALES COMO, EN EL CAMPO, MANTENIMIENTO, Y CUADRILLAS DE JARDIN SON PROPORCIONADOS CON DESCANSOS FRECUENTES PARA TOMAR AGUA.
* PROVEER AGUA ADICIONAL INCLUYENDO HIELO SI ESTA DISPONIBLE, A EMPLEADOS Y OFENSORES EN AREAS DE TRABAJO; UNIDADES SE COORDINARAN CON MAINTENANCE Y FOOD SERVICE.

PRECAUCIONES Y MEDIDAS RELACIONADAS CON ADMISION DE OFENSOR:
* CUANDO OFENSORES LLEGAN A UNIDADES DE ADMISION, UN EMPLEADO DEL DEPARTAMENTO MEDICO EFECTUARA UNA REVISION INICIAL PARA DETERMINAR SI EL OFENSOR TIENE ALGUNA CONDICION O ESTA BAJO CUALQUIER MEDICAMENTO QUE LO/LA HICIERA MAS SUSCEPTIBLE AL CALOR.
* SI EL DEPARTAMENTO MEDICO DETERMINA QUE UN OFENSOR TIENE UNA CONDICION O ESTA BAJO MEDICAMENTO EL CUAL LO/LA HACE MAS SUSCEPTIBLE AL CALOR, PERSONAL MEDICO COMUNICARA TAL AL PERSONAL CORRECCIONAL Y EL OFENSOR SERA TEMPORALMENTE COLOCADO EN LA LISTA POR REVISION DE SALUD HASTA QUE UN EXAMEN MEDICO COMPLETO SEA EFECTUADO.

PRECAUCIONES Y MEDIDAS RELACIONADAS A LA ASIGNACION DE VIVIENDA DE OFENSOR:
* PERSONAL MEDICO ES RESPONSABLE DE ASEGURAR QUE TODAS LAS RESTRICCIONES MEDICAS HSM-18 MOSTRADAS EN IMF MEDICAL SCREEN O HSIN RESTRICCIONES MEDICAS SENSITIVAS INCLUYENDO PERO NO LIMITADAS A UN OFENSOR BAJO MEDICAMENTO PSICOTROPICO, ESTAN ACTUALIZADAS A LA FECHA PARA FACILITAR LOS MEDIOS APROPIADOS DE METODOS DE TRANSPORTACION Y ASIGNACION DE VIVIENDA DE CADA OFENSOR.
* RESTRICCIONES POR SENSIBILIDAD AL CALOR SERAN CONSIDERADAS CUANDO SE HACE ASIGNACION DE VIVIENDA.

PRECAUCIONES Y MEDIDAS A SER TOMADAS EN LAS AREAS DE VIVIENDA DE OFENSOR:
* HACER QUE AGUA Y VASOS ESTEN DISPONIBLES A TODO MOMENTO, INCLUYENDO DURANTE HORAS DE COMIDA.
* ASEGURAR QUE LOS OFENSORES SON PROVEIDOS CON UN VASO CUANDO SE DISTRIBUYE AGUA. EN CASO DE QUE UN OFENSOR NO TIENE UN VASO PERSONAL, UNO LE SERA PROPORCIONADO. EL DEPARTAMENTO DE SERVICIOS DE ALIMENTO PUEDE PROPORCIONAR ARTICULOS SEGUN SEA NECESARIO.
* PROVEER AGUA ADICIONAL, INCLUYENDO HIELO SI ESTA DISPONIBLE, A EMPLEADOS Y OFENSORES EN LAS AREAS DE VIVIENDA.
* PERMITIR QUE OFENSORES SE BANEN MAS SEGUIDO, CUANDO SEA FACTIBLE. BAJAR LA TEMPERATURA DEL AGUA EN REGADERAS DE UNA SOLA TEMPERATURA EN LAS AREAS DE VIVIENDA DE OFENSOR.
* PERMITIR A LOS OFENSORES VESTIR CAMISETAS Y SHORTS EN SALAS Y AREAS DE RECREACION.
* CUANDO SE USAN ABANICOS, EL AIRE DEBE SER ASPIRADO A TRAVES DE LA ESTRUCTURA Y EXPELIDO HACIA AFUERA. APROVECHAR AL MAXIMO EL SISTEMA DE INTERCAMBIO DE AIRE FRESCO O VIENTOS PREDOMINANTES PARA AYUDAR EN EL MOVIMIENTO DEL AIRE SEGUN CORRESPONDA.
* INCREMENTAR EL FLUJO DE AIRE MEDIANTE EL USO DE SOPLADORES, NORMALMENTE USADOS PARA MOVER EL AIRE CALIENTE DURANTE EL

  PARA ASEGURAR QUE LOS SOPLADORES SON UTILIZADOS APROPIADAMENTE.
  ASEGURAR QUE LAS TELAS DE VENTANAS ESTAN LIMPIAS PARA QUE NO SE
  RESTRINJA EL FLUJO DE AIRE.
* POSTERS SERAN COLOCADOS EN LAS AREAS DE VIVIENDA RECORDANDO A
  LOS OFENSORES DE LAS PRECAUCIONES AL CALOR Y DE TOMAR AGUA.

