**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM**, *et al.*, | § | |
| **Plaintiffs,** | § | |
| | § | **No. 4:14-cv-03253** |
| **v.** | § | |
| | § | |
| | § | |
| **BRAD LIVINGSTON**, *et al.*, | § | |
| **Defendants.** | § | |

**DEFENDANTS' ANSWER TO PLAINTIFFS'**
**SECOND AMENDED COMPLAINT**

# Exhibit D

Heat Precaution 2015 - Reminder

It is that time of year again, when employees and offenders may be affected by extreme heat conditions.  As a reminder, due to the potential for extreme heat conditions in the coming months, it is imperative that everyone take precautions to help prevent or reduce heat-related illnesses.  AD-10.64, "Extreme Temperature Conditions in the TDCJ," and CMHC Policy D.27.2, "Heat Stress," should be reviewed by June 1, 2015, or the first available date an employee returns to work, and each unit shall ensure training is documented in the employees' file.  Correctional Officer Information Cards (Prison Store Stock #700-01-06370-5) that include tips for the recognition, treatment, and prevention of heat-related illnesses are available for units to order from the prison store.

On March 24, 2015, staff from various divisions/departments such as, Administrative Review and Risk Management (ARRM) Division; Business and Finance; Correctional Institutions Division, including the following departments: Classification and Records, Correctional Training and Staff Development, Laundry, Food and Supply, Offender Transportation, Plans and Operations, and Security Operations; Executive Services; Facilities; Health Services Division; Office of the General Counsel; Ombudsman; and Private Facility Contract Monitoring/Oversight Division (PFCMOD), met to review precautions and actions taken last summer and to discuss actions for the upcoming summer.  Below is a list of precautions and actions to be implemented beginning June 1, 2015, and ending October 1, 2015.  If the need arises based on forecasted temperatures, implementation may begin prior to June 1, 2015 and may end after October 1, 2015.

WELLNESS CHECKS:
- TDCJ staff and medical providers shall work closely together to identify offenders who may be susceptible to heat-related issues due to the offender's current medical condition.
- The Medical Heat Restriction List provides a list of offenders identified as heat sensitive and shall be provided to officers assigned to housing areas.
- During normal security checks, officers shall conduct wellness checks and seek assistance for offenders as needed.

PRECAUTIONS AND ACTIONS RELATED TO TRAINING:
- Ensure employees and offenders are aware of the signs of and treatment for heat-related illnesses by conducting training.
- Ensure all employees currently have, or are provided with, Correctional Officer Information Cards and carry said cards on their person while on the unit.

PRECAUTIONS AND ACTIONS RELATED TO OFFENDER TRANSPORT:
- Transport offenders during the coolest hours of the day, when possible.
- Transport psychiatric inpatient offenders to another facility via air conditioned transfer vehicles only.
- Transfer officers are provided a list of offenders with heat sensitivity, and shall monitor these offenders for signs of heat-related illness.
- Allow offenders to take fans when being transported off the unit for a medical appointment.

- Transfer vehicles without functional fans, parked for more than 15 minutes are required to place a previously purchased fan on the vehicle.  Units shall ensure fans, extension cords, etc., are in place and available when needed.
- Load and unload transfer vehicles as quickly as possible.
- Security is the first priority at every backgate; however, we must always be aware of heat-related issues when buses occupied by offenders sit for any length of time (buses may circle the perimeter if the unit foresees an extended wait time).  Every reasonable effort shall be made to ensure buses get into and out of the backgate in a safe and expedient manner.
- Water coolers on buses shall be refilled at various times during the trip to ensure water remains at the appropriate temperature (transportation).  Cups shall be made available to offenders on buses.
- Store paper towels to be saturated with water and used during emergency situations when transporting offenders.

PRECAUTIONS AND ACTIONS RELATED TO OUTSIDE ACTIVITY:
- Restrict outside activity (work hours) in accordance with AD-10.64, "Extreme Temperature Conditions in the TDCJ."
- Ensure all staff and offenders working in areas of extreme heat such as, field, maintenance, and yard squads are provided frequent water breaks.
- Provide additional water, including ice if available, to employees and offenders in work areas; units shall coordinate with Maintenance and Food Service.

