UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

**DEFENDANTS TDCJ, LIVINGSTON, PRINGLE, CLARK, TATE, SANDERS AND EASON'S UNOPPOSED MOTION FOR LEAVE TO FILE THEIR AMENDED ANSWER OUT OF TIME**

Defendant TDCJ and individual Defendants, Brad Livingston, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, and Robert Eason in their individual capacities, by and through their attorneys, the Office of the Attorney General of Texas seek leave to file their amended answer out of time and submit as follows:

Defendants' amended answer was due on September 9, 2015 pursuant to Fed. R. Civ. P. 15. After the stay was lifted, Defendants continued to investigate the allegations against the new defendants.

Defendants have contact counsel for Plaintiffs, Scott Medlock, and he is not opposed to the filing of this motion contemporaneously with the amended answer before 12:00 p.m. on Wednesday, September 30, 2015.

Accordingly, Defendants request that this Court grants them leave to file their amended answer.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/*Cynthia L. Burton*
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24035455
Southern District No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Co-Counsel
Assistant Attorney General
Texas Bar No. 24069825
Southern District No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123

2

Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

As noted above, I, **DANIEL C. NEUHOFF**, had a conferences with Plaintiffs' counsel, Scott Medlock, by phone on September 28, 2015 with regard to the instant motion and he indicated that Plaintiffs are **_unopposed_** to the filing of this motion for leave and amended answer before 12:00 p.m. on Wednesday, September 30, 2015.

*/s/ Daniel C Neuhoff*
**DANIEL C. NEUHOFF**
Assistant Attorney General

**NOTICE OF ELECTRONIC FILING**

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing **Defendants TDCJ, Livingston, Pringle, Clark, Tate, Sanders, and Eason's Motion for Leave to File Amended Answer Out of Time** in accordance with the Electronic Case Files system of the Southern District of Texas, on this the 30th day of September, 2015.

*/s/ Cynthia Lee Burton*
CYNTHIA LEE BURTON
Assistant Attorney General

3

4

## CERTIFICATE OF SERVICE

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendants TDCJ, Livingston, Pringle, Clark, Tate, Sanders, and Eason's Motion for Leave to File Amended Answer Out of Time** has been served to Plaintiffs' attorneys in accordance with the Court's electronic filing system on the 30th day of Sept. 2015.

*/s/ Cynthia Lee Burton*
CYNTHIA LEE BURTON
Assistant Attorney General