UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>      PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>      DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-03253 |

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER OUT OF TIME

The Court, having considered the pleadings on file and Defendants TDCJ, Livingston, Pringle, Clark, Tate, Sanders and Eason's motion for leave to file their amended answer out of time, **GRANTS** the motion.

Signed on this _____ day of _____, 2015.

_____
JUDGE PRESIDING