UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al. | § | |
| | § | |
| Plaintiffs, | § | Cause No. 4:14-CV-3253 |
| | § | |
| v. | § | |
| | § | |
| BRAD LIVINGSTON, et al. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Wallis Nader of the Texas Civil Rights Project—Houston and Abigail Frank of the Texas Civil Rights Project enter appearances in the above-captioned action as counsel of record for Plaintiffs Stephen McCollum and Sandra McCollum, individually, and Stephanie Kingrey, individually and as independent administrator of the estate of Larry Gene McCollum, and respectfully request service of pleadings and other papers filed in this action, as well as any notices from this Court. The office addresses, telephone numbers, fax numbers, and email address for the undersigned attorneys are as follows:

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
wallis@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT—HOUSTON
2006 Wheeler Ave
Houston, TX 77004

Abigail Frank
Texas Bar No. 24069732
Southern District No. 1076613
abby@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
(512) 474-5073
(512) 474-0726

DATED: September 30, 2015

Respectfully submitted,

/s/ Wallis Nader
Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
wallis@texascivilrightsproject.org

Abigail Frank
Texas Bar No. 24069732
Wayne Krause Yang
State Bar No. 24032644
James C. Harrington
Texas Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr
Austin, Texas 78741
Tel. (512) 474-5073
Fax (512) 474-0726

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record who have appeared in this matter through the Electronic Case Files System of the Southern District of Texas.

/s/ Wallis Nader
Wallis Nader

2