UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-03253 |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED ANSWER OUT OF TIME**

The Court, having considered the pleadings on file and Defendants TDCJ, Livingston, Pringle, Clark, Tate, Sanders and Eason's motion for leave to file their amended answer out of time, **GRANTS** the motion.

Signed on this ___1st___ day of ___October___, 2015.

_____
JUDGE PRESIDING