UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.* | § | |
| PLAINTIFFS | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, *et al.* | § | |
| DEFENDANTS | § | |

**UNOPPOSED MOTION TO WITHDRAW**

Plaintiff's counsel Brian McGiverin respectfully files this unopposed motion to withdraw

from the above-styled matter. This motion is unopposed.

Dated: September 30, 2015.

Respectfully submitted,

/s/ Brian McGiverin
Brian McGiverin
Texas Bar No. 24067760
brian@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr
Austin, Texas 78741
Tel. (512) 474-5073
Fax (512) 474-0726

ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Defendants' counsel, who confirmed they are not opposed to this motion.

/s/ Brian McGiverin
Brian McGiverin

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record who have appeared in this matter through the court's Electronic Case Files System.

/s/ Brian McGiverin
Brian McGiverin