UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.* § | | |
| PLAINTIFFS § | | |
| v. § | CIVIL ACTION NO. | |
| § | 4:14-cv-03253 | |
| § | | |
| BRAD LIVINGSTON, *et al.* § | | |
| DEFENDANTS § | | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, GRANTS the motion.

Signed on this _____ day of _____, 2015.

_____
JUDGE PRESIDING