UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.* | § | |
| PLAINTIFFS | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, *et al.* | § | |
| DEFENDANTS | § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, GRANTS the motion. (Doc. No. 259.)

Signed on this 5th day of October, 2015.

_____
JUDGE PRESIDING