United States District Court
Southern District of Texas
**ENTERED**
October 26, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM**, *et al.*, *Plaintiffs*, | § § § | |
| v. | § § | CIVIL NO. 4:14-CV-3253 |
| **BRAD LIVINGSTON**, *et al.*, *Defendants*. | § § § § | |

## ORDER

This day came before the Court **Defendant Livingston's Opposed Motion for Extension of Summary Judgment Deadline**. The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that **Defendant Livingston's Opposed Motion for Extension of Summary Judgment Deadline** is **GRANTED**. The deadline for Defendant Livingston to file his motion for summary judgment based on qualified immunity is reset to March 7, 2016.

SIGNED this 26th day of October, 2015.

_____
PRESIDING JUDGE