UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | §§§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>4:14-cv-03253 |

### DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, file this Notice of Appearance of Co-Counsel in connection with the above referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General ("AAG") Nadine F. Phillpotts is co-counsel to AAG Cynthia L. Burton in this matter. AAG Cynthia L. Burton remains as lead counsel. Please add Nadine Phillpotts to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Nadine F. Phillpotts*
**NADINE F. PHILLPOTTS**
Assistant Attorney General
Co-Counsel
State Bar No. 24058045
Southern Dist. ID No. 939905
Nadine.Phillpotts@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
State Bar No. 24035455
Southern District ID No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Southern ID No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
State Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone: (512) 463-2080
Fax No.: (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **NADINE F. PHILLPOTTS**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Notice of Appearance of Co-counsel** in accordance with the Electronic Case Files system of the Southern District of Texas on this day December 10, 2015.

/s/ *Nadine F. Phillpotts*
**NADINE F. PHILLPOTTS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **NADINE F. PHILLPOTTS**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **Defendants' Notice of Appearance of Co-counsel** has been served electronically to all counsel or *pro se* parties of record as authorized by Fed. R. Civ. P. 5 (b)(2) on December 10, 2015.

/s/ *Nadine F. Phillpotts*
**NADINE F. PHILLPOTTS**
Assistant Attorney General
