UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *ET AL.*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:14-CV-3253 |
| | § | |
| BRAD LIVINGSTON, *ET AL.*, | § | |
| DEFENDANTS. | § | JURY DEMAND |
| | § | |

## TDCJ DEFENDANTS' NOTICE OF SECOND SUPPLEMENTAL DISCLOSURES TO PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, by and through their attorneys of record, the Office of the Attorney General for the State of Texas, and file this Notice of Defendants' Second Supplemental Disclosures to Plaintiffs pursuant to Rule 26, Fed. R. Civ. P.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General
Co-Counsel
State Bar No. 24058045
Southern Dist. ID No. 939905
Nadine.Phillpotts@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24057611
Southern District ID No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR BRAD LIVINGSTON, RICK THALER, ROBERT EASON, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

## NOTICE OF ELECTRONIC FILING

I, **NADINE PHILLPOTTS**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 14th day of December, 2015.

> */s/ Nadine Phillpotts*
> **NADINE PHILLPOTTS**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Notice of Defendants' Second Supplemental Disclosures to Plaintiffs has been served by placing same in the United States Mail, via CMRR, on this 14th day of December, 2015 addressed to:

*Attorneys for Plaintiff*                                   **CMRR# 7008 0500 0001 5047 2739**
Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street,
Austin, Texas 78702-1908

> */s/ Nadine Phillpotts*
> **NADINE PHILLPOTTS**
> Assistant Attorney General