UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL**
**(MICHAEL SINGLEY)**

Plaintiffs respectfully notify the Court and all counsel of record that Michael Singley of The Singley Law Firm will serve as co-counsel for Plaintiffs in this cause, and Mr. Singley hereby enters an appearance on behalf of Plaintiffs. Jeff Edwards remains lead counsel. Please add Michael Singley to any future notifications of filings and correspondence from the Court in this matter.

Date: February 2, 2016.

Respectfully submitted,

THE SINGLEY LAW FIRM, PLLC
4131 Spicewood Springs Rd., Ste. O-3
Austin, Texas 78759
Tel.    (512) 334-4302
Fax     (512) 727-3365

By:     /s/ Michael Singley
MICHAEL SINGLEY
Texas Bar No. 00794642
Southern District No. 28138
Email: *mike@singleylawfirm.com*

EDWARDS LAW
Jeff Edwards
State Bar No. 24014406
Lead Counsel
Scott Medlock
State Bar No. 24044783
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.    512-623-7727
Fax.    512-623-7729

James C. Harrington
State Bar No. 09048500
Wallis Nader
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78741
Tel.    (512) 474-5073
Fax     (512) 474-0726

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case File System of the Southern District of Texas on February 2, 2016.

                                        /s/ Michael Singley
                                        MICHAEL SINGLEY