IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-03253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al*., | § | |
| *Defendants*. | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendant Brad Livingston, Assistant Attorney General Demetri Anastasiadis respectfully moves to withdraw as an attorney of record and that he be removed from any future notifications regarding this case.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General
Texas State Bar No. 01164480
Demetri.anastasiadis@texasattorneygeneral.gov

3

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEY FOR DEFENDANT**

**NOTICE OF ELECTRONIC FILING**

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, certify that I have electronically submitted for filing this Motion to Withdraw as Attorney of Record, on February 3, 2016 in the Southern District of Texas, Houston Division.

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, DEMETRI ANASTASIADIS, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on February 3, 2016.

/s/ Demetri Anastasiadis
**DEMETRI ANASTASIADIS**
Assistant Attorney General