UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN McCOLLUM,** *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 4:14-cv-03253 |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| Defendants. | § | |

## ORDER ON UNOPPOSED MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Demetri Anastasiadis is terminated regarding representation of Brad Livingston,

Signed on this _____ day of _____, 2016.

_____
JUDGE PRESIDING