United States District Court
Southern District of Texas
**ENTERED**
February 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, Plaintiffs, | § § § | |
| v. | § § § § | No. 4:14-cv-03253 |
| BRAD LIVINGSTON, *et al.*, Defendants. | § § | |

### ORDER ON UNOPPOSED MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Demetri Anastasiadis is terminated regarding representation of Brad Livingston,

Signed on this 3rd day of February, 2016.

_____
JUDGE PRESIDING