UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, <br> Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, et al., <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

**ORDER REGARDING JOINT MOTION FOR CONTINUANCE AND REQUEST FOR STATUS CONFERENCE**

The Court, having considered the pleadings on file and Defendants University of Texas Medical Branch at Galveston, the Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate, and Sandrea Sanders' Joint Motion for Continuance and Request for Status Conference, the arguments of counsel, if any, hereby

GRANTS the Motion.

A status conference is the above-captioned matter is hereby set for _____, 2016 at \_\_\_:_____.

Signed on this \_\_\_\_\_ day of _____, 2016.

_____
JUDGE PRESIDING

1