# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BRADLEY CADDELL,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **4:14-cv-3323** |
| | § | |
| **BRAD LIVINGSTON,  et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendants Brad Livingston, William Stephens, Rick Thaler, Robert Eason, Jeff Pringle, Lannette Linthicum, Phyllis McWhorter, Balden Polk, Louis Williams and the Texas Department of Criminal Justice, Assistant Attorney General Nadine Phillpotts respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Ms. Phillpotts will be leaving the Office of the Attorney General on February 15, 2016. Assistant  Attorney  General Nadine Phillpotts, therefore, respectfully moves to withdraw as an attorney of record in the above-captioned matter and requests removal from all future notifications in this case.

Respectfully submitted,


**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General
Attorney in Charge
State Bar No. 24058045
Southern Dist. ID No. 939905

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
LAW ENFORCEMENT DEFENSE DIVISION
P.O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**


**NOTICE OF ELECTRONIC FILING**

I, **NADINE PHILLPOTTS,** Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on February 10, 2016.


*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on February 10, 2016.

/s/ *Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General