UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BRADLEY CADDELL,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | **4:14-cv-3323** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Nadine Phillpotts is terminated regarding representation of Brad Livingston, William Stephens, Rick Thaler, Robert Eason, Jeff Pringle, Lannette Linthicum, Phyllis McWhorter, Balden Polk, Louis Williams and the Texas Department of Criminal Justice.

Signed on this _____ day of _____, 2016.

_____
JUDGE PRESIDING