UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>    PLAINTIFFS,<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br><br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   4:14-cv-03253<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

On behalf of Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, Assistant Attorney General Nadine Phillpotts respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Ms. Phillpotts will no longer be an employee of the Office of the Attorney General as of February 15, 2016. Assistant Attorney General Nadine Phillpotts, therefore, respectfully moves to withdraw as an attorney of record in the above-captioned matter and requests removal from all future notifications in this case.

3

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General
Attorney in Charge
State Bar No. 24058045
Southern Dist. ID No. 939905

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
LAW ENFORCEMENT DEFENSE DIVISION
P.O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**


**NOTICE OF ELECTRONIC FILING**

I, **NADINE PHILLPOTTS,** Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on February 10, 2016.

*/s/ Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on February 10, 2016.

/s/ *Nadine Phillpotts*
**NADINE PHILLPOTTS**
Assistant Attorney General