# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-02037 |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | |

### DEFENDANT UTMB'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, The University of Texas Medical Branch, by and through its attorney of record, the Attorney General of the State of Texas, and files this Designation of experts.

1. Glenda Adams, M.D.,
   Sr. Medical Director Inpatient Services
   200 River Pointe
   Suite 200
   Conroe, Texas 77304
   512-475-2335 c/o Kim Coogan

   Dr. Adams will testify about the medical care provided to Mr. McCollum, policies and procedures of UTMB Correctional Managed Care, activities of the Correctional Managed Care committee. She will testify regarding those issues discussed in her deposition and expert report, attached.

2. Ananda D. Babbili, PA
   Hutchins State Jail
   1500 E. Langdon Rd.
   Dallas TX 75241
   972-225-1304 x 6266

   Mr. Babbili will testify about the medical care provided to Mr. McCollum at the Hutchins unit as well as a review of the records from McLennan County.

1

3. Tito Orig, M.D.
   Hutchins State Jail
   1500 E. Langdon Rd.
   Dallas TX 75241
   972-225-1304 x 6266
   972-225-8355 (fax)

   Dr. Orig may testify about the medical care provided to Mr. McCollum at the Hutchins unit as well as a review of the records from McLennan County.

4. Keith Pinckard, M.D.
   Medical Examiner
   Southwestern Institute of Forensic Sciences
   Dallas, Texas

   Dr. Pinckard performed the autopsy of Mr. McCollum.

5. Dr. Owen Murray
   University of Texas Medical Branch, Galveston
   Vice President For Offender Health Services
   936-494-4171 (office)

   Dr. Murray is a physician and Vice President for Offender Services at UTMB. He is a non-retained witness who may testify about services provided by UTMB Correctional Managed Care and policies of the Correctional Managed Health Care Committee, particularly as they relate to the providing of medical care to inmates incarcerated at TDCJ. Dr. Murray may testify about the contract between UTMB and Correctional Managed Health Care Committee. He may also testify about those matters discussed during his deposition.

6. Lannette Linthicum, M.D.
   TDCJ Division Director for Health Services
   Two Financial Plaza, Suite 625
   Huntsville, Texas 77340
   936-473-3535

   Dr. Linthicum is a physician and TDCJ Division Director for Health Services. She a non-retained, non-party witness who may testify about the policies of the Correctional Managed Health Care Committee, particularly as they relate to the providing of medical care to inmates incarcerated at TDCJ. She may testify about the contract between UTMB and Correctional Managed Health Care Committee. She may also talk about the duties of the TDCJ Health Services Division.

7. Phyllis McWorter, R.N.
   TDCJ Health Services Liasion
   Two Financial Plaza, Suite 625
   Huntsville, Texas 77340

2

936-473-3589

Ms. McWorter is a non-party, non-retained witness who may testify about the policies of the TDCJ Heath Services Division as they relate to the housing placement of offenders in response to their disabilities or special needs.

>Respectfully submitted,
>
>GREG ABBOTT
>Attorney General of Texas
>
>DANIEL T. HODGE
>First Assistant Attorney General
>
>DAVID C. MATTAX
>Deputy Attorney General for
>Defense Litigation
>
>KAREN D. MATLOCK
>Assistant Attorney General
>Chief, Law Enforcement Defense Division
>
>/s/KIM COOGAN
>KIM COOGAN
>Assistant Attorney General
>State Bar No. 00783867
>P. O. Box 12548, Capitol Station
>Austin, Texas 78711
>
>**ATTORNEYS FOR DEFENDANT**
>**UNIVERSITY OF TEXAS MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, KIM COOGAN, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendant UTMB's Designation of Experts** to the Court, on January 15, 2014 in the Northern District of Texas, Dallas Division.

/s/ KIM COOGAN
**KIM COOGAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, KIM COOGAN, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant UTMB's Designation of Experts** has been served by placing same in the United States Mail on this the 15th day of January, 2014, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702

Bruce R. Garcia                *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Johnathan Stone                *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

Demetri Anastasiadis           *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711

/s/KIM COOGAN
KIM COOGAN
Assistant Attorney General

4