UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

## DEFENDANTS' NOTICE OF SUPPLEMENT TO REPORT OF TRAK ENGINEERING, INC.

**NOW COME** Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate, and Sandrea Sanders (collectively the "TDCJ Defendants") by and through their attorneys, the Office of the Attorney General of Texas, and submit Defendants' Notice of Supplement to Report of Trak Engineering, Inc.

Trak Engineering, Inc. supplements their report for the Hutchins State Jail, disclosed in *David Bailey, et al. v. Brad Livingston, et al.*, Cause No. 4:14-cv-01698 (S.D. Tex. Sept. 10, 2015). The report is supplemented to include their expert statements required pursuant to Fed. R. Civ. P. 26(a)(2)(B), their calculation data for their opinion regarding the Hutchins State Jail, and the supplemental report of Frank Traknyak.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

JEFF MATEER
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

KAREN D. MATLOCK
Division Chief
Law Enforcement Defense Division


/s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General
Co Counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.neuhoff@texasattorneygeneral.gov

CYNTHIA L. BURTON
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24057611
Southern District No. 35273
Cynthia.burton@texasattorneygeneral.gov

MATTHEW J. GREER
Assistant Attorney General
Co-Counsel
Texas Bar No. 24069825
Southern District No. 1171775
Matthew.Greer@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109


ATTORNEYS FOR TDCJ DEFENDANTS

**NOTICE OF ELECTRONIC FILING**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Notice of Supplement to Report of Trak Engineering, Inc.** in accordance with the Electronic Case Files system of the Southern District of Texas on this day March 16, 2016.

/s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **Defendants' Notice of Supplement to Report of Trak Engineering, Inc.** has been served electronically to all counsel or *pro se* parties of record as authorized by FED. R. CIV. P. 5 (b)(2) on March 16, 2016.

/s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General