UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS § § § § § § § v. § § § BRAD LIVINGSTON, JEFF PRINGLE, § RICHARD CLARK, KAREN TATE, § SANDREA SANDERS, ROBERT EASON, the § UNIVERSITY OF TEXAS MEDICAL § BRANCH and the TEXAS DEPARTMENT OF § CRIMINAL JUSTICE. § DEFENDANTS § | CIVIL ACTION NO. 4:14-cv-03253 |

### DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, file this Notice of Appearance of Co-Counsel in connection with the above referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General ("AAG") Kevin Moczygemba is appearing as co-counsel in this case. Please add Assistant Attorney General, Kevin Moczygemba to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General
State Bar No. 24072767
Southern District ID No. 2394534
Kevin.Moczygemba@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
State Bar No. 24035455
Southern District ID No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**LORI K. ERWIN**
Assistant Attorney General
Co-Counsel
State Bar No. 06660300
Southern District ID No. 185192
Lori.erwin@texasattorneygeneral.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Southern District ID No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
State Bar No. 24088123
Southern District ID No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone: (512) 463-2080
Fax No.: (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

### NOTICE OF ELECTRONIC FILING

I, **KEVIN MOCZYGEMBA,** Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Notice of Appearance of Co-counsel** in accordance with the Electronic Case Files system of the Southern District of Texas on March 22, 2016.

/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **KEVIN MOCZYGEMBA**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **Defendants' Notice of Appearance of Co-counsel** has been served electronically to all counsel or *pro se* parties of record as authorized by FED. R. CIV. P. 5 (b)(2) on March 22, 2016.

/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General