UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, Plaintiffs, v. BRAD LIVINGSTON, et al., Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

**ORDER**

On this day, the Court considered Defendant UTMB's Unopposed Motion for an Extension of the Dispositive Motion Deadline. This Court is of the opinion that the Motion should be **GRANTED**. The parties' deadline to file dispositive motion is June 3, 2016.

SIGNED and ENTERED this _____ day of _____, 2016.

_____
**JUDGE PRESIDING**