United States District Court
Southern District of Texas
**ENTERED**
April 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM,<br>Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>Defendants. | §§§§§§§§§§§§ | CIVIL ACTION NO. 4:14-cv-03253 |

## ORDER

On this day, the Court considered Defendant UTMB's Unopposed Motion for an Extension of the Dispositive Motion Deadline. This Court is of the opinion that the Motion should be **GRANTED**. The parties' deadline to file dispositive motion is June 3, 2016.

SIGNED and ENTERED this ___11th___ day of ___April___, 2016.

_____
**JUDGE PRESIDING**