UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *ET AL.*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:14-CV-3253 |
| | § | |
| BRAD LIVINGSTON, *ET AL.*, | § | |
| DEFENDANTS. | § | JURY DEMAND |
| | § | |

## TDCJ DEFENDANTS' NOTICE OF THIRD SUPPLEMENTAL DISCLOSURES TO PLAINTIFFS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, by and through their attorneys of record, the Office of the Attorney General for the State of Texas, and file this Notice of Defendants' Third Supplemental Disclosures to Plaintiffs pursuant to Rule 26, Fed. R. Civ. P.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFERY C. MATEER**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Matthew J. Greer*
**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Southern District ID No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24057611
Southern District ID No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR BRAD LIVINGSTON, RICK THALER, ROBERT EASON, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

## NOTICE OF ELECTRONIC FILING

I, **MATTHEW J. GREER**, Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 3rd day of May, 2016.

>  */s/ Matthew J. Greer*
>  **MATTHEW J. GREER**
>  Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Notice of Defendants' Third Supplemental Disclosures to Plaintiffs has been served by placing same in the United States Mail, via CMRR, on this 3rd day of May, 2016 addressed to:

| *Attorneys for Plaintiff* | **CMRR# 7008 0500 0001 5047 2777** |
|---|---|
| Jeff Edwards | |
| Scott Medlock | |
| The Edwards Law Firm | |
| 1101 E. 11th Street, | |
| Austin, Texas 78702-1908 | |

>  */s/ Matthew Greer*
>  **MATTHEW J. GREER**
>  Assistant Attorney General