UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, <br>     Plaintiffs, <br><br> v. <br><br> BRAD LIVINGSTON, et al., <br>     Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

**GARY EUBANK'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA DUCES TECUM ATTACHED AS EXHIBIT A TO THEIR APRIL 14, 2016 NOTICE TO TAKE GARY EUBANK'S DEPOSITION**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § | |

## PLAINTIFFS' NOTICE TO TAKE GARY EUBANK'S DEPOSITION

TO: **Mr. Gary Eubank**, by and through attorney of record, Lee Haney, Assistant Attorney General, P.O. Box 12548, Capitol Station Austin, Texas 78711.

Please take notice that on May 6, 2016 at 9:30 am and thereafter from day to day until completed, Plaintiffs will take the oral deposition of Defendants' witness Gary Eubank.

The deposition is for the purpose of discovering, securing, and completing testimony of the witness. The deposition will be taken at the Office of the Attorney General in Austin located at: 300 West 15th Street, Austin, TX 78701 and will continue thereafter from day to day until completed. The deposition will be recorded stenographically and will be videotaped.

Dated: April 14, 2016.

                                      Respectfully submitted,

                                      EDWARDS LAW
                                      The Haehnel Building
                                      1101 East 11th Street
                                      Austin, TX 78702
                                            Tel.   (512) 623-7727
                                            Fax.  (512) 623-7729

                                      By:    /s/ Jeff Edwards
                                      JEFF EDWARDS
                                      State Bar No. 24014406
                                      Attorney-in-Charge
                                      SCOTT MEDLOCK
                                      State Bar No. 24044783
                                      DAVID JAMES
                                      State Bar No. 24092572

                                      Michael Singley
                                      THE SINGLEY LAW FIRM, PLLC
                                      State Bar No. 00794642
                                      4131 Spicewood Springs Rd.
                                      Austin, Texas 78759
                                            Tel.   (512) 334-4302
                                            Fax.  (512) 727-3365

                                      Abigail Frank
                                      Texas Bar No. 24069732
                                      Southern District No. 1076613
                                      Wayne Krause Yang
                                      State Bar No. 24032644
                                      James C. Harrington
                                      State Bar No. 09048500
                                      TEXAS CIVIL RIGHTS PROJECT
                                      1405 Montopolis Dr.,
                                      Austin, TX 78741
                                            Tel.   (512) 474-5073
                                            Fax.  (512) 474-0726

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
wallis@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.  (832) 767-3650
    Fax.  (832) 554-9981

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through email and/or fax.

Cc:  Lee Haney
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
*Facsimile: (512) 495-9139*

Cynthia Burton,
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas 78711
*Facsimile: 512-495-9139*

Graig Alvarez
Fenelius Alvarez Simon PLLC
1221 McKinney St., Ste. 3200
Houston, TX 77010-2011
*Facsimile: 713-654-4039*

## Exhibit A

The categories of documents, items and things which the deponent is directed to produce at the beginning of the deposition are as follows: As used below, the term "you" includes your staff and all individuals and entities working at your direction.

1. All documents you have reviewed in preparation for your deposition.

2. Your most recent curriculum vitae.

3. All communications concerning the heat to or from you (including those in which you were cc'd or bcc'd) for the period of May 1, 2011 to January 1, 2012 that have not already been produced.

4. All communications concerning the heat to or from you (including those in which you were cc'd or bcc'd) for the period of January 1, 2012 to January 1, 2013 that have not already been produced.

5. All communications concerning the heat to or from you (including those in which you were cc'd or bcc'd) for the period of January 1, 2013 to the present that have not already been produced.

6. All documents or other materials you have reviewed, consulted, or relied upon in forming your opinions or conducting your work in connection with this case.

7. All documents evidencing any agreement between you and TDCJ or their attorneys or representatives.

8. All notes you have prepared or documents you have created in connection with this case.

9. All documents or other materials provided to you by counsel for Defendants in connection with this case.

10. Any documents you ever reviewed regarding decisions not to air condition any Texas Department of Criminal Justice prison facility.

11. All notes you have prepared or documents you have created in connection with this case.