UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, Plaintiffs, v. BRAD LIVINGSTON, et al., Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

**<u>DR. CHARLES ADAMS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA DUCES TECUM ATTACHED AS EXHIBIT A TO THEIR APRIL 11, 2016 NOTICE TO TAKE DR. CHARLES ADAMS' DEPOSITION</u>**

# EXHIBIT A

RECEIVED  04/11/2016  12:59
From: Edwards Law    Fax: (888) 325-5677    To: +15124959139    Fax: +15124959139    Page 2 of 8  04/11/2016 1:11 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

## PLAINTIFFS' NOTICE TO TAKE THE ORAL DEPOSITION OF DR. CHARLES ADAMS AND SUBPOENA DUCES TECUM

TO:  **Dr. Charles "Danny" Adams** by and through attorney of record, Lee Haney, Assistant Attorney General, P.O. Box 12548, Capitol Station Austin, Texas 78711.

Please take notice that on May 18, 2016, at 8:00 am and thereafter from day to day until completed, Plaintiffs will take the oral deposition of Defendants' expert witness Dr. **Charles Adams**. The witness is required to provide by May 11 the documents and other items described in Exhibit "A," which is attached hereto and incorporated herein.

The deposition is for the purpose of discovering, securing, and completing testimony of the witness. The deposition will be taken at the Office of the Attorney General of Texas in Austin, 300 West 15th Street, Austin, TX 78701 and will continue thereafter from day to day until completed. The deposition will be recorded

RECEIVED 04/11/2016 12:59
From: Edwards Law    Fax: (888) 325-5677    To: +15124959139    Fax: +15124959139    Page 3 of 8 04/11/2016 1:11 PM

stenographically and may be videotaped.

Dated: April 11, 2016.

Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.  (512) 623-7727
    Fax.  (512) 623-7729

By:  /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Attorney-in-Charge
SCOTT MEDLOCK
State Bar No. 24044783
DAVID JAMES
State Bar No. 24092572
Federal ID No. 2496580

Michael Singley
THE SINGLEY LAW FIRM, PLLC
State Bar No. 00794642
4131 Spicewood Springs Rd.
Austin, Texas 78759
    Tel.  (512) 334-4302
    Fax.  (512) 727-3365

Abigail Frank
Texas Bar No. 24069732
Southern District No. 1076613
Wayne Krause Yang
State Bar No. 24032644
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.,
Austin, TX 78741
    Tel.  (512) 474-5073
    Fax.  (512) 474-0726

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
wallis@texascivilrightsproject.org

RECEIVED 04/11/2016 12:59
From: Edwards Law    Fax: (888) 325-5677    To: +15124959139    Fax: +15124959139    Page 4 of 8 04/11/2016 1:11 PM

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.  (832) 767-3650
    Fax.  (832) 554-9981

Jeremy Doyle
State Bar No. 24012553
Federal ID No. 24559
Nathan Smith
State Bar No.: 24053060
Federal ID No. 1075505
Andrew "Drew" Pennebaker
State Bar No.: 24083645
Federal ID No. 2621125
REYNOLDS FRIZZELL LLP
1100 Louisiana
Suite 3500
Houston, Texas 77002
    Tel.  (713) 485-7200
    Fax.  (713) 485-7250

**ATTORNEYS FOR PLAINTIFFS**

RECEIVED 04/11/2016 12:59
From: Edwards Law    Fax: (888) 325-5677    To: +15124959139    Fax: +15124959139    Page 5 of 8 04/11/2016 1:11 PM

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through email and/or fax.

Cc: Cynthia Burton,
    Assistant Attorney General
    P.O. Box 12548
    Capitol Station
    Austin, Texas 78711
    *Facsimile: 512-495-9139*

    Graig Alvarez
    Fenelius Alvarez Simon PLLC
    1221 McKinney St., Ste. 3200
    Houston, TX 77010-2011
    Facsimile: 713-654-4039

RECEIVED  04/11/2016  12:59

From: Edwards Law    Fax: (888) 325-5677    To: +15124959139    Fax: +15124959139    Page 6 of 8  04/11/2016 1:11 PM

## Exhibit A

The categories of documents, items and things which the deponent is directed to produce by May 11 are as follows: As used below, the term "you" includes your staff and all individuals and entities working at your direction.

1. All documents you have reviewed in preparation for your deposition.

2. All documents or other materials you have reviewed, consulted, or relied upon in forming your opinions or conducting your work in connection with this case.

3. All documents evidencing any agreement between you and TDCJ or their attorneys or representatives.

4. All documents or other materials provided to you by counsel for Defendants in connection with this case.

5. All notes you have prepared or documents you have created in connection with this case.

6. Any documents you reviewed regarding decisions not to air condition any Texas Department of Criminal Justice prison facility.

7. Your most recent curriculum vitae.

8. Any correspondence, reports, deposition transcripts, or demonstrative exhibits pertaining to any Texas inmate that suffered heat exhaustion, heat stroke, or other heat-related illness, including Eugene Blackmon, for which you were an expert witness on behalf of either TDCJ or UTMB.