UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM, Plaintiffs, | § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, et al., Defendants. | § § § | |

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR AN EXTENSION OF TIME OF THE DISPOSITIVE MOTION DEADLINE TO JUNE 17, 2016

The Defendants, University of Texas Medical Branch at Galveston, the Texas Department of Criminal Justice, and the individual defendants, file this joint unopposed motion for an extension of time of the dispositive motion deadline to June 17, 2016. In support thereof, the following is provided:

The deadline for dispositive motions is currently set for June 3, 2016. D.E. 277. The Defendants seek a fourteen (14) day extension which is unopposed.

Plaintiffs completed their last depositions in this case on April 27, May 6, and May 18, 2016, based on the parties' and the lawyers' availability. The extension will enable the parties to secure copies of the depositions, as well as provide adequate time to prepare the dispositive motions after those transcripts are received. This request is not sought for the purposes of delay, but so that justice may be done. In addition, this will benefit all the parties in light of the class certification hearing that begins in the *Bailey* matter next week.

## Conclusion

Defendants respectfully requests the Court grant their motion seeking a fourteen day extension of the dispositive motion deadline extending the deadline to June 17, 2016.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ J. Lee Haney
**J. LEE HANEY**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 00784203
Federal I.D. No. 18544
Lee.Haney@texasattorneygeneral.gov

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632

**JENNIFER DANIEL**
Assistant Attorney General
Texas Bar No. 24090063
Federal I.D. No. 2451063

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)


**FERNELIUS ALVAREZ SIMON PLLC**

**Stephen FERNELIUS**
State Bar No.
Federal I.D. No**.**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER PHILBIN**
State Bar No. 24056373
Federal I.D. No. 685342

1221 McKinney Street, Suite 3200
Houston, Texas  77010
(713) 654-1200
(713) 654-4039 (Fax)

**ATTORNEYS FOR DEFENDANT**
**UNIVERSITY OF TEXAS**
**MEDICAL BRANCH**

*/s/ Cynthia L. Burton*
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in charge
Texas Bar No. 24035455
Southern ID No. 35273
Cynthia.burton@texasattorneygeneral.gov

3

MATTHEW GREER
Assistant Attorney General
Co-Counsel
Texas Bar No. 24069825
Southern ID No.1171775
Matthew.greer@texasattorneygeneral.gov

**ATTORNEYS FOR DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRAD LIVINGSTON, ROBERT EASON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE AND SANDREA SANDERS**

## CERTIFICATE OF CONFERENCE

By my signature, I certify that Assistant Attorney General Cynthia Burton conferred with counsel for Plaintiffs, Scott Medlock, by email on May 20, 2016. Scott Medlock agreed to an extension of the dispositive motion deadline to June 17, 2016 with the proviso that the defendants would agree to reasonable extension requests by the Plaintiffs and, barring unforeseen circumstances, Defendants will not seek another extension of the dispositive motion deadline in the McCollum case.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **J. Lee Haney,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on May 20, 2016.

s/ J. Lee Haney<br>
**J. LEE HANEY**<br>
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **J. Lee Haney**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on May 20, 2016, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

s/ J. Lee Haney<br>
**J. LEE HANEY**<br>
Assistant Attorney General