United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM,<br>  Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>  Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

## ORDER

On this day, the Court considered Defendants' Joint Unopposed Motion for an Extension of Time of the Dispositive Motion Deadline to June 17, 2016. This Court is of the opinion that the Motion should be **GRANTED**. The parties' deadline to file dispositive motion is June 17, 2016.

SIGNED and ENTERED this 20th day of May, 2016.

_____
**JUDGE PRESIDING**