UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|     Defendants. | § | |

**THE UNIVERSITY OF TEXAS MEDICAL BRANCH'S
UNOPPOSED MOTION FOR LEAVE TO FILE ITS MOTION FOR SUMMARY
JUDGMENT WITH BRIEF IN SUPPORT IN EXCESS OF 25 PAGES**

The University of Texas Medical Branch at Galveston ("UTMB") files this Unopposed Motion for Leave to File Its Motion for Summary Judgment with Brief in Support in Excess of 25 Pages.

UTMB respectfully moves for an order granting leave to file its Motion for Summary Judgment with Brief in Support in excess of the Court's twenty-five (25) page limit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ J. Lee Haney
**J. LEE HANEY**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 00784203
Federal I.D. No. 18544
Lee.haney@texasattorneygeneral.gov

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632

**JENNIFER DANIEL**
Assistant Attorney General
Texas Bar No. 24090063
Federal I.D. No. 2451063

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)

**FERNELIUS ALVAREZ SIMON PLLC**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**STEPHEN M. FERNELIUS**
State Bar No. 06934340
Federal I.D. No. 14121

**KARA STAUFFER PHILBIN**
State Bar No. 24056373
Federal I.D. No. 685342

1221 McKinney Street, Suite 3200
Houston, Texas  77010
(713) 654-1200
(713) 654-4039 (Fax)

**ATTORNEYS FOR DEFENDANT,
UNIVERSITY OF TEXAS MEDICAL
BRANCH AT GALVESTON**

## CERTIFICATE OF CONFERENCE

I, J. LEE HANEY, Assistant Attorney General of Texas, have conferred with opposing counsel, Jeff Edwards, by e-mail on June 10, 2016, and opposing counsel is not opposed to this motion.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, J. LEE HANEY, Assistant Attorney General of Texas, certify that I have electronically submitted for filing The University of Texas Medical Branch's Unopposed Motion for Leave to File Its  Motion for Summary Judgment with Brief in Support in Excess of 25 Pages, on June 17, 2016, in the Southern District of Texas, Houston Division.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, J. LEE HANEY, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on June 17, 2016, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General