UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    Defendants. | § | |

**ORDER**

The University of Texas Medical Branch's Motion for Leave to File Its Motion for Summary Judgment with Brief in Support in Excess of the Court's 25-page limit is **GRANTED.**

SIGNED THIS _____DAY OF _____, 2016.

_____
JUDGE PRESIDING