United States District Court
Southern District of Texas
**ENTERED**
June 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., <br> Plaintiffs, | § § § § § § § | |
| v. | | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, et al., <br> Defendants. | | |

## ORDER

The University of Texas Medical Branch's Motion for Leave to File Its Motion for Summary Judgment with Brief in Support in Excess of the Court's 25-page limit is **GRANTED**.

SIGNED THIS ___17th___ DAY OF ___June___, 2016.

_____
JUDGE PRESIDING