UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |

### TDCJ DEFENDANTS OPPOSED MOTION TO EXCEED PAGE LIMITS

Defendants Livingston, Eason, Pringle, Clark, Tate, Sanders, and the Texas Department of Criminal Justice respectfully submit their Opposed Motion to Exceed Page Limits. In support thereof, Defendants respectfully show as follows:

Defendants have prepared their Motion for Summary Judgment in the above styled cause. Defendants' motion exceeds the 25 page limit under this Court's procedure 6 A. This Summary Judgment is being filed on behalf of seven TDCJ Defendants and, therefore, it is 125 pages. Defendants recognize they are submitting a lengthy motion and do not do so lightly. TDCJ Defendants request leave to exceed the Court's page limit to fully address the significant and complex legal issues for multiple Defendants. TDCJ Defendants respectfully request that the Court grant this motion.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24035455
Southern District No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24069825
Southern District No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

**KEVIN MOCZYGEMBA**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24072767
Southern District No. 2394534
Kevin.Moczygemba@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS
LIVINGSTON, EASON, PRINGLE, CLARK,
TATE, SANDERS, AND TDCJ**

`

## CERTIFICATE OF CONFERENCE

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, do hereby certify that on June 17, 2016, I attempted to confer with Plaintiffs' lead counsel, Jeff Edwards, via email to discuss the above motion and the reasons for it.  I have not yet received a response.  My co-counsel also attempted to confer by phone but was unable to reach Mr. Edwards or Mr. Medlock.  Therefore, Defendants are filing this as an opposed motion in an abundance of caution.

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, certify that I have electronically submitted for a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Southern District of Texas on June 17th, 2016.

/s/ Cynthia L. Burton
**CYNTHIA L. BURTON**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CYNTHIA L. BURTON**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above **TDCJ Defendants Opposed Motion to Exceed Page Limits** have served all lead counsel of record electronically in accordance with ECF system of the Southern District of Texas on this 17th day of June, 2016, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702


Jacqueline Haney                                                           *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711


        /s/ Cynthia L. Burton
        **CYNTHIA L. BURTON**
        Assistant Attorney General