UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

This day came before the Court **TDCJ Defendants Opposed Motion for Leave to Exceed Page Limit.** The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' motion is **GRANTED.** Defendants may exceed the Court's page limit in their Motion for Summary Judgment.

SIGNED this _____ day of _____, 2016.

_____
PRESIDING JUDGE