# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# APPENDIX
# TABLE OF CONTENTS

| | | |
|---|---|---|
| **Exhibit 1** | Updated EAC Report of Larry Gene McCollum | Pages 001-056 |
| **Exhibit 2** | OIG Report of Larry Gene McCollum[1] | Pages 057-276 |
| **Exhibit 3** | Affidavit of Richard J. Clark | Pages 277-281 |
| **Exhibit 4** | Affidavit of Karen Sue Tate | Pages 282-287 |
| **Exhibit 5** | Affidavit of Sandrea Sanders | Pages 288-292 |
| **Exhibit 6** | Affidavit of Jeffery Pringle | Pages 293-297 |
| **Exhibit 7** | Expert Report of Dr. Benjamin Leeah | Pages 298-308 |
| **Exhibit 8** | Expert Report of Oscar Mendoza | Pages 309-320 |
| **Exhibit 9** | Expert Report of Frank Traknyak | Pages 321-460 |
| **Exhibit 10** | *Ruiz* Stipulations | Pages 461-497 |
| **Exhibit 11** | TDCJ AD-10.64 | Pages 498-503 |
| **Exhibit 12** | TDCJ AD-10.64 (rev. 6) | Pages 504-515 |
| **Exhibit 13** | CMHC B-15.2 (effective 11/07) | Pages 516-525 |
| **Exhibit 14** | Dr. Linthicum's Heat Related Correspondence From 1998-2000 | Pages 526-529 |
| **Exhibit 15** | TDCJ-IOC from Gary Johnson, March 12, 1999 | Pages 530-531 |
| **Exhibit 16** | Prior versions of Annual Heat Message | Pages 532-600 |
| **Exhibit 17** | TDCJ-CID Annual Heat Message, 2011 | Pages 601-605 |
| **Exhibit 18** | TDCJ-HSD Annual Heat Message, 2011 | Pages 606-609 |
| **Exhibit 19** | Autopsy of James Shriver | Pages 610-622 |
| **Exhibit 20** | TDCJ Administrative Review of Dionicio Robles | Pages 623-709 |
| **Exhibit 21** | Joint Morbidity & Mortality Committee Worksheets for James Shriver & Dionicio Robles | Pages 710-716 |
| **Exhibit 22** | Correspondence between TDCJ and Texas State Representative Sylvester Turner | Pages 717-721 |
| **Exhibit 23** | TDCJ-CID Hutchins Unit Extreme Heat Precaution Operational Procedures, June 1, 2011 | Pages 722-725 |

---

[1] Appendix pages 218-239 excluded as hearsay under FRE Rule 803

**Exhibit 24**        TDCJ-IOC, Hutchins Unit Ice Protocol          Pages 726-728
**Exhibit 25**        TDCJ-IOC to Warden Pringle,
                      McCollum bunk assignment                     Pages 729-731
**Exhibit 26**        TDCJ Risk Management Training Circulars       Pages 732-760
**Exhibit 27**        TDCJ Correctional Officer Heat Card           Pages 761-763
**Exhibit 28**        Diagram of Hutchins Unit C7 Dorm              Pages 764-767
**Exhibit 29**        Hutchins Unit Inspection Logs, C5-8 Building,
                      July 1, 2011 to July 31, 2011                 Pages 768-802
**Exhibit 30**        TDCJ-CID, Hutchins Unit IOC, dated
                      7/12/2011, Igloo Cooler Temps                 Pages 803-805
**Exhibit 31**        TDCJ-CID, Hutchins Unit Division Level
                      & Unit Level Operational Reviews              Pages 806-1165
**Exhibit 32**        Excerpts of TDCJ Offender Orientation
                      Handbook, printed November, 2004              Pages 1166-1183
**Exhibit 33**        Hutchins Fire Department – EMS Records
                      Pertaining to Larry Gene McCollum             Pages 1184-1191
**Exhibit 34**        TDCJ Health Services Archive Records,
                      Excerpts of Larry G. McCollum                 Pages 1192-1220
**Exhibit 35**        TDCJ, Hutchins Unit, Excerpts of Heat
                      Grievances                                    Pages 1221-1256
**Exhibit 36**        TDCJ-CID, Hutchins Unit ACA
                      Accreditation Report Excerpts 2010            Pages 1257-1330
**Exhibit 37**        Affidavit of John-Nielsen-Gammon             Pages 1331-1361
**Exhibit 38**        Affidavit of Robert J. Eason                  Pages 1362-1367
**Exhibit 39**        TDCJ-CID Central Classification Excerpts of
                      Larry Gene McCollum                           Pages 1368-1370
**Exhibit 40**        TDCJ-CID Central Classification Excerpts of
                      Larry Gene McCollum                           Pages 1371-1373
**Exhibit 41**        TDCJ Facilities Division, Excerpts of
                      Environmental Operational Review Audit        Pages 1374-1378
**Exhibit 42**        Affidavit of William L. Stephens              Pages 1379-1384
**Exhibit 43**        TDCJ Risk Management, Executive Summary of
                      Employee & Offender Injuries & Workers'
                      Compensation Claims Cost – June 2011          Pages 1385-1394
**Exhibit 44**        Affidavit of Richard C. Thaler                Pages 1395-1399
**Exhibit 45**        Excerpts of Hutchins Unit Pictures
                      Disclosed by Plaintiffs                       Pages 1400-1408
**Exhibit 46**        TDCJ Health Services Archive Records,
                      Excerpts of Larry G. McCollum                 Pages 1409-1427
**Exhibit 47**        Affidavit of Matt Demny (Pig Barn)            Pages 1428-1477
**Exhibit 48**        Affidavit of Robert Williams                  Pages 1478-1480
**Exhibit 49**        Newspaper Article re Adolpho Banda            Pages 1481-1484
**Exhibit 50**        Autopsy of Archie White                       Pages 1485-1492
**Exhibit 51**        TDCJ-CID Hutchins Unit Heat Policies Procedures
                      and training materials                        Pages 1493-1496

| | | |
|---|---|---|
| **Exhibit 52** | TDCJ-CID Hutchins Unit SOP relating to | |
| | Temperature Extremes & Hot Weather | Pages 1497-1499 |
| **Exhibit 53** | Correctional Managed Health Care Policy E-34.1 | |
| | Health Appraisal of Incoming Offenders, 01/07 | Pages 1500-1501 |
| **Exhibit 54** | Hutchins Unit Facility Process Manual E-41.1 | |
| | Emergency Services, 10/95 & 1/4/2012 | Pages 1502-1508 |
| **Exhibit 55** | Excerpts of American Correctional Association | |
| | Consultant Manual, 2012 | Pages 1509-1518 |
| **Exhibit 56** | Excerpts of Standards for Adult Correctional | |
| | Institutions, Fourth Edition | Pages 1519-1555 |
| **Exhibit 57** | Deposition Excerpts of Bryan Collier | Pages 1556-1570 |
| **Exhibit 58** | Deposition Excerpts of Robert Eason | Pages 1571-1591 |
| **Exhibit 59** | Excerpts of Testimony of Cody Ginsel, | |
| | Hearing on Preliminary Injunction and | |
| | Class Certification | Pages 1592-1604 |
| **Exhibit 60** | Deposition Excerpts of Lannette Linthicum, M.D. | Pages 1605-1611 |
| **Exhibit 61** | Deposition Excerpts of Brad Livingston, | |
| | October 1, 2015 | Pages 1612-1640 |
| **Exhibit 62** | Deposition Excerpts of Brad Livingston, | |
| | October 2, 2015 | Pages 1641-1657 |
| **Exhibit 63** | Deposition Excerpts of Jeffery Pringle | Pages 1658-1674 |
| **Exhibit 64** | Deposition Excerpts of Richard J. Clark | Pages 1675-1679 |
| **Exhibit 65** | Deposition Excerpts of Roger Clark | Pages 1680-1683 |
| **Exhibit 66** | Deposition Excerpts of Sandrea Sanders | Pages 1684-1687 |
| **Exhibit 67** | Deposition Excerpts of William L. Stephens | Pages 1688-1696 |
| **Exhibit 68** | Deposition Excerpts of Karen Tate | Pages 1697-1703 |
| **Exhibit 69** | Deposition Excerpts of Richard Thaler | Pages 1704-1732 |
| **Exhibit 70** | Deposition Excerpts of Susi Vassallo, M.D. | Pages 1733-1748 |
| **Exhibit 71** | Deposition Excerpts of Robert Williams, M.D. | Pages 1749-1754 |
| **Exhibit 72** | Internet Sources for Census Data | Pages 1755-1757 |
| **Exhibit 73** | Relevant Census Data | Pages 1758-1793 |
| **Exhibit 74** | Relevant Data from H.U.D. | Pages 1794-1820 |
| **Exhibit 75** | Medicare Coverage Information | Pages 1821-1823 |
| **Exhibit 76** | H.S.Q. Inspection Checklist | Pages 1824-1829 |
| **Exhibit 77** | Facts Timeline | Pages 1830-1835 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 1



## AFFIDAVIT

THE STATE OF TEXAS     §
                       §
COUNTY OF WALKER     §

      BEFORE ME, the undersigned authority, personally appeared Kathy Cleere, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

      "My name is Kathy Cleere. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated."

      "I am employed as a Program Supervisor III for the Texas Department of Criminal Justice ("TDCJ") Emergency Action Center located in Huntsville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ."

      "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here."

      Attached are copies of the records of offender **McCollum, Larry Gene TDCJ #1721640** described as **"Updated EAC report for offender Larry Gene McCollum, who died in July 2011 / Cause #312CV2037 / Stephen McCollum, et al. V. Brad Livingston, et al"**, which were requested.

                                 _Kathy Cleere_
                                   Kathy Cleere, Affiant

      SWORN TO AND SUBSCRIBED BEFORE ME on August 1, 2012 by the said Kathy Cleere, to certify which, witness my hand and seal of office.

                               Notary Public in and for the State of Texas

Michelle Whitcotton
Notary Public
STATE OF TEXAS
Commission Exp. 03-03-20__

**Notary without Bond**

Incident: I-10671-07-11/ Offender Death / Hutchins Unit

**Regional Director/Assistant Director's Comments:**

On July 22, 2011, at approximately 0210 hours, Offender McCollum, Larry #1721640, was found by COV Richard Clark during count in his assigned bunk of C7-46 with what appeared to be a seizure. COV Clark notified COIV Adeotun Jolayemi, who initiated Incident Command System; requesting a supervisor, additional staff and video camera. Offender McCollum was taken to the unit medical department where a triage nurse at the Crain Unit was contacted and advised to transport the offender to Parkland Hospital via ambulance. Offender McCollum was a newly received offender and had no electronic medical records. At approximately 0300, Offender McCollum was transported via 911 ambulance to Parkland Hospital Intensive Care Unit and placed on a ventilator. At the time of his arrival, Offender McCollum's condition was listed as critical. Hutchins Unit Assistant Warden Balden Polk notified Offender McCollum's next of kin, his wife, Sandra McCollum, of the offender's condition and requested information about the offender's medical history.

