Charles Owens pronounced McCollum dead. Rayford stated that the family of McCollum exited Room 911 at approximately 11:40 p.m. and that the scene was secured until he was relieved by his supervisor.

Medical records from Parkland Hospital indicated that McCollum arrived at the emergency room unresponsive, hypertensive with blood pressure 200/150, and he had a body temperature of 109.4 degrees Fahrenheit. McCollum was admitted to the Intensive Care Unit for six days and was treated for hyperthermia and multi-organ failure. After a very poor prognosis, his family opted to discontinue treatment, and McCollum's condition worsened until he died.

Medical records from the University of Texas Medical Branch (UTMB)/Correctional Managed Care indicate that McCollum was received from McClennan County, Texas, County Jail on July 15, 2011, with a history of hypertension. While in McClennan County Jail, McCollum was prescribed Clonidine, 0.1 milligrams, once per day. During the intake health screening at the Hutchins State Jail, the Clonidine was discontinued and McCollum was prescribed Hydrochlorthiazide, 25 milligrams, orally, once per day.

On July 22, 2011, at 8:00 a.m., an interior temperature reading of C Building was 86 degrees Fahrenheit taken by the Hutchins State Jail Risk/Safety Manager. A TDCJ temperature log recorded by security staff indicates the outside air temperature at 7:30 a.m. was 81 degrees Fahrenheit with a heat index of 84 degrees. TDCJ Security Staff records outside temperatures from 6:30 a.m. to 6:30 p.m. at the G security control building.

On July 29, 2011, Doctor Keith Pinckard of the Southwestern Institute of Forensic Sciences, Office of the Medical Examiner conducted a full autopsy examination of McCollum. I received a copy of Autopsy Report # IFS-11-10161-ME authored by Doctor Pinckard. The report indicated that McCollum died as the result of hyperthermia. The report indicated contributing factors included being in a hot environment without air conditioning, morbid obesity (McCollum's Body Mass Index = 49.5), and treatment with a diuretic, Hydrochlorthiazide, for hypertension. Doctor Pinckard listed the manner of death as an accident.

Based on the autopsy report, medical history, and medical records, the cause of death for Offender Larry McCollum was determined to be hyperthermia and the manner of death was accidental. No criminal offense occurred.

**VICTIM(S):**

*Larry McCollum, TDCJ # 1721640, Offender, Hutchins State Jail- Deceased*

**SUSPECT(S):**

None

**WITNESSES:**

1. *Tashawna Bowser, Correctional Officer, Hutchins State Jail* – Bowser can testify that she was at the hospital at the time of McCollum's death and maintained custody of the body until properly relieved.

2. *Haskell Rayford, Correctional Officer, Hutchins State Jail* – Haskell can testify that he was at the hospital at the time of McCollum's death and maintained custody of the body until properly relieved.

Michael L. Keck 246 7-31-12

Investigator's Signature ID# DATE

Approving Supervisor's Signature ID# DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3. *Keith Pinckard, Medical Doctor, Medical Examiner's Office* – Pinckard can testify that he performed an autopsy on McCollum's body and to his findings, conclusion, and manner of death.

**EVIDENCE:**

1. One compact disc containing digital photographs taken of McCollum deceased at Parkland Hospital. Compact disc was secured under Inventory # 2011.03006.0001 at the Hutchins State Jail, OIG Evidence Locker in Room G0250.

**DISPOSITION:**

Based on the autopsy report, medical history, and medical records, the cause of death for Offender Larry McCollum was determined to be hyperthermia and the manner of death was accidental, this case is being **Administratively Closed.**

**ATTACHMENTS:**

1. Certificate of Death # 142-11-095315.
2. Autopsy Report # IFS-11-10161-ME.
3. Investigator's Report of Custodial Death.
4. Photographs of Offender McCollum Deceased.
5. Chain of Custody for Compact Disc Containing Photographs.
6. UTMB Medical Records.
7. Parkland Hospital Medical Records.
8. Voluntary Statement of Correctional Officer Tashawna Bowser.
9. Voluntary Statement of Correctional Officer Haskell Rayford.
10. Emergency Action Center/Serious Incident Report # I-10671-07-11.
11. TDCJ Temperature Log for July 22, 2011.

Michael R. Keck 246 7-31-12
Investigator's Signature ID# DATE

Approving Supervisor's Signature ID# DATE



Copy of OIG case to Support Litigation on 12-17-2012 by ca
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

STATE OF TEXAS
CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

11-03006
Region A
MRK
1721640

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
AUG 05 2011
STATE OF TEXAS
CERTIFICATE OF DEATH
STATE FILE NUMBER 142-11-095315

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): LARRY GENE MCCOLLUM
2. DATE OF DEATH ACTUAL OR PRESUMED: 07/28/2011
3. SEX: MALE
4. DATE OF BIRTH: 04/04/1953
5. AGE-Last Birthday (Years): 58
6. BIRTHPLACE (City & State or Foreign Country): ENID, OK
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown
9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage): SANDRA SUE LAWSON
10a. RESIDENCE STREET ADDRESS: 1500 EAST LANGDON ROAD
10b. APT. NO.:
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75241
10g. INSIDE CITY LIMITS? ☐ Yes ☒ No
11. FATHER'S NAME: CHARLES HUBERT MCCOLLUM
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: WILLIE MARGARET BRESSLER
13. PLACE OF DEATH (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☐ Decedent's Home ☐ Other (Specify)
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO): DALLAS, 75235
16. FACILITY NAME (If not institution, give street address): PARKLAND MEMORIAL HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISON - LISA A D'CUNHA
18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code): 262 FM 3478 STE B, HUNTSVILLE, TX 77320
19. METHOD OF DISPOSITION: ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify)
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: PHILLIP E BUSH ,BY ELECTRONIC SIGNATURE - 113653
21. ☒ Unknown — Section / Block / Lot / Space
22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): WACO CREMATORY
23. LOCATION (City/Town, and State): WACO, TX
24. NAME OF FUNERAL FACILITY: CARNES - TDCJ
25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code): 3100 GULF FREEWAY, TEXAS CITY, TX 77591
26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.
27. SIGNATURE OF CERTIFIER: J KEITH PINCKARD , BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED (Mo/Day/Yr): 07/29/2011
29. LICENSE NUMBER: L6575
30. TIME OF DEATH (Actual or presumed): 11:35 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code): J KEITH PINCKARD 2355 N. STEMMONS FWY, DALLAS, TX 75207
32. TITLE OF CERTIFIER: M.D., PH.D

