08/01/2011 MON 14:13  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

@042/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Impression (continued)**

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR  609276276

**Results**

CT BRAIN W/O IV CONTRAST (Order 118277934)

**Imaging Information**

**Exam Information**

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT BRAIN W/O IV CONTRAST | Final | Sat Jul 23, 2011  6 24 PM | Sat Jul 23, 2011  6 24 PM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Susan George | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Dianne B  Mendelsohn, MD | Jul 24, 2011 | Ryan Edward Berecky, MD | Jul 23, 2011 |

**Exam information**

| Service Date | Service Time |
|---|---|
| Jul 23, 2011 | 18 24 |

**Entry Date**

7/24/2011

**Result Narrative**

STUDY  CT BRAIN W/O IV CONTRAST

HISTORY  58 year-old M with AMS

TECHNIQUE. Axial sections through the brain

COMPARISON  22 July 2011

FINDINGS
Since the prior examination, there has been development of low density in the bilateral
basal ganglia/internal capsules  The cerebral sulci, ventricles, and basal cisterns are
normal  There is no intra- or extraaxial mass or hemorrhage  The paranasal sinuses,
mastoid air cells, and middle ears are within normal limits  The calvarium is intact
Orogastric and orotracheal tubes are again noted

**Result Impression**

1  Interval development of bilateral low densities within the basal ganglia and
internal capsules, concerning for hypoxic ischemic injury  Further evaluation with MR
of the brain is recommended as clinically indicated  Dr Brent Bachim was notified
directly by telephone of these findings at approximately 1925 on 23 July 2011

Mon Aug 1, 2011  1 51 PM

Page 39

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 144**

McCollum 01538

08/01/2011 MON 14:13 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Ø043/090

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result Impression (continued)**

I personally reviewed the study and the report above and concur

**Result History**

CT Brain W/O IV Contrast (Order#118277934) on 7/24/11 - Order Result History Report

Electronically Signed by DIANNE B MENDELSOHN, MD on Sun Jul 24, 2011 0951 CDT

---

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

| Larry Gene McCollum | Description 58 year old male |
|---|---|
| 7/22/2011 4:00 AM  Hospital Encounter | Department Nine N Medical Icu |
| MRN: 4493765 | HAR: 609275275 |

**Results** | XR CHEST SINGLE VIEW (Order 118239048)

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Sat Jul 23, 2011  1 59 AM | Sat Jul 23, 2011 2 52 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jesse E Jones | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On |
|---|---|
| Robert Douglas Sims, MD | Jul 23, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 23, 2011 | 01 59 |

**Entry Date**

7/23/2011

**Result Narrative**

Frontal view of the chest from 7/23/2011 at 0200 hours is compared with a study from
7/22/2011  The endotracheal tube has been repositioned with its tip now terminating
approximately 3 5 cm above the carina, in good position  The cardiomediastinal
silhouette is unchanged  Pulmonary vascular markings are slightly more prominent with
increased opacity in the right hilar region. No pleural effusion or pneumothorax is
seen

Mon Aug 1, 2011  1 51 PM

Page 40

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 145**

McCollum 01539

08/01/2011 MON 14:14  FAX

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31          ☑044/090

Patient Name  McCollum, Larry Gene (MRN  4493785)

**Result Narrative (continued)**
**Result Impression**

1   Endotracheal tube repositioned appropriately.
2   Slight increase in pulmonary vascular prominence

Electronically Signed by  ROBERT DOUGLAS SIMS, MD on Sat Jul 23, 2011 1038 CDT

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN. 4493785

Description: 58 year old male
Department, Nine N Medical Icu
HAR  609278276

**Results**

CV ECHO COMPLETE (Order 118172888)

**Imaging Information**
**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CV ECHO COMPLETE | | Final | Fri Jul 22, 2011  2 35 PM | Fri Jul 22, 2011  2 36 PM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Hai Duc Nguyen | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On |
|---|---|
| Susan Gichrist Lakoski, MD | Jul 22, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 22, 2011 | 14 35 |

**Entry Date**

7/22/2011

**Result Narrative**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235

Adult Echocardiogram Report
Name  MCCOLLUM, LARRY GENE

Study Date  07/22/2011 12:50 PM          BP  95/70

Mon Aug 1, 2011  1 51 PM

Page 41

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 146**

McCollum 01540

08/01/2011 MON 14:14  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31                    ☑045/090

Patient Name McCollum, Larry Gene (MRN  4493765)

**Result Narrative (continued)**

mmHg
MRN  4493765                          Patient Location  911                 HR  96 bpm
DOB  04/04/1953                       Gender: Male                          Height  69
1n
Age  58 yrs                           Ethnicity· White                      Weight: 326
1b
Performed By  Hai Nguyen
RCS                                  BSA· 2 5 meters2
Referring Physician  TERADA, LANCE                            •
S
Encounter Number. 328148327           Order Number  118172888
Number  81176591                                                            Accession
Ordering Physician
DAVIDSON, KEVIN

Reason For Study  58yo M, intubated in MICU hypotensive c global ST depressions  Came
febrile from jail  Now
fulminant shock req pressors  Please perform echo, eval for RWMA, IVC collapse / volume
status, global EF.
thanks
History  HYPOTENSION

Procedure  Complete 2D Echocardiogram with Spectral and Color Doppler was performed
Study Quality  poor

Interpretation Summary
Extremely challenging study  LV size is normal  LV function appears reduced  Unable to
assess for wall motion
abnormalities  RA and RV are at least moderately dilated with decreased RV function
There is paradoxical
septal motion  No valvular regurgitation  No pericardial effusion

These findings are most worrisome for right-side process like PE, but unable to assess
LV function or wall
motion with any certainty  Unable to assess valvular morphology

MMode/2D Measurements & Calculations
IVSd  1 1 cm
LVIDd  5 7 cm                                      LVIDs· 4 9 cm
LVOT diam  2 0 cm                                  LVPWd  1 0 cm
Ao root diam  2 8 cm                               LV mass(C)d: 245 6 grams

Doppler Measurements & Calculations
Ao V2 mean  70 0 cm/sec
Ao mean PG  2 0 mmHg                               LV V1 mean PG· 1 3 mmHg
Ao V2 VTI. 8 6 cm                                  LV V1 mean  53 5 cm/sec
                                                   LV V1 VTI  7 6 cm
AVA(1,D). 2 8 cm2
TR max vel  238 9 cm/sec
TR max PG  22 8 mmHg

Left Ventricle  LV systolic function appears depressed  Poor image quality limits
interpretation of regional
LV wall motion abnormalities

Mon Aug 1, 2011  1 51 PM

                                                                          Page 42

                                    •

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 147**                                        McCollum 01541

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 46 of 90

08/01/2011 MON 14:14  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HU) on 08/01/2011 15:31

Ø046/090

Patient Name: McCollum, Larry Gene (MRN 4493765)

**Result Narrative (continued)**

Right Ventricle: The right ventricle is severely dilated. RV function appears depressed

Atria  The left atrial size is normal. The right atrium is moderate to severely dilated

Mitral Valve  The mitral valve is not well visualized  Trace mitral regurgitation.

Tricuspid Valve  The tricuspid valve is not well visualized  Trace tricuspid regurgitation

Aortic Valve  The aortic valve is not well visualized  Trace aortic regurgitation

Pulmonic Valve  The pulmonic valve is not well visualized  Trace pulmonic valvular regurgitation.

Hemodynamics  The inferior vena cava was not visualized during the exam  RVSP is estimated 23mmHg above right atrial pressures

Great Vessels. Aortic root measures 2.8cm  The pulmonary artery is not well visualized

Pericardium/Pleural  There is no pericardial effusion  There is no pleural effusion

Reviewing Fellow  Matthew Dickson
Electronically signed by  Susan Lakoski M D  07/22/2011 05 51 PM

Electronically Signed by  SUSAN GILCHRIST LAKOSKI, MD on Fri Jul 22, 2011 1751 CDT

---

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4.00 AM  Hospital Encounter
MRN 4493765

Description 58 year old male

Department. Nine N Medical Icu
HAR 609275275

**Results**

CT BRAIN W/O IV CONTRAST (Order 118153565)

**Imaging Information**

**Exam Information**

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT BRAIN W/O IV CONTRAST | Final | Fri Jul 22, 2011  4 57 AM | Fri Jul 22, 2011  5 03 AM |

Mon Aug 1, 2011  1 51 PM

Page 43

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 148

McCollum 01542

08/01/2011 MON 14:14  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑047/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Imaging Information (continued)

### Exam Information (continued)

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jason M Alford | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| David P. Chason, MD | Jul 22, 2011 | Jamie Perry Joseph, MD | Jul 22, 2011 |

### Exam Information

| Service Date | Service Time |
|---|---|
| Jul 22, 2011 | 04 57 |

### Entry Date

7/22/2011

### Result Narrative

CT Head

History  58-year-old male with AMS

Comparison Study  None

Technique·

5 mm noncontrast contiguous axial images were created from a volumetric CT acquisition from the skull base to the vertex

Findings

The cerebral parenchyma is unremarkable  Gray-white differentiation is maintained   No mass lesions, acute bleeds, or fluid collections  Ventricles are symmetric  No mass-effect or midline shift  Basal cisterns are maintained.

