treatment. At approximately 5:25 pm offender McCollum was taken off the ventilator and he continued to breath on his own until approximately 11:35pm. Offender McCollum was pronounced deceased. Michael Keck from the Office of the Inspector General and Major Terry May (Duty Warden) were both notified of the offenders passing and reported to the hospital. Mr. Keck declared the area and crime scene and documented the area and cleared the crime scene at approximately 0120 hours on July 29, 2011. Captain Kyron Session relieved the security officers and remained with the offenders remains until taken to the hospital morgue. The family of the offender did wish to claim the body and an autopsy will be performed. Carnes Funeral Home in Texas City, Texas was contacted and notified of the death and the family's intent to claim the offender's remains. Senior Warden Jeff Pringle was in contact was notified of the offenders passing at 2345 hours. The Unit Chaplain, Mr. Gene Bartholf, reported to the hospital and spoke with the family. Mr. Robert Eason, the Region II Director, was notified of this incident at 1201am. on July 29, 2011. Ms. Kyla Crumbly of the Emergency Action Center was notified of this incident at 0101 hours on July 29, 2011. She issued the incident number I-10671-07-11 to this incident.

**ACTION/ INACTION:**    Employee action was not a contributing factor in this incident.

**ATTACHMENTS:**
**EAC Report**
**Incident Report**
**Travel Card**
**Chaplain's Email/Worksheet**
**Transport Orders**
**TDCJ Autopsy Order**
**Personal Property**
**Letter to Family**
**Person Property Letter**
**Employee Statements**
**Photos of offender McCollum remains**
**HMS 18**
**Medical Examiner Cause of Death Report**

**ADMINISTRATIVE REVIEW:**    In accordance with Administrative Directive 02.15 (rev.11), the following was addressed:

I. Wardens Comments:
Staff actions taken were consistent with Texas Department of Criminal Justice policies and procedures. Offender McCollum was received from McLennan County on July 15, 2011, and he had no property and he was properly housed according to his custody level at the time of incident. Offender McCollum was found unresponsive by security staff during count and immediately begin proper care. The initial investigation indicates offender McCollum was having a seizure and a interview a of offenders assigned to C7 dorm indicate that offender McCollum seemed to be withdrawn and would not eat or get off his bunk. There are no signs of foul play. All security staff handled the issue with dignity and respect for the family and Administration also met with family members to

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 196**                    McCollum 01590

102

show care and passion for the situation. The unit chaplain met and gave spiritual guidance to staff and family during this time. Offender McCollum was seen by medical as per policy and initial medical intake testing had been completed with the result returning and offender being place on medicine for blood pressure. There was no lesser action that could have been taken to prevent the seizure and the offender's death.

Jeff Pringle, Senior Warden, Hutchins Unit

8-5-11
Date

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 197

McCollum 01591

Directors Comments:

_____        _____
Robert Eason, Region II Director                  Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 198**

McCollum 01592

MESSAGE ID: 721950    ◯  DATE: 07/29/11   TIME: 09◯ am  PRIORITY: 000

SUBJECT:   OFFENDER DEATH

EAC USE ONLY:  DATE REPORTED: . . . . . . . . . . . . . . . . . . . .TIME REPORTED: . . . . . . . . . . . .

EMERGENCY ACTION CENTER INCIDENT NO:  I - 10571 - 07 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HJ   REGION II  DATE OCCURRED: 07 / 29 / 2011  TIME OCCURRED: 3335P
SPECIFIC LOCATION: MICU-RM 911
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
     A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO

OFFENDER INFORMATION

| OFFENDER NAME (LAST, FIRST M) | TDCJ NO | CUST | RACE | SEX | AGE | INJ | A-U |
|---|---|---|---|---|---|---|---|
| MCCOLLUM, LARRY | 1731640 | MR | W | M | 58 | N | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL; 5200 HARRY HINES BLVD.; DALLAS, TX 75246
TREATMENT: N/A

EMPLOYEE INFORMATION

| NAME (LAST, FIRST M) | SSN | RACE | SEX | AGE | RANK |
|---|---|---|---|---|---|
| | | | | | |

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES X NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 29 / 2011   TIME: 33 : 35 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CHARLES OWENS, MD
COUNTY WHERE DEATH OCCURRED: DALLAS

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01593

HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

N/A

CHEMICAL AGENT INFORMATION
LIST TYPE

AMOUNT                                                      AUTHORIZATION
N/A

WAS TEAM AUTHORIZED   YES X NO    DECONTAMINATED   YES X NO   INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

                    IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR                      N/A
HAND HELD METAL DETECTOR                         N/A
B.O.S.S. CHAIR                                   N/A
VIDEO SURVEILLANCE                               N/A
HEARTBEAT DETECTION SYSTEMS                      N/A
BODY ALARM                                       N/A
PERIMETER FENCE DETECTION SYSTEMS                N/A
STAB-RESISTANT VEST                              N/A
NARCOTIC DETECTOR CANINE                         N/A
CELL PHONE DETECTOR CANINE                       N/A
PACK CANINES                                     N/A
S.A.R. CANINES                                   N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM           N/A
OTHER:  N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
  ON THURSDAY, JULY 28, 2011, AT 2035 HOURS, THE HUTCHINS UNIT ADMINISTRATION
  REPORTED AN OFFENDER DEATH BY RESPIRATORY FAILURE; NEUROLOGICAL FAILURE OF
OFFENDER MCCOLLUM, LARRY, TDCJ  1731470/ NR PROCESSING, A 58 YEAR OLD WHITE
MALE STANDING 5'10" TALL AND WEIGHING 320 POUNDS; SERVING A 11-MONTH SENTENCE
  FOR FORGERY OUT OF MCLENNAN COUNTY.

