# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# INSTITUTIONAL DIVISION

### INTER-OFFICE COMMUNICATIONS

| | |
|---|---|
| **TO:** Jerry Cornelius, Assistant Director to Purchasing | **DATE:** July 21, 1998 |
| **FROM:** Janie Cockrell, Deputy Director for Security | **SUBJECT:** Emergency Purchase Re: 36" High Volume Direct Drive Circulator |

This office is requesting your assistance to help expedite the purchase of the 36" circulator fans. During the meeting, Mr. Steve Mugg suggested we could use the six Regional Maintenance Offices to distribute the fans. I have contacted Mr. Martin Morrow to inform him of our mission. He agreed this will be the most viable way to distribute the fans and the following list will be more than adequate.

Listed below are the units and the approved number of fans to be delivered -- **1,422:**

| REGION 1 | | REGION 2 | | REGION 3 | | REGION 4 | | REGION 5 | |
|---|---|---|---|---|---|---|---|---|---|
| Diagnostic | 15 | Beto | 15 | Central | 10 | Briscoe | 18 | Allred | 16 |
| Eastham | 22 | Boyd | 15 | Clemens | 2 | Connally | 25 | Clements | 36 |
| Ellis | 12 | Coffield | 63 | Darrington | 8 | Garza East | 36 | Dalhart | 12 |
| Estelle | 28 | Gatesville | 2 | Hightower | 6 | Garza West | 50 | Daniel | 8 |
| Ferguson | 14 | Gurney | 36 | Jester II | 2 | Lynaugh | 22 | Jordan | 21 |
| Goodman | 18 | Hobby | 24 | Jester III | 3 | McConnell | 50 | Middleton | 44 |
| Goree | 6 | Hodge | 8 | LeBlanc | 18 | Segovia | 50 | Montford | 16 |
| Holliday | 44 | Hughes | 50 | Ramsey I | 10 | Stevenson | 16 | Neal | 10 |
| Lewis | 16 | Michael | 50 | Ramsey II | 5 | Torres | 38 | Roach | 16 |
| Luther | 40 | Moore | 18 | Ramsey III | 10 | | | Robertson | 50 |
| Pack | 46 | Mt. View | 4 | Retrieve | 10 | | | Rudd | 9 |
| Terrell | 50 | Murray | 13 | Stiles | 20 | | | Smith | 20 |
| Wynne | 34 | Powledge | 18 | | | | | Wallace | 24 |
| | | Telford | 50 | | | | | Ware | 20 |
| **345** | | **366** | | **104** | | **305** | | **302** | |

# Attachment

# 12

TDCJ 7449

July 27, 1998

To:   Janie Crockrell

Fax:   (409) 294-8725

From: Tom Baker

Subject:      Summary of Actions to Reduce High Temperatures in the Units

As requested, here are some to the things we have done to reduce the effect of the high temperatures on our offenders.

1.   Install fans in the dorms and dinning halls.
2.   Increase the air flow in the dorms by operating the blowers normally used to move hot air in the winter.
3.   Providing ice water in the dorms around the clock.
4.   Allow more access to the showers.
5.   Restrict outside activity during the hot part of the day.
6.   Increase the level of awareness of both offenders and staff to the symptoms of heat stroke and dehydration.
7.   Closely monitor those offenders on medications that lower their tolerance to high temperatures.

There are probably dozens of other actions being taken at unit level that I am not aware of, but these are the main ones.

**APPENDIX 528A47**                    TDCJ 7450

# Attachment

# 13

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

# Inter-Office Communications

To ___Janie Cockrell, Deputy Director, Security___     Date _____July 27, 1998_____

From ___Sandy Gates, Admin Tech III, Region I___     Subject ___Heat Response___

The following responses have been compiled from the Region I units regarding the heat monitoring and alleviation:

**Byrd:** 1. Keeping windows open, 2. Keeping window screens clean, 3. Ensuring vent/circulation fans are operating, 4. Placed extra fans in housing areas, 5. Fans are available for any chain buses having to wait to unload, 6. Outside work squads go to work at daybreak and turn in for the day at noon, 7. In process of repairing/replacing electrical receptacles in transient cells to allow use of fans, 8. Employees are constantly reminded of heat related stress problems and are told to report and seek medical attention for any offender or employee exhibiting these symptoms.

**Duncan:** The unit detected one area in need of air-conditioning to help alleviate heat problems, the outside rec-yard picket. We have sent in a request to order an air conditioner to used in this area. The unit is air conditioned in most areas and therefore there is not as much heat related problems on our unit.

**Eastham:** 1. Laying in field force everyday up until today, 2. Brining in the field force an hour early, 3. Taking frequent water breaks, 4. Monitoring the temperature on a daily basis by our Risk Management Coordinator showing time, temperature, humidity, index, and possibilities.

**Ellis:** 1. Ordered 12 fans, 2. Made cool water containers available to employees, 3. Ice available on cell blocks, 4. Allowing drinks (Gatorade, etc.) in sealed bottles.

**Estelle:** 1. Daily Staff and inmate training, a) prevention techniques to avoid heat exhaustion and/or heat stroke, b) recognizing symptoms of heat exhaustion and/or heat stroke, c) initial first aid treatment, 2. Line force and outside work squads a) early a.m. work periods, b) more frequent water breaks (staff and inmates), c) the issuing of proper head wear (staff and inmates), 3. Outside pickets and ID checks of the building, a) provide ice and water for each shift, b) ordering and installation of box fans c) more frequent communication with staff and heat related needs, d) frequent daily staff rotations 4. Main building ventilation a) installation of mess screen doors on each end of main building to create better air flow b) more frequent preventative maintenance checks on all air ventilation systems. As of this date, Estelle hasn't experienced any heat related problems.

**Ferguson:** no response as of yet, will send as soon as received.

**APPENDIX 528A49**                    TDCJ 7452

*Page* 2

**Goodman:** 1. Line force works half day 4 days a week with very frequent rest breaks and water breaks. Hourly temperatures are given to the field sergeant and documented, 2. Recreation - ice water provided hourly and offenders are monitored for over exertion, 3. Dorms- All have exhaust fans running and ice water provided, 4. All staff and offenders are monitored for heat related problems, as of this date no heat related injuries have been reported on the unit, 5. Box fans have been ordered for the dorms and will be installed by maintenance as soon as they arrive. The box fans from Risk Management for the back gate arrived this date.

**Goree:** 1. Outside work squads (fence squad and utility squad) have changed their hours to 6:30a.m. - 11:30 a.m., 2. The horse barn has been using additional fans to assist in air circulation within the barn and covered areas, 3. Everyone that works outdoors has been instructed to work in the shade as much as possible, to take frequent breaks, and have been p[provided with plenty of water/fluids, 4. As needed, cold water is distributed to the offenders living areas and cold water and other fluids are being offered at all meals, 5. Additional fans have been ordered, return air vents are being cleaned daily, 6. Work squad rosters have all work restrictions listed on them, and are checked daily, any questions that arise (e.g. Medical limitations, safety) the HS-18 is checked, 7. UTMB Medical staff has instructed employees on how to recognize and handle heat related illnesses/problems. Anytime an offender is being transferred for medical and security reasons, their medical records are being reviewed for any special transportation needs and/or restrictions, 8. Staff are given frequent breaks and are provided cold water as needed, 9. Shift employees are monitored closely by their supervisors.

**Holliday:** 1. Provided training to staff and offenders on heat related injuries, 2. Adjusted line force work time to half days. Turn out at 0615 hours or day light and turn in at 1100 hours, 3. Put streamers on air ducts to show air flowing, 4. Given priority to the maintenance repairs of air handling systems, 5. Deliver cold water to offender dormitories at least twice per day, the food service captain cools large quantities of water in his cooler. He also freezes large blocks of ice in his freezer to be placed in water coolers, 6. Supply purchased an additional two large water coolers for delivery of cold water.

**Huntsville:** 1. Ice Water is being furnished to the CO's and Inmates in housing area, 2. Placed ice coolers in all offender living areas, for use by staff and offenders to prevent the onset of heat related disorders, 3. All correctional and non-correctional staff members have been advised and trained to watch their fellow employees and offenders for signs of heat stress, 4. Additional mechanical means of ventilation cannot, at this time, be considered. This is due to the unit power distributions age and condition. The unit does not have the power available to install additional ventilation/circulation fans in the offender living areas. 5. Also the unit has placed 3 high velocity ejector fans at the east gate. These fans are to be used for the arriving chain buses that are not able to unload immediately after their arrival. (Note: these fans are not designed to run at prolonged intervals.)

**Lewis:** 1. Field Force is only working an early half. Heat Index is closely monitored, 2. Water is ready available to staff and offenders, 3. Ice water is offered at each meal, in addition to other liquid, 4. Staff and offenders thoroughly briefed on symptoms and dangers of heat stroke and exhaustion, 5. Exhaust fan placed on chain bus if bus remains in sallyport, 6. Fans have been ordered for each cell block (projected issue date unknown), 7. Offenders are not waiting for any extended period of time, in areas that generate high temperatures (i.e. fenced areas with metal roofs, etc.).

*Page* 3

*Luther:*  Staff=1.  Before the temperature extremes became a problem, 4 additional rotating fans were placed on B,C,D,E Blocks of the inmate living areas where correctional staff are assigned to work.  These fans have added additional ventilation and cooling to both correctional staff and offenders, 2.  Additional water coolers (5 gallon size) with ice have been added to each block for staff use and/or emergency offender use if needed.  These coolers are exchanged at the beginning of each shift (interchanged 3 times daily),  3.  Staff that are allowed smoke breaks are encouraged to avail themselves to plenty of liquids and/or fluids to alleviate any heat or dehydration problems.  Offender= 1.  The field line force which consists of approximately 227 offenders are turned out to work early in the AM approximately 6:00 to 6:30 AM to alleviate the heat and turned in at approximately 11:30 AM.  Additional water breaks are being utilized and work activity and patterns have been slowed to alleviate heat stroke, heat exhaustion, and/or dehydration.  These offenders are also encouraged to consume plenty of fluids before turnout, 2.  All turnouts of outside trusty work squads are at approximately 5:30 AM and turned in before the extreme heat and humidity conditions begin to affect operations, 3.  Support service offenders consisting of jobs assigned to offenders within the compound of unit operations, 3. Support service offenders consisting of jobs assigned to offenders within the compound of unit are closely monitored by correctional staff, medical staff, and during the feeding of the 3 basic meals, additional ice and water are made available  by food service staff, 4.  Three additional fans  have been placed in the ad seg area, 5.  The educational area of the unit is air conditioned and even their staff and offenders are encouraged to consume plenty of fluids and liquids to alleviate heat related problems, approximately 40 to 45 fans have been ordered for placement in high hear and humidity areas and should be in place upon receipt.

*Pack:* 1.  Modify offender work hours, field force, utility squads, etc. work morning hours, 2.  Extensive training and reminders to offender work supervisors concerning heat-related illnesses, 3.  Continually instruct offender housing area officers to observe offenders and immediately notify supervisors of problems, 4.  Set up fans in main hallway to draw air from offender housing, also, place fan on pill line during evening pill call, 5.  Instruct work supervisors to work offenders at slower pace and allow frequent water breaks, 6.  Stay in close contact with medical department in order to be alerted of any problems.

*Terrell:* 1.  Turn in work squads by 12:00 noon, 2.  Responded to Regional survey for 160 fans for inmate/staff work areas and living areas, 3.  Exhaust fans in all inmate dayrooms are on to pull air from outside to the dayrooms, 4.  Increase heat  related illness detection training, 5.  Safety Officer is monitoring heat levels in work and living areas, 6.  Adhere to E-mails that have been sent by medical, and Ms. Janie Cockrell's office concerning transportation of inmates.

*Wynne:* 1.  Installed 20 ea. wall mounted fans in high heat areas, 2.  Temperature readings are being monitored, 3.  Modified outside work hours, 4.  Work at a slower pace, 5.  Heat related injury training is conducted at turn-outs, 6.  Encourage employees to drink extra water, 7.  Stop placing outside contact visits between 9:00-9:30 a.m.

/sg
cc: file

**APPENDIX 528A51**                    TDCJ 7454

# Attachment

# 14

TDCJ MURRAY        →→→ REGION II DIR        Ø001/00

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION

# Inter-Office Communications

To: _____ Mike Sizemore
Region II, Director's Office

Date: _____ July 27, 1998

From: _____ L. Ament, Senior Warden
Murray Unit

Subject: _____ Heat Prevention

Below are the measures the Murray Unit has taken for heat prevention:

1. Soaker hoses on (3) K-Dorms. (Has brought temperatures down 3 degrees)

2. Ordered fans for all living areas.

3. Checked HS-18 for inmates that take medication that are heat sensitive.

4. Living areas have adequate water supply.

5. Field force monitors heat by heat index. Frequent water and rest breaks are given. Turn in each day by 11:00 a.m.

6. All living areas have been monitored and checked for adequate ventilation. All living areas are over requirements.

LA/ms

Post-it® Fax Note    7671    Date 7-27    # of pages ▶ 1
To Mike Sizemore    From Linda Ament
Co./Dept. Reg II    Co. Murray
Phone #    Phone #
Fax #    Fax #

**APPENDIX 528A53**        TDCJ 7456

```
******************************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL     REGION II DIRECTOR'S OFFICE
******************************************************************
***
                    S Y S M   I N B A S K E T   P R I N T
MESSAGE ID: 449894        DATE: 07/27/98   TIME: 11:15am   PRIORITY: 000

TO:          MSI3340 - SIZEMORE, MICHAEL
             ADMIN TECH IV
             REGION II DIRECTOR'S OFFICE
             P.O. DRAWER 400
             TENNESSEE COLONY,TX 75861


FROM:        E2WAR01 - THOMPSON,R./ALLEN,T.
             WARDEN/ADMIN SECRETARY
             POWLEDGE UNIT
             RT. 2 BOX 2250
             PALESTINE, TX  75882


SUBJECT:     HEAT PREVENTION (B2)


THE POWLEDGE UNIT HAS IMPLEMENTED THE FOLLOWING HEAT PREVENTATIVE
MEASURES;

- WATER AT ALL 3 MEALS (IN ADDITION TO BEVERAGE ON MENU)
- ICE FURNISHED TO ALL HOUSING AREAS
- EXTRA FANS INSTALLED IN HALLWAYS
- ALL WORK CREW SUPERVISORS HAVE BEEN ADVISED TO WORK AT A MODERATE
  PACE AND TAKE MORE, FREQUENT WATER BREAKS
- LINE FORCE TURNS OUT AT 0600 AND TURNS IN 1000
  RECREATION YARDS MONITORED CLOSELY FOR EXCESSIVE HEAT
  IMMEDIATE PRECAUTIONARY MEASURES TAKEN CONCERNING ANY COMPLAINTS
  OF HEAT EXHAUSTION.
  HEAT STRESS TRAINING CONDUCTED FOR ALL OFFENDERS

ent to:   MSI3340                     SIZEMORE, MICHAEL              (to)
```

**APPENDIX 528A54**

TDCJ 7457

```
************************************      REGION II   ***************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL ******************
***********************************      S Y S M   I N B A S K E T   P R I N T
***
                              DATE: 07/27/98  TIME: 03:53pm  PRIORITY: 000

MESSAGE ID: 453218

               MSI3340 - SIZEMORE, MICHAEL
TO:            ADMIN TECH IV
               REGION II DIRECTOR'S OFFICE
               P.O. DRAWER 400
               TENNESSEE COLONY, TX 75861


               TDUNT35 - BARRETT, MICHELE
               ASST WARDEN'S SECRETARY
FROM:          TELFORD UNIT
               P O BOX 9200
               NEW BOSTON, TX 75570
```

SUBJECT:      HEAT PREVENTATIVE MEASURES

THE TELFORD UNIT ADMINISTRATION HAS TAKEN THE FOLLOWING PREVENTATIVE
MEASURES DUE TO THE RECENT CLIMATIC CONDITIONS.

1.   OUTSIDE WORK SQUADS ARE WORKED AT A REDUCED PACE FOR SHORTER
     PERIODS OF TIME.
2.   INMATE WORKERS ARE CLOSELY MONITORED BY WORK SUPERVISORS FOR
     SYMPTOMS OF HEAT RELATED ILLNESSES.
3.   EXTENSIVE TRAINING HAS BEEN CONDUCTED WITH ALL STAFF RELATING
     TO PREVENTATIVE MEASURES TO AVOID HEAT RELATED ILLNESSES.
4.   ICE WATER IS AVAILABLE ON ALL WORK SIGHTS THROUOUT THE FACILITY ANY
     REGULAR CONSUMPTION IS ENCOURAGED.
5.   ALL INMATES HEALTH SUMMARY'S HAVE BEEN REVIEWED TO ENSURE
     APPROPRIATE JOB AND HOUSING ASSIGNMENTS.
6.   TEMPERATURES IN HOUSING AND WORK AREAS ARE CLOSELY MONITORED AND
     ANY ADDITIONAL STEPS NECESSARY TO ENSURE STAFF AND INMATE SAFETY
     ARE TAKEN.


