```
**********************************************************************
*** REQUESTOR: DPA2573 - PACHER, DARIN        PLANS AND OPERATIONS        ***
**********************************************************************
***              S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 348673E    DATE: 05/04/05  TIME: 08:44am  PRIORITY: 000

SUBJECT:    SUMMER HEAT PREPARATIONS
```

IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN UPCOMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESS.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ
WORK PLACE", AND HEALTH SERVICES POLICY B-15.5, "HEAT STRESS" SHOULD
BE REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD
BE COMPLETED BY JUNE 1, 2005.  IT IS VERY IMPORTANT TO ENSURE ALL
TRAINING HAS BEEN DOCUMENTED IN THE EMPLOYEE'S FILE.  POCKET CARDS
WITH TIPS FOR RECOGNITION, TREATMENT, AND PREVENTION OF HEAT RELATED
ILLNESSES ARE AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE.
WARDENS NEED TO ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH
OR CURRENTLY HAVE POCKET CARDS.

ON APRIL 20, 2005, STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, ENVIRONMENTAL, AND PLANS AND OPERATIONS) MET TO REVIEW AND
DISCUSS ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER
AND TO DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING, YOU WILL
FIND A LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1,
2005 AND ENDING OCTOBER 1, 2005.  IF THE NEED ARISES, IMPLEMENTATION
MAY BEGIN PRIOR TO JUNE 1, 2005.

* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT-RELATED ILLNESSES BY CONDUCTING TRAINING.
* PROVIDE ADDITIONAL ICE AND WATER TO EMPLOYEES AND OFFENDERS IN
  WORK AND HOUSING AREAS AS APPROPRIATE AND AVAILABLE.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD 10.64.
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  (I.E., FIELD, MAINTENANCE, YARD SQUAD) ARE PROVIDED FREQUENT WATER
  BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO
  ANOTHER FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING COOLEST HOURS OF THE DAY.
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF
  TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT
  FOR MEDICAL APPOINTMENTS.
* UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDES BUT NOT LIMITED TO
  OFFENDERS ON PSYCHOTROPIC MEDICATION).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY
  AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE
  AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT

**APPENDIX 574**                                    TDCJ 7569

FOR ANY LENGTH OF TIME.  EVERY REASONABLE EFFORT SHOULD BE MADE TO
ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT
MANNER.)

*  TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO
   PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE.  UNITS SHOULD
   ENSURE THAT FANS, EXTENSION CORDS, ETC. ARE IN PLACE AND AVAILABLE
   WHEN NEEDED.
*  STORE PAPER TOWELS FOR TRANSPORTATION VEHICLES TO BE WET DOWN TO
   UTILIZE IN EMERGENCIES. (TRANSPORTATION)
*  WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING
   THE DAY TO MAINTAIN WATER AT AN APPROPRIATE TEMPERATURE.
   (TRANSPORTATION)
*  UTILIZE FANS INSTALLED IN DORMS AND DAYROOMS PURCHASED IN PAST
   YEARS.
*  WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND
   EXHAUSTED OUTSIDE.  TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE
   SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR
   AS APPLICABLE.
*  INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE,
   NORMALLY USED TO MOVE HOT AIR IN THE WINTER.  ATTACH RIBBONS TO
   VENTS TO ASSURE BLOWERS ARE BEING USED APPRORIATELY. ASSURE ALL
   MAINTENANCE TO BLOWERS HAVE BEEN COMPLETED.
*  ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
*  ALLOW OFFENDERS TO WARE SHORTS IN DAYROOM AND RECREATION
   AREAS.
*  MAKE WATER AVAILABLE DURING MEAL TIMES.
*  MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
*  REMEMBER THAT OFFENDERS FANS SHOULD NOT BE CONFISCATED DUE TO
   PROPERTY RESTRICTION DURING THIS TIME. FANS SHOULD ONLY BE
   CONFISCATED IF THEY ARE CONSIDERED CONTRABAND. (I.E., THEY HAVE
   BEEN ALTERED.)
*  ROTATE STAFF WORKING IN AREAS OF EXTREME HEAT ON A FREQUENT BASIS.

YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED.  PLEASE BRING
ANY QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR
AT THE NEXT REGIONAL WARDEN'S MEETING.

AUTHORITY:  NATHANIEL QUARTERMAN
            DEPUTY DIRECTOR, PRISON AND JAIL MANAGEMENT

Sent to:    UNTS                <list>                      (to)
            ADMN                <list>                      (to)

**APPENDIX 575**                              TDCJ 7570

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*     REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,   HEALTH SERVICES           ***
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

***                   S Y S M   I N B A S K E T   P R I N T                ***

MESSAGE ID: 919127        DATE: 04/24/06  TIME: 11:28am  PRIORITY: 000

TO:          LLI2315 - LINTHICUM, LANNETTE, M.D.
             DIVISION DIRECTOR
             HEALTH SERVICES
             HUNTSVILLE/OLD WAL-MART BLDG.




FROM:        DPA2573 - PACHER, DARIN
             PROGRAM SPECIALIST V
             PLANS AND OPERATIONS
             861-B, I-45 NORTH, RM. 222
             HUNTSVILLE, TX. 77342


SUBJECT:     SUMMER HEAT PREPARATIONS
```

*** Sent by Alternate User "SBU0811" for "DPA2573" ***
IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN UPCOMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESS.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ WORK
PLACE", AND HEALTH SERVICES POLICY B-15.5, "HEAT STRESS" SHOULD BE
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY JUNE 1, 2006.  IT IS VERY IMPORTANT TO ENSURE ALL TRAINING
HAS BEEN DOCUMENTED IN THE EMPLOYEES FILE.  POCKET CARDS WITH TIPS FOR
RECOGNITION, TREATMENT, AND PREVENTION OF HEAT RELATED ILLNESSES ARE
AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE.  WARDENS NEED TO
ENDURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH OR CURRENTLY HAVE
POCKET CARDS.


ON APRIL 18, 2006, STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, ENVIRONMENTAL, AND PLANS AND OPERATIONS) MET TO REVIEW AND
DISCUSS ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND
TO DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING, YOU WILL FIND A
LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2006 AND
ENDING OCTOBER 1, 2006 IF THE NEED ARISES, IMPLEMENTATION MAY BEGIN
PRIOR TO JUNE 1, 2006.

* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT-RELATED ILLNESSES BY CONDUCTING TRAINING.

**APPENDIX 576**                              TDCJ 7581

* PROVIDE ADDITIONAL WATER. ICE SHOULD BE PROVIDED IF AVAILABLE TO EMPLOYEES AND OFFENDERS IN WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD 10.64
* ENDURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT (I.E., FIELD, MAINTENANCE, YARD SQUAD) ARE PROVIDED FREQUENT WATER BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY.
* SCREEN OUTGOING CHAIN TO ENDURE THAT THE SELECTED MODE OF TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR MEDICAL APPOINTMENT.
* UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT SENSITIVE MEDICAL RESTRICTIONS ( INCLUDING BUT NOT LIMITED TO OFFENDERS ON PSYCHOTROPIC MEDICATION).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY LENGTH OF TIME. EVERY REASONABLE EFFORT SHOULD BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT MANNER).
* TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE. UNITS SHOULD ENSURE THAT FANS, EXTENSION CORDS, ETC. ARE IN PLACE AND AVAILABLE WHEN NEEDED.
* STORE PAPER TOWELS FOR TRANSPORTATION VEHICLES TO BE WET DOWN TO UTILIZE IN EMERGENCIES. (TRANSPORTATION)
* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING THE DAY TO MAINTAIN WATER AT APPROPRIATE TEMPERATURE. (TRANSPORTATION)
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND EXHAUSTED OUTSIDE. TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE, NORMALLY USED TO MOVE HOT AIR IN THE WINTER. ATTACH RIBBONS TO VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY. ASSURE ALL MAINTENANCE TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOM AND RECREATION AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO PROPERTY RESTRICTION DURING THIS TIME. FANS SHOULD BE CONFISCATED IF THEY ARE CONSIDERED CONTRABAND. (I.E., THEY HAVE BEEN ALTERED.)
* ROTATE STAFF WORKING IN AREAS OF EXTREME HEAT ON A FREQUENT BASIS.

YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED. PLEASE BRING ANY QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR AT THE NEXT REGIONAL WARDEN'S MEETING.

AUTHORITY   NATHANIEL QUARTERMAN

```
         DEPUTY DIRECTOR, PRISON AND JAIL MANAGEMENT

Sent to:    UNTS                <list>                    (to)
            ADMN                <list>                    (to)
            KCL9737             CLEERE, KATHY             (to)
```

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

* *    REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES          * * *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

* * *                 S Y S M   I N B A S K E T   P R I N T               * * *
```

MESSAGE ID: 918938    DATE: 04/19/06  TIME: 11:14am  PRIORITY: 000

TO:        LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.



FROM:      LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.



SUBJECT:   HEAT RELATED ILLNESS


*** Sent by Alternate User "SBA8386" for "LLI2315" ***
DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERYDAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE
TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1.  HEAT STROKE
    A.  PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
    B.  SKIN IS HOT, DRY, AND FLUSHED.
    C.  INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD TO
        DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2.  HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
    PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
    PHYSICAL WORK IN A HOT ENVIRONMENT.

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
        HEADACHES.
    B.  SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.

**APPENDIX 579**                                    TDCJ 7584

C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.
D. NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.  IF SYMPTOMS OF HEAT
RELATED ILLNESS ARE OBSERVED YOU SHOULD:

1.  CONTACT MEDICAL.
2.  PLACE PATIENT IN A COOL AREA.
3.  REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER.  HAVE THE
    PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND
    ALERT.
4.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
    MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER
    MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY:   LANNETTE LINTHICUM, MD, CCHP-A, FACP
             DIRECTOR, HEALTH SERVICES DIVISION

Sent to:     MEDR              <list>                    (to)
             ADMN              <list>                    (to)
             UNTS              <list>                    (to)
             OLDWALMART        <list>                    (to)

**APPENDIX 580**                    TDCJ 7585

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

*** REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES              ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

***                    S Y S M   I N B A S K E T   P R I N T                     ***
```

MESSAGE ID: 603607       DATE: 05/01/07  TIME: 12:05pm  PRIORITY: 000

TO:        LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.

FROM:      LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.

SUBJECT:   HEAT RELATED ILLNESS

*** Sent by Alternate User "SBA8386" for "LLI2315" ***
DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.   DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERYDAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.   THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.   IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE
TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.   THE SYMPTOMS ARE:

1.   HEAT STROKE
     A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
     B. SKIN IS HOT, DRY, AND FLUSHED.
     C. INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD TO
        DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2.   HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
     PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
     PHYSICAL WORK IN A HOT ENVIRONMENT.

3.   HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
     A. PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
        HEADACHES.
     B. SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.

**APPENDIX 581**                              TDCJ 7590

C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.
D. NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR.

ERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS. EMPLOYEES AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER AND SHOULD BE DISCOURAGED AS A REPLACEMENT. IF SYMPTOMS OF HEAT RELATED ILLNESS ARE OBSERVED YOU SHOULD:

1. CONTACT MEDICAL.
2. PLACE PATIENT IN A COOL AREA.
3. REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER. HAVE THE PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND ALERT.
4. ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY: LANNETTE LINTHICUM, MD, CCHP-A, FACP
           DIRECTOR, HEALTH SERVICES DIVISION

Sent to:    MEDR            <list>              (to)
            ADMN            <list>              (to)
            UNTS            <list>              (to)
            OLDWALMART      <list>              (to)

```
*****************************************************************************

