IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?   ☐ YES   ☒ NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?   ☐ YES   ☒ NO

# WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL): <u>n/a</u>

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| n/a    |      |               |
|        |      |               |
|        |      |               |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?   ☐ YES   ☒ NO

# SUMMARY OF INCIDENT

** see attached email

PREPARED BY: <u>Captain M. Wilson</u>        DATE: <u>8.13.07</u>

**APPENDIX 633**

McCollum 001862

```
********************************************************************************
*** REQUESTOR: OULTS03 - BYRD UNIT LIEUTENANTS BYRD UNIT            ***
********************************************************************************
***              S Y S M   I N B A S K E T   P R I N T
MESSAGE ID: 345342      DATE: 08/13/07   TIME: 09:42am  PRIORITY: 000

TO:        OULTS03 - BYRD UNIT LIEUTENANTS/SGTS
           3RD SHIFT LIEUTENANTS/SGTS
           BYRD UNIT
           HUNTSVILLE




FROM:      OULTS03 - BYRD UNIT LIEUTENANTS/SGTS
           3RD SHIFT LIEUTENANTS/SGTS
           BYRD UNIT
           HUNTSVILLE




SUBJECT:   I-09697-08-07


*** Sent by Alternate User "KIBUZ690" for "OULTS03" ***
TO:        EMERGENCY ACTION CENTER
FROM:      BYRD UNIT
SUBJECT:   I-09697-08-07
AUTHOR:    LT. M. DUKE

OFFENDER INFO:    ROBLES JR., DIONICO TDCJ-ID #1443175 A 54 YEAR OLD
                  HISPANIC MALE, SERVING 3-20 YEARS FOR ONLINE SOL
 0                OF A MINOR, AND 7-10 YEARS FOR POSS OF CHILD PORN
                  FROM VICTORIA.
SUMMARY:  AT APPROXIMATELY 0500 HOURS OFFENDER ROBLES JR., DIONICO
#1443175 WAS FOUND UNRESPONSIVE IN HIS ASSIGNED CELL OF A-1-10 CELL.
THE OFFENDER WAS FOUND BY OFFICER JAMES BUCHANAN CO 4.  OFFICER
BUCHANAN THEN CALLED FOR ASSISTANCE.  LT. M. DUKE, AND OFFICER R.
HUGHES CO4 RESPONDED ALONG WITH RN. KINARD FROM MEDICAL.  THE OFFENDER
WAS LYING ON HIS SIDE, WITH HIS FACE DOWN IN THE MATTRESS.  MS. KINARD
ORDERED THE OFFENDER REMOVED FROM THE TOP BUNK AND PLACED ONTO THE
GURNEY.  LT. DUKE ALONG WITH OFFICERS HUGHES AND BUCHANAN THEN PICKED
THE OFFENDER UP FROM THE TOP BUNK AND CARRIED HIM TO GURNEY.  AFTER THE
OFFENDER WAS PLACED ONTO THE GURNEY, MS. KINARD STARTED CPR ON THE
OFFENDER.  THE GURNEY WAS THEN ROLLED TO THE UNIT INFIRMARY.  UPON
ARRIVAL AT THE UNIT INFIRMARY MS. KINARD THEN UTILIZED THE AED ON THE
OFFENDER.  WALKER COUNTY EMS THEN ARRIVED AT THE UNIT INFIRMARY.  EMT-P
G. TURNER, AND EMT-P R. LENORMAN.  EMT-P TURNER CALLED HUNTSVILLE
MEMORIAL HOSPITAL EMERGENCY ROOM, AND SPOKE TO DR. KALIL, WHO
PRONOUNCED THE OFFENDER DEAD AT 0525 HOURS.  WARDEN R. KUKUA WAS
NOTIFIED AT 0505.OIG BRENT BUXMAN ARRIVED AT 0500 HOURS. CHAPLIN SILVEY
WAS NOTIFIED AT 0545 HOURS.  JUSTICE OF THE PEACE R. DUNCAN WAS
NOTIFIED AT AT 0550 HOURS.REGIONAL DIRECTOR MR. TREON WAS NOTIFIED AT
0545 HOURS HUNTSVILLE FUNERAL HOME WAS NOTIFIED AT 0700 HOURS. THERESA
```

**APPENDIX 634**

McCollum 001863

LT. N. DUKE
3RD SHIFT HIPO UNIT.

Sent to:    DUEAC                        (list)                        (is)

McCollum 001864

```
***********************************************************************
***  REQUESTOR: DUCPT01 - BYRD UNIT BUILDING CA BYRD UNIT           **
***********************************************************************
***           S Y S M   I N B A S K E T   P R I N T               **

MESSAGE ID: 339132       DATE: 08/13/07  TIME: 02:27pm  PRIORITY: 000

TO:           DUCPT01 - BYRD UNIT BUILDING CAPTAINS
              BUILDING CAPTAINS
              BYRD UNIT
              HUNTSVILLE




FROM:         DUCLS27 - BYRD UNIT CLASSIFICATION
              CLASSIFICATION
              BYRD UNIT
              HUNTSVILLE




SUBJECT:   OFFENDER DEATH-BYRD UNIT


*** Sent by Alternate User "DBU6354" for "DUCLS27" ***
THIS IS OFFICIAL NOTIFICATION OF THE DEATH OF OFFENDER #1483175
DIONICIO ROBLES JR.  OFFENDER ROBLES WAS PRONOUNCED DECEASED AT THE
BYRD UNIT AT 0525 HOURS ON 08/13/07 BY JUSTICE OF THE PEACE RICHARD
DUNCAN.


THIS NOTIFICATION IS FOR THE BUREAU OF CLASSIFICATION AND RECORDS.


AUTHORITY: WARDEN D. KUKUA
           BYRD UNIT


THANK YOU,
DEBBIE BUCKNER
DU-CUC

Sent to:    CLI2585            LITTLEJOHN, CHERIE           (to)
            CMC3562            MCMILLIAN, CAROLYN           (to)
            DUWAR01            BYRD UNIT SENIOR WARDEN      (to)
            DUWAR02            BYRD UNIT ASST WARDEN        (to)
            DUMAJ00            BYRD UNIT MAJOR              (to)
            DUCPT00            BYRD UNIT ADMIN CAPTAINS     (to)
            DUCPT01            BYRD UNIT BUILDING CAPTAINS  (to)
            DUCPT03            BYRD UNIT DISPLINARY CAPTAINS (to)
            DUREC00            BYRD UNIT RECORDS            (to)
```

**APPENDIX 636**              McCollum 001865

```
*******************************************************************************
*** REQUESTOR: BUCPT01 - BYRD UNIT_BUILDING CA BYRD UNIT                    ***
*******************************************************************************
***                    S Y S M   I N B A S K E T   P R I N T               ***
```

MESSAGE ID: 344703T      DATE: 08/13/07  TIME: 12:48pm  PRIORITY: 000

TO:          BUCPT01 - BYRD UNIT_BUILDING CAPTAINS
             BUILDING CAPTAINS
             BYRD UNIT
             HUNTSVILLE


FROM:        DUWAR01 - BYRD_UNIT_SENIOR WARDEN
             WARDEN, SENIOR
             BYRD UNIT
             HUNTSVILLE



SUBJECT:     OFFENDER DEATH


*** Sent by Alternate User "DKU3033" for "DUWAR01" ***
*** Original Author:  TPU1858 - PURSLEY, TERRI; 08/13/07 08:33am

OFFENDER # 1443185, DIONICIO ROBLES PASSED AWAY THIS MORNING AT THE
BYRD FACILITY.  EMS ARRIVED, CALLED HUNTSVILLE MEMORIAL HOSPITAL AND
SPOKE TO DR. KALIL WHO PRONOUNCED HIM DEAD AT 5:25 A.M.

