## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBLES, DIONICIO   **TDCJ#:** 1443175   **Date:** 07/30/2007 22:47   **Facility:** JESTER IV

**Age:** 54 Years   **Race:** H   **Sex:** Male

**Most recent vitals from 07/21/2007:** BP: 177 / 82 (Sitting) ; Wt: 220 Lbs.; Height: 71 In.; Pulse: 108 (Sitting) ; Resp: 16 / min; Temp: 99.1 (Oral)

**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Today's Problem:**

**S:** Seen cellside for safety / progress check.

**O:** Observed lying on bunk wrapped in blanket, calm and quiet, appears to be asleep.

**A:** Respirations even and unlabored, no apparent distress noted.

**Plan is as follows:** Maintain safety.

Electronically Signed by RAMIREZ, MICHAEL L.V.N. on 07/30/2007.
##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBLES, DIONICIO    **TDCJ#:** 1443175    **Date:** 07/30/2007 07:19   **Facility:** JESTER IV

**Age:** 54 Years  **Race:** H  **Sex:** Male

**Most recent vitals from 07/21/2007:** BP: 177 / 82 (Sitting) ; Wt: 220 Lbs.; Height: 71 In.; Pulse: 108 (Sitting) ; Resp: 16 / min; Temp: 99.1 (Oral)

**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Today's Problem:**

S/O- PT LYING DOWN ON THE BUNK
SLEEPING TOTALLY EXPOSED HIS
SELF NO COVER, RESPIRATION UNLABORED.
A- NAD, NO SUICIDAL GESTUREE.
P- TO CONT. TO MONITOR.

## Procedures Ordered:
NURSING LEVEL1 COMPLETE VISIT: mood disorder nos

**Plan is as follows:**

Electronically Signed by PANINGBATAN, GREGORIO  R.N. on 07/30/2007.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**MENTAL HEALTH SERVICES**

<u>MENTAL HEALTH INPATIENT PSYCHOSOCIAL EVALUATION</u>

Patient Name: ROBLES, DIONICIO        TDCJ#:1443175 Date:  08/03/2007 09:32  Facility:  JESTER IV

Age:54   Race: H  Sex: Male

| Patient Language:    Name of interpreter, if required: |

Active Problems: *

**Cars:**
   Mental Health Cars 1 First Observed 07/18/2007 08:23AM
   Dental Cars 1 First Observed 07/18/2007 08:26AM
   Medical Cars 0 First Observed 07/18/2007 09:56AM

**Nurse Protocol:**
   Np - Psychiatric Symptoms First Observed 07/21/2007 10:09AM

**Not Specified:**
   Physical Examination First Observed 07/17/2007 04:43PM
   Tb Class 0 (no Exposure Pulm. Tuberculosis) First Observed 07/18/2007 09:56AM
   Pre-seg/lock-up/uof Physical Exam First Observed 07/21/2007 10:42AM

•

**I.       Identifying information:**
   Offender Name:              Robles, Dionicio
   Sex:                        Male
   DOB:                        05-30-1953
   Age:                        53
   Ethnicity:                  Hispanic
   UOA:                        Garza West
   DOA to CM:                  07-23-2007
   DOA to D&E:                 07-26-2007

**II.      Reason for referral/circumstances leading to admission:**
   The patient was referred to Jester IV Diagnostic and Evaluation (D&E) from CM Unit, due to suicidal
   ideations. This psychosocial evaluation was completed in accordance with MHS Policy and Procedure D-
   2.1. The purpose of this evaluation was to assess the patient's current mental functioning, DSM-IV
   diagnosis, and to make recommendations for further treatment as appropriate. The patient was informed that
   this report would be placed in his mental health record, and he voluntarily gave his informed consent.
   Information for this evaluation was obtained via clinical interview, behavioral observations, psychological
   testing, and the patient's TDCJ medical and mental health records.

**III.     Chief complaint:** The patient was asked to summarize his chief complaint that would be the focus of clinical
   attention. He stated, "Moodiness and not being able to control things. My concentration level is low and I am
   unhappy at the moment. I have crying spells from time to time and I am not able to sleep."

**IV.     Mental health history:** The patient reported a history of mental illness in the free world. He claimed he
   received outpatient treatment from MHMRA in Victoria and from a private psychiatrist. He was diagnosed
   with Major Depressive Disorder
   and was prescribed Cymbalta (90mg) and Abilify. He denied ever receiving any inpatient treatment. He has
   never received inpatient treatment within TDC prior to this admission. He is currently being prescribed Celexa
   to help with his depression/anxiety. Regarding a family history of mental illness, he stated his uncle has
   epilepsy and his brother (deceased) and sister both suffer from depression. He denied a history suicide

**APPENDIX 685**                    McCollum 001914

**CORRECTIONAL MANAGED CARE**
**MENTAL HEALTH SERVICES**

<u>MENTAL HEALTH INPATIENT PSYCHOSOCIAL EVALUATION</u>

Patient Name: ROBLES, DIONICIO        TDCJ#:1443175 Date:  08/03/2007 09:32  Facility:  JESTER IV

attempts or self-
mutilating behavior.

V.    **Social history:** The patient was born and raised in Port Lavaca, Texas. He stated he and his 3 biological
       brothers (1 is decreased) and 1 biological sister were raised in an intact family. He stated that he has been
       married twice and had 1 daughter with his first wife and 2 sons and 1 daughter with his second wife. He
       claimed he was sexually abused by his cousin when he was 9-years-old. He reported that he has contact with
       his family. He reported that he was employed in a chemical plant for 16 years in the free world. He reported
       that he was in regular classes, completed the 12th grade, and received a high school diploma. The TDC records
       indicated an unknown EA reading score and IQ score. He has positive history of head trauma and loss of
       consciousness from a car accident. He denied ever serving in the military and a history of seizures. He
       reported that he recently filed for disability, but is unaware of his status. He is currently serving a 60 years
       sentence for possession of child porn.

V.     **Substance use history:** The patient denied a history of substance abuse. He reported a family history of
        alcoholic abuse. The patient denied ever receiving inpatient substance abuse treatment.

VII.   **Mental Status Examination:**
        <u>Orientation</u>: He was oriented to person, place, situation, and date.
        <u>Appearance</u>: He is a 53-year-old nourished Hispanic male that looks his stated age. He was appropriately
        grooming and wearing state mandated clothing.
        <u>Behavior</u>: he was calm and cooperative
        <u>Mood and affect</u>: dysphoric and sullen; flat affect; when asked to describe his mood he stated "I have been
        feeling depressed, moody, and restless." He stated that he is has an appetite, but has not been showering due
        to his
        injury from falling off the bunk at Garza. He stated he is sleeping 6 hours but still feels tired and lacks
        energy.
        <u>Speech</u>: normal rate, rhythm, and volume; nonspontaneous speech
        <u>Thought processes</u>: logical, organized, and goal oriented
        <u>Thought content</u>: Content was relevant and appropriate; He reported auditory hallucinations with an onset
        that occurred three months ago (questionable validity); denied visual hallucinations; he did not present with
        paranoia or delusional ideations
        <u>Suicidal/homicidal ideation</u>: denied suicidal/homicidal ideations and contracted for safety throughout his
        stay in D&E; denied having means/plan to hurt his self
        <u>Cognition</u>: excellent memory (3 of 3), excellent calculations skills, excellent concentration skills with regard
        to spelling the word world backwards, and good abstract reasoning
        <u>Insight and judgment</u>: good judgment by testing, and good insight to his illness

VIII.  **Results of Psychometrics:**
        Psychometrics were not given due to the patient's inability to read without his glasses.

IX.    **Summary of findings:**
        The patient is a 53-year-old Hispanic male who was referred to Jester IV from CM due to suicidal ideations.
        He complained of feelings of depression, fatigue, and poor sleep and concentration. Throughout his stay on
        D&E he denied suicidal/homicidal ideation and visual hallucinations. He reported an onset of auditory
        hallucinations (questionable validity) a couple of months ago. The patient reported that he received

**APPENDIX 686**                                    McCollum 001915

## CORRECTIONAL MANAGED CARE
## MENTAL HEALTH SERVICES

MENTAL HEALTH INPATIENT PSYCHOSOCIAL EVALUATION

Patient Name: ROBLES, DIONICIO        TDCJ#:1443175 Date:  08/03/2007 09:32  Facility:  JESTER IV

outpatient treatment from a private psychiatrist and MHMRA in Victoria and denied ever receiving inpatient treatment. He reported that he has been diagnosed with Major Depressive Disorder and has been prescribed Cymbalta (90mg) and Abilify. This is his first admission to inpatient treatment within TDC. Within TDC he is taking Celexa to help with his depression and anxiety. The patient denied a history of substance abuse. He claimed a family history of mental illness, but denied a history of suicide attempts or self-mutilating behavior. In summary, clinical interviewing, behavioral observations, psychological testing, and the patient's history suggest that he suffers from suffers from Major Depressive Disorder.

