| 4 | TDCJ Risk Management's Training Circular | May 2012 |

the summer months. The greatest exposure occurs from 10:00 a.m. until 4:00 p.m., but you can still get a sunburn



during cloudy weather, other seasons, and other times of the day.

The areas of the body most at risk to exposure to UV radiation are the back of the neck, ears, face, eyes, and arms.

These and other body parts can be easily protected by wearing proper clothing, sunglasses, and sunscreen. You can reduce your risk by taking precautions and avoiding repeated exposure to the sun.



**AD-10.64**

Fortunately, the Agency recognizes the very real hazards associated with working within such temperature extremes and has taken proactive measures to protect staff.

So much in fact, that this medical issue has an Administrative Directive devoted to it.

AD-10.64 is the Agency's policy addressing temperature extremes in the TDCJ workplace.

The last page of AD-10.64 contains the Heat and Humidity Matrix, as well as preventive steps to take when the apparent or 'feels like' temperature reaches varying levels of severity.

According to the matrix, which is adopted from the National Weather Service, a person can begin to feel the effects of heat exhaustion in temperatures as low as 80°.

Risks for heatstroke begin at temperatures of 91°. At 95°, there can be an imminent danger of developing heatstroke.

Bear in mind, these risk factors are accompanied by extremely high humidity levels.



**REFERENCES:**
- TDI, DWC, Workplace Safety, HS99-151B
- CMHC, Heat Stress, B-15.2
- TDI, DWC, Heat-Related Injury & Illness Prevention Factsheet, HS04-047B

- TDI, DWC, Sun Safety, HS96-096E
- CDC, Emergency Preparedness & Response, Extreme Heat
- TDCJ, AD-10.64, Temperature Extremes in the TDCJ. Workplace



Training Circular
TDCJ Risk Management Department
Volume 12  Issue 5
May 2012

Jackie Edwards
Director, Administrative Review and Risk Management

Vacant
Manager II
Review and Standards

Robert C. Warren
Risk Management Specialist V
Risk Management

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Robert C. Warren, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Robert C. Warren
Risk Management Department
1060 Hwy 190 East
Huntsville, Texas 77340
or,
robert.c.warren@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.



TDCJ Risk Management's

# Training Circular

| Volume 11 Issue 09 | Risk Management Issues | September 2011 |



# Heat Wave

## Understanding Heat Related Illness



### A National Problem

Heat kills by taxing the human body beyond its abilities. In a normal year, about 175 Americans succumb to the demands of summer heat.

Among the large continental family of natural hazards, only the cold of winter - not lightning, hurricanes, tornadoes, floods, or earthquakes - takes a greater toll.

In the 40-year period from 1936 through 1975, nearly 20,000 people were killed in the United States by the effects of heat and solar radiation. In the disastrous heat wave of 1980, more than 1,250 people died.

And those are the direct causalities. No one can know how many more deaths are advanced by heat wave weather - how many diseased or aging hearts surrender, which under better conditions would have continued functioning.

North American summers are hot; most summers see heat waves in one section or another of the United States.

East of the Rockies, they tend to combine both high temperatures and high humidity although some of the worst have been catastrophically dry.

### How Heat Affects the Body

Human bodies dissipate heat by varying the rate and depth of blood circulation, by losing water through the skin and sweat glands, and - as the last extremity is reached - by panting, when blood is heated above 98.6 degrees.



The heart begins to pump more blood, blood vessels dilate to accommodate the increased flow, and the bundles of tiny capillaries threading through the upper layers of skin are put into operation.

The body's blood is circulated closer to the skin's surface, and excess heat drains off into the cooler atmosphere. At the same time, water diffuses through the skin as perspiration. The skin handles about 90 percent of the body's heat dissipating function.

Sweating, by itself, does nothing to cool the body, unless the water is removed by evaporation - and high relative humidity retards evaporation.

The evaporation process itself works this way: the heat energy required to evaporate the sweat is extracted from the body, thereby cooling it.

Under conditions of high temperature (above 90 degrees)

| 2 | TDCJ Risk Management's Training Circular | September 2011 |

and high relative humidity, the body is doing everything it can to maintain 98.6 degrees internally.

The heart is pumping a torrent of blood through dilated circulatory vessels; the sweat glands are pouring liquid - including essential dissolved chemicals, like sodium and chloride - onto the surface of the skin.

## Heat Related Emergencies

Overexposure to the sun or heat can lead to cramps, exhaustion, and even death. Proper protection is essential for preventing sun and heat related illness. Prevention is simple, effective, and by far preferable to treatment.



Proper prevention measures significantly reduce probability of sun and heat related illness. Your actions in identifying and reacting to the signs of heat related illness could mean the difference between life and death.

## The Sun and Radiation

Over-exposure to the sun's ultraviolet rays can have detrimental effects on your skin. Here are some tips you may follow to reduce the risks of skin cancer:

- Avoid midday sun (10:00 am to 4:00 pm)
- Apply a waterproof sunscreen (SPF of 15 or greater
- Wear tightly woven clothing to block sun
- Wear a broad brimmed hat to shadow face, neck and ears

Also keep in mind that:
- Sunlight reflected from snow and concrete increases the intensity of light on your skin
- Light cloud cover will not block or protect you from ultraviolet sunlight
- Water does not filter most ultraviolet light, thus being underwater (e.g. Snorkeling) will not protect you from the sun.

## Heat Related Illness

Overexposure to heat, humidity, or over exertion of the body can lead to heat related illness. This usually takes one of three forms:

## Heat Cramps

Heat cramps occur most com-

monly in the most worked muscles after heavy exercise in the heat. A high level of humidity, recent ingestion of alcohol, or being over the age of forty may increase the likelihood of heat cramps.



## Treatment for Heat Cramps

- Remove the patient from the hot environment.
- Take the patient into the shade or into a cool sheltered area.
- Have the patient sit or lie down to rest the cramping muscles.
- The patient should attempt to gently stretch the affected muscles.
- Encourage the patient to drink orange or tomato juice, a soft drink or a commercially available sodium balanced thirst quencher.
- Do not give liquids to a patient who is unconscious or not alert.
- Remove any sweat with a damp cloth.

If patient does not get better within 30 minutes, seek further medical attention. Dial 911 if necessary and ask for an ambulance. The paramedic dispatcher will give you further instructions.

**APPENDIX 739**

McCollum 00377

| 3 | TDCJ Risk Management's Training Circular | September 2011 |
|---|---|---|

Do not provide the patient with more water since this may further dilute the salt levels in the body. It is also not advisable to give the patient a salt-water mix or salt tablets since these may have other negative effects on the patient.

### Heat Exhaustion

Excessive loss of bodily fluids due to prolonged sweating, especially in a hot environment, can lead to heat exhaustion.

### Symptoms of Heat Exhaustion

- Headache
- Fatigue
- Vomiting
- Nausea
- Thirst
- Giddiness
- Profuse sweating



The patient is usually cold and damp to the touch and skin may appear gray.

### Treatment of Heat Exhaustion

- Remove the patient from the hot environment.
- Take the patient into the shade, or preferably, into a sheltered, air conditioned environment.



- Remove any extra clothing and loosen any clothing which is tight or restrictive.
- Urge the patient to lie down.
- If the patient is conscious and alert, provide suitable fluids such as tomato or orange juice, soft drinks or other commercially available sodium balanced thirst quenchers.

Further medical attention is highly recommended. Dial 911 and ask for the ambulance. The paramedic dispatcher will give you further instructions.

### Heat Stroke

Heat stroke occurs when the body is subjected to more heat than the body can possibly handle. Heat stroke is a serious medical condition and may lead to death without immediate emergency medical attention.

In heat stroke, body temperature rises too quickly resulting in the death of body tissue.

### Symptoms of Heat Stroke

- Chills
- Nausea
- Vomiting
- Throbbing in the head
- Disorientation
- Slowing down of sweating

### Treatment of Heat Stroke

The patient's life depends on rapid emergency medical care. Dial 911 and ask for an ambulance. The paramedic dispatcher will give you further instructions.



The patient's body must be cooled as rapidly as possible. Remove the patient from the hot environment and remove any excessive clothing while waiting for the ambulance.

### Heat Illness Prevention Slow down

Strenuous activities should be

McCollum 00378

reduced, eliminated, or re-scheduled to the coolest time of the day. Individuals at risk should stay in the coolest available place, not necessarily indoors.

restrictive diets, or (3) have a problem with fluid retention should consult a physician before increasing their consumption of fluids.



## Dress for summer

Lightweight, light-colored clothing reflects heat and sunlight, and helps your body maintain normal temperatures.



[PROTEIN]

## Put less fuel on your inner fires

Foods (like proteins) that increase metabolic heat production also increase water loss.

## Drink plenty of water or other non-alcoholic fluids



Your body needs water to keep cool. Drink plenty of fluids even if you don't feel thirsty. Persons who (1) have epilepsy or heart, kidney, or liver disease, (2) are on fluid

## Do not drink alcoholic beverages

## Do not take salt tablets unless specified by a physician

Persons on salt restrictive diets should consult a physician before increasing their salt intake.

## Spend more time in air-conditioned places

Air conditioning in homes and other buildings markedly reduces danger from the heat.

If you cannot afford an air conditioner, spending some time each day (during hot weather) in an air-conditioned environment affords some protection.

## Don't get too much sun

Sunburn makes the job of heat dissipation that much more difficult.



Training Circular
TDCJ Risk Management Department
Volume 11 Issue 09
September 2011

Jackie Edwards
Director, Administrative Review and
Risk Management

VACANT
Program Administrator
Risk Management

Jerry Bailey
Audit & Inspection Manager
Risk Management

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Jerry Bailey Audit & Inspections Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Jerry Bailey
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or,
Jerry.bailey@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.

**APPENDIX 741**



TDCJ Risk Management's

# *Training Circular*

Volume 11  Issue 04               Risk Management Issues                    April 2011



# TEXAS SULTRY SUMMERS



**Summer** is just around the corner. Summer time is perfect to go swimming, watching the kids play baseball, football, BBQ's, or just sitting in the shade trying to stay cool while drinking some ice cold lemonade. The truth is we would rather be sitting in the cool air conditioning. But we can't put our lives on hold until it gets cooler. The grass is still going to grow. Cars are still going to need to be washed, and the kids still want to play outside. For these first timers in the Texas summer heat and humidity, you will now know the meaning of a Texas Summer before long. Since we have to go on with our daily activities, we can take precautions to reduce the risk of a heat related illnesses.

Have you ever heard someone say "An ounce of prevention is worth a pound of cure"?

That statement is very true when dealing with a heat related The best prevention for mosquito bites and not contacting the West Nile Virus is to follow prevention protocols. Empty standing water in old tires, buckets, plant containers barrels, and/or any other container that collects water. Wear insect repellent between dusk and dawn when outdoors. Wear long sleeved light colored clothing and pants.

## WEST NILE VIRUS

The West Nile Virus (WNV) was first detected in the Western Hemisphere in 1999 and has since rapidly spread across the North American continent into all 48 continental states, seven Canadian provinces, and throughout Mexico. In addition, West Nile Virus activity has been detected in Puerto Rico, the Dominican Republic, Jamaica, Guadeloupe and El Salvador.

According to the U.S. Centers for Disease Control and Prevention (CDC), over 15,000 people in the U.S. have tested positive for the West Nile Virus infection since 1999, including over 500 deaths. Many more people have likely been infected with the West Nile Virus, but have experienced mild or no symptoms. Statistically, a person's risk of contracting West Nile is low, and less than 1% of those infected develop serious illness from the virus. Those at highest risk for serious illness are the elderly and those with lowered immune systems. However, people of all ages can develop serious illness, so it is important for everyone to protect themselves from mosquito bites to minimize the risk of infection.

However when symptoms do occur, they range from mild illness characterized by fever,  headaches, sore muscles, rash and swollen lymph glands, including meningitis or encephalitis. Very rarely, the illness results in death. Incubation period is 3-6 days after being bitten by an infected mosquito. If an unusual bird "die off" is noted, Contact the Risk Management Central Office (936) 437-4804 immediately for further instructions.

## FIRE ANTS

These pesky little critters can turn a nice picnic into a battle of

| 2 | TDCJ Risk Management's Training Circular | April 2011 |
|---|---|---|

the marching ants. Who is going to get to the basket of food first? Fire ants bite down into the skin, then sting downwardly as they pivot; the result is a characteristic circular pattern of bites. Fire ants bites produce extremely painful vesicles that are filled with fluid. The bite causes a sharp, stinging pain followed by swelling. If a reaction occurs transport the victim to a physician.

## SCORPION

This insect just looks scary. They look like something out of a sci-fi movie that makes you want to run. Of the three species of scorpions in the United States that sting and inject poisonous venom, only one is generally fatal. The severity of the sting depends on the amount of venom injected; Ninety percent of all scorpion stings occur on the hands.
Signs and symptoms of scorpion stings include: sharp pain at the sting site, swelling at the sting site, which spreads gradually, discoloration at the sting site, nausea and vomiting, restlessness, drooling, poor coordination, incontinence and seizures.

## TICKS

Spring time always brings the best out in us. A nice game of fetch with the dog or a walk in the woods. But it also brings out the ticks. These little insects may be small but they can still be scary. If you spend time outdoors or have pets that go outdoors, you need to beware of ticks. Ticks are small bloodsucking bugs. Many species transmit diseases to animals and humans. Some of the diseases you can get from a tick bite are; Lyme Disease, Ehrlichiosis, Rocky Mountain Spotted Fever and Tularemia. Some ticks are so small that they can be difficult to see. Ticks may get on you if you walk through areas where they live, such as tall grass, leaf litter or shrubs.
To remove a tick, follow the guidelines; remove a tick as soon as you discover it. The longer the ticks remains attached to the skin, the more likely for an infection to result, Use tweezers when removing a tick or cover your fingers with a tissue, grasp it as close as possible to the skin, pull firmly and steadily until the tick is dislodged and then flush it down the toilet, wash your hands with soap and water.

## WASPS

The most likely insect to cause sting reactions in the Southeast and Southwest, wasps tend to nest in small numbers under the eaves of houses and buildings. They like picnic areas, garbage cans, and food stands. Did you know that a wasp can deliver multiple stings at one time?.

## YELLOW JACKET

A principal insect causing sting reactions in the Northeast and Midwest, yellow jackets tend to dominate in late summer and fall. Nests are located in the ground. Often seen in picnic areas, Yellow jackets (*Vespula* species, *Ve-*

*spa* species and *Dolichovespula* species) are considered beneficial around home gardens and commercially grown fruits and vegetables at certain times of the year because they feed abundantly on insect pests such as caterpillars and harmful flies. Unfortunately, in late summer and early fall when their populations peak, the yellow jackets' normal insect diet disappears and their feeding habits become a problem to man. At this time of year, the yellow jacket has an appetite for much the same food and drink as those consumed by man. Also, yellow jacket stings can result in a life-threatening situation, especially if the person is allergic to yellow jacket venom.

