ATTORNEYS EYES ONLY

### III.  FACILITIES (Environmental Branch);  5. Potable Water Hauling Operations

F.  Are the hoses labeled "Drinking Water Only"?                    YES    NO    (NA)

G.  Are the hoses provided with caps and keeper chains
or have the ends connected together?                           YES    NO    (NA)

COMMENTS:    _City Water System_

*METHODOLOGY:  A-G. Verify the tank truck or trailer tank, connections and hoses are properly labeled,
constructed and protected.*

APPENDIX 0819                        McCOLLUM 07092

**ATTORNEYS EYES ONLY**

UNIT: _HS_   DATE: _10-23-10_   INSPECTOR: _367 T. /mer_

### III.   FACILITIES (Environmental Branch)

### 5.   POTABLE WATER HAULING OPERATIONS

5.01H   Are operational records maintained when the tank truck or trailer is in use that includes:
(EA-03.04, FDM-04.08)

|   |   |   |   |   |
|---|---|---|---|---|
| A. | The identity of the hauler used only for transporting potable liquids. | YES | NO | (NA) |
| B. | The identity of the approved Public Water System used to fill. | YES | NO | (NA) |
| C. | The total daily volume hauled (gallons). | YES | NO | (NA) |
| D. | The daily chlorine residual (when in use). | YES | NO | (NA) |
| E. | The microbiological (coliform) results (monthly minimum). | YES | NO | (NA) |
| F. | The date(s) of tank truck or trailer disinfection (monthly minimum). | YES | NO | (NA) |

COMMENTS: _City Water System_

*METHODOLOGY: A. Unique identification or asset number. B. Approved Public Water Systems are assigned a seven digit system identification number by the TCEQ. C. Daily usage should be noted in operational records. D. Identify the source (groundwater or surface) and method of disinfection (chlorine or chloramine). Groundwater is typically disinfected with chlorine (minimum 0.5 mg/l free residual). Surface water is typically disinfected with chloramine (chlorine and ammonia) (minimum 1.0 mg/l total chlorine residual). E. Microbiological analysis by TCEQ approved lab. F. Disinfection should be noted in operational records.*

5.02   In regards to tank truck or trailers:
(EA-03.04, FDM-04.08)

|   |   |   |   |   |
|---|---|---|---|---|
| A. | Is the tank truck or trailer labeled with the words "Drinking Water"? | YES | NO | (NA) |
| B. | Does manhole cover overlap the raised manhole opening by a minimum of two inches and terminate in a downward direction? | YES | NO | (NA) |
| C. | Is the manhole opening kept locked, except during times of filling? | YES | NO | (NA) |
| D. | Is tank truck or trailer equipped with a downward facing vent that is screened with 16-mesh or finer corrosion resistant material? | YES | NO | (NA) |
| E. | Are the connections (openings) on the wagon used for filling and emptying the tank properly protected with caps and keeper chains? | YES | NO | (NA) |

**APPENDIX 0820**                              **McCOLLUM 07093**

**ATTORNEYS EYES ONLY**

### III.  FACILITIES (Environmental Branch);  5. Potable Water Hauling Operations

F.  Are the hoses labeled "Drinking Water Only"?  YES  NO  NA

G.  Are the hoses provided with caps and keeper chains
or have the ends connected together?  YES  NO  NA 

COMMENTS:  *City water System*

*METHODOLOGY:  A-G. Verify the tank truck or trailer tank, connections and hoses are properly labeled,
constructed and protected.*

**APPENDIX 0821**                    **McCOLLUM 07094**

**ATTORNEYS EYES ONLY**

UNIT: _H J_   DATE: _10-23-10_   INSPECTOR: _S6T T Jommes_

### III.   FACILITIES (Environmental Branch)

### 6. PUBLIC WATER SYSTEMS

*Production systems include Beto-Gurney-Powledge, Buffalo Ranch, Central, Chase Field-Garza East-Garza West, Coffield-Michael, Darrington, Eastham, Ferguson, Jester I-III-IV-Vance, Luther, Pack, Ramsey-Stringfellow-Terrell and Scott. Beto, Chase Field, Coffield, Jester I and Ramsey will be reviewed as record holder for these systems for purposes of this audit.*

---

**6.01H**   The following apply to systems with drinking water production facilities on site:
(EA-03.01) (FDM-04.03) (FDM-04.06)

| | | | |
|---|---|---|---|
| A. Are facilities accessible by all weather roads? | YES | NO | (NA) |
| B. Are facilities enclosed by an intruder-resistant fence and lockable gate or building? | YES | NO | (NA) |
| C. Are grounds and facilities maintained in a manner so as to minimize the possibility of the harboring of rodents, insects, and other disease vectors, and in such a way as to prevent other conditions that might cause the contamination of the water? | YES | NO | (NA) |
| D. Are exterior coating systems maintained to provide adequate protection to all surfaces subject to deterioration? | YES | NO | (NA) |
| E. Are vents and air releases covered with 16-mesh or finer corrosion resistant screen? | YES | NO | (NA) |
| F. Are wells and production meters working properly? | YES | NO | (NA) |
| G. Has appropriate documentation for corrective action been submitted to include a Work Order or Major Work Request for any deficiencies noted? | YES | NO | (NA) |

COMMENTS:   _City Water System_

*METHODOLOGY: **A.** Roads to facilities shall be navigable in all weather conditions. **B.** Lockable building may serve in lieu of a gate. **C.** Drainage shall be controlled to eliminate stagnation or pooling; routine mowing and edging is required; location shall be free from litter. **D.** Exterior surfaces shall be protected from rust. **E.** Visual inspection indicates that vent and air releases are secured and undamaged. **F.** Verify that water producing wells have meters that register production in gallons. **G.** Verify that Work Orders or Major Work Requests are submitted if deficiencies are noted.*

---

**6.02H**   The following apply to systems with drinking water disinfection facilities on site:   (EA-03.01) (FDM-04.06)

| | | | |
|---|---|---|---|
| A. Are facilities enclosed by an intruder-resistant fence and lockable gate or building? | YES | NO | (NA) |
| B. Are exterior coating systems maintained to provide adequate protection to all surfaces subject to deterioration? | YES | NO | (NA) |
| C. Are chlorine scales, room exhaust and injector working properly? | YES | NO | (NA) |
| D. Is a fresh 30% ammonia solution available on site for chlorine gas leak detection? | YES | NO | (NA) |
| E. Are chlorine tanks secured so they cannot tip over? | YES | NO | (NA) |
| F. Has appropriate documentation for corrective action been submitted to include a Work Order or Major Work Request for any deficiencies noted? | YES | NO | (NA) |

**APPENDIX 0822**

**McCOLLUM 07095**

**ATTORNEYS EYES ONLY**

III.    **FACILITIES (Environmental Branch); 6. PUBLIC WATER SYSTEMS**

COMMENTS:  _City Water System_

*METHODOLOGY: All production systems are equipped with disinfection facilities. **A.** Lockable building may serve in lieu of a gate. **B.** Exterior surfaces shall be protected from rust. **C.** Enclosures containing more than one operating 150-pound cylinder shall also provide forced air ventilation which includes screened and louvered floor level and high level vents, a fan which is located at and draws air in through the top vent and discharges to the outside atmosphere through the floor level vent and a fan switch located outside the enclosure. **D.** Product manufacture date has not expired. **E.** Verify cylinders are secured by blocking or chains. **F.** Verify that Work Orders or Major Work Requests are submitted if deficiencies are noted.*

**6.03H**   The following apply to systems with drinking water storage
facilities on site:  **(EA-03.01) (FDM-04.03) (FDM-04-06)**

A.  Are facilities accessible by all weather roads?                                          YES    NO    (NA)

B.  Are grounds and facilities maintained in a manner so
as to minimize the possibility of the harboring of rodents,
insects, and other disease vectors, and in such a way as to
prevent other conditions that might cause the contamination
of the water?                                                                                               YES    NO    (NA)

C.  Are facilities enclosed by an intruder-resistant fence and
lockable gate or building?                                                                        YES    NO    (NA)

D.  Are exterior coating systems maintained to provide adequate
protection to all surfaces subject to deterioration?                                YES    NO    (NA)

E.  Are vents and overflows covered with 16-mesh or finer
corrosion resistant screen?                                                                  YES    NO    (NA)

F.  Are overflow pipes equipped with a gravity hinge and\
weighted cover that does not gap more than 1/16th of an inch?            YES    NO    (NA)

G.  Are ground storage water level indicators or elevated storage
altitude gauges working properly?                                                       YES    NO    (NA)

H.  Has appropriate documentation for corrective action been
submitted to include a Work Order or Major Work Request
for any deficiencies noted?                                                                 YES    NO    (NA)

COMMENTS:  _City Water System_

*METHODOLOGY:  Methodology: Units with only one ground storage tank are Marlin, Michael and Mountain View. Units with only one elevated tank are Ellis, Sanchez and Travis. Units with one ground and one elevated tank are Beto, Central, Clemens, Darrington, Estelle, Ferguson, Goree, Hilltop, Luther, Pack, Ramsey, Stringfellow, Scott and Terrell. Units with two elevated and one ground tank are Chase and Eastham. Units with two ground and one elevated tank are Coffield, Jester and Powledge. Powledge ground storage tank #3 has been assigned to Beto . **A.** Roads to facilities shall be navigable in all weather conditions **B.** Drainage shall be controlled to eliminate stagnation or pooling; routine mowing and edging is required; locations shall be free from litter. **C.** Lockable building may serve in lieu of a gate. **D.** Exterior surfaces shall be protected from rust. **E.** Inspect vents and overflows to ensure proper screening is in place. **F.** Inspect overflow piping to ensure covers are properly seated. **G.** Visually inspect indicators and gauges for proper function. **H.** Verify that Work Order or Major Work Request is submitted if deficiencies are noted.*

**APPENDIX 0823**                                        **McCOLLUM 07096**

**ATTORNEYS EYES ONLY**

III.    FACILITIES (Environmental Branch); 6. PUBLIC WATER SYSTEMS

6.04H   The following apply to maintenance of systems that produce
        and/or purchase drinking water:
        (EA-03.02) (FDM-04.09) (FDM-04.13 thru 04-14)

A.  Are backflow prevention assemblies tested upon
    installation and annually thereafter?                    (YES)    NO    NA

B.  Is the Utility Management and Emergency Contact
    Information current and available?                       (YES)    NO    NA

C.  Are the minimum disinfectant residuals consistently
    maintained at point of entry(s) to and throughout the
    distribution system?                                     (YES)    NO    NA

D.  Is a current copy of the Water Quality Consumer
    Confidence Report available?                             YES    (NO)    NA

COMMENTS: _TDCJ Northern Area Maintenance_
_Region II maintains._

*METHODOLOGY:  A. Assemblies are tested by Regional Maintenance with original signed and dated test report retained for a minimum of three years at the Unit Maintenance Office.  B.  See FDM-04.13.  C. Minimum disinfectant residual throughout distribution system is 0.2 mg/l free (if chlorine used) and 0.5 mg/l total (if chloramine is used) with 1.0 mg/l preferred.  The billing consumption meter is point of entry for systems that purchase water.  D. The Water Quality Consumer Confidence Report is available from the provider (if system purchases water) or from Maintenance Headquarters (if system produces water) by July 1st of each year. Starting with the 2009 report purchase water systems shall retain reports for five years.*

6.05   Is drinking water system operated by the minimum
       quantity and class of Texas Commission on
       Environmental Quality (TCEQ) licensed operator(s)?     (YES)    NO    NA

COMMENTS: _City of Hutchins_

*METHODOLOGY:  The staff operator(s) making decisions regarding the day-to-day operation and maintenance of the system shall hold a valid license.  Minimum quantity and class required for Units purchasing potable water served as delivered without additional treatment (1-Class D).  Minimum quantity and class required for systems producing and/or providing disinfectant treatment of potable water are Buffalo Ranch (1-Class D), Central, Darrington, Ferguson, Luther, Pack, Scott (1-Class C groundwater). Beto-Gurney-Powledge, Coffield-Michael, Chase Field & Garza East & West, Eastham, Jester I-III-IV-Vance, Ramsey-Stringfellow-Terrell (2-Class C Groundwater).*

**APPENDIX 0824**                              **McCOLLUM 07097**

**ATTORNEYS EYES ONLY**

UNIT: _Hutchins_ DATE: _10-23-2010_ INSPECTOR: _360 C. Jones_

## III.   FACILITIES (Environmental Branch)

## 7. WASTEWATER SYSTEMS

7.01    In regards to Domestic Wastewater Treatment Plants:
**(FDM-04.05, FDM-04.09)**

A. Is there is a source of auxiliary power to operate the
plant in the event of a power failure?                    YES    NO    (NA)

B. Are all essential components of the plant connected
to the auxiliary power supply?                            YES    NO    (NA)

C. Is there a full-face Self-Contained Breathing Apparatus
(SCBA) or supplied air respirator available?             YES    NO    (NA)

D. Does the gauge indicate that the tank is not empty?      YES    NO    (NA)

E. Is there fresh ammonia solution readily available at the
treatment plant for testing for chlorine leaks?          YES    NO    (NA)

F. Is there a forced mechanical ventilation system installed
in the chlorination room?                                 YES    NO    (NA)

G. Is the fan activated by an external light switch?        YES    NO    (NA)

H. Is the fan blowing into the chlorinator room at the top
of the building?                                          YES    NO    (NA)

I. Is the potable water supply protected from contamination
through the use of an air gap or backflow prevention device?   YES    NO    (NA)

J. Are all wash down hoses <u>using potable water</u> equipped with
atmospheric vacuum breakers located <u>above</u> the overflow level
of the wash down area?                                    YES    NO    (NA)

K. Is a current copy of the permit available at the treatment plant?   YES    NO    (NA)

COMMENTS: _State Jail using public water_
_waste system._

_METHODOLOGY: **A. & B.** Auxiliary power facilities are required for all wastewater treatment plants, unless
dual power supply arrangements are made or unless it can be demonstrated that the plant is located in an area
where electric power reliability is such that power failure for a period to cause deterioration of effluent quality
is unlikely. Check to see if the auxiliary power source will start up on demand. Ask the plant operator if the
essential components of the plant are connected to the auxiliary power supply. Essential plant components
include the bar screen (if mechanical), grit screen, rotors, aerators, clarifier and disinfection equipment.
**C.,D.,E.** Visually check and verify that a SCBA or supplied air respirator is readily accessible. Visually
confirm that there is a bottle of ammonia available. **F.,G.,H.** Visually check to verify that the ventilation system
is installed and working properly. **I.&J.** Ask the operator to show you the backflow prevention device that is
located on the main water supply line to the treatment plant. Also, check all hose-bibs that utilize potable water
for backflow prevention. Each location should be equipped with an atmospheric vacuum breaker. **K.** Verify by
asking the operator for a copy of the permit._

**APPENDIX 0825**                                        **McCOLLUM 07098**

**ATTORNEYS EYES ONLY**

**III. Environmental Branch; 7. Wastewater Systems**

*NOTE: This item is applicable to most units. Units that operate their own domestic treatment plant will have a bar screen. Units that do not operate their own treatment plant may or may not have a bar screen.*

7.02    Are bar screen materials dewatered (drained) and placed in
garbage cans with plastic liners and lids?
**(EA-04.01, FDM-04.05)**                                                 (YES)   NO     NA

COMMENTS: _OBserved procedures_

*METHODOLOGY: Bar Screen materials should be raked up onto a sloped concrete or other type pad where wastewater can drain back into the sewer line. Once drained, they are to be placed in garbage cans with lids. The garbage cans will have a disposable plastic liner installed that will be closed and tied prior to disposal in the trash compactor, roll-off container, etc. Visit the bar screen to see whether materials are dewatered and placed inside a garbage can containing a plastic liner.*

*NOTE: Applicable to units that utilize Portable Toilet Facilities.*

7.03    Are Portable Toilet Facilities utilized according to the following guidelines:

**(EA-04.02)**

A.  Cleaned twice weekly when in use?                            YES    NO    (NA)

B.  Contents disposed of into the wastewater collection system?   YES    NO    (NA)

COMMENTS: _No porbABle toileT_

*METHODOLOGY: A. & B. Check with user to determine the frequency of cleaning and disposal location.*

7.04    In regards to the Confined Animal Feeding Operation (CAFO) lagoons:

**(EA-06.01)**

A.  Are the lagoons protected from (livestock) by fences or other
protective devices?                                          YES    NO    (NA)

B.  Are the lagoons free of trees and shrubs that could compromise
the integrity of the liner?                                  YES    NO    (NA)

C.  Is the terminal lagoon (last lagoon in the series) equipped with a
permanent marker (measuring device) that indicates the amount
of freeboard available?                                      YES    NO    (NA)

D.  Is there at least two feet of freeboard in the terminal lagoon?  YES    NO    (NA)

E.  Is a current copy of the CAFO permit available at the facility?  YES    NO    (NA)

COMMENTS: _STATE JAIl_

*METHODOLOGY: A. & B. Visually check the lagoons to ensure that livestock or other animals are prevented from walking near the lagoons. In most cases there will be a fence that prevents the livestock from nearing the lagoons. Check also for trees or shrubs growing either within or on the berms of the lagoon. There shall be no trees or shrubs growing in these locations. C. & D. Verify by checking the terminal lagoon for the marker and appropriate freeboard. E. Verify by asking the operator or manager for a copy of the CAFO permit.*

**APPENDIX 0826**                              **McCOLLUM 07099**

**ATTORNEYS EYES ONLY**

**III. Environmental Branch; 7. Wastewater Systems**

7.05 Is license issued under the direction of Texas Commission on
Environmental Quality (TCEQ) for the following individuals:
**(30 TAC 325.100) (FDM-02.02) (FDM-02.04)**

    A. Treatment Plant Operator - For TDCJ units that operate
their own wastewater treatment plant.      YES    NO    (NA)

    B. Collection System Operator - For TDCJ units that do not
operate their own wastewater treatment plant.      YES    NO    (NA)

COMMENTS: _A) STATE JAIL  (B) MAINT_

*METHODOLOGY: **A. & B.** Each holder of a wastewater disposal permit for a wastewater treatment facility
shall employ one or more treatment plant operators holding valid license issued under the direction of TCEQ.
The following units must have an operator with a class "B" or higher certificate: Beto, Coffield, Estelle, &
Ramsey. All other units that hold a wastewater disposal permit for a wastewater treatment facility must have
an operator with a class "C" or higher certificate issued under the direction of the TCEQ. For those units that
do not hold a wastewater disposal permit for a wastewater treatment facility, there must be a person who holds
a valid class "D" certificate issued under the direction of the TCEQ. Ask to see the operator's license to verify
compliance.*

**APPENDIX 0827**              **McCOLLUM 07100**

**ATTORNEYS EYES ONLY**

UNIT: _Hutchins_   DATE: _10-23-2010_   INSPECTOR: _T. Jones_

### III. FACILITIES (Environmental Branch)
### 8. Occupational Health

*Risk Manager Storie Roy*

*Note:  Questions 8.01, 8.02, and 8.03 also apply at Offender Transportation operations.*

**8.01H**  With regard to the Hazard Communication (Worker Right-to-know) program:
**(EA-05.09)**

  A.  Does the Work Area Notebook cover contain Unit Name, Division, Department, Hazard Communication Volume 1 of _____ and spine contain Hazard Communication Volume 1 of_____ in a legible format utilizing the cover designed and approved by the Risk Management Committee?     (YES)    NO    NA

  B.  Does the Work Area Notebook consist of the following completed sections: Section I Workplace Implementation Plan and EA-5.09, Section II Site Specific Training Program, Section III Chemical Inventory, and Section IV Material Safety Data Sheets (MSDS)?     (YES)    NO    NA

  C.  Has a Work Place Implementation Plan been developed to include all  applicable areas where chemicals are present, produced or used, and  has the location of the common use area(s) for posting the current set  of the *Notice to Employees,* been identified?     (YES)    NO    NA

