O.R. ACTION PLAN

ATTORNEYS EYES ONLY

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

**Instructions:** For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____3.17_____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:

Conducted a visual inspection of indoor/outdoor recreation areas: Indoor dayroom doesn't have exercise mat, outdoor rec-yard's are dirty and not cleaned daily.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

**Instructions:** In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Officers assigned to the Segregation Department will ensure that Segregation janitors clean the recreation areas daily. | Sgt. Roshonda Gonner | January 27, 2013 | January 9, 2013 |
| The Administrative Segregation Supervisor will ensure that the Officers are having the recreation areas cleaned daily. | Ms. Sandra Williams-Offender Records Supervisor | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |

_____Jeff Pringle_____
Senior Warden *(Print Name)*

_____(Signature/Date)_____ 1-15-13

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

**Instructions:** The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or    ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _____Tony Epson Reg. 2 Director_____    _____(Signature/Date)_____ 02-09-2013
Reviewing Authority *(Print Name / Title)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____ _____
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

11/06

McCOLLUM 07334

ATTORNEYS EYES ONLY

O.R. ACTION PLAN

ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____3.15____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
Identified I-216 forms from 12/10/12 and 12/4/12 where mail pick-up was not documented, interviewed staff and offenders concerning mail delivery.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Officers assigned to the Segregation Department will ensure that all cellblock activities are noted on the appropriate documents. | Sgt. Roshonda Gonner | January 27, 2013 | January 9, 2013 |
| The Administrative Segregation Supervisor will ensure that the Officers are documenting the cell block activities on the appropriate documents. | Ms. Sandra Williams-Offender Records Supervisor | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell<br>Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |

____Jeff Pringle____
Senior Warden *(Print Name)*

____JPringle 1-15-13____
*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. ____Jay Eason Reg. 2 Director____ ____VB____ ____02-09-2013____
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____
Reviewing Authority *(Print Name / Title)* *(Signature/Date)*

11/06

**APPENDIX 1062**

**McCOLLUM 07335**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # ____3.07____

____Hutchins____
I Init

**Finding** *(Describe the finding as it is stated in the follow-up report):*

Inspected the I-216 forms and identified several where Medical rounds were not noted. Officers assigned to the Segregation Department will ensure that all cellblock activities are noted on the appropriate documents.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Administrative Segregation Supervisor will ensure that the Officers are documenting the cell block activities on the appropriate documents. | Sgt. Roshonda Gonner | January 27, 2013 | January 9, 2013 |
| The Administrative Segregation Supervisor will ensure that the Officers are documenting the cell block activities on the appropriate documents. | Ms. Sandra Williams-Offender Records Supervisor | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |

____JeFF Pringe____
Senior Warden *(Print Name)*

____Pring____ 1-15-13
*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. [✓] Approved *(may provide comments)*; or     [ ] Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. ____Tny Epson Reg. 2 Director____    ____R____ 02-09-2013
Reviewing Authority *(Print Name / Title)*     *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____    _____
Reviewing Authority *(Print Name / Title)*     *(Signature/Date)*

11/06

O.R. ACTION PLAN

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE** **ATTORNEYS EYES ONLY**

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

_Instructions:_  For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____3.06____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
Inspected showering facilities in each housing area and verified compliance, interviewed 2 staff members and 2 offenders in each housing area and several stated that daily showers are not provided.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

_Instructions:_  In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Officers assigned to the Segregation Department will ensure that all offenders assigned are given the opportunity to shower daily. | Sgt. Roshonda Gonner | January 27, 2013 | January 9, 2013 |
| The Administrative Segregation Supervisor will ensure that all offenders are given the opportunity to shower daily. | Ms. Sandra Williams-Offender Records Supervisor | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell<br><br>Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |

_____Jeff Pringle_____          _____Signature_____  1-15-13

Senior Warden *(Print Name)*                    *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

_Instructions:_  The appropriate 'Reviewing Authority' shall:  document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or      ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. ___Jim Robson  Reg. 2 Director___          _____ 02-09-2013

   Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____          _____

   Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**APPENDIX 1064**                    **McCOLLUM 07337**

ATTORNEYS EYES ONLY

| O.R. ACTION PLAN | | 02.92 |
|---|---|---|
| | **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** | Form L |
| | *OPERATIONAL REVIEW ACTION PLAN* | |

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____3.05_____

_____Hutchins_____
I Init

**Finding** *(Describe the finding as it is stated in the follow-up report):*
Identified several I-216 forms that were incomplete as well as several I-201 forms that were not maintained in the offenders' files.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Upon completion of forms the documentation will be forwarded to Offender Records to be filed in a timely manner. | Sgt. Roshonda Gonner | January 27, 2013 | January 9, 2013 |
| Upon receipt of the documentation from the Administrative Segregation Department the Offender Records staff will file the forms in a timely manner. | Ms. Sandra Williams-Offender Records Supervisor | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |

_____Jeff Pringle_____
Senior Warden *(Print Name)*

_____(signature)_____  1-15-13
*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or ☐ Not Approved *(must provide comments).*

b. Comments: _____
_____
_____

d. _____Jim Robson  Reg. 2 Director_____   _____(signature)_____  02-09-2013
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____   _____
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

11/06

ATTORNEYS EYES ONLY

O.R. ACTION PLAN ED-02.92
Form L

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____3.01H_____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:

No Pre-Hearing Detention or Solitary Confinement at this time, identified Offender Goutreaux , Silton #1795352-SR, housed in K1-21 cell did not receive a Pre-Seg examination within 24 hours.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Hutchins Facility has a unit policy that the STG Sergeant will ensure that all newly assigned/received SR offenders complete that Intake process to include the Pre-Seg examination. | Sgt. John Mistretta STG Sergeant | January 27, 2013 | January 9, 2013 |
| This will be monitored for compliance by the Operational Review Sergeant | Sgt. Jason Stilwell Operational Review | January 27, 2013 | January 9, 2013 |
| | | | |
| | | | |
| | | | |

_Jeff Pringle_
Senior Warden *(Print Name)*

_Jeff Pringle_ 1-15-13
*(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or  ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _Tony Kosan   Reg. 2 Director_ _____ _02-09-203_
Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____   _____
Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**APPENDIX 1066**          **McCOLLUM 07339**

O.R. ACTION PLAN

ED-02.92
Form L

**ATTORNEYS EYES ONLY**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____16.01H____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
Visually inspected 10 items in the Kitchen and 10 items/areas throughout the facility: identified the "door frame" in the Boot Storage Room that has holes in the the in the base by the floor. Interviewed staff and offenders in the areas inspected.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The FSMIII will document the deficiency, report it to the FSMIV and ensure maintenance repairs the holes. | FSMIII Stephanie Lee, FSMIV Christopher Hernandez | October 7, 2012 | pending |
| The Administrative Segregation Supervisor will ensure that all offenders are given the opportunity to shower daily. | Ms. Sandra Williams-Offender Records Supervisor | October 7, 2012 | pending |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | October 7, 2012 | pending |
| | | | |
| | | | |

____Jeff Pringle____          ____(signature)____ 1-15-13
Senior Warden *(Print Name)*          *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or      ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. ____Jay Hodson Reg. 2 Director____          ____(signature)____ 02-09-2013
Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____          _____
Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**ATTORNEYS EYES ONLY**

O.R. ACTION PLAN

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____16.04____

Hutchins
Unit

**Finding** (*Describe the finding as it is stated in the follow-up report*):
Conducted an inspection on several barber shops while checking water temperatures and pressure: Officer Barber Shop has no hot water.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Administrative Lieutenant has placed the deficiency on an AD-84 form so that the Maintenance Department can correct the finding. | Lt. Delia Hale | November 15, 2012 | pending |
| This issue will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | November 15, 2012 | pending |
| | | | |
| | | | |

_____Jeff Pringle_____

Senior Warden (*Print Name*)

_____JPringle 1-15-13_____

(*Signature/Date*)

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☐ Approved (*may provide comments*); or ☐ Not Approved (*must provide comments*).

b. Comments: _____

_____

d. ____Jon Roson Reg. 2 Director_____    ____RL____ 02-09-2013
Reviewing Authority (*Print Name / Title*)    (*Signature/Date*)

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of (*date*): _____

b. _____    _____
Reviewing Authority (*Print Name / Title*)    (*Signature/Date*)

11/06

**APPENDIX 1068**

**McCOLLUM 07341**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____13.01H_____

_____Hutchins_____
Unit

**Finding** (*Describe the finding as it is stated in the follow-up report*):
Inspected dishwashers for Offender Dining Rooms: Final rinse temperatures are at 149 degrees, required temperature is 160 degrees.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The FSMIII will report the dishwashers on an AD-84 so that maintenance can correct the deficiency. | Food Service Managers | November 29, 2012 | pending |
| The FSMIV will ensure a work order number is received and tracked unit this deficiency is corrected. | FSMIV Christopher Hernandez | November 29, 2012 | pending |
| This issue will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | November 29, 2012 | pending |
| | | | |
| | | | |

_Jeff Pringle_
Senior Warden (*Print Name*)

_(3) Pringle 1-15-13_
(*Signature/Date*)

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and <u>forward copies at the various steps noted in ED-02.92</u>.

a. ☑ **Approved** (*may provide comments*); or  ☐ Not Approved (*must provide comments*).

b. Comments: _____

_____

_____

d. _J024 Epson) Reg. 2 Director_  _____  _02-09-2013_
Reviewing Authority (*Print Name / Title*)  (*Signature/Date*)

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of (*date*): _____

b. _____  _____
Reviewing Authority (*Print Name / Title*)  (*Signature/Date*)

11/06

**APPENDIX 1069**  **McCOLLUM 07342**

ATTORNEYS EYES ONLY

O.R. ACTION PLAN

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____13.07_____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
Inspected all hand-washing stations for compliance: All stations inspected had no hot water available.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The FSMIII will report the deficiency on an AD-84 form to Maintenance. | Food Service Managers | November 29, 2012 | pending |
| The FSMIV will ensure that Maintenance issues a work order number and corrects the deficiency in a timely manner. | FSMIV Christopher Hernandez | November 29, 2012 | pending |
| This issue will be monitored by the Operational Review Sergeant | Sgt. Jason Stilwell Operational Review | November 29, 2012 | pending |
| | | | |
| | | | |

_____JeFF Pringle_____          _____J H Pring 1-15-13_____

Senior Warden *(Print Name)*          *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and <u>forward copies at the various steps noted in ED-02.92.</u>

a. ☑ Approved *(may provide comments)*; or      ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _____Jim Epson  Reg. 2 Director_____        _____R._____  02-09-203

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____        _____

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**APPENDIX 1070**          **McCOLLUM 07343**

O.R. ACTION PLAN

ED-02.92
Form L

**ATTORNEYS EYES ONLY**

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### OPERATIONAL REVIEW ACTION PLAN

### I. FINDING REQUIRING CORRECTIVE ACTION

_**Instructions:**_ For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____14.13_____

Hutchins
Unit

**Finding** (_Describe the finding as it is stated in the follow-up report_):
Interviewed Laundry staff and offenders who handle chemicals and verified knowledge of proper use. Reviewed Inventories and MSDS documents and verified compliance: There were no PH Logs on file or being conducted.    (see attachment)

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

_**Instructions:**_ In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The LMIV will ensure that the required PH tests are conducted and documented as required. | LM IV Andrew Pendleton | November 24, 2012 | pending |
| The LMIV will conduct the PH tests for the week ASAP. | LM IV Andrew Pendleton | November 24, 2012 | pending |
| This issue will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | November 24, 2012 | pending |
| | | | |
| | | | |

_Jeff Pringle_ _____
Senior Warden (_Print Name_)

_____ _1-15-13_
(_Signature/Date_)

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

_**Instructions:**_ The appropriate 'Reviewing Authority' shall:  document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and _forward copies at the various steps noted in ED-02.92_.

a.  [✓] Approved (_may provide comments_); or          [ ] Not Approved (_must provide comments_).

b.  Comments: _____

_____

_____

d.  _Jim Robson   Reg 2 Director_ _____          _____ _02-09-2013_
Reviewing Authority (_Print Name / Title_)          (_Signature/Date_)

### IV. VALIDATION OF COMPLETION

a.  This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of (_date_): _____

b.  _____          _____
Reviewing Authority (_Print Name / Title_)          (_Signature/Date_)

11/06

O.R. ACTION PLAN       ED-02.92

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    **ATTORNEYS EYES ONLY** Form L

*OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

**Instructions:** *For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

Checklist # _____1.10_____           _____Hutchins_____
                                       Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*

I reviewed 90 days worth of forms and ensured compliant, inspected 10 forms from the Law Library and checked offender files: several forms weren't present in Inmate Records. No video or telephonic court hearings at this time.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

**Instructions:** *In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| Whenever the forms are completed the Access to Courts Supervisor will forward them to Offender Records to be filed. | Mrs. Pandora Cauley-Access to Courts Supervisor | December 16, 2012 | January 7, 2013 |
| Whenever the forms are received from Access to Courts they will be placed in the offender's unit file in a timely manner. | Ms. Sandra Williams-Offender Records Supervisor | December 16, 2012 | January 7, 2013 |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell<br><br>Operational Review | December 16, 2012 | January 7, 2013 |
| | | | |
| | | | |

_____Jeff Pringle_____         _____Jeff Pringle_____ 1-15-13
Senior Warden *(Print Name)*            *(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

**Instructions:** *The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or     ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. _____Jim Eason Reg. 2 Director_____       _____R_____ 02-09-203
Reviewing Authority *(Print Name / Title)*         *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____      _____
Reviewing Authority *(Print Name / Title)*       *(Signature/Date)*

