**ATTORNEYS EYES ONLY**
Form K

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INTER-OFFICE COMMUNICATION

**TO:** Bryan Collier
Deputy Executive Director, TDCJ

**DATE:** November 17, 2011

**THRU:** Jackie Edwards, Director
Administrative Review & Risk Management

**THRU:** Keith Clendennen
Manager II, Review & Standards

**FROM:** Russell Bailey
Manager I, Monitoring and Standards

**SUBJECT:** **Follow-up** to Division-Level Operational Review for the Hutchins Unit

---

A division-level operational review was conducted at the Hutchins Unit during April 2011. At that time, there was a total of 78 findings ( 15 High + 63 Other) identified in various functional areas of the unit's operation. Unit management agreed and developed action plans to address the findings.

On November 9, 2011, Monitoring and Standards staff conducted a **follow-up** operational review. There were 4 Division-Level Action plans found incomplete ( 1 High + 3 Other). Please refer to the attached documents for details.

- Follow-Up Report;
- Division-Level Action Plans for the affected functional areas;
- Proponent Reports from the initial Division-Level Review.

xc: R.C. Thaler, CID Director
Bill Stephens, Deputy Director-Prison and Jail Management
Robert Eason, Region II Director
Jeffery Pringle, Warden
Tim Ault, Monitoring & Standards Coordinator
Proponents

October 2010

ATTORNEYS EYES ONLY

Form J

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
DIVISION-LEVEL FOLLOW-UP
HUTCHINS UNIT

The Hutchins Unit received its division level operational review in April 2011. On November 9, 2011 a follow-up review of 78 Action Plans (15 high impact and 63 other) was conducted. A total of 4 Action Plans (1 'high' and 3 'other') remain unresolved as stated below.

**Food Service**

**13.03 H** --- Food temperatures were checked for a total of 4 food items in the offender dining rooms. The sweet potatoes were measured at 88 degrees and the carrots were measured at 137 degrees, below the required temperature for hot foods of 140 degrees.

**Classification**

**1.05 C** --- 69 of 202 offenders listed on the IUCR370 (Subsequent Review Report) contained incorrect subsequent review dates.

**Intake Procedures**

**8.32 B** --- Nine of nine secondary Beta Intelligence Test scores were not returned from the unit Psychologist to the Intake Department for entry into the IQ 10 screen.
**8.40** --- 20 of 20 Consolidated Report Forms reviewed were not completed within 10 days of receiving the offender.

Submitted by: *Tommy Gattis by Russell Back*      *11-15-11*
Tommy Gattis
Monitoring and Standards

October 2010                    **APPENDIX 1131**                    **McCOLLUM 07405**

DIVISION-LEVEL FOLLOW-UP **ATTORNEYS EYES ONLY**
HUTCHINS UNIT
Form I

| FUNCTIONAL AREA | Applicable Checklist Questions | | Number of Findings Identified by Proponents in APRIL 2011 that required Corrective Action | | Follow-Up Conducted NOVEMBER 2011 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Corrective Action Taken * | | Remain Uncorrected | |
| | High | Other | High | Other | High | Other | High | Other |
| I.  Administrative Review & Risk Management | - | - | - | - | - | - | - | - |
| Access to Courts | 0 | 26 | 0 | 4 | 0 | 4 | 0 | 0 |
| Offender Grievance | 1 | 18 | 0 | 1 | 0 | 1 | 0 | 0 |
| Monitoring and Standards | - | - | - | - | - | - | - | - |
|      - Offender Management | 2 | 23 | 1 | 1 | 1 | 1 | 0 | 0 |
|      - Unit Accreditation (ACA) | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| Risk Management | 7 | 8 | 3 | 0 | 3 | 0 | 0 | 0 |
| Use of Force | 0 | 9 | 0 | 2 | 0 | 2 | 0 | 0 |
| II.  Business and Finance | - | - | - | - | - | - | - | - |
| Accounting & Business Services | 1 | 40 | 0 | 1 | 0 | 1 | 0 | 0 |
| Agribusiness | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| Budget | 0 | 13 | 0 | 1 | 0 | 1 | 0 | 0 |
| Commissary & Trust Fund | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| III.  Facilities | - | - | - | - | - | - | - | - |
| Environmental Branch | 6 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Maintenance | 16 | 21 | 7 | 12 | 7 | 12 | 0 | 0 |
| IV.  Human Resources | 0 | 71 | 0 | 2 | 0 | 2 | 0 | 0 |
| V.  Management Operations | - | - | - | - | - | - | - | - |
| Correctional Training | 1 | 9 | 0 | 3 | 0 | 3 | 0 | 0 |
| Plans and Operations | - | - | - | - | - | - | - | - |
|      - Offender Property | 1 | 7 | 0 | 2 | 0 | 2 | 0 | 0 |
|      - Comm/Public Work Pr | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
|      - Offender Suicide | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Safe Prisons | 3 | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| VI.  Manufacturing & Logistics | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| VII.  Prison & Jail Operations | - | - | - | - | - | - | - | - |
| Security Systems - Staffing | 0 | 11 | 0 | 1 | 0 | 1 | 0 | 0 |
|      - Armory | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| VIII.  Rehabilitation Programs Division | - | - | - | - | - | - | - | - |
| Chaplaincy | 0 | 16 | 0 | 1 | 0 | 1 | 0 | 0 |
| IX.  Support Operations | - | - | - | - | - | - | - | - |
| Classification        - General Issues | 2 | 39 | 0 | 6 | 0 | 5 | 0 | 1 |
|      - Intake Procedures | 1 | 55 | 0 | 7 | 0 | 5 | 0 | 2 |
|      - Offender Mail | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| Off Disp Coord    - Coun Sub/Off Disc | 4 | 20 | 1 | 4 | 1 | 4 | 0 | 0 |
|      - Spanish Lang Asst | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food/Laundry/Supply - Food Service | 4 | 28 | 2 | 7 | 1 | 7 | 1 | 0 |
|      - Laundry Service | 3 | 12 | 0 | 1 | 0 | 1 | 0 | 0 |
|      - Unit Supply | 2 | 9 | 0 | 0 | 0 | 0 | 0 | 0 |
|      - Barber/Beauty Shops | 3 | 11 | 0 | 1 | 0 | 1 | 0 | 0 |
| X.  Windham School District | - | - | - | - | - | - | - | - |
| Education | 3 | 22 | 1 | 5 | 1 | 5 | 0 | 0 |
| Non-Programmatic Activities | 0 | 14 | 0 | 1 | 0 | 1 | 0 | 0 |
| ➤  TOTALS | 65 | 571 | 15 | 63 | 14 | 60 | 1 | 3 |

APPENDIX 1132                McCOLLUM 07406

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA:   Facilities (Maintenance)

MANUAL CHAPTER AND SECTION REFERENCE:   Chapter III  Section 10-19

| Finding 1: 10.01A-C | | | |
|---|---|---|---|
| 10.01A  Of the one hundred randomly selected work orders reviewed, seven CM's and nine PM's work orders had incorrect completion dates. Examples of these deficiencies are provided below:<br>10.01B  Three CM's did not have a short detailed description of work performed.<br>10.1C  One CM did not have parts/materials charged to the work order or note other source (i.e. bench stock) | | | |

| X   Agree | Disagree (If disagree, provide justification or policy references to support disagreement.) | | |
|---|---|---|---|
| **ACTION STEPS**<br>(List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Ensure CMMS Data Entry's are reviewed weekly by the office coordinator (R. Bain) or myself (J. Pugh) continue training with the coordinator and office clerks. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. Ensure work orders descriptions are being entered correctly into CMMS spot checks entries. Ensure CMMS Data Entries include Dates, Description and material used. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. Approximately 10% reviewed weekly by the office Coordinator or supervisor and an email will be sent to HJ administration stating the entries were checked for accuracy. | J. Pugh | 07/01/11 | 07/01/11 |

**APPENDIX 1133**          **McCOLLUM 07407**

**ATTORNEYS EYES ONLY**

### Finding 4: 12.01 H  A–B

12.01A *Weekly emergency generator PM's were not completed within six calendar days of the scheduled start date. The following deficiencies are identified:*

12.01B *Monthly emergency generator PMs were not completed with in six calendar days of the scheduled start date. The following deficiencies are identified:*

X  Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Instructed office coordinator to ensure work orders close dates are the same as the labor date. Monitor all CMMS Data, ensure technician is closing PMs in proper time frame. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Additional training will be given to all Technicians on reading of and priority coding on PMS. | J. Pugh | 04/15/11 | 04/15/11 |

### Finding 5: 12.02 B

12.02H B *All emergency generators did not have coolant tested or changed as required. The following deficiencies were:*

X  Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Ensure PM Time Frames and Tasks are met. Open work orders to change coolant in Emergency Generators. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1134**          **McCOLLUM 07408**

**ATTORNEYS EYES ONLY**

### Finding 2: 11.01A-B

*11.01A Six inventory item quantities in CMMS did not agree with actual on hand quantities. Examples of these deficiencies are provided below:*

*11.01B Seven inventory item storage locations in CMMS did not agree with actual storage locations. Examples of these deficiencies are provided below:*

X Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Restricted access to warehouse, run weekly cycle. | J. Pugh | 07/01/11 | 05/02/11 |
| 2. Restricted access to warehouse, Unit Armory. Removed keys from technicians, key rings. Conduct weekly cycle counts, when the count is requested it will be given to staff member and reviewed or spot checked by office coordinator or myself. | J. Pugh | 07/01/11 | 05/02/11 |
| 3. This will be reviewed and an email sent to HJ Administration. IOC from Officer Roberts stating that she removed the keys. At present time we are generating a 75 item cycle count everyday. This count is being given to the person assigned to the warehouse and calculated daily. At 75 items per day in a month time, the entire warehouse will have been counted. | J. Pugh | 07/01/11 | 07/01/11 |

### Finding 3: 11.02A C

*11.02A Four inventory items had no issue cost in CMMS. Examples of these deficiencies are provided below:*

*11.02B Two items had no stated location in CMMS. Examples of these deficiencies are provided below:*

*11.02C Four items had no stated storage in CMMS. Examples of these deficiencies are provided below:*

X Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Ensure CMMS Data is complete and correct on materials brought in. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. Review CMMS Data/Warehouse locations CMMS Data/Cycle Counts | J. Pugh | 04/15/11 | 04/15/11 |
| 3. Ms. Bain has been instructed to run a monthly CMMS report to ensure all on hand items have a issue count and a valid storage locations | J. Pugh | 04/29/11 | 04/15/11 |

**ATTORNEYS EYES ONLY**

| Finding 6: 13.01H | | | |
|---|---|---|---|
| *13.01H  Sensitive tools stored in the Sensitive Tool Cage were not shadowed* | | | |
| X     Agree              Disagree (If disagree, provide justification or policy references to support disagreement.) | | | |
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.)* | **PERSON/DEPT.<br>HEAD<br>RESPONSIBLE** | **TARGET<br>DATE** | **DATE<br>COMPLETED** |
| 1. Ensure tool rooms are properly shadowed. Update MTIL. Region Maintenance assisted with tool module in CMMS | J. Pugh | 07/01/11 | 06/07/11 |
| 2. | | | |
| 3. | | | |

| Finding 7: 13.02H | | | |
|---|---|---|---|
| *13.02H  C.  Sensitive tools were not issued only by a designated employee.  The following deficiency was identified:* | | | |
| X     Agree              Disagree (If disagree, provide justification or policy references to support disagreement.) | | | |
| **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.)* | **PERSON/DEPT.<br>HEAD<br>RESPONSIBLE** | **TARGET<br>DATE** | **DATE<br>COMPLETED** |
| 1. Tool Issue and inventory will be assigned monthly to a craftsman. In their absent, Mr. Pugh or Mrs. Bain will complete the work. Inventories will be reviewed weekly by the office administration and an email to the warden's office. | J. Pugh | 07/01/11 | 06/01/11 |
| 2. | | | |
| 3. | | | |

**APPENDIX 1136**            **McCOLLUM 07410**

ATTORNEYS EYES ONLY

## Finding 8: 13.03H

13.03H A  The Master Tool Inventory List (MTIL) was not accurate.  The following deficiencies were identified:
13.03H B  All tools were not properly engraved.  The following deficiency was identified:
13.03H C  Sensitive tools were not stored separately from non-sensitive tools.  The following deficiencies were identified:

X   Agree ___  Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. MTIL has been corrected to reflect 3.19 non sensitive tools relocated. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. Review Tool room inventories, spot check carts and tool rooms. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. Co-Mingling of tools / sensitive and non corrected – review 3.19 | J. Pugh | 04/15/11 | 04/15/11 |

## Finding 9: 13.04H

13.04H Documentation of twice daily inspections.  The following deficiencies were identified:

X   Agree ___  Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Ensure Tool Inventories are maintained properly. Monthly assignments and rotation of craftsman for being responsible for inventories and issue of tools from shared locations. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. In the event of scheduled day off or call in, the task of inventory and issue will be assigned. The technician will initial under the column for the day they were issued. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | |

**ATTORNEYS EYES ONLY**

### Finding 10:13.05H

13.05H E Tools were not approved for destruction by the Warden or designee prior to destruction. The follwing deficiency was identified:

| X | Agree | | Disagree (If disagree, provide justification or policy references to support disagreement. | | |
|---|---|---|---|---|---|

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | IOC Placed in destruction log book stating Jerry R. Pugh Maintenance Supervisor as the designee to approve destruction. | J. Pugh | 04/15/11 | 04/13/11 |
| 2. | | | | |
| 3. | | | | |

### Finding 11: 14.02

14.02A  All replaced equipment was not retired in the Equipment Files and all replacement equipment was not established (set up) in the Equipment Item Files. The following examples from a total of fifteen deficiencies (items replaced with new/replacement equipment but the items replaced were not retired in the Equipment Item Files):

14.02B  Equipment Item Files were not inclusive of all costs and did not reflect a complete history equipment. The following examples from a total of sixteen deficiencies were identified (Corrective Maintenance work orders coded to general unit codes "UNT", "HVS" and "PLB" instead of the specific Automated Maintenance System Equipment Item Codes):

| X | Agree | | Disagree (If disagree, provide justification or policy references to support disagreement. | | |
|---|---|---|---|---|---|

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Ensure CMMS Data is being updated and replaced equipment retired. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | Ensure CMMS Data is including dollars amount brought in with proper coding. | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | Office Coordinator will review 10% weekly to ensure accurate and complete Data is being entered. | J. Pugh | 04/15/11 | 04/15/11 |

**APPENDIX 1138**          **McCOLLUM 07412**

ATTORNEYS EYES ONLY

### Finding 12; 14.03

14.03F Required TDCJ policies were not current and/or on hand in the maintenance department. The following deficiency is identified:

X  Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Ensure TDCJ Policies are up to date. Office coordinator is to ensure that when new policy revisions are received they are placed in the office manual. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

