

**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 2 of 5

## Sequence Chart

| Date | Time | Event | By | Description |
|------|------|-------|-----|-------------|
| 07-22-2011 | 03:05 | Dispatched | | |
| 07-22-2011 | 03:09 | Enroute | | |
| 07-22-2011 | 03:12 | On Location | | |
| 07-22-2011 | 03:23 | Patient Contact | | |
| 07-22-2011 | 03:25 | Other Event | | Moved patient out of cell |
| 07-22-2011 | 03:30 | Vitals | TDP | BP 136/108, Pulse 127, Respirations 12, SPO2 80% on RA taken by Pressler, Terry D. |
| 07-22-2011 | 03:31 | Oxygen | WPH | 15.00 LPM  per on Scene medical direction. The Patient's condition was . |
| 07-22-2011 | 03:33 | Vitals | WPH | BP 134/106, Pulse 124, Respirations 12, SPO2 96% on O2 taken by Harvill, William P. |
| 07-22-2011 | 03:33 | Blood Sugar Level | TDP | Blood Sugar monitoring was performed by Pressler, Terry D and found to be 200 mg/dL. |
| 07-22-2011 | 03:33 | Other Event | WPH | Temp 106 Degree F |
| 07-22-2011 | 03:34 | EKG | WPH | Sinus Tachycardia. |
| 07-22-2011 | 03:35 | IV/IO | TDP | A 18g was attempted by Pressler, Terry D without success. Blood was not drawn. |
| 07-22-2011 | 03:36 | Departed Location | | |
| 07-22-2011 | 03:37 | Cold Pack | WPH | Neck and under arms |
| 07-22-2011 | 03:40 | Report Called | WPH | Report Called to RN via Phone. |
| 07-22-2011 | 03:54 | Arrived Destination | | |
| 07-22-2011 | 03:54 | Assessment | WPH | Patient never changed condition |
| 07-22-2011 | 03:54 | Vitals | WPH | BP 134/106, Pulse 122, Respirations 12, SPO2 97% on O2 taken by Harvill, William P. |
| 07-22-2011 | 04:21 | In Service | | |

## Patient Assessment at Destination

| LOC | BP | SpO2 | ETCO2 | |
|-----|-----|------|-------|---|
| AAOx1 | 132/106 | 97% O2 | | |
| **Breath Sounds Upper** | **Breath Sounds Lower** | | **Resp Rate** | **Pulses** |
| Left: Clear Right: Clear | Left: Clear Right: Clear | | 12 | Left: Radial Right: Radial |
| **Pulse Rate** | **Pupils** | **Capillary Refill** | | |
| 122 | Left: Fixed,Dilated Right: Fixed,Dilated | 1-2 seconds | | |
| **Skin Color** | **Skin Moisture** | **Skin Temp** | **Skin Appearance** | |
| Pale | Moist | Hot | | |
| **Blood Glucose** | | | | |
| 200 mg/dL | | | | |

Electronically Signed

Harvill, William P (EMT-P)    Pressler, Terry D (EMT-P)
Crew #1                       Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-201**APPENDIX 1187**

003013



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 3 of 5

## Narrative

**Subjective:**
Medic 701 dispatched to convulsions/seizure call and found male patient complaining of Convulsions/Seizure. Bystander states loss of consciousness. Bystander witnessed seizure activity.

**Objective:**
Patient offered no communication. Upon EMS arrival, patient was lying supine. Patient had an irregular gait. Patient was unconscious.

Systemic Information - Assessment
Skin: Hot Wet
Head / Neck: Temp 106 degree F
Chest: Clear
Abdomen: Soft
Extremities: FULL ROM
Head/Face: Normal
Neck: Normal
Heart: Normal
Abdomen Left Upper: Normal
Abdomen Left Lower: Normal
Abdomen Right Upper: Normal
Abdomen Right Lower: Normal
GU Assessment: Normal
Back Cervical: Normal
Back Thoracic: Normal
Back Lumbar/Sacral: Normal
Extremities-Right Upper: Normal
Extremities-Right Lower: Normal
Extremities-Left Upper: Normal
Extremities-Left Lower: Normal

General: AAOx1, Initial BP 136/108, Pulse 127, Respirations 14 and snoring
Monitors: SPO2 80% RA

**Assessment:**

**Plan:**
Male patient found complaining of Convulsions/Seizure postictal. Initial assessment as indicated. Pulse rate was 127. Respirations were 14 and snoring. Initial blood pressure was 136/108. Initial SpO2 was 80% RA. Patient contact made at time indicated above. Oxygen was applied at 15 LPM via Re-breather mask. The patient's condition Improved. Blood Sugar monitoring was performed by Pressler, Terry D (EMT-P) and found to be 200 mg/dL. An EKG was performed by Harvill, William P (EMT-P). The patient's rhythm was Sinus Tachycardia in lead II. A 18g Ante cubital-Left IV was attempted by Pressler, Terry D (EMT-P) without success. Cold pack applied to Neck and under arms. A patient report was called in to the receiving facility. An additional assessment was performed, as indicated. Patient was transported lights & sirens to Parkland Hospital East ER and released to staff. Upon transfer of patient care to ED staff, the patient's symptoms remained unchanged.

Electronically Signed

Harvill, William P (EMT-P)      Pressler, Terry D (EMT-P)
Crew #1                                   Crew #2

Patient Name: McCollum, Larry \ Incident Date: 07-22-20 **APPENDIX 1188**

003014

**APPENDIX 1189**

003015



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 4 of 5

**Image 1/1**

### Assignment of Benefits/HIPAA Acknowledgement Form

I understand that I am financially responsible for the services provided to me by City of Hutchins. I request that payment of authorized Medicare, Medicaid, or other insurance benefits be made on my behalf to City of Hutchins for any services provided to me by City of Hutchins now or in the future. I agree to immediately remit to City of Hutchins any payments that I receive directly from any source whatsoever for the services provided to me now or in the future. I assign all rights and/or benefits to such payments to City of Hutchins for compensation of services provided to me now or in the future.

I authorize and direct any holder of medical information or documentation about me to release such information to the Centers for Medicare and Medicaid Services and its carriers and agents, and/or City of Hutchins and its billing agents, and/or any other payers or insurers, as may be necessary to determine these benefits or other benefits payable for services provided to me by.

✓ Yes, I acknowledge that I have received a copy of City of Hutchins Notice of Privacy Practices.

