tion Requested to resolve your Complaint. To fix the air conditioner were it lows cold like it should thanke you very much

ender Signature: _Billy G_____    Date: 6-25-10

evance Response:

Unit Administration has been made aware of your complaint. Work Order #5677 was opened July 13, 2010; "compressor" air condition was not working in K-building. On July 20, 2010, work order #5677 was closed/completed. The air ndition compressor was installed. K-building air conditon is now working. The air

ue has been resolved.

ature Authority: _OMCarm_____ T. M. Carmona, Warden    Date: 8-10-10

are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the for appeal on the Step 2 Form.

ned because:      *Resubmit this form when corrections are made.

Grievable time period has expired.

Submission in excess of 1 every 7 days.*

Originals not submitted.*

Inappropriate/Excessive attachments.*

No documented attempt at informal resolution.*

No requested relief is stated.*

Malicious use of vulgar, indecent, or physically threatening language.*

The issue presented is not grievable.

Vacant – discontinued 9-1-00

llegible/Incomprehensible.*

nappropriate.*

gnature:

ack (Revised 9-1-2001)

| OFFICE USE ONLY |
| --- |
| **Initial Submission**                    UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Rec'd from Offender:_____ |
| Date Returned to Offender:_____ |
| **2ⁿᵈ Submission**                    UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Rec'd from Offender:_____ |
| Date Returned to Offender:_____ |
| **3ʳᵈ Submission**                    UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Rec'd from Offender:_____ |

APPENDIX 1226

McCollum 00226

BY



**Texas Department of Criminal Justice**

# STEP 1
## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _2011113337_ |
| Date Received: _MAR 0 7 2011_ |
| Date Due: _04-16-2011_ |
| Grievance Code: _500_ |
| Investigator ID #: _I1240_ |
| Extension Date: _—_ |
| Date Retd to Offender: _04-15-2011_ |

Offender Name: _AMERICO DAMIAN_ TDCJ # _1642705_

Unit: _HUTCHINS_ Housing Assignment: _A8-20_

Unit where incident occurred: _HUTCHINS_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _MR. STORY_ When? _2-20-11_

What was their response? _THEY WOULD DO SOMETHING_

What action was taken? _NOTHING_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_THERE IS NO VENTILATION IN THE DORM IT IS CONSTANTLY_
_HUMID IN HERE, AND THERE ARE A NUMBER OF PEOPLE_
_SICK IN THE DORM. THAT I FEEL IS CAUSING A HEALTH_
_HAZARD BECAUSE OF THE SPREADING OF THE GERMS._
_I MYSELF HAVE GOTTEN A BAD RASH THAT WON'T GO AWAY._
_SOMETHING NEEDS TO BE DONE THERE_

---

127 Front (Revised 9-1-2007)        **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

McCollum 00239

Action Requested to resolve your Complaint.

EITHER FIX THE VENTILATION OR TURN ON THE FANS

Offender Signature: _____          Date: 2-20-11

Grievance Response:

Investigation finds that there was no problems found with the ventilation in A8 dorm.  In the future, please report dorm problems to the officer on duty.

Based on the information provided, no action by this office is warranted.

Signature Authority: _____ B. Polk, Assistant Warden          Date: 4/15/11

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Signature: _____
I-127 Back (Revised 9-1-2007)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender:_____ | |
| Date Returned to Offender:_____ | |

Appendix F



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _2010214218_

Date Received: AUG 1 0 2010

Date Due: _09-19 2010_

Grievance Code: _506_

Investigator ID #: _JI340_

Extension Date: _____

Date Retd to Offender: _08-20-2010_

Offender Name: _Justin Dykes_     TDCJ # _1639935_

Unit: _Hutchins_     Housing Assignment: _K1-15_

Unit where incident occurred: _Hutchins_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _K building officers_     When? _8-6-10_

What was their response? _"We cant do nothing" or "Wait on maintenance"_

What action was taken? _Nothing_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_In the cells K1-01 - K1-07 and K1-15 - K1-21 the air conditioner has gone out several times within the past two weeks. When this happens, hot air from outside is blowing in our cells. The heat index today is supposed to be 115°. We feel that in our cells. Our punishment is being in prison NOT being in prison AND having hot air blowing into our cells with no ventilation. There has been a couple of officers have said this treatment is "inhumane" and we should contact our family in this matter. It shouldn't have to go that far. Is there anything that can be done to resolve this issue without having to drag our families into this?_

_Thanks_

-127 Front (Revised 9-1-2007)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

**Action Requested to resolve your Complaint.**

The air conditioner to be fixed and not go out *every* weekend!

