



C0660A
C7
56

APPENDIX 1402

44
46
43
45

