



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 46

**AFFIDAVIT**

§

**THE STATE OF TEXAS**                   §

§

**COUNTY OF WALKER**

BEFORE ME, the undersigned authority, personally appeared **Devoriah Nauls,** who, being by me duly sworn, deposed as follows:

"My name is **Devoriah Nauls**, and I am over the age of eighteen (18), of sound mind, competent and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Correctional Clinical Associate at The University of Texas Medical Branch - Correctional Managed Care, Health Services Archives and my office is located in Huntsville, Texas. In this capacity, I am the individual who can authenticate and certify as official, copies of medical records at the **TDCJ Health Services Archives**. Attached hereto are **343** pages of records, time period **July 1, 2002** to **January 15, 2004** and **July 15, 2011** to **July 28, 2011** from the medical records of **Larry G. McCollum, TDCJ # 1721640**. These said records are kept in the regular course of business by an employee or representative of UTMB-Correctional Managed with knowledge of the act, event, condition, opinion or diagnosis, recorded or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original medical records maintained by **TDCJ Health Services Archives**".

**Devoriah Nauls**

State of Texas,
County of Walker
Before Me ___Paula K. Ticknor___ on this day personally appeared___Devoriah Nauls___, known to me through her Texas Driver's License to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this ___12th___ day of ___July___, A.D., ___2012___



PAULA K. TICKNOR
Notary Public, State of Texas
My Commission Expires
May 19, 2013

**APPENDIX 1410**                                    McCollum 05626

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**<br>**MENTAL HEALTH SERVICES** | **SKYVIEW PSYCHIATRIC FACILITY**<br>**PSYCHIATRIC EVALUATION** |

**OFFENDER NAME:  McCOLLUM,  LARRY  GENE**                    **TDCJ#:   1105538**

**IDENTIFYING DATA:**

**DOB:** 04-04-53
**DATE OF ADMISSION:** 12-01-03
**AGE/RACE:** 50 y/o White male.
**EXAMINER: B. Meharry, MSN, RN, CS, PMH-NP.**
**DATE OF EXAMINATION:** 12-03-03/1400.

**REASON FOR ADMISSION:**

The patient was referred here from the Cole Unit by Mr. Dorsett, LBSW secondary to, "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from Skyview Crisis Management into D&E with an AXIS I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated, and on the following psychoactive medication: Fluoxetine 20 mg. p.o. q. h.s., Cogentin 2 mg. p.o. q. h.s., and Benadryl 25 mg. p.o. q. h.s. The patient was advised of the purpose of this examination, the limits of confidentiality, and informed consent. He verbalized understanding and agreed to participate.

**CHIEF COMPLAINTS:**

"I was getting confused about a few things, like, I didn't know what date it was."

**PAST PERTINENT PSYCHIATRIC HISTORY:**

The patient did not begin receiving any freeworld psychiatric treatment until 2001, when he first encountered his legal difficulties. He was treated with Zoloft for symptoms of depression at the MHMR center in Waco, Texas. There is no freeworld history of suicidal attempts/gestures, self-injurious behaviors, or anger-management problems. His substance abuse history included the use of alcohol, methamphetamines, and cocaine. With no known history of treatment for his substance abuse. There is no known familial history of mental illness or chemical dependency. There is no history of a juvenile record. While at the McClendon County Jail awaiting transfer to TDCJ-ID, he was diagnosed with Depression and was treated with Zoloft 100 mg. p.o. q. am.

This is the first incarceration for this patient who was received at TDCJ-ID on 07-01-02, where he is serving a 20-month sentence for Theft, Over $1500. Upon receipt to the prison system, he told the Responsible Psychologist that he had been having difficulty coping with the death of his brother, who died five years ago and the death of his father, who died April of 2003. He became depressed and spent $12,000. on various items and gambling. This led to his arrest and conviction. He also acknowledged that he had a problems with gambling, sex, and alcohol. He stated that his drinking escalated in 1983, following a divorce. He admits to three arrests for DWI. Although he has never been to Rehab, he relates that he entered a "Detox" center for 10 days in 1987. He also relates that he had some "minor" involvement with Alcoholic Anonymous. At the time, he also reported that he considered himself to be very co-dependent, expressed concern about his welfare upon release from prison as he has no place to live, was worried about the future, and had problems keeping his mind off things that depress him. Although he denied any current suicidal ideations or intent, he admitted that he sometimes believed that he had no real purpose for living. He often felt hopeless and lacked motivation, reported fluctuating appetite, erratic sleep pattern and a recent 30 lbs weight loss. There was no evidence of psychotic symptoms. On 07-02-02, he was seen by the attending psychiatrist where he received an AXIS I Diagnosis of Major Depressive Disorder, Recurrent. He was placed on Zoloft 100 mg. p.o. q. am. A few months later it was noted that he was doing well on Zoloft and wanted to continue his medication regimen. He was 100 percent compliant. He also related that he was experiencing feeling "jumpy". On 12-11-02, he was seen by another psychiatrist, where he reported not only a history of depression, but problems with anxiety. His AXIS I Diagnosis remained Major Depression. He was switched to Nortriptyline 25 mg. p.o. q. h.s. Several days later, he complained of still experiencing "jumpy legs" at bedtime. His Nortriptyline was increased to 50 mg. p.o. q. h.s. On 01-08-03, he complained that he was unable to sleep. His Nortriptyline was increased to 75 mg. p.o.

