IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BAILEY, ET AL, <br> PLAINTIFFS, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:14-cv-1698 |
| BRAD LIVINGSTON, ET AL, <br> DEFENDANTS. | § § § § | |

AFFIDAVIT OF MATT DEMNY

STATE OF TEXAS          §
                        §
COUNTY OF WALKER        §

  BEFORE ME, the undersigned authority, on this day personally appeared MATT DEMNY, and after being first duly sworn according to law, upon his oath, deposed and said:

  "My name is Matt Demny. I am over 21 years of age, of sound mind, and fully competent to make this affidavit. I have personal knowledge of the facts contained herein, and they are all true and correct.

  "I am employed as the Director of the Agribusiness Land & Minerals Department ("ALM") for the Texas Department of Criminal Justice ("TDCJ"). I have held this position from September 15, 2009 to present. From June 15, 2008 to September 2009, I held the position of Assistant Director of ALM. From my years working in the ALM Department, I have gained in-depth knowledge of the TDCJ agricultural operations, including the swine production operation. Specifically, I have personal knowledge of the farrowing and other swine production facilities located at the Eastham Unit.

  As Director of ALM, I provide direction and oversight to a variety of programs and personnel within the department. In this position, I have access to documents related to the agricultural operations within the department.

  "TDCJ operates one of the largest integrated agricultural operations in the country. One component is swine production. The entire process, from growing and processing grain; to the production and distribution of feed; to the breeding, farrowing, and growing of the pigs; to the production and shipment of finished edible pork products to the units; is contained within the TDCJ. The weening/growing stage of swine production is a small part of the overall TDCJ swine operation.

1

**APPENDIX 1429**

According to records, a weaning/growing facility with 80 pens was put into service in 1978 at the Eastham unit. On October 30, 2003, a fire destroyed 60 of the 80 pens. The remaining 20 pens were repaired to temporarily hold pigs. By 2007, the entire facility had deteriorated to a point where continued use of the 20 pens became cost prohibitive. As such, a major work request was initiated in 2007 to repair or replace the damaged facility.

Records also indicate that in 2012, TDCJ purchased 6 modular swine buildings. I have attached true and correct copies of photographs that accurately depict the modular swine buildings that are installed at the Eastham Unit.

The modular production units are single-wide trailer facilities designed to be transported to their site in one piece and put into use with little on-site construction required. They were installed at the Eastham Unit and are used for farrowing and weaning pigs. In 2012, an industry standard for weaning facilities was to utilize fans and evaporative coolers as well as heaters in these structures. Since these facilities were designed without windows or other significant openings to allow for air flow, the fans and evaporative coolers were an integral part of the modular buildings. Additionally, the Eastham Unit has several other brick structures that have been part of this production facility for years and they are simply cooled by drippers, fans, and open air.

"Further affiant sayeth not."

*Matt Demny* (signature)
MATT DEMNY
Director, Agribusiness Land & Minerals
Texas Department of Criminal Justice

SWORN TO and SUBSCRIBED before me, by the said Matt Demny on this the 16 day of November 2015, to certify which witness my hand and seal of office.

[Notary Seal: H. CHENEVERT, Notary Public, State of Texas, My Commission Expires 02-13-2018, Notary Without Bond]

NOTARY PUBLIC in and for the STATE OF TEXAS

H. Chenevert
Notary's Printed Name

2-13-2018
My commission expires:

2

## DECLARATION OF MELINDA BREWER

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am a custodian of records for the Facilities Division of the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of Major Work Requests associated with the installation of modular Swine Barns at the Eastham unit, which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

"My name is Melinda Brewer and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the 4th day of November, 2015.

