# Master Copy

8581

## MAJOR WORK REQUEST ROUTING SHEET

80

DATE RECEIVED: **03/27/07**      MWR NUMBER: **00907012**

UNIT: **EASTHAM**      REGION: **1**

PROJECT: **RENOVATE SWINE WEANING BARN**

---

### ENGINEERING REVIEW

ENGINEERING NEEDED?
YES ☒   NO ☐

ENERGY CERTIFICATION REQUIRED?

☒ YES            ☐ NO

☐ Place On Hold

☐ Fund

☒ Fund If Resources are available

SCOPE ASSIGNED TO:

*Patric Mc Ginty*

ENGINEER:

*Tom Stofford*

COMMENTS:

CHECKBOOK PROJECT CODE:  **5**

*Richard Henry*      3/29/07

Richard Henry, P.E., C.E.M.      Date

### MAINTENANCE REVIEW

PRIORITY:                          *possible AG funding?*

☐ 1
☐ 2
☒ 3   *NB*
☐ 4
☐ 5

☐ Place On Hold
☒ Fund
☐ Fund If Resources are available

RECOMMENDED METHOD OF CONSTRUCTION

☐ MAINTENANCE (UNIT, REGION)
☒ CONTRACT CONSTRUCTION
☐ TCI
☐ PRIVATE OPERATOR

*(signature)*      3/28/07

JIM DAVIS, DIR. OF      DATE
MAINTENANCE

### BUDGET INFORMATION

APPROVAL:
☐ FRB Approval Required
☐ 06-07
☐ 08-09
☐ 10-11
☐ OUT YEARS

**APPENDIX 1445**

```
*********************************************************************
*** REQUESTOR: KHO6531 - HOSEA, KAREN D.      FACILITIES ENGINEERING    ***
*********************************************************************
***            S Y S M   O U T B A S K E T   P R I N T                  ***
```

MESSAGE ID: 702830          DATE: 12/05/08   TIME: 11:25am   PRIORITY: 000

SUBJECT:     MAJOR WORK REQUEST ON HOLD


THE PROJECT CONTROL BRANCH OF THE FACILITIES DIVISION HAS REVIEWED
YOUR MAJOR WORK REQUEST # 00907012 EASTHAM/RENOVATE SWINE WEANIING
BARN. YOUR REQUEST HAS TEMPORARILY BEEN PLACED ON HOLD.   FUTURE
START OF THIS PROJECT WILL BE BASED ON THE MOST CURRENT PRIORITIZA-
TION SCHEDULE.

ANY INQUIRIES YOU MAY WISH TO MAKE IN REGARD TO YOU MWR MAY BE
FACILITATED BY CONTINUING TO REFERENCE THE ASSIGNED MWR TRACKING #.
THE FACILITIES DIVISION REMAINS COMMITED TO PROVIDING SERVICES TO
ASSIST YOU IN ACCOMPLISHING YOUR MISSION.   IF YOU HAVE ANY QUESTIONS
PLEASE FEEL FREE TO CONTACT TABITHA TAYLOR @ 936-437-7289 OR
GINGER NORRED @ 936-437-7264.


Sent to:     BJO6784          JORDY, BRENDA              (to)
             LCO4077          COBLER, LYNDA              (to)
             LST4929          STRUBLE, LEE               (to)
             MAT9652          ATWOOD, MONTY              (to)
             MBO5562          BOWLING, MICHAEL           (to)
             PHA0130          HALL, PENNY                (to)
             RTR8233          TREON, ROBERT              (to)
             DSW7923          SWEETIN, DAVID             (to)
             RCO3124          COWAN, RICHARD             (to)

**APPENDIX 1446**

# Master Copy

# CONSTRUCTION METHOD
## ROUTING SHEET

DATE RECEIVED: **05/22/07**     MWR NUMBER: **00907012**

UNIT: **EASTHAM**      REGION: **1**
ENGINEER:                    SCOPE:

