## PENDING PROJECTS FOR WEEK OF
## SEP 14th-SEP 20th, 2012

| Date | Project # | Unit | Description | Amount | TV | GI | MBR | Notes |
|---|---|---|---|---|---|---|---|---|
| 1/20/06 | 01306010 | Huntsville | Upgrade Elevator-Textile Mill | $140,790 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB *11 ptojs currently 8 ptojs less than 1% |
| 8/20/10 | 05410009 | Polunsky | Replace Intercom System-Multiple Bldgs. | $230,750 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB *6 ptojs 2 less than 1% |
| 2/25/97 | 01797004 | Ramsey | Repair Roofs on Furniture Factory  *Need Discussion* | $200,364 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Oct. FRB *5 ptojs 3 are 1% or less |
| 5/16/08 | 01908011 | Scott | Repair/Resurface Entrance Road | $294,963 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB *7 ptojs. currently 4 less than 5% |
| 11/5/08 | 02709005 | Terrell | Resurface Perimeter Road | $656,652 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB |
| 10/1/09 | 02710004 | Terrell | Replace Concrete Drive-Back Gate Area | ($2,392,805) | ✓ Proceed | ✓ Proceed | ✓ Proceed | Project is listed in the CEP for Out Years. Scheduled for Jan. FRB Will need to discuss prio... |
| 9/10/12 | 05113001 | Boyd | Replace Heater-J-5 Bldg. (M Wing) | $3,100 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Direct Replacement |
| 9/18/12 | 05213001 | Briscoe | Construct Awning @ Gatehouse-Bldg. #1665 | $3,592 | ✓ Proceed | ✓ Proceed | ✓ Proceed | Maintenance less than $50k |

C:
K. Adams, T. Vian,
K. Prestwood

2

**APPENDIX 1459**

## PENDING PROJECTS FOR WEEK OF
## SEP 14th-SEP 20th, 2012

| Date | Number | Name | Project | Amount | Action | Code | Notes |
|---|---|---|---|---|---|---|---|
| 9/7/12 | 00813002 | Byrd | Replace Refrigeration Equipment-B Bldg. Kitchen | $12,600 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement #4 projs currently all under 1% |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/17/12 | 09113001 | Chase Field | Construct RV Park Site | $150,745 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Critical staff/housing shortage. DM approval attached. Scheduled for Oct. FRB. |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/10/12 | 02413001 | Crain | Replace HVAC System-Riverside Command Room | $3,500 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement #4 projs - currently all under 1% |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/10/12 | 01113002 | Ferguson | Refurbish Elevated Storage Tank-Water Plant | $100,000 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Annual inspection revealed that belly of tank is leaking and needs to be repaired. |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/7/12 | 01113001 | Ferguson | Replace Service Entrance Switch Gear-Back Gate | $62,500 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/14/12 | 01113003 | Ferguson | Replace Controller/Install Lightning Arrestor-Water Plant | $3,200 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Maintenance less than $50k |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |
| 9/10/12 | 08613001 | Goodman | Install Video Surveillance System-Perimeter & Central Control Picket | $56,611 | ☐ Proceed ☑ Defer ☐ Cancel | TV | Defer to prioritization. There are numerous similar projects ranked in the CEP for FY 16/17 & Out Years. |
| | | | | | ☐ Proceed ☑ Defer ☐ Cancel | GI | |
| | | | | | ☐ Proceed ☑ Defer ☐ Cancel | MBR | |
| 9/10/12 | 08313001 | Henley | Replace Circulating Pump-B7-9 Mech Room | $1,500 | ☑ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | GI | |
| | | | | | ☑ Proceed ☐ Defer ☐ Cancel | MBR | |

C:
K. Adams, T. Vian,
K. Prestwood

**APPENDIX 1460**

3

## PENDING PROJECTS FOR WEEK OF
## SEP 14th-SEP 20th, 2012

| Date | Project # | Name | Description | Cost | Action | Unit | Notes |
|---|---|---|---|---|---|---|---|
| 8/28/12 | 04212016 | Hughes | Replace Refrigeration Equipment-6 Bldg. Kitchen Vault & Meat Freezer | $16,900 | ✓ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | MBR |  |
| 9/7/12 | 04213001 | Hughes | Replace Supply Fan-6 Bldg. Kitchen Roof | $5,100 | ✓ Proceed ☐ Defer ☐ Cancel | TV | Direct Replacement |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | MBR |  |
| 9/10/12 | 04813002 | McConnell | Replace Intercom/Call System-10 Bldg. Medical | $87,757 | ☐ Proceed ✓ Defer ☐ Cancel | TV | Defer to prioritization. There are numerous similar projects ranked in the CEP for FY 16/17 & Out Years. |
|  |  |  |  |  | ☐ Proceed ✓ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ☐ Proceed ✓ Defer ☐ Cancel | MBR |  |
| 9/11/12 | 03613003 | Michael PP | Install Fence-WWTP | $46,751 | ☐ Proceed ✓ Defer ☐ Cancel | TV | Defer to prioritization. *4 prois proceed. FI |
|  |  |  |  |  | ☐ Proceed ✓ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ☐ Proceed ✓ Defer ☐ Cancel | MBR |  |
| 9/10/12 | 04713001 | Robertson | Install Observation Windows in Nine (9) Cell Doors-Transit Wing 11 Bldg. | $5,310 | ✓ Proceed ☐ Defer ☐ Cancel | TV | Maintenance less than $50k |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | MBR |  |
| 9/10/12 | 04713002 | Robertson | Replace Flooring-Law Library 10 Bldg. | $4,093 | ✓ Proceed ☐ Defer ☐ Cancel | TV | Maintenance less than $50k |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | GI |  |
|  |  |  |  |  | ✓ Proceed ☐ Defer ☐ Cancel | MBR |  |

$17,215,796

C:
K. Adams, T. Vian,
K. Prestwood

4







APPENDIX 1464