

**APPENDIX 1465**



**APPENDIX 1466**



**APPENDIX 1467**



**APPENDIX 1468**



**APPENDIX 1469**



**APPENDIX 1470**