

APPENDIX 1471

APPENDIX 1474



APPENDIX 1475