Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

---

21

1  A.  It was a discussion, yes, sir.
2  Q.  What did you -- what do you remember about
3  that discussion?
4  A.  I remember him saying that he was beat up
5  pretty hard in his deposition about it.
6  Q.  Was that because --
7  A.  He took it personal.  I mean, he took the
8  incidents and the occurrences in his region
9  personally, even when they occurred.
10  Q.  That's because he is responsible for --
11  A.  Absolutely.  He holds himself accountable.
12  Q.  Would you say that he thought that the staff
13  in his region could have done better in those
14  situations?
15  A.  I don't remember that specifically being
16  said about any of the cases, other than specifically
17  he felt like the staff -- he commented that he felt
18  like they acted appropriately in McCollum -- McCollum
19  case, I'm sorry.
20  Q.  Have you had a chance to review the
21  administrative review and the Emergency Action Center
22  report for the McCollum case?
23  A.  I have reviewed it.
24  Q.  Are you critical of the performance of the
25  correctional officers in that case?

---

22

1  A.  Do you have the report available so I could
2  look at it?  If you're going to ask me questions about
3  a specific report, I'd like to have a chance to look
4  at it.
5  Q.  And, you know, I don't think I have a copy
6  of that with me right now.
7  A.  Okay.
8  Q.  But do you remember having any criticism of
9  those officers?
10  A.  Me personally having criticism of the
11  officers?  Difficult to say.  I wasn't there in the
12  entire situation.  Certainly, in retrospect, looking
13  back on the incident, I wish we would have called 911
14  sooner.
15  Q.  You would agree with Mr. Thaler that the
16  delay in calling 911 was too long in that situation.
17  Is that fair?
18  A.  I agree there was a significant delay and I
19  wish they would have called 911 sooner, yes, sir.
20  Q.  Okay.  And would you agree that it wasn't --
21  that in a situation like Mr. McCollum, where the
22  inmate is having a seizure, is convulsing, is
23  unresponsive, that that would -- it would be
24  inappropriate to wait for the sergeant and then wait
25  for the lieutenant and cause an hour delay before

---

23

1  calling 911?
2  A.  Yeah.  As I understand, reading it, the
3  first officer on the scene approached Mr. McCollum on
4  the bed and witnessed what he did, and he initially
5  called the supervisor to report to the scene, as well
6  as a video camera.  He initiated -- our terminology is
7  ICS, Incident Command System.  That is certainly a
8  standard protocol.
9       I certainly think that at some point
10  when there was a delay for the supervisor to get
11  there, I wish the officer would have took some
12  initiative, notified his -- whoever he contacted the
13  first time that I'm calling 911.
14  Q.  So maybe after ten minutes when the
15  supervisor doesn't --
16  A.  I really can't put a time on it, I'm sorry.
17  Q.  Such just as an example --
18  A.  Yes, sir.
19  Q.  -- at some point, you think that he should
20  have stepped up and said, I'm going to call 911 now,
21  or I'm going to tell the person who has access to the
22  telephone, we need 911?
23  A.  Not having the report in front of me, okay,
24  I believe the officer -- there was an radio down there
25  on the wing.  I do believe they had the opportunity to

---

24

1  tell whomever, their supervisor on the radio, we need
2  911 and let's call it.
3  Q.  And you think that would have been
4  appropriate in this situation?
5  A.  Yes, sir.
6  Q.  Okay.  If the officer who -- the
7  correctional officer who first arrived, if he believed
8  it was an emergency at that point, should he have
9  waited any time before calling 911?  Or making sure
10  911 was called?
11  A.  The message that I have put out all along
12  has been, if you feel like you need Emergency Medical
13  Services and they're not on the unit, call 911.
14  Q.  Okay.  So you would agree, if the officer
15  thought that it was an emergency and there was no
16  medical services available at the unit, that he should
17  have immediately called 911?
18  A.  If the officer makes a -- an ascertation
19  that it needs -- that this is an emergent medical,
20  serious life-causing situation, then the officer
21  should call 911.
22  Q.  Okay.
23  A.  Or excuse me, the officer doesn't have the
24  ability in the housing area.  The officer could make a
25  request, either by phone or by the radio, and I

---

Stephen McCollum, et al. v.                    William L. Stephens
Brad Livingston, et al.                         October 18, 2013

---

29

1   A. Well, there will be -- as the months
2   progress -- really, we've been busy on lots of things.
3   Okay? And I'm not telling you that the heat in the
4   dorms is any less important than anything else. But
5   as we go through the next several months, we'll be
6   having conversations about the implementation of some
7   changes in AD 1064, which is the heat extremes.
8   Q. And what -- are those changes to AD 1064 --
9   for the record, AD 1064 is the policy about
10  temperature extremes in TDCJ?
11  A. In the work force.
12  Q. In the workplace. And that policy does not
13  address extreme temperatures in the housing areas. Is
14  that --
15  A. It does not, no, sir.
16  Q. What are the changes that are coming to
17  AD 1064?
18  A. We're going to incorporate some of the
19  things in the annual e-mail, which y'all have
20  discussed in Mr. Thaler's deposition. We're going to
21  incorporate some of those -- or the majority of those
22  issues into that policy.
23  Q. And those would be the wellness checks?
24  A. That will be one of the things. That's
25  correct.

---

30

1   Q. What are the other things?
2   A. If you'll let me see the annual e-mail, as
3   we've referenced, I'll read them to you.
4   Q. Exhibit 50 is the annual e-mail.
5   A. If you'll show me the one that was signed in
6   2013, that would probably be the more current one.
7   Q. Okay. I don't know that we have a copy of
8   the 2013 e-mail with us.
9   A. Then I probably wouldn't be able to testify
10  based on the exhibit you've given me.
11  Q. Do you know what changes are being made from
12  this 2011 e-mail?
13  A. Not by the 2011. I have a good idea about
14  the 2013 e-mail.
15  Q. So -- but you can't tell me what those
16  changes are?
17  A. I'm not sure what -- if anything changed
18  from the 2011 to the 2013 as I sit here today.
19  Q. So you're not sure if there were any changes
20  made from the 2011 e-mail?
21  A. To 2013, that's correct.
22  Q. 2013. Okay. Do you think that there should
23  have been changes made from the 2011 e-mail to the
24  2013 e-mail?
25  A. I think there were.

---

31

1   Q. Okay. But you don't know what --
2   A. And I do know the wellness checks was one of
3   them.
4   Q. Do you know --
5   A. And it might have been the only one, but I'm
6   not sure.
7       MR. MEDLOCK: Can we make this an
8   exhibit.
9       MR. EDWARDS: Demetri, do you have the
10  2013?
11      MR. ANASTASIDIS: Yeah, that's it right
12  there.
13      MR. EDWARDS: Okay.
14      (Deposition Exhibit No. 65 marked.)
15  Q. (BY MR. MEDLOCK) I'm going to mark this
16  Number 65. Does that appear to be the 2013 e-mail
17  that we were discussing?
18  A. That does appear to be that e-mail.
19  Q. Okay. Looking at the 2013 e-mail, can you
20  tell me what changes were being made there?
21  A. It appears, between 2011 and 2013, the
22  change was the inclusion of some wording on the
23  wellness check.
24  Q. No other changes?
25  A. I don't see any right now. Of course, I

---

32

1   took a quick glance at it.
2   Q. Okay. And the wellness checks are what we
3   talked about with Mr. Thaler, the prisoners are now
4   being put on a list that -- by the Health Services
5   Division, and then the officers are instructed to do
6   an additional visual inspection of those inmates. Is
7   that fair?
8   A. Right. The -- that is a general way of
9   putting it, yes, sir.
10  Q. Okay. Would you -- is there anything that
11  you would elaborate on that description?
12  A. Well, other than they should seek assistance
13  for any offender that they feel like needs some.
14  Q. And when would a correctional officer think
15  to seek assistance? As the director --
16  A. I don't understand.
17  Q. -- as the Correctional Institutions Division
18  director, when would you expect one of your
19  correctional officers to seek additional assistance?
20  A. I assume, based upon his observations of the
21  inmate, and he feels like the inmate needs some
22  medical attention.
23  Q. And we were -- I believe Ms. Coogan was
24  asking Mr. Thaler some questions about how an inmate
25  gets put on that list for the wellness checks. Do you

---

**APPENDIX 1691**

Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

---

**33**

1 know at what point the inmate is put on the list for
2 the wellness checks?
3    A.  No.  I know that the health services staff
4 are the medical providers on the unit.  They contact
5 the security side, usually our unit count rooms, and
6 that information is transferred over to -- to the
7 officers that's working the housing areas.  And
8 actually how that occurs, I'm sorry, I don't know.
9    Q.  So you don't know if that happens at the
10 initial assessment by the nurse when the inmate comes
11 off the bus, or at the intake physical
12 or at some other point.  Is that fair?
13    A.  Well, one of the changes, when we go back to
14 1064, will say that it will happen at that initial
15 assessment that the medical staff does when the
16 offender arrives on the unit.  Now, currently, the
17 messages won't reflect that that we have in front of
18 us.  That will be one of the changes in this.
19    Q.  That will be one of the changes that's made
20 to the new version of AD 1064?
21    A.  Yes.
22    Q.  Okay.
23    A.  But, you know, I will say that that practice
24 is just going to be codified; it's not really a
25 change.  It should have been the practice all along

---

**34**

1 that medical staff, when that offender arrives, should
2 he need medical attention or placed on the -- a
3 wellness checklist, the assumption was, when we were
4 drafting the e-mail, that that would be done.  We will
5 specify it in the upcoming message.
6    Q.  And when you say that that always should
7 have been done, there wasn't a general practice to do
8 these wellness checklists like we've talked about
9 today before 2011.  Is that right?
10    A.  As of 2011 and 2012, in that time there.  I
11 said "always."  I apologize for that.
12    Q.  And I'm just trying to make the record
13 clear.
14    A.  Sure.
15    Q.  When the -- so when the -- in 2011 and 2012
16 when you started this wellness checklist practice, the
17 thinking would be that they would get -- the prisoner
18 would be put on the wellness checklist at the initial
19 triage if the nurse or whoever is performing that
20 triage identified that that was appropriate?
21    A.  Well, the -- the -- the indication was, is
22 that at any time medical felt like the offender needed
23 a check, that would occur.
24    Q.  But that -- you would agree with me that
25 that initial triage would be the earliest time that

---

**35**

1 could occur?
2    A.  Yeah.  When he arrives on the unit, yes,
3 sir.
4    Q.  Let me ask a question about when a -- if a
5 prisoner is immediately identified as having a
6 disability, like the prisoner comes off the bus and
7 they're using a wheelchair, do they have any
8 additional assessment done immediately or how do they
9 get the HSM-18 generated?
10    A.  I'm not sure.  I -- as far as the practice
11 that's going on when they get there.  But I will tell
12 you that, as reviewing some policies in my job, I have
13 seen that there is, once that initial assessment he
14 gets -- I'm going to say, gets off the bus, that they
15 make an initial assessment, and then they refer it
16 over to the unit provider or another higher level
17 medical staff member that can make a determination.
18    Q.  And would that be done more quickly for
19 someone using a wheelchair?  I mean, obviously,
20 someone using a wheelchair needs some accommodations
21 on the HSM-18, like you can't put someone using a
22 wheelchair in a top bunk.  Correct?
23    A.  You remember, we're talking about prisons
24 here.
25    Q.  Right.

---

**36**

1    A.  Just because a guy is in a wheelchair, there
2 needs to be some sort of medical evaluation to
3 determine whether he needs that wheelchair or not.
4    Q.  And that's fair enough.  I'm just saying, if
5 someone arrives using a wheelchair, would that
6 person -- you wouldn't put that person on a top bunk
7 pending an evaluation by the medical --
8    A.  No.  That --
9    Q.  -- staff?
10    A.  That should be referred over to the higher
11 level, again, medical practitioner to make a
12 determination.  Medical would determine if he needed a
13 lower bunk.
14    Q.  And you would make -- you would expect that
15 would be done immediately, because you can't have that
16 person being assigned a top bunk?
17    A.  I expect that to happen, yes.
18    Q.  Okay.
19    A.  In person, yes, sir.
20    Q.  Okay.  We talked a minute ago about how
21 policies are made in TDCJ.  Is the process for making
22 policies any different if the policy is related to
23 medical care or some medical issue?
24    A.  I believe it goes a different route, through
25 the Medical Health Services -- TDCJ Health Services

---

**APPENDIX 1692**

Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

---

**49**

1    Q.  Did you ever become sick or ill from the
2  temperatures in the -- when you were working in those
3  areas?
4    A.  I can't remember ever becoming sick or ill,
5  no, sir.
6    Q.  Do you remember seeing any other prison
7  staff who became sick or ill?
8    A.  At what period?
9    Q.  At any period when you were working in
10  the -- on the actual prison facilities.
11    A.  I would have to say, yes.  Specific
12  incidents, I don't remember.  But there has been
13  occurrences where I've seen staff get sick.  I've seen
14  offenders get sick in the summer months.  Usually they
15  had overexerted theirselves or had some sort of
16  existing medical condition that really didn't adapt
17  well to the heat.
18    Q.  So you were aware that some people have
19  medical conditions that make it more dangerous for
20  them to be in areas where the temperature is very hot?
21        MS. COOGAN:  Objection.  Calls for
22  speculation.
23    A.  Yes, sir.  I just wasn't sure whether I was
24  supposed to answer after that.
25    Q.  (BY MR. MEDLOCK)  Unless your lawyer tells

---

**50**

1  you not to answer --
2    A.  Okay.
3    Q.  -- if you could go ahead and answer the
4  question.
5    A.  Okay.
6    Q.  She's just making the objection for the
7  record and the judge may or may not sustain that later
8  on.  Okay?
9        MR. ANASTASIDIS:  You can go ahead and
10  answer.
11        THE WITNESS:  I did, sir.
12    Q.  (BY MR. MEDLOCK)  And you're also aware that
13  it's very hot outside at these prison units.  Is that
14  fair?
15    A.  Hot outside?  Yes, sir.
16    Q.  Are you aware that sometimes there is not
17  much of a -- a difference between the indoor
18  temperature and the outdoor temperature at these
19  facilities?
20    A.  Yes, sir.
21    Q.  Okay.  Have you reviewed any of the
22  temperature documents at the Hutchins Unit?
23    A.  Unless they were -- I believe some of them
24  might have been attached to a -- a deposition or
25  something that I might have read.  It seems like I did

---

**51**

1  go across them.
2    Q.  Do you remember seeing an e-mail that said
3  that it's maybe two to three degrees cooler indoors
4  than outdoors at the Hutchins Unit in the summer of
5  2011?
6    A.  No, sir.
7    Q.  We've talked a little today about personal
8  fans for prisoners.  Do you remember that
9  conversation?
10    A.  Yes, sir.
11    Q.  Now, there are some prison facilities where
12  there are plug outlets so they can have -- the inmate
13  can have a personal fan, and there are some where
14  there is no plug outlet.  Is that basically the
15  distinction where a personal fan is available and when
16  one is not?
17    A.  Yes, sir.
18    Q.  Is there any commonality that the areas that
19  don't have the plug outlet have?  Like what types of
20  areas would not have a plug outlet available --
21    A.  I don't understand your question.
22    Q.  Okay.  Well, it seems that a number of these
23  situations where the prisoners didn't have personal
24  fans was in a dormitory style setting.  Does that seem
25  fair?

---

**52**

1    A.  Yes, sir.  I believe that -- I believe
2  that's fair, yes, sir.
3    Q.  Typically, in the dormitory style housing in
4  TDCJ, are there outlets for personal fans?
5    A.  Please repeat your question.
6    Q.  Sure.  I'm just trying to determine if that
7  is kind of a -- a -- like a commonality between the
8  dorms or if, you know, at the Hutchins Unit maybe they
9  don't have -- they have dorms, but they don't have
10  plug outlets, but at the Gurney Unit they have dorms,
11  but they do have plug outlets, or is that kind of a
12  part of the design of the dorms?  Does that make
13  sense?
14    A.  Yeah, I believe it's more the design of the
15  dorm.  I don't believe -- I don't remember Gurney
16  having plugs and -- in the dorm.
17    Q.  And I'm just using Gurney as an example.
18    A.  Oh, okay.
19    Q.  I haven't been in there, and I couldn't tell
20  you if they do or not --
21    A.  I don't believe they do.
22    Q.  But your understanding, generally, is that
23  the dormitory style housing typically would not have a
24  plug outlet?
25    A.  We have some dorms that do, but the -- the

---

**APPENDIX 1693**

Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

73

1 And I don't mean aggressive like a --
2    A.  Yeah, bad word there. Yes, sir, I believe
3 it's reasonable that they should -- they could check
4 on him.
5    Q.  Just wake him up maybe, hey, are you doing
6 okay?
7    A.  I believe that's a reasonable expectation,
8 yes, sir.
9    Q.  Okay. We've had some discussion about -- we
10 were calling them respite areas with Mr. Thaler,
11 places where the inmates have an opportunity to go to
12 where it is air conditioned. Do you recall that?
13    A.  Yes, sir.
14    Q.  How are inmates informed about these
15 opportunities to go to one of these cooled-off areas?
16    A.  There should be a posting on the bulletin
17 board in the dorm. If -- you know, again, if the
18 officer is witnessing stress or the inmate is having
19 some difficulty in the -- in his activities and all,
20 then should be allowed to go to that area.
21    Q.  So the --
22    A.  Request -- request permission from the
23 officer, or in some cases we may escort him to our
24 infirmary, wherever that may be.
25    Q.  So the -- there would be either a posting in

74

1 the dorm on the bulletin board, or the officer, if
2 they noticed somebody looked in distress, they could
3 say, hey, do you need to go to cool off?
4    A.  That is correct.
5    Q.  Any other ways that an inmate would be
6 informed by TDCJ about that opportunity?
7    A.  At this point, I can't recall any other way.
8    Q.  How does a posting on the bulletin board get
9 approved?
10    A.  The warden approves postings on the bulletin
11 board. Now, there is times, because of maybe a
12 systemic issue, the director or the division head,
13 because of the -- I guess, the wide significance of it
14 that would require it to be posted on the board.
15    Q.  Generally, like a correctional officer, a
16 low level officer, couldn't just put something up on
17 the board, though. It should be approved by the
18 warden. Is that --
19    A.  Generally, that doesn't happen. The warden
20 approves the posting on the bulletin board.
21    Q.  And are copies of those postings kept
22 anywhere? Like if the warden said, we're going to put
23 this posting up about heat, would a copy of that go in
24 the file somewhere?
25    A.  I -- my experience is that it's dependent

75

1 upon the posting. I will tell you that not all
2 postings go -- you know, the commissary will post
3 their list every so often of items that we're out of
4 stock and things, and those wouldn't be. But I guess
5 I would answer that, it's dependent upon the posting.
6    Q.  Would a posting about protecting prisoners
7 from heat be something that a -- the warden should be
8 keeping?
9    A.  I'm not sure that there is a requirement for
10 that posting to be filed somewhere. Again, based upon
11 my experience as being a warden and my operational
12 review sergeant on my unit, I had that individual
13 responsible for posting things on the day room, and
14 they would keep a copy of what they were posting. But
15 I can't tell you there is any clear guidelines out
16 there about what they should keep copies of and what
17 they should not.
18    Q.  Okay. Take a look at Exhibit 52 for me,
19 Mr. Stephens.
20    A.  Yes, sir.
21    Q.  That's a letter that we talked about with
22 Mr. Thaler that has Mr. Livingston's signature on it
23 to Representative Sylvester Turner. Does that look --
24 is that right?
25    A.  That's correct.

76

1    Q.  Were you involved in the drafting of this
2 letter?
3    A.  I don't remember being involved in this
4 drafting.
5    Q.  Do you know -- before today, had you ever
6 seen a copy of that letter?
7    A.  No, sir. And I will say that up until
8 getting the job that I have now, I don't think I ever
9 drafted a letter for Mr. Livingston.
10    Q.  Okay. Is that something you do in your
11 current position?
12    A.  I've done one.
13    Q.  What was that about?
14    A.  It was -- it was a response to a family
15 member, and I think I did such a bad job they won't
16 ask me again.
17    Q.  That's a good way to get out of things in
18 the future.
19    A.  Well, it wasn't on purpose. I tried.
20    Q.  All right. Let's talk about these directors
21 meetings.
22    A.  Sure.
23    Q.  You are looking at Exhibit 53. That's the
24 meeting from July 2010. Is that right?
25    A.  That's correct.

WRIGHT WATSON & ASSOCIATES
(800) 375-4363   3307 Northland Dr., Ste. 185   Austin, TX 78731-4946   (512) 474-4363
b339ddc5-72e1-4350-a49e-946a9deb2499

APPENDIX 1694

Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

---

**77**

1    Q.  Did you attend that meeting?
2    A.  I don't remember if I was there or not. I
3  see my name up here as presenting some agenda topics.
4    Q.  Would that indicate to you that you probably
5  were at the meeting or --
6    A.  That would indicate that I was probably
7  there, yes, sir.
8    Q.  But you don't remember this meeting
9  specifically. Is that fair?
10    A.  No, sir.
11    Q.  Okay. I will refer you to page 469. Do you
12  see where it says Heat Issues?
13    A.  I see that.
14    Q.  Do you see it says, make sure you are
15  covering in wardens meetings?
16    A.  Yes, sir.
17    Q.  Do you remember what was discussed there?
18    A.  No, sir. I -- and, again, I don't know who
19  wrote this. Whose handwriting this is.
20    Q.  Fair that's not your handwriting?
21    A.  That's fair.
22    Q.  Okay. Do you remember if you presented on
23  this issue at this meeting?
24    A.  I -- no, I don't remember. I would only
25  assume I did since it's part of my agenda topics on

---

**78**

1  the front page.
2    Q.  Okay. Do you remember ever discussing heat
3  issues at directors meetings?
4    A.  Oh, yes, sir.
5    Q.  Okay. I mean, when I say "discussing," I
6  mean you leading the discussion.
7    A.  Yes, sir.
8    Q.  Okay. You've done that?
9    A.  Yes, sir.
10    Q.  You may well have done it in July of 2010?
11    A.  I may well have done it.
12    Q.  Okay. And it looks like the note here says
13  to make sure you're covering in wardens meetings. Is
14  the wardens meeting the meeting that the regional
15  director has with the wardens?
16    A.  That is right. Just as Mr. Thaler said
17  before is, the typical practice is, after the CID
18  meeting, the regional directors go back in their
19  respective regions and conduct a meeting with all of
20  their wardens and their regional team.
21    Q.  And in July of 2010, you were the deputy
22  director of Prison and Jails Operations for the
23  Correctional Institutions Division. Is that right?
24    A.  Yes, sir.
25    Q.  Tell me what the deputy director of Prison

---

**79**

1  and Jail Operations for the Correctional Institutions
2  Division --
3    A.  Well, I oversaw the regional directors in
4  the operations who oversaw the wardens, I had
5  responsibilities on the -- I guess, the security
6  operations of the units. I was responsible for
7  security -- a separate office of security systems that
8  takes care of staffing and the technology, the camera
9  systems, our use of force equipment, our armories
10  equipment, as well as the canine coordinator who is
11  responsible for our tracking dogs, our narcotics dogs,
12  our search and rescue dogs, our canine dogs, as well
13  as over the field operations and field force
14  operations.
15    Q.  What is field force operations?
16    A.  That's -- you see the offenders work outside
17  in the gardens and doing the landscaping, you
18  probably -- if you have seen it before, the officers
19  typically are on horseback and the offender is doing
20  the work out there. It's usually garden type work.
21    Q.  And you oversee that entire operation -- the
22  entire --
23    A.  There is a major that is assigned to that
24  security systems. He is over -- he does all the
25  technical and the direct oversight of it.

---

**80**

1    Q.  And then you supervise the majors. Is
2  that --
3    A.  Well, that major would actually report to
4  the warden of security systems, who reported directly
5  to me.
6    Q.  I see. So you kind of, as your role as
7  regional director -- as deputy regional director, or
8  deputy director -- let me just start over.
9        Your role as deputy director of the
10  Prison and Jail Operations for the Correctional
11  Institutions Division, these were kind of the areas
12  that you were assigned to supervise within the total
13  operations of the correctional institutions?
14    A.  Within the Correctional Institutions
15  Division.
16    Q.  Okay. The armories, we talked about that
17  with Mr. Thaler. To your knowledge, are the armories
18  at all of the prisons in air conditioned parts of the
19  prison?
20    A.  I make that assumption. All of the ones
21  that I've been associated with were.
22    Q.  The canine unit, you said that was the
23  tracking dogs?
24    A.  There is tracking dogs, then we have dogs
25  that are trained for narcotic detection, cell phone

---

**APPENDIX 1695**

Stephen McCollum, et al. v.
Brad Livingston, et al.

William L. Stephens
October 18, 2013

97

1  warden should be involved in that. I don't know about
2  that statement, though. I don't know if this was --
3  the whole deal was the ultimate responsibility of the
4  warden or -- I'm not sure what --
5     Q. Sure. But as a general matter, you would
6  agree that whether or not it was the warden's
7  responsibility in this specific situation, that
8  generally --
9     A. I believe the warden should have processes
10  in place to provide that offender access to medical
11  care.
12     Q. Let's go to page 603.
13     A. Page two -- three.
14     Q. You see at the top there where it says Heat
15  Precautions, and then says PAT Test?
16     A. I do.
17     Q. Do you remember if this officer who died
18  during the PAT test had anything to do with the
19  temperatures?
20     A. No, sir, I do not. I believe it was a -- I
21  believe this officer was taking the PAT test, and as
22  y'all were asking Mr. Thaler earlier, I felt real bad
23  because I can't remember his name. But I do remember
24  he was taking the physical agility test and had a
25  heart attack during the process of taking the test.

98

1     Q. Do you remember like what month of the year
2  that happened?
3     A. That -- it's dated up here May, so I'm
4  assuming it happened sometime before May. And I'm
5  just assuming that this was a necessary -- so I'm
6  thinking April or March, but I'm not sure. I'm not
7  sure.
8     Q. And is it -- it's your recollection, like
9  Mr. Thaler, that there is nothing that heat and this
10  officer's death have to do with each other, other than
11  they happen to be on this page next to each other?
12     A. Yeah. I think that's two separate topics.
13     Q. Okay. Let's look at Number 56. This is the
14  July 14, 2011 directors minutes. Is that right?
15     A. Yes, sir, it is.
16     Q. And let's look at page 618.
17     A. Yes, sir.
18     Q. Do you see where it EAC Update?
19     A. Yes, sir.
20     Q. You see where it says, incidents have
21  increased with hot weather?
22     A. Yes, sir.
23     Q. Is that typically true during the summer,
24  that EAC incidents go up?
25     A. EAC incidents?

99

1     Q. Things that are reported to the -- that EAC
2  reports would be generated for?
3     A. All of the different reports?
4     Q. Sure.
5     A. I don't know if they raise in the summer or
6  not. I don't know if, you know, when you look at the
7  totality of all the EAC reports, if there is actually
8  more that occur in the summer than the winter. I
9  haven't studied it that close.
10     Q. You've never looked at like a bar graph that
11  shows --
12     A. Right. I've seen many and didn't pay
13  attention to whether it was more total incidents in
14  the summer than more -- than in the winter.
15     Q. Okay. Do you know if there would be anyone
16  who would know that?
17     A. Well, I assume the EAC, if we looked at
18  their reports, it may show that. I mean, if you're
19  just trying to determine, are there more incidents in
20  the summer months than in the winter months, they
21  would have that data.
22     Q. And that would be --
23     A. Emergency Action Center.
24     Q. The name here is Kathy Cleere, would she
25  be --

100

1     A. She's retired.
2     Q. She's retired. Who is in her position now?
3     A. The person that I would tell you to -- if
4  you're trying to find someone to go to would be in
5  Executive Services. It would be Karen Hall.
6     Q. Hall, like you walk down a hall, H-a-l-l?
7     A. Yes, sir.
8     Q. And it says here that there were ten
9  offender, 20 employee heat-related issues as of
10  July 2011. I assume that's for that calendar year.
11  Does that seem fair?
12     A. Again, that's an assumption. I don't know
13  if that's ten to 20 in the last two months, ten or 20
14  in the last month, in the last week, I don't know
15  that.
16     Q. Okay. Do those numbers concern you that
17  there would be ten offender and 20 employee
18  heat-related issues?
19     A. Well, certainly I think that heightens
20  everyone's awareness, that, hey, this is amongst us,
21  this is real. Let's make sure that we're training our
22  staff, make sure we're keeping this at the forefront
23  of our activities.
24     Q. Do you know how serious a heat-related issue
25  needs to be to show up on an EAC report?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 68

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, | § | |
| STEPHANIE KINGREY, and | § | |
| SANDRA McCOLLUM, | § | |
| individually and as | § | |
| heirs at law to the | § | |
| Estate of LARRY GENE | § | |
| McCOLLUM, | § | |
| Plaintiffs, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. |
| | § | 3:12-cv-02037 |
| BRAD LIVINGSTON, JEFF | § | |
| PRINGLE, and the TEXAS | § | |
| DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| Defendants. | § | |

-----------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

KAREN SUE TATE

FEBRUARY 7, 2013

-----------------------------------


ORAL AND VIDEOTAPED DEPOSITION OF KAREN

SUE TATE, produced as a witness at the instance of the

PLAINTIFFS, and duly sworn, was taken in the

above-styled and numbered cause on the 7th day of

February, 2013, from 3:57 p.m. to 5:49 p.m., before TINA

TERRELL BURNEY, CSR in and for the State of Texas,

reported by machine shorthand, at the Hutchins State

Jail, 1500 E. Langdon Road, Dallas, Texas 75241,

pursuant to the Federal Rules of Civil Procedure.

45

Stephen McCollum, et al.                          Karen Sue Tate
Brad Livingston, et al.                        February 07, 2013

1    Q.   As somebody who's worked at TDCJ for ten

2 years, do you think it would be reasonable to let people

3 have personal fans when the temperatures are high during

4 the summer?

5    A.   That's not my decision, sir, and for safety

6 and security, I don't know that I would.

7    Q.   Okay.  Was -- on the night shift, are jugs of

8 water brought to the prisoners in the dorms to drink

9 from?

10   A.   They're changed out, yes, sir.

11   Q.   Are there jugs available for them to drink

12 from in the night shift?

13   A.   Yes, sir.

14   Q.   Okay.  Are prisoners required to be in their

15 bunks at certain times?

16   A.   Yes, sir, we have certain times.

17   Q.   What are those times?

18   A.   Count time or rack time.

19   Q.   What is -- count time is when you're counting

20 them?

21   A.   When we're physically counting, yes.

22   Q.   What's rack time?

23   A.   Bedtime.

24   Q.   And when does -- when is bedtime, and how long

25 after bedtime do you have to remain in your bunk?

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
484356b4-0d0c-4ff0-8574-db7131818409

**APPENDIX 1699**

Stephen McCollum, et al.                          Karen Sue Tate
Brad Livingston, et al.                      February 07, 2013

 1        A.    They go to bed generally around 10:30 at

 2   night, between 10:30 and 11:00.

 3        Q.    And when -- when's wake up time?

 4        A.    Wake up time is at chow.  We call them all to

 5   wake them up and get ready for chow.

 6        Q.    And what time is chow?

 7        A.    Chow generally starts around 3:00 o'clock.

 8        Q.    And can they get up from their bunk between

 9   rack time and chow?

10        A.    Yes, sir.

11        Q.    For what reason?

12        A.    Restroom.  If they have a need, you know, if

13   they need the rover.

14        Q.    Can they get up to get water out of the jug?

15        A.    Yes, sir.

16        Q.    Okay.  Have you ever had a heat stroke or heat

17   exhaustion while working here at the Hutchins Unit?

18        A.    Not to my knowledge, sir.

19        Q.    Have you ever felt dizzy or nauseous during

20   the summer here?

21        A.    No, sir.

22        Q.    How many jugs of water would have been in the

23   dorm at the -- on the night shift in July of 2011?

24        A.    There would have been a large Igloo in each

25   dorm.

53

Stephen McCollum, et al.                           Karen Sue Tate
Brad Livingston, et al.                          February 07, 2013

1          A.    I'm not aware that we met, no, sir.

2          Q.    Okay.  You don't remember ever having a

3    conversation with him or anything like that?

4          A.    No, sir.

5          Q.    Did you ever -- I'm sure you recall Mr.

6    McCollum was a rather large individual.  Do you remember

7    that?

8          A.    Yes, sir.

9          Q.    And he was on the top bunk.  Do you remember

10   that?

11         A.    Yes, sir.

12         Q.    Do you -- did you ever notice someone that

13   large being on the top bunk before you were called to

14   his bedside?

15         A.    When they brought it to my attention.

16         Q.    Who -- who brought it to your attention?

17         A.    The large offender.

18         Q.    Okay.  Okay.  Because generally offenders

19   would prefer to be on the bottom bunk; is that fair?

20         A.    That's fair.

21         Q.    Okay.  Do you remember seeing Mr. McCollum

22   being on the top bunk and thinking that was odd or

23   unusual for someone of his size to be on the top bunk?

24         A.    No, sir.

25         Q.    Looking back, do you think it was odd that

34

Stephen McCollum, et al.                              Karen Sue Tate
Brad Livingston, et al.                             February 07, 2013

1  someone of his size was on the top bunk?

2      A.   No, sir.  Not all of them prefer a bottom

3  bunk.

4      Q.   Do you think that it was a good idea for

5  someone of his size to be on the top bunk?

6               MR. HARRIS:  Objection, vague.  Calls for

7  speculation.

8      A.   I didn't have an opinion.

9      Q.   Do you have an opinion now as to whether that

10  was a good idea, to have someone of his size on the top

11  bunk?

12              MR. HARRIS:  Objection, vague.  Calls for

13  speculation.

14     A.   I don't know his preference, sir.

15     Q.   Well, ignoring his preference, from a

16  correctional perspective, from your perspective as a

17  sergeant at -- who's worked for TDCJ for ten years, do

18  you think it was a good idea for someone of his size to

19  be on the top bunk?

