# FACTS TIMELINE

- The Hutchins unit is located at 1500 E. Langdon Rd., Dallas, Texas 75241. It is constructed of metal and houses inmates in a dorm-style setting. (Appx. 063)

- March 12, 2003 - McCollum was previously incarcerated and made use of the I-60 and/or grievance procedure to address medical issues, and therefore fully aware of the procedure during his incarceration in 2011. (Appx. 318; Appx. 1217-1218)

- November 10, 2008 – Pursuant to AD-10.64, sixth revision, the version of the policy in force prior to the summer of 2011, TDCJ mandates annual heat-training for staff and offenders in work assignments. Non-work assigned offenders are notified of heat awareness through bulletin boards in the offender housing areas, and through information published in *The Echo* (an offender newspaper). (Appx. 1558: 12-17; Appx. 1598-1599: 21-25, 1-2; Appx. 512)

- Summer of 2011 – The following measures were in place at the Hutchins Unit to increase awareness and identify offenders that may need "immediate medical attention", and were required at all TDCJ units:

    - Dorm temperatures are checked by each shift.

    - Shower temperatures are lowered and offenders allowed unlimited access to the showers.

    - Commissary shorts and t-shirts are allowed to be worn in the housing and dayrooms.

    - Additional cold drinking water is passed out to the offender population.

    - Staff receives additional training on heat related illnesses in order to identify and assist those offenders who may suffer adverse effects from the heat.

    - The signs of heat related illness are posted in the offender housing areas to allow offenders to identify the signs of heat related illness.

    (Appx. 006; Appx. 286; Appx. 290-291; Appx. 305-306; Appx. 316; Appx. 528A3-528A4)

- Summer of 2011 – TDCJ required all correctional officers to carry temperature extreme awareness cards on their person at all times while working on a TDCJ prison unit, including at the Hutchins Unit. (Appx. 761-763)

- Summer of 2011 - Heat training is provided for prison staff in pre-service academy training, in a yearly meeting, and during daily "shift briefings." (Appx. 291)

- Summer of 2011 - According to State of Texas Climatologist, Dr. John Nielsen-Gammon, the summer of 2011 presented remarkably, and unpredictably, hotter than usual. Additionally, night time heat index temperatures presented exceptionally high. (Apps. 1365, Appx. 1334-1335; Appx. 1382; Appx. 1398)

- Summer of 2011 - Following their initial intake interview, offenders receive a physical exam within approximately seven days of their arrival on a unit. (Appx. 317-318)

- Summer of 2011 - If inmates had an issue between their intake interview and when their physical examination was completed, they were able to submit an I-60 or grievance to have the issue resolved, medical or otherwise. (Appx. 318)

- April of 2011 - TDCJ Risk Management promulgated their bi-annual Training Circular (Volume 11, Issue 04) to all TDCJ units to address the issues of heat in the upcoming summer. (Appx. 742-745)

- April 25, 2011 - Staff from various departments within the TDCJ, such as offender transportation, health services, risk management, laundry and food service, and plans and operations, met to review precautions and actions taken over the last summer and to discuss actions for the upcoming summer.

- Summer of 2011 - TDCJ Administrative Directive 10.64 provides for several protective measures related to heat, with special emphasis on offenders engaging in work assignments. (Appx. 505; Appx. 498-515)

- May 6, 2011 - The Correctional Institutions Division's ("CID") Deputy Director William Stephens sent TDCJ-CID's Annual Heat Message titled "Heat Precaution 2011." The Heat Message consists of recognizing signs of heat stroke, heat exhaustion, and steps to prevent and treat heat-related illnesses. The CID issues its summer heat mitigation directive each spring. All TDCJ departments are required to post the annual heat precaution message in common areas on every unit. (Appx. 007; Appx. 316)

- May 12, 2011 – The TDCJ-Health Services Division ("HSD") sent the Annual Heat Message to all the TDCJ facilities with information on how to recognize symptoms of heat-related illness and what to do should heat-related illness arise. (Appx. 606-609)

- June 1, 2011 was the deadline set by TDCJ for all employees of TDCJ to review AD-10.64 and Health Services Policy B15.2. (Appx. 603)

- June 1, 2011 was the start date of all heat-mitigation precautions and actions decided upon on April 25, 2011 by TDCJ. TDCJ set the heat-mitigation measures to end October 1, 2011. Additionally, TDCJ determined that actions could be implemented by all TDCJ Units prior to June 1, 2011 if the need arose. TDCJ and Unit Wardens would make this decision accordingly. (Appx. 603)

**APPENDIX 1832**

- June 1, 2011 – TDCJ instituted the Extreme Heat Precaution Operational Procedures at the Hutchins Unit to establish procedures to be followed by staff of the Hutchins Unit. (Appx. 722-725)

- June 1, 2011 - Captain Sessions sent an Inter-Office Communication entitled Summer-Heat Precautions to Warden Pringle, Warden Polk, and Major May to address the unit's response to summer heat-related issues. (Appx. 1493-1496)

- June 21, 2011 McCollum's incarceration sentence begins in TDCJ (Appx. 004)

- July 12, 2011 – R. Storie, URMC created a temperature log to ensure that inmates have access to cool or ice water, and sent the results to Major T. May. The coolers were examined beginning at 2:00 through 3:00 (Appx. 805)

- July 15, 2011—McCollum received into TDCJ (Appx. 004)

