# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.***,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.***,** | § | |
| *Defendants***.** | § | |

## ORDER

On this day came to be considered TDCJ Defendants' Motion for Summary Judgment in the above styled cause. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

Defendants' Motion for Summary Judgment is hereby **GRANTED**. It is hereby **ORDERED** that any and all relief sought by the plaintiffs, Stephen McCollum, Sandra McCollum, Stephanie Kingrey against the defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Sandrea Sanders, Richard Clark, and Karen Tate in the above-numbered and styled cause of action is hereby **DENIED** and judgment is hereby rendered in favor of defendants Livingston, Herrera, and the Texas Department of Criminal Justice.

It is further **ORDERED** that the above-numbered and styled cause of action be **DISMISSED WITH PREJUDICE**. This is a final judgment and disposes of all issues and parties in this case. All relief not specifically granted herein is **DENIED**.

SIGNED this _____ day of _____, 2016.

_____
PRESIDING JUDGE