United States District Court
Southern District of Texas
**ENTERED**
June 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, *Plaintiffs,* | § § § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § § § | |
| BRAD LIVINGSTON, *et al.*, *Defendants.* | § § | |

## ORDER

This day came before the Court **TDCJ Defendants Opposed Motion for Leave to Exceed Page Limit.** The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' motion is **GRANTED**. Defendants may exceed the Court's page limit in their Motion for Summary Judgment.

SIGNED this __20th__ day of __June__, 2016.

_____
PRESIDING JUDGE