UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>          PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>          DEFENDANTS | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE TDCJ DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request a 30 day extension to file their response to the TDCJ Defendants' Motion for Summary Judgment.

TDCJ and its individual Defendants filed a motion for summary judgment. *See* Doc. 288. Plaintiffs' deadline to respond is Friday, July 8, 2016. Plaintiffs respectfully seek a 30 day extension, so that the new response date would be Monday, August 8, 2016. Defendants have been granted several extensions of their filing deadlines. Docs. 282, 276, 261.

All Defendants have sought summary judgment in this case, which has numerous factual details and a large body of relevant deposition testimony. The TDCJ Defendants' motion is 132 pages long, and includes a 1,835 page appendix.

1

Presently, there is no trial date, so an extension will not result in undue delay or prejudice.

This motion is made for the reasons described, and not for the purposes of delay.

## III.     CONCLUSION

In accordance with the foregoing, Plaintiffs respectfully request that the Court extend Plaintiffs' time to respond to the TDCJ Defendants' Motion for Summary Judgment, Doc. 288, by 30 days, from July 8, 2016 to August 8, 2016.

Dated: July 1, 2016.

        Respectfully submitted,

        Edwards Law
        The Haehnel Building
        1101 East 11th Street
        Austin, TX 78702
        Tel.   512-623-7727
        Fax.   512-623-7729

        By     /s/ Jeff Edwards
        JEFF EDWARDS
        State Bar No. 24014406
        Attorney in charge
        Scott Medlock
        State Bar No. 24044783
        David James
        State Bar No. 24092572

        Michael Singley
        State Bar No. 00794642
        THE SINGLEY LAW FIRM, PLLC
        4131 Spicewood Springs Rd.
        Austin, Texas 78759
        Tel.   (512) 334-4302
        Fax.   (512) 727-3365

        Wallis Nader
        State Bar No. 24092884
        Southern District No. 2609150
        TEXAS CIVIL RIGHTS PROJECT—

HOUSTON
2006 Wheeler Ave
Houston, TX 77004
Tel. (832) 767-3650
Fax. (832) 554-9981

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF CONFERENCE

I certify that I corresponded with counsel for TDCJ and the individual TDCJ Defendants, and Defendants are unopposed to this motion.

By  /s/ Scott Medlock
SCOTT MEDLOCK

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

By  /s/ Jeff Edwards
JEFF EDWARDS