UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>         PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>         DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.<br>§   4:14-cv-3253<br>§   JURY DEMAND<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO UTMB'S MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered *Plaintiffs' Unopposed Motion for Extension of Time to Respond to UTMB's Motion for Summary Judgment*. Having considered the motion, the lack of opposition, any and all reply briefing, any argument of counsel, the record, the disposition of the case, and all applicable law. The Court hereby **GRANTS** Plaintiffs' motion and extends the time to respond to *UTMB's Motion for Summary Judgment* (Doc. 285) by 45 days, from July 8 to August 22, 2016

Date: _____, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE