United States District Court
Southern District of Texas
**ENTERED**
July 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § | JURY DEMAND |

**ORDER ON PLAINTIFFS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE TDCJ DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered *Plaintiffs' Unopposed Second Motion for Extension of Time to Respond to the Defendants' Motions for Summary Judgment*. Having considered the motion, the lack of opposition, any and all reply briefing, any argument of counsel, the record, the disposition of the case, and all applicable law.

The Court hereby **GRANTS** Plaintiffs' motion and extends the time to respond to TDCJ's *Defendants' Motion for Summary Judgment* (Doc. 288) by 30 days, from August 8 to September 7, 2016, and extends the time to respond to *UTMB's Motion for Summary Judgment* (Doc. 285) by 15 days, from August 22 to September 7, 2016.

1

Date: _____July 27_____, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE