UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>         PLAINTIFFS | § § § § § § § § | |
| v. | § § § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>         DEFENDANTS | § § § § § § § § | |

**PLAINTIFFS' OPPOSED MOTION TO FILE UNDER SEAL**

Plaintiffs move to seal Exhibits 303-321 of Plaintiff's Response to Defendants' Motion for Summary Judgment (Doc. 285 and Doc. 288). The exhibits are autopsy reports, death investigations, and interior photographs of the Hutchins Unit designated by Defendants as "Attorneys Eyes Only," pursuant to the Court's Protective Order. While it is Plaintiffs' position that these exhibits should be publicly available, as they are of important interest to the public, presently these exhibits have been designated as containing "Classified Information" as defined by the Protective Order and should thus be filed under seal.

For the forgoing reasons, Plaintiffs move to seal Exhibits 303-321 of Plaintiff's Appendix to Plaintiffs' Response to Defendants' Motion for Summary Judgment.

Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.    512-623-7727
    Fax.    512-623-7729

By:   /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel
SCOTT MEDLOCK
State Bar No. 24044783
State Bar No. 24044783
DAVID JAMES
State Bar No. 24092572

THE SINGLEY LAW FIRM, PLLC
State Bar No. 00794642
4131 Spicewood Springs Rd.
Austin, Texas 78759
    Tel.    (512) 334-4302
    Fax.    (512) 727-3365

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150
TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.    (832) 767-3650
    Fax.    (832) 554-9981

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF CONFERENCE

I corresponded by email with counsel for the Defendants regarding this issue, and did not receive a response. UTMB is unopposed to filing some, but not all, of these exhibits under seal. UTMB is not opposed to filing the "final" autopsies of William Roberts and Adam Swanson under seal, but is opposed to filing the "provisional" autopsies and other related documents under seal. TDCJ's counsel defers to UTMB's counsel regarding these documents. Therefore, Defendants are opposed to the relief requested.

/s/ Scott Medlock
Scott Medlock

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record on September 7, 2016 through the Electronic Case File System of the Southern District of Texas.

/s/ Jeff Edwards
JEFF EDWARDS