UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS | § § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § | |

**ORDER ON OPPOSED MOTION TO FILE UNDER SEAL**

The Court has considered Plaintiffs' Unopposed Motion to File Under Seal. Having considered the motion, all arguments and evidence presented, and all applicable law, the Court GRANTS the motion. The clerk is directed to file Plaintiffs' sealed appendix under seal.

SIGNED this _____ day of _____, 2015.

_____
HONORABLE JUDGE KEITH ELLISON