UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**PLAINTIFFS' NOTICE OF FILING APPENDIX TO CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN FOUR PARTS**

Due to apparent technical limitations of the electronic case filing system arising from the large size of Plaintiffs' Appendix, Plaintiffs file their unsealed appendix to the summary judgment response separately from the response and in four parts.

The complete index to the Appendix will be filed with each separate part.

Dated: September 8, 2016.

Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.    512-623-7727
    Fax.   512-623-7729

1

By   /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Attorney-in-Charge
Scott Medlock
State Bar No. 24044783
David James
State Bar No. 24092572
Federal ID No. 2496580

Michael Singley
Texas Bar No. 00794642

THE SINGLEY LAW FIRM, PLLC
4131 Spicewood Springs Rd., Ste. O-3
Austin, Texas 78759
    Tel.    (512) 334-4302
    Fax.    (512) 727-3365

Abigail Frank
Texas Bar No. 24069732
Southern District No. 1076613
Wayne Krause Yang
State Bar No. 24032644
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78751
    Tel.    (512) 474-5073
    Fax.    (512) 474-0726

Wallis Nader
Texas Bar No. 24092884
Southern District No. 2609150

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.    (832) 767-3650
    Fax.    (832) 554-9981

Eliot Shavin
State Bar No. 18138200

2

                2600 State Street
                Dallas, Texas 75204
                214-522-2010 (telephone)
                214-720-9594 (fax)
                Local Counsel

                ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

     By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

                By    /s/ Jeff Edwards
                JEFF EDWARDS