UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>         PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>         DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 54

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: McCollum (Last) Larry (First) G. (MI)   DOB: 4/04/53   AGE: 58
STATE ID# 3950494   RACE: W   SEX: Male ___ Female ✓
COUNTY/TDCJ# 34610   WT: 330   HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
A Health Problems
___ 1. None
___ 2. Asthma
___ 3. Pregnancy
___ 4. Dental Priority
___ 5. Diabetes
___ 6. Drug Abuse
___ 7. Alcoholism
___ 8. Orthopedic Problems
___ 9. Cardiovascular/Heart Trouble
___ 10. Suicidal
___ 11. Mental Retardation
___ 12. Mental Illness (Specify diagnosis) _____
___ 13. Recent Surgery
___ 14. Seizures
___ 15. Dialysis
X 16. Hypertension
✓ 17. CARE System Y/N

*NOTE When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

B. Preventive Medicine
✓ 1. Tuberculosis Status
Skin Test: Date Given: 6/24/11   Date Read: 6/27/11   Results 0 mm*
X-Ray: Date __/__/__   Normal ___ Abnormal ___*   Anti-TB Treatment? No ___ Yes ___*
___ 2. Hepatitis: A ___ B ___ C ___ Other: _____
___ 3. HIV Antibody: Test Date: __/__/__   Results: Neg ___ Pos ___ CD4: ___ Date __/__/__
___ 4. Syphilis: Date: __/__/__ Type: ___ Treatment Completed: ___ Yes ___ No

III. SPECIAL NEEDS (Check all that apply)
A Housing Restrictions
X 1. None
___ 2. Skilled Nursing Facility
___ 3. Extended Care Facility
___ 4. Psychiatric Inpatient Facility
___ 5. Respiratory Isolation
___ 6. Other.

B Transportation
X 1. Routine
___ 2. Crutches/Cane
___ 3. Ambulance
___ 4. Wheelchair/Wheelchair Van
___ 5. Prosthesis: _____

C. Pending Specialty Clinic Appointment
None X   Type _____

D. ALLERGIES NKA

NKA

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS   None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg 1 tab P.O | PRN ↑ B/P |
| | | |
| | | |
| | | |
| | | |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES
COMPLETED BY: Sheila Smith LVN   DATE: 7/15/11
Signature/Title
PHONE NUMBER: 254-757-2555   FACILITY: McLennan County Jail

Plaintiffs' MSJ Appx. 787

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>§§§§§§§<br>PLAINTIFFS<br>§<br>v.§§§<br>§<br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.§§§§§§§<br>DEFENDANTS § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 55

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00



DATE INTERVIEWED: 7/18/11     7-15
SCREENER'S INITIALS: SKB

## TDCJ OFFENDER INTAKE PROCESSING
## PSYCHOLOGICAL SCREENING INTERVIEW

NAME: McCollum, Larry Gene          TDCJ #: 1721640
DOB: 4/4/53         AGE: 58          GENDER: ☒ MALE   ☐ FEMALE
PLACE OF BIRTH: Enid, OK             RACE:   ☒ CAUCASIAN
PRIOR TDCJ #: 1105534                        ☐ AFRICAN AMERICAN
PRIOR TDCJ INCARCERATIONS:  ☒ YES   ☐ NO     ☐ HISPANIC
PRIOR ASSIGNMENT TO CTC:    ☐ YES   ☐ NO     ☐ OTHER: ____
PRIOR ASSIGNMENT TO DDP:    ☐ YES   ☐ NO
ON PSYCH. SERVICES CASELOAD: ☐ YES  ☐ NO

CURRENT OFFENSE: Forgery (1) (12 mos.)