PRECAUCIONES Y MEDIDAS A SER TOMADAS EN RELACION A LOS ABANICOS
DE OFENSOR:
 * RECUERDE, ABANICOS DE OFENSOR NO SERAN CONFISCADOS DEBIDO A
   RESTRICCION DE PROPIEDAD DURANTE ESTE TIEMPO. LOS ABANICOS SERAN
   CONFISCADOS SOLAMENTE SI ELLOS SON MODIFICADOS O ROBADOS.
 * TODOS LOS OFENSORES SERAN PERMITIDOS COMPRAR UN ABANICO SI
   ELLOS NO TIENEN UNO.
 * LOS ABANICOS SERAN PERMITIDOS A TODOS LOS NIVELES DE CUSTODIA,
   INCLUYENDO SEGREGACION ADMINISTRATIVA Y ESTATUS DISCIPLINARIO.
   OFENSORES CON ABANICOS GUARDADOS EN BASE A ESTAS RESTRICCIONES
   SE LES ENTREGARAN SUS ABANICOS POR EL PERIODO ESPECIFICADO EN
   ESTE ANUNCIO.
 * ASEGURAR QUE LOS PROGRAMAS DE ABANICOS ESTAN EN EFECTO
   PERMITIENDO LA ENTREGA PERMANENTE DE UN ABANICO A UN OFENSOR
   INDIGENTE, EN BASE A QUIEN LLEGA PRIMERO, PRIMERO SERA SERVIDO.
   OFENSORES QUIENES TIENEN NECESIDADES MEDICAS IMPORTANTES,
   BASADOS EN UNA CONDICION O MEDICAMENTO QUE ES IMPACTADO
   NEGATIVAMENTE POR EL CALOR, SE LES DARA PRIORIDAD.

PRECAUCIONES Y MEDIDAS A SER TOMADAS QUE SE RELACIONAN
CON MANTENIMIENTO:
 * COORDINAR CON LOS DEPARTAMENTOS DE SERVICIOS DE ALIMENTO Y
   MANTENIMIENTO PARA ASEGURAR QUE LAS MAQUINAS HACEDORAS DE
   HIELO ESTAN TRABAJANDO APROPIADAMENTE Y QUE TODO EL
   MANTENIMIENTO PREVENTIVO NECESARIO HA SIDO COMPLETADO.
 * ASEGURAR QUE TODO EL MANTENIMIENTO PREVENTIVO NECESARIO A
   SOPLADORES HA SIDO COMPLETADO.
 * ASEGURAR QUE TODO EL MANTENIMIENTO PREVENTIVO NECESARIO A LOS
   ABANICOS HA SIDO COMPLETADO.

ES REQUERIDO QUE CADA DEPARTAMENTO COLOQUE ESTE AVISO EN AREAS
COMUNES EN LA UNIDAD. SU ATENCION A ESTE ASUNTO ES MUY APRECIADO.

AUTORIDAD:       WILLIAM STEPHENS, DIRECTOR
                 DIVISION DE INSTITUCIONES CORRECCIONALES

Sent to:    UNTS                    <list>                              (to)
            ADMN                    <list>                              (to)
            HEAT 2015               <list>                              (to)

TDCJ 80438

```
****************************************************************************
*** REQUESTOR: DA00031 - DIXON, ASHLEY          OFFICE OF THE GENERAL COUNSEL ***
****************************************************************************
***                    S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 094323      DATE: 04/28/15   TIME: 01:51pm   PRIORITY: 000

TO:           SFE6370 - HOWELL, SHARON FELFE
              GENERAL COUNSEL
              OFFICE OF THE GENERAL COUNSEL
              P.O. BOX 4004
              HUNTSVILLE, TX  77342



FROM:         HBU8343 - BUENDEL, HELEN
              ADMINISTRATIVE ASSISTANT IV
              HEALTH SERVICES
              2 FINANCIAL PLAZA, SUITE 625
              HUNTSVILLE, TX. 77340-3508



SUBJECT:      HEAT RELATED ILLNESS


DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY. DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
WHAT YOU HAVE OBSERVED. THIS IS ALSO TRUE WITH RESPECT TO THE DANGER
SIGNALS. THE SYMPTOMS ARE:

1. HEAT STROKE
   A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
   B. SKIN IS HOT, DRY, AND FLUSHED.
   C. INCREASED BODY TEMPERATURE, WHICH IS UNCONTROLLED, MAY LEAD TO
      DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2. HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
   PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
   PHYSICAL WORK IN A HOT ENVIRONMENT.

3. HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
   A. PROFUSE PERSPIRING WEAKNESS, RAPID PULSE, DIZZINESS, AND
      HEADACHES.
   B. SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.
   C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXSPOSURE TO EXTREME HEAT CONDITIONS. EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT. IF SYMPTOMS OF HEAT RELATED
ILLNESS ARE OBSERVED, YOU SHOULD:

1. CONTACT MEDICAL.
2. PLACE PATIENT IN A COOL AREA.
3. REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER. HAVE THE
```


PATIENT DRINK WATER AND ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND ALERT.

4. ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY: LANNETTE LINTHICUM, MD, CCHP-A, FACP
           DIRECTOR, HEALTH SERVICES DIVISION
           TEXAS DEPARTMENT OF CRIMINAL JUSTICE

```
Sent to:    MEDR                <list>                      (to)
            ADMN                <list>                      (to)
            UNTS                <list>                      (to)
            KMO7963             MOSS, KIRK                  (to)
            DHA4884             LAVERELL, DONNA             (to)
            MBR2736             BRUMLEY, MARSHA             (to)
            HBU8343             BUENDEL, HELEN              (to)
```