PRECAUTIONS AND ACTIONS RELATED TO OFFENDER INTAKE:
- As offenders arrive on intake facilities a staff member from the medical department shall conduct an initial screening to ascertain if the offender has any conditions or is on any medication that would make him/her more susceptible to the heat.
- If the medical department determines an offender has a condition or is on a medication which makes him/her more susceptible to the heat, medical staff shall communicate such to correctional staff and the offender will be temporarily placed on the wellness check list until a full medical examination can be conducted.

PRECAUTIONS AND ACTIONS RELATED TO OFFENDER HOUSING ASSIGNMENTS:
- Medical staff are responsible for ensuring that all HSM-18 medical restrictions on the IMF Medical Screen or HSIN Sensitive Medical Restrictions including but not limited to an offender on psychotropic medications, are up to date to facilitate the appropriate means of transportation method and housing assignment for each offender.
- Heat sensitive restrictions shall be considered when making housing assignments.

PRECAUTIONS AND ACTIONS TO BE TAKEN IN OFFENDER HOUSING AREAS:
- Make water and cups available at all times, to include during meal times.
- Ensure offenders are provided a cup when distributing water.  In the event an offender does not have a personal cup, one shall be provided.  The Food Service Department can provide items as needed.
- Provide additional water, including ice if available, to employees and offenders in the housing areas.

- Allow additional showers for offenders when feasible.  Lower the water temperature for single-temperature showers in offender housing areas.
- Allow offenders to wear t-shirts and shorts in dayrooms and recreational areas.
- When using fans, air should be drawn through the structure and exhausted outside.  Take full advantage of the fresh air exchange system or prevailing winds to assist in the movement of air as applicable.
- Increase air flow by using blowers, normally used to move hot air in the winter, when appropriate.  Attach ribbons to vents to ensure blowers are used appropriately.  Make sure window screens are clean so as not to restrict air flow.
- Posters shall be placed in housing areas reminding offenders of heat precautions and water intake.

PRECAUTIONS AND ACTIONS TO BE TAKEN RELATED TO OFFENDER FANS:

- Remember, offender fans should not be confiscated due to property restriction during this time.  Fans shall be confiscated only if they are altered or stolen.
- All offenders shall be permitted to purchase a fan if they do not have one.
- Fans shall be allowed to all custody levels, to include administrative segregation and disciplinary status.  Offenders with fans stored based on these restrictions shall have their fans re-issued for the period specified in this posting.
- Ensure the fan programs are in place allowing the permanent issue of a fan to an indigent offender, on a first come first serve basis.  Offenders who have significant medical needs, based on a condition or medication that is negatively impacted by the heat, shall be given priority.

PRECAUTIONS AND ACTIONS TO BE TAKEN RELATED TO MAINTENANCE:

- Coordinate with the Food Service and Maintenance departments to ensure ice-machines are working properly and all needed preventive maintenance has been completed.
- Ensure all needed preventive maintenance to blowers has been completed.
- Ensure all needed preventive maintenance to fans has been completed.

It is required that each department posts this notice in common areas on the facility.  Your attention to this matter is greatly appreciated.

Authority:      William Stephens, Director
                Correctional Institutions Division

Precaución por Calor 2015 - Recordatorio

Es esa época del año otra vez, cuando empleados y ofensores pueden ser afectados por las condiciones de calor extremo. Como un recordatorio, debido a la posibilidad de condiciones extremas de calor en los próximos meses, es imperativo que todas las personas tomen precauciones para ayudar a prevenir o reducir enfermedades relacionadas con el calor. AD-10.64, "Condiciones de Temperaturas Extremas en el TDCJ" y CMHC Política D.27.2, "Estrés por Calor," deben ser revisadas para Junio 1, 2015, o la primer fecha disponible que un empleado regresa a trabajar y cada unidad asegurará que la capacitación se documenta en el expediente de los empleados. Tarjetas de Información para Oficial Correccional (Prison Store Stock #700-01-06370-5) que incluyen consejos para reconocer, tratamiento y prevención de enfermedades relacionadas con el calor están disponibles para que unidades las ordenen de la tienda de la prisión.