On July 28, 2011, Sandra McCollum, and other members from Offender McCollum's family, decided to remove him from the ventilator and cease all life saving measures. At approximately 1725, the ventilator was removed from Offender McCollum. He continued to breathe on his own until approximately 2345 hours, when he was pronounced dead by the attending physician, Dr. Charles Owens. Sandra McCollum, the offender's next of kin, was present at the time of his death. Ms. McCollum stated the family would claim the body and did not object to an autopsy.

Office of the Inspector General Investigator Michael Keck opened an investigation into this incident and assigned case number 2011.03006.

In order to prevent heat related illness, the Hutchins Unit has taken the following measures: housing temperatures are monitored by each shift, hot water turned off in the showers and offenders are allowed unlimited access to the showers, offenders are allowed to wear commissary shorts and t-shirts in the dayrooms, offenders are screened for lower bunk restriction based on height/weight, wellness checks are conducted every thirty minutes for offenders on the heat extreme list, ice water is provided in living areas, staff have received training on heat related illness, and signs are posted in offender living areas to assist offenders in identifying signs of heat related illness.

Staff action/inaction was not a factor in this incident. All staff actions were appropriate and in accordance with agency policies and guidelines.

The preliminary cause of death in this incident was listed as "Respiratory Failure/Neurological Failure" pending the results from an autopsy. In that the cause of death was natural and attended by a physician, there was no requirement for an additional report to Emergency Action Center. However, on October 26, 2011, Dr. Keith Pinckard, of the Dallas County Medical Examiner's Office, listed the probable cause of death as "hyperthermia". The change in cause of death to "heat related" should have prompted an administrative review. However, an administrative review was never completed. The Region II Director's Office has implemented a process to review all offender deaths to ensure that all appropriate documentation is completed.

Signature: _Eason_ Date: 07-25-2012

Robert Eason
Region II Director

McCollum 04255



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

Administrative Incident Review

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HUTCHINS STATE JAIL

HAND DELIVERED

Received

JUL 2 5 2012

EAC

**Incident Number:** I-10671-07-11

**TO:** Emergency Action Center

**THRU:** Robert Eason
Region II Director

**SUBJECT:** Natural Attended Death

**PERSONS INVOLVED:** Offender McCollum, Larry #1721640; W/M; DOB – 04/04/53; Age 58; NR custody; Serving a 12 month sentence for Forgery from McLennan County; Sentence Begin Date 06/21/11; TDCJ Received Date 07/15/11.

**SUMMARY:** On Thursday, July 28, 2011, at approximately 11:35 pm, Offender Larry McCollum, a 58 year old white male NR custody offender, who is 5'10" and weighs 320 pounds, was pronounced deceased by the attending Doctor Charles Owens and Intern-Physician Rigoberto Ramirez at Parkland Hospital in Dallas, Texas. The preliminary cause of death is listed as Respiratory Failure/Neurological Failure. The offender's next of kin, Mrs. Sandra McCollum was present at the time of the offender's death.

On Friday July 22, 2011, at 2:10 am, Officer Richard Clark CO V was in C7 dorm conducting count. An offender approached Officer Clark and stated that an offender was shaking. Officer Clark went to C7-46 bunk and found Offender McCollum, Larry #1721640, having a seizure. Officer Clark notified the picket officer, Officer Adetoun Jolayemi. Officer Jolayemi initiated the incident command system by calling for additional staff, a video camera, and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk to the offender. He remained unresponsive. At approximately 2:40 am, Lieutenant Sandrea Sanders arrived at C7 dorm in order to make an assessment of the offender. The offender remained unresponsive and Lieutenant Sanders then called the Crain Unit and spoke with the triage nurse. The nurse could not find any medical information to verify or disprove a seizure disorder. She, therefore, recommend that Offender McCollum be transported to the hospital via ambulance.

On Friday July 22, 2011, at approximately 3:38 am, Offender McCollum was transported via ambulance to Parkland Hospital after being found on his assigned bunk with what appeared to be a seizure. The offender was assessed at Parkland Hospital and placed on a ventilator. The offender's condition at that time was

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

McCollum 04256

listed as critical and he was assigned to the 9th floor Intensive Care Unit.

On July 22, 2011, the next of kin was contacted and advised by Warden Polk of Offender McCollum's condition and to obtain his medical history. Offender McCollum's immediate family was allowed visitation. Offender McCollum received many tests to determine if he had any neurological response/s and to determine the original cause of the seizure. Offender McCollum remained on a ventilator until Thursday, July 28, 2011. The attending physician at Parkland Hospital provided Ms. Sandra McCollum and family member's information concerning Offender McCollum's status. The family, at that time, chose to remove the offender from the ventilator and cease all life saving treatment. At approximately 5:25 pm, Offender McCollum was taken off the ventilator and he continued to breathe on his own until approximately 11:35 pm. Offender McCollum was pronounced deceased by the attending physician. Mr. Michael Keck from the Office of the Inspector General and Major Terry May were both notified of the offender's passing and reported to the hospital. Mr. Keck declared the area a crime scene and documented the area and cleared the crime scene at approximately 1:20 am. On July 29, 2011, Captain Kyron Session relieved the security staff at the hospital. Captain Session remained at the hospital with the offender's remains until he was taken to the hospital morgue. The family of the offender did claim the body and an autopsy was performed by Dallas Medical Examiner's Office. Carne's Funeral Home in Texas City, Texas was contacted of the death and the family's intent to claim the offender's remains. Senior Warden, Jeff Pringle and Assistant Warden, Baldin Polk had visited the family earlier, and were aware of their decision to remove him off the ventilator and was notified of the offender's passing at 11:45 pm. The Unit Chaplain, Mr. Gene Bartholf was notified. Mr. Robert Eason, the Region II Director, was also notified of this incident at 12:01 am. On July 29, 2011, at 1:01am, Ms. Kyla Crumbly of the Emergency Action Center was notified of this incident. Incident Number I-10671-07-11 was issued to this incident.

**ACTION/**
**INACTION:**          Employee action was not a contributing factor in this incident.

**ATTACHMENTS:**    **EAC Report**
**Incident Report**
**Travel Card**
**Chaplain's Email/ Worksheet**
**Transport Orders**
**TDCJ Autopsy Order**
**Personal Property**
**Letter to Family**
**Personal Property Letter**
**Employee Statements**
**Photos of offender McCollum remains**
**HMS-18**
**Medical Examiner Cause of Death**
**Report**

**ADMINISTRATIVE**   In accordance with Administrative Directive 02.15 (rev.11), the following was
**REVIEW:**          addressed:

*Our mission is to provide public safety, promote positive change in offender*
*behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

McCollum 04257

I. Wardens Comments:

Staff actions taken were consistent with Texas Department of Criminal Justice policies and procedures. Offender McCollum was received from McLennan County on July 15, 2011, and he had no property and he was properly housed according to his custody level at the time of the incident. Offender McCollum was found unresponsive by security staff during count and they immediately began proper care.

Lt. Sanders' investigation consisted of interviews and written statements from offenders in the C7-Dorm and she ruled out any foul play. Offenders in the dorm indicated that Offender McCollum would not get off his bunk or go eat and he was withdrawn from dorm activities leading up to the incident. All security staff handled the issue with dignity and respect for the family and the Administration also met with the family members to show care and passion for the situation. The Unit Chaplain met with the McCollum family to give spiritual guidance and sympathy for their loss.

Offender McCollum was seen by the Hutchins Unit Medical Staff for his intake physical, as per policy. The initial medical intake physical was completed and Offender McCollum was placed on medicine for hypertension. There was no lesser action that could have been taken to prevent the seizure and the offender's death.   The unit has completed additional awareness training for signs of heat exhaustion and heat stroke, and also began dorm checks of offenders who appear on the extreme temperature list.

The following measures are in place on the Hutchins Unit in order to increase awareness and identify offenders that may need immediate medical attention.
- Dorm temperatures are checked by each shift.
- Shower temperatures were lowered and the offenders allowed unlimited access to the showers.
- Commissary shorts and t-shirts were allowed to be worn in the housing area dayrooms.
- Additional cold drinking water is passed out to the offender population.
- Staff received additional training on heat related illnesses in order to identify and assist those offenders who may suffer adverse effects from the heat.
- The signs of heat related illness are posted in the offender housing areas to allow offenders to identify the signs of heat related illness.

The following measures were implemented after this incident to prevent future occurrences of similar events:

- Offenders on the extreme temperature list are checked for wellness in the housing areas every 30 minutes throughout the day and offenders in jobs that expose them to extreme temperatures were reassigned.
- Offenders are reviewed and screened based on height/weight for lower bunk restriction for after hour moves.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

**APPENDIX 006**
EAC–04

McCollum 04258

The Hutchin's Unit conducted heat temperature training in May 2011 for all staff and offender workers. The training consists of recognizing signs of heat stroke, heat exhaustion, and steps to prevent and treat heat-related illnesses. Offender housing areas are constantly monitored, as officers are routinely in and out of dorms for security and safety reasons.




Jeff Pringle, Senior Warden, Hutchins Unit          8-5-11
                                                     Date

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

APPENDIX 007
EAC–05                                    McCollum 04259

**Directors Comments:**

_____                    _____
Robert Eason, Region II Director                              Date

*Our mission is to provide public safety, promote positive change in offender*
*behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

APPENDIX 008
EAC−06                                                    McCollum 04260

# HUTCHINS STATE JAIL

**Addendum**          I-10671-07-11

The Hutchins Unit continues to stress the importance of Heat Training and action to be taken to prevent Heat Stroke and Heat Exhaustion.

Medical Examiners Conclusion:

An autopsy report for Offender Larry McCollum #1721640 was completed on October 26, 2011, by Examining Pathologist, Keith Pinckard M.D., Ph.D. The Hutchin's Unit received a copy of the autopsy report on October 31, 2011. Based on the autopsy and the history available to the medical professionals, Larry McCollum died as a result of hyperthermia. He was in a hot environment without air conditioning and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorothiazide) for hypertension. The manner of death was ruled an accident.


_____          10-31-11
Jeff Pringle, Senior Warden, Hutchins Unit          Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

## HUTCHINS STATE JAIL
### Time Lines

I-10671-07-11

The following time line information is provided as a guideline for this incident.
The times are approximate and not exact :

July 22, 2011
*2:10 am* – Officer Richard Clark is notified of an offender having a seizure.
Officer Clark notifies Officer Adetoun Jolayemi that he needs assistance due to
an offender having a seizure in C7-46 bunk. Officer Jolayemi calls for assistance
via hand held radio. Lieutenant Sandrea Sanders and Sergeant Karen Tate are the
supervisors on duty. Lieutenant Sanders is taking the unit count and sends
Sergeant Tate to the scene to handle the incident.

*2:15 am* – Sergeant Tate responds to the incident and finds Offender McCollum
having what appears to be a seizure in C7-46 bunk. Once the offender stops
shaking, the staff attempts to awaken him and cool him down because the
offender is sweating. Sergeant Tate calls for additional staff to respond in order
to remove the offender from the top bunk he is lying on.