CAUSE OF DEATH
33. PART I. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH LINE.

| | Cause | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | PENDING | UNKNOWN |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST b. | Due to (or as a consequence of): | |
| c. | Due to (or as a consequence of): | |
| d. | Due to (or as a consequence of): | |

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.
34. WAS AN AUTOPSY PERFORMED? ☒ Yes ☐ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☒ No
36. MANNER OF DEATH: ☐ Natural ☐ Accident ☐ Suicide ☐ Homicide ☒ Pending Investigation ☐ Could not be determined
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Probably ☒ Unknown
38. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year
39. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
40a. DATE OF INJURY (Mo/Day/Yr)
40b. TIME OF INJURY
40c. INJURY AT WORK? ☐ Yes ☐ No
40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area)
40e. LOCATION (Street and Number, City, State, Zip Code)
40f. COUNTY OF INJURY
41. DESCRIBE HOW INJURY OCCURRED
42a. REGISTRAR FILE NO.: 0205858
42b. DATE RECEIVED BY LOCAL REGISTRAR: 08/05/2011
42c. REGISTRAR: REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED
EDR NUMBER 000000997204

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.003, 1989)

VS-112 REV 1/2006

RECEIVED
AUG 17 2011
COPIED AND SENT

Q0086901 8

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED
AUG 08 2011

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER BACKGROUND

THE STATE OF TEXAS
DEPARTMENT OF STATE HEALTH SERVICES

ARU



Copy of OIG case to Support Litigation on 12/12/2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 066**

McCollum 014






Office of the Medical Examiner

Autopsy Report

COPY
DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**Case: IFS-11-10161 - ME**

**Decedent: McCollum, Larry Gene** 58 years White Male DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)

Time of Death: 11:35 PM (Actual)

Examination Performed: 07/29/2011 09:30 AM

**ORGAN WEIGHTS:**

| | | | | | |
|---|---|---|---|---|---|
| Brain: | 1,600 g | Right Lung | 700 g | Right Kidney: | 260 g |
| Heart: | 550 g | Left Lung: | 500 g | Left Kidney: | 280 g |
| Liver: | 2,590 g | Spleen: | 250 g | | |

EXTERNAL EXAMINATION

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

IDENTIFYING MARKS AND SCARS

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

EVIDENCE OF TREATMENT





Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED






- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connec[illegible] containing fecal material
- Needle punct[illegible] ecchymosis [illegible] the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal

EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

INTERNAL EXAMINATION

BODY CAVITIES: Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

HEAD: See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal





Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED






abnormalities.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

GASTROINTESTINAL SYSTEM: The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart: myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung: vascular congestion.

Liver: moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney: No significant pathologic alteration is identified.

Spleen: diffuse hypocellularity with depletion of both the red and white pulp.




Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

IFS-11-10161

McCollum, Larry Gene






TOXICOLOGY:

**Evidence Submitted:**

The following items were received by the Laboratory from the Office of the Medical Examiner:

004: Biohazard Bag
004-001: Blood, femoral - gray top tube
004-002: Blood, femoral - gray top tube
004-003: Blood, femoral - gray top tube
004-004: Blood, femoral - gray top tube
004-005: Blood, femoral - red top tube
004-006: Vitreous - red top tube
004-007: Skeletal muscle - plastic tube

**Blood, postmortem**

**Acid/Neutral Screen (GC/MS)**
negative (004-001)

**Alcohols/Acetone (GC)**
negative (004-002)

**Alkaline Quantitation (GC, GC/MS)**
negative (004-001)

**Opiate Narcotics (GC/MS)**
0.107 mg/L morphine (004-002)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (004-006)

**Opiate Narcotics (GC/MS)**
0.046 mg/L morphine (004-006)




Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED






**FINDINGS:**

1. Hyperthermia

   a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

   b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

   c. Hospital course complicated by
      1. hypoxic-ischemic encephalopathy
      2. disseminated intravascular coagulation
      3. shock
      4. multi-system organ failure

   d. Brain swelling
      1. transtentorial herniation
      2. cerebellar tonsillar herniation and acute necrosis
      3. hypoxic-ischemic encephalopathy

2. History of hypertension

   a. Cardiac hypertrophy (heart weight = 550 grams)
   b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

**CONCLUSIONS:**

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:** Accident





Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED






10/26/2011

Keith Pinckard, M.D., Ph.D.
Medical Examiner





Copy of OIG case to Support Litigation on 12/17/2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT OF CUSTODIAL DEATH

| OIG TRANSITORY # (if necessary) | | | |
|---|---|---|---|
| | | | |

| CASE #: | EAC #: | OFFICIAL DATE & TIME OF DEATH: | AUTOPSY ORDERED? |
|---|---|---|---|
| | I-10621-87-117-28-11 | 1135 ☐ AM ☒ PM | ☒ YES ☐ NO |

| DECEDENT NAME (LAST, First, MI) | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|
| McCollum, Larry G. | W | M | 58 | 4-4-53 |

| IDENTIFICATION # | UNIT OF ASSIGNMENT | DATE & TIME FOUND |
|---|---|---|
| 1721640 | Hutchins State Jail | 7-28-11 ☐ AM ☐ PM |

| PLACE OF DEATH | CITY | COUNTY | ZIP CODE |
|---|---|---|---|
| Parkland Hospital | Dallas | Dallas | |

| J.P. / M.E. NOTIFIED (Name) | PRECINCT # | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| Dallas Co. M.E. | | ☐ AM ☐ PM | ☒ YES ☐ NO |

| PLACE OF INQUEST | DATE & TIME OF INQUEST |
|---|---|
| | ☐ AM ☐ PM |

★ LOCATION, POSITION and SURROUNDINGS of BODY ★

McCollum's body was located in the Parkland Hospital ICU Room 911 covered with a blanket.