Endotracheal and orogastric tubes are present  Secretions fill the nasopharynx. Paranasal sinuses and mastoid air cells are within normal limits   No bony abnormalities identified.

### Result Impression

1  No acute intracranial normality

I personally reviewed the films and the report above and concur.

### Result History

CT Brain W/O IV Contrast (Order#118153565) on 7/22/11 - Order Result History Report

Electronically Signed by  DAVID P CHASON, MD on Fri Jul 22, 2011 0954 CDT

Mon Aug 1, 2011  1 51 PM

Page 44

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 149**

McCollum 01543

08/01/2011 MON 14:14  FAX
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31                    ☒048/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Result History (continued)

### Radiology
### Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description 58 year old male
Department: Nine N Medical Icu
HAR. 609275278

### Results

XR CHEST SINGLE VIEW (Order 118153230)

### Imaging Information
#### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Fri Jul 22, 2011  4 17 AM | Fri Jul 22, 2011  4 36 AM |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Lauren Michelle Laprade | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Robert H  Epstein, MD | Jul 22, 2011 | Jamie Perry Joseph, MD | Jul 22, 2011 |

#### Exam Information

| Service Date | Service Time |
|---|---|
| Jul 22, 2011 | 04 17 |

### Entry Date

7/22/2011

### Result Narrative

Exam  AP portable supine chest radiograph dated 7/22/2011

History  58-year-old male status post intubation

Comparison  None

Findings  Enootracheal tube is present with the tip projecting approximately 3 cm superior to the carina  An enteric tube appears coiled within the hypopharynx  The mediastinal silhouette is within normal limits. The cardiac silhouette is enlarged There is indistinctness of the central pulmonary vasculature  No evidence of large pneumothorax or pleural effusion  There is tubing seen projecting from the left superior aspect of the image inferiorly so that the tip terminates projecting over the liver  Per clinician, this is external to the patient.

Mon Aug 1, 2011  1 51 PM

Page 45

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 150**                                    McCollum 01544

08/01/2011 MON 14:15  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Ø049/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Narrative (continued)**
**Result Impression**

1  Endotracheal tube with tip projecting approximately 3 cm to the carina  Recommend pulling back approximately 1 to 2 cm
2. Enteric tube appears coiled within the hypopharynx. Recommend repositioning
3  Cardiomegaly with mild pulmonary edema

Dr. Schrader notified at 5 50 a m  on 7/22/2011

**Result History**

XR Chest Single View (Order#118153230) on 7/22/11 - Order Result History Report

Electronically Signed by  ROBERT H EPSTEIN, MD on Fri Jul 22, 2011 0902 CDT

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4.00 AM  Hospital Encounter
MRN-4493765

Description  58 year old male
Department  Nms N Medical Icu
HAR. 609275275

**Results**

POC GLUCOSE (Order 118664929)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Final result (7/28/2011  4 39 PM) | | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 191 | mg/dL | Fin |

Comment  Operator ID  Tina HarrisThe fasting blood glucose range for a non-diabetic individual greater than or equal to 2 years of age is 65-126 mg/dL  A random  blood glucose range for a non-diabetic individual greater than or equal to 2  years of age is 65-200 mg/dL  For patients less than 2 years, the reference  range is 40-100 mg/dL

**Lab and Collection**
POC GLUCOSE (Order #118664929) on 7/28/2011 - Lab and Collection Information

**Result History**
POC GLUCOSE (Order#118664929) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 46

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 151**

McCollum 01545

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 50 of 90

08/01/2011 MON 10:15 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑050/090

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Hou—
HAR 609278278  —

**Results** | PLATELET COUNT (Order 118664922)

**Result Information**

| | Status | | Provider Status | |
|---|---|---|---|---|
| Abnormal | Final result (7/28/2011 12 51 PM) | | Ordered | • |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status | |
|---|---|---|---|---|
| PLATELETS | 104 (L) | 174-404 x10(9)/L | Fin | |
| MPV | 12 3 | 9 4-12 9 femtoliters | Fin | |

**Lab and Collection**
PLATELET COUNT (Order #118664922) on 7/28/2011 - Lab and Collection Information

**Result History**
PLATELET COUNT (Order#118664922) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 47

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 152

McCollum 01546

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 51 of 90

08/01/2011 MON 14 15 FAX      2051/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN: 4493765

Description 58 year old male
Department Nine N Medical Icu
HAR: 609276275

**Results**

PLATELET APHERESIS ADULT (Order 118664921)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011 12:00 PM) | Ordered |

**Entry Date**
7/28/2011

**Lab and Collection**
PLATELET APHERESIS ADULT (Order #118664921) on 7/28/2011 - Lab and Collection Information

**Result History**
PLATELET APHERESIS ADULT (Order#118664921) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 48

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 153

McCollum 01547

08/01/2011 MON 14:15 FAX

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HU) on 08/01/2011 15:31

☑052/090

Patient Name McCollum. Larry Gene (MRN  4493785)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN· 4493785

Description· 58 year old male
Department  Nine N Medical Icu
HAR 609275275

**Results**

EXTRA SPECIMEN (Order 118664924)

**Result Information**

| Status | Provider Status . |
| Final result (7/28/2011 12.15 PM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**
HOLD BB
Available

**Lab and Collection**
EXTRA SPECIMEN (Order #118664924) on 7/28/2011 - Lab and Collection Information

**Result History**
EXTRA SPECIMEN (Order #118664924) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 49

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 154

McCollum 01548

∴\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 53 of 90

08/01/2011 MON 14:15  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31                    ☑053/090

Patent Name  McCollum, Larry Gene (MRN  4493755)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN· 4493755

Description· 59 year old male
Department· Nine N Medical Icu
HAR 509275275

**Results**

POC GLUCOSE (Order 118643651)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011  7:50 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 207 | mg/dL | Fin |

Comment  Operator ID  Hector Sanchez The fasting blood glucose range for a non-diabetic
individual greater than or equal to 2 years of age is 65-126 mg/dL  A random blood
glucose range for a non-diabetic individual greater than or equal to 2  years of age
is 65-200 mg/d'.  For patients less than 2 years, the reference range is 40-100 mg/dL

**Lab and Collection**
POC GLUCOSE (Order #118643651) on 7/28/2011 - Lab and Collection Information

**Result History**
POC GLUCOSE (Order#118643651) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 50

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 155

McCollum 01549

08/01/2011 MON 14:16 FAX @054/090

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HU) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Larry Gene McCollum
7/22/2011 4:00 AM Hospital Encounter
MRN: 4493765

Description 58 year old male

Department Nine N Medical Icu
HAR. 609278275

### Results

BLOOD GAS, ARTERIAL (Order 118643639)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011 4:56 AM) | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PH ART | 7.50 (H) | 7.34-7.44 | Fin |
| PCO2 ART | 35 | 35-45 mmHg | Fin |
| PO2 ART | 125 (H) | 75-100 mmHg | Fin |
| O2 SAT ART | 100 (H) | 95-98 % | Fin |
| FO2 HB, ART | 97 | 94-99 % | Fin |
| BASE EXC ART | 3.8 (H) | -2.4-2.3 mmol/L | * Fin |
| HCO3 ART | 27 (H) | 22-26 mmol/L | Fin |
| TEMP | 37.0 | degC | Fin |

**Lab and Collection**
BLOOD GAS, ARTERIAL (Order #118643639) on 7/28/2011 - Lab and Collection Information

**Result History**
BLOOD GAS, ARTERIAL (Order#118643639) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1:51 PM

Page 51

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED APPENDIX 156

McCollum 01550

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 55 of 90

08/01/2011 MON 14:16 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

℡055/090

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM Hospital Encounter
MRN. 4493765

Description 58 year old male.
Department-Nine-N Medical Icu
HAR 609276275

**Results**

PROTEIN, TOTAL (Order 118549331)

**Result Information**

| Status | | Provider Status | |
|--------|--|-----------------|--|
| Abnormal Final result (7/28/2011 4 30 AM) | | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|-----------|-------|---------------|--------|
| PROTEIN, TOTAL | 5 0 (L) | 6 6-8 7 g/dL | Fin |

**Lab and Collection**
PROTEIN, TOTAL (Order #118549331) on 7/28/2011 - Lab and Collection Information

**Result History**
PROTEIN, TOTAL (Order#118549331) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 52

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 157

McCollum 01551

08/01/2011 MON 14:16 FAX

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑056/090

Patient Name McCollum, Larry Gene (MRN 4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Larry Gene McCollum
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description 58 year old male
Department Nine N Medical Icu
HAR 609275275

### Results

BILIRUBIN, TOTAL (Order 118549332)

#### Result Information

| Status | Provider Status |
|--------|-----------------|
| Final result (7/28/2011 4:30 AM) | Ordered |