ON THURSDAY, JULY 28, 2011 AT APPROXIMATELY 1735 HOURS, THE BREATHING TUBES
WERE REMOVED FROM OFFENDER MCCOLLUM AND AT 2035 HOURS, DR. CHARLES DUNN AND
INTERN PHYSICIAN RISHERTO RAMIREZ PRONOUNCED THE OFFENDER DECEASED.
MR.   MICHAEL BECK OF THE OFFICE OF THE INSPECTOR GENERAL TOOK POSSESSION OF
THE REMAINS. UPON COMPLETION OF THE OIG INVESTIGATION, THE REMAINS WERE TAKEN
  TO THE MORGUE AT PARKLAND HOSPITAL. CARNES FUNERAL HOME IN FLAT CITY, TX.,
WAS CONTACTED AT 0000 HOURS. OFFENDER MCCOLLUM'S NEXT OF KIN WAS PRESENT AT
THE  TIME OF DEATH AND AN AUTOPSY HAS BEEN REQUESTED. ARRANGEMENTS ARE BEING
MADE FOR THE FAMILY TO CLAIM AND TAKE POSSESSION OF THE REMAINS. ANY FURTHER
ADDITIONAL INFORMATION WILL BE FORWARDED AS IT IS RECEIVED.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 260**                                    McCollum 01594

CHAPLAIN MR. GENE BARCLIFF) WAS NOTIFIED AT 2331 HOURS. REGIONAL DIRECTOR
MR. ROBERT EASON WAS NOTIFIED AT 0000 HOURS. MS. CRUMBLEY OF THE EMERGENCY
ACTION CENTER WAS NOTIFIED AT 0101 HOURS AND ISSUED AN INCIDENT NUMBER OF
I-10521-07-11.

(SEND ADDITIONAL INFORMATION TO HQEAC0) (NCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SANDREA SANDERS                    DATE: 07 / 29 / 2011
AUTHORIZED BY: SENIOR WARDEN JEFF PRINGLE

Sent to:    HJEAC                    (list)                    (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 201                    McCollum 01595

STSM QUIBASKET PRINT

MESSAGE ID: 222005    DATE: 07/29/11   TIME: 03○ am   PRIORITY: 000

SUBJECT:   OFFENDER DEATH

THE HUTCHINS UNIT REPORTS THAT ON THURSDAY, JULY 28, 2011, AT 2235 HOURS, OFFENDER MCCOLLUM, LARRY, TDCJ# 1761640 WAS PRONOUNCED DECEASED BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN DALLAS, TEXAS. THE PRELIMINARY CAUSE OF DEATH WAS RESPIRATORY FAILURE/ NEUROLOGICAL FAILURE. OFFENDER MCCOLLUM'S NEXT OF KIN, MS. SANDRA MCCOLLUM, WAS PRESENT AT THE TIME OF DEATH. MS. MCCOLLUM'S ADDRESS IS 4023 E. HARRIS #2, WACO, TEXAS, 76705. CARNES FUNERAL HOME WAS CONTACTED CONCERNING THE DEATH AND COORDINATED WITH CONNELY-COMPTON FUNERAL HOME IN WACO, TEXAS FOR THE DISPOSITION OF THE REMAINS.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:       HQCR001              CLASS, RECORDS OFFICE        (to)
               SSA6871              SANDERS, SANDREA             (to)
               SHACK                (list)                      (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 202**                              McCollum 01596

**From:** Sandrea Sand⌒Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ
**cc:** Delia Hale/Institutional/TDCJ@TDCJ, Christopher Hernandez/Institutional/TDCJ@TDCJ, Kevin Brown/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Friday, July 22, 2011 07:57AM
**Subject:** Off-site Medical Transport (McCollum, Larry #1721640)

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders
=

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 203    McCollum 01597

**From:**   Terry May/Inst( )ional/TDCJ
**To:**   Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden
Polk/Institutional/TDCJ@TDCJ

**Date:**   Friday, July 22, 2011 09:25AM
**Subject:**   Offender Mccollum, Larry # 1721640: Offender████████# █████ update info
History:   ~ This message has been forwarded.

Sir,
Offender McCollum, Larry #1721640 W/M 58 yoa doing 1 yr. for forgery
Medication taken: Hydrochlorothiazde 25 mg 1 time a day
Received from : McLennan County July 15, 2011
Next of Kin was notified: Sandra McCollum 254-799-1495 Waco Wife
OIG was notified: Mr. Keck and the area has been cleared
Upon Receiving to the Hutchins Unit stated to medical that he was a diabetic the provider only
authorized medication for high blood pressure.
The dorm temperature was taken by risk manager Mr. Storie at 0800 hrs the temperature was 86
degrees.
This is a newly arrived offender and has not been processed at this time. I have contacted
McLennan County in an attempt to see if offender was taking any medication before he arrived at
the Hutchins Unit, I am waiting on a fax from there medical department , they had to go locate
the offenders file.

Offender ███████ # ████████ W/M████████
Medication taking: ██████ 1 tablet daily, █████ 1 tablet 2 times daily, █████ 25 mg. 2 times
daily.
Next of kin was notified; █████████
OIG was notified: Mr Keck 0650, and has cleared the area.
This offender  according to the Doctors report is stating that he ████████
████████████████████ aking statements from all offenders in that living area to see if
there is any fowl play involved.
This offender has no OPI's on file at this time.
Updates will follow

Major Terry May
Hutchins Unit
=

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 264                    McCollum 01598

**From:**  Christopher Handez/Institutional/TDCJ
**To:**  Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ
**cc:**  Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ

**Date:**  Friday, July 22, 2011 09:38AM
**Subject:**  CORRECTED UPDATE ON OFF-SITE MEDICAL TRANSPORT - OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

CORRECTED UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

Offender McCollum, Larry TDCJ# 1721640 was admitted to Parkland Hospital Dallas and is now in MICU-RM 911. If there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail

-----------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED  APPENDIX 265  McCollum 01599

**From:**   Christopher Hernandez/Institutional/TDCJ
**To:**     Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ
**cc:**     Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:**    Saturday, July 23, 2011 08:50AM
**Subject:** UPDATE OF OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Saturday, July 23, 2011 and at 0800 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911. Offender McCullum's prognosis remains critical and if there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail

---------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 206**
McCollum 01600

**From:** Christopher Hernandez/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ
**cc:** Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Sunday, July 24, 2011 07:32AM
**Subject:** UPDATE OF OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

---

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Sunday, July 24, 2011 and at 0800 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911. Offender McCullum's prognosis remains critical and if there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail

---------------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders
=

UNAUTHORIZED COPYING OR USE PROHIBITED

APPENDIX 207

McCollum 01601

**From:** Christopher Hernandez/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ
**cc:** Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Sunday, July 24, 2011 03:25PM
**Subject:** UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

---

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Sunday, July 24, 2011 and at 1430 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911. Offender McCullum's prognosis remains critical with a few positive changes and they are as follows: offender McCollum is doing better; BP is normal and body temperature is normal; the outlook is better with a better chance of survival; there is some brain damage, but at this time Parkland Hospital medical staff are unable to identify the extent. If there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail
-------------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED APPENDIX 208 McCollum 01602

**From:** Christopher Her(   )dez/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ, Jeff Pringle/Institutional/TDCJ, Balden Polk/Institutional/TDCJ, Terry May/Institutional/TDCJ
**cc:** Kyron Session/Institutional/TDCJ, Tedral Towery/Institutional/TDCJ, Michael Keck/Internal_Affairs/TDCJ, Ricky Morris/Internal_Affairs/TDCJ, Sandrea Sanders/Institutional/TDCJ

**Date:** Monday, July 25, 2011 07:05AM
**Subject:** UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Monday, July 25, 2011 and at 0700 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911. Offender McCullum's prognosis remains critical with a few changes and they are as follows: offender McCollum is doing better; BP is slightly elevated; body temperature is normal; offender McCullum is trying to respond to verbal commands with a delay reaction; the outlook is better with a better chance of survival, at this point, Parkland Medical staff state that the offender McCullum is going to make it with complications; there is some brain damage, but at this time Parkland Hospital medical staff are unable to identify the extent. If there are any changes on his condition, an update will follow.

Lieutenant C. G. Hernandez
Hutchins State Jail
--------------------------------------------------------------------------------------------------------------
To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 209
McCollum 01603

**From:** Kevin Brown/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Thursday, July 28, 2011 06:03PM
**Subject:** ****UPDATE*****Offender McCollum TDCJ# 1721640

Dear Sir:

As of July 28, 2011 at approximately 1725 hours, the breathing tube was removed from offender McCollum, Larry TDCJ# 1721640. Offender McCollum is currently breathing on his own. All further updates will be forwarded when received.

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: whitehead, CO5; shanawong, CO5 (currently on duty)
9. Departure Time From The Unit: 7-22-2011 @0400 hours
10. Return Time To the Unit: Unknown at this time.

Kevin E Brown, Lieutenant
Hutchins State Jail
1st shift
972-225-1304 - Ext: 6349
469-541-3913 - Fax

Copy of OIG case to Support Litigation
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 210**

McCollum 01604

**From:** Sandrea Sande··· (Institutional/TDCJ

**To:** Robert Eason/I···utitutional/TDCJ@TDCJ, Jeff Pringle/In····utional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Kevin Brown/Institutional/TDCJ@TDCJ

**cc:** Christopher Hernandez/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Timothy Jones/Institutional/TDCJ@TDCJ

**Date:** Friday, July 29, 2011 04:12AM

**Subject:** Update: Offender McCollum, Larry #1721640

--------------------

Sirs:

As of July 28, 2011 at approximately 1725 hours, the breathing tube was removed from offender McCollum, Larry TDCJ# 1721640. At 2335 hours, offender McCollum was pronounced deceased by Charles Owens, MD. The preliminary cause of death was respiratory failure/ neurological failure. Offender McCollum's next of kin, Sandra McCollum, was present at the time of death. Carnes Funeral Home in Texas City, Texas was notified and coordinated with Connely-Compton Funeral Home in Waco, Texas for the disposition of the remains.

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: H. Rayford, CO5/ T. Bowser, CO4
9. Departure Time From The Unit: 7-22-2011 @0400 hours
10. Return Time To the Unit: None/ Deceased

Lieutenant Sandrea Sanders
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-541-3913 - Fax
=

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
**APPENDIX 211**                    McCollum 01605

```
User ID: GBA0721                                    10:27am - Fri, Jul 29, 2011
Enter Command ===>
*** This message was previously SENT -- NO Updates are Allowed ***
Message ID: 921984           Status: SENT  Lines: 0000020  Chars: 0000976
     ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
     |  ***************************DEATH NOTIFICATION***********************
     |
     |  INMATE: MCCOLLUM, LARRY           TDCJ# 1721640
     |  DATE OF DEATH: 07/28/2011
     |  CUSTODY: NR        STATUS:        RACE: WHITE      DOB: 04/04/53 AG
     |  CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P   DOCTOR: CHARLES OWE
     |  PLACE OF DEATH: PARKLAND HOSPITAL
     |  DUTY WARDEN: MAJOR TERRY MAY       TIME: 2335
     |  JUSTICE OF THE PEACE:              TIME:
     |  TDCJ-ID-IAD: MICHAEL KECK          TIME: 2340
     |  CARNES FUNERAL HOME: HOLLIE AHMAD  TIME: 0000
     |  CHAPLAIN: GENE BARLTOFF            TIME: 2345
     |  EAC: MS. CRUMBLEY                  TIME: 0101
     |  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  (  )NO  (  )  UNABLE TO C
     ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
W/P CMMDS: Wordwrap SPEll DICtionary CORrect TSPlit
COMMANDS:  Up Down Top Bottom Right Find Send DELete Copy UPDate GET PUT QUE
           Print FILe PULl POst BPull CHeck SOrt SET(CAP;CMMd;NULl;SCR) UNLk
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 212

McCollum 01606