AUTHORITY:    R.C. THALER
              SENIOR WARDEN
              TELFORD UNIT                         SIZEMORE, MICHAEL


     Sent to:    MSI3340
```

**APPENDIX 528A55**                                    TDCJ 7458

Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION
## Inter-Office Communications

**To** Mike Sizemore, Region II Director's Office

**Date** 7-27-98

**From** R. E. Emerson, Capt.

**Subject** Heat precautions

The following is a list of some of the precautions being taken on the George Beto Unit due to Heat:

Signs posted in the dayrooms in english and spanish regarding Helpful Hints to Aviod Heat Stress.

Lists of offenders on heat sensitive medications are provided and updated regularly, so that these offenders can be monitored more closely.

All chain buses and/or other transport vehicles have been given priority over other activity; other than ambulances.

The unit has requested/ordered 15 fans.

E-mail message 346686T has been posted in various areas of the unit. Shift breifings cover this e-mail, and other information regarding heat related percautions.

Line force is turned-in from work before noon.

Sign Shop turns in from work before noon.

Farm Shop, Northern Area Maintenance, and Inmate Construction Group are allowing offenders to work at their own pace, providing plenty of water and shade. And, as much as possible, perform outside work in the cooler hours of the day.

Safety Office has distributed information regarding Extreme Temperature in the Workplace.

Ice water is being provided periodically during the day to offenders housed on transit status, Admin. Segregation, and close custody; due to these offenders being in their cells for the most part of the day.

REE/ree

cc: file

SO-4                    **APPENDIX 528A56**                    TDCJ 7459

```
******************************************************************
*** REQUESTOR: B2NRD01 - REGION_II_OFFICE      REGION II DIRECTOR'S OFFICE
******************************************************************
***                SYSM  INBASKET  PRINT
```

MESSAGE ID: 453487      DATE: 07/27/98  TIME: 04:10pm  PRIORITY: 000

TO:        B2NRD01 - REGION_II_OFFICE
           REGION II OFFICE
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861


FROM:      BYWAR03 - TERRY, RAY
           WARDEN I
           BOYD UNIT
           TEAGUE



SUBJECT:   HOT WEATHER TRAINING


*** Sent by Alternate User "BYUNI01" for "BYWAR03" ***

ATTENTION MIKE SIZEMORE:


ON 4/29/98, F. WILLIS, MEDICAL ADMINISTRATOR AT THE BOYD UNIT MEDICAL
DEPARTMENT CONDUCTED HOT WEATHER TRAINING TO THE FOLLOWING DEPARTMENTS:

FIELD/AGRICULTURE
OUTSIDE/INSIDE YARD SQUAD SUPERVISORS
SECURITY SUPERVISORS
MAINTENANCE
EDUCATION
LAUNDRY


THIS TRAINING IN SHORT GAVE THE WARNING SIGNS/SYMPTOMS AND TREATMENTS
TO HEAT EXHAUSTION. THE DEPARTMENT HEADS HAD THE COLLATERAL DUTY
SAFETY OFFICERS CONDUCT TRAINING IN MAY, JUNE, AND JULY ON HEAT EX-
HAUSTION TO ALL EMPLOYEES AND OFFENDERS WORKING IN THESE AREAS.

THE AG/FIELD FORCE SUPERVISORS STATE THAT WHEN THE HEAT INDEX
REACHES 100 DEGREES, THEY WILL WATER BETWEEN THE SQUADS CONTINOUSLY
(APPROXIMATELY EVERY 45 MINUTES) AND GET A 5 TO 10 MINUTE BREAK.
WHEN THE HEAT INDEX REACHES 105 DEGREES, THE SQUADS WILL BE ORDERED
TO MOVE INTO A SHADED AREA TO WORK AND WILL RECEIVE BREAKS EVERY
HOUR FOR 15 OR 20 MINUTES AND CONTINUE WATERING. AS NOTED ABOVE, IF
TEMPERATURES OR HEAT INDEX GOES HIGHER OR CONTINUES TO CLIMB, THE
FIELD FORCE, COMMUNITY SERVICE SQUAD, INSIDE/OUTSIDE YARD SQUADS WILL
BE TURNED IN. BOYD UNIT HAS A 1/2 DAY LINE SQUAD TURNOUT.

NOTE: THE PROCEDURES NOTED BY THE AG SUPERVISORS ARE USED BY ALL
DEPARTMENTS WHERE OFFENDERS ARE WORKING IN DIRECT SUNLIGHT.

**APPENDIX 528A57**                              TDCJ 7460

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

To  WARDEN PRICE                                    Date  JULY 27, 1998

From  GERALINE BUCK                                 Subject  HEAT STRESS/ILLNESS: RELIEF TAKEN
      SAFETY MANAGER

THE FOLLOWING IS A LIST OF ACTIONS BEING IMPLEMENTED ON THE COFFIELD UNIT TO
RELIEVE HEAT RELATED STRESS/ILLNESS AMONG OFFICERS AND OFFENDERS.

1.  HEAT RELATED STRESS/ILLNESS TRAINING GIVEN TO EMPLOYEES AND OFFENDERS.
2.  CONSTANT ENCOURAGEMENT TO DRINK PLENTY OF WATER.
3.  ADDITIONAL FANS TO CIRCULATE AIR WHERE NEEDED.  MORE FANS HAVE BEEN ORDERED.
4.  MAINTENANCE GIVING PRIORITY TO COMPLAINTS OF LACK OF WATER PROBLEMS.
5.  OFFICERS/OFFENDERS ARE TO REPORT TO SUPERVISOR IF NOT FEELING WELL DUE TO
    HEAT AND TO TAKE A BREAK TO COOL DOWN.
6.  ALL WORK AREAS INSIDE BUILDINGS HAVE ADVISED OFFICERS AND OFFENDERS WORKING
    IN THE HEAT TO SLOW DOWN AND TAKE IT EASY.  DRINK WATER AND COOL DOWN AS OFTEN
    AS NEEDED.
7.  FIELD FORCE HAS IMPLEMENTED MANDATORY WATER/COOL DOWN BREAKS GIVEN EVERY
    30 MINUTES OR AS NEEDED.
8.  UNIT WIDE WORK PACE HAS BEEN SLOWED DOWN TO ALLEVIATE HEAT STRESS.
9.  GENERAL POPULATION HAS INCREASED THE INGRESS/EGRESS (INS AND OUT OF CELLS) OF
    ITS OFFENDERS.
10. OFFENDERS WITH MEDICAL HEAT RELATED RESTRICTIONS HAVE BEEN MOVED FROM FOUR
    ROW TO THE LOWER LEVELS.
11. CELL RESTRICTIONS HAVE BEEN SUSPENDED FOR THE PERIOD OF HEAT DURING SECOND
    SHIFT WHICH IS THE HOTTEST PART OF THE DAY.
12. WATER CONTAINERS ARE BEING ALLOWED TO BE TAKEN OUT TO THE RECREATION YARDS.

OFFICERS AND OFFENDERS ARE CONSTANTLY BEING ADVISED TO DRINK WATER AND TO REPORT
ANY SIGNS OF HEAT STRESS OR ILLNESS.

Post-It® Fax Note   7671   Date 7-27   # of pages ▶
To M. Seymore        From Law
Co./Dept. Reg. II    Co. CO
Phone #              Phone # 928-3211 X 102
Fax # 928-2397       Fax #

**APPENDIX 528A58**                        TDCJ 7461

```
****************************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL     REGION II DIRECTOR'S OFFICE   *
****************************************************************
***                    G Y S M   I N B A S K E T   P R I N T               *
```

MESSAGE ID: 448895     DATE: 07/27/98   TIME: 10:02am   PRIORITY: 000

TO:        MSI3340 - SIZEMORE, MICHAEL
           ADMIN TECH IV
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861


FROM:      GVUNTSS - DURHAM, SUE
           ADMIN SECRETARY
           GATESVILLE UNIT
           1401 STATE SCHOOL ROAD
           GATESVILLE, TEXAS 76599-2999


SUBJECT:   PREVENTING HEAT PROBLEMS


THE FOLLOWING IS BEING SUBMITTED, FROM THE GATESVILLE UNIT, PER YOUR
REQUEST:

WE LIMIT HOE SQUAD HOURS TO MORNING ONLY (TURN IN BY 11:15 A.M.).

WATER IS FROZEN IN GALLON CANS AND PUT IN WATER WAGONS FOR FIELD
OFFENDERS.  THIS IS DONE DAILY.

WE ROTATE WORKERS IN HIGH RISK AREAS (I.E. FOOD SERVICE DISHROOM, ETC)
EVERY 15 MINUTES.

WE HAVE DONE  MANDATORY TRAINING FOR ALL EMPLOYEES WHO WORK OUTSIDE OR
IN HIGH RISK AREAS.

WE HAVE ORDERED AND INSTALLED ADDITIONAL FANS FOR LIVING/WORK AREAS.

WE PROVIDE MORE FREQUENT BREAKS ON ALL JOBS.

TRUSTY CAMP LIVING AREAS GET ICE FOR DRINKS.

BOILER ROOM OFFENDERS ARE PROVIDED ICE.

ALL FOOD SERVICE OFFENDERS ARE ALLOWED ICE AS NEEDED.

STAFF IS PROVIDED ICE.

THE PICKETS ARE PROVIDED ICE DAILY.

LAUNDRY AND NECESSITIES ARE FURNISHED ICE WATER.


AUTH:  B. RUCKER, WARDEN II, GATESVILLE UNIT

**APPENDIX 528A59**                    TDCJ 7462

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

To _____ MIKE SIZEMORE—REGION II _____     Date _____ JULY 27, 1998 _____

From _____ J. SHARP — ASST. WARDEN _____     Subject _____ HOT WEATHER PRECAUTIONS _____
       JOE F. GURNEY TRANSFER FACILITY

In order to combat the heat and to help insure physical safety of both Staff and offenders, the Gurney Unit has implemented the following precautionary measures:

A.   Offenders are being given more frequent water breaks in the Field.
B.   Offenders working inside the Perimeter are also receiving more frequent water breaks.
C.   Hot weather precautions are posted in all housing areas.
D.   Chain Buses are given first priority, if they remain in the sally-port for longer than 15 minutes a vent fan will then be placed on the bus for added ventilation.

**APPENDIX 528A60**                    TDCJ 7463

FIELD FORCE -- WORKS SUMMER SCHEDULE TURN OUT -- 6:00 AM
                                      TURN IN  -- 11:00 AM

INSIDE YARD SQUAD - TURN OUT - 7:00 AM
                    TURN IN  - 3:30 PM

HONOR SQUAD - TRUSTY SQUAD - TURN OUT - 7:00 AM
                             TURN IN  - 3:30 PM

BOTH SQUADS DO THE MOWING IN THE EARLY AM THEN WORK FLOWER BEDS AND
OTHER CLEAN UP WORK LATER.

BOTH SQUADS CHECK THE HEAT INDEX AND IF IT IS UP, THEY DO TURN IN
EARLY.   THE FIELD FORCE CHECKS THE HEAT INDEX EVERY DAY.

BOTH SQUADS HAVE ICE WATER FOR OFFENDERS TO DRINK ALL THEY WANT.

DUE TO HEAT, THE WORK PACE FOR THE FIELD IS TAKEN IN CONSIDERATION.

ALL OFFENDERS IN THE FIELD FORCE AND THESE SQUADS HAVE HAD THEIR HS-18
CHECKED AND NONE HAVE HEAT EXTREME LIMITS.

MEDICAL IS CHECKING ANY CHAIN TRANSFERS FOR NO EXTREME HEAT
TEMPERATURES.
FANS ARE AT THE BACK GATE FOR THE TRANSPORTATION VEHICLE.

SUPERVISORS OF WORK SQUADS HAVE BEEN TRAINED ON HEAT EXTREMES.

AUTH:  C.F. STREETMAN
       ASST. WARDEN
       HILLTOP UNIT

Sent to:    MSI3340              SIZEMORE, MICHAEL            (to)

**APPENDIX 528A61**                                      TDCJ 7464

SENT BY: XEROX Telecopier 7017; 7-27-98 11:42AM

# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
## Inter-Office Communications

To SENIOR WARDEN PAMELA WILLIAMS          Date JULY 27, 1998

From RON CARROL          Subject HEAT UPDATES

The following is being provided to follow up on the request concerning the item mentioned in your correspondent dated July 1, 1998.

1. On July 13, 1998 an IOC was written for an additional 62 fans. They are to be placed in J1, J2, J3, J4, Necessities, Gym, Craft Shop and Chow Hall. As of this date we have not received an answer.

2. During the week of July 20, 1998 fourteen (14) each 30" fans arrived from Security Operations. Twelve were used to replace the 20" fans in J5. The remaining two were placed in the Laundry. The twelve that were taken out are being placed in the dayrooms of J1, J2, J3 and J4.

3. On July 23 and 24 the windows of the Visitation and Gate House were measured for the installation of window tint film to help with both heat dissipation and energy cost savings. At this time a vendor has not been located to supply the material.

4. On July 27, 1998, four work orders were written to install 1 each additional fan in the dayroom of J1, J2, J3 and J4.

5. All dayroom skylights windows in J5 have been painted and this has helped slow the temperature increase.

6. The J1, J2, J3 and J4 cell blocks will also receive skylight painting as soon as possible.

7. One exhaust fan has been located and will be install in a skylight of J5A as soon as additional power can be provided for J5.

8. Additional fan could be install as soon as the additional power can be install in J5.

**APPENDIX 528A62**          TDCJ 7465

SENT BY: XEROX Telecopier 7017; 7-27-98 ;11:42AM ;

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION
William P. Hobby Safety Department

# Inter-Office Communications

To      Bobby Warren, Region II Asst. Director      Date      July 13, 1998

Thru    P. Williams, Senior Warden

From    T. Atha, Risk Management Coordinator      Subject      Correspondence Dated July 1, 1998

The following information is being provided to your office in response to your correspondence dated July 1, 1998. We have addressed the items mentioned in your correspondence as follows:

1.    Heat and Air Flow

On June 2, 1998, the William P. Hobby Unit Safety Department began monitoring outside and inside weather and temperature conditions, due to the extremely early onset of hot weather. We have been taking air temperature, relative humidity, apparent temperature, and air velocity readings on a daily basis. The results of these readings prompted us to seek alternative measures for reducing the heat in all living areas. Although the temperature varies from day to day and dorm to dorm, we have concentrated our efforts on 5 Dorm because of the low air velocity. All offenders are provided with a means of access to drinking water in the dorms, at recreation, and on job sites. Initially, we placed a water cooler fan in 5-A Dorm and it dropped the temperature approximately 11°; however, we requested additional fans and were denied by security operations due to the fact it was a capital purchase item. We are currently painting the sky windows in order to reduce the direct sunlight and heat in the dorm areas. We are also experimenting with a box fan that our Maintenance Department has converted into a water-cooler fan. Additionally, we have placed box fans in each dorm. We have taken air velocity readings and exceed federal guidelines with an average air flow of approximately 600 FPM. We are also considering the following options:

1)    In 1997, two high-volume circulating fans were placed in each dorm; we are currently requesting additional high-volume circulating fans for these areas.
2)    Placement of expanded-metal doors at each fire exit in order to produce air flow.
3)    Placement of exhaust fans at the skylight windows in order to circulate the air flow.

We will continue to re-evaluate the heat conditions in the offender living areas, as well as pursue all means of reducing high temperature extremes.

2.    Pest Control

On June 4, 1998, Mr. Dover of Texas Department of Criminal Justice - Pest Control/Beto I, was on the unit. He sprayed all hedges and eves for bees, yellow jackets, and wasps. He also sprayed around the outside of all living areas, in an effort to rid them of spiders. On June 17, 1998, Mr. Dover returned for an annual spray of the entire facility. On July 9, 1998, Mr. Dover returned to spray the Medical, Commissary, and Food Service Departments due to complaints. We will continue to take every step necessary to eradicate the pest control problem.

3.    Medically Restricted Offenders

The William P. Hobby Unit will continue to follow Unit Classification criteria for the placement of offenders in housing assignments, as per the Texas Department of Criminal Justice - Health Services,

APPENDIX 629A63                                    WCJ 7466

# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

# Inter-Office Communications

**To:** *All Concerned*                    **Date:** *July 27, 1998*

**From:** *Warden S. Dishongh*            *Subject: Hot Weather Illness Prevention*
*Senior Warden*

*In response to the current heat condition the Hodge/Skyview Unit has taken the following measures to prevent or reduce the risk of heat related illness.*

* *Water fans have been installed on J-1 "Dual Diagnosis" area (Hodge Unit)*

* *Fans are being used to cool the transportation bus while waiting to be loaded.*

* *Fans have been installed in all housing areas on Hodge to reduce the heat.*

* *Staff is being provided frequent breaks and supervisors have been encouraged to be acutely observant of signs and symptoms of heat exhaustion from staff and offenders.*

* *Hot weather work policy is being emphasized to all staff and supervisors. The continuance of work when the temperature reaches 85 degrees is being restricted unless authorized by Warden or designee or provided with an air conditioned environment.*

* *Frequent water and rest breaks for offenders working in the heat.*

* *Ice has been made available to all offenders and staff exposed to the heat in housing as well as outdoors.*

* *Staff and offenders have been advised of precautions to take during hot weather through the following communications:*

  *5/22/98       Safety in the Sun*
  *6/8/98        Hot Weather Precautions*
  *7/9/98        Heat Related Precautions*

*All of these communications have been disseminated through posting in all housing areas and through daily safety training for staff.*

Post-It® Fax Note    7671   Date 7-27-98  # of pages ▶ 2
To Mike Sizemore              From S. Dishongh
Co./Dept. Reg II              Co. GV
APPENDIX 528A64

07/27/1998  15:47   ᴝᴏᴜᴏᴏᴏᴏᴎᴎᴎ

*The following areas of concern where work is absolutely necessary the listed precautions have been implemented:*

*Kitchen:*   *Four additional fans have been installed*
        *30 minute rotation schedule for offenders working in dish washing areas*

*Laundry:*   *Offenders are allowed to work without shirts*
        *Water fan installed*
        *Additional ventilation from free flow cages being applied to exterior doors*
        *Work schedule changed to work earlier during day to avoid heat.*