***  REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES       ***

*****************************************************************************

***              S Y S M   I N B A S K E T   P R I N T               ***
```

MESSAGE ID: 413114C      DATE: 04/27/07  TIME: 08:45am  PRIORITY: 000

TO:           LLI2315 - LINTHICUM, LANNETTE, M.D.
              DIVISION DIRECTOR
              HEALTH SERVICES
              HUNTSVILLE/OLD WAL-MART BLDG.


FROM:         SSC5041 - SCHUMACHER, SUSAN
              PROGRAM SPECIALIST I
              PLANS AND OPERATIONS
              861-B, I-45 NORTH, RM. 220
              HUNTSVILLE, TX. 77342


SUBJECT:      SUMMER HEAT PRECAUTIONS 2007

IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ WORK
PLACE", AND HEALTH SERVICES POLICY B15.2, "HEAT STRESS" SHOULD BE
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY JUNE 1, 2007.  IT IS VERY IMPORTANT TO ENSURE ALL TRAINING
HAS BEEN DOCUMENTED IN THE EMPLOYEES FILE.  POCKET CARDS WITH TIPS FOR
RECOGNITION, TREATMENT AND PREVENTION OF HEAT RELATED ILLNESSES ARE
AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE.  WARDENS NEED TO
ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH OR CURRENTLY HAVE
POCKET CARDS.   (PRISON STORE STOCK # 700-01-060-527)

ON APRIL 25, 2007, STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, ENVIRONMENTAL, PLANS AND OPERATIONS) MET TO REVIEW AND DISCUSS
ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND TO
DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING YOU WILL FIND A
LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2007 AND
ENDING OCTOBER 1, 2007. IF THE NEED ARISES, IMPLEMENTATION MAY BEGIN
PRIOR TO JUNE 1, 2007.

*  ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
   FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
*  PROVIDE ADDITIONAL WATER.   ICE SHOULD BE PROVIDED IF AVAILABLE TO

**APPENDIX 583**                                    TDCJ 7592

EMPLOYEES AND OFFENDERS IN THE WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT (I.E. FIELD, MAINTENANCE, YARD SQUADS) ARE PROVIDED FREQUENT WATER BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR A MEDICAL APPOINTMENT.
* UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO OFFENDERS ON PSYCHOTROPIC MEDICATIONS).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY) AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY LENGTH OF TIME. EVERY REASONABLE EFFORT SHOULD BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT MANNER).
* TRANSFER VEHICLES PARKED FOR MORE THAT 15 MINUTES ARE REQUIRED TO PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE. UNITS SHOULD ENSURE THAT FANS, EXTENSIONS CORDS, ETC. ARE IN PLACE AND AVAILABLE WHEN NEEDED.
* STORE PAPER TOWELS FOR TRANSPORTATION VEHICLES TO BE WET DOWN TO UTILIZE IN EMERGENCIES (TRANSPORTATION).
* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING THE DAY TO MAINTAIN WATER AT THE APPROPRIATE TEMPERATURE.U (TRANSPORTATION)
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND EXHAUSTED OUTSIDE. TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE, NORMALLY USED TO MOVE HOT AIR IN THE WINTER. ATTACH RIBBONS TO VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY. ASSURE ALL MAINTENANCE TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOM AND RECREATIONAL AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO PROPERTY RESTRICTION DURING THIS TIME. FANS SHOULD BE CONFISCATED ONLY IF THEY HAVE BEEN ALTERED.
* FANS WILL BE ALLOWED IN ALL CUSTODY LEVELS (TO INCLUDE ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS). OFFENDERS WITH FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT HAVE ONE.
* ENSURE THAT THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT

ISSUE OF A FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE
PREVIOUS SIX MONTHS ON A FIRST COME, FIRST SERVE BASIS.  OFFENDERS
WHO HAVE SIGNIFICANT MEDICAL NEEDS, BASED ON A CONDITION OR
MEDICATION THAT IS NEGATIVELY IMPACTED BY THE HEAT, SHALL BE GIVEN
PRIORITY.


YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED.  PLEASE BRING ANY
QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR AT
THE NEXT REGIONAL WARDENS MEETING.

AUTHORITY:   RODNEY COOPER, DEPUTY DIRECTOR
             PRISON AND JAIL MANAGEMENT


Sent to:    UNTS              <list>                    (to)
            ADMN              <list>                    (to)
            KCL9737           CLEERE, KATHY             (to)

**APPENDIX 585**                                    TDCJ 7594

```
*****************************************************************
```
*** REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES      ***
```
*****************************************************************
```
***                 S Y S M   I N B A S K E T   P R I N T            ***

MESSAGE ID: 358126T      DATE: 05/29/08  TIME: 04:07pm  PRIORITY: 000

TO:         LLI2315 - LINTHICUM, LANNETTE, M.D.
            DIVISION DIRECTOR
            HEALTH SERVICES
            HUNTSVILLE/OLD WAL-MART BLDG.




FROM:       KMO7963 - MOSS, KIRK
            PROGRAM SPECIALIST V
            PLANS AND OPERATIONS
            861-B, I-45 NORTH, RM. 219
            HUNTSVILLE, TX 77340




SUBJECT:    SUMMER HEAT PRECAUTIONS 2008

*** Sent by Alternate User "AJO6609" for "KMO7963" ***
*** Original Author: KMO7963 - MOSS, KIRK; 05/29/08 03:56pm

IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ WORK
PLACE", AND HEALTH SERVICES POLICY B15.2, "HEAT STRESS" SHOULD BE
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY JUNE 1, 2008 OR THE FIRST AVAILABLE DATE AN EMPLOYEE
RETURNS TO WORK AND ENSURE TRAINING IS DOCUMENTED IN EMPLOYEES FILE.
POCKET CARDS WITH TIPS FOR RECOGNITION, TREATMENT AND PREVENTION OF
HEAT RELATED ILLNESSES ARE AVAILABLE FOR UNITS TO ORDER FROM THE PRISON
STORE.  WARDENS NEED TO ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED
WITH OR CURRENTLY HAVE POCKET CARDS.  (PRISON STORE STOCK #
700-01-060-527)


ON MAY 27, 2008 STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, ENVIRONMENTAL, PLANS AND OPERATIONS) MET TO REVIEW AND DISCUSS
ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND TO
DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING YOU WILL FIND A
LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2008 AND
ENDING OCTOBER 1, 2008. IF THE NEED ARISES, IMPLEMENTATION MAY BEGIN
PRIOR TO JUNE 1, 2008.

**APPENDIX 586**                            TDCJ 7617

* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
  PROVIDE ADDITIONAL WATER.   ICE SHOULD BE PROVIDED IF AVAILABLE TO
  EMPLOYEES AND OFFENDERS IN THE WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  (I.E. FIELD, MAINTENANCE, YARD SQUADS) ARE PROVIDED FREQUENT WATER
  BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO
  ANOTHER FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF
  TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
  A MEDICAL APPOINTMENT.
* UTILIZE INFOPAC REPORT (IMS042); IMF MEDICAL SCREEN AND/OR HSIN
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO
  OFFENDERS ON PSYCHOTROPIC MEDICATIONS)
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY)
  AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE
  AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT
  FOR ANY LENGTH OF TIME.  EVERY REASONABLE EFFORT SHOULD BE MADE TO
  ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT
  MANNER).
* TRANSFER VEHICLES PARKED FOR MORE THAT 15 MINUTES ARE
  REQUIRED TO PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE. UNITS
  SHOULD ENSURE THAT FANS, EXTENSIONS CORDS, ETC. ARE IN PLACE AND
  AVAILABLE WHEN NEEDED.
* STORE PAPER TOWELS FOR TRANSPORTATION VEHICLES TO BE WET DOWN TO
  UTILIZE IN EMERGENCIES (TRANSPORTATION).
* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING
  THE  DAY TO MAINTAIN WATER AT THE APPROPRIATE TEMPERATURE.U
  (TRANSPORTATION)
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND
  EXHAUSTED OUTSIDE.  TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE
  SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS
  APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE,
  NORMALLY USED TO MOVE HOT AIR IN THE WINTER.  ATTACH RIBBONS TO
  VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY.  ASSURE ALL
  MAINTENANCE TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOM AND RECREATIONAL AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO
  PROPERTY RESTRICTION DURING THIS TIME.  FANS SHOULD BE CONFISCATED
  ONLY IF THEY HAVE BEEN ALTERED.
* FANS WILL BE ALLOWED IN ALL CUSTODY LEVELS (TO INCLUDE
  ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS). OFFENDERS WITH
  FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS

**APPENDIX 587**                                      TDCJ 7618

RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT
  HAVE ONE.
  ENSURE THAT THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT
  ISSUE OF A FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE
  PREVIOUS SIX MONTHS ON A FIRST COME, FIRST SERVE BASIS.  OFFENDERS
  WHO HAVE SIGNIFICANT MEDICAL NEEDS, BASED ON A CONDITION OR
  MEDICATION THAT IS NEGATIVELY IMPACTED BY THE HEAT, SHALL BE GIVEN
  PRIORITY.

* WARDENS ARE ENCOURAGED TO COORDINATE WITH THEIR FOOD SERVICE
  DEPARTMENT TO ENSURE THEIR ICE-MACHINES ARE WORKING PROPERLY.

IT IS RECOMMENDED THAT EACH DEPARTMENT POSTS THIS NOTICE IN COMMON
AREAS ON THE UNIT/ FACILITY.  YOUR ATTENTION TO THIS MATTER IS GREATLY
APPRECIATED.  PLEASE BRING ANY QUESTIONS OR CONCERNS TO THE ATTENTION
OF YOUR REGIONAL DIRECTOR AT THE NEXT REGIONAL WARDENS MEETING.

AUTHORITY:  RODNEY COOPER, DEPUTY DIRECTOR
            PRISON AND JAIL MANAGEMENT

*** Comments From KMO7963 - MOSS, KIRK; 05/29/08 04:03pm

Sent to:    UNTS             <list>                    (to)
            KCL9737          CLEERE, KATHY             (to)
            LIN0620          INMAN, LETHA             (to)
            ADMN             <list>                    (to)

**APPENDIX 588**                              TDCJ 7619

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES          \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*                   S Y S M   I N B A S K E T   P R I N T              \*\*\*

MESSAGE ID: 371607      DATE: 05/28/08  TIME: 12:01pm  PRIORITY: 000

TO:        LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.



FROM:      HBU8343 - BUENDEL, HELEN
           ADMINISTRATIVE ASSISTANT III
           HEALTH SERVICES
           HUNTSVILLE



SUBJECT:   HEAT RELATED ILLNESS


DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERYDAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1. HEAT STROKE
   A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
   B. SKIN IS HOT, DRY, AND FLUSHED.
   C. INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD TO
      DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2. HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
   PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
   PHYSICAL WORK IN A HOT ENVIRONMENT.

3. HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
   A. PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
      HEADACHES.
   B. SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.
   C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.

**APPENDIX 589**                          TDCJ 7620

D. NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.   EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.   IF SYMPTOMS OF HEAT
RELATED ILLNESS ARE OBSERVED YOU SHOULD:

1. CONTACT MEDICAL.
2. PLACE PATIENT IN A COOL AREA.
3. REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER.   HAVE
   THE PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE
   CONSCIOUS AND ALERT.
4. ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
   MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
   PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY: LANNETTE LINTHICUM, MD, CCHP-A, FACP
           DIRECTOR, HEALTH SERVICES DIVISION
           TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Sent to:    OLDWALMART            <list>                    (to)
            MEDR                  <list>                    (to)
            ADMN                  <list>                    (to)
            UNTS                  <list>                    (to)

**APPENDIX 590**                                    TDCJ 7621

```
**********************************************************************
*** REQUESTOR: AJO6609 - JORDAN, ANGIE M.      PLANS AND OPERATIONS    **
**********************************************************************
 **                    S Y S M    F I L E    P R I N T              **
```

FILE ID:    358126      FOLDER ID:  EMAIL ARCH   DATE: 05/27/08  TIME: 08:14am

AUTHOR:    KMO7963 - MOSS, KIRK

SUBJECT:    SUMMER HEAT PRECAUTIONS 2008


IT IS THAT TIME OF YEAR WHEN EMPLOYEES AND OFFENDERS WILL BE AFFECTED
BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE 10.64, "TEMPERATURE EXTREMES IN THE TDCJ WORK
PLACE", AND HEALTH SERVICES POLICY B15.2, "HEAT STRESS" SHOULD BE
REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT TRAINING SHOULD BE
COMPLETED BY JUNE 1, 2008.  IT IS VERY IMPORTANT TO ENSURE ALL TRAINING
HAS BEEN DOCUMENTED IN THE EMPLOYEES FILE.  POCKET CARDS WITH TIPS FOR
RECOGNITION, TREATMENT AND PREVENTION OF HEAT RELATED ILLNESSES ARE
AVAILABLE FOR UNITS TO ORDER FROM THE PRISON STORE.  WARDENS NEED TO
ENSURE ALL CORRECTIONAL EMPLOYEES ARE PROVIDED WITH OR CURRENTLY HAVE
POCKET CARDS.  (PRISON STORE STOCK # 700-01-060-527)

ON MAY 27, 2008 STAFF FROM VARIOUS DEPARTMENTS (OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, ENVIRONMENTAL, PLANS AND OPERATIONS) MET TO REVIEW AND DISCUSS
ISSUES REGARDING PRECAUTIONS AND ACTIONS TAKEN LAST SUMMER AND TO
DISCUSS ACTIONS FOR THE UPCOMING SUMMER.  FOLLOWING YOU WILL FIND A
LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED STARTING JUNE 1, 2007 AND
ENDING OCTOBER 1, 2008. IF THE NEED ARISES, IMPLEMENTATION MAY BEGIN
PRIOR TO JUNE 1, 2008.

* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
* PROVIDE ADDITIONAL WATER.  ICE SHOULD BE PROVIDED IF AVAILABLE TO
  EMPLOYEES AND OFFENDERS IN THE WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  (I.E. FIELD, MAINTENANCE, YARD SQUADS) ARE PROVIDED FREQUENT WATER
  BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO
  ANOTHER FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF
  TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
  A MEDICAL APPOINTMENT.
* UTILIZE INFOPAC REPORT (IMS042) LISTING OFFENDERS WITH HEAT
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO
  OFFENDERS ON PSYCHOTROPIC MEDICATIONS).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE. (SECURITY)

AT EVERY BACKGATE IS THE FIRST PRIORITY, BUT WE MUST ALWAYS BE AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR ANY LENGTH OF TIME. EVERY REASONABLE EFFORT SHOULD BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND EXPEDIENT MANNER).

* TRANSFER VEHICLES PARKED FOR MORE THAT 15 MINUTES ARE REQUIRED TO PLACE A FAN, PREVIOUSLY PURCHASED, ON THE VEHICLE. UNITS SHOULD ENSURE THAT FANS, EXTENSIONS CORDS, ETC. ARE IN PLACE AND AVAILABLE WHEN NEEDED.
* STORE PAPER TOWELS FOR TRANSPORTATION VEHICLES TO BE WET DOWN TO UTILIZE IN EMERGENCIES (TRANSPORTATION).
* WATER COOLERS ON BUSES SHOULD BE REFILLED AT VARIOUS TIMES DURING THE DAY TO MAINTAIN WATER AT THE APPROPRIATE TEMPERATURE.U (TRANSPORTATION)
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND EXHAUSTED OUTSIDE. TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE, NORMALLY USED TO MOVE HOT AIR IN THE WINTER. ATTACH RIBBONS TO VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY. ASSURE ALL MAINTENANCE TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOM AND RECREATIONAL AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO PROPERTY RESTRICTION DURING THIS TIME. FANS SHOULD BE CONFISCATED ONLY IF THEY HAVE BEEN ALTERED. FANS WILL BE ALLOWED IN ALL CUSTODY LEVELS (TO INCLUDE ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS). OFFENDERS WITH FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT HAVE ONE.
* ENSURE THAT THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT ISSUE OF A FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE PREVIOUS SIX MONTHS ON A FIRST COME, FIRST SERVE BASIS. OFFENDERS WHO HAVE SIGNIFICANT MEDICAL NEEDS, BASED ON A CONDITION OR MEDICATION THAT IS NEGATIVELY IMPACTED BY THE HEAT, SHALL BE GIVEN PRIORITY.

YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED. PLEASE BRING ANY QUESTIONS OR CONCERNS TO THE ATTENTION OF YOUR REGIONAL DIRECTOR AT THE NEXT REGIONAL WARDENS MEETING.

AUTHORITY:   RODNEY COOPER, DEPUTY DIRECTOR
             PRISON AND JAIL MANAGEMENT


Sent to:    UNTS            <list>                (to)
            ADMN            <list>                (to)
            KCL9737         CLEERE, KATHY         (to)