TERRI PURSLEY, ADMINISTRATIVE ASSOCIATE, BYRD FACILITY

*** Comments From: DUWAR01 - BYRD_UNIT_SENIOR WARDEN; 08/13/07 12:48pm

Sent to:     BUWAR02          BYRD_UNIT_ASST WARDEN          (to)
             BUMAJ00          BYRD_UNIT_MAJOR                (to)
             BUCPT01          BYRD_UNIT_BUILDING CAPTAINS    (to)
             BUCPT02          BYRD_UNIT_DISPLINARY CAPTAINS  (to)
             BULTS00          BYRD_UNIT_LIEUTENANTS/SGTS     (to)
             BULTS02          BYRD_UNIT_LIEUTENANTS/SGTS     (to)
             BULTS02          BYRD_UNIT_LIEUTENANTS/SGTS     (to)
```

Texas Department of Criminal Justice

## Inter-Office Communications

To _Whom it may concern_     Date _8/13/07_

From _Ofc. Holman_     Subject _Offender Robles #_

On August 13,07 while working
1-4. Offender Robles # 1443175
didnt mention to Ofc Holman anything
about being hot, overheated
or any medical problems.

Tamicka Holman
Tamicka Holman Coll
8/13/07

SO-4

**APPENDIX 638**          McCollum 001867

Texas Department of Criminal Justice

# Inter-Office Communications

To _First Shift Supervisor_  Date _13 August 2007_

From _S. Cormier pps_  Subject _As Noted_

While assigned to "A" Picket on 12 August 2007, at no time did any offender complain to me Officer Cormier pps ⟍⟋about any heat injuries

**APPENDIX 639**  McCollum 001868

Texas Department of Criminal Justice

# Inter-Office Communications

To _Cpt Wilson_     Date _8-16-07_

From _Officer Weatherby_     Subject _____

On 8-11-07 Officer Weatherby worked in a building on runs 1-4 I do not recall an inmate telling me that he was in distress.

McCollum 001869

Texas Department of Criminal Justice

# Inter-Office Communications

To _Capt. Wilson_      Date _8-13-07_

From _Officer R. YBARRA CO II_ Subject _Offender Death_

    I officer R. YBARRA was working A-picket on 8-11-07. Officer Weathersby was 1 thur 4 and officer Fields 5 thur 8. No offender's did ever complain that were sick on our Shift.

                                Officer R. Ybarra
                                  CO II

Texas Department of Criminal Justice

# Inter-Office Communications

To _Captain Wilson_                    Date _8-13-07_

From _Jasso  CO2_                    Subject _Offender death_

On August 12, 2007, A hispanic offender in 1 row 10 cell was let out by me because he was feeling hot and sick. He had said that a supervisor told him to stand infront of the fan awhile until he was feeling better. He was out a while until he started socialing with other offenders so I was told by officier Adams to put him back in his cell.

McCollum 001871

Texas Department of Criminal Justice

## Inter-Office Communications

**To** Warden Rakun                         **Date** 08-13-07

**From** Kenneth Hughes CCIII          **Subject** Death on Trial

Warden in response to your request of what
happened on 8-13-07 at 9:00 am. I was at 3gate and
Chow hall door when officer Buchanan walked toward me
and said he had a none responsive Inmate on trav, at
the same time there where inmate's coming from A building
for chow so I slammed the chow hall door shut and
yelled down to sgt Rosado that we had a none responsive
on trav and I went to the cell block, I went
into cell and turned on the Light it was obvious the
Inmate was diceased, he was blue-stiff and had a foamy
like substance coming from his mouth and nose. I called
on the radio for the infirmary and didn't get a response, so
I Left the cell block ran down to the infirmary got the stredcher
and crash cart, took it back down to the cell block, Nurse
Kward was behind me, upon reentering the cell Lt Duke
and Nurse Kward directed myself and officer Buchanan to
Extract the inmate from the cell, combined we placed him
on the floor and I took his arms and Buchanan took his legs
and we brought him out on the row, at that time Nurse Kward
started cpr meanwhile we lifted him and placed him on the gurn
and strapped him down. We then brought him out of the cell block
and to the infirmary once there I had nothing Else to do
with the incident

Kenneth Miles
CCIII
3-11 Shift

Texas Department of Criminal Justice

## Inter-Office Communications

To _Captain Wilson_  Date _8-13-2007_

From _Officer C Singhtary_  Subject _Offender Death_

On Sunday, August 12, I was assigned to A-Building in the Picket duty post. Approximately at 4:50 A.M. I rolled the doors to 1 row to let them out to chow. Upon walking the run, Officer Buchanan yelled to Officer Hughes that there was an inmate not responding. Officer Hughes in turn yelled down to the desk to alert Lieutenant Duke and Sergeant Rosado. ~~who is~~ Lieutenant Duke, Officer Hughes and the nurse responded to the situation.

Texas Department of Criminal Justice

# Inter-Office Communications

To _Captain Wilson_          Date _8-13-07_

From _Melanie Adams_          Subject _____

On Sunday August 12, 2007 Cl officer M. Adams was assigned to work A Building 1-4 at approximately 10oclock pm. Cl was called over to 1 row 10 cell an offender was in the cell complaining of the heat and feeling sick Medical was gone for the day so Cl then pulled the offender out to go talk to a supervisor - The offender and Cl ~~met~~ met Sgt. Rosado in A Building Hallway Sgt Rosado told me to let the offend stand in front of the fan and cool off after about 2 hrs of cooling off the offender seemed to feel better he was talking to another offender in 21 cell Cl then told the offender to return to his housing in A 1-10 he never complained of any more problems after that the rest of the night. The Offender was alive untill my shift was over.

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION
### Inter-Office Communications

**TO:**   **ALL CONCERNED**          **DATE:**          08-13-07

**FROM:**  **SGT. A. ROSADO**          **SUBJECT:**       OFFENDER DEATH

On the 12th of August 2007, I was conducting the 6pm count. When I walked to A-Building to collect all of the count sheets, Ms. Adams informed me that Offender Robles Jr., Dionicio # 1443175 H / M / MH / 45, was feeling very hot, at no time did she say that he felt like he was about to pass out. I then informed her that the offender could sit by the fan until he cooled down. I then returned to the north desk where I continued to take count. About 4 to 5 minutes later offender Robles was sent to the north desk by Ms. Adams. He began complaining that he was feeling hot, but at no time did offender Robles tell me that he felt like he was about to pass out. I then instructed offender Robles to return to his building and sit in front of the fan and drink some cool water. Offender Robles said ok and thank you before returning to A-Building. As I observed Offender Robles walk back to A-Building he did not appear to display any symptoms of heat problems that I have been trained on and as indicated by my heat distress card. I then cleared the count at 7:15 PM and walked into the office to complete some paperwork and do not recall informing Lt. Stubblefield about this incident.

*Sgt. A. Rosado*

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### Inter-Office Communications

**TO:**     **ALL CONCERNED**       **DATE:**     08-13-07

**FROM:**   **SGT. A. ROSADO**       **SUBJECT:**    **OFFENDER DEATH**

     On the 12th of August 2007, I was conducting the 6pm count. When at about 7:00 PM, offender Robles Jr., Dionicio # 1443175 H / M / MH / 45, was at the north desk complaining that he was feeling hot. He was walking fine (not walking strangely). I then instructed him that medical had already left for the day, and for him to go and sit in front of the fan and drink some cool water for a few minutes. I then cleared the count at 7:15 PM and walked into the office to complete some paperwork.

*Sgt. A. Rosado*

C:\WINDOWS\DESKTOP\SECOND SHIFT\SGT. ROSADO\OFFENDER DEATH.DOC
August 13, 2007 9:05:12 AM
TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**APPENDIX 647**       McCollum 001876



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _____

GIVEN THIS DATE: _____ AT _____ O'CLOCK ☐ AM ☐ PM

My name is: _____

Date of birth: _____  I can be contacted at telephone number: ( )

and at address: _____

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

I officer Buchanan on 8-12-07 was assigned to A-Bldg 1 thru 4 row. I arrived at my duty post at 9:58 p.m. and performed a security check at this time. At 10:30 p.m. I performed a count of A-Bldg which was cleared. All Offenders in A-Bldg were responsive at this time. At Approximatly 10:49 p.m. I notified all offenders who were on the list for outgoing chain and was able to do a security check on 1 thru 4 row at this time. I began to pass out layins to all offenders who would recieve a layin and started

**Subscribed And Sworn To Before Me By:**

_____
Signature

_____
Printed Name

On this the _____ day of _____
Notary Public In and For The State of Texas

*OR*

Witness: _____ _____
Signature                          Police Officer's Signature

_____ _____
Printed Name                      Printed Name, Rank, and ID Number

**Page** _____ of _____

**APPENDIX 648**

McCollum 001877

## Office of the Inspector General
### (Continuation)

Written Statement of: _this around 11:35 p.m. At this time I was able to do a security check on rows 1 thru 4. I performed a count at 12:30 Am which was cleared thru the North Desk. I was able to do a security check at this time and all offenders were responsive. At 1:25 Am I did a bedbook count all offenders were accounted for and responsive. At 2:15 Am I performed a security check on rows 1 thru 4 all offenders were accounted for and responsive. At 2:40 Am I performed a count on rows 1 thru 4 all offenders were accounted for and responsive at this time. I performed a security check at 3:15 a.m. before A-Bldg began feeding Chow. We started Chow for rows 1 thru 4 by feeding 3 and 4 row first. 3 and 4 row returned from chow and were placed in there housing area. At 4:40 a.m. the doors were opened for 1 row to eat chow aprrox 5 offenders on the row did not leave there assigned housing area. I walked the run_