Axis I: 296.22 Major Depressive Disorder, Recurrent, Moderate
Axis II: Deferred
Axis III: See Medical Record
Axis IV: Incarceration
Axis V: GAF = 59

X.   **Recommendations/Interventions**:

Therapeutic Program:  It is recommended the patient be admitted to Mood Disorder Program if the patient's condition has not stabilized by Day #7. The outpatient setting is the least restrictive environment for treatment at this time.

XI.   **Prognosis**:  Guarded, provided the patient adheres to prescribed treatment interventions.

Procedures Ordered:

MH IP ASSESSMENT/EVALUATION:    major depressive disorder, recurrent , moderate

Electronically Signed by OLFERS, RITA G MA on 08/03/2007.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>Triage Interview</u>

Patient Name: ROBLES, DIONICIO          TDCJ#:1443175          Date:  08/09/2007 10:17
Facility:  BYRD
Age:54   Race: H  Sex: Male

Patient Language: ENGLISH    Name of interpreter, if required:
Active Problems: •

**Cars:**
Mental Health Cars 1 First Observed 07/18/2007 08:23AM
Dental Cars 1 First Observed 07/18/2007 08:26AM
Medical Cars 0 First Observed 07/18/2007 09:56AM

**Mental Health:**
Anxiety Disorder Nos First Observed 07/21/2007 08:46PM

**Nurse Protocol:**
Np - Psychiatric Symptoms First Observed 07/21/2007 10:09AM
Np - Musculoskeletal Symptoms First Observed 07/22/2007 08:24AM

**Not Specified:**
Physical Examination First Observed 07/17/2007 04:43PM
Tb Class 0 (no Exposure Pulm. Tuberculosis) First Observed 07/18/2007 09:56AM
Pre-seg/lock-up/uof Physical Exam First Observed 07/21/2007 10:42AM
Mood Disorder Nos First Observed 07/25/2007 01:23PM (Rule Out)
Brief Psychiatric Rating Scale First Observed 07/30/2007 05:26PM
Major Depressive Disorder, Recurrent , Moderate  First Observed 08/03/2007 09:37AM

•

**S:**     **Patient interviewed to determine urgency of mental health needs.**

**Referral Source:**
☐     Chain screen
☐     Sick-call request/I-60          **Date Stamped:**_____
☐     Walk-in
☒     Referral from:__chart review_____

Reason for referral/complaint: on meds

☒     Discussed limits of confidentiality with offender.  He/she verbalized understanding

Problems/Issues addressed: The offender is currently prescribed Celexa and Thorazine x 1 week per self report. Thus far, he voices no complaints about the medications.  He reports that the was initially treated in 1996 by his family doctor and was prescribed Cymbalta and Abilify.  The two medications were also continued in the county jail. He reports that he began to experience auditory hallucinations and was thus prescribed Thorazine.  Access to care was discussed and he was informed that he would be followed up by MHS at his unit of assignment.

**O:**     Mental status/behavioral observations
MENTAL HEALTH BEHAVIORAL OBSERVATIONS
Personal Appearance
Nealty Dressed
Personal Hygiene

**APPENDIX 688**                              McCollum 001917

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: ROBLES, DIONICIO          TDCJ#:1443175        Date:  08/09/2007 10:17
Facility:  BYRD

> Clean, Hair Combed, Teeth Brushed
> Cell/Room Appearance
>> Not Assessed
> Motor Activity
>> Calm, Relaxed
> Attention
>> Listens, Makes Eye Contact
> Speech
>> Volume
>>> Normal
>> Rate
>>> Normal Flow, Converstional
>> Appropriateness
>>> Answers Questions Appropriately
> Emotional Expression
>> Normal, Expresses Self Appropriately
> Patient Self-Report
>> No Complaints
>> Mental Health Complaints Regarding:
>>> Depression
>>>> Denies Suicidal Ideations

A:   ☐   Urgent  mental health needs identified
     ☐   Non-urgent  mental health needs identified
     ☐   No apparent  mental health needs
     ☒   Currently receiving Mental Health treatment
     ☐   Other:

P:   Refer to:
     ☐   QMHP
     ☐   Psychiatrist/PA/NP
     ☒   Other: MHS at unit of assignment for follow up

     ☐   Return to clinic in _____ for follow-up
     ☐   See as scheduled by current mental health provider
     ☐   Follow-up upon request or referral.  Access to care  procedure  explained to
         patient

     Procedures Ordered:
          MH OP FOLLOW-UP:      mental health cars 1, major depressive disorder, recurrent ,
moderate

Electronically Signed by GOUGLER, CHRISTINA L BS, LBSW, MHL on 08/09/2007.
##And No Others##

**APPENDIX 689**                    McCollum 001918

MEDICATION PASS                                         08/14/2007

TDC NO.: 01443175                    NAME: ROBLES,DIONICIO JR
UNIT:    DU          HOUSING LOCATION: UNASGN                BED:

| DRUG | PRESCRIBER | START DT | EXP DATE | RENEW | FINAL EXP |
|------|-----------|----------|----------|-------|-----------|
| CITALOPRAM 20MG TAB | YU,KARL D | 07/30/07 | 08/28/07 | 0   1 | 09/27/07 |
|   1 TAB QAM X 30 D | | | | | |
| CHLORPROMAZINE 200MG TAB # | YU,KARL D | 07/31/07 | 08/29/07 | 0   1 | 09/28/07 |
|   1 TAB QPM X 30 D | | | | | |

AUGUST 14,2007

TO: WARDEN KUKUA

I LATARVIA WILKERSON-PCA AT THE BYRD UNIT GAVE OFFENDER
ROBLES,DIONICIO JR.#1443175
HIS MEDICATION CHLORPROMAZINE 200 MG TABLET ON AUGUST 12, 2007 AT
14:36p.m.
AND ON AUGUST 11,2007 HE TOOK HIS CITALOPRAM 20 MG AT 07:56 AM
AND ALSO HE TOOK HIS CHLORPROMAZINE 200 MG AT 14:43PM


THANK YOU

LATARVIA WILKERSON-PCA

**APPENDIX 691**                     McCollum 001920

```
CSPH0076           T. D. C. J. - INSTITUTIONAL DIVISION        08/14/2007
                        PHARMACEUTICAL SYSTEM                   05:55:46
                            COMPLIANCE
TDC NUMBER: 01443175 NAME: ROBLES,DIONICIO JR        AUTO-RENEW: NO
 RX DATE   RX TIME   START    STATUS   LABEL NAME              ROUTE
07/31/07  14:27:09  07/31/07  ACTIVE   CHLORPROMAZINE 200MG TAB # ORAL
  DATE      TIME    TERM   TECHNICIAN    DATE     TIME    TERM  TECHNICIAN
 07/31/07  15:00:00  J4MK   ***-**-5969
 08/01/07  14:52:16  J4M3   ***-**-5454
 08/02/07  16:45:25  J4M1   ***-**-8632
 08/03/07  17:16:11  DUM5   ***-**-2030
 08/04/07  14:42:24  DUM5   ***-**-7327
 08/05/07  14:29:25  DUM5   ***-**-7327
 08/06/07  14:38:46  DUM5   ***-**-7707
 08/08/07  14:34:32  DUM5   ***-**-7707
 08/09/07  17:44:56  DUM5   ***-**-7707
 08/10/07  16:21:23  DUM5   ***-**-7707
 08/11/07  14:43:19  DUM5   ***-**-4320
 08/12/07  14:36:29  DUM5   ***-**-4320


END       MEDICATION PROFILE        DELETE       DISPENSE DRUGS
```

McCollum 001921

```
CSPH0076              T. D. C. J. - INSTITUTIONAL DIVISION              08/14/2007
    .                    PHARMACEUTICAL SYSTEM                          05:55:57
                              COMPLIANCE
TDC NUMBER: 01443175 NAME: ROBLES,DIONICIO JR              AUTO-RENEW: NO
 RX DATE    RX TIME   START    STATUS   LABEL NAME                ROUTE
07/30/07   17:14:05  07/30/07  ACTIVE   CITALOPRAM 20MG TAB       ORAL
  DATE       TIME    TERM  TECHNICIAN        DATE    TIME   TERM  TECHNICIAN
07/31/07   08:45:00  J4MB  ***-**-5969
08/01/07   08:08:50  J4MB  ***-**-5454
08/02/07   08:03:58  J4MB  ***-**-8632
08/02/07   09:09:01  J4M1  ***-**-6274
08/07/07   04:44:18  DUM5  ***-**-7327
08/08/07   04:14:05  DUM5  ***-**-7327
08/10/07   03:55:33  DUM5  ***-**-4320
08/11/07   07:56:21  DUM5  ***-**-4320
```

END        MEDICATION PROFILE        DELETE        DISPENSE DRUGS

**APPENDIX 693**        McCollum 001922

Scanned by BYRD, REBECCA in facility BYRD on 08/10/2007 05.51

MHS 8-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

Patient name

X Dionicio Robles_____ TDCJ# X 144375 Facility: **BYRD**
    PRINT YOUR NAME HERE

1. I, X Dionicio Robles_____ authorize Dr./Ms./Mr. **GOUGLER**
         PRINT YOUR NAME HERE

   and his/her designated assistants to administer (treatment assessment):
   **EVALUATION AND COUNSELING** to me and continue such treatment as
   Medically necessary.