## HONEYBEES

Found throughout the United States at any time of the year, except in colder temperatures when they remain in their hives, in Northeast and Midwest honeybees are major insects causing sting reactions. Hives are usually found in hollowed out areas such as dead tree trunks. Honeybees principally ingest nectar of plants, so they are often seen in the vicinity of flowers. The honeybee with its barbed stinger will self-eviscerate after a sting, leaving the venom sac and stinger in place.
Here are some interesting facts about honeybees.
* Bees have 5 eyes
* Bees fly about 20 mph
* Bees are insects, so they have 6 legs

**APPENDIX 743**

McCollum 00381

| 3 | TDCJ Risk Management's Training Circular | April 2011 |

* Male bees in the hive are called drones
* Female bees in the hive (except the queen) are called worker bees
* Bees have been around 30 million years
* Bees carry pollen on their hind legs called a pollen basket or corbicula
* An average bee hive can hold around 50,000 bees. 
* Bees have 2 pairs of wings
* Bees are important because they pollinate approximately 130 agricultural crops in the U.S. including fruit, fiber, nut, and vegetable crops.

## AFRICANIZED BEES
**Bee Alert.**
Africanized honey bees are well established in the wild population of honey bees in Texas. The Africanized bee is a hybrid (mixture) of African and European honey bee subspecies. Both are not native to the Americas. As a hybrid the Africanized bee appears identical to European honey bees. Individual foraging European and Africanized bees are highly unlikely to sting. A swarm rarely stings people when in flight or temporarily at rest. However, established Africanized colonies are more highly defensive toward perceived predators than European colonies. As                of



November 2004, 158 Texas counties have been quarantined for Africanized honey bees. Winkler County was added to the Texas AHB quarantine list on November 9, 2004.
The quarantine allows beekeepers to move bee hives within but not out of the zone in an effort to prevent the assisted spread of Africanized honey bees.

## SIMILARITIES
* Look the same
* Protect their nests from predators by stinging
* An individual bee can sting only once and then dies
* Have the same kind of venom
* Pollinate flowers, produce honey and wax

## AFRICANIZED BEES CAN
* Respond quickly to disturbances  by people and animals 50 feet or more from the nest.
* Sense vibrations from power equipment 100 feet or more from the nest
* Sting in large numbers
* Will chase an enemy up to a ¼ mile or more.
* Have a higher rate of reproduction (swarm more frequently).
* Nest in smaller cavities and sometimes underground (e.g. water meters and animal burrows) shelter.

## SPIDERS
Texas has two venomous species of spiders, the black widow (*Latrodectus mactans*) and the brown recluse (*Loxosceles reclusa*). Both of these species of spiders can be found indoors and outdoors through out the State. The female black widow can be identified by its jet black color, globular abdomen with a reddish or yellowish hourglass on the underside. Male, black widow spiders are smaller, brown and nondescript. The black widow spider is aptly named because the female usually eats the male after mating. The venom of the black widow is a neurotoxin and can lead to severe systemic reactions and in rare cases, death. The black widow's venom is reportedly 15 times more toxic than the venom of the prairie rattlesnake. However, only a minute quantity is injected with each bite. The most severe reactions occur in children and older adults. Black widow spiders
Black widow spiders can frequently be found in woodpiles, boxes, outdoor toilets, meter boxes, under eaves, and other undisturbed areas.

Brown recluse spiders are golden brown in color and can be identified by the characteristic



**APPENDIX 744**                    McCollum 00382

Case 4:14-cv-03253   Document 288-15   Filed on 06/17/16 in TXSD   Page 9 of 82

## SNAKES



Say the word and for a lot of people, shivers go up and down their spine. Are they sneaky, slimy, scary or skillful and simply sensational? People either love them or hate them but either way snakes play a important role in our world. When working outdoors this spring in the garden or working offenders in the field force be aware of your surrounding.

### Texas Poisonous Snakes

### Western Diamondback Rattlesnake - poisonous

Point out the large head with small scales, the diamond pattern on its back; the black and white rings on the tail and the rattles. This snake is found in central Texas, including Miller Springs. This type of rattlesnake has been known to reach a length of 8.5 feet and eats mice, rats and rabbits.

### Cottonmouth - poisonous

Point out the large head with small scales, the black color with hints of bands and the belly which has several colors but no pattern. This is a water snake that may get 6 feet long and eats frogs, fish, and small mammals in or near water. The Cottonmouth is found from central Texas eastward and is found in Miller springs along the Leon River.

### Coral Snake - poisonous

Point out the small head and the red, yellow (white in this preserved specimen) and black bands. This snake is found in the wooded canyons and river bottom and may reach a length of 3 feet. It eats lizards, snakes and small mammals. It is found in central Texas eastward and is found at Miller Springs.

### Copperhead - poisonous

Point out the large head which in a live specimen would be the color of a penny, the hour glass shape of the bands on the back and the colors on the belly. These snakes are found in wooded areas in Texas and are found in the wooded areas of Miller Springs. Copperheads eat small mammals. They may reach a length of 4 feet.

### What to do if ............ Insect Bites

Although most stings or bites do not require medical care, remember some stings or bites can be serious or even fatal. If you have the slightest suspicion that someone is having a generalized or allergic reaction, seek Emergency Treatment Immediately. If you are stung or bitten at the unit or office, notify your supervisor immediately.

### Snake Bites

Wash the bite with soap and water. Immobilize the bitten area and keep it lower than the heart. Seek medical attention immediately. If bitten, notify your supervisor immediately.



**TEAM**=Together Everyone Achieves More

Unknown

Training Circular
TDCJ Risk Management Department
Volume 11 Number 04
April 2011

Director, Administrative Review and Risk Management
*Jackie Edwards*

Program Administrator
Risk Management
*Elizabeth Boerlin*

Audit & Inspection Manager
Risk Management
*Jerry Bailey*

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Elizabeth Boerlin, Program Administrator, Risk Management. Comments, suggestions and safety related items are welcome. Send suggestions to:

Elizabeth Boerlin
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or
elizabeth.boerlin@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.



TDCJ Risk Management's

# *Training Circular*

Volume 10 Issue 05      Risk Management Issues      May 2010



**Oh, No, Summer is here again!!!!** Hot days, hot nights, humidity, sweating, flat hair, feeling like you could melt any given moment, 3-digit temperatures, hunting for a shady area to sit an drink ice **COLD** lemonade and chill out, and oh, by the way, did I say it was **HOT!** As we say, **Welcome to a Texas Summer.**



The Agency understands that the temperature levels affect the unit staff and offenders who are working in areas of high temperature and humidity levels. Due to the heat, tempers sometimes run as high as the humidity levels.

Did you know that it is a lot easier to prevent a heat related illness, than to treat a heat related illness?

During prolonged heat waves, the risk of heat related illnesses, injuries and deaths climb dramatically.



The Agency has Administrative Directive AD-10.64 that addresses the temperature extremes in the workplace. The Agency takes measures to protect staff and offenders within the agency from heat related illnesses. This directive contains information on the preventive measures to take as well as a Heat and Humidity Matrix chart. The TDCJ Department of Preventive Medicine in conjunction with UTMB will conduct employee/offender annual heat awareness training.

As summer months approach, the occurrence of heat related illnesses rise. ***Recognition and prompt treatment of these symptoms are imperative.*** Victims of prolonged or high heat can develop heat cramps or heat exhaustion. If heating continues, the condition can progress to a heat stroke and death.



Would you be able to recognize a heat related illness? Would you know how to treat the individual? Sit back, chill out and drink that cold glass of lemonade while we go through the recognition and treatment of heat related illness.



### Would you know the symptoms?

**Heat Cramps-**are the most benign heat syndrome. They develop usually following strenuous exercise in muscles that have been subjected to extensive work. The pain is brief, intermittent and crampy but may be excruciating.

**Treatment-**consists of rest in a cool environment and replacement of fluids.

**Heat Exhaustion-**is the most common heat syndrome. The warning signs of heat exhaustion can be mild or severe, but all important danger signals. Symptoms include weakness, anxiety, fatigue, thirst, dizziness, headache, paleness, muscle cramps, nausea or vomiting and faintness. The onset is usually sudden and duration of brief collapse.

**Treatment-**consists of moving the patient to a cool area and having them lie down and elevate the feet. Spontaneous

recovery then usually starts taking place. If the patient is fully alert encourage small sips of water.

**Heat Stroke-**is a true medical emergency. Heat exhaustion can progress to a heat stroke. A sudden change in the level of consciousness in a setting of heat exposure suggests the possibility of a heat stroke. Heat strokes occur when the body's cooling system fails. The skin is hot and dry, pulse rate, respirations are rapid and weak. Coma, paralysis and death can follow if emergency treatment is not immediately given.



**Treatment-**once a heat stroke is suspected rapid, aggressive therapy aimed at lowering the body temperature should be initiated immediately by whatever means available. In field, remove the patient from the external sources of heat, remove clothing, and promote evaporative cooling by applying cool or iced water to the entire skin by surface sponging or splashing, accompanied by fanning either by hand or mechanical

means. This should be continued throughout transportation to an emergency room receiving facility as well. Always transfer heat stroke victims to a medical facility.

### Do you know how to avoid a heat illness during excessive heat?

As record-breaking high temperatures are here to stay for a few months throughout Texas, the Texas Department of Health (TDH) has issued a list of precautions people can take to reduce the risk of heat exhaustion and heat stroke. All Texans are urged to follow these precautions.

* Drink two to five times more water and non-sugar, non-alcoholic beverages to replace fluids lost in perspiration.
* Wear loose-fitting, light-weight, light-colored clothing and wide brimmed hats while in the sun.
* Use sunscreen with an SPF-15 or more.
* Take frequent breaks limiting physical activity.
* Rest in a cool place.



McCollum 00385

| 3 | TDCJ Risk Management's Training Circular | May 2010 |

* Stay in an air conditioned area if possible. If no air conditioning is available, fans are helpful.
* Use the buddy system between co-workers in high heat jobs.
* Older people should have a friend or relative check on them or call twice a day.
* When planning activities choose cooler hours to be outdoors.
* Before prolonged work or exercise outdoors, listen to weather forecasts and give special attention to Advisories



### Final Reminder

Heat related illnesses can strike anyone in any occupation. The occupations from which heat related injuries are reported to Risk Management range from field security staff working outdoors in the sun to administrative staff working indoors at a cubicle. So, remember, drink plenty of liquids to keep your body hydrated and **stay cool!**



### Heat Advisory

The national weather service issues alerts for excessive heat on a county-by-county basis. The alerts are broadcast on NOAA Weather radio and on local radio and television stations. The parameters of an excessive heat watch, warning, and advisory vary by location.

* **Excessive Heat Watch–** means conditions are favorable for an event to meet or exceed local excessive heat warning criteria in the next 12 to 48 hours.
* **Excessive Heat Warning–** means that heat values are forecast to meet or exceed locally defined warning criteria for at least two days.
* **Excessive Heat Advisory–** means hazardous heat conditions have begun or will begin within 36 hours and, if caution is not exercised, they could become life threatening



### Your Pet



Animals are also susceptible to heat stroke, or hyperthermia, which is considered an emergency as it is with people. Signs in animals include excessive panting, increased body temperature, heart rate, or respiratory rate, unusual salivation, collapse, stupor, seizures, or coma, redder than normal gums.

Follow these common sense tips to prevent a heat-related pet emergency

* Besides the obvious... provide shelter and shade, fresh water, and good grooming, here are some tips to help keep your pet cool in the summer heat.
* Be aware of ways that your pet could accidentally be caught without shade - is your pet on a tether and could potentially get caught out in the full sun? Will the shade be available all day? While the shelter provides shade, is it hotter inside the shelter? If possible, utilize shade from trees in addition to the dog house; assuring that there is sufficient shade all day long.

**APPENDIX 748**

McCollum 00386

- If your pet is left indoors, is air conditioning available? Will the house stay cool through the heat of the day?
- For indoor or outdoor animals, a cool water "bath" before leaving for work will provide additional cooling for your pet.
- Is fresh, cool water available at all times? Can your pet spill the water source? Consider installing an automatic pet waterier.
- **Do not** plan long walks or go jogging in the heat of the day. This can be life-threatening for some dogs. Plan exercise and outdoor activities in the relative coolness of morning and evening time. Be sure to bring along fresh water or a collapsible drinking bowl to allow your pet to get a cool drink when needed.
- **NEVER** leave your pet in the car, even if it is only for a "quick errand"! This is very dangerous, even on days that are only mildly warm



## Sunburn

Sunburn should be avoided because it damages the skin. Although the discomfort is usually minor and healing often occurs in about a week, a more severe sunburn may require medical attention.

### Recognizing Sunburn

Symptoms of sunburn are well known: the skin becomes red, painful, and abnormally warm after sun exposure.

### What to Do

Consult a doctor if the sunburn affects an infant younger than 1 year of age or if these symptoms are present:
- Fever
- Fluid-filled blisters
- Severe pain
- Also, remember these tips when treating sunburn:
- Avoid repeated sun exposure.
- Apply cold compresses or immerse the sunburned area in cool water.
- Apply moisturizing lotion to affected areas. Do not use salve, butter, or ointment.
- Do not break blisters.



Have a very safe and enjoyable summer from the Risk Management Central Office.



Training Circular
TDCJ Risk Management Department
Volume 10  Issue 05
May 2010

Jackie Edwards
Director, Administrative Review and Risk Management

Elizabeth Boerlin
Program Administrator
Risk Management

Jerry Bailey
Audit & Inspection Manager
Risk Management

Sherilyn Epperson
Operations Manager
Risk Management

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Sherilyn Epperson Operations Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Sherilyn Epperson
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or,
sherilyn.epperson@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.

**APPENDIX 749**



TDCJ Risk Management's

# *Training Circular*

Volume 9 Issue 05      Risk Management Issues      May  2009



# MAY "COOL IT"



**Another Texas summer is here!** We can look forward to heat, humidity and more heat and humidity, flat hair, and sweating at 6:00 in the morning. This is what we call a Texas Summer. Since we can't put our life on hold and we have to continue with our daily responsibilities and activities in the heat, we can learn heat precautions to help reduce the risk of any heat related illness.



**God Bless Texas!**

Did you know that it is a lot easier to prevent a heat related illness, than to treat a heat related illness? During prolonged heat waves, the risk of heat related illnesses, injuries and deaths climb dramatically.



The Agency understands that the temperature levels affect the unit staff and offenders who are working in areas of high temperature and humidity levels. Due to the heat, tempers sometimes run as high as the humidity levels. Just face the fact, it is **HOT!**



The Agency has Administrative Directive AD-10.64 that addresses the temperature extremes in the workplace. The Agency takes measures to protect staff and offenders within the agency from heat related illnesses. This directive contains information on the preventive measures to take as well as a Heat and Humidity Matrix chart. The TDCJ Department of Preventive Medicine in conjunction with UTMB will conduct

employee annual heat awareness training.