  D.  Has a Work Area Chemical Inventory List been prepared?     (YES)    NO    NA

  E.  Has a Site-Specific curriculum been developed to include the protective measures available to address the physical and health hazards of chemicals identified on the Inventory List?     (YES)    NO    NA

  F.  Is the MSDS included in the Work Area Notebook for at least one of every 10 randomly selected chemicals identified on the Work Area Chemical Inventory List?     (YES)    NO    NA

  G.  Are secondary containers clearly labeled to include the MSDS identity and the National Fire Protection Association (NFPA) 704 M hazard warning diamond as it appears on the MSDS?     (YES)    NO    NA

COMMENTS: _Reviewed MSDS Note Books_

*METHODOLOGY:  Methodology:  A. & B.  Each Work Area identified on the current Implementation Plan shall have a Notebook. C. Exemptions include armory, pesticides (under licensed technician), medical and veterinary (except janitorial supplies).  A minimum of one set of Notices per Work Place is required.  A set consists of one English and one Spanish each printed on white 8-1/2x11" paper printed portrait style in black ink. D. A "Work Area Chemical Inventory List" template is included in EA-05.09.  Warehouse and distribution centers are only required to complete MSDS Identity, Storage Code, and Quantity portions of the list for each chemical identified. E. A "Hazard Communication Program Site Specific Training Curriculum" template is included in EA-05.09. F. MSDS are manufacturer specific.  A substitute (non-manufacturer-specific) MSDS can be used if it is identical to the manufacturer-specific MSDS both in identity and formulation of the hazardous chemical. Acceptable substitutions include: motor fuels such as gasoline, diesel, propane, etc.; automotive fluids such as transmission fluid and brake fluid; asphalt such as that used in paving and roofing operations; or liquid household bleach (Clorox, Purex) containing "sodium hypochlorite" in the same concentration. G. Secondary container labels at minimum shall include the MSDS identity and the NFPA hazard warning diamond for the chemical contained.*

**8.02H**  Regarding Hazard Communication Program Training Requirements, are training records available that document both general and site-specific training for work area personnel?     (YES)    NO    NA
**(EA-05.09)**

COMMENTS: _Reviewed with Risk Manager._

*METHODOLOGY:  Hazard Communication Record of Training with signatures and dates are filled out and on file at the work area.*

**APPENDIX 0828**

**McCOLLUM 07101**

**ATTORNEYS EYES ONLY**

III.  **FACILITIES (Environmental Branch); 8. OCCUPATIONAL HEALTH**

**8.03H**  With regard to emergency eyewash and shower equipment; is flushing, cleaning, preparation of diluted
buffers or installation of replacement cartridges (as applicable) completed and documented.
**(EA-05.06, OSHA 29CFR 1910.151, ANSI Z 358.1)**          ( YES )    NO      NA

COMMENTS: _____

*METHODOLOGY:  Plumbed eyewashes and showers are to be activated at least two minutes weekly.  Self-
contained eyewash units using concentrated buffer solutions are cleaned and new buffered saline is prepared
according to manufacturer instruction.  Saline is changed at least every 6 months or at frequency recommended by
the manufacturer.  Cartridges are not used past expiration date and the date the cartridge is placed into service
(and the lot number if available) is documented.  The preferred location for documenting the completion of this
inspection is by initialing the Inspection Tag (RM-10), Eye Wash Station and Emergency Shower Weekly Inspection,
available from Risk Management.*

8.04  With regard to Confined Spaces and Hazardous Atmospheres, has an "Identification of Confined Space
Survey" of the work place been completed?
**(EA-05.07)**                                        ( YES )   NO     NA
COMMENTS:  Reviewed with Roy Stone URMC
Last Report Dated 6-2010

*METHODOLOGY:  EA-05.07 "Confined Spaces and Hazardous Atmospheres" is a planning tool for safe entry
into confined spaces that includes verification that the required precautions have been taken and the necessary
equipment is available prior to entry.  Applicability of the program in a work place is based on identification of
confined spaces, the actual or potential hazards, and the frequency of entry and the type of work to be performed.
Completed surveys are retained by the Risk Manager and respective Division Entry Supervisor(s).*

8.05  With regard to the Noise Control and Hearing Conservation Program:
**(EA-05.08)**

A.  Are ear plugs or muffs provided in areas with posted notification of high noise exposure?
( YES )   NO     NA

B.  Is the posted notification validated by either the equipment manufacturer or an actual noise level
survey of the area?                               ( YES )   NO     NA

COMMENTS:  Reviewed with Risk Manager

*METHODOLOGY:  A. Signs and tags shall be used to warn of hazards associated with exposure to high noise and
the need to wear hearing protection.  B. Notifications must be validated by either equipment manufacturer
recommendations or an actual noise level survey.  Notification posted without validation should be removed.*

**APPENDIX 0829**                        **McCOLLUM 07102**

ATTORNEYS EYES ONLY

UNIT: _HJ_    DATE: _10-31-10_    INSPECTOR: _860 Jonas_

### III.   FACILITIES (Environmental Branch)

### 9.   MANAGEMENT OF REFRIGERANT

**9.01H**  Is refrigerant stored in a secure area preventing access by unauthorized personnel?
  **(40 CFR Part 82 Subpart F) (EA-05.06)**   (YES)   NO   NA

COMMENT: _Reviewed / Inspected Storage Area,_

*METHODOLOGY:  Assure that refrigerant is under lock and key. Note: offenders are allowed to remove refrigerants from under lock and key but not to put into or take from a closed refrigeration systems unless certified.*

---

**9.02H**  Are all non-disposable recovery cylinders hydrostatically tested every five years?
  **(40 CFR Part 82 Subpart F)**   (YES)   NO   NA

COMMENT: _Reviewed 'Dates_

*METHODOLOGY:  The retest date will be stamped on the neck of the Cylinder.*

---

**9.03H**  Do all staff and offender technicians who perform work on HVAC sealed systems possess the require Environmental Protection Agency (EPA) certification?
  **(40 CFR Part 82 Subpart F)**   (YES)   NO   NA

COMMENT: _Reviewed Technician Barkeri Certification._

*METHODOLOGY:  Ask to see certifications of those who handle refrigerant.*

---

**9.04**  For each disposable refrigerant cylinder issued to working stock:
  **(40 CFR Part 82 Subpart F)**

  A.  Is it numbered as prescribed and the number marked on the cylinder?   (YES)   NO   N/A

  B.  Is there a separate Refrigerant Usage Log for each cylinder?   (YES)   NO   N/A

  C.  Are copies of work orders on which the refrigerant was used attached to the logs?   (YES)   NO   N/A

  **Note: WSD does not use Work Orders.**

  D.  Are Refrigerant Usage Logs being retained for five years?   (YES)   NO   N/A

_Recheck_
_9-25, 22_
_26_
_3_

COMMENT: _Interview with Mr Baker, Inspected Cylinders,_

*METHODOLOGY:  A.–D. Each disposable cylinder is required to be numbered with the: Year, # of Cylinder for the particular Refrigerant and the Type of Refrigerant i.e. 10-03-R22. There must be a Refrigerant Usage Log for each cylinder.*

_Cpt 10-22_

---

ATTORNEYS EYES ONLY

**III.    Facilities (Environmental Branch); 9.  Management of Refrigerant**

9.05    For all recovered refrigerant (non-contaminated and contaminated):
         **(40 CFR Part 82 Subpart F)**

A.  Are separate Disposition Reports maintained?            (YES)   NO      N/A

B.  Does each Report contain the required information?       (YES)   NO      N/A

C.  Do the Reports bear all appropriate signatures?          (YES)  (NO)    N/A

D.  Are recovery cylinders with contents labeled to state
    unit name, type of refrigerant, amount of refrigerant,
    and condition of refrigerant (contaminated/non-contaminated)?   (YES)   NO      N/A

COMMENTS: _(C) Reviewed Disposition Reports_
_Did not have Mr Pish signatures_

*METHODOLOGY:   A.-D. Assure that a separate log is filled out for each recovery cylinder and that the recovery cylinders are properly labeled.*

· Recovery Cylinders
    9- 38-22      9-37-22
    9-39-22       9-36-22
    9-40-44

ATTORNEYS EYES ONLY

Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT

**Unit:** _____Hutchins State Jail  **Review Conducted:** _____October 27, 2010 _____
                                                              *(Month/Day/Year)*

**Functional Area Reviewed:** _____Facilities (Maintenance) _____

**Manual Chapter and Section Reference:** _____Chapter III, Section 10-19 _____

**Total *'Applicable'* Checklist Questions:** _____35_____ ( __5_ High + __30 Other)

- **INTRODUCTION:** *On October 23, 2010 at 1300 hours I began a three day audit of Facilities Maintenance Audit that began with interviewing of Maintenance Supervisor Pugh with staff Technicians: Mr. Baker, Mr. Brock and Mr. James Elliot and AD10-20 Coordinator Officer Wormly. Staff was helpful and knowledgeable of work order procedures, Key and Tool Control to include Tool Destruction procedures and log. I reviewed a random of 60 work order and checked for required information I reviewed/compared stock numbers between CMMS and on hand inventory for accurate quantity. I reviewed tool shadow boards and checkout logs. I inspected the Sensitive Tool room for checkout procedures. The refrigerant storage area, cylinders and the Refrigerant Logs were inspected to ensure procedures are maintained. I interviewed staff regarding water waste and refrigerant certification cards. Verified AD.20 Officer Wormly were Knowledgeable of and following the AD10.20 program.*

- **FINDING(S)**

| Finding 1 15.03H ( b ) | | | |
|---|---|---|---|
| *No Maintenance Supervisor signature on rs-249 forms for cylinders 9-36-22,9-37-22,9-38-22, 9-39-22, and 9-40-22* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Tech Mr. Baker immediately present incomplete zero balance RS-249 to Mr. Pugh for signatures. | Mr. Pugh | October 23, 2010 | |
| 2. Tech M. Baker will immediately present complete zero balance RS-249 to Mr. Pugh | Mr. Baker | October 23, 2010 | |
| 3. Tech Baker and Disposable Refrigerant logs will closely monitored by Maintenance Supervisor Mr. Pugh for the next 45 days | Mr. Pugh | December 15, 2010 | |

| Finding 2 | | | |
|---|---|---|---|
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |

**APPENDIX 0832**                              **McCOLLUM 07105**

**ATTORNEYS EYES ONLY**

SM-01.25

Attachment A

| | | | | |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**
SM-01.25

Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT
### (cont.)

- **SUMMARY:**   *Mr. Pugh and his staff are doing a good job. The Maintenance Department is encouraged to continue doing a good job.*

- **OPERATIONAL REVIEW SERGEANT:**

  *SGT JONES*              *SGT Jones 10.29.10*
  
  (Print Name)                  (Signature/Date)

**Justification for Late Submission by Operational Review Sergeant:** _____

_____

_____

- **WARDEN:**

  _____              _____
  
  (Print Name)                  (Signature/Date)

Attachment:   Completed checklist(s)
Copy:     *File*
      *Unit-level Department Head*

**APPENDIX 0834**        **McCOLLUM 07107**

ATTORNEYS EYES ONLY

Unit: _Hutchins H.S_
Date: _10-22-2010_

III.   FACILITIES (Maintenance)

## 10. WORK ORDER MANAGEMENT

---

*NOTES:*

*1.  Where instructed to review computer-generated documents (i.e., ADPICS, computerized management system, IMS, etc.), request assistance from the Unit Maintenance Supervisor or Office Administrator.  Several questions note that a random sample of documents is to be selected based on the unit's maximum capacity:  Small (323-899), Medium (900-2,399), or Large (2,400+).  If unsure about the unit's capacity, refer to the 'Unit Profiles' published by Executive Services. [Any automated forms or systems used at state or privately operated units must mirror the forms issued and the system used by Facilities Division Maintenance.]*

*2.  Section 14 (Maintenance Management), Items 14.01 and 14.02 only and Section 19 (Equipment Maintenance), all Items, are to be used only during the Division-Level Operational Reviews.*

---

10.01   Compare the craftsman's copy (working copy) to the automated maintenance system copy (completed work order) to ensure the following information is correctly documented on both copies:
**(FDM-01.09) (FDM-01.10) (FDM-05.26) [ACA 4-4013]**

A.   Date Completed?                                                                          YES   NO   N/A

B.   Was short, detailed description of the work performed?                    YES   NO   N/A

C.   Were all parts and materials issued from new parts inventory or other sources    YES   NO   N/A
       (i.e., bench stock, provided by Unit Supply, provided by Education, etc.)?

D.    Were additional labor or part charges from Region Maintenance or an outside    YES   NO   N/A
       workforce, to include the work order or reference number, noted?

E.   Were applicable ADPICS numbers, IMS numbers or Procurement Card numbers    YES   NO   N/A
       for parts and materials noted?



COMMENTS: _Interviewed Main Maintenance_
_Supervisor Mr. Pugh_

*METHODOLOGY:  Randomly select completed corrective maintenance (CM) and preventive maintenance (PM) work orders as noted below for the previous three month period.  Do not select any open work order or any work order closed for a reason other than being performed.  Compare the craftsman's copy to the automated maintenance system copy, determine if all required information is contained on both copies of the same work order and determine if information on both copies of the same work order agree. Additionally, review the completed work orders (and RS-21's when appropriate) to verify all required information listed above is included.*

- *Small Units - 30 completed CM work orders; 20 completed PM work orders*
- *Medium Units - 45  completed CM work orders; 30 completed PM work orders*
- *Large Units - 60 completed CM work orders; 40 PM work orders*

*NOTE:  Questions A - E above are in two parts.  If either the craftsman's copy or the automated maintenance system copy is missing information, the response is <u>NO</u>.  If information on the craftsman's copy and the automated maintenance system copy do not agree, the response is <u>NO</u>.*

September 2010                                                   Page 1 of 1

**APPENDIX 0835**                                **McCOLLUM 07108**

**ATTORNEYS EYES ONLY**

III.   FACILITIES (Maintenance)

Unit: _Hutchins_
Date: _10-27-2010_

## 11. INVENTORY MANAGEMENT

*NOTE: This section applies to state-operated facilities only.*

11.01   When comparing stock numbers between the automated maintenance system and physical on-hand inventory, do:
(**Automated Maintenance System User Manual) (Facilities Division Management Requirement)**
**|ACA 4-4037|**

   A.   Automated maintenance system inventory part records provide an accurate
quantity of the random inventory sampled?                              (YES)   NO   N/A

   B.   Automated maintenance system inventory part records provide the accurate
location of the random inventory sampled?                              (YES)   NO   N/A

   COMMENTS: _Reviewed with Mr Pugh_

*METHODOLOGY:  A. Facilities (Maintenance) 1. Randomly select 15 warehouse part stock numbers from the automated maintenance system and compare the "Available" quantity in this system to a physical inventory count of the same items.  Randomly select 15 additional inventory items and compare the physical count to the "Available" quantity in this system under warehouse part stock numbers. 2.  Using the same 30 inventory items as in "A," compare the "Storage" listed in this system to the actual physical location.  B.  Operational Review Sergeants/TDCJ staff.  1.  Record a physical count quantity and storage location for 30 separate randomly selected warehouse parts. 2.  Compare on-hand quantities and storage locations with CMMS data (CMMS/Inventory/Warehouse Parts/Enter each stock number to verify correct quantity and storage location).*

*NOTE:*

*Verify any differences by reviewing RS-21s for inventory issued/received that had not been either entered in this system or placed into the warehouse stock.*

11.02   Do all on hand inventory items in the automated management system:
(**Automated   Maintenance   System   User   Manual)   (Facilities   Division   Management
Requirement)[ACA 4-4037]**

   A.   Have an issue cost?                                             (YES)   NO   N/A

   B.   Have a stated storage?                                          (YES)   NO   N/A

   C.   Have a stated location?                                         (YES)   NO   N/A

   COMMENTS: _Reviewed with Mr Pugh_

*METHODOLOGY:  A.  Run Part List by Stock Number for Q_AVAIL > 0 and ISSUE_COST is < .01 to verify all on hand items have an issue cost.  B.  Run Part List by Storage for Q_AVAIL > 0 to verify all on hand items have a storage location.  C.  Run Part List by Location for Q_Actual> 0 to verify all on hand items have a location.*

*NOTES:*

*1.  Cost only applies to actual on hand inventory (quantity greater than "Ø").*

*2.  Operational Review Sergeants/TDCJ staff must request the Unit Maintenance Supervisor/Office Administrator provide them a copy of reports in A, B, and C of the above Methodology.*

*3.  Identify items without an issue cost, stated storage and stated location.*

September 2010                    Page 1 of 1

**APPENDIX 0836**                    **McCOLLUM 07109**

**ATTORNEYS EYES ONLY**

III.   FACILITIES (Maintenance)

Unit: _Hutchins_
Date: _10-22-2010_

## 12. PREVENTIVE MAINTENANCE (PM) MANAGEMENT

12.01H   Are emergency generator PMs completed as required?
(FDM-05.06) [ACA 4-4218; ACA 4-4219]

A.  Weekly?                                                          YES   NO   N/A

B.  Monthly?                                                         YES   NO   N/A

COMMENTS: _Reviewed with Mr Righ_

*METHODOLOGY:   Through automated maintenance system records, determine quantity of stationary emergency generators.  (A. Weekly) Review the PM records for the previous three month period for one-half of the stationary emergency generators.  Verify that the PM tasks were performed within six calendar days of the scheduled start date.  (B. Monthly) Review the PM records for the previous three month period for the remaining stationary emergency generators (the other half) not reviewed in A. above.  Verify that the PM tasks were performed within the same month of the schedule start date.*

12.02H.   Within the past twelve calendar months, have all stationary emergency generators had:

(FDM-05.06) [ACA 4-4219]

A.  Oil and oil filter changed and parts charged to the work order?               YES   NO   N/A

B.  Coolant tested in the first year and second year and changed in the third year as
applicable for the 12 month period under review and documented on a work order?   YES   NO   N/A

C.  Fuel filters changed and parts charged to the work order?                     YES   NO   N/A

COMMENTS: _Reviewed with Mr Righ_

*METHODOLOGY:   (A. - C.)   Through automated maintenance system records, identify the work orders documenting that each of the above tasks has been completed for all stationary emergency generators during the last 12 calendar months.  Additionally, review the craftsman's copy of these same work orders to verify that each of these tasks has been correctly documented.*

12.03   Is preventive maintenance scheduled for mandatory and non-critical equipment and
systems reviewed?                                                   YES   NO   N/A
(FDM-05.06) [ACA 4-4218; ACA 4-4219]

COMMENTS: _Reviewed with Mr Righ_

*METHODOLOGY:  Obtain copy of the automated maintenance system Report "Check - Equipment with No PM Schedule," and verify PM linked and active on mandatory and non-critical equipment and systems to include replacement, new, or additional equipment. Note equipment with no PM Schedule and/or not linked or not active as required.*

**APPENDIX 0837**                              **McCOLLUM 07110**

**ATTORNEYS EYES ONLY**

III.    MAINTENANCE (Facilities Division); 12. Preventive Maintenance (PM) Management

12.04   Has quarterly preventive maintenance been performed and documented for the following:
(FDM-05.06) [ACA 4-4218]

    A.   Pressure Reducing Valve, Gas/Air Sub-Station - 1544-PRV03Q?    YES  NO  N/A

    B.   Underground Gas Lines - 1545-GSL01Q?    YES  NO  N/A

    C.   Above Ground Gas Lines - 1546-GSL02Q?    YES  NO  N/A

COMMENTS: _Reviewed with Mr Pugh_

*METHODOLOGY:  Review the previous four quarters of PMs for 10 % or not less than 1 of the PRVs and all of the gas lines to ensure all required PM tasks have been conducted, properly documented, and that the Craftsman and Unit Maintenance Supervisor signed and dated the documents.  These quarterly PMs must be completed within three months of the scheduled start date.*

September 2010

Page 2 of 2

**APPENDIX 0838**

**McCOLLUM 07111**

**ATTORNEYS EYES ONLY**

**III.   FACILITIES (Maintenance)**

Unit: _H J_
Date: _10-22-2010_

## 13.  TOOL MANAGEMENT

13.01H  Are shadow boards in place and properly configured?
(AD-03.19) [ACA 4-4196M]                                              (YES) NO   N/A