11/06

ATTORNEYS EYES ONLY

| O.R. ACTION PLAN | | ED-02.92 |
|---|---|---|

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

*OPERATIONAL REVIEW ACTION PLAN*

Form L

## I. FINDING REQUIRING CORRECTIVE ACTION

**Instructions:** For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____1.01 a, b____                      ____Hutchins____
                                                                                Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:
I interviewed Chaplain Johnny Berry and checked postings throughout the offender housing areas: several buildings were missing the required postings. (see attachment)

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

**Instructions:** In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will ensure that all updated required postings are placed in areas that are accessible to offenders. | Chaplain Johnny Berry | December 29, 2012 | pending |
| This will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | December 29, 2012 | pending |
| . | | | |
| | | | |
| | | | |

____*Jeff Pringle*____                      ____*(signature)* 1-15-13____
Senior Warden *(Print Name)*                      *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

**Instructions:** The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and <u>forward copies at the various steps noted in ED-02.92</u>.

a. ☑ Approved *(may provide comments)*; or     ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. ____*Jim Roson Reg. 2 Director*____     ____*(signature)* 02-09-2013____
Reviewing Authority *(Print Name / Title)*                      *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____     _____
Reviewing Authority *(Print Name / Title)*                      *(Signature/Date)*

11/06

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

**Instructions:** For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #_____1.04 a,f_____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report)*:

*Inspected the Program Notebook and the Religious Program Schedule was from 11/2/11, the Volunteer Roster was from February 2012. Identified several Volunteer Description Forms that were missing and class/program rosters for offenders were not up to date.* (see attachment)

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

**Instructions:** In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will update the contents of the Program Notebook as stated in the checklist. | Chaplain Johnny Berry | December 16, 2012 | pending |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell<br><br>Operational Review | December 16, 2012 | pending |
| | | | |
| | | | |
| | | | |

_____ Jeff Primg _____        _____ Signature/Date 1-15-13 _____

Senior Warden *(Print Name)*        *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

**Instructions:** The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and <u>forward copies at the various steps noted in ED-02.92.</u>

a. ☑ Approved *(may provide comments)*; or        ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. _____ Jerry Epson Reg 2 Director _____        _____ Signature/Date 02-09-2013 _____
Reviewing Authority *(Print Name / Title)*        *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date)*: _____

b. _____        _____
Reviewing Authority *(Print Name / Title)*        *(Signature/Date)*

11/06

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY**
ED-02.92
Form L

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *OPERATIONAL REVIEW ACTION PLAN*

### I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____ 1.05 b _____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
Inspected the volunteer sign-in logs and checked VS00 screens for compliance: several CVCA's were not listed as such on the computer. Reviewed the training records on volunteers and verified there are no rule violations in the last 12 months.

### II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will update the VS00 screens to match the unit Volunteer Roster. | Chaplain Johnny Berry | December 16, 2012 | pending |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | December 16, 2012 | pending |
| | | | |
| | | | |
| | | | |

_____ *Jeff Pringle* _____          _____ *Pringle* 1-15-13 _____
Senior Warden *(Print Name)*                    *(Signature/Date)*

### III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or   ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

d. _____ *Jim Mason Reg. 2 Director* _____          _____ 02-09-2013 _____
Reviewing Authority *(Print Name / Title)*                    *(Signature/Date)*

### IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____          _____
Reviewing Authority *(Print Name / Title)*                    *(Signature/Date)*

11/06

**APPENDIX 1075**                    **McCOLLUM 07348**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92
Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

**Instructions:** *For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).*

| Checklist # __1.08 a,c__ |
|---|

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
*Reviewed inventory and it was from Fiscal Year 2011, several property items were not at the location listed on the inventory, no Deleted Property items at this time.*

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

**Instructions:** *In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.*

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will obtain the current Fixed Asset Inventory and update the Chaplaincy property inventory for all property items. | Chaplain Johnny Berry | December 16, 2012 | pending |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell Operational Review | December 16, 2012 | pending |
| | | | |
| | | | |
| | | | |

____Jeff Pringle____    ____(Signature) 1-15-13____
Senior Warden *(Print Name)*    *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

**Instructions:** *The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or     ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. ___Jim Rogers Reg. 2 Director___    ___R____    ___02-09-2013___
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____    _____
Reviewing Authority *(Print Name / Title)*    *(Signature/Date)*

11/06

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY**

ED-02.92
Form L

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist #____1.10 b____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
No Record Disposition Logs within the previous 12 months, several boxes of files on-hand were to be disposed is December 2011.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will purge files according to the Retention Schedule. | Chaplain Johnny Berry | December 16, 2012 | pending |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell  Operational Review | December 16, 2012 | pending |
| | | | |
| | | | |
| | | | |

_Jeff Pringle_____                    _Jeff Pringy 1-15-13_
Senior Warden *(Print Name)*                    *(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and forward copies at the various steps noted in ED-02.92.

a. ☑ Approved *(may provide comments)*; or   ☐ Not Approved *(must provide comments)*.

b. Comments: _____

_____

_____

d. __Jon Hobson Reg 2 Director__              __B____  02-09-2013
Reviewing Authority *(Print Name / Title)*              *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____        _____
Reviewing Authority *(Print Name / Title)*              *(Signature/Date)*

11/06

**APPENDIX 1077**                    **McCOLLUM 07350**

O.R. ACTION PLAN

**ATTORNEYS EYES ONLY** ED-02.92

Form L

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

*OPERATIONAL REVIEW ACTION PLAN*

## I. FINDING REQUIRING CORRECTIVE ACTION

*Instructions:* For each uncorrected 'finding' reported at the time of a follow-up division-level review, the Unit Senior Warden shall, within 20 days, develop an 'Operational Review Action Plan' (Sections I & II).

Checklist # _____1.15_____

Hutchins
Unit

**Finding** *(Describe the finding as it is stated in the follow-up report):*
Reviewed Staff Chaplain E-form Reports: the last on submitted was on 11/7/12-no other forms were available for review.

## II. TASKS / STEPS NECESSARY FOR CORRECTIVE ACTION

*Instructions:* In the order of anticipated completion dates, list the tasks/steps necessary to correct the finding, the staff responsible for completion, target date each is to be completed, and date each is completed.

| Tasks / Action Steps | Staff Responsible | Anticipated Completion Date | Date Completed |
|---|---|---|---|
| The Unit Chaplain will submit the reports on a monthly basis and create a file for audit purposes. | Chaplain Johnny Berry | December 16, 2012 | pending |
| This process will be monitored for compliance by the Operational Review Sergeant. | Sgt. Jason Stilwell<br>Operational Review | December 16, 2012 | pending |
| | | | |
| | | | |

_Jeff Pringle_

Senior Warden *(Print Name)*

_signature_ 1-15-13

*(Signature/Date)*

## III. REGIONAL DIRECTOR / MANAGER / PD REGIONAL SUPERVISOR REVIEW

*Instructions:* The appropriate 'Reviewing Authority' shall: document below their review of the proposed Action Plan; track each task/ action step until completed; provide validation of completion (see Section IV) within 30 days; and *forward copies at the various steps noted in ED-02.92.*

a. ☑ Approved *(may provide comments)*; or      ☐ Not Approved *(must provide comments).*

b. Comments: _____

_____

_____

d. _Jny Epson  Reg. 2 Director_     _signature_ — 02-09-2013

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

## IV. VALIDATION OF COMPLETION

a. This is to validate that the foregoing Action Plan was satisfactorily completed, and the finding corrected, as of *(date):* _____

b. _____     _____

Reviewing Authority *(Print Name / Title)*          *(Signature/Date)*

11/06

**ATTORNEYS EYES ONLY**

ED-02.92
Form B

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *INTER-OFFICE COMMUNICATION*

**TO:**       Warden Pringle                    **DATE:**       May 17, 2011
              Hutchins State Jail

**THRU:**     Keith Clendennen
              Manager II, Review & Standards

**THRU:**     Russell Bailey
              Manager I, Monitoring and Standards

**FROM:**     Tommy Gattis                      **SUBJECT:**    Division-Level
              Reviewer                                          Operational Review
              Monitoring and Standards

---

During April 2011, functional area proponents were scheduled to conduct operational reviews of your unit. The results of these reviews are categorized by functional area and are attached.

**Unit Warden:**  Immediately confirm receipt of this IOC to the M&S Office via email.  Unit Warden has 20 days from the date of receipt of this IOC to:
- Complete responses and action plans (Form C, Operational Review Manual), and
- Forward responses and action plans to the Reviewing Authority under a cover IOC (Form D, Operational Review Manual)

**Reviewing Authority** *(Regional Director or PFCMOD Deputy Director):*  Immediately confirm receipt of the Warden's responses and action plans to the M&S Office via email.  The Reviewing Authority has 10 days from the receipt of the Warden's response and action plans to:
- Review the Warden's responses and action plans, provide comments (as necessary), and sign the cover IOC *(Form D)*; and
- Ensure the responses and cover IOC are received by Monitoring and Standards**.

    ** *If using overnight mail or priority mail, address to:  TDCJ Monitoring and Standards, 1060 St. Hwy 190E, Huntsville, Texas  77340 (phone 936/437-4900).*

➢ ***State-operated units*:  Only send your responses.  DO NOT ATTACH support documentation (i.e., work orders; training rosters; IOC's; miscellaneous logs; copies of policies; etc) or proponents' reports, as we retain copies of those on file.**

ms/Attachments

xc:   * Robert Eason, Region II Director
        File

Rev. October 2010                    **APPENDIX 1079**                    **McCOLLUM 07352**

ATTORNEYS EYES ONLY

ED-02.02
Form A

APR 2 8 2011

MVY

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *INTER-OFFICE COMMUNICATION*

**To:** Jackie Edwards
Director,
ARRM Division

**Date:** April 22, 2011

**Thru:** Keith Clendennen
Manager,
Review & Standards

**Thru:** Elizabeth Boerlin
Program Administrator,
Risk Management

**From:** Jerry Bailey
Audit & Inspection Manager,
Risk Management

**Subject:** Division Level Operational Review
Hutchins Unit

---

**Unit:** __Hutchins__ ; **Review Conducted:** _____April 12, 2011_____
*(Month/Day/Year)*

**Functional Area Reviewed:** __Risk Management__

**Manual Chapter and Section Reference:** ____Chapter I, Section 8_____

**Total *'Applicable'* Checklist Questions:** _____15_____ (7 **High** + 8 **Other**)

---

- **INTRODUCTION:**

Jerry Bailey, Risk Management Audit and Inspection Manager, and Michelle Parker, Region II Risk Management Supervisor, conducted an on-site division level operational review at the Hutchins Unit on April 12, 2011. The review consisted of validating 15 Risk Management requirements or procedures with the use of TDCJ Risk Management Program Manual and a comprehensive inspection of the unit. The Risk Management Operational Review Checklist dated September 2010 was utilized to record results. Program Administration, Safety Training, Emergency Preparedness and Planning, Unit Comprehensive Inspections, Work Safe Programs and Accident Investigations were the primary areas of evaluation.

- **FINDING(S) REQUIRING CORRECTIVE ACTION:**

1. **8.02H: (D)** There are 8 RAC 2 deficiencies in the maintenance department:
    1. In the tool room, angle grinders #841 and #991 have damaged electrical cords.
    2. Lights in the maintenance area are not guarded.
    3. The battery charging cart in the too room has a damaged electrical cord.
    4. Electrical boxes in the back of the carpentry shop have missing knockouts.
    5. The conduit for the lights over the cabinet in the carpentry shop is damaged.
    6. The pedestal drill press in the welding shop has an unauthorized light added and the chuck will not return to the starting position.
    7. The pedestal grinder in the welding shop has missing safety guards.
    8. The compressed gas cylinders are not stored properly.

**ATTORNEYS EYES ONLY**

Page 2
Hutchins Unit
Division Level Operational Review
April 12, 2011

    **8.02H: (D)**   There are 2 RAC 2 deficiencies in the food service department:
1. Flexible gas lines are not protected on the gas fired equipment.
2. The emergency release for the vault in the bakery is inoperable.

    **8.02H: (D)**   There is 1 RAC 2 deficiency in the medical department:
1. The sharps cabinet was not secured.

2.   **8.05 H: (B)**   There are several fire drills missing in the second quarter, (Dec.-Feb. 2011)

3.   **8.07H: (B)**   The unit is not recording temperatures as required from 06:30 A. M. to 06:30 P.M.

- **SUMMARY:**

All RAC 2 deficiencies were repaired or down graded by April 15, 2011 as required by policy.

There were two observations made at the time of this audit:
1. There were employee drinks stored in the refrigerator in the medical lab.
2. The Unit Risk Manager is currently sharing an office with the yard squad, both employees and offenders are in this area when the Risk Manager is out of the office, due to the sensitive nature of Risk Management files the Risk Manager should have his own office space that can be secured when he is out in the unit.

The following program areas were found to be exceptional and exceed the minimum Risk Management Program requirements:

- The Unit Risk Manager provides training on "how to" conduct fire and safety inspections to Department Supervisors on a continuous basis.
- The Unit Fire and Evacuation Plan is highly detailed and includes specific details on evacuation and fire suppression for every functional area of the Unit.
- The functional Unit disaster drills are well documented, with complete scenarios and evaluations.

The cooperation between the unit department supervisors and the Unit Risk Manager promotes a safe working environment for staff and a safe and healthful working and living environment for offenders.

An out briefing was conducted with Warden Jeffery Pringle and the results of the review were discussed.