069200
069111
068099
00751A

### Finding 13: 16.01

16.01 Purchased parts/tools/equipment were not brought into inventory. The following deficiencies were identified:

X  Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Ensure CMMS entries are complete. Conduct additional training for both the office coordinator and offender clerks. Office coordinator will review 10% of data weekly. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

### Finding 14:16.02

16.02C Two items were not charged to specific work orders. The following deficiencies were identified:

X  Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | Office coordinator will review CMMS Data: 10% of Data will be reviewed weekly, Office coordinator will ensure proper coding and charging of material. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | | |
| 3. | | | | |

**ATTORNEYS EYES ONLY**

### Finding 15: 17.01

17.01 AD-84's were not being properly completed for each work day. The following deficiencies were identified:

_X_ Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Additional training to ensure 10-20 Officer is reviewing AD84s daily. | J. Pugh | 04/15/11 | 04/15/11 |
| 2. | | | |
| 3. | | | |

### Finding 16: 17.02

17.02 YWOLs were not being properly completed. The following deficiencies were identified:

_X_ Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Ensure 10-20 Officer is conducting all required walkthroughs. Training on required logs and documentation. | J. Pugh | 07/01/11 | 07/01/11 |
| 2. | | | |
| 3. | | | |

### Finding 17: 19.02

19.02A CMMS numbers for four cameras did not agree with actual camera makings. The following deficiencies were identified:

19.02B Monitors are not showing clear viewable images from camera locations. The following deficiency was identified:

_X_ Agree          Disagree (If disagree, provide justification or policy references to support disagreement.

| ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|
| 1. Ensure Camera numbers match CMMS Data. | J. Pugh | 07/01/11 | 06/08/11 |
| 2. Ensure to do training on reporting deficiencies | J. Pugh | 04/15/11 | 04/15/11 |
| 3. | | | |

**ATTORNEYS EYES ONLY**

### Finding 18: 19.04

19.04B  Food Service equipment not bolted to the floor requires a lanyard.  The following deficiency was identified:

19.04C  Food Service refrigeration equipment requires maintenance. The following deficiencies were identified:

19.04D  Food Service refrigeration equipment not maintaining proper temperatures.  The following deficiency was identified:

19.04H  All Food Service gas fired equipment does not have posted required inspections.  The following deficiency was identified:

19.04J  All fire suppression caps were not in place as required.  The following deficiency was identified:

X  Agree            Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | B- work order11-3769,C-work orders 4860,4862,4863 D- work orders 4342, 4864 | J. Pugh | 04/27/11 | 06/01/11 |
| 2. | H- Contacted Dan Mallard at Region MT to request inspections | J. Pugh | 05/02/11 | 04/15/11 |
| 3. | J- Cap was replaced / salvaged/ No work orders needed | J. Pugh | 05/02/11 | 05/02/11 |

### Finding 19: 19.06

19.06A  Plumbing equipment was not free of leaks.  The following deficiency was identified:

X  Agree            Disagree (If disagree, provide justification or policy references to support disagreement.

| | ACTION STEPS (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | PERSON/DEPT. HEAD RESPONSIBLE | TARGET DATE | DATE COMPLETED |
|---|---|---|---|---|
| 1. | A- Work Order 3771 | J. Pugh | 07/01/11 | 07/01/11 |
| 2. | | | | |
| 3. | | | | |

**APPENDIX 1141**                    **McCOLLUM 07415**

**ATTORNEYS EYES ONLY**

Unit: _Hutchins_
Date: _4/13/2011_
_Jim Neville_

III.   **FACILITIES (Maintenance)**

## 10. WORK ORDER MANAGEMENT

**NOTES:**
*1.  Where instructed to review computer-generated documents (i.e., ADPICS, computerized management system, IMS, etc.), request assistance from the Unit Maintenance Supervisor or Office Administrator. Several questions note that a random sample of documents is to be selected based on the unit's maximum capacity: Small (323-899), Medium (900-2,399), or Large (2,400+).  If unsure about the unit's capacity, refer to the 'Unit Profiles' published by Executive Services. [Any automated forms or systems used at state or privately operated units must mirror the forms issued and the system used by Facilities Division Maintenance.]*
*2.  Section 14 (Maintenance Management), Items 14.01 and 14.02 only and Section 19 (Equipment Maintenance), all Items, are to be used only during the Division-Level Operational Reviews.*

10.01   Compare the craftsman's copy (working copy) to the automated maintenance system copy (completed work order) to ensure the following information is correctly documented on both copies:
**(FDM-01.09) (FDM-01.10) (FDM-05.26) [ACA 4-4013]**

    A.   Date Completed?     YES (NO)   N/A
        _11-1621, 11-1636, 11-1654, 11-1661_

    B.   Was short, detailed description of the work performed?     YES (NO)   N/A
        _11-1622, 11-2121, 11-2130_

    C.   Were all parts and materials issued from new parts inventory or other sources     YES (NO)   N/A
        (i.e., bench stock, provided by Unit Supply, provided by Education, etc.)?
        _11-1645, 11-2122_

    D.   Were additional labor or part charges from Region Maintenance or an outside     (YES) NO   N/A
        workforce, to include the work order or reference number, noted?

    E.   Were applicable ADPICS numbers, IMS numbers or Procurement Card numbers     (YES) NO   N/A
        for parts and materials noted?

COMMENTS: _(A) Dates don't match on Above CM's (B) Bad or NO description on Above CM's. (C) NO parts charge on Above CM's_

*METHODOLOGY:  Randomly select completed corrective maintenance (CM) and preventive maintenance (PM) work orders as noted below for the previous three month period. Do not select any open work order or any work order closed for a reason other than being performed.  Compare the craftsman's copy to the automated maintenance system copy, determine if all required information is contained on both copies of the same work order and determine if information on both copies of the same work order agree. Additionally, review the completed work orders (and RS-21's when appropriate) to verify all required information listed above is included.*

- *Small Units - 30 completed CM work orders; 20 completed PM work orders*
- *Medium Units - 45 completed CM work orders; 30 completed PM work orders*
- *Large Units - 60 completed CM work orders; 40 PM work orders*

*NOTE:  Questions A - E above are in two parts.  If either the craftsman's copy or the automated maintenance system copy is missing information, the response is NO.  If information on the craftsman's copy and the automated maintenance system copy do not agree, the response is NO.*

**ATTORNEYS EYES ONLY**

III.   **FACILITIES (Maintenance)**

Unit: _Hutchins_
Date: _4-13-11_

## 11. INVENTORY MANAGEMENT

*NOTE: This section applies to state-operated facilities only.*

11.01   When comparing stock numbers between the automated maintenance system and physical on-hand inventory, do:
**(Automated Maintenance System User Manual) (Facilities Division Management Requirement) [ACA 4-4037]**

A.   Automated maintenance system inventory part records provide an accurate quantity of the random inventory sampled?                                   YES (NO) N/A

B.   Automated maintenance system inventory part records provide the accurate location of the random inventory sampled?                                   YES (NO) N/A
     COMMENTS: _See attached sheets_

*METHODOLOGY:  A. Facilities (Maintenance) 1. Randomly select 15 warehouse part stock numbers from the automated maintenance system and compare the "Available" quantity in this system to a physical inventory count of the same items. Randomly select 15 additional inventory items and compare the physical count to the "Available" quantity in this system under warehouse part stock numbers. 2. Using the same 30 inventory items as in "A," compare the "Storage" listed in this system to the actual physical location. B. Operational Review Sergeants/TDCJ staff. 1. Record a physical count quantity and storage location for 30 separate randomly selected warehouse parts. 2. Compare on-hand quantities and storage locations with CMMS data (CMMS/Inventory/Warehouse Parts/Enter each stock number to verify correct quantity and storage location).*

*NOTE:*

*Verify any differences by reviewing RS-21s for inventory issued/received that had not been either entered in this system or placed into the warehouse stock.*

11.02   Do all on hand inventory items in the automated management system:
**(Automated Maintenance System User Manual) (Facilities Division Management Requirement)[ACA 4-4037]**

A.   Have an issue cost?                                   (YES) NO   N/A

B.   Have a stated storage?                                   YES (NO) N/A

C.   Have a stated location?                                   YES (NO) N/A

COMMENTS: _150.15-21050-3 (Weld thread lock), 630-06-25026-7 (Clear silicone Sealant), unable to locate 670-57-60000-1 (8th put plumber putty) on shelf no location organized in CMMS_

*METHODOLOGY:  A. Run Part List by Stock Number for Q_AVAIL > 0 and ISSUE_COST is < .01 to verify all on hand items have an issue cost. B. Run Part List by Storage for Q_AVAIL > 0 to verify all on hand items have a storage location. C. Run Part List by Location for Q_Actual > 0 to verify all on hand items have a location.*

*NOTES:*

*1. Cost only applies to actual on hand inventory (quantity greater than "Ø").*

*2. Operational Review Sergeants/TDCJ staff must request the Unit Maintenance Supervisor/Office Administrator provide them a copy of reports in A, B, and C of the above Methodology.*

*3. Identify items without an issue cost, stated storage and stated location.*

**ATTORNEYS EYES ONLY**

**III.    FACILITIES (Maintenance)**

Unit: _Hutchins_
Date: _4/13/20_

**12. PREVENTIVE MAINTENANCE (PM) MANAGEMENT** _Jim Neville_

12.01H   Are emergency generator PMs completed as required?
**(FDM-05.06) [ACA 4-4218; ACA 4-4219]**

A. Weekly?                                                                        YES [NO] N/A

B. Monthly?                                                                       YES [NO] N/A

COMMENTS: (A) Two PM's not completed timely on P1010EMG01
(B) Untimely PM's on P2010 EMG01 and P4010 EMG01

*METHODOLOGY: Through automated maintenance system records, determine quantity of stationary emergency generators. (A. Weekly) Review the PM records for the previous three month period for one-half of the stationary emergency generators. Verify that the PM tasks were performed within six calendar days of the scheduled start date. (B. Monthly) Review the PM records for the previous three month period for the remaining stationary emergency generators (the other half) not reviewed in A. above. Verify that the PM tasks were performed within the same month of the schedule start date.*

12.02H.  Within the past twelve calendar months, have all stationary emergency generators had:

**(FDM-05.06) [ACA 4-4219]**

A. Oil and oil filter changed and parts charged to the work order?          [YES] NO  N/A

B. Coolant tested in the first year and second year and changed in the third year as
applicable for the 12 month period under review and documented on a work order?   YES [NO] N/A

C. Fuel filters changed and parts charged to the work order?                 [YES] NO  N/A

COMMENTS: (B) Four of the five EMG's have no documentation showing coolant was changed or tested

*METHODOLOGY:   (A. - C.)   Through automated maintenance system records, identify the work orders documenting that each of the above tasks has been completed for all stationary emergency generators during the last 12 calendar months. Additionally, review the craftsman's copy of these same work orders to verify that each of these tasks has been correctly documented.*

12.03    Is preventive maintenance scheduled for mandatory and non-critical equipment and
systems reviewed?                                                            [YES] NO  N/A
**(FDM-05.06) [ACA 4-4218; ACA 4-4219]**

COMMENTS: _____

*METHODOLOGY:  Obtain copy of the automated maintenance system Report "Check - Equipment with No PM Schedule," and verify PM linked and active on mandatory and non-critical equipment and systems to include replacement, new, or additional equipment. Note equipment with no PM Schedule and/or not linked or not active as required.*

ATTORNEYS EYES ONLY

4/8/13  Jim Neville

III.   MAINTENANCE (Facilities Division); 12. Preventive Maintenance (PM) Management

12.04   Has quarterly preventive maintenance been performed and documented for the following:
(FDM-05.06) [ACA 4-4218]

A.   Pressure Reducing Valve, Gas/Air Sub-Station - 1544-PRV03Q?        YES   NO   N/A

B.   Underground Gas Lines - 1545-GSL01Q?        YES   NO   N/A

C.   Above Ground Gas Lines - 1546-GSL02Q?        YES   NO   N/A

COMMENTS:_____

_____

*METHODOLOGY: Review the previous four quarters of PMs for 10 % or not less than 1 of the PRVs and all of the gas lines to ensure all required PM tasks have been conducted, properly documented, and that the Craftsman and Unit Maintenance Supervisor signed and dated the documents. These quarterly PMs must be completed within three months of the scheduled start date.*

**APPENDIX 1145**

**McCOLLUM 07419**

**ATTORNEYS EYES ONLY**

III.   FACILITIES (Maintenance)

Unit: *Hutchins*
Date: *4-14-11*

## 13. TOOL MANAGEMENT

**13.01H**  Are shadow boards in place and properly configured?        YES (NO) N/A
**(AD-03.19) [ACA 4-4196M]**

COMMENTS: *50' Nylon Rope in hot room not shadow boarded, no tag, tool number not on MTIL, Sensitive cage not shadowed*

*METHODOLOGY:  Verify that common and sensitive tool room shadow boards are in place, where space permits, to offer quick and accurate tool accountability. Verify that each tool on the shadow board is "shadowed" and that in instances of multiple tools hanging on one peg, only like tools are hung together and the total number of these tools noted.*

*NOTE:  It is not a requirement for the tool number to be on the shadow board; however, if a number is displayed, verify that it matches the number engraved on the tool.*

**13.02H**  Are Sensitive and Non-Sensitive/Common Tool Checkout Logs maintained per TDCJ policy?
**(AD-03.19) [ACA 4-4196M]**

A.  Does the department utilize separate Tool Checkout Logs for sensitive and   (YES) NO  N/A
non-sensitive/common tools?

B.  Are Tool Checkout Logs properly completed?   (YES) (NO) N/A

C.  Are sensitive tools only issued by a designated employee?   YES (NO) N/A

COMMENTS: *Per AD 03.19 (rev3) Section II B no one specifically designated for sensitive room*

*METHODOLOGY:  Review Common and Sensitive Tool Check Out Logs for the past 30-days including the logs for the day of the audit.  A.  Verify that separate logs are used for the issue and return of Common and Sensitive Tools.  B.  Verify entries on both logs are complete (i.e., date; requester's printed name; tool description; unique number of tool; time and date of issue with signed initials; and time and date of return with signed initials).*

**13.03H**  For each of the 30, 60, or 90 tools checked (see Note below to determine sample size):
**(AD-03.19) (FDM-05.19) [ACA 4-4196M]**

A.  Is the master tool inventory list accurate?   YES (NO)  N/A

B.  Are all tools properly engraved?   YES (NO)  N/A

C.  Are sensitive tools stored separately from non-sensitive/common tools in a   YES (NO)  N/A
locked, secured location where offenders do not have access or where there
is constant staff supervision?