A copy of this form is as valid as the original.

### Patient Release of Responsibility

_____ (Patient's initials) I have been informed of the reason the emergency medical personnel feel that I should go to the emergency center for further evaluation.

_____ (Patient's initials) I have been informed of the evaluation and/or treatment that may/will occur at the emergency center.

_____ (Patient's initials) I have been informed of the consequences and/or complications that may result due to my refusal to go to the emergency center for further evaluation.

*Initial one of the following:*

_____ I, the undersigned, have been advised that emergency medical treatment on my/the patient's behalf is necessary, and that refusal of recommended treatment and transport to an emergency center may result in death, or imperil my/the patient's health by increasing the opportunity for morbidity. Nevertheless, and understanding all of the above, I refuse to accept further emergency medical treatment and/or transportation to an emergency center, assume all risks and consequences resulting from my decision and release Provider Name and its member(s) from any and all liability which may occur from my decision not to accept their recommendation.

_____ I accept transport only and refuse all treatment and/or specific treatments which they may render. I have been advised of the possible consequences that may result from the decision not to accept further treatment, and release City of Hutchins and its member(s) from any and all liability that may occur. (Note treatment refused in narrative.)

*As a competent adult, I fully understand all of the above, and I am capable of making a rational decision on my behalf.*

Witness:_____     Date:_____

**EMS Assessment**

_____ Patient was AAO x 3
_____ Patient denied ETOH or drug use
_____ Patient denied suicidal/homicidal ideation

Crew Signature:_____

---

Electronically Signed

Harvill, William P (EMT-P)     Pressler, Terry D (EMT-P)
    Crew #1                          Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-201 **APPENDIX 1190**                    003016



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 5 of 5

| Signatures | |
|---|---|
| | Patient Representative In Custody Law Enforcement |

| Signatures | |
|---|---|
| | Facility Representative |

**Electronically Signed**

Harvill, William P (EMT-P)    Pressler, Terry D (EMT-P)
Crew #1                                    Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011

APPENDIX 1191

003017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 34

**AFFIDAVIT**

**THE STATE OF TEXAS**

§

§

§

**COUNTY OF WALKER**

BEFORE ME, the undersigned authority, personally appeared **Devoriah Nauls,** who, being by me duly sworn, deposed as follows:

"My name is **Devoriah Nauls**, and I am over the age of eighteen (18), of sound mind, competent and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Correctional Clinical Associate at The University of Texas Medical Branch - Correctional Managed Care, Health Services Archives and my office is located in Huntsville, Texas. In this capacity, I am the individual who can authenticate and certify as official, copies of medical records at the **TDCJ Health Services Archives**. Attached hereto are **343** pages of records, time period **July 1, 2002** to **January 15, 2004** and **July 15, 2011** to **July 28, 2011** from the medical records of **Larry G. McCollum, TDCJ # 1721640**.  These said records are kept in the regular course of business by an employee or representative of UTMB-Correctional Managed with knowledge of the act, event, condition, opinion or diagnosis, recorded or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original medical records maintained by **TDCJ Health Services Archives**".

**Devoriah Nauls**

State of Texas,
County of Walker
Before Me _____ on this day personally
appeared_____, known to me through her
Texas Driver's License to be the person whose name is subscribed to the foregoing
instrument and acknowledge to me that she executed the same for the purpose and
consideration therein expressed.
        Given under my hand and seal of office this _____ day of _____,
A.D., _____



PAULA K. TICKNOR
Notary Public, State of Texas
My Commission Expires
May 19, 2013

**APPENDIX 1193**                                   McCollum 05626



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

Office of the Medical Examiner

Autopsy Report



**COPY**
DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

Case: IFS-11-10161 - ME
*172 1640*

**Decedent: McCollum, Larry Gene**   58 years White Male   DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)

Time of Death: 11:35 PM (Actual)

Examination Performed: 07/29/2011 09:30 AM

---

**ORGAN WEIGHTS:**

| | | |
|---|---|---|
| Brain: 1,600 g | Right Lung 700 g | Right Kidney: 260 g |
| Heart: 550 g | Left Lung: 500 g | Left Kidney: 280 g |
| Liver: 2,590 g | Spleen: 250 g | |

---

EXTERNAL EXAMINATION

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

IDENTIFYING MARKS AND SCARS

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

EVIDENCE OF TREATMENT



*Accredited by The National Association of Medical Examiners*

RECEIVED

NOV 02 2011 ᏟᎷ

COPIED AND SENT

**APPENDIX 1194**

McCollum 05628

IFS-11-10161                                                              Page 2 of 6

McCollum, Larry Gene



**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connected to plastic bag containing fecal material
- Needle puncture surrounded by ecchymosis in the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal


EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

INTERNAL EXAMINATION

BODY CAVITIES: Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

HEAD: See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal



*Accredited by The National Association of Medical Examiners*

**APPENDIX 1195**                                      McCollum 05629

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES**

Page 3 of 6

abnormalities.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

GASTROINTESTINAL SYSTEM: The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart: myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung: vascular congestion.

Liver: moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney: No significant pathologic alteration is identified.

Spleen: diffuse hypocellularity with depletion of both the red and white pulp.



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

Page 4 of 6

**TOXICOLOGY:**

**Evidence Submitted:**

The following items were received by the Laboratory from the Office of the Medical Examiner:

004: Biohazard Bag
004-001: Blood, femoral - gray top tube
004-002: Blood, femoral - gray top tube
004-003: Blood, femoral - gray top tube
004-004: Blood, femoral - gray top tube
004-005: Blood, femoral - red top tube
004-006: Vitreous - red top tube
004-007: Skeletal muscle - plastic tube