**Offender Signature:** _Austin Dykes_                              **Date:** 8-8-10

**Grievance Response:**

Your complaint is noted.  A maintenance work order (#5677) is currently open concerning the air unit in K1 dorm. This issued will be addressed as soon as possible.

**Signature Authority:** _McCamre_ T. M. Carmona, Warden                    **Date:** 8-20-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**GI Signature:** _____

**127 Back** (Revised 9-1-2007)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |



## Texas Department of Criminal Justice

# STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2011147071

Date Received: APR 2 8 2011

Date Due: 06-07-2011

Grievance Code: 506

Investigator ID #: TI340

Extension Date: _____

Date Retd to Offender: 06-07-201

Offender Name: Daryl lapaul Jones   TDCJ # 1676750

Unit: Hutchins Unit   Housing Assignment: K2F-05

Unit where incident occurred: Hutchins Unit

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt Ole Wole   When? April March

What was their response? OK!

What action was taken? None.

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On march 26, 2011 the air conditioning stop working in the picket 1&2 dorms in seg. The problem was told to Ole Wole the Sgt. He has not had the problem fix And it is now April 28, 2011 and no action has been taken.

Requesting this problem be fixed

I-127 Front (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVE

**APPENDIX 1231**   McCollum 00271   Appendix

Action Requested to resolve your Complaint. *Needs to be fixed so we are not cooking in the heat boxes.*

Offender Signature: _____ Date: _____

Grievance Response:

Your complaint is noted. A maintenance work order (#4518) was issued May 27, 2011. Work order (#4518) was closed May 31, 2011. Therefore, K2 air condition has been repaired.

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 re
State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Signature: _____
I-127 Back (Revised 9-1-2007)

**OFFICE USE ONLY**

Initial Submission              UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission                 UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission                 UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**APPENDIX 1232**

McCollum 00272                Appendix F



# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _2010186196_

Date Received: _JUN 2 9 2010_

Date Due: _08-08-2010_

Grievance Code: _506_

Investigator ID #: _J1240_

Extension Date: _09-14-2010_

Date Retd to Offender: _08102010_
_JUN 0 6 2012_

Offender Name: ROBERT KURAS     TDCJ # 1558564

Unit: Hutchins State Jail     Housing Assignment: K-1-89 K16-17

Unit where incident occurred: Hutchins State Jail - K BLDG

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CO Ms. Morris + Sgt Odewole     When? 6-25-10

What was their response? Both called Maintenance + Reported the Problem

What action was taken? — No action taken by Maintenance —

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

THERE is NO AirConditioning in K-1 BLDG... THIS HAS Been a Problem for OVER Two Weeks, AND the Outside Temperature HAS been 99° AND 100° DEGREES!

K-BLDG is A Climate Controlled Building WITH NO Regular outside ventilation, AND relies ON Having Heating AND Air conditioning At all times — General Population DOES Not HAVE Air conditioning, but does have outside ventilation WITH Industrial fans, + All the inmates Are Provided WITH "Ice Cold Water Jugs" So they MAY Stay Properly HYDRATED During these EXTREME Hot Temperatures — K-Building inmates Are Not being Provided "Ice Cold Water Jugs" WHILE the Air Conditioning units Are Not Working!

-127 Front (Revised 9-1-2001)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

(OVER)

**APPENDIX 1233**          McCollum 00279

...ction Requested to resolve your Complaint.

REPAIR THE AIR CONDITIONING UNITS TO PROPERLY WORKING ORDER AND PROVIDE "ICE COLD WATER JUGS" DAILY UNTIL THE AIR CONDITIONING UNITS ARE REPAIRED!

...ffender Signature: _____ Date: 6·26·10

...ievance Response: The Unit Administration has been made aware of your complaint. Work Order #5677 was opened ...uly 13, 2010. The "compressor" in K-building was not working. On July 20, 2010, work order #5677 was closed. Air ...ndition compressor was installed. K-building air condition is now working. Also "water coolers/jugs" are placed ... the buildings at the descretion of the Unit Administration.

...is noted you are no longer assigned in the Hutchins Unit.

...nature Authority: _____ T. M. Carmona, Warden Date: 8-10-10

...ou are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the ...on for appeal on the Step 2 Form.