Page 1 of 3

**SCANNED**

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| MENTAL HEALTH SERVICES | PSYCHIATRIC EVALUATION |

**OFFENDER NAME: McCOLLUM, LARRY GENE**                     **TDCJ#: 1105538**

q. h.s. Shortly thereafter, he was referred to Skyview Crisis Management secondary to, threatening suicide. He was discharged back to his unit of assignment, with no change in his diagnosis or medication regimen. He continued to complain of feeling depressed, so his Nortriptyline was increased to 100 mg. p.o. q. h.s. On 04-15-03, he presented as decompensating. He was easily irritated and exhibited poor hygiene and disorganized thoughts. He continued to complain of feeling anxious. He was diagnosed with Anxiety Disorder, NOS and Depressive Disorder, Due To Alcohol and Drugs. He was placed on Haldol 10 mg. p.o. b.i.d., Benadryl 25 mg. p.o. b.i.d., and Prozac 20 mg. p.o. q. am.

More recently, on 09-17-03, he was seen by yet another attending psychiatrist, where he received an AXIS I Diagnosis of Major Depression With Psychotic Features. He continued on the same medication regimen of: Haldol 5 mg. p.o. q. h.s., Benadryl 25 mg. p.o. q. h.s., and Prozac 20 mg. p.o. q. h.s. On 11-24-03, he was seen by the MHS at cellside. He seemed disoriented, was difficult to understand, and related that he was waiting for a ride to go to his Dad's funeral. He was disheveled and exhibited poor hygiene. After consulting with Dr. Reddy, it was determined that he should be referred to Skyview Crisis Management for evaluation and determination of his treatment needs. Upon receipt to the Skyview Unit, he told the admitting RN that he was feeling depressed because a male voice was telling him to hurt himself or others. Objectively, he was observed to be alert, spontaneous, and although he was oriented in general, he was unaware that the day before had been the holiday (Thanksgiving). He seemed "somewhat" confused. Currently, he reports difficulty sleeping, but appetite is "good." He described his mood as "good." He denied any current suicidal ideations or intent. He voiced no complaints regarding side effects from his current medication regimen, but he did complain of difficulty sleeping, blurred vision, and difficulty starting to urinate.

**PERTINENT MEDICAL HISTORY:**

The patient has a history of chronic lower back pain. He has no known drug allergies. There is no known past history of head trauma, loss of consciousness, seizures, blackouts, or chronic headaches.

**PERTINENT PHYSICAL FINDINGS:**
**VITAL SIGNS: TEMP:** 98; **PULSE:** 130; **RESP:** 20; **BP:** 184/88.
**HT:** 70 in. **WT:** 218 lbs.
**LABORATORY INDICES/X-RAYS/OTHER PERTINENT DIAGNOSTIC STUDIES:**
CHEM 12 of 07-08-02 showed decreased glucose and elevated uric acid, decreased albumin; liver function test of 07-08-02 was within normal limits; lipid panel of 07-08-02 showed increased triglycerides, decreased HDL cholesterol and increased VLDL cholesterol; CBC with differential and platelet count of 07-08-02 showed deceased RBCs; TSH of 07-08-02 was within normal limits; T4 of 07-08-02 was decreased; T3 of 07-08-02 was within normal limits; FREE thyroxin index of 07-08-02 was decreased; PSA of 07-08-02 was within normal limits; Helicobacter pylori, IgG of 07-08-02 was positive; HIV-1-ABS of 07-02-02 was nonreactive; RPR of 07-02-02 was nonreactive.
There are no chest x-rays. X-ray of lumbar spine of 12-16-02 was within normal limits; x-ray of right knee of 12-16-02 showed some arthritic changes; x-ray of left knee of 12-16-02 showed minimal early articular marginal spurring; EKG of 07-02-03 showed normal sinus rhythm and was considered a normal EKG.
**GENERAL DESCRIPTION:**     Well-developed, well-nourished,   overweight, White male in no obvious acute physical distress. A complete physical examination was not performed at this time, due to the locked down status of the facility.  A cursory visual examination revealed the following:
**HEENT: EYES:** no nystagmus;  **NOSE:** no drainage.
**SKIN:** Nonicteric. Appears to be grossly intact.
**EXTREMITIES:**     No cyanosis, clubbing or edema.
**NEUROLOGICAL EXAMINATION:**  Cranial nerves II through XII appear to be grossly intact. **SENSORY:** grossly intact. **MOTOR:** good ROM in all extremities. **CEREBELLAR:**  Steady gait with no ataxia.  **AIMS:** negative.
**ASSESSMENT:**  Possible Abnormal Laboratory Indices, Abnormal Cardiac Panel, and Elevated Systolic Pressure.