MELINDA BREWER
MANAGER, PROGRAM ADMINISTRATION
FACILITIES DIVISION
Texas Department of Criminal Justice

**APPENDIX 1431**

858↑

# PROJECT MASTER FILE FOR MWR #       00907012       
### 1. REQUEST & AUTHORIZATION
### MAINTENANCE WITH ENGINEERING
*(Submitted by Program Administration)*

| Initial & Check if Included | **Table Of Contents** *Only items applicable to this project are noted.* |
|---|---|
| SH ☒ | Authorization for Construction, Maintenance and/or Remodeling |
| SH ☒ | Project Approval<br>☒ Facilities Division Director<br>☒ Facilities Review Board (FRB)<br>☐ Executive Director<br>☐ Texas Board of Criminal Justice (TBCJ) |
| SH ☒ | Initial Project Budget *(issued by Program Administration)* |
| ___ ☐ | Job Scope |
| SH ☒ | Initial Construction Cost Estimate *(issued by Scopes/ Engineering)* |
| SI ☒ | Major Work Request Review Process |
| SH ☒ | Construction Method |
| SK ☒ | Major Work Request Packet |
| ___ ☐ | TBCJ Donations Approval |
| ___ ☐ | Other: ( ☐ See Attached "Other") |

**RECEIVED**
**NOV 19 2012**
**FACILITIES DIVISION**

Program Administration/Reviewer: Shaundlynne Holley   Date: 11/2/12
Engineer/Reviewer: Willia Burdette...   Date: 11-14-12
Date Received by Document Control Master File Coordinator: 11/19/12
Date Contents Verified by Document Control Master File Coordinator: 11/19/12 EC
Date Received by Document Control: 11/19/12   Date Scanned by Document Control: 11/19/12

Page 1 of 1

**APPENDIX 1432**

## Texas Department of Criminal Justice
## Authorization for
## Construction, Maintenance and/or Remodeling


8581

| | | | | |
|---|---|---|---|---|
| MWR # | 00907012 | Location: EASTHAM | Date Issued: | 11/2/2012 |

**Proposed Project:** REPLACE SWINE BUILDING W/MODULAR BLDGS.

**Job Number:** 009-4010-53-04    **Class Code:** E

**Bond Budget:** $ 883,800.00

**LoneStar Number:** 009103

**GR Labor:** $ 4,600.00

**GR Material:** $ -

**Property Number:**

**Total Approved Budget:** $ 888,400.00

**Justification for Project:** FRB APPROVAL FOR DESIGN AND CONSTRUCTION

**Drawings:**
- [X] Yes
- [ ] No
- [ ] Sketch

**Energy Certification Required:**
- [ ] Yes
- [X] No

**Project Type:**
- [ ] Equipment Replacement
- [ ] Design Only/Future Construction
- [ ] Maintenance < $50,000
- [X] Design & Construction
- [ ] General Revenue Funded
- [ ] Construction (Design not required)

**\*\* Approval: see approval memorandum dated 10/24/12\*\***

Approval of $1,000,000.00 or Above Required by Board of Criminal Justice

Board Approval Date: _____

**Work performed by:** REGION I MAINTENANCE

\*\*\*\*\*\*\*\*\*\*\*\* ADPICS - MASTER ACCOUNTING INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*

| CODING | | ADPICS DEPT. #: | 009 | 4590 |
|---|---|---|---|---|
| INDEX | PCA | AOBJ | LONESTARS/PHASE | |
| 18600 | 72660 | VARIOUS | 009103 99 | |

| Job Closing Information | | Internal Use Only | |
|---|---|---|---|
| Closed Date: | | Prepared by: | SHANDILYNNE HOLLEY |
| Closed Amount: | | MWR Received: | 3/27/2007 |
| Submitted to Acct. & Bus. Services By: | | Checkbook: | 12/13 |

**APPENDIX 1433**

8581

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## FACILITIES DIVISION

### INITIAL PROJECT BUDGET
#### DESIGN & CONSTRUCTION

| | |
|---|---|
| TRACKING NUMBER: 00907012 | DATE: 10/01/12 |
| PROJECT LOCATION: EASTHAM | |
| PROJECT DESCRIPTION: REPLACE SWINE BUILDING W/MODULAR BLDGS. | |
| Budget Prepared by: SHANDILYNNE HOLLEY | Estimate Prepared by: |
| Budget Approved by: DABrewer 10/3/12 | TDCJ Engineer Approval: |

**DESIGN**
| | |
|---|---:|
| In-house Design Bond (Oversight included) | $ - |
| In-house Design GR (Oversight included) | $ 3,000.00 |
| A/E Design | $ - |
| Commissioning | $ - |
| **TOTAL DESIGN** | **$ 3,000.00** |