PROJECT: **RENOVATE SWINE WEANING BARN**

**DESIGN REQUIRED**          ☑ YES          ☐ NOT REQUIRED

**DESIGN METHOD**           ☐ A/E FIRM     ☑ IN-HOUSE

**ENERGY CERT. REQUIRED**   ☑ YES          ☐ NOT REQUIRED

## CONSTRUCTION METHOD

☐ Maintenance  ☑ Outside Contractor  ☐ Private Operator  ☐ TCI

==================================================================

**Jim Davis**
**Maintenance, Director**   _(signature)_ 5/22/07   Concur: ✓   Non Concur:_____

*Comments:*_____

_____

**Rich Henry**
**Engineering, Director**   RAH 5/22/07   Concur: ✓   Non Concur:_____

*Comments:*_____

_____

**Frank Inmon**
**Director of Facilities**          Concur:_____   Non Concur:_____

*Comments:*_____

_____

**APPENDIX 1447**

```
----------------------- SYSM "KWIKSEND" MESSAGE ROUTING --------------------- 1
User ID: GNO4160                                    09:26am - Tue, Mar 27, 2007
Enter Command ===>
*** Please enter Recipient(s) ***
Date: 03/27/07              Time: 09:26am              Priority: 000
Subj: MAJOR WORK REQUEST RECEIPT      Message ID: 342503      Access:
Dest: RTR8233 DSW7923 TCA2165
```

  THE PROJECT CONTROLS BRANCH OF THE FACILITIES DIVISION IS IN RECEIPT OF
YOUR MAJOR WORK REQUEST, EASTHAM RENOVATE SWINE WEANING BARN.  YOUR
REQUEST HAS BEEN RECEIVED & ASSIGNED MWR TRACKING #00907012. ANY
INQUIRIES YOU MAY WISH TO MAKE IN REGARDS TO YOUR REQUEST MAY BE
FACILITATED BY REFERENCING THE AFOREMENTIONED #.  PLEASE BE ADVISED
THAT THIS IS NOT A "NOTICE TO PROCEED" OR "AUTHORIZATION NOTIFICATION"
& DOES NOT TAKE ITS PLACE.  IT IS MERELY A NOTIFICATION THAT THE MWR
HAS BEEN RECEIVED & IS IN THE PROCESS OF BEING REVIEWED.  THANK YOU.

  THE FACILITIES DIVISION REMAINS COMMITTED TO PROVIDING SERVICES TO
ASSIST YOU IN ACCOMPLISHING YOUR MISSION.  IF YOU HAVE ANY QUESTIONS,
PLEASE FEEL FREE TO CONTACT BRANDY CASKEY OR GINGER NORRED @
936/437-7289 OR 936/437-7264.

```
COMMANDS: Send DELete FILe POst Down Wordwrap TSPlit SPEll DIRectory SET{CAPs}
```

**APPENDIX 1448**

```
---------------------- SYSM OUTBASKET MESSAGE COMPOSING ---------------- 4.1.C
User ID: GNO4160                                   09:28am - Tue, Mar 27, 2007
Enter Command ===>
         *** Message is Not available to Recipients until you SEND it ***
Message ID: 342503                    Status: NEW   Lines: 0000018  Chars: 0001118

         936/437-7289 OR 936/437-7264.

         AUTHORITY:  DON HYATT, MGR., PROJECT CONTROLS BRANCH, FACILITIES DIV.
```

```
W/P CMMDS: Wordwrap  SPEll  DICtionary  CORrect  TSPlit
COMMANDS:  Up Down Top Bottom Find Send DELete Copy UPDate GET PUT QUE Print
           FILe PULl POst BPull CHeck SOrt SET{CAP|CMMd|NULl|SCR} UNLk Help End
```

**APPENDIX 1449**

ED-10.06 (rev. 4)
**Attachment B**

# WORK REQUEST

|  | |
|---|---|
| **DATE:** February 19, 2007 | **FOR USE BY MAJOR WORK REQUEST COORDINATOR ONLY** |

**UNIT:** Agribusiness, Land & Minerals

**Requester's Name:** Kyle Thompson

NAME (Please Print)

**Requester's Department:** Agribusiness, Land & Minerals

**Requester's Title:** Program Specialist III

**Requester's Signature:**

**Requester's Phone/Fax:** Phone (936) 437-5447 /
Fax (936) 291-3092

**Dept. Where Work To Be Performed:** Eastham Unit- Weaning Barn Facility

**Customer Group Head:** _____
Name (please print)

REQUEST NO _00907012_

PRIORITY ASSIGNED: _____

WORK CATEGORY: _____

☐ Major Construction
☐ Minor Construction
☐ Alteration

☐ Maintenance/Repair

---

I. **DESCRIPTION OF REQUEST:**

A. Priority: *(Please indicate the appropriate priority/see ED 10.06 under POLICY, paragraph III-A (attach written justification)*