20              MR. HARRIS:  Objection, vague.  Calls for

21  speculation.

22     A.   I don't have an opinion.

23     Q.   Okay.  Is anything ever done to make sure that

24  a prisoner is going to chow?

25     A.   How?

Stephen McCollum, et al.                          Karen Sue Tate
Brad Livingston, et al.                        February 07, 2013

1       Q.    Do you remember if you were in a building or

2   between buildings or...

3       A.    I don't remember.

4       Q.    You don't remember if you were in the -- the

5   administration building in the front or in one of the

6   dorms in the back?

7       A.    I was in the building areas.

8       Q.    The building areas meaning where the dorms

9   are?

10      A.    On the walkway or in one of the buildings.  I

11  can't tell you exactly.

12      Q.    Okay.  How did you know that Mr. McCollum was

13  in trouble?

14      A.    Over the radio.  It was radioed.

15      Q.    Who-- who do you remember talking to on the

16  radio?

17      A.    To my recollection, I believe Officer Jolayemi

18  announced that they had an -- an offender that was

19  having a seizure.

20      Q.    And did you talk back with Officer Jolayemi?

21      A.    I told her that I was en route.

22      Q.    How long did it take you to get from where you

23  received that radio call to the dorm?

24      A.    A few minutes.

25      Q.    More than 10 minutes?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 69

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, | § | |
| STEPHANIE KINGREY, AND | § | |
| SANDRA McCOLLU, | § | |
| INDIVIDUALLY AND AS | § | |
| HEIRS AT LAW TO THE | § | |
| ESTATE OF LARRY GENE | § | |
| McCOLLUM, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 3:12-CV-02037 |
| | § | |
| VS. | § | |
| | § | |
| BRAD LIVINGSTON, JEFF | § | |
| PRINGLE, RICHARD CLARK, | § | |
| KAREN TATE, SANDREA | § | |
| SANDERS, ROBERT EASON, | § | |
| THE UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH AND THE | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| Defendants. | § | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL AND VIDEOTAPED DEPOSITION OF
RICHARD C. THALER
VOLUME 1

October 18, 2013

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    ORAL AND VIDEOTAPED DEPOSITION OF RICHARD C.
THALER, produced as a witness at the instance of the
PLAINTIFFS, and duly sworn, was taken in the
above-styled and numbered cause on October 18, 2013,
from 9:00 a.m. to 4:35 p.m., before Brenda J. Wright,
RPR, CSR in and for the State of Texas, reported by
machine shorthand, at the Office of the Attorney
General, 300 West 15th Street, Suite 1200, Austin,

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

```
 1        A.   Yes, sir.
 2        Q.   Okay.  Did you read any of the depositions
 3   of the other correctional officers?
 4        A.   No, sir.
 5        Q.   Okay.  82.015, which is the EAC summary
 6   review process?
 7        A.   I believe so, yes, sir.
 8        Q.   Okay.  Policy 10.64, which is dealing with
 9   temperature extremes --
10        A.   Extremes --
11        Q.   -- in the workplace only.  Correct?
12        A.   Yes.  That's -- yes.
13        Q.   It doesn't -- it's not a policy designed for
14   assessing indoor housing temperatures.  Correct?
15        A.   The directive currently does not address
16   that issue, yes, sir.
17        Q.   That is a -- is that a hole in the system
18   that you think should be fixed?
19        A.   Sure.  I think that through discussions
20   with -- in these cases, to make sure that staff is
21   clear on -- extremely clear on their obligations out
22   there.  And I would feel, from being a warden in the
23   field for many years, I was pretty clear that heat
24   extremes could occur in any area of the facility,
25   inside or outside.  So mitigation steps that we took
```

Stephen McCollum, et al. v.                Richard C. Thaler
Brad Livingston, et al.                    October 18, 2013

1  to mitigate those heat issues for many years didn't

2  stop at the dorm door.

3       Q.   Okay.

4            MR. EDWARDS:   Let me just object as

5  nonresponsive after "sure."

6       Q.   (BY MR. EDWARDS)   And that's just lawyering

7  stuff, so...

8            Do you know why there isn't -- strike

9  that.

10           Do you know why there wasn't an actual

11 policy designed and implemented by the Texas

12 Department of Criminal Justice concerning extremely

13 high temperatures inside the housing areas?

14      A.   Well, I think in reviewing our efforts over

15 the years that I have been with the system,

16 particularly in the administrative positions from

17 where -- the warden's position and above, those steps

18 were initiated at the facility level.   For many years,

19 as I'm sure we'll get to here eventually, an e-mail

20 has been sent out from the central administration

21 outlining the need to ensure we're addressing

22 heat-related conditions in all areas of our facility.

23      Q.   Sure.

24      A.   Very few -- very few issues in our system

25 rise to the level that the central office has for many

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1707**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  years put out basically a public notice to all staff

2  as this is a high priority in our system.  So that had

3  served to be effective for many years to bring focus

4  to the subject matter going into each seasonal period.

5  And that, in addition to the policies that we have in

6  place about appropriately housing the offenders in our

7  system as a whole, dealt with those issues.

8      Q.   Okay.  You're talking about this informal

9  e-mail that went out every year, every May, about the

10  dangers of heat and you've got to take steps to

11  protect inmates from the dangers of heat.  Right?

12      A.   Yes, sir.

13      Q.   Okay.  And there has been testimony in this

14  case that that served as some sort of de facto

15  practice or policy of the agency.  Would that be your

16  opinion as well?

17      A.   It surely served as a directive memo to the

18  agency for staff to take at a minimum those

19  precautionary steps to mitigate the heat.

20      Q.   Okay.  But my question is a little bit

21  different.  My question is, why did that informal

22  e-mail not become a formal agency process, if you

23  know?

24      A.   I don't know specifically why it didn't

25  become a formal process, but that directive is just as

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1708**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  strong as any policy that is put in place.  And, in

2  fact, in some cases, emphasizes the subject matter

3  even more so.

4       Q.   Has anybody in the Texas Department of

5  Criminal Justice ever been disciplined for not

6  adhering to that informal e-mail, to your knowledge?

7       A.   I don't know to my knowledge.  I don't know

8  of anyone to my knowledge.

9       Q.   Okay.  Are you aware of anyone not

10 adequately protecting inmates from heat, to your

11 knowledge?

12      A.   To my knowledge -- can you repeat the

13 question?

14      Q.   Yeah.  Are you aware of anyone ever in the

15 Texas Department of Criminal Justice system not

16 adequately protecting inmates from the dangers of

17 extreme heat?

18           MS. COOGAN:  Objection.  Form.

19      Q.   (BY MR. EDWARDS)  And I assume you would be.

20      A.   Well, again, directly in those -- in those

21 cases out there, I am trying to remember of a specific

22 incident.  But we do have processes and procedures out

23 there, and I'm not going to attest that every staff

24 member that has ever been in our agency has always

25 followed those.  But a specific example, I can't name

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1709**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1      A.    Yes, sir.

2      Q.    They work hand in hand, to your knowledge?

3      A.    As all division directors do, yes, sir.

4      Q.    Did Mr. Stephens function kind of as your

5 chief of staff in a way?

6      A.    I wouldn't say that.  All three deputy

7 directors carried on different responsibilities and

8 covered different components of the Correctional

9 Institutions Division, so Mr. Stephens surely had his

10 portion of that.

11     Q.    Each of them collectively functioned as

12 essentially a chief of staff for you?

13     A.    Yes.

14     Q.    Fair?

15     A.    They reported -- I relied on them to -- to

16 bring issues to my attention that needed to be

17 addressed, yes, sir.

18     Q.    Okay.  When a policy is finally made, is

19 Director Livingston -- does it require his approval?

20     A.    In -- there is different signatures, but in

21 most cases an administrative directive would be signed

22 by Mr. Livingston.  There are some administrative

23 directives that would be signed by the executive

24 deputy director.

25     Q.    Would he be involved at all in -- did you

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946    (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1710**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   ever -- I mean, did you have personal conversations

2   with Director Livingston about the extreme heat inside

3   the Texas prison system, generally?

4        A.   In general, particularly in -- as we went

5   into each seasonal year, we surely generated the

6   initial notification to all staff.  There, I'm sure,

7   were conversations that we had as we were going into

8   each seasonal period where I would assure

9   Mr. Livingston that directions were put out to the

10  field and training was being conducted.  As we had the

11  incidents occur in 2011, I would have surely discussed

12  with Mr. Livingston the subject matter of the

13  incidents that were occurring and steps that were

14  being taken to address the issue.

15       Q.   Okay.  So the individuals that died in --

16  well, when did you take over your job as --

17       A.   2009.

18       Q.   2009.  Okay.  So any offender death that was

19  linked to hyperthermia, you would have discussed that

20  with Director Livingston?

21       A.   I can't say that I discussed specific

22  individual incidents with Mr. Livingston in all cases.

23  In some cases, the cause of death wasn't identified

24  until sometime after -- after the incident.  But the

25  general subject matter about, as Health Services

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1711**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   A.   I would assume that Mr. Livingston is

2   knowledgeable about policies within the agency, yes,

3   sir.

4        Q.   Well, specifically, would you expect him to

5   be knowledgeable about the particular danger that

6   heat, extreme heat inside the prison system poses to

7   inmates?

8             MR. ANASTASIDIS:   Objection.  Asked and

9   answered, and also calls for speculation.

10       A.   Again, I think I answered your question.  I

11  can't speak to his knowledge.  Again, generally, I

12  would say that Mr. Livingston is aware of most issues

13  within the agency and policies that are written to

14  address those issues.

15       Q.   (BY MR. EDWARDS)  Okay.  Well, when you talk

16  to him about people dying due to -- of hyperthermia

17  due to indoor heat, was he surprised?

18       A.   I surely don't think that -- particularly,

19  when we had the first discussion in 2011, that any of

20  us were anticipating or expecting any deaths to occur.

21  So I don't know if "surprise" is the right word, but

22  it surely was information that we had discussed that

23  we never had discussed before.

24       Q.   Prior to 2011, you never talked about deaths

25  in the Texas prison system with -- with Director

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1712**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   Livingston relating to heat?

2        A.    No, sir, I did not.

3        Q.    Okay.  Were you aware that other people had

4   died in the Texas prison system due to heat-related

5   illness prior to 2009?

6        A.    I cannot say that -- that I had direct

7   knowledge relating to any specific incident of a

8   heat-related illness death in the system prior to

9   2009.

10       Q.    Well, were you aware that correctional

11  officers would routinely complain about the high heat

12  inside the prison?

13       A.    I don't know that I would use the word

14  "routinely."  I worked inside those systems for many

15  years myself, and surely conditions were uncomfortable

16  but not unbearable.

17       Q.    Okay.  Let me change it.  Were you aware

18  that correctional officers throughout the prisons in

19  TDCJ system would complain about the heat and how hard

20  it was for them to work in that heat?

21       A.    Again, I might have not answered your

22  question directly, but as it relates to formal

23  complaints rising to my level, individuals bringing

24  complaints from staff to my level, I cannot say that I

25  recall having specific conversations about complaints

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185   Austin, TX 78731-4946    (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1713**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   coming from staff in the field.

2       Q.   Would it surprise you to learn that

3   correctional officers have, in fact, complained about

4   the intense heat at the Hutchins Unit?

5       A.   It wouldn't surprise me that there are some

6   staff members that would complain about many

7   conditions, to include the environment they work in.

8       Q.   Well, does the environment you work in, is

9   it 100 degrees on a consistent basis during the

10  summer?

11      A.   The environment that I worked in?

12      Q.   Yes.

13      A.   For the most part, no, not during the

14  position that I held as director for the agency.

15      Q.   Right.  Your office was air conditioned.

16  Right?

17      A.   Yes, it was.

18      Q.   All of your senior staff's offices were air

19  conditioned.  Right?

20      A.   Yes, sir.

21      Q.   All of your wardens' offices, including

22  Warden Pringle at the Hutchins Unit, their office is

23  air conditioned.  Right?

24      A.   Yes, sir.

25      Q.   Your correctional officers and the inmates

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

 1        A.    I'm aware of some incidents, particularly in

 2    2011, where hypothermia was determined to be the cause

 3    of death, yes, sir.

 4        Q.    Not just 2011, 2012.  Right?

 5        A.    There are a couple of instances in 2012,

 6    yes, sir.

 7        Q.    And I assume you would agree with me that a

 8    couple of incidents in 2012 is a couple of incidents

 9    too many.  Right?

10        A.    I would agree.

11        Q.    And I assume you would agree with me that

12    ten incidents in 2011 is off the charts too many.

13    Right?

14        A.    I would agree that any number is too many.

15        Q.    Okay.  Because this is not a problem that

16    can't be fixed.  Right?  This is a problem that can be

17    fixed?

18                MR. GARCIA:  Objection.  Is there a

19    question in there?

20        Q.    (BY MR. EDWARDS)  Isn't this a problem that

21    can be fixed by lowering the temperature and

22    eliminating the potential for extreme heat to cause

23    heat stroke?

24                MR. GARCIA:  Objection, compound

25    question.  Objection, speculation.

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1715**

Stephen McCollum, et al. v.                 Richard C. Thaler
Brad Livingston, et al.                      October 18, 2013

```
 1              MS. COOGAN:  And vague.  By whom?
 2        A.    Again, we have safely housed individuals in
 3   our institutions for many years.  There surely is a --
 4   an environment where temperatures are not controlled,
 5   and portions of our populations do live in those
 6   environments.  It's been our practice to ensure that
 7   appropriate steps are taken to mitigate the heat in
 8   those particular circumstances, and that offenders are
 9   appropriately housed in accordance with their health
10   service needs, so...
11        Q.    (BY MR. EDWARDS)  I appreciate that, sir,
12   and I don't mean to be rude --
13              MR. EDWARDS:  But I'm going to object
14   as nonresponsive.
15        Q.    (BY MR. EDWARDS)  Did you safe -- did the
16   Texas Department of Criminal Justice safely house
17   Larry Gene McCollum?
18              MR. ANASTASIDIS:  Objection, vague and
19   calls for speculation.
20        A.    I don't know what you mean by safely house,
21   but I will respond to that question of, Mr. McCollum
22   suffered from a heat-related illness.  The autopsy
23   indicated that it was from hyperthermia, so the living
24   conditions were a partial causal factor of his death.
25        Q.    (BY MR. EDWARDS)  Did you review his
```

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946    (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1716**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   should be doing.  Fair?

2        A.   Right.

3        Q.   Did you do that in 2011, in the summer of

4   2011, did you do everything possible to stop these

5   deaths by heat stroke in the summer of 2011?

6        A.   I think that moving into the summer of 2011,

7   every reasonable step was taken to address those

8   issues.  Those reasonable steps had been in place for

9   our -- for many years, and provide for that safe

10  environment for the offender population.  In 2011,

11  there surely was a need to re-evaluate our processes

12  and make appropriate adjustments.

13       Q.   Did it require ten people to die before you

14  started re-evaluating?

15            MR. GARCIA:  Objection.  Argumentative.

16       A.   Again, any time we had a death, once the

17  issue arose in 2011, we immediately began looking at

18  the issue.  Those deaths occurred in a very short

19  period of time over a -- a course of less than a

20  month.  And our actions that were taken surely were

21  implemented as we moved forward to identify those

22  individuals and any individuals that additional needs

23  were required to avoid similar incidents.

24       Q.   (BY MR. EDWARDS)  Okay.  I want to make sure

25  I understand.  I mean, is it the position of the Texas

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1717**

Stephen McCollum, et al. v.                     Richard C. Thaler
Brad Livingston, et al.                         October 18, 2013

1      A.   I would surely -- surely be wanting to
2  determine why they weren't being followed.
3      Q.   (BY MR. EDWARDS)  Because they're really
4  important to be provided.  Right?
5      A.   There surely are some important mitigating
6  steps there, yes, sir.
7      Q.   Discuss the importance of making water
8  available to the inmates.
9      A.   Again, in all our housing areas, of course,
10 water is available year round through water fountains
11 or water portals.  During the summer months we bring
12 in additional water coolers.  Again, in most cases,
13 those coolers should be replaced multiple times
14 throughout the day to allow for additional opportunity
15 for offenders to drink cool water in their housing
16 environment.
17     Q.   And if that wasn't happening, you would be
18 critical.  Correct?
19     A.   I surely would want to know why it was not
20 happening, yes, sir.
21     Q.   Well, regardless, whether it was not
22 happening because someone is just a mean, rotten
23 person, or someone is absolutely incompetent, you
24 would be critical.  Right?
25     A.   It surely would be a step that should be

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   constantly monitored because, otherwise, you place

2   inmates in danger.  Right?

3       A.    Particularly during -- as the heat continues

4   to increase, that would be something that I would

5   surely think is reasonable and should be done.

6       Q.    Okay.  And these jugs of water we're talking

7   about, are they ten-gallon jugs that you might see at

8   a soccer game?  The kind that you dump on the coach at

9   the Super Bowl?

10      A.    Similar to that.  Similar to those size,

11  yes, sir.

12      Q.    Okay.  Are you aware of how many cups of

13  water are in those jugs?

14      A.    I don't know.

15      Q.    Are you aware of what the recommended amount

16  of water a human being should drink in periods of heat

17  where it's greater than 90 degrees?

18      A.    I can't say that I know, no, sir.

19      Q.    As a policy maker for the Texas Department

20  of Criminal Justice, with actual authority make this

21  happen, don't you think you should be aware of that?

22      A.    Well, again -- again, that -- that ice jug

23  there is to supplement the water supply that's

24  currently already in the dormitories.  So I don't want

25  to make the assumption here that that is the only

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185   Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1719**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  method by which offenders receive fluids in their

2  housing area.  There are --

3       Q.   Sinks you're talking about.  Right?

4       A.   There are water fountain spigots on the

5  sinks that are used as water fountains, similar to

6  water fountains that you would find in other -- in

7  other housing areas on other facilities.

8       Q.   Is that warm water or ice cold water?

9       A.   It's not ice cold water, no, sir.

10      Q.   It's not like a water fountain in a little

11 elementary school.  Right?

12      A.   It's not chilled water, it is not.  But it

13 is water, and hydration is -- the most important issue

14 here.  That cool water surely preferred, but hydration

15 is important.

16      Q.   Okay.  Now, is hydration, in your opinion,

17 the most important issue or is lowering the

18 temperature an equally important issue?

19              MS. COOGAN:  Objection.  Calls for an

20 expert opinion.

21      A.   Well, again, as it relates to providing

22 mitigating circumstances and from discussions with

23 health service staff, the most important thing that

24 you can do particularly to help reduce your body

25 temperature is to intake plenty of fluids during those

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1720**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1      Q.   Okay.  And was that developed in

2  coordination with UTMB or was that just developed by

3  TDCJ out the concern for its inmate population?

4      A.   Well, I work with --

5      Q.   If you know?

6      A.   I work with Doctor Linthicum, so her

7  interaction with our health care providers, I could

8  not speak to the degree that -- that they worked

9  together on it.  But it was something that

10  Doctor Linthicum and -- and I myself discussed.

11      Q.   (BY MR. EDWARDS) Is Doctor Linthicum -- and

12  I apologize, I probably should know this -- is she

13  employed by UTMB or is she employed by TDCJ?

14      A.   She is employed by TDCJ as the health

15  service director.

16      Q.   Okay.  So other than Doctor Linthicum, did

17  you discuss this with anyone at UTMB?

18      A.   No, sir.

19      Q.   Okay.  All right.  Now, when that initial --

20  I don't know if you call it assessment, or kind of

21  when they come in, assessing immediate needs, if the

22  UTMB person doing that were to say, this person needs

23  to be housed in an air conditioned environment, would

24  TDCJ follow that recommendation?

25      A.   Yes.

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1721**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1    Q.   That's like a hundred times out of a

2  hundred.   You're not providing medical care, they are.

3  Right?

4    A.   Well, again, any medical restrictions that

5  were placed on an offender, we surely -- medical

6  surely has the autonomy to make those decisions and we

7  would have to abide by them.

8    Q.   Okay.   Now, in a situation where UTMB said,

9  look, this person needs to be housed in an air

10 conditioned environment, would you be able to say,

11 whoa, huh-uh, that's too expensive.   Or would you have

12 to follow their recommendation?

13   A.   Again, if that were to happen today, then

14 the normal process would be that UTMB would notify the

15 unit administrator, the unit classification process.

16 We would have to find appropriate housing for that

17 offender.   If it was potentially possible to put that

18 individual in a -- in a portion of the facility that

19 had controlled air on that particular facility, at

20 least temporarily, that would be the first action.

21              And then, subsequent to that,

22 classification would find an appropriate facility that

23 had conditioned air and that transfer would be

24 initiated for that individual.

25   Q.   Okay.   And there are, in fact, facilities

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1722**

135

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  instructions given, the same decisions could be made,

2  yes, sir.

3       Q.   This -- after this e-mail is sent out, I

4  believe there has been previous testimony that --

5  well, strike that.

6            Are you responsible for sending out

7  Exhibit 50 or is somebody else responsible for it?

8  And I'm talking about that '09 to before you retired

9  time period.

10      A.   Yeah.  In most cases that would come from my

11 office.  In some cases it might have been disseminated

12 from Mr. Stephens' office.

13      Q.   Okay.  There has been testimony in this case

14 that a circular, a risk management circular was read

15 aloud to officers about recognizing the signs and

16 symptoms of heat stroke and heat exhaustion.  Were you

17 aware that that was going on in -- at the

18 Hutchins facility?

19      A.   Not -- not directly aware, but heat

20 preparedness training, as I mentioned before, is

21 required to be conducted on each facility, in addition

22 to the training that the correctional staff receive as

23 they go through their pre-service and in-service

24 training.

25      Q.   And this training was going on from the time

WRIGHT WATSON & ASSOCIATES
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

APPENDIX 1723

Stephen McCollum, et al. v.                Richard C. Thaler
Brad Livingston, et al.                    October 18, 2013

1   you started your job as director of Correctional

2   Institutions Division.  Right?

3       A.   As far as I know, training -- yes.

4       Q.   It wasn't in response to this epidemic of

5   heat deaths in 2011, was it?

6       A.   No, sir.

7       Q.   Okay.  So you would expect that your

8   officers to be well versed in what the signs and

9   symptoms of recognizing heat stroke are.  Right?

10      A.   We surely try to ensure that they are

11  appropriately trained, and an additional step that is

12  taken is, they are provided a card that they carry on

13  person which would identify those signs for them.

14      Q.   Certainly you would expect Warden Pringle to

15  understand what the signs and symptoms of heat stroke

16  are.  Right?

17      A.   Generally, yes, sir.

18      Q.   If he had no idea what they were, would that

19  trouble you?

20      A.   Well, again, I would think he would have

21  some general idea, but -- because --

22      Q.   You certainly would hope that he would have

23  a general idea.  Right?

24      A.   Sure.

25      Q.   Okay.  I agree.  If he didn't, would that

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1724**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  identified, but adding that individual to the list

2  would surely allow for additional scrutiny by security

3  staff as they make their rounds.

4        Q.   Better to identify it right away, because

5  there is no more protection and the benefit of

6  identifying and protecting the inmate actually occurs?

7        A.   Well, again, it sure would be -- give us an

8  opportunity to interact with that inmate --

9        Q.   Sure.

10       A.   -- directly each time that we made our

11 rounds.

12       Q.   And you're not saying that you need this

13 wellness checklist in order for officers to

14 appropriately respond to people who are showing signs

15 and symptoms of heat illness.  Right?  That's the

16 whole point of all your training that you do.  Right?

17              MR. GARCIA:  Objection.  Compound.

18       A.   Again, the officers are trained to identify

19 those illnesses.  This wellness checklist was put in

20 place just as an additional measure to -- to identify

21 those struggling that might have a higher propensity

22 to those illnesses.

23       Q.   (BY MR. EDWARDS)  If Mr. McCollum was, in

24 fact, struggling for a period of days, and inmates

25 told officers about this, should they have gotten him

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1725**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   to see the medical provider at the facility?

2        A.   Surely if any staff member received

3   information that any offender needed medical

4   attention, they should have checked on that offender

5   and referred that individual to -- to the health

6   services department.

7        Q.   Okay.

8             MR. EDWARDS:  All right.  We've got two

9   minutes left on the tape.  Let's take a short break

10  and then we'll dive into your director meetings.

11            MR. GARCIA:  How much more have you

12  got?

13            MR. EDWARDS:  The 12 director meetings.

14  About an hour, I think.

15            THE VIDEOGRAPHER:  Let's go off the

16  record.  We're off the record at 1:10 p.m.

17                 (LUNCH RECESS)

18            THE VIDEOGRAPHER:  We're back on the

19  record.  The time is 2:16 p.m.

20       Q.   (BY MR. EDWARDS) Sir, we've taken a short

21  break for lunch.  Are you ready to continue?

22       A.   Yes, sir.

23       Q.   Okay.  We were talking a little bit about

24  the wellness checklist that I believe you told me was

25  implemented towards the end or at least after the

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1726**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

```
 1              (Deposition Exhibit No. 55 marked.)
 2                   MR. EDWARDS:  Demetri, do you want one?
 3                   MR. ANASTASIDIS:  Please.  If you have
 4   an extra copy, yes.  Thank you.
 5       Q.   (BY MR. EDWARDS)  I'm handing you
 6   Exhibit 55.  Is that a copy of your May 2011
 7   Correctional Institutions Division directors meeting?
 8       A.    It is titled Correctional Institutions
 9   Division directors meeting and dated 5-12-2011.
10       Q.    Okay.  It appear that you gave the opening
11   remarks at that meeting.  Correct?
12       A.    Again, if I was present, yes, I did.
13       Q.    If you weren't present, who would have given
14   the opening remarks?
15       A.    In most cases that would have been one of my
16   deputies, again.
17       Q.    It does say, though, that the speaker was
18   yourself.  Correct?
19       A.    Yes, it does.
20       Q.    Okay.  All right.  Why don't you flip over
21   to page 595.
22       A.    Okay.
23       Q.    And it looks like, in May of 2011, one of
24   your agenda topics is, again, heat precautions.
25       A.    Yes, sir.
```

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946    (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1727**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

```
 1        Q.   I mean, it appears to me, based on these
 2   documents, you're personally involved in making sure
 3   that precautions are taken at each of these
 4   facilities, including the Hutchins facility.  Is that
 5   fair?
 6        A.   It surely would have been discussed at this
 7   meeting with the regional directors.
 8        Q.   Okay.  Would you flip to the next page, sir.
 9   Do you recall discussing heat precautions at this
10   meeting?
11        A.   Again, heat precautions was a topic that I
12   left on my agenda, and we discussed each time that we
13   met specific topics that were discussed in -- in June
14   of -- or May -- I'm sorry.  May of 2011, I could not
15   detail or recall.
16        Q.   Okay.  You just know you talked about them?
17        A.   Yes, sir.
18        Q.   Okay.  Take a look at the number three,
19   where it says, offender access to medical care.
20        A.   Uh-huh.
21        Q.   And then the person's name is Sharon Howell.
22        A.   Yes, sir.
23        Q.   As of May 12th, 2011, what position was --
24   did Sharon Howell hold with the department?  If you
25   know?
```

WRIGHT WATSON & ASSOCIATES
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

APPENDIX 1728

211

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  passed out.

2       Q.   Okay.  Well, it appears to say that the

3  incidents have increased with hot weather, and that

4  there have been ten offender and 20 employee

5  heat-related issues as of July 14th, 2011.  Did I read

6  that correctly?

7       A.   Yes, you did.

8       Q.   Okay.  I mean, to me, that would indicate

9  that all of the regional directors, Director Stephens

10  and yourself, are being made aware by the EAC people

11  that, look, the incidents with heat are rising, and

12  that there have been ten offender and 20 employee

13  heat-related issues to date, this year.  Fair?

14       A.   It indicates that many has occurred, yes.

15       Q.   Okay.  That's a -- that's 30 incidents.

16  Correct?

17       A.   That's 30 incidents, ten offenders out of

18  156,000.

19       Q.   Okay.  Is that how you look at it?  Ten

20  offenders out of 156,000?

21            MR. GARCIA:  Objection.  Argumentative.

22            MR. ANASTASIDIS:  Objection.

23  Argumentative.

24       A.   Again, we have to look at -- measure the

25  number of incidents that we're having across the

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1729**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   board.  If it's a larger number, it surely would be of

2   greater concern.  20 employees out of 35,000, surely

3   something we would also have to look at.  If that

4   number spikes from year to year at any particular

5   time, it's surely an indicator that we need to ensure

6   that we're taking appropriate measures to increase our

7   focus on the issue and make sure that we're doing

8   everything that we say we're doing.

9        Q.   (BY MR. EDWARDS)  Okay.  And that's what --

10  I mean, to me, that suggests, look, that's a number

11  that is significant enough for a person in your

12  position at the time to say, hey, we need to make sure

13  we're doing what we're saying we're doing.  Right?

14       A.   Well, again --

15            MR. GARCIA:  Objection.  Is that a

16  question?

17            MR. EDWARDS:  You bet it is.

18       A.   Well, again, as covered when we started this

19  agenda, the topic of heat-related precautions was

20  covered repeatedly.

21       Q.   (BY MR. EDWARDS)  Uh-huh.

22       A.   Those ten offenders would cover the array of

23  everything that's -- we're required to do on a monthly

24  basis inside our institutions.  This takes us into the

25  middle of the summer.  As I said, most heat-related

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1730**

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1   instances that I recall, particularly as it dealt with

2   the offenders and employees were work-related issues.

3   So there surely were additional discussions about

4   ensuring that we were not taking offenders out in work

5   squads or in areas and exposing them to strenuous

6   activity during the hotter parts of the day.  But we

7   worked thousands of offenders every day within our

8   institutions, and although, again, one illness or one

9   injury is important to us, ten in the perspective of

10  156,000 over a month and a half of the summer is -- is

11  surely a -- a number that wouldn't cause grave

12  concern.

13         Q.   Would it cause you any concern?

14         A.   Again, one incident would --

15         Q.   This is 30, not one.

16              MS. COOGAN:  Please let the witness

17  finish his answer.

18         A.   As I mentioned before, incidents, no matter

19  what the precautions you take, are going to -- are

20  going to occur.  So I would have to look at each

21  specific incident here to see whether or not that is

22  alarming or not.  But just simply referencing the

23  number, to the scale of number of staff involved in

24  this process, the 35,000 that work out on our

25  facilities, those are -- that's a fairly minimal

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946    (512) 474-4363
e4b80f89-fea3-48f6-8dfc-0e54f7ce7f83

**APPENDIX 1731**

214

Stephen McCollum, et al. v.                    Richard C. Thaler
Brad Livingston, et al.                        October 18, 2013

1  number for the job we're required to do day in, day

2  out, inside and outside our institutions.

3      Q.   (BY MR. EDWARDS)   Ten people died the summer

4  of 2011 from hyperthermia.   Is that a minimal number

5  in the context of the amount of prisoners that TDCJ

6  houses?

7      A.   Again, as was referenced earlier, one death

8  is too many.   So we surely make all efforts to look at

9  every situation that we have to determine whether or

10  not policies and procedures were followed in each

11  particular incident, and make sure that we're meeting

12  our obligations to staff and the offender population

13  in -- as it relates to that particular subject matter.

14      Q.   Well, my question is just, you've got --

15  you're on notice of -- at least as of July 14th, 2011,

16  and at this point, at least, in most of Texas, it's

17  starting to get really hot.   Is that correct?

18              MR. ANASTASIDIS:   Objection to the

19  phrase "really hot."

20              MR. GARCIA:   Objection to the compound

21  nature of the question.

22      A.   Again, I don't recall what the temperatures

23  were --

24      Q.   (BY MR. EDWARDS)   Do you recall the summer

25  of 2011, sir?

**WRIGHT WATSON & ASSOCIATES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 70

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
 2                       DALLAS DIVISION

 3   STEPHEN McCOLLUM, et al., )
              Plaintiffs,      )
 4                            )
     v.                       )   CIVIL ACTION
 5                            )   NO. 3:12-CV-02037
                              )
 6   BRAD LIVINGSTON, et al., )
              Defendants.      )
 7

 8

 9                      ORAL DEPOSITION

10                    SUSI VASSALLO, M.D.

11                      March 5, 2014

12

13

14

15       ORAL DEPOSITION OF SUSI VASSALLO, M.D., produced as

16   a witness at the instance of the Defendant UTMB and duly

17   sworn, was taken in the above-styled and numbered cause

18   on the 5th day of March, 2014, from 10:03 a.m. to

19   5:06 p.m., before Dalia F. Inman, Certified Shorthand

20   Reporter in and for the State of Texas, reported by

21   computerized stenotype machine at the offices of The

22   Edwards Law Firm, 1101 E. 11th Street, Austin, Texas

23   78702, pursuant to the Federal Rules of Civil Procedure

24   and the provisions stated on the record or attached

25   hereto.
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1734**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1      Q      What about any cardio -- what about any
2  problems with his heart, were there any problems with
3  his heart on autopsy?
4      A      The medical examiner specifically speaks to
5  that, and there -- heart was enlarged, and the medical
6  examiner says that the individual had cardiomyopathy.
7      Q      And does he relate that to either hypertension
8  or diabetes?
9      A      He related it to the history of hypertension.
10      Q      Okay.  You note in your blood work analysis
11  that the white blood count was elevated at 13.1.
12      A      That is correct.
13      Q      Among other things, would that indicate that he
14  was dehydrated?
15      A      An elevated white blood-cell count can be a
16  sign of infection.  There's a context for it.  In this
17  case, the urine did show the possibility of infection
18  because there were 30 white blood cells present.  It
19  could be a stress response, but usually if a patient has
20  sign of infection in either the chest or in this case
21  the urine or somewhere else, the skin, wherever that
22  infection, we relate the white blood cell count that was
23  elevated to the infection and say this infection is
24  causing an elevation in the white blood cell count as
25  well.  In this case he had signs of infection, 30 white

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1735**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  blood cells, which is abnormal for urine.