- July 15, 2011 - McCollum seen by Hutchins Unit Medical Staff for intake physical, per policy. (Appx. 078; Appx. 006)

- July 15, 2011 - Larry McCollum entered into the TDCJ system as a 58 years old, 5'10 tall, 320-330 pound offender. (Appx. 004; Appx. 302)

- July 15, 2011 - McCollum related to a UTMB medical intake employee that he has a family history of cancer, diabetes, heart disease, and high blood pressure, mental illness, rheumatism/arthritis. (Appx. 078)

- July 15, 2011 - A UTMB medical intake employee took information related to McCollum's personal history of back injury, cavities, depression, diabetes, glasses, gum disease, and high blood pressure from McCollum. (Appx. 078; Appx. 302)

- July 15, 2011 - A UTMB medical intake employee took information related to McCollum's history of mental health treatment from McCollum. (Appx. 089)

- July 15, 2011 – A UTMB medical intake employee reviewed the results of McCollum's Tuberculosis test, administered June 24, 2011 and processed on June 27, 2011. (Appx. 084; Appx. 303)

- July 15, 2011 – Dr. Babili told McCollum to discontinue his previous hypertension medicine, Clonodine, and start Hydrochlorothiazide (HCTZ), and a medication pass was issued to McCollum. (Appx. 006, Appx. 084-085; Appx. 302)

- July 20, 2011 – A UTMB employee ordered an employee of LabCorp to draw McCollum's blood.

**APPENDIX 1833**

- July 20, 2011 – A UTMB intake employee reviewed McCollum for his housing assignment. At this time, the medical department made no restrictions as to where and how McCollum should be housed. If medical providers do not place any housing restrictions on an offender's HSM-18 form, TDCJ does not process restrictions, on their own, for the offender. (Appx. 004; Appx. 091; Appx. 317)

- July 21, 2011 – The results of McCollum's blood test showed McCollum presented with a high white blood cell count. (Appx. 092; Appx. 303)

- July 22, 2011 - Daily inspection logs of the housing areas are created by the Hutchins Unit Correctional Officers. Correctional officers Mattox, Lawal, and Fakunle created a daily inspection log on July 22, 2011. The log noted that a few of the sink buttons were stuck, a toilet was stuck, and a few lights were out. No officer made any mention of missing fans, showers not operable, or cold water not available. (Appx. 779)

- July 22, 2011 – Correctional Officers at the Hutchins Unit kept an outdoor temperature log Temperatures were recorded every hour, on the half-hour, from 6:30 a.m. to 6:30 p.m. The high temperature was recorded at 104 degrees Fahrenheit. The low temperature was recorded at 81 degrees Fahrenheit. (Appx. 275)

- July 22, 2011 - Officer Richard J. Clark was a Correctional Officer assigned as a second rover for C building. (Appx. 278)

- July 22, 2011 - Officer Karen Sue Tate was a Sergeant of Correctional Officers on duty at the Hutchins Unit. (Appx. 283)

- July 22, 2011 - Officer Sandrea Sanders was a Lieutenant of Correctional Officers at the Hutchins Unit. (Appx. 289)

- July 22, 2011 - Warden Jeffrey Pringle was the Warden of the Hutchins Unit. (Appx. 294)

- July 22, 2011 - Robert J. Eason was the Regional Director for Region II of the Texas Department of Criminal Justice. The TDCJ Hutchins Unit in Dallas, Texas was one of the facilities in Region II. (Appx. 1363)

- July 22, 2011 - William L. Stephens was the Deputy Director of the Correctional Institutions Division for Prison and Jail Operations for the TDCJ. As such, he was the direct supervisor and point of contact for six regional directors, including Mr. Robert J. Eason. (Appx. 1380)

- July 22, 2011 - Richard C. Thaler was the Director of Correctional Institutions Division for the TDCJ. He had oversight responsibility for the Hutchins Unit. (Appx. 1396)

- July 22, 2011 - University of Texas Medical Branch, through a contract with TDCJ, provided all medical care for offenders housed at the Hutchins State Jail. The medical

providers on the unit were not TDCJ employees, but rather UTMB employees. The development of health care policies and procedures related to offenders is governed by a statutorily created committee, the Correctional Managed Health Care Committee. (Appx. 316; TEX. GOV'T CODE § 501.133)

- On July 22, 2011, the Hutchins Unit was accredited by the ACA. It has continued to be accredited through present. (Appx. 286)

- ACA accreditation requires new officers to receive 120 of training during their first year of employment, but TDCJ requires and provides more than 200 hours of training to newly-hired officers. TDCJ also requires each correctional staff member to complete a 40-hour week of annual in-service training. Additional training also occurs throughout the year. (Appx. 315)

- Administrative Directive-10.64 specifically addresses training and requires that each unit's administration ensure that the correctional officers on that unit are trained to prevent temperature related injuries. It is required to be viewed by all unit-based staff at least once each year. It is considered a non-optional policy. (Appx. 315-316; Appx. 1363; 1396)

- ACA accreditation requires circulation be at least 15 cubic feet of outside or recirculated filtered air per minute per occupant for cells/rooms, officer stations, and dining areas, as documented by an independent, qualified source. Circulation is at least ten cubic feet of fresh or recirculated filtered air per minute per occupant for inmate rooms/cells, officer stations, and dining areas, as documented by an independent, qualified source. (Appx. 1520).

**APPENDIX 1835**