SPECIAL CONSIDERATIONS FOR INTERVIEWS:
☒ NONE
☐ SPANISH-SPEAKING ONLY
☐ HEARING/VISUAL IMPAIRED
☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM
☐ SECURITY RISK: _____
☐ OTHER: _____

OTHER GENERAL COMMENTS:
_____
_____
_____
_____
_____
_____
_____

CL-69 (Rev 3/10)                                    Page 1

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES   NO**

☑ ☐  1. HOW ARE YOU FEELING? _Rough. adjusting._

☑ ☐  2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
   DID YOU GET ANY TYPE OF COUNSELING? _yes_
   FROM WHOM? (IF APPLICABLE) _____
   WHAT WAS IT FOR? _____
   WHEN WAS IT? _____
   WHERE WAS IT? _Buster Cole — transferred to Skyview — see #4 below_

☑ ☐  3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
   ☐ NERVES   ☐ MENTAL PROBLEMS   ☐ EMOTIONAL PROBLEMS?
   SPECIFY THE MEDICATION: _Zoloft, etc._
   WHEN DID YOU TAKE THIS MEDICATION? _2009_
   BY WHOM WAS IT PRESCRIBED?   ☐ PSYCHIATRIST
                                ☐ PHYSICIAN
                                ☐ OTHER: _____
   CURRENT PSYCHOTROPIC MEDICATION: _—0—_  _thinks nothing needed_

☑ ☐  4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
   WHY? _Depression — Loss of family members_ _present_
   WHEN? _____
   WHERE? _Skyview — 2002-04_
   WAS IT:   ☐ COURT COMMITMENT   OR   ☐ VOLUNTARY?

☐ ☑  5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
   WHAT TYPE? _____

☐ ☑  6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
   SPECIFY: _____

☐ ☑  7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
   HOW MANY TIMES? _____
   HOW?   ☐ CUT ARM / WRIST         ☐ HANGING
          ☐ OD'ed ON _____          ☐ OTHER _____
   WHEN? _____
   WHY? _____
   WAS MEDICAL ATTENTION REQUIRED?   ☐ YES   ☐ NO

☐ ☑  8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
   HOW? _____

☐ ☑  9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

☐ ☑  10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
   SPECIFY: _____

CL-69 (Rev 3/10)                                                              Page 2

MCCOLLUM 013
Plaintiffs' MSJ Appx. 790

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

| YES | NO | |
|---|---|---|
| ☐ | ☑ | 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE? SPECIFY: _____ |
| ☐ | ☑ | 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE? WHAT KIND? _____ |

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?
   - ☐ NONE
   - ☐ HEROIN
   - ☐ COCAINE
   - ☐ MARIJUANA
   - ☐ BARBITURATES
   - ☐ ACID
   - ☐ HASH
   - ☐ PCP
   - ☐ METHAMPHETAMINE (SPEED)
   - ☐ INHALANTS _____
   - ☑ ALCOHOL quit 10 yrs. ago
   - ☐ OTHER _____

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL? GRADE _____
   WHERE ☑ USA  ☐ MEXICO  ☐ OTHER: _____
   DO YOU HAVE A.  ☑ HIGH SCHOOL DIPLOMA  ☐ GED

| YES | NO | |
|---|---|---|
| ☑ | ☐ | 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES? WHY? D.E. Worked 1/2 day. WHAT GRADE(S)? 12 |
| ☐ | ☑ | 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME? WHY? _____ |
| ☐ | ☑ | 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES? IF YES, SPECIFY: _____ |
| ☐ | ☑ | 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY? |
| ☐ | ☑ | 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE? IF YES, SPECIFY: _____ |

CL-69 (Rev 3/10)