En Marzo 24, 2015, personal de varias divisiones/departamentos tales como, Administrative Review and Risk Management (ARRM) Division, Business and Finance; Correctional Institutions Division, incluyendo los siguientes departamentos: Classification and Records, Correctional Training and Staff Development, Laundry, Food and Supply, Offender Transportation, Plans and Operations, y Security Operations; Executive Services; Facilities; Health Services Division; Office of the General Counsel; Ombudsman; y Private Facility Contract Monitoring/Oversight Division (PFCMOD) se reunieron para revisar las precauciones y medidas adoptadas el verano pasado y para discutir las medidas para el próximo verano. A continuación hay una lista de precauciones y medidas a ser implementadas empezando en Junio 1, 2015, y terminando en Octubre 1, 2015. Si surge la necesidad basada en temperaturas pronosticadas, la implementación puede empezar antes de Junio 1, 2015 y puede terminar después de Octubre 1, 2015.

REVISIONES DE SALUD:
- Personal de TDCJ y proveedores médicos trabajarán en estrecha colaboración para identificar ofensores quienes pueden ser susceptibles a cuestiones relacionadas con el calor debido a la condición actual médica del ofensor.
- La Lista de Restricciones Médicas por Calor proporciona una lista de ofensores identificados como sensibles al calor y debe ser proveída a los oficiales asignados a las áreas de vivienda.
- Durante revisiones normales de seguridad, los oficiales efectuarán revisiones de salud y buscarán ayuda para los ofensores según sea necesario.

PRECAUCIONES Y MEDIDAS RELACIONADAS CON CAPACITACION:
- Asegurar mediante la realización de capacitación que los empleados y ofensores conocen las señales y el tratamiento para enfermedades relacionadas con el calor.
- Asegurar que todos los empleados tienen actualmente, o son proveídos con, Tarjetas de Información para Oficial Correccional y las llevan consigo mientras están en la unidad.

PRECAUCIONES Y MEDIDAS RELACIONADAS AL TRANSPORTE DE OFENSOR:
- Transportar ofensores durante las horas más frescas del día, cuando es posible.
- Transportar ofensores pacientes internos psiquiátricos a otra instalación por medio de vehículos de transferencia solamente con aire acondicionado.
- Oficiales de transporte son proveídos con una lista de ofensores sensibles al calor, y monitorearán a éstos ofensores por señales de enfermedad relacionada con el calor.

- Permitir a los ofensores llevar abanicos cuando son transportados fuera de la unidad para una cita médica.
- Vehículos de transportación sin abanicos funcionando, estacionados por más de 15 minutos son requeridos a que se coloque en el vehículo un abanico previamente comprado. Unidades asegurarán que abanicos, extensiones eléctricas, etc. están es su lugar y disponibles cuando sea necesario.
- Cargar y descargar vehículos de transportación tan rápidamente como sea posible.
- Seguridad es la primer prioridad en cada portón de entrada posterior; sin embargo, nosotros debemos siempre estar alertas de cuestiones relacionadas con el calor cuando autobuses ocupados por ofensores están detenidos por cualquier cantidad de tiempo (autobuses deben circular por el perímetro si la unidad prevé un tiempo de espera prolongado). Se hará todo esfuerzo razonable para asegurar que los autobuses entren y salgan del portón posterior en una manera segura y oportuna.
- Las hieleras con agua en los autobuses serán reabastecidas varias veces durante el viaje para asegurar que el agua se mantiene a la temperatura apropiada (transportación). Vasos se pondrán a disposición de los ofensores en los autobuses.
- Toallas de papel serán saturadas con agua y usadas durante situaciones de emergencia cuando se transportan ofensores.


PRECAUCIONES Y MEDIDAS RELACIONAS CON ACTIVIDAD EN EL EXTERIOR:
- Restringir actividad en el exterior (horas de trabajo) de acuerdo con AD-10.64, "Condiciones de Temperaturas Extremas en el TDCJ."
- Asegurar que personal y ofensores trabajando en áreas de calor extremo tales como, en el campo, mantenimiento, y cuadrillas de jardín son proporcionados con descansos frecuentes para tomar agua.
- Proveer agua adicional incluyendo hielo si está disponible, a empleados y ofensores en áreas de trabajo; unidades se coordinarán con Maintenance y Food Service.