*2:40 am* - Lieutenant Sanders responds to the area and completes an assessment
and determines that it is necessary to contact the on-call medical staff at the
Crain Unit.

2:50 am - Lieutenant Sanders relays information that she received from Sergeant
Tate, who was the first responding supervisor to the on-call Medical Staff at the
Crain Unit. The nurse does a medical review and assessment with Lieutenant
Sanders over the phone and no medical history of seizures were found in the
offender's records. The on-call nurse then advises Lieutenant Sanders to proceed
with calling 911.

*3:04 am* - 911 operator was called and at 3:05am, EMT was dispatched to the
Hutchins Unit.

*3:12 am* - The EMT staff arrives at the Hutchin's Unit and along with the
Hutchin's Unit security staff, Offender McCollum is taken off the top bunk and
placed onto a gurney in C7 dorm. EMT staff begins to diagnose Offender
McCollum.

*3:36 am* - Sergeant Tate escorts the EMT staff off the unit for Offender
McCollum to be transported to Parkland Hospital.

*3:54 am* – The ambulance arrives at Parkland Hospital in Dallas, Texas with
Offender McCollum.

---

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

McCollum 04262



07:00 am – Assistant Warden Balden Polk began to locate a next of kin for a serious incident notification.  Warden Polk does make contact with Offender McCollum's wife, Sandra McCollum and set up visitation with the family.

Offender McCollum's family was allowed daily visitation.

July 28, 2011: Date of Death

05:25 pm – Offender McCollum's family agree to have him removed from life support after consultation with Doctor Charles Owens.

11:35 pm – Doctor Charles Owens pronounced Offender McCollum Deceased

Death Notification:

Family Present at Hospital

11:35 pm. Terry May, Major

11:35 pm - Mr. Michael Keck, Office of the Inspector General

11:45 pm - Jeff Pringle, Senior Warden

12:01 am - Robert Eason, Region II Director,

12:10 am - Carne's Funeral Home, Texas City, Texas

01:01 am - Ms. Kyla Crumbly of the Emergency Action Center

08:00 am – Classification and Records


_____        8-5-11
Jeff Pringle, Senior Warden, Hutchins Unit        Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

APPENDIX 011
EAC–09

McCollum 04263

```
***        S Y S A   O U T B A S K E T   P R I N T

MESSAGE ID: 231950        DATE: 07/29/11   TIME: 07:27am  PRIORITY: 000

SUBJECT:   OFFENDER DEATH


EAC USE ONLY: DATE REPORTED:....................TIME REPORTED:..........

EMERGENCY ACTION CENTER INCIDENT NO:  I - 10471 - 07 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -    ..    -    --
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HJ   REGION II  DATE OCCURRED: 07 / 28 / 2011  TIME OCCURRED: 2335P
SPECIFIC LOCATION: MICU-RM 911
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
        A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:   YES  X NO


                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 MCCOLLUM, LARRY                  1731640     NR    W    M    58   N



WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL; 5200 HARRY HINES BLVD.; DALLAS, TX 75246
TREATMENT: N/A

                        EMPLOYEE INFORMATION
NAME (LAST, FIRST M)          SSN      RACE   SEX    AGE      RANK



WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 28 / 2011   TIME: 23 : 35 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CHARLES OWENS, MD
COUNTY WHERE DEATH OCCURRED: DALLAS
```

**APPENDIX 012**
EAC-10                                    McCollum 04264

NAME OF PHO: SANDRA MCLOUD
HUNTSVILLE FUNERAL HOME NOTIFIED X YES NO
JUSTICE OF PEACE NOTIFIED: X YES NO

DESCRIPTION OF WEAPON(S) CONTRABAND

N/A

CHEMICAL AGENT INFORMATION

| AMOUNT | LIST TYPE | AUTHORIZATION |
|---|---|---|
| N/A | | |

WAS TEAM AUTHORIZED YES X NO DECONTAMINATED YES X NO INJURIES YES X

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO THIS INCIDENT?
YES NO X

IF YES, INDICATE APPLICABLE

| | |
|---|---|
| PARCEL SCANNER | N/A |
| WALK THROUGH METAL DETECTOR | N/A |
| HAND HELD METAL DETECTOR | N/A |
| B.O.S.S. CHAIR | N/A |
| VIDEO SURVEILLANCE | N/A |
| HEARTBEAT DETECTION SYSTEMS | N/A |
| BODY ALARM | N/A |
| PERIMETER FENCE DETECTION SYSTEMS | N/A |
| STAB-RESISTANT VEST | N/A |
| NARCOTIC DETECTOR CANINE | N/A |
| CELL PHONE DETECTOR CANINE | N/A |
| PACK CANINES | N/A |
| S.A.R. CANINES | N/A |
| CONTRABAND INTERDICTION SHAKEDOWN TEAM | N/A |

OTHER: N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S) IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON THURSDAY, JULY 28, 2011, AT 2335 HOURS, THE HUTCHINS UNIT ADMINISTRATION REPORTED AN OFFENDER DEATH BY RESPIRATORY FAILURE/ NEUROLOGICAL FAILURE OF OFFENDER MCCOLLUM, LARRY, TDCJ 1721640/ NR PROCESSING, A 58 YEAR-OLD WHITE MALE STANDING 5'10" TALL AND WEIGHING 320 POUNDS; SERVING A 12-MONTH SENTENCE FOR FORGERY OUT OF MCLENNAN COUNTY.

ON THURSDAY, JULY 28, 2011 AT APPROXIMATELY 1725 HOURS, THE BREATHING TUBES WERE REMOVED FROM OFFENDER MCCOLLUM AND AT 2335 HOURS, DR. CHARLES OWENS AND INTERN PHYSICIAN RIGOBERTO RAMIREZ PRONOUNCED THE OFFENDER DECEASED. MR. MICHAEL KECK OF THE OFFICE OF THE INSPECTOR GENERAL TOOK POSSESSION OF THE REMAINS. UPON COMPLETION OF THE OIG INVESTIGATION, THE REMAINS WERE TAKEN TO THE MORGUE AT PARKLAND HOSPITAL. CARNES FUNERAL HOME IN TEXAS CITY, TX., WAS CONTACTED AT 0000 HOURS. OFFENDER MCCOLLUM'S NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH AND AN AUTOPSY HAS BEEN REQUESTED. ARRANGEMENTS ARE BEING MADE FOR THE FAMILY TO CLAIM AND TAKE POSSESSION OF THE REMAINS. ANY FURTHER ADDITIONAL INFORMATION WILL BE FORWARDED AS IT IS RECEIVED.

CHAPLAIN MR. GENE TARLTOFF WAS NOTIFIED AT _____ HOURS. REGIONAL DIRECTOR
MR. ROBERT EASON WAS NOTIFIED AT 0000 HOURS. MS. CRUMBLEY OF THE EMERGENCY
ACTION CENTER WAS NOTIFIED AT ____ HOURS AND ISSUED AN INCIDENT NUMBER OF
I-10571-07-11.

(SEND ADDITIONAL INFORMATION TO HQEACO) INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SANDREA SANDERS                    DATE: 07 / 29 / 2011
AUTHORIZED BY: SENIOR WARDEN JEFF PRINGLE

Sent to:      HJEAC                    (list)                    (to)

McCollum 04266

```
***               S Y S M   O U T B A S K E T   P R I N T

MESSAGE ID: 933005          DATE: 07/29/11   TIME: 03:21am  PRIORITY: 000

SUBJECT:   OFFENDER DEATH


THE HUTCHINS UNIT REPORTS THAT ON THURSDAY, JULY 28, 2011, AT 2355
HOURS, OFFENDER MCCOLLUM, LARRY, TDCJ# 1721640 WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN DALLAS, TEXAS. THE
PRELIMINARY CAUSE OF DEATH WAS RESPIRATORY FAILURE/ NEUROLOGICAL
FAILURE. OFFENDER MCCOLLUM'S NEXT OF KIN, MS. SANDRA MCCOLLUM, WAS
PRESENT AT THE TIME OF DEATH. MS. MCCOLLUM'S ADDRESS IS 1022 E. HARRIS
#9, WACO, TEXAS, 76705. CARNES FUNERAL HOME WAS CONTACTED CONCERNING
THE DEATH AND COORDINATED WITH CONNELY-COMPTON FUNERAL HOME IN WACO,
TEXAS FOR THE DISPOSITION OF THE REMAINS.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:    HQCR001            CLASS, RECORDS OFFICE        (to)
            SSA6871            SANDERS, SANDREA             (to)
            SHACK              (list)                       (to)
```

# SERIOUSLY/CRITICALLY ILL
# NOTIFICATION REPORT

Name: Larry McCollum            TDCJ# :1721640     Race: White    Sex: Male

DOB:   04/04/1953       Unit Of Assignment:   Hutchins      SERIOUS ☒

## *The Following Notifications Were Made:*

Unit Warden/designee: Jeff Pringle        Time: 7:00 am  Date: 07/22/11
                           *Name*

      By E-mail ☐       In Person ☐       By Fax ☐       By Phone ☒

Notified By Whom:  Assistant Warden Balden Polk    Time: 7:00 am  Date: 07/22/11

Chaplain:  Gene Bartholf           Time: 9:00 am   Date: 07/22/11
           *Name*

Notified By Whom:  Captain Kyron Session     Time: 9:00 am  Date: 07/22/11

## *Person Contacted: (listed as emergency contact on travel card)*

Name  Mrs. Sandra McCollum          Relationship     Wife

Address   4022 E. Harrison #9  Waco, Texas 76705

Phone number   254-539-2623

Contacted By Whom: Asst. Warden Balden Polk    Time  8:30 am  Date 07/28/11

Medical Condition Indicated by Doctor: Respiratory/Neurological

Time 8:13 am   Date  07/22/11  Doctor's Name: Kevin Ross Davidson  M. D.

Hospital: Parkland          City   Dallas

Comments:  N/A

Classification & Records Contact Person:   N/A

Notified By Whom: N/A     Time: N/A Date N/A

**Other Pertinent Information** (Should include date and time offender arrived at the unit, offender's conditions, and any other relevant information.)

Offender McCollum arrived on the Hutchins Unit on July 15, 2011 from McClennan County, Texas.

He was sentenced to serve a 12 month sentence for forgery. Offender McCollum was prescribed

medication for hypertension.