★ SUMMARY of HOW DEATH OCCURRED ★

On 7-22-11 at 330a, offender McCollum was found in his assigned bed and appeared to be having a seizure. Emergency Medical Services arrive and transported offender McCollum to Parkland Hospital in Dallas. He was on life support until death

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| Carnes | Carnes |

| INVESTIGATOR SIGNATURE: | TELEPHONE #: |
|---|---|
| Michael R. [signature] | 972-207-6826 |

Law Enforcement Agency: TEXAS DEPARTMENT OF CRIMINAL JUSTICE
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX 77342-4003
(936) 437-6735

# INVESTIGATOR'S REPORT OF CUSTODIAL DEATH

(Continued)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME: (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| | McCollum, Larry G. | 1721680 |

**★ CLOTHING WORN BY DECEDENT ★**

☐ None ☐ Pants ☐ Shoes/Boots ☐ Jacket

☐ Belt ☐ Gown/Blouse ☐ Dress ☒ Other (list details below)

BLANKET

**★ PROPERTY SENT WITH DECEDENT ★**

NONE

**★ MEDICAL HISTORY ★**

Was death attended? ☒ Yes ☐ No Previous history of illness? ☐ Yes ☐ No

History of suicide? ☐ Yes ☐ No HIV? ☐ Yes ☐ No

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| PARKLAND | 5201 HARRY HINES, DALLAS TX | 214-590-6142 |

| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: |
|---|---|---|
| DR. CHARLES OWENS | 5201 HARRY HINES, DALLAS TX | 214-590-6142 |

**DIAGNOSIS:**

**★ NEXT OF KIN INFORMATION ★**

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| STEPHANIE KINGREY | 947 WHISKEY HOLLOW Rd. WEST, TX | 254 733-5844 |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| | ( ) - | ☐ AM ☐ PM |

**★ IDENTIFICATION ★**

HOW: ☐ Offender Records ☐ Fingerprints

☒ Viewed at Hospital/Scene ☐ Other

Verification Made By: Relationship to Decedent:

**★ DOCUMENTATION ★**

☐ Order for Autopsy ☐ Clinic Notes (last 72 hrs)

☐ ER Report (if available) ☒ Copy of Travel Card

REPORT DISTRIBUTION: (Include Complete Documentation)

(1) Case File (2) J.P. (3) To Accompany Body



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED




Copy of OIG case [illegible] 12.17.2012 by ce:
UNAUTHORIZED COPYING [illegible] PROHIBITED




Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

5

# EVIDENCE

Case No 2011.03006 Inventory # 2011.03006.0001
Type of offense DEATH IN CUSTODY
Description of evidence CD
PHOTOS of LARRY McCOLLU - DECEASED
Suspect
Victim LARRY Mc COLLUM
Date and time of recovery 7-29-11 1245A

Location of recovery PARKLAND HOSPITAL

Recovered by MICHAEL BECK

## CHAIN OF POSSESSION

Received from ____________
By ____________
Date ______ Time ______ AM PM
Received from ____________
By ____________
Date ______ Time ______ AM PM
Received from ____________
By ____________

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

1721640

**I. IDENTIFICATION**

NAME: McCollum Larry OCCUPATION: Driver EDUCATION: High School

DOB: 04/04/53 COUNTY: McLennan PREVIOUS TDCJ #(s): ____________

**II FAMILY HISTORY**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1 Blood disease (sickle cell anemia, hemophilia) | YES | NO (circled) | 18 INH Prophylaxis | YES | NO (circled) |
| 2 Cancer | YES (circled) | NO | 19 Intravenous Drug Abuse | YES | NO (circled) |
| 3 Diabetes | YES (circled) | NO | 20 Kidney Disease | YES | NO (circled) |
| 4 Heart Disease | YES (circled) | NO | 21 Liver Disease | YES | NO (circled) |
| 5 High Blood Pressure | YES (circled) | NO | 22 Mental Illness | YES (circled) | NO |
| 6 Tuberculosis | YES | NO (circled) | 23 Non Intravenous Drug Abuse/Alcoholism | YES | NO (circled) |
| **III PERSONAL HISTORY** | | | 24 Peptic Ulcers | YES | NO (circled) |
| 11 D 1 Asthma/Emphysema | YES | NO (circled) | 25 Rheumatic Fever | YES | NO (circled) |
| 2 Back Injury | YES (circled) | NO | 26 Rheumatism/Arthritis | YES (circled) | NO |
| 3 Blood Disease (sickle cell anemia, hemophilia) | YES | NO (circled) | 27 Seasonal Allergies | YES | NO (circled) |
| 4 Cancer | YES | NO (circled) | 28 Sexually Transmitted Diseases | YES | NO (circled) |
| 5 Cavities (circled) | YES (circled) | NO | 29 Smoker | YES | NO (circled) |
| 6 Depression (circled)/Suicide Attempt | YES (circled) | NO | 30 Tetanus Immunization Date | YES | NO (circled) |
| 7 Diabetes | YES (circled) | NO | 31 Tuberculosis | YES | NO (circled) |
| 8 Drug/ Food Allergies | YES | NO (circled) | 32 Unprotected Sex w/Multiple Partners | YES | NO (circled) |
| 9 Epilepsy/Seizures | YES | NO (circled) | 33 Other | | |
| | | NO | IV OBSTETRIC/GYNECOLOGICAL HX | X | N/A |
| 10 Glasses (circled)/Hearing Aid | YES (circled) | | 1 Date of last menstrual period | | |
| 11 Gum disease | YES (circled) | NO | 2 Number of pregnancies/live births | | |
| 12 Head Injury | YES | NO (circled) | 3 History of Problem pregnancy | | |
| 13 Heart Disease/Angina | YES | NO (circled) | 4 Date of last pap smear | | |
| 14 Hepatitis | YES | NO (circled) | 5 Date of last mammogram | | |
| 15 High Blood Pressure | YES (circled) | NO | 6 History of birth control methods (IUD, pills, etc ) | | |
| 16 HIV + / AIDS | YES | NO (circled) | | | |
| Prior HIV Test Date | | NO | | | |
| 17 Homosexual/Bisexual Activities | | NO | | | |