#### Entry Date
7/28/2011

#### Component Results

| Component | Value | Range & Units | Status |
|-----------|-------|---------------|--------|
| BILIRUBIN, TOTAL | 0.6 | 0 2-1 3 mg/dL | Fin |

#### Lab and Collection
BILIRUBIN, TOTAL (Order #118549332) on 7/28/2011 - Lab and Collection Information

#### Result History
BILIRUBIN, TOTAL (Order#118549332) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 53

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 158**

McCollum 01552

08/01/2011 MON 14:16  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

⌀057/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Iou
HAR: 609275275

**Results**

ASPARTATE AMINOTRANSFERASE (Order 118549333)

**Result Information**

| | Status | Provider Status |
|---|---|---|
| Abnormal | Final result (7/28/2011  4 30 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| AST | 340 (H) | 10-50 Units/L | Fin |

**Lab and Collection**
ASPARTATE AMINOTRANSFERASE (Order #118549333) on 7/28/2011 - Lab and Collection Information

**Result History**
ASPARTATE AMINOTRANSFERASE (Order#118549333) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 54

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED  APPENDIX 159

McCollum 01553

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 58 of 90

08/01/2011 MON 14.16 FAX                                                          ☑058/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:09 AM   Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Icu
HAR: 60927 5275

**Results**                                     ALKALINE PHOSPHATASE (Order 118549334)

**Result Information**

| | Status | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011 4 30 AM) | Ordered | ● |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| ALK PHOS | 34 (L) | 40-129 Units/L | Fin |

**Lab and Collection**
ALKALINE PHOSPHATASE (Order #118549334) on 7/28/2011 - Lab and Collection Information

**Result History**
ALKALINE PHOSPHATASE (Order#118549334) on 7/28/11 - Order Result History Report

Mon Aug 1. 2011 1 51 PM

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 160

McCollum 01554

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 59 of 90

08/01/2011 MON 14:17  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑059/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department Nine N Medical Icu
HAR 609276275

**Results**

ALBUMIN LEVEL (Order 118549335)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 30 AM) | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| ALBUMIN | 2 5 (L) | 3 5-5 2 g/dL | Fin |

**Lab and Collection**
ALBUMIN LEVEL (Order #118549335) on 7/28/2011 - Lab and Collection Information

**Result History**
ALBUMIN LEVEL (Order#118549335) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 58

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 161**

McCollum 01555

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 60 of 90

08/01/2011 MON 14:17  FAX                                                   @060/090
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8050

**Larry Gene McCollum**                                    Description  58 year old-male
7/22/2011 4:00 AM  Hospital Encounter                      Department  Nine N Medical Icu
MRN. 4493765                                                           HAR 609276275

**Results**                                                ALANINE AMINOTRANSFERASE (Order 118549336)

**Result Information**

|          | Status                             | Provider Status |
|----------|------------------------------------|-----------------|
| Abnormal | Final result (7/28/2011  4 30 AM)  | Ordered         |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value   | Range & Units | Status |
|-----------|---------|---------------|--------|
| ALT       | 172 (H) | 10-50 Units/L | Fin    |

**Lab and Collection**
ALANINE AMINOTRANSFERASE (Order #118549336) on 7/28/2011 - Lab and Collection Information

**Result History**
ALANINE AMINOTRANSFERASE (Order#118549336) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 57

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 162

McCollum 01556

08/01/2011 MON 14:17 FAX
Scanned by WEAVER, KIMBERLY D CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☒061/090

Patent Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
6281 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4.00 AM   Hospital Encounter
MRN. 4493765

Description 68 year old male
Department  Nine N Medical Icu
HAR 609275275

**Results**

CREATINE KINASE, TOTAL (Order 118549337)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011 4 44 AM) | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| CK, TOTAL | 11783 (H) | 39-308 Units/L | Fin |

**Lab and Collection**
CREATINE KINASE, TOTAL (Order #118549337) on 7/28/2011 · Lab and Collection Information

**Result History**
CREATINE KINASE, TOTAL (Order#118549337) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 58

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 163**

McCollum 01557

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 62 of 90

08/01/2011 MON 14 17 FAX @062/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)                    .

**Results**                                             Parkland Health & Hospital System
**Lab Results Report**          .              .      .      5201 Harry Hines Blvd
                                                          Dallas, Texas 75235
                                                          214-590-8000

**Larry Gene McCollum**                      Description· 58 year old male
7/22/2011 4 00 AM  Hospital Encounter        Department· Nine N Medical Icu
MRN· 4493765                                   ·HAR 609275275

**Results**                          .          .   .   . · - PHOSPHORUS LEVEL (Order 118549341)

**Result Information**

 .  .        Status                    Provider Status
Abnormal    Final result (7/28/2011  4 29 AM)   Ordered

**Entry Date**
7/28/2011

**Component Results**

| Component | Value · | Range & Units | Status |
|---|---|---|---|
| PHOSPHORUS | 23 (L) | 2 4-4 5 mg/dL | Fin |

**Lab and Collection**
PHOSPHORUS LEVEL (Order #118549341) on 7/28/2011 - Lab and Collection Information

**Result History**
PHOSPHORUS LEVEL (Order#118549341) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                      Page 59

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 164                       McCollum 01558

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 63 of 90

08/01/2011 MON 14:17 FAX                                                           ☒043/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**                                    Parkland Health & Hospital System
                                                          5201 Harry Hines Blvd
                                                          Dallas, Texas 75235
                                                          214-590-8000

**Larry Gene McCollum**                          . . Description, 5# year old male
7/22/2011 4:00 AM  Hospital Encounter             · Department· Njps N Medical Icu
MRN: 4493765                                           HAR, 509278276

**Results**                                           **MAGNESIUM LEVEL (Order 118549343)**

**Result Information**

| Status | Provider Status |
| --- | --- |
| Final result (7/28/2011  4 29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
| --- | --- | --- | --- |
| Magnesium | 1 8 | 1 6-2 6 mg/dL | Fin |

**Lab and Collection**
MAGNESIUM LEVEL (Order #118549343) on 7/28/2011 - Lab and Collection Information

**Result History**
MAGNESIUM LEVEL (Order#118549343) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                            Page 60

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 165**

McCollum 01559

08/01/2011 MON 14:17 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

⊠064/090

Patient Name McCollum, Larry Gene (MRN 4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8080

### Larry Gene McCollum
7/22/2011 4.00 AM Hospital Encounter
MRN. 4493786

Description. 58 year old male
Department: Nine N Medical Icu.
HAR: 609275275

### Results

PARTIAL THROMBOPLASTIN TIME (Order 118549346)

**Result Information**

| Status | Provider Status |
|---|---|
| Abnormal · Final result (7/28/2011 4 25 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PTT | 21.4 (L) | 23 5-33 5 sec | Fin |

Comment For monitoring unfractionated heparin therapy with PTT, therapeutic range is 50-80 seconds

**Lab and Collection**
PARTIAL THROMBOPLASTIN TIME (Order #118549346) on 7/28/2011 - Lab and Collection Information

**Result History**
PARTIAL THROMBOPLASTIN TIME (Order#118549346) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 61

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR REVIEW IS PROHIBITED
APPENDIX 166

McCollum 01560

08/01/2011 MON 14:18 FAX ⌣ @065/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

| **Larry Gene McCollum** | Description, 58 year old male |
| 7/22/2011 4:00 AM  Hospital Encounter | Department: Nine N Medical Icu |
| MRN: 4493765 | HAR: 609275275 |

**Results** — **GLUCOSE RANDOM (Order 118643604)**

**Result Information**

| Status | Provider Status |
| Final result (7/28/2011 4.29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status | |
|---|---|---|---|---|
| Glucose Random | 151 | 65-200 mg/dL | Fin | |

**Lab and Collection**
GLUCOSE RANDOM (Order #118643604) on 7/28/2011 - Lab and Collection Information

**Result History**
GLUCOSE RANDOM (Order#118643604) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 62

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 167**

McCollum 01561

08/01/2011 MON 14:18   FAX

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Ø066/090

Patient Name McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR 609275275

**Results**

CREATININE WITH E-GFR (Order 118843608)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 29 AM) | Ordered | • |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | – | Range & Units | Status | |
|---|---|---|---|---|---|
| CREATININE | 1 44 (H) | | 0 67-1 17 mg/dL | Fin | |
| eGFR African American | >60 | | mL/min/1 73m2 | Fin | |

Comment  Two estimates of GFR (eGFR African American and eGFR Non-African American)
are provided  Please choose the eGFR value appropriate for this patient's  race eGFR
>59 mL/min/1 73m2  An eGFR in this range is not sufficient to make  the diagnosis of
CKD stage 1 or 2  Evaluation of additional clinical and  laboratory indicators of CKD
such as abnormal urine analysis or renal imaging  abnormalities should be taken into
consideration  eGFR 30-59 mL/min/1 73m2  CKD Stage 3  Moderate decrease in GFR eGFR
15-29 mL/min/1 73m2 CKD Stage 4  Severe decrease in GFReGFR <15 mL/min/1 73m2 CKD
Stage 5. Kidney FailureNOTE  eGFR calculations are based on "sex" and "date of birth"
provided at time of  order The Creatinine methodology is traceable to the isotope
dilution mass spectrometry (IDMS) Effective April 20, 2007, the estimated GFR is
based on  the IDMS-traceable MDRD study equation

| eGFR NON-AFRICAN AMERICAN | 50 | | mL/min/1 73m2 | Fin | |

**Lab and Collection**

CREATININE WITH E-GFR (Order #118843608) on 7/28/2011 - Lab and Collection Information