```
User ID: GBA0721
                                            10:28am - Fri, Jul 29, 2011
Enter Command ===>
*** This message was previously SENT -- NO Updates are Allowed ***
Message ID: 921984              Status: SENT  Lines: 0000020  Chars: 0000976
    ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
  |  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  )  UNABLE TO C
  |  N.O.K. SANDRA MCCOLLUM           TIME 2335      HRS    PHONE PRESENT
  |  ADDRESS: 4022 E. HARRISON #9   FAMILY WILL( X ) WILL NOT(  ) CLAIM BO
  |  ADDRESS: WACO, TEXAS 76705
  |  LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
  |  LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE
  |
      * * *      END OF MESSAGE      * * *



    ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
W/P CMMDS: Wordwrap  SPEll  DICtionary  CORrect  TSPlit
COMMANDS:  Up Down Top Bottom Right Find Send DELete Copy UPDate GET PUT QUE
           Print FILe PULl POst BPull CHeck SOrt SET{CAP¦CMMd¦NUL1¦SCR} UNLk
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 213

McCollum 01607

# OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____  Date: __July 29, 2011__

From: _Chaplain Bartholf_  Subject: Offender Death Notification

1. **Offender Information:**

   Name: _McCollum, Larry_ DCJ#: _1721644_ Unit: _HUTCHINS_
   Cause of Death: _Respiratory Failure_
   Date of Death: _7/28/2011_  Time of Death: _2335_
   Place of Death (unit/hospital): _Parkland Hospital_
   Certifying Physician/RN/JP: _Dr Charlee Owens_

2. **Next of Kin Contact** (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):

   Date: _7/28/2011_  Time: _2336_
   Name: _Sandra McCollum_  Relationship: _Spouse_
   Address: _4022 E, Harms #9_
   City/State/Zip: _Waco, TX 76705_  Tel.: _(254) 539-262_

3. **Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):**

   Yes _____  No _✓_  Unable to contact _____  N/A _____

4. **Other Family / Friend Contact:**

   Date: _____  Time: _____
   Name: _____  Relationship: _____
   Address: _____
   City/State/Zip: _____  Tel.: ( )

5. **Sheriff's Office / Police Department Contact:**

   Date: _____  Time: _____
   SO/PD: _____  Contact Person: _____

6. **Burial Arrangements:**

   _✓_ The family will claim the body. The family was instructed to call the Carnes Funeral Home at (409)986-9900.

   _____ The family will not claim the body. The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

   _____ I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery (Fax this worksheet to the Huntsville Unit Warden).

7. **Reports** – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:

   _✓_ Unit Warden;
   _✓_ Director of Chaplaincy Operations; and
   _____ Chaplain's unit file

Chaplain's Signature: _Lawrence E Bartholf_  Date: _7/29/2011_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING AND REVIEW PROHIBITED

APPENDIX 214

Chaplaincy Manual Policy 11.04 - Att. B
Revised 06/09

McCollum 01608

Enter Command ---->

```
To:       GBA0721 - BARTHOLF, GENE
From:     SSA6871 - SANDERS, SANDREA
Subject:  OFFENDER DEATH              Priority: 000
                                                      Message ID: 921970
                                                      Date Sent:  07/29/11
                                                      Time Sent:  02:43am
```

BE ADVISED THAT ON THURSDAY, JULY 28, 2011 AND AT 2335 HOURS, OFFENDER
MCCOLLUM, LARRY TDCJ# 1721640/ NR PROCESSING, WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN THE MICU- RM 911. OFFENDER
MCCOLLUM WAS A WHITE MALE, 58 YEARS OF AGE, STANDING 5'10" AND WEIGHING
320 POUNDS; SERVING A 12 MONTH SENTENCE FOR FORGERY OUT OF MCCLENNAN
COUNTY. THE NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH, UPON
COMPLETION OF THE OIG INVESTIGATION, ARRANGEMENTS WERE BEING MADE FOR
THE FAMILY TO TAKE POSSESSION OF THE REMAINS. CARNES FUNERAL HOME IN
TEXAS CITY, TEXAS WAS NOTIFIED OF THE INCIDENT.


LT. SANDREA SANDERS
HUTCHINS UNIT


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 215

McCollum 01609

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communications

TO: ___To Whom It May Concern___         DATE: ___July 22, 2011___

FROM: ___Sgt. Tate___                    SUBJECT: ___Offender McCollum C7___

At approx. 0300am I was called to C2 building regarding a offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure, I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional  staff was called to assist in removing him from the bunk. Lt Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The Transport left the Unit at Approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank-You, Sgt. Tate