```
*****************************************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL      REGION II DIRECTOR'S OFFICE
*****************************************************************************
***              S Y S M   I N B A S K E T   P R I N T
```

MESSAGE ID: 450043      DATE: 07/37/98  TIME: 11:32am  PRIORITY: 000

TO:         MSI3340 - SIZEMORE, MICHAEL
            ADMIN TECH IV
            REGION II DIRECTOR'S OFFICE
            P.O. DRAWER 400
            TENNESSEE COLONY,TX 75861


FROM:       MIWAR01 - JOHNS,L.A./KARRIKER,G.
            WARDEN/ADMN SECRETARY
            MICHAEL UNIT
            MICHAEL UNIT
            P.O. BOX 4500
            TENNESSEE COLONY, TX, 75886


SUBJECT:    HEAT PRECAUTIONS RESPONSE


THE MICHAEL UNIT SUBMITS THE FOLLOWING RESPONSE CONCERNING HEAT
EXHAUSTION PRECAUTIONARY MEASURES.

ALL INMATES HS-18 SCREENS HAVE BEEN REVIEWED TO INSURE ANY
ANTICIPATED PRECAUTIONS COULD BE TAKEN.

ALL PSYCHIATRIC PATIENTS CURRENTLY TAKING MEDICATION WHICH CONFLICTS
WITH HEAT HAVE BEEN MOVED TO 1 OR 2 ROW IN AN EFFORT TO REDUCE THE
TEMPERATURE IN THEIR LIVING AREAS.

OUTSIDE WORK ASSIGNMENTS HAVE BEEN CURTAILED AS MUCH AS POSSIBLE.

ALL CORRECTIONAL STAFF ARE BEING ROTATED TO INSURE EACH OFFICER
IS PERIODICALLY MOVED TO A POSITION WHERE THE HEAT IS LESS EXTREME.

ADMINISTRATION HAS REITERATED TRAINING FOR STAFF TO INSURE AWARENESS
OF SIGNS OF HEAT RELATED ILLNESSES.

IF THERE ARE ANY FURTHER QUESTIONS REGARDING THIS MATTER, PLEASE
DO NOT HESITATE TO CONTACT MY OFFICE.

AUTH:    LARRY A. JOHNS,
         SENIOR WARDEN II
         MARK W. MICHAEL UNIT


/BLK

Sent to:    MSI3340              SIZEMORE, MICHAEL              (to)
            DCR8776              CRAFT, BECKY                   (to)
            MIWAR01              JOHNS,L.A./KARRIKER,G.         (to)

                          **APPENDIX 528A66**                  TDCJ 7469
```

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

To    Mike Sizemore                           Date ___ 27 July 1998 ___
      Region II Director's Office

From  Capt. C. McKeithar                       Subject ___ Heat Prevention Measures ___
      Choice Moore Unit

The following is in regard to our phone conversation concerning the preventable
measures initiated by the Choice Moore Unit to reduce the possibility of heat
related illness for offenders.

   1.  Field Force/Work Squads
              A.  Placed on half day schedules.
              B.  Turning out earlier in A.M. to utilize cooler temperatures.
              C.  Water breaks every 20 minutes.
   2.  Review of offender HSM-18 for temperature extreme restrictions.
              A.  Generated list of offenders in this category for distribution
                  to security shifts and department heads.
   3.  Ice
              A.  Ice is passed out to offenders in all dormitories on days
                  when temperatures exceed 100+ degrees.
   4.  Water on roofs.
              A.  Roofs of metal dormitories are sprayed with water twice
                  daily to reduce heat within the building.
   5.  Offender Showers.
              A.  Extended hours of offender showers operation.
   6.  Ventilation Fans
              A.  Ventilation fans are placed in the rear door of all chain
                  buses immediately upon their arrival within the sallyport
                  area of the back gate.

cc:
Warden Laughlin
Warden Foxworth
Major Humphrey
Captain Owens
file

**APPENDIX 528A67**                                TDCJ 7470

SENT BY:T.D.C.J.I.D.          ; 7-27-98 ; 11:59 ;  Mount, View Ext211→                    1:# 2

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION

## Inter-Office Communications

To:   **Mike Sizemore**                                   Date:    July 27, 1998
     **Region II Director's Office**

From:  Pamela S. Baggett                               Subject:   MEASURES TAKEN TO PREVENT
      Warden, Mountain View Unit                                      HEAT INJURIES

- Temperature index monitored for critical stages.  Immediate notification to pull in affected offenders.

- Increased water and breaks for offenders assigned in outdoor jobs or areas of high temperatures.

- Security supervisors issued symptoms to be aware of detecting someone in heat crisis.  In addition, directions to take in the event crisis develops or offenders/staff members become ill.

- Fans placed in strategic areas to increase ventilation as necessary (e.g. front gate, food service, laundry, etc...).

NOTE: All housing areas on Mountain View with the exception of Administrative Segregation are air conditioned and repairs are addressed promptly.

- Summer schedules implemented for earlier turnouts in non-air conditioned areas which will allow (e.g. special projects, field force).

PSB/sa

c: File

**APPENDIX 528A68**                    TDCJ 7471

# Attachment

# 15

Region III Office                    ,          INSTITUTIONAL DIVISION

# FAX

| Date: | 07/27/98 |
|---|---|

Number of pages including cover sheet: **22**

**To:**

JANIE COCKRELL

DEPUTY DIRECTOR
FOR SECURITY

**From:**

DOYLE MCELVANEY

ACTING REGION III
DIRECTOR

Phone:        (281) 369-3736
Fax phone:    (281) 369-3542

**REMARKS:**    ☐ Urgent    ☒ For your review    ☐ Reply ASAP    ☐ Please comment

THE FOLLOWING PAGES IDENTIFY VARIOUS PRECAUTIONS
TAKEN BY REGION III UNITS IN AN EFFORT TO LESSEN THE
EFFECTS OF THE EXTREME TEMPERATURES WE ARE
CURRENTLY EXPERIENCING.

IF FURTHER INFORMATION OR CLARIFICATION IS NEEDED,
PLEASE FEEL FREE TO CONTACT THE REGION III OFFICE

DEADLINE DATE: ___3 PM___ 7/27/98

| | |
|---|---|
| CENTRAL | ✗ |
| CLEMENS | ✗ |
| DARRINGTON | ✗ |
| HIGHTOWER | ✗ |
| HOSPITAL-GALVESTON | |
| JESTER I | X |
| JESTER II | X |
| JESTER III | ✗ |
| JESTER IV | X |
| LEBLANC | X |
| RAMSEY I | ✗ |
| RAMSEY II | X |
| RAMSEY III | ✗ |
| RETRIEVE | X |
| STILES | X |
| TX CITY | X |

CALL MCELVANEY WHEN ALL AREIN

**APPENDIX 528A71**          TDCJ 7474

```
**************************************************************************
   REQUESTOR: R1SRD01 — OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
 *************************************************************************
**                 S Y S M   I N B A S K E T   P R I N T                 ***
```

ESSAGE ID: 448855AC     DATE: 07/27/98  TIME: 03:21pm  PRIORITY: 999

):         R1SRD01 — OFFICE, REGION III
        REGIONAL STAFF
        REGION III DIRECTOR'S OFFICE
        400 DARRINGTON ROAD
        ROSHARON, TEXAS  77583


ROM:       DAUNT06 — FOREMAN, TREASURE
        WARDEN'S SECRETARY
        DARRINGTON UNIT
        59 DARRINGTON ROAD
        ROSHARON, TEXAS  77583


UBJECT:    Reply to HEAT RELATED ISSUES


*** Original Author:  R1SRD01 — OFFICE, REGION III; 07/27/98 09:52am

LEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
IAS TAKEN CONCERNING REDUCTION OF HEAT, .IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

RUTH:   DOYLE MCELVANEY
      ACTING REGION III DIRECTOR

*** Comments From: DAUNT06 — FOREMAN, TREASURE; 07/27/98 01:57pm
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
|                                                               |
|          A     M     E     N     D     M     E     N     T     |
|                                                               |
================================================================
```

DARRINGTON UNIT HAS TAKEN THE FOLLOWING STEPS AS RELATES TO THE ABOVE
SUBJECT MATTER.


1.   HEAT RELATED ILLNESS TRAINING WAS CONDUCTED IN MAY 1998.
2.   ICE WATER IS SERVED AT ALL MEALS.EVERY THIRTY MINUTES.
3.   THE UNIT IS AWAITING DELIVERY OF FANS FROM HUNTSVILLE.
4.   OFFENDERS WITH MEDICAL RESTRICTIONS OF EXTREME TEMPERATURE HAVE
    BEEN REVIEWED AND APPROPRIATE ACTION TAKEN; I.E., JOB CHANGES,

ADVISING SUPERVISOR(S) OF RESTRICTION.
- FIELD FORCE WORKS A.M. ONLY AND IS WATERED EVERY THIRTY MINUTES.
  INSIDE AND OUTSIDE YARD WORKS A.M. AND LATE P.M. AND ARE WATERED
  FREQUENTLY.
- AGRICULTURE AND MAINTENANCE SQUADS THAT WORK IN AFTERNOON PERIODS
  ARE WATCHED CLOSELY FOR HEAT RELATED ILLNESS AND WATERED
  FREQUENTLY.
- WATER FOUNTAINS ARE IN ALL LIVING AND WORK AREAS.
- TWO SMOKE EJECTOR FANS HAVE BEEN PLACED AT THE BACK GATE FOR
  PLACEMENT ON TRANSFER  VEHICLES TO REMOVE HOT AIR AND KEEP AIR
  FLOWING.  STAFF HAVE BEEN ADVISED TO LOAD AND UNLOAD VEHICLES
  WITHOUT DELAY.
). ONE (1) LARGE (4' X 4') BOX FAN HAS BEEN PLACED IN THE DISH ROOM
  TO HELP ALLEVIATE THE HEAT.


_EASE CONTACT MY OFFICE SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE
DDITIONAL INFORMATION.


UTH:  D.L. STACKS
      SENIOR WARDEN II
TEF

& to:    R1SRD01              OFFICE. REGION III              (to)

**APPENDIX 528A73**                    TDCJ 7476

```
**********************************************************************
* REQUESTOR: R1SRD01 - OFFICE, REGION III      REGION III DIRECTOR'S OFFICE  ***
* **********************************************************************
** *                    S Y S M   I N B A S K E T   P R I N T              ***
```

ISSAGE ID: 448855A      DATE: 07/27/98  TIME: 01:59pm  PRIORITY: 999

3:           R1SRD01 - OFFICE, REGION III
             REGIONAL STAFF
             REGION III DIRECTOR'S OFFICE
             400 DARRINGTON ROAD
             ROSHARON, TEXAS  77583


ROM:         DAUNT06 - FOREMAN, TREASURE
             WARDEN'S SECRETARY
             DARRINGTON UNIT
             59 DARRINGTON ROAD
             ROSHARON, TEXAS  77583


UBJECT:   Reply to HEAT RELATED ISSUES

** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

LEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
AS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
ERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
S NEEDED FOR A REPORT TO THE DIRECTOR.

UTH:  DOYLE MCELVANEY
      ACTING REGION III DIRECTOR

** Comments From: DAUNT06 - FOREMAN, TREASURE; 07/27/98 01:57pm
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
*******************************************************************


ARRINGTON UNIT HAS TAKEN THE FOLLOWING STEPS AS RELATES TO THE ABOVE
UBJECT MATTER.

  * REDUCED LINE HOURS TO 12:00 NOON.
  * OUTSIDE TRUSTEES ARE BEING AFFORDED UNLIMITED WATER AT WORK SITES;
    LINE OFFENDERS ARE BEING WATERED EVERY THIRTY MINUTES.


LEASE CONTACT MY OFFICE SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE
DDITIONAL INFORMATION.

H:  D.L. STACKS
    SENIOR WARDEN II
TEF

ent to:    R1SRD01                    OFFICE, REGION III              (to)

```
**************************************************************************
REQUESTOR: R1SRD01 — OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**************************************************************************
**              S Y S M   I N B A S K E T   P R I N T                   ***
```

ESSAGE ID: 448855A       DATE: 07/27/98   TIME: 03:11pm   PRIORITY: 999

O:          R1SRD01 — OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


ROM:        BAWAR03 — FLAKES, GARLAND
            SENIOR WARDEN
            LEBLANC UNIT
            3695 FM 3514
            BEAUMONT, TX 77705



UBJECT:     Reply to HEAT RELATED ISSUES


  Original Author:  R1SRD01 — OFFICE, REGION III; 07/27/98 09:52am

LEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
AS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
ERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
S NEEDED FOR A REPORT TO THE DIRECTOR.

UTH:  DOYLE MCELVANEY
      ACTING REGION III DIRECTOR

*** Comments From: BAWAR03 — FLAKES, GARLAND; 07/27/98 02:24pm
THE LEBLANC UNIT IS MANAGING OFFENDERS ACCORDING TO THE HEAT RELATED
-MAIL ON 08 JULY 1998, TRAINING PROVIDED BY WARDEN LORIMIER IN STAFF
EETINGS, AND E-MAIL PROVIDED TO SAFETY.

THE FIELD FORCE TURNS OUT FOR FIELD WORK ONLY IN THE MORNING. THE
FTERNOON FIELD FORCE TURNS OUT ONLY TO DO INDOOR DETAILS, AS NEEDED.

THE INSIDE YARD (6AM TO 4PM), TURNS OUT IN THE MORNING AND HAS LIMITED
FTERNOON DETAILS, AS NEEDED.

THE OUTSIDE YARD (6AM TO 4PM) TURNS OUT IN THE MORNING AND HAS LIMITED
FTERNOON DETAILS, AS NEEDED.

WATER COOLERS ARE ON EVERY DORM AND BETWEEN 12PM TO 1PM, 1 FIVE GALLON
BLOCK OF ICE IS PLACED IN EVERY COOLER ON A DAILY BASIS.

_E UNIT HAS TWO (2) FANS IN EVERY DAYROOM AND LIVING AREA.

LEBLANC UNIT BEING A SUBSTANCE ABUSE PROGRAM, ONLY HAS THE
ENDERS WORK A HALF A DAY AND THEY ARE IN TREATMENT THE OTHER HALF.
F YOU SHOULD NEED MORE INFORMATION FROM THE LITTLE UNIT THAT DOES
UCH, PLEASE ADVISE.

AVE A SUPER DAY!

UTH: G KZ FLAKES
      LEBLANC UNIT
      SR WARDEN

ent to:    R1SRD01              OFFICE, REGION III              (to)

```
**********************************************************************
***   REQUESTOR: MMU8332 - MURPHY, MARY ANN     REGION III DIRECTOR'S OFFICE   ***
**********************************************************************
**              S Y S M   I N B A S K E T   P R I N T                      ***
```

ESSAGE ID: 451429      DATE: 07/27/98  TIME: 02:10pm  PRIORITY: 000

O:        MMU8332 - MURPHY, MARY ANN
          ADMINISTRATIVE ASSISTANT
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      R1WAR12 - DOUGHTY, DAVID
          WARDEN, SENIOR
          RAMSEY I UNIT
          ROSHARON


UBJECT:    HEAT RELATED ISSUES


*** Sent by Alternate User "R1UNT06" for "R1WAR12" ***

HE BELOW RESPONSE IS SUBMITTED IN REFERENCE TO HEAT RELATED ISSUES.
HE RAMSEY I UNIT PROVIDES ANNUAL HEAT TRAINING FOR STAFF AND
FFENDERS.  FANS ARE USED IN THE LIVING AREAS.  ICE IS AVAILABLE FOR
ORK DETAILS AND EMPLOYEES.  DRINKING WATER IS AVAILABLE FOR EMPLOYEES
ND OFFENDERS.  OUTSIDE WORK DETAIL HOURS ARE CONSISTENT WITH THE
OOLER PART OF THE DAY.  EXCEPTION BEING AGRICULTURE TRUSTEES WHO
PERATE MACHINERY AND PROVIDE ESSENTIAL FUNCTIONS.  INSIDE/OUTSIDE
EMPERATURE READINGS TO IDENTIFY HEAT EXTREMES IN ALL AREAS OF THE
NIT.

UTH:  MAJOR REEVES/RAMSEY I UIT

ent to:    MMU8332              MURPHY, MARY ANN          (to)
           R1UNT06              WHEARLEY, KATHEY          (to)

**APPENDIX 528A78**                          TDCJ 7481