```
****************************************************************************
*** REQUESTOR: HBU8343 - BUENDEL, HELEN       HEALTH SERVICES        ***
****************************************************************************
***                S Y S M   O U T B A S K E T   P R I N T           ***
```

MESSAGE ID: 821999    DATE: 05/14/09  TIME: 09:30am  PRIORITY: 000

SUBJECT:    HEAT RELATED ILLNESS


DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.  DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH OFFENDERS EVERYDAY AND IF YOU SEE SIGNS THAT
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED.  THIS IS ALSO TRUE WITH RESPECT TO STAFF
WORKING IN EXTREME HEAT.  IT IS IMPERATIVE THAT SUPERVISORS ARE ABLE TO
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1. HEAT STROKE
   A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
   B. SKIN IS HOT, DRY, AND FLUSHED.
   C. INCREASED BODY TEMPERATURE, WHICH IF UNCONTROLLED, MAY LEAD TO
      DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2. HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
   PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
   PHYSICAL WORK IN A HOT ENVIRONMENT.

3. HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
   A. PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, AND
      HEADACHES.
   B. SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.
   C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.
   D. NAUSEA, VOMITING, AND UNCONSCIOUSNESS MAY OCCUR.


SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
AND OFFENDERS SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT.  IF SYMPTOMS OF HEAT
RELATED ILLNESS ARE OBSERVED YOU SHOULD:

   1. CONTACT MEDICAL.
   2. PLACE PATIENT IN A COOL AREA.
   3. REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER.  HAVE
      THE PATIENT DRINK WATER OR ISOTONIC BEVERAGE IF THEY ARE
      CONSCIOUS AND ALERT.
   4. ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE

MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY: LANNETTE LINTHICUM, MD, CCHP-A, FACP
           DIRECTOR, HEALTH SERVICES DIVISION
           TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Sent to:    OLDWALMART          <list>               (to)
            MEDR                <list>               (to)
            ADMN                <list>               (to)
            UNTS                <list>               (to)

```
*********************************************************************************
```
    REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES          ***
```
*********************************************************************************
```
***                  S Y S M    I N B A S K E T    P R I N T              ***

MESSAGE ID: 799402      DATE: 05/11/09  TIME: 04:21pm  PRIORITY: 000

TO:        LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.




FROM:      HBU8343 - BUENDEL, HELEN
           ADMINISTRATIVE ASSISTANT III
           HEALTH SERVICES
           HUNTSVILLE




SUBJECT:   HEAT PRECAUTIONS 2009

*** Original Author:  AJO6609 - JORDAN, ANGIE M.; 05/11/09 04:01pm

IT IS THAT TIME OF YEAR AGAIN, WHEN EMPLOYEES AND OFFENDERS WILL BE
AFFECTED BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE
POTENTIAL FOR EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS
IMPERATIVE THAT EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED
ILLNESSES.  ADMINISTRATIVE DIRECTIVE (A.D.)10.64, "TEMPERATURE EXTREMES
IN THE TDCJ WORK PLACE," AND HEALTH SERVICES POLICY B15.2, "HEAT
STRESS," SHOULD BE REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT
TRAINING SHOULD BE COMPLETED BY JUNE 1, 2009, OR THE FIRST AVAILABLE
DATE AN EMPLOYEE RETURNS TO WORK, AND ENSURE TRAINING IS DOCUMENTED IN
EMPLOYEES' FILE.  POCKET CARDS THAT INCLUDE TIPS FOR RECOGNITION,
TREATMENT, AND PREVENTION OF HEAT RELATED ILLNESSES ARE AVAILABLE
FOR UNITS TO ORDER FROM THE PRISON STORE.  WARDENS SHALL ENSURE ALL
EMPLOYEES ARE PROVIDED WITH OR CURRENTLY HAVE POCKET CARDS
(PRISON STORE STOCK# 700-01-060-527).


ON MAY 4, 2009 STAFF FROM VARIOUS DEPARTMENTS (I.E. OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, PLANS AND OPERATIONS) MET TO REVIEW PRECAUTIONS AND ACTIONS
TAKEN LAST SUMMER AND TO DISCUSS ACTIONS FOR THE UPCOMING SUMMER.
BELOW YOU WILL FIND A LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED
STARTING JUNE 1, 2009 AND ENDING OCTOBER 1, 2009.  IF THE NEED ARISES,
IMPLEMENTATION MAY BEGIN PRIOR TO JUNE 1, 2009.

**APPENDIX 595**                        TDCJ 7723
```

* ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
* PROVIDE ADDITIONAL WATER; ICE SHOULD BE PROVIDED, IF AVAILABLE, TO
  EMPLOYEES AND OFFENDERS IN THE WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64.
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  (I.E. FIELD, MAINTENANCE, YARD SQUADS) ARE PROVIDED FREQUENT WATER
  BREAKS.
* REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER
  FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY.
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF
  TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
  A MEDICAL APPOINTMENT.
* UTILIZE INFO PAC REPORT (IMS042), IMF MEDICAL SCREEN AND/OR HSIN
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO
  AN OFFENDER ON PSYCHOTROPIC MEDICATIONS).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY  AS POSSIBLE
  (SECURITY IS THE FIRST PRIORITY AT EVERY BACKGATE, BUT WE
  MUST ALWAYS BE AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY
  OFFENDERS SIT FOR ANY LENGTH OF TIME.  EVERY REASONABLE EFFORT SHALL
  BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND
  EXPEDIENT MANNER).
* TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO
  PLACE A PREVIOUSLY PURCHASED FAN ON THE VEHICLE.  UNITS SHALL
  ENSURE THAT FANS, EXTENSION CORDS, ETC. ARE IN PLACE AND AVAILABLE
  WHEN NEEDED.
* STORE PAPER TOWELS THAT CAN BE SATURATED WITH WATER FOR
  TRANSPORTATION VEHICLES TO UTILIZE IN EMERGENCIES.
* WATER COOLERS ON BUSES SHALL BE REFILLED AT VARIOUS TIMES DURING
  THE DAY TO ENSURE THAT WATER REMAINS AT THE APPROPRIATE TEMPERATURE
  (TRANSPORTATION).
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND
  EXHAUSTED OUTSIDE.  TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE
  SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS
  APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE,
  NORMALLY USED TO MOVE HOT AIR IN THE WINTER.  ATTACH RIBBONS TO
  VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY.  ASSURE ALL
  MAINTENANCE NEEDED TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOMS AND RECREATIONAL AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO
  PROPERTY RESTRICTION DURING THIS TIME.  FANS SHALL BE CONFISCATED
  ONLY IF THEY HAVE BEEN ALTERED.
* FANS WILL BE ALLOWED TO ALL CUSTODY LEVELS (TO INCLUDE
  ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS).  OFFENDERS WITH
  FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS

**APPENDIX 596**                                      TDCJ 7724

RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT
  HAVE ONE.
* ENSURE THAT THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT ISSUE
  OF A FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE PREVIOUS SIX
  MONTHS ON A FIRST COME FIRST SERVE BASIS.  OFFENDERS WHO HAVE
  SIGNIFICANT MEDICAL NEEDS, BASED ON A CONDITION OR MEDICATION THAT
  IS NEGATIVELY IMPACTED BY THE HEAT, SHALL BE GIVEN PRIORITY.

* WARDENS ARE ENCOURAGED TO COORDINATE WITH THEIR FOOD SERVICE
  DEPARTMENT TO ENSURE THEIR ICE-MACHINES ARE WORKING PROPERLY.

IT IS RECOMMENDED THAT EACH DEPARTMENT POSTS THIS NOTICE IN COMMON
AREAS ON THE UNIT/FACILITY.  YOUR ATTENTION TO THIS MATTER IS GREATLY
APPRECIATED.  PLEASE BRING ANY QUESTIONS OR CONCERS TO THE ATTENTION OF
YOUR REGIONAL DIRECTOR AT THE NEXT REGIONAL WARDENS MEETING.

AUTHORITY:  RODNEY COOPER, DEPUTY DIRECTOR
            PRISON AND JAIL MANAGEMENT

*** Comments From: HBU8343 - BUENDEL, HELEN; 05/11/09 04:20pm

Sent to:    OLDWALMART            <list>                    (to)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REQUESTOR: LLI2315 - LINTHICUM, LANNETTE,  HEALTH SERVICES            \*\*\*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\*\*\*              S Y S M   I N B A S K E T   P R I N T                \*\*\*

MESSAGE ID: 768469C     DATE: 05/07/09  TIME: 04:13pm  PRIORITY: 000

TO:        LLI2315 - LINTHICUM, LANNETTE, M.D.
           DIVISION DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE/OLD WAL-MART BLDG.



FROM:      AJO6609 - JORDAN, ANGIE M.
           PROGRAM SPECIALIST I
           PLANS AND OPERATIONS
           861-B I45 NORTH RM. 220
           HUNTSVILLE, TX 77340


SUBJECT:   HEAT PRECAUTIONS 2009

IT IS THAT TIME OF YEAR AGAIN, WHEN EMPLOYEES AND OFFENDERS WILL BE
AFFECTED BY EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE
POTENTIAL FOR EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS
IMPERATIVE THAT EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED
ILLNESSES. ADMINISTRATIVE DIRECTIVE (A.D.)10.64, "TEMPERATURE EXTREMES
IN THE TDCJ WORK PLACE," AND HEALTH SERVICES POLICY B15.2, "HEAT
STRESS," SHOULD BE REVIEWED BY STAFF FOR GENERAL AWARENESS.  UNIT
TRAINING SHOULD BE COMPLETED BY JUNE 1, 2009, OR THE FIRST AVAILABLE
DATE AN EMPLOYEE RETURNS TO WORK, AND ENSURE TRAINING IS DOCUMENTED IN
EMPLOYEES' FILE.   POCKET CARDS THAT INCLUDE TIPS FOR RECOGNITION,
TREATMENT, AND PREVENTION OF HEAT RELATED ILLNESSES ARE AVAILABLE
FOR UNITS TO ORDER FROM THE PRISON STORE.  WARDENS SHALL ENSURE ALL
EMPLOYEES ARE PROVIDED WITH OR CURRENTLY HAVE POCKET CARDS
(PRISON STORE STOCK# 700-01-060-527).

ON MAY 4, 2009 STAFF FROM VARIOUS DEPARTMENTS (I.E. OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, PLANS AND OPERATIONS) MET TO REVIEW PRECAUTIONS AND ACTIONS
TAKEN LAST SUMMER AND TO DISCUSS ACTIONS FOR THE UPCOMING SUMMER.
BELOW YOU WILL FIND A LIST OF PRECAUTIONS/ACTIONS TO BE IMPLEMENTED
STARTING JUNE 1, 2009 AND ENDING OCTOBER 1, 2009.  IF THE NEED ARISES,
IMPLEMENTATION MAY BEGIN PRIOR TO JUNE 1, 2009.