**Subscribed And Sworn To Before Me By:**

_____
Signature

_____
Printed Name

On this the _____ day of _____
Notary Public In and For The State of Texas

*OR*

Witness: _____     _____
Signature                                  Police Officer's Signature

_____     _____
Printed Name                               Printed Name, Rank, and ID Number

**Page** _____ of _____

**APPENDIX 649**

McCollum 001878

**Office of the Inspector General**

**(Continuation)**

Written Statement of: and used my flashlight to gain response from offenders who had not left there assigned house. When I approached 1 row 10 cell I flashed my light at the offender and got no response I then said to the offender "Hey are you ok" and there was no response from the offender. I moved close to the offender and yelled "Are you ok" and got no response from the offender. At this time I walked to the front of the run and told officer Hughes to notify Lt. Duke that I had a offender that was unresponsive. I returned to the offenders cell and awaited assistance from other officers. The offender was on the top bunk and myself and officer Hughes lifted him down to the gurney below. The offender was assesed by unit nurse and taken to the infirmary for evaluation. I returned to my normal duty

**Subscribed And Sworn To Before Me By:** _____

_____
Signature

_____
Printed Name

On this the _____ day of _____

_____
Notary Public In and For The State of Texas

*OR*

Witness: _____          _____
Signature                                    Police Officer's Signature

_____          _____
Printed Name                              Printed Name, Rank, and ID Number

**Page** _____ of _____

CC-0355 (07/2005)

**APPENDIX 650**          McCollum 001879

Texas Department of Criminal Justice

## Inter-Office Communications

To 3rd Shift Supervisors          Date 8.13.07

From Officer D. DeBose          Subject Incident Statement

Please be advised that on Monday August 13, 2007 at 4:50 am
at a Building hall corridor 1 row, Officer D. DeBose opened
hall door on 1 row for breakfast chow, when Officer J.
Buchanan announced to Officer K. Hughes (who was located at #7
crash gate) that there was a non-responsive offender on
1 row, 10 cell.

**APPENDIX 651**          McCollum 001880

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### Inter-Office Communications

**TO:** **ALL CONCERNED**      **DATE:** **08-13-07**

**FROM:** **LT. MARK A. DUKE**      **SUBJECT:** **OFFENDER DEATH**

On 08-13-07, at approximately 0500 hours, I responded to a call from A Building that an Offender not responding to the Officers. Upon arrival at A-1-10 cell, I saw Offender Robles, Dionicio Jr. #1443175 was lying on the top bunk, face down. Officers K. Hughes co4 and J. Buchanan co4 were present. RN Kinard responded from Medical. Ms. Kinard ordered the offender to be removed from the bunk; myself along with Officers Hughes, and Buchanan picked the offender off the bunk and onto a gurney. Ms. Kinard then started to conduct CPR on the offender. We then rolled the Offender down the hallway to the unit infirmary. Upon arrival in the Infirmary, Ms. Kinard utilized the AED on the Offender. Walker County EMS soon arrived, with EMT-P Turner and LeNorman on board the ambulance. Mr. Turner then contacted DR. Kalil at the Huntsville Memoral Hospital who then pronounced the Offender Dead at 0525 hours.

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**CORRECTIONAL INSTITUTIONS DIVISION**
**Inter-Office Communications**

TO: _Wilson Captain_   DATE: _Monday 20 Aug 2007_

FROM: _Dale R. Crunk_   SUBJECT: _____
_1445351_

On Friday 10 Aug. 2007 about 4:-5: pm I moved in to cell A1-10 E
The cell maite said his other left that morning and he took his fan
with him. I was hot and tiared we greated each other, then supper
That night and all weekend he comeplained of over heated and having
trouble of breathing from the heat. Saturceday he toeld me about
his divorse, living with his sistor and children not talking to
him. He also complaind of the same having proubles breathing.
he talked to the guard several time about needing to
cool off, they took him out of the cell for a time, to cool off.
I was triying to cool off to, theirs no air movemint at all in that cell
Sunday he comeplain the same thing and they let him walke around
out side the cell and sit in from of the fan, I hared a cell mate
in 1-09 call for a guard for him. Sunday night they called for the
chain for Monday Morning he ask whats going on, they have
taken Red bags to intake and then came back. I'm Diabictic
so I go and get Insilan twice a day. I woke up about 2:00 am
Monday Morning 13, Aug. 2007, for my shot then hold for
count and then breakfarest and back to bed. When I woke
up about 2:00am he was on his right side snoreing with his ID
in his right hand. He skiped Lunch and supper on
Sunday 12 Aug. 2007. When they call for break feast that
Mornin
e to eat so I trived to wake he up a he

**APPENDIX 653**                    McCollum 001882

Texas Department of Criminal Justice

## Inter-Office Communications

To _____     Date _____

From  WATSON ANDRE     A-1-19-T
                       1048060     Subject _____

On Sunday Evening about 9:00P.M or 9:30 pm, Offender in Cell A1-10 ~~told~~ was having some kind of health problems, the Offender: Hill in A1-09 called for the Officer, she then can told the Other Officer to open A1-10 and told the Offender to go stand in front of the fan, about 30 min later ~~the~~ she hollard and told him to go back in his Cell, upon him passing by my cell 119, he Was very weak, dropping Vanilla Wafers someone had given him.

Andre Watson
1048060
A1-19-T

**APPENDIX 654**            McCollum 001883

Texas Department of Criminal Justice

# Inter-Office Communications

To _____   Date   8 / 13 / 07

From   Hill, Jimmy   A1-09B   1429705   Subject   I -

The Offender in 10 cell had been
Complaining for 2 days. I called the
Guard Sgt that he was down. He
went to infirmary and came back. Sunday
night I called the Guard at 9:10 P.M.
and she told him that no one was
in Medical so she let him go stand
by the hall fan to cool off.

Jimmy Hill
1429705

**APPENDIX 655**          McCollum 001884

Texas Department of Criminal Justice

# Inter-Office Communications

To _____   Date  8-13-07 _____

From  Torres, Robert  A1-113  1441049   Subject  I - _____

Since I been hear enmate has been
complaning about over heated they
have let him out to sit by the fan
and his befor passing away. he sat by the
fan for about 30 to 1hr.

Robert Torres
1441049

McCollum 001885

Texas Department of Criminal Justice

# Inter-Office Communications

To _____   Date _8-13-07_

From _Lopez, John   A-1-09T  603716_   Subject _I-_____

Inmate had been complaining about feeling real bad for the past three (3) days, and yesterday, 8-12-07, he was complaining more often and was refused medical. However Boss Lady working 2nd shift did allow inmate to exit cell and sit by big fan on run.

John Lopez
# 603716

McCollum 001886

Texas Department of Criminal Justice

# Inter-Office Communications

**To:**   Warden Kukua                          **Date:**   August 13, 2007

**From:**   Chaplin Silvey                      **Subject:**   Offender Death

I arrived on the unit at 0630 to begin the process of the offender death package. Offender Dionicio Robles Jr.#1443175 at about 0525 was pronounced dead by Dr. Kalif of the Huntsville E. R. team. I and the OIG: Dianna Green, and J.P. Richard Duncan all arrived at about 0630 in the infirmary. At 0645 I attempted to call Irma Robles and reached someone else. I then went on to long distance information for the phone number for Irma Robles there was nothing. At 0715 I checked with visitation list on long distance information found nothing. It was at 0745 I contacted Victoria County Sheriff Dept. and received a phone number 361-482-8397, I tried and made contact with a lady that hung up on me. I tried again and left a message for Irma Robles to call me back. I also had made contact with sociology dept. to retrieve information from them. It was at 0830 that I made contact with Irma Robles on her brother and told her that her brother had died. Irma Robles will claim the body.

Chaplin Silvey
Unit Chaplin
Byrd Unit

Cc: Warden Kukua

Attachment B

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____     Date: _8 - 13 - 07_

From: _Chap. Willie Silvey_     Subject: _Offender Death Notification_

*1. Offender Information:*
Name: _Dionicio Robles Jr._ TDCJ#: _1443125_ Unit: _Byrd_
Cause of Death:
Date of Death: _Byrd_     Time of Death: _0525_
Place of Death (unit/hospital): _Byrd_
Certifying Physician/RN/JP: _Dr. Kalil   Huntsville Hosp E.R._

*2. Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):*
Date: _8 - 13 - 07_     Time: _0830_
Name: _Irma Robles_     Relationship: _Sister_
Address: _1516 Leon Dr._
City/State/Zip: _Port Lavaca, Tex 77979_     Tel.: _(361) 482-8397_

### Objection to Autopsy by Next of Kin:
### (<u>DO NOT</u> Ask For Permission to Conduct an Autopsy)
Yes _____     No _____     Unable to contact _____     N/A _____

*3. Other Family / Friend Contact:*
Date: _____     Time: _____
Name: _____     Relationship: _____
Address: _____
City/State/Zip: _____     Tel.: ( )

*4. Sheriff's Office / Police Department Contact:*
Date: _____     Time: _____
SO/PD: _____     Contact Person: _____

*5. Burial Arrangements:*
_____ **The family will claim the body.** The family was instructed to call the Huntsville Funeral Home at 936/295-6363.
_____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/437-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.
_____ **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

*6. Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*
_____ Unit Warden;
__✓__ Director of Chaplains; and
_____ Chaplain's unit file

Chaplain's Signature: _Willie Silvey_     Date: _8-13-07_

**APPENDIX 659**

McCollum 001888