2. I understand that this treatment/assessment consists of (full description of
   treatment): **EVALUATION OF CURRENT MENTAL HEALTH CONDITION,
   SYMPTOM ANALYSIS AND OVERALL MENTAL HEALTH
   FUNCTIONING.**

3. I understand the benefits of treatment/assessment include **the relief of mental
   health symptoms and problems.**

4. I also understand that the treatment/assessment involves certain risks and
   complications, the most common of which are (describe risks):
   **No significant risks.**

5. The alternative methods of treatment/assessment have been explained to me:
   I understand that they include (describe alternatives):
   **Treatment of mental health symptoms with the use of psychiatric medication(s).**

Limits of confidentiality have been explained to me. No guarantees or assurances
have been given by any one as to the results that may be obtained.


X Dionicio Robles          X _____ Robles      X 8-8-07
  Printed name of patient        Patient signature          Date


Christina L. Gougler, BS,MHL     C_____     8-8-07
  Name of mental health provider     Provider signature          Date


**APPENDIX 694**                    McCollum 001923

# EMERALD CLINICAL PATIENT SUMMARY

BYRD  HUNSTVILLE, TX
Monday  , August  13, 2007 05:50 AM

Name:  **ROBLES, DIONICIO**

| | | | |
|---|---|---|---|
| Phone: | | Work: | |
| MRN: | 1443175 | SSN: | |
| DOB: | 03/30/1953 | Sex: | MALE |
| Age: | 54 Years | Race: | HISPANIC |
| Next of Kin: | | | |
| Living will: | No | | |
| Language: | ENGLISH | | |

Begin/End Range:  08/03/2007 to 08/09/2007
No. of Admissions:  2
First Admission Date:  08/03/2007
Last Admission Date:  08/09/2007
Date of Death:

Other Providers:  GOUGLER, CHRISTINA L
UNKNOWN, UNKNOWN

## MISSING KEY PATIENT INFORMATION

********* WARNING ******* PATIENT HAS NO SSN.

## PAST ADMISSIONS

| Admit Date | Disch. Date | Discharge Type | MRN | Facility Name | Facility Location | Admitting Physician |
|---|---|---|---|---|---|---|
| 08/09/2007 | 08/09/07 | RELEASED | 1443175 | BYRD | HUNSTVILLE, TX | CHRISTINA GOUGLER |
| 08/03/2007 | 08/03/07 | CONVERSION DAT | 1443175 | BYRD | HUNSTVILLE, TX | UNKNOWN UNKNOWN |
| 07/21/2007 | 08/03/07 | OTHER | 1443175 | JESTER IV | RICHMOND, TX | WILLIAM READING |
| 07/21/2007 | 07/21/07 | CONVERSION DAT | 1443175 | JESTER IV | RICHMOND, TX | UNKNOWN UNKNOWN |
| 07/21/2007 | 07/21/07 | RELEASED | 1443175 | GARZA E AND W | BEEVILLE, TX | ANNETTE GOMEZ |
| 07/18/2007 | 07/18/07 | RELEASED | 1443175 | GARZA E AND W | BEEVILLE, TX | CHRISTOPHER HANSEL |
| 07/18/2007 | 07/18/07 | RELEASED | 1443175 | GARZA E AND W | BEEVILLE, TX | RUBY HINZ |
| 07/17/2007 | | CONVERSION DAT | 1443175 | HOSP.GALVESTON | GALVESTON, TX | UNKNOWN UNKNOWN |
| 07/17/2007 | | CONVERSION DAT | 1443175 | CORRECTIONAL MANAGED CARE | GALVESTON, TX | UNKNOWN UNKNOWN |
| 07/17/2007 | 07/17/07 | CONVERSION DAT | 1443175 | GARZA E AND W | BEEVILLE, TX | UNKNOWN UNKNOWN |

## ALLERGIES

| First Observed | Allergen | Reaction | Severity |
|---|---|---|---|
| 07/18/2007 | NO KNOWN ALLERGIES Comment:  N/A | | N/A |

**APPENDIX 695**          McCollum 001924

ROBLES, DIONICIO JR

NAME

TRANSFER

DATE

7.30.07



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Institutional Division

NUMBER
1443175

1443175

ROBLES JR, DIONICIO

000   7/16/2007

001

CONDUCT CONTINUED

SEX:

EYES:

ADD:   HGT:

McCollum 001925

| NAME | NUMBER | ONLINE* | SENT | AGE | ED | A H MD M | EMP-1 | 2 | 3 | E.R. S | CLASS | RELIGION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ES, DIONICIO JR | 1443175 | | ** | 54 | | | | | | | | |

**TRANSFERS and ASSIGNMENTS**

| DATE | PLACE | WORK |
|---|---|---|
| /16/07 | NH | |

**CONDUCT:**

ONLINE SOL MINOR (3) POSS CHILD PORN (7) VICTORIA
3-20 YEARS 7-10 YEARS

**SUMMARY:**

**COMMITTEE RECOMMENDATIONS:**

**COM. ESCAPES   COM. DATA**

| NST | | |
|---|---|---|
| up. Sent. | | |
| t. Home | Court | VICTORIA |
| lla | | |
| ify | Sent. Beg. | |
| L Pris. | 7/16/0 | |
| D.C.J. | Rec'd | |
| h. Pris. | | |

MAX. EXPIR.          MIN. EXPIR.

E.A. REHAB. RAT.          DATE INT. BY

McCollum 001926



ROBLES,

DATE: 7-30-07

TRANSFE

J4

B25-08

ALIAS:

HEIGHT: WEIGHT:

HAIR:

MARKS and SCARS:

ILLNESS, INJURY OR DEATH—NOTIFY: IRMA ROBLES    SISTER    1516 LADD    FORT

LAVACA TX 361.482.8387    DATE:

DR.

REMARKS:

DETAINERS:

RACE:    SEX:

COMPLEXION:    EYES:

NATIVITY:

APPENDIX 698

McCollum 001927

Scanned by BRANNON, TAMMY L in facility GARZA E AND W on 07/18/2007 13:15

**___ED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

## I. IDENTIFICATION

NAME: Robles, Dionicio  OCCUPATION: NA  EDUCATION: 12th

DOB: 5-30-53  COUNTY: Victoria  PREVIOUS TDCJ #(s): x14

## II. FAMILY HISTORY

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. Blood disease (sickle cell anemia, hemophilia) | YES | NO | 16. INH Prophylaxis | YES | NO |
| 2. Cancer | YES | NO | 18. Intravenous Drug Abuse | YES | NO |
| 3. Diabetes | YES | NO | 20. Kidney Disease | YES | NO |
| 4. Heart Disease | YES | NO | 21. Liver Disease | YES | NO |
| 5. High Blood Pressure | YES | NO | 22. Mental Illness | YES | NO |
| 6. Tuberculosis | YES | NO | 23. Non Intravenous Drug Abuse/Alcoholism | YES | NO |

## III. PERSONAL HISTORY

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 11. 0 1. Asthma/Emphysema | YES | NO | 24. Peptic Ulcer | YES | NO |
| 2. Back Injury | YES | NO | 25. Pneumonia/Pleurisy | YES | NO |
| 3. Blood disease (sickle cell anemia, hemophilia) | YES | NO | 26. Rheumatism/Arthritis | YES | NO |
| 4. Cancer | YES | NO | 27. Seasonal Allergies | YES | NO |
| 5. Cavities | YES | NO | 28. Sexually Transmitted Diseases | YES | NO |
| 6. Depression/Suicide Attempt | YES | NO | 29. Smoker | YES | NO |
| 7. Diabetes | YES | NO | 30. Tetanus Immunization Date | YES | NO |
| 8. Drug/Food Allergies | YES | NO | 31. Tuberculosis | YES | NO |
| 9. Epilepsy/Seizures | YES | NO | 32. Unprotected Sex w/Multiple Partners | YES | NO |
| 10. Glasses/Hearing Aid | YES | NO | 33. Other: | | |
| 11. Gum disease | YES | NO | **IV. OBSTETRIC/GYNECOLOGICAL HX** | | **N/A** |
| 12. Head Injury | YES | NO | 1. Date of last menstrual period: | | |
| 13. Heart Disease/Angina | YES | NO | 2. Number of pregnancies/live births: | | |
| 14. Hepatitis | YES | NO | 3. History of Problem pregnancy: | | |
| 15. High Blood Pressure | YES | NO | 4. Date of last pap smear: | | |
| 16. HIV + / AIDS | YES | NO | 5. Date of last mammogram: | | |
| Prior HIV Test Results | | | 6. History of birth control methods (IUD, pills, etc.) | | |
| 17. Homosexual/Bisexual Activities | | | | | |

A. If YES to any of the above indicate family member or self, give date and treatment received:
④ 2006 throat cancer  ⑥ ⑫ ㉓ Hxr IX - dep & anxiety

B. History of hospitalization?  YES  NO
Please list the DATE, HOSPITAL, CONDITION: Hx - throat cancer - radiation - 37 TX's
2006 - Citizens - pychiatric (3 mos.)