As summer months approach, the occurrence of heat related illnesses rise. ***Recognition and prompt treatment of these symptoms are imperative.*** Victims of prolonged or high heat can develop heat cramps or heat exhaustion. If heating continues, the condition can progress to a heat stroke and death.

### What are the Symptoms

**Heat Cramps**-are the most benign heat syndrome. They develop usually following strenuous exercise in muscles that have been subjected to extensive work. The pain is brief, intermittent and crampy but may be excruciating.

**Treatment**-consists of rest in a cool environment and replacement of fluids.



| 2 | TDCJ Risk Management's Training Circular | May 2009 |
|---|---|---|

**Heat Exhaustion-**is the most common heat syndrome. The warning signs of heat exhaustion can be mild or severe, but all important danger signals. Symptoms include weakness, anxiety, fatigue, thirst, dizziness, headache, paleness, muscle cramps, nausea or vomiting and faintness. The onset is usually sudden and duration of brief collapse.



**Treatment-**consists of moving the patient to a cool area and having them lie down and elevate the feet. Spontaneous recovery then usually starts taking place. If the patient is fully alert encourage small sips of water.



**Heat Stroke-**is a true medical emergency. Heat exhaustion can progress to a heat stroke. A sudden change in the level of consciousness in a setting of heat exposure suggests the possibility of a heat stroke. Heat strokes occur when the body's cooling system fails. The skin is hot and dry, pulse rate, respirations are rapid and weak. Coma, paralysis and death can follow if emergency treatment is not immediately given.

**Treatment-**once a heat stroke is suspected rapid, aggressive therapy aimed at lowering the body temperature should be initiated immediately by whatever means available. In field, remove the patient from the external sources of heat, remove clothing, and promote evaporative cooling by applying cool or iced water to the entire skin by surface sponging or splashing, accompanied by fanning either by hand or mechanical means. This should be continued throughout transportation to an emergency room receiving facility as well. Always transfer heat stroke victims to a medical facility.



Heat can be fatal to anyone, but people over 60 years old appear to be a higher risk for death from heat illness, especially if they are frail or have pre-existing heart disease, respiration problems or diabetes. To lesser extent, babies and young children, people with a history of alcoholism and others using certain drugs and medications are at high risk of heat illness. People most at risk of heat illness

from exertion may include; athletes, military personal, and manual labors.

**How can you avoid heat illness during excessive heat?**

As record-breaking high temperatures are here to stay for a few months throughout Texas, the Texas Department of Health (TDH) has issued a list of precautions people can take to reduce the risk of heat exhaustion and heat stroke. All Texans are urged to follow these precautions.

*   Drink two to five times more water and non-sugar, non-alcoholic beverages to replace fluids lost in perspiration.
*   Wear loose-fitting, lightweight, light-colored clothing and wide brimmed hats while in the sun.
*   Use sunscreen with an SPF-15 or more.
*   Take frequent breaks limiting physical activity.
*   Rest in a cool place.



| 3 | TDCJ Risk Management's Training Circular | May   2009 |
|---|---|---|

* Stay in an air conditioned area if possible. If no air conditioning is available, fans are helpful.



* Use the buddy system between co-workers in high heat jobs.
* Older people should have a friend or relative check on them or call twice a day.



* When planning activities choose cooler hours to be outdoors.
* Before prolonged work or exercise outdoors, listen to weather forecasts and give special attention to advisories

**One Final Reminder**

Heat related illnesses can strike anyone in any occupation. The occupations from which heat related injuries are reported to Risk Management range from field security staff working outdoors in the sun to administrative staff working indoors at a cubicle. So, remember, drink plenty of liquids to keep your body hydrated and *stay cool!*



**Heat Advisory**

The national weather service issues alerts for excessive heat on a county-by-county basis. The alerts are broadcast on NOAA Weather radio and on local radio and television stations. The parameters of an excessive heat watch, warning, and advisory vary by location.

* **Excessive Heat Watch–** means conditions are favorable for an event to meet or exceed local excessive heat warning criteria in the next 12 to 48 hours.
* **Excessive Heat Warning–** means that heat values are forecast to meet or exceed locally defined warning criteria for at least two days.
* **Excessive Heat Advisory-** means hazardous heat conditions have begun or will begin within 36 hours and, if caution is not exercised, they could become life threatening





**Animals**



Animals are also susceptible to heat stroke, or hyperthermia, which is considered an emergency as it is with people. Signs in animals include excessive panting, increased body temperature, heart rate, or respiratory rate, unusual salivation, collapse, stupor, seizures, or coma, redder than normal gums.

**Treatment**–get the animal out of the direct heat and spray it with cool water or place water-soaked towels on the head, neck, feet, chest and abdomen. Take the animal to the veterinary hospital. Animals can't explain their needs, so it is up to us to take extra care during hot weather conditions, to ensure their needs are met.



**Water Safety**

Now that summer is here, we start looking for ways to stay cool. Several ways come to mind, but the one that most people enjoy is **WATER!**. The following are some safety tips from the American Red Cross. Go have a big *SPLASH*.

**APPENDIX 752**

McCollum 00390

* According to the American Red Cross learning to swim is the best thing anyone can  do to stay safe in and around water. Always swim with a buddy; never swim alone. The American Red Cross offers courses for people any age or swimming ability. To enroll in a swimming course, contact your local Red Cross Chapter today.
* Swim in areas supervised by a lifeguard or an adult. *(If swimming in a unit pool, use extreme caution as a lifeguard may not be present).*
* Read and obey all rules and posted signs.
* Children or inexperienced swimmers should take precautions, such as wearing a  U.S. coast guard-approved personal floatation device when around water.
* Watch out for the dangerous *"too's"*-**too** tired, **too** cold, **too** far to swim.
* Set rules for the whole family to follow based on swimming abilities.
* Be knowledge of the water environment you are in and the potential hazards, such as depth, currents, obstructions.
* Pay attention to weather conditions and forecasts. Get out of the water at the first indication of bad weather.
* Use a feet-first entry when entering the water.
* Enter headfirst only when clearly marked for diving.
* Do not mix alcohol with swimming, diving or boating. Alcohol impairs your judgment.
* Know how to prevent, recognize, and respond to emergencies.
* Knowing how and when to administer CPR in an emergency situation will save a life. Your local chapters of the American Heart Association, the American Red Cross, and local hospitals are good sources for finding a CPR course in your area. Taking a CPR class could help save a life-someday.

**Don't Drink and DROWN**

Go out and have a great summer with friends and family.



Training Circular
TDCJ Risk Management Department
Volume 09 Issue 05
May 2009

Jackie Edwards
Director, Administrative Review and Risk Management

David Scholwinski
Program Administrator
Risk Management

Jerry Bailey
Audit & Inspection Manager
Risk Management

Sherilyn Epperson
Operations Manager
Risk Management

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Sherilyn Epperson Operations Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Sherilyn Epperson
Risk Management Department
1060 Hwy 190 East
Huntsville, Texas 77340
or,
sherilyn.epperson@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.

Case 4:14-cv-03253   Document 288-15   Filed on 06/17/16 in TXSD   Page 17 of 82



TDCJ Risk Management's

# Training Circular

| Volume 8 Issue 07 | Risk Management Issues | July 2008 |

  

In the United States, **Independence Day** or more commonly known as the **Fourth of July** is a federal holiday commemorating the adoption of the declaration of independence on July 4, 1776, declaring independence from the Kingdom of Great Britain and is only celebrated in the United States. We commonly associate July 4th with fireworks, parades, BBQ's, carnivals, picnics, baseball games, swimming, family reunions, and laying on a blanket looking up at the fireworks going Oohhhhh and Aahhhhh. Fireworks shows are held in many states, and many people will purchase them for their personal use. Safety concerns have led some counties to ban fireworks for several reasons. One reason is because personal injury and property loss, and the second reason is because at this time of the year a lot of counties are under burn bans due to the lack of rain causing dry conditions. So, before you go and purchase fireworks, check with your local fire departments to see if your county is under a burn ban or firework ban, or if there might be a better location to display your fireworks. As we are driving down the road there are firework



stands popping up everywhere, and suddenly from the back seat the kids come alive shouting they want sparklers. Many parents understand that firecrackers, bottle rockets, and Roman candles can cause injury to a small child, so we often buy the sparklers for the younger kids to play with because we think they are safer. But the truth is, sparklers can reach over 1000°F, and cause



half of the injuries to children under the age of five as well as 10 percent of the fireworks related injuries overall. Before you stop and buy those fireworks, let's discuss some of the injury risks associated with them:



* Over 10,000 people are treated in emergency rooms for injuries associated with fireworks.
* Almost half of the injuries are to children under the age of 15.
* Firecrackers cause the most injuries, followed by rockets and sparklers.
* Burns are the most common injuries from fireworks.
* Injuries from fireworks most often affect the hands, eyes, head, face, and ears.
* Tragic eye injuries result in a loss of vision or sometimes even complete eye loss.
* Severe burns to the hands, face, and arms, that require treatment beyond

| 2 | TDCJ Risk Management's Training Circular | July 2008 |
|---|---|---|

first aid.



Some of these injuries can be a devastating price to pay for a few minutes of fun with fireworks.

The National Safety Council wants every American to have a safe holiday. They know that most of the reported firework related injuries can be avoided by following a few safety tips and responsible use of fireworks.

* Please treat fireworks with respect. Read all the cautions and warnings and use common sense. Lighting fireworks indoors, throwing them from automobiles or lighting multiple devices at the same time can lead to accidents and are not how fireworks are intended to be used. Always obey all local laws pertaining to the use of fireworks.
* If you see someone misusing fireworks, **STOP** them and show them the correct way to use consumer fireworks and do not ever use professional fireworks or illegal explosives.

* Remember to do your part and everyone will be safer.
* Only persons over 12 years of age should handle sparklers of any kind. Fireworks and alcohol do not mix. Have a designated "Shooter".

The injury rate on legal fireworks has declined over 84% since the Consumer Products Safety Commission began to closely monitor the firework industry. While usage continues to expand on an annual basis, the injury rate drops every year.

Fireworks are meant to be enjoyed, but you'll enjoy them much better knowing your family is safe. Take the extra precautions this holiday and you and your family will have a **blast!!**



### Hand Injuries

Hand injuries are a common injury when dealing with fireworks, but they are also a common injury within the workplace. Your hands are one of your most valuable tools, nothing has ever been invented that

can match them for usefulness and adaptability. That's why it's so important to learn how to protect your hands, both at work and home. One of the most common injuries within TDCJ are hand injuries. They range from being caught in, caught on, caught between, struck by or struck against.

There are several ways to prevent hand injuries. One of the best ways is to be **observant.**

* **Keep** hands away from pinch points and crushing hazards. Pinch points and crushing hazards are everywhere. **Keep** the safety of your hands in mind at all times.
* Inspect materials for slivers, jagged edges, burrs, rough or slippery surfaces before handling. Put on gloves or take other precautions to protect your hands. Wipe off greasy, wet, slippery, and dirty objects before handling.
* Use the correct hand tool for the job and use it properly.
* **Always** wear required personal protective equipment when working with hand tools.



| 3 | TDCJ Risk Management's Training Circular | July 2008 |
|---|---|---|

* Wear suitable gloves when the job calls for it. But never wear gloves when working around revolving machinery. Gloves take only a few seconds to put on and they protect you from a variety of hazards. Make sure they fit properly. If they are too big that can catch on things. If they are too small they can restrict movement. Remember the old saying, "Fits like a glove".



* ***Don't*** wear rings or bracelets when working on or with machines, tools, or other equipment
* Make sure that all safety guards are in place before you begin the job.
* ***Never*** reach into the machinery to repair, oil, or adjust without taking the required lockout/tag out steps.
* Clean up with a rag or a brush - ***Not*** with your fingers or hands.
* Keep your hands clean and ***Don't*** ignore any hand injury.
* ***Always*** use handles on doors, gates, and barricades.
* Concentrate on what you're doing. Think about your hands and guard them every minute.

*Before you begin a job, ask yourself; "What must I do to protect my hands?".*

## Eye Injuries

"An eye injury can be a life-altering event." According to the United States Eye Registry, approximately 12,000 Americans are treated in emergency rooms annually for firework-related injuries, and approximately 2,000 of these injuries involve the eye. Despite many of the advances made in eye surgery, repair of the severely injured eye remains a challenge. Always use extreme caution when using fireworks and watch bystanders

According to the National Institute for Occupational Safety and Health (NIOSH) each day about 2,000 U.S. workers have a job-related eye injury that required treatment. About one third of these injuries are treated in a hospital emergency room and more than 100 of these injuries result in one or more days of lost work. The majority of these injuries result from small particles or objects striking the eye. Examples include metal, slivers, wood chips, dust and cement chips that are ejected by tools, blowing wind, or falling

from above. Some objects such as nails, staples, slivers of wood, or metal penetrate the eyeball and result in a permanent loss of vision. Large objects may also strike the eye or a worker may run into an object causing blunt force trauma to the eye.

Experts believe that the right eye protection and taking these extra precautions could have lessened the severity or even prevented 90% of eye injuries.

*Before you begin a job, ask yourself; "What must I do to protect my eyes?".*

### What is my best defense against an eye injury?

* Know the eye safety dangers of the items you will be working with.
* Eliminate hazards before starting work.
* Always use guards.
* Wear proper eye protection.

### When should I protect my eyes at work and home?

You should wear safety eyewear whenever there is a chance of eye injury. Anyone working in or passing through



**APPENDIX 756**

McCollum 00394

Case 4:14-cv-03253   Document 288-15   Filed on 06/17/16 in TXSD   Page 21 of 82

areas that pose eye hazards should also wear eye protection.



### What type of safety eyewear should I wear?

The type of safety eye protection you should wear depends on the hazard associated with the task. Safety eyewear protection includes some of these items:
* Non-prescription and pre-scription safety glasses
* Goggles
* Face shields
* Welding helmets
* Full-face respirators

### Other Outdoor Safety Concerns

#### Outdoor Burning



It's time to clean the yard for all the outdoor activities that you have been planning. The unit field force squads will be turning out to help with maintaining the unit grounds and agriculture pastures. Now your thinking "What am I going to do with the debris?" Safe disposal of household trash, leaves, brush piles, and construction debris will eliminate a major wildfire threat and reduce the amount of fuel available in the event of a fire. If you must burn debris, do it safely. Careless trash and debris burning ignites a tremendous number of wildfires

every year in Texas, accounting for more than three-fourths of all wildfires in some regions of the state. Most people never intend to start a wildfire, but even the best of intentions can produce disastrous results when safety precautions aren't taken. Texans owe it to themselves and their neighbors to help prevent accidental wildfires from occurring. Observe the fire safety tips outlined below.