COMMENTS: _Visually Inspected Shadow Boards_

*METHODOLOGY:  Verify that common and sensitive tool room shadow boards are in place, where space permits, to offer quick and accurate tool accountability. Verify that each tool on the shadow board is "shadowed" and that in instances of multiple tools hanging on one peg, only like tools are hung together and the total number of these tools noted.*

*NOTE:  It is not a requirement for the tool number to be on the shadow board; however, if a number is displayed, verify that it matches the number engraved on the tool.*

---

13.02H  Are Sensitive and Non-Sensitive/Common Tool Checkout Logs maintained per TDCJ policy?
(AD-03.19) [ACA 4-4196M]

   A.  Does the department utilize separate Tool Checkout Logs for sensitive and
non-sensitive/common tools?                                          (YES) NO   N/A

   B.  Are Tool Checkout Logs properly completed?                   (YES) NO   N/A

   C.  Are sensitive tools only issued by a designated employee?     (YES) NO   N/A

COMMENTS: _Reviewed Checkout Logs._

*METHODOLOGY:  Review Common and Sensitive Tool Check Out Logs for the past 30-days including the logs for the day of the audit.  **A.**  Verify that separate logs are used for the issue and return of Common and Sensitive Tools.  **B.**  Verify entries on both logs are complete (i.e., date; requester's printed name; tool description; unique number of tool; time and date of issue with signed initials; and time and date of return with signed initials).*

---

13.03H  For each of the 30, 60, or 90 tools checked (see Note below to determine sample size):
(AD-03.19) (FDM-05.19) [ACA 4-4196M]

   A.  Is the master tool inventory list accurate?                  (YES) NO   N/A

   B.  Are all tools properly engraved?                            (YES) NO   N/A

   C.  Are sensitive tools stored separately from non-sensitive/common tools in a
locked, secured location where offenders do not have access or where there
is constant staff supervision?                                       (YES) NO   N/A

COMMENTS: _Reviewed Master Tool Lists Against checked tools. Reviewed tools._

*METHODOLOGY:  **A.**  Verify accuracy through comparison of checked tools with tools on the master tool inventory list.  **B.**  Verify tools are engraved with Unit/Division Identification Number (51), Department Number (1) and Tool Number (1).  [Example: Unique Tool Number 51-1-1].  **C.**  Verify sensitive and non-sensitive/common tools are properly stored.*

---

**APPENDIX 0839**                                            **McCOLLUM 07112**

**ATTORNEYS EYES ONLY**

### III.   FACILITIES (Maintenance);   13. Tool Management

**NOTE:**  *The purpose of Question 13.03H is to ensure agreement between actual "on-hand tools" and the unit's master tool inventory list.  The number of tools checked is based on the size of the unit's total tool inventory, as noted below:*

- *Small inventory (less than 1,000 tools) - Check 30 total tools (on a 10/10/10 basis) ; or*
- *Medium inventory (1,000 - 1,999 tools) - Check 60 total tools (on a 20/20/20 basis); or*
- *Large inventory (2,000+ tools) - Check 90 total tools (on a 30/30/30 basis).*

➔ *First - Using the 'master tool inventory list', randomly select 10 tools  from the master tool inventory list [or 20 or 30, as appropriate] and compare with the 'on-hand tools'; then*

➔ *Second - Randomly select 10 different tools from the 'on-hand inventory' [or 20 or 30, as appropriate] and compare with the 'master tool inventory list;' then*

➔ *Third - Randomly select 10 different tools from the 'on-hand inventory' of one or more tool boxes [or 20 or 30, as appropriate] and compare with the 'master tool inventory list.'*

---

13.04H   Is the Maintenance Department documenting twice daily visual inventories of tool rooms?    YES   NO   N/A

**(AD-03.19) [ACA 4-4196M]**

COMMENTS: _Reviewed Documentation_

*METHODOLOGY:  Review records documenting twice daily visual tool inventories for tool rooms during the past 30 days, including the last work day prior to the audit date.*

---

13.05H   Are damaged, broken or unserviceable tools:

**(AD-03.19) [ACA 4-4196M]**

    A.   Secured in a locked storage container?   YES   NO   N/A
    B.   Stored with cutters removed/disabled?   YES   NO   N/A
    C.   Identified on the Tool Destruction Log?   YES   NO   N/A
    D.   Destroyed within one month after the "Date Placed Destruction Box/Taken Out of Service on the Tool Destruction Log?"   YES   NO   N/A
    E.   Approved for destruction by the Warden or designee prior to destruction?   YES   NO   N/A

COMMENTS: _Verified storage container is locked, reviewed tool Destruction Log,_

*METHODOLOGY:  Verify the storage container is locked.  Verify all tools in the locked storage container are recorded on the Tool Destruction Log.  Verify that all required entries on the Tool Destruction Log are completed.  Confirm tool destruction approval was granted in writing by the Warden or designee prior to the destruction date.  Confirm that the tool destruction was within completed one month after the "Date Placed Destruction Box/Taken Out of Service."*

---

13.06H   Do employees maintain a supplemental list of tools checked out from the sensitive or non-sensitive/common tool rooms until those tools are returned (e.g., specialty tools for a specific job)?    YES   NO   N/A

COMMENTS: _Reviewed supplemental list with MR Brock Baker,_

*METHODOLOGY:  Verify employees have a supplemental list for all specialty tools checked out from the sensitive or non-sensitive/common tool rooms.*

---

**APPENDIX 0840**          **McCOLLUM 07113**

**ATTORNEYS EYES ONLY**

III.   **FACILITIES (Maintenance)**          Unit: _H J_
                                             Date: _10-27-2010_

## 14. MAINTENANCE MANAGEMENT

*Note: Items 14.01H and 14.02 are for Division-Level Operational Review Only*

14.01H  Are expenditures for employee housing reflected on the Employee Housing Log?          YES   NO   (N/A)
(ED-10.06) [ACA 4-4037]

COMMENTS:_____

*METHODOLOGY:  Review the automated maintenance system "Buildings & Locations" list to ensure employee housing locations on the fixed asset run are shown and are coded to appear on the Employee Housing Log (BOQs are not included in this review).  For the current and previous fiscal years, review the following automated maintenance system reports to verify all expenditures for employee housing are included on the Employee Housing Log:  Work Orders Coded to UNT and HVS; Part Costs and Additional Charges Greater Than/Equal to $500; Parts Issued Without a Work Order; Open Work Order Log;  direct replacement  and MWRs closed in the current and previous fiscal years.*

*(NOTE:  The **Hamilton Unit** will track employee housing at the Buffalo Ranch.)*

14.02   Are automated maintenance system Equipment Item Files:
(FDM-01.02) (FDM-05.06) [ACA 4-4037]

   A.   Established for each replacement, new or additional item of equipment and          YES   NO   (N/A)
        system requiring preventive maintenance within 21 calendar days following
        installation?

   B.   Inclusive of all costs in order to reflect a complete equipment history?          YES   NO   (N/A)

COMMENTS:_____

*METHODOLOGY:  A. – B.  Review the previous two months of reconciled Procurement Card purchases and MWRs for replacement, new or additional equipment/systems as well as direct replacement(s) which require(s) preventive maintenance since the last audit.  Also review automated maintenance system reports: Work Orders Coded to UNT and HVS, Part Costs and Additional Charges Greater Than/Equal to $500; Parts Issued Without a Work Order; and Open WO Log.*

14.03   Does the department have the following required TDCJ policies and are they current?
(Facilities Division Management Requirement) [ACA 4-4013; ACA 4-4014]

   A.   Facilities Division Maintenance Standard Operating Policies Manual          (YES)  NO   N/A
        & Updates - Available from Facilities Maintenance Department Headquarters

   B.   ED-10.06 (Construction, Maintenance, Renovations or Alterations of          (YES) NO   N/A
        TDCJ Facilities) - Available on TDCJ Mainframe Infopac

   C.   AD-03.19 (Control of Tools/Sensitive Items) - Available on TDCJ          (YES)  NO   N/A
        Mainframe Infopac

September 2010                                    Page 1 of 2

**APPENDIX 0841**                              **McCOLLUM 07114**

**ATTORNEYS EYES ONLY**

III.     **FACILITES (Maintenance);  14.  Maintenance Management**



    D.  AD-10.20 (Identifying & Reporting Facility Maintenance Requirements) -   (YES) NO   N/A
        Available on TDCJ Mainframe Infopac

    E.  TDCJ Procurement Card Manual - Available on TDCJ Mainframe Infopac   (YES) NO   N/A

    F.  Facilities Division Preventive Maintenance Program Manual & Updates -   (YES) NO   N/A
        Available from Facilities Maintenance Department Headquarters

    G.  Facilities Division Guide Line For Managing Projects Constructed By The   (YES) NO   N/A

        Maintenance Department

    COMMENTS:  _Interviewed with  AD:10.20_
_Coordinator officer warnly._

*METHODOLOGY:  Review each publication to determine if it is current.  **A.**  Prior to the review, go to TDCJ Intranet, select Facilities Division web site, click on Policies, select Maintenance SOPs, Click on FDM Table of Contents & print copy. If TDCJ Intranet is not available, contact Facilities Maintenance (936/437-7342) and request a copy of this index.  Compare index, including revision dates, with each on-hand FDM to verify it is current.  **B. - E.**  Prior to the review, go to TDCJ Mainframe Infopac and print 1ˢᵗ page of each policy/manual. Compare revision dates on these pages with each on-hand policy/manual to verify it is current.  **F.**  Prior to the review, contact Facilities Maintenance (936/437-7342) and request a copy of the PM Manual Table of Contents by Subject. Compare this with the on-hand Table of Contents by Subject to verify it is current.  Per FDM-05.06, the PM Manual is not complete unless a copy of the unit developed and Region reviewed annual PM Schedule is filed in the manual.  Written verification of Region review is required  **G.**  Initial distribution by Facilities Maintenance at the time of the Division Level Operational Review &  a maintenance department responsibility thereafter.*

14.04     Does the department have a Generator Refueling Plan that includes:
    **(FDM-05.24) [ACA 4-4216]**

    A.  Amount of fuel consumed under ¾ load per hour?   (YES) NO   N/A

    B.  Fuel tank capacity?   (YES) NO   N/A

    C.  Resources available for refueling?   (YES) NO   N/A

    COMMENTS:  _Elliot  Interviewed with_
_Tech Elliot, verified plan is within Compliance._

*METHODOLOGY:  Verify plan complies with TDCJ policy to include **A.** Amount of fuel consumed under ¾ load conforms to standards in **FDM-05.24**, (Attachment A). **B.** Fuel tank capacity is properly computed (H' x W' x L' = cu. ft. x 7.48 = Gallon Capacity).  **C.** Description of resources available to transfer fuel from a refueling source to individual generators (i.e., tractor, fuel trailer, bulk tank, etc.) and estimate as to the time required to obtain replacement fuel.*

September 2010                    Page 2 of 2

**APPENDIX 0842**                    **McCOLLUM 07115**

**ATTORNEYS EYES ONLY**

III.    **FACILITIES (Maintenance)**

Unit: _H S_
Date: _10-26-2010_

### 15.  REFRIGERANT MANAGEMENT

15.01H  Is refrigerant stored in a secure area preventing access by unauthorized personnel?      YES   NO    N/A
**(FDM-05.09) [ACA 4-4215M]**

COMMENTS: _Interviewed with Tech Baker,_
_Inspected storage area,_

*METHODOLOGY:  Inspect all refrigerant storage areas.  Check to ensure all disposable and recovery cylinders are secured.  Unauthorized personnel are defined as offenders and other than unit maintenance staff.  A secure area is defined as behind lock and key.*

15.02H  Are all non-disposable recovery cylinders hydrostatically tested every five years?      (YES)  NO    N/A
**(FDM-05.09) [ACA 4-4215M]**

COMMENTS: _Inspected recovery cylinders_

*METHODOLOGY:  Inspect all recovery cylinders and verify the most recent hydrostatic testing date is within the last five years.  The date should be stamped on the collar of the cylinder (not the cylinder itself). (NOTE:  Disposable one time use recovery cylinders do not require testing.)*

15.03 H  Does each disposable refrigerant cylinder issued to working stock have:
**(FDM-05.09) [ACA 4-4215M]**

    A.   A unique number issued in a numeric sequence and ending with the type of       (YES) NO   N/A

        Refrigerant (i.e., 98-1-R22, 98-2-R22, etc.) that is marked on the cylinder with

        a permanent type marker?      _+8_

    B.   A separate Refrigerant Usage Log (RS-249)?       (YES) NO    N/A

    C.   Copies of work orders attached to Refrigerant Usage Logs documenting the use of   (YES)  NO    N/A

        refrigerant?  _Separate_

COMMENTS: _Inspected Disposable refrigerant_
_Cylinders AND Reviewed Usage Logs, Signatures_
_missing on the following RS 249_

*METHODOLOGY:  Inspect disposable refrigerant cylinders and review Refrigerant Usage Logs that were completed within the past six months.  A.  Verify that cylinders are marked in permanent marker with the "fiscal year - sequence number - type of refrigerant" (Example: 10-1-R22).  The cylinder itself must be numbered not the shipping container.  B.  Verify that, on other than full cylinders, an RS-249 is maintained on each disposable cylinder (with the prescribed number noted on the log).  Also check to verify the Craftsman and Maintenance Supervisor have both signed the RS-249 once a zero balance is reached.  If the weight of the cylinder plus contents was noted in the initial log entry, the zero balance on the last log entry must be the weight of the cylinder less contents.  If the cylinder contents only was noted in the initial log entry, the balance on the last log entry must be "Ø."*

**APPENDIX 0843**                                          **McCOLLUM 07116**

**ATTORNEYS EYES ONLY**

III.   FACILITIES (Maintenance);   15. Refrigerant Management

---

15.04 H Do all staff and offender technicians who perform work on HVAC sealed systems   YES  NO   N/A
have the required Environmental Protection Agency (EPA) certification?
**(FDM-05.09) [ACA 4-4215M]**

COMMENTS: _____ Techuicaus Mr. Baker

---

*METHODOLOGY:  Employee technicians are required to have their certification card (or a copy) in their possession at all times while offender technician certification cards must be on file in the maintenance department.  At a minimum, technicians (staff and offenders) must have **both Type I and II** EPA-approved recovery certifications (one or the other is not sufficient to meet the requirement of FDM-05.09).  At Units where low-pressure systems are utilized, technicians must have a **Universal** certification. (i.e., Jester IV, Montford, Estelle, Young, Wynne, and Marlin VA).*

---

15.05 H Are disposition reports properly prepared for each refrigerant recovery to include:
**(FMD-05.09) [ACA 4-4215M]**

A.  RS-250 Refrigerant Disposition Report (Attachment B, FDM-05.09) for   YES  NO   N/A
non-contaminated refrigerant?

B.  RS-251 Refrigerant Disposition Report (Attachment C, FDM-05.09) for   YES  NO   N/A
contaminated refrigerant?

C.  Recovered Refrigerant (Attachment D, FDM-05.9 for   YES  NO   N/A
contaminated or non-contaminated refrigerant?

COMMENTS: Ianterviewed with Tech Baker to ensure to He is knowledgable of proceedures. Reviewed Reports.

*METHODOLOGY:  **A.** Verify the RS-250 Refrigerant Disposition Report (Attachment B, FDM-05.09) is completed when non-contaminated refrigerant is recovered from a sealed system and not re-used in the same sealed system; ensure all required entries are completed on the form.  **B.** Verify that the RS-251 Refrigerant Disposition Form (Attachment C, FDM-05.09) is completed when contaminated refrigerant is recovered from a sealed system and ensure all required entries are completed on the form.  **C.** Verify that if the Recovered Refrigerant is not used in the same sealed system within 72 hours, that a disposition report (Attachment D, Stock #615-51-05179-2) is completed and attached to the cylinder.*

September 2010                                                  Page 2 of 2

**APPENDIX 0844**                                          **McCOLLUM 07117**

**ATTORNEYS EYES ONLY**

III.   **FACILITIES (Maintenance)**

Unit: _Hutchins_
Date: _10-26-2010_

## 16. PROCUREMENT CARD MANAGEMENT

*NOTE: This section applies to state-operated facilities only.*

---

*NOTE:   In order to address all the questions in this Section, you must review reconciled procurement card statements and supporting documentation for the past two months excluding the month of the review.*

---

| 16.01 | Were parts/tools/equipment/materials purchased brought into inventory? **(Automated Maintenance System User Manual) [ACA 4-4037]** | (YES)  NO   N/A |

COMMENTS: _Review reconciled procurements_
_card statements._

*METHODOLOGY:  Verify that parts/tools/equipment/materials were brought into inventory.*

---

16.02   Does the department ensure that each item purchased:
**(AD-14.53) (TDCJ Procurement Card Manual) (FDM-01.11) (FDM-05.09) (FDM-05.11) [ACA 4-4037] [ACA 4-4038]**

A.   Is an authorized item?                                                                                     (YES)  NO   N/A
B.   Had prior documented Facilities Division Maintenance Headquarters authorization,   (YES)  NO   N/A
     if required?
C.   Is compatible with the detailed description on the associated work order?               (YES)  NO   N/A
     *Note: This question only applies to items not purchased for stock.*
D.   Is documented on a Material Request Form FDM-01.01, Attachment A,                     (YES)  NO   N/A
     (Rev. 02) November 01, 2009.