JLB

C: File (Risk Management/ARRM)

ATTORNEYS EYES ONLY

ED-02.92
Form A

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### FACILITIES DIVISION



MAY 1 2 2011

*Inter-Office Communication*

| | | | |
|---|---|---|---|
| **TO:** | Tommy Gattis<br>Reviewer<br>Monitoring and Standards Team | **DATE:** | May 12, 2011 |
| **THRU:** | Mike Bowling *MBowling  5-12-2011*<br>Director of Maintenance | | |
| **FROM:** | Bobby Bulloch *05/12/11*<br>Chief, Facilities Assessment | **SUBJECT:** | Division-Level<br>Operational Review |

**Unit:**  Hutchins                           **Review Conducted:**  April 11, 2011

**Functional Area Reviewed:**            Facilities (Maintenance)

**Manual Chapter and Section Reference:**            Chapter III, Sections 10-19

**Total *'Applicable'* Checklist Questions:**            37 (16 **High** + 21 **Other**)

### INTRODUCTION:

The Facilities Division Operational Review was conducted by team leader Judy Surette and team members Kim Bonvillion and Jim Neville.   This review evaluated Work Order Management, Inventory Management, Preventive Maintenance (PM) Management, Tool Management, Maintenance Management, Refrigerant Management, Procurement Card Management, AD-10.20 Program Management, Major Work Requests (MWR) Management, and Equipment Management.  An in briefing was provided for Assistant Warden Balden Polk and Maintenance Supervisor Jerry Pugh.  The exit briefing was held with Warden Jeffrey Pringle, Major Terry May, Maintenance Supervisor Jerry Pugh, and Maintenance Office Administrator Rosalyn Bain.  This exit briefing included a discussion of the findings requiring corrective action, observations and recommendations.

### FINDINGS REQUIRING CORRECTIVE ACTION:

| | |
|---|---|
| Work Order Management | Reviewed sixty Corrective Maintenance (CM) and forty Preventive Maintenance (PM) work orders.  These were selected at random from work orders closed in December 2010 through February 2011 and reviewed for accurate documentation of completion dates, work descriptions and parts costs. |
| 1.      Finding: | 10.01A  Of the one hundred randomly selected work orders reviewed, seven CM's and nine PM's work orders had incorrect completion dates.  Examples of these deficiencies are provided below: |

**ATTORNEYS EYES ONLY**

| WO Number | Labor Date | Completion Date |
|---|---|---|
| 209911001621 (CM) | 12/01/2010 | 12/06/2010 |
| 209911001383 (PM) | 12/07/2010 | 12/08/2011 |
| 209911001384 (PM) | No Date | 12/08/2010 |
| 209911001386 (PM) | 12/07/2010 | 12/08/2011 |
| 209911001786 (PM) | 01/05/2011 | 01/11/2011 |
| 209911001796 (PM) | No Date | 01/31/2010 |
| 209911001921 (PM) | 01/24/2011 | 01/28/2011 |

10.01B  Three CMs did not have a short detailed description of work performed.

| WO Number | Item | Description of Work Performed |
|---|---|---|
| 209911001622 (CM) | Lighting | Area Assist |
| 209911002130 (CM) | Sink | Information not entered into CMMS |
| 209911002776 (CM) | Exhaust Fan | No Description |

10.01C  One CM did not have parts/materials charged to the work order or note other source (i.e. bench stock).

| WO Number | Item | Description of Work Performed |
|---|---|---|
| 209911001645 (CM) | Lamps | Replaced 3 Halide Lamps |

**Inventory Management**

Compared automated maintenance system (CMMS) inventory records for thirty items with actual on hand inventory quantities and storage locations. Identified on hand inventory items with no CMMS issue cost or stated storage.

2.  **Finding**

11.01A  Six inventory item quantities in CMMS did not agree with actual on hand quantities. Examples of these deficiencies are provided below:

| Stock Number | Description | CMMS Quantity | Actual Quantity |
|---|---|---|---|
| 010-57-00201-4 | Insulation pipe 3/8" | 1 | 6 full & 4 pieces |
| 105-12-00000-1T | Bearing 5.9055 dia washer | 6 | 5 |
| 285-64-72012-7 | Switch, Rocker Single Pole | 18 | 15 |

11. 01B  Seven inventory item storage locations in CMMS did not agree with actual storage locations. Examples of these deficiencies are provided below:

| Stock Number | Description | CMMS Location | Actual Location |
|---|---|---|---|
| 150-15-21050-3 | Weld thread lock | Cab-A-1 | Unable to locate |
| 630-06-75026-7 | Silicone sealant clear | Cab Λ | Unable to locate |

3.

11.02A  Four inventory items had no issue cost in CMMS. Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 445-09-10200-1T | Blade circular saw 10" |
| 670-38-12144-7 | Adapter, C X M 1 ¼" X 1" Nominal |
| 725-55-00032 | Handsets W/32" Armored Cord |

**ATTORNEYS EYES ONLY**

11.02B   Two items had no stated location in CMMS.   Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 005-14-00000-1T | Cloth Roll, Abrasive OEM WS80136 |
| 285-58-00496 | Emergency Lighting Unit 2 Lamps 120/277V 6V Lamps #N1WH |

11.02C   Four items had no stated storage in CMMS.   Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 031-25-245-13-8 | Thermostat heat pump #4E034/3AY89 HVAC |
| 285-58-00496-2T | Emergency Lighting Unit 2 Lamps 120/277V 6V L |

**Preventative Maintenance (PM) Management**

Reviewed PM work orders completed in December 2010 through February 2011 for emergency generators to ensure weekly and monthly PM tasks were properly performed.   Reviewed the Equipment Item Files for stationary generators to verify that during the period February 2010 to February 2011 (twelve calendar months) unit maintenance had coolant tested (1st & 2nd year) and changed (3rd year).

4.   Finding:

**12.01H A**   Weekly emergency generator PMs were not completed within six calendar days of the scheduled start date.   The following deficiencies are identified:

| Equipment No. | WO Number | Start Date | Completion Date |
|---|---|---|---|
| P1010EMG01 | 11002583 | 02/15/11 | 03/01/2011 |
| P1010EMG01 | 11002584 | 02/22/10 | 03/03/2011 |

**12.01H B**   Monthly emergency generator PMs were not completed within the same month of the scheduled start date.   The following deficiencies were identified:

| Equipment No. | WO Number | Start Date | Completion Date |
|---|---|---|---|
| P2010EMG01 | 11002585 | 02/01/10 | 03/01/2011 |
| P4010EMG01 | 11002595 | 02/01/10 | 03/01/2011 |

5.   Finding:

**12.02H B**   All emergency generators did not have coolant tested or changed as required.   The following deficiencies were identified:

| Equipment No. | WO # | Deficiency |
|---|---|---|
| P1010EMG01 | N/A | No documentation of coolant changed or tested. |
| P2010EMG01 | N/A | No documentation of coolant changed or tested. |
| P3010EMG01 | N/A | No documentation of coolant changed or tested. |
| P5010EMG01 | N/A | No documentation of coolant changed or tested. |

**Tool Management**

Reviewed tools room operations including shadow boards, Tool Checkout Logs for the past 30 days prior to the Operational Review to include the day of the review.   Verified Master Tool Inventory List accuracy; checked sensitive and non-sensitive tool storage; and verified tool identification (engraved tool numbers) for a total of sixty tools.   Additionally, reviewed tool destruction documentation and the use of supplemental tool lists.

3

**APPENDIX 1084**                    **McCOLLUM 07357**

**ATTORNEYS EYES ONLY**

6.  Finding:  **13.01H**  Sensitive tools stored in the Sensitive Tool Cage were not shadowed. The following examples from 27 total deficiencies were identified:

| Location | Deficiency Description |
|---|---|
| Hot Room/Sensitive | A 55′ nylon rope not shadow boarded, no tag, and not on master tool inventory list. |
| Sensitive Cage | #0443 Airless Paint Hose, 50′ - Designated Sensitive on MTIL |
| Sensitive Cage | #0515 Extension Cord, 50′ - Designated Sensitive on MTIL |
| Sensitive Cage | #0712 Heavy Duty Garden Hose, 50′ - Designated Sensitive on MTIL |

7.  Finding:  **13.02H C.**  Sensitive tools were not issued only by a designated employee. The following deficiency was identified:

| | |
|---|---|
| Hot Room/Sensitive | No employees designated responsible for checking out tools. |

8.  Finding  **13.03H A**  The Master Tool Inventory List (MTIL) was not accurate. The following deficiencies were identified:

| Actual Location | MTIL (S/NS) Designation | Tool#/Description |
|---|---|---|
| Hot Room/Sen | NS | #718A/Rose Bud Tip |
| Hot Room/Sen | NS | #723/Rose Bud Tip |
| Hot Room/Sen | NS | #775/Torch Ends Set 3 PCS |

**13.03H B**  All tools were not properly engraved. The following deficiency was identified:

| Location | MTIL(S/NS) Designation | Deficiency |
|---|---|---|
| Tool Room | NS | Lanyard is engraved on one clasp 942 and 9422on the other clasp |

**13.03 H C**  Sensitive tools were not stored separately from non-sensitive tools. The following deficiencies were identified:

| Location | S/NS Tool | Deficiency Description |
|---|---|---|
| Hot Room | NS | 219 Flashlight |
| Hot Room | NS | 110 Nozzle, water garden hose brass |
| Hot Room | NS | 1938 Dremel tool |

9.  Finding  **13.04H**  Documentation of twice daily inspections. The following deficiencies were identified :

| Date | Page # | Tool Inventory Sheet | Deficiency |
|---|---|---|---|
| 04/13/11 | 4 | Hot Room/Sensitive | Tools checked indicates only once |
| 04/14/11 | 4 | Hot Room/Sensitive | No indication tools checked |
| 04/15/11 | 1, 2, 3, & 5 | Hot Room/Sensitive | Review conducted on 04/13/11 and 04/14/11 |

**APPENDIX 1085**                    **McCOLLUM 07358**

**ATTORNEYS EYES ONLY**

10.  Finding: Check this out

**13.05H E**  Tools were not approved for destruction by the Warden or designee prior to destruction. The following deficiency was identified:

| Tool No. | Tool Description | Deficiency |
|---|---|---|
| 6630 | Hose, air, 8ft | Destroyed without approval. Jerry Pugh appointed in writing as warden's designee effective 03/07/11. Tool destroyed 03/31/11 without warden or Mr. Pugh's approval. |

Maintenance Management

Reviewed Automated Maintenance System Equipment Item Files to ensure that all work orders were coded to specific equipment and all costs were reflected in the equipment history.  Verified the department had a Generator Refueling Plan.

11.  Finding:

**14.02A**  All replaced equipment was not retired in the Equipment Files and all replacement equipment was not established (set up) in the Equipment Item Files. The following examples from a total of fifteen deficiencies (items replaced with new/replacement equipment but the items replaced were not retired in the Equipment Item Files):

| Work Order No | Replaced Item |
|---|---|
| 209910000281 | Digital Recorder |
| 209910001590 | Digital Recorder |
| 209910000298 | Sump Pump |
| 209910000853 | Eyewash Station |
| 209910000278 | Camera # 16 |

**14.02B**  Equipment Item Files were not inclusive of all costs and did not reflect a complete history equipment.  The following examples from a total of sixteen deficiencies were identified (Corrective Maintenance work orders coded to general unit codes "UNT", "HVS," and "PLB" instead of the specific Automated Maintenance System Equipment Item Codes):

| Work Order # | Item | Required Code |
|---|---|---|
| 209910006188 | Backflow Preventer | BFP |
| 209910001636 | Clean all coils in kitchen | CDU |
| 209910001672 | Razor Wire | J & M Buildings |
| 209910003074 | Sump pump | SMP |
| 209910003593 | Backflow preventer | BFP |

12.  Finding:

**14.03F**  Required TDCJ policies were not current and/or on hand in the maintenance department. The following deficiency is identified:

| TDCJ Policy | Deficiency |
|---|---|
| Preventive Maintenance Manual | PM 2530-GTP01Q has not been updated to reflect the current mandatory PM 1530-GTP01M |

Procurement Card Management

Reviewed statements for February 2011 and March 2011 and associated purchasing documentation to ensure compliance with TDCJ Procurement Card Program and Facilities Maintenance requirements.  Tracked purchased parts/tools/equipment to verify items were entered into the CMMS inventory

5
**APPENDIX 1086**

**McCOLLUM 07359**

**ATTORNEYS EYES ONLY**

13.   Finding:

16.01   Purchased parts/tools/equipment were not brought into inventory.  The following deficiencies were identified:

| Tran Date | Stock No. | Description | Qty | UOM | Total |
|---|---|---|---|---|---|
| 01-11 | 740-59-30500-9T | Evaporator Motor | 1 | EA | 34.33 |
| 02-03 | 962-18 | Cable, 250' | 1 | Roll | 56.99 |
| 02-03 | 340-29 | Sleeve, 3/16 x 1" | 2 | Bag | 68.58 |
| 02-02 | No Stock No. | 11.5 oz De-Icer | 12 | EA | 23.88 |
| 02-17 | 405-51 | Oil, Hydraulic | 2 | EA | 59.90 |

14.   Finding:

16.02C   Two items were not charged to specific work orders.  The following deficiencies were identified:

| Tran Date | Stock No. | Description | Work Order |
|---|---|---|---|
| 01-11 | 740-59-30500-9T | Evaporator Motor | 209911000358 |
| 02-17 | 405-51 | Oil, Hydraulic | 209911002740 |

**AD-10.20 Management**

Reviewed March 2010 AD-10.20 records for Food Service, Laundry and Security (D Block).  Verified AD-10.20 Representatives were properly completing the Daily Inspection Log (AD-84) and the Yearly Work Order Log (YWOL).

15.   Finding:

17.01   AD-84s were not being properly completed for each work day.  The following deficiencies were identified:

| Department | Deficiency |
|---|---|
| Security (D Bldg) | All areas inspected not noted on the following dates: 03/01/11 - 03/06/11, 3/08/11, 03/10/11-03/31/11. |
| Laundry | All areas inspected not noted on the following dates: 303/01/11-03/01/11, 03/07/11-03/11/11, 03/14/00-03/18/11, 03/21/11-03/25/11, 03/28/11-03/31/11. |

16.   Finding:

17.02   YWOLs were not being properly completed.  The following deficiencies were identified:

| Department | Deficiency |
|---|---|
| Security (D Bldg) | Supervisors not documenting weekly inspections on YWOL (no March 2011 entries). |
| Food Service | Supervisors not documenting weekly inspections on YWOL (No March 2011 entries) |

**Equipment Maintenance Electrical - Security Surveillance Systems (Cameras, Monitors, and Video Switching Units)**

Ensured randomly selected cameras were numbered in accordance with TDCJ policy and monitors were showing a clear and viewable image from camera location.  Ensured light poles were identified and numbered in accordance with TDCJ policy and all lights were identified on a map developed by unit maintenance.