COMMENTS: *In sensitive room tool #'s 725, 718A, & 723 in sensitive column has no. Should be listed yes corrected during audit. C. Tool by location*

*METHODOLOGY:  A.  Verify accuracy through comparison of checked tools with tools on the master tool inventory list.  B.  Verify tools are engraved with Unit/Division Identification Number (51), Department Number (1) and Tool Number (1).  [Example: Unique Tool Number 51-1-1].  C.  Verify sensitive and non-sensitive/common tools are properly stored.*

TOOL BOX;
HOT ROOM
Sensitive
NO
Should be
Yes

*TN# 942- Many are engraved correctly one end wrong other*

*TN# 1202A on MTIL does not agree with tool Smith  C. comm. ...*

APPENDIX 1146

McCOLLUM 07420

**ATTORNEYS EYES ONLY**

III.  FACILITIES (Maintenance);  13. Tool Management

_NOTE:  The purpose of Question 13.03H is to ensure agreement between actual "on-hand tools" and the unit's master tool inventory list.  The number of tools checked is based on the size of the unit's total tool inventory, as noted below:_

- _Small inventory (less than 1,000 tools) - Check 30 total tools (on a 10/10/10 basis) ; or_
- _Medium inventory (1,000 - 1,999 tools) - Check 60 total tools (on a 20/20/20 basis); or_
- _Large inventory (2,000+ tools) - Check 90 total tools (on a 30/30/30 basis)._

➔ _First - Using the 'master tool inventory list', randomly select 10 tools  from the master tool inventory list [or 20 or 30, as appropriate] and compare with the 'on-hand tools'; then_

➔ _Second - Randomly select 10 different tools from the 'on-hand inventory' [or 20 or 30, as appropriate] and compare with the 'master tool inventory list;' then_

➔ _Third - Randomly select 10 different tools from the 'on-hand inventory' of one or more tool boxes [or 20 or 30, as appropriate] and compare with the 'master tool inventory list.'_

13.04H  Is the Maintenance Department documenting twice daily visual inventories of tool rooms?        YES  NO  N/A

(AD-03.19) [ACA 4-4196M]

COMMENTS: _Sensitive Hot Room + Non Sensitive log errors on  4-13, 14, 15_

_METHODOLOGY:  Review records documenting twice daily visual tool inventories for tool rooms during the past 30 days, including the last work day prior to the audit date._

13.05H  Are damaged, broken or unserviceable tools:

(AD-03.19) [ACA 4-4196M]

A.  Secured in a locked storage container?        YES  NO  N/A  _empty at this time_
B.  Stored with cutters removed/disabled?        YES  NO  N/A
C.  Identified on the Tool Destruction Log?        YES  NO  N/A
D.  Destroyed within one month after the "Date Placed Destruction Box/Taken Out of Service on the Tool Destruction Log?"        YES  NO  N/A
E.  Approved for destruction by the Warden or designee prior to destruction?        YES  NO  N/A

COMMENTS: _No Warden's sig on dest log or dest 3-31-11, 6-1-10, 5-11-10_

_METHODOLOGY:  Verify the storage container is locked.  Verify all tools in the locked storage container are recorded on the Tool Destruction Log.  Verify that all required entries on the Tool Destruction Log are completed.  Confirm tool destruction approval was granted in writing by the Warden or designee prior to the destruction date.  Confirm that the tool destruction was within completed one month after the "Date Placed Destruction Box/Taken Out of Service."_

13.06H  Do employees maintain a supplemental list of tools checked out from the sensitive or non-sensitive/common tool rooms until those tools are returned (e.g., specialty tools for a specific job)?        YES  NO  N/A

COMMENTS: _✓ An Electrian had a ladder on Supplemental log_

_METHODOLOGY:  Verify employees have a supplemental list for all specialty tools checked out from the sensitive or non-sensitive/common tool rooms._



**ATTORNEYS EYES ONLY**

III.   FACILITIES (Maintenance)

Unit: _Hutchins_
Date: _7/83/2011_
_Jim Neville_

## 14. MAINTENANCE MANAGEMENT

*Note: Items 14.01H and 14.02 are for Division-Level Operational Review Only*

14.01H  Are expenditures for employee housing reflected on the Employee Housing Log?   YES   NO   N/A
(ED-10.06) [ACA 4-4037]

COMMENTS: _Not on Unit_

*METHODOLOGY:  Review the automated maintenance system "Buildings & Locations" list to ensure employee housing locations on the fixed asset run are shown and are coded to appear on the Employee Housing Log (BOQs are not included in this review).  For the current and previous fiscal years, review the following automated maintenance system reports to verify all expenditures for employee housing are included on the Employee Housing Log:  Work Orders Coded to UNT and HVS; Part Costs and Additional Charges Greater Than/Equal to $500; Parts Issued Without a Work Order; Open Work Order Log;  direct replacement  and MWRs closed in the current and previous fiscal years.*

*(NOTE:  The Hamilton Unit will track employee housing at the Buffalo Ranch.)*

14.02   Are automated maintenance system Equipment Item Files:
(FDM-01.02) (FDM-05.06) [ACA 4-4037]

A.  Established for each replacement, new or additional item of equipment and   YES  NO  N/A
system requiring preventive maintenance within 21 calendar days following installation?

B.  Inclusive of all costs in order to reflect a complete equipment history?   YES  NO  N/A

COMMENTS: _(A) CMR's 09, 01, 03, 10 Replaced + Not Retire_
_(B) 1-6188 code to PCB Not BFP; 1-5064 coded to UNT Not AHU_

*METHODOLOGY:  A. – B.  Review the previous two months of reconciled Procurement Card purchases and MWRs for replacement, new or additional equipment/systems as well as direct replacement(s) which require(s) preventive maintenance since the last audit.  Also review automated maintenance system reports: Work Orders Coded to UNT and HVS, Part Costs and Additional Charges Greater Than/Equal to $500; Parts Issued Without a Work Order; and Open WO Log.*

14.03   Does the department have the following required TDCJ policies and are they current?
(Facilities Division Management Requirement) [ACA 4-4013; ACA 4-4014]

A.  Facilities Division Maintenance Standard Operating Policies Manual   YES  NO  N/A
& Updates - Available from Facilities Maintenance Department Headquarters

B.  ED-10.06 (Construction, Maintenance, Renovations or Alterations of   YES  NO  N/A
TDCJ Facilities) - Available on TDCJ Mainframe Infopac

C.  AD-03.19 (Control of Tools/Sensitive Items) - Available on TDCJ   YES  NO  N/A
Mainframe Infopac

**ATTORNEYS EYES ONLY**

III.   FACILITES (Maintenance); 14.  Maintenance Management

D.   AD-10.20 (Identifying & Reporting Facility Maintenance Requirements) - Available on TDCJ Mainframe Infopac      [YES] NO   N/A

E.   TDCJ Procurement Card Manual - Available on TDCJ Mainframe Infopac      [YES] NO   N/A

F.   Facilities Division Preventive Maintenance Program Manual & Updates - Available from Facilities Maintenance Department Headquarters      YES [NO]   N/A

G.   Facilities Division Guide Line For Managing Projects Constructed By The Maintenance Department      [YES] NO   N/A

COMMENTS: (F) The 2530-GTPOIQ Grease Trap PM was not updated to the mandatory 1530-GTPOIM, PM

*METHODOLOGY:  Review each publication to determine if it is current.  A.  Prior to the review, go to TDCJ Intranet, select Facilities Division web site, click on Policies, select Maintenance SOPs, Click on FDM Table of Contents & print copy.  If TDCJ Intranet is not available, contact Facilities Maintenance (936/437-7342) and request a copy of this index.  Compare index, including revision dates, with each on-hand FDM to verify it is current.  B. - E.  Prior to the review, go to TDCJ Mainframe Infopac and print 1st page of each policy/manual. Compare revision dates on these pages with each on-hand policy/manual to verify it is current.  F.  Prior to the review, contact Facilities Maintenance (936-437-7342) and request a copy of the PM Manual Table of Contents by Subject. Compare this with the on-hand Table of Contents by Subject to verify it is current.  Per FDM-05.06, the PM Manual is not complete unless a copy of the unit developed and Region reviewed annual PM Schedule is filed in the manual.  Written verification of Region review is required  G.  Initial distribution by Facilities Maintenance at the time of the Division Level Operational Review &  a maintenance department responsibility thereafter.*

14.04   Does the department have a Generator Refueling Plan that includes:
        **(FDM-05.24) [ACA 4-4216]**

A.   Amount of fuel consumed under ¾ load per hour?      [YES] NO   N/A

B.   Fuel tank capacity?      [YES] NO   N/A

C.   Resources available for refueling?      [YES] NO   N/A

COMMENTS:_____

*METHODOLOGY:  Verify plan complies with TDCJ policy to include A. Amount of fuel consumed under ¾ load conforms to standards in FDM-05.24, (Attachment A). B. Fuel tank capacity is properly computed (H' x W' x L' = cu. ft. x 7.48 = Gallon Capacity). C. Description of resources available to transfer fuel from a refueling source to individual generators (i.e., tractor, fuel trailer, bulk tank, etc.) and estimate as to the time required to obtain replacement fuel.*

**ATTORNEYS EYES ONLY**

III.   **FACILITIES (Maintenance)**

Unit: _Hutchins_
Date: _8/13/2011_

### 15. REFRIGERANT MANAGEMENT

_Jim Neville_

---

15.01H  Is refrigerant stored in a secure area preventing access by unauthorized personnel?   **YES** NO  N/A
**(FDM-05.09) [ACA 4-4215M]**

COMMENTS:_____

_METHODOLOGY:  Inspect all refrigerant storage areas.  Check to ensure all disposable and recovery cylinders are secured.  Unauthorized personnel are defined as offenders and other than unit maintenance staff.  A secure area is defined as behind lock and key._

---

15.02H  Are all non-disposable recovery cylinders hydrostatically tested every five years?   **YES** NO  N/A
**(FDM-05.09) [ACA 4-4215M]**

COMMENTS:_____

_METHODOLOGY:  Inspect all recovery cylinders and verify the most recent hydrostatic testing date is within the last five years.  The date should be stamped on the collar of the cylinder (not the cylinder itself). (NOTE:  Disposable one time use recovery cylinders do not require testing.)_

---

15.03 H  Does each disposable refrigerant cylinder issued to working stock have:
**(FDM-05.09) [ACA 4-4215M]**

A.   A unique number issued in a numeric sequence and ending with the type of   **YES** NO  N/A
Refrigerant (i.e., 98-1-R22, 98-2-R22, etc.) that is marked on the cylinder with
a permanent type marker?

B.   A separate Refrigerant Usage Log (RS-249)?   **YES** NO  N/A

C.   Copies of work orders attached to Refrigerant Usage Logs documenting the use of   **YES** NO  N/A
refrigerant?

COMMENTS:_____

_METHODOLOGY:  Inspect disposable refrigerant cylinders and review Refrigerant Usage Logs that were completed within the past six months.  A.  Verify that cylinders are marked in permanent marker with the "fiscal year - sequence number - type of refrigerant" (Example: 10-1-R22).  The cylinder itself must be numbered not the shipping container.  B.  Verify that, on other than full cylinders, an RS-249 is maintained on each disposable cylinder (with the prescribed number noted on the log).  Also check to verify the Craftsman and Maintenance Supervisor have both signed the RS-249 once a zero balance is reached.  If the weight of the cylinder plus contents was noted in the initial log entry, the zero balance on the last log entry must be the weight of the cylinder less contents.  If the cylinder contents only was noted in the initial log entry, the balance on the last log entry must be "Ø."_

---

APPENDIX 1150                                   McCOLLUM 07424

ATTORNEYS EYES ONLY

*Hutchins*
*4/13/2011*
*Jim Neville*

III.    FACILITIES (Maintenance);   15.  Refrigerant Management

---

15.04 H Do all staff and offender technicians who perform work on HVAC sealed systems
        have the required Environmental Protection Agency (EPA) certification?
        **(FDM-05.09) [ACA 4-4215M]**

| YES | NO | N/A |
|-----|----|----|

COMMENTS:_____

_____

*METHODOLOGY:  Employee technicians are required to have their certification card (or a copy) in their
possession at all times while offender technician certification cards must be on file in the maintenance
department.  At a minimum, technicians (staff and offenders) must have **both Type I and II** EPA-approved
recovery certifications (one or the other is not sufficient to meet the requirement of FDM-05.09).  At Units
where low-pressure systems are utilized, technicians must have a **Universal** certification. (i.e., Jester IV,
Montford, Estelle, Young, Wynne, and Marlin VA).*

---

15.05 H Are disposition reports properly prepared for each refrigerant recovery to include:
        **(FMD-05.09) [ACA 4-4215M]**

A.  RS-250 Refrigerant Disposition Report (Attachment B, FDM-05.09) for
    non-contaminated refrigerant?    | YES | NO | N/A |

B.  RS-251 Refrigerant Disposition Report (Attachment C, FDM-05.09) for
    contaminated refrigerant?    | YES | NO | N/A |

C.  Recovered Refrigerant (Attachment D, FDM-05.9 for
    contaminated or non-contaminated refrigerant?    | YES | NO | N/A |

COMMENTS:_____

_____

*METHODOLOGY:  A. Verify the RS-250 Refrigerant Disposition Report (Attachment B, FDM-05.09) is
completed when non-contaminated refrigerant is recovered from a sealed system and not re-used in the
same sealed system; ensure all required entries are completed on the form.  B. Verify that the RS-251
Refrigerant Disposition Form (Attachment C, FDM-05.09) is completed when contaminated refrigerant is
recovered from a sealed system and ensure all required entries are completed on the form.  C. Verify that
if the Recovered Refrigerant is not used in the same sealed system within 72 hours, that a disposition report
(Attachment D, Stock #615-51-05179-2) is completed and attached to the cylinder.*

**ATTORNEYS EYES ONLY**

III.   **FACILITIES (Maintenance)**

Unit: _Hutchins_
Date: _4/14/11_

## 16. PROCUREMENT CARD MANAGEMENT

*NOTE: This section applies to state-operated facilities only.*

*NOTE: In order to address all the questions in this Section, you must review reconciled procurement card statements and supporting documentation for the past two months excluding the month of the review.*

---

16.01   Were parts/tools/equipment/materials purchased brought into inventory? [ACA 4-4037]    YES (NO) N/A
(Automated Maintenance System User Manual) [ACA 4-4037]
COMMENTS: _3 items on the 2/7/11 statement were not brought into inventory + 1 item on the 3/7/11 was not brought into inventory_
METHODOLOGY: *Verify that parts/tools/equipment/materials were brought into inventory.*

---

16.02   Does the department ensure that each item purchased:
(AD-14.53) (TDCJ Procurement Card Manual) (FDM-01.11) (FDM-05.09) (FDM-05.11)
[ACA 4-4037] [ACA 4-4038]

  A.   Is an authorized item?                                                                                (YES) NO   N/A
  B.   Had prior documented Facilities Division Maintenance Headquarters authorization,   YES  NO   (N/A)
       if required?
  C.   Is compatible with the detailed description on the associated work order?          (YES)(NO)  N/A
       *Note: This question applies only to items not purchased for stock.*
  D.   Is documented on a Material Request Form FDM-01.01, Attachment A,                  (YES) NO   N/A
       (Rev. 02) November 01, 2009.