**Blood, postmortem**

**Acid/Neutral Screen (GC/MS)**
negative (004-001)

**Alcohols/Acetone (GC)**
negative (004-002)

**Alkaline Quantitation (GC, GC/MS)**
negative (004-001)

**Opiate Narcotics (GC/MS)**
0.107 mg/L morphine (004-002)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (004-006)

**Opiate Narcotics (GC/MS)**
0.046 mg/L morphine (004-006)



*Accredited by The National Association of Medical Examiners*

IFS-11-10161
McCollum, Larry Gene



**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCE**

Page 5 of 6

## FINDINGS:

1. Hyperthermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

## CONCLUSIONS:

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**     Accident



*Accredited by The National Association of Medical Examiners*

IFS-11-10161
McCollum, Larry Gene



Page 6 of 6

10/26/2011

Keith Pinckard, M.D., Ph.D.
Medical Examiner



*Accredited by The National Association of Medical Examiners*

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.  NAME: *McCollum*        *Larry*        *G.*        DOB: 4/04/53   AGE: 58
           Last        First        MI
    STATE ID# 3950 494         RACE: W   SEX: Male ✓ Female ___
    COUNTY/TDCJ# 346 10        WT. 330   HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
    A. Health Problems
    ___ 1. None
    ___ 2. Asthma
    ___ 3. Pregnancy
    ___ 4. Dental Priority
    ___ 5. Diabetes
    ___ 6. Drug Abuse
    ___ 7. Alcoholism
    ___ 8. Orthopedic Problems
    ___ 9. Cardiovascular/Heart Trouble
    ___ 10. Suicidal
    ___ 11. Mental Retardation
    ___ 12. Mental Illness (Specify diagnosis) _____
    ___ 13. Recent Surgery _____
    ___ 14. Seizures
    ___ 15. Dialysis
    X 16. Hypertension
    ✓ 17. CARE System Y / N

    *NOTE: When screening substance abuse facility clients,
    please contact the TDCJ-ID Health Services Liaison at
    (936)437-3589 for clients with any chronic disease
    symptoms deemed unstable.*

    B. Preventive Medicine
    ✓ 1. Tuberculosis Status
       Skin Test:  Date Given: 6/24/11   Date Read: 6/27/11   Results: Ø _____ mm*
       X-Ray:  Date: __/__/__   Normal ___   Abnormal ___*   Anti-TB Treatment? No ___   Yes ___*
    ___ 2. Hepatitis: A ___ B ___ C ___   Other: _____
    ___ 3. HIV Antibody: Test Date: __/__/__   Results: Neg ___   Pos ___   CD4 ___   Date __/__/__
    ___ 4. Syphilis: Date: __/__/__   Type: ____   Treatment Completed: ___ Yes ___ No

    *NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
    please attach tuberculosis record.*

    C. Other Health Care Problems: *none*

III. SPECIAL NEEDS (Check all that apply)
     A. Housing Restrictions
     X 1. None
     ___ 2. Skilled Nursing Facility
     ___ 3. Extended Care Facility
     ___ 4. Psychiatric Inpatient Facility
     ___ 5. Respiratory Isolation
     ___ 6. Other.

     B. Transportation
     X 1. Routine
     ___ 2. Crutches/Cane
     ___ 3. Ambulance
     ___ 4. Wheelchair/Wheelchair Van
     ___ 5. Prosthesis: _____

     C. Pending Specialty Clinic Appointment
        None X ____   Type _____

     D. ALLERGIES *NKA*
        _____
        _____
        _____
        NKA _____

IV. CURRENT PRESCRIBED MEDICATIONS        None ____

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | PRN B/P |
| | | |
| | | |
| | | |
| | | |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: *Sheila Smith LVN*        DATE: 7 / 15 / 11
         Signature/Title
PHONE NUMBER: 254-757-2555   FACILITY: *McLennan County Jail*

**APPENDIX 1200**        McCollum 05634

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 07/18/2011 12:35:00

```
                         HUTCHINS (HJ)
                            CID
                              ,

                        LABORATORY DIRECTOR

                           TB SKIN TEST
MRN        : 1721640  Accession:33015661       Age  :58 Years
Patient Name: MCCOLLUM, LARRY G                Sex  :Male
Home Phone  :                                  Work :(   )  -
Admitting MD: UNKNOWN  UNKNOWN                  Phone:
Attending MD: UNKNOWN  UNKNOWN                  Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:


Tech        : VELVA L MCKINNEY L.V.N.      Verifier:VELVA L MCKINNEY L.V.N.
Collection Time: 07/18/2011 12:35
Result Time   : 08/01/2011 12:35
Report Time   : 08/01/2011 12:35
Comment:


Test                 Result        Abn     Normal Range      Units
---------------------------------------------------------------------------
MFG                                           -
LOT #                                         -
DOSE                                          -
SITE                                          -
ROUTE                                         -
PPD READ             0 mm                     -
REFUS SIGN                                    -



This document has been sent for signature, but has not yet been reviewed
```

**APPENDIX I201**

McCollum 05635



58

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

### Correctional Managed Care
### CID INTAKE INTERVIEW

Patient Name: McCollum, Larry          TDCJ #: 1721640

Date. 07/15/2011          Facility. HUTCHINS (HJ)

Vitals   BP:_____   Wt:_____   Height:_____   Pulse:_____   Resp:_____   Temp:_____

| Patient Language: | Name of interpreter, if required: NA |
|---|---|

| **S:** | CHIEF COMPLAINT: | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| **O:** | YES | NO | REFUSED | N/A | **Mark "Yes", "No" or "Refused" for the following:** |
| | X | | | | HIV - Patient verbally agrees to HIV testing per state law (if yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) |
| | X | | | | RPR - RPR test is required by state and policy/procedure #14 12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | X | | | MMR - Born after 1956 — 1953 |
| | X | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | X | | | HBV - Allergic to yeast |
| | | X | | | HBV - Hepatitis B vaccine available – If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (if yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | X | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - If yes – date _____ CPX _____ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) |
| | | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | X | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster (mark Plan line 7 if yes, if no or refused obtain HSM-82) |

| | YES | NO | UNKNOWN | | |
|---|---|---|---|---|---|
| | X | | | | History of varicella (if yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: _____ (if yes or unknown mark Plan line 8) |
| **A:** | | | | | Alteration Health Maintenance |