...urned because: **Resubmit this form when corrections are made.
1. Grievable time period has expired.
2. Submission in excess of 1 every 7 days.*
3. Originals not submitted.*
4. Inappropriate/Excessive attachments. *
5. No documented attempt at informal resolution.*
6. No requested relief is stated.*
7. Malicious use of vulgar, indecent, or physically threatening language. *
8. The issue presented is not grievable.
9. Vacant - discontinued 9-1-00
10. Illegible/Incomprehensible. *
11. Inappropriate. *

Signature: _____
...Back (Revised 9-1-2001)

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Date Returned to Offender:_____

2nd Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Date Returned to Offender:_____

3rd Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Returned to Offender:_____

APPENDIX 1234    McCollum 00280



## Texas Department of Criminal Justice

# STEP 1
## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2010186196

Date Received: JUN 2 9 2010

Date Due: 08-08-2010

Grievance Code: 506

Investigator ID #: I 1240

Extension Date: 09-14-2010

Date Retd to Offender: 08-10-2010

Offender Name: ROBERT KURAS    TDCJ # 1558564

Unit: Hutchins State Jail    Housing Assignment: K1-24

Unit where incident occurred: Hutchins State Jail - K-Bldg

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? CO Ms. Morris + Sgt Odewole    When? 6-25-10

What was their response? Both called maintenance + reported the problem

What action was taken? — No action taken by maintenance —

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

THERE is NO Airconditioning in K1-Bldg... This has been a problem for over two weeks, and the outside temperature has been 99° and 100° degrees!

K-Bldg is a climate controlled building with no regular outside ventilation, and relies on having heating and air conditioning at all times — General Population does not have air conditioning, but does have outside ventilation with industrial fans, + all the inmates are provided with "ice cold water jugs" so they may stay properly hydrated during these extreme hot temperatures — K-Building inmates are not being provided "ice cold water jugs" while the air conditioning units are not working!

---

I-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

**APPENDIX 1235**

McCollum 00281

.ction Requested to resolve your Complaint.

REPAIR the AIR CONDITIONING UNITS to Properly WORKING ORDER AND PROVIDE "ICE COLD WATER JUGS" DAILY UNTIL THE AIR CONDITIONING UNITS ARE REPAIRED!

.ffender Signature: _____    Date: 6-26-10

.rievance Response: The Unit Administration has been made aware of your complaint. Work Order #5677 was opened uly 13, 2010. The "compressor" in K-building was not working. On July 20, 2010, work order #5677 was closed. Air ndition compressor was installed. K-building air condition is now working. Also "water coolers/jugs" are placed the buildings at the descretion of the Unit Administration.

: is noted you are no longer assigned in the Hutchins Unit.

.nature Authority: _____  T. M. Carmona, Warden         Date: 8-10-10
u are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the
on for appeal on the Step 2 Form.

.urned because:      *Resubmit this form when corrections are made.
1. Grievable time period has expired.

2. Submission in excess of 1 every 7 days. *

3. Originals not submitted. *

4. Inappropriate/Excessive attachments. *

5. No documented attempt at informal resolution. *

6. No requested relief is stated. *

. Malicious use of vulgar, indecent, or physically threatening language. *

. The issue presented is not grievable.

. Vacant – discontinued 9-1-00

0. Illegible/Incomprehensible. *

. Inappropriate. *

Signature: _____
**Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Recd from Offender:_____ | |

APPENDIX 1236

McCollum 00282



## Texas Department of Criminal Justice

# STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2011188318

Date Received: JUL 01 2011

Date Due: 08.10.2011

Grievance Code: 506

Investigator ID #: II940

Extension Date: —

Date Retd to Offender: 07.27.2011

Offender Name: Billy McFarland          TDCJ # 1638611

Unit: Hutchins     Housing Assignment: K.1.21 Seg.

Unit where incident occurred: Hutchins

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Scott Burger - Griev.

Who did you talk to (name, title)? Officers Byrd Sgt Oldy Woly   When? 6.28 - 6.29. 201

What was their response? We'll check on it.

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 6.28.2011 the cell air has been completely shut off. There is no cell air circulation at all. I do recall that an inmate in ad seg is required some sort of air in their cells. There is none. This is my second summer back here and its just so amazing that last summer at this same time the air was shut off up till winter with the excuse it was broke. When winter hit the AC was full throttle that when you talked smoke come out the mouth and the heater was broke. Now here it is summer again and the air is shut off again. Wow, how convienant!! And since that these grievances dont do any good and this stupid Cpt Towery following like a puppy dog trying to get some play by the grievance personal with a smart mouth remark for any and all things addressed. Im taking all this that I've seen

---

I-127 Front (Revised 9-1-2007)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**APPENDIX 1237**          McCollum 00291

the last 14 months to the streets. Along with all name's, titles and past payed. Work I've Filed.