Page 2 of 3

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**   **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**   **PSYCHIATRIC EVALUATION**

**OFFENDER NAME:  McCOLLUM, LARRY GENE**

**TDCJ#:  1105538**

**MENTAL STATUS EXAMINATION:**

The patient was seen at cellside, due to the locked down status of the facility.   He was dressed in a prison attire and was unshaven, but adequately clean.  He appeared older than his stated age.  He was alert, made good eye contact, and was cooperative.  Psychomotor activity was calm.   Speech was spontaneous, rate was within normal limits.  Mood was appropriate to the situation.  Affect was congruent with mood, range was reactive.  No hallucinations were elicited at this time.  Thought content was negative for suicidal or homicidal ideations or intent.  He expressed no delusions and unusual thinking.  Thought processes were coherent, logical, and goal-directed.  Patient is grossly oriented X4.  His remote and recent memory is grossly intact.  His attention and concentration is intact.  His intelligence is estimated to be in the average range.  Insight and judgement are good.

**SUMMARY OF FINDINGS:**

This patient presents with no prior psychiatric history, until he encountered his legal difficulties and went through the stressors of losing some family members.  There is also a history of excessive alcohol use.  Currently,  there are no abnormalities in cognition, thought content, thought processes, nor evidence of hallucinations.  There is no major mood disturbance.  I believe that his sleep disturbance is most likely due to the schedule that he is receiving Prozac.  It may be too activating for him to receive it at night.  Although he has no history of hypertension, his cardiac panel was significantly abnormal and there is a familial history of hypertension and diabetes.  Given this patient's age and family history, it is possible that he may have experienced a transient ischemia attack (TIA).  This would certainly need to be ruled out.  At this time, I see no evidence of suicidal ideations or intent, nor is there a recent past history to indicate that he would be at high risk for engaging in self-injurious behaviors.

**DSM-IV DIAGNOSIS:**

| AXIS: | I: | 311. | Depressive Disorder, NOS. |
| | | 293.9 | R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. |
| AXIS | II: | | Deferred. |
| AXIS | III: | | Chronic Low-Back Pain; R/O Cardiovascular Problems.  NKDA. |
| AXIS | IV: | | Problems related to interaction with the legal system: incarceration. |
| | | | Problems due to primary support group: recent death of a family member. |
| AXIS | V: | | GAF:  55. |

**RECOMMENDATIONS/INTERVENTIONS:**

Prozac 20 mg. p.o. q. am and Trazodone 100 mg. p.o. q. pm X14 days, then D/C.  Discontinue Cogentin and Benadryl.   Educated patient regarding side effects, risks, and possible benefits with the use of Prozac and Trazodone.  Patient consents and agrees with the treatment plan.  I believe that this patient could benefit from the programming in the Mood Disorder Treatment Track to help him learn some coping skills, in order to better plan his future.

**PROGNOSIS:**  Uncertain at this time.

**SIGNATURE/DATE:**

*B. Meharry, MSN, RN, CS, PMH-NP 12-5-03*
*0745*

B. Meharry, MSN, RN, CS/PMH-NP/Date
Transcribed: 12-04-03/1612/mlr

**APPENDIX 1413**        McCollum 05662

Scanned by GANTT, DEBRA J in facility COLE on 01/13/2004 10:15

JSA8830 /CLM1/HS09          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09:53:
                            HEALTH SUMMARY FOR CLASSIFICATION            01/09/20

NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953       P U L H E S
TDCJ#: 01105538  SID#: 03950494        WGT: 290 LBS          -------------
UNIT: B          HOUSING: K1-006       HGT: 0'00"            !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                               !E!A!B!A!A!N!
                                                            !P! !P! ! !T!
                                                            -------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    __ A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY          SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__
    OO D. PSYCHIATRIC CARE FACILITY       SUITABLE FOR SATP FACILITY?            X YES__

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                    X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                  __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH    C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION  X  1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                    __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED       __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY              __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION       __ 18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION OO 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL               OO 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING                 OO 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS           __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANT
    __ 9. NO LIFTING > ___ LBS.            __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    __ 10.NO BENDING AT WAIST              __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING                     __ 25.NO WORK AROUND MACHINES WITH MOVING PA
    __ 12.NO CLIMBING                      __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING                  __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIO█
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    OO B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    __ A. NO RESTRICTION                    OO C. PSYCH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION                    __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                     __ D. VAN (SOUTHERN REGION ONLY)

S. REDDY, M.D.      PSYCHIATRI    01/09/2004   _____
PRINTED NAME AND TITLE OF REVIEWER    DATE           SIGNATURE OF REVIEWER

HSM-18(REV.07/01)

                                 ordered
                                  1/8/04

Scanned by THOMPSON, MURVEL J in facility SKYVIEW on 12/24/2003 09:08

```
                      HEALTH SUMMARY FOR CLASSIFICATION          08:54:21
                                                                 12/24/2003
```

```
NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953     P U L H E S
TDCJ#: 01106538  SID#: 03950484        WGT: 290 LBS        -------------
UNIT: SV         HOUSING: 5A1-03       HGT: 0'00"          |3|1|2|1|2|4|
JOB: UNASGN MENTAL HEALTH                                  E|A|B|A|A|P|
                                                          |P| |P| | |T|
                                                          -------------
```