**CONSTRUCTION**
| | |
|---|---:|
| Contract | $ - |
| In-House Labor (GR) | $ 1,600.00 |
| In-House Materials | $ 792,000.00 |
| Testing | $ - |
| **TOTAL CONSTRUCTION** | **$ 793,600.00** |

| | |
|---|---:|
| **TOTAL DESIGN & CONSTRUCTION** | $ 796,600.00 |
| **PROJECT CONTINGENCY** | $ 43,900.00 |
| **PROJECT OVERHEAD** | $ 27,900.00 |
| **GENERAL ADMINISTRATION OVERHEAD** | $ 20,000.00 |
| **TOTAL BOND** | $ 883,800.00 |
| **TOTAL GR** | $ 4,600.00 |

| | | |
|---|---|---:|
| REV. 04/12 | TOTAL AMOUNT AUTHORIZED | $ 888,400.00 |

8581

# Facilities Review Board
## October 24, 2012
### Approved Project

| | |
|---|---|
| MWR #: | 00907012 |
| Unit: | Eastham |
| Title: | Replace Swine Building w/Modular Bldgs. |

# FACILITY REVIEW BOARD APPROVAL

## FACILITIES DIVISION - VARIOUS PROJECTS

|  | CONCUR | NON-CONCUR | Initial/Date |
|---|---|---|---|
| Frank Inmon, Director, Facilities Division | ✓ |  | FI 10/24/12 |
| Jerry McGinty, Chief Financial Officer | ✓ |  | 10/24/12 |
| R. C. Thaler, Director, Correctional Institutions Division | ✓ |  | 10/24/2012 |
| Bryan Collier, Deputy Executive Director | ✓ |  | 10/24/12 |
| Brad Livingston, Executive Director | ✓ |  | 10/29/12 |
| **BUDGET AUTHORITY** Sherry Koenig, Budget Director | ✓ |  |  |

**Comments:**

Request authority to proceed with the projects outlined in the attached FRB Agenda dated 10/24/2012

B - Cost Increases (Construction) - 2 Projects - TEPC $1,011,100
C - Projects Moving into Construction - 21 Projects - TEPC $22,201,900
D - New Projects for Design & Construction - 32 Projects - TEPC $6,576,400
E - New Projects for Construction (No Design Required) - 12 Projects - TEPC $1,192,200
F - New Projects (Other Funding Source) - 6 Projects - TEPC $1,440,700
G - New Projects for Design Only - 2 Projects - TEPC $42,000

* TEPC - Total Estimated Program Cost

**PROGRAM ANALYSIS**
DATE: 11-2-12
LOCATION: 0C9-UD10-53-04
LONE STARS #: DD9103
BUDGET: 1800D-UD10925

**APPENDIX 1436**

# FRB Project Checklist
## Proposed FRB Date October 24, 2012

MWR #   00907012
Location: Eastham
Title:  Replace Swine Building w/Modular Bldgs.

| | Y, N or N/A |
|---|---|
| 1. Copy of MWR (MWR Coordinator) | Y |
| 2. Engineering Required  VS | Y |
| 3. Construction Method Approval | Y |
| 4. Scope (Planning & Programming) | N/A |
| 5. Executive Summary (Engineering) | Y |
| 6. TCI Estimate | N/A |
| 7. Labor & Material Estimate (Maintenance) | Y |
| 8. FAF (Project Control) | N/A |

NOTE: (Number 9, 10 & 11 should be completed after the FRB Coordination Meeting)

| | |
|---|---|
| 9. Budget (Program Analysis) | Y |
| 10. Project Summary (MWR Coordinator) | Y |
| 11. Placed on the FRB Agenda per selected category below | Y |

*Categories:*
Design only ☐   New Project ☐   New Project for Construction ☐
Design & Construction ☑   Project Moving into Construction ☐
Authorized Project – Change of Scope ☐   Cost Increase ☐

**APPENDIX 1437**

# FACILITY REVIEW BOARD APPROVAL

**EASTHAM-REPLACE SWINE BUILDING W/MODULAR BLDGS.**
MWR #00907012

| | CONCUR | NON-CONCUR | Initial/Date |
|---|---|---|---|
| Frank Inmon<br>Director, Facilities Division | | | |
| Jerry McGinty<br>Chief Financial Officer | | | |
| R. C. Thaler<br>Director, Correctional Institutions Division | | | |
| Bryan Collier<br>Deputy Executive Director | | | |
| Brad Livingston<br>Executive Director | | | |