☐ *1*  ☒ *2*  ☐ *3*  ☐ *4*  ☐ *5*

B. Has this request been previously submitted? ☐ Yes ☒ No
If yes, when (include previous Request No. if applicable) and reason for resubmitting:

C. Specific location of work:
☒ Building Number(s): TDCJ # 2878
☒ Specific location where work is to be performed: **Eastham Unit Swine Operation - Weaning Barn**

D. Does this work involve employee housing? ☐ Yes ☒ No
If yes, the following information MUST be provided:
☐ TDCJ building number(s): _____
☐ Name of current occupant: _____
☐ Amount expended to date on *this housing unit (current fiscal year)*: _____
☐ Amount expended to date on *this housing unit (current biennium)*: _____
☐ Amount expended on *all housing units (current fiscal year)*: _____

**APPENDIX 1450**

ED-10.06 (rev. 4)
**Attachment B**

Employee housing unit work history:

☐ Date last painted/cost: _____

☐ Date carpet placed/cost: _____

☐ Date, description, and cost of other significant work in this housing unit: _____

If vacant:

☐ Previous occupant: _____

☐ Future occupant: _____

E. Provide a detailed written description of the work requested.  (Be specific and concise; provide size, type of structure, materials, special requirements, etc.)

Renovation of referenced Weaning Barn TDCJ#2878 located on the Eastham Unit.  Renovation of this faciltiy, approximately 30' X 410' barn to approximate 60' X 410' houses, including labor and material installation. Work to include building structure, concrete slat flooring, manure pits, waste removal system, pens and feeding systems.  This facility will also include troughs to feed Agency generated kitchen waste.  Agency staff do not possess specific skills necessary to properly design/engineer nor properly build, assemble, install equipment therefore, this job will be completed utilizing vendor provided labor and materials.

Additionally, this will provide the agency warranty of materials and workmanship on an as installed basis. Outside vendor will be required to provide expertise on proper swine facility desing, ventilation and environmental issues on waste handling and TCEQ permitting for actual capacity of this facility.Agency request outside vendor for facility consulation and design, recommends Suidae Technology, Batesville Indiana and Hog Slat, Inc., Humboldt, IA and Guymon, OK. TCEQ permitting consultant will be identified.

F. Provide cost estimate if one is available *(optional)*:

☒ Labor: _____

☒ Materials _____ approximately $510,000 ( material and labor) _____

G. Requester proposes work to be done by:

☐ Unit (includes Regional O & M )    ☐ Requester (Self-help)    ☒ *Contract Construction*    ☐ *Inmate Construction Group*

H. REQUIRED ATTACHMENTS - The following items must be included and attached to this request:

☒ *Rough* Sketch or drawing of work requested, showing dimensions of area(s) and work.

☒ Special material requirements, if appropriate:

Approx. 60' X 410' structure with concrete slat flooring, feed(including kitchen waste) and water systems, electrical, pit substructure and waste manure removal system, TCEQ permitting for capacity of building and loading chutes.

2. **JUSTIFICATION FOR WORK:**

A. Describe the reason(s) that the requested work is needed.  Be specific and concise.  *If it is an emergency, please provide an explanation:*

This facility was put in-service in 1978, and was used as weaning/growing facility with 80 pens.  On October 30, 2003, a fire destroyed all but 20 pens of this facility. The remaining 20 pens repaired to temporary hold pigs but are in an irrepairable condition that adversely effects swine production.  This facility, currently vacant, obtained extensive damage during to fire that prevents the utilization of this facility.  This facility was designed

**APPENDIX 1451**

with a pit-style waste removal and also has a lagoon. TCEQ permitting will be required to meet the capacity of this facility. Renovation will allow for modern industry feeding and handling systems to increase the overall capacity of swine, resulting in an increase in Agency produced pork.

Consequently, the continued Agency produced pork demand necessitates renovation of this vacant facility with industry accepted operating systems. In addition to renovating a vacant, damaged facility, utilizing industry guidelines will alow to provide a cleaner, safer food product.