2            MS. COOGAN:  Objection, nonresponsive.

3     Q    (By Ms. Coogan) Can it also mean that he was

4  dehydrated or be a reflection that he was dehydrated?

5     A    Well, 30 white blood cells is not a reflection

6  of dehydration.

7     Q    I was asking about the white blood count

8  elevated at 13.1.

9     A    That is -- white blood cell count elevation of

10  13.1 is not what we take a look for for dehydration.

11  That does not suggest to me that this is dehydration.

12     Q    Okay.  What about the trace ketones, the

13  specific gravity, hyaline casts.  Are those normal,

14  1.028?

15     A    The specific gravity is somewhat elevated.  And

16  the fact that he has ketones, one of the causes of that

17  is dehydration.  Another cause of that is starvation

18  where fat is broken down to be used for energy and

19  produces ketones.  Another cause of that is diabetes

20  because the -- because ketones are produced when glucose

21  is inadequate and being used for -- ketone bodies are

22  produced in the setting of diabetes.

23            So I would say that these lab results

24  suggest to me that the patient was dehydrated.

25     Q    And what is the significance of the dehydration

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1736

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1    Q    -- common sense?

2    A    I don't know for sure.

3    Q    Okay.  And then "Providing Mr. McCollum

4  immediate medical attention when he began to suffer

5  convulsions."  And I think I have asked you this, but

6  just to be complete, do you have any reason to think

7  that the medical department was notified when he first

8  began to suffer convulsions but just didn't come to his

9  aid?

10   A    The -- the -- when he first began suffering

11 convulsions is the question.  The first responders

12 there, the corrections officers, notified each other.

13 And so it went, in my point of view, up, kind of, the

14 chain of command where there was no health professional

15 notified when he first became unresponsive or he was

16 noticed to be having seizures and be hot to the touch.

17   Q    Okay.  I want to skip around and ask you some

18 random followup questions that came to our minds during

19 the break.

20            What is an A1c test?

21   A    The hemoglobin within the red blood cell is a

22 protein.  It's sometime called a glycoprotein.  It's --

23 over time it's exposed to glucose, and there's a

24 nonenzymatic process by which the hemoglobin, the

25 protein, is glycated, or glycated -- I say glycated --

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1737

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1   to hemoglobin.

2            It is a test that reflects -- to the

3   extent that it does reflect -- the glucose levels over

4   time.  That time is up for debate in these articles, but

5   some people say two or three months.  Although, when you

6   start people on therapy, you can sometimes see a drop in

7   their A1c in a matter of a couple of weeks.

8            So it's a glycation or -- of -- of

9   hemoglobin to glucose, to sugar.

10       Q    So when a patient is given an A1c number like

11  in this case 62, that's not just a --

12       A    6.2, right?

13       Q    Excuse me.  6.2 -- thank you -- that number is

14  not a snapshot on a particular given day, but is rather

15  a number that's been determined after a couple of months

16  or more of monitoring; is that right?

17       A    Well, it is a snapshot.  So it's a snapshot

18  because it's one value of one day.  I think what you're

19  asking is, what does it tell you over time?  I'm not

20  sure.

21       Q    No --

22       A    What are you asking?

23            It is a snapshot of that day, and that's

24  why it could be a little bit different the next day or

25  two days later.  And it may have been a little bit

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1738**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  different two weeks before.

2      Q    Okay.  So it's your testimony that the A1c

3  value is not a reflection of monitoring over a certain

4  period of time but it is rather a snapshot at one moment

5  in time?

6      A    I may not really understand what you mean by

7  "snapshot."  It's -- it's a single value.  And like I --

8  when you asked me what hemoglobin A1c is, I explained

9  that it reflects some physiologic process occurring over

10  time.  In that sense, it's not a snapshot.  It's a

11  video, okay.  So it's just -- it reflects something

12  that's been going on over a period of time.  So it's

13  a -- it's a -- it's a -- one value that reflects a

14  physiologic process that's been going on over time; that

15  is, the glycation of hemoglobin to sugar.

16      Q    And so how do you -- how -- how does it happen

17  that it could be different one day from the next?

18      A    Well, there's natural variation in all lab

19  tests.  There's a range of normal.  There's -- let's put

20  it this way.  There's a confidence limit.  So every test

21  has a range of error on it and it has a -- an accuracy

22  range, okay.  In research they call them confidence

23  bars.  So there's a range.

24              So -- and in fact, the organizations that

25  you mentioned earlier emphasize the need to repeat the

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1739**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1   test.  So every test that we can take on a human being,

2   even on the same day and the same time, may result in a

3   slightly different number.  So if it's 6.2, 6.1, or 6.3,

4   it's probably -- that may be within the range of

5   accuracy for the test.

6              But if it's -- the lower you go, it may be

7   that the more or fewer diabetics that you capture -- and

8   that's -- that's the issue that we talked about before,

9   but it's not really what you're asking about.

10   Q     So the number 6.2 is not even a number that you

11   think can be relied upon unless it comes up more than

12   once, unless it's retested and is consistent?

13   A     Well, that's what the literature suggests.

14   Now, I'm not saying that -- the literature suggests

15   repeating.  The ADA actually -- you know, I reviewed it

16   yesterday -- suggests a repeat.  I am not exactly sure

17   that they suggest that repeat the same day.  They just

18   suggest a repeat so that the -- and -- well --

19              So can it be relied upon?  I think that we

20   rely on a lab value to alert us.  And if we have reason

21   to believe a lab value clinically in the context of it,

22   we say, well, this makes sense.  We have a very obese

23   man, hypertensive.  The sugars are -- he says he has

24   diabetes.  I can rely on 6.2, but I want to go ahead and

25   repeat it.  So -- but I do know that with every blood

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1740

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  test, there is a range of error around that blood test

2  because of laboratory.

3      Q    Okay.  I asked you -- let me ask you this.

4              Is it your opinion that Mr. McCollum, if

5  he had diabetes, it was controlled?

6      A    I don't know the -- I don't know if his

7  diabetes was controlled or not.  He -- he -- such

8  that -- out of control is the opposite.  It wasn't out

9  of control in my opinion.  Now, could it have been

10  better controlled?  Perhaps.  Unquestionably.  Had he

11  been a hundred pounds less, for example, his diabetes

12  would have been better controlled.

13              So when you say, is it controlled, there

14  is a range.  I don't think it was out of control, but

15  the control he had could have been better by, you know,

16  being a hundred pounds less.

17              In other words, diabetes is, as you know,

18  a condition of insulin-decreased production but also a

19  condition of decreased sensitivity.  And part of that --

20  obesity has a big part in that decreased sensitivity.

21              So it could have been better controlled,

22  but it wasn't out of control.

23              So was it controlled?  Yes, it was

24  controlled, but the control could have been better

25  through diet and exercise and the other things that you

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1741

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1    A    Yes.

2    Q    Then my question is, just to make that card,

3  doesn't it make sense that the materials that the card

4  was summarized from would be reasonably competent --

5  medically competent materials?

6    A    No.  My answer is no.

7    Q    Okay.  Explain why that would be no.

8    A    Okay.  Because --

9    Q    Without -- excuse me -- talking about how you

10  train in the use of the card itself.

11    A    I cannot generalize backwards from a

12  pocket-sized card to the adequacy and excellence of the

13  training material.

14    Q    Okay.  Fair enough.  Fair enough.  Okay.

15         You testified that Mr. McCollum should not

16  have been placed in the upper bunk; is that correct?

17    A    Yes.

18    Q    You also testified that you felt that the

19  reason he shouldn't have been placed there is because he

20  was having difficulty getting in and out of the bunk; is

21  that correct?

22    A    No.  I don't think I testified that he was

23  having -- there are a couple of reasons I don't think he

24  should be placed.  Would you like me to name them?

25    Q    Sure.

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1742**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1    A    First of all, heat rises, and usually the top

2  bunk is hotter.  That's one reason.  And he was

3  heat-sensitive.

4            The other issue is that he was obese and

5  sick for at least the two days.  I believe he was sick.

6  The lab results from the -- show that he was ill.  And

7  when you're sick and obese and you're -- it's difficult

8  to get up and down and drink and do the things you need

9  to do when you're on the top bunk, especially when

10  you're that big.

11    Q    He didn't seem to have -- do you see any

12  evidence in the record that he was having any trouble

13  the first day he was given the top bunk?

14    A    No.

15    Q    Did you see any evidence in the record that he

16  was having trouble the second day he was given the top

17  bunk?

18    A    I don't know the days.  But the days that I see

19  evidence is when the -- when he stopped leaving his

20  bunk, whenever those days were where he stopped leaving

21  his bunk.  I'm not sure that he -- and when he,

22  according to narrative, was sitting on the bottom bunk

23  at count -- whatever you want to call it -- and couldn't

24  get up onto the top or said that he was having trouble.

25    Q    Okay.  But it seems to me that, for at least a

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1743**

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1           What do people normally do at nighttime,

2  Doctor?

3     A    Well, I don't -- I don't -- you asked me a

4  question and --

5     Q    What's the majority of the general population

6  do from the hours of 10 o'clock or so until 6:00 o'clock

7  until morning?

8     A    So to complete my answer, the only possible

9  thing that Officer Clark might have heard -- and it's

10 apparent from your talking now that he was not aware --

11 is that this man had not been moving around.  I'm not

12 saying he should've known or that he did know.

13          And at night when people are sleeping,

14 they're sleeping.  I don't expect him to recognize or to

15 understand that there's a man lying on the top bunk sick

16 and unresponsive.  I don't expect that.

17    Q    Fair enough.

18          So if Mr. Clark is doing his rounds and he

19 does not wake up Mr. McCollum or push him or anything

20 like that and Mr. McCollum appears to be resting

21 peacefully to some extent, would you see any reason that

22 an officer would need to wake an offender up in the

23 middle of the night?

24    A    Not in the middle of the -- well --

25    Q    2:00 in the morning.

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1744

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1    A    No.   That depends on the policy there.   I don't
2  think -- what is the policy at 2:00 in the morning?
3            The time where I thought that there should
4  have been or might have been an opportunity to recognize
5  that Mr. McCollum was not well was when he, according
6  to -- that he did not present his ID and he -- that was
7  the time -- I don't think that was at 2 a.m.
8            At 2 a.m. I don't expect them to be waking
9  everybody up.   And I don't think they're supposed to sit
10 up and present their ID at 3 a.m.   But I don't know the
11 policies.
12   Q    Okay.   Fair enough.   Fair enough.
13            So if Mr. Clark didn't poke him or try --
14 you don't have any problem with Mr. Clark's actions
15 as -- if he wasn't aware that there was a problem?
16            MR. EDWARDS:   Before?
17   Q    (By Mr. Garcia) Before.
18            MR. EDWARDS:   Before he discovered him
19 convulsing?
20   Q    (By Mr. Garcia) Before he discovered him
21 convulsing.
22   A    No.
23   Q    Okay.   Now, I want to get to when he discovered
24 him, okay.   Mr. Clark is the one who was signaled by
25 another offender that Mr. McCollum was having issues.

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1745

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  him at that time?

2      A    Yes.

3      Q    Okay.  Can there be a difference in how

4  convulsions appear versus how a seizure appears?

5      A    It's the same thing.  Convulsions are seizures

6  and seizures are convulsions.

7      Q    And in your experience, do you call 9-1-1 for a

8  seizure event?

9      A    I'm a physician.  I don't call 9-1-1.  I am

10  9-1-1.  However, if I came out on the street and I saw

11  someone having a seizure, I would call 9-1-1.

12      Q    What about if you're working in a correctional

13  institution and you have people who come out of seizures

14  all the time, would you recommend that every time

15  there's a seizure 9-1-1 is called?

16      A    This seizure was -- the answer to your question

17  is no.  But my point of view is different in this case.

18  The man's body felt hot.  He was -- and he was hot to

19  the touch and he was convulsing and the temperature was

20  a hundred.

21      Q    Okay.

22      A    Those things make the circumstances different

23  here than every man who has a seizure.  And a lot of

24  people, they know they have seizures.

25      Q    So in your view -- and correct me if I'm

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1746

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  card, and 9-1-1 and activation of the system is part of

2  that.  They knew that he was unresponsive, and as they

3  subsequently got there one after the other, it was clear

4  that this emergency was more complicated -- very

5  complicated.

6           He was unconscious now for about 55

7  minutes.  They hadn't gotten him off the top bunk.  His

8  skin was hot, and it was time to take action.  This was

9  a life-threatening emergency, and 9-1-1 would have been

10  fine for any of them to call.

11     Q    Okay.

12     A    This is -- differs from all those other

13  seizures that people are talking -- that you're saying.

14  You're not going to call 9-1-1 for every seizure.  I'm

15  not recommending that.

16           MR. GARCIA:  Okay.  I object to the

17  nonresponsive portion.

18     Q    (By Mr. Garcia) The lieutenant, once she gets

19  to the situation, she's there a shorter amount of time

20  than the sergeant; is that correct?

21     A    I don't know.

22     Q    Okay.  But she gets there, and she calls a

23  medical person.  That medical persons says "Call 9-1-1,"

24  and they do that.

25           MR. EDWARDS:  Objection, foundation.

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

APPENDIX 1747

ORAL DEPOSITION OF SUSI VASSALLO, M.D.

1  knew it was a hundred degrees all day.  That was the

2  temperature.  Everybody knew it was hot there.  And

3  they're hot themselves.  And they are trained about

4  the -- and warned repeatedly about the situation.  They

5  see -- and -- and they come upon a man who is

6  unresponsive, has a seizure, and now 55 minutes pass

7  where he's still unresponsive.  They can feel that he's

8  hot; whether they did or they didn't, it doesn't matter.

9  It could have been no heat stroke.  This man needed

10 9-1-1.  Whether they did or didn't appreciate the

11 feeling of his skin and his appearance, I don't know.

12           But any man on the street -- you don't

13 have to be a corrections officer -- recognizes that when

14 somebody is having seizures and unresponsive for 55 --

15 for 5, 10, 15 minutes, whatever it is, they need an

16 ambulance and they need to go somewhere.

17     Q    Have you ever seen seizures that resolved after

18 10 minutes with nothing wrong with the person?

19     A    Hundreds of times.

20     Q    Okay.  Now, you are also aware that the unit is

21 taking certain activities to try to help with the heat

22 conditions, are you not?

23     A    Yes.

24     Q    Okay.  And some of these things are access to

25 ice water, to have plenty of ice water.  Are you aware

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

**APPENDIX 1748**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 71

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STEPHEN McCOLLUM and          )
SANDRA McCOLLUM,              )
individually and STEPHANIE    )
KINGREY, individually and as)
independent administrator     ) Civil Action
of the Estate of LARRY GENE   )
McCOLLUM,                     )
                             ) Number 4:14-CV-3253
            Plaintiffs,       )
                             )
vs.                          )
                             )
                             )
BRAD LIVINGSTON, JEFF         )
PRINGLE, RICHARD CLARK,       )
KAREN TATE, SANDREA          )
SANDERS, ROBERT EASON,        )
THE UNIVERSITY OF TEXAS       )
MEDICAL BRANCH and THE        )
TEXAS DEPARTMENT OF           )
CRIMINAL JUSTICE,             )
                             )
            Defendants.       )
------------------------------------------------------


ORAL AND VIDEOTAPED DEPOSITION OF

ROBERT LEWIS WILLIAMS, MD, CCHP, CPH

MARCH 07, 2016


------------------------------------------------------

**APPENDIX 1750**

Robert Williams, MD, CCHP, CPH - 3/7/2016

70

1    fine.

2       A.   Well, what we were talking about is the

3    documents that Dr. Linthicum asked me to produce and

4    you were trying to ascertain when that was.

5    Although I can't tell you when it was, the documents

6    that I was asked to produce are what we call the M&M

7    worksheets, and those are the documents that I've

8    been talking about.

9       Q.   Right.  And these M&M worksheets, who's

10   the function of the mortality and morbidity

11   worksheet, from your perspective?

12      A.   To facilitate the presentation and

13   discussion of that individual morality case.

14      Q.   And at a morality/morbidity meeting you

15   used this worksheet and the doctors and the nurses

16   that are there talk about it.  Right?

17      A.   Correct.

18      Q.   And the goal is to improve -- what is the

19   goal of an M&M meeting?

20      A.   An M&M meeting is to review the death and

21   the circumstances as -- surrounding that death, to

22   evaluate the nursing and medical care, and to

23   ascertain if there's anything we might have done

24   differently or would liked to have done differently.

25      Q.   Or to identify a systemic problem.  Right?

Robert Williams, MD, CCHP, CPH - 3/7/2016

71

1      A.    Yes.

2      **Q.    And if you identify a systemic problem,**

3  **the point of it is to go to leadership and say this**

4  **is a problem, and then it's their responsibility to**

5  **try to fix it.  Right?**

6      A.    Correct.  Well, it's mutual responsibility

7  and, spending on what the problem is, that problem

8  may be a problem that we address directly within our

9  own authority.  If it's a problem that extends

10  beyond our authority, then we would most definitely

11  take it to leadership.

12      **Q.    Okay.  So you would have worksheets for**

13  **every death in the summer, then.  Correct?**

14      A.    Every death in our -- in our system is

15  reviewed in the M&M committee, and we should have a

16  worksheet for every single death that we've

17  reviewed.

18      **Q.    And you personally would have a copy of**

19  **those?**

20      A.    Not personally.  The -- there's an

21  administrative assistant that assistance me with the

22  committee functions.  In performing the

23  administrative role she has the physical copy of

24  those.

25      **Q.    Who is that?**

1      Q.    The Correctional Managed Health Care,

2   which is an entity who, as far as I can see, sole

3   reason exists to make a policy for TDCJ to follow.

4   Right?

5      A.    Well, it's more involved than that.  Under

6   the umbrella --

7      Q.    What else do they do?

8      A.    Under the umbrella of the Correctional

9   Managed Health Care Committee is -- that's the

10  authority that the M&M committee functions.  And

11  that's the -- so that's the authority by which our

12  joint partnerships function.

13     Q.    Do you think you actually need authority

14  from Correctional Managed Health Care to do a

15  morality and morbidity review at TDCJ?

16     A.    The process could be implemented in any

17  number of ways but this is how it was implemented

18  prior to my employment.

19     Q.    And I very much appreciate that I

20  appreciate that Correctional Managed Health Care has

21  some policies or has some recommendations or what.

22  But I just want want to be crystal clear with the

23  Court and with the jury.

24          You don't have to have some

25  independent entity that you've self-created to make

190

1              MS. BURTON:  Yeah, you have the

2    worksheet.

3              MR. EDWARDS:  What number is this?

4    Why doesn't it have a Bates number?

5              ATTY5:  Long story.

6              MR. EDWARDS:  Okay.

7              ATTY5:  It sort of does, though.

8              MR. EDWARDS:  All right.  That's

9    good.

10       Q.   (BY MR. EDWARDS)  Can you tell me who was

11   involved in the M&M committee with regards to

12   Mr. McCollum, sir?

13       A.   No.  What we -- there's a certain number

14   of representatives from the Correctional Managed

15   Health Care partners that are assigned to the

16   committee by the respective joint medical director,

17   and that is fluctuated over time.  And this

18   committee process has also evolved where the

19   committee has -- now has two cochairs.  And joint

20   representation is that each committee, they meet at

21   the same time and review approximately half of the

22   deaths that have been say signed to the committee

23   for each given month.

24       Q.   Do you know when this meeting took place?

25   Can you tell from this document?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 72

**Internet Sources for Census Data, Housing and Urban Development, Public Housing Authorities, and Medicare.**

Relevant Census Data

*Presence of Air-Conditioning in New Single-Family Houses Completed*, U.S. CENSUS BUREAU, http://www.census.gov/construction/chars/pdf/aircond.pdf?cssp=SERP (last visited Nov. 13, 2015).

*Presence of Air-Conditioning in New Single-Family Houses Sold*, U.S. CENSUS BUREAU, http://www.census.gov/construction/chars/pdf/soldaircond.pdf?cssp=SERP (last visited Nov. 13, 2015).

*2009 RECS Survey Data*, U.S. ENERGY INFORMATION ADMINISTRATION , http://www.eia.gov/consumption/residential/data/2009/#ac (last visited Nov. 13, 2015). (Open the "Housing characteristics tables" section for "Air Conditioning," then click the Excel link to the right of "in South Region, divisions, and states (HC7.10)).

Relevant Housing and Urban Development Data; Public Housing Authority Information

*About the Housing Choice Vouchers Program*, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,http://portal.hud.gov/hudportal/HUD?src=/program_offices/public_indian_housing/programs/hcv/about (last visited Nov. 13, 2015).

CH. 10 HOUSING QUALITY STANDARDS, http://www.hud.gov/offices/adm/hudclips/guidebooks/7420.10G/7420g10GUID.pdf (last visited Nov. 13, 2015).

*Housing Quality Standards Inspection Checklist*, HOUSTON HOUSING AUTHORTY, http://www.housingforhouston.com/media/4728/inspections%20checklist1%204-2011.pdf (last visited Nov. 13, 2015).

*Housing Choice Voucher Program H.Q.S. Inspection Checklist*, HOUSING AUTHORITY OF THE CITY OF AUSTIN, http://www.hacanet.org/downloads/landlord_forms/HQSChecklist.pdf (last visited Nov. 13, 2015).

*Property Maintenance Standards Checklist*, CITY OF HARLINGEN, http://www.myharlingen.us/users/0045/docs/PMS%20Checklist.pdf (last visited Nov. 13, 2015).

*HQS Inspection Checklist*, HOUSING AUTHORITY OF BEXAR COUNTY, http://habctx.org/download/forms/HQS-Inspection-Checklist.pdf (last visited Nov. 13, 2015).

*Utility Allowances*, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT http://portal.hud.gov/hudportal/HUD?src=/program_offices/public_indian_housing/programs/ph/phecc/allowances (last visited Nov. 13, 2015).

*Calculating Utility Allowances*, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, http://portal.hud.gov/hudportal/HUD?src=/program_offices/public_indian_housing/programs/ph/phecc/allowances2 (last visited Nov. 13, 2015).

*Utility Allowance Air Conditioning Fact Sheet*, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, http://portal.hud.gov/hudportal/HUD?src=/program_offices/public_indian_housing/programs/ph/rhiip/utilallowacfactsheet (last visited Nov. 13, 2015).

Medicare Coverage Information from Centers for Medicare and Medicaid Services

*National Coverage Determination (NCD) for Durable Medical Equipment Reference List (280.1)*, CENTERS FOR MEDICARE & MEDICAID SERVICES, https://www.cms.gov/medicare-coverage-database/details/ncd-details.aspx?NCDId=190&ncdver=2&NCAId=3&ver=5&NcaName=Air-Fluidized+Beds+for+Pressure+Ulcers&bc=ACAAAAAAIAAA& (last visited Nov. 13, 2015).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 73

**Presence of Air-Conditioning in New Single-Family Houses Completed[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **United States** | | | |
| 1973 | 1,197 | 582 | 616 | 100 | 49 | 51 |
| 1974 | 940 | 451 | 489 | 100 | 48 | 52 |
| 1975 | 875 | 403 | 473 | 100 | 46 | 54 |
| 1976 | 1,034 | 511 | 523 | 100 | 49 | 51 |
| 1977 | 1,258 | 679 | 579 | 100 | 54 | 46 |
| 1978 | 1,369 | 797 | 572 | 100 | 58 | 42 |
| 1979 | 1,301 | 784 | 517 | 100 | 60 | 40 |
| 1980 | 957 | 598 | 358 | 100 | 63 | 37 |
| 1981 | 819 | 530 | 289 | 100 | 65 | 35 |
| 1982 | 632 | 416 | 216 | 100 | 66 | 34 |
| 1983 | 924 | 642 | 282 | 100 | 70 | 30 |
| 1984 | 1,025 | 723 | 302 | 100 | 71 | 29 |
| 1985 | 1,072 | 746 | 326 | 100 | 70 | 30 |
| 1986 | 1,120 | 775 | 346 | 100 | 69 | 31 |
| 1987 | 1,123 | 801 | 322 | 100 | 71 | 29 |
| 1988 | 1,085 | 810 | 275 | 100 | 75 | 25 |
| 1989 | 1,026 | 785 | 241 | 100 | 77 | 23 |
| 1990 | 966 | 731 | 235 | 100 | 76 | 24 |
| 1991 | 838 | 628 | 210 | 100 | 75 | 25 |
| 1992 | 964 | 738 | 225 | 100 | 77 | 23 |
| 1993 | 1,039 | 806 | 234 | 100 | 78 | 22 |
| 1994 | 1,160 | 912 | 248 | 100 | 79 | 21 |
| 1995 | 1,066 | 846 | 219 | 100 | 80 | 20 |
| 1996 | 1,129 | 916 | 213 | 100 | 81 | 19 |
| 1997 | 1,116 | 917 | 199 | 100 | 82 | 18 |
| 1998 | 1,160 | 957 | 203 | 100 | 83 | 17 |
| 1999 | 1,270 | 1,072 | 198 | 100 | 84 | 16 |
| 2000 | 1,242 | 1,060 | 181 | 100 | 85 | 15 |
| 2001 | 1,256 | 1,081 | 175 | 100 | 86 | 14 |
| 2002 | 1,325 | 1,155 | 170 | 100 | 87 | 13 |
| 2003 | 1,386 | 1,223 | 164 | 100 | 88 | 12 |
| 2004 | 1,532 | 1,378 | 153 | 100 | 90 | 10 |
| 2005 | 1,636 | 1,463 | 173 | 100 | 89 | 11 |
| 2006 | 1,654 | 1,476 | 179 | 100 | 89 | 11 |
| 2007 | 1,218 | 1,093 | 125 | 100 | 90 | 10 |
| 2008 | 819 | 727 | 92 | 100 | 89 | 11 |
| 2009 | 520 | 460 | 61 | 100 | 88 | 12 |
| 2010 | 496 | 436 | 60 | 100 | 88 | 12 |
| 2011 | 447 | 395 | 52 | 100 | 88 | 12 |
| 2012 | 483 | 432 | 51 | 100 | 89 | 11 |
| 2013 | 569 | 518 | 51 | 100 | 91 | 9 |
| 2014 | 620 | 565 | 55 | 100 | 91 | 9 |
| RSE/SE | 1 | 2 | 15 | (NA) | 1 | 1 |

**APPENDIX 1759**

**Presence of Air-Conditioning in New Single-Family Houses Completed**[1]

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **Northeast** | | | |
| 1973 | 156 | 22 | 134 | 100 | 14 | 86 |
| 1974 | 132 | 21 | 111 | 100 | 16 | 84 |
| 1975 | 114 | 15 | 99 | 100 | 13 | 87 |
| 1976 | 121 | 16 | 105 | 100 | 13 | 87 |
| 1977 | 135 | 23 | 112 | 100 | 17 | 83 |
| 1978 | 141 | 28 | 113 | 100 | 20 | 80 |
| 1979 | 135 | 35 | 100 | 100 | 26 | 74 |
| 1980 | 100 | 29 | 71 | 100 | 29 | 71 |
| 1981 | 87 | 25 | 62 | 100 | 29 | 71 |
| 1982 | 79 | 21 | 58 | 100 | 27 | 73 |
| 1983 | 106 | 35 | 72 | 100 | 33 | 67 |
| 1984 | 129 | 44 | 85 | 100 | 34 | 66 |
| 1985 | 168 | 70 | 98 | 100 | 42 | 58 |
| 1986 | 193 | 84 | 109 | 100 | 43 | 57 |
| 1987 | 196 | 93 | 102 | 100 | 48 | 52 |
| 1988 | 188 | 97 | 91 | 100 | 52 | 48 |
| 1989 | 159 | 86 | 73 | 100 | 54 | 46 |
| 1990 | 127 | 63 | 64 | 100 | 50 | 50 |
| 1991 | 100 | 50 | 50 | 100 | 50 | 50 |
| 1992 | 114 | 60 | 54 | 100 | 52 | 48 |
| 1993 | 105 | 58 | 47 | 100 | 55 | 45 |
| 1994 | 113 | 69 | 44 | 100 | 61 | 39 |
| 1995 | 108 | 67 | 41 | 100 | 62 | 38 |
| 1996 | 108 | 70 | 38 | 100 | 64 | 36 |
| 1997 | 115 | 77 | 39 | 100 | 67 | 33 |
| 1998 | 116 | 83 | 33 | 100 | 72 | 28 |
| 1999 | 115 | 85 | 30 | 100 | 74 | 26 |
| 2000 | 120 | 88 | 32 | 100 | 73 | 27 |
| 2001 | 114 | 86 | 27 | 100 | 76 | 24 |
| 2002 | 113 | 87 | 26 | 100 | 77 | 23 |
| 2003 | 114 | 89 | 25 | 100 | 78 | 22 |
| 2004 | 119 | 97 | 22 | 100 | 82 | 18 |
| 2005 | 132 | 104 | 27 | 100 | 79 | 21 |
| 2006 | 128 | 98 | 31 | 100 | 76 | 24 |
| 2007 | 105 | 78 | 26 | 100 | 75 | 25 |
| 2008 | 73 | 55 | 18 | 100 | 75 | 25 |
| 2009 | 54 | 40 | 14 | 100 | 75 | 25 |
| 2010 | 54 | 42 | 12 | 100 | 77 | 23 |
| 2011 | 44 | 36 | 8 | 100 | 81 | 19 |
| 2012 | 47 | 39 | 8 | 100 | 82 | 18 |
| 2013 | 48 | 40 | 8 | 100 | 83 | 17 |
| 2014 | 49 | 40 | 9 | 100 | 82 | 18 |
| RSE/SE | 3 | 8 | 29 | (NA) | 5 | 5 |

**APPENDIX 1760**

**Presence of Air-Conditioning in New Single-Family Houses Completed[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------------|----------------------------|-------|-------------------------|----------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **Midwest** | | | | | | |
| 1973 | 262 | 92 | 170 | 100 | 35 | 65 |
| 1974 | 220 | 79 | 141 | 100 | 36 | 64 |
| 1975 | 218 | 77 | 141 | 100 | 35 | 65 |
| 1976 | 271 | 107 | 164 | 100 | 40 | 60 |
| 1977 | 300 | 132 | 169 | 100 | 44 | 56 |
| 1978 | 300 | 141 | 159 | 100 | 47 | 53 |
| 1979 | 294 | 137 | 157 | 100 | 47 | 53 |
| 1980 | 170 | 77 | 93 | 100 | 45 | 55 |
| 1981 | 140 | 67 | 73 | 100 | 48 | 52 |
| 1982 | 92 | 40 | 53 | 100 | 43 | 57 |
| 1983 | 142 | 70 | 71 | 100 | 50 | 50 |
| 1984 | 156 | 86 | 70 | 100 | 55 | 45 |
| 1985 | 151 | 90 | 61 | 100 | 59 | 41 |
| 1986 | 170 | 105 | 65 | 100 | 62 | 38 |
| 1987 | 201 | 134 | 67 | 100 | 67 | 33 |
| 1988 | 191 | 136 | 55 | 100 | 71 | 29 |
| 1989 | 191 | 139 | 51 | 100 | 73 | 27 |
| 1990 | 195 | 145 | 50 | 100 | 75 | 25 |
| 1991 | 185 | 138 | 47 | 100 | 75 | 25 |
| 1992 | 218 | 167 | 51 | 100 | 77 | 23 |
| 1993 | 232 | 181 | 51 | 100 | 78 | 22 |
| 1994 | 255 | 205 | 50 | 100 | 80 | 20 |
| 1995 | 232 | 185 | 47 | 100 | 80 | 20 |
| 1996 | 245 | 204 | 41 | 100 | 83 | 17 |
| 1997 | 236 | 197 | 39 | 100 | 84 | 16 |
| 1998 | 244 | 207 | 37 | 100 | 85 | 15 |
| 1999 | 276 | 241 | 35 | 100 | 87 | 13 |
| 2000 | 269 | 239 | 30 | 100 | 89 | 11 |
| 2001 | 261 | 230 | 31 | 100 | 88 | 12 |
| 2002 | 272 | 242 | 30 | 100 | 89 | 11 |
| 2003 | 274 | 253 | 21 | 100 | 92 | 8 |
| 2004 | 304 | 283 | 21 | 100 | 93 | 7 |
| 2005 | 307 | 283 | 24 | 100 | 92 | 8 |
| 2006 | 285 | 251 | 34 | 100 | 88 | 12 |
| 2007 | 189 | 166 | 22 | 100 | 88 | 12 |
| 2008 | 139 | 122 | 17 | 100 | 88 | 12 |
| 2009 | 89 | 80 | 9 | 100 | 90 | 10 |
| 2010 | 82 | 72 | 10 | 100 | 88 | 12 |
| 2011 | 76 | 69 | 7 | 100 | 91 | 9 |
| 2012 | 85 | 79 | 6 | 100 | 93 | 7 |
| 2013 | 96 | 90 | 6 | 100 | 94 | 6 |
| 2014 | 103 | 97 | 6 | 100 | 94 | 6 |
| RSE/SE | 2 | 3 | 42 | (NA) | 3 | 3 |