MCCOLLUM 014
Plaintiffs' MSJ Appx. 791

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

## BEHAVIORAL OBSERVATIONS

| | | | |
|---|---|---|---|
| APPEARANCE: | ☑ UNREMARKABLE | ☐ DISHEVELED | ☐ ODD |
| HYGIENE: | ☑ GOOD | ☐ FAIR | ☑ POOR  B.O. |
| INTERACTION: | ☑ COOPERATIVE | ☐ LIMITED | ☐ UNCOOPERATIVE |
| MOTOR BEHAVIOR: | ☑ WITHIN NORMAL LIMITS | ☐ RESTLESS | ☐ DID NOT MOVE |
| | ☐ _____ | | |
| SPEECH: | ☐ CLEAR | ☐ MUMBLES | ☐ SPEECH IMPEDIMENT |
| RATE: | ☑ SPONTANEOUS | ☐ FAST  *teary-eyed* | ☐ _____ |
| MOOD: | ☐ WITHIN NORMAL LIMITS | ☑ SAD | ☐ IRRITABLE |
| | ☐ UNUSUALLY HAPPY | ☑ ANXIOUS | ☐ FRIGHTENED |
| | ☐ SILLY | ☐ _____ | |
| ALERTNESS: | ☑ ALERT   ☐ CONFUSED | ☐ DAZED | ☐ DISTRACTED |

▼ **This section must be completed by a Qualified Mental Health Professional** ▼

DISPOSITION – REFERRED FOR FURTHER EVALUATION   ☑ YES   ☐ NO

REASON FOR REFERRAL:

☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
☑ HISTORY OF MENTAL HEALTH TREATMENT
☐ CURRENT SUICIDAL IDEATION
☐ PRIOR SUICIDAL GESTURE(S)
☐ DISPLAYED UNUSUAL BEHAVIOR
☐ AFFECTIVE DISTRESS NOTED
☐ UNUSUAL NATURE OF OFFENSE
☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
☐ OTHER: _____

MENTAL HEALTH APPRAISAL COMPLETED BY:
I. Smith, MA
Mental Health Clinician

_____
PRINTED NAME

_____IS_____   _7/19/11_
SIGNATURE       DATE

CL-69 (Rev 3/10)                                         Page 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 56

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name  McCollum Larry

TDCJ No  Intake

Unit:  HUTCHINS STATE JAIL    NKA

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 1230 | S | Offenders received from: McLennan |
| | | With history of: HTN |
| | OA | See HSM-13 and Texas Health Status Updated for current orders from county |
| | P | Current medication orders as per HJ providers. |
| | V O | T Orig, MD  A. Babbili, PA-C / N. Beckstrom, NP |

D/C Clonidine
Start HCTZ 25 mg × 1 PO
9 AM × 30 d        Babbili, PA

Medication Pass issued to Offender  YES / NO

Please sign each entry with status
HSM – 1 (Rev 5/92)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | §§§§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 57

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:** HUTCHINS (HJ)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Current Medications:**

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

# Nursing Triage Form

Name of Security Officer Calling _____LT SANDERS
Presenting Problems/Symptoms HE IS ON THE TOP BUNK HAVING A SEIZURE THAT HAS LASTED FOR 5 MINUTES,SECURITY CAN NOT GET HIM OFF THE TOP BUNK, THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING. THEY CALLED 911.HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
_____NO MEDICAL ON THE UNIT

Protocol used: (List protocol name, and page number):
1. SEIZURE  PG 471___
2. _____
3. _____
4. _____
5. Other_____
Problem: ___X___ Emergent   _____ Urgent   _____ Non-Urgent
       (Immediately)       (2 hrs)       (Pass Issued / Fill out Sick Call Request)

Circle/Mark "X" Correct Information
**Telephone Triage**
__X__ 1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
_____ 2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
_____ 3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
_____ 4. Other as ordered by a provider:_____

_____ 5. Instructions given to security officer to place offender patient in front of the **DMS** equipment in medical for assessment / interview.


Additional Comments  UR NOTIFIED. CONTACT ANN. PRECERT NO 776845

1 of 2

Plaintiffs' MSJ Appx. 796

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:** HUTCHINS (HJ)

<u>PARKLAND HOSPITAL WAS CONTACTED, REPORT GIVEN TO VIRGINIA. I CALLED BACK TO HUTCHINS TO MAKE SURE HE WAS OK. THEY SAID THE AMBULANCE WAS THERE AND THEY WERE TAKING CARE OF HIM.</u>

———
———

Revision 07/18/10
(Telephone Triage Revision 08/19/10, COPY AND PASTE into patient's EMR

Electronically Signed by STOKES, GINA E. R.N. on 07/22/2011.
##And No Others##

2 of 2