PRECAUCIONES Y MEDIDAS RELACIONADAS CON ADMISION DE OFENSOR:
- Cuando ofensores llegan a unidades de admisión, un empleado del departamento médico efectuará una revisión inicial para determinar si el ofensor tiene alguna condición o está bajo cualquier medicamento que lo/la hiciera más susceptible al calor.
- Si el departamento médico determina que un ofensor tiene una condición o está bajo medicamento el cual lo/la hace más susceptible al calor, personal médico comunicará tal al personal correccional y el ofensor será temporalmente colocado en la lista por revisión de salud hasta que un examen médico completo sea efectuado.


PRECAUCIONES Y MEDIDAS RELACIONADAS A LA ASIGNACION DE VIVIENDA DE OFENSOR:
- Personal médico es responsable de asegurar que todas las restricciones médicas HSM-18 mostradas en IMF Medical Screen o HSIN Restricciones Médicas Sensitivas incluyendo pero no limitadas a un ofensor bajo medicamento psicotrópico, están actualizadas a la fecha para facilitar los medios apropiados de métodos de transportación y asignación de vivienda de cada ofensor.
- Restricciones por sensibilidad al calor serán consideradas cuando se hace asignación de vivienda.

PRECAUCIONES Y MEDIDAS A SER TOMADAS EN LAS AREAS DE VIVIENDA DE OFENSOR:

- Hacer que agua y vasos estén disponibles a todo momento, incluyendo durante horas de comida.
- Asegurar que los ofensores son proveídos con un vaso cuando se distribuye agua. En caso de que un ofensor no tiene un vaso personal, uno le será proporcionado. El Departamento de Servicios de Alimento puede proporcionar artículos según sea necesario.
- Proveer agua adicional, incluyendo hielo si está disponible, a empleados y ofensores en las áreas de vivienda.
- Permitir que ofensores se bañen más seguido, cuando sea factible. Bajar la temperatura del agua en regaderas de una sola temperatura en las áreas de vivienda de ofensor.
- Permitir a los ofensores vestir camisetas y shorts en salas y áreas de recreación.
- Cuando se usan abanicos, el aire debe ser aspirado a través de la estructura y expelido hacia afuera. Aprovechar al máximo el sistema de intercambio de aire fresco o vientos predominantes para ayudar en el movimiento del aire según corresponda.
- Incrementar el flujo de aire mediante el uso de sopladores, normalmente usados para mover el aire caliente durante el invierno, cuando sea apropiado. Sujetar listones a las rejillas para asegurar que los sopladores son utilizados apropiadamente. Asegurar que las telas de ventanas están limpias para que no se restrinja el flujo de aire.
- Pósters serán colocados en las áreas de vivienda recordando a los ofensores de las precauciones al calor y de tomar agua.

PRECAUCIONES Y MEDIDAS A SER TOMADAS EN RELACION A LOS ABANICOS DE OFENSOR:

- Recuerde, abanicos de ofensor no serán confiscados debido a restricción de propiedad durante éste tiempo. Los abanicos serán confiscados solamente si ellos son modificados o robados.
- Todos los ofensores serán permitidos comprar un abanico si ellos no tienen uno.
- Los abanicos serán permitidos a todos los niveles de custodia, incluyendo segregación administrativa y estatus disciplinario. Ofensores con abanicos guardados en base a éstas restricciones se les entregarán sus abanicos por el período especificado en éste anuncio.
- Asegurar que los programas de abanicos están en efecto permitiendo la entrega permanente de un abanico a un ofensor indigente, en base a quien llega primero, primero será servido. Ofensores quienes tienen necesidades médicas importantes, basados en una condición o medicamento que es impactado negativamente por el calor, se les dará prioridad.

PRECAUCIONES Y MEDIDAS A SER TOMADAS QUE SE RELACIONAN CON MANTENIMIENTO:

- Coordinar con los departamentos de Servicios de Alimento y Mantenimiento para asegurar que las máquinas hacedoras de hielo están trabajando apropiadamente y que todo el mantenimiento preventivo necesario ha sido completado.
- Asegurar que todo el mantenimiento preventivo necesario a sopladores ha sido completado.
- Asegurar que todo el mantenimiento preventivo necesario a los abanicos ha sido completado.

Es requerido que cada departamento coloque éste aviso en áreas comunes en la unidad. Su atención a éste asunto es muy apreciado.

Autoridad:     William Stephens, Director
               División de Instituciones Correccionales