     Time: 10:30 am           Date 07/22/11

***Report Completed***

***by:***        *Balden Polk*       *Assistant Warden*
               *Name*            *Title*



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Correctional Institutions Division

1721640          000          7/15/2011          001

MCCOLLUM, LARRY GENE

NAME MCCOLLUM, LARRY GENE          SJ# 1721640          SID# 0095

COUNTY MCLENNAN          SENTENCE 12 MOS

OFFENSE FORGERY(1)

6.21.11          SENT.BEGIN 6-21-11          DATE REC'D 7-15-7-15-11          REL DATE 6/19

DOB 4-4-53          RACE W          SEX M          HT 5-10          WT 32

NATIVITY _____          RESIDENCE _____

DPS#_____          EMPLOYMENT SKILLS _____

EMERGENCY CONTACT _____

_____

## CRIMINAL HISTORY

JUV:    Arrests_____    Prob _____    S.J.T.S. _____

Adult:  Misd Arrests _____    Prob _____    Jails _____

        Felony Arrests _____    Prob _____    Jails _____

        PIA____ SAFPF ____ I.D. ____ St Jail 7-2 Other ____

## SPECIAL PRECAUTIONS

| | YES | NO | COMMENTS |
|---|---|---|---|
| Violent Crimes | — | — | |
| Escape Attempts | — | — | |
| Gangs | — | — | |
| Detainers | — | — | |
| Mental | — | — | |
| Medical | — | — | |
| Inst Aslt Hist | — | — | |
| Sp House Hist | — | — | |
| OTHER | — | — | |
| N.F.S.U.A. | — | — | |

MCCOLLUM, LARRY GENE #1721640

SUMMARY OF PRESENT OFFENSE:

☆ SJ-10 (Rev. 01/96)

```
**************************************************************************

*** REQUESTOR: JPR6236 - PRINGLE, JEFF        HUTCHINS JAIL FACILITY

**************************************************************************

***                   S Y S M   I N B A S K E T   P R I N T


MESSAGE ID: 921984C     DATE: 07/29/11  TIME: 10:30am  PRIORITY: 000

TO:        JPR6236 - PRINGLE, JEFF
           WARDEN
           HUTCHINS JAIL FACILITY
           1500 LANGDON RD.
           DALLAS, TX. 75241



FROM:      GBA0721 - BARTHOLF, GENE
           CHAPLAIN
           HUTCHINS JAIL FACILITY
           1500 EAST LANGDON RD.
           DALLAS,TX 77340



SUBJECT:   DEATH NOTIFICATION


***********************DEATH NOTIFICATION*****************************
INMATE: MCCOLLUM, LARRY              TDCJ# 1721640
DATE OF DEATH: 07/28/2011
CUSTODY: NR        STATUS:         RACE: WHITE      DOB: 04/04/53 AGE: 58
CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P  DOCTOR: CHARLES OWENS, MD
PLACE OF DEATH: PARKLAND HOSPITAL
DUTY WARDEN: MAJOR TERRY MAY         TIME: 2335
JUSTICE OF THE PEACE:                TIME:
TDCJ-ID-IAD: MICHAEL KECK            TIME: 2340
CARNES FUNERAL HOME: HOLLIE AHMAD    TIME: 0000
CHAPLAIN: GENE BARLTOFF              TIME: 2345
EAC: MS. CRUMBLEY                    TIME: 0101
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  ) UNABLE TO CONTACT
N.O.K. SANDRA MCCOLLUM       TIME 2335     HRS    PHONE PRESENT
ADDRESS: 4022 E. HARRISON #9   FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: WACO, TEXAS 76705
LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE


ent to:   JPR6236            PRINGLE, JEFF            (to)
          GBA0721            BARTHOLF, GENE           (to)
```

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____  Date: _July 29, 201_

From: *Chaplain Bartholf*  Subject: <u>Offender Death Notification</u>

1. **Offender Information:**
   Name: _McCollum, Lam_ TDCJ#: _1721644_ Unit: _HUTCHINS_
   Cause of Death: _Respiratory Failure_
   Date of Death: _7/28/2011_ Time of Death: _2335_
   Place of Death (unit/hospital): _Parkland Hospital_
   Certifying Physician/RN/JP: _Dr Charlie Owens_

2. **Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):**
   Date: _7/28/2011_ Time: _2336_
   Name: _Sandra McCollum_ Relationship: _Spouse_
   Address: _4022 E Harns #9_
   City/State/Zip: _Waco, TX 76705_ Tel.: _(254)539-262_

3. **Objection to Autopsy by Next of Kin (_DO NOT_ Ask For Permission to Conduct an Autopsy):**
   Yes _____  No _✓_  Unable to contact _____  N/A _____

4. **Other Family / Friend Contact:**
   Date: _____ Time: _____
   Name: _____ Relationship: _____
   Address: _____
   City/State/Zip: _____ Tel.: (____)

5. **Sheriff's Office / Police Department Contact:**
   Date: _____ Time: _____
   SO/PD: _____ Contact Person: _____

6. **Burial Arrangements:**
   _✓_ **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at (409)986-9900.
   _____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.
   _____ **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

7. **Reports** – Send a copy of the *Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*
   _✓_ Unit Warden;
   _✓_ Director of Chaplaincy Operations; and
   _✓_ Chaplain's unit file

   Chaplain's Signature: *Lawrence E Bartholf* Date: _7/29/2011_

McCollum 04272

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Larry McCollum_ from _PARKLAND HOSPITAL_,
(Print Offender Name)                              (Print Unit/Location)

who died on _7/28/2011_, and to hold until further notification
(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.


**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.


> *Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall then deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*


_____
Signature of Warden/Designee

_____
Medical Physician's/Registered Nurse's Signature

_JEFFERY Pringle_
Printed Name

_CHARLES_
Printed Name


Address of Physician/Registered Nurse:

_5201 Harry Hines Blvd_
_Dallas, TX 75235_
_____

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: __LARRY McCollum__  TDCJ #: __172 1640__
*(Print Name)*

Date of Birth: __4-4-53__  Race: __W__  Sex: ☑ Male  ☐ Female

Offender Pronounced dead at __11:35pm__ on __7-28-11__
*(Print time, include am or pm)*  *(Print date, month, date, year)*

Location of Death: ☐ Unit _____  ☑ Other __PARKLAND HOSPITAL__
*(Print Unit Name)*  *(Print location, i.e. hospital name)*

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to __DCME__ *(location of autopsy)* by a representative or associate of __CARNES__ Funeral Home, located in __Texas City__, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at *(phone number)* __888-822-7637__, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_____
Warden (or designee)

County __Dallas__
City __Dallas__, Texas Zip Code __75241__

McCollum 04274

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
PERSONAL PROPERTY ENVELOPE

B/W _____

NAME: _McCollum, Larry_ #84610       TDCJ#: _0172164_ ○

COUNTY: _McLennan_

CHECK _____  CURRENCY _____  CHANGE _____  TOTAL _$117.77 x (mn)_

(INMATE MUST INITIAL BY TOTAL)

DRIVERS LICENSE _____

|  |  | JEWELRY |  |
|---|---|---|---|
| S/S CARD _____ | WATCH _____ | MAKE _____ | COLOR _____ |
| BANK CARDS (#) _____ | RING _____ | COLOR _____ |  |
| VISA _____ |  |  |  |
| M/C _____ | RING _____ | COLOR _____ |  |
| PHONE CARD _____ | NECKLACE _____ | COLOR _____ |  |
| CELL-PHONE _____ | RELIGIOUS MEDAL _____ | COLOR _____ |  |
| BIBLE __1__ | EAR RINGS _____ | COLOR _____ |  |

OTHER PROPERTY _Legal Mail, 3 picture_

_Kathleen B_  (AGENT'S SIGNATURE)            X _Larry McCol_  (INMATE'S SIGNATURE)

APD-58 (12/00)

McCollum 04275

EAC-21



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**Brad Livingston**
Executive

Director

CHAPLAIN BARTHOLF
HUTCHINS STATE JAIL
July 29, 2011

Mrs. Sandra McCollum
4022 E. Harris #9
Waco, TX 76708

Dear Mrs. McCollum:

On behalf of Warden Pringle and his administrative staff I offer condolences on the loss of your loved one. I did not know your husband because he was at the unit so briefly, It was heartening to me to visit with your large family group. I am sure he will be missed by all.

You mentioned to me that he had a spiritual connection with the Salvation Army Church. I will remind you of the sure and certain hope of eternal life through Christ our Lord. May the Lord bless Larry and keep him. May the Lord give comfort to those in your family who mourn

Sincerely,

*Gene Bartholf*

Chaplain Gene Bartholf

**Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.**

1500 E. Langdon Road
Dallas, Texas 75241-7136

McCollum 04276



# Texas Department of Criminal Justice

Brad Livingston
Executive Director

August 9, 2011
Mrs. Sandra McCollum
4022 E. Harrison #9
Waco, Texas 76705

On behalf of the Hutchins Unit Administration, I wish to express my sincere condolences in the recent passing of your loved one. Enclosed you will find the personal belongings of Larry G. McCollum. The estimated value of the consumable property is $0.00. It is our hope that you are able to find comfort in the memories of your loved one during such a difficult time. Our prayer is that GOD will grant you peace and much needed strength in the days ahead as you transition in your life.

Jeff Pringle Senior Warden

---

**HUTCHINS STATE JAIL**

**Jeff Pringle, Senior Warden**

*1500 E. Langdon Road, Dallas, Texas 75241 (972) 225-1304*

**APPENDIX 025**
EAC–23

McCollum 04277

## Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:**   Warden J. Pringle                          **Date:**   August 8, 2011


**From:**  Captain K. Session                       **Subject:**  Personal Property

Upon completion of the inventory and inspection, I estimate the consumable property belonging to offender McCollum, Larry # to be estimated at about $0.00

**Texas Department of Criminal Justice**
# CORRECTIONAL INSTITUTIONS DIVISION
## *Inter-Office Communications*

**To:**   All Concerned                        **Date:**   July 22, 2011

**From:**   Lieutenant Sandrea Sanders          **Subject:**   McCollum, Larry #1727640

On Friday July 22, 2011, at approximately 0210 hours, Officer Richard Clark, COV, was in C7 dorm conducting count. An unidentified offender approached the officer and stated that his cellie was shaking. At that time, Officer Clark went to the bunk in question, C7-46, and found offender McCollum, Larry TDCJ# 1721640, a White, male, J2, 58 years-old, serving a 1-year sentence out of McLennan County for Forgery, having a seizure. Officer Adetoun Jolayemi, COIV, was assigned to C5-8 building as well. When she came to the dorm to count, she was notified by Officer Clark that the offender needed medical assistance. Officer Jolayemi initiated ICS, calling for additional staff, a video camera and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk and calm the offender in an effort to get a response from offender McCollum. This was to no avail. Offender McCollum continued to seize for several more minutes. At approximately 0240 hours, I, Lieutenant Sandrea Sanders, arrived at C7 dorm to make an assessment. Offender McCollum was still seizing and I then contacted the Crain Unit and spoke with the triage nurse. The nurse could not find any medical information in the system that verified the offender having any seizure disorder; therefore, she recommended that the offender be transported to the hospital via ambulance. At approximately 0300 hours, Offender McCollum was transported via ambulance from the Hutchins Unit to Parkland Hospital. Officer T. Cain, COV and Officer T. Inniss, CO4, served as the transport officers. Duty Warden Balden Polk was notified of the incident and the transport at approximately 0330 hours. Warden Jeff Pringle was notified at approximately 0500 hours.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
CORRECTIONAL INSTITUTIONS DIVISION
INTER-OFFICE COMMUNICATION

**To:** Whom it may concern

**Date:** July 22, 2011

**From:** Sgt. Tate

**Subject:** Offender McCollum  C7

At approx. 0215 a.m. I was called to C2 building regarding an offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure. I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional staff was called to assist in removing him from the bunk. Lt. Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The transport left the Unit at approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank-You, Sgt. Tate

SO-4

McCollum 04280

Texas Department of Criminal Justice
## Correctional Institutions Division
### *Inter-Office Communications*

**To:** Sanders, Sandrea                        **Date:** July 22, 2011
Lieutenant Correctional Officer

**From:** Clark, Richard                          **Subject:** McCollum, Larry #1721640
Correctional Officer

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Texas Department of Criminal Justice
## Correctional Institutions Division
### *Inter-Office Communications*

| | | | |
|---|---|---|---|
| **To:** | Sanders, Sandrea | **Date:** | July 22, 2011 |
| | Lieutenant Correctional Officer | | |
| **From:** | Jolayemi, Adetoun | **Subject:** | McCollum, Larry #1721640 |
| | Correctional Officer | | |

On July 22, 2011approximately 0210 for 0200 count getting to C7 dorm. Offender McCollum, Larry #1721640 was found having a seizure. I Officer Jolayemi did call for supervisor and back up.