**A.** If YES to any of the above indicate family member or self, give date and treatment received
(S) Father, Brother

**B** History of hospitalization? YES NO (circled)
Please list the DATE, HOSPITAL, CONDITION — Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? YES (circled) NO
If yes, what — tooth pull, Depression

**D.** Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES NO (circled) If YES, when?

**E.** What illegal drugs have you used? No
What was the mode(s) of use? (Please circle) Smoking Injection Inhaled Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol? YES NO

**F** Are you presently taking or supposed to be taking any prescribed medications? YES (circled) NO
If YES, what — See Med Sheet

HSM-13 (6/06)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\164744117.tif printed by mivap. (Page 2 of 2)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reason for taking medications | | | | | | | | |
| G | Observations | Tremor | YES | (NO) | Sweating | YES | (NO) | Other | |
| | Condition of skin | Cuts | YES | (NO) | Bruises | YES | (NO) | | |
| | | Sores | YES | (NO) | Other | | | | |
| | Body & Movement | Deformities | YES | (NO) | Impaired Motor Activity | YES | (NO) | | |
| | | Other | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H | BEHAVIOR AND MENTAL STATUS | | | | | | | | | | |
| | Hygiene & Appearance | ✓ | Clean, neat | | Dirty, sloppy | | Other | | | | |
| | Orientation (ask questions and document response) | | | | | | | | | | |
| | What is today's date? | 7/15/11 | | | | | | | | | |
| | What time is it? | Morning | | | | | | | | | |
| | What place is this? | Hutchins | | | | | | | | | |
| | Speech | ✓ | Normal | | Loud | | Soft | | Mumbling | | Other |
| | Attitude | ✓ | Appropriate | | Laughing | | Crying | | Cursing | Quiet | Other |

| | | | |
|---|---|---|---|
| I | THOUGHT CONTENT (Please circle YES or NO) | | |
| | Are you having current thoughts about suicide or self-injury? | YES | (NO) |
| | Do you see or hear things that others do not see or hear? | YES | (NO) |
| | Do you have any special powers abilities? | YES | (NO) |
| | Do you receive personal messages from the TV or radio? | YES | (NO) |
| | Do you have any phobias or excessive fears? | YES | (NO) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| J. | DISPOSITION | | | | | | | | | |
| | Routine referral to | ✓ | Medical | ✓ | Mental Health | ✓ | Dental | ✓ | CID | |
| | Immediate referral to | | Medical | | Mental Health | | Dental | | CID | |
| | Release to general population | ✓ | YES | | NO | Other | | | | |

| | | | |
|---|---|---|---|
| Offender Signature: | [signature] Larry McCollum | Date: | 7-15-11 |
| Reviewer Signature | D. Haywood | Date. | 7/15/11 |

[signature] RN 7/18/11

HSM-13 (6/06)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

58

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

Patient Name: McCdlum, Larry TDCJ #: 1721640

Date. 07/15/2011 Facility. HUTCHINS (HJ)

Vitals BP: ______ Wt ______ Height ______ Pulse: ______ Resp: ______ Temp: ______

**Patient Language:** **Name of Interpreter, if required: NA**

| S: | CHIEF COMPLAINT: | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| O: | YES | NO | REFUSED | N/A | Mark "Yes", "No" or "Refused" for the following: |
| | x | | | | HIV - Patient verbally agrees to HIV testing per state law (If yes mark Plan line 1a, if no or refused obtain HSM-82 and mark Plan line 10) |
| | x | | | | RPR - RPR test is required by state and policy/procedure #14 12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | X | | | MMR - Born after 1956 – 1953 |
| | X | | | | MMR - Attended Texas Schools (If no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | X | | | HBV - Allergic to yeast |
| | | X | | | HBV - Hepatitis B vaccine available – If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (If yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | X | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - If yes – date ______ CPX ______ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) |
| | | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | X | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster (mark Plan line 7 if yes, if no or refused obtain HSM-82) |
| | YES | NO | UNKNOWN | | |
| | X | | | | History of varicella (If yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: ______ (if yes or unknown mark Plan line 8) |
| A: | | | | | Alteration Health Maintenance |



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\165164733.tif printed by mivap. (Page 2 of 2)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

| P: | PLAN: | |
|---|---|---|
| | X | 1a Obtain order for lab to draw HIV |
| | X | 1b Obtain order for lab to draw RPR |
| | | 2 Obtain order for MMR 0 5cc vaccine sub q |
| | | 3 Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| | X | 4 Obtain order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5 Obtain order for CXR single view |
| | | 6. Refer to provider to schedule for ITP/TB Chronic Clinic |
| | X | 7 Obtain order for Tetanus and Diphtheria Toxoid Booster 0 5cc vaccine IM |
| | X | 8. Refer to provider to schedule appointment |
| | X | 9 Add alert code 5290 to MPL/Problem List |
| | X | 10 Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| | X | 11 Obtain order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |
| | REFER TO PROVIDER: | |
| | X | 1a Order for lab to draw HIV |
| | X | 1b Order for lab to draw RPR |
| | | 2. Order for MMR 0 5cc vaccine sub q |
| | | 3 Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| | X | 4 Order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5. Order for CXR single view |
| | | 6 Schedule appointment for ITP/TB Chronic Clinic |
| | X | 7 Order for Tetanus & Diphtheria Toxoid 0 5cc vaccine IM |
| | X | 8 Schedule appointment with provider |
| | | 9. Administer flu vaccine 0 5 CC IM x 1 if indicated per TDCJ policy |
| | X | 10 Order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours. If thereaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |

Nurse Signature: V McKinney LVN

Date / Time: 07/15/2011 @ 0900



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\165164738.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

aged Care
CID ABSTRACT OF IMMUNIZATIONS
Tuberculin Skin Tests

Patient Name McCollum, Larry TDCJ # 1721641

Date 07/15/2011 Facility HUTCHINS (HJ)

Vitals BP ______ Wt ______ Height ______ Pulse ______ Resp ______ Temp ______

Patient Language: Name of Interpreter, if required: NA

| MANTOUX PPD | | | | |
|---|---|---|---|---|
| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

IMMUNIZATIONS

| DATE/TIME GIVEN | MFG/ LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0.5 Ml | IM | Td Booster | X L Deltoid<br>__ R Deltoid | NARN | VMcRiz LVN |
| | | 0.5 mL | __ Sub Q<br>__ IM | Pneumococcal Vaccine | __ L Deltoid<br>__ R Deltoid<br>__ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | IM | Influenza | __ L Deltoid<br>__ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | __ L Deltoid<br>__ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #2 Vaccine | __ L Deltoid<br>__ R Deltoid | | |
| | | 0.5 mL | Sub Q | Meningococcal | __ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #1 | __ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #2 | __ Outer aspect of L or R upper arm | | |
| | | 1.0 mL | IM | Hepatitis B #1 Vaccine | __ L Deltoid<br>__ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #2 Vaccine | __ L Deltoid<br>__ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #3 Vaccine | __ L Deltoid<br>__ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | __ Outer aspect of L or R upper arm | | |

Nurse Signature VMcRiz LVN Date / Time 07/15/2011 @0900

HSM-2
05/01/2009

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\165164739.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

Managed Care
CID CLINIC NOTE
HIV PRE-TEST COUNSELING

Patient Name McCollum, Larry TDCJ # 1721640

Date 07/15/2011 Facility HUTCHINS (HJ)

Vitals BP ______ Wt ______ Height ______ Pulse ______ Resp ______ Temp ______

| Patient Language: | | | Name of Interpreter, if required: NA |
|---|---|---|---|
| S: | Chief Complaint: | X | Patient offered HIV testing per policy 14 11 |
| | | X | Pre-release HIV test |
| | | | Patient requesting HIV test |
| | | | Patient reported history of previous positive HIV test |
| | | | Other (specify) |
| O: | Yes | No | Mark "Yes" or "No" for the following: |
| | | X | Patient is symptomatic (list symptoms) |
| | | X | The patient requests HIV testing and gave a history of the following risk factors |
| | | X | Injected nonprescription drugs |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) |
| | | X | Tattoo |
| | | X | Patient received blood transfusions or blood products |
| | | X | The patient's TB skin test was positive |
| | | X | Exposed staff to blood or other potentially infectious body fluids |
| | | X | Patient was potentially exposed to blood and/or body fluids |
| | X | | Patient offered HIV testing per policy 14 11 |
| A: | X | | Knowledge deficit |
| | X | | High risk |
| P: | Yes | No | Mark "Yes" or "No" for the following: |
| | X | | HIV pre-test counseling and HIV antibody testing is offered |
| | X | | Discuss HIV prevention recommendations<br>1 Behave as if positive<br>2 Abstinence from sex, drugs and tattooing<br>3 Mutually monogamous relationships |
| | X | | Review partner notification procedures should the patient test positive |
| | X | | The patient gave their verbal consent for HIV antibody testing (If consent given, obtain provider order for HIV testing) |
| | | X | The patient refused HIV antibody testing Obtain their signature on a **Refusal of Treatment** form (HSM-82) |
| | X | | Health teaching offered stressing the importance of plan of care compliance |
| | X | | If potential exposure, report incident to Preventive Medicine department |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results |

Nurse Signature [signature] LVN Date / Time 07/15/2011 @ 0900

05/01/2009

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\164744118.tif printed by mivap. (Page 1 of 1)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

# TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: McCollum (Last) Larry (First) G. (MI) DOB: 4/04/53 AGE: 58

STATE ID# 3950494 RACE: W SEX: Male ✓ Female ___

COUNTY/TDCJ# 34610 WT. 330 HT: 5'10

II CURRENT/CHRONIC HEALTH PROBLEMS

A Health Problems

___ 1. None
___ 2. Asthma
___ 3. Pregnancy
___ 4. Dental Priority
___ 5. Diabetes
___ 6. Drug Abuse
___ 7. Alcoholism
___ 8. Orthopedic Problems
___ 9. Cardiovascular/Heart Trouble
___10. Suicidal
___11. Mental Retardation
___12. Mental Illness (Specify diagnosis) ___
___13. Recent Surgery
___14. Seizures
___15. Dialysis
X 16 Hypertension
✓ 17. CARE System Y/N (N circled)

*NOTE When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

III. SPECIAL NEEDS (Check all that apply)

A Housing Restrictions

X 1. None
___2. Skilled Nursing Facility
___3 Extended Care Facility
___4. Psychiatric Inpatient Facility
___5 Respiratory Isolation
___6. Other.