**Result History**

CREATININE WITH E-GFR (Order#118843608) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 83

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 168**

McCollum 01562

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 67 of 90

08/01/2011 MON 14:18 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31                                    ☑067/090

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**                                                  Parkland Health & Hospital System
                                                                        5201 Harry Hines Blvd
                                                                        Dallas, Texas 75235
                                                                        214-590-8000

| Larry Gene McCollum | Description 58 year old male |
| 7/22/2011 4:00 AM  Hospital Encounter | Department Nine N Medical Icu |
| MRN· 4493765 | HAR. 609275275 |

**Results**                                                 CALCIUM, TOTAL (Order 118643608)

**Result Information**

| Status | Provider Status |
| Abnormal      Final result (7/28/2011 4 29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|-----------|-------|---------------|--------|
| Calcium Total | 7 0 (L) | 8 4-10 2 mg/dL | Fin |

**Lab and Collection**
CALCIUM, TOTAL (Order #118643608) on 7/28/2011 - Lab and Collection Information

**Result History**
CALCIUM, TOTAL (Order#118643608) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                                 Page 84

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 169                    McCollum 01563

08/01/2011 MON 14:18 FAX @068/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Larry Gene McCollum
7/22/2011 4:00 AM Hospital Encounter
MRN: 4493765

Description 58 year old male
Department: Nine N Medical Icu
HAR 509275275

### Results

BLOOD UREA NITROGEN (Order:118643810)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011 4:29 AM) | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status | |
|---|---|---|---|---|
| BUN | 47 (H) | 6-23 mg/dL | Fin | |

**Lab and Collection**
BLOOD UREA NITROGEN (Order #118643810) on 7/28/2011 - Lab and Collection Information

**Result History**
BLOOD UREA NITROGEN (Order#118643810) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 65

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 170

McCollum 01564

Case 4:14-cv-03253 Document 288-4 Filed on 06/17/16 in TXSD Page 28 of 52

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 69 of 90

08/01/2011 MON 14:18 FAX                                                                    Ø069/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8009

### Larry Gene McCollum
7/22/2011 4:00 AM  Hospital Encounter
MRN:.4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR  609275275

### Results

COMPLETE BLOOD COUNT (Order 118543619)

#### Result Information

| Status | Provider Status |
|--------|----------------|
| Abnormal    Final result (7/28/2011  4 17 AM) | Ordered |

#### Entry Date
7/28/2011

#### Component Results

| Component | Value | Range & Units | Status |
|-----------|-------|---------------|--------|
| WBC | 2 62 (L) | 3 90-10 70 x10(9)/L | Fin |
| RBC | 2.77 (L) | 4 27-5 99 x10(12)/L | Fin |
| Hemoglobin | 8 5 (L) | 13 2-16 9 g/dL | Fin |
| Hematocrit | 25.4 (L) | 39 6-50 2 % | Fin |
| MCV | 95 3 | 76 2-98 6 femtoliters | Fin |
| MCH | 31 8 | 24 6-33 4 pg | Fin |
| MCHC | 33 3 | 31 6-35 4 g/dl | Fin |
| RDW-CV | 14 7 | 11 5-15 0 % | Fin |
| PLATELETS | 75 (L) | 174-404 x10(9)/L | Fin |
| MPV | 12 4 | 9 4-12 9 femtoliters | Fin |

#### Lab and Collection
COMPLETE BLOOD COUNT (Order #118643619) on 7/28/2011 - Lab and Collection Information

#### Result History
COMPLETE BLOOD COUNT (Order#118643619) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                                                    Page 66

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 171                                     McCollum 01565

08/01/2011 MON 14:19 FAX  @070/090

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011-4:00 AM Hospital Encounter
MRN: 4493765

Description. 58 year old male
Department. Nine N Medical Icu
HAR 609275275

**Results**

DIFFERENTIAL AUTO (Order 118643621)

**Result Information**

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011 4 48 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| NEUTROS ABS | 1 95 | 1 80-7 70 x10(9)/L | Fin |
| LYMPHS ABS | 0.44 (L) | 1 00-4 80 x10(9)/L | Fin |
| MONOS ABS | 0.22 | 0 00-1 07 x10(9)/L | Fin |
| EOS ABS | 0 01 | 0 00-0 54 x10(9)/L | Fin |
| BASOS ABS | 0 00 | 0 00-0 21 x10(9)/L | Fin |

**Lab and Collection**
DIFFERENTIAL AUTO (Order #118643621) on 7/28/2011 - Lab and Collection Information

**Result History**
DIFFERENTIAL AUTO (Order#118643621) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1 51 PM

Page 67

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 172**

McCollum 01566

08/01/2011 MON 14:19  FAX                                                                      ☑071/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

**Results**                                              Parkland Health & Hospital System
**Lab Results Report**                                   5201 Harry Hines Blvd
                                                         Dallas, Texas 75235
                                                         214-590-8000

| Larry Gene McCollum | Description: 58 year old male |
|---|---|
| 7/22/2011 4:00 AM  Hospital Encounter | Department Nine N Medical Icu |
| MRN: 4493765 | HAR: 609275275 |

**Results**                                              ELECTROLYTES WITH GAP (Order 118643633)

**Result Information**

| Status | Provider Status |
|---|---|
| Abnormal · Final result (7/28/2011 4:29 AM) | Ordered |

**Entry Date**

7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| SODIUM | 149 (H) | 135-145 mmol/L | Fin |
| POTASSIUM | 3.8 | 3.6-5.0 mmol/L | Fin |
| Comment  Potassium level in a plasma (green top) sample is 0.2 mmol/L (mean) lower than  that in a serum (red top) sample. | | | |
| CHLORIDE | 113 (H) | 98-109 mmol/L | Fin |
| CO2 | 32 (H) | 22-31 mmol/L | Fin |
| ANION GAP | 4 (L) | 6-16 mmol/L | Fin |

**Lab and Collection**

ELECTROLYTES WITH GAP (Order #118643633) on 7/28/2011 - Lab and Collection Information

**Result History**

ELECTROLYTES WITH GAP (Order#118643633) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011 1:51 PM                                                    Page 68

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 173**                                          McCollum 01567

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 72 of 90

08/01/2011 MON 14:19  FAX

Scanned by WEAVER, KIMBERLY D  CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8400

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Icu
HAR: 609276275

## Results

PROTIME WITH INR (Order 118643635)

### Result Information

| Status | Provider Status |
|---|---|
| Final result (7/28/2011  4 25 AM) | Ordered |

### Entry Date
7/28/2011

### Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Protime | 10 9 | 9 2-12 8 sec | Fin |
| INR | 1 0 | 0 9-1 3 | Fin |

Comment  The INR is intended for patients on long-term, stable, oral anticoagulation
therapy  INR values should approximate 2 0-3 0 in most cases and 2 5-3 5 for higher
intensity of anticoagulation

### Lab and Collection
PROTIME WITH INR (Order #118643635) on 7/28/2011 - Lab and Collection Information

### Result History
PROTIME WITH INR (Order#118643635) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 69

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 174

McCollum 01568

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 73 of 90

08/01/2011 MON 14:19 FAX 073/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**                                     Parkland Health & Hospital System
                                                           5201 Harry Hines Blvd
                                                           Dallas, Texas 75235
                                                           214-590-8000

**Larry Gene McCollum**                    Description: 58 year old male
7/22/2011 4:00 AM · Hospital Encounter     Department: Nine N Medical Icu ··
MRN: 4493765                               HAR: 609276275 ·

**Results.** · · ·                         RBC MORPHOLOGY (Order 118643643)

**Result Information**
  Status                Provider Status
  Final result (7/28/2011  4 48 AM)      Ordered

**Entry Date**
  7/28/2011

**Component Results**
  POLYCHROMASIA.
  Slight

**Lab and Collection**
  RBC MORPHOLOGY (Order #118643643) on 7/28/2011 - Lab and Collection Information

**Result History**
  RBC MORPHOLOGY (Order#118643643) on 7/28/11 · Order Result History Report

Mon Aug 1, 2011  1.51 PM                                    Page 70

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 175

McCollum 01569

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 74 of 90

08/01/2011 MON 14:19 FAX                                                                    ☑074/090
Scanned by WEAVER, KIMBERLY D_CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**                                               Parkland Health & Hospital System
**Lab Results Report**                                    5201 Harry Hines Blvd
                                                          Dallas, Texas 75235
                                                          214-590-8000

| Larry Gene McCollum | Description: 58 year old male |
|---|---|
| 7/22/2011 4:00 AM   Hospital Encounter - | Department  Nine N Medical Icu |
| MRN. 4493765 | HAR. 600275275 |