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 216

McCollum 01610

## Correctional Institutions Division
### Inter-Office Communications

To: Sanders, Sandrea
Lieutenant Correctional Officer

Date: July 22, 2011

From: Clark, Richard
Correctional Officer

Subject: McCollum, Larry #1721640

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 217

McCollum 01611

```
INMTCICS/JPR6236 /1307                    FOR

TDC 01721640 SID 03950494 NAME: MCCOLLUM,LARRY GENE
                                                        RACE: W SEX: M

                              UNIT REASON FOR    DATE      TYPE     TDCJID
                                   ASSIGNMENT
CURRENT UNIT:                      DX         07 28 11     JC      01721640
DATE ASSIGNED: 07 28 11    HJ  RX            07 28 11     ID      01721640
RSN. ASSIGNED: ASSIGNMENT          DQ         07 22 11     JC      01721640
REC/DEP CODE:  DX          HJ  RA            07 15 11     JC      01721640



                                          END OF DATA


PF1:HELP PF8:FORWARD PF7:BACK PF11:NEXT-INQ PF12:MENU PF5:ENTIRE HISTORY
OR NEXT REQUEST/OR TDCNO _____ OR SIDNO _____
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 240

McCollum 01634

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC #**    I -10671-07-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HJ | 07-29-2011/ 0101 | Lieutenant Sandrea Sanders |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 07-28-2011/ 2335 | Parkland Hospital MICU- Rm. 911 | No | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?     ☐ YES     ☒ NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?     ☐ YES     ☒ NO

### OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?     ☒ YES     ☐ NO     NAME OF HOSPITAL     Parkland Hospital

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| McCollum, Larry | 1721640 | W/M | 58 | NR | None | N/A |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED:     July 28, 2011/ 2335

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:     Charles Owens, MD

PRELIMINARY CAUSE OF DEATH:     Respiratory Failure/ Neurological Failure

MOTIVE FOR ASSAULT/DEATH:     N/A

NEXT OF KIN NOTIFIED?     ☒ YES     ☐ NO     DATE/TIME/BY WHOM:     Present at Time of Death

HUNTSVILLE FUNERAL HOME NOTIFIED:     ☒ YES     ☐ NO     DATE/TIME/BY WHOM:     Lt. Sandrea Sanders

JUSTICE OF PEACE NOTIFIED:     ☐ YES     ☒ NO     DATE/TIME/BY WHOM:

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 241

McCollum 01635

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF THE INSPECTOR GENERAL?   ☐ YES   ☒ NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?   ☐ YES   ☒ NO

## WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL):   none

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A |  |  |
|  |  |  |
|  |  |  |

| WAS OFFICE OF INSPECTOR GENERAL NOTIFIED? | | YES | x | NO |
|---|---|---|---|---|

## SUMMARY OF INCIDENT

On Thursday, July 28, 2011, at 2335 hours, Officer Tashawna Bowser, CO4, who was assigned as a Hospital/ Transport Officer at Parkland Hospital, notified me, Lieutenant Sandrea Sanders, that offender McCollum, Larry TDCJ# 1721640 was pronounced deceased. Offender McCollum was a 58 year-old, White, male offender, Processing status; standing 5'10" and weighing 320 pounds; serving a 12 month sentence for Forgery out of McLennan County.

Offender McCollum was transported to Parkland Hospital on July 22, 2011 at approximately 0400 hours following what appeared to be a seizure. Offender McCollum was admitted and placed in MICU Room 911. On July 28, 2011, at approximately 1725 hours, the breathing tube was removed from the offender and at 2335 hours offender McCollum was pronounced deceased by Dr. Charles Owens and Intern Physician Rigoberto Ramirez. The preliminary Cause of Death is listed as Respiratory Failure/ Neurological Failure. Mr. Michael Keck of the Office of the Inspector General took possession of the remains and upon completion of his investigation, the remains were taken to the Parkland Hospital morgue. Carnes Funeral Home in Texas City, Texas was contacted at 0000 hours. Offender McCollum's next of kin was present at the time of death and an autopsy was requested. Arrangements with Connely-Compton Funeral Home in Waco, Texas through Carnes Funeral Home were made by the family concerning the disposition of the remains.

Duty Warden Major Terry May was notified of the incident at 2340 hours. Mr. Michael Keck of the Office of the Inspector General was notified at 2345 hours. Senior Warden Jeff Pringle was notified at 2346 hours. Hutchins Unit Chaplain Gene Barltoff was notified at 2351 hours. Regional Director Robert Eason was notified at 0000 hours. Ms. Crumbley of the Emergency Action Center was notified at 0101 hours and issued an incident number of I-10671-07-11.

PREPARED BY:   Lieutenant Sandrea Sanders

DATE:   July 29, 2011

AUTHORIZED BY:   Senior Warden Jeff Pringle

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 242

McCollum 01636

# OFFENDER DEATH

**EAC Incident No.** I-10671-07-11

**Date/time of incident** July 28, 2011/ 2335 hours

**Specific location of incident** Parkland Hospital, MICU Room 911

## Offender(s) Information

| Name | TDCJ# | Race | Sex | Age | Custody |
|------|-------|------|-----|-----|---------|
| McCollum, Larry | 1721640 | W | M | 58 | NR |
| | | | | | |
| | | | | | |

**Preliminary cause of death** Respiratory Failure/ Neurological Failure

**Was deceased receiving medical treatment at the time of death?** Yes ___ No X

**If Yes, type of treatment** _____

**Name and title of person who pronounced offender deceased** Charles Owens, MD

**Official date and time offender was pronounced deceased** July 28, 2011/ 2335

**Name of Justice of the Peace who ordered inquest** N/A

**Is foul play suspected in the death of the offender?** Yes ___ No X

**OIG investigator notified?** Yes X No ___ **If yes, name** Michael Keck

**Family notified?** Yes X No ___ **If yes, by whom?** Present at Time of Death

  **Relationship of family member to offender** Wife

**Huntsville Funeral Home notified?** Yes X No ___ **If yes, by whom?** Lt. Sandrea Sanders

**Classification and Records notified?** Yes X No ___ **If yes, name** By email
*(It is very important that Classification and Records be aware of family's notification, since that is The department responsible for sending a telegram to the family.)*

_____
Sandrea Sanders, Lieutenant
**Name of Person Reporting Incident**

_____
Ms. Crumbley
**Name of Person Notified at EAC**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING/VIEWING PROHIBITED
**APPENDIX 243**

McCollum 01637

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC #**   I -10671-07-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HJ | 07-29-2011/ 0101 | Lieutenant Sandrea Sanders |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 07-28-2011/ 2335 | Parkland Hospital MICU- Rm. 911 | No | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?   ☐ YES   ☒ NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?   ☐ YES   ☒ NO

### OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?   ☒ YES   ☐ NO   NAME OF HOSPITAL   Parkland Hospital

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| McCollum, Larry | 1721640 | W/M | 58 | NR | None | N/A |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED:   July 28, 2011/ 2335

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:   Charles Owens, MD

PRELIMINARY CAUSE OF DEATH:   Respiratory Failure/ Neurological Failure

MOTIVE FOR ASSAULT/DEATH:   N/A

NEXT OF KIN NOTIFIED?   ☒ YES   ☐ NO   DATE/TIME/BY WHOM:   Present at Time of Death

HUNTSVILLE FUNERAL HOME NOTIFIED:   ☒ YES   ☐ NO   DATE/TIME/BY WHOM:   Lt. Sandrea Sanders

JUSTICE OF PEACE NOTIFIED:   ☐ YES   ☒ NO   DATE/TIME/BY WHOM:

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING/VIEWING PROHIBITED

APPENDIX 244

McCollum 01638



Correctional Institutions Division

1721640          000      7/15/2011          001

MCCOLLUM, LARRY GENE

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 245

COUNTY _____ MCLENNAN _____ SENTENCE __ 12 MOS

OFFENSE __ FORGERY(1) __

6.21.11
SENT.BEGIN __ 6-21-11 __ DATE REC'D __ 7-15-7-18-11 __ REL DATE __ 6-19-912 6

DOB __ 4-4-53 __ RACE __ W __ SEX __ M __ HT __ 5-10 __ WT __ 320

NATIVITY _____ RESIDENCE _____

DPS# _____ EMPLOYMENT SKILLS _____

EMERGENCY CONTACT _____

_____

CRIMINAL HISTORY

JUV:   Arrests _____   Prob _____   S.J.T.S. _____

Adult:   Misd Arrests _____   Prob _____   Jails _____

      Felony Arrests _____   Prob _____   Jails _____

      PIA ____   SAFPF ____   I.D. ____   St Jail __2-3__   Other _____

SPECIAL PRECAUTIONS

| | YES | NO | COMMENTS |
|---|---|---|---|
| Violent Crimes | — | — | _____ |
| Escape Attempts | — | — | _____ |
| Gangs | — | — | _____ |
| Detainers | — | — | _____ |
| Mental | — | — | _____ |
| Medical | — | — | _____ |
| Inst Aslt Hist | — | — | _____ |
| Sp House Hist | — | — | _____ |
| OTHER | — | — | _____ |
| N.F.S.U.A. | — | — | _____ |

SUMMARY OF PRESENT OFFENSE:

☆ SJ-10 (Rev. 01/95)

MCCOLLUM, LARRY GENE #1721640

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 246**

McCollum 01640