```
**********************************************************************
***  REQUESTOR: R1SRD01 - OFFICE, REGION III     REGION III DIRECTOR'S OFFICE  ***
***  **************************************************************************
**              S Y S M   I N B A S K E T   P R I N T                       ***
```

ESSAGE ID: 451392       DATE: 07/27/98  TIME: 01:41pm  PRIORITY: 000

O:          R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


ROM:        R2WAR01 - BUCKHANAN, LINDA
            ADMIN TECH II-WARDEN'S OFFICE
            RAMSEY II UNIT
            1200 FM 655
            ROSHARON, TX 77583


UBJECT:   HEAT RELATED ISSUES


E:  HEAT RELATED ISSUES (448855; DATED 7/27/98)

RAMSEY II UNIT HAS TAKEN THE BELOW LIST OF PRECAUTIONS TO ADDRESS THE
EDUCTION OF HEAT ISSUES.

..  FANS HAVE BEEN PLACED IN THE CELL BLOCK AND DORMITORY LIVING
    AREAS.
?.  FIELD FORCE WORK HOURS WERE ARRANGED FOR EARLY MORNING TURN-OUT
    AND TURN-IN PERIODS.
?.  HAVE PROVIDED WORK CREWS WITH ICE AND WATER.
?.  INMATES ON HEAT SENSITIVE MEDICATION ARE SCREENED FOR SPECIAL
    TRANSPORTATION.
?.  ALL INMATE WORK SUPERVISORS HAVE BEEN TRAINED TO TAKE PRECAUTIONS
    IN WORKING IN HOT WEATHER, AND HOW TO RECOGNIZE HEAT RELATED
    SICKNESSES.

UTH:  A. COLLINS, ASSISTANT WARDEN/RAMSEY II UNIT

Sent to:   R1SRD01              OFFICE, REGION III              (to)

**APPENDIX 528A79**                              TDCJ 7482

```
****************************************************************************
 REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
****************************************************************************
**              S Y S M   I N B A S K E T   P R I N T                    ***
```

ESSAGE ID: 452154       DATE: 07/27/98  TIME: 02:31pm  PRIORITY: 000

J:        R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      R3WAR01 - THORNTON, MARY
          ADMIN TECH II/WARDEN SECTY.
          RAMSEY III UNIT
          1300 FM 655, ROSHARON
          TEXAS 77583


UBJECT:   HEAT RELATED INFO/RAMSEY III


HE RAMSEY III UNIT ADMINISTRATION ARE FOLLOWING THE BELOW GUIDE-
'ES IN REGARDS TO THE HEAT RELATED WEATHER...

IAIN BLDG. - DORMS HAVE A WATER FOUNTAIN INSTALLED/COOL WATER
XPANSION FAC. - WATER COOLERS WITH COOL WATER AVAILABLE
RUSTY CAMP - DORMS HAVE A WATER FOUNTAIN INSTALLED/COOL WATER

LL DEPARTMENT HEADS AND SUPERVISORS ARE MONITORING WORKING CONDITIONS
)F ALL WORK CREWS (I.E., LAUNDRY, FOOD SERVICE, WORK SQUADS & ETC.)
NDGIVING ADDITIONAL BREAKS AND WATER.

UTH: JACKIE EDWARDS
     SENIOR WARDEN
     RAMSEY III UNIT

3ent to:  R1SRD01           OFFICE, REGION III          (to)
          GG01051           GOMEZ, GARY                 (to)
          WARDENS           (list)                      (to)

**APPENDIX 528A80**                        TDCJ 7483

```
********************************************************************
  REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
  ********************************************************************
**                S Y S M   I N B A S K E T   P R I N T              ***
```

ESSAGE ID: 448855A     DATE: 07/27/98  TIME: 01:54pm  PRIORITY: 999

0:        R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      RVWAR15 - MCELVANEY, D. B.
          SENIOR WARDEN I
          RETRIEVE UNIT
          RT. 5, BOX 1500
          ANGLETON, TEXAS 77515


UBJECT:   Reply to HEAT RELATED ISSUES


** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

.ASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
AS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
ERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
S NEEDED FOR A REPORT TO THE DIRECTOR.

UTH:   DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

** Comments From: RVWAR15 - MCELVANEY, D. B.; 07/27/98 01:40pm
HE FOLLOWING ARE STEPS THE RETRIEVE UNIT HAS TAKEN FOR THE HEAT:

)HEAT RELATED ILLNESS TRAINING HAS BEEN CONDUCTED.
)ICE WATER IS SERVED AT ALL MEALS
)THE UNIT HAS PURCHASED 8 - 36" FANS AND IS USING TWO PURCHASED LAST
'EAR.
! - IN DAYROOMS
! - IN LAUNDRY
! - HALLWAY
)SIX MORE FANS HAVE BEEN ORDERED.
)THE UNIT WILL RECEIVE TWO MORE FANS FROM HUNTSVILLE.
)INMATES WITH MEDICAL RESTRICTIONS OF EXTREME TEMPERATURE HAVE BEEN
REVIEWED AND APPROPRIATE ACTION TAKEN: I.E. JOB CHANGES, ADVISE
SUPERVISORS OF RESTRICTIONS.
')FIELD FORCE WORKS AM ONLY AND WATERED FREQUENTLY. (EVERY 30 MIN.)
!)INSIDE AND OUTSIDE YARD WORK AM ONLY AND ARE WATERED FREQUENTLY.
AGRICULTURE AND MAINTENANCE SQUADS THAT WORK IN AFTERNOON PERIODS

**APPENDIX 528A81**                            TDCJ 7484

ATCH CLOSELY FOR HEAT RELATED ILLNESSES AND WATERED FREQUENTLY.
WATER FOUNTAINS ARE IN ALL LIVING AND WORK AREAS.
ONE SMOKE EJECTOR FAN HAS BEEN PLACED AT THE BACKGATE FOR PLACEMENT
N TRANSFER VEHICLES TO REMOVE HOT AIR AND KEEP AIR FLOWING. STAFF HAVE
EEN ADVISED TO LOAD AND UNLOAD VEHICLES WITHOUT DELAY.

ent to:    R1SRD01              OFFICE, REGION III          (to)

**APPENDIX 528A82**          TDCJ 7485

```
***********************************************************************
    REQUESTOR: R1SRD01 - OFFICE, REGION III     REGION III DIRECTOR'S OFFICE  ***
  ********************************************************************
**                   S Y S M   I N B A S K E T   P R I N T               ***
```

ESSAGE ID: 448855A      DATE: 07/27/98  TIME: 11:10am  PRIORITY: 999

O:        R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      STWAR03 - KEETON, CHUCK
          WARDEN
          STILES UNIT
          STILES UNIT
          3060 FM 3514
          BEAUMONT, TX  77705


UBJECT:   Reply to HEAT RELATED ISSUES


** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

LASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
AS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
ERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
S NEEDED FOR A REPORT TO THE DIRECTOR.

UTH:  DOYLE MCELVANEY
      ACTING REGION III DIRECTOR

** Comments From: STWAR03 - KEETON, CHUCK; 07/27/98 11:06am
E HAVE DONE SEVERAL THINGS.

.  TRAINING--THE INFORMATION FROM DR. LITHICUM WAS DISSEMINATED.
.  WORK HOURS--THE LINE GOES OUT AT 6AM AND IS IN BY NOON DAILY.
.  FOOD SERVICE--TEA AND WATER ARE AVAILABLE AT MEALS.
.  HOUSING--ICE IS BEING SENT TO ALL LIVING AREAS.
.  FANS--ADDITIONAL FANS HAVE BEEN INSTALLED IN THE EXPANSION DORMS;
DDITIONALLY, MORE FANS HAVE BEEN APPROVED BY MR. GOMEZ, AND WE ARE
WAITING THEM.

LEASE LET ME KNOW IF THIS IS SUFFICIENT.  THANKS.


HUCK KEETON
TILES UNIT


t to:    R1SRD01              OFFICE, REGION III              (to)

**APPENDIX 528A83**                          TDCJ 7486

```
*****************************************************************************
* : REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
*****************************************************************************
:**            S Y S M   I N B A S K E T   P R I N T                         ***
```

MESSAGE ID: 449268        DATE: 07/27/98  TIME: 11:34am  PRIORITY: 000

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      GCUNT01 - CROSS, FRED D.
           CAPTAIN
           TEXAS CITY SHELTERED HOUSING
           (PHYSICAL) 5509 ATTWATER AVE.
                     TEXAS CITY, TX
           (MAILING) RT. 4 BOX 1174
                     DICKINSON, TX 77539

SUBJECT:   HEAT RELATED ISSUES


THE SOUTHERN REGION MEDICAL FACILITY/TEXAS CITY SHELTERED HOUSING
OFFERS THE FOLLOWING RESPONSE TO HEAT RELATED ISSUES:
1.ICE WATER AND TWO FANS PROVIDED IN OFFENDER DAYROOMS.
2.ICE WATER AND MORE FREQUENT BREAKS/REST ARE PROVIDED FOR OUTSIDE
OFFENDER WORKERS.
3.EMPLOYEES AND OFFENDERS WORKING OUTSIDE HAVE BEEN PROVIDED HEAT
RELATED TRAINING.
3.HOURS FOR OUTSIDE OFFENDER WORKERS HAVE BEEN REDUCED TO 7:00 AM
- 11:00 AM. DURING THE PM THE WORKERS WILL BE ASSIGNED TO WORK IN
AIR CONDITIONED BUILDINGS.
3.HEAT CONDITIONS WILL BE CONTINOUSLY MONITORED.

AUTH: RICHARD A. TRINCI,JR/SENIOR WARDEN
      SOUTHERN REGION MEDICAL FACILITY

Sent to:   R1SRD01            OFFICE, REGION III       (to)
           HGWAR23            TRINCI, RICHARD          (to)
           GCWAR11            TRINCI, RICHARD          (to)
```

SEE ADENDUM

```
**********************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**********************************************************************************
**              S Y S M    I N B A S K E T    P R I N T                      ***
```

MESSAGE ID: 452909      DATE: 07/27/98  TIME: 03:37pm  PRIORITY: 000

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      GCUNT21 - COX, RICHARD
           MAJOR
           SOUTHERN REGION MED FACILITY
           TEXAS CITY


SUBJECT:   ADDENDUM:HEAT RELATED ISSUES


THE CONSTRUCTION CREW THAT IS CURRENTLY WORKING ON THE EXPANSION DORM
AT THE SOUTHERN REGION MEDICAL FACILITY/TEXAS CITY SHELTERED HOUSING
IS PROVIDED WITH ICE WATER ON A DAILY BASIS.THEY ARE ALSO ABLE TO WORK
IN AN EXTREMELY RELAXED ENVIRONMENT AND CAN TAKE BREAKS AT WILL.

NO ADDITIONAL PRECAUTIONS NEEDED AT HOSPITAL GALVESTON.


AUTH: RICHARD A. TRINCI,JR/SENIOR WARDEN
SOUTHERN REGION MEDICAL FACILITY

Sent to:   R1SRD01            OFFICE, REGION III          (to)
           HGWAR23            TRINCI, RICHARD             (to)
           GCWAR11            TRINCI, RICHARD             (to)

**APPENDIX 528A85**                    TDCJ 7488

```
*****************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE ***
*****************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T              ***
```

MESSAGE ID: 451616       DATE: 07/27/98   TIME: 02:01pm  PRIORITY: 000

TO:          R1SRD01 - OFFICE, REGION III
             REGIONAL STAFF
             REGION III DIRECTOR'S OFFICE
             400 DARRINGTON ROAD
             ROSHARON, TEXAS  77583


FROM:        CUAR01 - GREEN, MARGO
             WARDEN
             CENTRAL UNIT
             SUGAR LAND


SUBJECT:     RESPONSE TO HEAT ISSUES


THE CENTRAL UNIT IS TAKING THE FOLLOWING ACTIONS AS
CAUTIONARY MEASURES DURING THE SEVERE HEAT CONDITIONS.


. ALL WATER COOLERS ARE BEING MONITORED REGULARLY TO ENSURE
THEY ARE FUNCTIONAL.

. ICE IS BEING CARRIED AROUND TO ALL PICKETS AT LEAST TWICE A
DAY FOR THE STAFF.

. ALL FANS ARE MONITORED ON A DAILY BASIS TO ENSURE THE ARE
FUNCTIONAL.,IF NOT, THEY ARE HANDLED AS AN EMERGENCY REQUEST.

. ALL VENTS ARE CHECKED TO ENSURE THAY ARE OPEN AND WORKING
FOR APPROPRIATE AIR FLOW.

. WORK HOURS HAVE BEEN CHANGED FOR THE OUTSIDE WORK FORCE
TO AN EARLIER TURN OUT TIME.

. FOOD SERVICE DEPT. AND THE FIELD FORCE ARE COORDINATING
EFFORTS AND PROVIDING ICE BLOCKS TO THE FIELD FORCE WATER
WAGON TRAIL TO COOL DOWN WATER TEMPS.

. ALL DEPARTMENTS HAVE BEEN ADVISED TO WORK AT A SLOWER PACE
AND TO READ AND MONITOR ALL SAFETY REQUIREMENTS RELATED TO HEAT.

WITH:MARGO GREEN


**APPENDIX 528A86**                         TDCJ 7489

SENIOR WARDEN
CENTRAL UNIT

Sent to:    R1SRD01                OFFICE, REGION III           (to)
            CWAR01                 GREEN, MARGO                 (to)

```
**********************************************************************************
** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**********************************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                    ***
```

MESSAGE I.D: 448855A      DATE: 07/27/98  TIME: 11:43am  PRIORITY: 999

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       CNWAR16 - FOSTER, TERRY
            WARDEN
            CLEMENS UNIT
            CLEMENS UNIT
            RT. 1, BOX 1077
            BRAZORIA, TX  77422


SUBJECT:    Reply to HEAT RELATED ISSUES


*** Sent by Alternate User "CNUNT07" for "CNWAR16" ***
*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: CNWAR16 - FOSTER, TERRY; 07/27/98 11:14am
1.  ALL OUTSIDE STAFF HAVE BEEN TRAINED AND WERE REQUIRED TO READ AND
    FAMILIARIZE THEMSELVES WITH AND SIGN A STATEMENT CONCERNING THE
    RECOGNITION OF HEAT RELATED ILLNESSES.

2.  THE FOOD SERVICE CAPTAIN IS UTILIZING STAINLESS STEEL 5 GALLON

CONTAINERS TO FREEZE EXTRA ICE FOR USE IN THE BUILDING AND THE FIELDS.

3.  CLASSIFICATIONS HAS COORDINATED WITH HEALTH SERVICES ON ALL
    OFFENDERS THAT HAVE MEDICAL RESTRICTIONS CONCERNING HEAT AND HAVE
    REVIEWED THESE JOB ASSIGNMENTS TO ASSURE THAT NO OFFENDER IS
    WORKING OUTSIDE HIS MEDICAL RESTRICTION.

4.  SECURITY STAFF HAS BEEN CAUTIONED AS TO THE NECESSITY TO NOT
    IMPEDE CHAIN BUSES AT THE BACKGATE.

**APPENDIX 528A88**                              TDCJ 7491

5. ALL STAFF IS AWARE AND ARE ACTIVELY MONITORING THE HEAT AND THOSE UNDER THEIR SUPERVISION FOR SYMPTOMS ANS SIGNS OF HEAT RELATED ILLNESS.

6. THE FIELD FORCE SUPERVISORS ARE GIVING WATER BREAKS MORE FREQUENTLY AS THEY DETERMINE NECESSARY AND ARE LETTING THE OFFENDERS WORK AT THEIR OWN PACE.

7. THE LAUNDRY DEPT. HAS IMPLEMENTED THE OPPORTUNITY FOR ALL OFFENDERS TO TAKE BREAKS AS THEY DEEM NECESSARY.  THEY ARE ALSO PROVIDED ICE IN THE LAUNDRY SERVICES DEPARTMENT.

AUTHORITY:  TERRY FOSTER, SENIOR WARDEN

Sent to:    R1SRD01              OFFICE, REGION III              (to)

```
*****************************************************************
**  REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**  ***********************************************************  ***
**                S Y S M   I N B A S K E T   P R I N T                      ***
```

ESSAGE ID: 448855A      DATE: 07/27/98  TIME: 02:44pm  PRIORITY: 999

O:          R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583.