\*  ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT

**APPENDIX 598**                          TDCJ 7726

FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
* PROVIDE ADDITIONAL WATER; ICE SHOULD BE PROVIDED, IF AVAILABLE, TO
  EMPLOYEES AND OFFENDERS IN THE WORK AND HOUSING AREAS.
* RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64.
* ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  (I.E. FIELD, MAINTENANCE, YARD SQUADS) ARE PROVIDED FREQUENT WATER
  BREAKS.
- REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER
  FACILITY VIA CHAIN BUS.
* TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY.
* SCREEN OUTGOING CHAIN TO ENSURE THAT THE SELECTED MODE OF
  TRANSPORTATION IS APPROPRIATE.
* ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
  A MEDICAL APPOINTMENT.
* UTILIZE INFO PAC REPORT (IMS042), IMF MEDICAL SCREEN AND/OR HSIN
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO
  AN OFFENDER ON PSYCHOTROPIC MEDICATIONS).
* LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY  AS POSSIBLE
  (SECURITY IS THE FIRST PRIORITY AT EVERY BACKGATE, BUT WE
  MUST ALWAYS BE AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY
  OFFENDERS SIT FOR ANY LENGTH OF TIME.  EVERY REASONABLE EFFORT SHALL
  BE MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND
  EXPEDIENT MANNER).
* TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO
  PLACE A PREVIOUSLY PURCHASED FAN ON THE VEHICLE.  UNITS SHALL
  ENSURE THAT FANS, EXTENSION CORDS, ETC. ARE IN PLACE AND AVAILABLE
  WHEN NEEDED.
* STORE PAPER TOWELS THAT CAN BE SATURATED WITH WATER FOR
  TRANSPORTATION VEHICLES TO UTILIZE IN EMERGENCIES.
* WATER COOLERS ON BUSES SHALL BE REFILLED AT VARIOUS TIMES DURING
  THE DAY TO ENSURE THAT WATER REMAINS AT THE APPROPRIATE TEMPERATURE
  (TRANSPORTATION).
* WHEN UTILIZING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND
  EXHAUSTED OUTSIDE.  TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE
  SYSTEM AND/OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS
  APPLICABLE.
* INCREASE AIRFLOW BY UTILIZING BLOWERS, WHEN AND IF APPROPRIATE,
  NORMALLY USED TO MOVE HOT AIR IN THE WINTER.  ATTACH RIBBONS TO
  VENTS TO ASSURE BLOWERS ARE BEING USED APPROPRIATELY.  ASSURE ALL
  MAINTENANCE NEEDED TO BLOWERS HAS BEEN COMPLETED.
* ALLOW ADDITIONAL SHOWERS FOR OFFENDERS.
* ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOMS AND RECREATIONAL AREAS.
* MAKE WATER AVAILABLE DURING MEAL TIMES.
* MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIRFLOW.
* REMEMBER THAT OFFENDERS' FANS SHOULD NOT BE CONFISCATED DUE TO
  PROPERTY RESTRICTION DURING THIS TIME.  FANS SHALL BE CONFISCATED
  ONLY IF THEY HAVE BEEN ALTERED.
* FANS WILL BE ALLOWED TO ALL CUSTODY LEVELS (TO INCLUDE
  ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS).  OFFENDERS WITH
  FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS
  RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
* ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT

**APPENDIX 599**                                    TDCJ 7727

HAVE ONE.

*   ENSURE THAT THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT ISSUE
    OF A FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE PREVIOUS SIX
    MONTHS ON A FIRST COME FIRST SERVE BASIS.   OFFENDERS WHO HAVE
    SIGNIFICANT MEDICAL NEEDS, BASED ON A CONDITION OR MEDICATION THAT
    IS NEGATIVELY IMPACTED BY THE HEAT, SHALL BE GIVEN PRIORITY.

*   WARDENS ARE ENCOURAGED TO COORDINATE WITH THEIR FOOD SERVICE
    DEPARTMENT TO ENSURE THEIR ICE-MACHINES ARE WORKING PROPERLY.

IT IS RECOMMENDED THAT EACH DEPARTMENT POSTS THIS NOTICE IN COMMON
AREAS ON THE UNIT/FACILITY.   YOUR ATTENTION TO THIS MATTER IS GREATLY
APPRECIATED.   PLEASE BRING ANY QUESTIONS OR CONCERS TO THE ATTENTION OF
YOUR REGIONAL DIRECTOR AT THE NEXT REGIONAL WARDENS MEETING.

AUTHORITY:   RODNEY COOPER, DEPUTY DIRECTOR
             PRISON AND JAIL MANAGEMENT

Sent to:     ACR5952              CROWLEY, AMBER          (to)
             UNTS                 <list>                  (to)
             ADMN                 <list>                  (to)

**APPENDIX 600**                               TDCJ 7728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 17

# AFFIDAVIT OF RECORDS

## Re:  Cause 4:14-CV-1698 Bailey V. Livingston

| RECORDS INCLUDED | EXTENDED TITLE | REVISION DATE |
|---|---|---|
| | Annual Heat Mainframe Email | May 06, 2011 |
| | Annual Heat Mainframe Email | May 01, 2012 |
| | Heat Mainframe Email Reminder | June 25, 2012 |
| | Heat Mainframe Email Reminder | June 14, 2013 |
| | Annual Heat Mainframe Email | June 20, 2013 |
| | Offenders Access/Cold Water | June 25, 2013 |
| | Annual Heat Mainframe Email | April 3 ,2014 |
| | Heat Mainframe Email Reminder | June 2, 2014 |
| | Heat Mainframe Email Reminder | July 31, 2014 |

"My name is Donna Laverell and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities.  I declare under penalty of perjury that the following is true and correct.  I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein."

"I am the custodian of records for the office of Plans and Operations of the Texas Department of Criminal Justice ("TDCJ").  Attached are true and correct copies of the file records which are kept by the TDCJ in the regular course of its business activity.  The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

Executed in Walker County, State of Texas, on the 16th day of September, 2014.

Donna Laverell
Program Supervisor
Plans and Operations
Texas Department of Criminal Justice

```
*************************************************************************
*** REQUESTOR: AK00002 - ANDERSON, KATIE       PLANS AND OPERATIONS   ***
*************************************************************************
***                 S Y S M   O U T B A S K E T   P R I N T           ***
```

MESSAGE ID: 443924      DATE: 05/06/11  TIME: 12:34pm  PRIORITY: 000

SUBJECT:   HEAT PRECAUTION 2011

---

HEAT PRECAUTION 2011 - REMINDER
*********************************************************************
IT IS THAT TIME OF YEAR AGAIN, WHEN EMPLOYEES WILL BE AFFECTED BY
EXTREME HEAT CONDITIONS.  AS A REMINDER, DUE TO THE POTENTIAL FOR
EXTREME HEAT CONDITIONS IN THE COMING MONTHS, IT IS IMPERATIVE THAT
EVERYONE TAKE PRECAUTIONS TO HELP REDUCE HEAT-RELATED ILLNESSES.
ADMINISTRATIVE DIRECTIVE AD-10.64, "TEMPERATURE EXTREMES IN THE TDCJ
WORK PLACE," AND HEALTH SERVICES POLICY B15.2, "HEAT STRESS," SHOULD BE
REVIEWED  BY JUNE 1, 2011, OR THE FIRST AVAILABLE DATE AN EMPLOYEE
RETURNS TO WORK, AND ENSURE TRAINING IS DOCUMENTED IN THE EMPLOYEES'
FILE. POCKET CARDS THAT INCLUDE TIPS FOR RECOGNITION, TREATMENT, AND
PREVENTION OF HEAT RELATED ILLNESSES ARE AVAILABLE FOR UNITS TO ORDER
FROM THE PRISON STORE.  WARDENS SHALL ENSURE ALL EMPLOYEES ARE PROVIDED
WITH OR CURRENTLY HAVE POCKET CARDS (PRISON STORE
STOCK#700-01-060-527).

ON APRIL 25, 2011, STAFF FROM VARIOUS DEPARTMENTS SUCH AS, OFFENDER
TRANSPORTATION, HEALTH SERVICES, RISK MANAGEMENT, LAUNDRY AND FOOD
SERVICE, AND PLANS AND OPERATIONS MET TO REVIEW PRECAUTIONS AND
ACTIONS TAKEN LAST SUMMER AND TO DISCUSS ACTIONS FOR THE UPCOMING
SUMMER. BELOW IS A LIST OF PRECAUTIONS AND ACTIONS TO BE IMPLEMENTED
STARTING JUNE 1, 2011, AND ENDING OCTOBER 1, 2011. IF THE NEED ARISES,
IMPLEMENTATION MAY BEGIN PRIOR TO JUNE 1, 2011.

- ENSURE EMPLOYEES AND OFFENDERS ARE AWARE OF THE SIGNS AND TREATMENT
  FOR HEAT RELATED ILLNESSES BY CONDUCTING TRAINING.
- PROVIDE ADDITIONAL WATER; ICE SHOULD BE PROVIDED, IF AVAILABLE TO
  EMPLOYEES AND OFFENDERS IN WORK AND HOUSING AREAS, AND SHALL BE
  COORDINATED WITH MAINTENANCE AND LAUNDRY AND FOOD SERVICE.
- RESTRICT OUTSIDE ACTIVITY (WORK HOURS) IN ACCORDANCE WITH AD-10.64,
  "TEMPERATURE EXTREMES IN THE TDCJ WORK PLACE."
- ENSURE ALL STAFF AND OFFENDERS WORKING IN AREAS OF EXTREME HEAT
  SUCH AS, FIELD, MAINTENANCE, AND YARD SQUADS ARE PROVIDED FREQUENT
  WATER BREAKS.
- REFRAIN FROM TRANSPORTING PSYCHIATRIC INPATIENT OFFENDERS TO ANOTHER
  FACILITY VIA CHAIN BUS.
- TRANSPORT OFFENDERS DURING THE COOLEST HOURS OF THE DAY.
- SCREEN OUTGOING CHAIN TO ENSURE THE SELECTED MODE OF TRANSPORTATION
  IS APPROPRIATE.
- ALLOW OFFENDERS TO TAKE FANS WHEN BEING TRANSPORTED OFF THE UNIT FOR
  A MEDICAL APPOINTMENT.
- UTILIZE INFO PAC REPORT (IMS042), IMF MEDICAL SCREEN, OR HSIN
  SENSITIVE MEDICAL RESTRICTIONS (INCLUDING BUT NOT LIMITED TO AN
  OFFENDER ON PSYCHOTROPIC MEDICATIONS) TO DETERMINE APPROPRIATE
  TRANSPORTATION METHOD.
- LOAD AND UNLOAD TRANSFER VEHICLES AS QUICKLY AS POSSIBLE (SECURITY
  IS THE FIRST PRIORITY AT EVERY BACKGATE, BUT WE MUST ALWAYS BE

**APPENDIX 603**                                   TDCJ - 04806

AWARE OF HEAT RELATED ISSUES WHEN BUSES OCCUPIED BY OFFENDERS SIT FOR
ANY LENGTH OF TIME (BUSES MAY CIRCLE THE PERIMETER IF THE UNIT
FORESEES AN EXTENDED WAIT TIME). EVERY REASONABLE EFFORT SHALL BE

MADE TO ENSURE BUSES GET IN AND OUT OF THE BACKGATE IN A SAFE AND
EXPEDIENT MATTER.
- TRANSFER VEHICLES PARKED FOR MORE THAN 15 MINUTES ARE REQUIRED TO
  PLACE A PREVIOUSLY PURCHASED FAN ON THE VEHICLE. UNITS SHALL ENSURE
  FANS, EXTENSION CORDS, ETC., ARE IN PLACE AND AVAILABLE WHEN NEEDED.
- STORE PAPER TOWELS FOR USE WHEN SATURATED WITH WATER DURING EMERGENCY
  SITUATIONS WHEN TRANSPORTING OFFENDERS.
- WATER COOLERS ON BUSES SHALL BE REFILLED AT VARIOUS TIMES DURING THE
  TRIP TO ENSURE WATER REMAINS AT THE APPROPRIATE TEMPERATURE
  (TRANSPORTATION).
- WHEN USING FANS, AIR SHOULD BE DRAWN THROUGH THE STRUCTURE AND
  EXHAUSTED OUTSIDE.  TAKE FULL ADVANTAGE OF THE FRESH AIR EXCHANGE
  SYSTEM OR PREVAILING WINDS TO ASSIST IN THE MOVEMENT OF AIR AS
  APPLICABLE.
- INCREASE AIR FLOW BY USING BLOWERS, NORMALLY USED TO MOVE HOT AIR IN
  THE WINTER, WHEN APPROPRIATE.  ATTACH RIBBONS TO VENTS TO ENSURE
  BLOWERS ARE USED APPROPRIATELY. ENSURE ALL NEEDED MAINTENANCE TO
  BLOWERS HAS BEEN COMPLETED.
- ALLOW ADDITIONAL SHOWERS FOR OFFENDERS WHEN FEASIBLE.
- ALLOW OFFENDERS TO WEAR SHORTS IN DAYROOMS AND RECREATIONAL AREAS.
- MAKE WATER AVAILABLE DURING MEAL TIMES.
- MAKE SURE WINDOW SCREENS ARE CLEAN SO AS NOT TO RESTRICT AIR FLOW.
- REMEMBER, OFFENDER FANS SHOULD NOT BE CONFISCATED DUE TO PROPERTY
  RESTRICTION DURING THIS TIME. FANS SHALL BE CONFISCATED ONLY IF THEY
  ARE ALTERED.
- FANS SHALL BE ALLOWED TO ALL CUSTODY LEVELS (TO INCLUDE
  ADMINISTRATIVE SEGREGATION AND DISCIPLINARY STATUS). OFFENDERS WITH
  FANS STORED BASED ON THESE RESTRICTIONS SHALL HAVE THEIR FANS
  RE-ISSUED FOR THE TIME PERIOD SPECIFIED IN THIS POSTING.
- ALL OFFENDERS SHALL BE PERMITTED TO PURCHASE A FAN IF THEY DO NOT
  HAVE ONE.
- ENSURE THE FAN PROGRAM IS IN PLACE ALLOWING THE PERMANENT ISSUE OF A
  FAN TO AN OFFENDER WHO HAS BEEN INDIGENT FOR THE PREVIOUS SIX MONTHS,
  ON A FIRST COME FIRST SERVE BASIS. OFFENDERS WHO HAVE SIGNIFICANT
  MEDICAL NEEDS, BASED ON A CONDITION OR MEDICATION THAT IS NEGATIVELY
  IMPACTED BY THE HEAT, SHALL BE GIVEN PRIORITY.
- WARDENS ARE ENCOURAGED TO COORDINATE WITH THEIR FOOD SERVICE AND
  MAINTENANCE DEPARTMENTS TO ENSURE ICE-MACHINES ARE WORKING PROPERLY.