```
----------------------- SYSM ELECTRONIC FORMS ENTRY ------------------- 4.4.
   User ID: WSI2153·                                 09:37am - Mon, Aug 13, 200
   Enter Command ===>


***************************DEATH NOTIFICATION********************************
   INMATE: ROBLES, DIONICIO JR.        TDCJ# 1443175
   DATE OF DEATH: 08/13/2007
   CUSTODY:          STATUS:           RACE: Hispanish  DOB: 03/30/53 AGE: 54
   CAUSE OF DEATH:                     TIME: 0525    DOCTOR: Kalil
   PLACE OF DEATH: Byrd Unit
   DUTY WARDEN: Kukua                  TIME: 0505
   JUSTICE OF THE PEACE: Richard Duncan TIME: 0630
   TDCJ-ID-IAD: Dianna Green           TIME: 0630
   HUNTSVILLE FUNERAL HOME:            TIME: 0815
   CHAPLAIN: Willie Silvey             TIME: 0630
   EAC:                                TIME: 0945
   APPROVAL OF AUTOPSY BY N.O.K.  (   )YES   (   )NO   (   )  UNABLE TO CONTACT
   N.O.K.                         TIME         HRS   PHONE
   ADDRESS:                       FAMILY WILL( x ) WILL NOT(   ) CLAIM BODY
   ADDRESS:
   LOCATION OF BODY: Huntsville Funeral Home
   LOCATION OF INMATE PROPERTY:  N/A
   COMMANDS: Up Down Top Bottom Send TRansfer DELete Calc FInal Print SET{SCR}
```

**APPENDIX 660**          McCollum 001889

DEPARTMENT OF CRIMINAL JUSTICE
CORRECTIONAL INSTITUTIONS DIVISION
## Inter-Office Communications

**TO:**    WARDEN KUKUA      **DATE:**      AUGUST 13, 2007

**FROM:**    OFFICER HICKS      **SUBJECT:**      OFFENDER PROPERTY
        PROPERTY OFFICER

Offender Robles, Dionicio TDCJ# 1443175, did not have any property in his possession on the James H. Byrd Unit.

**APPENDIX 661**

McCollum 001890

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Offender Property Inventory

CONTROL # **10831**

Offender *(Print name)*: ROBLES DIONICIO

Date of Inventory: 8/03/07   Reason for Inventory: INCOMING FROM   TDCJ #: 1443175   Unit: DU   J4

## Section I: Authorized Offender Property

*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.
**KEY:** "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | | |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | | |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | |
| Hot Sauce | | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | | | Small Nail Clippers (Limit 1) | | |
| Meats | | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | | | * Stud Earrings (Limit 1 pair) | | | Petroleum Jelly | | | | | |
| Spreads | | | **Health Care Devices/Supplies** | | | Razor, Disposable | | | | | |
| Sweetener | | | ✓ Prescription Eye Glasses | | | Shampoo | | | | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | | | | | |
| Letters | 2 | | *(✓ Only if free-world)* | | | Soap/Soap Dish | | | | | |
| Magazines | | | **Jewelry Items (1 each)** | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Material** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. Estimate Qty. | | | ✓ Other (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, Talitth-Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| All Books | | | **Necessity Items** | | | **Stationery Items** | | | | | |
| Literature (Pamphlets) | | | Gym Shorts-Personal (Limit 4) | | | Envelopes | | | | | |
| **Electrical Equipment (1 each)** | | | Shoes (State-issue, limit 1 pair) | | | Greeting Cards | | | | | |
| ✓ Fan | | | Shoes (✓Personal, limit 1-2 pair) | | | Ink Pens | | | **NOTE ITEMS ON OFFENDER'S PERSON** *(i.e. wedding ring, watch, shoes, t-shirt, etc.)* | | |
| Headphones | | | Socks-Personal (Limit 4 pair) | | | Paper | | | | | |
| ✓ AM/FM Booster/Antenna | | | Thermal Bottom-Personal (Limit 2) | | | Pencils | | | | | |
| ✓ Hot Pot | | | Thermal Top-Personal (Limit 2) | | | Stamps (60 Max.) | | | | | |
| ✓ Outlet Adapter | | | T-shirt-Personal (Limit 4) | | | Tablets | | | | | |
| ✓ Clamp-on Lamp | | | | | | | | | | | |
| ✓ Radio | | | | | | | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | | | | | |

## SECTION II: Staff Acknowledgment of a complete and accurate inventory

*Instructions:* If offender is not present during inventory, there must be a staff witness.

Inventory Staff *(Print name)*: Eugee Walston   Signature/Date: Eugee Walston 8-3-07

Staff Witness *(Print name)*: _____   Signature/Date: _____

## SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

A. **Items Retained by Offender and/or stored in the Property Room (See items marked above)**
Offender *(Signature/Date)*: X Dionicio Robles   Staff Initials/Date: EW 8-3-07

B. **Items Returned to Offender (See items marked above)**
Offender *(Signature/Date)*: _____   Staff Initials/Date: _____

Instructions on back of Form                    Las instrucciones de espalda de forma

PROP-05 (1-1-2005)

Original Offender File: Yellow Property Room/Intake; Pink will Offender

**APPENDIX 662**                    McCollum 001891

```
CSIMS010              TEXAS DEPARTMENT OF CRIMINAL JUSTICE        DATE 08/13/07
                         MEDICAL PROFILE INQUIRY                  TIME 06:20:51

NAME            ROBLES,DIONICIO JR          RACE/SEX      H / M
TDCJ NUMBER     01443175                    DATE OF BIRTH  03/30/1953 AGE 054
UNIT ASSIGNED   DU                          HEIGHT         5    FT. 09 IN.
DATE ASSIGNED   08/03/07                    WEIGHT          230 LBS.  DATE 07/18/07
RSN ASSIGNED    ID TRANSFE                  BLOOD PRESSURE 159 / 091 DATE 07/18/07
REC/DEP CODE    RA                          MEDICAL  CLASSIFICATION DATE 07/19/07
HIV TEST        N  *** HIV TEST REQUIRED
ALERT CODES     1111 7970 3680 2780
```