C. Do you have any current medical, mental health or dental complaints? YES  NO
If yes, what: depression + anxiety

D. Have you experienced any of these symptoms: cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES  NO  If YES, when?

E. What illegal drugs have you used? N/DALE
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?  N/A
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?  YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications? YES  NO  see county sheet
If YES, what: Cymbalta, Abilify
Reason for taking medications: depression

G. Observations:
| Condition of skin: | Tremor | YES | NO | Sweating | YES | NO | Other: |
|---|---|---|---|---|---|---|---|
| | Cuts | YES | NO | Bruises | YES | NO | |
| | Sores | YES | NO | Other: | | | |
| Body & Movement: | Deformities | YES | NO | Impaired Motor Activity | YES | NO | |

states has sweating problem

HSM-13 (6/06)

1

McCollum 001928

Scanned by BRANNON, TAMMY L in facility GARZA E AND W on 07/18/2007 13:15

**H. BEHAVIOR AND MENTAL STATUS**

Hygiene & Appearance: ☑ Clean, neat ☐ Dirty, sloppy ☐ Other: _____

Orientation (ask questions and document response):

What is today's date? _7-16_

What time is it? _1:30_

What place is this? _Garza West_

Speech: ☑ Normal ☐ Loud ☐ Soft ☐ Mumbling ☐ Other: _____

Attitude: ☑ Appropriate ☐ Crying ☐ Cursing ☐ Quiet ☐ Other: _____
☐ Laughing

**I. THOUGHT CONTENT (Please circle YES or NO)**

| | | |
|---|---|---|
| Are you having current thoughts about suicide or self-injury? | YES | (NO) |
| Do you see or hear things that others do not see or hear? | YES | (NO) |
| Do you have any special powers abilities? | YES | (NO) |
| Do you receive personal messages from the TV or radio? | YES | (NO) |
| Do you have any phobias or excessive fears? | YES | (NO) |

**J. DISPOSITION**

Routine referral to: ☐ Medical ☑ Mental Health ☐ Dental ☐ CID

Immediate referral to: ☐ Medical ☐ Mental Health ☐ Dental ☐ CID

Release to general population: ☑ YES ☐ NO Other: _____

Offender Signature: _Dw Roller_    Date: _7-16-07_

Reviewer Signature: _Ron Miguel LPC / T. Albert LPC_    Date: _7-16-07_

Scanned by TAMEZ, MELISSA M CCA in facility GARZA E AND W on 07/18/2007 14:12

Authorization to Release Protected Health Information (PHI)
To: Health Care Providers under contract to TDCJ

| | | | |
|---|---|---|---|
| **Patient Name:** | Robles, Dionicio | **TDCJ #:** | 1443175 |
| **Date of Birth:** | 03/30/1953 | **Social Security Number** (optional) | 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 |

I am currently incarcerated and receiving medical treatment within the Texas Department of Criminal Justice (TDCJ). This Authorization is to provide my medical information to the health care providers under contract to TDCJ for continuing my medical care and treatment.

I authorize release of medical records FROM: CITIZENS HOSPITAL — VICTORIA

2701 Hospital Drive
Victoria, Tx 77901-

Please send requested medical records TO:

GARZA WEST UNIT
~~4250 HWY 202~~
BEEVILLE, TX 78102-8982

I specifically authorize health care providers under contract to TDCJ to obtain the following PHI: (Provide description of the particular medical record information you are requesting be released to health care providers under contract to TDCJ such as date or time period of the requested information)

| | | | |
|---|---|---|---|
| Complete Records | ✓ | Hospital Records | ✓ |
| Clinic Records | ✓ | Radiology Reports | ✓ |
| Lab Reports | ✓ | Operative Reports | ✓ |
| Shot Records | ✓ | Discharge Summary | ✓ |
| Other | ✓ | | |

By signing this Authorization Form, I understand that I am giving my authorization for health care providers under contract to TDCJ to receive all protected health information (PHI) relating to my diagnosis, testing or treatment. I understand that my expressed consent is required to release any health care information relating to testing, diagnosis and/or treatment for HIV (AIDS virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use. You are specifically authorized to release all health care information relating to such diagnosis, testing, or treatment. I may revoke this authorization at any time. I understand that such a revocation will not have any effect on any information already used or disclosed by health care providers under contract to TDCJ before the health care providers under contract to TDCJ received my written notice of revocation. I understand that the information disclosed pursuant to this authorization may be re-disclosed by health care providers under contract to TDCJ, but that any re-disclosure would be protected under federal and Texas privacy laws. This Authorization is voluntary and I may refuse to sign this Authorization Form. I understand that I am not required to sign this Authorization Form in exchange for the receipt of treatment from health care providers under contract to TDCJ. This authorization will expire on the 180th day of the signing.

_____    7-18-07
**Signature of Patient or Authorized Personal Representative**    **Date**

Ms. Tamez, CCA
**Relationship to Patient**

1 of 1
X    *885022031950351185532251000000* #

**Correctional Managed Care**
## REPORT OF PHYSICAL EXAM

**Patient Name:** ROBLES, DIONICIO   **TDCJ#:** 1443175   **Date:** 07/18/2007 08:05   **Facility:** GARZA E AND W

**Age:** 54 Years **DOB:** 03/30/1953 **Race:** H **Sex:** Male

**Most recent vitals from 07/18/2007:** BP: 159 / 91 (Sitting) ; Wt: 230 Lbs.; Height: 71 In.; Pulse: 77 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Chief Complaint and Notes:** NO COMPLAINTS

**Significant Past Medical History:**

| VISUAL ACUITY | | AUDITORY ACUITY | | INTERPRETER Y/N? | Interpreter Name |
|---|---|---|---|---|---|
| Rt. 20/ 20   Corr: To 20/ | | Rt. Wv   / 15 Sv   15 | | | |
| Lt. 20/ 20   Corr: To 20/ | | Lt. Wv   / 15 Sv   15 | | | |
| REMARKS (Vision & Hearing) | | | | | |

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
|---|---|---|---|
| Head And Neck | x | | Eomi, Perrla, Fundus Without Pathology. Throat Clear, Tms Without Hyperemia |
| Eyes | x | | |
| Ent | x | | |
| Dental | x | | |
| Chest, Breast | x | | Clear Without Wheezes Or Crackles |
| Cardiovascular | x | | Regular Rate And Rhythm No Murmur, S3 Or S4 |
| Hemopoietic/ Lymphatic | x | | |
| Abdomen | X | | Soft Non-Tender Without Mass, Rebound, Rigidity, Or Guarding |
| Gastrointestinal | x | | |
| Endrocrine/ Metabolic | x | | |
| Nutritional | x | | |
| Upper Extremities | X | | FULL ROM |
| Spine | X | | FULL ROM |
| Lower Extremities | X | | FULL ROM |
| Skin | x | | Normal |
| Rectal, Gu | x | | Guiac: negative |
| Neuro | X | | Cn 2-12 Intact S/S/M Without Focal Deficit |
| Ob-Gyn (Pelvic) | | | NA |

| REMARKS:  cancer of throat  (voice box) | | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|
| | Designators | 3 | 1 | 1 | 1 | 2 | |
| | Codes | E | A | A | A | b | |
| | Modifiers | P | P | P | P | P | |

**CARS:**

**Diagnoses:** hx throat ca with radiation completed 2006, age, decreased vision, obesity

**Restrictions:** none

**Orders:** bp checks 2 x per week x 2 weeks

please have pt sign for medical records Citizens Hosp, Victoria TX 2000-present throat cancer dx , treatment, and follow up schedule psc follow up laryngeal cancer and referral (when fw records are here ) 30 days

**Procedures Ordered:**

   **INTAKE PHYSICAL:**       physical examination

McCollum 001931

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** ROBLES, DIONICIO   **TDCJ#:** 1443175   **Date:** 07/18/2007 08:05   **Facility:** GARZA E AND W

| Refusal Signed: | Yes | | No | x |
|---|---|---|---|---|

Electronically Signed by HINZ, RUBY M C.N.P. on 07/18/2007.
Electronically Signed by PEREZ, EVANGELINA M PCA on 07/18/2007.
##And No Others##

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBLES, DIONICIO   **TDCJ#:** 1443175   **Date:** 07/29/2007 08:34   **Facility:** JESTER IV

**Age:** 54 Years   **Race:** H   **Sex:** Male

**Most recent vitals from 07/21/2007:** BP: 177 / 82 (Sitting) ; Wt: 220 Lbs.; Height: 71 In.; Pulse: 108 (Sitting) ; Resp: 16 / min; Temp: 99.1 (Oral)