* Check local laws and ordinances for burn bans.
* Consider alternatives to burning.
* Don't burn outdoors during dry windy weather or when vegetation in the vicinity is dry.
* Before you burn, contact the local fire department to notify them of your plans.
* Stay with your fire.
* Consider composting or mulching.
* Establish wide fire-breaks around burning area.
* Keep water and equipment handy.



#### Outdoor Grilling



Summer brings the season for us to grill those hamburgers, hot dogs, and can you smell that brisket.

Can't wait to eat. Here are some safety tips to consider.
* Keep grills away from combustibles.
* Allow coals to burn out completely and let ashes cool 48 hrs. before disposing.
* Dispose of ashes in heavy duty aluminum foil

### Happy July 4th

Training Circular
TDCJ Risk Management Department
Volume 08  Issue 07
July 2008

Jackie Edwards
Director, Administrative Review and Risk Management

David Scholwinski
Program Administrator
Risk Management

Doug Odom
Audit & Inspection Manager
Risk Management

Sherilyn Epperson
Operations Manager
Risk Management

The Training Circular, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Sherilyn Epperson Operations Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Sherilyn Epperson
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or,
sherilyn.epperson@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.



TDCJ Risk Management's

# Training Circular

Volume 7 Issue 05                    Risk Management Issues                    May 2007

# KEEPING IT "ON THE COOL"

Well, it's really no secret. It gonna' get hotter! There's nothing we can do to prevent it. What we can do, however, is be aware of the hazards of working in the heat and take preemptive measures to keep ourselves off the "injury statistics page."

## A National Problem

Heat kills by taxing the human body beyond its abilities. In a normal year, about 175 Americans succumb to the demands of summer heat. Among the large continental family of natural hazards, only the cold of winter — not lightning, hurricanes (*excluding Katrina and Rita*), tornadoes, floods, or earthquakes — takes a greater toll. In the 40-year period from 1936 through 1975, nearly 20,000 people were killed in the United States by the effects of heat and solar radiation. In the disastrous heat wave of 1980, more than 1,250 people died.

## How Heat Affects the Body

Human bodies dissipate heat by varying the rate and depth of blood circulation, by losing water through the skin and sweat glands, and — as the last extremity is reached — by panting, when blood is heated above 98.6 degrees. The heart begins to pump more blood, blood vessels dilate to accommodate the increased flow, and the bundles of tiny capillaries threading through the upper layers of skin are put into operation. The body's blood is circulated closer to the skin's surface, and excess heat drains off into the cooler atmosphere. At the same time, water diffuses through the skin as perspiration. The skin handles about 90 percent of the body's heat dissipating function.

Sweating, by itself, does nothing to cool the body, unless the water is removed by evaporation — and high relative humidity retards evaporation. The evaporation process itself works this way: the heat energy required to evaporate the sweat is extracted from the body, thereby cooling it. Under conditions of high temperature (above 90 degrees) and high relative humidity, the body is doing everything it can to maintain 98.6 degrees inside. The heart is pumping a large volume of blood through dilated circulatory vessels; the sweat glands are pouring liquid — including essential dissolved chemicals, like sodium and chloride — onto the surface of the skin. If this moisture is not evaporated, the body cannot effectively dissipate excess internal heat which leads to heat related illnesses.

## Heat Related Emergencies

Overexposure to the sun or heat can lead to cramps, exhaustion and even death. Proper protection is essential for preventing heat and sun related illness. Prevention is simple, effective and by far preferable to treatment. Proper prevention measures significantly reduce probability of sun related illness. The following actions in identify-

| 2 | TDCJ Risk Management's Training Circular | May 2007 |
|---|---|---|

ing and reacting to the signs of heat related illness could mean the difference between life and death.

## The Sun and Radiation

Over-exposure to the sun's ultraviolet rays can have detrimental effects on your skin. Here are some tips you may follow to reduce the risks of skin cancer:

- · Avoid midday sun (10:00am to 4:00pm)

- · Apply a waterproof sunscreen (SPF of 15 or greater

- · Wear tightly woven clothing to block the sun's UV rays

- · Wear a broad brimmed hat to shadow face, neck and ears

Also keep in mind that:
- Sunlight reflected from water (lakes and ponds) and concrete increases the intensity of light on your skin
- Light cloud cover will not block or protect you from ultraviolet sunlight
- Water does not filter most ultraviolet light, thus being underwater (e.g. Snorkeling) will not protect you from the sun.

## Heat Related Illness

Overexposure to heat, humidity or over exertion of the body can lead to heat related illness. This usually takes one of three forms:

## Heat Cramps

Heat cramps occur most commonly in the most worked muscles after heavy exercise in the heat. A high level of humidity, recent ingestion of alcohol, or being over the age of forty may increase the likelihood of heat cramps.

### Treatment for Heat Cramps

- \* Remove the patient from the hot environment. Take the patient into the shade or into a cool sheltered area.

- \* Have the patient sit or lie down to rest the cramping muscles.

- \* The patient should attempt to gently stretch the affected muscles.

- \* Encourage the patient to drink orange or tomato juice, a soft drink or a commercially available sodium balanced thirst quencher. Do not give liquids to a patient who is unconscious or not alert.

- \* Remove any sweat with a damp cloth.

Notify your supervisor and the Medical Department of the incident. If this occurs away from work and the patient does not get better within 30 minutes, seek further medical attention. Dial 911 if necessary and ask for an ambulance. The paramedic dispatcher will give you further instructions.

Do not provide the patient with more water since this may further dilute the salt levels in the body. It is also not advisable to give the patient a salt water mix or salt tablets since these may have other negative effects on the patient.

## Heat Exhaustion

Excessive loss of bodily fluids due to prolonged sweating, especially in a hot environment, can lead to heat exhaustion.

### Symptoms of Heat Exhaustion

- \* Headache
- \* Fatigue
- \* Vomiting
- \* Nausea
- \* Thirst
- \* Giddiness
- \* Profuse sweating

The patient is usually cold and damp to the touch and skin may appear pale.

### Treatment of Heat Exhaustion

- \* Remove the patient from the hot environment. Take the patient into the shade, or preferably, into a sheltered, air conditioned environment.
- \* Remove any extra clothing and loosen any clothing which is tight or restrictive.
- \* Urge the patient to lie down.

- \* If the patient is conscious and alert, provide suitable fluids such as tomato or orange juice,

**APPENDIX 759**

McCollum 00397

soft drinks or other commercially available sodium balanced thirst quenchers.

Notify your supervisor and the Medical Department. Further medical attention is highly recommended. If this happens away from work, dial 911 and ask for the ambulance. The paramedic dispatcher will give you further instructions.

### Heat Stroke

Heat stroke occurs when the body is subjected to more heat than the body can possibly handle. Heat stroke is a serious medical condition and may lead to death without immediate emergency medical attention. In heat stroke, body temperature rises too quickly resulting in the death of body tissue. Signs to look for in a heat stroke patient include:

- Chills
- Nausea
- Vomiting
- Throbbing in the head
- Disorientation
- Slowing down of sweating

## Treatment of Heat Stroke

The patient's life depends on rapid emergency medical care. Immediately notify your supervisor and the Medical Department. If this occurs away from work, dial 911 and ask for an ambulance. The paramedic dispatcher will give you further instructions. The patient's body must be cooled as rapidly as possible. Remove the patient from the hot en-

vironment and remove any excessive clothing while waiting for the ambulance.

### Heat Illness Prevention

**Slow down.** Strenuous activities should be reduced, eliminated, or rescheduled to the coolest time of the day. Individuals at risk should stay in the coolest available place, not necessarily indoors.

**Dress for summer.** Lightweight, light-colored clothing reflects heat and sunlight, and helps your body maintain normal temperatures.

**Put less fuel on your inner fires.** Foods (like proteins) that increase metabolic heat production also increase water loss.

**Drink plenty of water .** Your body needs water to keep cool. Drink plenty of fluids even if you don't feel thirsty. Persons who (1) have epilepsy or heart, kidney, or liver disease, (2) are on fluid restrictive diets, or (3) have a problem with fluid retention should consult a physician before increasing their consumption of fluids.

### One final reminder

Heat related illnesses can strike anyone in any occupation. The occupations from which heat related injuries are reported to Risk Management range from field security staff working outdoors in the sun to administrative staff

working indoors at a cubicle. So, remember, drink plenty of liquids to keep your body hydrated and *stay cool!*

Training Circular
TDCJ Risk Management Department
Volume 07 Number 05
May 2007

Director, Administrative Review and Risk Management
*Debra Liles*

Program Administrator
Risk Management
*John Dunphy*

Audit & Inspection Manager
Risk Management
*Doug Odom*

Operations Manager
Risk Management
*David Scholwinski*

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by David Scholwinski, Operations Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send suggestions to:

David Scholwinski
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or,
david.scholwinski@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 27

# AFFIDAVIT

THE STATE OF TEXAS        §
                          §
COUNTY OF <u>DALLAS</u>        §

BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

"I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

"I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody.  I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ.  The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

"Attached are copies of the records requested consisting of ____1053____ pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on *December 13 2012*, by the said, *Jeff Pringle* to certify which, witness my hand and seal of office.

Notary Public in and for the State of Texas

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

**APPENDIX 762**                    McCollum 00419

*Post in Offender Housing*

# HEAT ILLNESS

DID YOU KNOW THAT IT IS A LOT EASIER TO PREVENT A HEAT RELATED ILLNESS, THAN TO TREAT A HEAT RELATED ILLNESS ?

LISTED BELOW ARE SOME PREVENTIVE METHODS FOR AVOIDING A HEAT RELATED ILLNESS

1.    DRINK WATER PRIOR TO WORKING IN A HOT AND HUMID ENVIRMENT.

2.    DRINK AT LEAST A CUP OF WATER EVERY 15 MINUTES WHEN WORKING IN A HOT ENVIROMENT.

.    DECREASE INTENSITY OF WORK UNDER EXTREME CONDITIONS.

.    SCHEDULE WORK FOR COOLER PARTS OF THE DAY.

.    WORK IN SHIFTS.

COGNITION OF HEAT ILLNESS

T EXHAUSTION
eakness, anxiety, fatigue, dizziness, headache, nausea
ofuse sweating, rapid pulse, rapid breathing
ossible confusion or loss of coordination
ay lead to heat stroke if not treated

T COLLAPSE
idden collapse, brief duration
in cold and clammy
ay lead to heat stroke if not treated

TSTROKE *(EMERGENCY!* Death is imminent)
iadache
ooseflesh, chills
isteady gait
coherent speech progressing to coma
ipid pulse
in hot and dry

TREATMENT AND PREVENTION

TREATMENT OF HEAT ILLNESS *(ALL TYPES)*
• Move person out of direct sunlight into air-conditioned environment if possible
• Remove clothing, maintaining modesty
• Have them drink water if conscious
• Sprinkle water on them; fan them if there is no breeze
• Get medical attention ASAP

HIGHER RISK FOR HEAT ILLNESS
• Newly assigned to job
• On psychiatric medications
• Over age 60
• High temperature and humidity conditions
• No breeze

PREVENTION OF HEAT ILLNESS
• Drink at least A cup of water every 15 minutes when working in hot environments
• Take a 5 minute break every 30-60 minutes
• Decrease intensity of work under extreme conditions

**APPENDIX 763**                    McCollum 00434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 28

**AFFIDAVIT**

THE STATE OF TEXAS          §
                            §
COUNTY OF <u>DALLAS</u>          §

    BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

    "My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

    "I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

    "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody.  I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ.  The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

    "Attached are copies of the records requested consisting of ____1053____ pages and described as 1). Diagram of C7 Dorm, 2). Memo for ice process, 3). Temperature Readings from 12-17-2010 to 11-27-2012, 4). Accreditation Reports May 2010 and August 2007, 5) There are no Audio or Video Recordings, 6) Work Orders, 7) Heat Training Reviewed by Warden Pringle Prior to 7-22-11, 8) Manuals for Air Handlers, 9). Staff Identified as who Authorized Placement Location.

                                                                 Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on _December 13 2012_, by the said, _Jeff Pringle_ to certify which, witness my hand and seal of office.

Debra A. Jackson
Notary Public, State of Texas
My Commission Expires
01-14-2013
Notary without Bond

                                          Notary Public in and for the State of Texas

McCollum 00419



McCollum 00589

**APPENDIX 766**

McCollum 00590



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 29

# AFFIDAVIT

THE STATE OF TEXAS     §
                          §
COUNTY OF <u>DALLAS</u>     §

      BEFORE ME, the undersigned authority, personally appeared <u>Jeffery Pringle</u>, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

      "My name is <u>Jeffery Pringle</u>. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

      "I am employed as <u>Warden</u> for the Texas Department of Criminal Justice ("TDCJ") <u>Hutchins Unit</u> located in Dallas, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

      "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

      "Attached are copies of the records requested consisting of <u> 33 </u> page and described as 1). Inspection Log (AD-84 form) C5-8 Bldg July 1, 2011 to July 31, 2011.

_____<br>Jeffery Pringle, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on <u>February 19, 2013</u>, by the said, <u>Jeff Pringle</u> to certify which, witness my hand and seal of office.