COMMENTS: _Interviewed with Mr. Pugh,_
_Reviewed files._

*METHODOLOGY:  A. Review the 'unauthorized item list' in the current Maintenance Procurement Card Program General Information Guide to verify none of the items purchased is on the list and the items purchased were legitimate to the department function.  B. Review files to verify that prior Facilities Maintenance authorization was obtained for refrigerant (commodity code 740-55) and commercial or security locking hardware (commodity codes 450-55 and 680-72) prior to the purchase.  E-mail authorization is acceptable.  C. Compare the detailed description of work on the associated work order for the specific item purchased to determine if it is compatible (i.e., pane of glass to repair a broken window but not gravel to repair storage building roof).*

*NOTE: Use the same group of records selected for 16.01 above.*

---

16.03   Does each reconciled monthly statement reviewed have supporting documentation for each transaction?
**(AD-14.53) (TDCJ Procurement Card Manual) (FDM-01.11) FDM-05.09) (FDM-05.11) [ACA 4-4037] [ACA 4-4038]**                                                                   (YES)  NO   N/A

COMMENTS: _____

*METHODOLOGY:  Review credit card statements and supporting documentation.  Verify that the following supporting documentation is available in the department for each transaction:  <u>Charges</u>: any of the following - receipt, invoice, packing slip, picking ticket or any other vendor supplied document that provides an itemized listing of items purchased.  A vendor's stock number is acceptable as an itemized listing.  If the vendor does not supply any documentation for transitions, the "Telephone Order Form" is an acceptable substitute.  <u>Credits</u>: Any documentation noting the source of or reason for the credit is acceptable.  Examples include credit slip supplied by the vendor, a copy of the original charge with a notation detailing the returned item(s) and/or a copy of the disputed charge form.*

---

**APPENDIX 0845**                                                        **McCOLLUM 07118**

**ATTORNEYS EYES ONLY**

III.    **FACILITIES (Maintenance)**

## 17.  AD-10.20 PROGRAM MANAGEMENT

*NOTE:   Randomly select three departments (one must be an offender housing location) and request their Yearly Work Order Log (YWOL), Daily Inspection Log (AD-84) and Weekly Maintenance Department Reports for the previous 30 days.   Review these documents in order to respond to Checklist questions.*

---

17.01   Are Daily Inspection Logs (AD-84s) properly completed for each workday?      NO   N/A
        **(AD-10.20) [ACA 4-4218]**

        COMMENTS: _____
        _____ INTERVIEWED with AD1020 Officer Worthy

*METHODOLOGY:  Verify the AD-10.20 Representatives are documenting their inspections and recording their deficiencies on the Daily Inspection Log (AD-84).  A Daily Inspection Log (AD-84) is required for each workday.  All columns, except those designated "Maintenance User Only," must be completed. Additionally, the signature of the staff member conducting the inspection must be included.*

---

17.02   Are Yearly Work Order Logs (YWOLs) properly completed?      NO   N/A
        **(AD-10.20) [ACA 4-4218]**

        COMMENTS: _____
        _____ INTERVIEWED with AD1020 Officer Worthy

*METHODOLOGY:  Verify the deficiencies reported on the Daily Inspection Log (AD-84) are also reported on the Yearly Work Order Log (YWOL).  Verify the Work Order Number, Date Issued, Priority and Date Closed (when available) from the Daily Inspection Logs returned from maintenance are transferred to the Yearly Work Order Log.  The Deficiency Description on the Yearly Work Order Log shall be similar to that on the Daily Inspection Log but does not have to be identical.  Verify Department Supervisors document completion of weekly inspections by initialing the Yearly Work Order Log.*

*NOTE:  With regard to Department Supervisor initials, weekly is defined as from Sunday to Saturday. Inspections can be conducted on Monday one week and on Friday the following week.  While this period includes more than seven days, it is acceptable based on the above definition of weekly.*

---

17.03   Does the Maintenance Department Annotate the Maintenance Use Only section of the department's Daily Inspection Log (AD-84) with the "Work Order Number, Date Issued" and "Priority" and return it to the department so that the information can be transferred to the Yearly Work Order Log?     YES   NO   N/A
        **(AD-10.20) [ACA 4-4218]**

        COMMENTS: _Observed Yearly Work Order
        Log Interviewed Maintenance Supervisor Mr. Rich_

*METHODOLOGY: Verify the Maintenance Department has recorded the Work Order Number, Date Issued and Priority for newly identified deficiencies in the Maintenance Use Only section of the department's Daily Inspection Logs (AD-84s) returned to the department AD-10.20 Representatives. Verify the Department Supervisor (Head) initialed the Yearly Work Order Log weekly.*

**APPENDIX 0846**                                          **McCOLLUM 07119**

**ATTORNEYS EYES ONLY**

III.     **FACILITIES (Maintenance)**

Unit: _H. J_
Date: _10 - 21 - 2010_

## 18. MAJOR WORK REQUEST (MWR) MANAGEMENT

18.01H  Are all major construction and alteration projects authorized?     (YES)  NO   N/A
        **(BP-10.05; ED-10.06)** *[ACA 4-4028]*

COMMENTS: _Interviewed with Maintenance_
_Supervisor Mr Pugh_

*METHODOLOGY:  Major construction and alteration projects are those with a cost of $1,000 or more. For the time period since the last audit, review the following automated maintenance system reports for unauthorized major construction and alteration projects performed:  Work Orders Coded to UNT and HVS; Part Costs and Additional Charges Greater Than/Equal to $500.00; Parts Issued Without a Work Order; and Open Work Order Log.  Conduct a visual inspection of the unit for obvious projects that were completed or are in progress without prior MWR approval.  Interview Unit Maintenance Supervisor, Office Administrator, or other unit staff.*

18.02H   Are all minor alteration or minor construction projects authorized?     (YES) NO  N/A
         **(ED-10.06 [ACA 4-4028]**

COMMENTS: _Reviewed with Mr Pugh._

*METHODOLOGY:  Minor alteration and minor construction projects are those with a cost less than $1,000.  These projects require a DM approved by the Regional Director.  For the time period since the last audit, review the following automated maintenance system reports for unauthorized minor alteration and minor construction projects performed:  Work Orders Coded to UNT and HVS, Part Costs and Additional Charges Less Than $500.00; Parts Issued Without a Work Order; and Open Work Order Log. Conduct a visual inspection of the unit for obvious projects that were completed or are in progress without prior DM approval.  Interview Unit Maintenance Supervisor, Office Administrator, or other unit staff.*

18.03    Are all unit initiated MWRs entered into the automated maintenance system     (YES) NO   N/A
         MWR Projects File?
         **(ED-10.06)** (Guidelines for Automated Maintenance System MWR) [ACA 4-4028]

COMMENTS: _Observed entries, Reviewed with_
_Mr Pugh Maintenance Supervisor_

*METHODOLOGY:  Compare the CMS Major Projects report to the automated maintenance system MWR Projects file to ensure each MWR the unit submitted has been entered.  MWRs which were not submitted by the unit are not to be considered in this review.*

*NOTE:  Prior to review, request copy of the CMS Major Projects report from the Facilities Assessment Supervisor at Facilities Division Maintenance Headquarters (936-437-7342).*

**APPENDIX 0847**                              **McCOLLUM 07120**

**ATTORNEYS EYES ONLY**

## VI.    MANUFACTURING & LOGISTICS

### 1. ADMINISTRATION

*NOTE: The following checklist items apply to state-operated facilities only.*

1.01    Does all facility staff have access to the M&L Operations Manual on the M&L
Intranet?                                                                            YES    NO    N/A
**(M&L Operations Manual, 1.02.04)**

COMMENTS: *Non Manufacturing Unit*

*METHODOLOGY: Ask to see the method used for employees to view the Operations Manual on the M&L Intranet. Interview three employees to determine if they are able to review the Operations Manual on the M&L Intranet, when requested. The purpose is to ensure that employees have access to the Operations Manual, and know how it is available to them.*

1.02    Regarding standard operating procedures in the facilities:
**(M&L Operations Manual, 1.02.03)**

A. Has the facility developed and maintained Standard Operating Procedures
documenting procedures for those tasks essential to the operation of the
facility?                                                                        YES    NO    N/A

B. Does each SOP have an Acknowledgment Sheet that is signed by staff?             YES    NO    N/A

C. Has each SOP been reviewed at least once during the current fiscal year?        YES    NO    N/A

COMMENTS: _____

*METHODOLOGY: Review M&L policy - Standard Operating Procedures. Ask to see five current SOPs. Review the SOPs and Acknowledgment Sheets. Review five current SOPs for the approving manager's signature, printed name and date on the first page of the SOP or on an Acknowledgment Sheet. (Standard Operating Procedures are not the same as Safe Operating Procedures.) The purpose is to ensure that essential facility operating SOPs are created, maintained and reviewed by staff during the fiscal year.*

1.03    Is the monthly Facility Production Variance Report completed and submitted to
the division/department manager by the 5th of each month?                         YES    NO    N/A
**(M&L Operations Manual, 1.02.07)**

COMMENTS: _____

*METHODOLOGY: Review M&L policy – Facility Production Variance Report. Ask to see the last six Facility Production Variance Reports and sent receipts verifying they were completed and submitted on time. The purpose is to ensure that this monitoring tool is submitted to management on time for management to make practical production decisions.*

**APPENDIX 0848**                          **McCOLLUM 07121**

**ATTORNEYS EYES ONLY**

VI.    MANUFACTURING & LOGISTICS;  1. Administration

1.04    Regarding M&L records retention management:
        **(M&L Operations Manual 01.02.08, ED-02.29)**
        A. Are records maintained in accordance with TDCJ Records Retention
           Schedule?                                                          YES    NO    N/A

        B. Are records stored in a manner that is easily accessible to authorized
           personnel, and in an area that has adequate storage space, protected from
           water, fire and insect damage?                                     YES    NO    N/A

                COMMENTS:    _____

                             _____

        *METHODOLOGY: Review M&L and TDCJ Records Retention policies.  Select three items from the TCI
        Records Retention Schedule. Ask to see the oldest records that should be retained and inspect the area
        that the records are stored. The purpose is to ensure records are retained and stored appropriately.*

**APPENDIX 0849**                    **McCOLLUM 07122**

**ATTORNEYS EYES ONLY**

## VI.   MANUFACTURING & LOGISTICS

### 2. PRODUCTION

*NOTE: The following checklist items apply to state-operated facilities only.*

2.01   Regarding quality control procedures:
**(M&L Operations Manual, 2.01.06)**

A. Does the facility have a written quality control procedure that details the specific factory operations according to M&L policy?   YES   NO   N/A

B. Does the facility manager have an Acknowledgment Sheet that is signed by staff?   YES   NO   N/A

COMMENTS: _____

*METHODOLOGY: Review the M&L policy – Quality Control Procedures. Review the current quality control procedure(s) to ensure that the required areas are included, as noted in M&L policy. Review the accompanying Acknowledgement Sheet(s), TCI-168. The purpose is to ensure that quality control procedures have been developed, maintained, reviewed and acknowledged by staff.*

2.02   Is the raw material usage in the monthly report from the actual Material Order to Tool Room & Warehouse, RS-21 forms used during the month?   YES   NO   N/A
**(M&L Operations Manual, 2.02.02)**

COMMENTS: _____

*METHODOLOGY: Review M&L policy – Accounting for Raw Materials and Finished Goods. Examine six actual RS-21 forms to verify that they are included in the monthly report for the month the materials were used. The purpose is to ensure that material movement is being documented appropriately.*

2.03   Is maintenance and repair to facility equipment documented according to M&L policy?   YES   NO   N/A
**(M&L Operations Manual, 2.01.04)**

COMMENTS: _____

*METHODOLOGY: Review M&L policy – Equipment Maintenance and Repair, and related forms. Examine three historical equipment repair records and verify that all applicable forms are being used according to M&L policy. (Maintenance and repair to <u>facility equipment</u> requirements are different and separate from maintenance and repair of <u>facility</u> requirements, as required by agency policies.) The purpose is to ensure that equipment repair costs are documented and accounted for appropriately.*

**APPENDIX 0850**                            **McCOLLUM 07123**

**ATTORNEYS EYES ONLY**

## VI.    MANUFACTURING & LOGISTICS

### 3. FINANCIAL

*NOTE: The following checklist items apply to state-operated facilities only.*

3.01    Does the facility take a complete physical inventory count of raw materials, work in process, and finished goods inventories, ideally at February and August month-ends?                                           YES        NO        (N/A)
**(M&L Operations Manual, 2.02.06)**

COMMENTS: _____

_____

*METHODOLOGY: Review M&L policy - Physical Inventory Counts, Stock Record Card (TCI-130), Inventory Count Summary (TCI-132), and the following Schedule 5 (TCI-53): Ending Warehouse Raw Material Inventory, Ending Work-In-Process, and Ending Warehouse Finished Goods Inventory (monthly report). Select five inventory items from the count sheet and verify the count sheet quantity equals the monthly report quantity and the stock record card quantity. Select five inventory items from the monthly report (different than the previous five selections) and verify the monthly report quantity equals the count sheet quantity and the stock record card quantity. (Use these 10 counts sheets [TCI-132s] for the next question.) The purpose is to ensure that physical counts are recorded.*

3.02    Do inventory count sheets include the following:
**(M&L Operations Manual, 2.02.06)**

A.  Pre-numbered sequence to ensure all count sheets are returned to the office?                                           YES        NO        (N/A)

B.  The physical location of the inventory counted, e.g. row 5, shelf E?        YES        NO        (N/A)

C.  Signatures of offenders who counted?                                     YES        NO        (N/A)

D.  Signatures of supervisor who conducted or supervised that section's count?                                           YES        NO        (N/A)

E.  No perpetual inventory balance?                                          YES        NO        (N/A)

COMMENTS: _____

*METHODOLOGY: Review M&L policy - Physical Inventory Counts, and the 10 count sheets (TCI 132) used in the previous question to verify that they include all of the above information. Verification of Item B will require a visible inspection of the physical location to ensure items are properly placed and match the count sheet (do not count items). The purpose is to ensure the integrity of the inventory process.*

3.03    Does the facility have a Product Pricing form (TCI-73) for each component part and finished good made by the facility?                                           YES        NO        (N/A)
**(M&L Operations Manual, 2.02.07)**

COMMENTS: _____

*METHODOLOGY: Review M&L policy – Pricing of TCI Products, and three Product Pricing forms for component parts and three for finished goods. The purpose is to ensure that Product Pricing forms are current and signed.*

**APPENDIX 0851**                                    **McCOLLUM 07124**

ATTORNEYS EYES ONLY

## VI.      MANUFACTURING & LOGISTICS:  3. Financial

3.04     Is the Raw Materials and Finished Goods Summary report (TCI-50) submitted
         to the M&L Financial Support Office (FSO) by the 10th of each month?        YES     NO      N/A
         **(M&L Operations Manual, 2.02.02)**

              COMMENTS: _____
         _____

*METHODOLOGY: Contact the M&L FSO at the Wynne Unit by mainframe e-mail to CKI8426 to determine if the last six reports were submitted by the deadline. The information in the report is the framework for TCI financial reports.*

APPENDIX 0852                              McCOLLUM 07125

**ATTORNEYS EYES ONLY**

## VI.   MANUFACTURING & LOGISTICS

### 4. OFFENDER TRAINING

*NOTE: The following checklist items apply to state-operated facilities only.*

4.01   Regarding offender strength reporting:
**(M&L Operations Manual, 1.02.05)**
A. Is the Offender Strength Report, M&L-97, submitted to the TCI Assistant
Director by the 10th of each month?     YES     NO     N/A

B. Is the correct form, Offender Strength Report, M&L-97, being used?     YES     NO     N/A
COMMENTS: _____

*METHODOLOGY:  Review the M&L policy – Offender Strength Report.  Review the last six months of the facility documentation and sent receipts to verify that the last six months of documentation has been submitted according to M&L policy.  The purpose is to ensure the factory has documented offender turnout correctly and whether or not numbers of offenders are adequate to fulfill production requirements.*

4.02   Regarding offender work and training programs:
**(M&L Operations Manual, 1.04.02)**
A. Is the Offender Training Tracking Report, M&L-98, submitted to M&L
Offender Work and Training Programs by the 15th of each month?     YES     NO     N/A

B. Is the correct form, Offender Training Tracking Report, M&L-98, being
used?     YES     NO     N/A

COMMENTS: _____

*METHODOLOGY: Review the M&L policy – Offender Work and Training Programs.  Review the last six months of the facility documentation and sent receipts to verify that the last six months of documentation has been submitted according to M&L policy. The purpose is to ensure that this measurement tool is submitted to management on time, allowing management to complete their documentation responsibilities in a timely fashion.*

4.03   Are those offenders enrolled in an OJT program assigned to the job code
under which they are enrolled?     YES     NO     N/A
**(M&L Operations Manual, 1.04.02)**

COMMENTS: _____

*METHODOLOGY: Review the M&L policy – Offender Work and Training Programs.   Identify six offenders that are currently enrolled in OJT according to facility records, and the current Offender Training Tracking Report.  Compare the job code to that on the tracking roster according to policy.  The purpose is to ensure that offenders are enrolled in a corresponding OJT for the job code to which they are assigned.*

**APPENDIX 0853**                                    **McCOLLUM 07126**

**ATTORNEYS EYES ONLY**

### VI.    MANUFACTURING & LOGISTICS:   4. Offender Training

4.04    Are OJT Training Plans being administered as required in the provisions of the
M&L policy?                                                                          YES    NO    N/A
**(M&L Operations Manual, 1.04.02)**

COMMENTS: _____

_METHODOLOGY: Review the instructions for completing an OJT Training Plan included in the M&L policy 1.04.02 Offender Work and Training Programs.  Review the six offenders identified in 4.03 and ensure that their OJT Training Plans adhere to the provisions of the instructions. The purpose is to ensure that each facility is completing and submitting accurate OJT Training Plans to the unit Project RIO specialist._

4.05    Are all eligible offenders being enrolled in an OJT program within 30 days of
being assigned to the facility?                                                      YES    NO    N/A
**(M&L Operations Manual, 1.04.02)**

COMMENTS: _____

_METHODOLOGY: Review the M&L policy – Offender Work and Training Programs and the instructions for completing an OJT Training Plan.  Review the facility assignment dates of the six offenders identified in 4.03.  Compare to enrollment data as reported on the Offender Training Tracking Report, M&L-98, the OJT-Individual Training Plan, and the Offender Training Tracking Roster.  The purpose is to ensure offenders are enrolled in an OJT within 30 days of assignment._

4.06    Are Work Against Recidivism (WAR) Employment Sheets, M&L-123, being
submitted to M&L Offender Work and Training Programs in a timely manner?  YES    NO    N/A
**(M&L Operations Manual, 1.04.05)**

COMMENTS: _____

_METHODOLOGY: Review M&L policy – WAR Employment Sheet. Review the facility's last six WAR Employment Sheets submitted and contact M&L Offender Work and Training Programs at (936) 437-8986 to verify that the last six WAR Employment Sheets have been submitted according to M&L policy. The purpose is to ensure that a WAR participant's WAR Employment Sheet has been received by M&L Offender Work & Training Programs so it can provided to TWC and used for the WAR participant_

4.07    Regarding offender performance evaluations:
**(M&L Operations Manual, 1.04.04)**
A. Are Offender Performance Evaluation forms, M&L-124, completed timely?   YES    NO    N/A
B. Do offenders receive a copy?                                            YES    NO    N/A

COMMENTS: _____

_METHODOLOGY: Review M&L policy – Offender Performance Evaluation. Review three completed Offender Performance Evaluation forms at the facility and interview offenders to verify receipt of copy. The purpose is to ensure evaluations are completed and provided to offenders._

**APPENDIX 0854**                                            **McCOLLUM 07127**

ATTORNEYS EYES ONLY

## VI.   MANUFACTURING & LOGISTICS

### 5. TOOL CONTROL

*NOTE: The following checklist items apply to state-operated facilities only.*

5.01H   Are shadow boards in place and properly configured?                    YES    NO    N/A
        **(AD-03.19)** *[ACA 4-4196M]*

        COMMENTS:   _____

        _____

        *METHODOLOGY: Verify that shadow boards are in place, where space permits.  Verify that each tool on the shadow board is "shadowed" and that, in instances of multiple tools hanging on one peg, all the tools are the same and the total quantity stored on the peg is marked on the shadow board.  The purpose is to allow quick and accurate tool accountability.*

5.02H   Are all tools engraved appropriately?                                  YES    NO    N/A
        **(AD-03.19)** *[ACA 4-4196M]*

        COMMENTS:   _____

        _____

        *METHODOLOGY: Inspect a total of six issued and non-issued common and sensitive tools and one craftsmen's tool cart/box to verify tools are engraved appropriately.  The purpose is to ensure unit/division identification number, department number, and tool number is engraved on tools.*

5.03H   Regarding a Common Tool Check Out Log and a Sensitive Tool Check Out Log:
        **(AD-03.19)** *[ACA 4-4196M]*
        A. Does the facility utilize appropriate logs to document the issuance and
           return of common and sensitive tools?                              YES    NO    N/A
        B. Are entries on each log complete (e.g., date, requester's printed name, tool
           description, unique number of tool, time and date of issue with signed
           initials, time and date of return with signed initials)?           YES    NO    N/A
        C. Are employees the only persons issuing sensitive tools?            YES    NO    N/A

        COMMENTS:   _____

        _____

        *METHODOLOGY: Review and verify that separate logs are used for common and sensitive tools. Examine logs for completion. Observe tool check out/check in process. Review the last six check out/check in logs for compliance.  The purpose is to ensure tools are issued, returned and documented appropriately.*

APPENDIX 0855                    McCOLLUM 07128

**ATTORNEYS EYES ONLY**

VI.     **MANUFACTURING & LOGISTICS:  5. Tool Control**

5.04H     Regarding sensitive tool storage:
          **(AD-03.19)** *[ACA 4-4196M]*
          A.  Are sensitive tools stored separately from other tools?          YES     NO     N/A

          B.  Are sensitive tools maintained under lock and key in an area where
              offenders do not have access or where there is constant staff
              observation?                                                     YES     NO     N/A

          COMMENTS: _____

          *METHODOLOGY: Inspect tool storage areas.  The purpose is to ensure that offenders do not have
          access to stored sensitive tools.*

5.05H     Does the facility maintain an accurate master tool inventory listing?     YES     NO     N/A
          **(AD-03.19)** *[ACA 4-4196M]*