17.   Finding:

19.02A   CMMS numbers for four cameras did not agree with actual camera makings.  The following deficiencies were identified:

| Building | CMMS Number | Actual Camera Markings |
|---|---|---|
| K- Building | K0000CMR03 | CMR06 |
| K- Building | K0000CMR04 | CMR05 |
| K- Building | K0000CMR05 | CMR04 |

**ATTORNEYS EYES ONLY**

K- Building          K0000<u>CMR06</u>                    CMR03

19.02B  Monitors are not showing clear viewable images from camera locations. The following deficiency was identified:

| Equipment #/Description | Deficiency |
|---|---|
| K0C1STVM02/TV Monitor | Non operational with no open CM |

Equipment Maintenance Mechanical - Food Service and Ansul Suppression Equipment

Checked randomly selected food service equipment for serviceability.

18.    Finding:

19.04B  Food Service equipment not bolted to the floor requires a lanyard.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KBRA01/Brasing Pan | Gas fired equipment without lanyard in place |

19.04C   Food Service refrigeration equipment requires maintenance.  The following deficiencies were identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KFRG07/Refrigerator | Replace Door Sweeps |
| Main Kitchen | T001KFRG08/Refrigerator | Replace Door Sweeps |
| Main Kitchen | T001KFRZ01/Freezer | Replace Door Seal |

19.04D   Food Service refrigeration equipment not maintaining proper temperatures.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KFRG08/Refrigerator | Not maintaining required temperatures (42° & should be 34° to 38°) |
| Main Kitchen | T001KFRZ01/Freezer | Not maintaining required temperatures (11° & should be 0° to 10°) |

19.04H   All Food Service gas fired equipment does not have posted required inspections.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | Self Contained Gas Fired Steam Kettles | See details at http://www.license.state.tx.us/boilers/blrlaw.htm |

19.04J  All fire suppression caps were not in place as required.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | Fire Suppression System | Missing one cap |

**APPENDIX 1088**                                      **McCOLLUM 07361**

**ATTORNEYS EYES ONLY**

| | |
|---|---|
| Equipment Maintenance Plumbing - Water Heaters, Steam Boilers, Feed Water Tanks, continuous Blow Down Assembly, and Deaerating Tanks | Checked randomly selected water heater, steam boilers, feed water tanks, continuous blow down assembly, and deaerating tanks for serviceability. |

19    Finding:

19.06A  Plumbing equipment was not free of leaks.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | B0010WTH02/Water Heater | Leak at base of tank (rusting) |

**SUMMARY:**

Warranty was discussed to ensure that the Maintenance Department creates a file of warranty documents for all new, rebuilt, and direct replacement equipment.  The location of the warranty documents should be entered in CMMS on the Equipment Item File note pad.  The Maintenance Department should ensure warranty is used when applicable in lieu of FBBP funds.  The findings 17.01 and 17.02 in the AD-10.20 Program were beyond the control of the Maintenance Department.

Attachments

cc:    Frank Inmon, Director, Facilities Division, w/o Attachments
       Tommy Vian, Deputy Director of Maintenance, w/o Attachments
       Bill Reynolds, Manager, Region II Maintenance, w/o Attachments
       Maintenance Office File w/o Attachments
       Hutchins Unit File

**ATTORNEYS EYES ONLY**

MAY 0 6 2011

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### *INTER-OFFICE COMMUNICATION*

| | | | |
|---|---|---|---|
| **TO:** | Monitoring and Standards | **DATE:** | May 6, 2011 |
| **THRU:** | Jan Thornton<br>Director<br>Human Resources Division | | |
| **FROM:** | John Dunphy<br>Section Director<br>Administrative Support | **SUBJECT:** | Division-Level<br>Operational Review<br>for the Hutchins State Jail |

Unit _____ Hutchins _____     Review Conducted:  April 29, 2011 _____

**Functional Area Reviewed:**    Human Resources _____

**Manual Chapter and Section Reference:** Chapter Four, Sections 1 through 13 _____

**Total *'Applicable'* Checklist Questions:** _____ 71 _____ ( _0_ High + _71_ Other)

- **INTRODUCTION:**

On April 29, 2011, a Division-Level Human Resources Operational Review was conducted at the Hutchins State Jail by Denise Thompson.  Larry Kines manages the Hutchins State Jail Human Resources office.  Mr. Kines and his staff were professional and receptive to suggestions for operational improvement.

**FINDING(S) REQUIRING CORRECTIVE ACTION:**

Employee Grievances:

A review of twenty (20) files revealed the below listed finding:

1.    Finding:        Standard 5.06 – In six (6) employee grievance files, the Step 1 response was not faxed to Intake within seven days of the response date.

Workers' Compensation:

A review of the fourteen (14) total reportable injuries for the Hutchins State Jail that occurred between March 1, 2010 through February 28, 2011 revealed the below listed finding:

2.    Finding:        Standard 9.01 – Four (4) Primary First Reports of Injury were not submitted within the required time frame.

**SUMMARY:**    Of the 13 categories reviewed, a total of two (2) findings were cited in Employee Grievances (1), and Workers' Compensation (1).

**ATTORNEYS EYES ONLY**

MAY 03 2011

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INTER-OFFICE COMMUNICATIONS

| | | | |
|---|---|---|---|
| **TO:** | Tommy Gattis<br>Reviewer<br>Monitoring and Standards Team | **DATE:** | April 26, 2011 |
| **THRU:** | Tina Cope, Program Supervisor II<br>Correctional Training/Staff Development | | |
| **FROM:** | Rita Brown, Training Auditor<br>Correctional Training/Staff Development | **SUBJECT:** | Division-Level<br>Operational Review |

**Unit:** Hutchins        **Review Conducted:**    04-14-11

**Functional Area Reviewed:**    Correctional Training/Staff Development

**Manual Chapter and Section Reference:**    Chapter V, Sections 1 through 4

**Total 'Applicable' Checklist Questions:**     10    ( 1 High + 9 Other)

- **INTRODUCTION:**

Rita Brown of Correctional Training/Staff Development conducted an on-site operational review of employee training records at the Gurney Unit. This review included training conducted in the following areas: Unit On-the-Job Training (OJT), In-Service Training, and Unit Training and Staff Development. This review was conducted in accordance with the Operational Review Manual, dated September 2005 (Rev. 8), Chapter V, Sections 1, 2 and 3. The review included an assessment of the OJT files, TNG-100, TNG-99, and training database documentation (TRNELS screen).

- **FINDING(S) REQUIRING CORRECTIVE ACTION:**

1. Finding:        (1.02) The Primary or an Assistant Field Training Officer (FTO) did not attend the first Quarterly FTO Workshop for FY10 conducted at the Region II training academy on 09-20-10.

2. Finding:        (1.04A) The personnel files of 12 employees, who were listed as mentors on the TNG-100s, were reviewed and the following deficiencies were noted.

       (A) The personnel file of the following 7 employees did not contain a letter of mentor appointment:

| | | |
|---|---|---|
| Loretta Burrell | Steven Greene | Olalekan Odewole |
| Kamilah Coger | Delia Hale | Lisa Roberts |
| | | Patricia Wood |

**APPENDIX 1091**            **McCOLLUM 07364**

ATTORNEYS EYES ONLY

Division-Level Operational Review
Hutchins Unit
April 14, 2011
Page 2 of 2

3.  Finding:    (1.05B,E,F) The TNG-100s of the following 8 employees were reviewed for completion and accuracy, and the following deficiencies were observed:

| | |
|---|---|
| Owolabi Babalola | Marline McGuire |
| Brantley Bonnesen | Matthew Nemelka |
| Christy Dean | Akinloye Oyerinde |
| Tawanya McFarlin | Taza Williams |

(B) Every block of instruction was not documented completely and accurately.
- Three TNG-100s were missing both the trainer and trainee's initials for every block of instruction.
- The trainer and trainee's initials were signed in the wrong place on TNG-100s
- The FTO did not assign the new employees to certified mentors for the duration of the 48-hour mentor observation period.

(E) Each set of signed initials does not match trainers' and trainee's names on 2 of the 8 TNG-100s.

(F) The Phase I certification (Side 1) did not contain the employee's information on 2 of the 8 TNG-100s.

**SUMMARY:**

I would like to acknowledge Field Training Officer Lisa Roberts for her assistance and cooperation during the FTO/OJT segment of the audit. I would especially like to thank Mr. Larry Kines and the Human Resources staff for all of their assistance and for accommodating me during the audit. Additionally, I would like to express my gratitude to Senior Warden Jeff Pringle, Assistant Warden Balden Polk, and the rest of their staff at Hutchins Unit for their hospitality during the audit.

Enclosure

cc: Michael Mackey, Training Specialist V
    Major Angela Dean, Region II Training Academy
    Sergeant Keith Rodney, OJT Program Coordinator
    File

ATTORNEYS EYES ONLY

Texas Department of Criminal Justice
## Correctional Institutions Division
### *Inter-Office Communications*



| | | | |
|---|---|---|---|
| **To:** | Monitoring and Standards | **Date:** | June 8, 2011 |
| **From:** | Jeff Pringle<br>Warden<br>Hutchins State Jail | **Subject:** | Division-Level<br>Operational Review |

**RESPONSES / ACTION PLANS** to findings noted by proponents during the Division-Level Operational Review of the Hutchins State Jail are attached.

**SUMMARY:** The Hutchins State Jail would like to thank the Division-Level Audit Team for conducting a thorough audit of all the departments during the 2011 audit. Your attention to detail helped us identify problem areas and formulate corrective actions which will ultimately enhance the safety and security of the facility as a whole.

**COORDINATION:**

**Warden:** ___Jeff Pringle___
(Print Name)

_____ June 8, 2011
(Signature/Date)

Justification for Submission in excess of 20 days (if needed): _____

_____

**Reviewing Authority:** _Jay Epson_
(Print Name)

_____ 06-09-20__
(Signature/Date)

Comments: _Warden Pringle and his team are doing a great job in identifying deficiencies within the facility. Jeff will conduct follow-up reviews to ensure the deficiencies are being addressed appropriately._

Justification for Submission in excess of 10 days (if needed): _____

_____

Attachments:

**APPENDIX 1093**

McCOLLUM 07366

ATTORNEYS EYES ONLY

DEPARTMENT / FUNCTIONAL AREA:   Risk Management

MANUAL CHAPTER AND SECTION REFERENCE:   Chapter I Section 8

| | Finding 1:  8.02H (D) | | | |
|---|---|---|---|---|
| | *There are 8 RAC 2 deficiencies in the maintenance department 2 in the Food Service Dept. and one in the medical Dept.:* | | | |
| | *Agree_____    Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Damaged Cords to angle grinders #841 and # 941 have been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | Fluorescent lighting in the maintenance department have been fitted with protective sleeves/guards. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Cord to battery charge unit in tool room repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 4. | Missing knockouts to electrical boxes in the carpentry shop has been replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 5 | Conduit for lights over cabinet in carpentry shop has been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 6 | Light removed from pedestal drill press in the welding shop and chuck return mechanism repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 7. | Missing safety guards fabricated and installed on pedestal grinder in the weld shop. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 8 | Compressed gas cylinders reorganized and staked according to safety regulations. Barrier wall extended. | Roy Storie | 04/15/2011 | 04/15/2011 |
| | | | | |

| | Finding1 :  8.02 H (D) | | | |
|---|---|---|---|---|
| | *2 deficiency in the medical and food department* | | | |
| | *Agree_____    Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Gas operated equipment in the Food Service Department has been bolted down or safety cables have been attached. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | The emergency releases for the bakery vault have been refurbished or replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Additional training has been given to UTMB medical personnel pertaining to the Sharps Cabinet. | Roy Storie | 04/15/2011 | 04/15/2011 |

**ATTORNEYS EYES ONLY**

| Finding 2:  8.05H (B) | | | | |
|---|---|---|---|---|
| There are several fire drills missing in the second quarter, (Dec.-Feb. 2011) | | | | |
| _____ Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.) | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
| 1. | The number of Fire Drills required per location and shifts have been met for the 3rd quarter (March-May) | Roy Storie | 05/31/2011 | 05/31/2011 |
| 2. | | | | |
| 3. | | | | |

| Finding 3:  8.07H (B) | | | | |
|---|---|---|---|---|
| The unit is not recording temperatures as required from 06:30 a.m. to 06:30 p.m. | | | | |
| _____ Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.)      . | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
| 1. | A hand held electronic temperature and humidity instrument will be used to take reading from 6:30 am – 6:30 pm. Two permanently mounted instruments will be purchased for future recordings. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

ED-02.92
Form A

APR 2 8 2011

IVY

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INTER-OFFICE COMMUNICATION

**To:**  Jackie Edwards
Director,
ARRM Division

**Date:**  April 22, 2011

**Thru:**  Keith Clendennen
Manager,
Review & Standards

**Thru:**  Elizabeth Boerlin
Program Administrator,
Risk Management

**From:**  Jerry Bailey
Audit & Inspection Manager,
Risk Management

**Subject:**  Division Level Operational Review
Hutchins Unit

---

Unit:  __Hutchins__  ;  **Review Conducted:**  ____April 12, 2011____
                                                    *(Month/Day/Year)*

**Functional Area Reviewed:**  __Risk Management__

**Manual Chapter and Section Reference:**  ___Chapter I, Section 8___

**Total *'Applicable'* Checklist Questions:**  _____15_____   (7  **High**  +  8  **Other**)

---

- **INTRODUCTION:**

Jerry Bailey, Risk Management Audit and Inspection Manager, and Michelle Parker, Region II Risk Management Supervisor, conducted an on-site division level operational review at the Hutchins Unit on April 12, 2011. The review consisted of validating 15 Risk Management requirements or procedures with the use of TDCJ Risk Management Program Manual and a comprehensive inspection of the unit. The Risk Management Operational Review Checklist dated September 2010 was utilized to record results. Program Administration, Safety Training, Emergency Preparedness and Planning, Unit Comprehensive Inspections, Work Safe Programs and Accident Investigations were the primary areas of evaluation.