COMMENTS: _(B) No Doc. within random samples needed Auth._
_(C) Not charged to w/o. 2 items_

METHODOLOGY: *A.   Review the 'unauthorized item list' in the current Maintenance Procurement Card Program General Information Guide to verify none of the items purchased is on the list and the items purchased were legitimate to the department function.   B.   Review files to verify that prior Facilities Maintenance authorization was obtained for refrigerant (commodity code 740-55) and commercial or security locking hardware (commodity codes 450-55 and 680-72) prior to the purchase.   E-mail authorization is acceptable.   C.   Compare the detailed description of work on the associated work order for the specific item purchased to determine if it is compatible (i.e., pane of glass to repair a broken window but not gravel to repair storage building roof).*

*NOTE: Use the same group of records selected for 16.01 above.*

---

16.03   Does each reconciled monthly statement reviewed have supporting documentation for each transaction?
(AD-14.53) (TDCJ Procurement Card Manual) (FDM-01.11) FDM-05.09) (FDM-05.11)
[ACA 4-4037] [ACA 4-4038]                                                                    (YES) NO   N/A

COMMENTS: _____

METHODOLOGY: *Review credit card statements and supporting documentation.   Verify that the following supporting documentation is available in the department for each transaction:   Charges: any of the following - receipt, invoice, packing slip, picking ticket or any other vendor supplied document that provides an itemized listing of items purchased.   A vendor's stock number is acceptable as an itemized listing.   If the vendor does not supply any documentation for transitions, the "Telephone Order Form" is an acceptable substitute.   Credits:   Any documentation noting the source of or reason for the credit is acceptable.   Examples include credit slip supplied by the vendor, a copy of the original charge with a notation detailing the returned item(s) and/or a copy of the disputed charge form.*

---

ATTORNEYS EYES ONLY

*A-13-11*

III.    FACILITIES (Maintenance)

## 17. AD-10.20 PROGRAM MANAGEMENT

*NOTE:  Randomly select three departments (one must be an offender housing location) and request their Yearly Work Order Log (YWOL), Daily Inspection Log (AD-84) and Weekly Maintenance Department Reports for the previous 30 days.  Review these documents in order to respond to Checklist questions.*

---

17.01   Are Daily Inspection Logs (AD-84s) properly completed for each workday?          YES   NO   N/A
        (AD-10.20) [ACA 4-4218]

COMMENTS: *Laundry & Security (D) areas inspected not noted on a daily basis*

*METHODOLOGY:  Verify the AD-10.20 Representatives are documenting their inspections and recording their deficiencies on the Daily Inspection Log (AD-84).  A Daily Inspection Log (AD-84) is required for each workday.  All columns, except those designated "Maintenance User Only," must be completed. Additionally, the signature of the staff member conducting the inspection must be included.*

---

17.02   Are Yearly Work Order Logs (YWOLs) properly completed?          YES   NO   N/A
        (AD-10.20) [ACA 4-4218]

COMMENTS: *Supv not signing YWOL on a weekly basis Laundry, Food Serv & Security*

*METHODOLOGY:  Verify the deficiencies reported on the Daily Inspection Log (AD-84) are also reported on the Yearly Work Order Log (YWOL).  Verify the Work Order Number, Date Issued, Priority and Date Closed (when available) from the Daily Inspection Logs returned from maintenance are transferred to the Yearly Work Order Log.  The Deficiency Description on the Yearly Work Order Log shall be similar to that on the Daily Inspection Log but does not have to be identical.  Verify Department Supervisors document completion of weekly inspections by initialing the Yearly Work Order Log.*

*NOTE:  With regard to Department Supervisor initials, weekly is defined as from Sunday to Saturday. Inspections can be conducted on Monday one week and on Friday the following week.  While this period includes more than seven days, it is acceptable based on the above definition of weekly.*

---

17.03   Does the Maintenance Department Annotate the Maintenance Use Only section of the department's Daily Inspection Log (AD-84) with the "Work Order Number, Date Issued" and "Priority" and return it to the department so that the information can be transferred to the Yearly Work Order Log?          YES   NO   N/A
        (AD-10.20) [ACA 4-4218]

COMMENTS: _____

*METHODOLOGY: Verify the Maintenance Department has recorded the Work Order Number, Date Issued and Priority for newly identified deficiencies in the Maintenance Use Only section of the department's Daily Inspection Logs (AD-84s) returned to the department AD-10.20 Representatives. Verify the Department Supervisor (Head) initialed the Yearly Work Order Log weekly.*

*Surette*

**ATTORNEYS EYES ONLY**

III.     FACILITIES (Maintenance)

Unit: _Hutchins_
Date: _4/13/2011_
_Jim Neville_

18. MAJOR WORK REQUEST (MWR) MANAGEMENT

18.01H   Are all major construction and alteration projects authorized?       YES  NO   N/A
         (BP-10.05; ED-10.06) [ACA 4-4028]

         COMMENTS:_____

         _METHODOLOGY: Major construction and alteration projects are those with a cost of $1,000 or more._
         _For the time period since the last audit, review the following automated maintenance system reports for_
         _unauthorized major construction and alteration projects performed:  Work Orders Coded to UNT and_
         _HVS; Part Costs and Additional Charges Greater Than/Equal to $500.00; Parts Issued Without a Work_
         _Order; and Open Work Order Log.  Conduct a visual inspection of the unit for obvious projects that were_
         _completed or are in progress without prior MWR approval.  Interview Unit Maintenance Supervisor, Office_
         _Administrator, or other unit staff._

18.02H   Are all minor alteration or minor construction projects authorized?       YES  NO  N/A
         (ED-10.06 [ACA 4-4028]

         COMMENTS:_____

         _____

         _METHODOLOGY: Minor alteration and minor construction projects are those with a cost less than_
         _$1,000.  These projects require a DM approved by the Regional Director.  For the time period since the_
         _last audit, review the following automated maintenance system reports for unauthorized minor alteration_
         _and minor construction projects performed:  Work Orders Coded to UNT and HVS, Part Costs and_
         _Additional Charges Less Than $500.00; Parts Issued Without a Work Order; and Open Work Order Log._
         _Conduct a visual inspection of the unit for obvious projects that were completed or are in progress without_
         _prior DM approval.  Interview Unit Maintenance Supervisor, Office Administrator, or other unit staff._

18.03    Are all unit initiated MWRs entered into the automated maintenance system       YES  NO   N/A
         MWR Projects File?
         (ED-10.06) (Guidelines for Automated Maintenance System MWR) [ACA 4-4028]

         COMMENTS:_____

         _____

         _METHODOLOGY: Compare the CMS Major Projects report to the automated maintenance system MWR_
         _Projects file to ensure each MWR the unit submitted has been entered.  MWRs which were not submitted by_
         _the unit are not to be considered in this review._

         _NOTE:  Prior to review, request copy of the CMS Major Projects report from the Facilities Assessment_
         _Supervisor at Facilities Division Maintenance Headquarters (936-437-7342)._

**ATTORNEYS EYES ONLY**

**III.   FACILITIES (Maintenance)**

Unit: Hutchins

Date: 4/13/11

## 19. EQUIPMENT MAINTENANCE

*Section 19, Equipment Maintenance, is to be used for Division-Level Operational Review only.*

**19.01H**  MECHANICAL - Heating, Ventilation, and Air Condition (HVAC) Systems

Are Respiratory Isolation exhaust duct work warning labels at most 20 feet apart and at all floor and wall penetrations? *Note: This applies only to units with isolation cells.*     YES   NO   (N/A)

**NON-CRITICAL PM (2130-EXF01Q)**

COMMENTS: No Neg Air Pressure Isolation Rooms.

*METHODOLOGY: Review automated maintenance system Report "Item Equipment Type/Location" using the acronym "EXF" - Exhaust Fans and randomly check one biohazard exhaust fan to determine response to the above question. Visual inspection required.*

*Number of items checked will be a minimum of 10% but no less than 1.*

**19.02**   ELECTRICAL - Security Surveillance Systems (Cameras, Monitors, Video Switching Units and Perimeter/Pole Mounted Lights)
**(FDM-05.23) (FDM-05.28) NON-CRITICAL PM'S - CAMERAS, MONITORS (2355-TVM01S), AND VIDEO SWITCHING UNITS (2360-VSU01S)**

A.  Are cameras identified and numbered in accordance with TDCJ policy?   YES  (NO)  N/A
B.  Are monitors showing clear and viewable images from camera locations?   YES  (NO)  N/A
C.  Are video switching units scanning programmed camera locations?   (YES)  NO  N/A
D.  Are perimeter and pole mounted lights identified and numbered in accordance with TDCJ policy?   (YES)  NO  N/A
E.  Are perimeter and pole mounted lights identified on a map developed by unit maintenance?   (YES)  NO  N/A

(B) COMMENTS: (A) 4 cameras Not marked properly + (B) 1 monitor Non Operational.

*METHODOLOGY:  A, B, C Review automated maintenance system Report "Item Equipment Type/Location" using the acronyms: "CMR" - Camera, and randomly check various buildings for correct numbering in accordance with TDCJ policy, "TVM"- Television Monitor for viewable images, and "VSU"- Video Switching Units to ensure units are scanning programmed camera locations. A visual inspection is required. D, E Visually inspect perimeter/poles with mounted lights to verify numbers are stenciled in a contrasting color and large enough to be easily visible from the perimeter road or other observation point. Verify that a map identifying all perimeter/pole mounted lights is maintained by unit maintenance and confirm that the stenciled number and location of the visually inspected poles agrees with the information on the map.*

*A -C: Number of items checked will be a minimum of 10% but no less than 1.*
*D - E: Number of poles checked will be a minimum of 25%.*

McCOLLUM 07429
Page 1 of 4

**ATTORNEYS EYES ONLY**

*Hutchins*

III. FACILITIES (Maintenance)   19. Equipment Maintenance

19.03   ELECTRICAL - Electrical Switchboard Panels and Electrical/Mechanical Rooms
**(FDM-05.12 AND NEC)**

A. Are covers and panels in place and secured? — (YES) NO  N/A
B. Are panel schedules present and legible? — (YES) NO  N/A
C. Are electrical or mechanical rooms clean and free of clutter or debris (nothing stored within required 36" clearance from panel)? — (YES) NO  N/A

**OPTIONAL PM (0304-ESB01A)**

COMMENTS:_____

*METHODOLOGY: Number of mechanical/electrical rooms will be a minimum of 10% but no less than 1.*

19.04   MECHANICAL - Food Service and Ansul Suppression Equipment
**(FDM-05.02) (FDM-05.07)**

A. Are exhaust hoods venting properly with filters, screens, and separators installed and clean? — (YES) NO  N/A
B. Are lanyards in place on gas fired equipment (excludes equipment bolted to the floor)? — YES (NO) N/A  TOO1KBRA01 Not Lanyard in place + all kettles not bolted to floor. w/o 2099110003769
C. Are seals/gaskets serviceable?
- Ovens  TOO1KFRG07 + TOO1KFRG08 — (YES) NO  N/A
- Refrigerators  need door sweeps. — YES (NO) N/A
- Freezers  TOO1KFRZ01 needs door seal + door sweep — YES (NO) N/A
- Ice Machines and Bins  NO seals on bins — YES NO (N/A)
D. Is refrigeration equipment maintained at proper temperatures?
- Walk-in Refrigerators 34° to 38°  TOO1KFRG08 - 42° — YES (NO) N/A
- Freezers 0° to -10°  TOO1KFRZ01 - 11° — YES (NO) N/A
- Pass-Thru Refrigerators 38° to 40° Did not review — YES NO (N/A)
E. Is/are ice machine(s):
- Operational and producing ice? — (YES) NO  N/A
- Evaporator coils clean and free of rust? — (YES) NO  N/A
- Bin clean and free of rust? — (YES) NO  N/A
F. Are gas ranges clean, burners light properly and flame tip is blue in color? — (YES) NO  N/A
G. Is the dishwasher utensil surface temperature 160° or higher as measured by an approved digital thermometer? — (YES) NO  N/A
H. Are inspections current and posted for self-contained gas fired steam kettles? — YES (NO) N/A  No inspection on all kettles
I. Is the suppression system unit exterior clean? — (YES) NO  N/A
J. Is the suppression system nozzle position correct and arc caps installed? — YES (NO) N/A 1 cap missing
K. Is the suppression system pull station accessible? — (YES) NO  N/A
L. Is equipment free of water, steam, or gas leaks (Items A - K above)? — (YES) NO  N/A
M. Is the fire suppression system UL 300 or later? — (YES) NO  N/A

**MANDATORY PM (1410-ICE01M)**

**NON-CRITICAL PM'S** (2420-EXH01Q, 2404-OVN01S, 2405-OVN02M, 2406-OVN02M, 2414-FRG01Q, 2415-FRG02Q, 2417-FRZ02Q, 2416-FRZ01Q, 2401-RNG02S, 2400-RNG01S, 2450-DSW01M, 2425-FSS01Q)

*Kim Bonvillion*

**APPENDIX 1156**

MCCOLLUM 07430

**ATTORNEYS EYES ONLY**

*Hutchins*

III. FACILITIES (Maintenance)   19. Equipment Maintenance

COMMENTS:_____

_____

*METHODOLOGY: Review automated maintenance system Report "Item Equipment Type/Location" using the following acronyms: "EXH" - Exhaust Hood, "OVN" - Oven, electric, commercial, gas, revolving (lubrication), and gas, commercial, "RNG" - Gas Range, "FRG" - Refrigerator, stand alone, commercial, walk-in, commercial, "FRZ" - Freezer, stand alone, commercial and walk-in, commercial, "DSW" - Dishwasher, commercial, "KET" - Kettle, "FSS"- Fire Suppression System, Ansul, "ICE" - Ice Machine and randomly inspect equipment to determine responses to the above questions.   Visual inspection required.*

*Number of items checked will be a minimum of 10% but no less than 1.*

*NOTE:  Items A - L includes equipment located in all food preparation areas (i.e., trusty camp, high security, main building, etc.).*

19.05   MECHANICAL - Laundry Equipment
(FDM-05.02)

*(A) TODILCLWO4  w/o 11003083*

A.  Is equipment free of water, steam or gas leaks?   *washout valve leaking bad!*   YES (NO) N/A

B.  Are belts serviceable?  *OK*   (YES) NO N/A

C.  Are door seals/gaskets serviceable?   (YES) NO N/A

D.  Is equipment free of hydraulic oil leaks?   (YES) NO N/A

E.  Are bearings serviceable?   (YES) NO N/A

F.  Is a lint collection system in place and serviceable?  *Needs cleaning*  *OK - Needs cleaning*   YES (NO) N/A

**NON-CRITICAL PM'S (2475-CLD02M, 2475-CLD01S, 2477-CLW01S, 2477-CLW02M, 2477-CLW02Q, 2480-LNC01S)**

COMMENTS:_____

_____

*METHODOLOGY:  Review automated maintenance system Report "Item Equipment Type/Location" using the following acronyms: "CLD" - Clothes Dryer, "CLW" - Clothes Washer, and "LNC" - Lint Collector, and randomly check equipment to determine responses to the above questions.  Visual inspection required.*