CID Intake Interview
05/01/2009

Page 1 of 2

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

## Correctional Managed Care
## CID INTAKE INTERVIEW

| P: | PLAN: | | |
|---|---|---|---|
| | X | 1a  Obtain order for lab to draw HIV | |
| | X | 1b  Obtain order for lab to draw RPR | |
| | | 2   Obtain order for MMR 0 5cc vaccine sub q | |
| | | 3   Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy | |
| | X | 4   Obtain order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours | |
| | | 5   Obtain order for CXR single view | |
| | | 6.  Refer to provider to schedule for ITP/TB Chronic Clinic | |
| | X | 7   Obtain order for Tetanus and Diphtheria Toxoid 0 5cc vaccine IM | |
| | X | 8.  Refer to provider to schedule appointment | |
| | X | 9   Add alert code 5290 to MPL/Problem List | |
| | X | 10  Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) | |
| | X | 11  Obtain order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours   If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) | |
| | REFER TO PROVIDER: | | |
| | X | 1a  Order for lab to draw HIV | |
| | X | 1b  Order for lab to draw RPR | |
| | | 2.  Order for MMR 0 5cc vaccine sub q | |
| | | 3   Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated   per TDCJ policy | |
| | X | 4   Order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours | |
| | | 5.  Order for CXR single view | |
| | | 6   Schedule appointment for ITP/TB Chronic Clinic | |
| | X | 7   Order for Tetanus & Diphtheria Toxoid 0 5cc vaccine IM | |
| | X | 8   Schedule appointment with provider | |
| | | 9.  Administer flu vaccine 0 5 CC IM x 1 if indicated per TDCJ policy | |
| | X | 10  Order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours.  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) | |

Nurse Signature: _V McKinney LVN_

Date / Time: __07/15/2011 @ 0900__

**CID Intake Interview**
05/01/2009

**Page 2 of 2**

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48 aged Care

## CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name **McCollum, Larry**          TDCJ # **1721641**

Date **07/15/2011**                      Facility **HUTCHINS (HJ)**

Vitals  BP _____   Wt _____   Height _____   Pulse _____   Resp _____   Temp _____

| Patient Language: | Name of interpreter, if required: NA |
|---|---|

### MANTOUX PPD

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

### IMMUNIZATIONS

| DATE/TIME GIVEN | MFG/ LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0 5 Ml | IM | Td Booster | _X_ L Deltold ___ R Deltoid | NARN | VMcRig LVN |
| | | 0.5 mL | ___Sub Q ___ IM | Pneumococcal Vaccine | ___ L Deltoid ___ R Deltoid ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | IM | Influenza | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis A #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0 5 mL | Sub Q | Meningococcal | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #1 | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #2 | ___ Outer aspect of L or R upper arm | | |
| | | 1 0 mL | IM | Hepatitis B #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #3 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | ___ Outer aspect of L or R upper arm | | |

Nurse Signature **VMcRig LVN**          Date / Time **07/15/2011 @0900**

HSM-2
05/01/2009

**APPENDIX 1204**          McCollum 05638

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**aged Care**

## CID CLINIC NOTE
## HIV PRE-TEST COUNSELING

Patient Name **McCollum, Larry**          TDCJ # **1721640**

Date 07/15/2011                    Facility HUTCHINS (HJ)

Vitals   BP _____   Wt _____   Height _____   Pulse _____   Resp _____   Temp _____

| Patient Language: | | | Name of interpreter, if required: NA | |
|---|---|---|---|---|
| **S:** | Chief Complaint: | X | Patient offered HIV testing per policy 14 11 | |
| | | X | Pre-release HIV test | |
| | | | Patient requesting HIV test | |
| | | | Patient reported history of previous positive HIV test | |
| | | | Other  (specify) | |
| **O:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** | |
| | | X | Patient is symptomatic (list symptoms) | |
| | | X | The patient requests HIV testing and gave a history of the following risk factors | |
| | | X | Injected nonprescription drugs | |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) | |
| | | X | Tattoo | |
| | | X | Patient received blood transfusions or blood products | |
| | | X | The patient's TB skin test was positive | |
| | | X | Exposed staff to blood or other potentially infectious body fluids | |
| | | X | Patient was potentially exposed to blood and/or body fluids | |
| | X | | Patient offered HIV testing per policy 14 11 | |
| **A:** | X | | Knowledge deficit | |
| | X | | High risk | |
| **P:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** | |
| | X | | HIV pre-test counseling and HIV antibody testing is offered | |
| | X | | Discuss HIV prevention recommendations<br>    1    Behave as if positive<br>    2    Abstinence from sex, drugs and tattooing<br>    3    Mutually monogamous relationships | |
| | X | | Review partner notification procedures should the patient test positive | |
| | X | | The patient gave their verbal consent for HIV antibody testing (If consent given, obtain provider order for HIV testing) | |
| | | X | The patient refused HIV antibody testing   Obtain their signature on a **Refusal of Treatment** form (HSM-82) | |
| | X | | Health teaching offered stressing the importance of plan of care compliance | |
| | X | | If potential exposure, report incident to Preventive Medicine department | |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results | |

Nurse Signature. _V McKmn lvn_          Date / Time  07/15/2011 @ 0900

05/01/2009

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name  *McCollum Larry*

TDCJ No  Intake

Unit  HUTCHINS STATE JAIL      *NKA*

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 | S | Offenders received from  *McLennan* |
| 1230 | | With history of  *HTN* |
| | | |
| | OA | See HSM-13 and Texas Health Status Updated for  current orders from |
| | | county |
| | | |
| | P | Current medication orders as per HJ providers. |
| | | |
| | V O | T Orig, MD  A. Babbili, PA-C / N. Beckstrom, NP |
| | | *D/C Clonidine* |
| | | *Start HCTZ 25 mg X 1 PO* |
| | | *9 Am X 30 d* |
| | | *Babbili PA* |
| | | Medication Pass issued to Offender  YES / NO |

Please sign each entry with status

HSM – 1 (Rev 5/92)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

### CORRECTIONAL MANAGED CARE
### INTAKE HISTORY AND HEALTH SCREENING

1721640

**I. IDENTIFICATION**

NAME: McCollum Jerry   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

**II FAMILY HISTORY**

| # | | YES | NO |
|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | NO |
| 2 | Cancer | YES | NO |
| 3 | Diabetes | YES | NO |
| 4 | Heart Disease | YES | NO |
| 5 | High Blood Pressure | YES | NO |
| 6 | Tuberculosis | YES | NO |