**Action Requested to resolve your Complaint.** That We get our air like We are suppose to have. Not What We Want, What is required.

**Offender Signature:** Bily McFarland        **Date:** 6-29-2011

**Grievance Response:**

Your complaint is noted. A maintenance work order (#11-5514) is currently open concerning the air in K1 dorm. This issue will be addressed as soon as possible.

**JEFF PRINGLE, WARDEN**

**Signature Authority:** _____        **Date:** 7-26-11

you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
tate the reason for appeal on the Step 2 Form.

eturned because:      *Resubmit this form when corrections are made.

] 1.  Grievable time period has expired.
] 2.  Submission in excess of 1 every 7 days. *
] 3.  Originals not submitted. *
] 4.  Inappropriate/Excessive attachments. *
| 5.  No documented attempt at informal resolution. *
| 6.  No requested relief is stated. *
7.  Malicious use of vulgar, indecent, or physically threatening language. *
8.  The issue presented is not grievable.
9.  Redundant, Refer to grievance # _____
10. Illegible/Incomprehensible. *
11. Inappropriate. *

I Signature: _____
27 Back (Revised 9-1-2007)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Rec'd from Offender: _____ | |
| Date Returned to Offender: _____ | |



**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2010180351 |
| Date Received: | JUL 0 9 2010 |
| Date Due: | 8-11-10 |
| Grievance Code: | 506 |
| Investigator ID #: | 10430 |
| Extension Date: | — |
| Date Ret'd to Offender: | 8-11-2010 |

Offender Name: **BRian Metcalf**    TDCJ # **1628598**

Unit: **Hutchins**    Housing Assignment: **B4-41**

Unit where incident occurred: **Hutchins State Jail**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **MR Bias**    When? **9:45 AM July 1 2010**

What was their response? **I will help you out**

What action was taken? **TO Turn off our Fan**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

MR Bias had no Reason TO turn off our Fan. one inmate (B4-30) Tried to touch The Fan with a broom, but me and Several other Inmates stoped him before he had a chance To. but MR. Bias turned it off any way

I-127 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

McCollum 00293

**Action Requested to resolve your Complaint.**   To Turn fan on

**Offender Signature:** Brian Mitcay                          **Date:** 7-1-10

**Grievance Response:**   Investigation finds insufficient evidence to support your allegations of any inappropriate actions towards you on the part of Mr. Bias.  Mr. Bias denies your allegations.  The fans in the dorm are only turned off by the Unit Maintenance Department if repair is needed.  All fans in B4 dorm are working properly.

Based on the information provided, no action by this office is warranted.

**Signature Authority:** _____ T. M. Carmona, Warden                    **Date:** 8-10-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # _____
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

**OFFICE USE ONLY**

Initial Submission              UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**              UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**              UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

Appendix F

**APPENDIX 1240**                    McCollum 00294



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _2010194291_

Date Received: _JUL 1 9 2010_

Date Due: _08-21-2010_

Grievance Code: _506_

Investigator ID #: _I1240_

Extension Date: _—_

Date Retd to Offender: _08-20-2010_

Offender Name: _Thomas Mojica_   TDCJ # _1587829_

Unit: _Hutchins_   Housing Assignment: _K1B-19_

Unit where incident occurred: _Hutchins_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sgt. on 1st shift (Oly-Walie)_

What was their response? _That He would let Maintenance Know that we Have no "AC, Circulation_   When? _4 weeks ago_

What action was taken? _NONE" — To No Avail!_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I'm sure you are aware of our condition here on K1, cells: 1-7 1Row And 15-21 (2-Row) Being with out AC And not Having Any Kind of Circulation in The cells, it Has Been 4 weeks now That we Have Been ignored And our condition not Been Taken into consideration, seriously!!