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    __ A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY            SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__ NO
    00 D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR SAIP FACILITY?        X YES__ NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
    X 1. NO RESTRICTION                      X 1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                   __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH     C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION X 1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                    __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED               __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED         __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY                __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION         18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION 00 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL                 00 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING                   00 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS             __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
    __ 9. NO LIFTING > ___ LBS.              __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    __ 10.NO BENDING AT WAIST                __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING                       __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
    __ 12.NO CLIMBING                        __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING                    __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    __ A. NO RESTRICTION
    __ B. MEDICAL REPRESENTATIVE REQUIRED    00 C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X A. NO RESTRICTION
    __ B. EMS AMBULANCE                      __ C. WHEELCHAIR VAN
                                             __ D. VAN (SOUTHERN REGION ONLY)

```
MEHARRY         RNNP        12/24/2003     _____
PRINTED NAME AND TITLE OF REVIEWER   DATE         SIGNATURE OF REVIEWER
```

HSM-18(REV.07/01)

MTH7775 /SV22/HS06 

```
                        TEXAS DEPARTMENT OF CRIMINAL JUSTICE                    :21
                        HEALTH SUMMARY FOR CLASSIFICATION                       003
```

```
NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953      P U L H E S
TDCJ#: 01105538  SID#: 03950494        WGT: 290 LBS         -------------
UNIT: SV        HOUSING: 5A1-03        HGT: 0'00"           |3|1|2|1|1|4|
JOB: UNASGN MENTAL HEALTH                                  |E|A|B|A|A|P|
                                                           |P| |P| | |T|
                                                           -------------
```

I. UNIT OF ASSIGNMENT (CHECK ONE)
   __ A. NO RESTRICTION                      __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY           __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY              SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES_NO
   00 D. PSYCHIATRIC CARE FACILITY           SUITABLE FOR SAIP FACILITY?      X YES_NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
   X 1. NO RESTRICTION                        X 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                     __ 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH        C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION  X 1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                      __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED                __ 15.NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED          __ 16.NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY                 __ 17.NO WALKING ON WET UNEVEN SURFACES
   __ 4. FOUR HOUR WORK RESTRICTION          __ 18.DO NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION  00 19.NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL                  00 20.NO TEMPERATURE EXTREMES
   __ 7. LIMITED STANDING                    00 21.NO HUMIDITY EXTREMES
   __ 8. NO WALKING > ___ YARDS              __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
   __ 9. NO LIFTING > ___ LBS.               __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
   __ 10.NO BENDING AT WAIST                 __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                        __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
   __ 12.NO CLIMBING                         __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                     __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
   __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   __ A. NO RESTRICTION                      00 C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X A. NO RESTRICTION                       __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                       __ D. VAN (SOUTHERN REGION ONLY)

```
MEHARRY        RNNP        12/24/2003   _____
PRINTED NAME AND TITLE OF REVIEWER   DATE        SIGNATURE OF REVIEWER
```

HSM-18(REV.07/01)

**APPENDIX 1416**

SCANNED

McCollum 05732



 

CDA8830 /CLM1/HS05                    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                                      HEALTH SUMMARY FOR CLASSIFICATION                    04

NAME: MCCOLLUM,LARRY GENE                 DOB: 04/04/1953        P H L B E S
TDCJ#: 01105538  SID#: 03950494           WGT: 290 LBS          --------------
UNIT: CL        HOUSING: J1-016           HGT: 0'00"            !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                                   !E!A!B!A!A!N!
                                                               !P! !P! ! !T!
                                                               --------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    X  A. NO RESTRICTION
    __ B. REGIONAL MEDICAL FACILITY         __ E. BARRIER-FREE FACILITY
    __ C. EXTENDED CARE FACILITY            __ F. SINGLE LEVEL FACILITY
    __ D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
                                            SUITABLE FOR SAIP FACILITY?          X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                     X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                   __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH      C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION X  1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                     __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED        __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY               __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION        __ 18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION __ 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL                __ 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING                  __ 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS            __ 22.NO EXPOSURE TO ENVIRONMENTAL POLL
    __ 9. NO LIFTING > ___ LBS.             __ 23.NO WORK WITH CHEMICALS OR IRRITAN
    __ 10.NO BENDING AT WAIST               __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING                      __ 25.NO WORK AROUND MACHINES WITH MOVI
    __ 12.NO CLIMBING                       __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING                   __ 27.NO WORK REQUIRING COMPLEX INSTRUC
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY A
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    X  A. NO RESTRICTION
    __ B. MEDICAL REPRESENTATIVE REQUIRED   __ C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION                     __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                      __ D. VAN (SOUTHERN REGION ONLY)

MARIE BLACK,CENP    HEALTH AUT    04/21/2003        _____
PRINTED NAME AND TITLE OF REVIEWER    DATE          SIGNATURE OF REVIEWER
                                                                    12-3-03
HSM-18(REV 07/01)                    APPENDIX 1417            McCollum 05733

 

JSA8830 /CLH1/HS06                     TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                                       HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY GENE                   DOB: 04/04/1953       P H L H E S
TDCJ#: 01105538  SID#: 03950494             WGT: 290 LBS          - - - - - - - -
UNIT: CL         HOUSING: J1-016            HGT: 0'00"            !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                                    !E!A!B!A!A!N!
                                                                 !P! !P! ! !T!
                                                                 - - - - - - - -