**BUDGET AUTHORITY**

| | | | |
|---|---|---|---|
| Sherry Koenig<br>Budget Director | | | |

**Comments:**

This project is to Replace Swine Building w/Modular Bldgs. at the Eastham Unit. This facility was originally a weaning/growing facility with 80 pens. A fire destroyed 60 pens and the remaining 20 were repaired. These pens have deteriorated which has adversely affected swine production and prevents the utilization of this facilitiy. This project would replace the building with modular buildings. Request approval to proceed with design and construction at an estimated total program cost of $888,400. Design to be accomplished by In-House Design and work to be accomplished by an Outside Vendor with Unit Maintenance oversight.

| Previous Impact | | Current Impact | |
|---|---|---|---|
| Bond Impact | | Bond Impact | $ 883,800 |
| GR Impact | $ - | GR Impact | $ 4,600 |
| Total Impact | $ - | Total Impact | $ 888,400 |

| Total FRB Approval | $888,400 |
|---|---|

PLEASE RETURN TO
MELINDA BREWER
FACILITIES DIVISION PROGRAM ADMINISTRATION
WEST HILL MALL - SUITE 400

**APPENDIX 1438**

# MAINTENANCE
# EXECUTIVE SUMMARY

**DATE:** October 4, 2012
**SUBJECT:** FRB Approval for ☒ Design ☒ Construction
**UNIT:** Eastham
**PROJECT:** Replace Swine Building W/Modular Bldgs.
**MWR:** 00907012

Summary: This project is to replace the swine building at the Eastham Unit.

Discussion: It is proposed to replace the swine building with modular buildings. This facility was originally put in service as a weaning/growing facility with 80 pens. A fire destroyed 60 of the pens in October 2003. These remaining 20 pens were repaired to temporarily hold pigs, but the current deteriorated condition adversely affects swine production and prevents the utilization of this facility.

Recommendation: It is recommended that this project be funded for design and construction. The work will be accomplished by an Outside Vendor with Unit Maintenance Oversight.

|  | METHOD | COST | DURATION |
|---|---|---|---|
| DESIGN | ☐ OA/E  ☒ IHD  ☐ N/A | $ 3,000 | 60-90 days |
| CONSTRUCTION | ☐ CC | $ | 168 days |
|  | ☒ Maintenance | $ 792,000 |  |
|  | ☒ GR Labor | $ 1,600 |  |
|  | ☐ TCI | $ |  |
|  | TOTAL CONSTRUCTION COST: | $ 793,600 |  |

*Signature* Glenn Isbell P.E.
10/11/12

Revised 9/25/12

**APPENDIX 1439**

## PROJECT COST ESTIMATE



8581

| Date | 9/28/2012 |
|---|---|
| Analyst | Shandilynne Holley |
| Funding Category | CON |
| Unit | Eastham |
| MWR # | 00907012 |
| Project Description | Replace Swine Building w/Modular Bldgs. |
| 1-5% Design | To be determined by Analyst |
| Vendor Service | $792,000 |
| GR Labor (Oversight) | $1,600 |

| Requestor | Susan Nelson |
|---|---|

**APPENDIX 1440**

## MWR SCHEDULING FORM/LABOR ESTIMATE

| | |
|---|---|
| DATE: | Sept 28, 2012 Est. by Ron Robertson |
| UNIT NAME: | EASTHAM |
| UNIT MWR TRACKING #: | #00907012 |
| FACILITIES MWR # (If established): | #00907012 |
| DESCRIPTION OF PROJECT: | Replace swine bldg. with modular bldgs. |
| WORK TO BE DONE BY (Unit, Region, Vendor): | OSVDR w/ UNIT oversight |
| JUSTIFICATION FOR WORK ASSIGNMENT (Required if project is assigned to Region): | Facility needs renovation to maintain production capacity. |
| MATERIAL BUDGET NEEDED ($): | $792,000.00 |
| LABOR HOURS NEEDED FOR PROJECT (These hours will be used for the project budget): | 80 hrs X $20.00 = $ 1,600.00 |
| PROCUREMENT TIME NEEDED (Standard 6 weeks will be estimated unless otherwise specified): | 16 Weeks |
| CONSTRUCTION SCHEDULE NEEDED TO COMPLETE PROJECT (This is used for scheduling/planning purposes. Estimate in weeks - with 1 week minimum): | 8 Weeks |
| EQUIPMENT RENTAL (Specify type of equipment & rental cost needed): | n/a |
| INCLUDE TRAVEL PER DAY, PER PERSON IF APPROPRIATE (USE APPROPRIATE UNIT LODGING & MEAL RATES): | n/a |