B.  Is a specific safety or environmental issue involved in this request?  If so, please explain and attach a copy of documentation signed by Risk Management or Environmental Branch.

N/A

C.  Is a specific deadline or other time constraint involved?  If so, explain and attach supporting documentation.

N/A

D.  What is the impact on operations if this work is *not accomplished*?
- ☐ Security will be reduced to an unacceptable level.
- ☐ Sufficient water can not be reliably provided to the unit.
- ☐ The reliability of electric power will fall below an acceptable level.
- ☒ Valuable property (facility and equipment)will be damaged.
- ☐ The environment (temperature, humidity, and other air quality standards) in the facility will be reduced to an unacceptable level.
- ☐ Environmental laws and regulations will be violated.
- ☐ Safety standards will be violated.
- ☐ Fire and other building codes will be violated.
- ☒ Other (specify in the space provided):
  Vacant fire damaged facility that could be renovated and returned into production for Agency produced pork and an additional possible means for kithchen waste removal/feeding.

E.  What alternatives to the request have been reviewed in lieu of this request?

This facility was damaged during a fire in 2003, with a total loss of 75% of the pen space and the remaining

structure is to the level where continued maintenance and use is cost prohibitive. The pit substructure is joined

throughout the entire facility resulting in the inability to manage all animal waste. Renovation of this facility is

ED-10.06 (rev. 4)
**Attachment B**

the necessary to enable use of this damaged empty facility.

3.    COORDINATION: Route through chain of command and others impacted as appropriate *(see ED 10.06 to determine which signatures are required).*

| TITLE OR ORGANIZATION | Name (Printed) | Signature/Date |
|---|---|---|
| A.  Unit Maintenance | | |
| B.  Warden/Facility Administrator/Department Head: | Todd Swick | *[signature]* 2-21-07 |
| C.  IF SAFETY ISSUE, Risk Manager: | | |
| D.  IF ENVIRONMENTAL ISSUE, Environmental Affairs: | | |

| Title or Organization | Name (printed) | Signature / Date |
|---|---|---|
| E.  Other coordination: | | |
| | | |
| | | |
| F.  Assistant Director (if appropriate) | C. F. Hazlewood | *[signature]* 2/23/07 |
| G.  Regional Director | | |
| H.  Deputy Division Director (if appropriate) | Celeste Byrne | *[signature]* 3/11/07 |
| I.  Customer Group Head | | |
| J.  Division Director (if appropriate) | Charles Marsh | *[signature]* |

**APPENDIX 1453**

4.    APPROVALS:

   A.   FACILITIES DIVISION:
                            ☐ Approved              ☐ Disapproved

        _____
        Name (Printed)

        _____
        Title

        _____        _____
        Signature                                Date

   B.   CRC CHAIRMAN:
                      ☐ Approved      ☐ Disapproved      ☐ Recommend      ☐ Recommend
                                                            Approval          Disapproval

        _____
        Name (Printed)

        _____
        Title

        _____        _____
        Signature                                Date

   C.   EXECUTIVE DIRECTOR:
                            ☐ Approved              ☐ Disapproved

        _____
        Name (Printed)

        _____
        Title

        _____        _____
        Signature                                Date

**APPENDIX 1454**

# CONCRETE SMOOTH FINISH FLOORING SLAT

## For entire facility.

- Concrete Hog Slat
- 4" thick 4' x 10' with 1" slat
  grooves. These slats will be flooring for entire facility, dimensions may vary to
  facility design.
- Hog Slat has been making the
  best slats in the business
  for over 30 years. Our slats
  have proven themselves in thousands
  of confinement houses on
  farms across the USA.



# CMS2004

**Summary**
Wednesday, January 04, 2012

**MWR Number:** 00907012

| | |
|---|---|
| Received On: | 3/27/2007 |
| Region: | 1 |
| Unit Number: | 9 |
| Unit Name: | Eastham |

Archived: ☐

Request Number:
Job Number:
Project Number:

**Description:** Renovate Swine Weaning Barn

**Host Remark:** To Jim Davis for review/matrix # 03/27/07.  To Brenda Jordy for scope assignment 03/29/07.  Back to Brenda Jordy for scope assignment to Patrick McGinty 05/23/07.  Per D. Hyatt 12/3/08, on temp. hold ("needs customer prioritization").