**APPENDIX 1761**

**Presence of Air-Conditioning in New Single-Family Houses Completed[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------------|----------------------------|-------|-------------------------|----------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **South** | | | |
| 1973 | 526 | 363 | 163 | 100 | 69 | 31 |
| 1974 | 397 | 286 | 111 | 100 | 72 | 28 |
| 1975 | 362 | 258 | 104 | 100 | 71 | 29 |
| 1976 | 410 | 320 | 90 | 100 | 78 | 22 |
| 1977 | 512 | 412 | 100 | 100 | 80 | 20 |
| 1978 | 571 | 480 | 90 | 100 | 84 | 16 |
| 1979 | 535 | 457 | 78 | 100 | 85 | 15 |
| 1980 | 455 | 384 | 71 | 100 | 84 | 16 |
| 1981 | 408 | 344 | 65 | 100 | 84 | 16 |
| 1982 | 340 | 290 | 50 | 100 | 85 | 15 |
| 1983 | 476 | 428 | 48 | 100 | 90 | 10 |
| 1984 | 508 | 466 | 42 | 100 | 92 | 8 |
| 1985 | 514 | 470 | 44 | 100 | 92 | 8 |
| 1986 | 505 | 460 | 45 | 100 | 91 | 9 |
| 1987 | 467 | 432 | 35 | 100 | 92 | 8 |
| 1988 | 457 | 428 | 29 | 100 | 94 | 6 |
| 1989 | 420 | 394 | 26 | 100 | 94 | 6 |
| 1990 | 389 | 369 | 20 | 100 | 95 | 5 |
| 1991 | 348 | 328 | 20 | 100 | 94 | 6 |
| 1992 | 400 | 386 | 14 | 100 | 97 | 3 |
| 1993 | 456 | 441 | 14 | 100 | 97 | 3 |
| 1994 | 507 | 497 | 11 | 100 | 98 | 2 |
| 1995 | 472 | 463 | 9 | 100 | 98 | 2 |
| 1996 | 507 | 498 | 9 | 100 | 98 | 2 |
| 1997 | 506 | 500 | 6 | 100 | 99 | 1 |
| 1998 | 517 | 510 | 7 | 100 | 99 | 1 |
| 1999 | 570 | 566 | 4 | 100 | 99 | 1 |
| 2000 | 566 | 562 | 3 | 100 | 99 | 1 |
| 2001 | 578 | 575 | 3 | 100 | 99 | 1 |
| 2002 | 615 | 611 | 4 | 100 | 99 | 1 |
| 2003 | 635 | 632 | 4 | 100 | 99 | 1 |
| 2004 | 700 | 696 | 3 | 100 | 100 | (Z) |
| 2005 | 760 | 758 | 2 | 100 | 100 | (Z) |
| 2006 | 826 | 823 | 3 | 100 | 100 | (Z) |
| 2007 | 631 | 628 | 3 | 100 | 100 | (Z) |
| 2008 | 417 | 416 | 1 | 100 | 100 | (Z) |
| 2009 | 259 | 257 | 2 | 100 | 99 | 1 |
| 2010 | 258 | 256 | 2 | 100 | 99 | 1 |
| 2011 | 236 | 234 | 2 | 100 | 99 | 1 |
| 2012 | 250 | 248 | 2 | 100 | 99 | 1 |
| 2013 | 296 | 294 | 1 | 100 | 100 | (Z) |
| 2014 | 329 | 327 | 2 | 100 | 99 | 1 |
| RSE/SE | 2 | 2 | 40 | (NA) | (Z) | (Z) |

**APPENDIX 1762**

**Presence of Air-Conditioning in New Single-Family Houses Completed[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| West | | | | | | |
| 1973 | 253 | 104 | 149 | 100 | 41 | 59 |
| 1974 | 191 | 64 | 127 | 100 | 34 | 66 |
| 1975 | 182 | 53 | 129 | 100 | 29 | 71 |
| 1976 | 232 | 68 | 164 | 100 | 29 | 71 |
| 1977 | 311 | 112 | 199 | 100 | 36 | 64 |
| 1978 | 357 | 149 | 209 | 100 | 42 | 58 |
| 1979 | 337 | 155 | 182 | 100 | 46 | 54 |
| 1980 | 233 | 109 | 124 | 100 | 47 | 53 |
| 1981 | 183 | 94 | 90 | 100 | 51 | 49 |
| 1982 | 121 | 64 | 56 | 100 | 53 | 47 |
| 1983 | 200 | 109 | 91 | 100 | 55 | 45 |
| 1984 | 233 | 127 | 105 | 100 | 55 | 45 |
| 1985 | 239 | 116 | 123 | 100 | 49 | 51 |
| 1986 | 253 | 126 | 126 | 100 | 50 | 50 |
| 1987 | 259 | 141 | 117 | 100 | 55 | 45 |
| 1988 | 248 | 148 | 100 | 100 | 60 | 40 |
| 1989 | 257 | 164 | 93 | 100 | 64 | 36 |
| 1990 | 255 | 153 | 102 | 100 | 60 | 40 |
| 1991 | 205 | 112 | 93 | 100 | 55 | 45 |
| 1992 | 232 | 126 | 106 | 100 | 54 | 46 |
| 1993 | 247 | 124 | 123 | 100 | 50 | 50 |
| 1994 | 285 | 142 | 143 | 100 | 50 | 50 |
| 1995 | 253 | 132 | 121 | 100 | 52 | 48 |
| 1996 | 269 | 145 | 124 | 100 | 54 | 46 |
| 1997 | 259 | 144 | 115 | 100 | 55 | 45 |
| 1998 | 283 | 156 | 127 | 100 | 55 | 45 |
| 1999 | 310 | 181 | 129 | 100 | 58 | 42 |
| 2000 | 286 | 171 | 115 | 100 | 60 | 40 |
| 2001 | 303 | 189 | 114 | 100 | 62 | 38 |
| 2002 | 325 | 215 | 110 | 100 | 66 | 34 |
| 2003 | 363 | 249 | 114 | 100 | 69 | 31 |
| 2004 | 409 | 301 | 108 | 100 | 74 | 26 |
| 2005 | 437 | 317 | 119 | 100 | 73 | 27 |
| 2006 | 415 | 303 | 111 | 100 | 73 | 27 |
| 2007 | 294 | 220 | 73 | 100 | 75 | 25 |
| 2008 | 190 | 134 | 56 | 100 | 71 | 29 |
| 2009 | 118 | 82 | 36 | 100 | 69 | 31 |
| 2010 | 103 | 66 | 37 | 100 | 64 | 36 |
| 2011 | 91 | 56 | 35 | 100 | 62 | 38 |
| 2012 | 101 | 66 | 34 | 100 | 66 | 34 |
| 2013 | 129 | 94 | 35 | 100 | 73 | 27 |
| 2014 | 138 | 100 | 38 | 100 | 73 | 27 |
| RSE/SE | 2 | 6 | 16 | (NA) | 4 | 4 |

Footnotes:

RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)

NA - Not available

A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed

Z - Less than 500 units or less than 0.5 percent

S - Withheld because estimate did not meet publication standards on the basis of response rate
or a consistency review

[1]Includes houses built for rent (not shown separately).

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for structures built in permit-issuing areas without permit authorization.

**APPENDIX 1763**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Built for Sale**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | United States | | | |
| 1973 | 731 | 385 | 347 | 100 | 53 | 47 |
| 1974 | 542 | 287 | 255 | 100 | 53 | 47 |
| 1975 | 498 | 247 | 250 | 100 | 50 | 50 |
| 1976 | 615 | 325 | 290 | 100 | 53 | 47 |
| 1977 | 756 | 432 | 323 | 100 | 57 | 43 |
| 1978 | 839 | 524 | 315 | 100 | 63 | 37 |
| 1979 | 799 | 518 | 281 | 100 | 65 | 35 |
| 1980 | 583 | 403 | 180 | 100 | 69 | 31 |
| 1981 | 484 | 346 | 139 | 100 | 72 | 28 |
| 1982 | 366 | 272 | 95 | 100 | 74 | 26 |
| 1983 | 603 | 459 | 144 | 100 | 76 | 24 |
| 1984 | 669 | 514 | 154 | 100 | 77 | 23 |
| 1985 | 698 | 527 | 172 | 100 | 76 | 24 |
| 1986 | 724 | 539 | 185 | 100 | 75 | 25 |
| 1987 | 706 | 542 | 165 | 100 | 77 | 23 |
| 1988 | 688 | 557 | 131 | 100 | 81 | 19 |
| 1989 | 661 | 536 | 125 | 100 | 81 | 19 |
| 1990 | 594 | 481 | 114 | 100 | 81 | 19 |
| 1991 | 481 | 391 | 90 | 100 | 81 | 19 |
| 1992 | 577 | 473 | 105 | 100 | 82 | 18 |
| 1993 | 642 | 525 | 117 | 100 | 82 | 18 |
| 1994 | 740 | 605 | 135 | 100 | 82 | 18 |
| 1995 | 682 | 566 | 116 | 100 | 83 | 17 |
| 1996 | 746 | 623 | 123 | 100 | 84 | 16 |
| 1997 | 757 | 637 | 120 | 100 | 84 | 16 |
| 1998 | 815 | 686 | 129 | 100 | 84 | 16 |
| 1999 | 885 | 760 | 125 | 100 | 86 | 14 |
| 2000 | 883 | 770 | 113 | 100 | 87 | 13 |
| 2001 | 906 | 793 | 114 | 100 | 87 | 13 |
| 2002 | 967 | 859 | 108 | 100 | 89 | 11 |
| 2003 | 1,038 | 928 | 110 | 100 | 89 | 11 |
| 2004 | 1,170 | 1,066 | 104 | 100 | 91 | 9 |
| 2005 | 1,288 | 1,175 | 113 | 100 | 91 | 9 |
| 2006 | 1,293 | 1,180 | 113 | 100 | 91 | 9 |
| 2007 | 900 | 828 | 72 | 100 | 92 | 8 |
| 2008 | 550 | 503 | 48 | 100 | 91 | 9 |
| 2009 | 331 | 305 | 26 | 100 | 92 | 8 |
| 2010 | 330 | 299 | 31 | 100 | 91 | 9 |
| 2011 | 291 | 265 | 26 | 100 | 91 | 9 |
| 2012 | 327 | 298 | 28 | 100 | 91 | 9 |
| 2013 | 414 | 382 | 31 | 100 | 92 | 8 |
| 2014 | 450 | 419 | 31 | 100 | 93 | 7 |
| | | | | | | |
| RSE/SE | 4 | 4 | 16 | (NA) | 1 | 1 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Built for Sale[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------------|----------------------------|-------|-------------------------|----------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **Northeast** | | | | | | |
| 1973 | 93 | 17 | 76 | 100 | 18 | 82 |
| 1974 | 75 | 15 | 60 | 100 | 20 | 80 |
| 1975 | 65 | 10 | 55 | 100 | 16 | 84 |
| 1976 | 70 | 12 | 59 | 100 | 17 | 83 |
| 1977 | 82 | 16 | 66 | 100 | 20 | 80 |
| 1978 | 79 | 19 | 61 | 100 | 24 | 76 |
| 1979 | 79 | 25 | 54 | 100 | 31 | 69 |
| 1980 | 55 | 20 | 35 | 100 | 36 | 64 |
| 1981 | 49 | 18 | 31 | 100 | 37 | 63 |
| 1982 | 45 | 15 | 30 | 100 | 33 | 67 |
| 1983 | 69 | 27 | 42 | 100 | 39 | 61 |
| 1984 | 83 | 34 | 49 | 100 | 41 | 59 |
| 1985 | 111 | 56 | 55 | 100 | 51 | 49 |
| 1986 | 133 | 70 | 63 | 100 | 53 | 47 |
| 1987 | 131 | 76 | 55 | 100 | 58 | 42 |
| 1988 | 127 | 81 | 46 | 100 | 63 | 37 |
| 1989 | 101 | 64 | 37 | 100 | 64 | 36 |
| 1990 | 73 | 43 | 31 | 100 | 58 | 42 |
| 1991 | 51 | 31 | 19 | 100 | 61 | 39 |
| 1992 | 62 | 39 | 23 | 100 | 63 | 37 |
| 1993 | 58 | 38 | 20 | 100 | 66 | 34 |
| 1994 | 66 | 48 | 18 | 100 | 73 | 27 |
| 1995 | 64 | 47 | 17 | 100 | 73 | 27 |
| 1996 | 68 | 51 | 17 | 100 | 74 | 26 |
| 1997 | 72 | 56 | 17 | 100 | 77 | 23 |
| 1998 | 74 | 59 | 14 | 100 | 80 | 20 |
| 1999 | 72 | 59 | 13 | 100 | 82 | 18 |
| 2000 | 74 | 61 | 14 | 100 | 81 | 19 |
| 2001 | 70 | 59 | 11 | 100 | 85 | 15 |
| 2002 | 68 | 58 | 10 | 100 | 85 | 15 |
| 2003 | 73 | 64 | 9 | 100 | 88 | 12 |
| 2004 | 79 | 71 | 8 | 100 | 90 | 10 |
| 2005 | 90 | 80 | 10 | 100 | 89 | 11 |
| 2006 | 85 | 72 | 13 | 100 | 85 | 15 |
| 2007 | 67 | 56 | 12 | 100 | 83 | 17 |
| 2008 | 42 | 34 | 8 | 100 | 82 | 18 |
| 2009 | 29 | 25 | 4 | 100 | 86 | 14 |
| 2010 | 31 | 27 | 4 | 100 | 86 | 14 |
| 2011 | 24 | 22 | 2 | 100 | 93 | 7 |
| 2012 | 26 | 24 | 2 | 100 | 93 | 7 |
| 2013 | 28 | 25 | 2 | 100 | 92 | 8 |
| 2014 | 29 | 27 | 2 | 100 | 93 | 7 |
| RSE/SE | 11 | 12 | 40 | (NA) | 3 | 3 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Built for Sale[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------------|----------------------------|-------|-------------------------|----------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **Midwest** | | | | | | |
| 1973 | 138 | 52  | 86 | 100 | 38 | 62 |
| 1974 | 100 | 42  | 58 | 100 | 42 | 58 |
| 1975 | 100 | 39  | 61 | 100 | 39 | 61 |
| 1976 | 127 | 59  | 68 | 100 | 46 | 54 |
| 1977 | 143 | 71  | 72 | 100 | 50 | 50 |
| 1978 | 151 | 81  | 70 | 100 | 54 | 46 |
| 1979 | 145 | 78  | 67 | 100 | 54 | 46 |
| 1980 | 79  | 43  | 36 | 100 | 55 | 45 |
| 1981 | 65  | 37  | 28 | 100 | 57 | 43 |
| 1982 | 43  | 24  | 20 | 100 | 55 | 45 |
| 1983 | 70  | 45  | 26 | 100 | 64 | 36 |
| 1984 | 80  | 55  | 25 | 100 | 69 | 31 |
| 1985 | 81  | 55  | 26 | 100 | 67 | 33 |
| 1986 | 90  | 61  | 29 | 100 | 68 | 32 |
| 1987 | 104 | 76  | 28 | 100 | 73 | 27 |
| 1988 | 100 | 77  | 23 | 100 | 77 | 23 |
| 1989 | 100 | 79  | 21 | 100 | 79 | 21 |
| 1990 | 99  | 81  | 17 | 100 | 82 | 18 |
| 1991 | 90  | 73  | 17 | 100 | 81 | 19 |
| 1992 | 108 | 91  | 18 | 100 | 84 | 16 |
| 1993 | 118 | 100 | 18 | 100 | 85 | 15 |
| 1994 | 136 | 116 | 21 | 100 | 85 | 15 |
| 1995 | 127 | 107 | 20 | 100 | 84 | 16 |
| 1996 | 135 | 117 | 18 | 100 | 87 | 13 |
| 1997 | 137 | 121 | 16 | 100 | 88 | 12 |
| 1998 | 150 | 132 | 18 | 100 | 88 | 12 |
| 1999 | 162 | 149 | 13 | 100 | 92 | 8  |
| 2000 | 170 | 157 | 13 | 100 | 92 | 8  |
| 2001 | 163 | 149 | 14 | 100 | 92 | 8  |
| 2002 | 181 | 165 | 16 | 100 | 91 | 9  |
| 2003 | 187 | 176 | 11 | 100 | 94 | 6  |
| 2004 | 212 | 200 | 12 | 100 | 95 | 5  |
| 2005 | 222 | 210 | 11 | 100 | 95 | 5  |
| 2006 | 192 | 179 | 12 | 100 | 94 | 6  |
| 2007 | 120 | 114 | 6  | 100 | 95 | 5  |
| 2008 | 80  | 77  | 4  | 100 | 96 | 4  |
| 2009 | 46  | 44  | 1  | 100 | 97 | 3  |
| 2010 | 44  | 43  | 1  | 100 | 97 | 3  |
| 2011 | 39  | 38  | 1  | 100 | 97 | 3  |
| 2012 | 47  | 46  | 1  | 100 | 97 | 3  |
| 2013 | 57  | 56  | 1  | 100 | 98 | 2  |
| 2014 | 62  | 61  | 1  | 100 | 98 | 2  |
| RSE/SE | 9 | 9 | 46 | (NA) | 1 | 1 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Built for Sale[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|--------------------|-----------------------|-------|--------------------|-----------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **South** | | | | | | |
| 1973 | 306 | 233 | 73 | 100 | 76 | 24 |
| 1974 | 228 | 182 | 46 | 100 | 80 | 20 |
| 1975 | 201 | 159 | 42 | 100 | 79 | 21 |
| 1976 | 240 | 203 | 37 | 100 | 85 | 15 |
| 1977 | 294 | 256 | 38 | 100 | 87 | 13 |
| 1978 | 336 | 307 | 29 | 100 | 91 | 9 |
| 1979 | 324 | 299 | 25 | 100 | 92 | 8 |
| 1980 | 280 | 257 | 24 | 100 | 92 | 8 |
| 1981 | 242 | 223 | 19 | 100 | 92 | 8 |
| 1982 | 198 | 187 | 11 | 100 | 94 | 6 |
| 1983 | 317 | 303 | 14 | 100 | 96 | 4 |
| 1984 | 334 | 323 | 11 | 100 | 97 | 3 |
| 1985 | 335 | 324 | 11 | 100 | 97 | 3 |
| 1986 | 316 | 306 | 10 | 100 | 97 | 3 |
| 1987 | 279 | 272 | 7 | 100 | 97 | 3 |
| 1988 | 280 | 275 | 5 | 100 | 98 | 2 |
| 1989 | 261 | 254 | 8 | 100 | 97 | 3 |
| 1990 | 236 | 232 | 4 | 100 | 98 | 2 |
| 1991 | 204 | 201 | 3 | 100 | 98 | 2 |
| 1992 | 245 | 243 | 3 | 100 | 99 | 1 |
| 1993 | 287 | 285 | (S) | 100 | 99 | (S) |
| 1994 | 326 | 324 | (S) | 100 | 99 | (S) |
| 1995 | 306 | 305 | (S) | 100 | 100 | (S) |
| 1996 | 335 | 334 | (S) | 100 | 100 | (S) |
| 1997 | 344 | 343 | (S) | 100 | 100 | (S) |
| 1998 | 365 | 365 | (S) | 100 | 100 | (S) |
| 1999 | 404 | 403 | 1 | 100 | 100 | (Z) |
| 2000 | 409 | 409 | 1 | 100 | 100 | (Z) |
| 2001 | 426 | 425 | 1 | 100 | 100 | (Z) |
| 2002 | 457 | 456 | 1 | 100 | 100 | (Z) |
| 2003 | 483 | 482 | 1 | 100 | 100 | (Z) |
| 2004 | 543 | 542 | 1 | 100 | 100 | (Z) |
| 2005 | 613 | 612 | 1 | 100 | 100 | (Z) |
| 2006 | 672 | 671 | (Z) | 100 | 100 | (Z) |
| 2007 | 484 | 483 | 1 | 100 | 100 | (Z) |
| 2008 | 296 | 296 | (Z) | 100 | 100 | (Z) |
| 2009 | 176 | 176 | (Z) | 100 | 100 | (Z) |
| 2010 | 178 | 178 | (Z) | 100 | 100 | (Z) |
| 2011 | 161 | 161 | (Z) | 100 | 100 | (Z) |
| 2012 | 173 | 173 | (Z) | 100 | 100 | (Z) |
| 2013 | 220 | 220 | (Z) | 100 | 100 | (Z) |
| 2014 | 247 | 247 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 6 | 6 | 36 | (NA) | (Z) | (Z) |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Built for Sale**[1]

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|--------------------|------------------------|-------|--------------------|------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **West** | | | |
| 1973 | 194 | 82 | 112 | 100 | 42 | 58 |
| 1974 | 139 | 47 | 92 | 100 | 34 | 66 |
| 1975 | 131 | 39 | 92 | 100 | 30 | 70 |
| 1976 | 178 | 52 | 126 | 100 | 29 | 71 |
| 1977 | 237 | 88 | 149 | 100 | 37 | 63 |
| 1978 | 272 | 117 | 155 | 100 | 43 | 57 |
| 1979 | 251 | 117 | 135 | 100 | 46 | 54 |
| 1980 | 169 | 84 | 85 | 100 | 50 | 50 |
| 1981 | 129 | 68 | 61 | 100 | 53 | 47 |
| 1982 | 81 | 47 | 34 | 100 | 58 | 42 |
| 1983 | 147 | 84 | 63 | 100 | 57 | 43 |
| 1984 | 172 | 102 | 70 | 100 | 59 | 41 |
| 1985 | 171 | 92 | 79 | 100 | 54 | 46 |
| 1986 | 185 | 102 | 84 | 100 | 55 | 45 |
| 1987 | 192 | 117 | 75 | 100 | 61 | 39 |
| 1988 | 181 | 125 | 56 | 100 | 69 | 31 |
| 1989 | 199 | 139 | 60 | 100 | 70 | 30 |
| 1990 | 186 | 124 | 62 | 100 | 67 | 33 |
| 1991 | 137 | 86 | 51 | 100 | 63 | 37 |
| 1992 | 162 | 100 | 62 | 100 | 62 | 38 |
| 1993 | 178 | 102 | 77 | 100 | 57 | 43 |
| 1994 | 212 | 117 | 94 | 100 | 55 | 45 |
| 1995 | 185 | 107 | 79 | 100 | 58 | 42 |
| 1996 | 207 | 120 | 87 | 100 | 58 | 42 |
| 1997 | 204 | 118 | 86 | 100 | 58 | 42 |
| 1998 | 226 | 130 | 96 | 100 | 58 | 42 |
| 1999 | 246 | 149 | 98 | 100 | 60 | 40 |
| 2000 | 230 | 144 | 86 | 100 | 63 | 37 |
| 2001 | 248 | 160 | 88 | 100 | 64 | 36 |
| 2002 | 261 | 180 | 81 | 100 | 69 | 31 |
| 2003 | 296 | 206 | 89 | 100 | 70 | 30 |
| 2004 | 335 | 252 | 83 | 100 | 75 | 25 |
| 2005 | 364 | 273 | 91 | 100 | 75 | 25 |
| 2006 | 345 | 258 | 87 | 100 | 75 | 25 |
| 2007 | 229 | 175 | 54 | 100 | 77 | 23 |
| 2008 | 132 | 96 | 36 | 100 | 73 | 27 |
| 2009 | 80 | 60 | 20 | 100 | 75 | 25 |
| 2010 | 77 | 52 | 25 | 100 | 67 | 33 |
| 2011 | 67 | 44 | 23 | 100 | 66 | 34 |
| 2012 | 81 | 56 | 25 | 100 | 69 | 31 |
| 2013 | 109 | 81 | 28 | 100 | 74 | 26 |
| 2014 | 112 | 84 | 27 | 100 | 75 | 25 |
| RSE/SE | 4 | 6 | 17 | (NA) | 4 | 4 |

Footnotes:
  RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
  NA - Not available
  A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
  Z - Less than 500 units or less than 0.5 percent
  S - Withheld because estimate did not meet publication standards on the basis of response rate
      or a consistency review

[1]"Built for Sale" are houses built with the intention of being sold with the sale of
  the land included in the transaction.

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**APPENDIX 1768**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Contractor-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **United States** | | | |
| 1973 | 248 | 111 | 137 | 100 | 45 | 55 |
| 1974 | 214 | 96 | 118 | 100 | 45 | 55 |
| 1975 | 175 | 84 | 91 | 100 | 48 | 52 |
| 1976 | 211 | 103 | 108 | 100 | 49 | 51 |
| 1977 | 253 | 132 | 121 | 100 | 52 | 48 |
| 1978 | 268 | 144 | 124 | 100 | 54 | 46 |
| 1979 | 231 | 129 | 102 | 100 | 56 | 44 |
| 1980 | 161 | 93 | 68 | 100 | 58 | 42 |
| 1981 | 137 | 81 | 56 | 100 | 59 | 41 |
| 1982 | 110 | 66 | 44 | 100 | 60 | 40 |
| 1983 | 130 | 78 | 52 | 100 | 60 | 40 |
| 1984 | 150 | 92 | 58 | 100 | 62 | 38 |
| 1985 | 163 | 99 | 64 | 100 | 61 | 39 |
| 1986 | 190 | 119 | 72 | 100 | 63 | 38 |
| 1987 | 203 | 132 | 71 | 100 | 65 | 35 |
| 1988 | 199 | 134 | 65 | 100 | 68 | 32 |
| 1989 | 188 | 136 | 52 | 100 | 73 | 27 |
| 1990 | 199 | 142 | 57 | 100 | 72 | 28 |
| 1991 | 192 | 139 | 53 | 100 | 73 | 27 |
| 1992 | 213 | 156 | 57 | 100 | 74 | 26 |
| 1993 | 216 | 163 | 53 | 100 | 76 | 24 |
| 1994 | 238 | 183 | 55 | 100 | 77 | 23 |
| 1995 | 204 | 157 | 47 | 100 | 77 | 23 |
| 1996 | 214 | 176 | 38 | 100 | 83 | 17 |
| 1997 | 192 | 159 | 33 | 100 | 83 | 17 |
| 1998 | 186 | 154 | 32 | 100 | 83 | 17 |
| 1999 | 204 | 174 | 30 | 100 | 85 | 15 |
| 2000 | 192 | 162 | 30 | 100 | 84 | 16 |
| 2001 | 189 | 164 | 25 | 100 | 87 | 13 |
| 2002 | 195 | 170 | 25 | 100 | 87 | 13 |
| 2003 | 185 | 163 | 22 | 100 | 88 | 12 |
| 2004 | 191 | 169 | 22 | 100 | 88 | 12 |
| 2005 | 190 | 160 | 30 | 100 | 84 | 16 |
| 2006 | 198 | 168 | 30 | 100 | 85 | 15 |
| 2007 | 171 | 149 | 22 | 100 | 87 | 13 |
| 2008 | 127 | 109 | 18 | 100 | 86 | 14 |
| 2009 | 94 | 79 | 15 | 100 | 84 | 16 |
| 2010 | 87 | 75 | 12 | 100 | 86 | 14 |
| 2011 | 75 | 65 | 11 | 100 | 86 | 14 |
| 2012 | 78 | 68 | 9 | 100 | 88 | 12 |
| 2013 | 81 | 72 | 9 | 100 | 89 | 11 |
| 2014 | 99 | 87 | 12 | 100 | 88 | 12 |
| | | | | | | |
| RSE/SE | 11 | 12 | 25 | (NA) | 3 | 3 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Contractor-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **Northeast** | | | |
| 1973 | 33 | 3 | 30 | 100 | 9 | 91 |
| 1974 | 32 | 4 | 28 | 100 | 11 | 89 |
| 1975 | 22 | (S) | 20 | 100 | (S) | 89 |
| 1976 | 24 | 3 | 21 | 100 | 12 | 88 |
| 1977 | 25 | 3 | 22 | 100 | 13 | 87 |
| 1978 | 29 | 5 | 24 | 100 | 19 | 81 |
| 1979 | 24 | 6 | 18 | 100 | 26 | 74 |
| 1980 | 17 | 5 | 12 | 100 | 28 | 72 |
| 1981 | 13 | 4 | 10 | 100 | 28 | 72 |
| 1982 | 13 | 3 | 10 | 100 | 22 | 78 |
| 1983 | 15 | 4 | 11 | 100 | 26 | 74 |
| 1984 | 19 | 6 | 14 | 100 | 29 | 71 |
| 1985 | 24 | 7 | 17 | 100 | 31 | 69 |
| 1986 | 26 | 7 | 19 | 100 | 27 | 73 |
| 1987 | 31 | 10 | 20 | 100 | 34 | 66 |
| 1988 | 27 | 9 | 18 | 100 | 33 | 67 |
| 1989 | 26 | 11 | 15 | 100 | 41 | 59 |
| 1990 | 26 | 11 | 15 | 100 | 43 | 57 |
| 1991 | 25 | 12 | 13 | 100 | 48 | 52 |
| 1992 | 30 | 14 | 16 | 100 | 47 | 53 |
| 1993 | 27 | 14 | 14 | 100 | 50 | 50 |
| 1994 | 29 | 15 | 14 | 100 | 52 | 48 |
| 1995 | 27 | 14 | 14 | 100 | 51 | 49 |
| 1996 | 23 | 12 | 11 | 100 | 54 | 46 |
| 1997 | 22 | 12 | 10 | 100 | 56 | 44 |
| 1998 | 22 | 12 | 9 | 100 | 57 | 43 |
| 1999 | 23 | 15 | 7 | 100 | 68 | 32 |
| 2000 | 26 | 17 | 9 | 100 | 65 | 35 |
| 2001 | 24 | 16 | 8 | 100 | 67 | 33 |
| 2002 | 25 | 17 | 8 | 100 | 69 | 31 |
| 2003 | 20 | 13 | 7 | 100 | 66 | 34 |
| 2004 | 23 | 15 | 8 | 100 | 65 | 35 |
| 2005 | 24 | 14 | 11 | 100 | 56 | 44 |
| 2006 | 25 | 14 | 11 | 100 | 56 | 44 |
| 2007 | 21 | 12 | 8 | 100 | 59 | 41 |
| 2008 | 16 | 11 | 6 | 100 | 64 | 36 |
| 2009 | 14 | 9 | 5 | 100 | 62 | 38 |
| 2010 | 13 | 8 | 4 | 100 | 66 | 34 |
| 2011 | 10 | 7 | 3 | 100 | 67 | 33 |
| 2012 | 11 | 7 | 3 | 100 | 71 | 29 |
| 2013 | 11 | 8 | 3 | 100 | 73 | 27 |
| 2014 | 12 | 9 | 3 | 100 | 73 | 27 |
| RSE/SE | 21 | 27 | 32 | (NA) | 9 | 9 |

**APPENDIX 1770**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Contractor-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **Midwest** | | | | | | |
| 1973 | 56 | 16 | 40 | 100 | 29 | 71 |
| 1974 | 53 | 17 | 36 | 100 | 33 | 67 |
| 1975 | 41 | 16 | 25 | 100 | 38 | 62 |
| 1976 | 59 | 18 | 41 | 100 | 30 | 70 |
| 1977 | 66 | 24 | 42 | 100 | 37 | 63 |
| 1978 | 68 | 24 | 44 | 100 | 35 | 65 |
| 1979 | 63 | 25 | 38 | 100 | 40 | 60 |
| 1980 | 31 | 12 | 19 | 100 | 39 | 61 |
| 1981 | 28 | 11 | 17 | 100 | 39 | 61 |
| 1982 | 19 | 6 | 13 | 100 | 33 | 67 |
| 1983 | 32 | 11 | 20 | 100 | 36 | 64 |
| 1984 | 35 | 14 | 21 | 100 | 41 | 59 |
| 1985 | 30 | 14 | 16 | 100 | 48 | 52 |
| 1986 | 40 | 22 | 18 | 100 | 54 | 46 |
| 1987 | 45 | 28 | 17 | 100 | 62 | 38 |
| 1988 | 46 | 31 | 16 | 100 | 66 | 34 |
| 1989 | 43 | 29 | 14 | 100 | 68 | 32 |
| 1990 | 52 | 34 | 18 | 100 | 66 | 34 |
| 1991 | 51 | 37 | 14 | 100 | 73 | 27 |
| 1992 | 58 | 44 | 15 | 100 | 75 | 25 |
| 1993 | 61 | 48 | 14 | 100 | 78 | 22 |
| 1994 | 67 | 53 | 14 | 100 | 79 | 21 |
| 1995 | 57 | 43 | 14 | 100 | 75 | 25 |
| 1996 | 58 | 48 | 10 | 100 | 83 | 17 |
| 1997 | 50 | 41 | 9 | 100 | 81 | 19 |
| 1998 | 50 | 43 | 7 | 100 | 86 | 14 |
| 1999 | 56 | 49 | 7 | 100 | 88 | 12 |
| 2000 | 49 | 44 | 6 | 100 | 88 | 12 |
| 2001 | 50 | 44 | 6 | 100 | 88 | 12 |
| 2002 | 51 | 46 | 5 | 100 | 91 | 9 |
| 2003 | 47 | 44 | 3 | 100 | 93 | 7 |
| 2004 | 46 | 43 | 3 | 100 | 94 | 6 |
| 2005 | 45 | 40 | 5 | 100 | 89 | 11 |
| 2006 | 49 | 40 | 9 | 100 | 82 | 18 |
| 2007 | 34 | 28 | 6 | 100 | 83 | 17 |
| 2008 | 26 | 21 | 5 | 100 | 80 | 20 |
| 2009 | 18 | 16 | 2 | 100 | 89 | 11 |
| 2010 | 19 | 17 | 2 | 100 | 91 | 9 |
| 2011 | 16 | 15 | 1 | 100 | 91 | 9 |
| 2012 | 19 | 18 | 2 | 100 | 92 | 8 |
| 2013 | 19 | 18 | 2 | 100 | 90 | 10 |
| 2014 | 25 | 22 | 2 | 100 | 90 | 10 |
| RSE/SE | 19 | 18 | 57 | (NA) | 5 | 5 |