SO4

McCollum 04282

Texas Department of Criminal Justice
## Correctional Institutions Division
### *Inter-Office Communications*

| To: | All Concerned | Date: | July 24, 2011 |
|---|---|---|---|

| From: | Balden Polk | Subject: | Offender McCollum, Larry |
|---|---|---|---|
| | Assistant Warden Hutchins Unit | | #1721640 Visitation |

Effective July 24, 2011, I have approved the following person(s) to visit Offender McCollum, Larry #1721640 at Parkland Hospital. The visits will be accordance with the Agency Visitation Policy.

Hours: 8:00am – 8:00pm

1. Sandra McCollum - Wife
2. Davalene Schmidt – Daughter
3. Margaret Martin – Daughter
4. Stephanie McCollum - Daughter
5. Stephen McCollum - Son
6. Terry McCollum – Brother
7. Ronnie McCollum – Brother
8. Michelle McCollum – Sister – in Law

Any other will require approval from the Unit Administration.

*Balden Polk*
APPROVED
7/24/11

SO-4

McCollum 04283

```
***                     S Y S M   O U T B A S K E T   P R I N T

MESSAGE ID: 921970        DATE: 07/29/11  TIME: 02:43am  PRIORITY: 000

SUBJECT:    OFFENDER DEATH


BE ADVISED THAT ON THURSDAY, JULY 28, 2011 AND AT 2335 HOURS, OFFENDER
MCCOLLUM, LARRY TDCJ# 1721640/ NR PROCESSING, WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN THE MICU- RM 911. OFFENDER
MCCOLLUM WAS A WHITE MALE, 58 YEARS OF AGE, STANDING 5'10" AND WEIGHING
320 POUNDS; SERVING A 12 MONTH SENTENCE FOR FORGERY OUT OF MCCLENNAN
COUNTY. THE NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH, UPON
COMPLETION OF THE OIG INVESTIGATION, ARRANGEMENTS WERE BEING MADE FOR
THE FAMILY TO TAKE POSSESSION OF THE REMAINS. CARNES FUNERAL HOME IN
TEXAS CITY, TEXAS WAS NOTIFIED OF THE INCIDENT.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:    PME0294            MESHACK, PAMELA            (to)
            HJUNT06            WILLIAMS, SANDRA           (to)
            HJCNT25            SUPERVISOR, COUNTROOM      (to)
            MKE8240            KECK, MICHAEL R.           (to)
            GBA0721            BARTHOLF, GENE             (to)
            JCA9752            CAMPOS, JULIAN             (to)
```

McCollum 04284

Texas Department of Criminal Justice
# CORRECTIONAL INSTITUTIONS DIVISION
## *Inter-Office Communication*

**To:** Emergency Action Center      **Date:** July 29, 2011

**From:** Officer H. Rayford, COIV      **Subject:** Offender McCollum, Larry #1721640

At 2335 Dr. Ramirez and Dr. Charles Owens pronounced offender McCollum, Larry #1721640 deceased. I Officer Rayford instructed Officer Bowser to call the unit. At approximately 2340 family members exited the room. At approximately 2350 RN Nicole entered the room to turn off machines which took approximately 5 minutes. From this point in time the offender's room was completely sealed off. At approximately 0015, Sgt. R. Mark arrived onto the scene. At 0030 Major May arrived and entered the room. At 0040, OIG Mr. Keck arrived on the scene. Mr. Keck cleared the scene at 0120.

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communication*

**To:**   Emergency Action Center                     **Date:**   July 29, 2011

**From:**   Officer T. Bowser                         **Subject:**   Offender McCollum, Larry #1721640

At approximately 2335, Dr. Ramirez entered the room of offender Larry McCollum TDCJ number 1721640 declaring said offender deceased. Third shift Lieutenant Sanders was notified. At approximately 2340, twelve (12) family members exited the room. At 2350, RN Nicole entered MICU 911 to turn off the morphine said offender was receiving. She also retrieved a serial number off of the equipment in the patient's room. At 0015, Sergeant Mark arrived, but did not enter the patient's room. At 0030, Major May arrives, enters the room and exited at 0032. At 0040, OIG Officer Keck arrives and enters the room at 0044. At 0050, Captain Session arrives, enters the patients room with Major May, OIG and Officer Rayford. At 0058, Major May, OIG and Officer Rayford exit the room. At 0120, OIG Mr. Keck clears the scene.

J. Bowser

McCollum 04286

Offender Larry McCollum TDCJ #1721640 DOB 04/04/1953





```
CSHS1802            T.D.C.J. - INSTITUTIONAL DIVISION         DATE: 07/29/11
                  HEALTH SUMMARY FOR CLASSIFICATION SYSTEM    TIME: 07:05:12
                                   INQUIRY
TDCJ-ID #: 01721640   SID #: 03950494              P   U   L   H   E   S
NAME: MCCOLLUM,LARRY GENE                          -------------------------
HT 5'10"   WT 000                                  | 1 | 1 | 1 | 1 | 1 | 1 |
DOB: 04 04 1953                                    |---|---|---|---|---|---|
UNIT:          HOUSING:                            | A | A | A | A | A | A |
JOB:                                               |---|---|---|---|---|---|
                                                   |   |   |   |   |   | H |
RESTRICTIONS                                       -------------------------
UNIT: NO RESTRICTION                    TRUSTY CAMP SUITABLE: Y
HOUSING: NO RESTRICTION                 WHEELCHAIR USE: NO RESTRICTI
BUNK: NO RESTRICTIONS        ROW: NO RESTRICTIONS
WORK: NO RESTRICTIONS
DISCIPLINARY PROCESS: NO RESTRICTION


INDIVIDUALIZED TREATMENT PLAN:


TRANSPORTATION RESTRICTIONS: NO RESTRICTION
REVISED BY: REDDY/SMITH                 REVISED DATE: 07 20 2011
PF1 -HELP  PF3 -MENU  PF4 -ADDITIONAL INFO  PF7 -UP  PF8 -DOWN
ENTER NEXT REQUEST:/TDCNO: _____   OR SIDNO: _____
```

**APPENDIX 036**
EAC-34

McCollum 04288

# OFFENDER DEATH

**EAC Incident No.**  I-10671-07-11

**Date/time of incident**  July 28, 2011/ 2335 hours

**Specific location of incident**  Parkland Hospital, MICU Room 911

## *Offender(s) Information*

| Name | TDCJ# | Race | Sex | Age | Custody |
|------|-------|------|-----|-----|---------|
| McCollum, Larry | 1721640 | W | M | 58 | NR |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Preliminary cause of death**  Respiratory Failure/ Neurological Failure

**Was deceased receiving medical treatment at the time of death?**  Yes ___  No  X

**If Yes, type of treatment**  _____

**Name and title of person who pronounced offender deceased**  Charles Owens, MD

**Official date and time offender was pronounced deceased**  July 28, 2011/ 2335

**Name of Justice of the Peace who ordered inquest**  N/A

**Is foul play suspected in the death of the offender?**  Yes ___  No  X

**OIG investigator notified?**  Yes  X  No ___  If yes, name  Michael Keck

**Family notified?**  Yes  X  No ___  If yes, by whom?  Present at Time of Death

  **Relationship of family member to offender**  Wife

**Huntsville Funeral Home notified?**  Yes  X  No ___  If yes, by whom?  Lt. Sandrea Sanders

**Classification and Records notified?**  Yes  X  No ___  If yes, name  By email
*(It is very important that Classification and Records be aware of family's notification, since that is
The department responsible for sending a telegram to the family.)*

Sandrea Sanders, Lieutenant
**Name of Person Reporting Incident**

Ms. Crumbley
**Name of Person Notified at EAC**

McCollum 04289



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**



**Office of the Medical Examiner**
**Cause of Death Report**

## Case: IFS-11-10161 - ME

**Decedent: McCollum, Larry Gene**   58 years White Male    DOB: 04/04/1953

An Autopsy was performed and the cause of death is:

**Pending**

Manner of Death: **Pending**

Pending Issues:

    Toxicology

    Histology

Examining Pathologist: Keith Pinckard, M.D., Ph.D.

Keith Pinckard M.D., Ph.D.
07/29/2011

Related Agencies:

Forensic Pathology                                2
Texas Office Of The Attorney General
Texas Department of Criminal Justice
  Institute of Forensic Sciences



*Accredited by The National Association of Medical Examiners*



SOUTHWESTERN
INSTITUTE OF FORENSIC SCIENCES
DALLAS

Office of the Medical Examiner

Autopsy Report



COPY

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**Case: IFS-11-10161 - ME**

**Decedent: McCollum, Larry Gene**   58 years White Male   DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)

Time of Death: 11:35 PM (Actual)

Examination Performed: 07/29/2011 09:30 AM

---

**ORGAN WEIGHTS:**

| | | |
|---|---|---|
| Brain: 1,600 g | Right Lung 700 g | Right Kidney: 260 g |
| Heart: 550 g | Left Lung: 500 g | Left Kidney: 280 g |
| Liver: 2,590 g | Spleen: 250 g | |

---

EXTERNAL EXAMINATION

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

IDENTIFYING MARKS AND SCARS

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

EVIDENCE OF TREATMENT



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



**COPY**

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

Page 2 of 6

- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connected to a bag containing fecal material
- Needle puncture wounds in both thighs in the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal

## EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

## INTERNAL EXAMINATION

BODY CAVITIES: Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

HEAD: See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal



*Accredited by The National Association of Medical Examiners*

IFS-11-10161  Page 3 of 6

McCollum, Larry Gene

abnormalities.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

GASTROINTESTINAL SYSTEM: The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart: myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung: vascular congestion.

Liver: moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney: No significant pathologic alteration is identified.

Spleen: diffuse hypocellularity with depletion of both the red and white pulp.