B Transportation

X 1. Routine
___2 Crutches/Cane
___3. Ambulance
___4. Wheelchair/Wheelchair Van
___5 Prosthesis: ___

C. Pending Specialty Clinic Appointment None X Type ___

D. ALLERGIES NKA

NKA ___

B. Preventive Medicine

✓ 1. Tuberculosis Status

Skin Test: Date Given: 6/24/11 Date Read: 6/27/11 Results 0 mm*

X-Ray: Date ___/___/___ Normal ___ Abnormal ___* Anti-TB Treatment? No ___ Yes ___*

___ 2. Hepatitis: A ___ B ___ C ___ Other: ___

___ 3. HIV Antibody: Test Date: ___/___/___ Results: Neg ___ Pos ___ CD4: ___ Date ___/___/___

___ 4. Syphilis: Date: ___/___/___ Type: ___ Treatment Completed: ___Yes ___No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | Prn ↑BP |
| | | |
| | | |
| | | |
| | | |
| | | |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: Sheila Smith Lu (Signature/Title) DATE: 7/15/11

PHONE NUMBER: 254-757-2555 FACILITY: McLennan County Jail

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\skhicks\local settings\temp\164744119.tif printed by mivap. (Page 1 of 1)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name McCollum Larry

TDCJ No Intake

Unit HUTCHINS STATE JAIL NKA

| Date & Time | NOTES |
|---|---|
| 7-15-11 | S Offenders received from: McLennan |
| 1230 | With history of: HTN |
| | OA See HSM-13 and Texas Health Status Updated for current orders from county |
| | P Current medication orders as per HJ providers. |
| | VO T Ong, MD A Babbili, PA-C / N. Beckstrom, NP |
| | D/C Clonidine |
| | Start HCTZ 25 mg X 1 PO |
| | q am X 30 d Babbili PA |
| | Medication Pass issued to Offender YES / NO [signature] 7/15/11 |

Please sign each entry with status

HSM – 1 (Rev 5/92)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

DATE INTERVIEWED: 7 / 18 / 11 7-15

SCREENER'S INITIALS: SKB

# TDCJ OFFENDER INTAKE PROCESSING PSYCHOLOGICAL SCREENING INTERVIEW

NAME: McCollum, Larry Gene TDCJ #: 1721640

DOB: 4 / 4 / 53 AGE: 58 GENDER: ☒ MALE ☐ FEMALE

PLACE OF BIRTH: Enid, OK RACE: ☒ CAUCASIAN

PRIOR TDCJ #: 110 5554 ☐ AFRICAN AMERICAN

☐ HISPANIC

☐ OTHER: ______

PRIOR TDCJ INCARCERATIONS: ☒ YES ☐ NO

PRIOR ASSIGNMENT TO CTC: ☐ YES ☐ NO

PRIOR ASSIGNMENT TO DDP: ☐ YES ☐ NO

ON PSYCH. SERVICES CASELOAD: ☐ YES ☐ NO

CURRENT OFFENSE: forgery (1) (12 mos.)

SPECIAL CONSIDERATIONS FOR INTERVIEWS:

☒ NONE
☐ SPANISH-SPEAKING ONLY
☐ HEARING/VISUAL IMPAIRED
☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM
☐ SECURITY RISK: ______
☐ OTHER: ______

OTHER GENERAL COMMENTS:

CL-69 (Rev 3/10)



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED





, 9

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

YES NO

1. HOW ARE YOU FEELING? Rough. adjusting.

☑ ☐ 2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
DID YOU GET ANY TYPE OF COUNSELING? yes
FROM WHOM? (IF APPLICABLE)
WHAT WAS IT FOR?
WHEN WAS IT?
WHERE WAS IT? Buster Cole - transferred to Skyview → See #4 below

☑ ☐ 3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
☐ NERVES ☐ MENTAL PROBLEMS ☐ EMOTIONAL PROBLEMS?
SPECIFY THE MEDICATION: Zoloft, etc.
WHEN DID YOU TAKE THIS MEDICATION? 2009
BY WHOM WAS IT PRESCRIBED? ☐ PSYCHIATRIST ☐ PHYSICIAN ☐ OTHER:
CURRENT PSYCHOTROPIC MEDICATION: — 0 — thinks nothing needed @ present

☑ ☐ 4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
WHY? Depression - loss of family members
WHEN?
WHERE? Skyview - 2002-04
WAS IT: ☐ COURT COMMITMENT OR ☐ VOLUNTARY?

☐ ☑ 5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
WHAT TYPE?

☐ ☑ 6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
SPECIFY:

☐ ☑ 7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
HOW MANY TIMES?
HOW? ☐ CUT ARM / WRIST ☐ HANGING ☐ OD'ed ON ☐ OTHER
WHEN?
WHY?
WAS MEDICAL ATTENTION REQUIRED? ☐ YES ☐ NO

☐ ☑ 8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
HOW?

☐ ☑ 9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

☐ ☑ 10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
SPECIFY:

CL-69 (Rev 3/10)



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

YES NO

☐ ☑ 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?

SPECIFY: ______

☐ ☑ 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?

WHAT KIND? ______

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

| | | |
|---|---|---|
| ☐ NONE | ☐ BARBITURATES | ☐ METHAMPHETAMINE (SPEED) |
| ☐ HEROIN | ☐ ACID | ☐ INHALANTS |
| ☐ COCAINE | ☐ HASH | ☑ ALCOHOL quit 10 yrs. ago |
| ☐ MARIJUANA | ☐ PCP | ☐ OTHER ______ |

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL? GRADE ______

WHERE ☑ USA ☐ MEXICO ☐ OTHER: ______

DO YOU HAVE A. ☑ HIGH SCHOOL DIPLOMA ☐ GED

☑ ☐ 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?

WHY? D. E. } Worked 1/2 day.

WHAT GRADE(S)? 12

☐ ☑ 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME?

WHY? ______

☐ ☑ 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?

IF YES, SPECIFY: ______

☐ ☑ 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?