**Results**                                               POC GLUCOSE (Order #118843627)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011 12 34 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 185 | mg/dL | Fin |

Comment  Operator ID· Ezinne OnyejiakaThe fasting blood glucose range for a  non-
diabetic individual greater than or equal to 2 years of age is 65-125  mg/dL. A random
blood glucose range for a non-diabetic individual greater than  or equal to 2 years of
age is 65-200 mg/dL. For patients less than 2 years,  the reference range is 40-100
mg/dL

**Lab and Collection**

POC GLUCOSE (Order #118843627) on 7/28/2011 - Lab and Collection Information

**Result History**

POC GLUCOSE (Order#118843627) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                                  Page 71

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 176

McCollum 01570

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 75 of 90

08/01/2011 MON 14:20 FAX                                                  2075/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HU) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493755)

## Results
## \par ECG Results Report

Parkland Health & Hosprtal System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

### Larry Gene McCollum
7/22/2011 4:00 AM Hospital Encounter
MRN· 4493765

Description. 58 year old male
Department. Nine N Medical Icu
HAR 609275276

## Results

**EKG ADULT (Order 118299166)**

### Result Information

| Status | Provider Status |
| --- | --- |
| Final result (7/24/2011 9:17 AM) | Ordered |

### Entry Date
7/24/2011

### Component Results

| Component | Value | Range & Units | Status |
| --- | --- | --- | --- |
| Ventricular Rate | 85 | BPM | |
| Atrial Rate | 85 | BPM | |
| P-R Interval | 198 | ms | |
| QRS Duration | 106 | ms | |
| Q-T Interval | 434 | ms | |
| QTC Calc (Bazet) | 516 | ms | |
| P Axis | -6 | degrees | |
| R Axis | 16 | degrees | |
| T Axis | 14 | degrees | |

### Result Impression
Normal sinus rhythm
Prolonged QT
Abnormal ECG
When compared with ECG of 22-JUL-2011 04 31,
QRS axis Shifted right
ST no longer depressed in Inferior leads
ST no longer depressed in Anterolateral leads
T wave inversion no longer evident in Anterolateral leads
Confirmed by fellow Mogaugab, M D , Owen (2019) on 7/25/20_1 8.05 50 AM
Confirmed by TASIAN, M D , BERGE (230) on 7/25/2011 11 00 24 AM

### Imaging Results
View Image

### Lab and Collection
EKG ADULT (Order #118299166) on 7/24/2011 · Lab and Collection Information

### Result History
EKG ADULT (Order#118299166) on 7/24/11 - Order Result History Report

## Results
## \par ECG Results Report

Parkland Health & Hospital System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

Mon Aug 1, 2011 1 51 PM

Page 72

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 177

McCollum 01571

08/01/2011  MON 14:20  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

☑076/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

| **Larry Gene McCollum** | Description  58 year old male |
|---|---|
| 7/22/2011 4.00 AM  Hospital Encounter | Department  Nine N Medical Icu |
| MRN: 4493765 | HAR  609275275 |

## Results

CV ECHO COMPLETE (Order 116172888)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/22/2011 5 51 PM) | Open |

**Entry Date**

7/22/2011

**Result Narrative**

```
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235

Adult Echocardiogram Report
Name  MCCOLLUM, LARRY GENE          Study Date  07/22/2011 12 50 PM        BP  95/70
mmHg
MRN  4493765                        Patient Location  911                  HR  96 bpm
DOB  04/04/1953                     Gender  Male                           Height  69
in
Age  58 yrs                         Ethnicity  White                       Weight  326
lb
Performed By  Kai Nguyen
RCS                                 BSA  2 5 meters2
Referring Physician  TERADA, LANCE
S
Encounter Number  328148327         Order Number  110172888               Accession
Number  21176591
Ordering Physician
DAVIDSON, KEVIN

Reason For Study  58yo M, intubated in MICU hypotensive c global ST depressions  Came
febrile from jail  Now
fulminant shock req pressors  Please perform echo, eval for RWMA, IVC collapse / volume
status, global EF
thanks
History  HYPOTENSION


Procedure  Complete 2D Echocardiogram with Spectral and Color Doppler was performed
Study Quality  poor

Interpretation Summary
Extremely challenging study  LV size is normal. LV function appears reduced  Unable to
assess for wall motion
abnormalities  RA and RV are at least moderately dilated with decreased RV function.
There is paradoxical
septal motion. No valvular regurgitation  No pericardial effusion

These findings are most worrisome for right-side process like PE, but unable to assess
LV function or wall
motion with any certainty  Unable to assess valvular morphology
```

Mon Aug 1, 2011 1 51 PM                                                        Page 73

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 178**

McCollum 01572

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 77 of 90

08/01/2011 MON 14:20 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

☑077/090

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result History (continued)**

**Result Narrative (continued)**

MMode/2D Measurements & Calculations
IVSd 1 1 cm
LVIDd 5.7 cm
LVOT diam 2 0 cm
Ao root diam 2 8 cm

LVIDs 4 9 cm
LVPWd 1 0 cm
LV mass(C)d: 245 6 grams

Doppler Measurements & Calculations
Ao V2 mean· 70 0 cm/sec
Ao mean PG 2.0 mmHg
Ao V2 VTI· 8 6 cm

LV V1 mean PG. 1.3 mmHg
LV V1 mean· 53 5 cm/sec
LV V1 VTI 7.6 cm

AVA(I,D) 2 8 cm2
TR max vel 238 9 cm/sec
TR max PG 22 8 mmHg

Left Ventricle LV systolic function appears depressed Poor image quality limits
interpretation of regional
LV wall motion abnormalities

Right Ventricle. The right ventricle is severely dilated RV function appears
depressed

Atria The left atrial size is normal The right atrium is moderate to severely
dilated

Mitral Valve The mitral valve is not well visualized Trace mitral regurgitation

Tricuspid Valve The tricuspid valve is not well visualized Trace tricuspid
regurgitation.

Aortic Valve The aortic valve is not well visualized Trace aortic regurgitation

Pulmonic Valve The pulmonic valve is not well visualized Trace pulmonic valvular
regurgitation

Hemodynamics The inferior vena cava was not visualized during the exam RVSP is
estimated 23mmHg above right
atrial pressures

Great Vessels: Aortic root measures 2 8cm The pulmonary artery is not well visualized

Pericardium/Pleural There is no pericardial effusion There is no pleural effusion

Reviewing Fellow Matthew Dickson
Electronically signed by Susan Lakoski M D 07/22/2011 05 51 PM

**Lab and Collection**
CV ECHO COMPLETE (Order #118172888) on 7/22/2011 - Lab and Collection Information

Mon Aug 1, 2011 1 51 PM

Page 74

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 173

McCollum 01573

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 78 of 90

08/01/2011 MON 14:20 FAX ☐078/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result History (continued)**

Lab and Collection (continued)

**Results**
\par ECG Results Report

Parkland Health & Hospital System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM Hospital Encounter.
MRN: 4493765

Description 58 year old male
Department: Niaa N Medical icu
HAR: 609275275

**Results**

EKG ADULT (Order 118153536)

**Result Information**

| Status | | Provider Status | |
|---|---|---|---|
| Final result (7/22/2011 4:31 AM) | | Ordered | |

**Entry Date**
7/22/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Ventricular Rate | 120 | BPM | |
| Atrial Rate | 120 | BPM | |
| P-R Interval | 218 | ms | |
| QRS Duration | 102 | ms | |
| Q-T Interval | 320 | ms | |
| QTC Calc (Bezel) | 452 | ms | |
| P Axis | 34 | degrees | |
| R Axis | 225 | degrees | |
| T Axis | 169 | degrees | |

**Result Impression**

Sinus tachycardia with 1st degree A-V block
Right superior axis deviation
Marked ST abnormality, possible inferior subendocardial injury and anterolateral
Abnormal ECG
No previous ECGs available
Confirmed by fellow Moqabqab, M D , Owen (2019) on 7/22/2011 12 26.55 PM
Confirmed by TASIAN, M D., BERGE (230) on 7/22/2011 1 34:42 PM

**Imaging Results**
View Image

**Lab and Collection**
EKG ADULT (Order #118153536) on 7/22/2011 - Lab and Collection Information

**Result History**
EKG ADULT (Order#118153536) on 7/22/11 - Order Result History Report

**Notes Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235

Mon Aug 1, 2011 1 51 PM

Page 75

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 180**

McCollum 01574



08/01/2011  MON 14:21  FAX                                                                          2079/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15 32

Patient Name McCollum, Larry Gene (MRN· 4493765)

**Result History (continued)**

214-590-8000

**Patient Information**

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | | Bed | Code Status | |
|---|---|---|---|---|---|
| 9N MIC | 911 | | 1 | Pnor | |