```
****************************************************************************
*** REQUESTOR: JPR6236 - PRINGLE, JEFF        HUTCHINS JAIL FACILITY    **
****************************************************************************
***              S Y S M   I N B A S K E T   P R I N T              **
```

MESSAGE ID: 921984C     DATE: 07/29/11  TIME: 10:30am  PRIORITY: 000

TO:        JPR6236 - PRINGLE, JEFF
           WARDEN
           HUTCHINS JAIL FACILITY
           1500 LANGDON RD.
           DALLAS, TX. 75241


FROM:      GBA0721 - BARTHOLF, GENE
           CHAPLAIN
           HUTCHINS JAIL FACILITY
           1500 EAST LANGDON RD.
           DALLAS,TX 77340


SUBJECT:   DEATH NOTIFICATION

```
***********************DEATH NOTIFICATION****************************
```

INMATE: MCCOLLUM, LARRY            TDCJ# 1721640
DATE OF DEATH: 07/28/2011
CUSTODY: NR        STATUS:          RACE: WHITE        DOB: 04/04/53 AGE: 58
CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P   DOCTOR: CHARLES OWENS, MD
PLACE OF DEATH: PARKLAND HOSPITAL
DUTY WARDEN: MAJOR TERRY MAY         TIME: 2335
JUSTICE OF THE PEACE:                TIME:
TDCJ-ID-IAD: MICHAEL KECK            TIME: 2340
CARNES FUNERAL HOME: HOLLIE AHMAD    TIME: 0000
CHAPLAIN: GENE BARLTOFF              TIME: 2345
EAC: MS. CRUMBLEY                    TIME: 0101
APPROVAL OF AUTOPSY BY N.O.K. ( X )YES  (  )NO  (  ) UNABLE TO CONTACT
N.O.K. SANDRA MCCOLLUM          TIME 2335   HRS   PHONE PRESENT
ADDRESS: 4022 E. HARRISON #9   FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: WACO, TEXAS 76705
LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE

Sent to:     JPR6236          PRINGLE, JEFF          (to)
             GBA0721          BARTHOLF, GENE         (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING NOT ALLOWED PROHIBITED

APPENDIX 247                                    McCollum 01641

# OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____  Date: _July 29, 2011_

From: _Chaplain Bartholf_  Subject: Offender Death Notification

1. **Offender Information:**

   Name: _McCollum, Lampcj#: 1721644_ Unit: _HUTCHINS_
   Cause of Death: _Respiratory Failure_
   Date of Death: _7/28/2011_  Time of Death: _2335_
   Place of Death (unit/hospital): _Parkland Hospital_
   Certifying Physician/RN/JP: _Dr. Charles Owens_

2. **Next of Kin Contact** (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):

   Date: _7/28/2011_  Time: _2336_
   Name: _Sandra McCollum_  Relationship: _Spouse_
   Address: _4022 E. Harms #9_
   City/State/Zip: _Waco, TX 76705_  Tel.: _(254) 539-2623_

3. **Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):**

   Yes ____  No ✓  Unable to contact ____  N/A ____

4. **Other Family / Friend Contact:**

   Date: _____  Time: _____
   Name: _____
   Address: _____  Relationship: _____
   City/State/Zip: _____  Tel.: ( )

5. **Sheriff's Office / Police Department Contact:**

   Date: _____  Time: _____
   SO/PD: _____  Contact Person: _____

6. **Burial Arrangements:**

   ✓ The family will claim the body. The family was instructed to call the Carnes Funeral Home at (409)986-9900.

   ____ The family will not claim the body. The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# ____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

   ____ I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery (Fax this worksheet to the Huntsville Unit Warden).

7. **Reports** – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:

   ✓ Unit Warden;
   ✓ Director of Chaplaincy Operations; and
   ____ Chaplain's unit file

Chaplain's Signature: _Lauren ce E Bartholf_  Date: _7/29/2011_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING IS PROHIBITED
APPENDIX 248
Chaplaincy Manual of Policy 11.04 ln. B
Revised 06/09
McCollum 01642

## Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_____LARRY McCOLLUM_____ from _PARKLAND HOSPITAL_ ,
(Print Offender Name)                              (Print Unit/Location)

who died on _____7/28/2011_____ , and to hold until further notification
(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.

NOTE: If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_____
Signature of Warden/Designee

_____
Medical Physician's/Registered Nurse's Signature

_JeFFery Pringle_
Printed Name

_HARLB CURRS_
Printed Name

Address of Physician/Registered Nurse:

_____5201 HARRY HINES Blvd_____
_____DALLAS, TX  75235_____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01643

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _LARRY McCOLLUM_   TDCJ #: _172 1640_
        (Print Name)

Date of Birth: _4-4-53_   Race: _W_   Sex: ☑ Male   ☐ Female

Offender Pronounced dead at _11:35 pm_ on _7-28-11_.
            (Print time, include am or pm)        (Print date, month, date, year)

Location of Death: ☐ Unit _____ ☑ Other _PARKLAND HOSPITAL_
            (Print Unit Name)              (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _DCME_ _____ (location of autopsy) by a representative or associate of _CARNES_ _____ Funeral Home, located in _TEXAS CITY_ _____, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _888·822·2637_ , for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_____
Warden (or designee)

County _Dallas_

City _Dallas_, Texas Zip Code _75241_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 250**

McCollum 01644

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
PERSONAL PROPERTY ENVELOPE

B/W

NAME: McCollum, Jerry #B4610

COUNTY: McLennan

TDCJ#: 01721640

CHECK _____   CURRENCY _____   CHANGE _____   TOTAL $117. 77 *Jerry McCollum*

(INMATE MUST INITIAL BY TOTAL)

DRIVERS LICENSE _____

S/S CARD _____   WATCH _____   MAKE _____   JEWELRY _____   COLOR _____

BANK CARDS (#) _____   RING _____   COLOR _____

VISA _____

M/C _____   RING _____   COLOR _____

PHONE CARD _____   NECKLACE _____   COLOR _____

CELL-PHONE _____   RELIGIOUS MEDAL _____   COLOR _____

BIBLE __1__   EAR RINGS _____   COLOR _____

OTHER PROPERTY   Legal Mail, 3 picture

*K. Hollman B* (AGENT'S SIGNATURE)

X *Jerry McCollum* (INMATE'S SIGNATURE)

C-RD-08 (12/00)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 251

McCollum 01645



TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**Brad Livingston**
Executive

Director

CHAPLAIN BARTHOLF
HUTCHINS STATE JAIL
July 29, 2011

Mrs. Sandra McCollum
4022 E. Harris #9
Waco, TX 76708

Dear Mrs. McCollum:

On behalf of Warden Pringle and his administrative staff I offer condolences on the loss of your loved one. I did not know your husband because he was at the unit so briefly, It was heartening to me to visit with your large family group. I am sure he will be missed by all.