ROM:        HIWAR03 - SMITH, LYNN
            WARDEN
            HIGHTOWER UNIT
            ROUTE 3 BOX 9800
            DAYTON, TEXAS  77535


JBJECT:     Reply to HEAT RELATED ISSUES


** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

ASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
S TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
RVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
 NEEDED FOR A REPORT TO THE DIRECTOR.

JTH:  DOYLE MCELVANEY
      ACTING REGION III DIRECTOR

** Comments From: HIWAR03 - SMITH, LYNN; 07/27/98 02:40pm

E L. V. HIGHTOWER UNIT RESPONDS AS FOLLOWS:

   STAFF HAS BEEN TRAINED IN REGARDS TO HEAT AWARENESS

   REDUCTION OF WORK HOURS

   HAVE ORDERED FANS FOR EXPANSION DORMS

   WORKING ON IDEAS TO GET AND WATER TO CELLS.  INMATES DO HAVE
   ACCESS TO THEIR CELLS AT ALL TIMES SO THEY CAN GET DRINKING
   WATER AS NEEDED.

A

nt to:   R1SRD01              OFFICE, REGION III              (to)


**APPENDIX 528A90**                              TDCJ 7493

```
************************************************************************
** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE ***
** ***********************************************************************
**                    S Y S M   I N B A S K E T   P R I N T            ***
```

ESSAGE ID: 452114        DATE: 07/27/98  TIME: 02:34pm  PRIORITY: 000

D:          R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


ROM:        J3WAR01 - LEHRMANN, MARY ANN
            ADMIN TECH II
            JESTER III UNIT
            RICHMOND, TEXAS 77469


UBJECT:     REPLY HEAT RELATED ISSUES


HE FOLLOWING PROACTIVE STEPS HAVE BEEN INITIATED ON JESTER UNITS I,
 III, AND JESTER III TRUSTY CAMP CONCERNING HEAT AFFECTS ON INMATES
 STAFF.

  REDUCED TURN-OUT HOURS FOR OUTSIDE LINES AND SQUADS.

  CHILLED WATER FOUNTAINS IN DORMITORIES OR ICE PROVIDED WHERE CHILLED
 WATER FOUNTAINS ARE NOT PRESENT.

  ICE WATER AVAILABLE/SERVED WITH ALL MEALS.

  HEAT EMERGENCY RELATED TRAINING TO ALL STAFF.

  ICE WATER FOR ALL OUTSIDE SQUADS.

  HOUSING UNIT FANS.

  BACKGATE FANS (UPON ANTICIPATED 7/31/98 DELIVERY).

  INCREASED FREQUENCY OF BREAK.

  INMATE SCREENING FOR PSYCH MEDICATIONS.

  EACH INMATE IN TRACTOR SQUAD IS PROVIDED AN INDIVIDUAL WATER
 COOLER.
UTH: FRED BECKER, SENIOR WARDEN, JESTER UNITS I, II, AND III
B/ML

**APPENDIX 528A91**                              TDCJ 7494

```
Sent to:    R1SRDO1        OFFICE, REGION III        (to)
            J3WARO1        LEHRMANN, MARY ANN        (to)
            J1WARO1        HORELICA, SHARON          (to)
            J2WARO1        I/M RECORDS-J2            (to)
            J3WAR16        BECKER, FRED             (to)
            J3WAR17        ADAMS, JOHN              (to)
            J1UNTO8        AUGUST, BRUCE A.         (to)
```

**APPENDIX 528A92**        TDCJ 7495

```
****************************************************************************
** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE ***
  ****************************************************************************
                S Y S M   I N B A S K E T   P R I N T                        ***
ESSAGE ID: 449679      DATE: 07/27/98  TIME: 01:08pm  PRIORITY: 000

0:        R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      J4UNTC1 - BALL, KAREN L.
          WARDENS SEC /ALL GEN CORRES
          JESTER IV UNIT
          RICHMOND, TX.  77469



JBJECT:   RESPONSE TO MESSAGE 448855


1:        MR. DOYLE MCELVANEY
          ACTING REGION III DIRECTOR

UM:       SGT. B. WILSON
          JESTER UNIT IV


JBJECT:   RESPONSE TO MESSAGE I.D. #448855
          HEAT RELATED ISSUES
1 RESPONSE TO YOUR E-MAIL RECEIVED ON THIS DATE:  THE JESTER IV UNIT
5 A CLIMATE CONTROLLED FACILTY, WITH ALL AREAS OF THE BUILDING,
ICLUDING HOUSING AREAS, DAYROOMS, THE BACKGATE AND OUTSIDE PICKETS
ING AIR CONDITIONED.  ALL ACTIVITIES ARE CONDUCTED INSIDE OF THE
ICILITY, WITH THE EXCEPTION OF A WORK THERAPY CREW.  THIS CREW WORKS
ITSIDE OF THE MAIN BUILDING, BUT WITHIN THE PERIMETER FENCE,  IN
ISPONSE TO THE HEAT, THEY HAVE SHORTENED THIER WORK HOURS, STAYING
ITSIDE NO LATER THAN 1100 HOURS. OFFICERS SUPERVISING THE WORK CREW
IVE BEEN INSTUCTED TO GIVE FREQUENT WATER BREAKS, AND TO CLOSELY
INITOR OFFENDERS FOR HEAT RELATED PROBLEMS.  ALL PERIMETER PICKETS ARE
IUIPPED WITH DRINKING FOUNTAINS, AND ICE IS DELIVERED DAILY.  ALL
IYROOMS, CELLS, AND HALLWAYS LEADING TO LIVING AREAS ARE EQUIPPED WITH
IINKING FOUNTAINS.


ITHORITY: KENNETH D. NEGBENEBOR
          SENIOR WARDEN
```

JESTER UNIT IV

it to:   R1SRD01                    OFFICE, REGION III                    (to)

# Attachment

# 16

**Texas Department of Criminal Justice**
INSTITUTIONAL DIVISION

# Inter-Office Communications

**To:** _____ Gary L. Johnson _____     **Date:** _____ July 27, 1998 _____
Director-ID

**From:** _____ Douglas J. Dretke _____     **Subject:** _____ HIGH TEMPERATURE _____
Region IV Director

The following is a list of actions the Region IV Units have taken to reduce the effects of HIGH TEMPERATURES to personnel (offenders and employees).

**Briscoe Unit**
1. Ice water for picket officers.
2. Turn out day room lights, to reduce heat.
3. Turn on purge fans in the housing to better circulate the air.
4. More frequent water breaks for work and recreation offenders.
5. Employee and offenders have been given related heat training.
6. Continually monitoring heat index.
7. Provide more indoor recreation activities during extreme heat.

**Connally Unit**
1. Ordered 25 fans to be placed throughout the unit for employees and inmates.
2. Outside work squads working morning hours only unless approved by warden.
3. Officers are rotating from floors to pickets when possible every two hours, instead of every four hours.
4. Officers can get ice at designated areas on each building.
5. More frequent water breaks for offenders working outside jobs/jobs in kitchen.
6. Safety training.

**Cotulla Unit**
Offenders:
1. Workplace - offenders are provided extra water and ice in water coolers.
2. Work schedule - offenders assigned to field work, to include community squads, are working in a.m. until 12 noon. However, if work is urgent or an emergency, outside trustees are utilized.
3. All offenders working in field, garden and community squads, etc., are receiving training about heat - related illness.
4 Offenders working in direct sunlight are provided work hats and frequent breaks.
5. Offender housing is air conditioned so no fans are necessary. However, fans are available in the event the air system goes down.

**APPENDIX 528A96**      TDCJ 7499

**Employees:**
1. Employees assigned to outside positions, recreation yard, outside yard squads, pickets, etc., are provided ice water and given frequent breaks.
2. Employees have received training on heat related illness at shift briefings.
3. Employees working outside squads are provided cowboy hats.
4. The unit is air conditioned throughout. However, if the system goes down, fans are available.

### Ft. Stockton Unit
1. Mr. Joe Ray Chaves, Unit Safety Officer has accomplished safety training regarding heat injuries. Officers assigned to the recreation yard have been instructed to closely monitor all offenders during outside recreation activities.
2. Major Bryan has distributed in depth safety guidelines to security officers working all three shifts and to field officers and community work squad officers. Captain Barkley and Major Bryan continue to stress almost daily the importance of reduced work effort and frequent water breaks to field and community work squad officer.
3. Outside work squads have been purged of any offenders who have medical restrictions against working in hot weather or who are prescribed psychohotrophic medications.
4. The unit field force now only turn out one long half to preclude working in the heat of the day. One of the officers assigned to the Field is a certified emt.
5. The unit central control notifies outside work squad officers and field officers hourly of heat index so proper precautions can be taken.
6. Ice water has been placed at center hall for the officer.

### Garza East & West Unit
1. Water coolers in housing areas for employees.
2. Change of work schedules, field has am turnout only.
3. Training for employees and offenders.
4. Purge fans are being operated continuously until further notice.
5. Heat alert system has been put into place, temp and humidity monitored and announced over radio to alert employees that we are in level one.
6. Water served during all meals.

### Lynaugh Unit
1. Extra water in dorms and workplaces - yes.
2. Ice provided - yes.
3. Change of work schedules - inmates are being turned out earlier in the day.
4. Training - is ongoing, and will be brought forward again at the unit staff meeting this week (Thursday, 7/30/98).
5. Fans - 22 have been requested, but not yet received at the unit.
6. ETC. - We are following guidelines of the heat related index. Also, temperatures have been down in this area due to receiving some rain.

### McConnell Unit
1. Placed water containers in living areas to provide cool drinking water for officers and offenders.
2. Line turn out 0600 to 1200, no pm turnout.
3. Trained staff and offenders on AD 10.64.
4. Fans ordered for common areas in housing areas.
5. Modified vents in dormitories.

**APPENDIX 528A97**                                    TDCJ 7500

6. Constructed and installed barred screen doors in dormitory fire exits so that solid doors could be open.
7. Provide more frequent water breaks for field force.
8. All trusty squads allowed to work at their own pace.
9. Monitor temperature in living areas.
10. Ordered fans for the food service department.
11. Constructed and installed fence gate in laundry truck garage door so solid door can stay open during operation.

## Stevenson Unit

1. Water in housing areas and workplaces – all housing areas and perimeter pickets for the employees. These water coolers are checked daily for water and ice, and are filled as needed. Offenders working in the garden squads are given water breaks every thirty minutes, with an opportunity to sit down during these break periods. When level one heat index is reached, the frequency of water breaks increases. Most work sites receive water breaks as needed. Also, any offenders with temperature extreme or humidity extremes restrictions on his HSM-18 are returned to the unit when level one heat index is reached. All other squads working inside and outside the unit have free access to water.
2. Change in work schedules – offenders working in the garden squads are now turned out at an earlier time. Offenders turnout at 5:50 a.m., and return at 11:30 a.m.
3. Training – temperature extremes in the workplace was the training topic for the Stevenson Unit's mandatory training. This training was conducted on May 18-20, 1998 All employees and offenders were trained on this topic. Also, all staff members are instructed to immediately notify the medical department of any offender or staff member who may be experiencing any of the symptoms associated with heat exhaustion or dehydration.
4. Fans - The purge fans in the offender housing areas are being utilized to combat the temperature extremes. A schedule has been comprised for staff to utilize these fans during the afternoon hours. Also, 16 fans were ordered for use in J-5 dormitories due to the dormitories being the least ventilated housing areas.
5. The radio picket constantly checks the temperature and heat index, when level one is reached, it is immediately broadcast to all staff so that appropriate precautions can be followed.

## Segovia Unit

1. Increase the amount of ice and cold water for offenders and officers.
2. The fans are constantly on and also the ventilation system is monitored on a daily basis.
3. We monitor temperature reading on a daily basis.
4. We have submitted a proposal for eighty (80) new fans for the offender dorms.

## Torres Unit

1. Ice water has been made available in all housing building.
2. This unit has been on an a.m. only line turn out for approx. 3 months. Hours for those having to work outside in the direct sun have been adjusted to earlier times as much as is possible. Convenience breaks are being emphasized and encouraged.
3. All C.D.S.O.S have received heat related training from the unit's Risk Management officer and have in turn trained staff in their respective departments/shifts.

DJD/pg

dretke/heat.doc/pg

**APPENDIX 528A98**                      TDCJ 7501

# Attachment

# 17

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION

# Inter-Office Communications

**To:** _____ Janie Cockrell _____       **Date:** _____ July 27, 1998 _____
Deputy Director for Security
Institutional Division

**From:** _____ John Gilbert _____       **Subject:** _____ Heat Problems – Actions Taken _____
Region V Director

In response to a telephone call this morning from Sheila Thompson from your office, the Region V Units have been surveyed as to special precautions they are taking related to the high daily temperatures that Texas is experiencing. I am attaching a copy of the results of that survey.

The Region V Director's Office (through Warden Woods) had previously instructed the units to adjust outside working hours to morning hours only.

On July 1, 1998, the Region V Unit Wardens were advised via telephone by my office that inmates on psychotropic medications were to be transported very late at night or very early in the mornings or placed on an air conditioned van as needed when transported.

On July 13, 1998, a survey was conducted by my office per instructions from Janie Cockrell's office. This survey was to determine how many fans were required by the Region V Units. Results of that survey were e-mailed to Ms. Cockrell's office the same day.

Should you require additional information, please give me a call.

JG:rcn
Attachment

**APPENDIX 528A100**           TDCJ 7503

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al*., | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 15

DECLARATION OF **LANNETTE LINTHICUM, M.D.**

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Health Services Division of the Texas Department of Criminal Justice ("TDCJ"). I have been requested to provide true and correct copies of heat related documentation and correspondence maintained in my files. Attached are true and correct copies of the responsive records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Lannette Linthicum and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the  15  day of June, 2016.


Lannette Linthicum, M.D.
Director, Health Services Division
Texas Department of Criminal Justice

**APPENDIX 530A**

# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

## Inter-Office Communications

RECE...
MAR 1 6 1999
Associate Division
Director

| | | | |
|---|---|---|---|
| **To:** | Distribution | **Date:** | March 12, 1999 |
| **From:** | Gary L. Johnson<br>TDCJ-ID Director | **Subject:** | Working Group:<br>Preparation for Summer Heat |

You have been chosen by your division/department head to serve on a working group that will be tasked with making preparations for summer heat. 1998 presented us with a sweltering summer, and 1999 could very well do the same. With that in mind, and at the request of Mr. Scott, this working group has been organized to discuss measures that the agency may take to cope with such conditions. Janie Cockrell, Deputy Director for Security, will serve as chairperson for the committee.

An initial meeting will be scheduled for either the latter part of March or the beginning of April, depending on prior commitments of those serving on the committee. You will be notified with details as they come available.

Thank you for your participation and your ongoing commitment to the agency.

Distribution:

Warden Harry Kinker, Dominguez State Jail
Nathaniel Quarterman, Assistant Director, State Jail Division
Tory Nalbone, Environmental Affairs
Bill Barry, Assistant Deputy Director, Facilities Division
Marjorie Pulvino, Health Services Liaison
Keith Clendennen, Program Administrator, Offender Grievance
Bob Koenig, Risk Management
Mike Manghum, Director of Programs, Transportation
Darin Pacher, Plans and Operations
Gary Gomez, Region III Director
Warden Leslie Woods, Allred Unit

GJ/ag

cc: Wayne Scott, Executive Director
    Janie Cockrell, Deputy Director for Security, TDCJ-ID
    Tom Baker, Director, State Jail Division
    Allen Sailer, Director, Facilities Division
    Dr. Lannette Linthicum, Director, Health Services Division
    Debbie Liles, Assistant Director of Administrative Review
    Sharon Keilin, Assistant Director for Operation Support
    Dale Story, Director, Transportation and Supply

**APPENDIX 531**                    TDCJ 7504

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 16

*HU 10 6 4*

```
*****************************************************************
*** REQUESTOR: BRI9859 - RILEY, BRENDA        EXECUTIVE SERVICES
*****************************************************************
 **            S Y S M   I N B A S K E T   P R I N T
```

MESSAGE ID: 462941      DATE: 07/08/97  TIME: 02:42pm  PRIORITY: 000

TO:        BRI9859 - RILEY, BRENDA
           SENIOR ANALYST
           EXECUTIVE SERVICES
           HUNTSVILLE


FROM:      MPU9182 - PUGH, MIKE
           ASSISTANT DIRECTOR
           HEALTH SERVICES
           3009 HIGHWAY 30 WEST, RM. 112
           HUNTSVILLE, TEXAS 77340


SUBJECT:   HEAT RELATED ILLNESSES


TO:   ALL UNIT WARDENS AND SECURITY OPERATIONS PERSONNEL

FROM: MICHAEL WARREN, M.D./DIVISION DIRECTOR/TDCJ HEALTH SRVCS.