IT IS REQUIRED THAT EACH DEPARTMENT POSTS THIS NOTICE IN COMMON AREAS
ON THE FACILITY. YOUR ATTENTION TO THIS MATTER IS GREATLY APPRECIATED.

AUTHORITY:  WILLIAM STEPHENS, DEPUTY DIRECTOR
            PRISON AND JAIL OPERATIONS


Sent to:    UNTS        <list>                              (to)
            ADMN        <list>                              (to)
            GCR9820     CRIPPEN, GEORGE RN, MSN, PHDC (to)
            MBR2736     BRUMLEY, MARSHA                     (to)


**APPENDIX 605**                          TDCJ - 04808

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 18

### DECLARATION OF LANNETTE LINTHICUM

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Texas Department of Criminal Justice ("TDCJ") Health Services Division.  I have been asked to search for any Electronically Stored Information located on my computer which I have drafted, sent, or received related to heat, temperature, air conditioning/ventilation, or indoor temperature logs/policies which have not already been produced in response to a heat-related litigation discovery request.  Attached are true and correct copies of the responsive records, kept by the TDCJ in the regular course of its business activity.  The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Lannette Linthicum and I am an employee of the TDCJ, a governmental agency.  I am executing this declaration as part of my assigned duties and responsibilities.  I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the ____10th____ day of December, 2014.


_Lannette Linthicum_
Lannette Linthicum, MD, CCHP-A, FACP
Director, Health Services Division
Texas Department of Criminal Justice


**APPENDIX 607**                                    **TDCJ 77239**

```
*******************************************************************
*** REQUESTOR: HBU8343 - BUENDEL, HELEN        HEALTH SERVICES      ***
*******************************************************************
***                   S Y S M   O U T B A S K E T   P R I N T       ***
```

MESSAGE ID: 488532       DATE: 05/12/11  TIME: 04:54pm  PRIORITY: 000

SUBJECT:   HEAT RELATED ILLNESS


DURING THE SUMMER MONTHS, THE INCIDENT OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY. DURING PRE-SERVICE AND INSERVICE TRAINING, MANY OF YOU
WERE INTRODUCED TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE
SIGNS AND SYMPTOMS OF ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET MEDICAL STAFF KNOW
WHAT YOU HAVE OBSERVED. THIS IS ALSO TRUE WITH RESPECT TO STAFF
RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS. THE SYMPTOMS ARE:

1. HEAT STROKE
   A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT.
   B. SKIN IS HOT, DRY, AND FLUSHED.
   C. INCREASED BODY TEMPERATURE, WHICH IS UNCONTROLLED, MAY LEAD TO
      DELIRIUM, CONVULSIONS, AND EVEN DEATH.

2. HEAT CRAMP SYMPTOMS INCLUDE THE FOLLOWING:
   PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING HARD
   PHYSICAL WORK IN A HOT ENVIRONMENT.

3. HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:
   A. PROFUSE PERSPIRING WEAKNESS, RAPID PULSE, DIZZINESS, AND
      HEADACHES.
   B. SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION.
   C. BODY TEMPERATURE IS NORMAL OR SUBNORMAL.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXSPOSURE TO EXTREME HEAT CONDITIONS. EXMPLOYEES
AND OFFENDERSSHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO
CONSUME WATER PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE
WORKDAY. CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER
AND SHOULD BE DISCOURAGED AS A REPLACEMENT. IF SYMPTOMS OF HEAT RELATED
ILLNESS ARE OBSERVED YOU SHOULD:

1. CONTACT MEDICAL.
2. PLACE PATIENT IN A COOL AREA.
3. REMOVE SHIRT AND HAT, THEN WET HEAD AND TORSO WITH WATER. HAVE THE
   PATIENT DRINK WATER AND ISOTONIC BEVERAGE IF THEY ARE CONSCIOUS AND
   ALERT.
4. ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
   MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER
   MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTHORITY: LANNETTE LINTHICUM, MD, CCHP-A, FACP
           DIRECTOR, HEALTH SERVICES DIVISION
           TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Sent to:   GCR9820          CRIPPEN, GEORGE RN, MSN, PHDC (to)
           MEDR             <list>                        (to)
           ADMN             <list>                        (to)
           UNTS             <list>                        (to)
           GWA4232          WALLACE, GRADY                 (to)
           KMO7963          MOSS, KIRK                     (to)
           RPL0392          PLATTENBURG, ROSIE             (to)

**APPENDIX 609**              **TDCJ 77887**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 19

**Attorney Eyes Only for PHI**

# AFFIDAVIT

THE STATE OF TEXAS     ( )
                          ( )
COUNTY OF WALKER     ( )

      BEFORE ME, the undersigned authority, on this day personally appeared Lisa Lopez, who after being by me duly sworn, deposed and stated as follows:

      My name is Lisa Lopez. I am over twenty-one years of age, of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

      I am employed as the ASSISTANT DIRECTOR HEALTH INFORMATION MANAGEMENT, for the UTMB Managed Care, Texas Department of Criminal Justice, and my office is located in Huntsville, Texas. I do hereby certify that I am the Custodian of Death Records maintained in the regular course of business on each and every inmate who dies while incarcerated in the Texas Department of Criminal Justice-Institutional Division. I have examined the Health Services Archives files pertaining to offender **James Shriver, TDCJ # 390315,** and found that said files contains the requested information, that being the Autopsy report for said offender.

      I swear under penalty of perjury that the foregoing is true and correct. Executed on **July 31, 2014**

                                                  Signature
                                  Lisa Lopez-RHIA-ASSISTANT
                    Director of Health Information Management
                        UTMB Managed Care/TDCJ-ID
                             Huntsville, Texas 77320

      SWORN TO AND SUBSCRIBED BEFORE ME on this the day of July 31, 2014, by the said Lisa Lopez, to certify which witnesses my hand and seal of office.

                    Notary Public in and for the State Texas

                    Paula K. Ticknor
                    Printed Name of Notary Public



PAULA K. TICKNOR
Notary Public, State of Texas
My Commission Expires
May 09, 2017

**APPENDIX 611**

BAILEY 027432

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.: (0150)390315R
Patient Name:  **SHRIVER, JAMES**
Age:  47 YRS   DOB: 01/28/60 Sex: M    Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted :   08/08/07  1555
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

390315

## FINAL AUTOPSY REPORT

Autopsy Office (409)772-2858

**Autopsy No.:  AU-07-00212**

**AUTOPSY INFORMATION:**
Occupation: Inmate   Birthplace: Unknown   Residence: TDCJ Huntsville,TX
Date/Time of Death: 08-08-07/0512   Date/Time of Autopsy: 08-09-07/1030
Pathologist/Resident: Cowan/Haley   Service: OTDCJ
Restriction: NONE-Return organs

The on-line version of the final autopsy report is abbreviated. If you would
like a copy of the complete final report, or if you have any questions
regarding this report, please contact the Autopsy Division Office,
(409)772-2858.

### FINAL AUTOPSY DIAGNOSIS

I.  **Body as a whole:  History of psychiatric illness and sudden, unexpected death.**
   A. **Skin, anterior forearms and lower legs;  Multiple well-healed transverse scars**   C1
   B. **Heart: Cardiomegaly (410 grams)**
       **Patent foramen ovale**
   C. **Lungs: Congestion (combined weight 1320 g)**
       **Interstitial fibrosis, mild**

II. **Other findings:**
   A. **Kidney, right, duplicate renal arteries**
       **Prominent fetal lobulations and cortical scars**
   B. **Urinary bladder: mild muscular hypertrophy**

RECEIVED

OCT 0 9 2007 Cw

COPIED AND SENT

***TYPE:** Anatomic(A) or Clinical(C) Diagnosis.*
*IMPORTANCE: 1-immediate cause of death (COD); 2-underlying COD;*
*3-contributory COD; 4-concomitant, significant; 5-incidental ***

Patient Name:   **SHRIVER, JAMES**
Patient Location:   **AUTOPSY**
Room/Bed:
Printed Date / Time:   **09/20/07 - 0838**

Page: 1

**Continued....**

**APPENDIX 612**

BAILEY 027433

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.: (0150)390315R
Patient Name:  SHRIVER, JAMES
Age:   47 YRS   DOB: 01/28/60 Sex: M     Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:  OUTSIDE TDCJ
Date / Time Admitted :  08/08/07  1555
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

**CLINICAL SUMMARY:**
The following history is obtained from TDCJ records.

Past Medical History/Clinical course
This was a 47-year-old TDC inmate with a history of schizoaffective disorder
and borderline personality disorder, hepatitis C infection, hypertension, and
asthma who was serving a 25-year sentence for burglary and indecency with a
child.  He had recently presented to clinic on 6/13/2007 with complaints of
breathing difficulty; no findings were present on exam, and he was discharged
without treatment.  Cardiogram performed 05/21/04 was reported abnormal, with
a normal sinus rhythm, but a nonspecific ST abnormality.

In addition, he had a long history of treatment for psychiatric symptoms and
had made serious suicide attempts in the past.  On 8/1/07, he was transferred
from the Robertson Unit to Skyview Crisis Management unit for threats of self-
harm, banging his head, and auditory hallucinations.  He was returned to the
Byrd facility on 8/7/07 and at that time reported that he was receiving all
medications and denied suicidal ideation.  However, on August 8, 2007 at 0445,
he was found unresponsive and asystolic in the bunk bed of his two-man cell.
He was taken to the infirmary where CPR attempts were unsuccessful, and he was
pronounced dead at 0512.

Past Medical history:
Schizoaffective disorder
Borderline personality disorder
Hepatitis C virus – Last ALT 22 (6/13/07)
Hypertension
Asthma

Medications:
HCTZ 50mg daily
Aspirin 325mg daily
Dicyclomine 20mg BID
Ziprasidone 80mg BID
Fluoxetine 20mg QAM
Haloperidol 15mg BID
Bentropine 1mg daily

SH /SH
09/11/07

Patient Name:  SHRIVER, JAMES
Patient Location: AUTOPSY
Room/Bed:
Printed Date / Time:  09/20/07 - 0838

Continued....

Page:  2

**APPENDIX 613**

BAILEY 027434

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.: (0150)390315R
Patient Name:  **SHRIVER, JAMES**
Age:  47 YRS  DOB: 01/28/60  Sex: M    Race: C
Admitting Dr.:  ARONSON MD,JUDITH F
Attending Dr.:  OUTSIDE TDCJ
Date / Time Admitted :   08/08/07  1555
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

## GROSS DESCRIPTION:

EXTERNAL EXAMINATION:  The decedent is a well nourished, appropriately developed white male, measuring 182 cm in length, identified as James SHRIVER by band on the right ankle.  The body is not clothed and there are no accompanying personal belongings.  Rigor mortis is present in the arms and legs and there is fixed dependent lividity on the posterior surfaces.  The head is normocephalic with short dark blonde scalp hair.  The irides are blue with equal pupils measuring 0.5 cm in diameter.  The corneas are cloudy, conjunctivae are pink, and the sclerae are white.  The nares are patent without exudate. Dentition is fair.  Buccal membranes are normal without lesions.

The trachea is midline. Palpation of the neck reveals no lymphadenopathy, thyromegaly or evidence of trauma. There is normal male hair distribution. The chest diameters are normally proportioned.  The abdomen is flat.  Lymph nodes in the supraclavicular, axillary and inguinal regions are not palpable.  The back and the extremities are unremarkable. The genitalia are those of a normal circumcised male.

The following tattoos are present: 3 tattoos over the right anterior lower extremity: a skull, a grim reaper, and "JAMIE"; on the right deltoid: a cross with "SUKI AND JAMIE" and the patient's initials; on the right chest: "SCORPIO" and "SUKI"; a scorpion on the right neck and lettering on the left neck.  There are 2 tattoos over the left chest: a devil and a cat; multiple tattoos on the left arm featuring symbols, animal shapes, and lettering. There are 4 tattoos over the anterior left lower extremity: a pair of dice, 2 skulls, and "FJW"; a tattoo over the left back with lettering; 2 tattoos over the posterior right arm: "TEXAS" and a peacock; on the right dorsal hand, "LBJ".