```
|***|***|***|***|***|***|   UTMB NUMBER
| P | U | L | H | E | S |    HEARING PROBLEMS        N
|---|---|---|---|---|---|    DENTURES                N
| 3 | 1 | 1 | 1 | 2 | 2 |    PROSTHESIS              N
|---|---|---|---|---|---|    HISTORY OF TUBERCULOSIS N
| E | A | A | A | B | B |    HISTORY OF HEPATITIS    N
|---|---|---|---|---|---|    DNA TEST                Y        TEST DATE 07/18/07
| P |   |   |   | P | R |    DNA AGENCY   UTMB
|***|***|***|***|***|***|    JOB ASSIGNMENT IN TDCJ  TRANSIENT PEND DIAG PROCESS
```

```
ENTER 'P' TO PRINT, OR NEXT TDCJ NUMBER _____  OR NEXT SID _____
PF2 DISPLAY ALERTS CODES  PF3 DISPLAY HISTORY  PF11  RETURN TO MENU  PF12 EXIT
```

**APPENDIX 663**          McCollum 001892

```
CSIMF600/INI601                   UNIT OF ASSIGNMENT              08/13/07  06:2
INMTCICS/TPO0559 /DU1K                    FOR
```

TDC 01443175 SID 01734192 NAME: ROBLES,DIONICIO JR          RACE: H SEX: M

|  | UNIT | REASON FOR ASSIGNMENT | DATE | TYPE | TDCJID |
|---|---|---|---|---|---|
| CURRENT UNIT:   DU | DU | ID-TRANS | 08 03 07 | ID | 01443175 |
| DATE ASSIGNED: 08 03 07 | J4 | MEDICAL | 07 21 07 | TF | 01443175 |
| RSN. ASSIGNED: ID TRANSFE | NH | RA | 07 16 07 | TF | 01443175 |
| REC/DEP CODE:  RA | | | | | |

END OF DATA

```
PF1:HELP PF3:FORWARD PF4:BACK PF11:NEXT-INQ PF12:STOP
OR NEXT REQUEST/OR TDCNO _____   OR SIDNO _____
```

**APPENDIX 664**          McCollum 001893

```
CSIMF800/INI801              COMMITMENT INQUIRY              08/20/07 08:55:3
INMTCICS/MWI0044 /DU1K   TDCJ-ID NO: 01443175 SIDNO: 01734192
 NAME: ROBLES,DIONICIO JR           APPL:        STATUS: P DX     L1   #OFF: 1
 OLD TDC#:           CNTY CONV: 235                                      73RD
 OFF-REC:    3704 PRJ RL: 03-27-2035 REC:    07-16-2007 MAX-TERM:   60Y  0M   0D
 PEN-REC: 043.260 MAX-EX: 05-13-2067 BEGIN: 05-13-2007 PAR-ELIG: 06-27-2014
                        INMATE TYPE: ID   HB1433: Y  HB1433 VOTE:
                                          HB1433 MIN EXP: 03-27-2035
     OFFCD: 36990019 ONLINE SOLICITATION OF MINOR
     2DEG                                                               73RD
     PENAL:033.021  MS:Y PLEA:G CAUSE:07-3-22,994-D     CNT:01   OFF:12-13-2005
     CC  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  20Y  0M  0D   BEG:05-13-2007
     MIN EXP:08-06-2016 MAX:05-13-2027 PAR ELIG:01-01-0001 SENTENCED:06-14-2007
     HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:08-04-2016
     OFF TDCNO: 01443175                                  CTO DATE 01-01-0001
     OFFCD: 36990019 ONLINE SOLICITATION OF MINOR
     2DEG                                                               73RD
     PENAL:033.021  MS:Y PLEA:G CAUSE:07-3-22,994-D     CNT:02   OFF:01-25-2006
     CC  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  20Y  0M  0D   BEG:05-13-2007
     MIN EXP:08-06-2016 MAX:05-13-2027 PAR ELIG:01-01-0001 SENTENCED:06-14-2007
     HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:08-04-2016
     OFF TDCNO: 01443175                                  CTO DATE 01-01-0001
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
```

```
CSIMF800/INI801            COMMITMENT INQUIRY                08/20/07 08:55:4
INMTCICS/MWI0044 /DU1K  TDCJ-ID NO: 01443175 SIDNO: 01734192
 NAME: ROBLES,DIONICIO JR          APPL:      STATUS: P DX    L1   #OFF: 1
 OLD TDC#:         CNTY CONV: 235                                      73RD
 OFF-REC:    3704 PRJ RL: 03-27-2035 REC:   07-16-2007 MAX-TERM:   60Y  0M  0D
 PEN-REC: 043.260 MAX-EX: 05-13-2067 BEGIN: 05-13-2007 PAR-ELIG: 06-27-2014
                        INMATE TYPE: ID   HB1433: Y  HB1433 VOTE:
                                          HB1433 MIN EXP: 03-27-2035
     OFFCD: 36990019 ONLINE SOLICITATION OF MINOR
     2DEG                                                              73R
     PENAL:033.021 MS:Y PLEA:G CAUSE:07-3-22,994-D     CNT:03  OFF:03-15-200
     CC  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  20Y  0M  0D   BEG:05-13-200
     MIN EXP:08-06-2016 MAX:05-13-2027 PAR ELIG:01-01-0001 SENTENCED:06-14-200
     HB1433:Y  HB1433 VOTE:     HB1433 MIN EXP:08-04-2016
     OFF TDCNO: 01443175                              CTO DATE 01-01-000
     OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
     3DEG                                                              73R
     PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D     CNT:04  OFF:03-16-200
     CC  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D   BEG:05-13-200
     MIN EXP:12-25-2011 MAX:05-12-2017 PAR ELIG:01-01-0001 SENTENCED:06-14-200
     HB1433:Y  HB1433 VOTE:     HB1433 MIN EXP:12-23-2011
     OFF TDCNO: 01443175                              CTO DATE 01-01-000
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
```

**APPENDIX 666**          McCollum 001895

Case 4:14-cv-03253   Document 288-13   Filed on 06/17/16 in TXSD   Page 35 of 50

```
CSIMF800/INI801              COMMITMENT INQUIRY              08/20/07 08:55:5
INMTCICS/MWI0044 /DU1K  TDCJ-ID NO: 01443175 SIDNO: 01734192
 NAME: ROBLES,DIONICIO JR          APPL:      STATUS: P DX    L1  #OFF: 1
 OLD TDC#:            CNTY CONV: 235                                  73RD
 OFF-REC:    3704 PRJ RL: 03-27-2035 REC:   07-16-2007 MAX-TERM:   60Y  0M   0D
 PEN-REC: 043.260 MAX-EX: 05-13-2067 BEGIN: 05-13-2007 PAR-ELIG: 06-27-2014
                     INMATE TYPE: ID   HB1433: Y  HB1433 VOTE:
                                       HB1433 MIN EXP: 03-27-2035
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
     3DEG                                                            73RD
01     PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D      CNT:05   OFF:03-16-2006
OFF   CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D   BEG:05-13-2007
01    MIN EXP:01-23-2035 MAX:05-13-2067 PAR ELIG:04-23-2014 SENTENCED:06-14-2007
      HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:
      OFF TDCNO: 01443175                              CTO DATE 01-01-0001
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
     3DEG                                                            73RD
01     PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D      CNT:06   OFF:03-16-2006
OFF   CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D   BEG:05-13-2007
02    MIN EXP:01-01-0001 MAX:01-01-0001 PAR ELIG:01-01-0001 SENTENCED:06-14-2007
      HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:
      OFF TDCNO: 01443175                              CTO DATE 01-01-0001
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
```