**Allergies:** NO KNOWN ALLERGIES

| Patient Language:    Name of interpreter, if required: |
|---|

**Today's Problem:CELLSIDE ROUND,**

**S: SEEN THEPT IN CELL SIDE FOR PROGRESS CHECK . PT DENIES ANY S/H IDEATION AT THIS TIME . PT TEACHINGDONE FOR SAFTY,& MEDICATION .**

**O: ALERT&ORIENTED X3**

**A: CALM.**

**Plan is as follows: WILL FOLLO UP PRN.**

Procedures Ordered:
        NURSING LEVEL1 COMPLETE VISIT: mood disorder nos

Electronically Signed by ABRAHAM, ALLEYAMMA R.N. on 07/29/2007.
##And No Others##




Offender Dicincio Robles, TDCJ-ID #1443175




**APPENDIX 705**

McCollum 001934






Offender Dionicio Robles, TDCS-ID # 1418175

**APPENDIX 706**

McCollum 001935

IRI
Death

Offender Death
- ACCIDENTAL

I-09697-08-07

EMERGENCY ACTION CENTER

RECEIVED ___0744___   DATE 8/13/07

UNIT ___DU'___   REC. BY TA/TA

REFERENCE INCIDENT # _____

```
***********************************************************
*** REQUESTOR: HQEAC01 - CENTER, EMERGENCY ACT EMERGENCY ACTION CENTER   ***
***********************************************************
                 S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 345342      DATE: 08/13/07  TIME: 09:42    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      DULTS03 - BYRD UNIT LIEUTENANTS/SGTS
           3RD SHIFT LIEUTENANTS/SGTS
           BYRD UNIT
                                              Robles, Dionicio
SUBJECT:   I-09697-08-07                      H-M-54-MH


*** Sent by Alternate User "MDU2690" for "DULTS03" ***
TO:             EMERGENCY ACTION CENTER
FROM:           BYRD UNIT
SUBJECT:        I-09697-08-07
AUTHOR:         LT. M. DUKE


OFFENDER INFO:      ROBLES JR., DIONICIO (DO)-ID #1443175 A 54 YEAR OLD
                    HISPANIC MALE, SERVING 3-20 YEARS FOR ONLINE SOL
                    OF A MINOR, AND 7-10 YEARS FOR POSS OF CHILD PORN
                    FROM VICTORIA.
SUMMARY:  AT APPROXIMATELY 0500 HOURS OFFENDER ROBLES JR., DIONICIO
#1443175 WAS FOUND UNRESPONSIVE IN HIS ASSIGNED CELL OF A-1-10 CELL.
THE OFFENDER WAS FOUND BY OFFICER JAMES BUCHANAN CO 4. OFFICER
BUCHANAN THEN CALLED FOR ASSISTANCE. LT. M. DUKE, AND OFFICER K.
HUGHES CO4 RESPONDED ALONG WITH RN. KINARD FROM MEDICAL. THE OFFENDER
WAS LYING ON HIS SIDE, WITH HIS FACE DOWN IN THE MATTRESS. MS. KINARD
ORDERED THE OFFENDER REMOVED FROM THE TOP BUNK AND PLACED ONTO THE
GURNEY. LT. DUKE ALONG WITH OFFICERS HUGHES AND BUCHANAN THEN PICKED
THE OFFENDER UP FROM THE TOP BUNK AND CARRIED HIM TO GURNEY. AFTER THE
```

   McCollum 001936

ARRIVAL AT THE UNIT INFIRMARY MS. KINARD THEN UTILIZED THE AED ON THE
OFFENDER.  WALKER COUNTY EMS THEN ARRIVED AT THE UNIT INFIRMARY.  EMT-P
G. TURNER, AND EMT-P R. LENORMAN.  EMT-P TURNER CALLED HUNTSVILLE
MEMORIAL HOSPITAL EMERGENCY ROOM, AND SPOKE TO DR. KALIL, WHO
PRONOUNCED THE OFFENDER DEAD AT 0525 HOURS. WARDEN D. KUKUA WAS
NOTIFIED AT 0505.OIG BRENT DORMAN ARRIVED AT 0600 HOURS, CHAPLIN SILVEY
WAS NOTIFIED AT 0545 HOURS.  JUSTICE OF THE PEACE R. DUNCAN WAS
NOTIFIED AT AT 0550 HOURS.REGIONAL DIRECTOR MR. TREON WAS NOTIFIED AT
0645 HOURS HUNTSVILLE FUNERAL HOME WAS NOTIFIED AT 0700 HOURS. THERESA
ALFORD OF EAC WAS NOTIFIED AT 0745.  NEXT OF KIN IRMA ROBLES WAS
NOTIFIED BY CHAPLIN SILVEY AT 0830.  HUNTSVILLE FUNERAL HOME DEPARTED
THE UNIT WITH THE BODY AT 0817.  OIG INVESTIGATION IS ON-GOING AT THIS
TIME.


LT. M. DUKE
3RD SHIFT BYRD UNIT.

Sent to:    DUEAC               (list)                      (to)