_____<br>Notary Public in and for the State of Texas

# INSPECTION LOG

Location: HT

Department/Area of Responsibility: C 2 5-8 Dorms   Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/D #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7/31/11 | 0630 | C5 Dorm | #2 toilet stopped up #7&8 | SelfHelp | | |
| 7-31-11 | | C5 Dorm | sink stopped up | SelfHelp | | |
| | | C5 Dorm | #7 sink cold water with dirty sink | SelfHelp | | |
| | | C5 Dorm | 8 Urinal stopped up | SelfHelp | | |
| | | C5 Dorm | No Plumbing | | | |
| | | C5 Dorm | #5 1st urinal dirt under #2 shower | SelfHelp | | |
| | | C5 Dorm | slow to drain | SelfHelp | | |
| 7-31-11 | 2255 | Multi-Purpose Rm | No new deficiencies | | | |
| | | | Big Hole in the wall | X | | |
| | | | wall paneling at the | X | | |
| | | | bottom is peeling off | X | | |

Indicate areas inspected by noting ☒: ☒ Doors  ☒ Electrical  ☒ Fencing  ☒ Lighting  ☒ Plumbing  ☐ Other  ☒ Structural  ☒ Ventilation  ☒ Windows  ☐ Safety Hazard Present

Inspected by: (signatures)

AD-84 (rev. 11/07)

**APPENDIX 770**
2RP#3/4-02

McCollum 01675

# INSPECTION LOG

Location: C 5-8 Dorms

Department/Area of Responsibility: 4 Sends

Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Date Issued | Priority |
| 7/30/11 | 0945 | Dorm 5 | #3 toilet is not working | Self Help | | |
| | | | - Several lights are out | | | |
| | | Dorm 6 | - #2 toilet is not working | Self Help | | |
| | | | - no fans in dorm | | | |
| | | Dorm 7 | - (1, 3 & 4) shower cut off | Self Help | | |
| | | | guide | | | |
| | | C-58 Building | #4 south hot water #5 cold | Self Help | | |
| | | Dorm 8 | water in sink | | | |
| | | | - #3  urinal dont work | | | |
| | | | #1 urinal dont flush #6 sink dont work | | | |
| | | | No other deficiencies found. | | | |

Indicate areas inspected by noting ☒

☒ Doors  ☒ Electrical  ☒ Fencing  ☒ Lighting  ☒ Plumbing  ☒ Structural  ☒ Ventilation  ☒ Windows
☐ Other:_____ No new deficiency  ☐ Safety Hazard Present

Inspected by: [signature] Nelson / Spear / Fakuele

7-30-11  2250

[handwritten: Al Dowle AO 1620 Rec'd C##]

# INSPECTION LOG

| Location: | C5-8 | | Department/Area of Responsibility: | Security | | Phone: | C597 |

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only | | |
|---|---|---|---|---|---|---|
| | | | | Work Order Number | Date Issued | Priority |
| 7/29/11 | 0730 | dorm 5 | 10 lights out in the ceiling | | | |
| | | | Hot Pot is very loose | | | |
| | | | #3 toilet stop up | | | |
| | | dorm 6 | 5 light out in ceiling | 54154cp | | |
| | | | 3 light out in the bathroom | | | |
| | | | #2 toilet w/the flow out | | | |
| | | | #1 toilet stop up | | | |
| | | | #2 toilet stop up | | | |
| | | dorm 7 | Hot Pot is loose | | | |
| | | | 6 lights out in ceiling | | | |
| | | | 3 light out in bathroom | | | |
| | | dorm 8 | Hot Pot is loose / #2 toilet loose | | | |
| | | | 2 light out in ceiling | | | |
| | | | #2 toilet is loose / Hot pot is loose | | | |

Indicate areas inspected by noting ☒

☐ Doors    ☐ Electrical    ☐ Fencing    ☐ Lighting    ☐ Plumbing    ☒ Structural    ☒ Ventilation    ☒ Windows
   ☐ Safety Hazard Present

Inspected by:

7-29-11  KSS  No equipment deficiency
7-29-11  2300  No new deficiency

AD-84 (rev. 11/07)

Alamly
1010:25
Recd 8-1-11



# INSPECTION LOG

Location: _____ Department/Area of Responsibility: _____ Phone: _____

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued |
|------|------|------|------|------|------|
| | | | | | |

Indicate areas inspected by noting ☒

☒ Doors ☐ Other: ☒ Electrical ☒ Fencing ☒ Lighting ☒ Plumbing ☒ Structural ☒ Ventilation ☒ Windows ☐ Safety Hazar

Inspected by: _____

AD-34 (rev. 11/07)

McCollum 01678

## INSPECTION LOG

Location: CABIda        Department/Area of Responsibility: Security / Dorms        Phone: V304

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only — Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7/21/11 | 1630 | CABIda Room 5 #3 | toilet can't be flush | PR | | |
| 7/21 | 1630 | LeDovia | Spot lighting out hallway | PR/MO | | |
| 7/21 | 1630 | Dorm | 1 Lt out in ceiling | MO | | |
| 7/21 | 1630 | 8 Dorm | central light to ceiling | | | |
| 7/21 | 620 | 6 Dorm | the ceiling | | | |
| 7/21 | 1500 | E.S. sleeping pod | Fire sprinkler out of building | PR | | |
| 7-21-11 | 2950 | CB oh | Need a top of m55L bunk (71-76) | PR | | |

Indicate areas inspected by noting ☒

☒ Doors   ☒ Electrical   ☒ Fencing   ☒ Lighting   ☒ Plumbing   ☒ Structural   ☒ Ventilation   ☒ Window   ☐ Other:   ☐ Safety Hazard Present

Inspected by: _____ T. Griffin, COT _____

A. Wormsley
AD-10.20
Rec'd 7/28/11

AD-84 (rev. 11/07)

# INSPECTION LOG

Hotdays / (Dorms)

| Location: C2 (5-8) Bldg | | Department/Area of Responsibility: (Dorms) | | Phone: | Maintenance Use Only | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | | Work Order Number | Date Issued | Date Repaired |
| 7/26/11 | 0650 | C5 - Dorm | (W) Sound Damage | | Not AO81 | 5up | |
| 7/26/11 | 0655 | C5 - Dorm | lights out #9 | | 5248610 | | |
| 7/26/11 | 0655 | C6 - Dorm | lights out #4 | | | | |
| 7/26/11 | 0700 | C6 - Dorm | lights out #5 | | | | |
| 7/26/11 | 0708 | C8 - Dorm | #1 pistal stop up | | | | |
| 7/26/11 | 0308 | C8 - Dorm | lights out #1 | | | | |
| 7/26/11 | | C8 Dorm Bracing | smoke detectors not work | | | | |
| 7/26/11 | 1530 | C8 Dorm Fan | Fan Missing in the clock box | OK | | | |
| 7/26/2011 | 1620 | | | | | | |
| 7/26/11 | 2300 | C2 Bldg | Same as Above | | | | |

Indicate areas inspected by noting [X]    1st   [ ] Other

[X] Doors  [X] Floors  [X] Electrical  [X] Bracing  [X] Lighting  [X] Plumbing  [X] Structural  [X] Ventilation  [X] Win___

[ ] Safety Hazard Present

Inspected by: Johnson W. _____

AD-84 (rev. 11/07)

Anomaly
AD46.20
Rec'd 7/28/11

McCollum 01680

# INSPECTION LOG

**Location:** C2 Building   **Department/Area of Responsibility:** 4 shft   **Phone:** 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only — Work Order / Date Issued / Priority |
|---|---|---|---|---|
| 07/25/11 | 0030 | | (5) Dorm is ok | |
| 07/25/11 | 0630 | | (6) Dorm #1 #4 toilet are stopped up. Has only one fan | Self Help |
| 07/25/11 | 0630 | | (7) Dorm is o/c | |
| 07/25/11 | 0630 | | (8) Dorm is ok No new abnormalities observed | |

01-25-11 02:30  the C2 BLK DORMS NO NEW DEFICIENCY TO REPORT FACILS 7700

Indicate areas inspected by noting ☐Electrical ☑Fencing ☐Painting ☐Plumbing ☐Structural ☑Ventilation ☐Window ☑Doors ☐Other ☐Safety Hazard Present

**Inspected by:** B. McCartor / OConnie   3RO: D.Palma

AD-84 (rev. 11/07)

RECEIVED JUL 26

# INSPECTION LOG

Location: CB Bldg | Department/Area of Responsibility: Security St | Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only — Work Order Number | Date Issued | Priority | |
|---|---|---|---|---|---|---|---|
| 7-24-11 | 0710 | C5 Dorm | None | | | | |
| 7-24-11 | 0723 | C6 Dorm | None | | | | |
| 7-24-11 | 0743 | C7 Dorm | None | | | | |
| 7-24-11 | 0802.08 | Dorm | Urinal #1 is not working, Urinal #2 is not working, Urinals #1 & 2 need... | | | | |
| 7/24/11 | 1430 | | | | | | |
| 7-24-11 | 9230 | | | | | | |

Indicate areas inspected by noting ☒    ☐ Doors   ☐ Electrical   ☐ Fencing   ☐ Lighting   ☐ Plumbing   ☐ Structural   ☐ Ventilation   ☐ Window
☐ Other ____    ☐ Safety Hazard Present

Inspected by: Bishop, C. CB

AD-84 (rev. 11/07)

RECEIVED JUN 25

Assembly
AD-10.60

McCollum 01682

# INSPECTION LOG

Location: KJ

Department/Area of Responsibility: C#5-8 Rover

Phone: 6367

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7/25/11 | 1615 | CF | Dorm | #2 sink stopped up #4 toilet clog | Self Help | | |
| | | CC | Dorm | unit 107 stripped mess Cell | Self Help | | |
| | | | | #3 sink don't work | Self Help | | |
| | | | | #4 sink don't work, #2 shower | Self Help | | |
| 7/23/11 | 1430 | | NO NEW deficiencies found | | Self Help | | |
| CF-23-11 | 2250 | F - dorm | No New deficiencies at this time some day room fence wire a fix | Self Help | | |

Indicate areas inspected by noting ☒

☒ Doors  ☒ Electrical  ☒ Fencing  ☒ Lighting  ☒ Plumbing  ☒ Structural  ☒ Ventilation  ☒ Window
☐ Other: _____  ☐ Safety Hazard Present

Inspected by: T. Davis 18/

AD-84 (rev. 11/07)

RECEIVED JUN 2 5
Awomlug
AD 10.20

APPENDIX 778
2RP#3/4-10

McCollum 01683

# INSPECTION LOG

Location: Hutchins     Department/Area of Responsibility: CD Rover Security     Phone: 6597

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only — Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7/22/11 | 0845 | C5 - Dorm | #3 toilet not working as intended. Few sink buttons stuck in | Self Help | | |
| 7/22/11 | 0700 | C6 - Dorm | Few overhead lights out. Few sink buttons stuck. Few | Self Help | | |
| 7/22/11 | 0740 | C7 - Dorm | overhead lights out | Self Help | | |
| 7/22/11 | 0720 | C8 - Dorm | # 1 urinal stopped up, # 3 toilet not working, one of the dusk of light is out | Self Help | | |
| 7/22/11 | 2300 | C6 Dorm | Same as above | | | |
| 7/22/11 | 1930 | | | | | |

Indicate areas inspected by noting ☒     ☑Doors   ☐Electrical   ☑Fencing   ☐Lighting   ☑Plumbing   ☐Structural   ☑Ventilation   ☑Window

☐Other: _____   ☐Safety Hazard Present

Inspected by: Mattox 1st / Lowry 2nd

AD-84 (rev. 11/07)

RECEIVED JUN 25

Allonly
APHO.10

APPENDIX 779
2RP#3/4-11

McCollum 01684

# INSPECTION LOG

Location: C R Bldg 4S   Department/Area of Responsibility: Security   Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only Date Issued Priority |
|---|---|---|---|---|---|
| 7/21/11 | 630 | C R Bldg Dorm | #2 shower constrtly runs all | | PK |
| 7/21 | 640 | C R Bldg Day Room | Leaking toilet | | PK |
| 7/21 | 630 | C Dorm | There is a Fan missing | | PK |
| 7/21 | 630 | C R Bldg Dorm | #3 Urinal overflows when | | PK |
| 7/21 | 625 | C R Bldg Dorm | flush | | PK |
| 7/21 | 600 | B Dorm | #1 #2 Showers does't | | PK |
| 7/21 | 600 | B Dorm | compete not all | | PK |
| 7/21 | 630 | B Dorm | #1 toilet not all | | PK |
| 7/21 | 630 | A Dorm | #4,#5 Sink not work | | self help |
| 7/21 | 630 | A Dorm | #4 toilet cold water | | self help |
| 7/21 | 630 | A Dorm | only flush only | | PK |
| 7/21 | 630 | B Dorm | outside lights out + working | | PK |
| 7-21-11 | 2230 | C S - Bars | ceiling lights out | | PK |

Indicate areas inspected by noting ☒

☑ Doors   ☑ Electrical   ☑ Fencing   ☑ Lighting   ☑ Plumbing   ☑ Structural   ☑ Ventilation   ☑ Windows
☐ Other:                              ☑ Safety Hazard Present

No new deficiency 2nd

Inspected by: _Griffin Cpt / Rewerts 2nd Relian_

Already ordered
AD-10 ordered
ordered

RECEIVED JUN 2 5

AD-84 (rev. 11/07)

McCollum 01685

# INSPECTION LOG

Location: CS-8 Bldg   Department/Area of Responsibility: 1st Shift Security   Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|------|------|------|------|------|------|------|
| 07-20-11 | 0630 | CS-Dorm | Toilet #3 Out of Order One light out in the Dayroom | | | |
| | | C6-Dorm | Shower #2 runs always. One light Out in the rest room. | | | |
| | | C7-Dorm | Sink #6 & #8 Out of Order | | | |
| 7/20/11 | 2230 | C8-Dorm | Urinal #1 Out of Order Shower #1 & 2 are running out hot water Urinal #3 over flows 1 light out | | | |
| | | Rec Sally Port | No water at the Rec. Yard. | | | |

Maintenance Use Only

indicate areas inspected by noting ☒

☒ Doors ☒ Electrical ☒ Fencing ☒ Lighting ☒ Plumbing ☒ Structural ☒ Ventilation ☒ Windows
☐ Other:_____ ☐ Safety Hazard Present

Inspected by: _Garielle Gardner / Clarence Bird_
4N shift
2N shift

170  1500
170  1500

Awomly
AD10.20

RECEIVED JUN 2 5

AD-84 (rev. 11/07)

McCollum 01686

# INSPECTION LOG

Location: C (5-8)  Department/Area of Responsibility: C5-8 Dorm  Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only | | |
|---|---|---|---|---|---|---|
| | | | | Work Order Number | Date Issued | Priority |
| 7-13-11 | 0650 | C-5 Dorm | 9 Lights out in Rm #5 | | | |
| 7-19-11 | 0655 | C-6 Dorm | 5 lights out Dorm # 6 | Self WP | | |
| 7-19-11 | 0656 | A5 Dorm | toilet not flushing | WR | | |
| 7-19-11 | 0700 | C-7 Dorm | 5 Lights out Dorm #7 | Self WP | | |
| 7-19-11 | 0710 | C-8 Dorm | 2 Lights out Dorm #8 | Self WP | | |
| 7/19/2011 | 1520 | Barber Shop C5-8 | Leaking from the wall | | | |
| 7-19-11 | 2345 | C-5-8 Hall | Shadows all ceiling fans | WR | | |

Indicate areas inspected by noting ☒

☐ Doors  ☒ Electrical  ☐ Fencing  ☒ Lighting  ☐ Plumbing  ☒ Structural  ☒ Ventilation  ☒ Windows
☐ Other: _____  ☐ Safety Hazard Present

Inspected by: Johnson W  1st  Johnson 63  2nd Shift  G. Prescott B2  3rd Shift

AD-84 (rev. 11/07)

Allen Wally  AD-1020

RECEIVED JUL 2 0

APPENDIX 782
2RP#3/4-14

McCollum 01687

Pg 18 of 2

# INSPECTION LOG

Location: CS-8 Bldg    Department/Area of Responsibility: Security    Phone: 634

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only Date Issued / Priority |
|---|---|---|---|---|---|
| 07/18/11 | 0630 | C5-Dorm | 6 light out | | Sel WO |
| 07/18/11 | 0630 | C6-Dorm | Hot water loose in the neck | | WO |
| 07/18/11 | 0630 | | #3 toilet not working | | WO |
| 07/18/11 | 0630 | C7-Dorm | Electrical conduit for TV loose | | Sel WO |
| 07/18/11 | 0630 | C8-Dorm | 5 light out | | Sel WO |
| 07/18/11 | 0630 | | #3 toilet seat loose | | Sel WO |
| | | | #2 toilet seat loose | | Sel WO |
| | | | #3,6 Sink running water | | Sel WO |
| | | | #8 Sink running water | | Sel WO |
| | | | #3 toilet loose from base | | Sel WO |
| | | | #1 Urinal not working | | Sel WO |
| 7/18/11 | 1430 | C-5-8 Dorm | No other detencies found. | | |
| 7/18/11 | 2230 | C8-8 Dorm | No new deficiencies | | |