          COMMENTS: _____

          *METHODOLOGY: Perform a random sample inventory of non-issued tools and tools stored in the tool
          room and compare counts to inventory listings for six tools.  Perform a random tool inventory on one
          craftsmen's tool cart/box or other locations and compare counts to inventory listings.  The purpose is to
          ensure that tools are accurately accounted for on the master tool inventory.*

**APPENDIX 0856**                    **McCOLLUM 07129**

**ATTORNEYS EYES ONLY**
SM-01.23
Attachment A

# OPERATIONAL REVIEW SERGEANT'S REPORT

**Unit:** _____Hutchins State Jail        **Review Conducted:** _____October 21, 2010_____
                                                              *(Month/Day/Year)*

**Functional Area Reviewed:** _____Offender Grievance Procedure_____

**Manual Chapter and Section Reference:** _____Chapter 1, Section 2_____

**Total *'Applicable'* Checklist Questions:** _____19_____  (__1__ **High** + __18_ **Other**)

- **INTRODUCTION:**     *On October 21, 2010 at 1300 hours I interviewed Grievance Coordinator Ardra Scott-Burger. During the audit Mrs. Scott-Burger was very knowledgeable and helpful. I reviewed grievance files that were determined to be Life Endanger documents to ensure they were processed by policy. I reviewed past due grievance to ensure a notice of extension was attached. Mrs. Scott-Burger was in fact following grievance time limits. I reviewed step 1 grievance for correct responses. I completed a walk thru of the building to ensure I-127 and I-128 forms were available upon offender request. I inspected poster boards for "How to write grievances" form, was in fact posted. I reviewed 20 different types of process grievance To ensure correct coding was used, completion, responses, time limitation, correct process and filing. I inspected the Grievance Office to ensure records are kept confidential and properly secured. Record retention was checked to ensure grievance files are maintained for three years.*

- **FINDING(S)**

| None | | | |
|---|---|---|---|
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | | | |
| 2. | | | |
| 3. | | | |

| Finding 2 | | | |
|---|---|---|---|
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | | | |
| 2. | | | |
| 3. | | | |

**ATTORNEYS EYES ONLY**
SM-01.23
Attachment A

# OPERATIONAL REVIEW SERGEANT'S REPORT
### (cont.)

- **SUMMARY:**   *Mrs. Scott-Burger and unit Grievance Clerk Me. Goolsby are doing an excellent job maintaining the time frame, policies and procedures for this department and are encourage to keep up the good work.*

- **OPERATIONAL REVIEW SERGEANT:**

  _T. JONES_
  *(Print Name)*                                   _SGO Jones 10-28-10_
                                                    *(Signature/Date)*

**Justification for Late Submission by Operational Review Sergeant:** _____

_____

_____

- **WARDEN:**

  _____                 _____
  *(Print Name)*                                   *(Signature/Date)*

Attachment:   Completed checklist(s)
Copy:         *File*
              *Unit-level Department Head*

ATTORNEYS EYES ONLY

Mrs. Scott-Burger

I. **ADMINISTRATIVE REVIEW & RISK MANAGEMENT (Offender Grievance Program)**

**2. OFFENDER GRIEVANCE PROCEDURE**
**(BP-03.77; AD-03.82; Offender Grievance Operations Manual [OGOM],**
**TDCJ Records Retention Schedule)**
***[ACA 4-4248, 4-4284, 4-4394]***

***The checklist questions noted with an asterisk (*) also apply to Offender Transportation (2.02, 2,03, 2.04, 2.05, 2.06, 2.07, 2.08, 2.09, 2.11, 2.12, 2.19).***

---

***NOTE:*** ***For checklist questions 2.01 – 2.10, a sample of grievance investigations completed in the previous 90-day period and are selected based on the unit's maximum capacity, as noted below (NOTE: If unsure about the unit's capacity, refer to the 'Unit Profiles' published by Executive Services).***

- ***Small Units (capacity up to 1000) – 20 grievances;***
- ***Medium Units (capacity of 1001 - 2000) – 30 grievances; and***
- ***Large Units (capacity of 2,001 +) – 50 grievances.***

***The sample of grievances to be reviewed shall be taken from the active files and should include at least one from each of the ten broad subject areas listed below:***

***000 – Emergency (Life Endangerment)/Specialty***
***100 – Religion***
***200 – Classification***
***300 – Communication***
***400 – Disciplinary***
***500 – Facility Operations***
***600 – Medical***
***700 – Legal***
***800 – Staff Complaints***
***900 - Miscellaneous***

***Contact the Unit Grievance Investigator (UGI) in advance to request the UGI retain copies of Step 1 grievances screened and returned to the offender unprocessed and Step 2 grievances forwarded to the Central Grievance Office in Huntsville (CGO) for one week prior to the review in order to answer checklist questions 2.11 and 2.19.***

---

2.01H Are grievances determined to involve Life Endangerment issues (sexual abuse, sexual assault, fear of another offender, fear of staff, extortion, medical emergency) processed as an emergency in accordance with agency policy?

(YES) NO N/A

COMMENTS: CURRENTLY DO NOT HAVE ANY LIFE ENDANGERMENT GRIEVANCES. REVIEWED

*METHODOLOGY: Interview Grievance staff regarding the procedures for processing emergency grievances* ***(Codes 000, 001, 002, 007, 008 & 009)****. Review the OG-01 Grievance Investigation Worksheets attached to the grievance. The Unit Classification Chief and Major shall be notified for 000, 001 and 007 grievances, the Unit Warden for 002, the Unit Classification Chief, Major and Warden for 009, and the Office of the Inspector General (OIG) for 008 grievances in accordance with the Safe Prisons Plan. The required notifications shall be accomplished by mainframe e-mail followed by a telephone call to the highest-ranking security supervisor on duty to notify them of the claim. A copy of the e-mail, listing the names of the recipients, will be attached to the grievance investigative documentation. Medical Emergencies* ***(Code 003)*** *are immediately forwarded to the Health Services Administrator or Unit Practice Manager. (NOTE: The Emergency Checklist is a tool that can be used to determine if a matter presented in a grievance is to be processed as an emergency. The checklist consists of five questions and provides staff a consistent, systematic and efficient method of identifying emergency grievances. If the answer to even one question on the checklist is "YES", then the grievance is processed as life endangerment. If all questions are answered "NO", then the grievance is coded the best way to describe the offender's complaint and processed as a regular grievance.* ***Emergency grievances are EXEMPT from all screening criteria.***

**ATTORNEYS EYES ONLY**

I.      **ARRM (Offender Grievance Program); 2.  Offender Grievance Procedure**

*2.02   Are the correct issue codes used to identify the nature of the offender's complaint(s)?   YES / NO   N/A

COMMENTS: _Reviewed codes._

*METHODOLOGY:  Refer to the issue codes located in Appendix D of the OGOM.  Compare the issue(s) grieved with the code(s) referenced to ensure the correct code was used. The issue code shall reflect the issue presented in the grievance, and the action requested by the offender.*

*2.03   Are grievances about specific staff members investigated by staff other than those named in the grievance?   YES / NO / N/A

COMMENTS: _Interviewed Mrs Arch a Scott-Burgos_

*METHODOLOGY:   Interview grievance staff and review investigative documentation.  Staff involved in the subject matter of a grievance are NOT to participate in the investigation, or resolution of the grievance (to include the signature authority).*

*2.04   Are Specialty Grievances:
A.   Processed according to guidelines established in the OGOM?   YES   NO   N/A
B.   Signed by the appropriate signature authority?   YES   NO   N/A
COMMENTS: _Reviewed signatures_

*METHODOLOGY:  Specialty Grievances are non-emergency grievances that require prompt attention and/or special processing and consist of the following:*

- *Allegations of use of force, criminal acts by staff, or harassment/retaliation for exercising access to courts rights (codes 800, 801, 803, 804, 805)*
- *Health Care issues related to access or quality of care, all Medical codes [except 601 and 642]*
- *Americans with Disabilities Act [ADA] complaints (code 004)*
- *Religious issues, claiming a burden on the free exercise of religion (codes 100, 101, 102, 104)*
- *Impermissible conduct by offenders [formerly known as SSI complaints] (code 005)*

*The unit-level proponent for that functional area (i.e. Risk Manager, Chaplain, Operational Review Sergeant, Unit Safe Prisons Program Coordinator, etc.) investigates specialty grievances and provides a suggested response.  (NOTE:   Only a copy of the 'narrative portion' is provided to the unit-level proponent.) The Health Services Administrator or Unit Practice Manager is the signature authority for medical grievances and the Warden acknowledge their review by placing their initials on the front left-hand corner of the original form. In the case of multiple issues (e.g., food service and medical issue), responses provided and signed by medical staff are copied verbatim from the suggested response documented on the OG-01 and the warden is the signature authority.  Specialty grievances relating to OIG issues (Use of Force, criminal acts by staff, Retaliation for Use of the Grievance Program, or Access to Courts) are processed according to the guidance found in Chapter IV of the OGOM.   (NOTE: Discrimination issues are considered Specialty Grievances; however, are generally investigated by the UGI.)  Specialty grievances are EXEMPT from all screening criteria.*

*2.05   Are all grievances eligible for processing entered into the GR00 Case Tracking System on the date received, and updated as each stage of the grievance procedure is completed?   YES   NO   N/A

COMMENTS: _Reviewed tracking Screen_

*METHODOLOGY:  Check the GR00 System to ensure that grievances eligible for processing are entered into the computer on the date received and updated as each stage of the grievance procedure is completed.*

**APPENDIX 0860**                    **McCOLLUM 07133**

**ATTORNEYS EYES ONLY**

I. **ARRM (Offender Grievance Program); 2. Offender Grievance Procedure**

*2.06    Grievance time limits:

A.    Is the Step 1 grievance process completed within 40 days of the "received date" (unless extended), or within 30 days for disciplinary appeals?      (YES)   NO     N/A

B.    Has a written "Notice of Extension" been forwarded to the offender and a copy placed with the grievance investigative documentation?      (YES)   NO     N/A

C.    Are extensions entered in the GR00 Case Tracking System?      (YES)   NO     N/A

D.    Were extensions applied prior to the grievance due date?      (YES)   NO     N/A

COMMENTS: *Interview grievance staff Ms Scott-Burge reviewed files t the limits*

*METHODOLOGY:  Emergency grievances are not eligible for time limit extension.  A. Interview grievance staff to ensure adherence with time limits and check the closed dates for the grievances reviewed. Ensure grievances regarding disciplinary appeals are processed within 30 days of receipt from an offender.  B. & D.  Grievance staff is authorized one 40-day extension per grievance prior to the due date when needed to complete an investigation.  Review files to ensure each past due grievance was extended with the appropriate Notice of Extension (Appendix M of the OGOM) sent to the offender and a copy is included with the file copy of the grievance.  C.  Review the GR00 "19" screen for grievances that have been extended to ensure proper notation in the comment section (STEP 1 EXT MM-DD-YY).*

*2.07    Does the Step 1 grievance response address the issue(s) presented by the offender?      (YES)   NO     N/A

COMMENTS: *reviewed Step 1 grievances*

*METHODOLOGY:  Compare the Step 1 grievance response to the issue(s) presented in the grievance, the offender's requested remedy, and the suggested response documented on the OG-01.  Responses are to be factual, informative, address the issue(s) presented, and provide closure (not sarcastic, threatening or antagonistic towards the offender). The investigation is to support the response.*

*2.08    Are the following documents completed, as applicable, and attached to the file copy of the grievance:

A.    "Office Use Only" section of the Step 1 grievance?      (YES)   NO     N/A

B.    OG-01 Grievance Worksheet?      (YES)   NO     N/A

C.    Unit documents (tracking rosters, recreation logs, policies, written unit rules, etc.)?      (YES)   NO     N/A

D.    Written statements from staff or offenders, and are they signed and dated?      (YES)   NO     N/A

E.    All forms used in the investigation of a grievance?      (YES)   NO     N/A

COMMENTS: *Reviewed Step 1 grievances*

*METHODOLOGY:  A. Review the I-127 Step 1 grievance for proper completion of the "Office Use Only" Section (grievance #, date received, date due, grievance code, investigator ID #, extension date, date returned to offender).  B. Review OG-01's for complete entries:  Unit; Invest #; date initiated; date completed; date due; offender name; TDCJ #; grievance #; issue code; emergency (yes/no); Specialty Grievance; summary of issue; requested remedy; summary of fact finding activity; suggested response to offender; outcome code; completed by (name, title, signature, date); Warden/Designee (no action warranted, protective custody, refer to the OIG, cell change/transfer, administrative action, signature and date).  C. All unit documents supporting the investigation are to be attached to the grievance.  D. Written statements from staff or offenders are to be signed and dated.  E.  All forms used in the grievance investigation are to be attached, as applicable (Disciplinary Worksheet and Document Checklist, Emergency Checklist, Property Claim Checklist, Property Settlement Agreement, Monetary Reimbursement Agreement, Notice of Extension, Documents and Forms Required for Investigation of Medical Grievances and any other forms).*

**APPENDIX 0861**                    **McCOLLUM 07134**

**ATTORNEYS EYES ONLY**

**I.     ARRM (Offender Grievance Program); 2.  Offender Grievance Procedure**

*2.09     Is the outcome code assigned to each grievance based on the action taken and the response provided to the offender?          (YES)   NO    N/A

COMMENTS: Reviewed 19" screen
Reviewed 10 grievance

*METHODOLOGY:  Refer to the outcome codes and their definitions listed in Appendix E of the OGOM. The outcome code should reflect the action taken as a result of the grievance.  Compare the outcome code entered on the OG-01 and the GR00 "19" screen to the action taken as a result of the grievance:*

Reviewed

      *C – Administratively Closed*
      *D – No Action*
      *H – Grievances Screened/Returned to the Offender for Correction/Resubmission*
      *R – Resolved*
      *T – Referred to the Office of the Inspector General (OIG) for Appropriate Action*
      *U – Grievance Included With the Use of Force Report for Review*

2.10     Are copies of grievances maintained for three years after the grievance is closed, then disposed of in accordance with the Records Retention Schedule?          YES    NO    N/A

COMMENTS: Reviewed the Records Disposition Log.
Interviewed with Ms Scott Berger.

*METHODOLOGY:  **The Administrator of Offender Grievances notifies grievance staff via mainframe email regarding the specific purge date for all files not involved in litigation (September and February).** Interview grievance staff, review the Records Disposition Log (Appendix Q), and check the offenders' files for the grievances reviewed, as well as 10 inactive files to ensure records are purged. Review the GR00 "19" screen, specifically the Litigation field.  If a "Y" appears in that field, the grievance file is not to be purged.  If there is a recent Email litigation request, the file is not to be purged without first contacting the CGO and checking the status of the request. (NOTE:  When an offender departs from the custody of TDCJ, the grievance file is maintained at his last unit of assignment.)*

*2.11     For grievances that are returned to the offender unprocessed:          Reviewed 10

    A.     Is the screening criteria applied correctly?          (YES)   NO    N/A
    B.     Is proper documentation recorded on the grievance forms?          (YES)   NO    N/A
    C.     Are entries to the GR00 Automated Tracking System correct?          (YES)   NO    N/A
    D.     Are copies of screened grievances maintained in the offender's grievance file?          (YES)   NO    N/A

COMMENTS: Reviewed grievances

*METHODOLOGY:  Review 20 (or all if less than 20) grievances returned to an offender unprocessed. **Emergency and Specialty grievances are EXEMPT from all screening criteria.** A. Refer to the definitions of the screening criteria discussed in Chapter IV of the OGOM. Ensure the screening criterion listed is consistent with the definition. Check the GR00 "18" screen for grievances screened for #2 "Submission in excess of 1 every 7 days" and check the grievance file for grievances screened for #9 "Redundant" to verify the grievance is a repetitive grievance. **Disciplinary appeals are exempt from screening criteria #2, Submission in excess of one every seven days and #5, No documented attempt at informal resolution. B.** Ensure the UGI:  Marked the appropriate screening criteria in the "Returned because" section of the I-127 (NOTE:  The criteria noted with an asterisk [*] are eligible for correction and resubmission.); date stamped the grievance at the end of the narrative portion of the grievance; completed the return criteria section on the back of the I-127; and signed and printed their name on the "UGI Signature" line.   C. Review the "19" screen for entries to the GR00 to ensure:  The appropriate use of the "_99" codes (the first number of the issue code + 99 [i.e., if the issue code is 500, it would be coded 599, etc.); the subject line reflects a brief description of the allegation; the comment section notes "Ret Step 1 # (1-11)"; and the outcome code is always "H".*

**APPENDIX 0862**                                                       **McCOLLUM 07135**

**ATTORNEYS EYES ONLY**

I.   **ARRM (Offender Grievance Program); 2.  Offender Grievance Procedure**

---

*NOTE:*   *For checklist questions 2.12 – 2.15, interviews are to be conducted with 10 unit staff and 15 offenders. Staff interviews are to include security staff, at least one security supervisor and one departmental supervisor.  Offender interviews are to include at least one offender from each custody level housed at the unit.  A physical inspection (when indicated in the methodology) is to include at least one housing area for each custody level of offender housed at the unit.*

---

*2.12   Do unit Security and Departmental Supervisors actively participate in the investigation and resolution of grievances that pertain to their area of responsibility?                                    YES   NO   N/A

COMMENTS: Interviews security supervisor and observed the process.

*METHODOLOGY:  Interview security supervisors and unit department heads and review OG-01's.*

---

2.13   Are grievance forms (I-127, I-128) available to offenders upon request?                          YES   NO   N/A

COMMENTS: Forms delivered once a week, checked building locations for english and spanish

*METHODOLOGY:  Interview staff and offenders.  Grievance forms shall be available to offenders from staff and/or located in prominent locations on the unit (i.e. housing areas [to include Ad Seg, Solitary, Death Row, G5/J5/P5], security stations, law library, etc.).  Spanish forms may be maintained in the UGI's office for reproduction.*

---

2.14   Are offenders, either allowed to assist one another, or provided assistance by staff (if needed) in preparing grievances?                                                                          YES   NO   N/A

COMMENTS: Interviewed staff and offenders

*METHODOLOGY:  Interview staff and offenders to determine if offenders are able to receive assistance in preparing grievances, if needed.*

---

2.15   Are grievances collected each workday by Grievance Staff?                                        YES   NO   N/A

COMMENTS: by grievance staff

*METHODOLOGY:  Interview staff and offenders.  Offenders are to place their grievances in the collection box or hand directly to grievance staff.  Security officers are NOT authorized to collect grievances unless assigned to the Unit Grievance Office as an Alternate Grievance Investigator.*

---

2.16   Are offender grievance:

A.   Collection boxes accessible to offenders and kept locked at all times?                        YES   NO   N/A

B.   Records (i.e., GR00 Automated Tracking System, files, originals, investigative documentation, etc.) kept confidential and secure at all times?                                                                                   YES   NO   N/A

COMMENTS: Reviewed location of collection boxes.