- **FINDING(S) REQUIRING CORRECTIVE ACTION:**

1.    **8.02H: (D)**    There are 8 RAC 2 deficiencies in the maintenance department:
   1.  In the tool room, angle grinders #841 and #991 have damaged electrical cords.
   2.  Lights in the maintenance area are not guarded.
   3.  The battery charging cart in the too room has a damaged electrical cord.
   4.  Electrical boxes in the back of the carpentry shop have missing knockouts.
   5.  The conduit for the lights over the cabinet in the carpentry shop is damaged.
   6.  The pedestal drill press in the welding shop has an unauthorized light added and the chuck will not return to the starting position.
   7.  The pedestal grinder in the welding shop has missing safety guards.
   8.  The compressed gas cylinders are not stored properly.

APPENDIX 1098                    MCCOLLUM 07369

ATTORNEYS EYES ONLY

Page 2
Hutchins Unit
Division Level Operational Review
April 12, 2011

**8.02H: (D)**   There are 2 RAC 2 deficiencies in the food service department:
1. Flexible gas lines are not protected on the gas fired equipment.
2. The emergency release for the vault in the bakery is inoperable.

**8.02H: (D)**   There is 1 RAC 2 deficiency in the medical department:
1. The sharps cabinet was not secured.

2. **8.05 H: (B)**   There are several fire drills missing in the second quarter, (Dec.-Feb. 2011)

3. **8.07H: (B)**   The unit is not recording temperatures as required from 06:30 A. M. to 06:30 P.M.

- **SUMMARY:**

All RAC 2 deficiencies were repaired or down graded by April 15, 2011 as required by policy.

There were two observations made at the time of this audit:
1. There were employee drinks stored in the refrigerator in the medical lab.
2. The Unit Risk Manager is currently sharing an office with the yard squad, both employees and offenders are in this area when the Risk Manager is out of the office, due to the sensitive nature of Risk Management files the Risk Manager should have his own office space that can be secured when he is out in the unit.

The following program areas were found to be exceptional and exceed the minimum Risk Management Program requirements:

- The Unit Risk Manager provides training on "how to" conduct fire and safety inspections to Department Supervisors on a continuous basis.
- The Unit Fire and Evacuation Plan is highly detailed and includes specific details on evacuation and fire suppression for every functional area of the Unit.
- The functional Unit disaster drills are well documented, with complete scenarios and evaluations.

The cooperation between the unit department supervisors and the Unit Risk Manager promotes a safe working environment for staff and a safe and healthful working and living environment for offenders.

An out briefing was conducted with Warden Jeffery Pringle and the results of the review were discussed.

JLB

C: File (Risk Management/ARRM)

APPENDIX 1097                    MCCOLLUM 07370

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA:      Facilities (Maintenance)

MANUAL CHAPTER AND SECTION REFERENCE:      Chapter III  Section 10-19

| *Finding 1: 10.01A-C* |
|---|
| *10.01A  Of the one hundred randomly selected work orders reviewed, seven CM's and nine PM's work orders had incorrect completion dates. Examples of these deficiencies are provided below:*<br>*10.01B  Three CM's did not have a short detailed description of work performed.*<br>*10.1C  One CM did not have parts/materials charged to the work order or note other source (i.e. bench stock)* |

_____ Agree      _____ Disagree *(If disagree, provide justification or policy references to support disagreement.*

| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
|---|---|---|---|---|
| 1. | Ensure CMMS Data Entry's are reviewed weekly by the office coordinator (R. Bain) or myself (J. Pugh) continue training with the coordinator and office clerks. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Ensure work orders descriptions are being entered correctly into CMMS spot checks entries. Ensure CMMS Data Entries include Dates, Description and material used. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Approximately 10% reviewed weekly by the office Coordinator or supervisor and an email will be sent to HJ administration stating the entries were checked for accuracy. | J. Pugh | 07/01/11 | 07/01/11 |

**ATTORNEYS EYES ONLY**

| | Finding 2: 11.01A-B | | | |
|---|---|---|---|---|
|  | *11.01A  Six inventory item quantities in CMMS did not agree with actual on hand quantities. Examples of these deficiencies are provided below:*<br>*11.01B Seven inventory item storage locations in CMMS did not agree with actual storage locations. Examples of these deficiencies are provided below:* |
|  | Agree _____        Disagree (If disagree, provide justification or policy references to support disagreement. |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Restricted access to warehouse, run weekly cycle. | J. Pugh | 07/01/11 | 05/02/11 |
| 2. | Restricted access to warehouse, Unit Armory. Removed keys from technicians, key rings. Conduct weekly cycle counts, when the count is requested it will be given to staff member and reviewed or spot checked by office coordinator or myself. | J. Pugh | 07/01/11 | 05/02/11 |
| 3. | This will be reviewed and an email sent to HJ Administration. IOC from Officer Roberts stating that she removed the keys. At present time we are generating a 75 item cycle count everyday. This count is being given to the person assigned to the warehouse and calculated daily. At 75 items per day in a month time, the entire warehouse will have been counted. | J. Pugh | 07/01/11 | 07/01/11 |

| | Finding 3:  11.02A C | | | |
|---|---|---|---|---|
|  | *11.02A Four inventory items had no issue cost in CMMS. Examples of these deficiencies are provided below:*<br><br>*11.02B Two items had no stated location in CMMS. Examples of these deficiencies are provided below:*<br><br>*11.02C Four items had no stated storage in CMMS. Examples of these deficiencies are provided below:* |
|  | Agree _____        Disagree (If disagree, provide justification or policy references to support disagreement. |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure CMMS Data is complete and correct on materials brought in. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Review CMMS Data/Warehouse locations CMMS Data/Cycle Counts | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Ms. Bain has been instructed to run a monthly CMMS report to ensure all on hand items have a issue count and a valid storage locations | J. Pugh | 04/29/11 | 04/15/11 |

**ATTORNEYS EYES ONLY**

| | Finding 4: 12.01 H A-B | | | |
|---|---|---|---|---|
| *12.01A Weekly emergency generator PM's were not completed within six calendar days of the scheduled start date. The following deficiencies are identified:* | | | | |
| *12.01B Monthly emergency generator PMs were not completed with in six calendar days of the scheduled start date. The following deficiencies are identified:* | | | | |

**Finding 4: 12.01 H A-B**

*12.01A Weekly emergency generator PM's were not completed within six calendar days of the scheduled start date. The following deficiencies are identified:*

*12.01B Monthly emergency generator PMs were not completed with in six calendar days of the scheduled start date. The following deficiencies are identified:*

Agree_____  Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Instructed office coordinator to ensure work orders close dates are the same as the labor date. Monitor all CMMS Data, ensure technician is closing PMs in proper time frame. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Additional training will be given to all Technicians on reading of and priority coding on PMS. | J. Pugh | 04/15/11 | 04/15/11 |

**Finding 5: 12.02 B**

*12.02H B All emergency generators did not have coolant tested or changed as required. The following deficiencies were:*

Agree_____  Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Ensure PM Time Frames and Tasks are met. Open work orders to change coolant in Emergency Generators. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

| | Finding 6: 13.01H | | | |
|---|---|---|---|---|
| | 13.01H Sensitive tools stored in the Sensitive Tool Cage were not shadowed | | | |
| | Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.<br>HEAD<br>RESPONSIBLE** | **TARGET<br>DATE** | **DATE<br>COMPLETED** |
| 1. | Ensure tool rooms are properly shadowed. Update MTIL. Region Maintenance assisted with tool module in CMMS | J. Pugh | 07/01/11 | 06/07/11 |
| 2. | | | | |
| 3. | | | | |

| | Finding 7: 13.02H | | | |
|---|---|---|---|---|
| | 13.02H C. Sensitive tools were not issued only by a designated employee.  The following deficiency was identified: | | | |
| | Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.<br>HEAD<br>RESPONSIBLE** | **TARGET<br>DATE** | **DATE<br>COMPLETED** |
| 1. | Tool Issue and inventory will be assigned monthly to a craftsman. In their absent, Mr. Pugh or Mrs. Bain will complete the work. Inventories will be reviewed weekly by the office administration and an email to the warden's office. | J. Pugh | 07/01/11 | 06/01/11 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1101**          **McCOLLUM 07374**

**ATTORNEYS EYES ONLY**

| Finding 8: 13.03H | | | | |
|---|---|---|---|---|
| 13.03H A The Master Tool Inventory List (MTIL) was not accurate. The following deficiencies were identified: 13.03H B All tools were not properly engraved. The following deficiency was identified: 13.03H C Sensitive tools were not stored separately from non-sensitive tools. The following deficiencies were identified: | | | | |
| Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | MTIL has been corrected to reflect 3.19 non sensitive tools relocated. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Review Tool room inventories, spot check carts and tool rooms. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Co-Mingling of tools / sensitive and non corrected – review 3.19 | J. Pugh | 04/15/11 | 04/15/11 |

| Finding 9: 13.04H | | | | |
|---|---|---|---|---|
| 13.04H Documentation of twice daily inspections. The following deficiencies were identified: | | | | |
| Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure Tool Inventories are maintained properly. Monthly assignments and rotation of craftsman for being responsible for inventories and issue of tools from shared locations. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | In the event of scheduled day off or call in, the task of inventory and issue will be assigned. The technician will initial under the column for the day they were issued. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

| Finding 10:13.05H | | | | |
|---|---|---|---|---|
| 13.05H E Tools were not approved for destruction by the Warden or designee prior to destruction. The follwing deficiency was identified: | | | | |
| Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | IOC Placed in destruction log book stating Jerry R. Pugh Maintenance Supervisor as the designee to approve destruction. | J. Pugh | 04/15/11 | 04/13/11 |
| 2. | | | | |
| 3. | | | | |

| Finding 11: 14.02 | | | | |
|---|---|---|---|---|
| 14.02A  All replaced equipment was not retired in the Equipment Files and all replacement equipment was not established (set up) in the Equipment Item Files.  The following examples from a total of fifteen deficiencies (items replaced with new/replacement equipment but the items replaced were not retired in the Equipment Item Files): | | | | |
| 14.02B  Equipment Item Files were not inclusive of all costs and did not reflect a complete history equipment.  The following examples from a total of sixteen deficiencies were identified (Corrective Maintenance work orders coded to general unit codes "UNT", "HVS" and "PLB" instead of the specific Automated Maintenance System Equipment Item Codes): | | | | |
| Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure CMMS Data is being updated and replaced equipment retired. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Ensure CMMS Data is including dollars amount brought in with proper coding. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Office Coordinator will review 10% weekly to ensure accurate and complete Data is being entered. | J. Pugh | 04/15/11 | 04/15/11 |

**APPENDIX 1103**          **McCOLLUM 07376**

**ATTORNEYS EYES ONLY**

| Finding 12: 14.03 | | | |
|---|---|---|---|
| *14.03F Required TDCJ policies were not current and/or on hand in the maintenance department. The following deficiency is identified:* | | | |
| ___ Agree ___ Disagree *(If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Ensure TDCJ Policies are up to date. Office coordinator is to ensure that when new policy revisions are received they are placed in the office manual. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

| Finding 13: 16.01 | | | |
|---|---|---|---|
| *16.01 Purchased parts/tools/equipment were not brought into inventory. The following deficiencies were identified:* | | | |
| ___ Agree ___ Disagree *(If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Ensure CMMS entries are complete. Conduct additional training for both the office coordinator and offender clerks. Office coordinator will review 10% of data weekly. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

| Finding 14:16.02 | | | |
|---|---|---|---|
| *16.02C Two items were not charged to specific work orders. The following deficiencies were identified:* | | | |
| ___ Agree ___ Disagree *(If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Office coordinator will review CMMS Data. 10% of Data will be reviewed weekly, Office coordinator will ensure proper coding and charging of material. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

ATTORNEYS EYES ONLY

| Finding 15: 17.01 | | | |
|---|---|---|---|
| 17.01  *AD-84's were not being properly completed for each work day.  The following deficiencies were identified:* | | | |
| *Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Additional training to ensure 10-20 Officer is reviewing AD84s daily. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

| Finding 16: 17.02 | | | |
|---|---|---|---|
| 17.02  *YWOLs were not being properly completed.  The following deficiencies were identified:* | | | |
| *Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Ensure 10-20 Officer is conducting all required walkthroughs.  Training on required logs and documentation. | J. Pugh | 07/01/11 | 07/01/11 |
| 2. | | | |
| 3. | | | |

| Finding 17: 19.02 | | | |
|---|---|---|---|
| 19.02A  *CMMS numbers for four cameras did not agree with actual camera makings.  The following deficiencies were identified:* | | | |
| 19.02B  *Monitors are not showing clear viewable images from camera locations.  The following deficiency was identified:* | | | |
| *Agree _____ Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Ensure Camera numbers match CMMS Data. | J. Pugh | 07/01/11 | 06/08/11 |
| 2. Ensure to do training on reporting deficiencies | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | |

**ATTORNEYS EYES ONLY**

ED-02.92
Form A

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## FACILITIES DIVISION

MAY 1 2 2011

### *Inter-Office Communication*

| | | | |
|---|---|---|---|
| **TO:** | Tommy Gattis<br>Reviewer<br>Monitoring and Standards Team | **DATE:** | May 12, 2011 |
| **THRU:** | Mike Bowling<br>Director of Maintenance | | |
| **FROM:** | Bobby Bulloch<br>Chief, Facilities Assessment | **SUBJECT:** | Division-Level<br>Operational Review |

| | | | |
|---|---|---|---|
| **Unit:** | Hutchins | **Review Conducted:** | April 11, 2011 |

**Functional Area Reviewed:**    Facilities (Maintenance)

**Manual Chapter and Section Reference:**    Chapter III, Sections 10-19

**Total *'Applicable'* Checklist Questions:**    37 (16 **High** + 21 **Other**)

### INTRODUCTION:

The Facilities Division Operational Review was conducted by team leader Judy Surette and team members Kim Bonvillion and Jim Neville.  This review evaluated Work Order Management, Inventory Management, Preventive Maintenance (PM) Management, Tool Management, Maintenance Management, Refrigerant Management, Procurement Card Management, AD-10.20 Program Management, Major Work Requests (MWR) Management, and Equipment Management.  An in briefing was provided for Assistant Warden Balden Polk and Maintenance Supervisor Jerry Pugh.  The exit briefing was held with Warden Jeffrey Pringle, Major Terry May, Maintenance Supervisor Jerry Pugh, and Maintenance Office Administrator Rosalyn Bain.  This exit briefing included a discussion of the findings requiring corrective action, observations and recommendations.