* *Number of items checked will be a minimum of 10% but no less than 1*

19.06   PLUMBING - Water Heaters, Steam Boilers, Feed Water Tanks, Continuous Blow Down Assembly, and Deaerating Tanks
(FDM-05.15)

*(A) BOO1OWTHO2  leaks at base + rusting around the bottom.*

A.  Is equipment free of leaks?   YES (NO) N/A

B.  Are thermometers and pressure gauges serviceable?   (YES) NO N/A

C.  Are potable water heater minimum temperature settings at 140°?   (YES) NO N/A

D.  Are boiler inspections current and posted?   (YES) NO N/A

E.  Are boiler safety(s) serviceable (low water alarm cut-off/continuous blow down assembly)?   (YES) NO N/A

F.  Is the Boiler Log maintained (Attachment 2, FDM 05.15)?   (YES) NO N/A

**MANDATORY PM'S (1215-BOL01A, 1205-BOL01S, 1216-BOL01M, 1216-BOL02A, 1216-BOL02S, 1213-CBA01S, 1214-DES01A)**

**NON-CRITICAL PM (2533-WTH01S, 2534-WTH02S, 2217-TNK01S)**

*Kim Bonvillian*  McCOLLUM 07431

**APPENDIX 1157**

**ATTORNEYS EYES ONLY**

*Hutchins*

III. FACILITIES (Maintenance)   19. Equipment Maintenance

COMMENTS:_____
_____

*METHODOLOGY: Review automated maintenance system Report "Item Equipment Type/Location" using the acronyms:  "WTH" - Water Heaters, "BOL" - Steam Boilers, "CBA" - Continuous Blow Down Assembly, - "TNK" - Feed Water Tanks, "DES" - Deaerating System, and randomly check equipment to determine responses to the above questions.  A visual inspection is required.*
*Number of items checked will be a minimum of 10% but no less than 1.*

19.07   PLUMBING - Gas Distribution
        **(FDM-05.25)**

| | |
|---|---|
| A.  Is main gas line free of leaks? | YES  NO  N/A |
| B.  Are Pressure Reducing Valves and associated gas lines free of leaks? | YES  NO  N/A |
| C.  Are gas lines properly labeled and color coded? | YES  NO  N/A |

**MANDATORY PM'S - GAS LINES UNDERGROUND (1545-GSL01A), PRESSURE REDUCING VALVES GAS/AIR SUBSTATION (1544-PRV03A)**
**NON-CRITICAL PM - GAS LINES ABOVE GROUND (2546-GSL02S)**

COMMENTS:_____
_____

*METHODOLOGY: Review automated maintenance system Report "Item Equipment Type/Location" using the acronyms:  "GSL" - Gas Lines and "PRV" - Pressure Reducing Valve (gas only), and check equipment to determine responses to the above questions.  C.  Verify gas lines are identified by color coded labels (black letters on yellow background).  A visual inspection as well as use of a combustible gas detector is required.*

*A. Check a minimum of one main gas line.*

*B-C Number of items checked will be 10% but no less than 1.*

*Kim Bonvillion*
*4/13/11*

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA:  Risk Management

MANUAL CHAPTER AND SECTION REFERENCE:  Chapter I Section 8

| Finding 1: 8.02H (D) | | | |
|---|---|---|---|
| There are 8 RAC 2 deficiencies in the maintenance department 2 in the Food Service Dept. and one in the medical Dept. | | | |
| X   Agree              Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| **ACTION STEPS** (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Damaged Cords to angle grinders #841 and # 941 have been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. Fluorescent lighting in the maintenance department have been fitted with protective sleeves/guards. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. Cord to battery charge unit in tool room repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 4. Missing knockouts to electrical boxes in the carpentry shop has been replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 5 Conduit for lights over cabinet in carpentry shop has been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 6 Light removed from pedestal drill press in the welding shop and chuck return mechanism repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 7. Missing safety guards fabricated and installed on pedestal grinder in the weld shop. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 8 Compressed gas cylinders reorganized and staked according to safety regulations. Barrier wall extended. | Roy Storie | 04/15/2011 | 04/15/2011 |
|  |  |  |  |

| Finding1 : 8.02 H (D) | | | |
|---|---|---|---|
| 2 deficiency in the medical and food department | | | |
| X   Agree              Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| **ACTION STEPS** (List all steps that have been or will be taken to correct the finding. Use as many as necessary.) | **PERSON/DEPT. HEAD RESPONSIBLE** | **TARGET DATE** | **DATE COMPLETED** |
| 1. Gas operated equipment in the Food Service Department has been bolted down or safety cables have been attached. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. The emergency releases for the bakery vault have been refurbished or replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. Additional training has been given to UTMB medical personnel pertaining to the Sharps Cabinet. | Roy Storie | 04/15/2011 | 04/15/2011 |

**ATTORNEYS EYES ONLY**

DEPARTMENT / FUNCTIONAL AREA:  Risk Management

MANUAL CHAPTER AND SECTION REFERENCE:  Chapter I Section 8

| Finding 1:  8.02 H (D) | | | | |
|---|---|---|---|---|
| There are 8 RAC 2 deficiencies in the maintenance department 2 in the Food Service Dept. and one in the medical Dept.: | | | | |
| X   Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.) | | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
| 1. | Damaged Cords to angle grinders #841 and # 941 have been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | Fluorescent lighting in the maintenance department have been fitted with protective sleeves/guards. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Cord to battery charge unit in tool room repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 4. | Missing knockouts to electrical boxes in the carpentry shop has been replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 5 | Conduit for lights over cabinet in carpentry shop has been repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 6 | Light removed from pedestal drill press in the welding shop and chuck return mechanism repaired. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 7. | Missing safety guards fabricated and installed on pedestal grinder in the weld shop. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 8 | Compressed gas cylinders reorganized and staked according to safety regulations. Barrier wall extended. | Roy Storie | 04/15/2011 | 04/15/2011 |
| | | | | |

| Finding1 :  8.02 H (D) | | | | |
|---|---|---|---|---|
| 2 deficiency in the medical and food department | | | | |
| X   Agree          Disagree (If disagree, provide justification or policy references to support disagreement. | | | | |
| ACTION STEPS<br>(List all steps that have been or will be taken to correct the finding.<br>Use as many as necessary.) | | PERSON/DEPT.<br>HEAD<br>RESPONSIBLE | TARGET<br>DATE | DATE<br>COMPLETED |
| 1. | Gas operated equipment in the Food Service Department has been bolted down or safety cables have been attached. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | The emergency releases for the bakery vault have been refurbished or replaced. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 3. | Additional training has been given to UTMB medical personnel pertaining to the Sharps Cabinet. | Roy Storie | 04/15/2011 | 04/15/2011 |

**APPENDIX 1160**              **McCOLLUM 07434**

**ATTORNEYS EYES ONLY**

| | *Finding 2: 8.05H (B)* | | | |
|---|---|---|---|---|
| | *There are several fire drills missing in the second quarter, (Dec.-Feb. 2011)* | | | |
| X   Agree | Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.**<br>**HEAD**<br>**RESPONSIBLE** | **TARGET**<br>**DATE** | **DATE**<br>**COMPLETED** |
| 1. | The number of Fire Drills required per location and shifts have been met for the 3rd quarter (March-May) | Roy Storie | 05/31/2011 | 05/31/2011 |
| 2. | | | | |
| 3. | | | | |

| | *Finding 3: 8.07H (B)* | | | |
|---|---|---|---|---|
| | *The unit is not recording temperatures as required from 06:30 a.m. to 06:30 p.m.* | | | |
| X   Agree | Disagree (If disagree, provide justification or policy references to support disagreement. | | | |
| | **ACTION STEPS**<br>*(List all steps that have been or will be taken to correct the finding.*<br>*Use as many as necessary.)* | **PERSON/DEPT.**<br>**HEAD**<br>**RESPONSIBLE** | **TARGET**<br>**DATE** | **DATE**<br>**COMPLETED** |
| 1. | A hand held electronic temperature and humidity instrument will be used to take reading from 6:30 am – 6:30 pm. Two permanently mounted instruments will be purchased for future recordings. | Roy Storie | 04/15/2011 | 04/15/2011 |
| 2. | | | | |
| 3. | | | | |

*Sept 2011*

**APPENDIX 1161**                    **McCOLLUM 07435**

**ATTORNEYS EYES ONLY**

Unit: _Hutchins_     Date: _April 12, 2011_

## I. ADMINISTRATIVE REVIEW AND RISK MANAGEMENT

### 8. RISK MANAGEMENT
#### (Risk Management Program Manual)

---

**NOTE:** The following checklist items are NOT applicable to Offender Transportation: 8.01D; 8.04B; 8.07B; 8.11; 8.13; 8.14.

---

**8.01H** With regards to unit safety, fire safety, emergency response and risk management training, does the unit:
**(RM-04)** [ACA 4-4220M; ACA 4-4221M; 4-4455M]

A. Provide initial unit orientation training for newly assigned staff (uniformed & non-uniformed that includes an overview of the unit Major Emergency Response Plan? YES   NO   N/A

B. Provide all employees annual training in fire prevention, suppression and emergency evacuation procedures?   YES   NO   N/A

C. Risk Manager provide training to department supervisors regarding 'how to' conduct workplace fire and safety inspections?   YES   NO   N/A

D. Provide newly assigned offenders initial unit orientation information regarding basic safety responsibilities and procedures?   YES   NO   N/A

E. Risk Manager monitor departmental initial training activities for employees and offenders, to verify training is provided on proper job related safety responsibilities?   YES   NO   N/A

F. Risk Manager monitor departmental monthly safety training for employees and offenders, to verify one-hour of training is provided each month?   YES   NO   N/A

COMMENTS: _D. Dr Take conducts Training_
_F. maint. community sub. command security Food Service_
_Not Documenting 1 hr Training Effect month_

*METHODOLOGY: All records reviewed must indicate training has been provided to staff and offenders. A. Review all new employee's training documentation for the previous 3-month period. Documentation must indicate that the training includes information on the entire Plan (beyond fire prevention, suppression, and evacuation). B. Review the unit's annual fire training documentation. C. Review supervisor training documentation for the previous 6-month period. D. Review 25% of the initial unit offender training documentation for offenders assigned to the unit for the previous 3 month period. E. Review documentation on file in the Unit Risk Manager's (URM) office and on file in all unit departments where offenders have work assignments. Review a total of 25% of the department records for assigned offenders (example: department has 88 assigned offenders, review 22 records). F. Review documentation on file in the URM's office and each individual department for the previous 3-month period.*

---

**8.02H** Is there a comprehensive inspection program established, to include:
**(RM-24)** [ACA 4-4212M; ACA 4-4329M]

A. Department supervisors conducting weekly inspections of their respective work areas and documenting deficiencies?   YES   NO   N/A

B. The URM conducting a monthly comprehensive inspection of the unit?   YES   NO   N/A

C. Risk Assessment Codes being issued to outstanding deficiencies?   YES   NO   N/A

D. No Risk Assessment codes of 1 or 2 deficiencies were identified during the inspections that were not previously documented?   YES   NO   N/A

COMMENTS: _Bldg 6 mile, 841 + 991 fire Damaged_
_min defective cords_
_light is maint. needs guarding_

*METHODOLOGY: A. Review inspection documentation on file in the URM's office and in all departments for the previous 6-month period (of the 26 weekly inspection documents reviewed in each department, not more than 2 weekly inspections can be missed, and these 2 weeks shall not be consecutive). B. Review the URM's documentation on monthly inspections for the previous 6-month period. C. Review documentation for the previous 6-month period and verify Administrative Directive 10.63 is appropriately utilized to validate severity of identified deficiencies. D. Using the Unit Risk Manager's inspection checklist as a guide, conduct a comprehensive inspection of the staff and offender work areas. Identify and document any deficiencies that are considered a Rac 1 or 2 according to A.D.10.63. (Rac 1 is defined as Emergency/Imminent or likely death or imminent serious injury. Rac 2 is defined as Urgent – Possible death, likely*

_Battery charging cart in maint. 1301 room HAS_
_Damaged Elect. Boxes need knock-outs Replaced_

**APPENDIX 1162**                    **McCOLLUM 07436**

**ATTORNEYS EYES ONLY**

I.     **ADMINISTRATIVE REVIEW AND RISK MANAGEMENT     8.  RISK MANAGEMENT**

*and one functional exercise is conducted each year.  Verify both tabletop exercises and full-scale simulations are evaluated in writing, to include recommendations for changes in procedures, equipment, and other similar items.  F. Review the location where the Plan is maintained.  Copies of specific sections of the Plan may be distributed to appropriate local authorities and any outside agencies or departments on a need-to-know basis.*

---

| 8.05H | With regards to fire protection, suppression and alarms, and staff responsibilities, does the unit: (RM-05; RM-17; RM-22) [ACA 4-4211M, ACA 4-4220M, ACA 4-4221M] | | | |
|---|---|---|---|---|
| A. | Have either an operable automatic fire/smoke alarm system and/or approved 24-hour fire watch program? | (YES) | NO | N/A |
| B. | Inspect fire extinguishers monthly and annually, and service them as required? | (YES) | NO | N/A |
| C. | Have fire extinguishers properly distributed and available? | (YES) | NO | N/A |
| D. | Have emergency exit keys identifiable by sight and touch? | (YES) | NO | N/A |
| E. | Conduct fire drills at least quarterly in all areas/departments/buildings of the unit, including offender-housing areas? | (YES) | (NO) | N/A |
| F. | Ensure staff members are familiar with the fire plan, to include their responsibilities regarding emergency response and are the response times during emergency fire drills within established parameters? | (YES) | NO | N/A |
| G. | Have a written policy/procedure regarding an established Hot Work Permit program? | (YES) | NO | N/A |

COMMENTS:  *E. SEVERAL FIRE DRILLS missing from Dec - Feb. Fire Drill in C08 - 11 mins. to Evacuate (10 min. for key to open door)*