**III PERSONAL HISTORY**

| # | | YES | NO |
|---|---|---|---|
| 1 | D 1   Asthma/Emphysema | YES | NO |
| 2 | Back Injury | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO |
| 4 | Cancer | YES | NO |
| 5 | Cavities | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO |
| 7 | Diabetes | YES | NO |
| 8 | Drug/Food Allergies | YES | NO |
| 9 | Epilepsy/Seizures | YES | NO |
| 10 | Glasses/Hearing Aid | YES | NO |
| 11 | Gum disease | YES | NO |
| 12 | Head Injury | YES | NO |
| 13 | Heart Disease/Angina | YES | NO |
| 14 | Hepatitis | YES | NO |
| 15 | High Blood Pressure | YES | NO |
| 16 | HIV + / AIDS | YES | NO |
| | Prior HIV Test Date | | NO |
| 17 | Homosexual/Bisexual Activities | | NO |

| # | | YES | NO |
|---|---|---|---|
| 18 | INH Prophylaxis | YES | NO |
| 19 | Intravenous Drug Abuse | YES | NO |
| 20 | Kidney Disease | YES | NO |
| 21 | Liver Disease | YES | NO |
| 22 | Mental Illness | YES | NO |
| 23 | Non Intravenous Drug Abuse/Alcoholism | YES | NO |
| 24 | Peptic Ulcers | YES | NO |
| 25 | Rheumatic Fever | YES | NO |
| 26 | Rheumatism/Arthritis | YES | NO |
| 27 | Seasonal Allergies | YES | NO |
| 28 | Sexually Transmitted Diseases | YES | NO |
| 29 | Smoker | YES | NO |
| 30 | Tetanus Immunization Date | YES | NO |
| 31 | Tuberculosis | YES | NO |
| 32 | Unprotected Sex w/Multiple Partners | YES | NO |
| 33 | Other | | |

**IV OBSTETRIC/GYNECOLOGICAL HX**   X   N/A

| # | | |
|---|---|---|
| 1 | Date of last menstrual period | |
| 2 | Number of pregnancies/live births | |
| 3 | History of Problem pregnancy | |
| 4 | Date of last pap smear | |
| 5 | Date of last mammogram | |
| 6 | History of birth control methods (IUD, pills, etc ) | |

**A.** If YES of any of the above indicate family member or self, give date and treatment received
Father, Brother

**B.** History of hospitalization?  YES (NO)
Please list the DATE, HOSPITAL, CONDITION   Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? (YES)  NO
If yes, what   tooth pull, Depression

**D.** Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES  (NO)  If YES, when?

**E.** What illegal drugs have you used?   no
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?  YES  NO

**F.** Are you presently taking or supposed to be taking any prescribed medications? (YES)  NO
If YES, what   See Med Sheet

HSM-13 (6/06)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **G** | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
| | | Sores | YES | NO | Other | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | | YES | NO | |
| | | Other | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **H** | BEHAVIOR AND MENTAL STATUS | | | | | | | | |
| | Hygiene & Appearance | ✓ | Clean, neat | | Dirty, sloppy | | Other | | |
| | Orientation (ask questions and document response) | | | | | | | | |
| | What is today's date? | 7/15/11 | | | | | | | |
| | What time is it? | Morning | | | | | | | |
| | What place is this? | Hutchins | | | | | | | |
| | Speech | ✓ Normal | | Loud | | Soft | | Mumbling | Other |
| | Attitude | ✓ Appropriate | | Laughing | | Crying | Cursing | Quiet | Other |

| | | | | | |
|---|---|---|---|---|---|
| **I** | THOUGHT CONTENT (Please circle YES or NO) | | | | |
| | Are you having current thoughts about suicide or self-injury? | | YES | NO | |
| | Do you see or hear things that others do not see or hear? | | YES | NO | |
| | Do you have any special powers abilities? | | YES | NO | |
| | Do you receive personal messages from the TV or radio? | | YES | NO | |
| | Do you have any phobias or excessive fears? | | YES | NO | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **J.** | DISPOSITION | | | | | | | |
| | Routine referral to | ✓ Medical | ✓ Mental Health | | ✓ Dental | | CID | |
| | Immediate referral to | Medical | Mental Health | | Dental | | CID | |
| | Release to general population | YES | NO | Other | | | | |

| Offender Signature: | _Larry McCollum_ | Date: | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | _W. Wigwood_ | Date. | 7/15/11 |
|---|---|---|---|

_RN 7/18/11_

HSM-13 (6/06)

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953       Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

Lab Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex   : Male
```

```
Ordering
Physician   : ORIG, TITO
Facility    : HUTCHINS (HJ)
              1500 E. LANGDON RD
              HUTCHINS TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 32858464 | Requistion: 32858464 | | | |
| Drawn:07/20/11 08:42 | Received:07/20/11 23:40 | | Reported: 07/21/11 08:43 | |
| **Procedure: CBC With Differential/Platelet** | | | | |
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes(Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |
| | **Please note reference interval change** | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |
| Hematology Comments: | | | | |
| **Procedure: Comp. Metabolic Panel (14)** | | | | |
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may
indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an
elevated urine protein also may indicate chronic kidney disease.

Print Date: 07/21/2011 07:53                                    Page: 1/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex   : Male
```

Ordering

**APPENDIX 1209**

McCollum 05644

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)
               1500 E. LANGDON RD
               HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |
| | | | | |
| Procedure: Urinalysis, Complete | | | | |
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |
| | | | | |
| Procedure: Microscopic Examination | | | | |
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

```
Print Date: 07/21/2011 07:53                              Page: 2/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex  : Male
```

```
Ordering
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)
               1500 E. LANGDON RD
               HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

**APPENDIX 1210**

McCollum 05645

```
Crystals
Crystal Type
Mucus Threads                    Present                         Not Estab.
Bacteria                         Few                             None seen/Few
Yeast
Trichomonas
Comment


Procedure: Urinalysis, Complete
Microscopic Examination


Procedure: Lipid Panel
Cholesterol, Total               157              mg/dL          100-199
Triglycerides                    195        H     mg/dL          0-149
HDL Cholesterol                  16         L     mg/dL          >39
According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.
VLDL Cholesterol Cal             39               mg/dL          5-40
LDL Cholesterol Calc             102        H     mg/dL          0-99


Procedure: Panel 083824
HIV 1/0/2 Abs-Index Value        <1.00                           <1.00
Index Value: Specimen reactivity relative to the negative cutoff.
HIV 1/0/2 Abs, Qual        Non Reactive                    Non Reactive


Procedure: Hgb A1c with eAG Estimation
Hemoglobin A1c                   6.2        H     %             4.8-5.6
                 Increased risk for diabetes:                   5.7 - 6.4
                 Diabetes:                                      >6.4
                 Glycemic control for adults with diabetes:     <7.0
Estim. Avg Glu (eAG)             131              mg/dL


Procedure: TSH
TSH                              2.860            uIU/mL        0.450-4.500


Procedure: RPR
RPR                        Non Reactive                    Non Reactive
```