When The AC went out a month ago, I let 3 or 4 days go by Before Bringing it To The Attention of Sgt. Oly-Walie. I told Him if He said, okay! Another couple of days when By And I Told The Sgt. If Maintenance is aware of us not Having Air Back Here on K-1, He said He Told Them. I Told The Sgt. I understand That The A.C. is out, But if He could At least Have Maintenance Turn The "Vent" on in The cells? So That it could pull The cold air into The cells from The other side & from The Day-Rooms? Nothing happened. A couple of more Days went By, I Had An I-60 Filled out To The Sgt. To "let maintenance No That we Don't Have "Any Circulation" in The cells And "if They could Turn The vent on in The cells (Because it is Hot) Before They leave it: 3:00 p.m. So That we wouldn't Be stuck All night Again in The Heat, sweating!! Sgt. stoped By my cell And I Handed Him The I-60. He looked it over And Told me He Told Them (maintenance) But, He would

---

127 Front (Revised 9-1-2007)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

(OVER)

McCollum 00295

Tell Them again. The vent WAS TURNED ON AFTER Words, But Then The
electricity went out last week And The vent Never CAME BACK ON.. The
AC IN The other cells: 8 — 14 ON (1-Row) AND 22 — 29 ON (2-Row) And in
The DAY-Rooms.. Turned on. But The next DAY it Seemed AS if They "Turned The
AC DOWN" Because it WAS Hot — OR MAINTENANCE Ignored The FACT
That when The electricity goes out The Thermostat And Automaticly is s
At A certain temp. I ASK Sgt. The other DAY About The AC. He Said He would pressure
inem — That They ARE WAITING ON A PART. Why Did MAINTENANCE WAIT 4-week TO AC-

**Action Requested to resolve your Complaint.**

HAVE MAINTENANCE TO TAKE INTO CONSIDERATION That WE ARE Being TREATED CRUEL, Violate
by NOT Being A little more Prompt & Responsible: of OR condition, Being Boxed in This
cell DAY N DAY out IN The HEAT Hot AIR "NO CIRCULATION" sweating, getting Headache's, Deh-
Idrated — ISNT PART of OUR Punishment (Sentence) "Risking A HEAT STROKE!!" With All
Respect,
**Offender Signature:** _[signature]_                                    **Date:** 7/7/10   Thank you

**Grievance Response:**

Your complaint is noted.   A maintenance work order (#5677) is currently opened concerning the air unit in K1 dorm.
This issue will be addressed as soon as possible.

**Signature Authority:** _McCarmo_   T. M. Carmona, Warden               **Date:** 8-20-10
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:      *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Signature: _____

I-127 Back (Revised 9-1-2007)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |



**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _2010188354_

Date Received: ~~JUL 02 2010~~

Date Due: _8-11-10_

Grievance Code: _506_

Investigator ID #: _I0430_

Extension Date: _____

Date Retd to Offender: _08-11-2010_

Offender Name: _Robert Morgan_    TDCJ # _1594696_

Unit: _H.J._    Housing Assignment: _B-4-19_

Unit where incident occurred: _Hutchin's_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _MR. BIAS_    When? _9:45 AM 7-1-10_

What was their response? _I'LL HELP YOU OUT._

What action was taken? _HE TURNED OUR FAN OFF._

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_MR. BIAS HAD NO REASON TO TURN OUR FAN OFF. HE SAID SOMEONE TOUCHED THE FAN BUT NO ONE TOUCHED IT, SOMEONE TRIED TO TOUCH IT BUT COULD NOT REACH IT. SO HE CAME IN AND TURNED THE FAN OFF. HE SHOULD HAVE JUST WROTE A CASE ON THE GUY WITH THE BROOM INSTEAD OF MAKING EVERYONE ELSE SUFFER._

---

-127 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

**APPENDIX 1243**    McCollum 00301

**Action Requested to resolve your Complaint.**

TURN THE FAN BACK ON.

**Offender Signature:** _Robert Morgan_          **Date:** 7-1-10

**Grievance Response:** Investigation finds insuffiecient evidence to support your allegations of Mr. Bias turning B4 fans off. The fans will only be turned off by the Unit Maintenance Department if repair is needed. All fans in B4 form are working properly.

Based on the information provided, no action by this office is warranted.

**Signature Authority:** _M Carmona_ T. M. Carmona, Warden          **Date:** 8-10-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2007)

## OFFICE USE ONLY

Initial Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Grievance #:</td><td>2011135801</td></tr>
<tr><td>Date Received:</td><td>APR 11 2011</td></tr>
<tr><td>Date Due:</td><td>05/21/2011</td></tr>
<tr><td>Grievance Code:</td><td>506</td></tr>
<tr><td>Investigator ID #:</td><td>J1340</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td>05-11-2011</td></tr>
</table>

Offender Name: _James E. Perry_   TDCJ # _1694783_

Unit: _Hutchins_   Housing Assignment: _B4 - 21_

Unit where incident occurred: _Hutchins State Jail_

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Ms. Wormly, Mr. Pugh, Mr. Storie_   When? _4-7-2011_

What was their response? _I-60's Not returned and/or responded to._

What action was taken? _None; yet, Mr. Storie has been in several times over the last 3 weeks and nothing has bee_

---

State your grievance in the space provided.  Please state who, what, when, where and disciplinary case number if appropriate.