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    X  A. NO RESTRICTION                        __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY             __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY             SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
    __ D. PSYCHIATRIC CARE FACILITY          SUITABLE FOR SAIP FACILITY?          X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                         X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                        __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH        C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION   X  1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                        __ 2. GROUND FLOOR ONLY

III WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __  1. MEDICALLY UNASSIGNED                __ 15.NO FOOD SERVICE
    __  2. PSYCHIATRICALLY UNASSIGNED          __ 16.NO REPETITIVE USE OF HANDS
    __  3. SEDENTARY WORK ONLY                 46 17.NO WALKING ON WET UNEVEN SURFACE
    __  4. FOUR HOUR WORK RESTRICTION          __ 18.DO NOT ASSIGN TO MEDICAL
    __  5. FOUR HOUR LIMITED WORK RESTRICTION  __ 19.NO WORK IN DIRECT SUNLIGHT
    __  6. EXCUSE FROM SCHOOL                  __ 20.NO TEMPERATURE EXTREMES
    __  7. LIMITED STANDING                    __ 21.NO HUMIDITY EXTREMES
    46  8. NO WALKING > 800 YARDS              __ 22.NO EXPOSURE TO ENVIRONMENTAL POLL
    46  9. NO LIFTING > 050 LBS.               __ 23.NO WORK WITH CHEMICALS OR IRRITAN
    __ 10. NO BENDING AT WAIST                 __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11. NO SQUATTING                        __ 25.NO WORK AROUND MACHINES WITH MOVI
    46 12. NO CLIMBING                         __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13. LIMITED SITTING                     __ 27.NO WORK REQUIRING COMPLEX INSTRUC
    __ 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY A
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    X  A. NO RESTRICTION
    __ B. MEDICAL REPRESENTATIVE REQUIRED         __ C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION
    __ B. EMS AMBULANCE                           __ C. WHEELCHAIR VAN
                                                  __ D. VAN (SOUTHERN REGION ONLY)

BARRY RAFF,MD        HEALTH AUT     03/14/2003    - - - - - - - - - - - - - - - - - -
PRINTED NAME AND TITLE OF REVIEWER   DATE           SIGNATURE OF REVIEWER

HSM-18(REV 02/01)                   **APPENDIX 1418**                McCollum 05734

 

JSA8830 /CLM1/HS09            TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                             HEALTH SUMMARY FOR CLASSIFICATION                    02

```
NAME: MCCOLLUM,LARRY GENE          DOB: 04/04/1953      P U L H E S
TDCJ#: 01105538  SID#: 03950494    WGT: 290 LBS        ---------------
UNIT: CL       HOUSING: J1-016     HGT: 0'00"          !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                          !E!A!B!A!A!N!
                                                       !P! !P! ! !T!
                                                       ---------------
```

I.  UNIT OF ASSIGNMENT (CHECK ONE)

```
   X  A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY            SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
   __ D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR SAIP FACILITY?         X
```

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
```
   X  1. NO RESTRICTION                     __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                   60 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH      C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION X 1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                    __ 2. GROUND FLOOR ONLY
```

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
```
   __  1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
   __  2. PSYCHIATRICALLY UNASSIGNED        __ 16.NO REPETITIVE USE OF HANDS
   __  3. SEDENTARY WORK ONLY               60 17.NO WALKING ON WET UNEVEN SURFACE
   __  4. FOUR HOUR WORK RESTRICTION        __ 18.DO NOT ASSIGN TO MEDICAL
   __  5. FOUR HOUR LIMITED WORK RESTRICTION __ 19.NO WORK IN DIRECT SUNLIGHT
   __  6. EXCUSE FROM SCHOOL                __ 20.NO TEMPERATURE EXTREMES
   60  7. LIMITED STANDING                  __ 21.NO HUMIDITY EXTREMES
   60  8. NO WALKING > 800 YARDS            __ 22.NO EXPOSURE TO ENVIRONMENTAL POL
   60  9. NO LIFTING > 025 LBS.             __ 23.NO WORK WITH CHEMICALS OR IRRITA
   __ 10.NO BENDING AT WAIST                __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                       __ 25.NO WORK AROUND MACHINES WITH MOV
   60 12.NO CLIMBING                        __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                    __ 27.NO WORK REQUIRING COMPLEX INSTRU
   __ 14.NO REACHING OVER SHOULDER
```

IV. DISCIPLINARY PROCESS (CHECK ONE)
```
   __ A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   00 C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
```

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
```
   X  A. NO RESTRICTION                     __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED
```

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
```
   X  A. NO RESTRICTION                     __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                      __ D. VAN (SOUTHERN REGION ONLY)
```

```
BARRY RAFF, M.D.    HEALTH AUT   02/28/2003    ------------------------------
PRINTED NAME AND TITLE OF REVIEWER   DATE         SIGNATURE OF REVIEWER
```

HSM-18(REV.07/01)              **APPENDIX 1419**            McCollum 05735

 

JSA8830 /CLM1/HS09        TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                      HEALTH SUMMARY FOR CLASSIFICATION          0

```
NAME: MCCOLLUM,LARRY GENE                DOB: 04/04/1953      P H L H E S
TDCJ#: 01105538  SID#: 03950494          WGT: 290 LBS         -------------
UNIT: CL         HOUSING: X-11           HGT: 0'00"           !3!!!2!!1!!3!
JOB: JC TRANSIENT                                             !E!A!B!A!A!N!
                                                              !P! !P! ! !T!
                                                             -------------
```