### THIS SECTION TO BE USED BY CLIFF DAVIS/REGION 1 MAINTENANCE
### ASBESTOS ABATEMENT ISSUES (IF APPROPRIATE):

| | |
|---|---|
| ABATEMENT MATERIAL BUDGET NEEDED ($): | n/a |
| LABOR HOURS NEEDED FOR ABATEMENT (These hours will be included in the project budget): | Bond or GR |
| PROCUREMENT TIME NEEDED (Standard 6 weeks will be estimated unless otherwise specified): | Weeks |
| CONSTRUCTION SCHEDULE NEEDED TO COMPLETE ABATEMENT (This is used for scheduling/planning purposes): | Weeks |
| EQUIPMENT RENTAL (AIR MONITOR; DUMPSTER; PORTABLE TOILET ($): | |
| INCLUDE TRAVEL PER DAY, PER PERSON IF APPROPRIATE (USE APPROPRIATE UNIT LODGING & MEAL RATES): | |

Note: This form should be completed by the Regional Maintenance Manager (not Unit Staff).

Revised 8-30-10

**APPENDIX 1441**

# CONSTRUCTION METHOD ROUTING SHEET

MASTER COPY

**DATE RECEIVED:** 03/27/07        **MWR NUMBER:** 00907012

**UNIT:** EASTHAM        **REGION:** 1
**ENGINEER:** DURDA-WITHERS        **SCOPE:**

**PROJECT:** REPLACE SWINE BUILDING W/MODULAR BLDGS.

**DESIGN REQUIRED**        ☒ YES        ☐ NOT REQUIRED

**DESIGN METHOD**        ☐ A/E FIRM        ☒ IN-HOUSE

**ENERGY CERT. REQUIRED**        ☐ YES        ☒ NOT REQUIRED

## CONSTRUCTION METHOD

☒ Maintenance    ☐ Outside Contractor    ☐ Private Operator    ☐ TCI

---

**Thomas Vian**
Maintenance, Director        10-10-12        Concur: ✓    Non Concur: _____

**Comments:** Vendor with Maint Oversight

---

**Glenn Isbell, P.E.**
Engineering, Director        10/11/12        Concur: ✓    Non Concur: _____

**Comments:** _____

---

**Frank Inmon**
Director of Facilities        Concur: ✓    Non Concur: _____

**Comments:** _____

**APPENDIX 1442**

# MAJOR WORK REQUEST REVIEW PROCESS

DATE RECEIVED: 03/27/07        MWR NUMBER: 00907012

UNIT: **EASTHAM**              REGION: 1

PROJECT: **REPLACE SWINE BUILDING W/MODULAR BLDGS.**

| STEP I: MAINTENANCE REVIEW | STEP II: ENGINEERING REVIEW |
|---|---|
| PRIORITY CODE: 3 | ENGINEERING REQUIRED? YES ☒ NO ☐ |
| MWR RECOMMENDATION<br>☒ PROCEED (JUSTIFICATION REQUIRED)<br>☐ DEFER TO PRIORITIZATION<br>☐ PLACE ON HOLD | FULL DESIGN ☐<br>1% TO 5% ☒ 3,000 Per Glenn<br><br>ENERGY CERTIFICATION REQUIRED?<br>YES ☐  NO ☒ |
| EQUIPMENT REPLACEMENT?<br>YES ☐  NO ☒ | |
| RECOMMENDED METHOD OF CONSTRUCTION<br>☒ MAINTENANCE (UNIT, REGION)<br>☐ CONTRACT CONSTRUCTION<br>☐ TCI<br>☐ PRIVATE OPERATOR | RECOMMENDED METHOD OF CONSTRUCTION<br>☒ MAINTENANCE (UNIT, REGION)<br>☐ CONTRACT CONSTRUCTION<br>☐ TCI<br>☐ PRIVATE OPERATOR |
| COMMENTS: Increase Swine Production @ Vendor /With Maint Oversight<br><br>_signature_  9-20-12<br>Thomas Vian, Date<br>Director of Maintenance | ENGINEER: Debra Porda Withers<br><br>PROJECT CODE: 9<br><br>COMMENTS: |