**Checkbook Remark:**

## SCOPE

| | | | | |
|---|---|---|---|---|
| Assigned To: | McGinty | Assigned On: | 4/2/2007 |
| Engineer: | | % Complete: | 0 |
| Energy Design Cert: | Req'd ☐  Complete ☐ | Completed On: | |

## DESIGN

| | | | |
|---|---|---|---|
| FRB Approval: | | Started On: | |
| FRB Review Date: | | % Complete: | |
| Board Approval: | | Completed On: | |
| Board Approval Date: | | | |

## CONST

| | | | |
|---|---|---|---|
| Approval: | | Started On: | |
| Issued On: | | % Complete: | |
| Project Administrator: | | Original Finish: | |
| Work By: | | Completed On: | |
| | | CompCert Received: | |

## FINANCE

| | | | | | |
|---|---|---|---|---|---|
| Original Budget: | $0.00 | Bond Expenses: | $0.00 | Finance Closed: | |
| Revised Budget: | $0.00 | Bond Obligations: | $0.00 | | |
| Bond Budget: | $0.00 | GR Expenses: | $0.00 | | |
| GR Budget: | $0.00 | GR Obligations: | $0.00 | | |
| Design Only Cost: | $510,000.00 | GR Labor: | $0.00 | | |

## CHANGES

| | | |
|---|---|---|
| 1 | Date & Amount: | $0.00 |
| 2 | Date & Amount: | $0.00 |
| 3 | Date & Amount: | $0.00 |
| 4 | Date & Amount: | $0.00 |
| 5 | Date & Amount: | $0.00 |
| 6 | Date & Amount: | $0.00 |

## CHECKBK

| | |
|---|---|
| Budget Year: | NA |
| Project Category: | |
| Project Type: | 5  Facility Repair |
| Direct Replacement: | |

## MISC

| | | | | | |
|---|---|---|---|---|---|
| Action: | Renovate | Design Method: | IHD | CEP Priority: | |
| Class: | *Other | Const Method: | CC | | |
| Location: | Barns / Sheds | Fund Method: | | | |

**APPENDIX 1456**

# Project for FRB Oct. 2012

## The following project will require FRB approval and an executive summary will need to be written and returned to MWR Coordinator.

| | |
|---|---|
| **UNIT:** | **Eastham** |
| **MWR #:** | **00907012** |
| **PROJECT NAME:** | **Replace Swine Building w/Modular Bldgs.** |
| **DATE SENT:** | **09/21/12** |
| **TO:** | **Maintenance** |



*Note comments in Blue. Pl...*

## PENDING PROJECTS FOR WEEK OF
### SEP 14th-SEP 20th, 2012

| Date MWR Recv'd | MWR # | Unit | Project Description | Unit Est. Project Budget | Approval | | | Comments |
|---|---|---|---|---|---|---|---|---|
| 2/26/02 | 00802001 | Byrd | Construct Concrete Road-South End of Unit | $2,253,100 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB *Will need to discuss the price* |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 3/27/07 | 00907012 | Eastham | Replace Swine Building w/Modular Bldgs. | $2,734,290 *?* | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for FY 16/17. Scheduled for Jan. FRB *# 5 pro's currently* |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 5/3/99 | 01099012 | Ellis | Replace Roof-Horse Stalls | $148,177 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for FY 16/17. Scheduled for Jan. FRB *# 13 pro's currently 9 pro's less than 5%* |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 10/21/02 | 01002017 | Ellis | Replace Detention Windows-Main Bldg. Phase 1 | $6,000,000 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB *# 13 pro's currently 9 pro's less than 5%* |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 3/5/99 | 03299010 | Estelle | Correct Flooding @ Front Gate | $78,468 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 1/12/00 | 01100001 | Ferguson | Resurface Roof-Quonset Hut | $345,306 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 8/11/08 | 01108020 | Ferguson | Demolish & Rebuild Seg. Rec. Yards-E, F, O & P Blocks | $995,371 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |
| 1/12/09 | 08809001 | Glossbrenner | Install Covered Structure over Rec. Yard | $181,501 | ☑ Proceed ☐ Defer ☐ Cancel | TV | | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | | |

C:
K. Adams, T. Vian,
K. Prestwood

**APPENDIX 1458**