**APPENDIX 1771**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Contractor-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **South** | | | |
| 1973 | 127 | 79 | 48 | 100 | 62 | 38 |
| 1974 | 101 | 65 | 36 | 100 | 64 | 36 |
| 1975 | 90 | 60 | 30 | 100 | 67 | 33 |
| 1976 | 100 | 74 | 26 | 100 | 74 | 26 |
| 1977 | 125 | 92 | 33 | 100 | 74 | 26 |
| 1978 | 133 | 101 | 32 | 100 | 76 | 24 |
| 1979 | 108 | 82 | 26 | 100 | 76 | 24 |
| 1980 | 87 | 64 | 23 | 100 | 74 | 26 |
| 1981 | 77 | 55 | 22 | 100 | 72 | 28 |
| 1982 | 65 | 50 | 15 | 100 | 77 | 23 |
| 1983 | 67 | 55 | 12 | 100 | 82 | 18 |
| 1984 | 76 | 63 | 13 | 100 | 83 | 17 |
| 1985 | 81 | 67 | 14 | 100 | 82 | 18 |
| 1986 | 95 | 79 | 16 | 100 | 83 | 17 |
| 1987 | 98 | 83 | 15 | 100 | 85 | 15 |
| 1988 | 96 | 84 | 12 | 100 | 87 | 13 |
| 1989 | 92 | 83 | 9 | 100 | 90 | 10 |
| 1990 | 90 | 82 | 8 | 100 | 92 | 8 |
| 1991 | 83 | 76 | 7 | 100 | 92 | 8 |
| 1992 | 88 | 85 | 4 | 100 | 96 | 4 |
| 1993 | 95 | 89 | 5 | 100 | 95 | 5 |
| 1994 | 106 | 102 | (S) | 100 | 96 | (S) |
| 1995 | 92 | 88 | (S) | 100 | 96 | (S) |
| 1996 | 105 | 102 | (S) | 100 | 98 | (S) |
| 1997 | 91 | 90 | (S) | 100 | 98 | (S) |
| 1998 | 85 | 83 | (S) | 100 | 98 | (S) |
| 1999 | 93 | 92 | 1 | 100 | 99 | 1 |
| 2000 | 88 | 87 | 1 | 100 | 99 | 1 |
| 2001 | 89 | 88 | 1 | 100 | 99 | 1 |
| 2002 | 88 | 87 | 1 | 100 | 99 | 1 |
| 2003 | 84 | 83 | 1 | 100 | 99 | 1 |
| 2004 | 88 | 87 | (Z) | 100 | 100 | (Z) |
| 2005 | 84 | 84 | (Z) | 100 | 99 | 1 |
| 2006 | 90 | 89 | (Z) | 100 | 99 | 1 |
| 2007 | 88 | 88 | (Z) | 100 | 100 | (Z) |
| 2008 | 59 | 59 | (Z) | 100 | 100 | (Z) |
| 2009 | 44 | 44 | 1 | 100 | 99 | 1 |
| 2010 | 42 | 42 | (Z) | 100 | 100 | (Z) |
| 2011 | 37 | 36 | (Z) | 100 | 99 | 1 |
| 2012 | 37 | 37 | (Z) | 100 | 99 | 1 |
| 2013 | 38 | 38 | (Z) | 100 | 100 | (Z) |
| 2014 | 47 | 47 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 18 | 18 | 64 | (NA) | (Z) | (Z) |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Contractor-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|---------------------|------------------------|-------|---------------------|------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| West | | | | | | |
| 1973 | 32 | 13 | 19 | 100 | 40 | 60 |
| 1974 | 27 | 9 | 18 | 100 | 35 | 65 |
| 1975 | 22 | 6 | 16 | 100 | 28 | 72 |
| 1976 | 27 | 8 | 19 | 100 | 31 | 69 |
| 1977 | 37 | 12 | 25 | 100 | 32 | 68 |
| 1978 | 39 | 14 | 25 | 100 | 36 | 64 |
| 1979 | 35 | 15 | 20 | 100 | 43 | 57 |
| 1980 | 26 | 12 | 14 | 100 | 46 | 54 |
| 1981 | 19 | 11 | 8 | 100 | 57 | 43 |
| 1982 | 13 | 7 | 6 | 100 | 54 | 46 |
| 1983 | 16 | 8 | 8 | 100 | 50 | 50 |
| 1984 | 20 | 9 | 11 | 100 | 45 | 55 |
| 1985 | 28 | 10 | 18 | 100 | 36 | 64 |
| 1986 | 29 | 11 | 18 | 100 | 37 | 63 |
| 1987 | 30 | 11 | 19 | 100 | 37 | 63 |
| 1988 | 30 | 11 | 19 | 100 | 36 | 64 |
| 1989 | 26 | 12 | 14 | 100 | 46 | 54 |
| 1990 | 31 | 14 | 17 | 100 | 45 | 55 |
| 1991 | 33 | 13 | 19 | 100 | 41 | 59 |
| 1992 | 36 | 14 | 23 | 100 | 38 | 62 |
| 1993 | 33 | 12 | 21 | 100 | 37 | 63 |
| 1994 | 36 | 13 | 23 | 100 | 36 | 64 |
| 1995 | 29 | 12 | 16 | 100 | 43 | 57 |
| 1996 | 28 | 13 | 15 | 100 | 48 | 52 |
| 1997 | 28 | 15 | 13 | 100 | 55 | 45 |
| 1998 | 29 | 15 | 14 | 100 | 50 | 50 |
| 1999 | 32 | 18 | 14 | 100 | 57 | 43 |
| 2000 | 29 | 14 | 14 | 100 | 50 | 50 |
| 2001 | 27 | 17 | 10 | 100 | 63 | 37 |
| 2002 | 31 | 19 | 12 | 100 | 61 | 39 |
| 2003 | 33 | 22 | 11 | 100 | 66 | 34 |
| 2004 | 34 | 23 | 11 | 100 | 67 | 33 |
| 2005 | 37 | 23 | 14 | 100 | 61 | 39 |
| 2006 | 34 | 24 | 10 | 100 | 70 | 30 |
| 2007 | 29 | 22 | 8 | 100 | 74 | 26 |
| 2008 | 25 | 18 | 7 | 100 | 72 | 28 |
| 2009 | 18 | 11 | 7 | 100 | 62 | 38 |
| 2010 | 13 | 7 | 6 | 100 | 55 | 45 |
| 2011 | 12 | 7 | 6 | 100 | 55 | 45 |
| 2012 | 10 | 6 | 4 | 100 | 60 | 40 |
| 2013 | 12 | 8 | 4 | 100 | 68 | 32 |
| 2014 | 15 | 9 | 6 | 100 | 60 | 40 |
| RSE/SE | 17 | 16 | 30 | (NA) | 7 | 7 |

Footnotes:

RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)

NA - Not available

A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed

Z - Less than 500 units or less than 0.5 percent

S - Withheld because estimate did not meet publication standards on the basis of response rate
   or a consistency review

[1]"Contractor-Built" houses are built for owner occupancy on the owner's land under the
   supervision of a general contractor.

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**APPENDIX 1773**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Owner-Built**[1]

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|----------------------|-------------------------|-------|----------------------|-------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **United States** | | | |
| 1973 | 196 | 72 | 124 | 100 | 37 | 63 |
| 1974 | 171 | 63 | 108 | 100 | 37 | 63 |
| 1975 | 190 | 65 | 125 | 100 | 34 | 66 |
| 1976 | 198 | 77 | 121 | 100 | 39 | 61 |
| 1977 | 234 | 106 | 128 | 100 | 45 | 55 |
| 1978 | 246 | 119 | 128 | 100 | 49 | 51 |
| 1979 | 244 | 120 | 124 | 100 | 49 | 51 |
| 1980 | 194 | 93 | 101 | 100 | 48 | 52 |
| 1981 | 174 | 89 | 85 | 100 | 51 | 49 |
| 1982 | 138 | 64 | 74 | 100 | 47 | 53 |
| 1983 | 164 | 84 | 80 | 100 | 52 | 48 |
| 1984 | 168 | 87 | 81 | 100 | 52 | 48 |
| 1985 | 168 | 89 | 79 | 100 | 53 | 47 |
| 1986 | 172 | 92 | 80 | 100 | 54 | 46 |
| 1987 | 176 | 99 | 77 | 100 | 56 | 44 |
| 1988 | 164 | 94 | 70 | 100 | 58 | 42 |
| 1989 | 147 | 89 | 58 | 100 | 61 | 39 |
| 1990 | 147 | 92 | 55 | 100 | 63 | 37 |
| 1991 | 143 | 84 | 59 | 100 | 59 | 41 |
| 1992 | 155 | 97 | 58 | 100 | 63 | 37 |
| 1993 | 159 | 101 | 58 | 100 | 64 | 36 |
| 1994 | 160 | 109 | 51 | 100 | 69 | 31 |
| 1995 | 146 | 100 | 46 | 100 | 69 | 31 |
| 1996 | 136 | 91 | 45 | 100 | 67 | 33 |
| 1997 | 137 | 95 | 43 | 100 | 69 | 31 |
| 1998 | 127 | 90 | 37 | 100 | 71 | 29 |
| 1999 | 139 | 102 | 37 | 100 | 74 | 26 |
| 2000 | 126 | 93 | 33 | 100 | 74 | 26 |
| 2001 | 122 | 92 | 30 | 100 | 75 | 25 |
| 2002 | 123 | 93 | 31 | 100 | 75 | 25 |
| 2003 | 119 | 92 | 26 | 100 | 78 | 22 |
| 2004 | 125 | 100 | 25 | 100 | 80 | 20 |
| 2005 | 118 | 93 | 25 | 100 | 79 | 21 |
| 2006 | 124 | 97 | 27 | 100 | 78 | 22 |
| 2007 | 108 | 83 | 24 | 100 | 77 | 23 |
| 2008 | 93 | 73 | 20 | 100 | 78 | 22 |
| 2009 | 66 | 50 | 15 | 100 | 77 | 23 |
| 2010 | 53 | 39 | 14 | 100 | 74 | 26 |
| 2011 | 49 | 37 | 12 | 100 | 75 | 25 |
| 2012 | 47 | 37 | 10 | 100 | 79 | 21 |
| 2013 | 42 | 33 | 9 | 100 | 80 | 20 |
| 2014 | 43 | 34 | 9 | 100 | 79 | 21 |
| RSE/SE | 11 | 12 | 26 | (NA) | 5 | 5 |

**APPENDIX 1774**

**Presence of Air-Conditioning in New Single-Family Houses Completed: Owner-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **Northeast** | | | |
| 1973 | 28 | (S) | 27 | 100 | (S) | 95 |
| 1974 | 25 | (S) | 23 | 100 | (S) | 93 |
| 1975 | 25 | (S) | 24 | 100 | (S) | 94 |
| 1976 | 25 | (S) | 24 | 100 | (S) | 95 |
| 1977 | 26 | (S) | 24 | 100 | (S) | 91 |
| 1978 | 30 | (S) | 28 | 100 | (S) | 92 |
| 1979 | 28 | 6 | 26 | 100 | 10 | 90 |
| 1980 | 23 | 3 | 20 | 100 | 12 | 88 |
| 1981 | 21 | (S) | 19 | 100 | (S) | 89 |
| 1982 | 19 | 3 | 16 | 100 | 14 | 86 |
| 1983 | 20 | 3 | 18 | 100 | 13 | 87 |
| 1984 | 23 | 3 | 19 | 100 | 15 | 85 |
| 1985 | 27 | 4 | 24 | 100 | 14 | 86 |
| 1986 | 30 | 5 | 25 | 100 | 16 | 84 |
| 1987 | 31 | 6 | 25 | 100 | 19 | 81 |
| 1988 | 30 | 6 | 24 | 100 | 20 | 80 |
| 1989 | 27 | 7 | 20 | 100 | 25 | 75 |
| 1990 | 24 | 7 | 17 | 100 | 30 | 70 |
| 1991 | 21 | 6 | 16 | 100 | 27 | 73 |
| 1992 | 20 | 6 | 14 | 100 | 30 | 70 |
| 1993 | 18 | 5 | 12 | 100 | 31 | 69 |
| 1994 | 16 | 6 | 10 | 100 | 38 | 62 |
| 1995 | 15 | 6 | 10 | 100 | 37 | 63 |
| 1996 | 15 | 6 | 9 | 100 | 38 | 62 |
| 1997 | 17 | 6 | 11 | 100 | 36 | 64 |
| 1998 | 14 | 6 | 8 | 100 | 44 | 56 |
| 1999 | 15 | 6 | 8 | 100 | 44 | 56 |
| 2000 | 16 | 8 | 9 | 100 | 46 | 54 |
| 2001 | 15 | 7 | 8 | 100 | 47 | 53 |
| 2002 | 18 | 10 | 8 | 100 | 56 | 44 |
| 2003 | 17 | 9 | 7 | 100 | 56 | 44 |
| 2004 | 14 | 8 | 6 | 100 | 59 | 41 |
| 2005 | 15 | 8 | 6 | 100 | 56 | 44 |
| 2006 | 14 | 9 | 5 | 100 | 62 | 38 |
| 2007 | 12 | 6 | 5 | 100 | 54 | 46 |
| 2008 | 10 | 6 | 4 | 100 | 59 | 41 |
| 2009 | 7 | 4 | 3 | 100 | 58 | 42 |
| 2010 | 6 | 3 | 3 | 100 | 46 | 54 |
| 2011 | 5 | 3 | 2 | 100 | 61 | 39 |
| 2012 | 6 | 3 | 3 | 100 | 53 | 47 |
| 2013 | 5 | 3 | 2 | 100 | 56 | 44 |
| 2014 | 5 | 3 | 3 | 100 | 52 | 48 |
| RSE/SE | 18 | 24 | 38 | (NA) | 13 | 13 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Owner-Built[1]**

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|----------------------|-------------------------|-------|----------------------|-------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **Midwest** | | | | | | |
| 1973 | 59 | 17 | 42 | 100 | 28 | 72 |
| 1974 | 62 | 18 | 44 | 100 | 29 | 71 |
| 1975 | 73 | 20 | 53 | 100 | 27 | 73 |
| 1976 | 81 | 29 | 52 | 100 | 36 | 64 |
| 1977 | 87 | 34 | 53 | 100 | 39 | 61 |
| 1978 | 79 | 34 | 45 | 100 | 43 | 57 |
| 1979 | 81 | 32 | 49 | 100 | 39 | 61 |
| 1980 | 53 | 19 | 34 | 100 | 36 | 64 |
| 1981 | 44 | 17 | 27 | 100 | 39 | 61 |
| 1982 | 29 | 9 | 20 | 100 | 31 | 69 |
| 1983 | 37 | 12 | 24 | 100 | 33 | 67 |
| 1984 | 37 | 13 | 23 | 100 | 36 | 64 |
| 1985 | 34 | 16 | 18 | 100 | 47 | 53 |
| 1986 | 36 | 19 | 17 | 100 | 52 | 48 |
| 1987 | 44 | 24 | 20 | 100 | 55 | 45 |
| 1988 | 38 | 24 | 15 | 100 | 62 | 38 |
| 1989 | 40 | 25 | 15 | 100 | 63 | 37 |
| 1990 | 38 | 25 | 13 | 100 | 65 | 35 |
| 1991 | 40 | 25 | 15 | 100 | 62 | 38 |
| 1992 | 48 | 31 | 18 | 100 | 63 | 37 |
| 1993 | 47 | 30 | 18 | 100 | 63 | 37 |
| 1994 | 47 | 31 | 15 | 100 | 67 | 33 |
| 1995 | 42 | 29 | 13 | 100 | 70 | 30 |
| 1996 | 42 | 30 | 12 | 100 | 71 | 29 |
| 1997 | 41 | 28 | 13 | 100 | 67 | 33 |
| 1998 | 39 | 28 | 11 | 100 | 71 | 29 |
| 1999 | 46 | 33 | 13 | 100 | 72 | 28 |
| 2000 | 38 | 27 | 11 | 100 | 71 | 29 |
| 2001 | 39 | 29 | 10 | 100 | 74 | 26 |
| 2002 | 32 | 23 | 9 | 100 | 72 | 28 |
| 2003 | 30 | 24 | 6 | 100 | 81 | 19 |
| 2004 | 33 | 28 | 6 | 100 | 83 | 17 |
| 2005 | 32 | 25 | 7 | 100 | 78 | 22 |
| 2006 | 34 | 23 | 10 | 100 | 69 | 31 |
| 2007 | 27 | 19 | 8 | 100 | 69 | 31 |
| 2008 | 23 | 16 | 7 | 100 | 69 | 31 |
| 2009 | 17 | 12 | 6 | 100 | 67 | 33 |
| 2010 | 15 | 8 | 6 | 100 | 58 | 42 |
| 2011 | 12 | 8 | 4 | 100 | 67 | 33 |
| 2012 | 11 | 8 | 3 | 100 | 72 | 28 |
| 2013 | 10 | 7 | 3 | 100 | 72 | 28 |
| 2014 | 11 | 8 | 3 | 100 | 76 | 24 |
| RSE/SE | 23 | 20 | 50 | (NA) | 8 | 8 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Owner-Built**[1]

(Components may not add to totals because of rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|--------------------------|-----------------------------|-------|--------------------------|-----------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **South** | | | | | | |
| 1973 | 86 | 46 | 40 | 100 | 53 | 47 |
| 1974 | 63 | 36 | 27 | 100 | 58 | 42 |
| 1975 | 66 | 38 | 28 | 100 | 57 | 43 |
| 1976 | 67 | 40 | 27 | 100 | 59 | 41 |
| 1977 | 87 | 58 | 28 | 100 | 67 | 33 |
| 1978 | 97 | 68 | 29 | 100 | 70 | 30 |
| 1979 | 95 | 70 | 25 | 100 | 74 | 26 |
| 1980 | 83 | 59 | 24 | 100 | 71 | 29 |
| 1981 | 79 | 57 | 22 | 100 | 72 | 28 |
| 1982 | 66 | 44 | 22 | 100 | 66 | 34 |
| 1983 | 76 | 56 | 20 | 100 | 73 | 27 |
| 1984 | 74 | 57 | 17 | 100 | 77 | 23 |
| 1985 | 74 | 57 | 17 | 100 | 77 | 23 |
| 1986 | 75 | 57 | 18 | 100 | 76 | 24 |
| 1987 | 71 | 59 | 12 | 100 | 83 | 17 |
| 1988 | 64 | 53 | 11 | 100 | 83 | 17 |
| 1989 | 54 | 45 | 9 | 100 | 84 | 16 |
| 1990 | 53 | 46 | 7 | 100 | 86 | 14 |
| 1991 | 52 | 42 | 9 | 100 | 82 | 18 |
| 1992 | 56 | 49 | 7 | 100 | 88 | 12 |
| 1993 | 63 | 56 | 7 | 100 | 89 | 11 |
| 1994 | 66 | 62 | (S) | 100 | 93 | (S) |
| 1995 | 59 | 55 | (S) | 100 | 94 | (S) |
| 1996 | 51 | 46 | (S) | 100 | 90 | (S) |
| 1997 | 55 | 51 | (S) | 100 | 94 | (S) |
| 1998 | 50 | 46 | (S) | 100 | 90 | (S) |
| 1999 | 52 | 50 | 2 | 100 | 96 | 4 |
| 2000 | 49 | 47 | 2 | 100 | 96 | 4 |
| 2001 | 46 | 45 | 1 | 100 | 97 | 3 |
| 2002 | 47 | 46 | 1 | 100 | 97 | 3 |
| 2003 | 43 | 41 | 2 | 100 | 96 | 4 |
| 2004 | 47 | 45 | 2 | 100 | 96 | 4 |
| 2005 | 43 | 42 | 1 | 100 | 98 | 2 |
| 2006 | 48 | 46 | 1 | 100 | 97 | 3 |
| 2007 | 43 | 40 | 2 | 100 | 95 | 5 |
| 2008 | 38 | 37 | 1 | 100 | 98 | 2 |
| 2009 | 29 | 28 | 1 | 100 | 97 | 3 |
| 2010 | 24 | 23 | 1 | 100 | 96 | 4 |
| 2011 | 24 | 22 | 1 | 100 | 94 | 6 |
| 2012 | 24 | 23 | 1 | 100 | 94 | 6 |
| 2013 | 20 | 19 | 1 | 100 | 94 | 6 |
| 2014 | 20 | 18 | 1 | 100 | 93 | 7 |
| RSE/SE | 18 | 18 | 51 | (NA) | 3 | 3 |

**Presence of Air-Conditioning in New Single-Family Houses Completed: Owner-Built[1]**

(Components may not add to totals because of rounding. Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------|----------------------|-------|-------------------|----------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **West** | | | | | | |
| 1973 | 23 | 8 | 15 | 100 | 35 | 65 |
| 1974 | 21 | 7 | 14 | 100 | 31 | 69 |
| 1975 | 27 | 7 | 20 | 100 | 26 | 74 |
| 1976 | 25 | 7 | 18 | 100 | 29 | 71 |
| 1977 | 34 | 12 | 22 | 100 | 35 | 65 |
| 1978 | 41 | 14 | 26 | 100 | 35 | 65 |
| 1979 | 39 | 15 | 24 | 100 | 39 | 61 |
| 1980 | 36 | 13 | 23 | 100 | 36 | 64 |
| 1981 | 30 | 12 | 18 | 100 | 41 | 59 |
| 1982 | 24 | 9 | 15 | 100 | 37 | 63 |
| 1983 | 32 | 14 | 18 | 100 | 44 | 56 |
| 1984 | 34 | 13 | 21 | 100 | 39 | 61 |
| 1985 | 32 | 11 | 21 | 100 | 36 | 64 |
| 1986 | 31 | 11 | 20 | 100 | 35 | 65 |
| 1987 | 30 | 10 | 20 | 100 | 32 | 68 |
| 1988 | 31 | 10 | 21 | 100 | 33 | 67 |
| 1989 | 25 | 11 | 15 | 100 | 41 | 59 |
| 1990 | 32 | 13 | 19 | 100 | 41 | 59 |
| 1991 | 30 | 11 | 19 | 100 | 38 | 62 |
| 1992 | 31 | 12 | 19 | 100 | 38 | 62 |
| 1993 | 31 | 9 | 22 | 100 | 30 | 70 |
| 1994 | 31 | 10 | 21 | 100 | 32 | 68 |
| 1995 | 30 | 10 | 20 | 100 | 34 | 66 |
| 1996 | 28 | 9 | 19 | 100 | 33 | 67 |
| 1997 | 25 | 10 | 15 | 100 | 40 | 60 |
| 1998 | 23 | 10 | 13 | 100 | 44 | 56 |
| 1999 | 26 | 12 | 14 | 100 | 47 | 53 |
| 2000 | 22 | 11 | 11 | 100 | 52 | 48 |
| 2001 | 21 | 11 | 10 | 100 | 51 | 49 |
| 2002 | 26 | 14 | 13 | 100 | 52 | 48 |
| 2003 | 29 | 18 | 11 | 100 | 62 | 38 |
| 2004 | 30 | 19 | 12 | 100 | 62 | 38 |
| 2005 | 28 | 17 | 11 | 100 | 62 | 38 |
| 2006 | 28 | 18 | 10 | 100 | 65 | 35 |
| 2007 | 26 | 18 | 9 | 100 | 68 | 32 |
| 2008 | 22 | 14 | 8 | 100 | 63 | 37 |
| 2009 | 12 | 6 | 6 | 100 | 53 | 47 |
| 2010 | 8 | 5 | 4 | 100 | 56 | 44 |
| 2011 | 7 | 3 | 5 | 100 | 39 | 61 |
| 2012 | 6 | 3 | 3 | 100 | 56 | 44 |
| 2013 | 6 | 4 | 2 | 100 | 66 | 34 |
| 2014 | 7 | 5 | 3 | 100 | 64 | 36 |
| RSE/SE | 20 | 29 | 36 | (NA) | 12 | 12 |

Footnotes:
  RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
  NA - Not available
  A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
  Z - Less than 500 units or less than 0.5 percent
  S - Withheld because estimate did not meet publication standards on the basis of response rate
      or a consistency review

[1]"Owner-Built" houses are built for owner occupancy on the owner's land with the
  owner acting as the general contractor.

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**APPENDIX 1778**

**Presence of Air-Conditioning in New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|--------|----------------------|-------------------------|-------|----------------------|-------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **United States** | | | | | | |
| 1978 | 816 | 515 | 301 | 100 | 63 | 37 |
| 1979 | 709 | 468 | 241 | 100 | 66 | 34 |
| 1980 | 530 | 370 | 160 | 100 | 70 | 30 |
| 1981 | 436 | 312 | 124 | 100 | 72 | 28 |
| 1982 | 412 | 306 | 106 | 100 | 74 | 26 |
| 1983 | 623 | 478 | 145 | 100 | 77 | 23 |
| 1984 | 639 | 490 | 149 | 100 | 77 | 23 |
| 1985 | 688 | 517 | 171 | 100 | 75 | 25 |
| 1986 | 749 | 567 | 182 | 100 | 76 | 24 |
| 1987 | 671 | 517 | 154 | 100 | 77 | 23 |
| 1988 | 676 | 552 | 124 | 100 | 82 | 18 |
| 1989 | 650 | 527 | 123 | 100 | 81 | 19 |
| 1990 | 534 | 434 | 100 | 100 | 81 | 19 |
| 1991 | 509 | 420 | 89 | 100 | 82 | 18 |
| 1992 | 610 | 500 | 110 | 100 | 82 | 18 |
| 1993 | 666 | 551 | 115 | 100 | 83 | 17 |
| 1994 | 670 | 550 | 120 | 100 | 82 | 18 |
| 1995 | 667 | 553 | 114 | 100 | 83 | 17 |
| 1996 | 757 | 633 | 124 | 100 | 84 | 16 |
| 1997 | 804 | 675 | 129 | 100 | 84 | 16 |
| 1998 | 886 | 756 | 130 | 100 | 85 | 15 |
| 1999 | 880 | 754 | 126 | 100 | 86 | 14 |
| 2000 | 877 | 763 | 114 | 100 | 87 | 13 |
| 2001 | 908 | 806 | 102 | 100 | 89 | 11 |
| 2002 | 973 | 870 | 103 | 100 | 89 | 11 |
| 2003 | 1,086 | 986 | 101 | 100 | 91 | 9 |
| 2004 | 1,203 | 1,102 | 101 | 100 | 92 | 8 |
| 2005 | 1,283 | 1,182 | 101 | 100 | 92 | 8 |
| 2006 | 1,051 | 972 | 79 | 100 | 93 | 7 |
| 2007 | 776 | 719 | 56 | 100 | 93 | 7 |
| 2008 | 485 | 450 | 35 | 100 | 93 | 7 |
| 2009 | 375 | 347 | 27 | 100 | 93 | 7 |
| 2010 | 323 | 295 | 28 | 100 | 91 | 9 |
| 2011 | 306 | 279 | 27 | 100 | 91 | 9 |
| 2012 | 368 | 338 | 30 | 100 | 92 | 8 |
| 2013 | 429 | 399 | 30 | 100 | 93 | 7 |
| 2014 | 437 | 404 | 33 | 100 | 93 | 7 |
| RSE/SE | 3 | 3 | 18 | (NA) | 1 | 1 |
| **Northeast** | | | | | | |
| 1999 | 76 | 62 | 14 | 100 | 82 | 18 |
| 2000 | 71 | 59 | 13 | 100 | 82 | 18 |
| 2001 | 66 | 56 | 10 | 100 | 85 | 15 |
| 2002 | 65 | 56 | 9 | 100 | 87 | 13 |
| 2003 | 79 | 72 | 8 | 100 | 90 | 10 |
| 2004 | 83 | 75 | 8 | 100 | 91 | 9 |
| 2005 | 81 | 71 | 10 | 100 | 87 | 13 |
| 2006 | 63 | 56 | 8 | 100 | 88 | 12 |
| 2007 | 65 | 53 | 12 | 100 | 82 | 18 |
| 2008 | 35 | 30 | 5 | 100 | 87 | 13 |
| 2009 | 31 | 27 | 5 | 100 | 86 | 14 |
| 2010 | 31 | 27 | 3 | 100 | 89 | 11 |
| 2011 | 21 | 19 | 2 | 100 | 91 | 9 |
| 2012 | 29 | 27 | 2 | 100 | 94 | 6 |
| 2013 | 31 | 29 | 2 | 100 | 93 | 7 |
| 2014 | 28 | 25 | 3 | 100 | 91 | 9 |
| RSE/SE | 8 | 10 | 46 | (NA) | 4 | 4 |

**APPENDIX 1779**

**Presence of Air-Conditioning in New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **Midwest** | | | |
| 1999 | 168 | 155 | 13 | 100 | 92 | 8 |
| 2000 | 155 | 145 | 11 | 100 | 93 | 7 |
| 2001 | 164 | 149 | 15 | 100 | 91 | 9 |
| 2002 | 185 | 171 | 15 | 100 | 92 | 8 |
| 2003 | 189 | 177 | 12 | 100 | 94 | 6 |
| 2004 | 210 | 199 | 11 | 100 | 95 | 5 |
| 2005 | 205 | 194 | 11 | 100 | 95 | 5 |
| 2006 | 161 | 151 | 11 | 100 | 93 | 7 |
| 2007 | 118 | 113 | 5 | 100 | 96 | 4 |
| 2008 | 70 | 66 | 4 | 100 | 95 | 5 |
| 2009 | 54 | 52 | 2 | 100 | 97 | 3 |
| 2010 | 45 | 43 | 1 | 100 | 97 | 3 |
| 2011 | 45 | 44 | 1 | 100 | 98 | 2 |
| 2012 | 47 | 46 | 1 | 100 | 98 | 2 |
| 2013 | 61 | 59 | 2 | 100 | 97 | 3 |
| 2014 | 59 | 57 | 1 | 100 | 98 | 2 |
| RSE/SE | 9 | 9 | 56 | (NA) | 1 | 1 |
| | | | **South** | | | |
| 1999 | 395 | 394 | 1 | 100 | 100 | (Z) |
| 2000 | 406 | 406 | 1 | 100 | 100 | (Z) |
| 2001 | 439 | 438 | 1 | 100 | 100 | (Z) |
| 2002 | 450 | 449 | 1 | 100 | 100 | (Z) |
| 2003 | 511 | 510 | 1 | 100 | 100 | (Z) |
| 2004 | 562 | 561 | 1 | 100 | 100 | (Z) |
| 2005 | 638 | 637 | 1 | 100 | 100 | (Z) |
| 2006 | 559 | 559 | (Z) | 100 | 100 | (Z) |
| 2007 | 411 | 411 | 1 | 100 | 100 | (Z) |
| 2008 | 266 | 266 | (Z) | 100 | 100 | (Z) |
| 2009 | 202 | 202 | (Z) | 100 | 100 | (Z) |
| 2010 | 173 | 173 | (Z) | 100 | 100 | (Z) |
| 2011 | 168 | 168 | (Z) | 100 | 100 | (Z) |
| 2012 | 195 | 195 | (Z) | 100 | 100 | (Z) |
| 2013 | 233 | 233 | (Z) | 100 | 100 | (Z) |
| 2014 | 243 | 242 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 5 | 5 | 48 | (NA) | (Z) | (Z) |
| | | | **West** | | | |
| 1999 | 242 | 143 | 99 | 100 | 59 | 41 |
| 2000 | 244 | 154 | 90 | 100 | 63 | 37 |
| 2001 | 239 | 163 | 76 | 100 | 68 | 32 |
| 2002 | 273 | 194 | 78 | 100 | 71 | 29 |
| 2003 | 307 | 226 | 80 | 100 | 74 | 26 |
| 2004 | 348 | 266 | 81 | 100 | 77 | 23 |
| 2005 | 358 | 280 | 78 | 100 | 78 | 22 |
| 2006 | 267 | 207 | 60 | 100 | 78 | 22 |
| 2007 | 181 | 142 | 39 | 100 | 79 | 21 |
| 2008 | 114 | 87 | 26 | 100 | 77 | 23 |
| 2009 | 87 | 67 | 21 | 100 | 76 | 24 |
| 2010 | 74 | 51 | 23 | 100 | 69 | 31 |
| 2011 | 72 | 48 | 24 | 100 | 66 | 34 |
| 2012 | 97 | 69 | 27 | 100 | 72 | 28 |
| 2013 | 105 | 78 | 27 | 100 | 75 | 25 |
| 2014 | 108 | 80 | 28 | 100 | 74 | 26 |
| RSE/SE | 5 | 6 | 20 | (NA) | 5 | 5 |

Footnotes:
 RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
 NA - Not available
 A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
 Z - Less than 500 units or less than 0.5 percent
 S - Withheld because estimate did not meet publication standards on the basis of response rate
   or a consistency review