*Accredited by The National Association of Medical Examiners*

McCollum 04293

IFS-11-10161

McCollum, Larry Gene



## TOXICOLOGY:

**Evidence Submitted:**

The following items were received by the Laboratory from the Office of the Medical Examiner

004: Biohazard Bag

004-001: Blood, femoral - gray top tube

004-002: Blood, femoral - gray top tube

004-003: Blood, femoral - gray top tube

004-004: Blood, femoral - gray top tube

004-005: Blood, femoral - red top tube

004-006: Vitreous - red top tube

004-007: Skeletal muscle - plastic tube

**Blood, postmortem**

**Acid/Neutral Screen (GC/MS)**
negative (004-001)

**Alcohols/Acetone (GC)**
negative (004-002)

**Alkaline Quantitation (GC, GC/MS)**
negative (004-001)

**Opiate Narcotics (GC/MS)**
0.107 mg/L morphine (004-002)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (004-006)

**Opiate Narcotics (GC/MS)**
0.046 mg/L morphine (004-006)



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



## FINDINGS:

1. Hypermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

## CONCLUSIONS:

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**    Accident



*Accredited by The National Association of Medical Examiners*

McCollum 04295

IFS-11-10161

McCollum, Larry Gene

Page 6 of 6



DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

10 26 2011

Keith Pinckard, M.D., Ph.D.

Medical Examiner



Accredited by The National Association of Medical Examiners

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: KCL9737 - CLEERE, KATHY          EMERGENCY ACTION CENTER
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * *              S Y S M   I N B A S K E T   P R I N T
```

MESSAGE ID: 881758       DATE: 07/11/12  TIME: 04:33pm  PRIORITY: 000

TO:        KCL9737 - CLEERE, KATHY
           PROGRAM SUPERVISOR V
           EMERGENCY ACTION CENTER
           861-A IH45 NORTH
           HUNTSVILLE, TEXAS 77342-0099
           E-MAIL:
           KATHY.CLEERE@TDCJ.STATE.TX.US

FROM:      MBA9072 - VALDEZ, MAGDALENA
           LEGAL ASSISTANT I
           OFFICE OF THE GENERAL COUNSEL
           209 W. 14TH, SUITE 500
           AUSTIN, TEXAS 78701
           MAGDALENA.VALDEZ@TDCJ.STATE.T
           X.STATE.US

SUBJECT:   OFFENDER DEATH


                    NOTICE TO RETAIN RECORDS
           *** YOU DO NOT NEED TO SEND ANYTHING ***

TO: JEFFERY PRINGLE       HUTCHINS STATE JAIL WARDEN & OTHER PERSONNEL
    SHANNON KERSH         TDCJ SERIOUS INCIDENT REVIEW ADMIN
    KATHY CLEERE          TDCJ EMERGENCY ACTION CENTER ADMIN
    CHERIE MILLER         TDCJ ADMINISTRATIVE REVIEW & RISK MANAGEMENT
FROM: OFFICE OF THE GENERAL COUNSEL, TDCJ

RE: ESTATE OF LARRY GENE MCCOLLUM  1105538, (1721640) V. TDCJ, ET AL; CAUSE
    312CV2037; FILED IN THE T USDC NORTHERN DISTRICT DALLAS DIVISION OF TEXAS

SUMMARY OF INCIDENT/EVENT:  PLAINTIFFS ALLEGE THEIR FATHER, OFFENDER LARRY
 GENE MCCOLLUM, BECAUSE OF THE HEAT AT THE HUTCHINS STATE JAIL


PURSUANT TO TEXAS GOVT. CODE 441.187(B) DO NOT DESTROY ANY FILES,
REQUESTED OR NOT, RELATED TO THIS CAUSE OF ACTION, UNTIL RESOLUTION
OF SAID ACTION. DESTRUCTION OF THESE RECORDS WHILE THE ABOVE-CAPTIONED
CAUSE OF ACTION IS PENDING COULD RESULT IN SERIOUS CONSEQUENCES
TO THE AGENCY. ACCORDINGLY, THESE RECORDS MUST BE RETAINED UNTIL
YOU ARE NOTIFIED THAT THEY MAY BE DESTROYED.

THIS OFFICE IS REQUESTING THAT YOU RETAIN THE RELEVANT FILES/INFORMATION
IN REFERENCE TO THE ABOVE INCIDENT BEYOND ANY RETENTION PERIOD STATED IN
THE TDCJ RECORDS RETENTION SCHEDULE. OGC IS NOT ASKING FOR COPIES OF THE
RECORDS AT THIS TIME, ONLY THAT THE RECORDS BE RETAINED BY THE

APPROPRIATE RECORDS CUSTODIAN FOR USE IN ANY CLAIM OR LITIGATION
WHICH MAY ARISE. IN ADDITION TO ANY OTHER RELEVANT RECORDS:

RETAIN THESE SPECIFIC RECORDS:
  GRIEVANCE / DISCIPLINARY / UNIT CLASSIFICATION / CENTRAL CLASSIFICATION /
  UNIT MEDICAL / MEDICAL ARCHIVES / UTMB / TEXAS TECH / DEATH CERTIFICATE/
  AUTOPSY / DEATH SUMMARY REPORT / EAC REPORT / ADMINISTRATIVE REVIEW /
  SERIOUS INCIDENT REVIEW / INCIDENT REPORT / OIG INVESTIGATION /
  STATE VEHICLE ACCIDENT REPORT / REPORT OF INQUIRY /
  SUPERVISOR'S REPORT OF INJURY / OFFENDER TRAINING RECORDS

RECORDS INCLUDE INFORMATION STORED ON ELECTRONIC MEDIA, E.G., E-MAIL

Sent to:    CCO4161          COZART, CAROL           (to)
            PCA4742          CAULEY, PANDORA         (to)
            JPR6236          PRINGLE, JEFF           (to)
            RST0054          STORIE, ROY             (to)
            KCL9737          CLEERE, KATHY           (to)
            CMI0673          MILLER, CHERIE          (to)
            SKE8631          KERSH, SHANNON          (to)

McCollum 04298

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF WALKER | § |

BEFORE ME, the undersigned authority, personally appeared Kathy Cleere, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is Kathy Cleere. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated."

"I am employed as a Program Supervisor III for the Texas Department of Criminal Justice ("TDCJ") Emergency Action Center located in Huntsville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ."

"I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here."

Attached are copies of the records of offender **McCollum, Larry G. TDCJ #1721640** described as **"Copy of any/all EAC reports/files/investigations related to the above listed offender with a date of incident 7-28-11 / Cause #3:12-CV-2037 / Estate of Larry McCollum v. TDCJ, et al"**, which were requested.

_Kathy Cleere_
Kathy Cleere, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on July 10, 2012 by the said Kathy Cleere, to certify which, witness my hand and seal of office.

_Michelle Whitecotton_
Notary Public in and for the State of Texas

Michelle Whitecotton
Notary Public
STATE OF TEXAS
Commission Exp. 03-03-
**Notary without Bond**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: KCL9737 - CLEERE, KATHY          EMERGENCY ACTION CENTER    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * *             S Y S M   I N B A S K E T   P R I N T                      *
```

MESSAGE ID: 831526       DATE: 07/02/12  TIME: 03:22pm  PRIORITY: 999

TO:           KCL9737 - CLEERE, KATHY
              PROGRAM SUPERVISOR V
              EMERGENCY ACTION CENTER
              861-A IH45 NORTH
              HUNTSVILLE, TEXAS 77342-0099
              E-MAIL:
              KATHY.CLEERE@TDCJ.STATE.TX.US

FROM:         LOU9260 - OUTLAW, LARRY
              LEGAL ASSISTANT II
              OFFICE OF THE GENERAL COUNSEL
              209 West 14th,Suite 500
              AUSTIN, TX  78701
              LARRY.OUTLAW@TDCJ.STATE.TX.US


SUBJECT:    TORT RECORDS REQUEST


TO: EMERGENCY ACTION CENTER-HUNTSVILLE            DATE: 07 / 02 / 2012
FROM: OFFICE OF THE GENERAL COUNSEL

RE: NAME:     MCCOLLUM, LARRY G.
    TDCJ#:    1721640
    CAUSE NUMBER: ESTATE OF LARRY MCCOLLUM V.TDCJ,ETAL   3:12-CV-2037

THIS OFFICE IS REQUESTING RELEVANT FILES IN REFERENCE TO THE ABOVE
NAMED LITIGATION TO BE USED IN ACCORDANCE WITH A COURT HEARING.
PLEASE FORWARD TWO (2) CERTIFIED COPIES WITH TWO (2) ORIGINAL
AFFIDAVITS OF THE FOLLOWING RECORDS TO THE UNDERSIGNED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
THE ATTORNEY GENERAL HAS REQUESTED THE FOLLOWING RECORDS BE PRODUCED:

1. COPY OF ANY/ALL EAC REPORT/FILE/INVESTIGATION RELATED TO THE ABOVE
   LISTED OFFENDER WITH A DATE OF INCIDENT 07/28/11 AT THE HUTCHINS
   STATE JAIL WITH SUPPORTING AFFIDAVIT.



OFFENDER DIED ON 7/28/11 AT THE HUTCHINS STATE JAIL

                    I - 10671-07-11

THANKS FOR ALL YOU DO

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THESE RECORDS ARE NEEDED IN THIS OFFICE NO LATER THAN 07 / 20 / 2012 .
IF AFTER A DILIGENT SEARCH NO PERTINENT INFORMATION OR DOCUMENTS CAN
BE COLLECTED, PLEASE SEND TWO (2) ORIGINAL AFFIDAVITS STATING SUCH.
THEY ARE NECESSARY FOR USE IN REPRESENTING THE LEGAL INTEREST OF TDCJ
OFFICIALS.

THIS OFFICE IS REQUESTING THAT YOU RETAIN THE FILES/INFORMATION LISTED
ABOVE, AS WELL AS ANY OTHER INFORMATION WHICH MAY BE RELEVANT, BEYOND
ANY RETENTION PERIOD STATED IN THE TDCJ RECORDS RETENTION SCHEDULE.

PURSUANT TO TX. GOVT. CODE 441.187(B), DO NOT DESTROY ANY FILES,
REQUESTED OR NOT, RELATED TO THIS CAUSE OF ACTION, UNTIL RESOLUTION
OF SAID ACTION.  DESTRUCTION OF THESE RECORDS WHILE THE ABOVE-CAPTIONED
CAUSE OF ACTION IS PENDING, COULD RESULT IN SERIOUS CONSEQUENCES TO THE
AGENCY.  ACCORDINGLY, THESE RECORDS MUST BE RETAINED UNTIL YOU ARE
NOTIFIED THAT THEY MAY BE DESTROYED.