☐ ☑ 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE? IF YES, SPECIFY:

______

CL-69 (Rev 3/10)



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

# BEHAVIORAL OBSERVATIONS

| | | | |
|---|---|---|---|
| APPEARANCE: | ☑ UNREMARKABLE | ☐ DISHEVELED | ☐ ODD |
| HYGIENE: | ~~OD | ☐ FAIR | ☑ POOR B.O. |
| INTERACTION: | ☑ COOPERATIVE | ☐ LIMITED | ☐ UNCOOPERATIVE |
| MOTOR BEHAVIOR: | ☑ WITHIN NORMAL LIMITS | ☐ RESTLESS | ☐ DID NOT MOVE |
| | ☐ ______ | | |
| SPEECH: | ☐ CLEAR | ☐ MUMBLES | ☐ SPEECH IMPEDIMENT |
| RATE: | ☑ SPONTANEOUS | ☐ FAST | ☐ ______ |
| MOOD: | ☐ WITHIN NORMAL LIMITS | ☑ SAD Teary-eyed | ☐ IRRITABLE |
| | ☐ UNUSUALLY HAPPY | ☑ ANXIOUS | ☐ FRIGHTENED |
| | ☐ SILLY | ☐ ______ | |
| ALERTNESS: | ☑ ALERT ☐ CONFUSED | ☐ DAZED | ☐ DISTRACTED |

▼ **This section must be completed by a Qualified Mental Health Professional** ▼

DISPOSITION – REFERRED FOR FURTHER EVALUATION ☑ YES ☐ NO

REASON FOR REFERRAL:

- ☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
- ☑ HISTORY OF MENTAL HEALTH TREATMENT
- ☐ CURRENT SUICIDAL IDEATION
- ☐ PRIOR SUICIDAL GESTURE(S)
- ☐ DISPLAYED UNUSUAL BEHAVIOR
- ☐ AFFECTIVE DISTRESS NOTED
- ☐ UNUSUAL NATURE OF OFFENSE
- ☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
- ☐ OTHER: ______

MENTAL HEALTH APPRAISAL COMPLETED BY:
I. Smith, MA
Mental Health Clinician

PRINTED NAME

IS

SIGNATURE

7/19/11

DATE

CL-69 (Rev 3/10)



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED





1.17


CHINS (HJ)
CID

LABORATORY DIRECTOR

TB SKIN TEST

MRN : 1721640 Accession:33015661
Patient Name: MCCOLLUM, LARRY G
Home Phone :
Admitting MD: UNKNOWN UNKNOWN
Attending MD: UNKNOWN UNKNOWN
Referring MD:
Ordering MD :

Age :58 Years
Sex :Male
Work :( ) -
Phone:
Phone:
Phone:
Phone:

Tech : VELVA L MCKINNEY L.V.N. Verifier:VELVA L MCKINNEY L.V.N.
Collection Time: 07/18/2011 12:35
Result Time : 08/01/2011 12:35
Report Time : 08/01/2011 12:35
Comment:

| Test | Result | Abn | Normal Range | Units |
|---|---|---|---|---|
| MFG | | | - | |
| LOT # | | | - | |
| DOSE | | | - | |
| SITE | | | - | |
| ROUTE | | | - | |
| PPD READ | 0 mm | | - | |
| REFUS SIGN | | | - | |

This document has been sent for signature, but has not yet been reviewed

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED





c:\documents and settings\skhicks\local settings\temp\164953058.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/25/2011 09:45

SGO1728 /HJU1/HSU6

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

09:09:17
07/20/2011

NAME: MCCOLLUM,LARRY GENE
TDCJ#: 01721640 SID#: 03950494
UNIT: HJ HOUSING: C7-046T
JOB: TRANSIENT PEND DIAG PROCESSING

DOB: 04/04/1953
WGT: 330 LBS
HGT: 5'10"

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |
| A | A | A | A | A | A H |

I. FACILITY ASSIGNMENT (CHECK ONE)
X A. NO RESTRICTION
_ B. BARRIER-FREE FACILITY
_ C. SINGLE LEVEL FACILITY
_ D. SUITABLE FOR TRUSTEE CAMP? X YES _ NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
X 1. NO RESTRICTION
_ 2. SINGLE CELL ONLY
_ 3. SPECIAL HOUSING (HOUSING WITH LIKE MEDICAL CONDITION
_ 4. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
X 1. NO RESTRICTION
_ 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
X 1. NO RESTRICTION
_ 2. GROUND FLOOR ONLY

D. WHEELCHAIR USE (CHECK ONE)
_ 1. NO RESTRICTION
_ 2. PHOP ORDERED
_ 3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
_ 1. MEDICALLY UNASSIGNED
_ 2. PSYCHIATRICALLY UNASSIGNED
_ 3. SEDENTARY WORK ONLY
_ 4. FOUR HOUR WORK RESTRICTION
_ 6. EXCUSE FROM SCHOOL
_ 7. LIMITED STANDING
_ 8. NO WALKING > ___ YARDS
_ 9. NO LIFTING > ___ LBS.
_ 10. NO BENDING AT WAIST
_ 11. NO REPETITIVE SQUATTING
_ 12. NO CLIMBING
_ 13. LIMITED SITTING
_ 14. NO REACHING OVER SHOULDER
_ 15. NO FOOD SERVICE
_ 16. NO REPETITIVE USE OF HANDS
_ 17. NO WALK WET/UNEVEN SURFACES
_ 18. DO NOT ASSIGN TO MEDICAL
_ 19. NO WORK IN DIRECT SUNLIGHT
_ 20. NO TEMPERATURE EXTREMES
_ 21. NO HUMIDITY EXTREMES
_ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
_ 23. NO WORK WITH CHEMICALS OR IRRITANTS
_ 24. NO WORK REQUIRING SAFETY BOOTS
_ 25. NO WORK AROUND MACHINE WITH MOVING PART
_ 26. NO WORK EXPOSURE TO LOUD NOISES