**Consults signed by Kim Luann Rickert, MD at 07/29/11 0631**

Author  Kim Luann Rickert, MD  Service  Surgery, Neurological  Author Type  Attending
Filed  07/29/11 0631  Note Time· 07/28/11 1125
Related  Related Note by Benjamin Paul Boudreaux, MD filed at 07/28/11 1246
Notes
　　　Original Note by Benjamin Paul Boudreaux, MD filed at 07/28/11 1246  ·

Consult Orders

1 Consult Neurosurgery Service [118664907] ordered by Kevin Ross Davidson, MD at 07/28/11 1049

Neurosurgery Progress Note

Patient Active Hospital Problem List
Malignant hyperthermia (7/22/2011)
Shock (7/22/2011)
Acute renal failure (7/22/2011)
Rhabdomyolysis (7/22/2011)

HD 6

Subjective  58 year old male with history of hypertension admitted from jail with history of heat exhaustion and seizure
He was brought to PMH with temp 43 C, hypertensive with SBP near 200 and unresponsive  He was intubated and
cooled with transfer to MICU service  Acutely he had AKI, shock liver and rhabdomyolysis  EEG performed to rule out
subclinical status  Over the last several days the patient has had only minimal responsiveness to painful stimulus  MR
was performed, neurosurgery consulted for evaluation of hydrocephalus on MR scan

ROS - unable to obtain

PMhx -
HTN
Depression
DM
Arthritis

Sochx -
Incarcerated, no history of drug or ETOH abuse

Meds
HCTZ 25mg daily
Clonidine pm

EEG (spoke with EEG front desk)- generalized nonreactive slowing  Nonspecific nonlocalizing encephalopathy  No
seizures or status epilepticus seen

Mon Aug 1, 2011  1 51 PM                                                                          Page 78

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED  APPENDIX 181

McCollum 01575

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 80 of 90

08/01/2011 MON 14:21  FAX                                                    2080/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**Objective**
Temp (24hrs), Avg 37 7 °C (99 8 °F), Min 37 °C (98 6 °F), Max 38 3 °C (100 9 °F)
Heart Rate  Avg  84 8 bpm  Min  65 bpm  Max. 116 bpm
Systolic (24hrs), Avg 118 mmHg, Min 100 mmHg, Max.150 mmHg
Diastolic (24hrs), Avg 66 mmHg, Min 54 mmHg, Max 92 mmHg
O2 Sats  SpO2  Avg` 95 6 %  Min  92 %  Max  100 %
ICPs  No Data Recorded
CPP  No Data Recorded

Intake/Output Summary (Last 24 hours) at 07/28/11 1150
Last data filed at 07/29/11 1100

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 2923 ml           |
| Output | 3910 ml           |
| Net    | -987 ml           |

Intubated, off sedation
No eye opening
Pupils 2mm and reactive
+ corneal
No cough or gag
+ overbreathing
No movement to central painful stimulus

**Lab Results**

| Component  | Value | Date/Time        |
|------------|-------|------------------|
| NA         | 149*  | 7/28/11 03 30 AM |
| K          | 3 8   | 7/28/11 03 30 AM |
| CL         | 113*  | 7/28/11 03 30 AM |
| CO2        | 32*   | 7/28/11 03 30 AM |
| BUN        | 47*   | 7/28/11 03 30 AM |
| CREATININE | 1 44* | 7/28/11 03 30 AM |
| GLUCOSE    | 151   | 7/28/11 03 30 AM |
| CALCIUM    | 7 0*  | 7/28/11 03 30 AM |
| MAG        | 1 8   | 7/28/11 03 30 AM |
| PHOS       | 2 3*  | 7/28/11 03 30 AM |

**Lab Results**

| Component | Value | Date/Time        |
|-----------|-------|------------------|
| WBC       | 2 62* | 7/28/11 03 30 AM |
| HGB       | 8 8*  | 7/28/11 03 30 AM |
| HCT       | 26 4* | 7/28/11 03 30 AM |
| PLT       | 75*   | 7/28/11 03 30 AM |

**Lab Results**

| Component | Value | Date/Time        |
|-----------|-------|------------------|
| PROTIME   | 10 9  | 7/28/11 03 30 AM |
| PTT       | 21 4* | 7/28/11 03 30 AM |
| INR       | 1 0   | 7/28/11 03 30 AM |

**Lab Results**

| Component | Value | Date      |
|-----------|-------|-----------|
| PHART     | 7 50* | 7/28/2011 |
| PCO2ART   | 35    | 7/28/2011 |
| PO2ART    | 125*  | 7/28/2011 |

Mon Aug 1, 2011  1 51 PM                                                    Page 77

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 182**

McCollum 01576

08/01/2011 MON 14:21  FAX                                                    ☑081/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

| HCO3ART | 27* | 7/28/2011 |
| BEART | 3.6* | 7/28/2011 |
| O2SATART | 100* | 7/28/2011 |

Imaging  MR reviewed   Acute infarct in bilateral cerebellum, basal ganglia and cerebral cortex   Effacement of 4th
ventricle due to posterior fossa strokes with hydrocephalus

Assessment  58 year old male with anoxic brain injury and poor neurologic exam   MR overnight demonstrates
hydrocephalus

Plan
1  I spoke with the family over the phone about the patient's current neurologic status   His neurologic exam has been
poor without improvement over several days   He has diffuse strokes throughout his brain likely secondary to anoxic brain
injury   The likelihood of a functional outcome is very low   Treatment of the patient's hydrocephalus would be bedside
ventriculostomy placement   This would have to be coupled with platelet transfusion given his low platelet count   The
family understands the severity of his underlying brain injury   I explained that there might be some neurologic
improvement after ventriculostomy placement but meaningful recovery was unlikely   At this time, they do not want
ventriculostomy placement despite risk of worsening neurologic function   They are driving in to discuss comfort
measures

- neurosurgery available for family discussion if requested
- appreciate MICU assistance in caring for patient
- discussed with attending Rickert

Electronically signed by
Benjamin Paul Boudreaux, MD


Neurosurgery Attending

Pt is a 58 y mans with an anoxic brain injury   There is no chance of a good functional outcome   There is no
neurosurgical intervention that will improve his condition


Mon Aug 1, 2011  1 51 PM

Page 78

Copy of OIG case to Support Litigation on 12 17 2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01577

08/01/2011 MON 14:21  FAX
Scanned by WEAVER_KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32                 ☑082/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Notes Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas· 75235
214-590-8000

### Patient Information

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |
| Unit 9N MIC | Room 911 | | Bed 1 | Code Status Pnor | |

### Consults signed by Hai Chen, MD, PHD at 07/28/11 1401

| Author | Hai Chen, MD,PHD | Service | Neurology | Author Type | PGY 2 |
|---|---|---|---|---|---|
| Filed | 07/28/11 1401 | Note Time | 07/28/11 0821 | Cosign Required | Yes |

Consult Orders
1 Consult Neurology Service [118664904] ordered by Kevin Ross Davidson, MD at 07/28/11 0755

### Admission  7/22/2011  4 00 AM

**CC**
Admit after heat shock
Consult for prognosis

**HPI**

58 year male presented from prison was sent to Parkland after a pass out episode?  He was noted to be febrile to 43° and with decreased responsiveness and was sent to ER  He become unresponsive and was intubated in ER  He also need pressor for BP maintalance and was cooled with NG lavage and ice packs
His temperature is gardually improved and he gradually developped multiple organ dysfunction including cardiac renal, liver injury and rhabdomyolysis  He got supportive treatment and currently renal function and liver enzyme, CK all improved  Off pressor for 5 days  However Pt continue to be unresponsive
He only got one dose of sedation at intubation in ER, and 4mg ativan 4 h ago (5am today) before MRI study  Per primary learn, pt never overbreath ventilator or present with cough at suction
However pt is not responsive and consult for prognosis

**Recent studies**
CT (7/23)
1  Interval development of bilateral low densities within the basal ganglia and internal capsules, concerning for hypoxic ischemic injury  Further evaluation with MR of the brain is recommended as clinically indicated  Dr Brent Bachim was notified directly by telephone of these findings at approximately 1925 on 23 July 2011

MRI (7/28)
1  Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi, compatible with diffuse anoxic brain injury
2  Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF  Questionable restricted diffusion also involves the cerebellar hemispheres

EEG
No-epileptiform

Mon Aug 1, 2011  1 51 PM

Page 79

Copy of OIG case to Support Litigation on 12 17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 184**

McCollum 01578

08/01/2011 NON 14:21 FAX              ☑083/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result History (continued)**

**History**
Social History
- Marital Status        Single
  Spouse Name       N/A
  Number of Children     N/A
- Years of Education      N/A
Occupational History
- Not on file
Social History Main Topics
- Smoking status       Never Smoker
- Smokeless tobacco     Never Used
- Alcohol Use        3 0 oz/week
  6 Cans of beer per week
   *last alcohol use ~2yrs ago*
- Drug Use         No
- Sexually Active       Yes – Female partner(s)
  Birth Control/ Protection   None
Other Topics               Concern
- Not on file
Social History Narrative
- No narrative on file

**Past Medical History**
Diagnosis              Date
- Hypertension

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| - Diabetes | Father | • |
| - Psychiatry *alzhaimors* | Mother | |
| - Diabetes | Brother | |
| - Cancer *prostate CA* | Brother | |
| - Cancer *pancreatic CA* | Brother | |

No family Hx of

**Past Surgical History**
Procedure              Date
- None (no surgical history)

**ROS.**
Not able to get from the patient (+) fever

**Physical Exam**
BP 150/92 | Pulse 135 | Temp 38 3 °C (100 9 °F) | Resp 23 | Ht 6' 1" | Wt 167 kg (368 lb 2 7 oz) | BMI 48 57 kg/m2 | SpO2 93%
General not responsive on ventilator
Neck neck, no bruit
Neurological.
Mon Aug 1, 2011 1 51 PM             •

Page 80

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 185**

McCollum 01579

08/01/2011 MON 14:21 FAX ☎084/090

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result History (continued)**

General non-responsive,
CRANIAL NERVES
Corneal reflex (+) bilaterally, bilaterally pupil reflex to tight sluggish Gag reflex (-), No response to noxious stimuli including strong chest rub, pressure on all extremities

**MEDICATIONS**
Outpatient medication
No current facility-administered medications on file prior to encounter

No current outpatient prescriptions on file prior to encounter

Current inpatient meds
**Current Inpatient Medications**

| Medication | Dose | Frequency |
|---|---|---|
| • acetaZOLAMIDE (DIAMOX) injection 500 mg | 500 mg | Q12H |
| • D5W IV Solution | | CONTINUOUS |
| • sterile water injection for medication reconstitution 5 mL | 5 mL | BID (DIURETIC) |
| • insulin regular sliding scale injection 2-14 Units | 2-14 Units | Q6H |
| • insulin NPH (HUMULIN N,NOVOLIN N) injection 5 Units | 5 Units | BID |
| • acetaminophen (TYLENOL) oral solution DOSE 650 mg | 650 mg | Q4HR PRN |
| • multivitamin oral solution DOSE 5 mL | 5 mL | DAILY |
| • lidocaine injection 1% | 10 mL | PRN |
| • pantoprazole (PROTONIX) injection DOSE 40 mg | 40 mg | BID |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution DOSE 1 | 1 Drop | PRN |
| • sodium chloride 0 9% infusion | | CONTINUOUS |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |

**LABS**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 2 62* | 7/28/2011 |
| HGB | 8 8* | 7/28/2011 |
| HCT | 26 4* | 7/28/2011 |
| MCV | 95 3 | 7/28/2011 |
| PLT | 75* | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 149* | 7/28/2011 |
| K | 3 8 | 7/28/2011 |
| CL | 113* | 7/28/2011 |
| CO2 | 32* | 7/28/2011 |
| ANIONGAP | 4* | 7/28/2011 |
| BUN | 47* | 7/28/2011 |
| CREATININE | 1 44* | 7/28/2011 |
| GLUCOSE | 151 | 7/28/2011 |

A/P
Mon Aug 1, 2011 1 51 PM

Page 81

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 186**

McCollum 01580



08/01/2011 MON 14 21  FAX                                              @085/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

Larry Gene McCollum is a 58 year old male was admitted after shock shock presnat with multiple organ dysfunction and are improving  However continue to be unresponsive  CT

1  Neurological prognosis
- Pt is not able to opn eyes to painful stimuli on day 6   Per Levy Criteria for non-traumatic comaguideline (Day 7 after the insult), best one year recovery will be  92% no recovery, continue veg state, 8% severe disabled, 0% moderate disabled or good recovery
- Please note, renal failure, liver failure, other significant metabolic disturbance or hemodynamic instability (all improved) can confound the clinical findings
- Though not in the guideline, CT and MRI both revealed diffuse anoxic brain injury (restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi) which suggest severe brain injury

Chen Hai M D , Ph D

Mon Aug 1, 2011  1 51 PM                                              Page 82

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 187**

McCollum 01581

08/01/2011 MON 14·22  FAX                                                                                    ☑086/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HU) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Notes Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Patient Information

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Prior |

### H&P signed by Lance S. Terada, MD at 07/22/11 1529

| Author | Lance S Terada, MD | Service | Internal Medicine | Author Type | Attending |
|---|---|---|---|---|---|
| Filed | 07/22/11 1529 | | Note Time  07/22/11 1513 | | |
| Related Notes | Original Note by Lance S Terada, MD filed at 07/22/11 1528 | | | | |

Pulmonary Attending
I reviewed and examined Mr Rho with Dr Davidson and I concur with the findings and plans recorded  58 yo WF admitted from jail with hx of having been tx from one jail to a local cell 4 d ago  Cell is not air conditioned, large area shared by >200 inmates  He apparently had a sz, and was brought here and found to have temp 43C, hypertensive syst 200, and unresponsive  Only known med was HCTZ  Intubated, packed on ice, and tx to MICU
PH HTN, depression
SH incarcerated
Exam MAP 70 on NE 38 ug/min  now unresponsive, pupils 2 mm sluggish, +OC reflex, neck supple  Core temp down to 38 3C now  Hands and feet are cool and dry  Lungs clear, heart reg and distant  abd very obese, soft  CXR no clear infiltrates
Labs reviewed, AKI, rhabdo, gap acidosis, early DIC

1 Hyperthermia  Unclear etiology  By exam, c/w heat stroke with cool clamped extremities (not on ice)  He has been incarcerated, but if meds were accessed, could be c/w NMS or serotonin syndrome, though rhabdo and extreme hyperthermia more consistent with former  He has a modest amount of diarrhea now but not previously  Doubt malignant hyperthermia, as sux was given after arrival  No evidence for endocrinopathy or CNS cause  Will tx supportively with volume infusion, pressors as needed, ventilatory support, and external cooling as needed  Cont cyproheptidine x 24 h, d/c dantrolene for now  Also no evidence for CTD  Will check smear for evidence of TTP, though doubt
2 AKI, likely dehydration, possibly ATN from prolonged hypoperfusion
3. Rhabdo  IVF
4  Abn mental status as above
5  Hemodynamic shock  Likely 2/2 hyperthermia, will pan cx and cover with antibx for possible sepsis
6  Seizure  Likely also 2/2 hyperthermia, EEG r/o akinetic status

Lance Terada, MD

Mon Aug 1, 2011  1 51 PM                                                                              Page 83

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 188                                                            McCollum 01582

18/01/2011 NON 14:22  FAX                                                                   ☑087/090

Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

## Notes Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Patient Information

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Prior |

### H&P signed by Kevin Ross Davidson, MD at 07/22/11 0908

| Author | Kevin Ross Davidson, MD | Service | Pulmonary Diseases | Author Type | PGY 3 |
|---|---|---|---|---|---|
| Filed | 07/22/11 0908 | Note Time | 07/22/11 0818 | | |
| Related Notes | Cosigned by Lance S Terada, MD filed at 07/25/11 0744 | | | | |

MICU Team III History & Physical

| CC | S/p seizure at prison |
|---|---|
| Reason for ICU admission | Unresponsiveness, intubated, malignant hyperthermia |

HPI     58 year-old Caucasian male presented from prison after being witnessed to have a seizure while in common area
There are no details to the patient's clinical course leading up to his seizure and he has no known history of epilepsy  He
reportedly has been in this prison for only 4 days and was recently at another jail facility  His jail is a non-air conditioned
facility  His seizure occurred ~0300 hours and he was brought to Parkland by EMS  He was noted to be markedly febrile
to 43° and with decreased responsiveness  In the ER he was initially hypertensive ~200/150, he had no gag, cough, or
grimace and was completely unresponsive  The decision was made to intubate and he was given etomidate and
succinylcholine  He was intubated without difficulty and a right femoral TL and right radial arterial line were both placed
His blood pressure decompensated and he was started on dopamine and levophed at high levels  Attempts were made
to cool him with ice water NG lavage and packing his groin and axillae with ice packs

| ROS | Unable to obtain, patient unresponsive and intubated |
|---|---|

| PMH | Hypertension  managed on hydrochlorothiazide |
|---|---|
| | Major depression |
| | Diabetes mellitus (per correctional facility intake form) |
| | Arthritis |

| Allergies | Unknown |
|---|---|

| Medications | HCTZ 25mg daily |
|---|---|
| | Previously on 0 1mg clonidine PRN |

| Family History | Family history of unspecified cancer, diabetes, heart disease, HTN, |
|---|---|
| Social History | Incarcerated in prison for uncertain offense  No known history of drug or alcohol abuse |

Physical Exam
VS         T 43° (109 4°) | HR 116 | RR 20 vent | BP 198/148 --> 76/51 | SpO2  95% | Wt  150kg (330lbs)
GEN        Obese caucasian male, intubated, supine with ice packs in groin and armpits, unresponsive
HEENT      Supple neck, no meningismus, unresponsive pupils,
CARDIAC    Distant, unable to auscultate any heart sounds, unable to appreciate JVP
CHEST      Intubated, clear in apices

Mon Aug 1, 2011  1 51 PM                                                          •                        Page 84

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 189**

McCollum 01583

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 88 of 90

08/01/2011 MON 14:22 FAX @088/090
Scanned by WEAVER, KIMBERLY D CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN 4493765)

## Result History (continued)

| | |
|---|---|
| ABD | Obese, soft, unable to assess for HSM |
| GU | Normal appearing genitalia, no evident loss of bowel or bladder function |
| NEURO | Unresponsive, fixed equal pupils, unresponsive to light, no rigidity |
| EXT | No rigidity, no pedal edema, +onychomycosis |
| SKIN | Cool, dry |

Labs

| | | |
|---|---|---|
| NA | 130* | 7/22/2011 |
| K | 3 4* | 7/22/2011 |
| CL | 93* | 7/22/2011 |
| CO2 | 20* | 7/22/2011 |
| ANIONGAP | 17* | 7/22/2011 |
| BUN | 39* | 7/22/2011 |
| CREATININE | 2 69* | 7/22/2011 |
| GLUCOSE | 167 | 7/22/2011 |
| | | |
| WBC | 7 56 | 7/22/2011 |
| HGB | 14 3 | 7/22/2011 |
| HCT | 41 8 | 7/22/2011 |
| MCV | 93 1 | 7/22/2011 |
| MCH | 31 8 | 7/22/2011 |
| PLT | 136* | 7/22/2011 |
| | | |
| AST | 71* | 7/22/2011 |
| ALT | 33 | 7/22/2011 |
| ALKPHOS | 40 | 7/22/2011 |
| BILITOTAL | 0 5 | 7/22/2011 |
| LIPASE | 66* | 7/22/2011 |
| ALB | 3 4* | 7/22/2011 |

Imaging
    CXR    Intubated, cardiomegaly, blurred cardiomediastinal silhouette, no effusion on right, no apparent
infiltrates
    CT Head    No acute findings, no bleed or apparent mass lesion

EKG    Global ST depressions, TWI  Sinus tachycardia at 120  Borderline QRS at 108  QTc 452
TTE    Pending

Problem List
    1    Malignant hyperthermia
    2    Rhabdomyolysis
    3    Acute renal failure
    4    Global ST depressions
    5    Unwitnessed seizure

Assessment & Plan
    58 yo M presenting from prison after report of generalized seizure  On presentation, the patient has profound
hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness  The etiology of his shock and
fever is unknown  His differential diagnosis includes heat stroke, profound sepsis, NMS, status epilepticus, serotonin
syndrome, hypothalamic CVA, bacterial meningitis or thyrotoxicosis  He is empirically covered for sepsis and bacterial
meningitis with ceftriaxone and vancomycin  He has no apparent seizure activity but we will plan for EEG to eval for
subclinical seizures  We will give empiric cyproheptadine and dantrolene for concern of NMS/serotonin syndrome
Aggressive control of fever with ice water lavages and ice packing

Malignant hyperthermia
        +Cooling blanket, ice water NG lavage, ice packs, foley lavage
        +Monitor rectal probe
        +Consider for Alsius cooling cordis if unable to cool
Mon Aug 1, 2011  1 51 PM

Page 85

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 190

McCollum 01584

08/01/2011 MON 14:22  FAX                                        ☑089/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

　　　+Dantrolene 250mg IV x1, cryptoheptaine 12mg PO

Shock
　　　+Supportive hemodynamics, ordered additional 4L LR bolus, continue levophed
　　　+Consider empiric steroids for hypotension unresponsive to fluids and pressors
　　　+Echocardiogram given global ST depressions
　　　+Asa 325mg given global ST depressions and concern for ACS risk factors

Neurologic status
　　　+Check NSE within 24 hours
　　　+EEG to evaluate for subclinical seizures
　　　+All sedation held, monitoring for improvement in neuro status

Rhabdomyolysis
　　　+Aggressive IVF, supportive hemodynamics

Prophylaxis  PPI, SCD's, hold
Code Status  Full code

Davidson x4099

Mon Aug 1, 2011  1 51 PM                                     Page 86

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 191                          McCollum 01585

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 90 of 90

Patent Name  McCollum, Larry Gene (MRN  4493765)

Mon Aug 1, 2011  1 51 PM

Page 87

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 192

McCollum 01586



**xas Department of Criminal Just**
**OFFICE OF THE INSPECTOR GENERAL**

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF ___Tashawna   Bowser___

GIVEN THIS DATE: ___July 29, 2011___ AT ___0100___ O'CLOCK ☑ AM ☐ PM

My name is: ___Tashawna   Bowser___

Date of birth: _____ I can be contacted at telephone number: ___(972) 225-1304___

and at address: ___1500 E. Langdon Road    Dallas, TX   75241___

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On July 28, 2011, I officer Bowser, T co IV was
assigned a transport officer, hospital officer tot approximately
2145 by Lt. Sanders, upon arriving at the hospital
I went to MICU room number 911 where offenders
Larry McCollum 1721640 was receiving treatment.
At approximately 2335 offender McCollum was
pronounced deceased. I officer Bowser maintained
security of the deceased offender until OIG officer
KECK arrived and other security staff, such as
Major May and Captain sessions.

**Subscribed And Sworn To Before Me By:**    X __J. Bowser__
                                                    Signature
                                           ___Tashawna   Bowser___
                                                    Printed Name

On this the ___29___ day of ___July, 2011___

_____
Notary Public In and For The State of Texas

OR

Witness: _____    __Michael R. Keck__
                    Signature                 Police Officer's Signature

_____    ___MICHAEL R. KECK/ENV./#246___
        Printed Name                 Printed Name, Rank, and ID Number

Page _____ of _____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

**APPENDIX 193**

McCollum 01587



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Haskell Rayford_

GIVEN THIS DATE: _7/28/11  7/29/11_  AT _23:55  0700_ O'CLOCK  ☒ AM ☒ PM

My name is: _Haskell Rayford_

Date of birth: _____   I can be contacted at telephone number: (972) 225-1304

and at address: _1500 E. Langdon  Dallas, TX 75241_

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

_On 7/28/11 I officer H. Rayford was assigned to Parkland Hospital to secure_
_offender McCollum Larry # 1721640 RM # 911 at 23:35 offender was pronounced_
_deceased by Dr. Charles Owens. At approximately 23:40 family members_
_exited the room, and scene was sealed until OIG arrived at 00:40_

Subscribed And Sworn To Before Me By:

_Signature_

_Haskell Rayford_
Printed Name

On this the _29_ day of _July, 2011_

Notary Public In and For The State of Texas

OR

Witness: _____
                    Signature                        _Michael R. Keck_
                                                     Police Officer's Signature

_____
          Printed Name                      _MICHAEL R. KECK / INV /#246_
                                             Printed Name, Rank, and ID Number

Page _____ of _____

CC-0355 (07/2005)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 194

McCollum 01588



## Texas Department of Criminal Justice

**Brad Livingston**
**Executive Director**

Administrative Incident Review

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HUTCHINS STATE JAIL

**Incident Number:** 1-10671-07-11

**TO:** Emergency Action Center

**THRU:** Robert Eason
Region II Director

**SUBJECT:** Natural Attended Death

**PERSONS**
**INVOLVED:** Offender McCollum, Larry #1721640; W/M; DOB – 04/04/53; Age 58; NR custody; Serving a 12 month sentence for Forgery from McClennan County; Sentence Begin Date 06/21/11; TDCJ Received Date 07/15/11.

**SUMMARY:** On Thursday July 28, 2011 at approximately 2335 hours Offender Larry McCollum was pronounced deceased by the attending Doctor Charles Owens and Inter-Physician Rigoberto Ramirez at Parkland Hospital in Dallas, Texas. The preliminary cause of death is listed as Respiratory Failure/Neurological Failure. The offender's next of kin, Mrs. Sharon McCollum (wife) was contacted and advised of the offender's death.

On Friday July 22, 2011 at approximately 0300 hours, offender McCollum was transported via ambulance to Parkland Hospital after being found in his assigned bunk (C7-46) with what appeared to be a seizure. Staff were able to take the offender to the medical department were a triage nurse at the Crain Unit was contacted and recommended the offender be sent to the hospital via 911 due to no medical notes in the computer for offender McCollum. Offender McCollum had been received on the Hutchins State Jail on July 15, 2011, from McClennan County. The offender was assessed at Parkland Hospital and placed on a ventilator. The offender's condition at that time was listed as critical and he was assigned to the 9th floor Intensive Care unit.

On July 22, 2011 the next of Kin was contacted and advised by Warden Polk of offender McCollum's condition and to obtain his medical history. Offender McCollum's immediate family was allowed visitation. Offender McCollum received many test to determine if he had any neurological response/s and to determine the original cause of his seizure. Offender McCollum remained on a ventilator until Thursday July 28, 2011, as Mrs. Sharon McCollum and family members were provided information concerning offender McCollum's care and health status by the attending Physician at Parkland Hospital. The family at that time chose to remove the offender from the ventilator and cease all life saving

*Our mission is to provide public safety, promote positive change in offender*
*behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 195**

McCollum 01589