You mentioned to me that he had a spiritual connection with the Salvation Army Church. I will remind you of the sure and certain hope of eternal life through Christ our Lord. May the Lord bless Larry and keep him. May the Lord give comfort to those in your family who mourn

Sincerely,

Chaplain Gene Bartholf

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.

1500 E. Langdon Road
Dallas, Texas 75241-7136
www.tdcj.state.tx.us

Copy of OIG case to Support Litigation on 12-11-2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01646



# Texas Department of Criminal Justice

Brad Livingston
Executive Director

August 9, 2011
Mrs. Sandra McCollum
4022 E. Harrison #9
Waco, Texas 76705

On behalf of the Hutchins Unit Administration, I wish to express my sincere condolences in the recent passing of your loved one. Enclosed you will find the personal belongings of Larry G. McCollum. The estimated value of the consumable property is $0.00. It is our hope that you are able to find comfort in the memories of your loved one during such a difficult time. Our prayer is that GOD will grant you peace and much needed strength in the days ahead as you transition in your life.

Jeff Pringle Senior Warden

## HUTCHINS STATE JAIL

Jeff Pringle, Senior Warden
1500 E. Langdon Road, Dallas, Texas 75241 (972) 225-1304

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 253**

McCollum 01647

## Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:** Warden J. Pringle      **Date:** August 8, 2011

**From:** Captain K. Session      **Subject:** Personal Property

Upon completion of the inventory and inspection, I estimate the consumable property belonging to offender McCollum, Larry # to be estimated at about $0.00

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01648

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:** All concerned      **Date:** July 22, 2011

**From:** Lieutenant Sandrea Sanders      **Subject:** McCollum, Larry #1721640

On Friday July 22, 2011, at approximately 0230 hours, Officer Richard Clark, COV, was in C7 dorm conducting count. An unidentified offender approached the officer and stated that his cellie was shaking. At that time, Officer Clark went to the bunk in question, C7-46 and found offender McCollum, Larry TDCJ# 1721640, a White, male, J2, 58 years-old, serving a 1-year sentence out of McLennan County for Forgery, having a seizure. Officer Adeotun Jolayemi, COIV, was assigned to C5-8 building as well. When she came to the dorm to count, she was notified by Officer Clark that the offender needed medical assistance. Officer Jolayemi initiated ICS, calling for additional staff, a video camera and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk and calm the offender in an effort to get a response from offender McCollum. This was to no avail. Offender McCollum continued to seize for several more minutes. At approximately 0240 hours, I, Lieutenant Sandrea Sanders, arrived at C7 dorm to make an assessment. Offender McCollum was still seizing and I then contacted the Crain Unit and spoke with triage nurse. The nurse could not find any medical information in the system that verified the offender having any seizure disorder therefore she recommended that the offender be transported to the hospital via ambulance. At approximately 0300 hours, offender McCollum was transported via ambulance from the Hutchins Unit to Parkland Hospital. Officer T. Cain, CO5 and Officer T. Inniss, CO4 served as the transport officers. Duty Warden Balden Polk was notified of the incident and the transport at approximately 0330 hours. Warden Jeff Pringle was notified at approximately 0500 hours.

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING/VIEWING PROHIBITED **APPENDIX 255**

McCollum 01649

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Inter-Office Communications

TO: __To Whom It May Concern__     DATE: _____ July 22, 2011

FROM: Sgt. Tate     SUBJECT: __Offender McCollum C7__

At approx. 0300am I was called to C2 building regarding a offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure, I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional staff was called to assist in removing him from the bunk. Lt Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The Transport left the Unit at Approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank-You, Sgt. Tate

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 256

McCollum 01650

**Texas Department of Criminal Justice**
## Correctional Institutions Division
### Inter-Office Communications

| To: | Sanders, Sandrea | Date: | July 22, 2011 |
|---|---|---|---|
| | Lieutenant Correctional Officer | | |

| From: | Clark, Richard | Subject: | McCollum, Larry #1721640 |
|---|---|---|---|
| | Correctional Officer | | |

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 257**

McCollum 01651

**Texas Department of Criminal Justice**
**Correctional Institutions Division**
**Inter-Office Communications**

| To: | Sanders, Sandrea | Date: | July 22, 2011 |
|---|---|---|---|
| | Lieutenant Correctional Officer | | |
| From: | Jolayemi, Adetoun | Subject: | McCollum, Larry #1721640 |
| | Correctional Officer | | |

On July 22, 2011approximately 0210 for 0200 count getting to C7 dorm. Offender McCollum, Larry #1721640 was found having a seizure. I Officer Jolayemi did call for supervisor and back up.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**APPENDIX 258**

McCollum 01652

### Texas Department of Criminal Justice
## Correctional Institutions Division
## *Inter-Office Communications*

| To: | All Concerned | Date: | July 24, 2011 |
|---|---|---|---|

| From: | Balden Polk | Subject: | Offender McCollum, Larry |
|---|---|---|---|
| | Assistant Warden Hutchins Unit | | #1721640 Visitation |

Effective July 24, 2011, I have approved the following person(s) to visit Offender McCollum, Larry #1721640 at Parkland Hospital. The visits will be accordance with the Agency Visitation Policy.

Hours: 8:00am – 8:00pm

1. Sandra McCollum - Wife
2. Davalene Schmidt – Daughter
3. Margaret Martin – Daughter
4. Stephanie McCollum - Daughter
5. Stephen McCollum - Son
6. Terry McCollum – Brother
7. Ronnie McCollum – Brother
8. Michelle McCollum – Sister – in Law

Any other will require approval from the Unit Administration.

Balden Polk
APPROVED
7/24/11

SO-4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01653

```
***                    S Y S M   O U T B A S K E T   P R I N T

MESSAGE ID: 991920      ( ) DATE: 07/29/11   TIME: 02:( )AM  PRIORITY: 000

SUBJECT:   OFFENDER DEATH


BE ADVISED THAT ON THURSDAY, JULY 28, 2011 AND AT 2385 HOURS  OFFENDER
MCCOLLUM, LARRY TDCJ# 1731640/ NP PROCESSING, WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN THE MICU- RM 911. OFFENDER
MCCOLLUM WAS A WHITE MALE, 58 YEARS OF AGE, STANDING 5'10" AND WEIGHING
300 POUNDS; SERVING A 12 MONTH SENTENCE FOR FORGERY OUT OF MCCLENNAN
COUNTY. THE NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH. UPON
COMPLETION OF THE OIG INVESTIGATION, ARRANGEMENTS WERE BEING MADE FOR
THE FAMILY TO TAKE POSSESSION OF THE REMAINS. CARNES FUNERAL HOME IN
TEXAS CITY, TEXAS WAS NOTIFIED OF THE INCIDENT.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:     PME0024              MESHACK, PAMELA          (to)
             HJUNT06              WILLIAMS, SANDRA         (to)
             HJUNT25              SUPERVISOR, COURTROOM    (to)
             MKE8040              KECK, MICHAEL R.         (to)
             GBA0721              BARTHOLF, GENE           (to)
             JCA2752              CAMPOS, JULIAN           (to)
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

APPENDIX 260                    McCollum 01654

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### Inter-Office Communication

| To: | Emergency Action Center | Date: | July 29, 2011 |
|---|---|---|---|

| From: | Officer H. Rayford, COIV | Subject: | Offender McCollum, Larry #1721640 |
|---|---|---|---|

At 2335 Dr. Ramirez and Dr. Charles Owens pronounced offender McCollum, Larry #1721640 deceased. I Officer Rayford instructed Officer Bowser to call the unit. At approximately 2340 family members exited the room. At approximately 2350 RN Nicole entered the room to turn off machines which took approximately 5 minutes. From this point in time the offender's room was completely sealed off. At approximately 0015, Sgt. R. Mark arrived onto the scene. At 0030 Major May arrived and entered the room. At 0040, OIG Mr. Keck arrived on the scene. Mr. Keck cleared the scene at 0120.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01655

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### Inter-Office Communication

**To:** Emergency Action Center      **Date:** July 29, 2011

**From:** Officer T. Bowser      **Subject:** Offender McCollum, Larry #1721640

At approximately 2335, Dr. Ramirez entered the room of offender Larry McCollum TDCJ number 1721640 declaring said offender deceased. Third shift Lieutenant Sanders was notified. At approximately 2340, twelve (12) family members exited the room. At 2350, RN Nicole entered MICU 911 to turn off the morphine said offender was receiving. She also retrieved a serial number off of the equipment in the patient's room. At 0015, Sergeant Mark arrived, but did not enter the patient's room. At 0030, Major May arrives, enters the room and exited at 0032. At 0040, OIG Officer Keck arrives and enters the room at 0044. At 0050, Captain Session arrives, enters the patients room with Major May, OIG and Officer Rayford. At 0058, Major May, OIG and Officer Rayford exit the room. At 0120, OIG Mr. Keck clears the scene.

J Bowser

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
APPENDIX 262

McCollum 01656