DURING THE SUMMER MONTHS THE INCIDENTS OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE TRAINING MANY OF YOU WERE INTRODUCED
TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE SIGNS AND
SYMPTOMS OF THESE ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH INMATES EVERY DAY AND IF YOU SEE SIGNS THAT
SUGGEST SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET THE
MEDICAL STAFF KNOW WHAT YOU HAVE OBSERVED.

HEAT CRAMPS:
HEAT CRAMPS ARE MUSCULAR SPASMS DUE TO LOSS OF SALT WITH PROFUSE
SWEATING.  THESE CRAMPS MAY BE SPASMODIC IN THE ABDOMEN, LEGS OR ARMS.
HAVE THE PERSON COOL OFF AND DRINK WATER OR LEMONADE WITH ONE-HALF
TEASPOON OF SALT ADDED TO A GLASS.  GATORADE, IF AVAILABLE, IS ALSO
GOOD.

HEAT EXHAUSTION:
IT IS CHARACTERIZED BY FATIGUE, WEAKNESS, DIZZINESS, HEADACHE, NAUSEA
AND SOMETIMES ABDOMINAL CRAMPING, OR THE VICTIM MAY SUDDENLY COLLAPSE.
HEAT EXHAUSTION IS A REACTION TO HEAT, WITH LOSS OF BODY FLUIDS DUE TO
PERSPIRATION AND AN INADEQUATE INTAKE OF FLUIDS.  AN AFFECTED PERSON
PERSPIRES; THE SKIN IS COOL AND WET.  TREATMENT CONSISTS OF PLACING THE
PERSON IN THE SHADE WITH FEET ELEVATED (IF DIZZY OR FAINT).  APPLY
COOL, WET CLOTHS AND FAN THE VICTIM.  GIVE WATER IN SMALL AMOUNTS.

HEAT STROKE:
THIS IS A LIFE THREATENING MEDICAL EMERGENCY.  ONE HUNDRED PERCENT OF
AFFECTED PERSONS DIE IF NOT TREATED, AND 50% DIE EVEN WHEN TREATED.
HEAT STROKE RESULTS FROM PROLONGED EXPOSURE TO HEAT OR HIGH HUMIDITY,
COMBINED WITH STRENUOUS ACTIVITY OR EXERCISE.  THE SKIN IS HOT AND DRY.
THE SWEATING MECHANISM IS NOT WORKING.  HEAT STROKE VICTIMS MAY

APPENDIX 533

TDCJ 7421

COLLAPSE AND RAPIDLY PROGRESS TO A COMA OR DEATH IF NOT TREATED.
- COOL THE PERSON AT ONCE - GET HIM OUT OF THE SUN.
- SPONGE OFF OR APPLY COLD PACKS TO THE SIDES OF THE BODY.
- GET MEDICAL HELP QUICKLY !!!

THANK YOU.

COPY:     GARY JOHNSON, DIRECTOR/INSTITUTIONAL DIVISION
          JERRY PETERSON, DEPUTY DIRECTOR FOR SECURITY
          TOM BAKER, DIRECTOR/STATE JAIL DIVISION
          JANICE WILSON, ASSISTANT DIRECTOR/STATE JAIL DIVISION
          REGIONAL DIRECTORS/INSTITUTIONAL DIVISION
          JIM RILEY, EXECUTIVE DIRECTOR (MHCAC)

Sent to:   MEDR                (list)              (to)
           UNTS                (list)              (to)
           JDA4251             DANA, JANET          (to)

**APPENDIX 534**                              TDCJ 7422

5.6C

```
********************************************************************
*** REQUESTOR: BRI9859 - RILEY, BRENDA          PLANS AND OPERATIONS        *
********************************************************************
***                    S Y S M   I N B A S K E T   P R I N T               *
```

MESSAGE ID: 315480TTT   DATE: 07/02/98  TIME: 10:17am  PRIORITY: 000

TO:        BRI9859 - RILEY, BRENDA
           PROGRAM ADMINISTRATOR I
           PLANS AND OPERATIONS
           HUNTSVILLE


FROM:      DLI2149 - LILES, DEBRA
           ASST DIRECTOR
           MANAGEMENT SUPPORT
           HUNTSVILLE



SUBJECT:   TRANSFER FOR SUMMER MONTHS


*** Sent by Alternate User "RHI7304" for "DLI2149" ***
*** Transferred From: FAU1001 - AUBUCHON, FRANK; 07/02/98 10:16am
** Transferred From: SBE9669 - BELL, SHERMAN; 07/02/98 09:06am
*** Original Author:  HQMD001 - SCOTT, ANDREA; 07/01/98 04:51pm



ATTENTION ALL MEDICAL DEPARTMENTS AND UNIT WARDENS

EFFECTIVE IMMEDIATELY, THE FOLLOWING GUIDELINES SHOULD BE USED IN
DETERMINING THE MODE OF OFFENDER TRANSFERS:

*  THE FOLLOWING GUIDELINES OF PSYCHIATRIC PATIENTS FROM ONE INPATIENT
FACILITY TO ANOTHER INPATIENT FACILITY WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

*  OFFENDERS BEING TRANSFERRED TO A PSYCHIATRIC INPATIENT FACILITY FOR
CRISIS MANAGEMENT OR INPATIENT CARE WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

MEDICAL STAFF ARE REMINDED THAT OUTGOING CHAIN SCREENS MUST BE
CONDUCTED FOR ALL OFFENDERS IN ORDER TO ASSURE THAT THE SELECTED MODE
OF TRANSPORTATION IS APPROPRIATE FOR THE OFFENDERS' MEDICAL AND
PSYCHIATRIC STATUS.  THIS IS PARTICULARLY IMPORTANT DURING HOT WEATHER
MONTHS.

DURING THE SUMMER MONTHS, TDCJ TRANSPORTATION WILL FOLLOW A SPECIAL
SCHEDULE TO MAXIMIZE ROUTINE TRANSPORTATION DURING THE COOLEST HOURS OF
THE DAY.   HOWEVER, IF IT IS DETERMINED THAT AN OFFENDER IS NOT
APPROPRIATE FOR CHAIN BUS TRANSPORTATION, ARRANGEMENTS MUST BE  MADE BY
THE UNIT FOR EITHER UNIT VAN OR EMS TRANSFER.   IF THE REASON FOR THE
TRANSFER IS FOR A SPECIALTY CLINIC APPOINTMENT, THE UNIT MEDICAL
DEPARTMENT IS RESPONSIBLE FOR ENSURING THAT THE OFFENDER KEEPS THE
APPOINTMENT OR FOR THE NECESSARY RESCHEDULING.

DURING HOT WEATHER, IT IS ESPECIALLY IMPORTANT THAT CLINICAL STAFF
OBSERVE STRICT ADHERENCE TO TDCJ PHARMACY POLICY AND PROCEDURE 55-05,
MANAGEMENT OF PATIENTS RECEIVING MEDICATIONS THAT MAY POTENTIATE HEAT
STRESS AND PHOTOSENSITIVITY.

I HAVE COMMUNICATED WITH JANIE COCKRELL, DEPUTY DIRECTOR FOR SECURITY.
 WE ARE IN AGREEMENT THAT WITH THE ABOVE PROCEDURES IN PLACE,
PSYCHIATRIC PATIENTS MAY BE TRANSPORTED BY CHAIN BUS.   PLEASE DISREGARD
ALL PREVIOUS COMMUNICATIONS CONCERNING THIS MATTER.

AUTH:  LANNETTE LINTHICUM, M.D.
       DIVISION DIRECTOR FOR HEALTH SERVICES

*** Comments From: SBE9669 - BELL, SHERMAN; 07/01/98 05:37pm

*** Comments From: FAU1001 - AUBUCHON, FRANK; 07/02/98 09:06am

*** Comments From: DLI2149 - LILES, DEBRA; 07/02/98 10:16am

Sent to:    SUPV                    <list>                    (to)

```
**********************************************************************
*** REQUESTOR: JCO4324 - COCKRELL, JANIE        SECURITY           *
**********************************************************************
***                    S Y S M   I N B A S K E T   P R I N T        *
```

MESSAGE ID: 315480      DATE: 07/01/98  TIME: 04:51pm  PRIORITY: 000

TO:        JCO4324 - COCKRELL, JANIE
           DEPUTY DIRECTOR
           SECURITY
           HUNTSVILLE


FROM:      HQMD001 - SCOTT, ANDREA
           ADM ASST TO DEPUTY DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE



SUBJECT:   TRANSFER FOR SUMMER MONTHS


ATTENTION ALL MEDICAL DEPARTMENTS AND UNIT WARDENS

EFFECTIVE IMMEDIATELY, THE FOLLOWING GUIDELINES SHOULD BE USED IN
DETERMINING THE MODE OF OFFENDER TRANSFERS:

*  THE FOLLOWING GUIDELINES OF PSYCHIATRIC PATIENTS FROM ONE INPATIENT
FACILITY TO ANOTHER INPATIENT FACILITY WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

*  OFFENDERS BEING TRANSFERRED TO A PSYCHIATRIC INPATIENT FACILITY FOR
CRISIS MANAGEMENT OR INPATIENT CARE WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

MEDICAL STAFF ARE REMINDED THAT OUTGOING CHAIN SCREENS MUST BE
CONDUCTED FOR ALL OFFENDERS IN ORDER TO ASSURE THAT THE SELECTED MODE
OF TRANSPORTATION IS APPROPRIATE FOR THE OFFENDERS' MEDICAL AND
PSYCHIATRIC STATUS.  THIS IS PARTICULARLY IMPORTANT DURING HOT WEATHER
MONTHS.

DURING THE SUMMER MONTHS, TDCJ TRANSPORTATION WILL FOLLOW A SPECIAL
SCHEDULE TO MAXIMIZE ROUTINE TRANSPORTATION DURING THE COOLEST HOURS OF
THE DAY.  HOWEVER, IF IT IS DETERMINED THAT AN OFFENDER IS NOT
APPROPRIATE FOR CHAIN BUS TRANSPORTATION, ARRANGEMENTS MUST BE  MADE BY
THE UNIT FOR EITHER UNIT VAN OR EMS TRANSFER.  IF THE REASON FOR THE
TRANSFER IS FOR A SPECIALTY CLINIC APPOINTMENT, THE UNIT MEDICAL
DEPARTMENT IS RESPONSIBLE FOR ENSURING THAT THE OFFENDER KEEPS THE
APPOINTMENT OR FOR THE NECESSARY RESCHEDULING.

**APPENDIX 537**                                    TDCJ 7426

DURING HOT WEATHER, IT IS ESPECIALLY IMPORTANT THAT CLINICAL STAFF

TDCJ 7427

(409) 437-5701     Texas Department of Criminal Justice     Fax: (409) 437-5742
Transportation and Supply Department
Inter-Office Communications

| To | Janie Cockrell<br>Deputy Director, Security<br>Institutional Division | Date | July 2, 1998 |
| --- | --- | --- | --- |
| From | Dale Story *(signature)*<br>Assistant Director for<br>Transportation and Supply | Subject | Summer Procedures for<br>Offender Transfers |

Attached are procedures that I am requesting to be sent out under your authority to unit wardens and regional directors to facilitate the offender transfer process during the summer months in an effort to avoid employee and offender heat related illnesses.

WDS:jk

Attachment

**APPENDIX 539**       TDCJ 7430

- In light of the current extreme heat and heat indexes we are experiencing the following measures will be implemented to insure that offenders/Employees are not at danger.

- It is imperative that transfer vehicles are loaded and unloaded as quickly as possible to avoid sitting idle.

- A heightened awareness of the arrival time and status of transfer vehicles on the units are crucial.

- Transfer vehicles should be given priority over all other functions excluding emergency ambulance transfers.  This includes access in and out of gates.

- In the event that a transfer vehicle has to remain parked for 15 minutes or longer waiting to load or unload offenders the unit will be required to place a smoke ejector fan on the vehicle.  These fans should be located in an area that can be easily accessible to the transfer vehicle.

- Caution should be used when holding offenders in outside holding areas exposed to the sun and/ or having restricted ventilation.

- Transportation will be reviewing all routes to identify any that pose a higher risk. Routes and departure times may need to be adjusted to limit risks.  It is essential that unit Wardens and staff cooperate with transportation during this endeavor.

**APPENDIX 540**                    TDCJ 7431

```
**********************************************************************
*** REQUESTOR: B1UNT13 - SCOTT,HERBERT/PICKLE, BETO I UNIT
**********************************************************************
***             S Y S M   O U T B A S K E T   P R I N T

MESSAGE ID: 325752      DATE: 07/03/98  TIME: 09:43am  PRIORITY: 000

SUBJECT:    OFFENDER TRANSFERS
```

PER CONVERSATION BETWEEN MYSELF AND DALE STORY PLEASE ADHERE TO THE
FOLLOWING PROCEDURES WITH REGARD TO OFFENDER TRANSFERS DURING THE
SUMMER MONTHS.

IN LIGHT OF THE CURRENT EXTREME HEAT AND HEAT INDEXES WE ARE
EXPERIENCING THE FOLLOWING MEASURES WILL BE IMPLEMENTED TO INSURE THAT
OFFENDERS/EMPLOYEES ARE NOT AT DANGER.

IT IS IMPERATIVE THAT TRANSFER VEHICLES ARE LOADED AND UNLOADED AS
QUICKLY AS POSSIBLE TO AVOID SITTING IDLE.

A HEIGHTENED AWARENESS OF THE ARRIVAL TIME AND STATUS OF TRANSFER
VEHICLES ON THE UNITS ARE CRUCIAL.

TRANSFER VEHICLES SHOULD BE GIVEN PRIORITY OVER ALL OTHER FUNCTIONS
EXCLUDING EMERGENCY AMBULANCE TRANSFERS.  THIS INCLUDES ACCESS IN AND
OUT OF GATES.

IN THE EVENT THAT A TRANSFER VEHICLE HAS TO REMAIN PARKED FOR 15
MINUTES OR LONGER WAITING TO LOAD OR UNLOAD OFFENDERS THE UNIT WILL BE
REQUIRED TO PLACE A SMOKE EJECTOR FAN ON THE VEHICLE.  THESE FANS
SHOULD BE LOCATED IN AN AREA THAT CAN BE EASILY ACCESSIBLE TO THE
TRANSFER VEHICLE.

CAUTION SHOULD BE USED WHEN HOLDING OFFENDERS IN OUTSIDE HOLDING AREAS
EXPOSED TO THE SUN AND/OR HAVING RESTRICTED VENTILATION.

TRANSPORTATION WILL BE REVIEWING ALL ROUTES TO IDENTIFY ANY THAT POSE
A HIGHER RISK.  ROUTES AND DEPARTURE TIMES MAY NEED TO BE ADJUSTED TO
LIMIT RISKS.  IT IS ESSENTIAL THAT UNIT WARDENS AND STAFF COOPERATE
WITH TRANSPORTATION DURING THIS ENDEAVOR.

THANK YOU IN ADVANCE FOR YOUR ADHERENCE TO THE ABOUT PROCEDURES.

JANIE COCKRELL
DEPUTY DIRECTOR OF SECURITY
INSTITUTIONAL DIVISION

Sent to:    WARDENS              <list>                    <to>
```

**APPENDIX 541**                                        TDCJ 7433

5.6C

```
****************************************************************************
** REQUESTOR: BRI9859 - RILEY, BRENDA          PLANS AND OPERATIONS     **
****************************************************************************
***                    S Y S M   I N B A S K E T   P R I N T           **
```

MESSAGE ID: 348657     DATE: 07/08/98  TIME: 12:22pm  PRIORITY: 000

TO:        BRI9859 - RILEY, BRENDA
           PROGRAM ADMINISTRATOR I
           PLANS AND OPERATIONS
           HUNTSVILLE


FROM:      GJO2287 - JOHNSON, GARY
           DIRECTOR, TDCJ-ID
           ID DIRECTOR'S OFFICE
           P.O. BOX 99, HUNTSVILLE


SUBJECT:   HEAT RELATED PRECAUTIONS

ATTN:  INSTITUTIONAL DIVISION WARDENS

       HEAT RELATED PRECAUTIONS FOR STAFF

DURING THE CURRENT HEAT CONDITIONS IT IS IMPERATIVE THAT THE RISKS TO
STAFF WORKING IN EXTREME HEAT BE REDUCED AND THAT SUPERVISORS ARE ABLE
TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.   THE SYMPTOMS ARE:

1.  HEAT STROKE

    A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT;

    B. SKIN IS HOT, DRY AND FLUSHED;

    C. INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED MAY LEAD
       TO DELIRIUM, CONVULSIONS AND EVEN DEATH.

2.  HEAT CRAMPS SYMPTOMS INCLUDE THE FOLLOWING:

    PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
    HARD PHYSICAL WORK IN A HOT ENVIRONMENT.

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:

    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS,
        NAUSEA AND HEADACHES;

**APPENDIX 542**                                      TDCJ 7439

B.   SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION;

C.   BODY TEMPERATURE IS NORMAL OR SUBNORMAL;

D.   NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.   EMPLOYEES
SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO CONSUME WATER
PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE WORK DAY.
CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER AND
SHOULD BE DISCOURAGED AS A REPLACEMENT.   IF SYMPTOMS OF HEAT RELATED
ILLNESS ARE OBSERVED YOU SHOULD:

1.   CONTACT MEDICAL;

2.   PLACE PATIENT IN A COOL AREA;

3.   ALL CLOTHING OF PATIENT SHOULD BE SATURATED WITH WATER AND
     VICTIM SHOULD BE FORCED TO DRINK FLUIDS (I.E. WATER);

4.   ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
     MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
     PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

JTH:   GARY L. JOHNSON
       DIRECTOR, TDCJ-ID

       GJ/GF

Sent to:      UNTS              <list>                       (to)
              JCO4324           COCKRELL, JANIE              (to)
              EOW7690           OWENS, ED                    (to)
              LJE6791           JENKINS, LEPHER              (to)
              JSH0505           SHAW, JIM                    (to)
              GGO1051           GOMEZ, GARY                  (to)
              DDR2267           DRETKE, DOUGLAS J.           (to)
              JGI3037           GILBERT, JOHN                (to)
              RKO4309           KOENIG, ROBERT P. SR.        (to)

**APPENDIX 543**                                    TDCJ 7440

```
****************************************************************************
*** REQUESTOR: GJO2287 - JOHNSON, GARY        ID DIRECTOR'S OFFICE      **:
****************************************************************************
..**              S Y S M   O U T B A S K E T   P R I N T               **:
```

MESSAGE ID: 346686        DATE: 07/08/98  TIME: 09:19am  PRIORITY: 000

SUBJECT:    HEAT RELATED PRECAUTIONS

ATTN:  INSTITUTIONAL DIVISION WARDENS

            HEAT RELATED PRECAUTIONS FOR OFFENDERS

DURING THE CURRENT EXTREME HEAT CONDITIONS IT IS IMPERATIVE THAT THE
RISKS TO OFFENDERS WORKING IN EXTREME HEAT CONDITIONS BE REDUCED.
STAFF SHOULD BE ABLE TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED INJURIES
AND RESPOND TO THE DANGER SIGNALS.

1.  HEAT STROKE SYMPTOMS ARE AS FOLLOWS:

    A.  PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT;

    B.  THE SKIN IS HOT, DRY AND FLUSHED;

    C.  INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED MAY LEAD
        TO DELIRIUM, CONVULSIONS AND EVEN DEATH;

    HEAT CRAMPS SYMPTOMS INCLUDE THE FOLLOWING:

    A.  PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
        HARD PHYSICAL WORK IN A HOT ENVIRONMENT;

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:

    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, NAUSEA
        AND HEADACHES;

    B.  THE SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH
        PERSPIRATION;

    C.  BODY TEMPERATURE IS NORMAL OR SUBNORMAL; AND

    D.  NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.

EMERGENCY TREATMENT:

1.  PLACE THE PATIENT IN A COOL AREA;

2.  ALL CLOTHING OF THE PATIENT SHOULD BE SATURATED WITH WATER AND
    THE VICTIM SHOULD BE FORCED TO DRINK FLUIDS (I.E. WATER);

3.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING THE PATIENT IN
    THE MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND

**APPENDIX 544**                                    TDCJ 7441

OBTAIN PROPER MEDICAL TREATMENT;

UNITS SHOULD REVIEW ALL OUTSIDE WORK REQUIREMENTS WHICH INCLUDE BUT ARE
NOT LIMITED TO FIELD FORCE ACTIVITIES.  OUTSIDE WORK SCHEDULES SHOULD
BE MODIFIED TO ELIMINATE EXTENDED EXPOSURE TO THE HEAT.  UNIT WARDENS
WILL CONTINUALLY MONITOR TEMPERATURE AND HUMIDITY, DETERMINE THE HEAT
INDEX AND IMPLEMENT PROCEDURES, I.E. REQUIRED BREAKS, AS OUTLINED IN
ATTACHMENT B, AD-10.64 (REV.1).  AMPLE DRINKING WATER SHOULD BE ON HAND
AT ALL WORK SITES AND OFFENDERS ENCOURAGED TO DRINK WATER.  PROCEDURES
SHOULD BE IN PLACE TO ENSURE MEDICAL STAFF CAN BE CONTACTED AND
RESPOND IN AN APPROPRIATE TIME FRAME.  STAFF WHO SUSPECT AN OFFENDER IS
SUFFERING FROM A HEAT RELATED INJURY SHOULD IMMEDIATELY CONTACT MEDICAL
STAFF AND INITIATE FIRST AID.  FURTHER INSTRUCTIONS CONCERNING HEAT
EXTREMES ARE CONTAINED IN AD-10.64 (REV. 1), E-MAIL #144128, DATED
06/02/98 AND E-MAIL #327104, DATED 07/03/98 FROM DR. LANNETTE
LINTHICUM, DIRECTOR, HEALTH SERVICES.


AUTH:   GARY L. JOHNSON
        DIRECTOR, TDCJ-ID

        GJ/GF

Sent to:    UNTS                <list>                      (to)
            JCO4324             COCKRELL, JANIE             (to)
            EOW7690             OWENS, ED                   (to)
            LJE6791             JENKINS, LEPHER             (to)
            JSH0505             SHAW, JIM                   (to)
            GGO1051             GOMEZ, GARY                 (to)
            DDR2267             DRETKE, DOUGLAS J.          (to)
            JGI3037             GILBERT, JOHN               (to)
            RKO4309             KOENIG, ROBERT P. SR.       (to)

**APPENDIX 545**                                    TDCJ 7442

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### INTER-OFFICE COMMUNICATIONS

| | | | |
|---|---|---|---|
| **TO:** | Jerry Cornelius, Assistant Director to Purchasing | **DATE:** | July 21, 1998 |
| **FROM:** | Janie Cockrell, Deputy Director for Security | **SUBJECT:** | Emergency Purchase Re: 36" High Volume Direct Drive Circulator |

This office is requesting your assistance to help expedite the purchase of the 36" circulator fans. During the meeting, Mr. Steve Mugg suggested we could use the six Regional Maintenance Offices to distribute the fans. I have contacted Mr. Martin Morrow to inform him of our mission. He agreed this will be the most viable way to distribute the fans and the following list will be more than adequate.

Listed below are the units and the approved number of fans to be delivered -- **1,422**:

| REGION 1 | | REGION 2 | | REGION 3 | | REGION 4 | | REGION 5 | |
|---|---|---|---|---|---|---|---|---|---|
| Diagnostic | 15 | Beto | 15 | Central | 10 | Briscoe | 18 | Allred | 16 |
| Eastham | 22 | Boyd | 15 | Clemens | 2 | Connally | 25 | Clements | 36 |
| Ellis | 12 | Coffield | 63 | Darrington | 8 | Garza East | 36 | Dalhart | 12 |
| Estelle | 28 | Gatesville | 2 | Hightower | 6 | Garza West | 50 | Daniel | 8 |
| Ferguson | 14 | Gurney | 36 | Jester II | 2 | Lynaugh | 22 | Jordan | 21 |
| Goodman | 18 | Hobby | 24 | Jester III | 3 | McConnell | 50 | Middleton | 44 |
| Goree | 6 | Hodge | 8 | LeBlanc | 18 | Segovia | 50 | Montford | 16 |
| Holliday | 44 | Hughes | 50 | Ramsey I | 10 | Stevenson | 16 | Neal | 10 |
| Lewis | 16 | Michael | 50 | Ramsey II | 5 | Torres | 38 | Roach | 16 |
| Luther | 40 | Moore | 18 | Ramsey III | 10 | | | Robertson | 50 |
| Pack | 46 | Mt. View | 4 | Retrieve | 10 | | | Rudd | 9 |
| Terrell | 50 | Murray | 13 | Stiles | 20 | | | Smith | 20 |
| Wynne | 34 | Powledge | 18 | | | | | Wallace | 24 |
| | | Telford | 50 | | | | | Ware | 20 |
| **345** | | **366** | | **104** | | **305** | | **302** | |

TDCJ 7448

User ID: NAL3191                                    11:53am - Tue, Apr 22, 2003
Enter Command ===>                                            Alt: LLI2315


To:      LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 473816
From:    DPA2573 - PACHER, DARIN                    Date Sent: 04/16/03
Subject: SUMMER HEAT PREPARATIONS-2003 Priority: 000    Time Sent: 04:43pm

*** Sent by Alternate User "BHO8821" for "DPA2573" ***
IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN UPCOMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ
WORKPLACE," AND HEALTH SERVICES POLICY B-15.5, "HEAT STRESS" SHOULD BE
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY MAY 15, 2003.  IT IS VERY IMPORTANT TO ENSURE ALL TRAINING
HAS BEEN REPORTED ON THE TNG-99.  POCKET CARDS WITH TIPS FOR
RECOGNITION, TREATMENT, AND PREVENTION OF HEAT-RELATED ILLNESSES WILL
BE AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE BY MAY 15, 2003.
WARDENS NEED TO ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH OR
CURRENTLY HAVE POCKET CARDS.

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

*make a
file folder
lavel it
"Heat Issues
2003"
@ give folder to
me for filing*

APPENDIX 547

TDCJ 7509

```
---------        SMSM INBASKET MESSAGE REVIEW
User ID: NAL3191                                11:53am - Tue, Apr 22, 2003
Enter Command ===>                                           Alt: LLI2315


To:       LLI2315 - LINTHICUM, LANNETTE, M.D.      Message ID: 473816
From:     DPA2573 - PACHER, DARIN                  Date Sent:  04/16/03
Subject:  SUMMER HEAT PREPARATIONS-2003 Priority: 000   Time Sent:  04:43pm
```

ON APRIL 15, 2003, STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, OPERATIONAL SUPPORT,
ENVIRONMENTAL, AND PLANS AND OPERATIONS) MET TO REVIEW AND DISCUSS
ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND TO
DISCUSS ACTIONS FOR THE UPCOMING SUMMER. FOLLOWING, YOU WILL FIND A
LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2003 AND
ENDING OCTOBER 1, 2003.  IF THE NEED ARISES, IMPLEMENTATION MAY BEGIN
PRIOR TO JUNE 1ST.

* ENSURE EMPLOYEE AND OFFENDER AWARENESS OF SIGNS AND TREATMENT FOR
  HEAT-RELATED ILLNESSES BY CONDUCTING TRAINING.

* PROVIDE ADDITIONAL ICE AND WATER TO EMPLOYEES AND OFFENDERS AS

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 548**                                          TDCJ 7510

```
------------------- SYSM INBASKET MESSAGE REVIEW -------------------
User ID: NAL3191                              11:54am - Tue, Apr 22, 2003
Enter Command ===>                                    Alt: LLI2315


To:      LLI2315 - LINTHICUM, LANNETTE, M.D.      Message ID: 473816
 m:      DPA2573 - PACHER, DARIN                  Date Sent:  04/16/03
Subject: SUMMER HEAT PREPARATIONS-2003 Priority: 000  Time Sent:  04:43pm

    APPROPRIATE.

*  ROTATE STAFF WORKING IN AREAS OF EXTREME HEAT ON A FREQUENT BASIS.

*  RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE TO AD-10.64.

*  ENSURE STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT (I.E.,
   FIELD, MAINTENANCE, YARD SQUAD) ARE PROVIDED FREQUENT WATER BREAKS.

*  REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER
   FACILITY VIA CHAIN BUS.

*  TRANSPORT OFFENDERS DURING COOLEST HOURS OF THE DAY.


COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn
```

```
User ID: NAL3191                                11:54am - Tue, Apr 22, 2003
Enter Command ===>                                     Alt: LLI2315


To:      LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 473816
  m:     DPA2573 - PACHER, DARIN                    Date Sent:  04/16/03
Subject: SUMMER HEAT PREPARATIONS-2003 Priority: 000  Time Sent:  04:43pm
```

*   SCREEN OUTGOING CHAINS TO ASSURE THAT THE SELECTED MODE OF TRANSPOR-
    TATION IS APPROPRIATE.

*   ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
    MEDICAL APPOINTMENTS.

*   UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT
    SENSITIVE MEDICAL RESTRICTIONS (INCLUDES OFFENDERS ON PSYCHOTROPIC
    MEDICATION).

*   LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY
    AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE AWARE
    OF HEAT-RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY
    LENGTH OF TIME.  EVERY REASONABLE EFFORT SHOULD BE MADE TO ENSURE

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 550**                                    TDCJ 7512

User ID: NAL3191                                    11:54am - Tue, Apr 22, 2003
Enter Command ===>                                          Alt: LLI2315

```
To:       LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 473816
From:     DPA2573 - PACHER, DARIN                    Date Sent: 04/16/03
Subject:  SUMMER HEAT PREPARATIONS-2003 Priority: 000 Time Sent: 04:43pm
```

BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT
MANNER).

* TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO
  PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE.

* STORE TOWELS ON TRANSPORTATION VEHICLES TO BE WET DOWN AND UTILIZED
  IN EMERGENCIES.  (TRANSPORTATION)

* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING
  THE DAY TO MAINTAIN WATER AT AN APPROPRIATE TEMPERATURE.
  (TRANSPORTATION)

* UTILIZE FANS INSTALLED IN DORMS AND DINING HALLS PURCHASED IN PAST

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 551**                                    TDCJ 7513

User ID: NAL3191
Enter Command ===>                                    11:55am - Tue, Apr 22, 2003
                                                        Alt: LLI2315

To:       LLI2315 - LINTHICUM, LANNETTE, M.D.          Message ID: 473816
From:     DPA2573 - PACHER, DARIN                      Date Sent:  04/16/03
Subject:  SUMMER HEAT PREPARATIONS-2003 Priority: 000  Time Sent:  04:43pm

     YEARS.

*    INCREASE AIRFLOW BY UTILIZING BLOWERS NORMALLY USED TO MOVE HOT AIR
     IN THE WINTER.  ATTACH RIBBON TO VENTS TO ASSURE BLOWERS ARE BEING
     USED APPROPRIATELY.  ASSURE ALL MAINTENANCE TO BLOWERS HAVE BEEN
     COMPLETED.

*    ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.

*    ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOMS AND RECREATION AREAS.

*    MAKE WATER AVAILABLE DURING MEAL TIMES.

*    ENSURE UNIT FOOD SERVICE DEPARTMENTS HAVE ISOTONIC BEVERAGES ON

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 552**                                      TDCJ 7514

```
User ID: NAL3191                              11:55am - Tue, Apr 22, 2003
Enter Command ===>                                        Alt: LLI2315


To:       LLI2315 - LINTHICUM, LANNETTE, M.D.      Message ID: 473816
From:     DPA2573 - PACHER, DARIN                  Date Sent:  04/16/03
Subject:  SUMMER HEAT PREPARATIONS-2003 Priority: 000  Time Sent:  04:43pm
```

    HAND (THESE ARE AVAILABLE AT ALL WAREHOUSES).

*   USE WATER TO COOL METAL ROOFS WHEN AND IF APPROPRIATE.

*   MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.

*   REMEMBER THAT OFFENDER FANS SHOULD NOT BE CONFISCATED DUE TO
    PROPERTY RESTRICTION DURING THIS TIME.  FANS SHOULD ONLY BE
    CONFISCATED IF THEY ARE CONSIDERED CONTRABAND (I.E., THEY HAVE BEEN
    ALTERED).

YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED.  PLEASE BRING
ANY QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR AT
THE NEXT REGIONAL WARDEN'S MEETING.

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 553**                              TDCJ 7515

```
--------- TDCJ INTRASYSTEM MESSAGE DISPLAY ----------
User ID: NAL3191                         11:57am - Tue, Apr 22, 2003
Enter Command ===>                            Alt: LLI2315


To:      LLI2315 - LINTHICUM, LANNETTE, M.D.    Message ID: 473816
From:    DPA2573 - PACHER, DARIN                Date Sent:  04/16/03
Subject: SUMMER HEAT PREPARATIONS-2003 Priority: 000  Time Sent:  04:43pm


AUTHORITY:  JANIE COCKRELL
            DIRECTOR, INSTITUTIONAL DIVISION


            NATHANIEL QUARTERMAN
            DIRECTOR, STATE JAIL DIVISION


Sent to:  UNTS                 <list>                   (to)
          ADMN                 <list>                   (to)
* * *     End of Message       * * *



COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn
```

**APPENDIX 554**                                    TDCJ 7516

```
User ID: NAL3191                                    03:39pm - Wed, Apr 16, 2003
Enter Command ===>


To:       NAL3191 - ALMENDAREZ, NORMA          Message ID: 477045
Fr   :    NAL3191 - ALMENDAREZ, NORMA          Date Sent: 04/16/03
S    ect:  HEAT RELATED ILLNESS      Priority: 000   Time Sent: 03:37pm
```

DURING THE SUMMER MONTHS THE INCIDENT OF HEAT RELATED ILLNESSES RISES
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERY DAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:


1.  HEAT STROKE
    A.  PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT;
    B.  SKIN IS HOT, DRY AND FLUSHED;


COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help

**APPENDIX 555**                                        TDCJ 7517

```
--------- SYSM INBASKET MESSAGE REVIEW
User ID: NAL3191                              03:39pm - Wed, Apr 16, 2003
Enter Command ===>


To:        NAL3191 - ALMENDAREZ, NORMA          Message ID: 477045
From:      NAL3191 - ALMENDAREZ, NORMA          Date Sent:  04/16/03
Subject:   HEAT RELATED ILLNESS     Priority: 000  Time Sent:  03:37pm
```

    C.  INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED, MAY LEAD TO
        DELIRUM, CONVULSIONS AND EVEN DEATH.


2.  HEAT CRAMPS SYMPTOMS INCLUDE THE FOLLOWING:
    PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
    PHYSICAL WORK IN A HOT ENVIRONMENT.


3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS
        AND HEADACHES;
    B.  SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION;
    C.  BODY TEMPERATURE IS NORMAL OR SUBNORMAL;
    D.  NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.


COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help

**APPENDIX 556**           TDCJ 7518

```
To:      NAL3191 - ALMENDAREZ, NORMA          Message ID: 477045
F  m:    NAL3191 - ALMENDAREZ, NORMA          Date Sent:  04/16/03
S  ject:  HEAT RELATED ILLNESS      Priority: 000   Time Sent:  03:37pm
```

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORK DAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.  IF SYMPTOMS OF HEAT
RELATED ILLNESS ARE OBSERVED YOU SHOULD:

1.   CONTACT MEDICAL;
2.   PLACE PATIENT IN A COOL AREA;
3.   ALL CLOTHING OF PATIENT SHOULD BE SATURATED WITH WATER AND VICTIM
SHOULD BE FORCED TO DRINK FLUIDS (I.E., WATER);
4.   ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN

COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help

#3 Remove shirt & wet
towel head

Have the do victim drink water
or isotonic beverage if they
are conscious & alert.

```
--------- SYSM INBASKET MESSAGE REVIEW ---------
User ID: NAL3191                          03:40pm - Wed, Apr 16, 2003
Enter Command ===>


To:      NAL3191 - ALMENDAREZ, NORMA           Message ID: 477045
From:    NAL3191 - ALMENDAREZ, NORMA           Date Sent:  04/16/03
Subject: HEAT RELATED ILLNESS        Priority: 000   Time Sent:  03:37pm

PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY:
LANNETTE LINTHICUM, M.D., CCHP-A
DIRECTOR, HEALTH SERVICES DIVISION


LL/NA

Sent to:  MEDR              <list>              (to)
          ADMN              <list>              (to)
          UNTS              <list>              (to)

COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help
```

```
------------------------ SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                                    11:32am - Tue, May 25, 2004
Enter Command ===>                                             Alt: LLI2315
*** This message was previously DEFERRED ***
  :        LLI2315 - LINTHICUM, LANNETTE, M.D.          Message ID: 621004
From:     MFR9290 - DAVIS, MARJORIE                     Date Sent: 05/20/04
Subject:  HEAT RELATED ILLNESS          Priority: 000   Time Sent: 11:10am
```

DURING THE SUMMER MONTHS THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERY DAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1.    HEAT STROKE
      A.   PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 559**                                    TDCJ 7547

```
 ------------------------ SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                              11:33am - Tue, May 25, 2004
Enter Command ===>                                      Alt: LLI2315


   :    LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 621004
   om:   MFR9290 - DAVIS, MARJORIE                 Date Sent:  05/20/04
Subject:  HEAT RELATED ILLNESS          Priority: 000   Time Sent:  11:10am
```

        B.   SKIN IS HOT, DRY, AND FLUSHED
        C.   INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD
             TO DELIRIUM, CONVULSIONS AND EVEN DEATH

2.      HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
        PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
        HARD PHYSICAL WORK IN A HOT ENVIRONMENT.

3.      HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
        A.   PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
             HEADACHES
        B.   SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION
        C.   BODY TEMPERATURE IS NORMAL OR SUBNORMAL
        D.   NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn

**APPENDIX 560**                                    TDCJ 7548

```
------------------------ SYSM INBASKET MESSAGE REVIEW ------------------------ 2
User ID: MFR9290                                11:33am - Tue, May 25, 2004
Enter Command ===>                                     Alt: LLI2315


   :     LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 621004
 _om:    MFR9290 - DAVIS, MARJORIE                  Date Sent: 05/20/04
Subject: HEAT RELATED ILLNESS            Priority: 000   Time Sent: 11:10am


SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORK DAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.   IF SYMPTOMS OF HEAT
RELATED  ILLNESS ARE OBSERVED YOU SHOULD:

1.   CONTACT MEDICAL
2.   PLACE PATIENT IN A COOL AREA
3.   REMOVE SHIRT AND HAT THEN WET HEAD AND TORSO WITH WATER.  HAVE THE
     PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND
     ALERT

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn
```

```
------------------------ SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                              11:33am - Tue, May 25, 2004
Enter Command ===>                                   Alt: LLI2315


    :      LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 621004
   om:     MFR9290 - DAVIS, MARJORIE                  Date Sent:  05/20/04
Subject:   HEAT RELATED ILLNESS          Priority: 000   Time Sent:  11:10am


4.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
    MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
    PROPER MEDICAL TREATMENT

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY:
LANNETTE LINTHICUM, M.D., CCHP-A
DIRECTOR, HEALTH SERVICES DIVISION


Sent to:   MEDR                 <list>                       (to)
           ADMN                 <list>                       (to)
           UNTS                 <list>                       (to)

COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn
```

```
------------------------ SYSM INBASKET MESSAGE REVIEW ---------------------- 2
User ID: MFR9290                                    11:33am - Tue, May 25, 2004
Enter Command ===>                                          Alt: LLI2315


To:       LLI2315 - LINTHICUM, LANNETTE, M.D.        Message ID: 621004
From:     MFR9290 - DAVIS, MARJORIE                  Date Sent:  05/20/04
Subject:  HEAT RELATED ILLNESS         Priority: 000 Time Sent:  11:10am


          OLDWALMART            <list>                        (to)
* * *     End of Message        * * *
```

```
COMMANDS: Ans TRa Read DEFer View DEL QUE DCal Print Help End GLobal RETurn
```

APPENDIX 563                          TDCJ 7551

```
------------------------ SYSM INBASKET MESSAGE REVIEW ---------------------- 2
User ID: MFR9290                                        11:11am - Thu, May 20, 2004
Enter Command ===>


   ⌢:      MFR9290 - DAVIS, MARJORIE            Message ID: 621004
   ...om:   MFR9290 - DAVIS, MARJORIE            Date Sent: 05/20/04
Subject:   HEAT RELATED ILLNESS        Priority: 000   Time Sent: 11:10am
```

( FILE )

DURING THE SUMMER MONTHS THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERY DAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.   THE SYMPTOMS ARE:

1.   HEAT STROKE
     A.   PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT

COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help

**APPENDIX 564**                                        TDCJ 7552

```
----------------------- SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                                    11:11am - Thu, May 20, 2004
Enter Command ===>


        :       MFR9290 - DAVIS, MARJORIE              Message ID: 621004
     om:       MFR9290 - DAVIS, MARJORIE              Date Sent:  05/20/04
Subject:       HEAT RELATED ILLNESS        Priority: 000  Time Sent:  11:10am

     B.    SKIN IS HOT, DRY, AND FLUSHED
     C.    INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD
           TO DELIRIUM, CONVULSIONS AND EVEN DEATH


2.   HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
     PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
     HARD PHYSICAL WORK IN A HOT ENVIRONMENT.


3.   HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
     A.    PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
           HEADACHES
     B.    SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION
     C.    BODY TEMPERATURE IS NORMAL OR SUBNORMAL
     D.    NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR


COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help
```

**APPENDIX 565**

TDCJ 7553

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                                    11:11am - Thu, May 20, 2004
Enter Command ===>

    :       MFR9290 - DAVIS, MARJORIE              Message ID: 621004
   om:      MFR9290 - DAVIS, MARJORIE              Date Sent: 05/20/04
Subject:  HEAT RELATED ILLNESS          Priority: 000   Time Sent:  11:10am


SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORK DAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.  IF SYMPTOMS OF HEAT
RELATED  ILLNESS ARE OBSERVED YOU SHOULD:

1.   CONTACT MEDICAL
2.   PLACE PATIENT IN A COOL AREA
3.   REMOVE SHIRT AND HAT THEN WET HEAD AND TORSO WITH WATER.  HAVE THE
     PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND
     ALERT

COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help
```

**APPENDIX 566**

TDCJ 7554

```
------------------------ SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                              11:11am - Thu, May 20, 2004
Enter Command ===>
```

```
To:      MFR9290 - DAVIS, MARJORIE           Message ID: 621004
From:    MFR9290 - DAVIS, MARJORIE           Date Sent:  05/20/04
Subject: HEAT RELATED ILLNESS      Priority: 000   Time Sent:  11:10am
```

4.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
    MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
    PROPER MEDICAL TREATMENT

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY:
LANNETTE LINTHICUM, M.D., CCHP-A
DIRECTOR, HEALTH SERVICES DIVISION

```
Sent to:  MEDR              <list>                  (to)
          ADMN              <list>                  (to)
          UNTS              <list>                  (to)
```

COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help

**APPENDIX 567**                                    TDCJ 7555

```
----------------------- SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: MFR9290                              11:11am - Thu, May 20, 2004
Enter Command ===>


To:       MFR9290 - DAVIS, MARJORIE              Message ID: 621004
From:     MFR9290 - DAVIS, MARJORIE              Date Sent:  05/20/04
Subject:  HEAT RELATED ILLNESS        Priority: 000    Time Sent:  11:10am

          OLDWALMART            <list>                      (to)
* * *        End of Message      * * *
```

```
COMMANDS: Ans TRa Read DEFer FILe POst View EDit DEL PUT QUE DCal Print Help
```

**APPENDIX 568**                              TDCJ 7556

```
  ************************************************************************
(     REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES          **
  ************************************************************************
***                S Y S M   I N B A S K E T   P R I N T                **
```

MESSAGE ID: 452940     DATE: 04/30/04  TIME: 05:03pm  PRIORITY: 000

TO:          LLI2315 - LINTHICUM, LANNETTE, M.D.
             DIVISION DIRECTOR
             HEALTH SERVICES
             HUNTSVILLE/OLD WAL-MART BLDG.


FROM:        DPA2573 - PACHER, DARIN
             PROGRAM SPECIALIST V
             PLANS AND OPERATIONS
             861-B, I-45 NORTH, RM. 222
             HUNTSVILLE, TX. 77342


SUBJECT:     SUMMER HEAT PREPARATIONS 2004

*** Sent by Alternate User "SBU0811" for "DPA2573" ***
IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN UPCOMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ
WORK PLACE," AND HEALTH SERVICES POLICY B-15.5, "HEAT STRESS" SHOULD
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY JUNE 1, 2004.  IT IS VERY IMPORTANT TO ENSURE ALL
TRAINING HAS BEEN DOCUMENTED IN THE EMPLOYEE'S FILE.  POCKET CARDS
WITH TIPS FOR RECOGNITION, TREATMENT, AND PREVENTION OF HEAT RELATED
ILLNESSES ARE AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE.
WARDENS NEED TO ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH OR
CURRENTLY HAVE POCKET CARDS.

ON APRIL 23, 2004, STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, OPERATIONAL
SUPPORT, ENVIRONMENTAL, AND PLANS AND OPERATIONS) MET TO REVIEW AND
DISCUSS ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND
TO DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING, YOU WILL FIND
A LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2004
AND ENDING OCTOBER 1, 2004. IF THE NEED ARISES, IMPLEMENTATION MAY
BEGIN PRIOR TO JUNE 1ST.

*   ENSURE EMPLOYEES AND OFFENDRS ARE AWARE OF THE SIGNS AND TREATMENT
    FOR HEAT-RELATED ILLNESSES BY CONTUCTIN TRAINING.

* PROVIDE ADDITIONAL ICE AND WATER TO EMPLOYEES AND OFFENDERS AS APPROPRIATE.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64.

* ENSURE STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT (I.E., FIELD, MAINTENANCE, YARD SQUAD) ARE PROVIDED FREQUENT WATER BREAKS.

* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER FACILITY VIA CHAIN BUS.

* TRANSPORT OFFENDERS DURING COOLEST HOURS OF THE DAY

* SCREEN OUTGOING CHAINS TO ASSURE THAT THE SELECTED MODE OF TRANSPORTATION IS APPROPRIATE.

* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR MEDICAL APPOINTMENTS.

* UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT SENSITIVE MEDICAL RESTRICTIONS (INCLUDES OFFENDERS ON PSYCHOTROPIC MEDICATION).

* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE AWARE OF HEAT-RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY LENGTH OF TIME. EVERY REASONABLE EFFORT SHOULD BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT MANNER).

* TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRE TO PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE. UNITS SHOULD ENSURE THAT FANS EXTENTION CORDS, ETC. ARE IN PLACE AND AVAILABLE WHEN NEEDED.

* STORE TOWELS ON TRANSPORTATION VEHICLES TO BE WET DOWN AND UTILIZED IN EMERGENCIES. (TRANSPORTATION)

* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING THE DAY TO MAINTAIN WATER AT AN APPROPRIATE TEMPERATURE. (TRANSPORTATION)

* UTILIZE FANS INSTALLED IN DORMS AND DINING HALLS PURCHASED IN PAST YEARS.

* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE, NORMALLY USED TO MOVE HOT AIR IN THE WINTER. ATTACH RIBBON TO VENT TO ASSURE BLOWERS ARE BEING USED APPRORIATELY. ASSURE ALL MAINTENANCE TO BLOWERS HAVE BEEN COMPLETED.

* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.

**APPENDIX 570**

TDCJ 7558

\*   ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOM AND RECREATION AREAS.

\*   MAKE WATER AVAILABLE DURING MEAL TIMES.

\*   USE WATER TO COOL METAL ROOFS WHEN AND IF APPROPRIATE.

\*   MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.

\*   REMEMBER THAT OFFENDER FANS SHOULD NOT BE CONFISCATED DUE TO
    PROPERTY RESTRICTION DURING THIS TIME.  FANS SHOULD ONLY BE
    CONFISCATED IF THEY ARE CONSIDERED CONTRABAND (I.E., THEY HAVE
    BEEN ALTERED).

\* ROTATE STAFF WORKING IN AREAS OF EXTREME HEAT ON A FREQUANT BASIS.

YOUR ATTENTION ON THIS MATTER IF GREATLY APPRECIATED.  PLEASE BRING
ANY QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR
AT THE NEXT REGIONAL WARDEN'S MEETING.

AUTHORITY:   NATHANEL QUARTERMAN
             DEPUTY DIRECTOR, PRISON AND JAIL MANAGEMENT

Sent to:     UNTS              <list>                    (to)
             ADMN              <list>                    (to)

**APPENDIX 571**                        TDCJ 7559

```
******************************************************************************
*** REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES           ***
******************************************************************************

***              S Y S M   I N B A S K E T   P R I N T                   ***

MESSAGE ID: 365161     DATE: 05/05/05  TIME: 11:41am  PRIORITY: 000

TO:          LLI2315 - LINTHICUM, LANNETTE, M.D.
             DIVISION DIRECTOR
             HEALTH SERVICES
             HUNTSVILLE/OLD WAL-MART BLDG.



FROM:        LLI2315 - LINTHICUM, LANNETTE, M.D.
             DIVISION DIRECTOR
             HEALTH SERVICES
             HUNTSVILLE/OLD WAL-MART BLDG.



SUBJECT:     HEAT RELATED ILLNESS


*** Sent by Alternate User "SBA8386" for "LLI2315" ***
```

DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERY DAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1)  HEAT STROKE
    A.  PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
    B.  SKIN IS HOT, DRY, AND FLUSHED.
    C.  INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD TO
        DELIRIUM, CONVULSIONS AND EVEN DEATH.

2.  HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
    PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
    PHYSICAL WORK IN A HOT ENVIRONMENT.

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
        HEADACHES.

**APPENDIX 572**                              TDCJ 7567

B.   SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.
C.   BODY TEMPERATURE IS NORMAL OR SUBNORMAL.
D.   NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.   EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORK DAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.   IF SYMPTOMS OF HEAT
RELATED ILLNESS ARE OBSERVED YOU SHOULD:

1)   CONTACT MEDICAL.
2)   PLACE PATIENT IN A COOL AREA.
3)   REMOVE SHIRT AND HAT THEN WET HEAD AND TORSO WITH WATER.   HAVE THE
     PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND
     ALERT.
4)   ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
     MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER
     MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY:   LANNETTE LINTHICUM, MD, CCHP-A, FACP
             DIRECTOR, HEALTH SERVICES DIVISION

Sent to:     MEDR                <list>                      (to)
             ADMN                <list>                      (to)
             UNTS                <list>                      (to)
             OLDWALMART          <list>                      (to)

**APPENDIX 573**                                    TDCJ 7568