The following identifying marks are present:  2 scars over the anterior right thigh, one measuring 5 x 0.4 cm and another measuring 7 x 1.4 cm.; 5 scars over the anterior right foreleg, the largest measuring 17 x 0.6.; 2 scars over the anterior left thigh, one measuring 1.4 x 0.8 and another measuring 1.3 x 0.3 cm.; an area of 7 scars over the anterior left foreleg the longest measuring 18.5 x 0.1 cm, and an area of 6 scars over the left ankle the largest measuring 7 x 0.1 cm.  There are multiple shallow scars over the right forearm, 13 oriented horizontally and 6 oriented vertically, the largest measures 17.4 x 0.4 cm.; 2 scars on the right chest, measuring 6.8 x 0.2 cm and 6.2 x 0.2 cm.; a vertical scar over the left chest measuring 15 x 0.2 cm.; a deep scar on the left forehead measuring 17 .5 x 0.2 cm.  There are multiple shallow scars over the left anterior forearm, 7 oriented horizontally and 11 oriented vertically; 3 shallow scars over the right dorsal hand, the largest measuring 5.2 x 0.2 cm.

There is a cut over the right forehead measuring 0.1 x 0.1 cm surrounded by

Patient Name:  *SHRIVER, JAMES*
Patient Location: *AUTOPSY*
Room/Bed:     -
Printed Date / Time:  *09/20/07 - 0838*

**Continued....**

Page:  3

**APPENDIX 614**

BAILEY 027435

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.: (0150)390315R
Patient Name: **SHRIVER, JAMES**
Age:  47 YRS  DOB: 01/28/60  Sex: M       Race: C
Admitting Dr.: ARONSON MD, JUDITH P
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted :   08/08/07  1555
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT

Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

### GROSS DESCRIPTION:

erythema; a puncture over the right dorsal hand measuring 0.2 x 0.2 cm.; a bruise over the right anterior leg measuring 2.1 x 0.6 cm, and a bruise over the left knee measuring 5.8 x 4.3 cm.

The following evidence of medical intervention is present: an identification band present on the right ankle with the patient's name; 2 AED probes over the right chest and left flank.

INTERNAL EXAMINATION:  The body is opened using a standard Y - shaped incision to reveal a 5.5 cm thick panniculus and the thoracic and abdominal organs in the normal anatomic positions. There is no pleural fluid. The lungs are normally inflated.  There are no pleural adhesions. The pericardial sac contains 25 mL of clear fluid. There are no fractured ribs. The thymus is not identified. No thromboemboli are found within the large pulmonary arteries. The abdominal cavity contains no fluid. There are no adhesions between loops of bowel.

CARDIOVASCULAR SYSTEM:  Heart:  The heart weighs 410 g. (normal 270-360 g.) and is of normal shape.  The pericardium is smooth and translucent.  The myocardium is homogenous red-brown without infiltrates or lesions.  The endocardium is translucent and smooth. The left ventricular wall is 1.1 cm thick (normal 1.0-1.8 cm) at the junction of the posterior papillary muscle and free wall, and the right ventricle is 0.3 cm thick (normal 0.25-0.3 cm). 2.0 cm below the pulmonic valve annulus, anteriorly. The valve leaflets and cusps are white, delicate and membranous.  Valve circumferences measured on the fresh heart are: tricuspid valve 11.8 cm (normal 12-13 cm), pulmonic valve 8.2 cm (normal 8.5-9.0 cm), mitral valve 11.1 cm (normal 10.5-11.0 cm), and aortic valve 7.2 cm (normal 7.7-8.0 cm). The foramen ovale is patent.

Blood vessels:  The coronary circulation is right dominant.  The coronary arteries reveal no atherosclerotic plaques.  The aorta exhibits minimal atherosclerotic changes.  The celiac, superior and inferior mesenteric, renal and iliac arteries are normal. The superior and inferior vena cavae and their branches are normal.

RESPIRATORY SYSTEM:  Larynx and trachea:  The laryngeal mucosa is tan-brown, smooth without lesions, and the vocal cords are unremarkable.  The tracheal mucosa is tan-brown, smooth without lesions.

Lungs, bilateral: The right lung weighs 670 g. and the left lung weighs 650 g. (normal Rt 435 g. - Lt. 385 g.). The pleural surfaces show decreased septal spaces and lobules with out-pouchings suggestive of interstitial fibrosis. Lividity is dorsal. The left lung is inflated with formalin, and the right lung is examined fresh before sectioning.  The bronchial and vascular trees are normal.  The hilar nodes are unremarkable. The lung parenchyma is

Patient Name:  *SHRIVER, JAMES*
Patient Location: *AUTOPSY*
Room/Bed:        -
Printed Date / Time:  *09/20/07 - 0838*

Continued....

Page:  4

**APPENDIX 615**

BAILEY 027436

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

Attorney Eyes Only for PHI

*Patient Account:* 20005972-517
*Med. Rec. No.:* (0150)390315R
*Patient Name:* SHRIVER, JAMES
*Age:* 47 YRS  *DOB:* 01/28/60  *Sex:* M  *Race:* C
*Admitting Dr.:* ARONSON MD, JUDITH F
*Attending Dr.:* OUTSIDE TDCJ
*Date / Time Admitted:* 08/08/07  1555
*Copies to :*

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

**GROSS DESCRIPTION:**
red-purple with appropriate porosity.

GASTROINTESTINAL TRACT: Esophagus:  The esophageal mucosa is tan-red and smooth without lesions.

Tongue:  The tongue shows a finely granular surface with no coating.

Stomach and duodenum:  The stomach contains 20 ml of partially digested food. The mucosa is normally rugose, tan and smooth with no lesions. The duodenum has a tan, glistening mucosa with a normal plical pattern without lesions. The duodenal mucosa is neither congested or hemorrhagic.

Pancreas:  The pancreas has a normal conformation.  It is tan-yellow, lobulated and normally firm.  The pancreatic duct is patent.

Biliary tract:  The gallbladder serosa is gray-green and glistening. The gallbladder contains 10 mL bile with no stones.  The mucosa is gray-brown and smooth.  The cystic duct, hepatic duct and common bile duct are patent and bile is expressed freely.

Liver:  The liver weighs 990 g. (normal 1400-1900 g.).  Glisson's capsule is translucent.  The cut surfaces have a homogenous lobular pattern.  The surfaces are red-brown, smooth and firm and display normal architecture.

Small bowel:  The serosa is smooth and translucent without adhesions.  The bowel is neither dilated or constricted.  The lumen contains a small amount of soft brown feces. The mucosa is tan and glistening with normal plications.  The bowel wall reveals no gross lesions.

Large bowel:  The serosa is smooth and translucent without adhesions.  The lumen contains a small amount of soft formed stool.  The mucosa is tan and glistening without lesions.  There are no diverticula or polyps.  The appendix is grossly normal.

Rectum and anus:  No lesions are noted and no abnormalities of the anal opening are present.

RETICULOENDOTHELIAL SYSTEM:  Spleen: The spleen weighs 131 g. (normal 125-195 g.) and the capsule is gray-blue, translucent, wrinkled, and without capsular fibrosis or infarcts.  The spleen is semi-liquid. The parenchyma is red-brown, granular with adequate white pulp.

Lymph nodes: Lymph nodes in the mediastinum, abdomen and retroperitoneum are unremarkable.

*Patient Name:*  SHRIVER, JAMES
*Patient Location:* AUTOPSY
*Room/Bed:*  -
*Printed Date / Time:*  09/20/07 - 0838

Continued....

Page:  5

**APPENDIX 616**

BAILEY 027437

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

*Patient Account:* 20005972-517
*Med. Rec. No.:* (0150)390315R
*Patient Name:* **SHRIVER, JAMES**
*Age:* 47 YRS  *DOB:* 01/28/60  *Sex:* M    *Race:* C
*Admitting Dr.:* ARONSON MD, JUDITH F
*Attending Dr.:* OUTSIDE TDCJ
*Date/Time Admitted:* 08/08/07  1555
*Copies to:*

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:** AU-07-00212

**GROSS DESCRIPTION:**

GENITOURINARY SYSTEM:  Kidneys:  The right kidney weighs 137 g. and the left 142 g. (normal 125-170 g.).  The capsules strip with ease to reveal pink-brown, smooth cortical surfaces with fetal lobulations, and occasional tiny pits.  The cut surfaces show well demarcated cortico-medullary junctions. The renal pelvic mucosa is tan-yellow and smooth without lesions. Perihilar adipose tissue is appropriate.

Ureters:  The ureters are unobstructed.

Bladder:  The bladder is dilated and contains 65 mL of cloudy yellow urine. The mucosa is tan-gray, smooth and the bladder wall is markedly trabeculated.  The trigone has a normal conformation.

Prostate:  The prostate is tan-gray, firm and smooth.  The cut surfaces reveal normal granular surfaces without distinct architecture.  The seminal vesicles are unremarkable.

Testes: The right testis weighs 18.1g. and the left 10.9 g. (normal 20-25 gm).  The tunica albuginea is tan-white and glistening.  The cut surfaces reveal soft, tan-yellow parenchyma with tubules which string with ease.

ENDOCRINE SYSTEM:  Thyroid:  The thyroid weighs 9.7 g. (normal 10-22 g.) and is red-brown, bosselated and glistening.  The cut surfaces are homogeneous, translucent and red-brown.

Parathyroids:  One golden-brown, soft fragment of tissue is collected as possible parathyroid.

Adrenals:  The right adrenal weighs 7.2 g. and the left 9.7 g. (normal 5-6 g.).  The adrenals have a normal conformation and position.  Cut surfaces reveal firm golden yellow-brown cortices with gray soft medullae.

CENTRAL NERVOUS SYSTEM: BRAIN:  The scalp, calvarium, base of the skull and dura mater are normal.  The brain weighs 1620 g. (normal 1200-1400 g.).  The gyri and sulci display a normal pattern without edema or atrophy.  The leptomeninges are unremarkable.  The circle of Willis, basilar, and vertebral arteries show no atherosclerosis. No indentation or herniation of the cingulate gyri, unci, or molding of the cerebellar tonsils is noted. The brain is fixed in formalin for later examination by a neuropathologist (see neuropathology report).

SPINAL CORD:  The grossly normal spinal cord is fixed in formalin for later examination by a neuropathologist.

PITUITARY GLAND:  The grossly normal pituitary gland is fixed in formalin for

*Patient Name:* **SHRIVER, JAMES**
*Patient Location:* **AUTOPSY**
*Room/Bed:* -
*Printed Date/Time:* **09/20/07 - 0838**

**Continued....**

Page: 6

**APPENDIX 617**

BAILEY 027438

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

*Patient Account:* 20005972-517
*Med. Rec. No.:* (0150)390315R
*Patient Name:* **SHRIVER, JAMES**
*Age:* 47 YRS  *DOB:* 01/28/60  *Sex:* M    *Race:* C
*Admitting Dr.:* ARONSON MD,JUDITH F
*Attending Dr.:* OUTSIDE TDCJ
*Date / Time Admitted:*  08/08/07  1555
*Copies to :*

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

**Autopsy No.:  AU-07-00212**

**GROSS DESCRIPTION:**
subsequent examination by a neuropathologist.

During the autopsy blood samples were submitted for toxicology and vitreous
samples were retained for potential further examination.  Samples of liver,
kidney, heart, lung and spleen were frozen for potential further examination.

SH /DRB
08/10/07

*Patient Name:*  **SHRIVER, JAMES**
*Patient Location:* **AUTOPSY**
*Room/Bed:*      -
*Printed Date / Time:*  **09/20/07 - 0838**

Continued....

Page:  7

**APPENDIX 618**

BAILEY 027439

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.:  (0150)390315R
Patient Name:  **SHRIVER, JAMES**
Age:  47 YRS   DOB: 01/28/60  Sex: M   Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted :  08/08/07  1555
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

---

### FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

**MICROSCOPIC DESCRIPTION:**

Heart, right and left ventricle, Slides 10, 15, 16, and 17, (4 H&E, 3 PAS):
There is diffuse mild edema.  Throughout the myocardium, there are scattered wavy fibers, contraction bands, and minimal-to-moderate fibrosis.  The veins are distended, and the small arteries demonstrate hyalinization, thickened intima, and obscured internal elastic lamina.  Also noted is basophilic degeneration of myocytes, which stains on PAS.

Lungs, left, Slides 11 and 12, (2 H&E):
The bronchial architecture is preserved.  The alveolar septa are congested with dilated capillaries and show scattered areas of scant alveolar hemorrhage.  No inflammation or thrombi are noted.

Lungs, right, Slides 13 and 14, (3 H&E):
The bronchial architecture is preserved.  The alveolar septa are congested with dilated capillaries and show focal patchy areas of alveolar hemorrhage.  No inflammation or thrombi are noted.

Kidney, bilateral, Slides 4 and 6, (2 H&E):
The right kidney demonstrates congestion and significant hemorrhage, whereas the left kidney shows autolysis but no pathologic change.

Liver, Slide 1, (1 H&E):
There is prominent autolysis, with loss of architecture.

Spleen, Slide 3, (1 H&E):
The spleen has a normal architecture with diffuse autolysis.

Pancreas, Slide 2, (1 H&E):
There is diffuse autolysis and increased fat but otherwise no pathologic change.

Adrenal Gland, Slides 1 and 5, (2 H&E):
The left adrenal is fragmented, and both are autolyzed and demonstrate no pathologic change.

Thyroid, Slide 2, (1 H&E):
The follicles are variable in size and demonstrate no pathologic change.  No inflammation is noted.

Parathyroid, Slide 4, (1 H&E):
One parathyroid demonstrates fatty content without pathologic change.

Testes, Slides 3 and 5, (2 H&E):
The left testis demonstrates "ghost outlines" but no frank infarct, with preservation of tissue around the rete and hilum.  Active spermatogenesis

Patient Name:  *SHRIVER, JAMES*
Patient Location: AUTOPSY
Room/Bed:
Printed Date / Time:  09/20/07 · 0838

Continued....

Page:  8

**APPENDIX 619**

BAILEY 027440

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account: 20005972-517
Med. Rec. No.: (0150)390315R
Patient Name: SHRIVER, JAMES
Age: 47 YRS  DOB: 01/28/60  Sex: M   Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 08/08/07  1555
Copies to:

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

---

## FINAL AUTOPSY REPORT
### Autopsy Office (409)772-2858

Autopsy No.: AU-07-00212

**MICROSCOPIC DESCRIPTION:**
noted bilaterally.

Prostate, Slide 6, (1 H&E):
The prostate has preserved architecture without pathologic change.

Urinary bladder, Slide 9, (1 H&E):
No pathologic change.

Esophagus and Stomach, Slide 8, (1 H&E):
No squamous epithelium is identified.  No pathologic change noted.

Ileum and Jejunum, Slide 7, (1 H&E):
Sloughing of mucosal layer noted.  Otherwise no pathologic change.

Rectum, Slide 9, (1 H&E):
Sloughing of mucosal layer noted.  Otherwise no pathologic change.

SH /SH
09/14/07

Patient Name: SHRIVER, JAMES
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 09/20/07 - 0838

Continued....

Page: 9

**APPENDIX 620**

BAILEY 027441

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:15

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.:  (0150)390315R
Patient Name:  SHRIVER, JAMES
Age:  47 YRS   DOB:  01/28/60   Sex: M   Race: C
Admitting Dr.:  ARONSON MD, JUDITH F
Attending Dr.:  OUTSIDE TDCJ
Date / Time Admitted:  08/08/07   1555
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-07-00212

### CLINICOPATHOLOGIC CORRELATION:

The decedent was a 47-year-old TDC inmate with a history of schizoaffective and borderline personality disorders, hepatitis C virus, hypertension, and asthma. He had most recently presented to clinic on 6/13/2007 with complaints of breathing difficulty; no findings were present on exam, and he was discharged without treatment. In addition, he had a long history of treatment for psychiatric symptoms, had made serious suicide attempts in the past, and had just recently been discharged from Skyview Crisis Management unit for threats of self-harm and hallucination. At time of death, he reported regularly taking all prescribed medications: Ziprasidone 80mg BID, Fluoxetine 20mg QAM, Haloperidol 15mg BID, Benztropine 1mg daily, Dicyclomine 20mg BID, HCTZ 50mg daily, and aspirin 325mg daily. On August 8, 2007 at 0445, he was found unresponsive in the bunk bed of his two-man cell. The patient was taken to the infirmary where CPR attempts were unsuccessful, and he was pronounced dead at 0512.

Though there is no information regarding core body temperature at time of death or the exact ambient temperature of his unit, there is cause to suspect hyperthermia. Heat elimination by radiation ceases when the ambient temperature rises above body temperature, and the patient had been placed in a unit without air-conditioning in the summer heat and humidity. More compelling are his prescribed medications, many of which are known to cause temperature dysregulation, permitting hyperthermia. In addition to causing drug induced syndromes like neuroleptic malignant and serotonin syndromes, antipsychotic and antidepressant medications impair heat tolerance, perhaps by reducing the ability to transfer heat from the body core to periphery. Other medications indicated in the development of hyperthermia include anticholinergic agents such as Benztropine, Dicyclomine, and antihistamines that impair the sweating mechanism. Sympathomimetic drugs such as cocaine and amphetamines can increase body temperature, and diuretics may cause volume depletion and limit the ability to sweat and adjust cardiac output.

A significant number of heat-related deaths do not directly result from hyperthermia but from stress fatally exacerbating underlying medical disease. Though his coronary arteries were patent without noticeable atherosclerosis, his heart was heavy at 410 gm with evidence of ischemic change on microscopy. EKG in 2004 reported a nonspecific ST abnormality. All heart sections demonstrated mild edema, scattered wavy fibers and contraction banding, and minimal-to-moderate fibrosis. The myocardial veins were distended, and the small arteries demonstrated hyalinization, thickened intima, and obscured internal elastic lamina. Even with these relatively unimpressive findings, the added stress of heat could compound the potential for dysrhythmia, heart failure, seizure, or shock. In many heat-related deaths, findings are non-specific, and diagnosis is based on scene investigation and circumstances surrounding death.

Patient Name:  SHRIVER, JAMES
Patient Location: AUTOPSY
Room/Bed:
Printed Date / Time:  09/20/07 - 0838

Continued....

Page:  10

47 YRS   DOB: 01/28/60   Sex: M   Race: C
Admitting Dr.:  ARONSON

**APPENDIX 621**

BAILEY 027442

Scanned by BYRD, REBECCA in facility BYRD on 10/15/2007 11:16

**Attorney Eyes Only for PHI**

Patient Account:  20005972-517
Med. Rec. No.: (0150)390315R
Patient Name:  SHRIVER, JAMES
Age:   47 YRS   DOB: 01/28/60   Sex: M      Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted :   08/08/07  1555
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

---

## FINAL AUTOPSY REPORT

**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-07-00212**

### CLINICOPATHOLOGIC CORRELATION:

These patients are often dehydrated, a condition that can be detected by vitreous fluid electrolytes and urea nitrogen analysis. However, careful analysis is needed as post-mortem levels in vitreous fluid demonstrate a gradual decline in sodium and chloride and a linear increase in potassium. Expected concentrations are: sodium 140-145 mEq/L, chloride 115-125 mEq/L, and urea nitrogen 10-15 mg/dL.  Elevated sodium > 150-165 mEq/L, chloride > 125-140 mEq/L, and urea nitrogen > 40-00 mg/dL are considered indicative of dehydration.  This patient's vitreous revealed sodium 124 mEq/L and chloride not measured.  His carbon dioxide content was 12.7 mEq/L, a value that is within expected range and remains stable during the post-mortem interval. Potassium exits the cells rapidly after death and is reflected as a gradual, linear rise in vitreous; this rise is most impressively influenced by ambient temperature during the postmortem interval.  The patient's potassium concentration was 10.7 mEq/L, a value lower than expected.  In conjunction with his lower sodium value, this may indicate a "low-salt" or "hypotonic" pattern of electrolyte abnormality, most often a result of fatty metamorphosis or cirrhosis of the liver.  Indeed, this patient was hepatitis C seropositive.

In summary, prior abnormal EKG and the signs of ischemia in the myocardium, with small vessel abnormalities, suggest arrythmia as a cause of death.  The medication history and otherwise vague anatomic findings point to hyperthermia as a contributing factor in this patient's death.  It is our opinion that the cause of death is cardiac arrythmia, with likely temperature dysregulation, and the manner of death is natural.

References:
Dolinak, D, Matshes EW, and Lew, EO. Forensic pathology: principles and practice. Burlington (MA): Elsevier; 2005.

Coe, JI. Postmortem chemistry update: Emphasis on forensic application. American Journal of Medical Pathology, 14:2. 1993.

SH /SH
09/14/07

DANIEL F. COWAN, M.D., PATHOLOGIST
DANIEL F. COWAN, M.D., PATHOLOGIST
09/18/07

(Electronic Signature)

Patient Name:  SHRIVER, JAMES
Patient Location: AUTOPSY
Room/Bed:   .
Printed Date / Time:   09/20/07 - 0838

Page:  11

### END OF REPORT

**APPENDIX 622**

BAILEY 027443

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 20

DECLARATION OF **JILL LEWIS**

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Emergency Action Center Department within the Executive Administration Services Division, a part of the Texas Department of Criminal Justice ("TDCJ"). I have been requested to provide true and correct copies of the Administrative Incident Review for Offender Dionicio Robles, TDCJ # 1443175. Attached are true and correct copies of the responsive records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Jill Lewis and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the 13ᵗʰ day of June, 2016.

Jill Lewis
Program Supervisor, Emergency Action Center
Texas Department of Criminal Justice

**APPENDIX 624**

SEP 7 2007

EAC

**Administrative Incident Review**
Incident Number: I-09697-08-07

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## JAMES H. BYRD UNIT
### August 23, 2007

AUG 2007

| | |
|---|---|
| **TO:** | Emergency Action Center |
| **THRU:** | Robert Treon – Region I Director |
| **FROM:** | Diana Kukua – Senior Warden |
| **SUBJECT:** | Offender Death |
| **PERSONS INVOLVED:** | Offender #1443175 Dionicio Robles (H/M/54/MH) 60 Yrs for Possession of Child Pornography from Victoria County, Texas |

**SUMMARY:**
On August 13, 2007, at about 5:00 a.m., Officer James Buchanan was conducting a security walk of A1 Row and found Offender #1443175 Dionicio Robles unresponsive in A1-10 cell. Offender Robles was on the top bunk and was lying on his side with his face in the mattress. Officer Buchanan went to the front of 'A' Building and told Officer Kenneth Hughes to call for help. Security and medical staff arrived to A1-10 cell and Offender Robles was evaluated and placed on a gurney. CPR was begun on Offender Robles as he was taken to the Infirmary. Once in the Infirmary an Automatic Electronic Defibrillator (AED) was used and medical staff called Walker County EMS. Paramedics arrived and evaluated Offender Robles before calling Huntsville Memorial Hospital (HMH). Dr. Kalil at HMH Emergency Services ordered CPR to stop and pronounced Offender Robles deceased at 5:25 a.m. The Duty Warden, Warden, OIG, Regional Director, Justice of the Peace, and the Chaplain were notified about the death. A1-10 cell was closed pending an OIG investigation and statements were taken from staff and offenders in the area. Evidence was secured for OIG and photographs were taken of Offender Robles and A1-10 cell. Irma Robles (sister) was notified as the next of kin and Offender Robles' body was removed by Huntsville Funeral Home.

Offender #1443175 Dionicio Robles arrived at the Byrd Unit on August 3, 2007, from Crisis Management at the Jester IV Unit. He was evaluated by the Byrd Unit Outpatient Mental Health Services on August 9, 2007. Offender Robles was a 54 year old (DOB 03/30/1953) Hispanic male, who was taken into TDCJ custody on July 16, 2007, at the Garza West Unit. He was a Mental Health custody offender who suffered from Major Depressive Disorder, and was prescribed the psychotropic medications Celexa (Citalopram) and Thorazine (Chlorpromazine) at the time of his death.

According to UTMB medical records, Offender Robles was evaluated at Garza West on July 16, 2007. The medical records indicated that Offender Robles reported that he had a history of throat cancer and radiation, and also that he had a problem with sweating. Also per UTMB medical records, Offender Robles had a positive history of head trauma and loss of consciousness stemming from a past car accident. Offender Robles' ex-wife Lyn Robles contacted Warden Kukua at the Byrd Unit on August 14, 2007, to question whether UTMB had records of Offender Robles' medical history. She reported that Offender Robles had been diagnosed with hyperhydrosis (excessive sweating) in the freeworld, and had undergone surgery in the late 1980's or early 1990's to remove the sweat glands in his chest and underarm areas. Ms. Robles was referred to UTMB. Per UTMB records, medical staff at Garza West requested copies of the offender's medical records from Citizens Hospital-Victoria on July 18, 2007, and it is unknown as to whether these were received.

Officer Sharon Weathersby was assigned to A1-4 rows on August 11, 2007, on Second Shift. She stated she did not know about any offender that was in distress.

Officer Raymond Ybarra was assigned to A-Wing Picket on August 11, 2007, on Second Shift. He stated he did not have any offenders complain to him about being sick.

**APPENDIX 625**

McCollum 001854

Officer Tamika Holman was assigned to A1-4 rows on August 12, 2007, on First Shift. She stated Offender Robles did not mention anything to her about being overheated.

Officer Sherry Cormierepps was assigned to A-Wing Picket on August 12, 2007, on First Shift. She stated no offender complained about any type of heat stress.

Officer Joyce Jasso was assigned to A-Wing Picket on August 12, 2007 on Second Shift. She stated she let an Hispanic offender (Offender Robles) out of A1-10 cell to stand in front of a row fan. Officer Jasso stated the offender began socializing with other offenders, and he was returned to his cell.

Officer Melanie Adams was assigned to A1-4 Rows on August 12, 2007, during the Second Shift. She stated she was called to A1-10 cell at approximately 7:00 p.m., and Offender Robles complained of the heat and feeling sick. Officer Adams stated that medical staff was gone for the day, so she pulled the offender out to speak with a supervisor. She stated that she met Sergeant Rosado in A-Hallway and he instructed her to allow Offender Robles to sit in front of the row fan to cool off. Officer Adams stated Offender Robles sat in front of the fan for about two (2) hours and appeared to be better, because he was talking to another offender on the row. Officer Adams stated Offender Robles returned to his cell without anymore complaints about the heat.

Sergeant Ariel Rosado was assigned to duties on Second and Third shifts on August 12, 2007. He stated that Offender Robles complained to him about "feeling hot." He stated Offender Robles was walking "fine (not walking strangely)" and he instructed the offender to drink cool water and sit in front of the fan. He stated that he (Sgt. Rosado) then cleared the count and went to complete paperwork.

Officer James Buchanan was assigned to A1-4 Rows on August 12, 2007, on Third Shift. He stated he did not have any problems all night until he went to check on offenders who did not go to breakfast. Officer Buchanan stated he found Offender Robles at about 4:40 a.m., unresponsive in A1-10 cell. Officer Buchanan stated he went to get help and waited until security and medical staff arrived to assist. Officer Buchanan stated he and Officer Hughes removed Offender Robles from the top bunk and placed him on a gurney. Officer Buchanan stated Offender Robles was evaluated by medical staff and taken to the Infirmary.

Officer Kenneth Hughes was assigned to the Dining Hall on August 12, 2007, on Third Shift. He stated that he was feeding breakfast, and Officer Buchanan told him there was an unresponsive offender in 'A' Building. Officer Hughes stated he secured the Dining Hall, informed Sergeant Rosado about the unresponsive offender, and proceeded to 'A' Building. Officer Hughes stated he could not get a response from the Infirmary and he ran to get medical help and a gurney. Officer Hughes stated he and Officer Buchanan removed Offender Robles from the cell and placed him on a gurney. Officer Hughes stated medical staff initiated CPR on Offender Robles and he was taken to the Infirmary.

Officer Chris Singletary was assigned to A-Wing Picket on August 12, 2007, on Third Shift. He stated he opened the cell doors at about 4:50 a.m., for breakfast. Officer Singletary stated Officer Buchanan was walking A1 Row and yelled to Officer Hughes there was an unresponsive offender. Officer Singletary stated Officer Hughes yelled for Lieutenant Duke and Sergeant Rosado, and they arrived with medical staff.

Officer Douglas DuBose was assigned to A-Wing Hallway on August 12, 2007, on Third Shift. He stated he heard Officer James Buchanan tell Officer Kenneth Hughes there was an unresponsive offender in A1-10 cell.

Lieutenant Mark Duke stated he responded at about 5:00 a.m., to a call for help from 'A' Building. Lieutenant Duke stated he saw Offender Robles lying facedown on the top bunk of A1-10 cell. Lieutenant Duke stated medical staff arrived and wanted Offender Robles removed from the cell and onto a gurney. Lieutenant Duke stated Offender Robles was taken to the Infirmary while CPR was being conducted. Lieutenant Duke stated medical staff utilized an AED on Offender Robles, and paramedics arrived and

McCollum 001855

called HMH. Lieutenant Duke stated Dr. Kalil at HMH Emergency Room pronounced Offender Robles deceased at 5:25 a.m..

Offender #1445351 Dale Crunk was assigned to A1-10B cell on August 13, 2007. He stated he moved into the cell on August 10, 2007, and Offender Robles complained about the heat all weekend. Offender Crunk stated Offender Robles complained to the officers and he was removed from the cell to cool off. Offender Crunk stated he talked to Offender Robles on August 12, 2007, while the officers were processing the chain. He stated he talked to Offender Robles again at 2:00 a.m. on August 13, 2007, when Offender Crunk went for insulin. Offender Crunk stated Offender Robles was snoring at 2:00 a.m., and the next time he checked at breakfast he would not wake up.

Offender #1048060 Andre Watson was assigned to A1-19T cell on August 13, 2007. He stated Offender Robles was having some health problems, and an offender in A1-09 cell called for help. Offender Watson stated the officers let Offender Robles out to stand in front of the row fan and he looked weak when he returned to his cell.

Offender #1429705 Jimmy Hill was assigned to A1-09B cell on August 13, 2007. He stated Offender Robles had been complaining for two (2) days and he called for the officer. Offender Hill stated Offender Robles was let out to stand by the hall fan to cool off.

Offender #1441049 Robert Torres was assigned to A1-11B cell on August 13, 2007. He stated Offender Robles had been complaining about the heat and the officer let him sit by the fan for about an hour.

Offender #603716 John Lopez was assigned to A1-09 cell on August 13, 2007. He stated Offender Robles had been complaining about the heat for the past three (3) days. Offender Lopez claimed that Offender Robles was denied going to the Infirmary on August 12, 2007, but stated that the officer let him (Offender Robles) sit by the row fan.

Chaplain William Silvey stated he arrived at the Byrd Unit at 6:30 a.m., to begin his Death Packet Worksheet. Chaplain Silvey stated he called Irma Robles (sister), but he had to leave a message on her answering machine. Chaplain Silvey stated he made contact with Ms. Robles at 8:30 a.m., and Ms. Robles stated she wanted to claim the body.

Property Officer C. Hicks reported that Offender Robles did not have any property.

## EMPLOYEE ACTION/INACTION:
Security and medical staff acted immediately and appropriately when notified of the emergency situation on August 13, 2007. On August 12, 2007, Second Shift Officer Melanie Adams responded to Offender Robles' complaint of feeling hot and sick by removing him from his cell and sending him to speak with a supervisor (Sergeant Ariel Rosado). Officer Melanie Adams acted appropriately and in accordance with security protocols. Sergeant Rosado was taking count when Offender Robles' reported to him at the Desk. Sergeant Rosado stated that Offender Robles' told him that he was hot, but never stated that he was sick or needed medical assistance. He also stated that Offender Robles' did not display any of the heat illness symptoms as described in the TDCJ Heat Training. Sergeant Rosado further stated that he instructed Offender Robles to go back to the cellblock and drink water. He stated he also instructed the offender to stand in front of the fan. Sergeant Rosado acted in good faith and in accordance with heat training procedures. Offender Robles was allowed to drink water and stand in front of the fan for about two hours, before he began to talk with other offenders in the area and was returned to his cell. According to staff, Offender Robles made no further complaints during the Second and Third Shifts. The outside temperature at 5:00 a.m. was 76.9 degrees with a relative humidity of 58%, and a heat index of 76 degrees. There were no apparent criminal acts involved in this incident, and the cause of death is undetermined at this time. Heat training has been reiterated at the Byrd Unit. The Byrd Unit medical department has also instituted a plan for ensuring that offenders who are on psychotropic medications are given a heat illness card upon intake and/or at the pill window. This plan will be in place by Monday, August 27, 2007. It should be

McCollum 001856

noted that although Offender Robles' death has not been indicated to be heat related, the unit has implemented these steps as extra precautions.

**ATTACHMENTS:**
- TNG-93 for I-09697-08-07
- Email 345242 – Initial EAC Notification
- Email 389129 – Notification to Classification
- Email 344702 – Notification of Offender Death from UTMB
- Statement of Officer Tamika Holman
- Statement of Officer Sherry Cormierepps
- Statement of Officer Sharon Weathersby
- Statement of Officer Raymond Ybarra
- Statement of Officer Joyce Jasso
- Statement of Officer Melanie Adams
- Statement of Sergeant Ariel Rosado
- Statement of Officer James Buchanan
- Statement of Officer Kenneth Hughes
- Statement of Officer Chris Singletary
- Statement of Officer Douglas DuBose
- Statement of Lieutenant Mark Duke
- Statement of Offender 1445351 Dale Crunk (A1-10B)
- Statement of Offender 1048060 Andre Watson (A1-19T)
- Statement of Offender 1429705 Jimmy Hill (A1-09B)
- Statement of Offender 1441049 Robert Torres (A1-11B)
- Statement of Offender 603716 John Lopez (A1-09T)
- Statement of Chaplain William Silvey
- Statement of Officer Carmesha Hicks (Unit Property Officer)
- Copy of PROP-05 for Offender 1443175 Dionicio Robles
- Chaplain's Offender Death Notification Worksheet
- Email – Chaplain's Death Notification
- IMF-MEDI/ASGN/COMM for Offender Robles
- UCR-01/02/04/07 for Offender Robles
- Transport Authorization for Offender Remains
- Death Packet Timeline Worksheet
- Justice of the Peace – Order for Autopsy
- Justice of the Peace – Report of Custodial Death
- Daily Temperature Log for August 12, 2007
- Roster of A1 Row for August 13, 2007
- Copy of Third Shift Roster for August 12, 2007
- EMR Notes for Offender Robles
- Four (4) Photographs of A1-10 Cell
- UTMB Intake History and Health Screening Report (Scanned on 7/18/07)
- UTMB Report of Physical Exam (Dated 7/18/07)
- UTMB Clinic Notes – Nursing (Dated 7/21/07)

**ADMINISTRATIVE REVIEW:**
**Senior Warden's Comments:**
This incident involved the death of a newly received Transient offender at the Byrd Unit. Offender #1443174 Dionicio Robles arrived at the Byrd Unit on August 3, 2007, from Crisis Management at the Jester IV Unit. Security staff found the offender unresponsive in his cell, and immediately notified medical and a supervisor. The offender failed to respond to resuscitation attempts made by unit medical and freeworld paramedics. He was pronounced deceased by an HMH Physician via EMS paramedics, and notifications to key personnel and departments were made. Offender Robles was a mental health patient

McCollum 001857

with a history of Major Depressive Disorder, and was prescribed the psychotropic medications Celexa and Thorazine at the time of this death. He also had a self-reported and unconfirmed history of throat cancer, head trauma, and problems with his sweat glands. Security and medical staff responded immediately and appropriately upon notification of this medical emergency, and there was no suspected criminal activity involved in the offender's death. Offender Robles' complaints of feeing "hot" during the Second Shift on August 12, 2007, were handled in good faith and in accordance with established heat training and security protocols by security staff. The offender did not ask for medical assistance, and according to the supervisor did not show symptoms of a heat related illness. It should be noted that the Byrd Unit security staff routinely make off-unit medical transports after hours. The absence of medical staff on the unit would not have prevented this offender from receiving medical attention, if the need had been conveyed or obvious to security staff. It is not known if the offender's alleged medical history of sweat gland removal may have contributed to this incident. The preliminary cause of death was listed as unknown, and the UTMB autopsy reported is pending at the time of this review. The Byrd Unit shall continue in its endeavors to provide a safe and secure environment for staff and offenders.

Signature and Date: _____ 8/23/07

Regional Director Comments:

Signature and Date: _____ 9-20

# Texas Department of Criminal Justice
# CORRECTIONAL INSTITUTIONS DIVISION
# *REGION I DIRECTOR'S*

## ADMINISTRATIVE REVIEW COMMENTS
Incident Report #I-09697-08-07

II. Region I Director's Comments:

- All staff actions, as outlined in the Administrative Review, were within Agency Policy and Procedures

- 90-day review is not recommended.

_____
*Regional Directors Signature*

_____
*Date*

*jl RT*

**APPENDIX 630**

McCollum 001859

# ADMINISTRATIVE REVIEW
## CHECK LIST

| | |
|---|---|
| UNIT | Byrd |
| INCIDENT # | I-09697-08-07 |
| DATE OF INCIDENT | 8/13/07 |
| DATE RECEIVED | 8/27/07 |
| DATE FORWARDED | 8/29/07 |
| DUE DATE | 9/10/07 |

## CONTENTS

☒ A. A review of the circumstances of the incident;

☒ B. The persons involved;

☒ C. Events leading up to and following the incident;

☒ D. A consideration of whether the actions taken were consistent with Agency Policies and Procedures;

☒ E. A review of whether lesser alternative means of managing the situation were available;

☒ F. An identification of actions, if any, that could be taken to avoid future incidents of a similar nature and identification of training needs;

☒ G. A determination of whether substandard employee conduct was a factor in the incident;

☐ H. Corrective action taken;

☐ I. Escape information (as described in Attachment C);

☒ 1. Mainframe e-mail messages sent to the EAC (daily lockdown updates are excluded);

☒ 2. Emergency Action Center Incident Report (TNG-93);

☒ 3. Employee and Offender Statements;

☒ 4. Photographs;

☒ 5. Travel cards (excluded when seven (7) or more offenders are involved);

☐ 6. Offender Protection Investigation Report (SSP-116) and;

☒ 7. If any offender death is involved, Transport Order, Autopsy Order and Custodial Death Report: (These forms are found as attachments to AD-03.29, "TDCJ Procedures to be followed in case of Offender Death")

Reviewer's Signature: _____     Date: 8/29/07 _____

**APPENDIX 631**

McCollum 001860

# EMERGENCY ACTION CENTER

# SERIOUS INCIDENT REPORT FORM

**EAC # I-09697-08-07**

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | DU | 8.13.07 / 0744 | Lieutenant T. Franklin |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 8.13.07 / 0500 | A1-10 cell | no | no |

WAS THE INCIDENT RACIALLY MOTIVATED?  ☐ YES    ☒ NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| n/a | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?    ☐ YES    ☒ NO

## OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A – V |
|---|---|---|---|---|---|---|
| Dionicio Robles | 1443175 | H/M | 54 | MH | Undetermined | n/a |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL ?    ☐ YES    ☐ NO    NAME OF HOSPITAL: _____

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A – V |
|---|---|---|---|---|---|---|
| Dionicio Robles | 1443175 | H/M | 54 | MH | Undetermined | n/a |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED: **8.13.07 / 0525**

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED: **Dr. Kalil (HMH)**

PRELIMINARY CAUSE OF DEATH: **undetermined**

MOTIVE FOR ASSAULT/DEATH: **n/a**

NEXT OF KIN NOTIFIED ?    ☒ YES    ☐ NO          DATE/TIME/BY WHOM: **8.13.07 / 0830**

HUNTSVILLE FUNERAL HOME NOTIFIED:    ☒ YES    ☐ NO          DATE/TIME/BY WHOM: **8.13.07 / 0700**

JUSTICE OF PEACE NOTIFIED:    ☒ YES    ☐ NO          DATE/TIME/BY WHOM: **8.13.07 / 0550**

**APPENDIX 632**                    McCollum 001861