```
CSIMF800/INI801              COMMITMENT INQUIRY           08/20/07 08:55:5
INMTCICS/MWI0044 /DU1K  TDCJ-ID NO: 01443175 SIDNO: 01734192
 NAME: ROBLES,DIONICIO JR          APPL:      STATUS: P DX      L1   #OFF: 1
 OLD TDC#:          CNTY CONV: 235                                    73RD
 OFF-REC:    3704 PRJ RL: 03-27-2035 REC:   07-16-2007 MAX-TERM:   60Y  0M  0D
 PEN-REC: 043.260 MAX-EX: 05-13-2067 BEGIN: 05-13-2007 PAR-ELIG: 06-27-2014
                         INMATE TYPE: ID   HB1433: Y  HB1433 VOTE:
                                           HB1433 MIN EXP: 03-27-2035
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
    3DEG                                                              73R
01    PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D    CNT:07   OFF:03-16-200
OFF   CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D   BEG:05-13-200
03    MIN EXP:01-01-0001 MAX:01-01-0001 PAR ELIG:01-01-0001 SENTENCED:06-14-200
      HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:
      OFF TDCNO: 01443175                             CTO DATE 01-01-000
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
    3DEG                                                              73R
01    PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D    CNT:08   OFF:03-16-200
OFF   CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D   BEG:05-13-200
04    MIN EXP:01-01-0001 MAX:01-01-0001 PAR ELIG:01-01-0001 SENTENCED:06-14-200
      HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:
      OFF TDCNO: 01443175                             CTO DATE 01-01-0001
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
```

McCollum 001897

```
CSIMF800/INI801            COMMITMENT INQUIRY            08/20/07 08:56:0
INMTCICS/MWI0044 /DU1K  TDCJ-ID NO: 01443175 SIDNO: 01734192
 NAME: ROBLES,DIONICIO JR         APPL:        STATUS: P DX    L1   #OFF: 1
 OLD TDC#:           CNTY CONV: 235                                  73RD
 OFF-REC:    3704 PRJ RL: 03-27-2035 REC:   07-16-2007 MAX-TERM:   60Y  0M  0D
 PEN-REC: 043.260 MAX-EX: 05-13-2067 BEGIN: 05-13-2007 PAR-ELIG: 06-27-2014
                        INMATE TYPE: ID  HB1433: Y  HB1433 VOTE:
                                         HB1433 MIN EXP: 03-27-2035
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
     3DEG                                                              73R
01   PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D    CNT:09  OFF:03-16-200
OFF  CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D  BEG:05-13-200
05   MIN EXP:01-01-0001 MAX:01-01-0001 PAR ELIG:01-01-0001 SENTENCED:06-14-200
     HB1433:Y  HB1433 VOTE:     HB1433 MIN EXP:
     OFF TDCNO: 01443175                               CTO DATE 01-01-000
REL OFFCD: 37040001 POSS OF CHILD PORNOGRAPHY
     3DEG                                                              73R
01   PENAL:043.260  MS:Y PLEA:G CAUSE:07-3-22,994-D    CNT:10  OFF:03-16-200
OFF  CU  CNTY OFF:235  CNTY/CRT:235 377 MAX TERM:  10Y  0M  0D  BEG:05-13-200
06   MIN EXP:01-01-0001 MAX:01-01-0001 PAR ELIG:01-01-0001 SENTENCED:06-14-200
     HB1433:Y  HB1433 VOTE:     HB1433 MIN EXP:
     OFF TDCNO: 01443175                               CTO DATE 01-01-000
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
END OF OFFENSES; ALL OFFENSES HAVE BEEN DISPLAYED
```

```
CSIUCR01/CSUC01    XXX UNIT CLASSIFICATION REVIEW   DATE OF REVIEW: 08 13 07
INMTCICS/TP00559   CUSTODY ASSIGNMENT WORKSHEET   CST/REVIEW CDE: MH /      /
DU1k/UC01                                 SUBSEQ REVIEW DTE/CDE:           /
INMATE NAME: ROBLES,DIONICIO JR RACE/SEX: H/M  HSG AT REVIEW: DU A1      10 TH
TDCNO: 01443175  STAT: L1 W            0
**********************************************************************
*INIT CLASSIFICATION* DISCP HISTORY:3MTH/6MTH/1YR/2YR/3YR* ADDT'L INFORMATION
**********************************************************************
*VIOLENT CRIME      *  LVL 1 OR 2 . . 00   00   00   00   00 *DETAINER. . . . . N
* AGAINST PERSON  N *  STAFF ASLTS . 00    00   00   00   00 *HOMOSEXUAL. . . . N
********************  INMATE ASLTS. 00    00   00   00   00 *SEX ASLT VICTIM   N
*PREV 2-YR ASLT HIST*  ASLTS W/WP-SM 00   00   00   00   00 *POTENTIAL VICTIM. N
********************  INCIDENTS: MA 00    00   00   00   00 *MED/PSY/INT PROBS N
*        STAFF/INM*            MM 00    00   00   00   00 *PAROLE CALC CODE. N
* TDC . . . . N    N *         MI 00    00   00   00   00 *RISK
* JAIL. . . . N    N *  ESCAPE. . . 00    00   00   00   00 *PREC:
* HOSPITAL. . N    N *  LVL 3. . . . 00    00   00   00   00 *TTL 00000  00/00/00
* JUVENILE. . N    N *                                      *P/V N
* OTH PRISONS N    N *  ASLT HIST (MAJORS ONLY): 1-YR: N     *
*                  *                            2-YR: N     *
RECOMMENDATIONS: GP LEVEL 3              / INSIDE DORM ONLY
ENTER THE NEXT TRANS CODE 01 AND/OR TDCNO _____
                              AND/OR SIDNO _____
  PF1-HELP,PF3-PREV,PF4-CURR,PF10-GC ONLY
```

**APPENDIX 670**
[

McCollum 001899

```
CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 08/13/0
INMTCICS/TPO0559       HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 06:18:4
DU1K/UC15  INMATE NAME: ROBLES,DIONICIO JR              TDCNO: 01443175


HOUSING        |--HOUSING--| INM/HSG   JOB ASGN |---------JOB----------|
  DATE    UNIT |--ASGNMNT--| CUST AUTH  DATE    |------ASSIGNMENT-----| AUTH
|-----------HOUSING COMMENT----------| |-----------JOB  COMMENT-----------|

08/03/07  DU   A1      10 T MH  TR DB  08/03/07 TRANSIENT PEND DIAG PROC DB
08/03/07  J4   UNASGN       MH  MH     07/21/07 UNASGN MENTAL HEALTH     CS
07/30/07  J4   B2B     008  MH  MH LA  07/16/07 UNASGN PROCESSING        NW
07/21/07  J4   B1      16   MH  MH CS
07/18/07  NH   W11C    005 T NR  TR NW
07/16/07  NH   W1C     006 B NR  TR NW




    NO MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

**APPENDIX 671**

McCollum 001900

```
CSIUCR04/CSUC04        TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/13/0
INMTCICS/TPO0559 CURRENT OFFENSES OF CONVICTION SUMMARY      AND TIME: 06:18:5
DU1K/UC04                                                      AS OF:
INMATE TDCNO|NAME: 01443175 ROBLES,DIONICIO JR        FLAT TIME:
                                                      GOOD TIME:
MAX SENTENCE:                  PRJ REL DATE:          WORK TIME:
SENT BEG DATE:                 MAX EXP DATE:          BONUS TIME:
                                                     TOTAL TIME:
*****************************************************************************
|VIOLENT |AGAINST|INJURIES|       |         |  SEX  |  DRUG  |ALCOHOL|       |
|NON-VIO |PERSON |INVOLVED|ESCAPE |PROBATED |RELATED|RELATED |RELATED|OTHER |
| VI/NV  |  Y/N  |  Y/N   | Y/N   |   Y/N   |  Y/N  |  Y/N   |  Y/N  | Y/N  |
*****************************************************************************

COMMENTS: ___  ___   ___   ___    ___   ___   ___   ___
          _____
OFFENSES ON FILE:



**NO CURRENT OFFENSE RECORD ON FILE**
ENTER THE NEXT TRANS CODE 04 AND/OR TDCNO _____
PF1-HELP                      AND/OR SIDNO _____
```

**APPENDIX 672**            McCollum 001901

```
CSIUCR07/CSUC07    TDC UNIT CLASSIFICATION REVIEW   CURRENT DATE: 08/13/0
INMTCICS/TPO0559  CURRENT INSTITUTIONAL ADJUSTMENT RECORD    AND TIME: 06:18:5
DU1K/UC07
INMATE NAME:                               TDCNO:        SIDNO:
NUMBER OF ACTIVE DETAINERS:                UNIT :
                      PROB
 DATE    SEQNO  CODE    COMMENTS
```

```
**NO ADJUSTMENT RECORD FOUND**
ENTER THE NEXT TRANS CODE 07  AND/OR TDCNO _____
PF1-HELP                      AND/OR SIDNO _____
PF3-ADDTL, PF4-PREV
```

McCollum 001902

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

**The undersigned authorizes and directs the coordinating funeral home**

**and/or its said agents or staff to make the removal of the said remains of**

Dionicio Robles #1443175   from   Byrd ( Huntsville, Tx )

*(Print Offender Name)*                  *(Print Unit Location)*

**who died on**   8|13|07  **, and to hold until further notification**

*(Date of Death)*

**from the Warden of the unit with regards to the approval for an autopsy.**

**NOTE:  If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.**

*Instructions:  If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains.  If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_____
Signature of Warden/Designee

Diana Kukua
Printed Name

_____
Medical Physician's/Registered Nurse's Signature

B. Kinard
Printed Name

Address of Physician/Registered Nurse:

21 Fm 247

Huntsville, Tx 77320

(936) 295-5768

McCollum 001903

# DEATH PACKET TIMELINE

Unit _Ellis_     Date _____     EAC Incident # _I-09697-08-07_

OffenderName/Number _Robles, Dionicio_     Class/Custody _G4_ Race _H_

**NAME**                                                **TIME NOTIFIED**
SHIFT SUPERVISOR _M. Duke_                               TIME _0500_
DUTY WARDEN _D. Kukua_                                   TIME _0505_
WARDEN _D. Kukua_                                        TIME _0506_
REGIONAL DIRECTOR _Robert Treon_                         TIME _0645_
EAC _Theresa Alford_                                     TIME _0544_
OIG _Dorman, Brett_                                      TIME _0600_
CHAPLAIN _W. Silvey_                                     TIME _0545_
JUSTICE OF THE PEACE _Richard Lincoln_                   TIME _0550_
HUNTSVILLE FUNERAL HOME _Trina Manuel_                   TIME _0700_
NEXT OF KIN _Irma Robles_                                TIME _0830_

**NEXT OF KIN INFORMATION**
RELATIONSHIP _Sister_
ADDRESS _1516 Ladd    Port Lavaca, TX_
PHONE NUMBER _361 482-3289_
WILL FAMILY CLAIM BODY? _yes_
WILL FAMILY CLAIM PROPERTY? _____

**DEATH INFORMATION**
LOCATION OF THE BODY _A-1-10T_
EXACT CAUSE OF DEATH _UNDETERMINED_
CERTIFYING PHYSICIAN _Dr. Kaul_
ACTUAL TIME OF DEATH _0525_
EXACT SITE OF DEATH _A-1-10i_

**NOTIFICATION PHONE LIST (AFTER HOURS)**
WARDEN   Ext. 166 (State House), (936) 295-7200, (936) 661-5267, (936) 577-4210
ASST. WARDEN
MAJOR  (936) 439-9836, (409) 429-6607, (936) 629-0638 (Pager)
EAC   (936) 437-6600, (936) 437-6031   HQEAC01, HQEAC02
OIG   (800) 299-4099 #6152 or #2355 or #8484, or (936) 437-5041, or (936) 662-7496
JUSTICE OF THE PEACE (Janie Farris) 936-436-4966 or After Hours (936) 435-8001
HUNTSVILLE FUNERAL HOME  (936) 295-6363
CHAPLAIN SILVEY (936) 435-1628 or (936) 629-0178/ULMER (936) 577-7231
REGIONAL DIRECTOR (936) 437-2636 (Office), (936) 577-6189 (Blackberry)
BOC  - Send Email to CLI2585 AND TO CMC3562
**The Duty Warden will notify the Warden/Regional Director.



RICHARD DUNCAN

Justice of the Peace, Precinct Two
102 Tam Road, Suite A
Huntsville, Texas  77320

Ph #936.436.4977
Fax# 936.436.4980

ORDER FOR AUTOPSY

I, RICHARD DUNCAN, JUSTICE OF THE PEACE, PRECINCT TWO, WALKER
COUNTY, TEXAS DO HEREBY ORDER THE DALLAS COUNTY MEDICAL
EXAMINER TO PERFORM AN AUTOPSY UPON THE BODY OF

_ROBLES  JR, DIONICIO_____, DECEASED

IT IS UNDERSTOOD THAT DUE CARE WILL E TAKEN TO AVOID
UNNECESSARY DISFIGUREMENT OF THE BODY.

DATED THIS ___13ʳᵗ__ DAY OF _AUGUST____, 20_07_ AT HUNTSVILLE IN
THE STATE OF TEXAS.

SIGNED: _Richard B. Duncan_____

RICHARD DUNCAN
JUSTICE OF THE PEACE
PRECINCT #2
WALKER COUNTY, TEXAS

McCollum 001905

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
### (Continued)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME (LAST, FIRST, MI): | IDENTIFICATION #: |
|---|---|---|
| | Robles, Dionicio | 1443175 |

### ★ CLOTHING WORN BY DECEDENT ★

☐ None          ☐ Pants          ☐ Shoes/Boots          ☐ Jacket

☐ Belt          ☐ Gown/Blouse          ☐ Dress          ☒ Other (list details below)

State issued Boxer Shorts

### ★ PROPERTY SENT WITH DECEDENT ★

None

### ★ MEDICAL HISTORY ★

Was death attended?  ☐ Yes  ☒ No          Previous history of illness?  ☐ Yes  ☐ No

History of suicide?  ☐ Yes  ☒ No          HIV?  ☐ Yes  ☒ No

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| | | ( )   - |

| PHYSICIAN CONTACTED (Name): | ADDRESS: | TELEPHONE: |
|---|---|---|
| | | ( )   - |

DIAGNOSIS:

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| Irma Robles | 1516 Ladd Port Lavaca TX | (361)422-8587 |

| NEXT OF KIN NOTIFIED BY (Name): | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| | ( )   - | ☐ AM ☐ PM |

### ★ IDENTIFICATION ★   ★ DOCUMENTATION ★

HOW:  ☒ Offender Records     ☐ Fingerprints

☐ Viewed at Hospital/Scene   ☒ Other  TDCS ID

☐ Order for Autopsy          ☐ Clinic Notes (last 72 hrs)

☐ ER Report (if available)   ☐ Copy of Travel Card

REPORT DISTRIBUTION: (Include Complete Documentation)
(1) Case File          (2) J.P.          (3) To Accompany Body

Verification Made By:                    Relationship to Decedent:

CC-0285 (02/2005)

Page 2 of 2



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

OIG-TRANSITORY # (if necessary):

| CASE #: | EAC #: | OFFICIAL DATE & TIME OF DEATH | | AUTOPSY ORDERED? |
|---|---|---|---|---|
| I- | | 8/13/2007 | 5:25 ☑AM ☐PM | ☑YES ☐NO |

| DECEDENT NAME (LAST, First, MI) | | RACE | SEX | AGE | DOB: |
|---|---|---|---|---|---|
| Robles, Dionicio JR | | W | M | 54 | 3-30-53 |

| IDENTIFICATION #: | UNIT OF ASSIGNMENT: | DATE & TIME EOD/NOI: | |
|---|---|---|---|
| 1443175 | DU Bxrd | 8-13-07 | 5:00 ☑AM ☐PM |

| PLACE OF DEATH: | CITY: | COUNTY: | ZIP CODE: |
|---|---|---|---|
| Bxrd Unit 1-10 Top | Huntsville TX | Walker | 77340 |

| J.P/ME NOTIFIED (Name): | PRECINCT: | DATE & TIME (J.P./ M.E. NOTIFIED | | PHOTOGRAPHS? |
|---|---|---|---|---|
| Richard Duncan | 1 | 8-13-07 | 5:50 ☑AM ☐PM | ☐YES ☑NO |

| PLACE OF INQUEST: | | DATE & TIME OF INQUEST: | |
|---|---|---|---|
| Bxrd Unit ER | | 8-13-07 | ☐AM ☐PM |

**★ LOCATION, POSITION and SURROUNDINGS of BODY ★**

Offender was lying on a gurney in the ER. He was covered with a sheet Face up.

**★ SUMMARY of HOW DEATH OCCURRED ★**

On 8-13-07 at approximately 5:00 am offender Robles was found in Cell 1-10 Face down on the top bunk.

| TRANSPORTING FUNERAL HOME | RECEIVING FUNERAL HOME |
|---|---|
| Huntsville Funeral Home | |

| INVESTIGATOR SIGNATURE | TELEPHONE #: |
|---|---|
| Dan Eher | (936)348-3751 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**OFFICE OF THE INSPECTOR GENERAL**
P.O. Box 4003 – Huntsville, TX 77342-4003
(936) 437-6736

CG-0265 (02/2005)

**APPENDIX 678**

McCollum 001907

# DAILY TEMPERATURE LOG

UNIT _____DU_____                    DATE: 8-12-07 Sun.

| TIME | TEMPERATURE | HUMIDITY | HEAT INDEX | OFFICER'S SIGNATURE |
|------|-------------|----------|------------|---------------------|
| 0600 | 79 | 66% | 85 | Rayburn |
| 0700 | 80 | 66% | 85 | Rayburn |
| 0800 | 85 | 60% | 90 | Rayburn |
| 0900 | 90 | 50% | 96 | Rayburn |
| 1000 | 95 | 50% | 96 | Rayburn |
| 1100 | 101 | 45% | 107 | Rayburn |
| 1200 | 105 | 40% | 110 | Rayburn |
| 1300 | 106 | 41% | 123 | Rayburn |
| 1400 | 107.6 | 42% | 123 | Duplechian |
| 1500 | 110.3 | 40% | 137 | Duplechian |
| 1600 | 104.5 | 36% | 123 | Duplechian |
| 1700 | 103.3 | 36% | 123 | Duplechian |
| 1800 | 93.0 | 38% | 101 | Duplechian |
| 1900 | 89.4 | 38% | 93 | Duplechian |
| 2000 | 86.2 | 39% | 86 | Duplechian |
| 2100 | 85.3 | 40% | 86 | Duplechian |
| 2200 | 84.0 | 49% | 88 | Duplechian |
| 2300 | 83.1 | 50 | 88 | Walker |
| 2400 | 81.2 | 51 | 88 | Walker |
| 0100 | 79.7 | 53 | 81 | Walker |
| 0200 | 78.5 | 54 | 81 | Walker |
| 0300 | 77.4 | 55 | 81 | Walker |
| 0400 | 76.10 | 56 | 76 | Walker |
| 0500 | 76.9 | 58 | 76 | Walker |

## HEAT AND HUMIDITY MATRIX

### AIR TEMPERATURE

| HUMIDITY | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 |
|----------|----|----|----|----|----|----|-----|-----|-----|-----|-----|
| 0% | 64 | 69 | 73 | 78 | 83 | 87 | *91 | *95 | *99 | *103 | *107 |
| 10% | 65 | 70 | 75 | 80 | 85 | *90 | *95 | *100 | +105 | +111 | +116 |
| 20% | 66 | 72 | 77 | 82 | 87 | *93 | *99 | +105 | +112 | +120 | $130 |
| 30% | 67 | 73 | 78 | 84 | *90 | *96 | *104 | +113 | +123 | $135 | $148 |
| 40% | 68 | 74 | 79 | 86 | *93 | *101 | +110 | +123 | +137 | $151 | |
| 50% | 69 | 75 | 81 | 88 | *96 | +107 | +120 | $135 | $150 | | |
| 60% | 70 | 76 | 82 | *90 | *100 | +114 | $132 | $149 | | | |
| 70% | 70 | 77 | 85 | *93 | +106 | +124 | $144 | | | | |
| 80% | 71 | 78 | 86 | *97 | +113 | $136 | | | | | |
| 90% | 71 | 79 | 88 | *102 | +122 | | | | | | |
| 100% | 72 | 80 | *91 | +108 | | | | | | | |

* HEAT EXHAUSTION POSSIBLE
+ HEAT STROKE POSSIBLE
$ HEATSTROKE IMMINENT

McCollum 001909

# Byrd - Third Shift Building Turnout Roster

Date: _____   Day of Week: _____   Supervisor: _____

| Category I Positions | Officers Name | Card | Category I Positions | Officers Name | Card |
|---|---|---|---|---|---|
| Perimeter Picket #1 | | 2 | *Escort/Processing/Receiving | | |
| Perimeter Picket #2 | | 6 | *Escort/Processing/Receiving | | |
| Perimeter Picket #3 | | 8 | *Escort/Processing/Receiving | | |
| Perimeter Picket #4 | Corbin | 4 | *Escort/Processing/Receiving | | |
| Central Control | Coleman | 6 | *Escort/Processing/Receiving | | |
| A Picket (Housing) | | 6 | *Infirmary | | |
| C Picket (Housing) | | 5 | | | |
| E Picket (Housing) | Hill | 8 | | | |
| F Picket (Housing) | | 2 | | | |
| A 1-2-3-4 Rover (Housing) | Buchanan | 1 | *Visitation (Weekend Only) | | |
| C 9-10-11-12 Rover (Housing) | | 1 | | | |
| E 17-18-19-20 Rover (Housing) | Smith | 3 | | | |
| F 21-22-23-24 Rover (Housing) | | 3 | | | |
| D Dorm Rover (Housing) | | 4 | | | |
| B Cellblock Rover (Housing) | | 3 | | | |
| A 5-6-7-8 Rover (Housing) | | 3 | | | |
| C 13-14-15-16 Rover (Housing) | Jump | 4 | | | |
| F 25-26-27-28 Rover (Housing) | Tate | 1 | | | |
| *Patrol Vehicle | Beasley | 0 | ot | | |
| *Corridor Control (C) | S. Lewis | 1 | | | |
| *Corridor Control (E) | | | | | |
| *Corridor Control (F) | | | | | |
| *Turnout Door | | 2 | | | |
| *Searcher's Desk (North) | | | | | |
| *Searcher's Desk (South) | | 5 | | | |
| *Utility | | | | | |
| *Utility | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Denotes secondary Category Positions that can be utilized to fulfill Category II needs,
at the discretion of the Unit Warden. (04/ (rev. 10/03/06)

McCollum 001910

**Shift Supervisor's Signature:** ( Lt. Or Above) _Lt. Lisle_

**Shift Supervisor on Duty:**

Captain: _____

Lt. _Lisle_____

Lt. _____

Sgt. _Rosado_____

Sgt. _____

Sgt. _____

Sgt. _____

| | |
|---|---|
| Total Assigned on Shift | 42 |
| Total Assigned on Duty | 20 |
| Regular Days Off | 14 |
| Scheduled Leave | 5 |
| Unscheduled Leave | 7 |
| Training /visitation | 1 |
| Overtime Ofcr. Required | 7 |

**Cards Off** _7  8  9_

**Officer Information:** ( changes to staffing, etc.) _Watch out for Bats, Suicide watch_

**Shift Briefing & Training Topics:** _Property issues at property in after hours Lea_

**SafetyTopics:** _Personnel Protective Equipment_

**Leave Information:** Note officers who are on leave & type of leave (FMLA, Sick leave Vacation, Training, ETC.)

| Officer's Name/card/schedule | Reason | Officer's Name/card/Unscheduled | Reason | Officer's Name | Reason |
|---|---|---|---|---|---|
| Toran | V | Ponder | FMLA | | |
| Encarantez | V | Ponder | FMLA | | |
| Pence | C | Mckinney | FMLA | | |
| J Lewis | V | Robinson | FMLA | | |
| McCann | H | Bonett | FMLA | | |
| | | Moss | USA | | |
| | | Vanover | USL | | |
| **Training** | | | | | |
| Collinson | visit | | | | |
| | | | | | |
| | | | | | |

**Note:** Officers that are being utilized off the unit. (Hospital runs, security ambulance, etc.)

| Officer Name | Card | Shift Assign. | Post Manned | From | Until | Tot. O/T Hours. |
|---|---|---|---|---|---|---|
| WEBB | 1 | | Dorm | 2130 | 0315 | 5 45 |
| BENecia | 2 | 1 | Dorm | 2130 | 0315 | 5 45 |
| M Lo | 3 | 1 | F Hall | 2200 | 0130 | 5 30 |
| Pence | 4 | 1 | F Hall | 2200 | 0130 | 5 30 |
| Charles | 6 | 1 | J Hall | 2200 | 0130 | 5 30 |
| Tamayo | 6 | 1 | L Hall | 2200 | 0130 | 5 30 |
| Robinson | 1 | 1 | D Hall | 2245 | 0215 | 4 |

McCollum 001911