I-09697-08-07

```
*******************************************************************
*** REQUESTOR: HQEACO1 - CENTER, EMERGENCY ACT EMERGENCY ACTION CENTER    ***
*******************************************************************
***           S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 345855        DATE: 08/13/07  TIME: 10:19   PRIORITY: 000

TO:         HQEACO1 - CENTER, EMERGENCY ACTION
            GENERAL TERMINAL
            EMERGENCY ACTION CENTER

FROM:       WSI2J53 - SILVEY, WILLIE
            CHAPLAIN
            GOREE UNIT

SUBJECT:    DEATH NOTIFICATION


************************DEATH NOTIFICATION**********************

INMATE: ROBLES, DIONICIO JR          TDCJ# 1443125
DATE OF DEATH: 08/13/2007
CUSTODY:          STATUS:            RACE: HISPANISH  DOB: 03/30/53 AGE: 54
CAUSE OF DEATH:                      TIME: 0535   DOCTOR: KALIL
PLACE OF DEATH: BYRD UNIT
DUTY WARDEN: KUKUA                   TIME: 0505
JUSTICE OF THE PEACE: RICHARD DUNCAN TIME: 0630
TDCJ-ID-IAD: DIANNA GREEN            TIME: 0630
HUNTSVILLE FUNERAL HOME:             TIME: 0815
CHAPLAIN: WILLIE SILVEY              TIME: 0520
EOC:                                 TIME: 0745
APPROVAL OF AUTOPSY BY N.O.K.  (  )YES  (  )NO   (  ) UNABLE TO CONTACT
N.O.K.                         TIME:        HRS   PHONE
ADDRESS:               FAMILY WILL( X ) WILL NOT(   ) CLAIM BODY
ADDRESS:
LOCATION OF BODY: HUNTSVILLE FUNERAL HOME
LOCATION OF INMATE PROPERTY:  N/A
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 21

AFFIDAVIT OF ROBERT LEWIS WILLIAMS, MD

    "My name is Robert Lewis Williams, and I am an employee of the TDCJ, a governmental agency.  I am executing this declaration as part of my assigned duties and responsibilities.  I declare under penalty of perjury that the following is true and correct. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

    "I am the custodian of the worksheets for the Joint Morbidity and Mortality (M&M) Committee.  Attached is a true copy of the Mortality Committee Worksheet for Offender James Shriver, which is maintained by the TDCJ in the regular course of its business activity.  The entries of such worksheets were made as a regularly conducted activity and a regular practice of the Joint Morbidity and Mortality Committee."

    Executed in Walker, State of Texas, on the 7th day of April, 2014.

Robert Lewis Williams, MD
Deputy Director
Health Services Division
Texas Department of Criminal Justice

## TDCJ MORTALITY COMMITTEE WORKSHEET

| Offender Name: Shriver, James | TDCJ#: 390315 | Date of Incarceration: 9-6-2007 |
|---|---|---|

| Date of Birth: 1-28-1960 | Date of Death: 8-8-2007 | Time of Death: 0512hrs |
|---|---|---|

| Age: 47 | Race: W | Sex: M | Autopsy Authorized:  Yes ☒ No ☐ |
|---|---|---|---|

| Unit of Assignment: Byrd | Place of Death: Byrd Unit |
|---|---|

**Current Diagnoses:** HTN, Asthma, HCV, Mental illness

**Current Medications:** HCTZ 50mg/day; ASA 325mg/day; Dicyclomine 20mg bid; Benztropine MES 1mg/day and hs; Haloperidol 5mg bid; Ziprasidone 80mg bid; Fluoxetine 20mg/day;

**Other Relevant Medical History:**

**Summary Of Events Leading Up To Death:** Discharged from IP psych at JM 7-26-07 as pt requested discharge. 7-31-07 at RB enroute when placed in infirmary for hearing voices and hitting head on wall. Four small abrasions to head. 8-1-07 taken to Skyview for crisis management. 8-7-07 discharged Skyview to DU, evaluated by ~~psych~~ upon arrival at DU.

**Summary of Events The Day of Death:** 8-8-07. found in cell at approximately 0500hr unresponsive, no vital signs. CPR started. Transported to medical. EMS arrival – placed on locator. ~~...~~

**Autopsy Findings (If Authorized):** I. Body as a whole: History of psychiatric illness and sudden, unexpected death. A. Skin, anterior forearms and lower legs; multiple well-healed transverse scars. B. Heart: cardiomegaly (410 grams), patent foramen ovale. C. Lungs: congestion (combined weight 1320g), interstitial fibrosis, mild. II. Other findings: A. Kidney, right, duplicate renal arteries. prominent fetal lobulations and cortical scars. B. urinary bladder: mild muscular hypertrophy

| Was offender seen by medical staff, preceding his/her death? | | | | | | Yes ☒ | | No ☐ |
|---|---|---|---|---|---|---|---|---|
| If yes state the time period when he/she was last seen: | | | | | 1 Day ☒ | 3 Days ☐ | | 1 Wk ☐ |

**What level of Health Provider evaluated the patient preceding death?**

| Physician MD☐ DO☐ | PA ☐ | APN ☐ | RN ☐ | LVN ☐ | Other ☒ | (If other please describe:)Mental health |
|---|---|---|---|---|---|---|

| Did offender die natural causes (excludes: Homicide/suicide/accident)? | Yes ☒ | No ☐ |
|---|---|---|

If the Autopsy was performed, then state the documented Cause of Death:**In summary, prior abnormal EKG and the signs of ischemia in the myocardium, with small vessel abnormalities, suggest arrythmia as a cause of death.**

**The medication history and otherwise vague anatomic findings point to hyperthermia as a contributing factor in this patient's death. It is our opinion that the cause of death is cardiac arrythmia, with likely temperature dysregulation, and the manner of death is natural.**

Created on 12/6/2007 3:36:00 PM

1

**APPENDIX 712**

McCollum 04035

04/04/2014  13:37   9364391350          ARCHIVES                    PAGE  10/14

## TDCJ MORTALITY COMMITTEE WORKSHEET (Continued)

| Offender Name: | Shriver, James | TDCJ#: | 390315 | Date of Death: | 8-8-2007 |

**REVIEW CAUSE OF DEATH**

Immediate Cause - *(final disease or condition resulting in death)*

A. Cardiac arrythmia with likely temperature dysregulation

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in Death) LAST

B. Hepatitis C seropositive

C.

**Committee Consensus Cause of Death**  Same

**QUALITY OF CARE ISSUES**

| | | | | |
|---|---|---|---|---|
| 1.  Does the Reviewer recommend this case be referred to Peer Review? | | | Yes ☐ | No ☒ |
| 2.  If yes check one of the following: | Physician ☐ | Dental ☐ | Nurse (RN/LVN) ☐ | |
| Allied Mental Health Professionals ☐ | Other ☐ | If Other Describe: | | |

| | | |
|---|---|---|
| 3.  Does the Reviewer recommend this case be referred to Utilization Review for a Morbidity Case Management Review? | Yes ☐ | No ☒ |
| 4. Does the Reviewer recommend this case be referred to Correctional Managed Health Care for review of systemic issues that affected health care? | Yes ☒ | No ☐ |
| 5. Does the Reviewer recommend this case be referred for a review of the security or facility issues that affected health care? | Yes ☐ | No ☒ |
| 6. Was this patient suitable to be considered for Medically Recommended Intensive Supervision (MRIS)? | Yes ☐ | No ☒ |
| **Comment:**  (reason for referral) | | |

Reviewer's Name: **Michael W. Jones** *Wm*            Date: 12-10-07

Created on 12/6/2007 3:36:00 PM

2

**APPENDIX 713**            McCollum 04036

AFFIDAVIT OF ROBERT LEWIS WILLIAMS, MD

"My name is Robert Lewis Williams, and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the following is true and correct. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"I am the custodian of the worksheets for the Joint Morbidity and Mortality (M&M) Committee. Attached is a true copy of the Mortality Committee Worksheet for Offender Dionicia Robles, which is maintained by the TDCJ in the regular course of its business activity. The entries of such worksheets were made as a regularly conducted activity and a regular practice of the Joint Morbidity and Mortality Committee."

Executed in Walker, State of Texas, on the 7th day of April, 2014.

Robert Lewis Williams, MD
Deputy Director
Health Services Division
Texas Department of Criminal Justice

**APPENDIX 714**                    McCollum 04037

04/04/2014  13:37    9364391350              ARCHIVES                        PAGE  11/14

## TDCJ MORTALITY COMMITTEE WORKSHEET

| Offender Name: Robles, Dionicio | TDCJ#: 1443175 | Date of Incarceration: 7/16/07 |
|---|---|---|
| Date of Birth: 3/30/53 | Date of Death: 8/13/07 | Time of Death: 0500 |
| Age: 54 | Race: Hispanic | Sex: Male | Autopsy Authorized:  Yes ☒ No ☐ |
| Unit of Assignment: Byrd Unit | Place of Death: Herman Memorial Hospital ER | |

Current Diagnoses:  Major depression, History of throat cancer with radiation completed in 2006.

Current Medications: Cymbalta, Abilify, Chlordiazepoxide

Other Relevant Medical History: Patient claims to have had throat cancer.  Free world doctors were requested and he also had a history of mental illness.

Summary Of Events Leading Up To Death: Patient was found in his cell early in the morning of 8/13/07.  CPR was started and the patient was transferred to ~~Herman~~ Memorial Hospital ER where he was pronounced dead.          *Huntsville*

Summary of Events The Day of Death: Heat related death due to environmental factors and phenothiazines..

Autopsy Findings (If Authorized):

| Was offender seen by medical staff, preceding his/her death? | | Yes ☒ | | No ☐ |
|---|---|---|---|---|
| If yes state the time period when he/she was last seen: | 1 Day ☒ | 3 Days ☐ | | 1 Wk ☐ |
| What level of Health Provider evaluated the patient preceding death? | | | | |

| Physician | PA | APN | RN | LVN | Other | (If other please describe:) |
|---|---|---|---|---|---|---|
| MD☒ DO☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| | Yes | No |
|---|---|---|
| Did offender die natural causes (excludes: Homicide/suicide/accident)? | ☒ | ☐ |

If the Autopsy was performed, then state the documented Cause of Death:

Created on 4/8/2008 12:24:00 PM

1

**APPENDIX 715**                    McCollum 04038

04/04/2014  13:37  9364391350            ARCHIVES                    PAGE  12/14

## TDCJ MORTALITY COMMITTEE WORKSHEET (Continued)

| Offender Name: | Robles, Dionicio | TDCJ#: | 1443175 | Date of Death: | 8/13/07 |

**REVIEW CAUSE OF DEATH**

Immediate Cause - *(final disease or condition resulting in death)*

**A.** Heat related death due to environmental factors

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in Death) LAST

**B.** PhPhenothiazine

C.

**Committee Consensus Cause of Death**

**QUALITY OF CARE ISSUES**

| | | Yes | No |
|---|---|---|---|
| 1. Does the Reviewer recommend this case be referred to Peer Review? | | ☐ | ☒ |

| 2. If yes check one of the following: | Physician ☐ | Dental ☐ | Nurse (RN/LVN) ☐ |
|---|---|---|---|
| Allied Mental Health Professionals ☐ | Other ☐ | If Other Describe: | |

| | Yes | No |
|---|---|---|
| 3. Does the Reviewer recommend this case be referred to Utilization Review for a Morbidity Case Management Review? | ☐ | ☒ |
| 4. Does the Reviewer recommend this case be referred to Correctional Managed Health Care for review of systemic issues that affected health care? | ☐ | ☒ |
| 5. Does the Reviewer recommend this case be referred for a review of the security or facility issues that affected health care? | ☐ | ☒ |
| 6. Was this patient suitable to be considered for Medically Recommended Intensive Supervision (MRIS)? | ☐ | ☒ |

**Comment:** (reason for referral)

Reviewer's Name: **Tim Revell, MD.**                    Date: 4/7/08

Created on 4/8/2008 12:24:00 PM

2

**APPENDIX 716**                    McCollum 04039

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 22

## BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS        §
                                §
TRAVIS COUNTY       §

BEFORE ME, the undersigned authority, personally appeared Angela Moore, who, being by me duly sworn, deposed as follows:

"My name is Angela Moore. I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated.

"I am a custodian of the records for the Executive Director, Texas Department of Criminal Justice (TDCJ). The attached record is kept in the regular course of business, and it was the regular course of business of this office for an employee or representative of our department with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The record attached hereto is the original or an exact duplicate of the original.

"Correspondence with Texas legislators about heat, high temperatures, heat indexes, or air conditioning in TDCJ facilities from January 1, 2009 to present"

Angela Moore
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED BEFORE ME, on the 20th day of March 2013.

NOTARY PUBLIC in and for the State of Texas

Susan J. McHenry
Printed name of Notary

5-12-2014
Commission Expiration Date

SUSAN J. McHENRY
Notary Public
STATE OF TEXAS
Commission Exp. 05-12-2014
**Notary without Bond**

**APPENDIX 718**                 McCollum 001771



6915 ANTOINE, SUITE E
HOUSTON, TEXAS 77091
713-663-6363

**State of Texas**
**House of Representatives**
SYLVESTER TURNER
STATE REPRESENTATIVE

P.O. BOX 2910
AUSTIN, TEXAS 78768-2910
512-463-0554

August 12, 2011

Mr. Brad Livingston
Texas Department of Criminal Justice
209 West 14th
Austin, Texas 78701

Dear Mr. Livingston,

I have been receiving various reports in recent weeks regarding the extreme heat that inmates and guards are enduring this summer. In some instances I have received reports that temperatures inside cells have reached as high as 120 degrees during the day and do not fall below 100 degrees at night.

I am fully aware of the lack of air conditioning in most of the units but I believe that any and all preventative measures must be taken and exhausted to ensure that inmates and guards inside TDCJ do not suffer.

I have reviewed TDCJ's policy regarding heat and am concerned that the measures provided do not adequately address the unprecedented heat being experienced. It is my understanding that the are a number of fans that could be recycled and given to inmates that are indigent at no cost to TDCJ.

If your office could please provide me with an action plan to ensure steps are being taken to provide some relief, I would be most appreciative.

Most Sincerely,

Sylvester Turner
State Representative
District 139



**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

August 16, 2011

The Honorable Sylvester Turner
Texas State Representative
Room: CAP 1W.06, Capitol
P. O. Box 2910
Austin, Texas 78768

Dear Representative Turner:

The Texas Department of Criminal Justice (TDCJ) appreciates your concern regarding the extreme heat condition currently being experienced by the TDCJ staff and offender population. The TDCJ is equally concerned about the importance of the safety and welfare of the staff and offender population and has implemented various preventative measures and protocols to mitigate the effects of adverse weather conditions.

System-wide protocols are, and will continue to remain in place in order to address the effects of the extreme temperatures and heat. These protocols include, but are not limited to: increase the awareness of staff and offenders on the signs and treatment for heat related illnesses; providing additional water and ice in the work and housing areas, including more frequent water breaks; restricting outside activity (work hours); allowing additional showers; allowing offenders to wear shorts in the dayrooms and recreational areas; and by appropriately assigning and rotating the offenders and staff in housing and work areas. In addition, to continue to mitigate the effects of the extreme heat on offenders and staff the Correctional Institutions Division is working closely with the Facilities Division to maximize all ventilation systems.

Through consultation with the offender medical and transportation staff, the TDCJ has incorporated preventative measures by developing profiles for offenders who may be of a higher risk of being susceptible to heat. Through this process, identified offenders are scheduled to be transported during the coolest hours of the day. This information is also utilized by correctional staff working in the offender housing areas to conduct additional wellness checks on these offenders.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-2101

**APPENDIX 720**

McCollum 001773

Note, where there are fans available for recycling to the offender population, the agency is actively providing fans to our indigent offenders through the loaner fan program.

The TDCJ understands its responsibility and is committed to ensuring the safety and welfare of our staff and offenders.  The agency has taken a number of actions to mitigate the impact of extreme heat and will continue to examine any means that may provide further assistance.

Please do not hesitate to contact me, should you have further questions or concerns.

Sincerely,

Brad Livingston
Executive Director

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 437-2101
www.tdcj.state.tx.us

McCollum 001774

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.,* | § | |
| *Defendants.* | § | |
| | § | |

# Exhibit 23

# AFFIDAVIT

THE STATE OF TEXAS     §
                                 §

COUNTY OF <u>DALLAS</u>    §

        BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

        "My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

        "I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

        "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody.  I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ.  The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

        "Attached are copies of the records requested consisting of   <u>1053</u>   pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

_____<br>
Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on <u>December 13 2012</u> by the said, <u>Jeff Pringle</u> to certify which, witness my hand and seal of office.

_____<br>
Notary Public in and for the State of Texas

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

McCollum 00419



## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Extreme Heat Precautions

### OPERATIONAL PROCEDURE/HUTCHINS UNIT        June 1, 2011

**SUBJECT:** EXTREME HEAT PRECAUTIONS

**AUTHORITY:** Administrative Directive 10.64, Health Services Policy B-15.5, ACA Standard #4318

**PURPOSE:** To establish procedures to be followed by the staff of the Hutchins Unit during extreme heat situations

**INTRODUCTION:** In an effort to reduce heat related injuries and illnesses the Hutchins Unit will follow the aforementioned procedures for the staff and offenders assigned to the Hutchins Unit. This Standard Operating Procedure will be in addition to and in accordance with A.D. 10.64 "Temperature Extremes in the Workplace" and Health Services policy B-15.5 "Heat Stress".

**PROCEDURES:**

I. Hutchins Unit Staff

1. All Staff members newly assigned to the Hutchins Unit will receive annual training for Heat Related illnesses as required by TDCJ.

2. The Unit Risk Management Coordinator will issue each employee who is newly assigned to the Hutchins Unit a "Recognition of Heat Illness card". The card will be carried on the employee's person while they are on duty. Staff members will read the card and familiarize themselves with the signs of Heat .Exhaustion, Heat Collapse, and Heat Stroke.

3. Staff members assigned to outside duty positions (i.e. gates, outside recreation yards, utility officers, escort officers) will be rotated out of the heat at least every two (2) hours and allowed to work an inside position.

   A. The time limits may be changed by the Unit Risk Management Coordinator or a security supervisor as deemed appropriate. Staff should monitor each other for signs of heat distress.

   B. Staff are encouraged to wear agency approved hats for coverage when outside in the summer months.

4. Cool drinking water will be provided at regular intervals to the staff assigned to outside positions who cannot leave their immediate area.

   A. All water coolers will be picked up and cleaned and inspected with a fresh supply of water and ice on daily. Staff members will immediately contact their supervisor if the exchange is not conducted.

   B. Officers will have a fresh supply of ice once each shift to place cold drinks only in daily, no food items of any kind will be placed in the coolers. Staff members will immediately contact their supervisor if the exchange is not conducted.

5. Frequent water breaks will be provided to staff members working Field Squads, Yard Squads, Community Service Squads and Maintenance Squads.

   A. Staff members will immediately contact their supervisor if they experience symptoms of Heat related illness/injury or if they witness another staff member witness these symptoms.

   B. Upon notification by a staff member, supervisors are to take action as per A.D. 10-64 and B-15.5 in resolving these types of issues.

II. Hutchins Unit Offenders

1. Offenders working outside in extreme heat will be provided frequent water breaks A.

   Offenders will be allowed to take breaks in shaded areas when possible

   B. Offenders with work restrictions of 20 (no temperature extremes) and 21 (no humidity extremes) shall be removed from rosters where these conditions exist.

2. Offenders will be allowed to wear commissary purchased gym shorts and commissary purchased T-shirts in the housing areas and on the recreation yards.

3. Offenders will have free and frequent access to the dorm showers while the dayrooms are open, dorm lights will remain off during daylight hours, unless there is an incident or emergency situation.

4. Air handlers are in operation to ensure good circulation of fresh air circulation.

5. At the Warden's Discretion, the purge fans may be turned on to allow for more fresh air circulation. Note: To turn a purge fan on or off access the electrical room for the building. To engage the fan turn the switch to manual. Turn the switch to the off position to stop.

6. Offenders will be provided cool drinking water during meal times.

   A. Additional cool drinking water may be delivered to the housing areas during the day. The coolers will be placed inside the living areas and also will be picked up and cleaned with an inspection done by the officer on duty and the food service department. All coolers will be picked up and also filled with a fresh supply of water on second shift daily.

   B. Water fountains are in place on the recreation yards for cool water during outside recreation periods.

III. Unit Transport Procedures during extreme heat

1. Certain types of offenders transported off the unit will depart during the cooler parts of the day when possible. These include but are not limited to:

   A. Offenders taking psychotropic medications

   B. Offenders with health issues deemed by the Unit Medical Department to be too severe to travel with in extreme heat situations.

IV. Back Gate Procedures

1. The building Major shall be responsible for monitoring all Back Gate waiting times for vehicles entering and exiting the unit.

2. Vehicles entering the unit will be immediately sent to their destination to be unloaded.

3. When a vehicle is not unloaded within fifteen (15) minutes a fan will be placed in the front entrance and if possible the rear of the vehicle to allow for fresh air circulation.

V. Heat Advisories

1. Updates on extreme temperatures and heat conditions such as heat exhaustion, heat collapse or heat stroke will be announced via radio on an hourly schedule.

Senior Warden

**APPENDIX 725**

McCollum 00421

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 24

## AFFIDAVIT

THE STATE OF TEXAS          §
                            §
COUNTY OF <u>DALLAS</u>          §

BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

"I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

"I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

"Attached are copies of the records requested consisting of ___1053___ pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

_____
Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on _December 13, 2012_ by the said, _Jeff Pringle_ to certify which, witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

**APPENDIX 727**                    McCollum 00399

Texas Department of Criminal Justice

## Inter - Office Communications

To: CAPTAIN SESSIONS

Date: 1-Aug-11

From: M. McGuire, FSM-III

Subject: ICE PROTOCOL

The following is for your information concerning the ice for offender water coolers:

Each day water is placed in thirty- five gallon barrels and refrigerated for at least twenty four hours at forty degrees, twice daily the five gallon igloos and are filled with water and ice and are provided to the housing areas.

On 7/28/11 the food service department began freezing #10 cans of water to alleviate the workload on the ice machines using the following method:

Twice a day thirty, one hundred fize (oz) cans are filled with water. Next they are placed in freezer at 20 degrees Fahrenheit for three days.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.,* | § | |
| *Defendants.* | § | |
| | § | |

# Exhibit 25

# AFFIDAVIT

THE STATE OF TEXAS §
§
COUNTY OF <u>DALLAS</u> §

BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

"I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

"I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

"Attached are copies of the records requested consisting of ___1053___ pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

_____
Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on December 13 2012, by the said, Jeff Pringle to certify which, witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

**APPENDIX 730**

McCollum 00419

Texas Department of Criminal Justice

INSTITUTIONAL DIVISION

Inter–Office Communications

To  Warden Pringle                          Date December 11, 2012

From P Escobedo/Chief of Classification   Subject McCollum, Larry #1721640

Be advised offender McCollum, Larry #1721640 arrived at Hutchins State Jail on July 18, 2011. When offenders arrive from the county jails they are housed in the next available bunk in our transient housing for processing. The offender was placed in C4–1 housing, which is a lower bunk. Offender McCollum was then moved to C6–34 bunk, which is a top bunk on July 18, 2011. Also on July 18, 2011 offender McCollum was moved to C7–46, a top bunk, where he remained for the rest of his stay. The offender only maintains a bottom bunk if the medical personnel checking in the incoming chain notifies count room staff the offender will require a bottom bunk while in processing. Mrs. P. Lopez, Admin Tech II Count Room, made the moves with the authorization of P. Meshack, Chief of Unit Classification at the time.

Thank you,

P. Escobedo

---

**APPENDIX 731**                          McCollum 00444

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 26

# AFFIDAVIT

THE STATE OF TEXAS     §
                           §

COUNTY OF <u>DALLAS</u>    §

      BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

         "My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

         "I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

         "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody.  I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ.  The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

         "Attached are copies of the records requested consisting of ___1053___ pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

                                       _____
                                         Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on _December 13 2012_, by the said, _Jeff Pringle_ to certify which, witness my hand and seal of office.

                                     _____
                                     Notary Public in and for the State of Texas

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

McCollum 00419



TDCJ Risk Management's

# *Training Circular*

| Volume 12 Issue 5 | Risk Management Issues | May 2012 |







Summer time in Texas is symbolic of our state. From the dry desert heat of West **Texas**, to the muggy humid East Texas, one thing is for sure, it's **HOT**! Extreme heat in the workplace can pose serious health and safety issues.



Every reasonable effort should be made in the interest of preventing heat related injuries in the workplace. Problems of heat stress are more common than those prevented by very cold environments.

Heat stress is best prevented by acclimatizing staff and offenders to working under hot and humid climate conditions, assuring adequate fluid intake and, to a lesser extent,

assuring adequate salt intake.

Proper treatment of heat stress should begin at the worksite, but severe heat stress is a medical emergency which must be treated in a medical facility**.**

## EXTREME HEAT

Workers can suffer heat-related injuries, illnesses, and even death when the body's temperature control system is overloaded. Normally, the body cools itself by sweating, but under some conditions just sweating is not enough.

When a person's body temperature rises rapidly their vital organs are threatened. In a typical year about 175 Americans succumb to heat. Heat kills more people each year in the United States than tornadoes, floods, hurricanes, or lightning.

## HEAT STRESS FACTORS

For the human body to maintain a constant internal temperature, the body must rid itself of excess heat. This is achieved primarily through varying the rate and amount of blood circulation to the outer layers of the skin and releasing of fluid onto the skin by the sweat glands.

The evaporation of sweat cools the skin, releasing large quantities of heat from the body. As area temperatures approach normal skin temperature, cooling of the body



Case 4:14-cv-03253   Document 288-14   Filed on 06/17/16 in TXSD   Page 53 of 54

becomes more difficult.

If air temperature is as warm or warmer than the body surface, blood brought to the body surface cannot lose its heat, and sweating becomes the primary means of maintaining a constant body temperature.

Sweating does not cool the body unless the moisture is removed from the skin by evaporation. Under conditions of high humidity, the evaporation of sweat from the skin is decreased and the body's efforts to maintain acceptable body temperature may be significantly impaired

## HEAT STRESS SAFETY HAZARDS

The frequency of accidents in general appears to be higher in hot environments than in more moderate temperatures. Heat tends to promote accidents that occur because of sweaty palms, dizziness, or the fogging of safety glasses. Employees can get burned from accidental contact with hot materials such as steam or metal surfaces.

Mental confusion, tiredness, and irritability may occur when an employee becomes overheated. The effect of these conditions can result in poor



judgment and unsafe practices.

## TYPES OF HEAT-REALTED ILLNESSES

**Heat Cramps**: usually develop following strenuous exercise, in muscles that have been subjected to extensive work. The pain is brief, intermittent and crampy, and may be quite severe. Heat cramps usually occur after several hours of work, and may occur even at low ambient temperatures. The cause is inadequate replacement of electrolytes (sodium and potassium).

**Treatment** consists of rest in a cool place and replacement of fluids and electrolytes, by drinking cool, caffeine-free fluids and eating a meal.



**Prevention** is accomplished by ample fluid intake during and after work, and salting of food during meals if not medically contraindicated. Use of electrolyte replacement drinks or lightly salted fruit drinks at the worksite may also be beneficial.

**Heat Exhaustion (Heat Prostration)**: the most common form of heat stress, caused by depletion of water and salt. Symptoms include weakness, anxiety, fatigue, thirst, dizziness, headache, nausea and urge to defecate. Signs in-



clude profuse perspiration, rapid pulse, in coordination and confusion.

Heat prostration may lead to **heat syncope**, a sudden onset of collapse that is usually of brief duration. During heat syncope the patient appears ashen gray and skin is cool and clammy. Failure to treat heat exhaustion may result in progression to heat stroke. Risk factors include failure to maintain adequate fluid intake during exertion, and taking diuretics.

**Treatment** is to remove the person to a cool area, having them lie down, remove shirt and shoes, begin oral rehydration. Some cases may require intravenous fluid replacement.

**Prevention** is accomplished by ample fluid intake during

McCollum 00373

Case 4:14-cv-03253   Document 288-14   Filed on 06/17/16 in TXSD   Page 54 of 54

work, proper work-rest cycles, and salting of food during meals if not medically contraindicated.



Heat Stroke: is a medical emergency. While it may be preceded by signs of heat exhaustion, the onset is often sudden. In heat stroke the body has lost its ability to dissipate heat and maintain a normal body temperature. Body temperature is often elevated over 106°F.

Exertional heat stroke occurs in young, healthy people who maintain inadequate fluid intake during exertion. Signs include headache, chills, gooseflesh, weakness, in coordination, nausea and vomiting, progressing to unconsciousness.

Classical heat stroke is seen in the elderly, those with predisposing medical conditions such as congestive heart failure, diabetes and alcoholism, and those on medications which cause fluid depletion, interfere with sweating or interfere with the body's thermoregulatory system.

Classical heat stroke has few premonitory signs. Collapse may be among the first symptoms. Skin is hot and dry, and pulse is rapid and weak. Shock and death may occur in either type of heat stroke.

Treatment is a medical emergency. The patient must be removed to a cool, air-conditioned place, stripped and cooled rapidly using a water spray and cooling fans.

Prevention includes ample fluid intake during work, proper work-rest cycles, excluding people at high risk from working under conditions of extreme heat and humidity, and maintaining adequate indoor conditions, such as access to cool fluids and use of



cooling fans, for persons at increased risk for heat stroke.

The key to all heat related illness is PREVENTION.

## HEAT RASH

Heat Rash - Heat rash is a skin irritation caused by excessive sweating during hot, humid weather. It can occur at any age but is most common in young children.

Recognizing Heat Rash - Heat rash looks like a red cluster of pimples or small blisters. It is more likely to occur on the neck and upper chest, in the groin, under the breasts, and in elbow creases.

What to Do - The best treatment for heat rash is to provide a cooler, less humid environment. Keep the affected area dry. Dusting powder may be used to increase comfort. Treating heat rash is simple and usually does not require medical assistance. Other heat-related problems can be much more severe.

## SUN SAFETY

People who spend a lot of time outdoors run the risk of suffering from more than just heat exhaustion or heat stress.

Repeated exposure to ultraviolet (UV) radiation places them at risk for various forms of skin cancer and eye diseases, such as cataracts. The number of skin cancer cases in the United States continues to increase each year.

The sun's rays are most intense and damaging during



**APPENDIX 736**

McCollum 00374