Indicate areas inspected by noting ☒
☒ Doors    ☒ Electrical    ☒ Fencing    ☒ Lighting    ☒ Plumbing    ☒ Structural    ☒ Ventilation    ☒ Windows
☐ Other: _____    ☐ Safety Hazard Present

Inspected by: _[signatures]_

AD-24 (rev. 11/07)

RECEIVED JUL 19

Asmly
AD-10.20

McCollum 01688

# INSPECTION LOG

Location: C5-8 Bldg

Department/Area of Responsibility: Security

Phone: 6349

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7/18/11 | 0300 | C8 dorm | #3 Shower mop | 4-5445 | 7-7-11 | 3-B |
| | | C8 dorm | #4 Shower mop | 4-5570 | 7-20-11 | 3-B |

*Maintenance Use Only*

Indicate areas inspected by noting ☒

☐ Doors   ☒ Electrical   ☒ Fencing   ☒ Lighting   ☒ Plumbing   ☒ Structural   ☒ Ventilation   ☒ Windows

☐ Other: _____   ☐ **Safety Hazard Present**

Inspected by: _signature_

AD-84 (rev. 11/07)

AD-10.20 (rev. 7)
Attachment A
Page 10 of 12

**APPENDIX 784**
2RP#3/4−16

McCollum 01689

# INSPECTION LOG

Location: #5   Department/Area of Responsibility: CS-8 Dorm   Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/DD #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7/17/2011 | 0840 | CS Shower | Water won't turn off on the | NEI | | |
| 7/17/2011 | 0651 | CS Toilet | shower | NEI | | |
| 7/17/2011 | 0015 | CS Toilet | Water keeps running on the shower. One of the toilet doesn't and leaks water so bad | NEI | Not 4084155 no | |
| 7/17/11 | 1520 | CS #12(1) | Volume is out | NEI | Not 4084155 no | |
| 7/17/11 | 1526 | CS 10/11 | water comes up | NEI | | |
| 7/17/11 | 1526 | CC Shower | Shower steps on | NEI | | |
| 7/17/11 | 1533 | CS Toilet | Over flow | NEI | | |
| 7/17/11 | 2300 | CS-8 | No new Flooring | No I | | |

Indicate areas inspected by noting ☒

☒ Doors   ☑ Electrical   ☑ Fencing   ☑ Lighting   ☐ Plumbing   ☐ Structural   ☐ Ventilation   ☐ Windows

☐ Other: _____   ☐ Safety Hazard Present

Inspected by: _Rabcats G_   _[signatures]_

AD-84 (rev. 11/07)

RECEIVED JUL 18

AWormly
AD 1070

McCollum 01690

# INSPECTION LOG

Location: HJ

Department/Area of Responsibility: C 2 Rover

Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|------|------|------|------|------|------|------|
| | | | | *Maintenance Use Only* | | |
| 2-16-11 | 400 | | No New Deficiency | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Indicate areas inspected by noting ☒

☒ Doors   ☒ Electrical   ☒ Framing   ☒ Lighting   ☒ Plumbing   ☒ Structural   ☒ Ventilation   ☒ Windows   ☐ Other:   ☐ Safety Hazard Present

Inspected by: A wormly

AD-84 (rev. 11/07)

A wormly
AQ10.30

RECEIVED JUL 18

AD-10.20 (rev. 7)
Attachment A
Page 10 of 12

McCollum 01691

# INSPECTION LOG

Location: C5-8 bldg  Department/Area of Responsibility: C5-8 dorm  Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Response Date/issued | Priority |
|---|---|---|---|---|---|---|
| 7/5/11 | 0630 | C5-dorm | The dayroom fluorescent light (6) is out need light and also the restroom light (2) is out light/keys. Toilet (4) is broken need key | self-help | | |
| 7/5/11 | 0640 | C6-dorm | The dayroom fluorescent light (4) is out need Room 2 also the restroom (5) is out need the dayroom shower (2) need stoppage on the water | self-help | | |
| 7/5/11 | 0650 | C7-dorm | The dayroom fluorescent light (4) is out need Room and also the restroom light (5) is out need Room toilet (2) is broken need key | self-help | | |
| 7/5/11 | 0800 | C8-dorm | the dayroom fluorescent light (C2) is out need key | self-help | | |

Indicate areas inspected by noting ☒

☑ Doors ☑ Electrical ☑ Fencing ☑ Lighting ☑ Plumbing ☑ Ventilation ☑ Windows
☐ Other ☐ Structural ☐ Safety Hazard Present

Inspected by: _(signatures)_

AD-34 (rev. 11/07)

RECEIVED

A. Woolly
AD 10.6

# INSPECTION LOG

**Location:** C5-8  **Department/Area of Responsibility:** Security  **Phone:** 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7-14-11 | 0638 | Room 7 | blk/out at 45 no outlets cells 36 | SPH/h10 | | |
| 7-14-11 | 0638 | Room 8 | water line | P7C | | |
| 7-14-11 | 0648 | Room8 | lights out close (web sump) | | | |
| 7-14-11 | down16 | | lights out shower 2 outer run | P7C | | |
| | | | no hot water not working well faucet | | | |
| | | | loose | | | |
| 7-14-11 | 0652 | Room 5 | blk/out 01 0b1 30 ceiling | SPH/h10 | | |
| 7-14-11 | 0703 | rec yard | no hot water/cold or water fountain | P7R | | |
| 7/14/11 | 1433 | Barber Shop | Sink is leaking water | | | |
| 07-14-11 | 2310 | | no new deficiencies at this time | | | |

Indicate areas inspected by noting ☒    ☒ Doors    ☒ Electrical    ☒ Fencing    ☒ Lighting    ☒ Plumbing    ☐ Structural    ☐ Ventilation    ☐ Windows

Inspected by: _(signature)_    ☐ Other: _____    ☐ Safety Hazard Present

AD-84 (rev. 11/07)

# INSPECTION LOG

Location: C5-8    Department/Area of Responsibility: Security    Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Tech / Battalion / Priority |
|---|---|---|---|---|---|
| 7-13-11 | 0633 | dorm 8 | #light out above lav/restroom area | | OK |
| 7-13-11 | 0638 | Room 2 | lights out on #5 restroom sink | | OK |
| 7-13-11 | 0644 | C8 Room 3 | 3 light above flush tol gone/out | | OK |
| 7-13-11 | | | water out at sink #1 shower Rm6 const | | PR |
| 7-13-11 | 0650 | room 6 C8 | until flush tol #1 shower Rm6 const | WI-55217-15-LL | PR |
| 7-13-11 | 0705 | rec yard | #2 shower Rms const | WI-5958 | PR |
| 7-13-11 | 710 | yard | no water lights out at bldg exterior | WI-5958 | PR |
| 7/13/11 | 1439 | C8 Bldg | Sink on 1st restroom Lowe right | | RR |
| 7/13/11 | 2030 | C8 Bldg | No new deficiencies found | | RR |
| | | C8 Bldg | No new deficiencies (Multipurpose room thermostat in ceiling) exposed | | RR |

Inspected by: Collier _____    Olivia 2nd, C. Clark (3rd)

Indicate areas inspected by noting ⊠

☐ Doors   ☐ Electrical   ☐ Fencing   ☐ Lighting   ☐ Plumbing   ☐ Structural   ☐ Ventilation   ☐ Windows

☐ Other: _____   ☐ Safety Hazard Present

AD-84 (rev. 11/07)

RECEIVED JUL 15

Abourky
AD-10-20

McCollum 01694

# INSPECTION LOG

Location: C5-8    Department/Area of Responsibility: Security    Phone: 6392

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only — Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7-18-11 | 0634 | doors | [illegible handwriting] | [illegible] | | |
| 2-11 | 0641 | doome | [illegible handwriting] | [illegible] | | |
| 7-18-11 | 0649 | doors ? | [illegible handwriting] | [illegible] | | |
| 7-18-11 | 0680 | [illegible] | [illegible handwriting] | [illegible] | | |
| 07-12.11 | 1430 | C5-8 | No mel deficiencies | | | |
| 7/12/11 | 2245 | C5-8 | No new deficiencies | | | |

Inspected by: [signatures, illegible]

indicate areas inspected by noting ☒

☒ Doors    ☒ Electrical    ☒ Fencing    ☒ Lighting    ☒ Plumbing    ☒ Structural    ☒ Ventilation    ☒ Windows    ☐ Other: _____    ☐ Safety Hazard Present

AD-84 (rev. 11/07)

McCollum 01695

# INSPECTION LOG

Location: _____ Cn. BLdg

Department/Area of Responsibility: K2 Rover

Phone: _____ Cn. 307

AD-84 (rev. 11/07)

Inspected by: _____

Indicate areas inspected by noting ☒

☒ Doors   ☒ Electrical   ☒ Fencing   ☒ Lighting   ☒ Plumbing   ☒ Structural   ☒ Ventilation   ☒ Windows
☐ Other: _____   ☒ Safety Hazard Present

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7/1/11 | 0800 | Day dorm | Fence Wire cut | #010 to replace | | |
| | | | Push CW. Cable frayed | | | |
| | | Toilet | # Not working | self help | | |
| | | Sink/Shower | out | N/A | | |
| | | Check | Electrical Box on fence Area | self help | | |
| 7/1/11 | 0810 | Day dorm | no cold | N/A | | |
| | | | no blow fan | N/A | | |
| 7/1/11 | 0230 | Shower | runs continuous | self help | | |
| | | sink | slow drain | slow help | | |
| 7/1/11 | 1430 | Cg-dorm (R) | Metel stripping peels up | N/A | | |
| | | | Shower run continuous | N/A | | |
| | | Cg-dorm (R) | Electrical Box live wires | N/A | | |

APPENDIX 791
2RP#3/4~23

McCollum 01696

# INSPECTION LOG

Location: CS-8    Department/Area of Responsibility: Security    Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7-10-11 | 0638 | dorm 8 | 3 lights shower 13 runs in 8 runs | DR | | |
| 7-10-11 | | 8 dorm | run #1 shower run const. | 11-4967 | 6-20-11 | B |
| 7-10-11 | 0636 | dorm 7 | 5 lights out in restroom const. | NDF | | |
| 7-10-11 | 0643 | dorm 5 | lights out to dorm | NDF | | |
| 7-10-11 | 0651 | dorm 6 | clogged out to dorm 3 clogged shower 3 | 11-5481 | 7-12-11 | B |
| 7-10-11 | 15:05 | Janitor closet | ceiling on wall border | 11-5481 | 7-12-11 | B |
| 7/10/11 | 2:30 | Dorm (5-8) | No New Deficiency | 11-4480 | 7-12-11 | B |
| 7/10/11 | | Dorm 7 | #4 toilet stoped up in line | 11-4988 | 6-22-11 | B/B |
| | | 8 dorm | #2 shower run const. | | | |

Inspected by: _Collin_   _Olweus_ and _C Shark_

indicate areas inspected by noting ☒   ☒ Doors   ☐ Electrical   ☐ Fencing   ☐ Lighting   ☐ Plumbing   ☐ Structural   ☐ Ventilation   ☐ Windows
☐ Other    ☐ Safety Hazard Present

AD-84 (rev. 11/07)

Alweruly
AD-10.26

RECEIVED JUL 1

McCollum 01697

# INSPECTION LOG

Location: C5-8 Bldg   Department/Area of Responsibility: 1st Shift Security   Phone: 6957

| Date | Time | Specific Location of Deficiency (Equipment CMMS/TD #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7-9-11 | 0050 | Dorm 5 | toilet #3 stopped | SelfHelp | | |
| 7-9-11 | 0705 | Dorm 6 | 4 lights out | PR | | |
| | | | Shower #2 runs non stop | PR | | |
| | | | toilet #1 leaks around base | PR | | |
| 7-9-11 | 0715 | Dorm 7 | 2 lights out in classroom | PR | | |
| | | | Sink #4 don't work | PR | | |
| | | | Sink #3 runs none stop | PR | | |
| 7-9-11 | 0730 | Dorm 8 | Sink #1 hot water button don't work | PR | | |
| | | | Shower #1 runs none stop | PR | | |
| 7-9-11 | 1430 | Dorm 8 | 2 lights out in dayroom | PR | | |
| 7/9/11 | 2233 | C5-8 | Sink #8 runs none stop | PR | | |
| | | | Same observation | NEL | | |

Indicate areas inspected by noting ☒

Inspected by: Thornton / Odialo O / Soloman

☒ Doors  ☐ Other: ☒ Electrical  ☐ Fencing  ☒ Lighting  ☒ Plumbing  ☒ Structural  ☒ Ventilation  ☐ Windows  ☐ Safety Hazard Present

AD-84 (rev. 11/07)

RECEIVED JUL 11

Attorney AD-10.20

**APPENDIX 793**
2RP#3/4-25

McCollum 01698

# INSPECTION LOG

Location: C.S-8  Department/Area of Responsibility: 1st shift security  Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7-8-11 | 0700 | 1 to 1 of 3 CS | stopped | cell Hep | | |
| 7-8-11 | 0730 | CS Dayroom | few lights out | PR | | |
| 7-8-11 | 0745 | C6 Dayroom | few lights out | PR | | |
| 7-8-11 | 0755 | C7 Dayroom | few lights out | PR | | |
| 7-8-11 | 0855 | C8 Dayroom | few lights out | PR | | |
| 7-8-11 | 0910 | Rec Yard Dayroom | few lights out | PR | | |
| 7-8-11 | 0930 | Rec Yard | Rec Water token Broken | | | |
| 7-8-11 | 1430 | All Dorms | No new deficiencies observed | | | |
| 7-8-11 | 2030 | C.S-8 | No new deficiencies observed | | | |

Indicate areas inspected by noting ☒

☒ Doors  ☒ Electrical  ☒ Fencing  ☒ Lighting  ☒ Plumbing  ☒ Structural  ☒ Ventilation  ☒ Windows

☐ Other: _____  ☐ Safety Hazard Present

Inspected by: P. Norris Jr   OBEISUN

RECEIVED JUL 11

A Womly
AD-1020

AD-84 (rev. 11/07)

McCollum 01699

# INSPECTION LOG

Location: H3

Department/Area of Responsibility: C3-8

Phone: 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Maintenance Use Only Date Issued | Priority |
|------|------|------|------|------|------|------|
| 7-07-11 | 0630 | C3-8 Doors #'s | Doors not self latching | | | |
| 7-7-11 | 1600 | | No NEW deficiency | | | |
| 7-7-11 | 2230 | | No new deficiency | | | |

Indicate area inspected by noting ☑

☐ Doors   ☐ Electrical   ☐ Fencing   ☐ Lighting   ☑ Plumbing   ☐ Structural   ☐ Ventilation   ☐ Window   ☐ Other: _____   ☐ Safety Hazard Present

Inspected by: _____

AD-84 (rev. 11/07)

RECEIVED JUL 0 8

McCormly
AD-10-70

McCollum 01700

# INSPECTION LOG

Location: C3-B

Department/Area of Responsibility: 1st Security

Phone: 634

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only | | |
|------|------|------|------|------|------|------|
| | | | | Work Order Number | Date Issued | Priority |
| 7/6/11 | 0635 | Dorm 7 | #5 sink | NEJ | | |
| | | | #2 shower | NEJ | | |
| 7/6/11 | 1430 | Dorms | No new deficiencies | | | |
| 7/6/11 | 2230 | | No New deficiency | | | |

Indicate areas inspected by noting ☒

☐ Doors ☐ Electrical ☐ Fencing ☐ Lighting ☐ Plumbing ☐ Structural ☐ Ventilation ☐ Windows ☐ Other: _____ ☐ Safety Hazard Present

Inspected by: Nelson  Obermuff and Olajuka cook

AD-84 (rev. 11/07)

RECEIVED JUL 08
AWormly
AD-1020
CG-5

# INSPECTION LOG

Location: C5-8 BLDG   Department/Area of Responsibility: 1st SHIFT security   Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7-5-11 | 0645 | | Lite above sink C5 dorm by #2 shower very dim | PR | | |
| 7-5-11 | 0653 | | water fountain in Rec yard loose at wall | | | |
| 7-5-11 | 1430 | | bulbs out in D-space | | | |
| 7-5-11 | 2230 | | no used deficiency | | | |

Indicate areas inspected by noting ☒

☐ Other:   ☑ Doors   ☑ Electrical   ☑ Fencing   ☑ Lighting   ☑ Plumbing   ☐ Structural   ☑ Ventilation   ☑ Windows   ☐ Safety Hazard Present

Inspected by: C. Coleman CO8   GARCIA R2ND CO6

AD-84 (rev. 11/07)

RECEIVED JUL 07

APPENDIX 797
2RP#3/4-29

McCollum 01702

# INSPECTION LOG

**Location:** C7 Rover   **Department/Area of Responsibility:** C-5-Pines   **Phone:** 6329

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 6-6-11 | 0630 | C5 | 8 Dorm lights out; 2 Bathroom lights out | OR | | |
| | | C5 | B 3 toilet clogged up | Self-help PR | | |
| | | C6 | Fan missing; 1 Dorm light out; 4 Bathroom light | Self-help PR | | |
| 7/4/11 | 2030 | C5 Dorm | #5 sink hot water | PR | | |
| | | C6 | #5 Dorm lights out; 1 Bathroom light out; 7th H-sink, 7th H-sink cell T valve #5 sink hot water running #6 sink Dorm water to toilet broken at base | Self-help PR | | |
| 7/4/11 | 1630 | C6 | -5 Drain B light out | PR | | |
| | | | -6 Dorm B light out | PR | | |
| | | | -4 Dorm, Tables screw loose | PR | | |
| | | | 8 2 lights out | PR | 11-4937 | 6-15-11 | 3.13 |
| | | | #2 sink water running low | PR | | |
| | | | #3 toilet inop | PR | | |

Indicate areas inspected by noting ☒   ☐ Doors   ☐ Electrical   ☐ Fencing   ☒ Lighting   ☒ Plumbing

☐ Other: _____   ☐ Structural   ☒ Ventilation   ☐ Windows   ☐ Safety Hazard Present

**Inspected by:** _(signatures)_

AD-84 (rev. 11/07)

McCollum 01703

# INSPECTION LOG

Location: _____

Department/Area of Responsibility: C 2 River

Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only | | |
|------|------|------|------|------|------|------|
| | | | | Work Order Number | Date Issued | Priority |
| 7-4-11 | 900 | C 8 | #3 toilet loose at base | 11-5444 | 7-7-11 | 3-B |
| | | C8 | #3 shower in op time | 11-5445 | 7-7-11 | 3-B |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Indicate areas inspected by noting ☒

☑ Doors   ☑ Electrical   ☑ Fencing   ☑ Lighting   ☑ Plumbing   ☑ Structural   ☑ Ventilation   ☑ Windows

☐ Other: _____   ☐ Safety Hazard Present

Inspected by: A Werly

AD-84 (rev. 11/07)

RECEIVED JUL 06

A Werly
AD. 10.20

McCollum 01704

# INSPECTION LOG

Location: CS-8

Department/Area of Responsibility: CG Dowo

Phone: 6347

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|------|------|------|------|------|------|------|
| 1/3/11 | 0645 | 5 | | | | |
| 1/3/11 | 0645 | | | OK | | |
| 1/3/11 | 0645 | | | OK | | |
| 1/3/11 | 0645 | 6 | | DR | | |
| 1/3/11 | 0645 | 7 | | DR | | |
| 1/3/11 | 0645 | 8 | | DR | | |
| 1/3/11 | 5,6,7,8 | | extension cord in dorm | DR | | |
| 1/3/11 | 2230 | 5-8 | No New Deficiency | | Not AD84 Issue | |
| 7-3-11 | | | | | | |

□ Other: _____

Inspected by: _____

cells areas inspected by noting ☒

☑ Doors  ☑ Electrical  ☑ Fencing  ☑ Lighting  ☑ Plumbing  □ Structural  ☑ Ventilation  ☑ Windows  □ Safety Hazard Present

*Maintenance Use Only*

AD-84 (rev. 11/07)

RECEIVED
AWoMillG's
AD-10,20

# INSPECTION LOG

Location: | C 6-8 | Department/Area of Responsibility: | 1st Shift Security | Phone: | 6397

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Maintenance Use Only | | |
|------|------|------|------|------|------|------|
| | | | | Work Order Number | Date Issued | Priority |
| 07-02-11 | 0630 | C5-Dorm | Toilet #3 out of order. One light out of order in Rest Room. | PR | | |
| | | C6-Dorm | One fan out in the Dorm. Three lights out in the Rest Room. | PR | | |
| | | C7-Dorm | One light out in the Rest Room | PR | | |
| 7/2/11 | 1430 | C8-Dorm | Shower #1 is still running out water | PR | | |
| | | C5-8 doms | Same as above | PR | | |
| 7/2/11 | 2230 | C-5-8 dorms | Sam as above | | | |

Indicate areas inspected by noting ☒

☒ Doors   ☒ Electrical   ☐ Fencing   ☒ Lighting   ☒ Plumbing   ☐ Structural   ☒ Ventilation   ☒ Windows

☐ Other: _____   ☐ Safety Hazard Present

Inspected by: _____

AD-84 (rev. 11/07)

McCollum 01706

AD-84 (rev. 11/07)

# INSPECTION LOG

Location: **C5-8**   Department/Area of Responsibility: **F5n ff Security**   Phone: **6342**

| Date | Time | Specific Location of Deficiency (Equipment CMMS/ID #, Cell #, Room #) | Description of Deficiency | Work Order Number | Date Issued | Priority |
|---|---|---|---|---|---|---|
| 7-1-11 | 0700 | Dorm 5 | Several lights out in dorm | DK | | |
| 7-1-11 | 0705 | Dorm 6 | Toilet #3 don't work | DK | | |
| 7-1-11 | 0710 | Dorm 7 | Several lights out in dorm | DK | | |
| 7-1-11 | 0710 | Dorm 7 | Light out on L side of Restroom | Self Help | | |
| 7-1-11 | 0720 | Dorm 8 | Several lights out in one room | DK | | |
| 7-1-11 | 0720 | Dorm 8 | Sink #16 runs non-stop | DK | | |
| 7-1-11 | 1445 | Mop Closet | Several lights out in dayroom | DK | | |
| 7-1-11 | 1445 | Dorm 8 | Drain is clogged | Self Help | | |
| 7-1-11 | 2345 | CS-C6 Dorms | Door stays locked | DK | | |
| 7-1-11 | 2345 | CS-C6 Dorms | Clean all ceiling fans | DK | | |

Inspected by: Thornton / Clay / G. Guzzett / Scott, 3nd

Indicate areas inspected by noting ☒

☒ Doors  ☐ Other:  ☒ Electrical  ☐ Fencing  ☐ Lighting  ☒ Plumbing  ☐ Structural  ☐ Ventilation  ☐ Windows  ☐ Safety Hazard Present

Wormly
AD-1020

RECEIVED JUL 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 30

BUSINESS RECORDS DECLARATION OF
MICHAEL MACKEY, WARDEN

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am the custodian of records for the Hutchins State Jail of the Texas Department of Criminal Justice ("TDCJ").  Attached are true and correct copies of various heat- related Inter-Office Communications and Emails from the Hutchins unit sent during July, August, and September of 2011, records which are kept by the TDCJ in the regular course of its business activity.  The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters."

"My name is Michael Mackey, and I am an employee of the TDCJ, a governmental agency.  I am executing this declaration as part of my assigned duties and responsibilities.  I declare under penalty of perjury that the foregoing is true and correct."

Executed in Dallas County, State of Texas, on the 11 ___ day of December, 2015.


Michael Mackey, Senior Warden
Hutchins State Jail
Texas Department of Criminal Justice

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Correctional Institutions Division
### *Inter-Office Communications*
## Hutchins Unit

To:  Maj. T. May                                Date:  7/12/2011

From:  R. Storie URMC                    Subject:  Igloo cooler temps

Coolers in the offender dorms have been checked for temperatures beginning at 2:00 PM through 3:00 PM.

| | | |
|---|---|---|
| A-1 | 75 | |
| A-4 | EMPTY | LID OFF |
| A-5 | EMPTY | |
| A-8 | 77 | |
| B-1 | 75 | |
| B-4 | 77 | |
| B-5 | EMPTY | |
| B-8 | EMPTY | |
| C-1 | 76 | |
| C-4 | EMPTY | |
| C-5 | 75 | |
| C-8 | 75 | |
| D-1 | 76 | |
| D-4 | EMPTY | |
| E-1 | 80 | |
| E-4 | EMPTY | LID OFF |
| F-1 | EMPTY | |
| F-4 | EMPTY | |

The water temps from the Offender lavatories (cold tap) are 85 deg. F.
Water temps from sink in Officer restroom is 83 deg F.
Water temp from Barbershop sink is 87deg F.

Outside temperature on the Hutchins Unit at 3:00 PM is 103 deg. F.

**APPENDIX 805**                    **McCollum 06543**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 31

DECLARATION OF **KEVIN CAMPBELL**

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Monitoring and Standards Department of the Administrative Review and Risk Management Division, a part of the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of Hutchins State Jail Unit Level Operational Reviews from 2010 to 2013, Hutchins State Jail Division Level Operational Reviews for 2011, and Hutchins State Jail Division Level Follow-Up Reviews for 2011. These records are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Kevin Campbell and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the _15_ day of June, 2016.

Kevin Campbell
Manager, Monitoring & Standards
Administrative Review & Risk Management
Texas Department of Criminal Justice

ATTORNEYS EYES ONLY

Attachment B

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
*INTER-OFFICE COMMUNICATION*

**TO:** *Tim Ault*
Monitoring and Standards

**DATE:** October 31, 2010

**FROM:** *Tim Jones*
Operational Review Sergeant
__Hutchins State Jail___ *(Unit)*

**SUBJECT:** Unit-Level Operational Review
Sergeant's Reports for
*October, 2010*

NOV 16 2010

Attached are unit-level reviews conducted for the following functional areas:

**REVIEWS SCHEDULED:**                                **COMPLETED:**

| | |
|---|---|
| **Environmental Branch** | **October 26, 2010** |
| **Maintenance** | **October 26, 2010** |
| **Manufacturing & Logistics** | **Non Manufacturing Unit** |
| **Offender Grievance** | **October 21, 2010** |
| **Risk Management** | **October 22, 2010** |

**ELECTIVE – OUTSTANDING ACTION PLANS REVIEWED:**    **COMPLETED:**

| | |
|---|---|
| *Armory # 2.04* | *October 15, 2010* |
| Armory #2.06 | October 10, 2010 |
| Armory #2.10 | October 10, 2010 |
| Agribusiness #13.01 | September 17, 2010 |
| Unit Commissary #16.02 | September 11, 2010 |
| Unit Commissary #16.08 | September 11, 2010 |

**COORDINATION:**

• Warden: **JEFF PRINGLE, WARDEN**        _Signature_ 11-2-10
*(Print Name)*                          *(Signature/Date)*

Comments: Facilities Maintenance Corrective Action 15.03H (b). Technician Baker immediately presented "zero balance" RS-249 forms to Maintenance Supervisor Mr. Pugh for signature. Mr. Baker will present completed RS-249 forms to Mr. Pugh on the day/date Cylinder reading is zero balance. Tech Baker and Disposable Refrigerant Logs will be closely monitored by Mr. Pugh for the next 45 days to ensure compliance.

Risk Management. Corrective Action: 8.04H (e). Risk Manager Roy Storie will meet with Warden Polk for an appropriate tabletop date assignment. A major tabletop drill will be conducted and supervised by Major May and Roy Storie. Risk Manager Storie will send an E-Mail to Major May and Operation Review upon each completed table top, for the next six months.

Risk Management. Corrective Action: 8.13(b). Risk Manager Roy Storie will continue providing Unit Level training to Officer Mauro. Regional II Risk Manager Michelle Parker will conduct testing for Officer Sarina Mauro on November 3, 2010. Mr. Roy Storie and Mr. Larry Kines HR will ensure Officer Mauro attends Alternate URM training in April 2011.

**APPENDIX 0808**                    **McCOLLUM 07081**

**ATTORNEYS EYES ONLY**

Environmental Branch. Corrective Action: 9.05 (c). Maintenance Supervisor Mr. Pugh immediately signed the "zero balance: Rs-249 forms. Technician Mr. Baker is required to immediately present zero balance Rs-249 reports to Mr. Pugh for signature. Mr. Pugh will monitor Rs-249 reports for the next 60 days, to ensure compliance.

**Justification for Late Submission:** _____

• Regional Director: ___Jay Cam___        ___R — 11-08-2010___

            *(Print Name)*        *(Signature/Date)*

Comments: ___Follow-ups will be conducted___
___on some of these findings___

**Justification for Late Submission:** _____

Attachments:    *(O.R. Sergeant's Reports and completed checklists, attached in the same order as listed above.)*

Copy:    Unit File

**ATTORNEYS EYES ONLY**
SM-01.25
Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT

**Unit:** _____Hutchins State Jail      **Review Conducted:** ____ October 22/23, 2010 _____
*(Month/Day/Year)*

**Functional Area Reviewed:** _____ Environmental Branch _____

**Manual Chapter and Section Reference:** _____ Chapter II, Section 3 _____

**Total *'Applicable'* Checklist Questions:** _____18_____ (__4__ High + __14_ Other)

• **INTRODUCTION:**     On October 22, 2010 at 1300 hours I began a three day Environmental Branch Audit. The audit began with an interview with Maintenance Supervisor Mr. Pugh. Risk Manager Coordinator Roy Storie was interviewed for section 8. During the audit Mr. Pugh and Mr. Storie was very knowledgeable and helpful. Out of the nine sections of Environmental Branch, Five will apply to the Hutchins Unit. I inspected departments to ensure Chemical list and MSDS sheets were present and to ensure of proper inventory/recorder keeping. I inspected the location absorbents are secured. I inspected area Solid Waste is stored in the Food Service Department to view proper handling and disposal. I reviewed documentation indicting inspection of hazardous waste drums The Bar screen and logs was reviewed to ensure cleaning procedures are followed.

• **FINDING(S)**

| Finding 1 9.05 (c ) | | | |
|---|---|---|---|
| Disposition reports 9-36-22, 9-37-22, 9-38-22, 9-39-22, 9-40-22 did not have the maintenance supervisor signature. | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Mr. Pugh immediately signed forms. | Mr. Pugh | October 23, 2010 | October 23,2010 |
| 2. Tech Baker will hand reports to Mr. Pugh immediately when reports is at zero. | Mr. Pugh | October 23, 2010 | |
| 3. Maintenance Supervisor Pugh will monitor Tech Mr. Baker and reports for the next 60 days. To ensure process is completed within a timely period. | Mr. Pugh | December 01, 2010 | |

| Finding 2 | | | |
|---|---|---|---|
| | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | | | |
| 2. | | | |

**APPENDIX 0810**                                        **McCOLLUM 07083**

**ATTORNEYS EYES ONLY**

SM-01.25

Attachment A

| 3. | | | | |
|----|--|--|--|--|

ATTORNEYS EYES ONLY

SM-01.25

Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT
### (cont.)

- **SUMMARY:** *All departments inspected were very knowledgeable and helpful during this audit. They are encourage to continue to do a good job.*

- **OPERATIONAL REVIEW SERGEANT:**

_Timothy Jones_
(Print Name)

_SGT Jones 10-29-16_
(Signature/Date)

**Justification for Late Submission by Operational Review Sergeant:** _____

_____

_____

- **WARDEN:**

_____
(Print Name)

_____
(Signature/Date)

Attachment:   Completed checklist(s)
Copy:         *File*
              *Unit-level Department Head*

**ATTORNEYS EYES ONLY**

UNIT: **H5**          DATE: _10-22-10_          INSPECTOR: _360 D__

### III.   FACILITIES (Environmental Branch)

### 2. FUEL DEPOTS

*NOTE: This checklist will also be used to evaluate any Fuel Depots operated by Offender Transportation.*

2.01   In regards to the fuel depots:
(40 CFR 112.7, 112.12; 30 TAC §115.246, 30 TAC §327.5; NFPA 30A)
(EA-07.05 & EA-07.07)

A.   Is the berm around fuel depots in good condition with no signs of erosion, damage, and impermeable to the materials being stored?   YES   NO   (NA)

B.   Is the soil at the fuel depot free from any sign of contamination that could be a result of leaks, overfilling, etc.?   YES   NO   (NA)

C.   Is the Texas Commission on Environmental Quality (TCEQ) Certificate of Registration displayed or readily available for inspection?   YES   NO   (NA)

D.   If uncontaminated rainwater is drained from the berm, is the drain line capped or control valve closed when not in use?   YES   NO   (NA)

*E.   Is the spacing between tanks 1/6 the sum of the adjacent tank diameters but not less than three feet apart?   YES   NO   (NA)

*F.   Is the depot dispensing device equipped with Emergency Shut-Offs?   YES   NO   (NA)

*G.   Is a 20-lb fire extinguisher (or 2 10-lb. fire extinguishers) with a minimum 40B: C rating located 20 -100 feet of each pump and storage tank fill opening?   YES   NO   (NA)

COMMENTS: _Unit do not have Fuel Depots_

*METHODOLOGY: Inspect the area. A. It requires a simple judgment as to the structural integrity of the berms or dikes encompassing the fuel tank area. The containment area surrounding the tank should hold 110% of the contents of the largest tank plus freeboard for precipitation. B. Spills outside the berm/dike are prohibited and must be reported if they are 25 gallons or greater of a petroleum product. Spills inside the berm are permissible but must be cleaned up as soon as possible. C. Review required certificates. Registration is required at sites where an above ground petroleum storage tank has a capacity of 1100 gallons or more. D. Check the drainage system of the berm to ensure it prevents uncontrolled runoff.*
*\* NOTE: Items E, F, & G. only apply to fuel depots constructed, replaced, or upgraded after January 1, 2000. Those fuel depots currently include: Byrd, Central, Eastham, Lewis, Neal, Robertson, Torres, Wynne and Stiles. E. Check the spacing between the tanks within the berm to ensure there is a minimum of three feet between them; measure between widest point of the tank diameters. F. There should be an emergency shut-off control. Emergency shut-offs for the dispensing pump should not be less than 20 feet or more than 100 feet from the pump for fuel depots constructed, replaced, or upgraded after January 1, 2000. G. Inspect fire extinguishers.*

**APPENDIX 0813**          **McCOLLUM 07086**

**ATTORNEYS EYES ONLY**

UNIT: _H J_     DATE: _10-22-10_     INSPECTOR: _SGT Jones_

### III.     FACILITIES (Environmental Branch)

### 3.  Hazardous, Non-Hazardous, and Universal Waste

*NOTE: This checklist will also be used to evaluate any waste related activities operated by Offender Transportation..*

**3.01H**   In regards to waste collection containers:      **(EA-02.03, EA-02.04)**

    A.  Are all containers in the waste accumulation area properly closed,
        except when necessary to add or remove waste?     (YES)   NO   NA

    B.  Does the container label properly identify the type of waste as
        "Hazardous Waste, Universal Waste or Non-Hazardous Waste"?     (YES)   NO   NA

    C.  Does the container label include the specific identity of waste
        (Used Antifreeze, Used Oil, Used Oil Filters, Paint Waste, Pesticides,
        Thermostats,  or Hazardous Waste identified in 40 CFR 261.3)?     (YES)   NO   NA

    D.  Are all areas free from leakage or spills?     (YES)   NO   NA

COMMENTS: _Inspections conducted on containers_
_for proper labeling, leaks and spills_

*METHODOLOGY: A. Verify there are no open containers. Drums will be bunged, cans will be lidded, open top drums will be lidded in some fashion.  No funnels should be left in bungs, etc., unless they are draining. Immediately after draining remove funnel and close container. B. & C. Inspect containers for proper labeling to include type of waste and specific identity of waste.  This information should be painted, stenciled or otherwise marked on each container. D. Inspect the area for signs of leaks or spills.*

**3.02H**   Is there a Non-Hazardous, Universal, and Hazardous Waste Container
Accumulation, Storage, and Disposal Log being filled out for each
container of waste? **(EA-02.04)**     (YES)   NO   NA

COMMENTS: _Reviewed logs and location_

*METHODOLOGY: Department(s) managing waste accumulation areas must maintain a "Non-Hazardous, Universal and Hazardous Waste Container Accumulation, Storage and Disposal Log" for each waste present as included in EA-02.04.   This log serves as an internal tracking device for generation of waste and as documentation for waste disposed of through a local recycler at no cost to State.  If waste is disposed of through an approved vendor the "Uniform Hazardous Waste Manifest" (if Hazardous) or Bill of Lading (if Non-Hazardous or Universal) **and** "Non-Hazardous, Universal and Hazardous Waste Container Accumulation, Storage, and Disposal Log" apply.*

**3.03**   Are there absorbent materials (i.e. sawdust, clay, litter, other) available
to clean up spills or leaks from containers holding liquid wastes?
**(EA-02.04)**     (YES)   NO   NA

COMMENTS: _Reviewed logs and location of_
_Absorbents_

*METHODOLOGY: Inspect the waste accumulation area for the presence of absorbent material.*

ATTORNEYS EYES ONLY

III.  FACILITIES (Environmental Branch); 3.  Hazardous, Non-Hazardous, and Universal Waste

3.04    If applicable are copies of the Uniform Hazardous Waste Manifests
        available for the past three years?(EA-02.01)            YES    NO      NA

        COMMENTS: _____
        _____

*METHODOLOGY: This form is used to provide a standard chain-of-custody for Hazardous (not Non-Hazardous or Universal) waste disposed of through an authorized vendor only.  Review the records at the location which produced the manifests. One department may be retaining the records for the entire facility; it is unlikely a disposal vendor would leave more than one manifest per pickup.*

APPENDIX 0815                                  McCOLLUM 07088

**ATTORNEYS EYES ONLY**

UNIT: _HJ_      DATE: _10-22-10_      INSPECTOR: _T. Jones_

### III. FACILITIES (Environmental Branch)
### 4. SOLID WASTE

**4.01H**   In regards to stored and collected solid waste:
**(EA-02.07, EA-02.09) (FDM – 04.01)**

A.   Is garbage containing food waste stored in covered or closed
containers which are leakproof, durable, and designed for safe
handling and easy cleaning?                                    (YES)   NO   NA

B.   Has all disposal of solid waste been in accordance with the Texas
Solid Waste Disposal Act as not to create and maintain a nuisance,
or allow dumping of municipal solid waste without the written
authorization of the Texas Commission on Environmental Quality (TCEQ)?   (YES)   NO   NA

COMMENTS: _Checked Area where food waste is_
_stored and disposed._

*METHODOLOGY: **A.** Check the area where food waste is stored or disposed. The containers for moving or storing food waste must have lids. There must not be any food waste such as bones or other food debris on the ground near the containers or other storage containers. **B.** Check remote outside areas of the facility and ask the maintenance manager where unwanted metals, scrap, and debris are disposed. There must not be any uncontrolled dumping of waste on the facility.*

---

**4.02**   Are scrap tires stored, inventoried, inspected, and disposed of before
reaching the maximum allowed quantity of 500 tires on the ground or
2,000 tires in trailers? **(EA-02.08)**                        YES   NO   (NA)

COMMENTS: _____

*METHODOLOGY:   For facilities that store scrap tires: contact the farm manager or transportation department; inspect scrap tire storage locations, and review required documentation; for less than 500 scrap tires review the "Scrap Tire Storage Inspection" form or for scrap tires in excess of 500 the "Scrap Tire Management Registration Application" form.*

---

**4.03**   Does the unit incorporate efforts to collect and segregate recyclable
materials for recycling when it is economically feasible?
**(FDM-05.08) (EA-02.09 thru EA-02.21)**                       (YES)   NO   NA

COMMENTS: _Reviewed / Observed Area_

*METHODOLOGY: All facilities are required to recycle when possible. Possible recyclable materials include: automotive anti-freeze, automotive batteries, cardboard, office paper, computer components, scrap metal and scrap tires. Check with the maintenance manager to determine whether these materials are being recycled.*

---

KKJ                          September 2010                    Page 1 of 2

ATTORNEYS EYES ONLY

### III. FACILITIES (Environmental Branch)
### 4. SOLID WASTE

4.04  In regards to unit composting, Is any of the following non-exempt composting material being used: fish, dead animal carcasses, oils, greases, dairy materials, sewage sludge, organic material from municipal solid waste, disposable diapers, paper products soiled by human excreta or sludge byproduct generated from the production of paper? **(EA-02.22)**                  YES     NO     NA

COMMENTS: ___STATE JAIL_____

*METHODOLOGY: If any of the non-exempt material is composted, a TCEQ notification, registration or permit will be required. Any facility desiring to compost these materials must first contact the Facilities Division Environmental Branch at (936) 437-7363 to ensure all regulatory requirements are met. The TCEQ exempt composting status applies for the following materials:*

*1. Source-separated yard trimmings, clean wood material, vegetative material, paper, and manure;*
*2. Source-separated industrial materials listed in No. 1 above;*
*3. Agricultural operations that generate and compost agricultural materials onsite;*
*4. Mulching operations;*
*5. Land application of materials listed in No. 1 above at rates below or equal to agronomic rates as determined by the Texas Agricultural Extension Service;*
*6. Application of paper that is applied to land for use as an erosion control or a soil amendment;*
*7. On-site composting of industrial solid waste at a facility that is in compliance with §335.6 of this title (relating to Notification Requirements).*

APPENDIX 0817                    McCOLLUM 07090

**ATTORNEYS EYES ONLY**

UNIT: *HJ*   DATE: *10-22-10*   INSPECTOR: *T. Jones*

### III.   FACILITIES (Environmental Branch)

### 5.   POTABLE WATER HAULING OPERATIONS

**5.01H**   Are operational records maintained when the tank truck or trailer is in use that includes:
**(EA-03.04, FDM-04.08)**

| | | | | |
|---|---|---|---|---|
| A. | The identity of the hauler used only for transporting potable liquids. | YES | NO | (NA) |
| B. | The identity of the approved Public Water System used to fill. | YES | NO | (NA) |
| C. | The total daily volume hauled (gallons). | YES | NO | (NA) |
| D. | The daily chlorine residual (when in use). | YES | NO | (NA) |
| E. | The microbiological (coliform) results (monthly minimum). | YES | NO | (NA) |
| F. | The date(s) of tank truck or trailer disinfection (monthly minimum). | YES | NO | (NA) |

COMMENTS:   *City water system*

*METHODOLOGY: **A.** Unique identification or asset number. **B.** Approved Public Water Systems are assigned a seven digit system identification number by the TCEQ. **C.** Daily usage should be noted in operational records. **D.** Identify the source (groundwater or surface) and method of disinfection (chlorine or chloramine). Groundwater is typically disinfected with chlorine (minimum 0.5 mg/l free residual). Surface water is typically disinfected with chloramine (chlorine and ammonia) (minimum 1.0 mg/l total chlorine residual). **E.** Microbiological analysis by TCEQ approved lab. **F.** Disinfection should be noted in operational records.*

**5.02**   In regards to tank truck or trailers:
**(EA-03.04, FDM-04.08)**

| | | | | |
|---|---|---|---|---|
| A. | Is the tank truck or trailer labeled with the words "Drinking Water"? | YES | NO | (NA) |
| B. | Does manhole cover overlap the raised manhole opening by a minimum of two inches and terminate in a downward direction? | YES | NO | (NA) |
| C. | Is the manhole opening kept locked, except during times of filling? | YES | NO | (NA) |
| D. | Is tank truck or trailer equipped with a downward facing vent that is screened with 16 mesh or finer corrosion resistant material? | YES | NO | (NA) |
| E. | Are the connections (openings) on the wagon used for filling and emptying the tank properly protected with caps and keeper chains? | YES | NO | (NA) |

**APPENDIX 0818**                          **McCOLLUM 07091**