*METHODOLOGY:   A.  Check grievance collection box locations (e.g., adjacent to the dining hall, main hallway, housing areas, etc.) and ensure the boxes are locked.  B.  Interview grievance staff and observe the physical layout of the grievance office.  Ensure staff "signs off" of the computers when not in use. During non-working hours, grievances and file copies are to be stored in locked file cabinets or another secured area.  (NOTE:  Keys are restricted to Grievance staff and the Warden.)  Review the previous 30-day period of Key Logs to verify restricted access to keys.*

---

**APPENDIX 0863**                                               **McCOLLUM 07136**

**ATTORNEYS EYES ONLY**

I. **ARRM (Offender Grievance Program); 2. Offender Grievance Procedure**

2.17   Are current copies of the following documents accessible to offenders:

    A.   BP-03.77 'Offender Grievances' and AD-03.82 'Management of Offender Grievances' located in the Law Library?   (YES)   NO   N/A

    B.   Instructions "How to Write and Submit Grievances" (Spanish & English), Form OG-02, located in the Law Library, and posted in the housing areas and prominent locations throughout the unit?   (YES)   NO   N/A

    COMMENTS: _Reviewed / Inspected Bulletin boards,_

*METHODOLOGY: A. Interview law library staff and check for copies of BP-03.77 and AD-03.82. B. Check the Law Library, offender housing locations, main hallway bulletin boards, and other areas accessible to offenders to ensure the grievance instructions are available. (NOTE: The unit orientation packet for each newly assigned offender and the TDCJ Offender Orientation Handbook also contains the OG-02.)*

2.18   Are offender grievance files:

    A.   Kept on the unit of assignment when an offender departs the unit temporarily?   (YES)   NO   N/A

    B.   Forwarded to the new unit of assignment when an offender is transferred?   (YES)   NO   N/A

    C.   Entered into the GR00 24 screen when forwarded to a new unit?   (YES)   NO   N/A

    COMMENTS: _Grievance Department do not receive a out going chain list_

*METHODOLOGY: Review the outgoing chain lists for the previous 60-day period and select 10 offender names. Check that the offender's grievance file is still on the unit if the offender temporarily departed for a medical appointment, crisis management, etc., or was forwarded for those offenders transferring to a new unit of assignment. Review the GR00 "24" screen to determine the date the file was forwarded.*

*2.19   Are Step 2 grievances received by the UGI:

    A.   Reviewed for emergencies?   (YES)   NO   N/A

    B.   Date stamped as to the "UGI Rec'd Date" and the grievance number and issue code hand-written in the 'Office use Only' box (on the front of the form)?   (YES)   NO   N/A

    C.   Translated by a TDCJ certified interpreter, if written in Spanish?   (YES)   NO   N/A

    D.   Appropriately entered into the GR00 database?   (YES)   NO   N/A

    E.   Forwarded, with all investigative information from the Step 1 grievance file, to the Central Grievance Office (CGO)?   (YES)   NO   N/A

    COMMENTS: _Currently have only two step 2 grievance # 2016219914   #2010220276_

*METHODOLOGY: Step 2 grievances are collected from offenders in the same manner as Step 1 grievances. Review 20 Step 2 grievances (or all if less than 20) to ensure: A. The UGI reviewed the grievances for emergency situations. B. The UGI date stamped the Step 2 grievance form on the "UGI Rec'd Date" line and wrote the grievance number and issue code on the appropriate lines of the 'Office Use Only' box on the front of the form. C. Ensure that grievances written in Spanish were translated into English by a certified interpreter prior to forwarding to the CGO. D. Review the corresponding GR00 "19" screen entry (Rec'd at unit) to ensure the dates, as well as the grievance number and issue codes are consistent. E. Check that the originals of the Step 1 and Step 2 grievance forms, and copies of the Step 1 investigation documents were forwarded to the CGO.*

**APPENDIX 0864**                    **McCOLLUM 07137**

ATTORNEYS EYES ONLY
SM-01.23
Attachment A

# OPERATIONAL REVIEW SERGEANT'S REPORT

**Unit:** _____ Hutchins State Jail          **Review Conducted:** _____ October 22, 2010 _____
*(Month/Day/Year)*

**Functional Area Reviewed:** _____ Risk Management _____

**Manual Chapter and Section Reference:** _____ Chapter 1, Section 8 _____

**Total *'Applicable'* Checklist Questions:** _____ 15 _____ ( __7__ High + ___8_ Other)

---

- **INTRODUCTION:**  *On October 22, 2010 at 1300 hours I interviewed Risk Manager Coordinator Roy Storie. During the audit Mr. Roy Storie was very knowledgeable and helpful. I reviewed training documents indicating that Mr. Storie is providing training to department supervisors on work place fire and safety inspections. I reviewed inspection documentation on file for the previous six months. I reviewed the Major's response plan various officers were interviewed to ensure they were knowledgeable of the fire evacuation plan. I conducted a walk through and reviewed fire extinguishers inspection dates. Visually inspected emergency keys and I also interviewed several supervisors to ensure they are aware of the Fire Plan and Work Safe Program. I reviewed training documentation with regard to temperature extremes. I reviewed documents on CDSO assignments. I reviewed fire watch documentation for previous six months. I verified URM Monthly Summary Reports were being completed. I inspected to ensure that Risk Assessments Codes were being issued to outstanding deficiencies.*

- **FINDING(S)**

| Finding 1 8.04H ( E ) | | | |
|---|---|---|---|
| Last tabletop drill was conducted October 7, 2009.  No major emergency tabletop within 12 months period. | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding.  Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Mr. Storie will meet with Warden B. Polk for appropriate drill date assignment. | Warden B. Polk | October 31, 2010 | |
| 2. Major tabletop will be conducted | Mr. Roy Storie | November 22, 2010 | |
| 3. Major May will be sent an email of completion of each tabletop and monitor for six months. | Mr. Roy Storie | November 22, 2010 | |

| Finding 2 8.13 ( B ) | | | |
|---|---|---|---|
| Alternate Unit Risk Manager has not attended Risk Manager Training. | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding.  Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Regional II Risk Manager Michelle Parker will conduct a test November 3, 2010.  Mr. Roy | Mr. Roy Storie | November 3, 2010 | |

**ATTORNEYS EYES ONLY**
SM-01.23
Attachment A

|   | Storie will continue unit level training. |   |   |   |
|---|---|---|---|---|
| 2. | Alternate URM will attend Risk Management Training scheduled for April 2011. | Mr. Roy Storie, HR Representative, Larry Kines. | April 2011 |   |
| 3. | Upon completion Mr. Roy Storie will send an email to Operations Review Sergeant T. Jones. | Mr. Roy Storie | April 2011 |   |

ATTORNEYS EYES ONLY

SM-01.23
Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT
### (cont.)

- **SUMMARY:**    *Mr. Roy Storie is doing a great job at his realm of responsibility and he is encouraged to continue doing a good job, at eliminating any/all safety violations.*

- **OPERATIONAL REVIEW SERGEANT:**

  *SGT T, Torres*
  *(Print Name)*

  *SGT T Torres 10-28-10*
  *(Signature/Date)*

**Justification for Late Submission by Operational Review Sergeant:** _____

_____

_____

- **WARDEN:**

  _____          _____
  *(Print Name)*                    *(Signature/Date)*

Attachment:    Completed checklist(s)
Copy:          *File*
               *Unit-level Department Head*

**ATTORNEYS EYES ONLY**

Unit: _Hutchins State Jail_   Date: _10-21/22/2010_

I.   **ADMINISTRATIVE REVIEW AND RISK MANAGEMENT**

**8. RISK MANAGEMENT**
(Risk Management Program Manual)

---

*NOTE: The following checklist items are NOT applicable to Offender Transportation: 8.01D; 8.04B; 8.07B; 8.11; 8.13; 8.14.*

---

8.01H   With regards to unit safety, fire safety, emergency response and risk management training, does the unit:
(RM-04) [ACA 4-4220M; ACA 4-4221M; 4-4455M]

| | | | | |
|---|---|---|---|---|
| A. | Provide initial unit orientation training for newly assigned staff (uniformed & non-uniformed that includes an overview of the unit Major Emergency Response Plan? | YES | NO | N/A |
| B. | Provide all employees annual training in fire prevention, suppression and emergency evacuation procedures? | YES | NO | N/A |
| C. | Risk Manager provide training to department supervisors regarding 'how to' conduct workplace fire and safety inspections? | YES | NO | N/A |
| D. | Provide newly assigned offenders initial unit orientation information regarding basic safety responsibilities and procedures? | YES | NO | N/A |
| E. | Risk Manager monitor departmental initial training activities for employees and offenders, to verify training is provided on proper job related safety responsibilities? | YES | NO | N/A |
| F. | Risk Manager monitor departmental monthly safety training for employees and offenders, to verify one-hour of training is provided each month? | YES | NO | N/A |

COMMENTS: _Reviewed Training For previous 3 months_

*METHODOLOGY: All records reviewed must indicate training has been provided to staff and offenders.* __A__. *Review all new employee's training documentation for the previous 3-month period. Documentation must indicate that the training includes information on the entire Plan (beyond fire prevention, suppression, and evacuation).* __B__. *Review the unit's annual fire training documentation.* __C__. *Review supervisor training documentation for the previous 6-month period.* __D__. *Review 25% of the initial unit offender training documentation for offenders assigned to the unit for the previous 3 month period.* __E__. *Review documentation on file in the Unit Risk Manager's (URM) office and on file in all unit departments where offenders have work assignments. Review a total of 25% of the department records for assigned offenders (example: department has 88 assigned offenders, review 22 records).* __F__. *Review documentation on file in the URM's office and each individual department for the previous 3-month period.*

---

8.02H   Is there a comprehensive inspection program established, to include:
(RM-24) [ACA 4-4212M; ACA 4-4329M]

| | | | | |
|---|---|---|---|---|
| A. | Department supervisors conducting weekly inspections of their respective work areas and documenting deficiencies? | YES | NO | N/A |
| B. | The URM conducting a monthly comprehensive inspection of the unit? | YES | NO | N/A |
| C. | Risk Assessment Codes being issued to outstanding deficiencies? | YES | NO | N/A |
| D. | No Risk Assessment codes of 1 or 2 deficiencies were identified during the inspections that were not previously documented? | YES | NO | N/A |

COMMENTS: _Review URM Documentation_

*METHODOLOGY:* __A__. *Review inspection documentation on file in the URM's office and in all departments for the previous 6-month period (of the 26 weekly inspection documents reviewed in each department, not more than 2 weekly inspections can be missed, and these 2 weeks shall not be consecutive).* __B__. *Review the URM's documentation on monthly inspections for the previous 6-month period.* __C__. *Review documentation for the previous 6-month period and verify Administrative Directive 10.63 is appropriately utilized to validate severity of identified deficiencies.* __D__. *Using the Unit Risk Managers inspection checklist as a guide, conduct a comprehensive inspection of the staff and offender work areas. Identify and documented any deficiencies that are considered a Rac 1 or 2 according to A.D-10.63. (Rac 1 is defined as Emergency – Imminent or likely death or imminent serious injury. Rac 2 is defined as Urgent – Possible death, likely*

---

**APPENDIX 0868**                    **McCOLLUM 07141**

**ATTORNEYS EYES ONLY**

| I. | ADMINISTRATIVE REVIEW AND RISK MANAGEMENT | 8. RISK MANAGEMENT |
|---|---|---|

*serious injury, imminent moderate injury, minor first aid, or legal action/citation). AD-10.63 "Operational Risk Assessment Program", shall be utilized to effectively categorize noted deficiencies. Any deficiency that is detected during the Operational Review where it is unclear whether a serious risk to personal life safety, health or unit security is present, should be referred to Risk Management Central Office for resolution.*

---

**8.03H** Does the unit have:
**AD – 3.16 *[ACA 4-4215M]***

| | | | | |
|---|---|---|---|---|
| A. | A written policy and procedure for the storage, control, and use of all hazardous chemicals, that includes a method that accounts for the distribution and accountability of these chemicals? | (YES) | NO | N/A |
| B. | Hazardous chemicals stored with regards to their flammability and/or chemical characteristics? | (YES) | NO | N/A |
| C. | Hazardous chemicals stored in secure areas that are inaccessible to offenders, and are controlled and accounted for? | (YES) | NO | N/A |

COMMENTS: _Inspected chemical storage area._
_Reviewed written policy and procedure._

**METHODOLOGY:** *All documentation and inspections must indicate a procedure is in place and functional for the control, distribution and use of hazardous chemicals. **A**. Review policy to verify it addresses the unit requirements regarding the procedures and practices for hazardous chemicals. **B**. Inspect chemical storage areas. Verify flammable chemicals are stored in approved flammable storage cabinets. Verify reactive chemicals are stored with regards to their chemical characteristics. Refer to Material Safety Data Sheets (MSDS) for specific chemical storage requirements, if unsure of particular chemicals. **C**. Inspect chemical storage areas to verify offender access is restricted and controlled and individual chemical accountability logs reflect accurate inventory.*

---

**8.04H** Does the unit have the following items regarding the Major Emergency Response Plan:
**(RM-05) *[ACA 4-4220M, ACA 4-4221M; ACA 4-4222M]***

| | | | | |
|---|---|---|---|---|
| A. | A risk assessment conducted by the URM that identifies potential threats to the unit? | (YES) | NO | N/A |
| B. | A current plan that addresses response and evacuation issues, to include a specific Medical Department evacuation plan that addresses ambulatory and non-ambulatory patient evacuation? | (YES) | NO | N/A |
| C. | A detailed unit fire plan, that addresses such issues as response, evacuation, suppression, etc. and has the plan been provided to the local responding fire department? | (YES) | NO | N/A |
| D. | A detailed procedure that specifies means for the immediate release of offenders from locked areas of the unit during an emergency? | (YES) | NO | N/A |
| E. | Documentation of table-top and functional exercises being conducted relating to staff responsibilities and actions during emergency situations? | YES | (NO) | N/A |
| F. | A location for the plan that maintains its "security-sensitive and confidential" nature, allows for employee review, and is readily accessible to senior supervisory staff during periods of emergency situations? | (YES) | NO | N/A |

COMMENTS: _Last Table Top conducted_
_October 7, 2009_

**METHODOLOGY:** *All documentation must indicate the unit has established a functional Major Emergency Response Plan. **A**. Review the Plan's Tab J for completion. **B**. Review the Plan for annual reviews, updates and changes; and, building/room floor plans highlighting emergency exits, paths of travel and areas of refuge. Verify during walk-thru inspection of the unit that Emergency Exit diagrams are conspicuously posted. Verify the Unit Fire Plan. **C**. Documentation to verify the responding local fire department has been provided a copy, or has at least reviewed the plan. **D**. Review plan for procedures clearly defining the responsibilities of personnel in emergency situations; to include, the location and identification of keys. In the event the unit utilizes only manual locking systems, a staff plan for manually releasing locks shall be identified. **E**. Review documentation for the previous 12-month period to verify a minimum of one major emergency tabletop exercise*

**APPENDIX 0869**

**McCOLLUM 07142**

**ATTORNEYS EYES ONLY**

I.    ADMINISTRATIVE REVIEW AND RISK MANAGEMENT     8. RISK MANAGEMENT

*and one functional exercise is conducted each year.  Verify both tabletop exercises and full-scale simulations are evaluated in writing, to include recommendations for changes in procedures, equipment, and other similar items.  __F__. Review the location where the Plan is maintained.  Copies of specific sections of the Plan may be distributed to appropriate local authorities and any outside agencies or departments on a need-to-know basis.*

---

8.05H   With regards to fire protection, suppression and alarms, and staff responsibilities, does the unit: **(RM-05; RM-17; RM-22) [ACA 4-4211M, ACA 4-4220M, ACA 4-4221M]**

| | | | | |
|---|---|---|---|---|
| A. | Have either an operable automatic fire/smoke alarm system and/or approved 24-hour fire watch program? | YES | NO | N/A |
| B. | Inspect fire extinguishers monthly and annually, and service them as required? | YES | NO | N/A |
| C. | Have fire extinguishers properly distributed and available? | YES | NO | N/A |
| D. | Have emergency exit keys identifiable by sight and touch? | YES | NO | N/A |
| E. | Conduct fire drills at least quarterly in all areas/departments/buildings of the unit, including offender-housing areas? | YES | NO | N/A |
| F. | Ensure staff members are familiar with the fire plan, to include their responsibilities regarding emergency response and are the response times during emergency fire drills within established parameters? | YES | NO | N/A |
| G. | Have a written policy/procedure regarding an established Hot Work Permit program? | YES | NO | N/A |

COMMENTS: *Unit utilizes 24 hour fire watch program.*

*__METHODOLOGY__:  __A__. Visually inspect the fire alarm panels to verify the system is functional. If the system is functional, verify that a 24 hour fire watch program is approved to be implemented within 4 hours in the event the system goes down. If the system is not functional review documentation of the 24-hour fire watch program for the previous 6 month period to verify staff members are properly documenting fire watches. Verify the 24-hour fire watch program has an approval letter from the Administrator of the Risk Management Program stating the plan has been accepted. __B__.  During a walk-thru review of the unit, visually inspect all extinguishers for inspection and servicing dates.  Of the extinguishers inspected, 97% must show evidence of monthly inspection documentation.  __C__.  Review placement and accessibility of fire extinguishers during walk-thru review. (Note: In correction/detention occupancies, fire extinguishers may be maintained in locked locations, as long as staff is knowledgeable of the location of the extinguishers and keys are readily available.) __D__.  Visually inspect emergency keys and interview control picket/central control officer to verify they are knowledgeable of the location and identification of the emergency keys. __E__.  Review documentation for the previous 6 month period and verify a drill has been conducted each security shift in each offender living area (building) at least once per quarter and at least quarterly in all other buildings/work areas. __F__. Interview 10 staff members (5 uniformed and 5 non-uniformed) to evaluate their knowledge of the fire plan, to include emergency evacuation. Conduct at least one fire drill in an offender living area and evaluate staff response times.  Time parameters are:  within 2 minutes of notification of the drill to central control, security supervisory staff is notified and emergency response to the affected area commences; and responding staff arrives within 3 minutes or less – prompt response; over 3 minutes, but not in excess of 13 minutes – slow response (noted as an Observation in Review Summary); more than 13 minutes – impractical (noted as a Finding).  The drill is to be concluded when the responding staff members open the appropriate housing area emergency exit door.  The emergency exit door shall be opened to verify its operability.  **(NOTE: Offenders need not be evacuated during the drill!)** __G__. Review documentation for the previous 3-month period. Verify through interviews with Unit Maintenance staff and other departments where welding/grinding activities occur that they are aware of the requirements and procedures for obtaining Hot Work Permits.*

---

**APPENDIX 0870**                          **McCOLLUM 07143**

**ATTORNEYS EYES ONLY**

I.     **ADMINISTRATIVE REVIEW AND RISK MANAGEMENT    8. RISK MANAGEMENT**

8.06H   With regards to Work Safe Programs, does the unit have policies, procedures and practices that include: **(RM-19; RM-20; RM-23)** *[ACA 4-4455M]*

A.    A written lockout/tagout policy and procedure for the isolation of hazardous energy?     (YES)   NO   N/A

B.    The utilization of ground fault protection systems to protect staff and offenders from electrical shocks in wet areas (i.e., kitchen, boiler room, etc.)?     (YES)   NO   N/A

C.    The mandatory wearing of personal protective equipment (i.e., safety shoes, hearing protection, eye protection, etc.) in required areas, as well as adequate signage posted warning of the potential hazard?     (YES)   NO   N/A

D.    Department supervisors ensuring that personal protective equipment (i.e., safety shoes, hearing protection, etc.) is provided to staff and offenders and that it is appropriate to protect the user?     (YES)   NO   N/A

E.    Department supervisors maintaining personal protective equipment in a sanitary and reliable condition?     (YES)   NO   N/A

COMMENTS: *Reviewed Documentation and inspection 10-20-10 of lockout/tagout, interviewed Risk Manager Story.*

***METHODOLOGY:*** *All documentation and inspections must indicate the unit has established appropriate Work Safe Programs for all staff and offenders.* **A.** *Review unit lockout/tagout policy and procedure to verify it addresses the isolation of stored energy, use of lockout tags and devices and it is specific to the unit and identifies all departments.* **B.** *Interview URM and Unit Maintenance Supervisor to determine if the unit is provided with ground fault circuit interrupters (GFCI) and the Maintenance Department utilizes portable GFCI devices when performing work in wet areas.* **C.** *Verify the use of PPE and that signage is posted in all areas where the* **mandatory** *wearing of personal protection equipment (PPE) is required. PPE Definitions: Eyewear, safety shoes, steel toe boots, hard hats, hearing protection, and other types of specified PPE.* **D.** *Verify the availability and use of PPE, where it is appropriate and required.* **E.** *Visually inspect the physical condition of PPE.*

---

8.07H   With regards to temperature extremes in the work place, is: **(AD-10.64)**

A.    Training for employees conducted each Spring covering hot weather and each Fall covering cold weather?     (YES)   NO   N/A

B.    The URM monitoring unit compliance regarding temperature extremes in the workplace?     (YES)   NO   N/A

COMMENTS: *Reviewed Training Documentation in URM's office. Interview Risk Manager Story.*

***METHODOLOGY:*** *All records must indicate appropriate staff has received training and unit has an effective method of monitoring temperature extremes.* **A.** *Review most recent training documentation on file in the URM's office. Verify the unit medical department conducted the training and a medical practitioner has signed the training documentation. Verify a copy of the training documentation was forwarded to the Unit Human Resources Office and the original documentation is maintained in the Unit Medical Department.* **B.** *Review documentation (i.e., temperature logs and/or unit procedures) on temperature extremes for the previous 90-day period for completeness and verify appropriate action is taken to reduce temperature exposures during periods of heat and cold extremes. Verify the URM is monitoring temperature extreme compliance through documentation and signature (should not miss more than 9 days of temperature recordings [no more than 3 consecutive]).*

**APPENDIX 0871**          **McCOLLUM 07144**

**ATTORNEYS EYES ONLY**

**I.    ADMINISTRATIVE REVIEW AND RISK MANAGEMENT    8. RISK MANAGEMENT**

8.08   Does the unit have an established Collateral Duty Safety Officer (CDSO) Program, with representation from at least the major unit departments, to include:
**(RM-11)**

A.   The CDSO appointment, in writing, by the responsible department supervisor/head?    (YES)   NO   N/A

B.   The CDSO receiving training on their responsibilities from the respective department supervisor/head and the Unit Risk Manager?    (YES)   NO   N/A

C.   Active participation by the CDSO in the program, such as providing training to employees and offenders, assisting with the investigation of employee and offender accidents, assisting the department supervisor with conducting inspections, etc.?    (YES)   NO   N/A

COMMENTS: _Reviewed monthly meeting Attendence Rosters And Monthly Training conducted._

**METHODOLOGY:**  *A. Review all documentation on CDSO assignments.  B.  Review all documentation of CDSO training.  C.  Review documentation for the previous 12-month period.  Documentation must indicate at least 50% activity of assigned CDSO's (example:  Unit has 25 assigned CDSO's – then not more than 12 should be absent from meetings or training or have documentation indicating non-participation.)*

---

8.09   Is there a Unit Risk Management/Safety Policy that reflects the Senior Warden's philosophy regarding compliance with established occupational safety and health, fire and life safety, emergency management standards and risk management procedures?
**(ED-10.59; ED-10.61)**    (YES)   NO   N/A
COMMENTS: _Reviewed Statement_

**METHODOLOGY:**  *Review the Unit Risk Management/Safety Policy Statement.  The policy statement shall reflect the current Warden's signature.  Verify the policy statement is distributed to each department and posted conspicuously throughout the facility on workplace bulletin boards and it is available to all employees and offenders*

---

8.10   Does the URM complete a Monthly Summary/Report detailing injury information, inspection results, and other pertinent information, and forward it to the Unit Warden?    (YES)   NO   N/A

COMMENTS: _Reviewed URM's Summaries_

**METHODOLOGY:**  *Review URM's monthly Summary for the previous 12 month period.  Verify the Summary includes detailed information regarding employee and offender injuries, injury trends and information involving inspection activities.  There must be documentation for each month indicating the URM has submitted a report/communication to the Warden.*

---

8.11   With regards to the Unit Risk Management Committee:
**(RM-09)**

A.   Has the Warden appointed a Unit Risk Management Committee with a representative from a selection of the major departments?    (YES)   NO   N/A

B.   Is the Committee chaired by the rank of (at least) Assistant Warden, or Major for those units with no Assistant Warden position?    (YES)   NO   N/A

C.   Does the Committee meet at least quarterly?    (YES)   NO   N/A

D.   Is there a prepared agenda for all meetings, and is it forwarded to the Committee at least one week in advance of the meeting, and are agenda items and other pertinent information adequately addressed?    (YES)   NO   N/A

**APPENDIX 0872                          McCOLLUM 07145**

**ATTORNEYS EYES ONLY**

I.   **ADMINISTRATIVE REVIEW AND RISK MANAGEMENT    8. RISK MANAGEMENT**

COMMENTS: _____

*METHODOLOGY: All documentation must indicate the Unit Risk Management Committee is functional and meeting as required. __A__. Review documentation regarding the make-up of the Unit Risk Management Committee. __B__. Review the Committee member documentation. __C__ Review documentation of Committee meetings for the previous 12-month period. __D__. Review agenda documentation for the previous 12-month period.*

---

8.12   With regards to compliance with the Americans with Disabilities (ADA) Act, has the Unit Risk Manager: **(RM-12)** *[ACA 4-4142, 4-4169]*

A.   Conducted an ADA physical premises self-evaluation of the unit, and if so, is the evaluation updated annually or as changes or repairs occur?   *April 15. 2010*   (YES)   NO   N/A

B.   Investigated offender grievances relating to ADA issues?   (YES)   NO   N/A

COMMENTS: *Reviewed ADA Self-evaluation. Date Last 6, 2010. Reviewed No grievances*

*METHODOLOGY: __A__. Review ADA self-evaluation documentation. For those units where the Risk Management Central Office has conducted an ADA Evaluation, this documentation should be used in lieu of the URM unit self-evaluation. __B__. Review documentation for the previous 3-month period regarding offender grievances. Documentation must indicate the URM is investigating ADA related offender grievances, in accordance with the Grievance Policy.*

*Risk Manager*
*Mitchell*
*Parker*
*Region II*

---

8.13   With regards to the Alternate Unit Risk Manager: **(RM-16)**

A.   Is there an employee designated/identified as the Alternate Unit Risk Manager or, in the absence of an Alternate Risk Manager, an employee designated to fulfill the responsibilities of the Unit Risk Manager during periods of their prolonged absence?   (YES)   NO   N/A

B.   Has training been provided to the Alternate Risk Manager (if designated) to ensure that the individual has an understanding of the responsibilities of the position?   YES   (NO)   N/A

*Aug 3 Nov 2010*

COMMENTS: *OFFICER MUNRO DID NOT receive required TRAINING.*

*METHODOLOGY: Documentation must indicate an employee has been identified and trained to assume the basic duties of the URM (i.e., data entry into SI00). __A__. Review documentation on the appointment of the Alternate Unit Risk Manager, or review documentation and interview designee to ensure there is an understanding of the requirements of maintaining the flow of information regarding employee and offender injuries into the SI00 Automated Reporting System. __B__. Review training documentation and interview the Alternate.*

---

8.14   With regards to Community Work Projects does the URM: **(RM-13) (AD-7.11)**

A.   Conduct and document a jobsite and equipment inspection for community work projects and public service programs prior to the initiation of any work?   (YES)   NO   N/A

B.   Conduct inspections/visits of ongoing projects to ensure the safety of offenders and to ensure that the work is being performed in a safe and efficient manner?   (YES)   NO   N/A

COMMENTS: *Reviewed documentation for previous 6 month period.*

*METHODOLOGY: Documentation must indicate the URM is involved with the inspection of all Community Work Projects. __A__. Review documentation for the previous 6-month period. __B__. Review documentation of work*

---

**APPENDIX 0873          McCOLLUM 07146**

**ATTORNEYS EYES ONLY**

I.   **ADMINISTRATIVE REVIEW AND RISK MANAGEMENT   8. RISK MANAGEMENT**

> *NOTE:* ➔ *Private facilities are not required to enter 'employee' injury information into the SI00 System.*
> ➔ *This checklist item is audited by Risk Management Central Office or Regional Risk Management Supervisory staff during Division-Level Reviews and annually by the Regional Risk Management Supervisor.*

8.15   Are employee and offender accidents and injuries adequately investigated, to include:
**(RM-06; RM-30) (ED10.59; ED10.61)**

    A.    All employee and offender injury information entered into the SI00 Automated Reporting System within 5 business days from the date of injury?   YES   NO   N/A

    B.    Regardless of the date of injury, employee and offender injury information entered into Screen 1 of the SI00 not later than the 3rd to last business day of each month?   YES   NO   N/A

    C.    An investigation has been completed and determinations identifying causative factors and recommendations for effective corrective actions?   YES   NO   N/A

    D.    Corrective action being taken (where applicable), and documented on employee and offender injuries by the responsible department/supervisor?   YES   NO   N/A

    COMMENTS: _____

_____

***METHODOLOGY:*** ***A. & B.*** *For the 3-month period preceding the operational review, generate a report to verify injury information is validated by comparing the date of the injury with the date the information was entered. For any injury investigations that exceeded the 5-day time specification, review documentation on file with the URM to verify if an extension had been granted by the Regional Risk Management Supervisor. Extensions should not exceed 10 business days from the date of the request. Validate Screen 1 injury information to verify its entry is no later than the 3rd to last business day of each month regardless of the date of injury. All other injury information for those injuries that occur during the last week of the month is to be entered within the 5-business day time frame. On a 90 day average a unit shall not exceed a 5% ratio on late entries into the SI00 System for employee and offender injuries – formula: # injuries x 5% = error rate (example: based on 12 employee injuries no more than 1 can be entered late and based of 150 offender injuries no more than 7 can be entered late). C. For the 3-month period preceding the operational review, review 25% of employee injuries and 25% of offender work related injuries entered into SI00 and verify an investigation into the accident has been completed and the cause of the accident has been determined and corrective actions were recommended* ***D.*** *For the 3-month period preceding the operational review, generate a report of employee and offender injury investigations and verify corrective action has been taken by the responsible department/supervisor. Review 25% of employee and offender injury investigations comparing the corrective action recommendations and corrective action taken with the documentation contained in the injury investigation to verify appropriate corrective action has been taken. Validate corrective action documentation to verify it is signed by the responsible department supervisor and where applicable the employee or offender. Corrective action must be taken on all employee accidental injuries and all offender occupational (work-related) injuries.*

_____

**APPENDIX 0874**         **McCOLLUM 07147**

**ATTORNEYS EYES ONLY**
SM-01.23
**Attachment B**



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
***INTER-OFFICE COMMUNICATION***

*Received on*
*4/28/11   cc*

MAY 1 7 2011
mV

| | | | |
|---|---|---|---|
| **TO:** | *Tim Ault*<br>Monitoring and Standards | **DATE:** | *April 01, 2011* |
| **FROM:** | *Tim Jones*<br>Operational Review Sergeant<br>HJ *(Unit)* | **SUBJECT:** | Unit-Level Operational Review<br>Sergeant's Reports for<br>_____*April, 2011*_____ |

Attached are unit-level reviews conducted for the following functional areas:

| **REVIEWS SCHEDULED:** | **COMPLETED:** |
|---|---|
| *Environmental Branch* | *suspend* |
| *Maintenance* | *suspend* |
| *Manufacturing & Logistics* | *suspend* |
| *Offender Grievance* | *suspend* |
| *Risk Management* | *suspend* |

| **ELECTIVE – OUTSTANDING ACTION PLANS REVIEWED:** | **COMPLETED:** |
|---|---|
| *Checklist # 13.02* | *March 21, 2011* |
| *Checklist # 13.06* | *March 21, 2011* |
| *Checklist #2.03* | *March 27, 2011* |
| *Checklist #2.07* | *March 30, 2011* |
| *Checklist #2.08* | *March 30, 2011* |
| *Checklist # 2.09* | *March 27, 2011* |
| *Checklist # 2.11* | *Pending* |
| *Checklist # 1.08* | *March 31, 2011* |
| *Checklist # 3.06* | *March 31, 2011* |
| *Checklist # 1.02C* | *April 01, 2011* |
| *Checklist # 16.01* | *March 30, 2011* |
| *Checklist # 16.14B* | *March 21, 2011* |
| *Checklist #9.05C* | *March 30, 2011* |
| *Checklist #9.07* | *March 30, 2011* |
| *Checklist #9.08* | *March 30, 2011* |
| *Checklist #9.09A.B* | *March 30, 2011* |
| *Checklist #16.02* | *March 09, 2011* |

**COORDINATION:**

- Warden:   ~~JEFF PRINGLE, WARDEN~~
  *(Print Name)*

_____ 4-28-11
*(Signature/Date)*

Comments:  The Hutchins State Jail received a Division-Level Operational Review for the month of April, 2011.  Unit Level reviews were not performed for this month.

**APPENDIX 0875**          **McCOLLUM 07148**

**ATTORNEYS EYES ONLY**

_____

_____

_____

**Justification for Late Submission:** _____

_____

• Regional Director: _Jrmy Erson_ _____ ___R_ — _05-11-×04_
               *(Print Name)*            *(Signature/Date)*

Comments: _____

_____

_____

**Justification for Late Submission:** _____

_____

Attachments:    *(O.R. Sergeant's Reports and completed checklists, attached in the same order as listed above.)*

Copy:        Unit File

ATTORNEYS EYES ONLY

**O.R. ACTION PLAN**

ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions: For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist #_____ 13.02__

Hutchins State Jail____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:

On March 21, 2011 There was no posted written entry/exit procedures authorized by the warden for the pest control crew.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions: In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Risk Manager/ Pest Control Roy Storie will retrieve the written procedure from Warden Pringle | Risk Manager: Roy Storie. | March 30, 2011 | March 21, 2011 |
| Copy will be Place at the back gate entrance and Line control. | Risk Manager: Roy Storie. | March 30, 2011 | March 21, 2011 |
| | | | |
| | | | |
| | | | |

_____
**JEFF PRINGLE, WARDEN**
Senior Warden *(Print Name)*

_____ 4-28-11
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions: The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _Jmay Epson_   _Reg'l Director_   _____   05-11-2011
Reviewing Authority *(Print Name / Title)*   *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____   _____
Reviewing Authority *(Print Name / Title)*   *(Signature/Date)*

11/06

McCOLLUM 07150

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY**

ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____13.06_____

Hutchins State Jail _____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
On March 21, 2011 a pest control inspection was conducted. The Kitchen Commissary have a hole on the back east wall. Chow Hall 1 and 2 have holes in the baseboard near the serving line

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Maintenance was notified by Sgt Lee. Ad-84 completed for the AD 10-20 program | Sgt FMIII Stephanie Lee | March 30, 2011 | March21, 2011 |
| Work order numbers 11-3343, and 11-3344 was issued and will be closely monitored until completed. | Department AD-10.20 Officer FMIII Deborah Williams | March 30, 2011 | March 21, 2011 |
| Operational review will receive an Email upon completion. | Department AD-10.20 Officer FMIII Deborah Williams | March 30, 2011 | March 30, 2011 |
| | | | |
| | | | |

_____JEFF PRINGLE, WARDEN_____            _____4-28-11_____
Senior Warden *(Print Name)*                        *(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or        ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _____Tony Evans Reg 2 Director_____      _____05-11-204_____
Reviewing Authority *(Print Name / Title)*            *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. 

_____            _____
Reviewing Authority *(Print Name / Title)*            *(Signature/Date)*

11/06

ATTORNEYS EYES ONLY

O.R. ACTION PLAN      ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____2.03____          Hutchins State Jail _____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*

On March 10, 2011 I reviewed 6 months of AD-39. Officers are not completing the form. Return date and times are missing to include weapons conditions.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Shift supervisors will address during shift turnout (briefing) for the next 30 days. Officers will ensure forms are utilize and completed. | All Shift Supervisors: | March 30, 2011 | March 27, 2011 |
| During the entire shift, Shift Sergeants will continue to inspect all daily paperwork and make corrections if needed. | All Lieutenants: | March 30, 2011 | March 27, 2011 |
| AD-39's will be closely monitored by Lieutenant Hale for the next 90 days. . | Lieutenant Delia Hale Armory Officer | May 30, 2011 | May 30, 2011 |
| | | | |
| | | | |

__JEFF PRINGLE, WARDEN__      _(Signature/Date)_ 4-28-11
Senior Warden (Print Name)

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☒ Approved *(may provide comments)*; or     ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. _____     _(Signature/Date)_    05-11-2011
Reviewing Authority (Print Name / Title)

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____     _(Signature/Date)_
Reviewing Authority (Print Name / Title)

11/06

**O.R. ACTION PLAN**

ATTORNEYS EYES ONLY

ED-02.92
Form L

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
#### *OPERATIONAL REVIEW ACTION PLAN*

#### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____2.07_____

Hutchins State Jail_____Unit

**Finding** (*Describe the finding as it is stated in the follow-up report*):
On March 10, 2011 the Unit had no list of authorized personal, that is allowed access into the Armory.

#### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Lisa Roberts will place the updated list in the appropriate locations. | Officer Lisa Roberts: Armory Assistant | March 30, 2011 | March 30, 2011 |
| Officer Roberts will review and/or update the list each month or as required. | Lieutenant Delia Hale | March 30, 2011 | March 30, 2011 |
| This process will be closely monitored by Lieutenant Hale for the next 30 days. . | Lieutenant Delia Hale | April 30, 2011 | April 30, 2011 |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN
Senior Warden (*Print Name*)

_signature_ 4-28-11
(*Signature/Date*)

#### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved (*may provide comments*); or ☐ Not Approved (*must provide comments*).

b. Comments: _____

d. _Jim Cason_ Regl Director
Reviewing Authority (*Print Name / Title*)

_signature_ 05-11-204
(*Signature/Date*)

#### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of (*date*): _____

b. _____    _____
Reviewing Authority (*Print Name / Title*)        (*Signature/Date*)

11/06

**APPENDIX 0880**

**McCOLLUM 07153**

ATTORNEYS EYES ONLY

**O.R. ACTION PLAN**

ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # ___2.08___          Hutchins State Jail _____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
On March 10, 2011,  The Equipment Items And balances not matching with Fix02.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Lisa Roberts Armory Assistant will conduct a inspection and inventor all U.O.F equipment assigned to Hutchins State Jail | Lisa Roberts Armory Assistant | March 30, 2011 | March 30, 2011 |
| Lisa Roberts Armory Assistant will use the Fix02 to reconcile account balance. | Lisa Roberts Armory Assistant | April 15, 2011 | March 30, 2011 |
| This process will be closely monitored by Lieutenant Hale for the next 60 days. . | Lieutenant Delia Hale | May 30, 2011 | May 30, 2011 |
| | | | |
| | | | |

___JEFF PRINGLE___, WARDEN          _____  4-28-11
Senior Warden *(Print Name)*                    *(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or      ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. __Jay Eason  Reg 2 Director__          _____  05-11-2011
Reviewing Authority *(Print Name / Title)*            *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____          _____
   Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**APPENDIX 0881**          **McCOLLUM 07154**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____2.09_____

Hutchins State Jail_____Unit

**Finding** (Describe the finding as it is stated in the follow-up report):
On March 10, 2011 there is no BU-175's Shipping Memo for the AD-SEG, Line Control or Central Control.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Lisa Roberts Armory Assistant will issue a BU-175 for the appropriate equipment locations. | Lisa Roberts Armory Assistant | March 27, 2011 | March 27, 2011 |
| Officer Roberts will review and/or update all BU-175 as required by policy | Lisa Roberts Armory Assistant | March 27, 2011 | March 27, 2011 |
| This process will be closely monitored by Lieutenant Hale for the next 50 days. . | Lieutenant Delia Hale | April 30, 2011 | April 30, 2011 |
| | | | |
| | | | |

_____**JEFF PRINGLE**, WARDEN_____
Senior Warden *(Print Name)*

_____~~~~~_ 4-28-11
*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☒ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. __Jay Brown   Reg. Director__   ___~~~~~___   05-11-20~~
   Reviewing Authority *(Print Name / Title)*        *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____      _____
   Reviewing Authority *(Print Name / Title)*              *(Signature/Date)*

11/06

**APPENDIX 0882**

**McCOLLUM 07155**

ATTORNEYS EYES ONLY

O.R. ACTION PLAN

PD-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # ____2.11____

Hutchins State Jail _____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
On March 10, 2011 The unit equipment quantity does not match the table of Authorized Equipment.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Lieutenant Hale will submit a request to Security Operations and Warden Pringle for approval to correct the variance. | Lieutenant Delia Hale | April 15, 2011 | |
| | | | |
| | | | |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN

Senior Warden *(Print Name)*

*Signature* 4-28-11
*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or  ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

d. ___Tony Broson  Reg 2 Director___  _____ 05-11-201
Reviewing Authority *(Print Name / Title)*  *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____  _____
Reviewing Authority *(Print Name / Title)*  *(Signature/Date)*

11/06

**APPENDIX 0883**    **McCOLLUM 07156**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____1.08_____

Hutchins State Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
On March 11, 2011 DAAP staff member Wilton, Pruitt have not completed PERS 508. Executive Director's Statement, EEO and Advisory Council on Ethics video.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Mr. McGrady will schedule Wilton, Pruitt to view and complete pers508. | Human Resource Teresa Rodriguez | March 30, 2011 | March 31, 2011 |
| This policy/procedure will be closely monitored | DAAP Program Manager Onie McGrady | March 31, 2011 | March 31, 2011 |
| | | | |
| | | | |
| | | | |

_____JEFF PRINGLE, WARDEN_____
Senior Warden *(Print Name)*

_____ 4-28-11
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. _Tony Epson Dep. Director_ _____ 05-11-704
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____ _____
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

11/06

**APPENDIX 0884** **McCOLLUM 07157**

**O.R. ACTION PLAN**

**ATTORNEYS EYES ONLY** ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions: For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist #_____3.06_____

Hutchins State Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
On March 11, 2011 A Copy of the Consultant/Contract Employee Confidentiality Agreement of four contract employees couldn't be located. Ashley, Helen Gilford, Yonette , Orig, Tito and Reddy, Srinivas.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions: In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Human Resource Rep Teresa Rodriguez is assigned this task. Ms Rodriguez will follow agency policy to ensure compliance. | Teresa Rodriguez | March 30, 2011 | March 31, 2011 |
| This policy/ procedure will be monitored for the next 60 days | Human Resource Supervisor Larry Kines. | May 2011 | May 2011 |
| | | | |
| | | | |
| | | | |

_____
**JEFF PRINGLE, WARDEN**
Senior Warden *(Print Name)*

_____ 4-28-11
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions: The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☒ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. __Jon Gibson Rgl Director__ _____ 05-11-204
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____ _____
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

11/06

**APPENDIX 0885**          **McCOLLUM 07158**

ATTORNEYS EYES ONLY

O.R. ACTION PLAN

ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

***Instructions:*** *For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist #_____1.02C_____

Hutchins State Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
On March 09, 2011 There is no authorized list from the warden of approved personnel to enter the commissary...

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

***Instructions:*** *In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| An Email was sent to all shifts acknowledging the missing rosters and instruction to submit to Human Resources. | All Shift supervisors | April 15, 2011 | April 01, 2011 |
| Lieutenants are responsible for ensuring all Shift Roster are turn-in to Human Resource. Within a timely manor. Shift roster will be turned in to Human Resource at the end of each shift. | Lieutenants: Kevin Brown, Tedral Towery, Christopher Hernandez Sandrea Sanders, Johnny Roberts | April 15, 2011 | April 15, 2011 |
| This procedure will be closely monitored for the next 30 days. | Captain Kyron Session. | May 01, 2011 | May 01, 2011 |
| | | | |
| | | | |

___JEFF PRINGLE, WARDEN___
Senior Warden *(Print Name)*

_____ 4-28-11
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

***Instructions:*** *The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☐ Approved *(may provide comments)*; or    ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. _____

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

APPENDIX 0886                    McCOLLUM 07159

**O.R. ACTION PLAN**

ATTORNEYS EYES ONLY

ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # 16.01_____

Hutchins State Jail _____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*

March 09, 2011. There is not an authorized list from the warden of approved personnel to enter the Commissary Department.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Ms Toni Chapman will retrieve the authorized list from Warden and immediately post. | Ms Leonar Alaniz Commissary Manager. | March 30, 2011 | March 30, 2011 |
| Ms. Toni Chapman will place a copy in Line Control were keys are issued. | Ms Leonar Alaniz Commissary Manager. | March 30, 2011 | March 30, 2011 |
| | | | |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN

Senior Warden *(Print Name)*

_(Signature/Date)_    4-28-11

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

d. _Jry Crssn Reg-2 Director_____ _____ 05-11-2011

Reviewing Authority *(Print Name / Title)*     _(Signature/Date)_

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____ _____

Reviewing Authority *(Print Name / Title)*     _(Signature/Date)_

11/06

**APPENDIX 0887**

**McCOLLUM 07160**

O.R. ACTION PLAN

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE** ATTORNEYS EYES ONLY

*OPERATIONAL REVIEW ACTION PLAN*

| I. FINDING REQUIRING CORRECTIVE ACTION |
| --- |

***Instructions:*** *For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist # 16.14B_____

Hutchins state Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
March 09, 2011. No current Consolidated Monthly reports.

| II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION |
| --- |

***Instructions:*** *In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
| --- | --- | --- | --- |
| The Commissary Department supervisor is responsible for this report. The Unit is currently operating without a commissary supervisor. Ms Alaniz resigned March 18, 2011. | Ms Leonar Alaniz Commissary Manager. | March 30, 2011 | March 21,2011 |
| Ms. DeeDe Mock (Huntsville) completed an exit inventory of the Commissary. Ms Mock completed the Consolidated Monthly report and file according to guideline. | Ms Toni Chapman | March 21,2011 | March 21,2011 |
| Warden Bladen Polk has reassigned manager's responsibilities to Commissary Toni Chapman. | Warden Balden Polk | March 21,2011 | March 21,2011 |
| | | | |
| | | | |

**JEFF PRINGLE, WARDEN**

Senior Warden *(Print Name)*

*(Signature/Date)* 4·28-11

| III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW |
| --- |

***Instructions:*** *The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or    ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

d. _Tom Brown Reg 2 Director_    _(Signature/Date)_ 05-11-2011
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

| IV. VALIDATION OF COMPLETION |
| --- |

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____    _____
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

11/06

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92

Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # 9.05C_____        Hutchins state Jail_____Unit

**Finding** (Describe the finding as it is stated in the follow-up report):

March 09, 2011. No list of approved staff that is authorized to use COP located in Central Control or Line Control

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Lisa Roberts Armory Assistant will place the updated list in the appropriate locations. | Lieutenant Delia Hale | March 30, 2011 | March 30, 2011 |
| Officer Roberts will review and/or update the list each month | Lieutenant Delia Hale | March 30, 2011 | March 30, 2011 |
| This process will be closely monitored by Lieutenant Hale for the next 30 days. . | Lieutenant Delia Hale | April 30, 2011 | April 30, 2011 |
| | | | |
| | | | |

_____        _____ 4-28-11

**JEFF PRINGLE, WARDEN**                               *(Signature/Date)*

Senior Warden *(Print Name)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and **forward copies at the various steps noted in ED-02.92.**

a. ☑ Approved *(may provide comments)*; or        ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _Tony Peson_ _Deg 2 Director_ _____ _____ 05-11-204

Reviewing Authority *(Print Name / Title)*                *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____        _____

Reviewing Authority *(Print Name / Title)*                *(Signature/Date)*

11/06

**APPENDIX 0889**                               **McCOLLUM 07162**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # 9.07_____

Hutchins state Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
March 21, 2011. Use of Force Pack MI-00108-07-07 retained for 3years and 7 months. 12 MAUF in file pass retentions.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| LT. Ethel Smith UOF Unit Coordinator will recheck record retention and follow TDCJ Retention Schedule. | Lt Ethel Smith UOF Unit Coordinator Major Terry May | March 30, 2011 | March 30, 2011 |
| To ensure compliance. This will be closely monitored by Lt Ethel Smith | Major Terry May | March, 2011 | March, 2011 |
| | | | |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN

Senior Warden *(Print Name)*                    *(Signature/Date)*  4-28-11

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or    ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

d. _Jim Casson   Reg 2 Director_         _____  05-11-2011_
Reviewing Authority *(Print Name / Title)*         *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____         _____
Reviewing Authority *(Print Name / Title)*         *(Signature/Date)*

11/06

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # 9.08_____

Hutchins state Jail_____Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
March 21, 2011. Of the ten reviewed 3 was beyond the 24 hour timeframe ( reporting requirement)  MA-00123-01-11, MA-00726-02-11 and MA00479-01-11.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| These finding was addressed at the time of violation by providing U.O.F training and documentation to all Lieutenants. | Lt Ethel Smith UOF  Unit  Coordinator Major Terry May | March      30, 2011 | March 30, 2011 |
| To ensure compliance. This will be closely monitored by Major Building Captain, and U.O.F Coordinator Ethel Smith. | Lt Ethel Smith UOF  Unit  Coordinator Major Terry May | March      30, 2011 | March 30, 2011 |
| | | | |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN

_____
Senior Warden *(Print Name)*

_____  4·28-11
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall:  document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or  ☐  Not Approved *(must provide comments)*.

b.  Comments: _____

_____

_____

d. _Jon Epson Reg 2 Director___  _____  05-11-204
Reviewing Authority *(Print Name / Title)*        *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a.  This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____  _____
Reviewing Authority *(Print Name / Title)*        *(Signature/Date)*

11/06

                    McCOLLUM 07164

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions: For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist # 9.09 A.B _____

Hutchins state Jail _____ Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:

March 21, 2011. MA 00123-01-11 and MA 06435-11-01 both not forwarded within 15 days and did not have justification for lateness.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions: In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| This finding was addressed at the time of violation. Staff continues to receive U.O.F training. Documented progressive disciplinary when require. | Lt Ethel Smith UOF Unit Coordinator Major Terry May | March 30, 2011 | March 30, 2011 |
| To ensure compliance. This will be closely monitored by Building Captain. | Captain Kyron Session | March, 2011 | March 30, 2011 |
| | | | |
| | | | |
| | | | |

__JEFF PRINGLE, WARDEN__

Senior Warden *(Print Name)*

_____ 4-28-1_

*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions: The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☒ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. __Joy Edson  Reg 2 Director__   _____ 05-11-204_

Reviewing Authority *(Print Name / Title)*   *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____   _____

Reviewing Authority *(Print Name / Title)*   *(Signature/Date)*

11/06

**APPENDIX 0892**   **McCOLLUM 07165**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # 16.02_____      Hutchins State Jail_____Unit

**Finding** (*Describe the finding as it is stated in the follow-up report*):

March 09, 2011. Two Offenders, Donnell, Vernon1400187, and Clarkson, Michael 1688807 did not have a signed copy of the job description in their folder. Of the nine checked, they were the only two out of compliance.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Ms Toni Chapman placed a signed copy in each offender's folder. | Ms Toni Chapman Unit Commissary. | March 09, 2011 | March 09, 2011 |
| This will be closely monitored by Operational Review Sergeant T Jones for the next 30 days | Sgt T. Jones | April 09, 2011 | April 09, 2011 |
| | | | |
| | | | |
| | | | |

JEFF PRINGLE, WARDEN

Senior Warden (*Print Name*)        (*Signature/Date*)

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and <u>forward copies at the various steps noted in ED-02.92.</u>

a. ☑ Approved (*may provide comments*); or        ☐ Not Approved (*must provide comments*).

b. Comments: _____

_____

_____

d. ___Jm Eason_____Reg 2 Director_____ 05-11-201___

Reviewing Authority (*Print Name / Title*)        (*Signature/Date*)

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of (*date*): _____

b. _____        _____

Reviewing Authority (*Print Name / Title*)        (*Signature/Date*)

11/06

*C. Cospart*   **ATTORNEYS EYES ONLY**
SM-01.23
Attachment B

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
*INTER-OFFICE COMMUNICATION*

**TO:**   *Tim Ault*          **DATE:**   *October 31, 2011*
Monitoring and Standards

**FROM:**   *Jason Stilwell*      **SUBJECT:**   Unit Level Operational Review
Operational Review Sergeant            Sergeant's Reports for
HJ *(Unit)*                 *October, 2011*

---

Attached are unit-level reviews conducted for the following functional areas:

**REVIEWS SCHEDULED:**              **COMPLETED:**

*Environmental Branch*              *October 24, 28, 2011*
*Maintenance*                  *October 24, 24, 2011*
*Manufacturing & Logistics*            *Non Manufacturing Unit*
*Offender Grievance*              *October 26, 31, 2011*
*Risk Management*                *October 17, 19, 20, 2011*

RECEIVED
NOV 2011
REGION 2
DIRECTOR

**ELECTIVE – OUTSTANDING ACTION PLANS REVIEWED:**      **COMPLETED:**

*Checklist #13.01 Agribusiness*              *Incomplete*
*Checklist #13.06 Agribusiness*              *Incomplete*
*Checklist #1.04B Staffing*                *Incomplete*
*Checklist #2.11 Armory*                *October 15, 2011*
*Checklist #1.05F Correctional Training*          *October 5, 2011*
*Checklist #1.05G Correctional Training*          *October 5, 2011*
*Checklist #3.02 Correctional Training*          *October 12, 2011*
*Checklist #1.02C Staffing*                *October 20, 2011*
*Checklist #9.05F Use of Force*              *October 28, 2011*
*Checklist #9.06D Use of Force*              *October 12, 2011*
*Checklist # 1.05*                    *Incomplete*
*Checklist # 1.12*                    *Incomplete*
*Checklist # 1.20*                    *Incomplete*
*Checklist # 8.32B*                    *Incomplete*
*Checklist # 8.34*                    *Incomplete*

**COORDINATION:**

• Warden:    **JEFF PRINGLE, WARDEN**
_____          _____ 11-1-11
*(Print Name)*                *(Signature/Date)*



**ATTORNEYS EYES ONLY**

Comment: Environmental Branch:

Corrective Action: 8.01H-Several secondary chemical containers-spray bottles on housing areas are not labeled properly. (C5-8)-1 spray bottle, (A5-8)-1 spray bottle, (A1-4)-3 spray bottles, (B5-8)-1 spray bottle. The Shift Lieutenants will ensure that the secondary chemical containers are labeled properly. The CDSO for the shifts will obtain the labels from URMC Roy Storie.

Comment: Maintenance:

Corrective Action: 11.02H (B)-Coolant test/change for emergency generator #4 had not been documented for the annual check. Mr. James Elliot Electrician Tech Supervisor will ensure annual PM's on emergency generators are conducted and documented in a timely manner. This will be monitored by Jerry Pugh to ensure completed.

Corrective Action: 11.05-According to the Work Order Log there were items that didn't have a Corrective Maintenance work order issued appropriately i.e....: ice machine in H-Bldg, condensing unit-rack system in Kitchen. A Corrective Maintenance work order will be issued to appropriate equipment items when needed. This will be monitored by Jerry Pugh to ensure completed.

Comment: Offender Grievance:

Corrective Action: 2.13 (B)-Several offenders who transferred out on 10/10/11 Unit Grievance File was not forwarded to their new unit of assignment. Mrs. Adra Scott-Burger will ensure when an offender is transferred to a new unit of assignment the Unit Grievance File will be sent to that unit. Sgt. Jason Stilwell will monitor to ensure files are sent in a timely manner.

Comment: Risk Management:

Corrective Action: 8.02H (A)-Reviewed weekly safety inspections for a 6 month period several shift/departments were not compliant. Third Shift Security/Commissary Department will ensure that weekly and monthly safety inspections will be completed appropriately. This will be monitored by URMC Roy Storie to ensure compliance.

Corrective Action: 8.05H (B)-Inspected all Fire Extinguishers on the Facility and several were not compliant with monthly inspection/annual service. (D1-4 monthly inspection, Infirmary 2 extinguishers, Kitchen 2 extinguishers, Unit Supply 1 extinguisher, Property/Intake 2 extinguishers, B5-8 Bldg. Picket extinguisher). The appropriate CDSO and URMC will ensure that the fire extinguishers will be serviced/inspected appropriately. This will be monitored by Operational Review Sgt. Jason Stilwell.

Corrective Action: 8.07H (B)-Reviewed documentation for Temperature Log's for the previous 90 day period, some shifts were not completing the Log's appropriately. (All Shifts). Shift Lieutenants will ensure that the appropriate Line Control Officer completes the Log's according to Policy. URMC Roy Storie will ensure that this process is being completed daily.

**ATTORNEYS EYES ONLY**

_____

_____

_____

**Justification for Late Submission:** _____

- Regional Director: _Jay Eason_         _R̶ – 11-07-20__

  _(Print Name)_                          _(Signature/Date)_

Comments: _____

_____

_____

**Justification for Late Submission:** _____

_____

Attachments:   _(O.R. Sergeant's Reports and completed checklists, attached in the same order as listed above.)_

Copy:        Unit File

ATTORNEYS EYES ONLY

SM-01.23
Attachment A

## OPERATIONAL REVIEW SERGEANT'S REPORT

Unit: _____Hutchins State Jail_____     **Review Conducted:**     __October 24, 28, 2011_____
*(Month/Day/Year)*

**Functional Area Reviewed:** _____Environmental Branch_____

**Manual Chapter and Section Reference:** ____Chapter III sections 1-9_____

**Total *'Applicable'* Checklist Questions:** _____19_____ (_9__ High + 10__ Other)

- **INTRODUCTION:**     For this audit I began by reviewing protocol regarding to waste collection containers. I then reviewed Non-Hazardous, Universal, and Hazardous Waste Container Accumulation, Storage, and Disposal Log's to ensure compliance. The copies of the Uniform Hazardous Waste Manifests were reviewed with Maintenance Supervisor Jerry Pugh for the past three years. I then inspected the areas where food waste is disposed of and ensured cleanliness, as well the areas where unwanted metals, scrap and debris are kept. I interviewed Mr. Pugh about the recycling efforts that the Unit conducts with cardboard and aluminum. The procedures for the wastewater systems (bar screen) was inspected for adherence to cleaning protocols. I ensured that personnel who act as the collection system operator possess the appropriate licenses. I interviewed and reviewed with URMC Roy Storie to ensure the Hazard Communication (Worker Right-to-know) program was compliant as well as Program training requirements for work area personnel. I ensured that all procedures for emergency eyewash stations was being completed and documented appropriately. I ensured that surveys pertaining to Confined Spaces and Noise Control-Hearing Conservation were conducted and signage posted for the appropriate areas. I ensured that all aspects of the Management of Refrigerant were being followed per policy.

- **FINDING(S)**

<table>
<tr><td colspan="5" align="center">***Finding 1 8.01H(G)***</td></tr>
<tr><td colspan="5">*Several secondary chemical containers-spray bottles on housing areas are not labeled properly. (C5-8)-1 spray bottle, (A5-8)-1 spray bottle, (A1-4)-3 spray bottles, (B5-8)-1 spray bottle.*</td></tr>
<tr><td colspan="2" align="center">**ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)*</td><td align="center">**PERSON/DEPT. HEAD RESPONSIBLE**</td><td align="center">**TARGET DATE**</td><td align="center">**DATE COMPLETED**</td></tr>
<tr><td>1.</td><td>The Shift Lieutenants will ensure that the secondary chemical container are properly labeled</td><td>Shift Lieutenants</td><td>11/28/2011</td><td></td></tr>
<tr><td>2.</td><td>The CDSO for the shifts will obtain the labels from URMC Roy Storie</td><td>Shift Lieutenants</td><td>11/28/2011</td><td></td></tr>
<tr><td>3.</td><td></td><td></td><td></td><td></td></tr>
</table>

ATTORNEYS EYES ONLY

SM-01.23

Attachment A

| | *Finding 2* | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

## OPERATIONAL REVIEW SERGEANT'S REPORT
### (cont.)

- **SUMMARY:**

- **OPERATIONAL REVIEW SERGEANT:**

  Sgt. Jason Stilwell
  *(Print Name)*                              ⟨Signature/Date⟩ 10/28/11

**Justification for Late Submission by Operational Review Sergeant:** _____

_____

_____

- **WARDEN:**

  **JEFF PRINGLE, WARDEN**
  *(Print Name)*                              *(Signature/Date)* 10.28-11

Attachment:   Completed checklist(s)
Copy:         *File*
              *Unit-level Department Head*