### FINDINGS REQUIRING CORRECTIVE ACTION:

| | |
|---|---|
| Work Order Management | Reviewed sixty Corrective Maintenance (CM) and forty Preventive Maintenance (PM) work orders.  These were selected at random from work orders closed in December 2010 through February 2011 and reviewed for accurate documentation of completion dates, work descriptions and parts costs. |
| 1.    Finding: | 10.01A  Of the one hundred randomly selected work orders reviewed, seven CM's and nine PM's work orders had incorrect completion dates.  Examples of these deficiencies are provided below: |

**ATTORNEYS EYES ONLY**

| WO Number | Labor Date | Completion Date |
|---|---|---|
| 209911001621 (CM) | 12/01/2010 | 12/06/2010 |
| 209911001383 (PM) | 12/07/2010 | 12/08/2011 |
| 209911001384 (PM) | No Date | 12/08/2010 |
| 209911001386 (PM) | 12/07/2010 | 12/08/2011 |
| 209911001786 (PM) | 01/05/2011 | 01/11/2011 |
| 209911001796 (PM) | No Date | 01/31/2010 |
| 209911001921 (PM) | 01/24/2011 | 01/28/2011 |

10.01B  Three CMs did not have a short detailed description of work performed.

| WO Number | Item | Description of Work Performed |
|---|---|---|
| 209911001622 (CM) | Lighting | Area Assist |
| 209911002130 (CM) | Sink | Information not entered into CMMS |
| 209911002776 (CM) | Exhaust Fan | No Description |

10.01C  One CM did not have parts/materials charged to the work order or note other source (i.e. bench stock).

| WO Number | Item | Description of Work Performed |
|---|---|---|
| 209911001645 (CM) | Lamps | Replaced 3 Halide Lamps |

**Inventory Management**

Compared automated maintenance system (CMMS) inventory records for thirty items with actual on hand inventory quantities and storage locations.  Identified on hand inventory items with no CMMS issue cost or stated storage.

2.    Finding

11.01A  Six inventory item quantities in CMMS did not agree with actual on hand quantities.  Examples of these deficiencies are provided below:

| Stock Number | Description | CMMS Quantity | Actual Quantity |
|---|---|---|---|
| 010-57-00201-4 | Insulation     pipe 3/8" | 1 | 6 full & 4 pieces |
| 105-12-00000-1T | Bearing     5.9055 dia washer | 6 | 5 |
| 285-64-72012-7 | Switch,     Rocker Single Pole | 18 | 15 |

11. 01B  Seven inventory item storage locations in CMMS did not agree with actual storage locations.  Examples of these deficiencies are provided below:

| Stock Number | Description | CMMS Location | Actual Location |
|---|---|---|---|
| 150-15-21050-3 | Weld thread lock | Cab-A-1 | Unable to locate |
| 630-06-75026-7 | Silicone     sealant clear | Cab A | Unable to locate |

3.

11.02A  Four inventory items had no issue cost in CMMS.  Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 445-09-10200-1T | Blade circular saw 10" |
| 670-38-12144-7 | Adapter, C X M 1 ¼" X 1" Nominal |
| 725-55-00032 | Handsets W/32" Armored Cord |

**APPENDIX 1107**                    **McCOLLUM 07380**

**ATTORNEYS EYES ONLY**

11.02B   Two items had no stated location in CMMS.   Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 005-14-00000-1T | Cloth Roll, Abrasive OEM WS80136 |
| 285-58-00496 | Emergency Lighting Unit 2 Lamps 120/277V 6V Lamps #N1WH |

11.02C   Four items had no stated storage in CMMS.   Examples of these deficiencies are provided below:

| Stock Number | Description |
|---|---|
| 031-25-245-13-8 | Thermostat heat pump #4E034/3AY89 HVAC |
| 285-58-00496-2T | Emergency Lighting Unit 2 Lamps 120/277V 6V L |

Preventative Maintenance (PM) Management

Reviewed PM work orders completed in December 2010 through February 2011 for emergency generators to ensure weekly and monthly PM tasks were properly performed.   Reviewed the Equipment Item Files for stationary generators to verify that during the period February 2010 to February 2011 (twelve calendar months) unit maintenance had coolant tested (1st & 2nd year) and changed (3rd year).

4.   Finding:

**12.01H A** · Weekly emergency generator PMs were not completed within six calendar days of the scheduled start date.   The following deficiencies are identified:

| Equipment No. | WO Number | Start Date | Completion Date |
|---|---|---|---|
| P1010EMG01 | 11002583 | 02/15/11 | 03/01/2011 |
| P1010EMG01 | 11002584 | 02/22/10 | 03/03/2011 |

**12.01H B**   Monthly emergency generator PMs were not completed within the same month of the scheduled start date.   The following deficiencies were identified:

| Equipment No. | WO Number | Start Date | Completion Date |
|---|---|---|---|
| P2010EMG01 | 11002585 | 02/01/10 | 03/01/2011 |
| P4010EMG01 | 11002595 | 02/01/10 | 03/01/2011 |

5.   Finding:

**12.02H B**   All emergency generators did not have coolant tested or changed as required.   The following deficiencies were identified:

| Equipment No. | WO # | Deficiency |
|---|---|---|
| P1010EMG01 | N/A | No documentation of coolant changed or tested. |
| P2010EMG01 | N/A | No documentation of coolant changed or tested. |
| P3010EMG01 | N/A | No documentation of coolant changed or tested. |
| P5010EMG01 | N/A | No documentation of coolant changed or tested. |

Tool Management

Reviewed tools room operations including shadow boards, Tool Checkout Logs for the past 30 days prior to the Operational Review to include the day of the review.   Verified Master Tool Inventory List accuracy; checked sensitive and non-sensitive tool storage; and verified tool identification (engraved tool numbers) for a total of sixty tools.   Additionally, reviewed tool destruction documentation and the use of supplemental tool lists.

**ATTORNEYS EYES ONLY**

6.  Finding:  **13.01H** Sensitive tools stored in the Sensitive Tool Cage were not shadowed. The following examples from 27 total deficiencies were identified:

| Location | Deficiency Description |
|---|---|
| Hot Room/Sensitive | A 55′ nylon rope not shadow boarded, no tag, and not on master tool inventory list. |
| Sensitive Cage | #0443 Airless Paint Hose, 50′ - Designated Sensitive on MTIL |
| Sensitive Cage | #0515 Extension Cord, 50′ - Designated Sensitive on MTIL |
| Sensitive Cage | #0712 Heavy Duty Garden Hose, 50′ - Designated Sensitive on MTIL |

7.  Finding:  **13.02H C.** Sensitive tools were not issued only by a designated employee. The following deficiency was identified:

| | |
|---|---|
| Hot Room/Sensitive | No employees designated responsible for checking out tools. |

8.  Finding  **13.03H A** The Master Tool Inventory List (MTIL) was not accurate. The following deficiencies were identified:

| Actual Location | MTIL (S/NS) Designation | Tool#/Description |
|---|---|---|
| Hot Room/Sen | NS | #718A/Rose Bud Tip |
| Hot Room/Sen | NS | #723/Rose Bud Tip |
| Hot Room/Sen | NS | #775/Torch Ends Set 3 PCS |

**13.03H B** All tools were not properly engraved. The following deficiency was identified:

| Location | MTIL(S/NS) Designation | Deficiency |
|---|---|---|
| Tool Room | NS | Lanyard is engraved on one clasp 942 and 9422on the other clasp |

**13.03 H C** Sensitive tools were not stored separately from non-sensitive tools. The following deficiencies were identified:

| Location | S/NS Tool | Deficiency Description |
|---|---|---|
| Hot Room | NS | 219 Flashlight |
| Hot Room | NS | 110 Nozzle, water garden hose brass |
| Hot Room | NS | 1938 Dremel tool |

9.  Finding  **13.04H** Documentation of twice daily inspections. The following deficiencies were identified :

| Date | Page # | Tool Inventory Sheet | Deficiency |
|---|---|---|---|
| 04/13/11 | 4 | Hot Room/Sensitive | Tools checked indicates only once |
| 04/14/11 | 4 | Hot Room/Sensitive | No indication tools checked |
| 04/15/11 | 1, 2, 3, & 5 | Hot Room/Sensitive | Review conducted on 04/13/11 and 04/14/11 |

**APPENDIX 1109**      **McCOLLUM 07382**

**ATTORNEYS EYES ONLY**

| | | |
|---|---|---|
| 10. | Finding: Check this out | **13.05H E**  Tools were not approved for destruction by the Warden or designee prior to destruction.  The following deficiency was identified: |

| Tool No. | Tool Description | Deficiency |
|---|---|---|
| 6630 | Hose, air, 8ft | Destroyed without approval.  Jerry Pugh appointed in writing as warden's designee effective 03/07/11.  Tool destroyed 03/31/11 without warden or Mr. Pugh's approval. |

| | |
|---|---|
| Maintenance Management | Reviewed Automated Maintenance System Equipment Item Files to ensure that all work orders were coded to specific equipment and all costs were reflected in the equipment history.  Verified the department had a Generator Refueling Plan. |

11.  Finding:

**14.02A**  All replaced equipment was not retired in the Equipment Files and all replacement equipment was not established (set up) in the Equipment Item Files. The following examples from a total of fifteen deficiencies (items replaced with new/replacement equipment but the items replaced were not retired in the Equipment Item Files):

| Work Order No | Replaced Item |
|---|---|
| 209910000281 | Digital Recorder |
| 209910001590 | Digital Recorder |
| 209910000298 | Sump Pump |
| 209910000853 | Eyewash Station |
| 209910000278 | Camera # 16 |

**14.02B**  Equipment Item Files were not inclusive of all costs and did not reflect a complete history equipment.  The following examples from a total of sixteen deficiencies were identified (Corrective Maintenance work orders coded to general unit codes "UNT", "HVS," and "PLB" instead of the specific Automated Maintenance System Equipment Item Codes):

| Work Order # | Item | Required Code |
|---|---|---|
| 209910006188 | Backflow Preventer | BFP |
| 209910001636 | Clean all coils in kitchen | CDU |
| 209910001672 | Razor Wire | J & M Buildings |
| 209910003074 | Sump pump | SMP |
| 209910003593 | Backflow preventer | BFP |

12.  Finding:

**14.03F**  Required TDCJ policies were not current and/or on hand in the maintenance department.  The following deficiency is identified:

| TDCJ Policy | Deficiency |
|---|---|
| Preventive Maintenance Manual | PM 2530-GTP01Q has not been updated to reflect the current mandatory PM 1530-GTP01M |

| | |
|---|---|
| Procurement Card Management | Reviewed statements for February 2011 and March 2011 and associated purchasing documentation to ensure compliance with TDCJ Procurement Card Program and Facilities Maintenance requirements.  Tracked purchased parts/tools/equipment to verify items were entered into the CMMS inventory |

**ATTORNEYS EYES ONLY**

13.   Finding:   16.01   Purchased parts/tools/equipment were not brought into inventory.   The following deficiencies were identified:

| Tran Date | Stock No. | Description | Qty | UOM | Total |
|---|---|---|---|---|---|
| 01-11 | 740-59-30500-9T | Evaporator Motor | 1 | EA | 34.33 |
| 02-03 | 962-18 | Cable, 250' | 1 | Roll | 56.99 |
| 02-03 | 340-29 | Sleeve, 3/16 x 1" | 2 | Bag | 68.58 |
| 02-02 | No Stock No. | 11.5 oz De-Icer | 12 | EA | 23.88 |
| 02-17 | 405-51 | Oil, Hydraulic | 2 | EA | 59.90 |

14.   Finding:   16.02C   Two items were not charged to specific work orders.   The following deficiencies were identified:

| Tran Date | Stock No. | Description | Work Order |
|---|---|---|---|
| 01-11 | 740-59-30500-9T | Evaporator Motor | 209911000358 |
| 02-17 | 405-51 | Oil, Hydraulic | 209911002740 |

AD-10.20 Management   Reviewed March 2010 AD-10.20 records for Food Service, Laundry and Security (D Block).   Verified AD-10.20 Representatives were properly completing the Daily Inspection Log (AD-84) and the Yearly Work Order Log (YWOL).

15.   Finding:   17.01   AD-84s were not being properly completed for each work day.   The following deficiencies were identified:

| Department | Deficiency |
|---|---|
| Security (D Bldg) | All areas inspected not noted on the following dates: 03/01/11 - 03/06/11, 3/08/11, 03/10/11-03/31/11. |
| Laundry | All areas inspected not noted on the following dates: 303/01/11-03/01/11,   03/07/11-03/11/11,   03/14/00-03/18/11, 03/21/11-03/25/11, 03/28/11-03/31/11. |

16.   Finding:   17.02   YWOLs were not being properly completed.   The following deficiencies were identified:

| Department | Deficiency |
|---|---|
| Security (D Bldg) | Supervisors not documenting weekly inspections on YWOL (no March 2011 entries). |
| Food Service | Supervisors not documenting weekly inspections on YWOL (No March 2011 entries) |

Equipment Maintenance Electrical - Security Surveillance Systems (Cameras, Monitors, and Video Switching Units)   Ensured randomly selected cameras were numbered in accordance with TDCJ policy and monitors were showing a clear and viewable image from camera location. Ensured light poles were identified and numbered in accordance with TDCJ policy and all lights were identified on a map developed by unit maintenance.

17.   Finding:   19.02A   CMMS numbers for four cameras did not agree with actual camera makings. The following deficiencies were identified:

| Building | CMMS Number | Actual Camera Markings |
|---|---|---|
| K- Building | K0000CMR03 | CMR06 |
| K- Building | K0000CMR04 | CMR05 |
| K- Building | K0000CMR05 | CMR04 |

**ATTORNEYS EYES ONLY**

K- Building          K0000CMR06                    CMR03

19.02B  Monitors are not showing clear viewable images from camera locations. The following deficiency was identified:

| Equipment #/Description | Deficiency |
|---|---|
| K0C1STVM02/TV Monitor | Non operational with no open CM |

Equipment Maintenance Mechanical - Food Service and Ansul Suppression Equipment

Checked randomly selected food service equipment for serviceability.

18.    Finding:

19.04B  Food Service equipment not bolted to the floor requires a lanyard. The following deficiency was identified:

w/o 3769

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KBRA01/Brasing Pan | Gas fired equipment without lanyard in place |

19.04C   Food Service refrigeration equipment requires maintenance. The following deficiencies were identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KFRG07/Refrigerator | Replace Door Sweeps # 4860 |
| Main Kitchen | T001KFRG08/Refrigerator | Replace Door Sweeps # 4862 |
| Main Kitchen | T001KFRZ01/Freezer | Replace Door Seal # 4863 |

19.04D   Food Service refrigeration equipment not maintaining proper temperatures.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | T001KFRG08/Refrigerator | Not maintaining required # 4342 temperatures (42° & should be 34° to 38°) |
| Main Kitchen | T001KFRZ01/Freezer | Not maintaining required # 4864 temperatures (11° & should be 0° to 10°) |

19.04H   All Food Service gas fired equipment does not have posted required inspections. The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | Self Contained Gas Fired Steam Kettles | See details at http://www.license.state.tx.us/ boilers/blrlaw.htm |

19.04J  All fire suppression caps were not in place as required. The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | Fire Suppression System | Missing one cap |

**APPENDIX 1112**                    **McCOLLUM 07385**

**ATTORNEYS EYES ONLY**

| | |
|---|---|
| Equipment Maintenance Plumbing - Water Heaters, Steam Boilers, Feed Water Tanks, continuous Blow Down Assembly, and Deaerating Tanks | Checked randomly selected water heater, steam boilers, feed water tanks, continuous blow down assembly, and deaerating tanks for serviceability. |

19    Finding:       19.06A  Plumbing equipment was not free of leaks.  The following deficiency was identified:

| Location | Equipment/Description | Deficiency |
|---|---|---|
| Main Kitchen | B0010WTH02/Water Heater | Leak at base of tank (rusting) |

**SUMMARY:**

Warranty was discussed to ensure that the Maintenance Department creates a file of warranty documents for all new, rebuilt, and direct replacement equipment.  The location of the warranty documents should be entered in CMMS on the Equipment Item File note pad.  The Maintenance Department should ensure warranty is used when applicable in lieu of FBBP funds.  The findings 17.01 and 17.02 in the AD-10.20 Program were beyond the control of the Maintenance Department.

Attachments

cc:      Frank Inmon, Director, Facilities Division, w/o Attachments
        Tommy Vian, Deputy Director of Maintenance, w/o Attachments
        Bill Reynolds, Manager, Region II Maintenance, w/o Attachments
        Maintenance Office File w/o Attachments
        Hutchins Unit File

**ATTORNEYS EYES ONLY**

ED-02.92
Form E

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *INTER-OFFICE COMMUNICATION*

**TO:** Functional Area Proponent

**DATE:** July 1, 2011

**THRU:** Keith Clendennen
Manager II, Review & Standards

**THRU:** Russell Bailey
Manager I, Monitoring and Standards

**FROM:** Tommy Gattis
Reviewer
Monitoring and Standards

**SUBJECT:** Division-Level
Operational Review
for the Hutchins Unit

---

Your division-level review, which yielded findings where corrective action was required, was forwarded to the unit for response. Their responses are attached. Each addressee is required to ensure the following actions are accomplished in the functional area(s) under your purview.

- Perform technical review of unit responses and action plans.

- If there is disagreement with findings or action plans, work through the issues in an attempt to reach resolution. This may require discussion initiated by the proponent with the Warden and the Regional Director or the Deputy Director of Private Facilities-CMOD, as appropriate.

- Prepare an executive summary IOC *(see Form F)* and submit to Monitoring and Standards on or before *July 15, 2011.*

**Distribution**

**Administrative Review & Risk Management**
- Access to Courts
- Offender Grievance
- Offender Management Issues
- Office of Accreditation (ACA)
- Risk Management
- Use of Force

**Business & Finance**
- Accounting and Business Services
- Agribusiness
- Budget
- Commissary & Trust Fund

**Facilities**
- Environmental Affairs
- Maintenance

**Human Resources**

**Management Operations**
- Correctional Training
- Plans and Operations
  -- Offender Property
  Community/Public Work Projects
  -- Offender Suicide/Attempted Suicide
- Safe Prisons

**Manufacturing & Logistics**

**Prison & Jail Operations**
- Security Systems
  -- Staffing
  -- Armory

**Rehabilitation Programs Division**
- Chaplaincy

**Support Operations**
- Classification
  -- General Issues
  -- Intake Procedures
  -- Offender Mail
- Offender Disciplinary Coordination
  -- Counsel Sub / Offender Discipline
  -- Spanish Language Assistance
- Laundry, Food & Supply
  -- Food Service
  -- Laundry Service
  -- Unit Supply
  -- Barber / Beauty Shops

**Windham School District**
- Education

- Non-Programmatic Activities

Attachments
Xc:    file

October 2010

**APPENDIX 1114**          **McCOLLUM 07387**

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA:   Risk Management

MANUAL CHAPTER AND SECTION REFERENCE:   Chapter I Section 8

| Finding 1:  8.02H (D) | | | | |
|---|---|---|---|---|
| There are 8 RAC 2 deficiencies in the maintenance department 2 in the Food Service Dept. and one in the medical Dept.: | | | | |
| X___ Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Damaged Cords to angle grinders #841 and # 941 have been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | Fluorescent lighting in the maintenance department have been fitted with protective sleeves/guards. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Cord to battery charge unit in tool room repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 4. | Missing knockouts to electrical boxes in the carpentry shop has been replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 5 | Conduit for lights over cabinet in carpentry shop has been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 6 | Light removed from pedestal drill press in the welding shop and chuck return mechanism repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 7. | Missing safety guards fabricated and installed on pedestal grinder in the weld shop. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 8 | Compressed gas cylinders reorganized and staked according to safety regulations. Barrier wall extended. | Roy Storie | 04/15/2011 | 04/15/2011 |
| | | | | |

| Finding1 :  8.02 H (D) | | | | |
|---|---|---|---|---|
| 2 deficiency in the medical and food department | | | | |
| X___ Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Gas operated equipment in the Food Service Department has been bolted down or safety cables have been attached. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | The emergency releases for the bakery vault have been refurbished or replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Additional training has been given to UTMB medical personnel pertaining to the Sharps Cabinet. | Roy Storie | 04/15/2011 | 04/15/2011 |

**APPENDIX 1115**          **McCOLLUM 07388**

**ATTORNEYS EYES ONLY**

| Finding 2: 8.05H (B) | | | | |
|---|---|---|---|---|
| There are several fire drills missing in the second quarter, (Dec.-Feb. 2011) | | | | |
| X   Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | The number of Fire Drills required per location and shifts have been met for the 3rd quarter (March-May) | Roy Storie | 05/31/2011 | 05/31/2011 |
| 2. | | | | |
| 3. | | | | |

| Finding 3: 8.07H (B) | | | | |
|---|---|---|---|---|
| The unit is not recording temperatures as required from 06:30 a.m. to 06:30 p.m. | | | | |
| X   Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | A hand held electronic temperature and humidity instrument will be used to take reading from 6:30 am – 6:30 pm. Two permanently mounted instruments will be purchased for future recordings. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1116**          **McCOLLUM 07389**

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA: ___Facilities (Maintenance)___

MANUAL CHAPTER AND SECTION REFERENCE: ___Chapter III Section 10-19___

| *Finding 1: 10.01A-C* |
|---|
| *10.01A  Of the one hundred randomly selected work orders reviewed, seven CM's and nine PM's work orders had incorrect completion dates. Examples of these deficiencies are provided below:*<br>*10.01B  Three CM's did not have a short detailed description of work performed.*<br>*10.1C  One CM did not have parts/materials charged to the work order or note other source (i.e. bench stock)* |

| X__ Agree | Disagree (If disagree, provide justification or policy references to support disagreement.) |
|---|---|

| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
|---|---|---|---|---|
| 1. | Ensure CMMS Data Entry's are reviewed weekly by the office coordinator (R. Bain) or myself (J. Pugh) continue training with the coordinator and office clerks. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Ensure work orders descriptions are being entered correctly into CMMS spot checks entries. Ensure CMMS Data Entries include Dates, Description and material used. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Approximately 10% reviewed weekly by the office Coordinator or supervisor and an email will be sent to HJ administration stating the entries were checked for accuracy. | J. Pugh | 07/01/11 | 07/01/11 |

**ATTORNEYS EYES ONLY**

| *Finding 2:  11.01A-B* | | | | |
|---|---|---|---|---|
| *11.01A Six inventory item quantities in CMMS did not agree with actual on hand quantities. Examples of these deficiencies are provided below:* | | | | |
| *11.01B Seven inventory item storage locations in CMMS did not agree with actual storage locations. Examples of these deficiencies are provided below:* | | | | |
| X    Agree              Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Restricted access to warehouse, run weekly cycle. | J. Pugh | 07/01/11 | 05/02/11 |
| 2. | Restricted access to warehouse, Unit Armory. Removed keys from technicians, key rings. Conduct weekly cycle counts, when the count is requested it will be given to staff member and reviewed or spot checked by office coordinator or myself. | J. Pugh | 07/01/11 | 05/02/11 |
| 3. | This will be reviewed and an email sent to HJ Administration. IOC from Officer Roberts stating that she removed the keys. At present time we are generating a 75 item cycle count everyday. This count is being given to the person assigned to the warehouse and calculated daily. At 75 items per day in a month time, the entire warehouse will have been counted. | J. Pugh | 07/01/11 | 07/01/11 |

| *Finding 3:  11.02A C* | | | | |
|---|---|---|---|---|
| *11.02A Four inventory items had no issue cost in CMMS. Examples of these deficiencies are provided below:* | | | | |
| *11.02B Two items had no stated location in CMMS. Examples of these deficiencies are provided below:* | | | | |
| *11.02C Four items had no stated storage in CMMS. Examples of these deficiencies are provided below:* | | | | |
| X    Agree              Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure CMMS Data is complete and correct on materials brought in. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Review CMMS Data/Warehouse locations CMMS Data/Cycle Counts | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Ms. Bain has been instructed to run a monthly CMMS report to ensure all on hand items have a issue count and a valid storage locations | J. Pugh | 04/29/11 | 04/15/11 |

**ATTORNEYS EYES ONLY**

| | Finding 4: 12.01 H A-B | | | |
|---|---|---|---|---|
|  | 12.01A Weekly emergency generator PM's were not completed within six calendar days of the scheduled start date. The following deficiencies are identified: |

12.01B Monthly emergency generator PMs were not completed with in six calendar days of the scheduled start date. The following deficiencies are identified:

| X | Agree | Disagree (If disagree, provide justification or policy references to support disagreement.) | | | |
|---|---|---|---|---|---|
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Instructed office coordinator to ensure work orders close dates are the same as the labor date. Monitor all CMMS Data, ensure technician is closing PMs in proper time frame. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Additional training will be given to all Technicians on reading of and priority coding on PMS. | J. Pugh | 04/15/11 | 04/15/11 |

| | Finding 5: 12.02 B | | | |
|---|---|---|---|---|
|  | 12.02H B All emergency generators did not have coolant tested or changed as required. The following deficiencies were: |
| X | Agree | Disagree (If disagree, provide justification or policy references to support disagreement.) | | |
| | **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure PM Time Frames and Tasks are met. Open work orders to change coolant in Emergency Generators. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1119**          **McCOLLUM 07392**

ATTORNEYS EYES ONLY

**Finding 6: 13.01H**

| | 13.01H *Sensitive tools stored in the Sensitive Tool Cage were not shadowed* | | | |
|---|---|---|---|---|
| X | *Agree*          *Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| | **ACTION STEPS** <br> *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure tool rooms are properly shadowed. Update MTIL. Region Maintenance assisted with tool module in CMMS | J. Pugh | 07/01/11 | 06/07/11 |
| 2. | | | | |
| 3. | | | | |

**Finding 7: 13.02H**

| | 13.02H *C.  Sensitive tools were not issued only by a designated employee.  The following deficiency was identified:* | | | |
|---|---|---|---|---|
| X | *Agree*          *Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| | **ACTION STEPS** <br> *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Tool Issue and inventory will be assigned monthly to a craftsman. In their absent, Mr. Pugh or Mrs. Bain will complete the work. Inventories will be reviewed weekly by the office administration and an email to the warden's office. | J. Pugh | 07/01/11 | 06/01/11 |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

| *Finding 8: 13.03H* | | | |
|---|---|---|---|
| *13.03H A  The Master Tool Inventory List (MTIL) was not accurate.  The following deficiencies were identified:*<br>*13.03H B  All tools were not properly engraved.  The following deficiency was identified:*<br>*13.03H C  Sensitive tools were not stored separately from non-sensitive tools.  The following deficiencies were identified:* | | | |
| X    *Agree*                *Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.**<br>**HEAD**<br>**RESPONSIBLE** | **TARGET**<br>**DATE** | **DATE**<br>**COMPLETED** |
| 1. | MTIL has been corrected to reflect 3.19 non sensitive tools relocated. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Review Tool room inventories, spot check carts and tool rooms. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Co-Mingling of tools / sensitive and non corrected – review 3.19 | J. Pugh | 04/15/11 | 04/15/11 |

| *Finding 9: 13.04H* | | | |
|---|---|---|---|
| *13.04H Documentation of twice daily inspections.  The following deficiencies were identified:* | | | |
| X    *Agree*                *Disagree (If disagree, provide justification or policy references to support disagreement.* | | | |
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.**<br>**HEAD**<br>**RESPONSIBLE** | **TARGET**<br>**DATE** | **DATE**<br>**COMPLETED** |
| 1. | Ensure Tool Inventories are maintained properly. Monthly assignments and rotation of craftsman for being responsible for inventories and issue of tools from shared locations. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | In the event of scheduled day off or call in, the task of inventory and issue will be assigned. The technician will initial under the column for the day they were issued. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

### Finding 10:13.05H

*13.05H E Tools were not approved for destruction by the Warden or designee prior to destruction.  The follwing deficiency was identified:*

| X | Agree | | Disagree (If disagree, provide justification or policy references to support disagreement. |
|---|---|---|---|

| | ACTION STEPS<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
|---|---|---|---|---|
| 1. | IOC Placed in destruction log book stating Jerry R. Pugh Maintenance Supervisor as the designee to approve destruction. | J. Pugh | 04/15/11 | 04/13/11 |
| 2. | | | | |
| 3. | | | | |

### Finding 11: 14.02

*14.02A  All replaced equipment was not retired in the Equipment Files and all replacement equipment was not established (set up) in the Equipment Item Files.  The following examples from a total of fifteen deficiencies (items replaced with new/replacement equipment but the items replaced were not retired in the Equipment Item Files):*

*14.02B  Equipment Item Files were not inclusive of all costs and did not reflect a complete history equipment.  The following examples from a total of sixteen deficiencies were identified (Corrective Maintenance work orders coded to general unit codes "UNT", "HVS" and "PLB" instead of the specific Automated Maintenance System Equipment Item Codes):*

| X | Agree | | Disagree (If disagree, provide justification or policy references to support disagreement. |
|---|---|---|---|

| | ACTION STEPS<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
|---|---|---|---|---|
| 1. | Ensure CMMS Data is being updated and replaced equipment retired. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Ensure CMMS Data is including dollars amount brought in with proper coding. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Office Coordinator will review 10% weekly to ensure accurate and complete Data is being entered. | J. Pugh | 04/15/11 | 04/15/11 |

**ATTORNEYS EYES ONLY**

| *Finding 12; 14.03* | | | | |
|---|---|---|---|---|
| *14.03F Required TDCJ policies were not current and/or on hand in the maintenance department. The following deficiency is identified:* | | | | |
| X   Agree         Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure TDCJ Policies are up to date. Office coordinator is to ensure that when new policy revisions are received they are placed in the office manual. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

| *Finding 13: 16.01* | | | | |
|---|---|---|---|---|
| *16.01 Purchased parts/tools/equipment were not brought into inventory. The following deficiencies were identified:* | | | | |
| X   Agree         Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Ensure CMMS entries are complete. Conduct additional training for both the office coordinator and offender clerks. Office coordinator will review 10% of data weekly. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

| *Finding 14:16.02* | | | | |
|---|---|---|---|---|
| *16.02C Two items were not charged to specific work orders. The following deficiencies were identified:* | | | | |
| X   Agree         Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| **ACTION STEPS** *(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. | Office coordinator will review CMMS Data. 10% of Data will be reviewed weekly, Office coordinator will ensure proper coding and charging of material. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

| Finding 15: 17.01 | | | |
|---|---|---|---|
| 17.01 AD-84's were not being properly completed for each work day. The following deficiencies were identified: | | | |
| X    Agree        Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| **ACTION STEPS** <br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1.   Additional training to ensure 10-20 Officer is reviewing AD84s daily. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

| Finding 16: 17.02 | | | |
|---|---|---|---|
| 17.02 YWOLs were not being properly completed. The following deficiencies were identified: | | | |
| X    Agree        Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| **ACTION STEPS** <br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1.   Ensure 10-20 Officer is conducting all required walkthroughs. Training on required logs and documentation. | J. Pugh | 07/01/11 | 07/01/11 |
| 2. | | | |
| 3. | | | |

| Finding 17: 19.02 | | | |
|---|---|---|---|
| 19.02A CMMS numbers for four cameras did not agree with actual camera makings. The following deficiencies were identified: | | | |
| 19.02B Monitors are not showing clear viewable images from camera locations. The following deficiency was identified: | | | |
| X    Agree        Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| **ACTION STEPS** <br>*(List all steps that have been or will be taken to correct the finding. Use as many as necessary.)* | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1.   Ensure Camera numbers match CMMS Data. | J. Pugh | 07/01/11 | 06/08/11 |
| 2.   Ensure to do training on reporting deficiencies | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | |

**ATTORNEYS EYES ONLY**

| Finding 18: 19.04 |
|---|

19.04B  Food Service equipment not bolted to the floor requires a lanyard.  The following deficiency was identified:
1904C  Food Service refrigeration equipment requires maintenance. The following deficiencies were identified:
19.04D  Food Service refrigeration equipment not maintaining proper temperatures.  The following deficiency was identified:
19.04H  All Food Service gas fired equipment does not have posted required inspections.  The following deficiency was identified:
19.04J  All fire suppression caps were not in place as required.  The following deficiency was identified:

X    Agree                    Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.) | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
|---|---|---|---|---|
| 1. | B- work order11-3769,C-work orders<br>4860,4862,4863 D- work orders 4342, 4864 | J. Pugh | 04/27/11 | 06/01/11 |
| 2. | H- Contacted Dan Mallard at Region MT to<br>request inspections | J. Pugh | 05/02/11 | 04/15/11 |
| 3. | J- Cap was replaced / salvaged/ No work orders<br>needed | J. Pugh | 05/02/11 | 05/02/11 |

| Finding 19: 19.06 |
|---|

19.06A  Plumbing equipment was not free of leaks.  The following deficiency was identified:

X    Agree                    Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.) | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
|---|---|---|---|---|
| 1. | A- Work Order 3771 | J. Pugh | 07/01/11 | 07/01/11 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1125**                    **McCOLLUM 07398**

ATTORNEYS EYES ONLY

ED-02.92
Form H

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *INTER-OFFICE COMMUNICATION*

**TO:**  William Stephens
CID Deputy Director
Prison and Jail Management

**DATE:**  August 15, 2011

**THRU:**  Jackie Edwards
Director
Administrative Review & Risk Management

8-21-11

**THRU:**  Keith Clendennen
Manager II, Review & Standards

**FROM:**  Russell Bailey   *RB 8-16-11*
Manager I, Monitoring and Standards

**SUBJECT:**  Division-Level
Operational Review
for the Hutchins State Jail

---

A division-level operational review at the above-referenced unit was conducted during April 2011.  There was a total of 78 findings ( 15 High + 63 Other) requiring corrective action identified in various functional areas of the unit's operation (see attached Executive Summary).

ms/Attachment

c:   Robert Eason, Region II Director
Jeffery Pringle, Warden
Proponent [for any unresolved issue]
File

**APPENDIX 1126**                    **McCOLLUM 07399**

**ATTORNEYS EYES ONLY**

DIVISION-LEVEL EXECUTIVE SUMMARY
HUTCHINS STATE JAIL

Form G

| FUNCTIONAL AREA | Applicable Checklist Questions | | Number of Findings Identified by Proponents that Require Corrective Action | | Unit Agrees; Corrective Action Pursued |
|---|---|---|---|---|---|
| | High | Other | High | Other | |
| **I.  Administrative Review & Risk Management** | - | - | - | - | - |
| Access to Courts | 0 | 26 | 0 | 4 | YES |
| Offender Grievance | 1 | 18 | 0 | 1 | YES |
| Monitoring and Standards | - | - | - | - | - |
|          - Offender Management | 2 | 23 | 1 | 1 | YES |
|          - Unit Accreditation (ACA) | 0 | 4 | 0 | 0 | N/A |
| Risk Management | 7 | 8 | 3 | 0 | YES |
| Use of Force | 0 | 9 | 0 | 2 | YES |
| **II. Business and Finance** | - | - | - | - | - |
| Accounting & Business Services | 1 | 40 | 0 | 1 | YES |
| Agribusiness | 1 | 6 | 0 | 0 | N/A |
| Budget | 0 | 13 | 0 | 1 | YES |
| Commissary & Trust Fund | 0 | 15 | 0 | 0 | N/A |
| **III. Facilities** | - | - | - | - | - |
| Environmental Branch | 6 | 8 | 0 | 0 | N/A |
| Maintenance | 16 | 21 | 7 | 12 | YES |
| **IV. Human Resources** | 0 | 71 | 0 | 2 | YES |
| **V. Management Operations** | - | - | - | - | - |
| Correctional Training | 1 | 9 | 0 | 3 | YES |
| Plans and Operations | - | - | - | - | - |
|          - Offender Property | 1 | 7 | 0 | 2 | YES |
|          - Comm/Public Work Pr | 0 | 3 | 0 | 0 | N/A |
|          - Offender Suicide | 4 | 0 | 0 | 0 | N/A |
| Safe Prisons | 3 | 12 | 0 | 0 | N/A |
| **VI. Manufacturing & Logistics** | N/A | N/A | N/A | N/A | N/A |
| **VII. Prison & Jail Operations** | - | - | - | - | - |
| Security Systems - Staffing | 0 | 11 | 0 | 1 | YES |
|          - Armory | 0 | 19 | 0 | 0 | N/A |
| **VIII. Rehabilitation Programs Division** | - | - | - | - | - |
| Chaplaincy | 0 | 16 | 0 | 1 | YES |
| **IX. Support Operations** | - | - | - | - | - |
| Classification          - General Issues | 2 | 39 | 0 | 6 | YES |
|          - Intake Procedures | 1 | 55 | 0 | 7 | YES |
|          - Offender Mail | 0 | 14 | 0 | 0 | N/A |
| Off Disp Coord       - Coun Sub/Off Disc | 4 | 20 | 1 | 4 | YES |
|          - Spanish Lang Asst | 0 | 8 | 0 | 0 | N/A |
| Food/Laundry/Supply - Food Service | 4 | 28 | 2 | 7 | YES |
|          - Laundry Service | 3 | 12 | 0 | 1 | YES |
|          - Unit Supply | 2 | 9 | 0 | 0 | N/A |
|          - Barber/Beauty Shops | 3 | 11 | 0 | 1 | YES |
| **X. Windham School District** | - | - | - | - | - |
| Education | 3 | 22 | 1 | 5 | YES |
| Non-Programmatic Activities | 0 | 14 | 0 | 1 | YES |
| ➢  TOTALS | 65 | 571 | 15 | 63 | |

McCOLLUM 07400

**ATTORNEYS EYES ONLY**

ED-02.92

JUL 1 Form F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *INTER-OFFICE COMMUNICATION*

**To:**   Jackie Edwards
          Director,
          ARRM

**Thru:**  Keith Clendennen
          Manager,
          Review & Standards

**From:**  Jerry Bailey
          Audit & Inspection Manager,
          Risk Management

**Date:**   July 8, 2011

**Subject:**   Division Level Operational Review
              Hutchins Unit

---

### EXECUTIVE SUMMARY

At the time of the division-level operational review was conducted, there were ___3___ total findings ( _3_ High + ___0___ Other) identified in the functional area of Risk Management.  The Warden's response and action plans have been reviewed and it is noted that the:

- **Warden agrees** with ___3___ of the findings ( ___3___ High + ___0___ Other),  and  has  submitted  action plans to which the proponent agrees.

JB

xc: Unit File

Rev. October 2010          **APPENDIX 1128**          **McCOLLUM 07401**

**ATTORNEYS EYES ONLY**



ED-02.92
Form F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### *INTER-OFFICE COMMUNICATION*

JUL 12 2011

| | | | |
|---|---|---|---|
| **TO:** | Tommy Gattis<br>Reviewer<br>Monitoring and Standards Team | **DATE:** | July 11, 2011 |
| **THRU:** | Mike Bowling *M Bowling 7-11 2011*<br>Director of Maintenance | | |
| **FROM:** | Bobby Bulloch *BB 7/11/11*<br>Chief, Facilities Assessment Team | **SUBJECT:** | Division Level<br>Operational Review -<br>Hutchins State Jail |

---

## EXECUTIVE SUMMARY

At the time the division-level operational review was conducted, there were nineteen total findings (**7 High** + 12 Other) identified in the functional area of Facilities (Maintenance). The warden's response and action plans have been reviewed and it is noted that the warden agrees with all nineteen findings (7 **high** + 12 other), and has submitted action plans to which the proponent agrees.

cc:   Frank Inmon, Director, Facilities Division
Tommy Vian, Deputy Director of Maintenance
Kim Farguson, Manager, Region II Maintenance
Facilities Maintenance Headquarters File
Hutchens State Jail File