**METHODOLOGY:** *A. Visually inspect the fire alarm panels to verify the system is functional. If the system is functional, verify that a 24 hour fire watch program is approved to be implemented within 4 hours in the event the system goes down. If the system is not functional review documentation of the 24-hour fire watch program for the previous 6 month period to verify staff members are properly documenting fire watches. Verify the 24-hour fire watch program has an approval letter from the Administrator of the Risk Management Program stating the plan has been accepted. B. During a walk-thru review of the unit, visually inspect all extinguishers for inspection and servicing dates. Of the extinguishers inspected, 97% must show evidence of monthly inspection documentation. C. Review placement and accessibility of fire extinguishers during walk-thru review. (Note: In correction/detention occupancies, fire extinguishers may be maintained in locked locations, as long as staff are knowledgeable of the location of the extinguishers and keys are readily available.) D. Visually inspect emergency keys and interview control picket/central control officer to verify they are knowledgeable of the location and identification of the emergency keys. E. Review documentation for the previous 6 month period and verify a drill has been conducted each security shift in each offender living area (building) at least once per quarter and at least quarterly in all other buildings/work areas. F. Interview 10 staff members (5 uniformed and 5 non-uniformed) to evaluate their knowledge of the fire plan, to include emergency evacuation. Conduct at least one fire drill in an offender living area and evaluate staff response times. Time parameters are: within 2 minutes of notification of the drill to central control, security supervisory staff is notified and emergency response to the affected area commences; and responding staff arrives within 3 minutes or less – prompt response; over 3 minutes, but not in excess of 13 minutes – slow response (noted as an Observation in Review Summary); more than 13 minutes – impractical (noted as a Finding). The drill is to be concluded when the responding staff members open the appropriate housing area emergency exit door. The emergency exit door shall be opened to verify its operability. (NOTE: Offenders need not be evacuated during the drill!) G. Review documentation for the previous 3-month period. Verify through interviews with Unit Maintenance staff and other departments where welding/grinding activities occur that they are aware of the requirements and procedures for obtaining Hot Work Permits.*

---

**ATTORNEYS EYES ONLY**

I.    ADMINISTRATIVE REVIEW AND RISK MANAGEMENT   8. RISK MANAGEMENT

8.06H   With regards to Work Safe Programs, does the unit have policies, procedures and practices that include: (RM-19; RM-20; RM-23) *[ACA 4-4455M]*

A.   A written lockout/tagout policy and procedure for the isolation of hazardous energy?                                                          YES    NO    N/A

B.   The utilization of ground fault protection systems to protect staff and offenders from electrical shocks in wet areas (i.e., kitchen, boiler room, etc.)?                                          YES    NO    N/A

C.   The mandatory wearing of personal protective equipment (i.e., safety shoes, hearing protection, eye protection, etc.) in required areas, as well as adequate signage posted warning of the potential hazard?   YES    NO    N/A

D.   Department supervisors ensuring that personal protective equipment (i.e., safety shoes, hearing protection, eye protection, etc.) is provided to staff and offenders and that it is appropriate to protect the user?   YES    NO    N/A

E.   Department supervisors maintaining personal protective equipment in a sanitary and reliable condition?                                  YES    NO    N/A

COMMENTS: _____

*METHODOLOGY: All documentation and inspections must indicate the unit has established appropriate Work Safe Programs for all staff and offenders. __A.__ Review unit lockout/tagout policy and procedure to verify it addresses the isolation of stored energy, use of lockout tags and devices and it is specific to the unit and identifies all departments. __B.__ Interview URM and Unit Maintenance Supervisor to determine if the unit is provided with ground fault circuit interrupters (GFCI) and the Maintenance Department utilizes portable GFCI devices when performing work in wet areas. __C.__ Verify the use of PPE and that signage is posted in all areas where the __mandatory__ wearing of personal protection equipment (PPE) is required. PPE Definitions: Eyewear, safety shoes, steel toe boots, hard hats, hearing protection, and other types of specified PPE. __D.__ Verify the availability and use of PPE, where it is appropriate and required. __E.__ Visually inspect the physical condition of PPE.*

8.07H   With regards to temperature extremes in the work place, is: (AD-10.64)

A.   Training for employees conducted each Spring covering hot weather and each Fall covering cold weather?                              YES    NO    N/A

B.   The URM monitoring unit compliance regarding temperature extremes in the workplace?                                  YES    NO    N/A

COMMENTS: B, only Recording Temp's until 430 P.m.

*METHODOLOGY:  All records must indicate appropriate staff has received training and unit has an effective method of monitoring temperature extremes. __A.__ Review most recent training documentation on file in the URM's office. Verify the unit medical department conducted the training and a medical practitioner has signed the training documentation. Verify a copy of the training documentation was forwarded to the Unit Human Resources Office and the original documentation is maintained in the Unit Medical Department. __B.__ Review documentation (i.e., temperature logs and/or unit procedures) on temperature extremes for the previous 90-day period for completeness and verify appropriate action is taken to reduce temperature exposures during periods of heat and cold extremes. Verify the URM is monitoring temperature extreme compliance through documentation and signature (should not miss more than 9 days of temperature recordings [no more than 3 consecutive]).*

**ATTORNEYS EYES ONLY**



Texas Department of Criminal Justice
Correctional Institutional Division
Region II
INTER-OFFICE COMMUNICATION

| | | | |
|---|---|---|---|
| **To:** | Brian Collier<br>Deputy Executive Director | **Date:** | Feb. 6, 2012 |
| **From:** | Robert J. Eason<br>Region II Director | **Subject:** | Division Level Operational<br>Review Follow-Up:<br>Hutchins State Jail<br>April 2011 |

**INTRODUCTION:**

A division level operational review at the Hutchins State Jail was conducted during April 2011. At that time, there were a total of 78 (15 high + 63 other) identified findings requiring corrective action. On November 9, 2011 a follow-up review was conducted and only four (4) remained unresolved.

On February 3, 2012, a Region-Level follow-up was conducted by the following staff: Tim Ault Region II Monitoring and Standards Coordinator, in the presence of Warden Pringle. At the time of the Region-Level follow-up the four findings were corrected.

**FINDINGS WHICH REMAIN UNCORRECTED: None**

**SUMMARY:**

Warden Pringle had taken the necessary steps to address the outstanding findings that could be corrected. Continued efforts to support and evaluate unit operations shall include unit visits by assistant regional directors, monitoring and standards coordinator and regional director.

Copy:   R.C. Thaler, CID Director
William Stephens, Deputy Director of Prison and Jail Operations
Jeff Pringle, Warden, Hutchins State Jail
Tommy Gattis, Monitoring and Standards
File

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 32

DECLARATION OF **DONNA LAVERELL**

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Plans and Operations Department within the Correctional Institutions Division, a part of the Texas Department of Criminal Justice ("TDCJ").  I have been requested to provide true and correct copies of the Offender Orientation Handbook in effect during 2011.  Attached are true and correct copies of the responsive records which are kept by the TDCJ in the regular course of its business activity.  The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Donna Laverell and I am an employee of the TDCJ, a governmental agency.  I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the ___/4/___ day of June, 2016.

Donna Laverell
Program Supervisor, Plans and Operations
Texas Department of Criminal Justice

**APPENDIX 1167**



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFENDER ORIENTATION HANDBOOK

as

Approved by the

Director of the Texas Department of Criminal Justice, Correctional Institutions Division

Printed
November, 2004

I-202 (rev.11/04)

**APPENDIX 1168**     McCollum 00089

# Texas Department of Criminal Justice

## Regional Offices



TDCJ-CID
Private Prisons
2505 Lake Rd, Ste #1
Huntsville, Texas 77340

TDCJ-CID Region I
1225 Ave. G
Huntsville, Texas 77340

TDCJ-CID Region II
P. O. Drawer 400
Tennessee Colony,
Texas 75861

TDCJ-CID Region III
400 Darrington Road
Rosharon, Texas
77583

DCJ-CID Region VI
316 West Howard Lane
ustin, Texas 78720

TDCJ-CID Region IV
HC02 Box 965
Beeville, Texas
78102

TDCJ-CID Region V
304 W. 6th St.
Plainview, Texas 79072

McCollum 00090

# Facilities Within the Texas Department of Criminal Justice

**Allred**
2101 FM 369 North
Iowa Park, Tx. 76367

**Bartlett**
1018 Arnold Dr.
Bartlett, Tx. 76511

**Baten**
1995 Hilton Road
Pampa, Tx. 79065

**Beto**
P. O. Box 128
Tennessee Colony, Tx. 75880

**Boyd**
Route 2, Box 500
Teague, Tx. 75860

**Bradshaw**
P.O. Box 9000
Henderson, Tx. 75653-9000

**Bridgeport**
4000 North 10th Street
Bridgeport, Tx. 76426

**Briscoe**
1459 W. Highway 85
Dilley, Tx. 78017-4601

**Byrd**
P. O. Box 100
Huntsville, Tx. 77342-0100

**Central**
One Circle Drive
Sugarland, Tx. 77478

**Clemens**
11034 Hwy 36
Brazoria, Tx. 77422

**Clements**
9601 Spur 591
Amarillo, Tx. 79107-9606

**Cleveland**
P.O. Box 1678
Cleveland, Tx. 77328

**Coffield**
Route 1, Box 150
Tennessee Colony, Tx. 75884

**Cole**
3801 Silo Road
Bonham, Tx. 75418

**Connally**
899 FM 632
Kenedy, Tx. 78119

**Cotulla**
HC62, Box 100
Cotulla, Tx. 78014

**Dalhart**
HCR 4, Box 4000
Dalhart, Tx. 79022

**Daniel**
938 South FM 1673
Snyder, Tx. 79549

**Darrington**
59 Darrington Road
Rosharon,Tx. 77583

**Dawson**
P. O. Box 650675
Dallas, Tx. 75265-0675

**Diboll**
1604 South First Street
Diboll, Tx. 75941

**Dominguez**
6535 Cagnon Road
San Antonio, Tx. 78252

**Duncan**
1502 South First Street
Diboll, Tx. 75941

**Eastham**
P.O. Box 16
Lovelady, Tx. 75851

**Ellis**

Huntsville, Tx. 77343

**Estelle**
264 FM 3478
Huntsville, Tx. 77320-3322

**Estes**
1100 Highway 1807
Venus, Tx. 76084

**Ferguson**
12120 Savage Dr.
Midway, Tx. 75852-3654

**Formby**
970 County Rd. AA
Plainview, Tx. 79072

**Fort Stockton**
1500 IH 10 East
Fort Stockton, Tx. 79735

**Garza East**
HC02, Box 4400
Beeville, Tx. 78102

**Garza West**
HC02, Box 995
Beeville, Tx. 78102

**Gatesville**
1401 State School Road
Gatesville, Tx. 76599-2999

**Gist**
3295 FM 3514
Beaumont, Tx. 77705

**Glossbrenner**
623 S. FM 1329
San Diego, Tx. 78384

**Goodman**
Route 1, Box 273
Jasper, Tx. 75951

**Goree**

Huntsville, Tx. 77344

**Gurney**
P.O. Box 6400
Tennessee Colony, Tx. 75861

**Halbert**
P.O. Box 923
Burnet, Tx. 78611-0923

**Hamilton**
200 Lee Morrison Lane
Bryan, Tx  77807

**Havins**
500 FM 45 East
Brownwood, Tx. 76801

**Henley**
7581 Hwy 321
Dayton, Tx. 77535

**Hightower**
902 FM 686
Dayton, Tx. 77535

**Hilltop**
1500 State School Road
Gatesville, Tx. 76598

**Hobby**
742 FM 712
Marlin, Tx. 76661-4685

**Hodge**
P.O. Box 999
Rusk, Tx. 75785

**Holliday**
295 IH 45N
Huntsville, Tx. 77340-4968

**Hospital Galveston**
P. O. Box 48, Sub St. 1
Galveston, Tx. 77550

**Hughes**
Route 2, Box 4400
Gatesville, Tx. 76597

**Huntsville**
815 12th Street
Huntsville, Tx. 77342-0099

**Hutchins**
1500 East Langdon Road
Dallas, Tx. 75241

**Jester I, III, IV**
Route 2
Richmond, Tx. 77469

**Johnson**
703 Airport Road
Winnsboro, Tx. 75494

**Jordan**
1992 Hilton Road
Pampa, Tx. 79065

**Kegans**
707 Top Street
Houston, Tx. 77002

**Kyle**
701 South IH 35
Kyle, Tx. 78640

**LeBlanc**
3695 FM 3514
Beaumont, Tx. 77705

**Lewis**
P.O. Box 9000
Woodville, Tx. 75990

**Lindsey**
1137 Old Post Oak Road
Jacksboro, Tx. 76458

**Lockhart**
P.O. Box 1170
Lockhart, Tx. 78644

**Lopez**
1203 El Cibolo Rd.
Edinburg, Tx. 78539

**Luther**
1800 Luther Dr.
Navasota, Tx. 77869

**Lychner**
2350 Atascocita Road
Humble, Tx. 77396

**Lynaugh**
1098 S. Highway 2037
Fort Stockton, Tx. 79735

**McConnell**
3001 S. Emily Drive
Beeville, Tx. 78102

**Michael**
P O. Box 4500
Tennessee Colony, Tx. 75886

**Middleton**
13055 FM 3522
Abilene, Tx. 79601

**Montford**
8602 Peach Street
Lubbock, Tx. 79404

**B. Moore**
8500 North FM 3053
Overton, Tx. 75684

**C. Moore**
1700 N. FM 87
Bonham, Tx. 75418

**Mountain View**
2305 Ransom Rd.
Gatesville, Tx. 76528

## Facilities Within the Texas Department of Criminal Justice

**Murray**
1916 N. Hwy 36 Bypass
Gatesville, Tx. 76528

**Neal**
9055 Spur 591
Amarillo, Tx. 79107-9696

**Ney**
114 Private Road 4303
Hondo, Tx. 78861

**Pack**
2400 Wallace Pack
Navasota, Tx. 77869

**Plane**
904 FM 686
Dayton, Tx. 77535

**Polunsky**
3872 FM 350
Livingston, Tx. 77351

**Powledge**
Route 2, Box 2250
Palestine, Tx. 75882

**Ramsey I**
1100 FM 655
Rosharon, Tx. 77583

**Ramsey II**
1200 FM 655
Rosharon, Tx. 77583

**Roach**
15845 FM 164
Childress, Tx. 79201

**Robertson**
12071 FM 3522
Abilene, Tx. 79601

**Rudd**
2004 Lamesa Highway
Bornwfield, Tx. 79316

**Sanchez**
3901 State Jail Road
El Paso, Tx. 79938

**Sayle**
4176 FM 1800
Breckenridge, TX 76424

**Scott**
Route 5, Box 1500
Angleton, Tx. 77515

**Segovia**
1201 E. Cibolo Road
Edinburg, Tx. 78539

**Skyview**
P. O. Box 999
Rusk, Tx. 75785

**Smith**
1313 County Rd 19
Lamesa, Tx. 79331

**Stevenson**
1525 FM 766
Cuero, Tx. 77954

**Stiles**
3060 FM 3514
Beaumont, Tx. 77705

**Telford**
P.O. Box 9200
New Boston, Tx. 75570

**Terrell**
1300 FM 655
Rosharon, Tx. 77583

**Carol S. Young Medical
Facility Complex**
Route 4, Box 1174
Dickinson, Tx. 77539

**Torres**
125 Private Road #4303
Hondo, Tx. 78861

**Travis County**
8101 FM 969
Austin, Tx. 78724

**Tulia**
4000 Hwy 86 West
Tulia, Tx. 79088

**Vance**
Route 2
Richmond, Tx. 77469

**Wallace**
P.O. Box 2000
Colorado City, Tx. 79512

**Ware**
P.O. Box 2500
Colorado City, Tx. 79512

**Wheeler**
4300 E. Fifth Street
Plainview, Tx. 79072

**Willacy County**
1695 South Buffalo Drive
Raymondville, Tx. 78580

**Woodman**
1210 Coryell Road
Gatesville, Tx. 76528

**Wynne**

Huntsville, Tx. 77349

**APPENDIX 1171**                    McCollum 00092

## ADOPTION OF ORIENTATION HANDBOOK

This handbook contains general information and rules adopted by the Director of the Texas Department of Criminal Justice Correctional Institutions Division (TDCJ-CID).

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE MISSION STATEMENT

*The mission of the Texas Department of Criminal Justice is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society and assist victims of crime.*

### Board of Criminal Justice

The Board of Criminal Justice is made up of nine (9) unpaid citizens. They are appointed by the Governor of Texas. The Board helps the Department to plan, budget and make policy.

### Management

The Executive Director of the Texas Department of Criminal Justice appoints the Director and Deputy Directors of the Correctional Institutions Division. These directors guide the day-to-day operation and management of the TDCJ-CID.

## GENERAL INFORMATION CONCERNING THIS HANDBOOK

This handbook is designed to provide the offender population with general information along with a standard for acceptable behavior. Offenders who do not conduct themselves in an acceptable manner could be charged with a specific disciplinary offense. The disciplinary offenses are listed in the **TDCJ Disciplinary Rules and Procedures for Offenders Handbook**. The standards for acceptable behavior by offenders listed in this handbook apply to all offenders. The conditions in administrative segregation/special management or disciplinary status may vary from those of general population offenders.

Upon entering the TDCJ, offenders will be provided with a current copy of the Offender Orientation Handbook. Offenders currently incarcerated within the TDCJ will have access to revised copies when revisions to the Handbook are made. Handbooks written in Spanish will be given to offenders whose primary language is Spanish. Rules will be explained to offenders who cannot read them and to offenders whose primary language is neither English nor Spanish.

All offenders confined within a facility of the Texas Department of Criminal Justice are responsible for understanding and abiding by the rules, regulations and policies detailed in the handbook as well as other policies and procedures posted on their facility of assignment. Failure to do so may result in disciplinary action.

*For purposes of this handbook, the terms "he", "his" and "him" refer to all offenders, both male and female.*

## TABLE OF CONTENTS

**Chapter 1: Offender Access to Services and Standards for Behavior ....................1**
**Reception and Diagnostic Process ........................................................................1**
Receiving and Screening ................................................................................1
Photographs and Fingerprints........................................................................1
Physical Examination .....................................................................................1
Mental Health Screening ................................................................................1
Americans with Disabilities Act (ADA) ...........................................................2
Orientation......................................................................................................2
Testing and Assessment ................................................................................2
Sociological I and II Interviews .......................................................................2
Segregative Classification ..............................................................................3
Institutional Offenders ....................................................................................3
State Jail Offenders ........................................................................................3
Transfer Offenders .........................................................................................4
SAFPF Offenders ...........................................................................................4
Foreign Nationals ...........................................................................................4
**Unit Classification .................................................................................................5**
Custody Levels................................................................................................5
Administrative Segregation or Special Management.............................5
General Population Level 5....................................................................5
General Population Level 4....................................................................5
General Population Level 3....................................................................5
General Population Level 2....................................................................5
General Population Level 1....................................................................6
Committees.....................................................................................................6
Unit Classification Committee ...............................................................6
Administrative Segregation Committee/Special Management
Committee..............................................................................................6
State Classification Committee ..............................................................6
Security Precaution Designator Review Committee ..............................6
Inter-Unit Transfers ........................................................................................6
Good Conduct Time ........................................................................................7
Time Credit Dispute Resolution Process ........................................................9
Individualized Treatment Plan.........................................................................9
Collection of DNA Blood Samples ................................................................10
**Standards of Behavior ........................................................................................10**
Personal Cleanliness and Grooming ............................................................10
Clothing and Necessities ..............................................................................11
Clothing................................................................................................11
Towels .................................................................................................11
Linens...................................................................................................12
Exchange Procedures for Necessities Items ......................................12
Living Areas ..................................................................................................12
Dining Hall ....................................................................................................14
Shower Rules ................................................................................................15
Dayroom Rules .............................................................................................15
Recreation Yard Rules ..................................................................................16
Commissary Rules ........................................................................................16
Hall Rules .....................................................................................................17
Offender Property ..........................................................................................17
Contraband ...................................................................................................20
Tobacco Policy ..............................................................................................21
Safety Regulations........................................................................................21
General Rules ...............................................................................................22

i

**Safe Prison Programs** ..................................................................................**24**
Offender Protection ....................................................................................24
Sexual Assaults ..........................................................................................24
  Prevention ..............................................................................................24
  If The Attack Has Just Happened ..........................................................25
  Perpetrator .............................................................................................25
  General Appropriations Act 2002-2003 Biennium Conference Committee
  Report on Senate Bill 1 .........................................................................26
**Security Threat Groups** ...............................................................................**26**
**Programs and Services** ................................................................................**27**
Education .....................................................................................................27
  Testing and Assessment ........................................................................27
  Counseling ..............................................................................................27
  Adult Literacy, Basic Skills and GED Preparation .................................27
  Special Education ...................................................................................28
  English as a Second Language (ESL) ....................................................28
  Reintegration Skills .................................................................................28
  Cognitive Intervention .............................................................................28
  Career and Technology Education ..........................................................29
  College Classes ......................................................................................29
  Job Placement - Project RIO ..................................................................30
  Libraries ..................................................................................................31
  School Rules ...........................................................................................31
  Information on Education Programs .........................................................32
Recreation and Non-Programmatic Activity ...............................................32
  Recreation and Non-Programmatic Activities .........................................32
  Out-Of-Cell Time Requirements for Non-Programmatic and Recreational
  Activity ....................................................................................................32
  Offender Craft Shop and Piddling ...........................................................32
  In-Cell Art ...............................................................................................33
Health Services ...........................................................................................33
  Medical Services .....................................................................................33
  Dental Services .......................................................................................34
  Pharmacy Services .................................................................................35
  Psychiatric and Psychological Services ..................................................35
  Mentally Retarded Offender Program ......................................................35
  Complaints about Medical Staff ..............................................................36
Substance Abuse Treatment ......................................................................36
Religious Services .......................................................................................37
State Counsel for Offenders .......................................................................37
Language Assistance ..................................................................................39
Correspondence Rules ...............................................................................40
Visitation .....................................................................................................41
Telephone Calls ..........................................................................................41
Emergency Absences .................................................................................42
  Emergency Absence ...............................................................................42
  Emergency Absence Eligibility Requirements .........................................43
Inmate Trust Fund .......................................................................................44
ID Cards ......................................................................................................46
Commissary .................................................................................................47
Voter Registration .......................................................................................48
Offender Request To Official (I-60) Form ...................................................49
Administrative Segregation Plan .................................................................49
Institutional Lockdowns ..............................................................................49
Impermissible Conduct ...............................................................................50

ii

**Disciplinary Procedures and Rules** ............................................................................**50**
    General Procedures ........................................................................................50
    Solitary Confinement.......................................................................................51
    Counsel Substitute Program ...........................................................................51
    Appeal Process ...............................................................................................52
**Grievance Procedures for Offenders** ........................................................**52**
**Parole Information**................................................................................................**54**
    Parole Information ...........................................................................................54
    The Parole Interview .......................................................................................55
    Parole Eligibility Requirements .......................................................................56
        70th Legislature Requirements .............................................................56
        72nd Legislature Requirements ............................................................57
        73rd Legislature Requirements ............................................................58
        74th Legislature Requirements .............................................................59
        75th Legislature Requirements .............................................................60
    Offenders with Detainers Pending ..................................................................60
    Parole and Mandatory Supervision Violators...................................................60
    Offenders who commit offenses while in custody ...........................................60
    Questions about Parole-related issues.............................................................61
**Sex Offender Treatment Program Information** ..................................**61**
    Sex Offender Treatment Program (SOTP) and Evaluation .............................61
    Civil Commitment of Sexually Violent Predators .............................................61
    Sex Offender Treatment Program Information .................................................62
    Offense Codes Requiring Registration ............................................................62
    Orchiectomy ....................................................................................................63
**TDCJ Crime Stoppers "Behind the Walls"**............................................**64**
**Chapter 2: Offender Visitation Rules** .......................................................**65**
  Introduction .........................................................................................................65
  1.0 General Information........................................................................................65
    Visitation Schedule ..........................................................................................65
    Frequency and Length of Visits.......................................................................66
        Frequency of Contact Visits ....................................................................66
        Eligibility Criteria for Contact Visits .......................................................67
    Number of Visitors Allowed .............................................................................67
  2.0 Who Can Visit With Offenders.......................................................................67
    Approved Visitors List......................................................................................67
    Visitors Approved for Contact Visits ...............................................................68
    Visitor Notification ...........................................................................................69
  3.0 Rules for Visits..............................................................................................70
    Visitor Identification .........................................................................................70
    Searches of Visitors and Vehicles...................................................................71
    Contraband Items ............................................................................................71
    Supervision of Visits .......................................................................................72
    Rules for Offenders .........................................................................................72
    Rules for Visitors .............................................................................................72
    Denial of Visits/Visitors ...................................................................................74
    Termination of Visits in Progress.....................................................................74
  4.0 Visits for Special Offender Categories ..........................................................75
    MROP (Mentally Retarded Offender Program) and Psychiatric In-Patient
    Offenders.........................................................................................................75
    Psychiatric Out-Patient Offenders ..................................................................75
    Transient Status Offenders .............................................................................75
    Safekeeping Status .........................................................................................75
    Pre-Hearing Detention.....................................................................................75
    Lockdown Status .............................................................................................76
    Administrative Segregation/Special Management ...........................................76
    Death Row Offenders ......................................................................................76
    G5J5 Offenders ...............................................................................................76

**APPENDIX 1175**

5.0 Suspension of Visits ....................................................................... 77
    General Visits ................................................................................... 77
    Contact Visits ................................................................................... 77
6.0 Special Visits ................................................................................... 78
    Three Hundred (300) Miles ............................................................. 78
    Spiritual Advisors ............................................................................ 78
    Prospective Employers .................................................................... 78
    Critical/Serious Illness List .............................................................. 78
    Hospice Offenders .......................................................................... 79
    Visits Between Offenders (Non-Legal) ............................................ 79
    Current/Former TDCJ Employees ................................................... 80
    Attorney Visits ................................................................................. 81
    Legal Visits Between Offenders ...................................................... 81
**Chapter 3: Uniform Offender Correspondence Rules** ........................ **82**
  General Rules and Instructions Regarding General Correspondence .................. 82
    Permissible Correspondents ........................................................... 82
    Restricted Correspondents .............................................................. 82
    How to Correspond ......................................................................... 83
    Publications ..................................................................................... 85
  Special and Media Correspondence ...................................................... 85
    Permissible Correspondence .......................................................... 85
    Exceptions ....................................................................................... 85
  Legal Correspondence ........................................................................... 85
  Handling Offender Correspondence ....................................................... 86
    Content Inspection of General Correspondence ............................. 86
    Contraband in General Correspondence ......................................... 86
    Contraband in Legal, Media, or Special Correspondence .............. 87
    Record of Legal, Special, or Media Correspondence ..................... 87
    Content of Inspection of Publications ............................................... 87
    Processing Incoming and Outgoing Offender Mail ......................... 88
    Forwarding of Mail .......................................................................... 88
    Mailrooms ........................................................................................ 89
    Treatment Programs ....................................................................... 89
  Review Procedures for Denied Items ..................................................... 89
    Handling of Denied Items ................................................................ 89
    Correspondence Appeal Procedure ................................................ 89
**Chapter 4: Offender Access to the Courts, Counsel and Public Officials Rules** .. **91**
  **Law Libraries** ...................................................................................... **91**
    Law Library Collections, Conditions, and Supplies ......................... 91
    General Population Offender Access to the Law Library ................. 92
    Administration Segregation, Lockdown, G5, Medical Segregation, Temporary
    Detention, Trusty Camp, Work Camp, and Death Row Offender Access to the
    Law Library ..................................................................................... 92
  **Offender Personal Legal Material** ...................................................... **93**
    Storage and Access ........................................................................ 93
    Searches and Shakedowns of Offender Legal Materials ................ 93
  **When and Where Legal Work May Be Performed** ............................. **93**
    Locations and Times ....................................................................... 93
    Offenders Assisting Other Offenders on Legal Matters .................. 93
  **Notary Public Services** ....................................................................... **94**
    Documents ....................................................................................... 94
    Scheduling ....................................................................................... 94
  **Attorney Visitation** ............................................................................... **94**
    Periods of Visitation ........................................................................ 94
    Notice .............................................................................................. 95
    Identification ..................................................................................... 95
    Designated Representative's Application to Visit ............................. 95
    Limits on Number, Persons, and Type of Visit ................................ 96

iv

Rejection by Offender of Visitation Request .................................................. 96
Procedures During Visit ................................................................................ 96
Rejection of Visitation Request or Termination of Visit .................................. 98
Suspension of Visitation Privileges .............................................................. 98
Attorney Visitation Review Procedure........................................................... 98
Consular Officials ......................................................................................... 99
**Attorney/Offender Telephone Calls** ............................................................ **99**
General Guidelines ....................................................................................... 99
Telephone Call Approval.............................................................................. 100
**Court Conference Calls**............................................................................... **101**

v

# CHAPTER 1

## OFFENDER ACCESS TO SERVICES AND STANDARDS FOR BEHAVIOR

### I.    RECEPTION AND DIAGNOSTIC PROCESS

All offenders in the TDCJ are received either at a transfer facility, a reception diagnostic facility, a state jail intake facility or a SAFP intake facility. These facilities are equipped to receive and process offenders admitted to the agency's custody.  Offenders who speak little or no English will be identified and will receive the necessary type of language assistance while in the Diagnostic Process and later when assigned to a unit.

#### A.  Receiving and Screening

Offenders will be searched upon arriving at a TDCJ facility.  A receipt will be completed for each offender's money and property.  Medical care will be given, if considered urgent.  Offenders will be housed according to security needs. State clothing will be issued; haircuts and showers provided.

#### B.  Photographs and Fingerprints

Each offender will go to the Photograph and Identification Department where he will be:

1.    photographed,
2.    fingerprinted,
3.    examined for any identifying scars, marks, or tattoos, and
4.    interviewed to obtain basic information.

The fingerprints will be sent to the FBI and the Texas Department of Public Safety (DPS).  The Photograph and Identification process helps identify every offender to make sure no one is admitted or released illegally, and creates the state-issued identification card that each offender is required to carry.

#### C.  Physical Examination

Offenders will be given a physical examination by medical and dental staff.  The medical and dental staff will ask each offender about his medical history. The medical and dental staff will use the results of the examination to determine the special needs, if any, of an offender.  The special medical needs of an offender will be taken into consideration during the classification process.

#### D.  Mental Health Screening

Each offender will undergo an initial psychological screening.  If during this process it is determined there may be special needs, the offender will be referred for further evaluation.  (This process is not used on SAFP intake facilities.)

1

### E.  Americans with Disabilities Act (ADA)

It is the intent of the Texas Department of Criminal Justice to comply with the Americans with Disabilities Act (ADA).  Offenders are hereby advised of their responsibility to report a disability.  ADA related complaints should be addressed through the Offender Grievance Procedure.  ADA related complaints could also be voiced on an I-60 to the Unit Warden.

### F.  Orientation

An orientation is provided to all new offenders and is provided in Spanish to those offenders who require it.  The orientation will cover the following:

| | | | |
|---|---|---|---|
| 1. | Policies, rules, and standards of behavior | 10. | Mail and visitation rules |
| 2. | Programs | 11. | Recreation and leisure activities |
| 3. | Educational services | 12. | Medical, dental and psychological services |
| 4. | Offender grievance procedures | 13. | Access to courts, counsel and public officials rules |
| 5. | Classification procedures | | |
| 6. | Disciplinary procedures | 14. | Safe prisons program |
| 7. | Food service | 15. | Orchiectomy  services |
| 8. | Offender records | 16. | Other offender activities and programs |
| 9. | Commissary and offender accounts | | |

### G.  Testing and Assessment

All offenders will be tested to determine educational, psychological, and substance abuse treatment needs, except on SAFP intake facilities.

### H.  Sociological I and II Interviews

During sociological interviews, offenders will be asked questions about their:

1. criminal history
2. social history
3. institutional history
4. educational history
5. employment history
6. family history
7. military history
8. drug and/or alcohol histories
9. any other pertinent information.

Offenders will be interviewed to verify information in their records.  Offenders may be punished through the disciplinary process for giving false information during interviews.  A summary of all information collected on each offender will be used to help in the classification process.

Sociology II interviews are not completed on SAFP intake facilities.

2

**APPENDIX 1179**                              McCollum 00100

- Be assigned to TDCJ at least six (6) months prior to submitting a request for craft shop participation,
- Have a clear disciplinary record for the prior six (6) month period (no major or minor disciplinary case convictions),
- Have a job assignment (except for offenders who are medically unassigned), and
- Have sufficient funds on deposit with the Offender Trust Fund to make initial purchase of supplies/materials as follows:

*Required start-up funds:*

- Basic Arts:            Minimum of $ 25.00
- Woodworking:        Minimum of $ 50.00
- Leather working:    Minimum of $100.00
- Jewelry:               Minimum of $100.00
- Other crafts:         Minimum of $ 25.00

Offenders must satisfy the above criteria before submitting an I-60 request to participate in the unit craft shop program and be approved by the Warden or his designee.

Advanced in-cell piddling programs exist at the Warden's discretion. Advanced in-cell offenders must meet the above rules in order to participate in the craft shop program.

The Craft shop program is a privilege. The Warden may take away an offender's piddling privileges at any time.

### 4.    In-Cell Art

All offenders who are eligible for commissary purchases may purchase basic art supplies from the commissary for use in their cells. Once purchased, basic art items shall be considered personal property with the appropriate restrictions applied regarding storage and use. The following provisions also apply:

- The sale of any artwork from the in-cell basic art program is prohibited.
- Basic art items purchased by an offender for in-cell artwork shall be used for recreational purposes only.
- When an offender has abused the privileges extended with the in-cell basic art program, his privileges may be restricted in accordance with TDCJ disciplinary rules and procedures.

## C.    Health Services

Health care is provided for offenders who have medical, dental, psychiatric and psychological problems. Also, physically handicapped offenders receive services through the Physically Handicapped Offender Program.

### 1.    Medical Services

The health needs of each offender are assessed when he/she enters prison. Basic medical services including emergency care, sick call and ongoing care for chronic illness are offered at each unit. Licensed medical professionals provide health care. Offenders who need special care may be sent to a unit, which

**APPENDIX 1180**                    McCollum 00131

provides the specific service(s), needed. Offenders needing hospital care are sent to the TDCJ Hospital at Galveston or to other hospitals which serve TDCJ.

Offenders who have trouble seeing, hearing, speaking or walking can get help from Medical Services. Their problems are assessed and care is provided if needed. All offenders may access the medical department by submitting a sick call request slip or by direct request to a security officer or supervisor. In accordance with state law, if a visit to a TDCJ facility health clinic meets offender health care co-payment criteria, a $3.00 co-payment fee will be charged. Access to health services will be provided regardless of the offenders' ability to pay this fee. Specific details on unit procedures will be provided at unit orientations and will also be provided in writing. In the event of an emergency, offenders may request a correctional officer or supervisor to contact the medical department on their behalf. The medical department staff will provide direction as to disposition based on their clinical judgment.

2.     **Dental Services**

All offenders may ask for dental care. Offenders can use the Sick Call Request form to ask for an appointment. The Sick call request slip can be found in the housing areas. The dentist decides who needs treatment and when treatment should be given. The most pressing needs are treated first. Swelling, pain, or infection is urgent. Filling a small cavity or just cleaning teeth is not urgent. An offender with these problems may have to wait to be treated.

Offenders are given a toothbrush and tooth powder at the Reception and Diagnostic Centers. When they get to their unit of assignment, they will be given information about oral hygiene aids available. Offenders will get instructions on how to keep their teeth and gums in healthy condition. Offenders must be able to demonstrate that they can keep their teeth and gums healthy before receiving dental care other than emergency or urgent dental care.

The type of dental care offered includes:

a.     examination
b.     X-ray
c.     cleaning
d.     dental care and health education
e.     silver and tooth-colored fillings
f.     stainless steel temporary crowns
g.     pulling of teeth and oral surgery

Dental services **NOT** provided include:

a.     gold or porcelain crowns or bridges
b.     braces
c.     dentures (unless there is a severe medical condition requiring them)

34

**APPENDIX 1181**                                    McCollum 00132

3.      **Pharmacy Services**

Medicine may be obtained at the pill window or the commissary.  Prescriptions may be picked up at the pill window after 24 hours.  The offender will need his ID card to get medicine at the pill window.  Some prescriptions may take longer to arrive.   The person at the pill window can answer questions about the medication.

Offenders are allowed to carry some medications on their persons, as determined by the prescribing doctor.  The offender may be given the entire card of medication to be locked up with his personal belongings.

Medication such as vitamins and some over-the-counter medicine can be purchased in the commissary.  The commissary officer can help offenders to know what medicines are sold there.

4.      **Psychiatric and Psychological Services**

Psychiatrists, psychologists, nurses, and other trained professionals are available to help with mental health issues.  Offenders can use form I-60 to ask for mental health services.  For immediate assistance, offenders may contact a correctional officer or supervisor who will notify the mental health or medical department.

An offender may be sent to a special Psychiatric Center unit if his problems are severe.   Trained staff can help an offender with these problems to get well.

**Mental Health Services provides the following:**

- Evaluates offenders for potential mental health problems.
- Diagnoses mental illness and determines which method(s) of treatment will be most effective and beneficial to offenders.
- Provides access to mental health services for offenders who send a sick call request (SCR) or an I-60.  Access to services will include crisis intervention. Access to services may include "follow-up" appointments.
- Provides treatment to mentally ill offenders. This may or may not include medication.
- Ensures confidentiality, but recognizes its limits within the prison.

**Mental Health Staff cannot:**

- Approve, authorize or make telephone calls for offenders.
- Change custody levels, line classes, etc.
- Run the unit or judge unit operations or employees.
- Tolerate threats. Offenders are responsible for their own behavior.

5.      **Mentally Retarded Offender Program**

The Mentally Retarded Offender Program helps offenders with severe learning problems.  Test scores and other information help staff decide who needs this special help.  Offenders learn to read and do math.  They learn to work and to live with other people.  Services include:

35

**APPENDIX 1182**                    McCollum 00133

a. case management
b. basic school work
c. job training
d. psychological help
e. counseling
f. recreation and
g. work opportunities

Offenders who need this type of help are also assisted with finding these services in the freeworld when they are released.

### 6. Complaints about Medical Services

Any offender who feels that he/she did not receive medical care that is necessary and appropriate should contact the treating professional at their unit of assignment. If the offender is unsatisfied with the response from the treating professional, each facility has an informal complaints process in place. The offender should submit an I-60 and/or letter to the facility based complaint coordinator, who is the facility Health Administrator. If the offender continues to be dissatisfied with the response from this process, the offender has the option of filing a grievance (I-27) through the Offender Grievance Process.

*As of September 1, 2004, the Patient Liaison Program was removed as an avenue for offenders to contact concerning their dissatisfaction with medical services.

## D. Substance Abuse Treatment

The Substance Abuse Treatment Program provides assessment and chemical dependency treatment service to offenders incarcerated in both state prisons and state jails.

1. Intensive treatment is provided on prison units located strategically throughout the state. Intensive treatment is facilitated by the Therapeutic Communities that include cognitive and behavior therapy, twelve step programs, and secular recovery programs. These are available to assist offenders in living a sober and responsible lifestyle.

    a. There are two types of intensive therapeutic community programs.

        (1) LeBlanc and Hamilton Units offer programs that are approximately 6 months in duration. These are pre-release programs designed to help chemically dependent offenders with their recovery and reentry to the community. The Parole Board determines which offenders attend these programs.
        (2) There is also an In-Prison Therapeutic Community Program for males at the Kyle Unit and for females at the Halbert Unit. These use the same treatment principles as the pre-release programs. Offenders with a FI-5 vote from the Parole Board may be placed in these programs.

2. Offenders in State Jail or State Prison units generally may attend self-help groups such as Alcoholics Anonymous, Narcotics Anonymous, or Secular Organization for Sobriety.

36

**APPENDIX 1183**                     McCollum 00134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 33

From: Jeff Edwards    Fax: (888) 325-5677    To: +18667245995    Fax: +18667245995    Page 4 of 6  6/7/2013 6:39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, STEPHANIE | § | |
| KINGREY, and SANDRA McCOLLUM, | § | |
| individually and as heirs at law to the Estate of | § | |
| LARRY GENE McCOLLUM, | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-CV-2037-L |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, and | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| | § | |
| DEFENDANTS | § | |

## AFFIDAVIT FOR AUTHENTICATION OF MEDICAL RECORDS

RECORDS PERTAINING TO:     **Larry McCollum; DOB: 04/04/1953**

RECORDS REQUESTED:     ANY & ALL MEDICAL RECORDS, including but not limited to, history & physical, diagnoses, prognoses, any and all radiological reports, consultations, operative reports, office records, clinic records, therapy records, E.R. records, progress notes, narratives, discharge summary, notes (including handwritten notes by doctors or other staff member), tests, test results, rehabilitation records, memoranda and correspondence pertaining to:

Before me, the undersigned authority, personally appeared **ELLA ROMANO**, who being by me duly sworn, deposed as follows:

"My name is **ELLA ROMANO**, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records, and as such, I am the custodian of the records of <u>Hutchins Fire Department - EMS.</u>

The records attached to this affidavit, consisting of **5** pages **0** films were made and kept by <u>Hutchins Fire Department - EMS</u> in the regular course of business. It was in the regular course of that business, for an employee, or representative, with knowledge of the acts, events, conditions, opinions, or diagnoses recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are exact duplicates of the originals."

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me this **18** day of **JUNE**, 2013.

My commission expires: **5/15/15**

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Marisol Bridgemohan
Commission # EE094079
Expires:   MAY 15, 2015
BONDED THRU ATLANTIC BONDING CO., INC

**APPENDIX 1185**

003011



| City of Hutchins | AMBULANCE |
|---|---|
| 321 North Main St. | RECORD |
| HUTCHINS, TX 75141 | |
| 972-225-3311 | 6778032 (wpharvill) |
| | Page 1 of 5 |

### Trip Information

| Incident#: | Date | Station | Responding Unit |
|---|---|---|---|
| 11-573 | 07-22-2011 | Station 1 | Medic 701 |

### Branch

| Dispatched As | Found To Be | Patient Disposition |
|---|---|---|
| Convulsions/Seizure | Convulsions/Seizure | Transport and treatment |

### Department Directive

| Dispatched | Enroute | Amb On Loc | Pt Contact | Depart Loc | Arrive Hosp | In Service |
|---|---|---|---|---|---|---|
| 03:05 | 03:09 | 03:12 | 03:23 | 03:36 | 03:54 | 04:21 |

| Pickup | Destination |
|---|---|
| Hutchins State Jail | Parkland Hospital East ER |
| 1101 E. Langdon | 5201 Harry Hines |
| HUTCHINS, TX 75141 | DALLAS, TX 75235 |

| Response To Scene | | Response From Scene | Lights & Sirens |
|---|---|---|---|
| Map Page | | Miles Transported | 15.00 |
| County | DALLAS | County | DALLAS |
| | | Number of Patients Transported | 1 |

### Patient Information

| Patient Name | TDCJ # | Gender | Ethnicity |
|---|---|---|---|
| McCollum, Larry | 1721640 | Male | |

| Patient Residence | Date of Birth | DL |
|---|---|---|
| 1101 E. Langdon | 01-01-1900 | |
| HUTCHINS TX  75141 | (111 YO) | TEXAS |

| Phone (H) | Phone (W) | Height | Weight | SSN |
|---|---|---|---|---|
| | | 6' 0" | 400.00 lbs | |

### Patient Information

| Allergies | Unknown |
|---|---|
| Medications | Unknown |
| History | Unknown |
| Chief Complaint | Convulsions/Seizure |

### Cardiac

| Cardiac Arrest | Etiology | Resuscitation Attempt |
|---|---|---|
| No | | |

### Initial Patient Assessment
An ALS Assessment was Performed and Warranted

| LOC | BP | SpO2 | ETCO2 |
|---|---|---|---|
| AAOx1 | 136/108 | 80% RA | |

| Breath Sounds Upper | Breath Sounds Lower | | Resp Rate | Pulses |
|---|---|---|---|---|
| Left: Clear | Left: Clear | | 14 | Left: Radial |
| Right: Clear | Right: Clear | | | Right: Radial |

| Pulse Rate | Pupils | Capillary Refill | | |
|---|---|---|---|---|
| 127 | Left: PERRL | Instant | | |
| | Right: PERRL | | | |

| Skin Color | Skin Moisture | Skin Temp | Skin Appearance | |
|---|---|---|---|---|
| Pale | Wet | Hot | | |

| Blood Glucose | | | | |
|---|---|---|---|---|
| 200 mg/dL | | | | |

### Glasgow Coma Score

| GCS Total | Eye Opening | Verbal Response | Motor Response | RTS |
|---|---|---|---|---|
| 8 | | | | 10 |

Electronically Signed

Harvill, William P (EMT-P)   Pressler, Terry D (EMT-P)
Crew #1                      Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011 **APPENDIX 1186**

003012