L    Low, H    High, C    Critical, *    Abnormal Alpha
Print Date: 07/21/2011 07:53                                    Page: 3/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex    : Male
```

```
Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

**APPENDIX 1211**

McCollum 05646

Patient Name: MCCOLLUM,LARRY G  Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

Print Date: 07/21/2011 07:53                              Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##

APPENDIX 1212

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00



DATE INTERVIEWED: _7 /18 /11_   *7-15*

SCREENER'S INITIALS: _SKB_

## TDCJ OFFENDER INTAKE PROCESSING
## PSYCHOLOGICAL SCREENING INTERVIEW

**NAME:** _McCollum, Larry Gene_          **TDCJ #:** _1721640_

**DOB:** _4 / 4 / 53_          **AGE:** _58_          **GENDER:** ☒ MALE   ☐ FEMALE

**PLACE OF BIRTH:** _Enid, OK_          **RACE:** ☒ CAUCASIAN

**PRIOR TDCJ #:** _110 5554_          ☐ AFRICAN AMERICAN

**PRIOR TDCJ INCARCERATIONS:** ☒ YES   ☐ NO          ☐ HISPANIC

**PRIOR ASSIGNMENT TO CTC:** ☐ YES   ☐ NO          ☐ OTHER: _____

**PRIOR ASSIGNMENT TO DDP:** ☐ YES   ☐ NO

**ON PSYCH. SERVICES CASELOAD:** ☐ YES   ☐ NO

**CURRENT OFFENSE:** _Forgery_ (1) (12 mos.)

**SPECIAL CONSIDERATIONS FOR INTERVIEWS:**

☒ NONE

☐ SPANISH-SPEAKING ONLY

☐ HEARING/VISUAL IMPAIRED

☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

☐ SECURITY RISK: _____

☐ OTHER: _____

**OTHER GENERAL COMMENTS:**

_____

_____

_____

_____

_____

_____

CL-69 (Rev 3/10)                                                      Page 1

APPENDIX 1213                    McCollum 05648

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES   NO**

1. HOW ARE YOU FEELING? _Rough. Adjusting._

☑ ☐ 2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
DID YOU GET ANY TYPE OF COUNSELING? _yes_
FROM WHOM? (IF APPLICABLE) _____
WHAT WAS IT FOR? _____
WHEN WAS IT? _____
WHERE WAS IT? _Buster Cole — transferred to_ See #4
_Skyview_ / below

☑ ☐ 3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
☐ NERVES   ☐ MENTAL PROBLEMS   ☐ EMOTIONAL PROBLEMS?
SPECIFY THE MEDICATION: _Zoloft, etc._
WHEN DID YOU TAKE THIS MEDICATION? _2009_
BY WHOM WAS IT PRESCRIBED?
☐ PSYCHIATRIST
☐ PHYSICIAN
☐ OTHER: _____
CURRENT PSYCHOTROPIC MEDICATION: _–0–_ _thinks nothing needed at present_

☑ ☐ 4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
WHY? _Depression — Loss of family members_
WHEN? _____
WHERE? _Skyview_ _– 2002-04_
WAS IT:   ☐ COURT COMMITMENT   OR   ☐ VOLUNTARY?

☐ ☐ 5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
WHAT TYPE? _____

☐ ☐ 6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
SPECIFY: _____

☐ ☑ 7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
HOW MANY TIMES? _____
HOW?   ☐ CUT ARM / WRIST   ☐ HANGING
☐ OD'ed ON   ☐ OTHER
WHEN? _____
WHY? _____
WAS MEDICAL ATTENTION REQUIRED?   ☐ YES   ☐ NO

☐ ☐ 8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
HOW? _____

☐ ☑ 9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

☐ ☐ 10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
SPECIFY: _____

CL-69 (Rev 3/10)                                                          Page 2

**APPENDIX 1214**                    McCollum 05649

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES    NO**

☐   ☐   **11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?**

SPECIFY: _____

☐   ☐   **12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?**

WHAT KIND? _____

**13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?**

| ☐ NONE | ☐ BARBITURATES | ☐ METHAMPHETAMINE (SPEED) |
| ☐ HEROIN | ☐ ACID | ☐ INHALANTS |
| ☐ COCAINE | ☐ HASH | ☐ ALCOHOL *quit 10 yrs. ago* |
| ☐ MARIJUANA | ☐ PCP | ☐ OTHER _____ |

**14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?   GRADE _____**

WHERE   ☑ USA   ☐ MEXICO   ☐ OTHER: _____

DO YOU HAVE A.   ☑ HIGH SCHOOL DIPLOMA   ☐ GED

☑   ☐   **15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?**

WHY? _____ *D. E.* *Worked 1/2 day.*

WHAT GRADE(S)? _____ *12*

☐   ☑   **16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME?**

WHY? _____

☐   ☑   **17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?**

IF YES, SPECIFY: _____

_____

☐   ☑   **18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?**

☐   ☑   **19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?   IF YES, SPECIFY:**

_____

_____

CL-69 (Rev 3/10)                                                                                    Page 3

**APPENDIX 1215**                          McCollum 05650

Scanned by GUZMAN. SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

# BEHAVIORAL OBSERVATIONS

| | | | |
|---|---|---|---|
| **APPEARANCE:** | ☑ UNREMARKABLE | ☐ DISHEVELED | ☐ ODD |
| **HYGIENE:** | ☐ GOOD | ☐ FAIR | ☑ POOR B.O. |
| **INTERACTION:** | ☑ COOPERATIVE | ☐ LIMITED | ☐ UNCOOPERATIVE |
| **MOTOR BEHAVIOR:** | ☑ WITHIN NORMAL LIMITS | ☐ RESTLESS | ☐ DID NOT MOVE |
| | ☐ _____ | | |

| | | | |
|---|---|---|---|
| **SPEECH:** | ☐ CLEAR | ☐ MUMBLES | ☐ SPEECH IMPEDIMENT |
| **RATE:** | ☑ SPONTANEOUS | ☐ FAST | ☐ _____ |
| **MOOD:** | ☐ WITHIN NORMAL LIMITS | ☑ SAD *teary-eyed* | ☐ IRRITABLE |
| | ☐ UNUSUALLY HAPPY | ☑ ANXIOUS | ☐ FRIGHTENED |
| | ☐ SILLY | ☐ _____ | |
| **ALERTNESS:** | ☑ ALERT   ☐ CONFUSED | ☐ DAZED | ☐ DISTRACTED |

## ▼ This section must be completed by a Qualified Mental Health Professional ▼

**DISPOSITION – REFERRED FOR FURTHER EVALUATION**   ☑ YES   ☐ NO

**REASON FOR REFERRAL:**

☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
☑ HISTORY OF MENTAL HEALTH TREATMENT
☐ CURRENT SUICIDAL IDEATION
☐ PRIOR SUICIDAL GESTURE(S)
☐ DISPLAYED UNUSUAL BEHAVIOR
☐ AFFECTIVE DISTRESS NOTED
☐ UNUSUAL NATURE OF OFFENSE
☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
☐ OTHER: _____

**MENTAL HEALTH APPRAISAL COMPLETED BY:**
I. Smith, MA
Mental Health Clinician
_____
PRINTED NAME

_____  IS          _____  7/19/11
SIGNATURE                                DATE

CL-69 (Rev 3/10)                                                        Page 4

## NURSING ASSESSMENT PROTOCOL
### for
## FUNGAL INFECTIONS
### (Athletes Foot, Jock Rash, Ringworm)

Name _McCallum, Larry_ TDCJ#: _1105558_ Date _3/12/03_ Time _1500_
Facility of Assignment: _Cole_ Work Assignment: _no job_
Current Medications: _Zoloft, naproxen, nortriptyline_
Allergies: (Food, drug, other) _NKDA_

Circle all items that are appropriate and/or complete all blanks.

### SUBJECTIVE DATA

1. Onset _several months_

2. Cause of Rash: _unknown_
   Describe: _dry cracking of heels & under toes_

3. Itching/Burning: Y

4. Alleviating factors: _soaks/meds._

5. Aggravating factors: _Wetness_

### OBJECTIVE DATA _237 4X_

**NOTE:** Observe all skin eruptions for signs of honey-colored crusts, circular lesions. If present, refer patient to MD/MLP for evaluation of possible staph infection.

1. T _98.6_ P _70_ R _20_ B/P _128/76_

2. Location of lesions(s):

   |        | Left | Right | Bilateral |
   |--------|------|-------|-----------|
   | Arms   | ___  | ___   | ___       |
   | Hands  | ___  | ___   | ___       |
   | Legs   | ___  | ___   | ___       |
   | Feet   | ___  | ___   | ✓         |
   | Groin  | ___  | ___   | ___       |
   | Trunk  | Anterior ___ | Posterior ___ | |
   | Scalp  | ___  | ___   | ___       |

3. Skin Appearance/Lesion Description:

   | Redness | Swelling | Circular |
   |---------|----------|----------|
   | Cracking | Papules | Linear |
   | Scaling | Macules | Scattered |

4. Drainage:
   None   Purulent   Serous   Bloody

Comments: _Foot soaks_

### NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

### TREATMENT PLAN _3/12/03 RHCMA_

▸ Antifungal Cream 1%-apply b.i.d topically to affected area for 30 days. Patient may keep medication on person (issue from stock) _SW_ (initial)

▸ Instructions for use of cream: Use cream sparingly and evenly, only apply to the affected skin. If symptoms worsen, stop using cream, and submit sick call request.

Refer to Physician/Midlevel Practitioner immediately if:

▸ Unsuccessful treatment using antifungal cream

▸ Open lesions

▸ Sign of infection or drainage

### PATIENT INSTRUCTIONS:

▸ Encourage exposure to air when possible.

▸ Wear shower shoes in shower.

▸ Keep feet dry between showers, wash feet thoroughly, make sure feet are properly dry, especially between and under toes.

▸ Remind patient that it takes 3-4 weeks for infection to clear.

_S. Watkins LVN_ _3/12/03_
Nurse Signature                    Date

**APPENDIX 1217**

McCollum 05800

HSN-16 (Rev. 4/99)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McCollum, Larry
**TDCJ No.:** 1105538
**Unit:** CL

| Date & Time | Notes |
|---|---|
| 3/11/03 215 | HSA a Rec'd 3/11/03 c/o cracks on feet Scheduled NSC 3/12/03 ——— DrPhillips R2 |
| 3/12/03 1415 | Change HSM-18, Add II-B. Remove II-C. BILLY D. BURLESON, PSY. D. |
| 3/12/03 1415 | noted DrPhillips R2 |
| 3/12/03 1600 | Loperamide spoke BID × 7 days ea foot. T/O Raff MD / S.Watkins LVN SEGN AM 3.14.03 |
| 3/12/03 1608 | note off. S.Watkins LVN |
| 3/17/03 | Cht Rev last seen by us 1/21/03 hurt back LIFTING WT 3/2 3/6/03. A good evidence of improving LBP P HSM 18 No II81, III7, FU 9.50 lb AM PM |
| 3/14/03 1210 | noted Alexandra g |

# NURSING ASSESSMENT PROTOCOL
## FOR
## SKIN ERUPTIONS, BOILS AND ABSCESSES

Name: McCollum, Larry          TDCJ#: 1105538   Date: 3-10-03   Time: 1450

Facility of Assignment: CL                    Work Assignment: UTILITY SQ

Current Medications: SERTRALINE / NORTRIPTYLINE, NAPROXEN, ANTACID

Allergies: (Food, drug, othe r) _____

---

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Significant medical history: bumps on buttocks

2. Onset: 2 wks

3. Type of lesion, location, and course: bumps on butt

4. History of similar problems: (N)/ Y
   Prior treatment: N/A

## OBJECTIVE DATA

(**NOTE:** Always use gloves to examine skin lesions)  WT 239#

1. T 97⁶F P 66 R 19 B/P 144/85

2. Skin appearance:
   (Macules)   (Papules)   Vesicles   Pustules
   Erythema   Abscesses   Excoriations

3. Location & size of lesion(s) (use ruler to measure)
   2 to 3 mm macules in various stages of healing – mostly dried up

4. Drainage:
   Amount  NO   Location  ∅
   Color/consistency  ∅

5. Pain or tenderness to touch?  (N)/ Y

Comments: See clinical notes

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if patient is immunocompromised.

## TREATMENT PLAN:

- NO  Refer any patient with skin eruptions (eczema, seborrhea, psoriasis) or boils, abscesses or other draining skin lesions to the Physician/Midlevel Practitioner for next day evaluation.

- Obtain wound culture and sensitivity on any open, draining skin lesion immediately.

- Apply a dry, sterile occlusive dressing to any open, draining boil, abscess, or skin lesion.

- Instruct patient to leave draining skin lesions covered, to minimize scratching of lesions, and to wash hands with soap and water after touching draining skin lesions.

- Provide pass for patient to return to medical department for daily dressing changes and antibiotic administration, as ordered by the physician. Observe the lesion(s) for clinical response to therapy and document in the health record.

- Antibiotic therapy for patient with methicillin resistant staph aureus (MRSA), must be administered in the medical department via Directly Observed Therapy (DOT).

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McCollum Larry

**TDCJ No.:** 1105538

**Unit:** Cole

| Date & Time | Notes |
|---|---|
| 2/24/03 04S | HSA9 Rec'd 2/24/03 asking about glasses + wanting antacids increased. Chat will go to provider to eval V.A. Chart to provider requesting ↑ of antacids  D Phillips RN |
| 2-25-03 0735 | Rx: Antacid Compliance to provider  M. Black RN present |
| 2-25-03 1230 | Antacid Compliance 20/25 = 80% Rx: Take ~~compliance~~ antacids as directed Bid  M. Black RN, Coe |
| 2/25/03 | noted  D Phillips RN |
| 3-6-03 1910 | S - walk in to clinic c/o pain to (R) side of back, "I've been lifting wts. for about 1 wk ... probably over did it...Took 4 APAP"  O - wt 236# 97.4°F, 139/83 BP, P63, R 20  - limp into medical  - into BP chair c grimace, c difficulty  A - alt in comfort - subj  P - warm pack to back, instruct to continue naproxen  (left c 10 min c warm pack)  J. Howe RN |
| 3/8/03 1745 | I-60 Rec'd 3/8/03 c/o rash Scheduled NSC  3/10/03  D Phillips RN |
| 3-10-03 1450 | For NSC - SEE PROTOCOL - [TPO] TAO ½ pack to skin BID X  7 DAYS - KOP - GIVEN  B. Raff MD / J Howe RN  AMM 3/10 14N |

Please sign each entry with status.

B RAFF MD.

McCollum 05803

HSM - 1 (Rev. 5/92)   3-10-03 / 1510 noted off -___ RN   J0174

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 35

## BUSINESS RECORDS AFFIDAVIT

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF WALKER** | § |

BEFORE ME, the undersigned authority, personally appeared, Kelli Ward, who, being duly sworn by me, deposed as follows:

"My name is Kelli Ward. I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

I am employed as the Deputy Administrator of Offender Grievance for the Texas Department of Criminal Justice (TDCJ). I am the custodian of the Offender Grievance Records for the TDCJ, and these records were kept by the Texas Department of Criminal Justice in the regular course of business, and it is the regular course of business for an employee or representative of the Texas Department of Criminal Justice, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. I have reviewed the grievance records filed by offenders at the Hutchins Unit, Cause Number 3:12CV02037, relating to *to heat, high temperature, or heat index for the time period of July 2010 to the present.*

"The records attached hereto are the original or exact duplicates of the originals."

Kelli Ward
Deputy Administrator, Offender Grievance
Texas Department of Criminal Justice

SWORN TO AND SUBSCRIBED before me on this the 4th day of December, 2012.

NOTARY PUBLIC in and for
The State of Texas

Deborah K Hoke
Notary Public
State of Texas
My Comm. Exp. 08/06/16

**APPENDIX 1222**                    McCollum 00200



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2011147077

Date Received: APR 28 2011

Date Due: 06.07.2011

Grievance Code: 506

Investigator ID #: I1240

Extension Date: ___

Date Retd to Offender: 06.07.2011

Offender Name: Jeremy Campbell   TDCJ # 1676016
Unit: Hutchins   Housing Assignment: K.2.C.1
Unit where incident occurred: Hutchins State Jail

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? more than one K-Building CO's   When? The past

What was their response? A work order has been filed

What action was taken? No action has ben ~~taken~~ taken

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

The air conditioning system in K2 has not worked since ive b in here. I was in K5D and the ac worked in there, dont know why they would move us from one Dorm that has air conditioning, to one that ~~does~~ doesnt, it doesnt make any Sence. It has ben hot, stuffy, & uncomfortable at all times of the day. We continue to use the same air over and over again, some time its hard to breath in here. I have real bad anxie attacks and this hot air is not helping! The air we breath in here is bad for our heat and it ~~does~~ doesnt meet Jail standents, the industr fan only pushes hot air, staff infections come from not having enough ~~cold~~ cold air, Cold air Kills Jerms. It seems like yall are not pressing this issue, yall could have allready had it fixed, yall dont understand how we ~~feel~~ feal, yall dont have to live back here. I would Greatly appreciate it if yall would cons fixing this issue.
                        Thanks Jeremy Campbell

---

I-127 Front (Revised 9-1-2007)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

**APPENDIX 1223**          McCollum 00223

**Action Requested to resolve your Complaint.**

I would like the air Conditioning to be fixed.

Offender Signature: _Jeremy Campbell_       Date: 4-25-11

Grievance Response:

Your complaint is noted. A maintenance work order (#4518) was issued May 27, 2011. Work order (#4518) was closed May 31, 2011. Therefore, K2 air condition has been repaired.

Signature Authority: _Baldwin Poe_       Date: 6/6/1

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Signature: _____

I-127 Back (Revised 9-1-2007)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>2<u>nd</u> Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>3<u>rd</u> Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
</table>

**APPENDIX 1224**       McCollum 00224    Appendix F



## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2010186192

Date Received: JUN 29 2010

Date Due: 08-08-2010

Grievance Code: 506

Investigator ID #: JI940

Extension Date: 09-14-2010

Date Retd to Offender: 08-10-2010

Offender Name: Billy Cantrell   TDCJ # 1642193

Unit: Hutchins   Housing Assignment: ~~KlA-06~~ 14B-18

Unit where incident occurred: Hutchins

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? MR clash & mrs morris   When? 6-24-10-6-25

What was their response? we called and wrote it up for yall

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I Billy Cantrell #1642193 want to write up maintnance ~~at~~ Department our air Blows cold one minute then hot the next its really hard to sleep in here in ad seg at night time I got closterphobia as it is But with t hot its worse please cheack into this matter thankyou very much !!

---

I-127 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

**APPENDIX 1225**   McCollum 00225