In violation of 1, not to exclude all. (infraction)

All fans: exhaust fan and/or fans in dorm (B4) are not on and/or working. There is no air circulation at all; which puts the offenders in B4 at risk and/or safty hazard to heat exhaustion, also, with no outside to inside circulation, moreover, no circulation at all puts the offenders in B4 at health risk to dust mites, Common colds, T.B., stale air (dust particles), do to the humidity molds and mildews, germs and bacteria to say the most.

All three persons have been notified of said condition do to broken exhaust fan and fans on dorm not being on; Moreover, Fans are on in 1, 2, 3 dorms on B pod.

PD. 22 States:

#8: Failure to Follow Proper Safety Procedures-Viol. level 4 / An employee is required to observe an enforce current agency policies and state and federal laws relating to safety in the workplace. (By not maintaining and providing maintenance on exhaust fan or seeing that the fans are turned on that are insteled on dorm is running to give some type of air Circulation; health risk and safty hazard to heat exhaustion, germs and bacteria, do to no circulation and stail air which allows dust particles to sit in, dust mits, Common cold, T.B; also, do to the humidity molds and mildews exposes and puts the offenders more at risk because of no air circulation.

#20 Violation of Statutory Authority – Court orders / Rules / Regulations / Policies - Viol. level 2

It is the employee's responsibility to know, have a clear understanding of and comply

---

I-127 Front (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

APPENDIX 1245   McCollum 00305

with rules, regulations, policies, court orders, and statutory authority governing the operation of the Agency. Not being aware of the existence of any of the aforementioned is not a defense for violation of the same.

**Action Requested to resolve your Complaint.**

That exhaust fan be fixed and fans to be turned on and/or within a reasonable time.

**Offender Signature:** James E. Perry   **Date:** 4-10-2011

**Grievance Response:**

Your complaint is noted. A maintenance work order (#3726) is currently open concerning the air unit in B4 dorm.

This issue will be addressed as soon as possible.

**Signature Authority:** _B. Polk_   B. Polk, Assistant Warden   **Date:** 5/10/11

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *****Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2007)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #:_____</td></tr>
<tr><td colspan="2">Screening Criteria Used:_____</td></tr>
<tr><td colspan="2">Date Recd from Offender:_____</td></tr>
<tr><td colspan="2">Date Returned to Offender:_____</td></tr>
</table>

Appendix F

McCollum 00306



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2010188349

Date Received: JUL 0 2 2010

Date Due: 8-11-10

Grievance Code: 506

Investigator ID #: IO430

Extension Date: —

Date Retd to Offender: 8-11-2010

Offender Name: TIMOTHY PETREY  TDCJ # 1626757

Unit: H J  Housing Assignment: 34-38 A4-22

Unit where incident occurred: HUTCHINS STATE JAIL

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? MR. BIAS  When? 9:45 AM 7-1-10

What was their response? TURNED OUR FAN OFF

What action was taken?

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

MR. BIAS HAD NO REASON TO TURN OUR FAN OFF. HE SAID SOMEONE TOUCHED THE FAN BUT NO ONE TOUCHED IT. SOMEONE TRIED TO TOUCH IT BUT COULD NOT REACH IT. SO HE CAME IN TO TURN IT OFF. HE SHOULD HAVE JUST WROTE THE GUY WITH THE BROOM A CASE INSTEAD OF MAKING EVERYONE ELSE SUFFER.

---

-127 Front (Revised 9-1-2001)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

APPENDIX 1247  McCollum 00307

Action Requested to resolve your Complaint.

TURN OUR FAN BACK ON

Offender Signature: _Timothy Petrey_    Date: 7-1-10

Grievance Response:   Investigation finds insufficient evidence to support your allegations of Mr. Bias turning B4 dorm fans off.  The fans in the dorm are only turned off by the Unit Maintenance Department if repair is needed.  All fans in B4 dorm are working properly.

Based on the information provided, no action by this office is warranted.

Signature Authority: _M Carmona_  T. M. Carmona, Warden    Date: 8-10-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.  State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

1.  Grievable time period has expired.

2.  Submission in excess of 1 every 7 days.*

3.  Originals not submitted. *

4.  Inappropriate/Excessive attachments. *

5.  No documented attempt at informal resolution.*

6.  No requested relief is stated.*

7.  Malicious use of vulgar, indecent, or physically threatening language. *

8.  The issue presented is not grievable.

9.  *Vacant – discontinued 9-1-00*

10.  Illegible/Incomprehensible. *

11.  Inappropriate. *

Signature: _____

I-127 Back (Revised 9-1-2001)

OFFICE USE ONLY

**Initial Submission**       UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**       UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**       UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

**APPENDIX 1248**

McCollum 00308



**Texas Department of Criminal Justice**

# STEP 1   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2012034503
Date Received: OCT 27 2011
Date Due: 12-06-2011
Grievance Code: 506
Investigator ID #: J1840
Extension Date: _____
Date Retd to Offender: NOV 28 2011

Offender Name: Aaron Sams    TDCJ # 1722779
Unit: K2-0    Housing Assignment: K2-0
Unit where incident occurred: K2-1

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Burns
What was their response? We dont control ther temperature    When? 10-25-11
What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

They have had the heater on in K-Building for about a week and
Its making me and allot of people short tempered and
Mad. Please turn the Air Conditioning back on. Its to
hot to sleep, or even lay in the bed without Sweating.
Everyone is getting Mad and fights are breaking out every day.
Please turn the heater off.

27 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

**APPENDIX 1249**    McCollum 00325    Appendix F

**Action Requested to resolve your Complaint.**

Turning the heat off

**Offender Signature:** _Aaron Smith_                    **Date:** 10-27-11

**Grievance Response:**

Your complaint is noted.  The heater in K2 dorm has been turn off due to the warm temperatures from outside.  The is regular air blowing from the McQuay fan from outside.  Should you continue to have problems, please submit a I-60 request form to the Unit Maintenance supervisor, Mr. Pugh.  Based on the information provided, no action by this office is warranted.

**Signature Authority:** _Baldwin Polk_ Assistant Warden B. Polk            **Date:** 11/23/11

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    **\*Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Rec'd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2011208747

Date Received: AUG 02 2011

Date Due: 09-11-2011

Grievance Code: 506/815

Investigator ID #: 71340

Extension Date:

Date Retd to Offender: SEP 09 2011

Offender Name: Jimmy R. Smith    TDCJ # 1703749

Unit: Hutchins Jail    Housing Assignment: B7-03 K4F-01

Unit where incident occurred: Hutchins State Jail

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. Hale; Sgt. Morris    When? 7- -2011

What was their response? Insensitive, told me "don't come to Jail".

What action was taken? Locked in "G" Building by Sgt. Morris; Ignored by Hale!

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Officers on Hutchins State Jail Unit Place Offenders in Jeopardy of Health and Welfare. When approached in Respectful manner concerning improprieties, the Offenders are demeorated, spoken down to-as if they have No rights to address issues, giving them the impressions that they are No body!

I approached Lt. Hale the week of 7-23-11 concerning the heat, which has been over 100° the whole month - told her we were dehydrated, and that some offenders were elderly and had 'No extreme heat' Restrictions? Was told by Lt. Hale - "Don't come to Jail." My comment to Lt. Hale was - "This Administration has told Legislator, and taxpayers, we will look out for those Offenders in a Humane manner". The message has not been received by Ranking Officers on Hutchins State Jail Unit?

I spoke with Sgt. Morris on 7-28-11, concerning me being locked in "Sally Port" area with 30, or more offenders - in the heat where temperatures

I-127 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

Reached over 120°, with no circulation- at times
as Lows. as 20-30 minutes! People Perspiring,
over-heated, dehydrated? Sgt. Morris says 'she
couldn't do nothing about it; 'don't come to Jail?"
Having me locked up on "G" well?

---

**Action Requested to resolve your Complaint.** I can't make decisions, or call
the shots for Administration? I only ask
to be treated with civility, with decent human
Standards? I Am Somebody?

**Offender Signature:** _(signature)_      **Date:** 7-29-11

**Grievance Response:** Investigation found no conclusive evidence to support your allegations
of any inappropriate conduct towards you on the part of Lieutenant Hale
or Sergeant Morris. Based on the information provided, no action by this
office is warranted.

**Signature Authority:** ___**JEFF PRINGLE, WARDEN**___ _(signature)_    **Date:** 9-9-11

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

### OFFICE USE ONLY

Initial Submission    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Date Returned to Offender:_____

**2nd Submission**    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Date Returned to Offender:_____

**3rd Submission**    UGI Initials:_____

Grievance #:_____

Screening Criteria Used:_____

Date Recd from Offender:_____

Date Returned to Offender:_____

Appendix F

**APPENDIX 1252**      McCollum 00334



**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2010188352 |
| Date Received: | JUL 02 2010 |
| Date Due: | 8-11-10 |
| Grievance Code: | 506 |
| Investigator ID #: | I0430 |
| Extension Date: | — |
| Date Retd to Offender: | 08·11·2010 |

Offender Name: Ryan Yeager    TDCJ # 1631812
Unit: HJ    Housing Assignment: B4-27
Unit where incident occurred: Hutchins State Jail

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Mr. Bias      When? 9:45AM 7-1-10
What was their response? I will help you out!!
What action was taken? He turned our fans off compatley.

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Mr. Bias Had no Reason to turn our fan off.
He said some one touched the fan but no one touched
it. Some one tried to touch it but could not
reach it. So he came in to turn it off. He
should have just wrote the guy with the
broom a case instead of making everyone else
suffer

I-127 Front (Revised 9-1-2007)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

McCollum 00350

**Action Requested to resolve your Complaint.**
Turn our fan back on

**Offender Signature:** Ryan Yeager          **Date:** 7-1-10

**Grievance Response:**  Investigation of your complaint finds insufficient evidence to support your allegations.  Mr. Bias denies your allegations.  The fans will only be turned off by the Unit Maintenance Department for repair.  All fans in B4 dorm are working properly.

Based on the information provided, no action by this office is warranted.

**Signature Authority:** McCampe  T. M. Carmona, Warden          **Date:** 8-10-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.
- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender:_____

**2nd Submission**          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #:_____

Screening Criteria Used: _____

Date Recd from Offender _____

Date Returned to Offender: _____

Appendix F

**APPENDIX 1254**

McCollum 00351



**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _201018691_

Date Received: _JUN 2 9 2010_

Date Due: _08-08-2010_

Grievance Code: _506_

Investigator ID #: _Ji840_

Extension Date: _09-14-2010_

Date Retd to Offender: _0810-2010_

Offender Name: _Michael Young_ TDCJ # _1637740_

Unit: _Hutchins_ Housing Assignment: _KL-A3 14A09_

Unit where incident occurred: _Hutchins_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _CO Mitchell & Byers_ When? _6-23-2010_

What was their response? _to write Grievance they have no Control of the Aircond._

What action was taken? _I wrote Grievance_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

The personel who work from 2pm to 11pm keep turning
off our Air every evening between 7 and 8 pm and leaving
it off All night till 7 Am. I Dont know why they keep
Doing this but I have to suffer all night. I have high
blood pressure and a bad heart. This heat increases my
Blood pressure which is bad for my heart. I dont know who
keeps playing or turning off the Air. But its causeing unnecessary
suffering. They even keep turning the exhast fan off!

127 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

**APPENDIX 1255**

McCollum 00352

Appendix F

**Action Requested to resolve your Complaint.**

To leave the Air on all night so it cools all day & night

**Offender Signature:** Michael Young                    **Date:** 6-23-2010

**Grievance Response:**

The Unit Administration has been made aware of your complaint.   Work order #5677 was issued to replace the "compressor" in K-building.  The exhaust fans are turned on/off at the descretion of the Unit Maintenance Department not Security Staff.  On July 20, 2010, work order #5677 was complete and closed.

Air compressor in K-building is now working.

**Signature Authority:** McCarmona   T. M. Carmona, Warden                    **Date:** 8-10-10

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when corrections are made.

[ ] 1.  Grievable time period has expired.
[ ] 2.  Submission in excess of 1 every 7 days. *
[ ] 3.  Originals not submitted. *
[ ] 4.  Inappropriate/Excessive attachments. *
[ ] 5.  No documented attempt at informal resolution. *
[ ] 6.  No requested relief is stated. *
[ ] 7.  Malicious use of vulgar, indecent, or physically threatening language. *
[ ] 8.  The issue presented is not grievable.
[ ] 9.  Redundant, Refer to grievance # _____
[ ] 10. Illegible/Incomprehensible. *
[ ] 11. Inappropriate. *

GI Signature: _____

I-127 Back (Revised 9-1-2007)

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**2ⁿᵈ Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Rec'd from Offender: _____

Date Returned to Offender: _____

**APPENDIX 1256**

McCollum 00353

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 36