I.  UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION
   __ B. REGIONAL MEDICAL FACILITY
   ___ C. EXTENDED CARE FACILITY
   __ D. PSYCHIATRIC CARE FACILITY

   __ E. BARRIER-FREE FACILITY
   __ F. SINGLE LEVEL FACILITY
   SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
   SUITABLE FOR SAIP FACILITY?        X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
   X  1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH
       PATIENT WITH LIKE MEDICAL CONDITION
   __ 5. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
   __ 1. NO RESTRICTION
   30 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION
   __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __  1. MEDICALLY UNASSIGNED
   __  2. PSYCHIATRICALLY UNASSIGNED
   __  3. SEDENTARY WORK ONLY
   __  4. FOUR HOUR WORK RESTRICTION
   __  5. FOUR HOUR LIMITED WORK RESTRICTION
   __  6. EXCUSE FROM SCHOOL
   30  7. LIMITED STANDING
   30  8. NO WALKING > 800 YARDS
   30  9. NO LIFTING > 025 LBS.
   __ 10. NO BENDING AT WAIST
   __ 11. NO SQUATTING
   30 12. NO CLIMBING
   __ 13. LIMITED SITTING
   __ 14. NO REACHING OVER SHOULDER

   __ 15. NO FOOD SERVICE
   __ 16. NO REPETITIVE USE OF HANDS
   30 17. NO WALKING ON WET UNEVEN SURFACE
   __ 18. DO NOT ASSIGN TO MEDICAL
   __ 19. NO WORK IN DIRECT SUNLIGHT
   30 20. NO TEMPERATURE EXTREMES
   00 21. NO HUMIDITY EXTREMES
   __ 22. NO EXPOSURE TO ENVIRONMENTAL POL.
   __ 23. NO WORK WITH CHEMICALS OR IRRITA
   __ 24. NO WORK REQUIRING SAFETY BOOTS
   __ 25. NO WORK AROUND MACHINES WITH MOV
   __ 26. NO WORK EXPOSURE TO LOUD NOISES
   __ 27. NO WORK REQUIRING COMPLEX INSTRU

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   00 C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION
   __ B. MEDICAL REPRESENTATIVE REQUIRED

   __ C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION
   __ B. EMS AMBULANCE

   __ C. WHEELCHAIR VAN
   __ D. VAN (SOUTHERN REGION ONLY)

**APPENDIX 1420**

BILLY D. BURLESON   PSYCH          02/20/2003                  McCollum 05736
PRINTED NAME AND TITLE OF REVIEWER     DATE

JSA8830 /CLM1/HS09 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY GENE
TDCJ#: 01105538    STD#: 03950494
UNIT: CL    HOUSING: J7-044
JOB: JC UTILITY WORK SQUAD 05

DOB: 04/04/1953
WGT: 290 LBS
HGT: 0'00"

P U L H E S
----------------
!3!!!2!!!!3!
!E!A!B!A!A!N!
!P! !P! ! !T!
----------------

I. UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION
   __ B. REGIONAL MEDICAL FACILITY
   __ C. EXTENDED CARE FACILITY
   __ D. PSYCHIATRIC CARE FACILITY

   __ E. BARRIER-FREE FACILITY
   __ F. SINGLE LEVEL FACILITY
   SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?
   SUITABLE FOR SAIP FACILITY?

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
   X  1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH
         PATIENT WITH LIKE MEDICAL CONDITION
   __ 5. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
   __ 1. NO RESTRICTION
   30 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION
   __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __  1. MEDICALLY UNASSIGNED
   __  2. PSYCHIATRICALLY UNASSIGNED
   __  3. SEDENTARY WORK ONLY
   __  4. FOUR HOUR WORK RESTRICTION
   __  5. FOUR HOUR LIMITED WORK RESTRICTION
   __  6. EXCUSE FROM SCHOOL
   30  7. LIMITED STANDING
   30  8. NO WALKING > 800 YARDS
   30  9. NO LIFTING > 025 LBS.
   __ 10. NO BENDING AT WAIST
   __ 11. NO SQUATTING
   30 12. NO CLIMBING
   __ 13. LIMITED SITTING
   __ 14. NO REACHING OVER SHOULDER

   __ 15. NO FOOD SERVICE
   __ 16. NO REPETITIVE USE OF HANDS
   30 17. NO WALKING ON WET UNEVEN SURFACE
   __ 18. DO NOT ASSIGN TO MEDICAL
   __ 19. NO WORK IN DIRECT SUNLIGHT
   30 20. NO TEMPERATURE EXTREMES
   00 21. NO HUMIDITY EXTREMES
   __ 22. NO EXPOSURE TO ENVIRONMENTAL POLL
   __ 23. NO WORK WITH CHEMICALS OR IRRITA
   __ 24. NO WORK REQUIRING SAFETY BOOTS
   __ 25. NO WORK AROUND MACHINES WITH MOV
   __ 26. NO WORK EXPOSURE TO LOUD NOISES
   __ 27. NO WORK REQUIRING COMPLEX INSTRUC

IV. DISCIPLINARY PROCESS (CHECK ONE)
   X  A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY A
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION
   __ B. MEDICAL REPRESENTATIVE REQUIRED
                                         __ C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION
   __ B. EMS AMBULANCE
                                         __ C. WHEELCHAIR VAN
                                         __ D. VAN (SOUTHERN REGION ONLY)

BARRY RAFF, M.D.    HEALTH AUT    01/23/2003
PRINTED NAME AND TITLE OF REVIEWER    DATE    ------------------------------
                                         SIGNATURE OF REVIEWER

HSM-18(REV.07/01)

**APPENDIX 1421**    McCollum 05737

 

JSA8830 /CLM1/HS05                    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                                      HEALTH SUMMARY FOR CLASSIFICATION                    OF

NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953        P U L H E S
TDCJ#: 01105538  SID#: 03950494        WGT: 290 LBS          --------------
UNIT: CL    HOUSING: J7-044            HGT: 0'00"            !3!1!2!1!1!13!
JOB: JC UTILITY WORK SQUAD 05                                !E!A!B!A!A!N!
                                                             !P! !P! ! !T!
                                                            --------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                         __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY              __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY                 SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
   __ D. PSYCHIATRIC CARE FACILITY              SUITABLE FOR SAIP FACILITY?        X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                    B. BUNK ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION                         __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                       00 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH          C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION    X  1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                        __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED                   __ 15.NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED             __ 16.NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY                    00 17.NO WALKING ON WET UNEVEN SURFACE
   __ 4. FOUR HOUR WORK RESTRICTION             __ 18.DO NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION     __ 19.NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL                     00 20.NO TEMPERATURE EXTREMES
   00 7. LIMITED STANDING                       00 21.NO HUMIDITY EXTREMES
   00 8. NO WALKING > 800 YARDS                 __ 22.NO EXPOSURE TO ENVIRONMENTAL POL
   00 9. NO LIFTING > 025 LBS.                  __ 23.NO WORK WITH CHEMICALS OR IRRITA
   __ 10.NO BENDING AT WAIST                    __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                           __ 25.NO WORK AROUND MACHINES WITH MOV
   00 12.NO CLIMBING                            __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                        __ 27.NO WORK REQUIRING COMPLEX INSTRU
   __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   X  A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION                         __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION                         __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                          __ D. VAN (SOUTHERN REGION ONLY)

BARRY RAFF, MD      HEALTH ATH      08/26/2002    ---------------------------------
PRINTED NAME AND TITLE OF REVIEWER    DATE            SIGNATURE OF REVIEWER

**APPENDIX 1422**                                     McCollum 05738

HSM-18(REV.07/01)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY SEAN                     DOB: 04/04/1953      P H L H E S
TDCJ#: 01155509  SID#: 05950491               WGT: 290 LBS         ----------------
UNIT: HU          HOUSING: KAC-0058           HGT: 6'00"           -3*(3)3(1)1*
JOB: GC GRASS PROCESSING                                           1E!A!8'A!A!A!
                                                                   !P! !P! ! ! !

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    X  A. NO RESTRICTION                      ___ E   BARRIER-FREE FACILITY
    ___ B. REGIONAL MEDICAL FACILITY          ___ F. SINGLE LEVEL FACILITY
    ___ C. EXTENDED CARE FACILITY             SUITABLE FOR TRUSTEE CAMP ASSIGNMENT? YES__NO
    ___ D. PSYCHIATRIC CARE FACILITY          SUITABLE FOR SAIP FACILITY?          X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                  B. WORK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                      ___ 1. NO RESTRICTION
    ___ 2. SINGLE CELL ONLY                   00 2. LOWER ONLY
    ___ 3. DOUBLE CELL ONLY
    ___ 4. SPECIAL HOUSING (HOUSING WITH      C. ROW ASSIGNMENT (CHECK ONE)
           PATIENT WITH LIKE MEDICAL CONDITION X  1. NO RESTRICTION
    ___ 5. CELL BLOCK ONLY                    ___ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    ___ 1. MEDICALLY UNASSIGNED               ___ 15.NO FOOD SERVICE
    ___ 2. PSYCHIATRICALLY UNASSIGNED         ___ 16.NO REPETITIVE USE OF HANDS
    00 3. SEDENTARY WORK ONLY                 00 17.NO WALKING ON WET UNEVEN SURFACES
    00 4. FOUR HOUR WORK RESTRICTION          ___ 18.DO NOT ASSIGN TO MEDICAL
    ___ 5. FOUR HOUR LIMITED WORK RESTRICTION ___ 19.NO WORK IN DIRECT SUNLIGHT
    ___ 6. EXCUSE FROM SCHOOL                 00 20.NO TEMPERATURE EXTREMES
    00 7. LIMITED STANDING                    00 21.NO HUMIDITY EXTREMES
    00 8. NO WALKING > 600 YARDS              ___ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
    00 9. NO LIFTING > 025 LBS.               ___ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    ___ 10.NO BENDING AT WAIST                ___ 24.NO WORK REQUIRING SAFETY BOOTS
    ___ 11.NO SQUATTING                       ___ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
    00 12.NO CLIMBING                         ___ 26.NO WORK EXPOSURE TO LOUD NOISES
    ___ 13.LIMITED SITTING                    ___ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
    ___ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    X  A. NO RESTRICTIONS
    ___ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    ___ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    X  A. NO RESTRICTION
    ___ B. MEDICAL REPRESENTATIVE REQUIRED    ___ C. PSYCH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NOT RESTRICTION                     ___ C. WHEELCHAIR VAN
    ___ B. EMS AMBULANCE                      ___ D. VAN (SOUTHERN REGION ONLY)

X  ATEER              PHYSICIAN     02/03/2020
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

HSM-18(REV. 02/03)



**NURSING ASSESSMENT PROTOCOL**
**FOR**
**MUSCULOSKELETAL SYMPTOMS**

Name: _McCollum, Larry_  TDCJ#: _1105538_  Date: _5/12/03_  Time: _1048_
Facility of Assignment: _Cole_  Work Assignment: _hoc_
Current Medications: _Naproxen / Zostric / Haldol / Bindryl / Fluoxetine_
Allergies: (Food, drug, other) _____–0–_____

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA**

1. Significant medical history: _PMH   CLBP._

2. Pain:
Location _Back, Knee, shoulder_  Onset _____
Frequency _____  Duration _____
Radiation _____  Where: _____
Intensity:  Mild  Moderate  Severe

3. Precipitating factors: _working, climbing._

4. Recent trauma?  (N) Y
Surgery?  (N) Y
Strenuous Physical Activity?  (N) Y

5. History similar problem?  N (Y)
What was done then? _meds_

6. History of arthritis?  (N) Y
7. Family history: _n/a._

**OBJECTIVE DATA**  wt. 230

1. T _96⁵_  P _46_  R _20_  B/P _133/25_

2. Joints:  Normal  Stiffness  Redness
Hot  Swelling
Range of Motion:  Affected Joint(s)

|  | Full | Limited | Absent |
|---|---|---|---|
| Right Leg | | | |
| Left Leg | | | |
| Right Arm | | | |
| Left Arm | | | |
| Neck | | | |
| Back: | | | |
| Anteflexion | | | |
| Dorsiflexion | | | |
| L. Lat Flexion | | | |
| R Lat. Flexion | | | |

3. Movement:  (Normal)  Guarded
4. Posture:  (Normal)  Erect  Guarded
(Tilts to right)  (Tilts to left)
(Sits easily)  Sits w/difficulty
5. Gait:  (Normal)  Limp  Guarded

6. Peripheral Pulses: _N/A_

|  | Right | Left |
|---|---|---|
| Radial | Present | Present |
| | Absent | Absent |
| Dorsalis Pedis | Present | Present |
| | Absent | Absent |

7. Dipstick UA: _N/A_
Leukocytes _____  Nitrites _____
Urobilinogen _____  Protein _____
pH _____  Blood _____
Sp. Gr. _____  Ketones _____
Bilirubin _____  Glucose _____

Comments: _offender state "still have the same problem that I had when I had restrictions"_

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
▸ Acute onset with loss of motion or function.
▸ Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.
▸ Suspected fracture.

HSN-17 (rev. 10/98) Front   **APPENDIX 1425**   McCollum 05783   Cont'd on back

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _McCollum Larry_

TDCJ No.: _1105538_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 5-12-03/0745/ | HSA 9/ Ric today/ Restrictions have been lifted for some reasons. — You do not have no restrictions _Jeremy RNP_ |
| 5-14-03 720 | 1-60 Rec'd 5/14/03 requesting Rxs be renewed that are expiring. Chart to provider _DPhillips RN_ |
| 5/16/03 /0745/ | HSA 9 rec'd today " Back pain, shoulder pain, and check on my restrictions " _Ref_ Schedule NSC 5-17-03 — _V.Whatchara_ |
| 5/16/03 | Chart Res 1) His restrictions have been checked and are exactly as ordered (ie none) 2) He has no Rx (meds) expiring in the next f days. P: no new orders BARRY RAFF MD _074 AM/PM MAY 16 2003_ |
| 5/16/03 1636 | noted — canceller _R_ |

**APPENDIX 1426**

McCollum 05784

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McCollum, Larry

**TDCJ No.:** 1105538

**Unit:** CL

| Date & Time | Notes |
|---|---|
| 3/11/03 2:15 | HSA 9 Rec'd 3/11/03 c/o cracks on feet. Scheduled NSC 3/12/03 — D. Phillips R2 |
| 3/12/03 1415 | Change HSM-18, Add II-B. Remove II-C. BILLY D. BURLESON, PSY. D. |
| 3/12/03 1415 | noted D. Phillips R2 |
| 3/12/03 1600 | Afebrile. Socks BID x 7 days ea foot. T/O Raff MD / S. Watkins LVN sign |
| 3/12/03 1608 | note off AM 3/12/03 [illegible] / Watkins LVN |
| 3/14/03 | Chart Rev. last seen by us 1/21/03 hurt back LIFTING WT 3/6/03. A good evidence of ongoing LBP P HSM 18 No II B7, III 7, F/u 9.50 lb AM/PM BARRY RAFF MD |
| 3/14/03 1210 | noted Alexandra 9 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 47