| ASBESTOS REVIEW<br>☐ INSPECTION NEEDED<br>☐ INSPECTION COMPLETE (See Attached)<br>☒ INSPECTION NOT REQUIRED<br>David R. Hall   09-21-12<br>David R. Hall, Date<br>Asbestos Consultant | _signature_<br>Glenn Isbell, P.E.<br>Director of Engineering   9/20/12 Date |
| STEP III: SCOPE ASSIGNMENT<br><br>SCOPE ASSIGNED TO:<br><br><br><br>COMMENTS:<br><br><br><br><br>Lonna Britt           Date<br>Planning & Programming | STEP IV: BUDGET REVIEW<br>☒ FUND FOR DESIGN/CONSTRUCTION<br>☐ FUND FOR DESIGN<br>☐ PLACE ON FINANCIAL HOLD<br>☐ DIRECT REPLACEMENT<br>☐ MAINTENANCE <$50K<br>☐ GR FUNDS<br>☐ OTHER<br><br>COMMENTS: CC+PRB<br><br>_signature_ M Brewer  10/1/12<br>Melinda Brewer           Date<br>Program Administration |

MASTER COPY  08/02/10

**APPENDIX 1443**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## PROJECT COST ESTIMATE

**TRACKING #** 00907012  
**LOCATION:** EASTHAM  
**ASSIGNED ENGINEER:**  
**PROPOSED TITLE:** RENOVATE SWINE WEANING BARN  

**DRAWINGS:** *Last update for CEP*  
**DATE:** 2/22/2010   1/9/12  
**EST. BY:** Patrick McGinty  

| AOBJ | DESCRIPTION | EST $ AMT | AOBJ | DESCRIPTION | EST $ AMT |
|---|---|---|---|---|---|
|  |  |  | 8238 | Floor coverings |  |
| 8003 | Direct salaries-O/S construction | $738,000.00 | 8239 | Hardware |  |
| 8041 | Contractor's Overhead & Profit | $553,500.00 | 8240 | Painting & Glazing |  |
| 8033 | Direct salaries-AREA Maint |  | 8241 | Insulation |  |
| 8034 |  |  | 8242 | Fire protect /Security sys |  |
| 8042 | Direct salaries-UNIT Maint |  | 8243 | Plastics(shts, lams, etc.) |  |
| 8350 |  |  | 8245 | Road construction material |  |
| 8115 | Design fees |  | 8250 | Industry produced items |  |
| 8116 | Testing services |  | 8310 | Furnishings & Equipment | $300,000.00 |
| 8225 | Prefab concrete/block & brick |  | 8321 | Parts- furnishings & equip |  |
| 8226 | Concrete materials | $86,100.00 | 8391 | Rental-furnishings & equip |  |
| 8227 | Masonry materials |  | 8322 | Consumables |  |
| 8228 | Lumber/light metal framing | $720,900.00 | 8324 | Telecommunications |  |
| 8229 | Reinforcing steel |  | 8471 | Soil testing |  |
| 8230 | Structural steel |  | 8505 | Purchase of building |  |
| 8231 | Sheetmetal |  | 8511 | Land & site prep |  |
| 8232 | Plumbing |  | 8520 | Construction of roads |  |
| 8233 | Electrical |  | 8564 | Mach. equip(CAPITALIZED) |  |
| 8234 | Heating/ventilation |  | 0000 | Other 14% Escalation | 335,790.00 |
| 8235 | Roofing materials |  | 0000 | Other |  |
| 8236 | Security material/fencing |  | 0000 | Other |  |
| 8237 | Windows, doors, & locks |  | 0000 | Other |  |

**GENERAL CONTRACTOR**   **ESTIMATED COST:** $2,398,500.00 + 335,790.00 = 2,734,290.00

*P.B.M.*

APPENDIX 1444