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**APPENDIX 1780**

**Presence of Air-Conditioning in Attached New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|------------------------|---------------------------|-------|------------------------|---------------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **United States** | | | | | | |
| 1986 | 147 | 125 | 22 | 100 | 85 | 15 |
| 1987 | 107 | 92 | 14 | 100 | 87 | 13 |
| 1988 | 95 | 82 | 13 | 100 | 87 | 13 |
| 1989 | 81 | 70 | 11 | 100 | 87 | 13 |
| 1990 | 56 | 48 | 8 | 100 | 85 | 15 |
| 1991 | 50 | 44 | 6 | 100 | 89 | 11 |
| 1992 | 59 | 52 | 7 | 100 | 89 | 11 |
| 1993 | 69 | 62 | 7 | 100 | 90 | 10 |
| 1994 | 74 | 66 | 8 | 100 | 89 | 11 |
| 1995 | 78 | 67 | 11 | 100 | 86 | 14 |
| 1996 | 84 | 77 | 7 | 100 | 91 | 9 |
| 1997 | 85 | 75 | 10 | 100 | 89 | 11 |
| 1998 | 92 | 84 | 8 | 100 | 91 | 9 |
| 1999 | 92 | 84 | 7 | 100 | 92 | 8 |
| 2000 | 91 | 82 | 9 | 100 | 91 | 9 |
| 2001 | 102 | 94 | 8 | 100 | 92 | 8 |
| 2002 | 114 | 103 | 11 | 100 | 91 | 9 |
| 2003 | 143 | 133 | 10 | 100 | 93 | 7 |
| 2004 | 168 | 154 | 14 | 100 | 92 | 8 |
| 2005 | 184 | 167 | 16 | 100 | 91 | 9 |
| 2006 | 143 | 130 | 13 | 100 | 91 | 9 |
| 2007 | 119 | 107 | 12 | 100 | 90 | 10 |
| 2008 | 73 | 65 | 7 | 100 | 90 | 10 |
| 2009 | 50 | 45 | 5 | 100 | 90 | 10 |
| 2010 | 42 | 39 | 3 | 100 | 92 | 8 |
| 2011 | 37 | 34 | 3 | 100 | 91 | 9 |
| 2012 | 46 | 42 | 4 | 100 | 92 | 8 |
| 2013 | 48 | 46 | 2 | 100 | 95 | 5 |
| 2014 | 44 | 41 | 3 | 100 | 93 | 7 |
| RSE/SE | 10 | 11 | 27 | (NA) | 2 | 2 |
| **Northeast** | | | | | | |
| 1999 | 22 | 22 | 1 | 100 | 97 | 3 |
| 2000 | 20 | 19 | 1 | 100 | 94 | 6 |
| 2001 | 19 | 19 | 1 | 100 | 97 | 3 |
| 2002 | 16 | 15 | 1 | 100 | 95 | 5 |
| 2003 | 23 | 23 | 1 | 100 | 97 | 3 |
| 2004 | 22 | 22 | 1 | 100 | 96 | 4 |
| 2005 | 26 | 24 | 2 | 100 | 92 | 8 |
| 2006 | 19 | 18 | 1 | 100 | 94 | 6 |
| 2007 | 21 | 18 | 2 | 100 | 88 | 12 |
| 2008 | 10 | 9 | 1 | 100 | 89 | 11 |
| 2009 | 9 | 8 | 1 | 100 | 92 | 8 |
| 2010 | 8 | 7 | (Z) | 100 | 96 | 4 |
| 2011 | 6 | 5 | (Z) | 100 | 94 | 6 |
| 2012 | 10 | 10 | (Z) | 100 | 100 | (Z) |
| 2013 | 9 | 9 | (Z) | 100 | 97 | 3 |
| 2014 | 8 | 7 | 1 | 100 | 88 | 12 |
| RSE/SE | 16 | 18 | 64 | (NA) | 8 | 8 |
| **Midwest** | | | | | | |
| 1999 | 24 | 24 | (Z) | 100 | 99 | 1 |
| 2000 | 24 | 23 | 1 | 100 | 95 | 5 |
| 2001 | 31 | 29 | 2 | 100 | 93 | 7 |
| 2002 | 40 | 37 | 3 | 100 | 92 | 8 |
| 2003 | 48 | 45 | 2 | 100 | 95 | 5 |
| 2004 | 49 | 47 | 2 | 100 | 97 | 3 |
| 2005 | 42 | 40 | 2 | 100 | 96 | 4 |
| 2006 | 36 | 35 | 1 | 100 | 96 | 4 |
| 2007 | 26 | 25 | 1 | 100 | 97 | 3 |
| 2008 | 14 | 13 | (Z) | 100 | 98 | 2 |
| 2009 | 10 | 10 | (Z) | 100 | 100 | (Z) |
| 2010 | 7 | 7 | (Z) | 100 | 100 | (Z) |
| 2011 | 6 | 6 | (Z) | 100 | 99 | 1 |
| 2012 | 5 | 5 | (Z) | 100 | 100 | (Z) |
| 2013 | 6 | 6 | (Z) | 100 | 100 | (Z) |
| 2014 | 6 | 6 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 30 | 30 | | (NA) | (Z) | (Z) |

**APPENDIX 1781**

**Presence of Air-Conditioning in Attached New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-----------------------|-------------------------|-------|-----------------------|-------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| South | | | | | | |
| 1999 | 32 | 32 | (Z) | 100 | 100 | (Z) |
| 2000 | 35 | 34 | (Z) | 100 | 99  | 1   |
| 2001 | 39 | 39 | (Z) | 100 | 100 | (Z) |
| 2002 | 43 | 43 | (Z) | 100 | 100 | (Z) |
| 2003 | 54 | 54 | (Z) | 100 | 100 | (Z) |
| 2004 | 65 | 65 | (Z) | 100 | 100 | (Z) |
| 2005 | 81 | 81 | (Z) | 100 | 100 | (Z) |
| 2006 | 61 | 61 | (Z) | 100 | 100 | (Z) |
| 2007 | 49 | 49 | (Z) | 100 | 100 | (Z) |
| 2008 | 34 | 34 | (Z) | 100 | 100 | (Z) |
| 2009 | 20 | 20 | (Z) | 100 | 100 | (Z) |
| 2010 | 18 | 18 | (Z) | 100 | 100 | (Z) |
| 2011 | 18 | 18 | (Z) | 100 | 100 | (Z) |
| 2012 | 21 | 21 | (Z) | 100 | 100 | (Z) |
| 2013 | 23 | 23 | (Z) | 100 | 100 | (Z) |
| 2014 | 20 | 20 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 16 | 16 | (A) | (NA) | (Z) | (Z) |
| West | | | | | | |
| 1999 | 13 | 7  | 6  | 100 | 52 | 48 |
| 2000 | 12 | 6  | 6  | 100 | 50 | 50 |
| 2001 | 13 | 8  | 5  | 100 | 60 | 40 |
| 2002 | 15 | 9  | 7  | 100 | 56 | 44 |
| 2003 | 18 | 10 | 7  | 100 | 59 | 41 |
| 2004 | 32 | 21 | 11 | 100 | 65 | 35 |
| 2005 | 34 | 21 | 13 | 100 | 63 | 37 |
| 2006 | 27 | 17 | 10 | 100 | 62 | 38 |
| 2007 | 23 | 14 | 9  | 100 | 61 | 39 |
| 2008 | 16 | 10 | 6  | 100 | 62 | 38 |
| 2009 | 12 | 7  | 4  | 100 | 61 | 39 |
| 2010 | 9  | 6  | 3  | 100 | 69 | 31 |
| 2011 | 7  | 5  | 3  | 100 | 62 | 38 |
| 2012 | 10 | 6  | 4  | 100 | 63 | 37 |
| 2013 | 11 | 9  | 2  | 100 | 80 | 20 |
| 2014 | 10 | 8  | 2  | 100 | 78 | 22 |
| RSE/SE | 19 | 24 | 27 | (NA) | 7 | 7 |

Footnotes:
 RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
 NA - Not available
 A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
 Z - Less than 500 units or less than 0.5 percent
 S - Withheld because estimate did not meet publication standards on the basis of response rate
    or a consistency review

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**APPENDIX 1782**

**Presence of Air-Conditioning in Detached New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|---|---|---|---|---|---|---|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | | | **United States** | | | |
| 1986 | 603 | 443 | 160 | 100 | 73 | 27 |
| 1987 | 564 | 425 | 139 | 100 | 75 | 25 |
| 1988 | 581 | 470 | 111 | 100 | 81 | 19 |
| 1989 | 569 | 457 | 112 | 100 | 80 | 20 |
| 1990 | 478 | 386 | 92 | 100 | 81 | 19 |
| 1991 | 459 | 376 | 83 | 100 | 82 | 18 |
| 1992 | 551 | 448 | 103 | 100 | 81 | 19 |
| 1993 | 597 | 489 | 108 | 100 | 82 | 18 |
| 1994 | 596 | 484 | 112 | 100 | 81 | 19 |
| 1995 | 589 | 486 | 103 | 100 | 82 | 18 |
| 1996 | 673 | 556 | 117 | 100 | 83 | 17 |
| 1997 | 719 | 600 | 119 | 100 | 83 | 17 |
| 1998 | 794 | 672 | 122 | 100 | 85 | 15 |
| 1999 | 789 | 670 | 119 | 100 | 85 | 15 |
| 2000 | 787 | 681 | 106 | 100 | 87 | 13 |
| 2001 | 806 | 712 | 94 | 100 | 88 | 12 |
| 2002 | 860 | 767 | 93 | 100 | 89 | 11 |
| 2003 | 944 | 853 | 90 | 100 | 90 | 10 |
| 2004 | 1,035 | 948 | 88 | 100 | 92 | 8 |
| 2005 | 1,099 | 1,014 | 85 | 100 | 92 | 8 |
| 2006 | 907 | 841 | 66 | 100 | 93 | 7 |
| 2007 | 657 | 613 | 44 | 100 | 93 | 7 |
| 2008 | 412 | 385 | 27 | 100 | 93 | 7 |
| 2009 | 324 | 302 | 22 | 100 | 93 | 7 |
| 2010 | 281 | 256 | 25 | 100 | 91 | 9 |
| 2011 | 269 | 245 | 24 | 100 | 91 | 9 |
| 2012 | 322 | 296 | 26 | 100 | 92 | 8 |
| 2013 | 381 | 353 | 28 | 100 | 93 | 7 |
| 2014 | 393 | 363 | 29 | 100 | 93 | 7 |
| RSE/SE | 3 | 3 | 20 | (NA) | 1 | 1 |
| | | | **Northeast** | | | |
| 1999 | 54 | 40 | 13 | 100 | 75 | 25 |
| 2000 | 51 | 40 | 12 | 100 | 77 | 23 |
| 2001 | 46 | 37 | 9 | 100 | 80 | 20 |
| 2002 | 49 | 41 | 8 | 100 | 84 | 16 |
| 2003 | 56 | 49 | 7 | 100 | 87 | 13 |
| 2004 | 61 | 54 | 7 | 100 | 88 | 12 |
| 2005 | 55 | 47 | 8 | 100 | 85 | 15 |
| 2006 | 44 | 38 | 6 | 100 | 86 | 14 |
| 2007 | 44 | 35 | 9 | 100 | 79 | 21 |
| 2008 | 25 | 22 | 4 | 100 | 86 | 14 |
| 2009 | 22 | 18 | 4 | 100 | 83 | 17 |
| 2010 | 23 | 20 | 3 | 100 | 87 | 13 |
| 2011 | 15 | 14 | 2 | 100 | 90 | 10 |
| 2012 | 19 | 18 | 2 | 100 | 91 | 9 |
| 2013 | 22 | 20 | 2 | 100 | 92 | 8 |
| 2014 | 20 | 18 | 2 | 100 | 92 | 8 |
| RSE/SE | 13 | 14 | 49 | (NA) | 4 | 4 |
| | | | **Midwest** | | | |
| 1999 | 144 | 131 | 13 | 100 | 91 | 9 |
| 2000 | 132 | 122 | 10 | 100 | 93 | 7 |
| 2001 | 133 | 120 | 13 | 100 | 91 | 9 |
| 2002 | 146 | 134 | 12 | 100 | 92 | 8 |
| 2003 | 142 | 132 | 10 | 100 | 93 | 7 |
| 2004 | 162 | 152 | 10 | 100 | 94 | 6 |
| 2005 | 163 | 153 | 10 | 100 | 94 | 6 |
| 2006 | 125 | 116 | 9 | 100 | 93 | 7 |
| 2007 | 93 | 88 | 4 | 100 | 95 | 5 |
| 2008 | 56 | 53 | 3 | 100 | 94 | 6 |
| 2009 | 44 | 43 | 2 | 100 | 96 | 4 |
| 2010 | 38 | 37 | 1 | 100 | 97 | 3 |
| 2011 | 39 | 38 | 1 | 100 | 97 | 3 |
| 2012 | 42 | 41 | 1 | 100 | 98 | 2 |
| 2013 | 55 | 53 | 2 | 100 | 97 | 3 |
| 2014 | 53 | 52 | 1 | 100 | 97 | 3 |
| RSE/SE | 10 | 9 | 38 | (NA) | 1 | 1 |

**APPENDIX 1783**

**Presence of Air-Conditioning in Detached New Single-Family Houses Sold**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|----------------------|--------------------------|-------|----------------------|--------------------------|
|      | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **South** | | | | | | |
| 1999 | 363 | 362 | 1 | 100 | 100 | (Z) |
| 2000 | 372 | 371 | (Z) | 100 | 100 | (Z) |
| 2001 | 400 | 399 | 1 | 100 | 100 | (Z) |
| 2002 | 407 | 406 | 1 | 100 | 100 | (Z) |
| 2003 | 457 | 456 | 1 | 100 | 100 | (Z) |
| 2004 | 497 | 496 | 1 | 100 | 100 | (Z) |
| 2005 | 557 | 556 | 1 | 100 | 100 | (Z) |
| 2006 | 498 | 498 | (Z) | 100 | 100 | (Z) |
| 2007 | 362 | 362 | (Z) | 100 | 100 | (Z) |
| 2008 | 233 | 233 | (Z) | 100 | 100 | (Z) |
| 2009 | 182 | 182 | (Z) | 100 | 100 | (Z) |
| 2010 | 156 | 155 | (Z) | 100 | 100 | (Z) |
| 2011 | 150 | 150 | (Z) | 100 | 100 | (Z) |
| 2012 | 174 | 174 | (Z) | 100 | 100 | (Z) |
| 2013 | 210 | 210 | (Z) | 100 | 100 | (Z) |
| 2014 | 222 | 222 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 5 | 5 | 48 | (NA) | (Z) | (Z) |
| **West** | | | | | | |
| 1999 | 228 | 136 | 93 | 100 | 59 | 41 |
| 2000 | 232 | 148 | 84 | 100 | 64 | 36 |
| 2001 | 227 | 156 | 71 | 100 | 69 | 31 |
| 2002 | 257 | 186 | 72 | 100 | 72 | 28 |
| 2003 | 289 | 216 | 73 | 100 | 75 | 25 |
| 2004 | 316 | 246 | 70 | 100 | 78 | 22 |
| 2005 | 324 | 258 | 66 | 100 | 80 | 20 |
| 2006 | 240 | 190 | 50 | 100 | 79 | 21 |
| 2007 | 158 | 128 | 30 | 100 | 81 | 19 |
| 2008 | 98 | 78 | 20 | 100 | 79 | 21 |
| 2009 | 76 | 60 | 16 | 100 | 78 | 22 |
| 2010 | 64 | 44 | 20 | 100 | 69 | 31 |
| 2011 | 64 | 43 | 21 | 100 | 67 | 33 |
| 2012 | 87 | 63 | 24 | 100 | 73 | 27 |
| 2013 | 94 | 70 | 25 | 100 | 74 | 26 |
| 2014 | 98 | 72 | 26 | 100 | 73 | 27 |
| RSE/SE | 6 | 6 | 21 | (NA) | 5 | 5 |

Footnotes:
  RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
  NA - Not available
  A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
  Z - Less than 500 units or less than 0.5 percent
  S - Withheld because estimate did not meet publication standards on the basis of response rate
     or a consistency review

Note: Single-family estimates prior to 1999 include an upward adjustment of 3.3 percent made to account for
structures built in permit-issuing areas without permit authorization.

**Presence of Air-Conditioning in New Single-Family Houses Sold by Sales Price**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|-------|-------------------|---------------------|-------|-------------------|---------------------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| **All New Single-Family Houses Sold** | | | | | | |
| 2002 | 973 | 870 | 103 | 100 | 89 | 11 |
| 2003 | 1,086 | 986 | 100 | 100 | 91 | 9 |
| 2004 | 1,203 | 1,102 | 101 | 100 | 92 | 8 |
| 2005 | 1,283 | 1,182 | 101 | 100 | 92 | 8 |
| 2006 | 1,051 | 972 | 79 | 100 | 93 | 7 |
| 2007 | 776 | 719 | 56 | 100 | 93 | 7 |
| 2008 | 485 | 450 | 35 | 100 | 93 | 7 |
| 2009 | 375 | 347 | 27 | 100 | 93 | 7 |
| 2010 | 323 | 295 | 28 | 100 | 91 | 9 |
| 2011 | 306 | 279 | 27 | 100 | 91 | 9 |
| 2012 | 368 | 338 | 30 | 100 | 92 | 8 |
| 2013 | 429 | 399 | 30 | 100 | 93 | 7 |
| 2014 | 437 | 404 | 33 | 100 | 93 | 7 |
| RSE/SE | 3 | 3 | 18 | (NA) | 1 | 1 |
| **Sales Price less than $125,000** | | | | | | |
| 2002 | 157 | 149 | 8 | 100 | 95 | 5 |
| 2003 | 150 | 144 | 6 | 100 | 96 | 4 |
| 2004 | 133 | 129 | 3 | 100 | 97 | 3 |
| 2005 | 104 | 101 | 3 | 100 | 97 | 3 |
| 2006 | 64 | 62 | 2 | 100 | 96 | 4 |
| 2007 | 38 | 36 | 2 | 100 | 94 | 6 |
| 2008 | 31 | 30 | 1 | 100 | 97 | 3 |
| 2009 | 25 | 25 | 1 | 100 | 98 | 2 |
| 2010 | 19 | 18 | 1 | 100 | 96 | 4 |
| 2011 | 19 | 19 | (Z) | 100 | 99 | 1 |
| 2012 | 16 | 15 | 1 | 100 | 96 | 4 |
| 2013 | 9 | 9 | (Z) | 100 | 97 | 3 |
| 2014 | 10 | 10 | (Z) | 100 | 100 | (Z) |
| RSE/SE | 19 | 19 | 64 | (NA) | (Z) | (Z) |
| **Sales Price between $125,000 and $149,999** | | | | | | |
| 2002 | 138 | 127 | 11 | 100 | 92 | 8 |
| 2003 | 146 | 138 | 8 | 100 | 95 | 5 |
| 2004 | 137 | 129 | 8 | 100 | 94 | 6 |
| 2005 | 122 | 117 | 6 | 100 | 95 | 5 |
| 2006 | 97 | 93 | 4 | 100 | 96 | 4 |
| 2007 | 68 | 66 | 3 | 100 | 96 | 4 |
| 2008 | 46 | 45 | 1 | 100 | 98 | 2 |
| 2009 | 41 | 40 | 2 | 100 | 96 | 4 |
| 2010 | 36 | 36 | 1 | 100 | 99 | 1 |
| 2011 | 31 | 30 | 1 | 100 | 98 | 2 |
| 2012 | 30 | 30 | 1 | 100 | 98 | 2 |
| 2013 | 25 | 25 | 1 | 100 | 97 | 3 |
| 2014 | 18 | 18 | (Z) | 100 | 98 | 2 |
| RSE/SE | 11 | 11 | 41 | (NA) | 1 | 1 |
| **Sales Price between $150,000 and $199,999** | | | | | | |
| 2002 | 237 | 210 | 27 | 100 | 89 | 11 |
| 2003 | 264 | 235 | 29 | 100 | 89 | 11 |
| 2004 | 254 | 232 | 22 | 100 | 92 | 8 |
| 2005 | 246 | 225 | 21 | 100 | 91 | 9 |
| 2006 | 208 | 196 | 12 | 100 | 94 | 6 |
| 2007 | 162 | 149 | 13 | 100 | 92 | 8 |
| 2008 | 106 | 99 | 7 | 100 | 94 | 6 |
| 2009 | 96 | 90 | 6 | 100 | 94 | 6 |
| 2010 | 79 | 73 | 5 | 100 | 93 | 7 |
| 2011 | 68 | 63 | 5 | 100 | 92 | 8 |
| 2012 | 74 | 70 | 4 | 100 | 94 | 6 |
| 2013 | 79 | 75 | 3 | 100 | 96 | 4 |
| 2014 | 72 | 69 | 3 | 100 | 96 | 4 |
| RSE/SE | 11 | 12 | 36 | (NA) | 1 | 1 |

**APPENDIX 1785**

**Presence of Air-Conditioning in New Single-Family Houses Sold by Sales Price**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|------|------|------|------|------|------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| Sales Price between $200,000 and $249,999 | | | | | | |
| 2002 | 139 | 124 | 15 | 100 | 89 | 11 |
| 2003 | 148 | 137 | 11 | 100 | 93 | 7 |
| 2004 | 181 | 161 | 21 | 100 | 89 | 11 |
| 2005 | 200 | 185 | 15 | 100 | 92 | 8 |
| 2006 | 162 | 145 | 17 | 100 | 90 | 10 |
| 2007 | 125 | 116 | 9 | 100 | 93 | 7 |
| 2008 | 86 | 79 | 6 | 100 | 92 | 8 |
| 2009 | 66 | 61 | 4 | 100 | 93 | 7 |
| 2010 | 54 | 48 | 6 | 100 | 89 | 11 |
| 2011 | 59 | 51 | 8 | 100 | 86 | 14 |
| 2012 | 68 | 60 | 9 | 100 | 87 | 13 |
| 2013 | 72 | 66 | 6 | 100 | 92 | 8 |
| 2014 | 71 | 65 | 6 | 100 | 92 | 8 |
| RSE/SE | 6 | 6 | 18 | (NA) | 1 | 1 |
| Sales Price between $250,000 and $299,999 | | | | | | |
| 2002 | 107 | 89 | 19 | 100 | 83 | 17 |
| 2003 | 112 | 100 | 13 | 100 | 89 | 11 |
| 2004 | 131 | 119 | 12 | 100 | 91 | 9 |
| 2005 | 152 | 138 | 13 | 100 | 91 | 9 |
| 2006 | 138 | 127 | 12 | 100 | 92 | 8 |
| 2007 | 102 | 95 | 7 | 100 | 93 | 7 |
| 2008 | 63 | 57 | 6 | 100 | 90 | 10 |
| 2009 | 48 | 42 | 6 | 100 | 88 | 12 |
| 2010 | 43 | 37 | 7 | 100 | 85 | 15 |
| 2011 | 40 | 35 | 5 | 100 | 87 | 13 |
| 2012 | 52 | 45 | 6 | 100 | 88 | 12 |
| 2013 | 67 | 59 | 8 | 100 | 88 | 12 |
| 2014 | 70 | 62 | 8 | 100 | 88 | 12 |
| RSE/SE | 6 | 6 | 20 | (NA) | 2 | 2 |
| Sales Price between $300,000 and $399,999 | | | | | | |
| 2002 | 106 | 90 | 16 | 100 | 85 | 15 |
| 2003 | 142 | 120 | 22 | 100 | 84 | 16 |
| 2004 | 165 | 150 | 14 | 100 | 91 | 9 |
| 2005 | 203 | 183 | 20 | 100 | 90 | 10 |
| 2006 | 174 | 156 | 18 | 100 | 89 | 11 |
| 2007 | 121 | 112 | 10 | 100 | 92 | 8 |
| 2008 | 69 | 63 | 7 | 100 | 90 | 10 |
| 2009 | 46 | 42 | 5 | 100 | 90 | 10 |
| 2010 | 44 | 40 | 4 | 100 | 90 | 10 |
| 2011 | 46 | 41 | 5 | 100 | 90 | 10 |
| 2012 | 63 | 58 | 5 | 100 | 92 | 8 |
| 2013 | 85 | 77 | 8 | 100 | 91 | 9 |
| 2014 | 88 | 78 | 10 | 100 | 89 | 11 |
| RSE/SE | 10 | 9 | 26 | (NA) | 2 | 2 |
| Sales Price between $400,000 and $499,999 | | | | | | |
| 2002 | 47 | 43 | 5 | 100 | 90 | 10 |
| 2003 | 56 | 50 | 5 | 100 | 90 | 10 |
| 2004 | 90 | 78 | 12 | 100 | 87 | 13 |
| 2005 | 111 | 101 | 10 | 100 | 91 | 9 |
| 2006 | 84 | 78 | 5 | 100 | 94 | 6 |
| 2007 | 65 | 60 | 5 | 100 | 92 | 8 |
| 2008 | 35 | 32 | 3 | 100 | 91 | 9 |
| 2009 | 23 | 21 | 2 | 100 | 90 | 10 |
| 2010 | 21 | 18 | 3 | 100 | 86 | 14 |
| 2011 | 20 | 18 | 2 | 100 | 89 | 11 |
| 2012 | 33 | 31 | 2 | 100 | 94 | 6 |
| 2013 | 40 | 37 | 3 | 100 | 93 | 7 |
| 2014 | 47 | 44 | 3 | 100 | 93 | 7 |
| RSE/SE | 10 | 9 | 49 | (NA) | 3 | 3 |

**APPENDIX 1786**

**Presence of Air-Conditioning in New Single-Family Houses Sold by Sales Price**
(Components may not add to total due to rounding.  Percents computed from unrounded figures.)

| Year | Number of houses (in thousands) | | | Percent distribution | | |
|------|------|------|------|------|------|------|
| | Total | With air-conditioning | Without air-conditioning | Total | With air-conditioning | Without air-conditioning |
| | **Sales Price between $500,000 and $749,999** | | | | | |
| 2002 | 31 | 29 | 2 | 100 | 94 | 6 |
| 2003 | 51 | 46 | 5 | 100 | 90 | 10 |
| 2004 | 82 | 74 | 7 | 100 | 91 | 9 |
| 2005 | 99 | 90 | 9 | 100 | 91 | 9 |
| 2006 | 80 | 74 | 6 | 100 | 92 | 8 |
| 2007 | 62 | 57 | 5 | 100 | 92 | 8 |
| 2008 | 31 | 28 | 3 | 100 | 91 | 9 |
| 2009 | 20 | 18 | 1 | 100 | 93 | 7 |
| 2010 | 18 | 17 | 1 | 100 | 92 | 8 |
| 2011 | 17 | 16 | 1 | 100 | 95 | 5 |
| 2012 | 23 | 21 | 2 | 100 | 93 | 7 |
| 2013 | 36 | 34 | 1 | 100 | 96 | 4 |
| 2014 | 41 | 39 | 2 | 100 | 94 | 6 |
| RSE/SE | 9 | 9 | 24 | (NA) | 1 | 1 |
| | **Sales Price $750,000 or more** | | | | | |
| 2002 | 12 | 11 | 1 | 100 | 90 | 10 |
| 2003 | 17 | 16 | 2 | 100 | 90 | 10 |
| 2004 | 31 | 29 | 2 | 100 | 92 | 8 |
| 2005 | 45 | 42 | 3 | 100 | 94 | 6 |
| 2006 | 43 | 41 | 2 | 100 | 95 | 5 |
| 2007 | 32 | 30 | 2 | 100 | 93 | 7 |
| 2008 | 18 | 17 | 1 | 100 | 95 | 5 |
| 2009 | 10 | 9 | 1 | 100 | 94 | 6 |
| 2010 | 8 | 8 | (Z) | 100 | 95 | 5 |
| 2011 | 6 | 5 | (Z) | 100 | 96 | 4 |
| 2012 | 9 | 9 | (Z) | 100 | 95 | 5 |
| 2013 | 16 | 16 | (Z) | 100 | 97 | 3 |
| 2014 | 21 | 20 | 1 | 100 | 95 | 5 |
| RSE/SE | 11 | 12 | 26 | (NA) | 1 | 1 |

Footnotes:
 RSE/SE - Relative Standard Error (percent), Standard Error (percentage points)
 NA - Not available
 A - Represents an RSE or SE that is greater or equal to 100 percent or could not be computed
 Z - Less than 500 units or less than 0.5 percent
 S - Withheld because estimate did not meet publication standards on the basis of response rate
   or a consistency review

**Table HC7.10  Air Conditioning in Homes in South Region, Divisions, and States, 2009**

Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | South Census Region | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total South | South Atlantic Census Division | | | | | | East South Central Census Division | | | West South Central Census Division | | |
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| **Total Homes** | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |
| **Air Conditioning Equipment** | | | | | | | | | | | | | | |
| Use Air Conditioning Equipment | 94.0 | 40.5 | 21.2 | 2.8 | 3.4 | 6.7 | 3.2 | 5.1 | 6.9 | 2.4 | 4.5 | 12.4 | 8.2 | 4.1 |
| Have Air Conditioning Equipment But Do Not Use It | 4.9 | 0.9 | 0.6 | Q | Q | 0.2 | Q | Q | Q | Q | Q | 0.2 | 0.2 | Q |
| Do Not Have Air Conditioning Equipment | 14.7 | 0.7 | 0.4 | Q | Q | Q | Q | Q | 0.1 | Q | Q | 0.2 | 0.1 | Q |
| **Type of Air Conditioning Equipment Used (more than one may apply)** | | | | | | | | | | | | | | |
| Use Central Air Conditioning Equipment | 69.7 | 34.6 | 18.4 | 2.4 | 3.1 | 6.0 | 2.3 | 4.5 | 5.8 | 2.1 | 3.7 | 10.4 | 7.2 | 3.2 |
| Without a Heat Pump | 56.1 | 24.6 | 10.9 | 0.9 | 2.4 | 3.9 | 1.2 | 2.4 | 4.1 | 1.5 | 2.5 | 9.6 | 6.7 | 2.9 |
| With a Heat Pump | 13.5 | 10.0 | 7.5 | 1.5 | 0.7 | 2.1 | 1.1 | 2.1 | 1.7 | 0.5 | 1.2 | 0.8 | 0.4 | 0.3 |
| Use Window/Wall Air Conditioning Units | 25.9 | 6.5 | 3.2 | 0.5 | 0.3 | 0.8 | 1.0 | 0.7 | 1.2 | 0.4 | 0.9 | 2.1 | 1.2 | 0.9 |
| With 1 Unit | 12.9 | 2.7 | 1.3 | 0.3 | 0.1 | 0.3 | 0.3 | 0.3 | 0.7 | 0.3 | 0.5 | 0.7 | 0.3 | 0.4 |
| With 2 Units | 7.9 | 2.0 | 1.0 | Q | 0.1 | 0.3 | 0.3 | 0.2 | 0.7 | 0.3 | 0.2 | 0.7 | 0.4 | 0.3 |
| With 3 or More Units | 5.1 | 1.8 | 0.9 | Q | Q | 0.2 | 0.3 | 0.2 | 0.2 | Q | 0.1 | 0.7 | 0.5 | 0.3 |
| Have But Do Not Use Central Air Conditioning Equipment | 2.3 | 0.5 | 0.3 | Q | Q | 0.1 | Q | Q | Q | Q | Q | 0.2 | 0.1 | Q |
| Have But Do Not Use Window/Wall Air Conditioning Units | 2.7 | 0.4 | 0.3 | Q | Q | 0.1 | Q | Q | Q | Q | Q | Q | Q | Q |
| Do Not Have Air Conditioning Equipment | 14.7 | 0.7 | 0.4 | Q | Q | Q | 0.3 | Q | 0.1 | Q | Q | 0.2 | 0.1 | Q |
| **Central Air Conditioning** | | | | | | | | | | | | | | |
| **Housing Units Served by Central Air Conditioning Equipment[2]** | | | | | | | | | | | | | | |
| One Housing Unit | 67.6 | 33.8 | 17.9 | 2.4 | 3.1 | 5.9 | 2.1 | 4.5 | 5.8 | 2.1 | 3.7 | 10.1 | 6.9 | 3.2 |
| Two or More Housing Units | 2.0 | 0.8 | 0.5 | Q | Q | 0.2 | 0.2 | Q | Q | Q | Q | 0.3 | 0.3 | Q |
| Do Not Have or Use Central Air Conditioning Equipment | 44.0 | 7.5 | 3.8 | 0.6 | 0.3 | 1.0 | 1.1 | 0.8 | 1.3 | 0.4 | 0.9 | 2.4 | 1.4 | 1.0 |
| **Usage of Central Air Conditioning** | | | | | | | | | | | | | | |
| All Summer | 36.2 | 23.3 | 12.2 | 1.5 | 2.2 | 4.0 | 1.3 | 3.2 | 4.1 | 1.5 | 2.6 | 7.1 | 5.0 | 2.1 |
| Quite a Bit | 13.9 | 5.3 | 2.7 | 0.5 | 0.5 | 1.0 | 0.3 | 0.5 | 0.9 | 0.3 | 0.6 | 1.7 | 1.0 | 0.6 |
| Only A Few Times When Needed | 19.6 | 6.1 | 3.5 | 0.4 | 0.5 | 1.1 | 0.6 | 0.9 | 0.9 | 0.3 | 0.6 | 1.7 | 1.2 | 0.5 |
| Do Not Have or Use Central Air Conditioning Equipment | 44.0 | 7.5 | 3.8 | 0.6 | 0.3 | 1.0 | 1.1 | 0.8 | 1.3 | 0.4 | 0.9 | 2.4 | 1.4 | 1.0 |

U.S. Energy Information Administration

2009 Residential Energy Consumption Survey: Final Housing Characteristics Tables

**APPENDIX 1788**

**Table HC7.10  Air Conditioning in Homes in South Region, Divisions, and States, 2009**

Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | Total South | South Atlantic Census Division | | | | | | East South Central Census Division | | | West South Central Census Division | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| Total Homes.................. | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |
| **Age of Central Air Conditioning Equipment** | | | | | | | | | | | | | | |
| Less Than 2 Years.......... | 6.3 | 3.2 | 1.7 | 0.2 | 0.2 | 0.7 | 0.3 | 0.3 | 0.6 | 0.2 | 0.4 | 0.9 | 0.7 | 0.3 |
| 2 to 4 Years.................. | 11.4 | 5.9 | 3.2 | 0.5 | 0.5 | 1.2 | 0.3 | 0.6 | 1.1 | 0.3 | 0.7 | 1.7 | 1.1 | 0.5 |
| 5 to 9 Years.................. | 20.9 | 10.9 | 5.9 | 0.8 | 1.2 | 2.0 | 0.5 | 1.4 | 1.5 | 0.6 | 0.9 | 3.6 | 2.4 | 1.2 |
| 10 to 14 Years................ | 15.9 | 7.9 | 3.8 | 0.4 | 0.6 | 1.1 | 0.5 | 1.1 | 1.5 | 0.5 | 1.0 | 2.7 | 1.8 | 0.8 |
| 15 to 19 Years................ | 6.9 | 2.9 | 1.7 | 0.2 | 0.3 | 0.5 | 0.3 | 0.4 | 0.6 | 0.2 | 0.4 | 0.6 | 0.5 | Q |
| 20 Years or More............ | 8.4 | 3.7 | 2.2 | 0.2 | 0.4 | 0.6 | 0.3 | 0.6 | 0.6 | 0.2 | 0.4 | 1.0 | 0.7 | 0.3 |
| Do Not Have or Use Central Air Conditioning Equipment............ | 44.0 | 7.5 | 3.8 | 0.6 | 0.3 | 1.0 | 1.1 | 0.8 | 1.3 | 0.4 | 0.9 | 2.4 | 1.4 | 1.0 |
| **Routine Service or Maintenance Performed on Central Air Conditioning Equipment[3]** | | | | | | | | | | | | | | |
| Yes................................ | 29.2 | 15.6 | 8.7 | 1.2 | 1.4 | 3.3 | 1.0 | 1.8 | 2.1 | 0.8 | 1.3 | 4.8 | 3.2 | 1.5 |
| No................................ | 40.5 | 19.0 | 9.7 | 1.2 | 1.8 | 2.7 | 1.3 | 2.8 | 3.7 | 1.3 | 2.4 | 5.7 | 3.9 | 1.7 |
| Do Not Have or Use Central Air Conditioning Equipment............ | 44.0 | 7.5 | 3.8 | 0.6 | 0.3 | 1.0 | 1.1 | 0.8 | 1.3 | 0.4 | 0.9 | 2.4 | 1.4 | 1.0 |
| **Thermostats** | | | | | | | | | | | | | | |
| **Have Thermostat for Central Air Conditioning Equipment** | | | | | | | | | | | | | | |
| Yes................................ | 68.1 | 34.1 | 18.2 | 2.4 | 3.1 | 5.9 | 2.3 | 4.5 | 5.7 | 2.1 | 3.7 | 10.2 | 7.0 | 3.2 |
| No................................ | 1.6 | 0.5 | 0.2 | N | Q | 0.1 | Q | Q | Q | N | Q | 0.2 | 0.2 | Q |
| Do Not Have or Use Central Air Conditioning Equipment............ | 44.0 | 7.5 | 3.8 | 0.6 | 0.3 | 1.0 | 1.1 | 0.8 | 1.3 | 0.4 | 0.9 | 2.4 | 1.4 | 1.0 |
| **Have Programmable Thermostat for Central Air Conditioning Equipment** | | | | | | | | | | | | | | |
| Yes................................ | 32.5 | 13.1 | 7.6 | 1.0 | 1.7 | 2.7 | 0.9 | 1.3 | 1.5 | 0.6 | 0.9 | 4.0 | 3.0 | 1.0 |
| No................................ | 35.6 | 21.0 | 10.6 | 1.4 | 1.4 | 3.2 | 1.3 | 3.1 | 4.2 | 1.4 | 2.7 | 6.2 | 4.0 | 2.2 |
| No Thermostat or Do Not Have or Use Central Air Conditioning Equipment. | 45.5 | 8.0 | 4.1 | 0.6 | 0.3 | 1.1 | 1.2 | 0.9 | 1.3 | 0.4 | 1.0 | 2.6 | 1.5 | 1.0 |

U.S. Energy Information Administration
2009 Residential Energy Consumption Survey:  Final Housing Characteristics Tables

**APPENDIX 1789**

**Table HC7.10  Air Conditioning in Homes in South Region, Divisions, and States, 2009**

Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | Total South | South Atlantic Census Division | | | | | | East South Central Census Division | | | West South Central Census Division | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| Total Homes | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |
| **Use of Programmable Thermostat** | | | | | | | | | | | | | | |
| **Adjusts Temperature During Day When No One is Home** | | | | | | | | | | | | | | |
| Yes | 19.1 | 7.9 | 4.6 | 0.6 | 0.9 | 1.8 | 0.5 | 0.8 | 0.7 | 0.3 | 0.4 | 2.5 | 1.9 | 0.6 |
| No | 13.3 | 5.3 | 3.0 | 0.4 | 0.8 | 0.9 | 0.4 | 0.6 | 0.8 | 0.3 | 0.5 | 1.5 | 1.1 | 0.4 |
| **Adjusts Temperature During Sleeping Hours** | | | | | | | | | | | | | | |
| Yes | 19.3 | 8.0 | 4.5 | 0.6 | 0.9 | 1.8 | 0.5 | 0.7 | 0.8 | 0.4 | 0.5 | 2.6 | 1.9 | 0.7 |
| No | 13.2 | 5.1 | 3.0 | 0.4 | 0.8 | 0.9 | 0.4 | 0.6 | 0.7 | 0.3 | 0.4 | 1.4 | 1.1 | 0.3 |
| No Programmable Thermostat or Do Not Have or Use Central Air Conditioning Equipment | 81.1 | 28.9 | 14.6 | 2.0 | 1.8 | 4.3 | 2.5 | 4.0 | 5.5 | 1.8 | 3.7 | 8.8 | 5.5 | 3.2 |
| **Summer Indoor Temperatures** | | | | | | | | | | | | | | |
| **Daytime Temperature When Someone is Home** | | | | | | | | | | | | | | |
| 69 Degrees or Less | 6.6 | 3.4 | 1.5 | 0.3 | 0.3 | 0.2 | 0.3 | 0.5 | 0.9 | 0.3 | 0.6 | 1.0 | 0.5 | 0.5 |
| 70 Degrees | 8.5 | 4.6 | 2.0 | 0.2 | 0.5 | 0.4 | 0.3 | 0.6 | 1.0 | 0.5 | 0.5 | 1.6 | 1.0 | 0.6 |
| 71 to 73 Degrees | 11.2 | 6.0 | 3.2 | 0.6 | 0.5 | 0.6 | 0.5 | 1.0 | 1.2 | 0.5 | 0.7 | 1.6 | 1.0 | 0.6 |
| 74 to 76 Degrees | 13.2 | 8.2 | 4.3 | 0.5 | 0.7 | 1.7 | 0.4 | 1.1 | 1.2 | 0.4 | 0.9 | 2.7 | 2.1 | 0.6 |
| 77 to 79 Degrees | 8.4 | 5.2 | 3.1 | 0.4 | 0.6 | 1.7 | 0.2 | 0.3 | 0.5 | 0.2 | 0.4 | 1.5 | 1.2 | 0.3 |
| 80 or More Degrees | 2.2 | 1.2 | 0.8 | Q | Q | 0.5 | N | 0.2 | 0.1 | Q | Q | 0.3 | 0.2 | Q |
| Do Not Have or Regularly Use Central Air Conditioning Equipment | 63.5 | 13.5 | 7.4 | 1.0 | 0.8 | 2.0 | 1.8 | 1.7 | 2.1 | 0.6 | 1.5 | 4.0 | 2.5 | 1.5 |
| **Daytime Temperature When No One is Home** | | | | | | | | | | | | | | |
| 69 Degrees or Less | 4.8 | 2.4 | 1.2 | 0.2 | 0.3 | 0.1 | 0.2 | 0.4 | 0.7 | 0.2 | 0.5 | 0.5 | 0.3 | 0.3 |
| 70 Degrees | 6.3 | 3.5 | 1.6 | 0.2 | 0.4 | 0.3 | 0.2 | 0.5 | 0.8 | 0.4 | 0.5 | 1.1 | 0.6 | 0.5 |
| 71 to 73 Degrees | 7.8 | 4.0 | 2.2 | 0.5 | 0.4 | 0.3 | 0.3 | 0.7 | 0.8 | 0.4 | 0.5 | 1.0 | 0.6 | 0.5 |
| 74 to 76 Degrees | 12.4 | 7.4 | 3.8 | 0.6 | 0.6 | 1.1 | 0.4 | 1.1 | 1.3 | 0.5 | 0.9 | 2.3 | 1.6 | 0.6 |
| 77 to 79 Degrees | 9.4 | 5.8 | 3.3 | 0.4 | 0.6 | 1.5 | 0.3 | 0.5 | 0.6 | 0.2 | 0.4 | 1.9 | 1.4 | 0.5 |
| 80 or More Degrees | 9.4 | 5.4 | 2.8 | 0.3 | 0.4 | 1.6 | 0.2 | 0.4 | 0.7 | 0.2 | 0.4 | 2.0 | 1.6 | 0.3 |
| Do Not Have or Regularly Use Central Air Conditioning Equipment | 63.5 | 13.5 | 7.4 | 1.0 | 0.8 | 2.0 | 1.8 | 1.7 | 2.1 | 0.6 | 1.5 | 4.0 | 2.5 | 1.5 |

U.S. Energy Information Administration
2009 Residential Energy Consumption Survey:  Final Housing Characteristics Tables

## Table HC7.10 Air Conditioning in Homes in South Region, Divisions, and States, 2009
Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | South Census Region | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total South | South Atlantic Census Division | | | | | | East South Central Census Division | | | West South Central Census Division | | |
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| Total Homes | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |
| **Temperature at Night** | | | | | | | | | | | | | | |
| 69 Degrees or Less | 7.9 | 4.3 | 2.0 | 0.3 | 0.4 | 0.4 | 0.4 | 0.6 | 0.9 | 0.3 | 0.6 | 1.3 | 0.7 | 0.6 |
| 70 Degrees | 8.7 | 5.0 | 2.1 | 0.2 | 0.5 | 0.5 | 0.3 | 0.6 | 1.2 | 0.5 | 0.6 | 1.7 | 1.0 | 0.7 |
| 71 to 73 Degrees | 10.7 | 5.8 | 3.1 | 0.6 | 0.5 | 0.7 | 0.4 | 0.9 | 1.1 | 0.4 | 0.7 | 1.6 | 1.0 | 0.6 |
| 74 to 76 Degrees | 12.6 | 7.7 | 4.1 | 0.5 | 0.6 | 1.6 | 0.4 | 1.0 | 1.2 | 0.4 | 0.8 | 2.4 | 1.9 | 0.6 |
| 77 to 79 Degrees | 7.4 | 4.3 | 2.7 | 0.3 | 0.5 | 1.3 | 0.2 | 0.3 | 0.4 | Q | Q | 1.2 | 1.1 | 0.2 |
| 80 or More Degrees | 2.7 | 1.5 | 0.8 | Q | 0.1 | 0.4 | N | 0.2 | 0.2 | Q | 0.3 | 0.5 | 0.3 | Q |
| Do Not Have or Regularly Use Central Air Conditioning Equipment | 63.5 | 13.5 | 7.4 | 1.0 | 0.8 | 2.0 | 1.8 | 1.7 | 2.1 | 0.6 | 1.5 | 4.0 | 2.5 | 1.5 |
| **Window/Wall Air Conditioning** | | | | | | | | | | | | | | |
| **Usage of Most-Used Window/Wall Unit** | | | | | | | | | | | | | | |
| All Summer | 6.4 | 2.6 | 1.1 | 0.2 | 0.1 | 0.3 | 0.2 | 0.3 | 0.5 | 0.2 | 0.3 | 1.1 | 0.6 | 0.4 |
| Quite a Bit | 5.6 | 1.5 | 0.8 | 0.1 | Q | 0.2 | 0.3 | Q | 0.3 | Q | 0.2 | 0.4 | 0.2 | 0.2 |
| Only A Few Times When Needed | 13.9 | 2.3 | 1.3 | 0.2 | 0.1 | 0.3 | 0.4 | 0.3 | 0.4 | 0.1 | 0.3 | 0.6 | 0.4 | 0.2 |
| Do Not Have or Use Window/Wall Unit | 87.7 | 35.6 | 19.1 | 2.5 | 3.2 | 6.2 | 2.5 | 4.7 | 5.9 | 2.1 | 3.8 | 10.7 | 7.3 | 3.3 |
| **Age of Most-Used Window/Wall Unit** | | | | | | | | | | | | | | |
| Less Than 2 Years | 3.7 | 1.2 | 0.7 | 0.1 | Q | 0.2 | 0.2 | Q | Q | Q | Q | 0.4 | 0.2 | 0.2 |
| 2 to 4 Years | 7.7 | 2.1 | 0.9 | 0.1 | 0.1 | 0.3 | 0.2 | 0.2 | 0.4 | Q | 0.3 | 0.7 | 0.5 | 0.3 |
| 5 to 9 Years | 8.3 | 2.0 | 1.0 | 0.1 | 0.1 | 0.2 | 0.4 | 0.2 | 0.4 | 0.1 | 0.3 | 0.6 | 0.3 | 0.2 |
| 10 to 14 Years | 3.4 | 0.7 | 0.4 | Q | Q | Q | Q | 0.1 | 0.1 | Q | Q | 0.2 | Q | Q |
| 15 to 19 Years | 1.0 | 0.2 | Q | Q | Q | N | Q | Q | Q | N | Q | Q | Q | Q |
| 20 Years or More | 1.7 | 0.3 | Q | N | Q | Q | Q | Q | Q | Q | Q | Q | Q | Q |
| Do Not Have or Use Window/Wall Unit | 87.7 | 35.6 | 19.1 | 2.5 | 3.2 | 6.2 | 2.5 | 4.7 | 5.9 | 2.1 | 3.8 | 10.7 | 7.3 | 3.3 |
| **Energy Star Most-Used Window/Wall Unit[4]** | | | | | | | | | | | | | | |
| Yes | 11.1 | 2.8 | 1.3 | 0.2 | 0.1 | 0.3 | 0.4 | 0.3 | 0.4 | 0.1 | 0.3 | 1.0 | 0.7 | 0.4 |
| No | 6.8 | 2.0 | 0.9 | 0.1 | 0.1 | 0.3 | 0.2 | 0.2 | 0.5 | 0.2 | 0.3 | 0.6 | 0.3 | 0.3 |
| Don't Know | 1.9 | 0.5 | 0.4 | Q | Q | 0.1 | 0.2 | Q | N | N | N | Q | Q | N |
| Unit More than 9 Years Old | 6.1 | 1.2 | 0.5 | Q | Q | 0.1 | 0.2 | 0.2 | 0.3 | N | 0.2 | 0.3 | 0.1 | 0.2 |
| Do Not Have or Use Window/Wall Unit | 87.7 | 35.6 | 19.1 | 2.5 | 3.2 | 6.2 | 2.5 | 4.7 | 5.9 | 2.1 | 3.8 | 10.7 | 7.3 | 3.3 |

**Table HC7.10  Air Conditioning in Homes in South Region, Divisions, and States, 2009**

Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | Total South | South Census Region | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | South Atlantic Census Division | | | | | East South Central Census Division | | | West South Central Census Division | | |
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| Total Homes | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |
| **Dehumidifier Use During 2009** | | | | | | | | | | | | | | |
| Use a Dehumidifier | 15.0 | 2.9 | 2.0 | 0.4 | 0.3 | 0.3 | 0.7 | 0.3 | 0.5 | 0.2 | 0.3 | 0.3 | 0.2 | Q |
| 1 to 3 Months | 6.5 | 1.3 | 0.9 | 0.2 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | Q |
| 4 to 6 Months | 4.6 | 0.7 | 0.5 | 0.1 | 0.1 | Q | 0.2 | Q | Q | Q | Q | Q | Q | N |
| 7 to 9 Months | 1.1 | 0.2 | 0.1 | N | Q | N | Q | Q | Q | N | Q | Q | Q | Q |
| 10 to 11 Months | 0.4 | Q | Q | Q | Q | N | Q | N | Q | Q | Q | Q | Q | Q |
| Turned on All Year | 2.4 | 0.6 | 0.4 | Q | Q | 0.1 | 0.2 | Q | 0.1 | Q | Q | 0.4 | Q | N |
| Do Not Use a Dehumidifier | 98.6 | 39.2 | 20.2 | 2.6 | 3.2 | 6.7 | 2.7 | 5.0 | 6.6 | 2.3 | 4.3 | 12.4 | 8.3 | 4.1 |
| **Use an Evaporative or Swamp Cooler (Asked Only in Arid Areas)[5]** | | | | | | | | | | | | | | |
| Yes | 2.8 | 0.3 | Q | N | Q | N | N | N | N | N | N | 0.2 | 0.2 | N |
| No | 44.4 | 19.3 | 4.7 | N | 3.4 | N | N | 1.3 | 2.0 | N | 2.0 | 12.5 | 8.3 | 4.2 |
| Not Asked | 66.5 | 22.6 | 17.5 | 3.0 | N | 7.0 | 3.4 | 4.1 | 5.1 | 2.4 | 2.6 | Q | Q | N |
| **Number of Ceiling Fans Used** | | | | | | | | | | | | | | |
| 0 | 31.0 | 7.0 | 4.0 | 0.8 | 0.5 | 1.2 | 0.8 | 0.8 | 1.1 | 0.5 | 0.7 | 1.9 | 1.2 | 0.6 |
| 1 | 23.2 | 6.9 | 3.9 | 0.4 | 0.6 | 0.9 | 0.7 | 1.2 | 1.1 | 0.5 | 0.6 | 1.9 | 1.2 | 0.7 |
| 2 | 18.4 | 7.5 | 3.9 | 0.5 | 0.5 | 1.2 | 0.6 | 1.1 | 1.2 | 0.5 | 0.7 | 2.4 | 1.6 | 0.8 |
| 3 | 13.6 | 6.0 | 3.2 | 0.4 | 0.4 | 1.0 | 0.6 | 0.8 | 0.9 | 0.3 | 0.5 | 1.9 | 1.3 | 0.7 |
| 4 or More | 27.4 | 14.7 | 7.3 | 0.9 | 1.4 | 2.7 | 0.7 | 1.5 | 2.8 | 0.7 | 2.1 | 4.7 | 3.2 | 1.5 |
| **Frequency of Most-Used Ceiling Fan Use** | | | | | | | | | | | | | | |
| All Summer | 30.4 | 16.2 | 7.5 | 0.9 | 1.3 | 2.4 | 1.0 | 1.8 | 3.2 | 0.9 | 2.3 | 5.5 | 3.7 | 1.8 |
| Quite a Bit | 21.2 | 8.0 | 4.4 | 0.5 | 0.7 | 1.5 | 0.6 | 1.2 | 1.2 | 0.4 | 0.8 | 2.3 | 1.6 | 0.8 |
| Only A Few Times When Needed | 26.9 | 9.4 | 5.2 | 0.7 | 0.8 | 1.5 | 0.9 | 1.4 | 1.3 | 0.6 | 0.8 | 2.8 | 1.8 | 1.0 |
| Do Not Have or Use Ceiling Fans | 35.2 | 8.6 | 5.1 | 0.8 | 0.7 | 1.6 | 1.0 | 1.0 | 1.3 | 0.6 | 0.7 | 2.2 | 1.4 | 0.7 |

U.S. Energy Information Administration
2009 Residential Energy Consumption Survey:  Final Housing Characteristics Tables

**Table HC7.10  Air Conditioning in Homes in South Region, Divisions, and States, 2009**

Million Housing Units, Final

| Air Conditioning | Total U.S.[1] (millions) | South Census Region | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Total South | South Atlantic Census Division | | | | | | East South Central Census Division | | | West South Central Census Division | | |
| | | | Total South Atlantic | VA | GA | FL | DC, DE, MD, WV | NC, SC | Total East South Central | TN | AL, KY, MS | Total West South Central | TX | AR, LA, OK |
| Total Homes............ | 113.6 | 42.1 | 22.2 | 3.0 | 3.5 | 7.0 | 3.4 | 5.4 | 7.1 | 2.4 | 4.6 | 12.8 | 8.5 | 4.2 |

[1] Total U.S. includes all primary occupied housing units in the 50 States and the District of Columbia. Vacant housing units, seasonal units, second homes, military housing, and group quarters are excluded.

[2] Use of central air conditioning equipment for another housing unit also includes the use of the central air conditioning equipment for a business or farm building as well as another housing unit

[3] Only includes routine service or maintenance performed in the last year.

[4] Energy Star is a joint program of the U.S. Environmental Protection Agency and the U.S. Department of Energy in which household products that meet strict energy efficiency guidelines earn the Energy Star. The Energy Star questions were only asked of appliances purchased within the past nine years. Older appliances probably do not meet the current Energy Star criteria, and the respondent may not have purchased or remember purchasing the appliance.

[5] Only housing units in Alabama, Arkansas, Arizona, California, Colorado, Georgia, Louisiana, Montana, New Mexico, Nevada, Oklahoma, Oregon, South Carolina, Texas, Utah, and Washington were asked about evaporative coolers.

Q = Data withheld either because the Relative Standard Error (RSE) was greater than 50 percent or fewer than 10 households were sampled.

N = No cases in reporting sample.

Notes:  • Because of rounding, data may not sum to totals.  • See Glossary for definition of terms used in these tables.

Source:  U.S. Energy Information Administration, Office of Energy Consumption and Efficiency Statistics, Forms EIA-457 A and C of the 2009 Residential Energy Consumption Survey.

U.S. Energy Information Administration
2009 Residential Energy Consumption Survey:  Final Housing Characteristics Tables

**APPENDIX 1793**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 74

About the Housing Choice Vouchers Program - HUD

HUD  >  Program Offices  >  Public and Indian Housing  >  PIH  >  Office of Housing Choice Vouchers  >  About the Housing Choice Vouchers Program

# About the Housing Choice Vouchers Program

## What are Housing Choice Vouchers?

Housing choice vouchers allow very low-income families to choose and lease or purchase safe, decent, and affordable privately-owned rental housing.

## Program Overview

- **Housing choice voucher program fact sheet**
  Definition, eligibility, application, and rent subsidy information, in addition to a description of the tenant, landlord, housing authority, and HUD's roles.
- **Housing choice voucher list**
  A list of all program vouchers and services.

## Presentations and Publications

- **Housing Choice Voucher Newsletter - July 2011, Volume 2, Issue 7**
- **HQS Inspection Manual** - This manual has been written to provide public housing agency (PHA) staff with additional information for implementing a Housing Quality Standards program under the Section 8 Existing Housing Program.
- **Housing choice voucher program guidebook** - April 2001
  Serves to advise public housing agencies (PHAs) and other organizations providing services to PHAs regarding the administration of the tenant-based subsidy programs. Users may **go to this page** which contains the entire Guidebook in PDF format.

## Organization Structure



‣ **Office of Housing Voucher Program**

  ‣
  ## Program Support Division

  ‣

**APPENDIX 1795**

**Financial Management
Center**
› **Financial Management
Division**
› **Management &
Operations Division**
› **Quality Assurance
Division**

## Customer Service

If you have a Housing Choice Voucher complaint, please
contact the PIH Customer Service Center through our toll-
free number at **(800) 955-2232** from 9:00 a.m. to 5:00
p.m., Eastern Standard Time (EST) daily Monday through
Friday, except for Federal holidays. You may also send an
email directly to the Public Housing's Customer Service
email address: **pihirc@firstpic.org**.  **Click here** for **PIH
Information Resource Center**.

# CHAPTER 10
# HOUSING QUALITY STANDARDS

## 10.1   CHAPTER OVERVIEW

The goal of the housing choice voucher program is to provide "decent, safe and sanitary" housing at an affordable cost to low-income families.  To accomplish this, program regulations set forth basic housing quality standards (HQS) which all units must meet before assistance can be paid on behalf of a family and at least annually throughout the term of the assisted tenancy. HQS defines "standard housing" and establishes the minimum criteria necessary for the health and safety of program participants.

HQS regulations provide performance requirements and acceptability criteria to meet each performance requirement.  HQS includes requirements for all housing types, including single and multi-family dwelling units, as well as specific requirements for special housing types such as manufactured homes, congregate housing, single room occupancy (SROs), shared housing and group residences (GRs).  Requirements for Special Housing Types are discussed in Chapter 17.

The HUD Housing Inspection Manual for Section 8 Housing, available through the HUD user at 800-245-2691, and the HUD Inspection Form, form HUD-52580 (3/01) and Inspection Checklist, form HUD 52580-A (9/00), available through HUDCLIPS website:  www.hudclips.org, provide guidance to PHAs in interpreting the standards, as well as HUD regulations.

## 10.2   HOUSING QUALITY STANDARDS GENERAL REQUIREMENTS

At least annually, it is the responsibility of the PHA to conduct inspections of units to determine compliance with HQS prior to the execution of the entire term of the assisted lease.  Inspections may be completed by PHA staff or by contract personnel.  HQS consists of the following thirteen (13) performance requirements:

- Sanitary facilities;
- Food preparation and refuse disposal;
- Space and security;
- Thermal environment;
- Illumination and electricity;
- Structure and materials;
- Interior air quality;
- Water supply;
- Lead-based paint;
- Access;
- Site and neighborhood;
- Sanitary condition; and
- Smoke Detectors.

**APPENDIX 1797**

*Tenant Preference*

The family may determine the adequacy of room sizes and room locations.  The family is also responsible for deciding the acceptability of the type of door and window locks.

**Thermal Environment**

*Performance Requirement*

- The dwelling unit must be able to provide a thermal environment that is healthy for the human body.

*Acceptability Criteria*

- There must be a safe system for heating the dwelling unit, such as electric baseboard, radiator, or forced air systems.  In order to ensure a healthy living environment appropriate for the climate the system must be able to provide adequate heat either directly or indirectly to each room.

- If present, the air conditioning system or evaporative cooler, must safely provide adequate cooling to each room.

- The heating and/or air conditioning system must be in proper operating condition.

- The dwelling unit must not contain unvented room heaters that burn gas, oil, or kerosene. Electric heaters are acceptable.

The PHA must define "a healthy living environment" for the local climate.  Local or state codes will help the PHA determine when and how much heat is adequate.  For example, a PHA may define a heating system capable of maintaining an interior temperature of 65° between October 1 and May 1 as adequate.

Adequate heat is required in all rooms used for living; the heat source does not have to be located in each room as long as the heat can pass to the appropriate space and meet the definition of adequate.  Portable electric room heaters or kitchen stoves with built-in heating units are not acceptable as a primary source of heat for units located in climatic areas where permanent heat systems are required.

Improper operating conditions, including all conditions that may be unsafe, such as broken or damaged source vents, flues, exhausts, gas or oil lines that create a potential fire hazard or threats to health and safety are not permitted.  Heating unit safety devices must be present, and the heating equipment must have proper clearance from combustible materials and location of oil storage tanks.  There must be proper gas and oil connections.  Local plumbing, fire, or mechanical codes are instructive in providing details about acceptable materials for furnace and water heater hookups and required clearances appropriate to the jurisdiction where units are

**APPENDIX 1798**

located.  Seek assistance from local code enforcement offices to determine health and safety standards for equipment hook-up and clearance requirements.

Heating system inspections are often required by local or state authorities especially for large multi-family buildings.  If the heating system has passed inspection from the inspecting authority within the past two years, the PHA may accept this as proof of heating equipment safety.

Working cooling equipment refers to a central ventilation system, evaporative cooling system, room or central air conditioning.  These systems are not required by HQS, but if present, must be operating safely so as not to create a potential fire hazard or other threat to health and safety.

*Tenant Preference*

The PHA has no control over energy conservation measures, such as dwelling insulation or installation of storm windows and doors.  The family must assess whether a dwelling without these items is acceptable; the family must take into account the cost of utilities billed to the family and personal feelings about adequate heat.  Dwellings that are poorly insulated or lack storm windows are generally drafty and more difficult to heat and cool.

## Illumination and Electricity

- Each room must have adequate natural or artificial illumination to permit normal indoor activities and to support the health and safety of occupants.

- The dwelling unit must have sufficient electrical sources so occupants can use essential electrical appliances.

- Electrical fixtures and wiring must not pose a fire hazard.

*Acceptability Criteria*

- There must be at least one window in both the living room and each sleeping room.

- The kitchen area and the bathroom must have a permanent ceiling or wall-mounted fixture in proper operating condition.

- The kitchen must have at least one electrical outlet in proper operating condition.

- The living room and each sleeping space must have at least two electrical outlets in proper operating condition.  Permanent overhead or wall-mounted light fixtures may count as one of the required electrical outlets.

The PHA must be satisfied that the electrical system is free of hazardous conditions, including: exposed, uninsulated, or frayed wires, improper connections, improper insulation or grounding of

- The exterior wall structure and surfaces must not have any serious defects such as serious leaning, buckling, sagging, large holes, unfastened and falling components, or defects that would result in air infiltration or vermin infestation.
- The condition and equipment of interior and exterior stairways, halls, porches, walkways, etc. must not present a danger of tripping and falling. Examples include, but are not limited to, broken or missing steps and loose boards.
- Elevators must be working, safe and compliant with locally enforced codes.

**Manufactured homes must be securely anchored by tie down devices, which distribute and transfer the loads imposed by the unit to appropriate ground anchors so as to resist wind overturning and sliding.**

## Interior Air Quality

- The unit must be free from dangerous levels of air pollution from carbon monoxide, sewer gas, fuel gas, dust and other harmful pollutants.
- The unit must have adequate air circulation.
- Bathroom must have a window in operable condition or a permanently installed exhaust fan.
- Any room used for sleeping must have at least one window in operable condition if it were designed to do so.

## Water Supply

- The unit must be served by an approved public or private water supply, which is sanitary and free from contamination.

## Lead-Based Paint

- A dwelling unit constructed before 1978 that is occupied by a family that includes a child under the age of six years must include a visual inspection for defective paint surfaces. Defective paint surface is defined as a surface on which the paint is cracking, scaling, chipping, peeling or loose. If defective paint surfaces are found, such surfaces must be treated.

## Access

- The unit must have direct access for the tenant to enter and exit, without the unauthorized use of other private properties. The building must have an alternate means of exit in case of fire (such as fire stairs or exit through windows, with the use of a ladder if windows are above the second floor).

- Entry/exits must not be "blocked" by debris, stored items, non-working locks, or doors that have been nailed shut or otherwise obstructed.

## Site and Neighborhood

- The site and neighborhood of the unit must be reasonably free of serious conditions which would endanger the health and safety of the residents.

## Infestation

- The unit and its equipment must be free of serious vermin and rodent infestation.

## Smoke Detectors

- The unit must have at least one battery operated or hard-wired smoke detector that is in proper operating condition on each level of the unit, including basements but excluding crawl spaces and unfinished attics.
- Detectors must be installed in accordance with and meet the requirements of the National Fire Protection Association Standard (NFPA) 74 or its successors (currently NFPA 720).
- If the unit is occupied by a hearing-impaired person, smoke detectors must have an alarm system designed for the hearing-impaired persons as specified by NFPA 74 (or its successors).
- In new construction, there must be a smoke detector in each room for sleeping, and those must be arranged so that the operation of any detector will cause all other detectors to alarm.

## Utilities

- All utilities (water, electricity and gas where applicable) must be on before the inspection will be scheduled.
- All gas appliances must have pilots lit before an inspection will be scheduled.

## Occupancy

- The unit to be inspected must either be vacant or occupied by the Section 8 client applying for that unit.

# Housing Choice Voucher Program

# H.Q.S. Inspection Checklist

1

Revised December 2001

**APPENDIX 1802**

2

**APPENDIX 1803**

# Housing Authority of the City of Austin

*Established in 1937*

## SECTION 8 PROGRAM OWNER'S GUIDE

## THE HOUSING QUALITY STANDARDS INSPECTION

The unit must pass a housing quality standards inspection.  The inspection will be conducted approximately 5-7 days after receipt of the completed Request for Lease Approval.  A HQS inspector will contact the owner by phone to schedule the inspection.  **All utilities must be connected before an inspection can be conducted.**

## RENT REASONABLENESS

The requested rent amount must be reasonable as compared to other similar unassisted units.  The Housing Authority must approve all rents requested.

## ANNUAL HOUSING QUALITY STANDARDS INSPECTIONS and COMPLAINT INSPECTIONS

The Housing Authority is required to inspect the unit annually.  The housing authority may also perform a complaint inspection if it is determined that an owner is not maintaining the unit.  Any deficiencies will be noted and a notice mailed indicating a repair deadline.  The owner or property manager is required to repair items within 30 days or 24 hours for life threatening deficiencies.  The family is responsible for any tenant caused damages beyond normal wear and tear.

3

# HOUSING QUALITY STANDARDS INSPECTION

**OVERVIEW**

Before the Housing Authority can make payments on behalf of a tenant family, the unit must meet HUD's minimum Housing Quality Standards (HQS). These standards have been implemented by HUD nationwide to ensure that all assisted units meet minimum health and safety standards. The Housing Authority will inspect the unit for HQS initially and at least annually.

In order to ensure that the unit meets Housing Quality Standards, review the requirements and correct any HQS violations before the inspection. At the time of the inspection, the unit should be "move-in" ready. This will prevent delays in the housing assistance payments.

**Required Repairs**

If the unit fails the initial inspection or annual inspection, an inspection report with the failed items indicated will be mailed. When the repairs are complete, contact the Housing Authority to request a re-inspection. First housing assistance payments can not be made until the unit passes an inspection. Repairs for the annual inspection must be made within 30 days or 24 hours for life threatening emergencies. For annual inspections, if repairs are not made by the stated deadline, housing assistance payments will stop.

**Most Common HQS Failed Items**

- ✓ Non functional smoke detectors
- ✓ Missing or cracked electrical outlet cover plates
- ✓ Railings not present where required
- ✓ Peeling exterior and interior paint
- ✓ Trip hazards caused by installed floor coverings (carpets/vinyl)
- ✓ Cracked or broken window panes
- ✓ Inoperable burners on stoves or inoperable range hoods
- ✓ Missing burner control knobs

4

✓ Inoperable bathroom fan/no ventilation

✓ Leaking faucets or plumbing

✓ No temperature/pressure relief valve on water heaters

## HQS CHECKLIST

The following is a listing of items inspected to meet Housing Quality Standards:



**Bathroom**

■ The bathroom must be located in a separate room and have a flush toilet.

■ The unit must have a fixed basin with a sink trap and hot and cold running water.

■ The unit must have a shower or bathtub with hot and cold running water.

■ The toilet facilities must utilize an approvable public or private disposal system, including a locally approvable septic system.

**Kitchen**

■ The unit must have a cooking stove or range and refrigerator of appropriate size for the unit (i.e., family) all in proper operating condition. Stoves, ovens, and ranges must have all control knobs and handles. Gas stove burners must light by pilot jets without the use of incendiary devices (i.e., matches, lighter, etc.).

■ The unit must have a kitchen sink in proper operating condition with a sink trap and hot and cold running water which drains into an approvable public or private wastewater system.

■ The unit must provide space for the storage, preparation, and serving of food.

■ There must be facilities and services for the sanitary disposal of food waste and refuse, including temporary storage facilities where necessary (i.e., garbage containers).

**Space and Security**

■ The unit must have a minimum of a living room, kitchen area, and bathroom.

5

The unit must contain at least one sleeping or living/sleeping room for each two persons.

The unit's windows <u>which are accessible from the outside</u>, such as basement, first-floor, and fire escape windows, must be lockable (e.g., window units with sash pins or sash locks, and combination windows with latches). Vertically opening windows must stay up and open without the use of props. Windows designed to open should be openable.

The unit's exterior doors (i.e., those that allow access to or from the unit) must be lockable, and compliant with current Texas Property Code requirements regarding security devices for residential tenancies.

## Thermal Environment (Heating and Cooling System)

The unit must contain a safe heating system (and safe cooling system, where present) which is in proper operating condition and can provide adequate heat (and cooling, if applicable), either directly or indirectly, to each room used for living in order to assure a healthy living environment appropriate to the climate.

The unit must not contain any unvented room heaters, which burn gas, oil, or kerosene.  A working radiator would be acceptable.

## Illumination and Electricity

There must be at least one window in the living room and in each sleeping room.

The kitchen area and the bathroom must have a permanent ceiling or wall-type light fixture in working condition. The kitchen area must also have at least one electrical outlet in operating condition.

The living room and each bedroom must have at least two electrical outlets in operating condition. Permanently installed overhead or wall-mounted light fixtures may count as one of the required electrical outlets.

All other rooms used for living require a means of natural or artificial illumination such as a light fixture, a wall outlet to serve a lamp, a window in the room, or adequate light from an adjacent room.

6

**APPENDIX 1807**

■ Each electrical outlet must be permanently installed in the baseboard, wall, or floor.

■ Table or floor lamps, ceiling lamps plugged into a socket, or an extension cord plugged into another plug cannot be counted as an outlet for HQS purposes.

■ Electrical hazards of any kind, either inside or outside the unit would receive a fail rating.

## Structure and Materials

■ Interior ceilings, walls, and floors must not have any serious defects such as severe bulging or leaning, large holes, loose surface materials, severe buckling, missing parts, or other serious damage.

■ The floors must also not have any major movement under walking stress, or tripping hazards presented by the permanent floor coverings.

■ The roof must be structurally sound and weather tight.

■ The exterior wall structure and surfaces must not have any serious defects such as serious leaning, buckling, sagging, large holes, unfastened and falling components, or defects that would result in air infiltration or vermin infestation.

■ The condition and equipment of interior and exterior stairways, halls, porches, walkways, etc. must not present a danger of tripping and falling. Examples include, but are not limited to, broken or missing steps and loose boards.

■ Elevators must be working, safe, and compliant with locally enforced codes.

■ Manufactured homes must be securely anchored by tie down devices, which distribute and transfer the loads imposed by the unit to appropriate ground anchors so as to resist wind overturning and sliding.

## Interior Air Quality

■ The unit must be free from dangerous levels of air pollution from carbon monoxide, sewer gas, fuel gas, dust, and other harmful pollutants.

7

The unit must have adequate air circulation.

Bathrooms must have an openable window or a permanently installed exhaust fan.

Any room used for sleeping must have at least one openable window, if the window was so designed.

## Water Supply

The unit must be served by an approvable public or private water supply, which is sanitary and free from contamination.

## Lead-Based Paint

A dwelling unit constructed before 1978 that is occupied by a family that includes a child under the age of six years must include a visual inspection for defective paint surfaces.  Defective paint surface is defined as a surface on which the paint is cracking, scaling, chipping, peeling or loose.  If defective paint surfaces are found, such surfaces must be treated.

## Access

The unit must have direct access for the tenant to enter and exit, without the unauthorized use of other private properties.

The building must provide an alternate means of exit in case of fire (such as fire stairs or exit through windows, with the use of a ladder if windows are above the second floor).

Entry/exits must not be "blocked" by debris, stored items, non-working locks, or doors that have been nailed shut or otherwise obstructed.

## Site and Neighborhood

The site and neighborhood must be reasonably free of serious conditions, which would endanger the health and safety of residents.

## Infestation

The unit and its equipment must be free of serious vermin and rodent infestation.

8

**APPENDIX 1809**

**Smoke Detectors**

■ The unit must have at least one battery operated or hardwired smoke detector that is in proper operating condition on each level of the unit, including basements but excluding crawl spaces and unfinished attics.

■ Detectors must be installed in accordance with and meet the requirements of the National Fire Protection Association Standard ( NFPA ) 74 or its successors (currently NFPA 720).

■ If the unit is occupied by any hearing-impaired person, smoke detectors must have an alarm system designed for hearing-impaired persons as specified by NFPA 74 (or its successors).

■ In new construction, there must be a smoke detector in each room used for sleeping, and those must be arranged so that the operation of any detector will cause all other detectors to alarm.

**Utilities**

■ All utilities (water, electricity, and gas where applicable) must be on before the inspection will be scheduled.

■ All gas appliances must have pilots lit before an inspection will be scheduled.

**Occupancy**

■ Unit to be inspected must be either vacant or occupied by the Section 8 client applying for that unit.

Revised December 2001

**APPENDIX 1810**



*Housing Authority of Bexar County*

**1017 N. MAIN AVE., SUITE 201, SAN ANTONIO, TX 78212**
**(210) 225-0071   FAX: (210) 225-6976**

### HQS INSPECTION CHECKLIST

To participate in the Section 8 program, landlords must ensure that units pass Housing Quality Standards (HQS) set by federal regulations and the Department of Housing and Urban Development.  Following is a checklist to help landlords ensure their units pass HQS inspections conducted by the Housing Authority of Bexar County inspections team.

- ➤ Utilities must be turned on for the completion of the inspection.
- ➤ No chipping or peeling paint inside or outside.
- ➤ Stove must be clean and in working order and secured.  (If provided by landlord.)
- ➤ Refrigerator must be clean, have a kick plate and be in working order.  (If provided by landlord.)
- ➤ There must be a working heating system installed or provided by owner.
- ➤ Hot and cold running water in the kitchen and bathroom(s).
- ➤ There must be a shower or bathtub that works.
- ➤ There must be a flush toilet that works and does not leak.
- ➤ The bathroom must have either a window to the outside or an exhaust fan vented to the outside.
- ➤ There must not be any plumbing leaks.
- ➤ There must not be any plugged drains (check for slow drains).
- ➤ All plumbing fixtures must have P-traps.
- ➤ All ground floor windows must have working locks and exterior doors must have working deadbolts.
- ➤ All windows must be in good working condition.
- ➤ All electrical outlets must have cover plates and be in good working condition.
- ➤ All ground fault circuit interrupters (GFCIs) must work properly.
- ➤ There must not be any missing, broken or cracked windows.
- ➤ The roof must not leak.  Indications of a leak are discolorations or stains on the ceiling.
- ➤ The hot water heater tank must have a temperature pressure relief valve with downward discharge pipe made of galvanized steel or copper tubing that is between six inches to eight inches from the floor (no PVC). CPVC is acceptable.
- ➤ The floor covering cannot be torn or have holes that can cause someone to trip.
- ➤ If there are stairs and railings, they must be secure.
- ➤ Four or more exterior stairs must have handrails 34 inches to 38 inches from the ground.
- ➤ Walk offs or porches 30 inches above grade must have guard rails 36 inches from the ground.
- ➤ Working smoke detectors are required in every unit and on every level.
- ➤ The contract rent must be reasonable based on the rent of comparable units in the neighborhood.
- ➤ All security bars and windows must have a quick release mechanism.
- ➤ Keyless bolting devices, and door viewers must be installed on each exterior door and doors exiting into the garage area.  Keyless bolting devices may not be installed higher than 48 inches or lower than 36 inches from the floor.
- ➤ All sliding glass doors must have a pin lock zero to 48 inches from the floor, and if the manufacturer's lock to the sliding door is inoperable, there must be an additional security bar on the door.
- ➤ All windows should open and close as designed and have working lock devices.

_____     _____
Signature                                                    Date

**APPENDIX 1811**                                                      HA-508

**1017 N. MAIN AVE., SUITE 201, SAN ANTONIO, TX 78212**
**(210) 225-0071 FAX: (210) 225-6976**

## THIS FORM MUST BE COMPLETED BY THE FAMILY
## AND OWNER PRIOR TO THE HOUSING INSPECTOR
### INSPECTING THE DWELLING UNIT

**ALL ITEMS MUST HAVE A WRITTEN COMMENT !!**                    **COMMENTS**

**1.**  **ROOMS - LIVINGROOM/BEDROOMS**
   a.) Ceilings – Must be in good condition, no cracks

   b.) Walls – Must be in good condition, no holes

   c.) Floors – Must be in good condition, no holes or torn carpeting

   d.) Locks – Locks that work on all windows and doors that
       can be reached from the outside

   e.) Paint – No peeling or chipping paint

   f.) Windows – At least one window, every window must be
       in good condition

   g.) Electricity – At least two (2) outlets, or one (1) outlet and
       one (1) permanent overhead light fixture

   **NOTE:  Condition/Cleaning of carpeting is not a Housing Quality Standards Item, it is a "tenants choice".**

**2.**  **KITCHEN**
   a.) Ceilings – Must be in good condition, no cracks

   b.) Walls – Must be in good condition, no holes

   c.) Floors – Must be in good condition, no holes or torn carpeting

   d.) Locks – Locks that work on all windows and doors that
       can be reached from the outside

   e.) Paint – No peeling or chipping paint

   f.) Windows – If there is a window it must be in good condition

   g.) Storage – Some space to store food

   h.) Preparation Area – Some space to prepare food

   i.) Stove and Oven – A stove and oven that works (can be
       furnished by the Tenant)

   j.) Refrigerator – That keeps temperatures low enough so that
       food does not spoil.  (Can be furnished by the Tenant)

   k.) Serving – Some space to serve food

   l.) Sink – A sink with hot and cold running water

   m.) Electricity – At least one (1) outlet and one permanent light fixture

**3.**  **HALLWAYS**
   a.) Ceilings – Must be in good condition, no cracks

   b.) Walls – Must be in good condition, no holes

   c.) Floors – Must be in good condition, no holes or torn carpet

   d.) Electricity – At least one overhead light fixture

**4.**  **BATHROOM**
   a.) Ceiling – Must be in good condition, no cracks

   b.) Locks – Locks that work on all windows and doors that
       can be reached from the outside

   c.) Window – A window that opens, or a working exhaust fan

   d.) Toilet – A flush toilet that works

   e.) Tub or Shower – A tub or shower with hot and cold running water

**4.** **BATHROOM (continued)**

f.) Floors – Must be in good condition and water resistant (no tripping hazards) _____

g.) Paint – No peeling or chipping paint _____

h.) Walls – Must be in good condition, no holes _____

i.) Electricity – At least one (1) permanent overhead or wall light fixture _____

j.) Sink – A sink with hot and cold running water _____

**5.** **EXTERIOR**

a.) Roof – In good condition that does not leak _____

b.) Handrails – Secure handrails on any extended length of stairs (more than 4 steps) and any porches, balconies or decks which are more than 30 inches above ground _____

c.) Walls – Must be in good condition _____

d.) Paint – No cracking, peeling or chipping paint _____

e.) Trash – No accumulation of garbage or other debris in the yard or immediate area. (including junked vehicles) _____

f.) Lights – lights that work in all common hallways and interior stairs _____

g.) Stairs – Must be in a good, safe condition with good handrails (No "spokes" more than 9 inches apart) _____

**6.** **COMFORT ITEMS  -  SANITATION/SAFETY**

a.) Cooling – Some windows that open, or some working ventilation system _____

b.) Heat – Enough heating equipment so that the unit can be made comfortably warm during cold months. (Space heaters are not allowed but can be allowed if properly installed) _____

c.) Hot water – Require Pop-Off valve and discharge line _____

d.) Rodents and Vermin – No sign of Rats or large number of mice or vermin (roaches) _____

e.) Smoke Detector – At least one smoke detector, in proper working order in each dwelling _____

f.) Sewers – No open sewers, must be properly connected to the City's sewer system _____

************************************************************************************************

**I CERTIFY THAT I HAVE INSPECTED THE DWELLING UNIT AT** _____ **ON** _____
**AND I REQUEST THE HABC TO APPROVE THE DWELLING UNIT IN ITS PRESENT CONDITION TO PASS HOUSING QUALITY STANDARDS.**

** The Family may be responsible for any damage not listed above.  Please list any other comments:

_____

_____

_____

_____

_____

_____

_____

_____

_____


| **FAMILY SIGNATURE** | **DATE** | **OWNER SIGNATURE** | **DATE** |

## Property Maintenance Standards Assessment Results

*Please check one:*

☐   This is to certify that on _____(*DATE*), the housing unit located at _____(*STREET ADDRESS*) Harlingen, Texas <u>PASSED</u> the City of Harlingen's Property Maintenance Standards Assessment.

☐   This is to certify that on _____(*DATE*), the housing unit located at _____ (*STREET ADDRESS*) Harlingen, Texas) <u>FAILED</u> the City of Harlingen's Property Maintenance Standards Assessment due to the following reasons:

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

Inspected by:

_____
Ricardo Trevino, Housing Specialist

Notes: _____
_____
_____
_____

**APPENDIX 1814**

Name/Address: _____

# City of Harlingen

## Down Payment Assistance Program

### *Property Maintenance Standards Checklist*

For any housing unit to be approved for occupancy by a homebuyer receiving down payment assistance, its condition must meet the City's property maintenance standards.

The City of Harlingen has put together this Property Maintenance Standards Checklist to determine if the property you wish to purchase is decent, safe and sanitary. We encourage homebuyers to use this checklist when shopping for a home so they can determine how close to being in compliance with these standards the home they plan to purchase already is.

If a property does not meet the City's property maintenance standards, the necessary repairs must be made prior to closing. If the seller chooses to sell the property "as is", the property will be deemed ineligible and the buyer will be forced to shop for another home. Using this checklist to assess the present condition of the home is a great way to save time!

For more information about Property Maintenance Standards, please contact the:

**City of Harlingen-Community Development Department**

502 E. Tyler

Harlingen, Texas 78550

## (956) 216-5180





### Electrical

**1.** There are at least 2 working electrical outlets and 1 permanently mounted working light fixture in the living room.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**2.** There is at least 1 working double electrical outlet and 1 permanently mounted working light fixture in the kitchen.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**3.** There is at least 1 working double outlet and one permanently mounted light fixture in the bathroom.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**4.** There are at least 2 working double electrical outlets and 1 permanently mounted working light fixture in every bedroom.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**5.** The unit and all shared spaces are free from any electrical hazards such as: broken, non-insulated or frayed wiring; improper types of wiring, connections or insulation; wires lying in or located near standing water or other unsafe places; light fixtures hanging from electric wiring without firm support or fixture; cover plates missing from switches or outlets; badly cracked outlets; exposed fuse box connections; overloaded circuits evidenced by frequently "blown" fuses.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**6.** The unit and all shared spaces are free from electric outlets that are located where water might splash or collect.

|  | Yes | No |
|---|---|---|
|  | ☐ | ☐ |

**APPENDIX 1815**

## Security



7. All windows and doors that are accessible from the outside have a properly working lock.

☐ Yes ☐ No

8. The unit can be entered without going through another unit.

☐ Yes ☐ No

9. The unit has an alternative way for occupants to exit in case of fire which meets state regulations.

☐ Yes ☐ No

## Windows



10. Every habitable space has at least 1 openable window.

☐ Yes ☐ No

11. Windows are free of signs of severe deterioration, missing or broken panes.

☐ Yes ☐ No

## Walls and Floors

12. The walls are sound and free from hazardous defects such as severe buckling; bulging or leaning; damaged or loose structural members; large holes; or air filtration.

☐ Yes ☐ No

13. The floors are sound and free from hazardous defects such as severe buckling; major movement under walking stress; or damaged or missing parts.

☐ Yes ☐ No

## Ceilings

14. All ceilings are sound and free from hazardous defects such as severe bulging or buckling; large holes; missing parts; or loose surface materials that are falling or in danger of falling

☐ Yes ☐ No

## Paint

15. In units built prior to 1978, all surfaces are free from damaged or deteriorated paint. (This includes any paint that is peeling, chipping, cracking, chalking or in any way coming loose from the surface it's applied to.) If not, paint must be stabilized by trained workers and pass a clearance test.

☐ Yes ☐ No

## Kitchen

16. All plumbing fixtures are installed/maintained in working order--free of obstructions, leaks and defects

☐ Yes ☐ No

17. Kitchen contains suitable space and equipment to store, prepare and serve foods in a sanitary manner. (Exception: Appliances to be furnished by Buyer.)

☐ Yes ☐ No

## Kitchen [continued]

18. The kitchen contains a permanently attached working sink with both hot and cold running water and a properly connected working drain with a "P" trap, and space to store, prepare and serve food.

☐ Yes ☐ No

## Bathroom



19. The unit contains a toilet in proper working condition available for the exclusive use of the unit's occupants.

☐ Yes ☐ No

20. There is a permanently installed working bathroom sink with both hot and cold running water and a properly connected drain.

☐ Yes ☐ No

21. The unit has either a working bathtub or shower with both hot and cold running water and a properly connected drain

☐ Yes ☐ No

22. The bathroom has either at least 1 openable window or a working vent system.

☐ Yes ☐ No

## Bedrooms

23. All of the bedrooms have at least 1 openable window.

☐ Yes ☐ No

**APPENDIX 1816**

## Smoke Detectors

**24.** Each level of the unit, including has a working smoke detector.

Yes ☐  No ☐

**25.** If any of the unit's residents are hearing impaired, the smoke detection system also produces a visual alert that can be seen in their sleeping areas.

Yes ☐  No ☐

## Heating and Plumbing

**26.** The heating equipment is capable of delivering enough heat to insure that the occupants will have a healthy environment.

Yes ☐  No ☐

**27.** The unit is free from all types of unsafe heating conditions, such as unvented fuel-burning space heaters; potential for fire; improper connection of flues allowing exhaust gases to enter the living area; absence of safety devices; improper use of equipment; and combustible materials near a heat source or a flue.

Yes ☐  No ☐

**28.** The unit has adequate ventilation and cooling by means of either operable windows or a working cooling system.

Yes ☐  No ☐

**29.** Water heaters are located, equipped and installed in a safe manner, including the presence of a pressure relief valve and discharge line.

Yes ☐  No ☐

## Heating and Plumbing [continued]

**30.** The unit is served by an approvable public or private sanitary water supply.

Yes ☐  No ☐

**31.** The plumbing is free from major leaks or corrosion causing serious, persistent levels of rust contaminating the drinking water.

Yes ☐  No ☐

**32.** The plumbing is connected to an acceptable public or private disposal system and is free from sewer back-up.

Yes ☐  No ☐

## Building Exterior

**33.** The building's foundation is sound and free from hazards such as potential for structural collapse or other conditions which allow significant entry of ground water.

Yes ☐  No ☐

**34.** All stairs, rails and porches are sound and free from hazards such as severe structural defects; or broken, missing or rotting steps.

Yes ☐  No ☐

**35.** All stairways with 4 or more consecutive steps have a handrail; and all porches or balconies 30" or more above the ground have a secure rail.

Yes ☐  No ☐

**36.** All exterior surfaces are free from buckling or sagging; large holes, cracks, breaks and loose or rotting material.

Yes ☐  No ☐

## Building Exterior [continued]

**37.** The chimney is sound and free from hazards such as leaning.

Yes ☐  No ☐

**38.** The roof, gutters and downspouts are sound, tight, and free from defects that admit rain. Roof drainage is adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof drains, gutters and downspouts are in good repair and free of obstructions.

Yes ☐  No ☐

**39.** Manufactured homes are properly placed and securely anchored by a tiedown device.

Yes ☐  No ☐

## Also Be Sure That...

**40.** The unit is free from heavy accumulations of garbage or other debris and has adequate containers.

Yes ☐  No ☐

**41.** The unit is free from severe infestation by rodents, insects or other vermin.

Yes ☐  No ☐

**42.** The interior stairs and shared hallways are free from hazards like loose, broken or missing steps or railings and inadequate lighting.

Yes ☐  No ☐

**43.** valid inspection certificates.

Yes ☐  No ☐

**44.** The unit is free from abnormally high levels of air pollution from vehicular exhaust, sewer gas, fuel gas, dust or other pollutants.

Yes ☐  No ☐

**APPENDIX 1817**

# Overcrowding

**45.** How many bedrooms does the unit contain?

_____

**46.** How many persons does the household contain?

_____

**47.** Based on the number of bedrooms and household size, will more than two persons occupy any one bedroom?

☐ **Yes**   ☐ **No**

(Living room may be used as a bedroom.)

**APPENDIX 1818**

HUD > Program Offices > Public and Indian Housing > PIH > Public Housing > Rental Housing Integrity Improvement Project (RHIIP) > **Utility Allowance Air Conditioning Fact Sheet**

# Utility Allowance Air Conditioning Fact Sheet

The U.S. Department of Housing and Urban Development (HUD) is looking at ways to reduce income and rent errors and improper payments in the administration of both public housing and Section 8 Housing Choice Voucher programs under the Rental Housing Integrity Improvement Project (RHIIP). One area under review is PHA payment of the utility allowance costs associated with air conditioning (A/C). This Fact Sheet is intended to clarify the Department's utility allowance policy related to air conditioning.

## 1. Question: What is a Utility Allowance?

**Answer**: Per HUD, the total resident payment of rent includes both shelter and the costs for reasonable amounts of utilities. The amount that a PHA determines is necessary to cover the resident's reasonable utility costs the utility allowance. (See U.S. Department of Housing and Urban Development, *Utility Allowance Guidebook*, September 1998.)

## 2. Question: Is air conditioning generally an allowable utility cost?

**Answer**: No. See 24 CFR ?965.506(e).

If a PHA installs air conditioning and gives residents the option of choosing to use it, and it is either retail metered or check metered, residents must pay for the energy used. The PHA must not include air conditioning in the utility allowance.

For systems that offer residents the option to choose air conditioning but cannot be metered, residents are to be surcharged.

## 3. Question: How do you calculate the monthly electric consumption of an air conditioner (kWh)?

**Answer**: For information on the calculation of monthly A/C

### HUD Resources

*Utility Allowance Guidebook*, HUD, September 1998.
A two-part publication that addresses utility allowance methodologies, principles, and federal regulations. Available by calling the PIH Information and Resource Center at (800) 955-2232.

electrical consumption, see U.S. Department of Housing and Urban Development, *Utility Allowance Guidebook*, September 1998.

## 4. Question: Does HUD monitor PHA air conditioning utility allowance schedules?

**Answer**: Yes. In accordance with 24 CFR ?965.502(d), HUD may review schedules of allowances and surcharges in the course of audits or reviews of PHA operations.

## 5. Question: How is the tenant notified of utility costs?

**Answer**: In accordance with 24 CFR ?966.4, the lease between the PHA and each tenant shall contain a statement of utilities, services and equipment to be supplied by the PHA without additional cost, and utilities and appliances to be paid by the tenant.

---

*For technical assistance on utility allowances, specifically related to air conditioning, please contact your local Field Office. All other requests should be directed to the PIH Information and Resource Center on 1-800-955-2232 or visit our website at*:
**http://www.hud.gov/offices/pih/programs/ph/phecc/allowances.cfm**.

**APPENDIX 1820**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants.* | § | |
| | § | |

# Exhibit 75

Skip to Main Content
**Main Menu**
Back to National Coverage Determination (NCD) for Durable Medical Equipment Reference List

# National Coverage Determination (NCD) for Durable Medical Equipment Reference List (280.1)

Select the 'Print Complete Record', 'Add to Basket' or 'Email Record' buttons to print the record, to add it to your basket or to email the record.

**Printing Note:**
To print an entire document, including all codes in all code groups, use the 'Need a PDF' button or the 'Print Complete Record' button.

To print only the current visible page contents, use the 'Print' button in the page header.

## Tracking Information

| Publication Number | Manual Section Number | Manual Section Title |
| --- | --- | --- |
| 100-3 | 280.1 | Durable Medical Equipment Reference List |

| Version Number | Effective Date of this Version | Implementation Date |
| --- | --- | --- |
| 2 | 5/5/2005 | 7/5/2005 |

Back to Top

## Description Information

**Benefit Category**
Durable Medical Equipment

**Note:** This may not be an exhaustive list of all applicable Medicare benefit categories for this item or service.

**Item/Service Description**

The durable medical equipment (DME) list that follows is designed to facilitate the Medicare Administratinve Contractor's (MAC's) processing of DME claims. This section is designed as a quick reference tool for determining the coverage status of certain pieces of DME and especially for those items commonly referred to by both brand and generic names. The information contained herein is applicable (where appropriate) to all DME national coverage determinations (NCDs) discussed in the DME portion of this manual. The list is organized into two columns. The first column lists alphabetically various generic categories of equipment on which NCDs have been made by the Centers for Medicare & Medicaid Services (CMS); the second column notes the coverage status.

In the case of equipment categories that have been determined by CMS to be covered under the DME benefit, the list outlines the conditions of coverage that must be met if payment is to be allowed for the rental or purchase of the DME by a particular patient, or cross-refers to another section of the manual where the applicable coverage criteria are described in more detail. With respect to equipment categories that cannot be covered as DME, the list includes a brief explanation of why the equipment is not covered. This DME list will be updated periodically to reflect any additional NCDs that CMS may make with regard to other categories of equipment.

When the MAC receives a claim for an item of equipment which does not appear to fall logically into any of the generic categories listed, the MAC has the authority and responsibility for deciding whether those items are covered under the DME benefit.

These decisions must be made by each MAC based on the advice of its medical consultants, taking into account:

- The Medicare Claims Processing Manual, Chapter 20, "Durable Medical Equipment, Prosthetics and Orthotics, and Supplies (DMEPOS)."

**APPENDIX 1822**

- Whether the item has been approved for marketing by the Food and Drug Administration (FDA) and is otherwise generally considered to be safe and effective for the purpose intended; and
- Whether the item is reasonable and necessary for the individual patient.

The term DME is defined as equipment which:

- Can withstand repeated use; i.e., could normally be rented and used by successive patients;
- Is primarily and customarily used to serve a medical purpose;
- Generally is not useful to a person in the absence of illness or injury; and,
- Is appropriate for use in a patient's home.

**Indications and Limitations of Coverage**

**Durable Medical Equipment Reference List**

| Item | Coverage |
|---|---|
| Air Cleaners | Deny - environmental control equipment; not primarily medical in nature (§1861(n) of the Act). |
| Air Conditioners | Deny - environmental control equipment; not primarily medical in nature (§1861(n) of the Act). |
| Air-Fluidized Beds | (See Air-Fluidized Beds, §280.8 of the NCD Manual.) |
| Alternating Pressure Pads, Mattresses and Lamb's Wool Pads | Covered if patient has, or is highly susceptible to, decubitus ulcers and the patient's physician  specifies that he/she has specified that he will be supervising  the course of treatment. |
| Audible/Visible Signal/Pacemaker Monitors | (See Self-Contained Pacemaker Monitors.) |
| Augmentative Communication Devices | (See Speech Generating Devices §50.1 of this manual.) |
| Bathtub Lifts | Deny - convenience item; not primarily medical in nature (§1861(n) of the Act). |
| Bathtub Seats | Deny - comfort or convenience item; hygienic equipment; not primarily medical in nature (§1861(n) of the Act). |
| Bead Beds | (See §280.8.) |
| Bed Baths (home type) | Deny - hygienic equipment; not primarily medical in nature (§1861(n) of the Act). |
| Bed Lifters (bed elevators ) | Deny - not primarily medical in nature (§1861(n) of the Act). |
| Bedboards | Deny - not primarily medical in nature (§1861(n) of the Act). |
| Bed Pans (autoclavable hospital type) | Covered if patient is bed confined. |
| Bed Side Rails | (See Hospital Beds, §280.7 of this manual.) |

**APPENDIX 1823**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 76



HOUSTON
HOUSING AUTHORITY
Transforming Lives & Communities

# Housing Quality Standards Inspection Checklist

To prevent delays, the R.T.A. must be complete and upon submission the unit <u>must</u> be in "move in" condition or an inspection will not be conducted.

A Fair Housing and Equal Opportunity Agency
For assistance: Individuals with disabilities may contact the 504/ADA Administrator
at 713-260-0528, TTY 713-260-0547 or 504ADA@housingforhouston.com.

**APPENDIX 1825**

# Houston Housing Authority
# Housing Choice Voucher Program
# Owner's Guide

# The Housing Quality Standards Inspection

The unit must pass a Housing Quality Standards (HQS) Inspection. The inspection will be conducted approximately 7-10 days after receipt by the Inspections Department. An HQS scheduler will contact the owner by phone to schedule the inspection. Please make all contact numbers available when you submit the Request for Tenancy Approval (RTA). Calls from the HQS scheduler must be returned within 24 hours to confirm inspection times or an inspection will not be conducted.

**All utilities must be on and working before an inspection can be conducted.**

If the unit fails a second inspection, a third inspection will not be conducted. Instead, the paperwork will be returned and a new RTA must be submitted to begin the process over again.

## Rent Reasonableness

The requested rent amount must be reasonable as compared to other similar assisted units. A Market Analyst will determine if the requested rent is reasonable as compared to an unassisted unit when considering the location, quality, size, type, age, amenities, housing services, maintenance and utilities to be provided. The Houston Housing Authority must approve all rents requested.

## Annual Housing Quality Standards Inspections and Complaint Inspections

The Houston Housing Authority is required to inspect the unit annually. The Housing Authority may also perform a complaint inspection if it is determined that an owner is not maintaining the unit. Any deficiencies will be noted and a notice will be mailed indicating a repair deadline. The owner or property manager is required to repair items within 30 days or 24 hours for life threatening deficiencies. The family is responsible for any tenant-caused damages beyond normal wear and tear.

# Housing Quality Standards Inspection

## Overview

Before the Houston Housing Authority can make payments on behalf of a tenant family, the unit must meet HUD's minimum Housing Quality Standards (HQS). These standards have been implemented by HUD nationwide to ensure that all assisted units meet minimum health and safety standards. The Housing Authority will inspect the unit for HQS initially and at least annually. To ensure that the unit meets HQS, please review the following requirements and correct any HQS violations before the inspection. At the time of the inspection, the unit must be "move-in" ready. This will prevent delays in the housing assistance payments.

## Required Repairs

If the unit fails the initial or annual inspection, an inspection report with failed items indicated will be provided. The first housing assistance payment cannot be made until the unit passes inspection. Repairs for the annual inspection must be made within 30 days or 24 hours for life threatening emergencies. For annual inspections, if repairs are not made by the stated deadline, housing assistance payments will stop.

## Most Common Failed Items

- Non-functional smoke detectors
- Missing or cracked electrical outlet cover plate
- Railings not present where required
- Peeling exterior and interior paint
- Trip hazards caused by installed floor coverings (carpet/vinyl)
- Cracked or broken window panes
- Inoperable burners on stoves or inoperable range hoods
- Missing burner control knobs
- Inoperable bathroom fans (no ventilation)
- Leaking faucets or plumbing
- No temperature/pressure release valve on water heater

# HQS Checklist

The following is a list of items inspected to meet Housing Quality Standards.

## Bathroom

- The bathroom must be located in a separate room and have a flush toilet.
- The unit must have a fixed basin with a sink trap and hot and cold running water.
- The unit must have a shower or bathtub with hot and cold running water.
- The toilet facilities must utilize an approvable public or private disposal system, including a locally approvable septic system.

## Kitchen

- The unit must have a cooking stove or range and refrigerator of appropriate size for the unit (i.e., family) all in proper operating condition. Stoves, ovens, and ranges must have all control knobs and handles. Gas stove burners must light by pilot jets without the use of incendiary devices (i.e., matches, lighter, etc.).
- The unit must have a sink in proper operating condition with a sink trap and hot and cold running water which drains into an approvable public or private wastewater system.
- The unit must provide space for the storage, preparation and serving of food.
- There must be adequate covered facilities and services for the sanitary disposal of food waste and refuse, including temporary storage facilities where necessary (i.e., garbage containers).

## Space and Security

- The unit must have a minimum of a living room, kitchen area, and bathroom.
- The unit must contain at least one sleeping or living/sleeping room for each two persons.
- The unit's windows which are accessible from the outside, such as a basement, first floor and fire escape windows must have a working lock (e.g., window units with sash pins or sash locks, and combination windows with latches). Vertically opening windows must stay up and open without the use of props. Windows designed to open should operate accordingly.
- Bedroom windows must be able to open and close freely.
- The unit's exterior doors (i.e. those that allow access to or from the unit) must be lockable and compliant with current Texas Property Code requirements regarding security devices for residential tenancies.

## Thermal Environment (Heating and Cooling System)

- The unit must contain a safe heating system (and safe cooling system where present) which is in proper operating condition and can provide adequate heat (and cooling, if applicable), either directly or indirectly, to each room used for living in order to assure a healthy living environment appropriate to the climate.
- In the absence of a cooling system secure screens must be present on all outside windows.
- The unit must not contain any un-vented room heaters, which burn gas, oil or kerosene. A working radiator would be acceptable.

## Illumination and Electricity

- There must be at least one window in the living room and in each sleeping room. The kitchen area and the bathroom must have a permanent ceiling or wall-type
  light fixture in working condition. The kitchen must also have at least one electrical outlet in operating condition.
- The living room and each bedroom must have at least two electrical outlets in operating condition. Permanently installed overhead or wall-mounted light fixtures may count as one of the required electrical outlets.
- All other rooms used for living require a means of natural or artificial illumination such as a light fixture, a wall outlet to serve a lamp, a window in the room, or adequate light from an adjacent room.
- Each electrical outlet must be permanently installed in the baseboard, wall or floor. Table or floor lamps, ceiling lamps that plug into a socket or extension cord plugged into another plug cannot be counted as an outlet for HQS purposes. Electrical hazards of any kind, either inside or outside the unit would receive a fail rating.

## Structure and Materials

- Interior ceilings, walls and floors must not have any serious defects such as severe bulging or leaning, large holes, loose surface materials, severe buckling, missing parts, or other serious damage.
- The floors must also not have any major movement under walking stress, or tripping hazards presented by the permanent floor coverings. Carpets must be tacked down.
- The roof must be structurally sound and weather tight.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |
| | § | |

# Exhibit 77