U.S. MAILING ADDRESS:                    TDCJ-OFFICE OF THE GENERAL COUNSEL
PLEASE DO NOT SEND BY TRUCK MAIL         P.O. BOX 13084
                                         AUSTIN, TEXAS 78711

PHYSICAL ADDRESS:                        TDCJ-OFFICE OF THE GENERAL COUNSEL
(FED-EX  PLEASE MAKE SURE TO MARK        PRICE DANIEL, SR. BUILDING
PAYMENT OPTION #7, BILL RECIPIENT        209 WEST 14TH STREET,
AND USE ACCOUNT #396786168 AND           SUITE 500
REFERENCE NAME OGC)                      AUSTIN, TEXAS 78701

THANK YOU FOR YOUR ASSISTANCE.  IF YOU HAVE ANY QUESTIONS OR ARE
UNABLE TO COMPLY WITH THIS REQUEST, PLEASE CONTACT THE OFFICE OF THE
GENERAL COUNSEL RECORDS PRODUCTION COORDINATOR AT (512) 463 7803,
FAX (512) 936 2159.

UNIT/DEPARTMENT          SALARY GROUP          ESTIMATED STAFF-HOURS

Sent to:    PSO1305          BROCK, PEGGY          (to)
            KCL9737          CLEERE, KATHY         (to)

From: (936) 437-6029
Stacey L. Sallee
TDCJ-EAC
861-A I.H. 45 North

Huntsville, TX 77320

Origin ID: CXOA

FedEx
Express

E

Ship Date: 10JUL12
ActWgt: 1.0 LB
CAD: 101476069/INET3300

Delivery Address Bar Code

Ref # OGC
Invoice #
PO #
Dept #

SHIP TO: (512) 463-7803     BILL RECIPIENT

**Larry Outlaw**
**TDCJ - OGC**
**209 W 14TH ST STE 500**
**PRICE DANIEL, SR, BUILDING**
**AUSTIN, TX 78701**

WED - 11 JUL A1
**STANDARD OVERNIGHT**

TRK# 7986 0524 1002
0201

**78701**
TX-US
**AUS**

# A8 AUSA



515G1/E052/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

McCollum 04302

I- 10671 - 07-11

S-11-10161

McCollum, Larry Gene

1721640



COPY

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCE

Page 5 of 6

**FINDINGS:**

1. Hyperthermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

**CONCLUSIONS:**

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**     Accident

NATURAL

HEAT RELATED

Received

DEC 6

EAC

*Accredited by The National Association of Medical Examiners*

McCollum 04303

TM
Death

I-10671-07-11

```
*************************************************************
*** REQUESTOR: KCR3307 - CRUMBLY, KYLA        EMERGENCY ACTION CENTER
*************************************************************
***            S Y S M   E N B A S K E T   P R I N T

MESSAGE ID: 221984      DATE: 07/29/11  TIME: 03:05    PRIORITY: 000

TO:       HUQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     GBA0721 - BARTHOLF, GENE
          CHAPLAIN
          HUTCHINS JAIL FACILITY

SUBJECT:  DEATH NOTIFICATION


*****************DEATH NOTIFICATION*****************
INMATE: MCCOLLUM, LARRY              TDCJ# 1721640
DATE OF DEATH: 07/28/2011
CUSTODY: MB        STATUS:           RACE: WHITE      DOB: 04/04/53 AGE: 58
CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P   DOCTOR: CHARLES OWENS, MD
PLACE OF DEATH: PARKLAND HOSPITAL
DUTY WARDEN: MAJOR TERRY MAY         TIME: 3335
JUSTICE OF THE PEACE:                TIME:
TDCJ-ID-IAD: MICHAEL KECK            TIME: 3340
CARNES FUNERAL HOME: HOLLIE AHMAD    TIME: 0000
CHAPLAIN: GENE BARTLOFF              TIME: 3345
EAC: MS. CRUMBLEY                    TIME: 0101
APPROVAL OF AUTOPSY BY N.O.K. ( X )YES   ( )NO   ( ) UNABLE TO CONTACT
N.O.K. SANDRA MCCOLLUM       TIME 2335    HRS   PHONE PRESENT
ADDRESS: 4022 E. HARRISON #9   FAMILY WILL( X ) WILL NOT( ) CLAIM BODY
ADDRESS: WACO, TEXAS 76705
LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE


Sent to:  HSMA016           DEATH RECS/CAROLYN MCMILLIAN  (to)
          HUWAR01           HUNTSVILLE_WARDENS_OFFICE     (to)
          CHAPSUP           HARDIN, LAWANA                (to)
          HUEAC01           CENTER, EMERGENCY ACTION      (to)
          CA97272           ASHWORTH, CARISE              (to)
          KEN2430           ENLOE, KELLY                  (to)
```

*TK*
*Death*

*Offender*
*Death*

```
*** ****************************************************************
*** REQUESTOR: KCR3397 - CRUMBLY, KYLA          EMERGENCY ACTION CENTER
*** ****************************************************************
***                 C Y S M   I N B A S K E T   P R I N T

MESSAGE ID: 931950        DATE: 07/29/11  TIME: 02:23   PRIORITY: 000

TO:          HQEAC01 - CENTER, EMERGENCY ACTION
             GENERAL TERMINAL
             EMERGENCY ACTION CENTER

FROM:        SSA6871 - SANDERS, SANDREA
             LIEUTENANT
             HUTCHINS JAIL FACILITY

SUBJECT:     OFFENDER DEATH
```

EAC USE ONLY:  DATE REPORTED: ....7/29/11......TIME REPORTED: 0101....

```
EMERGENCY ACTION CENTER INCIDENT NO:  I - 10471 - 07 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -     --     --
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HJ   REGION II   DATE OCCURRED: 07 / 28 / 2011   TIME OCCURRED: 2335P
SPECIFIC LOCATION: MICU-RM 911
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED: X YES   NO
WAS INCIDENT RACIALLY MOTIVATED:   YES  X NO


                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)      TDCJ NO     CUST  RACE  SEX  AGE  INJ  A-V
  MCCOLLUM, LARRY                  1731640      NR    W    M    53   N
                  W/M/58/TR



WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL; 5200 HARRY HINES BLVD.; DALLAS, TX 75346
```

TREATMENT: N/A

## EMPLOYEE INFORMATION
NAME (LAST, FIRST M)                SSN        RACE    SEX    AGE        RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 28 / 2011   TIME: 23 : 35 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CHARLES OWENS, MD
COUNTY WHERE DEATH OCCURRED: DALLAS
PRELIMINARY CAUSE OF DEATH: RESPIRATORY FAILURE/ NEUROLOGICAL FAILURE
NEXT OF KIN NOTIFIED X YES   NO  DATE: 07 / 28 / 2011   TIME: 33 : 35
NAME OF NOK: SANDRA MCCOLLUM
HUNTSVILLE FUNERAL HOME NOTIFIED X YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

### DESCRIPTION OF WEAPON(S) CONTRABAND
N/A

### CHEMICAL AGENT INFORMATION
AMOUNT              LIST TYPE              AUTHORIZATION
N/A

WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES   YES X N

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES      NO X

### IF YES, INDICATE APPLICABLE
PARCEL SCANNER                        N/A
WALK THROUGH METAL DETECTOR           N/A
HAND HELD METAL DETECTOR              N/A
B.O.S.S. CHAIR                       N/A
VIDEO SURVEILLANCE                    N/A
HEARTBEAT DETECTION SYSTEMS           N/A
BODY ALARM                            N/A
PERIMETER FENCE DETECTION SYSTEMS     N/A

**APPENDIX 054**
EAC-52                    McCollum 04306

```
STAB-RESISTANT VEST                             N/A
NARCOTIC DETECTOR CANINE                        N/A
CELL PHONE DETECTOR CANINE                      N/A
PACK CANINES                                    N/A
S.A.R. CANINES                                  N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM          N/A
OTHER:  N/A
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
 ON THURSDAY, JULY 28, 2011, AT 2335  HOURS, THE HUTCHINS UNIT ADMINISTRATION
  REPORTED AN OFFENDER DEATH BY RESPIRATORY FAILURE/ NEUROLOGICAL FAILURE OF
 OFFENDER MCCOLLUM, LARRY, TDCJ  1721640/ NR PROCESSING, A 58 YEAR-OLD WHITE
 MALE STANDING 5'10" TALL AND WEIGHING 320 POUNDS; SERVING A 12-MONTH SENTENCE
  FOR FORGERY OUT OF MCLENNAN COUNTY.

 ON THURSDAY, JULY 28, 2011 AT APPROXIMATELY 1725 HOURS, THE BREATHING TUBES
 WERE REMOVED FROM OFFENDER MCCOLLUM AND AT 2335 HOURS, DR. CHARLES OWENS AND
 INTERN PHYSICIAN RIGOBERTO RAMIREZ PRONOUNCED THE OFFENDER DECEASED.
 MR. MICHAEL KECK OF THE OFFICE OF THE INSPECTOR GENERAL TOOK POSSESSION OF
 THE REMAINS. UPON COMPLETION OF THE OIG INVESTIGATION, THE REMAINS WERE TAKEN
  TO THE MORGUE AT PARKLAND HOSPITAL. CARNES FUNERAL HOME IN TEXAS CITY, TX.,
 WAS CONTACTED AT 0000 HOURS. OFFENDER MCCOLLUM'S NEXT OF KIN WAS PRESENT AT
 THE TIME OF DEATH AND AN AUTOPSY HAS BEEN REQUESTED. ARRANGEMENTS ARE BEING
 MADE FOR THE FAMILY TO CLAIM AND TAKE POSSESSION OF THE REMAINS. ANY FURTHER
 ADDITIONAL INFORMATION WILL BE FORWARDED AS IT IS RECEIVED.

 DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED OF THE INCIDENT AT 2340 HOURS.
 MR. MICHAEL KECK OF THE OFFICE OF THE INSPECTOR GENERAL WAS NOTIFIED AT 2345
 HOURS. SENIOR WARDEN JEFF PRINGLE WAS NOTIFIED AT 2346 HOURS. HUTCHINS UNIT
 CHAPLAIN MR. GENE BARTLOFF WAS NOTIFIED AT 2351 HOURS. REGIONAL DIRECTOR
 MR. ROBERT EASON WAS NOTIFIED AT 0000 HOURS. MS. CRUMBLEY OF THE EMERGENCY
 ACTION CENTER WAS NOTIFIED AT 0101 HOURS AND ISSUED AN INCIDENT NUMBER OF
 I-10671-07-11.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SANDREA SANDERS                    DATE: 07 / 39 / 201t
AUTHORIZED BY: SENIOR WARDEN JEFF PRINGLE

Sent to:    HJEAC                    (list)                    (to)

McCollum 04308

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 2

# BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS

COUNTY OF Walker

RE: 3:12-CV-02037; Stephen McCollum, et al v. V. Livingston, et al

BEFORE ME, the undersigned authority, personally appeared Nathan Ward, who, being duly sworn by me, deposed as follows:

"My name is Nathan Ward. I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

"I am employed as a Regional Manager with the Office of the Inspector General (OIG) – Texas Department of Criminal Justice. I am the custodian of the attached records of the OIG. These records are kept by the OIG in the regular course of business, and it was the regular course of business of the OIG for an employee or representative of the OIG, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The attached record is an exact duplicate of the record on file with the Office of the Inspector General in Criminal Case File No. 2011.03006 concerning Offender Larry McCollum, TDCJ No. 01721640, as of the date of this affidavit.

_____
Nathan Ward
Regional Manager
Office of the Inspector General

SWORN TO AND SUBSCRIBED before me on this the 14th day of December 2012.

_____
NOTARY PUBLIC in and for
The State of Texas
Printed Name: Celia A Eastham
My commission expires: January 31, 2016

Celia A Eastham
Notary Public - State of Texas
My Commission Expires 1-31-2016

I

**APPENDIX 058**                              McCollum 01452

Investigation Updates

http://10.236.154.44:8180/casemgmt/pages/BlankInvestigationUpdate.j

## Summary Investigative Activities
### Case Number:2011.03006

| DATE & INITIAL | Investigative Activities |
|---|---|
| | **ACTION/COMMENTS** |
| 2011-07-29 00:00:00.0 MRK | Assigned to Region-A |
| 8/2/11 | Case Assigned to Investigator : MICHAEL KECK |
| 8-9-11 | Recieved Case file. M.Keck #246. |
| 2-13-12 | Case audit. B.Jones |
| 6/20/12 | L. HARDING #195 Case audit |
| 7-13-12 | Submitted for Review to Sr. Harding. M.Keck #246 |
| 7/17/12 | Obulet-Recrd for review |
| 7/24/12 | Harding #195 - Reviewed - to Capt. Slater. |
| 7-26-12 | OK with corrections - Caught Error |
| 7/26/12 | Harding - emailed Keck |
| 8/2/12 | Harding - recd Corrected rpt - to Records le |
| RECEIVED AUG 0 7 2012 OFFICE OF THE INSPECTOR GENERAL | |
| 8/7/12 | KEP Closed. Unable to correct date of incident In Case Mgmt to 7/28/11 (date of death), due to no longer being able to view/edit TDCJ reported to information. |

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 059**

McCollum 01453

Criminal Case Parties

http://10.236.154.44:8180/casemgmt/pages/criminalParties,



You are Logged in as MICHAEL KECK in Production Environment

## Criminal Case Parties

| Case #: 2011.03006 | | Incident Date: 07/22/2011 | | Incident Time: 03:30:00 | | Incident Location: Hutchins State Jail | | | ☑ No Suspect | |
|---|---|---|---|---|---|---|---|---|---|---|

| | Select | Last Name | First Name | Party Type | Person Type | DOB | SID # | SSN | TDCJ Number | Sex | Unknown Suspect / Victims |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | MCCOLLUM | LARRY | Victim | Offender / Parole | Apr 4, 1953 | 03950494 | ■■■ | 01721640 | Male | |
| | ☐ | SANDERS | SANDREA | Named | Employee | ■ | | ■■■ | | Female | |
| | ☐ | BOWSER | TASHAWNA | Witness | Employee | ■ | | ■■■ | | Female | |
| | ☐ | RAYFORD | HASKELL | Witness | Employee | ■ | | ■■■ | | Male | |
| | ☐ | Pinckard | Keith | Witness | Civilian | | | | | Male | |

Search Parties To Add    Add Unknown Party    View Detail    Save    Delete    Undo All    Back    Case Main
Statutes

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 060**

McCollum 01454

7/12/2012 2:54 PM



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFICE OF THE INSPECTOR GENERAL

## INCIDENT / INVESTIGATION REPORT

| | STATUTE 1: | CRIME CLASS: | DESCRIPTION: | | | ORI#: 236075C | CASE #: 2011.03006 |
|---|---|---|---|---|---|---|---|
| **Incident Data** | CCP 49.18 | | Death In Custody- Attended (Accidental) | | | | |
| | STATUTE 2: | CRIME CLASS: | DESCRIPTION: | | | | |
| | | | | | | | |
| | STATUTE 3: | CRIME CLASS: | DESCRIPTION: | | | | |
| | | | | | | | |

| | DATE OF INCIDENT: 7/28/2011 | DAY: Friday | TIME: 11:35 p.m. | DATE REPORTED: 7/28/2011 | TIME REPORTED: 11:37 p.m. | INVESTIGATED BY: Michael Keck |
|---|---|---|---|---|---|---|
| | LOCATION OF INCIDENT: Hutchins State Jail, Building C7 | | | | COUNTY OF OFFENSE /CODE: Dallas / 057 | TYPE OF PREMISES: State Prison |

**Reportee**

| PERSON REPORTING INCIDENT: NAME: (LAST, First, MI) Sanders, Sandrea | DOB: | RACE: B | SEX: Female | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: |
| BUSINESS ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | | | EMPLOYER: Texas Department of Criminal Justice | | |
| OCCUPATION: Lieutenant of Correctional Officers | | | ADDITIONAL INFORMATION: | | |

**Victim**

| VICTIM #1: NAME: (LAST, First, MI) McCollum, Larry Gene | DOB: | RACE: W | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: 1721640 |
|---|---|---|---|---|---|
| HOME ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: |
| BUSINESS ADDRESS: | | | EMPLOYER: | | |
| OCCUPATION: TDCJ Offender | | | ADDITIONAL INFORMATION: | | |

**Witness**

| WITNESS #1: NAME: (LAST, First, MI) Bowser, Tashawna | DOB: | RACE: B | SEX: Female | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | | PRIMARY TELEPHONE #: 972-225-1304 | SECONDARY TELEPHONE #: |
| BUSINESS ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | | | EMPLOYER: Texas Department of Criminal Justice | | |
| OCCUPATION: Correctional Officer | | | ADDITIONAL INFORMATION: | | |

ADDENDUM ATTACHED NO

**SUMMARY:**

On July 22, 2011, Offender Larry McCollum, TDCJ # 1721640, was discovered by security staff of the Hutchins State Jail having seizures while in his assigned bed. McCollum was transferred by ambulance to Parkland Hospital in Dallas, Texas. McCollum was admitted to the Intensive Care Unit and treated for hyperthermia. His condition continued to worsen and on July 28, 2011, he was pronounced dead at 11:35 p.m.

Investigator's Signature                     ID# 246          DATE 7-31-12

Approving Supervisor's Signature            ID# 195          DATE 8/2/12

CC-0240 Draft (05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 061

Page 1 of 5

McCollum 01455

INCIDENT/INVESTIGATION REPORT

CASE #: 2011.03006

## ADDITIONAL: VICTIMS, WITNESSES OR NAMED PARTIES

| Witness #2 | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| Rayford, Haskell | | B | Male | | |
| HOME ADDRESS: | | PRIMARY TELEPHONE #: 972-225-1304 | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER: Texas Department of Criminal Justice | | | |
| 1500 E. Langdon Rd., Dallas, Texas 75241 | | | | | |
| OCCUPATION: Correctional Officer | | | | | |

| Witness #3 | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| Pinckard, Keith | | W | Male | | |
| HOME ADDRESS: | | PRIMARY TELEPHONE #: 214-920-5900 | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER: Southwestern Institute of Forensic Sciences | | | |
| 2355 North Stemmons Freeway . Dallas, Texas 75207 | | | | | |
| OCCUPATION: Medical Examiner | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | PRIMARY TELEPHONE #: | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER: | | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | PRIMARY TELEPHONE #: | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER: | | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | PRIMARY TELEPHONE #: | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER: | | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | PRIMARY TELEPHONE #: | | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | EMPLOYER | | | |
| OCCUPATION: | | | | | |

Investigator's Signature    ID# 246    DATE 7-31-12

Approving Supervisor's Signature    ID#    DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 062

McCollum 01456

INCIDENT/INVESTIGATION REPORT                                                                          CASE #: 2011.03006

## INTRODUCTION:

My name is Michael Keck; I am a Criminal Investigator with the Texas Department of Criminal Justice, Office of the Inspector General, Investigations Division- Region A and I conducted this investigation.

## REPORTEE'S STATEMENT:

Lieutenant Sandrea Sanders of the Hutchins State Jail called and reported that Offender Larry McCollum had died on July 28, 2011, at 11:35 p.m. at Parkland Hospital in Dallas, Texas.

## CRIME SCENE DESCRIPTION:

This incident occurred at the Texas Department of Criminal Justice, Hutchins Unit, located at 1500 E. Langdon Rd., Dallas, Texas, 75241. Specifically, this incident occurred at Building C7 Dorm. This building is constructed of metal and houses inmates in a dorm style setting. There are multiple bunk beds, with top and bottom beds, constructed of metal. However, this incident concluded at Parkland Hospital's Intensive Care Unit.

## INVESTIGATOR'S NARRATIVE:

On July 22, 2011, at approximately 3:00 a.m., Offender McCollum, Larry, TDCJ # 1721640, was discovered by Hutchins State Jail Security Staff in his assigned bunk having a seizure. McCollum was taken to the medical department where it was determined he should be transported to a local hospital. McCollum was transported to Parkland Hospital in Dallas, Texas, and his condition was assessed. McCollum was listed in critical condition and placed on a ventilator. McCollum was admitted to the Intensive Care Unit.

On July 28, 2011, I received a call from Lt. Sandrea Sanders of the Hutchins State Jail at 11:37 p.m. She stated that Offender Larry McCollum, TDCJ # 1721640, who was at Parkland Hospital died at 11:35 p.m. this date. I responded to Parkland Hospital in Dallas and arrived at 12:32 a.m. I went to the ICU Room 911 where Correctional Officers Tashawna Bowser and Haskell Rayford identified the body of Offender McCollum to me. I examined and photographed the body and did not find any evidence of assault or trauma. I completed the Investigator's Report of Custodial Death. I made contact with Offender McCollum's daughter, and informed her I would be investigating the death of Offender McCollum. I spoke with Kristi George of the Dallas County Medical Examiner's Office who advised that they would be conducting an autopsy. Also, I spoke with Dr. Charles Owens who advised that death may have been caused by hyperthermia and he wanted an autopsy. I cleared the scene at 1:20 a.m. and escorted the body to the Parkland Hospital Morgue where it was secured until release to the Dallas County Medical Examiner.

I conducted an interview with Correctional Officer Tashawna Bowser. Bowser gave a voluntary written statement. Bowser stated that on July 28, 2011, she was assigned to maintain custody of Offender McCollum at Parkland Hospital ICU Room 911. Bowser stated that on July 28, 2011, at approximately 11:35 p.m., McCollum died. Bowser stated that she maintained care and control of McCollum's body until I arrived and she was relieved by her supervisor.

I conducted an interview with Correctional Officer Haskell Rayford. Rayford gave a voluntary written statement. Rayford stated that on July 28, 2011, he was assigned to maintain custody of Offender McCollum at Parkland Hospital ICU Room 911. Rayford stated that on July 28, 2011, at approximately 11:35 p.m., Dr.

Investigator's Signature _Michael R. Keck_                                    ID# _246_        DATE _7-31-12_

Approving Supervisor's Signature

CC-0240 Draft(05/2011)                                                                ID#              DATE

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 063                                                   McCollum 01457