IV. DISCIPLINARY PROCESS (CHECK ONE)
X A. NO RESTRICTIONS
_ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
_ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL TTHAT APPLY)
X A. NO RESTRICTION
_ B. MEDICAL REPRESENTATIVE REQUIRED
_ C. MENTAL HEALTH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X A. NO RESTRICTION
_ B. EMS AMBULANCE
_ C. WHEELCHAIR VAN
_ D. MULTI-PATIENT VEHICLE (MPV)

REDDY/SMITH MD/MHC 07/20/2011
PRINTED NAME AND TITLE OF REVIEWER DATE SIGNATURE OF REVIEWER

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

LabCorp 1-800-292-4021 L Data Imported From and Tests Perfo d By:

Patient Name : MCCOLLUM, LARRY G
Patient Id : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS# : 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 Sex : Male

Ordering
Physician : ORIG, TITO
Facility : HUTCHINS (HJ)
1500 E. LANGDON RD
HUTCHINS TX 75241

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 32858464 Requistion: 32858464
Drawn:07/20/11 08:42 Received:07/20/11 23:40 Reported: 07/21/11 08:43

Procedure: CBC With Differential/Platelet

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes(Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |
| | **Please note reference interval change** | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |

Hematology Comments:

Procedure: Comp. Metabolic Panel (14)

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an elevated urine protein also may indicate chronic kidney disease.

Print Date: 07/21/2011 07:53 Page: 1/4

Data Imported From and Tests Performed By:
LabCorp 1-800-292-4021

Patient Name : MCCOLLUM, LARRY G
Patient Id : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS# : [redacted] Sex : Male

Ordering
Physician : ORIG, TITO
Facility : HUTCHINS (HJ)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1500 E. LANGDON RD
HUTCHINS TX 75241



| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |
| | | | | |
| Procedure: Urinalysis, Complete | | | | |
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |
| | | | | |
| Procedure: Microscopic Examination | | | | |
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

Print Date: 07/21/2011 07:53
Page: 2/4
Data Imported From and Tests Performed By:
LabCorp 1-800-292-4021

Patient Name : MCCOLLUM, LARRY G
Patient Id : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS# : [redacted] Sex : Male

Ordering
Physician : ORIG, TITO
Facility : HUTCHINS (HJ)
1500 E. LANGDON RD
HUTCHINS TX 75241

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Crystals | | | | |
| Crystal Type | | | | |
| Mucus Threads | Present | | | Not Estab. |
| Bacteria | Few | | | None seen/Few |

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Yeast
Trichomonas
Comment

Procedure: Urinalysis, Complete
Microscopic Examination

Procedure: Lipid Panel

| Test | Result | Flag | Unit | Reference Range |
|---|---|---|---|---|
| Cholesterol, Total | 157 | | mg/dL | 100-199 |
| Triglycerides | 195 | H | mg/dL | 0-149 |
| HDL Cholesterol | 16 | L | mg/dL | >39 |

According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a negative risk factor for CHD.

| Test | Result | Flag | Unit | Reference Range |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 39 | | mg/dL | 5-40 |
| LDL Cholesterol Calc | 102 | H | mg/dL | 0-99 |

Procedure: Panel 083824

HIV 1/O/2 Abs-Index Value   <1.00   <1.00

Index Value: Specimen reactivity relative to the negative cutoff.

HIV 1/O/2 Abs, Qual   Non Reactive   Non Reactive

Procedure: Hgb A1c with eAG Estimation

Hemoglobin A1c   6.2   H   %   4.8-5.6

Increased risk for diabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

Estim. Avg Glu (eAG)   131   mg/dL

Procedure: TSH

TSH   2.860   uIU/mL   0.450-4.500

Procedure: RPR

RPR   Non Reactive   Non Reactive

---

L Low, H High, C Critical, * Abnormal Alpha
Print Date: 07/21/2011 07:53   Page: 3/4
Data Imported From and Tests Performed By:
LabCorp 1-800-292-4021

---

Patient Name : MCCOLLUM, LARRY G
Patient Id : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS# : [redacted]   Sex : Male

---

Ordering
Physician : ORIG, TITO
Facility : HUTCHINS (HJ)
1500 E. LANGDON RD
HUTCHINS TX 75241

---

Test Name   Result   ABN Flag   Unit   Reference Range

---

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Print Date: 07/21/2011 07:53 Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MCCOLLUM, LARRY G **TDCJ#:** 1721640 **Date:** 07/22/2011 03:16 **Facility:** HUTCHINS (HJ)
**Age:** 58 year **Race:** W **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| **Patient Language:** | **Name of interpreter, if required:** |
|---|---|

**Current Medications:**

| **SCR INITIATED?** | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

# Nursing Triage Form

Name of Security Officer Calling ____ LT SANDERS

Presenting Problems/Symptoms HE IS ON THE TOP BUNK HAVING A SEIZURE THAT HAS LASTED FOR 5 MINUTES,SECURITY CAN NOT GET HIM OFF THE TOP BUNK, THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING. THEY CALLED 911.HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
____ NO MEDICAL ON THE UNIT
____

Protocol used: (List protocol name, and page number):
1.SEIZURE PG 471___
2. ____
3. ____
4. ____
5. Other_____

Problem: __X__ Emergent **(Immediately)** ______ Urgent **(2 hrs)** ______ Non-Urgent **(Pass Issued / Fill out Sick Call Request)**

Circle/Mark "X" Correct Information

**Telephone Triage**

_X___1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.

_____2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)

_____3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.

_____4. Other as ordered by a provider:______
______

_____5. Instructions given to security officer to place offender patient in front of the **DMS** equipment in medical for assessment / interview.

Additional Comments UR NOTIFIED. CONTACT ANN. PRECERT NO 776845



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED