UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 58

**AFFIDAVIT**

§

**THE STATE OF TEXAS**    §

§

**COUNTY OF WALKER**

BEFORE ME, the undersigned authority, personally appeared **Devoriah Nauls,** who, being by me duly sworn, deposed as follows:

"My name is **Devoriah Nauls,** and I am over the age of eighteen (18), of sound mind, competent and capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Correctional Clinical Associate at The University of Texas Medical Branch - Correctional Managed Care, Health Services Archives and my office is located in Huntsville, Texas. In this capacity, I am the individual who can authenticate and certify as official, copies of medical records at the **TDCJ Health Services Archives**. Attached hereto are **343** pages of records, time period **July 1, 2002** to **January 15, 2004** and **July 15, 2011** to **July 28, 2011** from the medical records of **Larry G. McCollum, TDCJ # 1721640**. These said records are kept in the regular course of business by an employee or representative of UTMB-Correctional Managed with knowledge of the act, event, condition, opinion or diagnosis, recorded or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original medical records maintained by **TDCJ Health Services Archives**".

**Devoriah Nauls**

State of Texas,
County of Walker
Before Me _Paula K. Ticknor_____on this day personally appeared___Devoriah Nauls_____, known to me through her Texas Driver's License to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that she executed the same for the purpose and consideration therein expressed.
Given under my hand and seal of office this ___12th___day of _July_,
A.D., _2012_

PAULA K. TICKNOR
Notary Public, State of Texas
My Commission Expires
May 19, 2013

Plaintiffs' MSJ Appx. 799

```
------------------------- SYSM INBASKET MESSAGE REVIEW -------------------------
ser ID: LEW9886                                        02:37pm - Mon, Jul 02, 2012
nter Command ===>

o:          LEW9886 - EWING, LEISA                  Message ID: 830766
rom:        LOU9260 - OUTLAW, LARRY                 Date Sent:  07/02/12
ubject:     TORT RECORDS REQUEST       Priority: 999   Time Sent:  02:35pm
```

TO: TDCJ MEDICAL ARCHIVES                        DATE: 07 / 02 / 2012
FROM: OFFICE OF THE GENERAL COUNSEL

RE: NAME:          MCCOLLUM, LARRY G.
    TDCJ#:         1721640
    CAUSE NUMBER:  ESTATE OF LARRY MCCOLLUM V.TDCJ,ETAL  3:12-CV-2037

THIS OFFICE IS REQUESTING RELEVANT FILES IN REFERENCE TO THE ABOVE
NAMED LITIGATION TO BE USED IN ACCORDANCE WITH A COURT HEARING.
PLEASE FORWARD TWO (2) CERTIFIED COPIES WITH TWO (2) ORIGINAL
AFFIDAVITS OF THE FOLLOWING RECORDS TO THE UNDERSIGNED.

*********************************************************************
THE ATTORNEY GENERAL HAS REQUESTED THE FOLLOWING RECORDS BE PRODUCED:

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

Office of the Medical Examiner

Autopsy Report

COPY

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**Case: IFS-11-10161 - ME**

*172 1640*

**Decedent: McCollum, Larry Gene**    58 years White Male    DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)

Time of Death: 11:35 PM (Actual)

Examination Performed: 07/29/2011 09:30 AM

**ORGAN WEIGHTS:**

| | | | | | |
|---|---|---|---|---|---|
| Brain: | 1,600 g | Right Lung | 700 g | Right Kidney: | 260 g |
| Heart: | 550 g | Left Lung: | 500 g | Left Kidney: | 280 g |
| Liver: | 2,590 g | Spleen: | 250 g | | |

EXTERNAL EXAMINATION

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

IDENTIFYING MARKS AND SCARS

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

EVIDENCE OF TREATMENT

*Accredited by The National Association of Medical Examiners*

RECEIVED

NOV 02 2011 *Cm*

COPIED AND SENT

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

Page 2 of 6

- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connected to plastic bag containing fecal material
- Needle puncture surrounded by ecchymosis in the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal

## EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

## INTERNAL EXAMINATION

BODY CAVITIES: Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

HEAD: See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES**

abnormalities.

RESPIRATORY SYSTEM: The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

HEPATOBILIARY SYSTEM: The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

GASTROINTESTINAL SYSTEM: The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart:  myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung:  vascular congestion.

Liver:  moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney:  No significant pathologic alteration is identified.

Spleen:  diffuse hypocellularity with depletion of both the red and white pulp.



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



**COPY**

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**TOXICOLOGY:**

**Evidence Submitted:**

The following items were received by the Laboratory from the Office of the Medical Examiner:

004: Biohazard Bag

004-001: Blood, femoral - gray top tube

004-002: Blood, femoral - gray top tube

004-003: Blood, femoral - gray top tube

004-004: Blood, femoral - gray top tube

004-005: Blood, femoral - red top tube

004-006: Vitreous - red top tube

004-007: Skeletal muscle - plastic tube

**Blood, postmortem**

**Acid/Neutral Screen (GC/MS)**
negative (004-001)

**Alcohols/Acetone (GC)**
negative (004-002)

**Alkaline Quantitation (GC, GC/MS)**
negative (004-001)

**Opiate Narcotics (GC/MS)**
0.107 mg/L morphine (004-002)

**Vitreous**

**Alcohols/Acetone (GC)**
negative (004-006)

**Opiate Narcotics (GC/MS)**
0.046 mg/L morphine (004-006)



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCE...

## FINDINGS:

1. Hyperthermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.
    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.
    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

## CONCLUSIONS:

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**     Accident



*Accredited by The National Association of Medical Examiners*

IFS-11-10161

McCollum, Larry Gene



Page 6 of 6

Keith Pinckard, M.D., Ph.D.

Medical Examiner

10/26/2011

 *Accredited by The National Association of Medical Examiners*

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.  NAME: _McCollum_ _Larry_ _G_   DOB: _4/04/53_ AGE: _58_
        Last        First        M

  STATE ID# _3950494_   RACE: _W_ SEX, Male _✓_ Female _____

  COUNTY/TDCJ# _34610_   WT. _330_ HT: _5'10_

II.  CURRENT/CHRONIC HEALTH PROBLEMS
  A  Health Problems
   ___ 1. None
   ___ 2. Asthma
   ___ 3. Pregnancy
   ___ 4. Dental Priority
   ___ 5. Diabetes
   ___ 6. Drug Abuse
   ___ 7. Alcoholism
   ___ 8. Orthopedic Problems
   ___ 9. Cardiovascular/Heart Trouble
   ___10. Suicidal
   ___11. Mental Retardation
   ___12. Mental Illness (Specify diagnosis) _____
   _____
   ___13. Recent Surgery
   ___14. Seizures
   ___15. Dialysis
   _X_16. Hypertension
   _✓_17. CARE System  Y/(N)

  *NOTE  When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

  B. Preventive Medicine
   _✓_1. Tuberculosis Status
     Skin Test:  Date Given: _6/24/11_  Date Read: _6/27/11_  Results _Ø_ _____mm*
     X-Ray:  Date: _/_/_  Normal ___  Abnormal ___*  Anti-TB Treatment? No ___ Yes _*
   ___ 2. Hepatitis: A __ B __ C __  Other: _____
   ___ 3. HIV Antibody:  Test Date: _/_/_  Results: Neg _____ Pos _____ CD4* ___ Date _/_/_
   ___ 4. Syphilis: Date: _/_/_  Type: ___  Treatment Completed: ___Yes ___No

III.  SPECIAL NEEDS (Check all that apply)
  A  Housing Restrictions
   _X_1. None
   ___2. Skilled Nursing Facility
   ___3 Extended Care Facility
   ___4. Psychiatric Inpatient Facility
   ___5 Respiratory Isolation
   ___6. Other.

  B  Transportation
   _X_1. Routine
   ___2 Crutches/Cane
   ___3. Ambulance
   ___4. Wheelchair/Wheelchair Van
   ___5 Prosthesis: _____

  C. Pending Specialty Clinic Appointment
     None _X_ Type _____

  D. ALLERGIES _NKA_ _____
  _____
  _____
  NKA _____

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

  C. Other Health Care Problems: _none_ _____

IV.  CURRENT PRESCRIBED MEDICATIONS   None _____

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | PRN ↑ B/P |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _Sheila Smith Lu_   DATE: _7/15/11_
                Signature/Title
PHONE NUMBER: _254-757-2555_   FACILITY: _McLennan County Jail_

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 07/18/2011 12:35:00

```
                         HUTCHINS (HJ)
                             CID
                              ,

                      LABORATORY DIRECTOR

                         TB SKIN TEST
MRN          : 1721640   Accession:33015661    Age  :58 Years
Patient Name: MCCOLLUM, LARRY G                Sex  :Male
Home Phone :                                   Work :(   )    -
Admitting MD: UNKNOWN   UNKNOWN                 Phone:
Attending MD: UNKNOWN   UNKNOWN                 Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:


Tech         : VELVA L MCKINNEY L.V.N.    Verifier:VELVA L MCKINNEY L.V.N.
Collection Time: 07/18/2011 12:35
Result Time  : 08/01/2011 12:35
Report Time  : 08/01/2011 12:35
Comment:


Test                 Result       Abn    Normal Range     Units
--------------------------------------------------------------------
MFG                                        -
LOT #                                      -
DOSE                                       -
SITE                                       -
ROUTE                                      -
PPD READ             0 mm                  -
REFUS SIGN                                 -



This document has been sent for signature, but has not yet been reviewed
```

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

58

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

Patient Name: McCdlum, Larry                    TDCJ #: 1721640

Date: 07/15/2011_____            Facility: HUTCHINS (HJ)_____
_____

Vitals    BP:_____   Wt:_____   Height:_____   Pulse:_____   Resp:_____   Temp:_____

| Patient Language: | Name of interpreter, if required:NA |
|---|---|

| **S:** | **CHIEF COMPLAINT:** | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| **O:** | YES | NO | REFUSED | N/A | Mark "Yes", "No" or "Refused" for the following: |
| | X | | | | HIV - Patient verbally agrees to HIV testing per state law (If yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) |
| | X | | | | RPR - RPR test is required by state and policy/procedure #14 12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | | X | | MMR - Born after 1956 – 1953 |
| | X | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | | X | | HBV - Allergic to yeast |
| | | | X | | HBV - Hepatitis B vaccine available -- If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (If yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | | X | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - If yes – date _____ CPX _____ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) |
| | | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | X | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster    (mark Plan line 7 if yes, if no or refused obtain HSM-82) |
| | YES | NO | UNKNOWN | | |
| | X | | | | History of varicella (If yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: _____ (if yes or unknown mark Plan line 8) |
| **A:** | | | | | Alteration Health Maintenance |

CID Intake Interview
05/01/2009

Page 1 of 2

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

| P: | PLAN: | |
|---|---|---|
| | X | 1a   Obtain order for lab to draw HIV |
| | X | 1b   Obtain order for lab to draw RPR |
| | | 2   Obtain order for MMR 0 5cc vaccine sub q |
| | | 3   Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| | X | 4   Obtain order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5   Obtain order for CXR single view |
| | | 6.  Refer to provider to schedule for ITP/TB Chronic Clinic |
| | X | 7   Obtain order for Tetanus and Diphtheria Toxoid Booster 0 5cc vaccine IM |
| | X | 8.  Refer to provider to schedule appointment |
| | X | 9   Add alert code 5290 to MPL/Problem List |
| | X | 10  Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| | X | 11  Obtain order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours   If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |
| REFER TO PROVIDER: | | |
| | X | 1a   Order for lab to draw HIV |
| | X | 1b   Order for lab to draw RPR |
| | | 2.   Order for MMR 0 5cc vaccine sub q |
| | | 3   Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated   per TDCJ policy |
| | X | 4   Order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | | 5.  Order for CXR single view |
| | | 6   Schedule appointment for ITP/TB Chronic Clinic |
| | X | 7   Order for Tetanus & Diphtheria Toxoid 0 5cc vaccine IM |
| | X | 8   Schedule appointment with provider |
| | | 9.  Administer flu vaccine 0 5 CC IM x 1 if indicated per TDCJ policy |
| | X | 10  Order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours.  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |

Nurse Signature:  V McKinney LVN          Date / Time:   07/15/2011 @ 0900

**CID Intake Interview**
05/01/2009

Page 2 of 2

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

aged Care
## CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name   McCollum, Larry                         TDCJ #   1721641

Date 07/15/2011                                         Facility HUTCHINS (HJ)

Vitals   BP _____   Wt _____   Height _____   Pulse _____   Resp _____   Temp _____

| Patient Language: | Name of interpreter, if required: NA |
|---|---|

**MANTOUX PPD**

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

**IMMUNIZATIONS**

| DATE/TIME GIVEN | MFG/ LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0 5 Ml | IM | Td Booster | _X_ L Deltoid ___ R Deltoid | NARN | VMcRing LVN |
| | | 0.5 mL | ___ Sub Q ___ IM | Pneumococcal Vaccine | ___ L Deltoid ___ R Deltoid ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | IM | Influenza | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis A #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0 5 mL | Sub Q | Meningococcal | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #1 | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #2 | ___ Outer aspect of L or R upper arm | | |
| | | 1 0 mL | IM | Hepatitis B #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #3 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | ___ Outer aspect of L or R upper arm | | |

Nurse Signature   VMcRing LVN                         Date / Time 07/15/2011 @0900

HSM-2
05/01/2009

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**aged Care**
## CID CLINIC NOTE
## HIV PRE-TEST COUNSELING

Patient Name **McCollum, Larry**          TDCJ # **1721640**

Date **07/15/2011**          Facility **HUTCHINS (HJ)**

Vitals   BP _____   Wt _____   Height _____   Pulse _____   Resp _____   Temp _____

| Patient Language: | | | Name of Interpreter, if required: NA | | |
|---|---|---|---|---|---|
| **S:** | Chief Complaint: | X | Patient offered HIV testing per policy 14 11 | | |
| | | X | Pre-release HIV test | | |
| | | | Patient requesting HIV test | | |
| | | | Patient reported history of previous positive HIV test | | |
| | | | Other (specify) | | |
| **O:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** | | |
| | | X | Patient is symptomatic (list symptoms) | | |
| | | X | The patient requests HIV testing and gave a history of the following risk factors | | |
| | | X | Injected nonprescription drugs | | |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) | | |
| | | X | Tattoo | | |
| | | X | Patient received blood transfusions or blood products | | |
| | | X | The patient's TB skin test was positive | | |
| | | X | Exposed staff to blood or other potentially infectious body fluids | | |
| | | X | Patient was potentially exposed to blood and/or body fluids | | |
| | X | | Patient offered HIV testing per policy 14 11 | | |
| **A:** | X | | Knowledge deficit | | |
| | X | | High risk | | |
| **P:** | **Yes** | **No** | **Mark "Yes" or "No" for the following:** | | |
| | X | | HIV pre-test counseling and HIV antibody testing is offered | | |
| | X | | Discuss HIV prevention recommendations  1 Behave as if positive  2 Abstinence from sex, drugs and tattooing  3 Mutually monogamous relationships | | |
| | X | | Review partner notification procedures should the patient test positive | | |
| | X | | The patient gave their verbal consent for HIV antibody testing (if consent given, obtain provider order for HIV testing) | | |
| | | X | The patient refused HIV antibody testing  Obtain their signature on a **Refusal of Treatment** form (HSM-82) | | |
| | X | | Health teaching offered stressing the importance of plan of care compliance | | |
| | X | | If potential exposure, report incident to Preventive Medicine department | | |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results | | |

Nurse Signature. *V McKning LVN*          Date / Time **07/15/2011 @ 0900**

05/01/2009

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name _McCollum Larry_

TDCJ No _Intake_

Unit· HUTCHINS STATE JAIL   _NKA_

| Date & Time | | | NOTES |
|---|---|---|---|
| 7-15-11 1230 | S | Offenders received from· | _McLennan_ |
| | | With history of· | _HTN_ |
| | | | |
| | OA | See HSM-13 and Texas Health Status Updated for current orders from county | |
| | | | |
| | P | Current medication orders as per HJ providers. | |
| | | | |
| | V O | T Orig, MD  A. Babbili, PA-C / N. Beckstrom, NP | |

_D/c Clonidine_
_Start HCTZ 25 mg X 1 PO_
_9 Am X 30 d_        _Babbili PA   Brea_

Medication Pass issued to Offender  YES / NO  _viable_       _7/15/11_

Please sign each entry with status
HSM – 1 (Rev 5/92)

Date:  07/22/2011 03:27
From:  GINA STOKES
To:   HUTCHINS NURSING STAFF(E); HUTCHINS ALL PROVIDERS(E);
Subject:
Re:  LARRY MCCOLLUM

PATIENT:  MCCOLLUM, LARRY        TDCJ #:  1721640        FACILITY:

HUTCHINS (HJ)

HE WAS SENT OUT 911. HE WAS HAVING A SEIZURE ON TOP BUNK AND SECURITY COULD NOT
GET HIM DOWN SAFELY. NO HISTORY SEEN OF SEIZURES.
FOLLOW UP ON HIS RETURN.HE WAS SENT TO ER AT PARKLAND HOSPITAL.

THANKS,
CRAIN TRIAGE

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

1721640

## I. IDENTIFICATION

NAME: McCollum Jerry   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

## II FAMILY HISTORY

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | (NO) | 18 INH Prophylaxis | | YES | (NO) |
| 2 | Cancer | (YES) | NO | 19 Intravenous Drug Abuse | | YES | (NO) |
| 3 | Diabetes | (YES) | NO | 20 Kidney Disease | | YES | (NO) |
| 4 | Heart Disease | (YES) | NO | 21 Liver Disease | | YES | (NO) |
| 5 | High Blood Pressure | (YES) | NO | 22 Mental Illness | | (YES) | NO |
| | | | | 23 Non Intravenous Drug | | | |
| 6 | Tuberculosis | YES | (NO) | Abuse/Alcoholism | | YES | (NO) |

## III PERSONAL HISTORY

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | 24 Peptic Ulcers | | YES | (NO) |
| 1 D 1 | Asthma/Emphysema | YES | (NO) | 25 Rheumatic Fever | | YES | (NO) |
| 2 | Back Injury | (YES) | NO | 26 Rheumatism/Arthritis | | (YES) | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | (NO) | 27 Seasonal Allergies | | YES | (NO) |
| 4 | Cancer | YES | (NO) | 28 Sexually Transmitted Diseases | | YES | (NO) |
| 5 | Cavities | (YES) | NO | 29 Smoker | | YES | (NO) |
| 6 | Depression/Suicide Attempt | (YES) | NO | 30 Tetanus Immunization Date | | YES | (NO) |
| 7 | Diabetes | (YES) | NO | 31 Tuberculosis | | YES | (NO) |
| | | | | 32 Unprotected Sex w/Multiple | | | |
| 8 | Drug/ Food Allergies | YES | (NO) | Partners | | YES | (NO) |
| 9 | Epilepsy/Seizures | YES | (NO) | 33 Other | | | |
| | | | NO | | | | |

**IV OBSTETRIC/GYNECOLOGICAL HX** [X] N/A

| | | YES | NO | | |
|---|---|---|---|---|---|
| 10 | Glasses/Hearing Aid | (YES) | NO | 1 Date of last menstrual period | |
| 11 | Gum disease | (YES) | NO | 2 Number of pregnancies/live births | |
| 12 | Head Injury | YES | (NO) | 3 History of  Problem pregnancy | |
| 13 | Heart Disease/Angina | YES | (NO) | 4 Date of last pap smear | |
| 14 | Hepatitis | YES | (NO) | 5 Date of last mammogram | |
| 15 | High Blood Pressure | (YES) | NO | 6 History of birth control methods (IUD, pills, etc.) | |
| 16 | HIV + / AIDS | YES | (NO) | | |
| | Prior HIV Test Date | | NO | | |
| 17 | Homosexual/Bisexual Activities | | NO | | |

**A.** If YES to any of the above indicate family member or self, give date and treatment received

Father, Brother

**B** History of hospitalization? (YES) NO
Please list the DATE, HOSPITAL, CONDITION    Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? (YES) NO
If yes, what    tooth pull, Depression

**D.** Have you experienced any of these symptoms  cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES (NO) if YES, when?

**E.** What illegal drugs have you used?  no
What was the mode(s) of use? (Please circle)    Smoking    Injection    Inhaled    Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?    YES    NO

**F** Are you presently taking or supposed to be taking any prescribed medications? (YES) NO
If yes, what    See Med Sheet

HSM-13 (6/06)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **G** | Observations | Tremor | YES | NO | Sweating | YES | NO | Other |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | |
| | | Sores | YES | NO | Other | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | |
| | | Other | | | | | | |

| | **BEHAVIOR AND MENTAL STATUS** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **H** | Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | | Other | | |
| | Orientation (ask questions and document response) | | | | | | | |
| | | What is today's date? | 7/15/11 | | | | | |
| | | What time is it? | Morning | | | | | |
| | | What place is this? | Hutchins | | | | | |
| | Speech | ✓ Normal | Loud | Soft | Mumbling | | Other | |
| | Attitude | ✓ Appropriate | Laughing | Crying | Cursing | Quiet | Other | |

| **I** | **THOUGHT CONTENT (Please circle YES or NO)** | | |
|---|---|---|---|
| | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| **J.** | **DISPOSITION** | | | | | | |
|---|---|---|---|---|---|---|---|
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | ✓ CID |
| | Immediate referral to | Medical | Mental Health | Dental | CID |
| | Release to general population | ✓ YES | NO | Other |

| Offender Signature: | _Larry McColler_ | Date: | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | _W. Raymond_ | Date: | 7/15/11 |
|---|---|---|---|

_[signature] 7/18/11_

HSM-13 (6/06)

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

Lab Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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   Sex  : Male

Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 32858464      Requistion: 32858464
Drawn:07/20/11 08:42   Received:07/20/11 23:40    Reported: 07/21/11 08:43
```

Procedure: CBC With Differential/Platelet

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes(Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |
| **Please note reference interval change** | | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |

Hematology Comments:

Procedure: Comp. Metabolic Panel (14)

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may
indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an
elevated urine protein also may indicate chronic kidney disease.
Print Date: 07/21/2011 07:53                            Page: 1/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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   Sex  : Male

Ordering
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

```
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)
               1500 E. LANGDON RD
               HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |
| | | | | |
| Procedure: Urinalysis, Complete | | | | |
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |
| | | | | |
| Procedure: Microscopic Examination | | | | |
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

Print Date: 07/21/2011 07:53                              Page: 2/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name   : MCCOLLUM, LARRY G
Patient Id     : 1721640
Patient Phone  :
Date of Birth  : 04/04/1953
SS#            : 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    Sex   : Male
```

```
Ordering
Physician      : ORIG, TITO
Facility       : HUTCHINS (HJ)
                 1500 E. LANGDON RD
                 HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Plaintiffs MSJ Appx. 648

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953    Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

```
Crystals
Crystal Type
Mucus Threads              Present              Not Estab.
Bacteria                   Few                  None seen/Few
Yeast
Trichomonas
Comment


Procedure: Urinalysis, Complete
Microscopic Examination


Procedure: Lipid Panel
Cholesterol, Total         157              mg/dL   100-199
Triglycerides              195          H   mg/dL   0-149
HDL Cholesterol            16           L   mg/dL   >39
According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.
VLDL Cholesterol Cal       39               mg/dL   5-40
LDL Cholesterol Calc       102          H   mg/dL   0-99


Procedure: Panel 083824
HIV 1/O/2 Abs-Index Value  <1.00                    <1.00
Index Value: Specimen reactivity relative to the negative cutoff.
HIV 1/O/2 Abs, Qual        Non Reactive             Non Reactive


Procedure: Hgb A1c with eAG Estimation
Hemoglobin A1c             6.2          H   %        4.8-5.6
              Increased risk for diabetes:          5.7 - 6.4
              Diabetes:                              >6.4
              Glycemic control for adults with diabetes:  <7.0
Estim. Avg Glu (eAG)       131              mg/dL


Procedure: TSH
TSH                        2.860            uIU/mL  0.450-4.500


Procedure: RPR
RPR                        Non Reactive             Non Reactive
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
Print Date: 07/21/2011 07:53                         Page: 3/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Plaintiffs' MSJ Appx. 819

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091 Service Date: 07/20/2011 08:42:00

```
Print Date: 07/21/2011 07:53                        Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##
```

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00



**DATE INTERVIEWED:** 7 /18 /11          7-15

**SCREENER'S INITIALS:** _SKB_

# TDCJ OFFENDER INTAKE PROCESSING
# PSYCHOLOGICAL SCREENING INTERVIEW

**NAME:** _Mc Collum, Larry Gene_          **TDCJ #:** _1721640_

**DOB:** _4 14 53_          **AGE:** _58_          **GENDER:** ☒ MALE   ☐ FEMALE

**PLACE OF BIRTH:** _Enid, OK_          **RACE:** ☒ CAUCASIAN

**PRIOR TDCJ #:** _110 5553_          ☐ AFRICAN AMERICAN

**PRIOR TDCJ INCARCERATIONS:** ☒ YES   ☐ NO          ☐ HISPANIC

**PRIOR ASSIGNMENT TO CTC:** ☐ YES   ☐ NO          ☐ OTHER: _____

**PRIOR ASSIGNMENT TO DDP:** ☐ YES   ☐ NO

**ON PSYCH. SERVICES CASELOAD:** ☐ YES   ☐ NO

**CURRENT OFFENSE:** _forgery_ (1) (12 mos.)

**SPECIAL CONSIDERATIONS FOR INTERVIEWS:**

☒ NONE

☐ SPANISH-SPEAKING ONLY

☐ HEARING/VISUAL IMPAIRED

☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

☐ SECURITY RISK: _____

☐ OTHER: _____

**OTHER GENERAL COMMENTS:**

_____

_____

_____

_____

_____

_____

CL-69 (Rev 3/10)                                        Page 1

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES   NO**

1. HOW ARE YOU FEELING? _Rough. Adjusting._

2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
   [✓]   [ ]
   DID YOU GET ANY TYPE OF COUNSELING? _yes_
   FROM WHOM? (IF APPLICABLE) _____
   WHAT WAS IT FOR? _____
   WHEN WAS IT? _____
   WHERE WAS IT? _Buster Cole — transferred to) see #4 Skyview / below_

3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
   [✓]   [ ]
   [ ] NERVES   [ ] MENTAL PROBLEMS   [ ] EMOTIONAL PROBLEMS?
   SPECIFY THE MEDICATION: _Zoloft, etc._
   WHEN DID YOU TAKE THIS MEDICATION? _2009_
   BY WHOM WAS IT PRESCRIBED?   [ ] PSYCHIATRIST
                                [ ] PHYSICIAN
                                [ ] OTHER: _____ _thinks nothing_
   CURRENT PSYCHOTROPIC MEDICATION: _—0—_

4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
   [✓]   [ ]
   WHY? _Depression — Loss of family members present_
   WHEN? _____
   WHERE? _Skyview —2002-04_
   WAS IT:   [ ] COURT COMMITMENT   OR   [ ] VOLUNTARY?

5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
   [ ]   [✓]
   WHAT TYPE? _____

6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
   [ ]   [✓]
   SPECIFY: _____

7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
   [ ]   [✓]
   HOW MANY TIMES? _____
   HOW?   [ ] CUT ARM / WRIST        [ ] HANGING
          [ ] OD'ed ON _____   [ ] OTHER _____
   WHEN? _____
   WHY? _____
   WAS MEDICAL ATTENTION REQUIRED?   [ ] YES   [ ] NO

8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
   [ ]   [✓]
   HOW? _____

9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?
   [ ]   [✓]

10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
    [ ]   [✓]
    SPECIFY: _____

CL-69 (Rev 3/10)                                                          Page 2

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES    NO**

☐   ☐   **11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?**

SPECIFY: _____

☐   ☐   **12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?**

WHAT KIND? _____

**13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?**

☐ NONE            ☐ BARBITURATES       ☐ METHAMPHETAMINE (SPEED)
☐ HEROIN          ☐ ACID               ☐ INHALANTS _____
☐ COCAINE         ☐ HASH               ☐ ALCOHOL *quit 10 yrs. ago*
☐ MARIJUANA       ☐ PCP                ☐ OTHER _____

**14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?   GRADE _____**

WHERE        ☑ USA        ☐ MEXICO   ☐ OTHER: _____
DO YOU HAVE A.            ☑ HIGH SCHOOL DIPLOMA   ☐ GED

☑   ☐   **15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?**

WHY? _____ *D. E. Worked 1/2 day*
WHAT GRADE(S)? *12* _____

☐   ☑   **16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME?**

WHY? _____

☐   ☑   **17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?**

IF YES, SPECIFY: _____

☐   ☑   **18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?**

☐   ☑   **19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?   IF YES, SPECIFY:**

_____

_____

CL-69 (Rev 3/10)                                                                    Page 3

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

# BEHAVIORAL OBSERVATIONS

| APPEARANCE: | ☑ UNREMARKABLE | ☐ DISHEVELED | ☐ ODD |
| HYGIENE: | ☐ GOOD | ☐ FAIR | ☑ POOR  B.O. |
| INTERACTION: | ☑ COOPERATIVE | ☐ LIMITED | ☐ UNCOOPERATIVE |
| MOTOR BEHAVIOR: | ☑ WITHIN NORMAL LIMITS | ☐ RESTLESS | ☐ DID NOT MOVE |
| | ☐ _____ | | |

| SPEECH: | ☐ CLEAR | ☐ MUMBLES | ☐ SPEECH IMPEDIMENT |
| RATE: | ☑ SPONTANEOUS | ☐ FAST | ☐ _____ |
| MOOD: | ☐ WITHIN NORMAL LIMITS | ☑ SAD  *teary-eyed* | ☐ IRRITABLE |
| | ☐ UNUSUALLY HAPPY | ☑ ANXIOUS | ☐ FRIGHTENED |
| | ☐ SILLY | ☐ _____ | |
| ALERTNESS: | ☑ ALERT | ☐ CONFUSED | ☐ DAZED | ☐ DISTRACTED |

## ▼ This section must be completed by a Qualified Mental Health Professional ▼

DISPOSITION – REFERRED FOR FURTHER EVALUATION     ☑ YES     ☐ NO

REASON FOR REFERRAL:

- ☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
- ☑ HISTORY OF MENTAL HEALTH TREATMENT
- ☐ CURRENT SUICIDAL IDEATION
- ☐ PRIOR SUICIDAL GESTURE(S)
- ☐ DISPLAYED UNUSUAL BEHAVIOR
- ☐ AFFECTIVE DISTRESS NOTED
- ☐ UNUSUAL NATURE OF OFFENSE
- ☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
- ☐ OTHER: _____

MENTAL HEALTH APPRAISAL COMPLETED BY:
I. Smith, MA
Mental Health Clinician
_____
PRINTED NAME

_____                     7/19/11
SIGNATURE                                                          DATE

CL-69 (Rev 3/10)                                                                    Page 4

Plaintiffs' MSJ Appx. 824

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:**
HUTCHINS (HJ)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107
(Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

Current Medications:

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

# Nursing Triage Form

Name of Security Officer Calling _____ LT SANDERS
Presenting Problems/Symptoms  HE IS ON THE TOP BUNK HAVING A SEIZURE THAT
HAS LASTED FOR 5 MINUTES,SECURITY CAN NOT GET HIM OFF THE TOP BUNK,
THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING.
THEY CALLED 911.HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE
SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
_____ NO MEDICAL ON THE UNIT
_____

Protocol used:  (List protocol name, and page number):
1.SEIZURE  PG 471___
2._____
3. ____
4. ____
5. Other_____
Problem:  ____X____ Emergent   _____ Urgent   _____ Non-Urgent
              **(Immediately)**          **(2 hrs)**          **(Pass Issued / Fill out Sick Call Request)**

Circle/Mark "X" Correct Information
**Telephone Triage**
  __X____1. Instructions given to security officer to call 911 and transport offender patient to nearest
local community hospital ED.
_____2. Instructions given to security officer to transport the offender patient to the designated HUB
for a full assessment and further care.  (applicable only if the facility is within a designated HUB area)
_____3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
_____4. Other as ordered by a provider:_____
_____
_____5. Instructions given to security officer to place offender patient in front of the **DMS** equipment
in medical for assessment / interview.

Additional Comments   UR NOTIFIED. CONTACT ANN. PRECERT NO 776845

1 of 2

Plaintiffs' MSJ Appx. 825

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:** HUTCHINS (HJ)
PARKLAND HOSPITAL WAS CONTACTED, REPORT GIVEN TO VIRGINIA. I CALLED BACK TO HUTCHINS TO MAKE SUREHE WAS OK. THEY SAID THE AMBULANCE WAS THERE AND THEY WERE TAKING CARE OF HIM.

Revision 07/18/10
(Telephone Triage Revision 08/19/10, COPY AND PASTE into patient's EMR

Electronically Signed by STOKES, GINA E. R.N. on 07/22/2011.
##And No Others##

2 of 2

Plaintiffs' MSJ Appx. 826



Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/25/2011 09:45

SG01728 /HJ01/HS06          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09:09:17
                            HEALTH SUMMARY FOR CLASSIFICATION             07/20/2011

NAME: MCCOLLUM,LARRY GENE                    DOB: 04/04/1953      P U L H E S
TDCJ#: 01721640   SID#: 03950494             WGT: 330 LBS
UNIT: HJ          HOUSING: C7-046T           HGT: 5'10"           |1|1|1|1|1|1|
JOB: TRANSIENT PEND DIAG PROCESSING                              |A|A|A|A|A|A|
                                                                 |_|_|_|_|_|H|

I.  FACILITY ASSIGNMENT  (CHECK ONE)
X   A. NO RESTRICTION
    B. BARRIER-FREE FACILITY
    C. SINGLE LEVEL FACILITY
    D. SUITABLE FOR TRUSTEE CAMP?    X YES __NO

II.  HOUSING ASSIGNMENT
A.  BASIC HOUSING (CHECK ONE)                B.  BUNK ASSIGNMENT (CHECK ONE)
X   1. NO RESTRICTION                     X  1. NO RESTRICTION
    2. SINGLE CELL ONLY                      2. LOWER ONLY
    3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION
    4. CELL BLOCK ONLY
C.  ROW ASSIGNMENT (CHECK ONE)               D.  WHEELCHAIR USE (CHECK ONE)
X   1. NO RESTRICTION                        1. NO RESTRICTION
    2. GROUND FLOOR ONLY                     2. PHOP ORDERED
                                             3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
     1. MEDICALLY UNASSIGNED            15. NO FOOD SERVICE
     2. PSYCHIATRICALLY UNASSIGNED      16. NO REPETITIVE USE OF HANDS
     3. SEDENTARY WORK ONLY            17. NO WALK WET/UNEVEN SURFACES
     4. FOUR HOUR WORK RESTRICTION      18. DO NOT ASSIGN TO MEDICAL
     6. EXCUSE FROM SCHOOL              19. NO WORK IN DIRECT SUNLIGHT
     7. LIMITED STANDING                20. NO TEMPERATURE EXTREMES
     8. NO WALKING > ___ YARDS          21. NO HUMIDITY EXTREMES
     9. NO LIFTING > ___ LBS.           22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
    10. NO BENDING AT WAIST             23. NO WORK WITH CHEMICALS OR IRRITANTS
    11. NO REPETITIVE SQUATTING        24. NO WORK REQUIRING SAFETY BOOTS
    12. NO CLIMBING                     25. NO WORK AROUND MACHINE WITH MOVING PART
    13. LIMITED SITTING                 26. NO WORK EXPOSURE TO LOUD NOISES
    14. NO REACHING OVER SHOULDER

IV.  DISCIPLINARY PROCESS  (CHECK ONE)
X   A. NO RESTRICTIONS
    B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
    C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.   INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
X   A. NO RESTRICTION          C. MENTAL HEALTH REPRESENTATIVE REQUIRED
    B. MEDICAL REPRESENTATIVE REQUIRED

VI.  TRANSPORTATION RESTRICTIONS (CHECK ONE)
X   A. NO RESTRICTION               C. WHEELCHAIR VAN
    B. EMS AMBULANCE                D. MULTI-PATIENT VEHICLE (MPV)

REDDY/SMITH      MD/MHC      07/20/2011
PRINTED NAME AND TITLE OF REVIEWER    DATE          SIGNATURE OF REVIEWER

**NAME:** LAST McCollum FIRST Larry
**TDCJ#:** 1105538
**UNIT:** SV     HD
**DATE ORDERED:** 12-3-03
**AGE:** 50
**SEX;** m
**HEIGHT (In Inches):** 70
**WEIGHT:** 222
**RACE:** C
**DOCTOR:** Crawford
**TECH ID#:** 59



Scanned by MCKNIGHT, TINA J in facility SKYVIEW on 12/12/2003 09:02

**UTMB MANAGED CARE**
**CID NEWLY ASSIGNED PATIENT CHART REVIEW**

**Patient Name:**  MCCOLLUM, LARRY G      **TDCJ#:**  1105538    **Date:**  01/12/2004 09:55    **Facility:**   COLE

**Vital Signs:**  112 / 87 (Standing)   107 (Standing)   97 (Oral)   192 Lbs.18 / min

**Current Medications:**

BENZTROPINE MESYLATE 2MG TABS,    1 TABS ORAL(po) QHS
    *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
    *Special Instructions:* EQUI=BENADRYL
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
    *Special Instructions:*   *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY
TO DRIVE OR OPERATE MACHINERY

**Allergies:**  NO KNOWN ALLERGIES

| O | Current TB Class | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PPD current: *(If no mark Plan line 1)* | X | Yes | Currently on TB CPX or TB Therapy: *(If yes mark Plan line 11,12,13)* | | Yes | X | No | |
| | | No | | | INH (Isoniazid) | | | |
| | | | | | RIF (Rifampin) | | | |
| | | N/A | | | PZA (Pyrazinamide) | | | |
| | | | | | (EMB) Ethambutol | | | |
| | | | | | B6 | | | |
| | | | | | Other: | | | |
| | Length of Prior CPX | *(If CPX is less 6 months, mark Plan line 14)* | | | | | | |
| | Last CXR date | *(If Class 2,3, or 4 and no CXR in TDCJ during current incarceration mark Plan line 2)* | | | | | | |
| | Last Tetanus/due date *(If greater than 10 years, mark Plan line 3)* | | | | | | | |
| | Date of last flu vaccine | | | X | Not Applicable (Refer to Policy B-14.3) | | | |
| | Date of last pneumonia vaccine | | | X | Not Applicable (Refer to Policy B-14.3) | | | |
| | Positive Hepatitis B hx/vaccination: *(If no, mark Plan line 4A)* | | | X | Yes | | | |
| | | | | | No | | | |
| | | | | | Refused | | | |
| | If currently receiving the HBV vaccination, next due: *(If receiving mark Plan line 4B)* | | | | | | | |
| | Varicella history documented in chart: *(If no, mark Plan line 8)* | | | X | Yes | | | |
| | | | | | No | | | |
| Last PE offered: | 07/2002 | Due: *(If yes mark Plan line 5; refer to policy E 34.2)* | | | Yes | | | |
| | | | | X | No | | | |
| RPR: *(If no mark Plan line 9)* | X | Yes | RPR result: | | Reactive | | | |
| | | No | | X | Non-Reactive | | | |
| | | Refused | | | | | | |
| Previous HIV testing: *(If not tested, mark Plan line 10)* | | | | X | Yes | | | |
| | | | | | No | | | |
| | | | | | Refused | | | |
| **FEMALE ONLY** | | | | | | | | |
| Pap/pelvic current: *(If no, mark Plan line 6A: refer policy E34.2)* | | Yes | Mammogram referral needed: *(If yes, mark Plan line 6B; refer to Policy E 34.2* | | | Yes | | |
| | | No | | | | No | | |
| | X | Not Applicable | | X | Not Applicable | | | |
| **PREGNANT FEMALE** | | | | | | | | |
| | HCV status: *(If none mark Plan line 7A)* | | | | | | | |

**UTMB MANAGED CARE**
**CID NEWLY ASSIGNED PATIENT CHART REVIEW**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1105538   **Date:** 01/12/2004 09:55   **Facility:** COLE

| | HbsAG status: |
|---|---|
| | *(If none, mark Plan line 7B)* |

| **PLAN:** | |
|---|---|
| 1. | Obtain order for PPD 0.1 ml ID |
| 2 | Obtain order for single view CXR |
| 3. | Obtain order for Td 0.5ml IM |
| 4A. | Offer Hepatitis B vaccines |
| 4B. | Continue with Hepatitis B vaccine |
| 5. | Schedule physical exam |
| 6A. | Schedule Pap/pelvic |
| 6B. | Schedule patient to provider for mammogram referral |
| 7A. | Obtain order for HCV |
| 7B. | Obtain order for HbsAG |
| 8. | Interview for varicella history |
| 9. | Obtain order for RPR |
| 10. | Offer HIV testing |
| 11. | Obtain order to continue medication regime |
| 12. | Schedule monthly CID appointment |
| 13. | Schedule initial ITP with provider |
| 14. | Refer chart to provider for review and disposition |

| Verbal Order/ |
|---|

Revised 04/03/03
EMR

Electronically Signed by HUTCHINSON, VICTOR A L.V.N. on 01/12/2004.
##And No Others##

**UTMB MANAGED CARE**
**CID NEWLY ASSIGNED PATIENT CHART REVIEW**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1105538   **Date:** 12/15/2003 13:14   **Facility:** SKYVIEW

**Vital Signs:** 112 / 87 (Standing)  107 (Standing)  97 (Oral)  192 Lbs. 18 / min

**Current Medications:**
BENZTROPINE MESYLATE 2MG TABS,   1 TABS ORAL(po) QHS
    *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,   1 CAPS ORAL(po) QHS
    *Special Instructions:* EQUI=BENADRYL
PROZAC 20MG CAPS,   1 CAPS ORAL(po) QHS
    *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY
TO DRIVE OR OPERATE MACHINERY

**Allergies:**  NO KNOWN ALLERGIES

| | Current TB Class | | | | | | |
|---|---|---|---|---|---|---|---|
| PPD current: *(If no mark Plan line 1)* | | X | Yes | Currently on TB CPX or TB Therapy: *(If yes mark Plan line 11,12,13)* | Yes | X | No |
| | | | No | | INH (Isoniazid) | | |
| | | | | | RIF (Rifampin) | | |
| | | | | | PZA (Pyrazinamide) | | |
| | | | | | (EMB) Ethambutol | | |
| | | | N/A | | B6 | | |
| | | | | | Other: | | |
| **NA** | Length of Prior CPX  *(If CPX is less 6 months, mark Plan line 14)* | | | | | | |
| **NONE** | Last CXR date      *(If Class 2,3, or 4 and no CXR in TDCJ during current incarceration mark Plan line 2)* | | | | | | |
| **NONE** | Last Tetanus/due date *(If greater than 10 years, mark Plan line 3)* | | | | | | |
| **NONE** | Date of last flu vaccine | | | Not Applicable *(Refer to Policy B-14.3)* | | | |
| **NONE** | Date of last pneumonia vaccine | | | Not Applicable *(Refer to Policy B-14.3)* | | | |
| Positive Hepatitis B hx/vaccination: *(If no, mark Plan line 4A)* | | | X | Yes | | | |
| | | | | No | | | |
| | | | | Refused | | | |
| | If currently receiving the HBV vaccination, next due: *(If receiving mark Plan line 4B)* | | | | | | |
| Varicella history documented in chart: *(If no, mark Plan line 8)* | | | | Yes | | | |
| | | | X | No | | | |
| Last PE offered: | 7/2/02 | Due: *(If yes mark Plan line 5; refer to policy E 34.2)* | | Yes | | | |
| | | | X | No | | | |
| RPR: *(If no mark Plan line 9)* | X | Yes | RPR result: | Reactive | | | |
| | | No | | | | | |
| | | Refused | | X | Non-Reactive | | |
| Previous HIV testing: *(If not tested, mark Plan line 10)* | | | X | Yes | | | |
| | | | | No | | | |
| | | | | Refused | | | |
| **FEMALE ONLY** | | | | | | | |
| Pap/pelvic current: *(If no, mark Plan line 6A: refer policy E34.2)* | | Yes | | Mammogram referral needed: *(If yes, mark Plan line 6B; refer to Policy E 34.2* | | Yes | |
| | | No | | | | No | |
| | | Not Applicable | | | | Not Applicable | |
| **PREGNANT FEMALE** | | | | | | | |
| | HCV status: *(If none mark Plan line 7A)* | | | | | | |

Plaintiffs' MSJ Appx. 831

**UTMB MANAGED CARE**
**CID NEWLY ASSIGNED PATIENT CHART REVIEW**

**Patient Name:**  MCCOLLUM, LARRY G    **TDCJ#:**  1105538    **Date:**   12/15/2003 13:14    **Facility:**   SKYVIEW

| | HbsAG status: |
|---|---|
| | *(If none, mark Plan line 7B)* |

| PLAN: | | |
|---|---|---|
| | 1. | Obtain order for PPD 0.1 ml ID |
| | 2 | Obtain order for single view CXR |
| X | 3. | Obtain order for Td 0.5ml IM |
| | 4A. | Offer Hepatitis B vaccines |
| | 4B. | Continue with Hepatitis B vaccine |
| | 5. | Schedule physical exam |
| | 6A. | Schedule Pap/pelvic |
| | 6B. | Schedule patient to provider for mammogram referral |
| | 7A. | Obtain order for HCV |
| | 7B. | Obtain order for HbsAG |
| X | 8. | Interview for varicella history |
| | 9. | Obtain order for RPR |
| | 10. | Offer HIV testing |
| | 11. | Obtain order to continue medication regime |
| | 12. | Schedule monthly CID appointment |
| | 13. | Schedule initial ITP with provider |
| | 14. | Refer chart to provider for review and disposition |

| Verbal Order/ JOE D CRAWFORD |
|---|

Revised 04/03/03
EMR

Electronically Signed by ANGLIN, EARLINE   L.V.N. on 12/15/2003.
##And No Others##

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>MENTAL HEALTH SERVICES | SKYVIEW PSYCHIATRIC FACILITY<br>PSYCHIATRIC EVALUATION |
|---|---|

**OFFENDER NAME: McCOLLUM, LARRY GENE**                    **TDCJ#: 1105538**

**IDENTIFYING DATA:**

DOB: 04-04-53
DATE OF ADMISSION: 12-01-03
AGE/RACE:  50 y/o White male.
EXAMINER:  B. Meharry, MSN, RN, CS, PMH-NP.
DATE OF EXAMINATION:  12-03-03/1400.

**REASON FOR ADMISSION:**

The patient was referred here from the Cole Unit by Mr. Dorsett, LBSW secondary to, "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from Skyview Crisis Management into D&E with an AXIS I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated, and on the following psychoactive medication: Fluoxetine 20 mg. p.o. q. h.s., Cogentin 2 mg. p.o. q. h.s., and Benadryl 25 mg. p.o. q. h.s. The patient was advised of the purpose of this examination, the limits of confidentiality, and informed consent. He verbalized understanding and agreed to participate.

**CHIEF COMPLAINTS:**

"I was getting confused about a few things, like, I didn't know what date it was."

**PAST PERTINENT PSYCHIATRIC HISTORY:**

The patient did not begin receiving any freeworld psychiatric treatment until 2001, when he first encountered his legal difficulties. He was treated with Zoloft for symptoms of depression at the MHMR center in Waco, Texas. There is no freeworld history of suicidal attempts/gestures, self-injurious behaviors, or anger-management problems. His substance abuse history included the use of alcohol, methamphetamines, and cocaine. With no known history of treatment for his substance abuse. There is no known familial history of mental illness or chemical dependency. There is no history of a juvenile record. While at the McClendon County Jail awaiting transfer to TDCJ-ID, he was diagnosed with Depression and was treated with Zoloft 100 mg. p.o. q. am.

This is the first incarceration for this patient who was received at TDCJ-ID on 07-01-02, where he is serving a 20-month sentence for Theft, Over $1500. Upon receipt to the prison system, he told the Responsible Psychologist that he had been having difficulty coping with the death of his brother, who died five years ago and the death of his father, who died April of 2003. He became depressed and spent $12,000. on various items and gambling. This led to his arrest and conviction. He also acknowledged that he had a problems with gambling, sex, and alcohol. He stated that his drinking escalated in 1983, following a divorce. He admits to three arrests for DWI. Although he has never been to Rehab, he relates that he entered a "Detox" center for 10 days in 1987. He also relates that he had some "minor" involvement with Alcoholic Anonymous. At the time, he also reported that he considered himself to be very co-dependent, expressed concern about his welfare upon release from prison as he has no place to live, was worried about the future, and had problems keeping his mind off things that depress him. Although he denied any current suicidal ideations or intent, he admitted that he sometimes believed that he had no real purpose for living. He often felt hopeless and lacked motivation, reported fluctuating appetite, erratic sleep pattern and a recent 30 lbs weight loss. There was no evidence of psychotic symptoms. On 07-02-02, he was seen by the attending psychiatrist where he received an AXIS I Diagnosis of Major Depressive Disorder, Recurrent. He was placed on Zoloft 100 mg. p.o. q. am. A few months later it was noted that he was doing well on Zoloft and wanted to continue his medication regimen. He was 100 percent compliant. He also related that he was experiencing feeling "jumpy". On 12-11-02, he was seen by another psychiatrist, where he reported not only a history of depression, but problems with anxiety. His AXIS I Diagnosis remained Major Depression. He was switched to Nortriptyline 25 mg. p.o. q. h.s. Several days later, he complained of still experiencing "jumpy legs" at bedtime. His Nortriptyline was increased to 50 mg. p.o. q. h.s. On 01-08-03, he complained that he was unable to sleep. His Nortriptyline was increased to 75 mg. p.o.

Page 1 of 3



Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** | **SKYVIEW PSYCHIATRIC FACILITY** |
| **MENTAL HEALTH SERVICES** | **PSYCHIATRIC EVALUATION** |

---

**OFFENDER NAME: McCOLLUM, LARRY GENE**                               **TDCJ#: 1105538**

q. h.s. Shortly thereafter, he was referred to Skyview Crisis Management secondary to, threatening suicide. He was discharged back to his unit of assignment, with no change in his diagnosis or medication regimen. He continued to complain of feeling depressed, so his Nortriptyline was increased to 100 mg. p.o. q. h.s. On 04-15-03, he presented as decompensating. He was easily irritated and exhibited poor hygiene and disorganized thoughts. He continued to complain of feeling anxious. He was diagnosed with Anxiety Disorder, NOS and Depressive Disorder, Due To Alcohol and Drugs. He was placed on Haldol 10 mg. p.o. b.i.d., Benadryl 25 mg. p.o. b.i.d., and Prozac 20 mg. p.o. q. am.

More recently, on 09-17-03, he was seen by yet another attending psychiatrist, where he received an AXIS I Diagnosis of Major Depression With Psychotic Features. He continued on the same medication regimen of: Haldol 5 mg. p.o. q. h.s., Benadryl 25 mg. p.o. q. h.s., and Prozac 20 mg. p.o. q. h.s. On 11-24-03, he was seen by the MHS at cellside. He seemed disoriented, was difficult to understand, and related that he was waiting for a ride to go to his Dad's funeral. He was disheveled and exhibited poor hygiene. After consulting with Dr. Reddy, it was determined that he should be referred to Skyview Crisis Management for evaluation and determination of his treatment needs. Upon receipt to the Skyview Unit, he told the admitting RN that he was feeling depressed because a male voice was telling him to hurt himself or others. Objectively, he was observed to be alert, spontaneous, and although he was oriented in general, he was unaware that the day before had been the holiday (Thanksgiving). He seemed "somewhat" confused. Currently, he reports difficulty sleeping, but appetite is "good." He described his mood as "good." He denied any current suicidal ideations or intent. He voiced no complaints regarding side effects from his current medication regimen, but he did complain of difficulty sleeping, blurred vision, and difficulty starting to urinate.

**PERTINENT MEDICAL HISTORY:**

The patient has a history of chronic lower back pain. He has no known drug allergies. There is no known past history of head trauma, loss of consciousness, seizures, blackouts, or chronic headaches.

**PERTINENT PHYSICAL FINDINGS:**
**VITAL SIGNS: TEMP:** 98; **PULSE:** 130; **RESP:** 20; **BP:** 184/88.
**HT:** 70 in. **WT:** 218 lbs.
**LABORATORY INDICES/X-RAYS/OTHER PERTINENT DIAGNOSTIC STUDIES:**
CHEM 12 of 07-08-02 showed decreased glucose and elevated uric acid, decreased albumin; liver function test of 07-08-02 was within normal limits; lipid panel of 07-08-02 showed increased triglycerides, decreased HDL cholesterol and increased VLDL cholesterol; CBC with differential and platelet count of 07-08-02 showed deceased RBCs; TSH of 07-08-02 was within normal limits; T4 of 07-08-02 was decreased; T3 of 07-08-02 was within normal limits; FREE thyroxin index of 07-08-02 was decreased; PSA of 07-08-02 was within normal limits; Helicobacter pylori, IgG of 07-08-02 was positive; HIV-1-ABS of 07-02-02 was nonreactive; RPR of 07-02-02 was nonreactive.
There are no chest x-rays. X-ray of lumbar spine of 12-16-02 was within normal limits; x-ray of right knee of 12-16-02 showed some arthritic changes; x-ray of left knee of 12-16-02 showed minimal early articular marginal spurring; EKG of 07-02-03 showed normal sinus rhythm and was considered a normal EKG.
**GENERAL DESCRIPTION:**   Well-developed, well-nourished,  overweight, White male in no obvious acute physical distress. A complete physical examination was not performed at this time, due to the locked down status of the facility. A cursory visual examination revealed the following:
**HEENT: EYES:** no nystagmus; **NOSE:** no drainage.
**SKIN:** Nonicteric. Appears to be grossly intact.
**EXTREMITIES:**   No cyanosis, clubbing or edema.
**NEUROLOGICAL EXAMINATION:** Cranial nerves II through XII appear to be grossly intact. **SENSORY:** grossly intact. **MOTOR:** good ROM in all extremities. **CEREBELLAR:**   Steady gait with no ataxia.  **AIMS:** negative.
**ASSESSMENT:**  Possible Abnormal Laboratory Indices, Abnormal Cardiac Panel, and Elevated Systolic  Pressure.

Page 2 of 3

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 12:00

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| MENTAL HEALTH SERVICES | PSYCHIATRIC EVALUATION |

**OFFENDER NAME: McCOLLUM, LARRY GENE**                    **TDCJ#: 1105538**

**MENTAL STATUS EXAMINATION:**

The patient was seen at cellside, due to the locked down status of the facility. He was dressed in a prison attire and was unshaven, but adequately clean. He appeared older than his stated age. He was alert, made good eye contact, and was cooperative. Psychomotor activity was calm. Speech was spontaneous, rate was within normal limits. Mood was appropriate to the situation. Affect was congruent with mood, range was reactive. No hallucinations were elicited at this time. Thought content was negative for suicidal or homicidal ideations or intent. He expressed no delusions and unusual thinking. Thought processes were coherent, logical, and goal-directed. Patient is grossly oriented X4. His remote and recent memory is grossly intact. His attention and concentration is intact. His intelligence is estimated to be in the average range. Insight and judgement are good.

**SUMMARY OF FINDINGS:**

This patient presents with no prior psychiatric history, until he encountered his legal difficulties and went through the stressors of losing some family members. There is also a history of excessive alcohol use. Currently, there are no abnormalities in cognition, thought content, thought processes, nor evidence of hallucinations. There is no major mood disturbance. I believe that his sleep disturbance is most likely due to the schedule that he is receiving Prozac. It may be too activating for him to receive it at night. Although he has no history of hypertension, his cardiac panel was significantly abnormal and there is a familial history of hypertension and diabetes. Given this patient's age and family history, it is possible that he may have experienced a transient ischemia attack (TIA). This would certainly need to be ruled out. At this time, I see no evidence of suicidal ideations or intent, nor is there a recent past history to indicate that he would be at high risk for engaging in self-injurious behaviors.

**DSM-IV DIAGNOSIS:**

| AXIS: | I: | 311. | Depressive Disorder, NOS. |
|---|---|---|---|
| | | 293.9 | R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. |
| AXIS | II: | | Deferred. |
| AXIS | III: | | Chronic Low-Back Pain; R/O Cardiovascular Problems. NKDA. |
| AXIS | IV: | | Problems related to interaction with the legal system: incarceration. |
| | | | Problems due to primary support group: recent death of a family member. |
| AXIS | V: | | GAF: 55. |

**RECOMMENDATIONS/INTERVENTIONS:**

Prozac 20 mg. p.o. q. am and Trazodone 100 mg. p.o. q. pm X14 days, then D/C. Discontinue Cogentin and Benadryl. Educated patient regarding side effects, risks, and possible benefits with the use of Prozac and Trazodone. Patient consents and agrees with the treatment plan. I believe that this patient could benefit from the programming in the Mood Disorder Treatment Track to help him learn some coping skills, in order to better plan his future.

**PROGNOSIS:** Uncertain at this time.

**SIGNATURE/DATE:**

B. Meharry, MSN, RN, CS/PMH-NP/Date
Transcribed: 12-04-03/16/12/mlr

Page 3 of 3

Plaintiffs' MSJ Appx. 835

Date:   12/02/2003 16:51
From:   LAURA MCKINNON
To:   JON DORSETT T(E);
Subject:   Admission to D&E
Re:   LARRY MCCOLLUM

Mr. Dorsett,
We have evaluated offender McCollum and found that he is in need of
further evaluation.   We have admitted him to the D&E process and he will
remain here for several more days for an in depth evaluation.
Thanks,
Laura

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091  Service Date: 12/19/2003 04:55:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex  : Male

Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

```
Accession: 0000335301370     Requistion: 26889469
Drawn:12/19/03 04:55    Received:12/19/03 09:51      Reported: 12/19/03 13:12

Procedure: E TSH
THYROID STIMULATING HORMONE    2.35                uIU/ML   0.49-4.70
      A VARIETY OF PHARMACOLOGICAL INTERFERENCES INFLUENCE SERUM TSH.
```

L    Low, H    High, C    Critical, *    Abnormal Alpha

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 12/19/2003 04:55:00

Print Date: 12/19/2003 13:00                           Page: 1/1
This document has been sent for signature, but has not yet been reviewed

Plaintiffs' MSJ Appx. 838

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex  : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000335301370 | Requistion: 26889464 | | | |
| Drawn:12/19/03 04:55 | Received:12/19/03 09:51 | | Reported: 12/19/03 12:28 | |
| **Procedure: E ADIFF** | | | | |
| GRANULOCYTE PERCENT | 53.4 | | % | 45.0-78.0 |
| LYMPH PERCENT | 37.8 | | % | 20.0-51.0 |
| MONOCYTE PERCENT | 6.4 | | % | 4.0-12.0 |
| EOSINOPHIL PERCENT | 1.9 | | % | 0.0-6.0 |
| BASOPHIL PERCENT | 0.5 | | % | 0.0-2.0 |
| GRANULOCYTES ABSOLUTE | 4.6 | | /CMM | 2.1-7.4 |
| LYMPHOCYTE ABSOLUTE | 3.2 | | /CMM | 1.3-4.4 |
| MONOCYTE ABSOLUTE | 0.6 | | /CMM | 0.2-0.9 |
| EOSINOPHILS ABSOLUTE | 0.2 | | /CMM | 0.0-0.4 |
| BASOPHILS ABSOLUTE | 0.0 | | /CMM | 0.0-0.2 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Plaintiffs' MSJ Appx. 839

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091  Service Date: 12/19/2003 04:55:00

Print Date: 12/19/2003 12:16                                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

SKYVIEW (SV) 3 MILES NW OF RUSK RUSK TX 75785 Tel. 9036855781     Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

```
Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

```
Accession: 0000335301370    Requisition: 26889465
Drawn:12/19/03 04:55    Received:12/19/03 09:51    Reported: 12/19/03 15:31
```

Procedure: E UA CHEM

| Test Name | Result | ABN Flag | Reference Range |
|---|---|---|---|
| COLOR | YELLOW | | |
| APPEARANCE | SLCLOUDY | * | |
| URINE SPECIFIC GRAVITY | 1.025 | | |
| URINE PH | 6.5 | | 5.5-7.0 |
| URINE PROTEIN | NEGATIVE | | NEGATIVE |
| URINE GLUCOSE, QUALITATIVE | NEGATIVE | | NEGATIVE |
| URINE KETONES | NEGATIVE | | NEGATIVE |
| URINE BILIRUBIN | NEGATIVE | | NEGATIVE |
| URINE BLOOD | NEGATIVE | | NEGATIVE |
| URINE NITRITE | NEGATIVE | | NEGATIVE |
| URINE UROBILINOGEN | 0.2EU/DL | | <=1.0 |
| URINE LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE |

```
L   Low, H    High, C    Critical, *    Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

```
Print Date: 12/19/2003 15:18                        Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

```
Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
 untsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex    : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000335301370 | Requistion: 26889468 | | | |
| Drawn:12/19/03 04:55 | Received:12/19/03 09:51 | | Reported: 12/19/03 12:31 | |
| Procedure: E LIVER | | | | |
| ALKALINE PHOSPHATASE | 94 | | U/L | 34-122 |
| ASPARTATE AMINOTRANSFERASE | 15 | | U/L | 13-40 |
| ALANINE AMINOTRANSFERASE | 22 | | U/L | 9-51 |
| GAMMA GLUTAMYL TRANSFERASE | 16 | | U/L | 13-58 |
| LACTIC DEHYDROGENASE | 336 | | U/L | 300-600 |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.1-1.1 |
| TOTAL PROTEIN | 7.5 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | G/DL | 3.2-5.2 |
| ALBUMIN/GLOBULIN RATIO | 1.1 | L | | 1.5-2.5 |

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Plaintiffs' MSJ Appx. 843

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

```
Print Date: 12/19/2003 12:19                              Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Plaintiffs' MSJ App. 844

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
untsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex  : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000335301370 | Requistion: 26889463 | | | |
| Drawn:12/19/03 04:55 | Received:12/19/03 09:51 | | Reported: 12/19/03 12:28 | |
| | | | | |
| Procedure: E HEME P | | | | |
| WHITE BLOOD CELL COUNT/INSTR | 8.6 | | /CMM | |
| WHITE BLOOD CELL COUNT | 8.6 | | /CMM | 4.5-10.5 |
| RED BLOOD CELL COUNT | 4.51 | | /CMM | 4.25-5.65 |
| HEMOGLOBIN | 14.9 | | G/DL | 13.5-17.0 |
| HEMATOCRIT | 43.7 | | % | 37.0-50.0 |
| MEAN CORPUSCULAR VOLUME | 96.9 | | FL | 82.0-97.0 |
| MEAN CORPUSCULAR HGB | 33.0 | | PG | 27.0-33.0 |
| MEAN CORP HGB CONCENTRATION | 34.1 | | % | 31.0-36.2 |
| RED CELL DISTRIBUTION WIDTH | 14.8 | H | % | 11.8-14.1 |
| PLATELET COUNT | 194 | | /CMM | 150-400 |
| MEAN PLATELET VOLUME | 12.0 | H | FL | 7.8-11.2 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953       Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

Print Date: 12/19/2003 12:16                                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

Plaintiffs' MSJ Appx. 846

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091  Service Date: 12/19/2003 04:55:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 0000335301370      Requistion: 26889466
Drawn:12/19/03 04:55    Received:12/19/03 09:51      Reported: 12/19/03 15:31

Procedure: E UA MICRO

| | | | |
|---|---|---|---|
| MICROSCOPIC EXAM DONE? | DONE | | |
| URINE WHITE BLOOD CELLS | 1-4 | * | |
| MUCOUS | MANY | | |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Plaintiffs' MSJ Appx. 847

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

```
Print Date: 12/19/2003 15:19                          Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Plaintiffs' MSJ Appx. 848

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 12/19/2003 04:55:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
'untsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *OROCOFSKY, VASANTHA
Facility      : SKYVIEW
                3 MILES NW OF RUSK
                RUSK  TX  75785
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0000335301370      Requistion: 26889467
Drawn:12/19/03 04:55   Received:12/19/03 09:51      Reported: 12/19/03 12:31

Procedure: E CHEM10

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| SODIUM SERUM | 144 | | MMOL/L | 135-145 |
| POTASSIUM SERUM | 4.0 | | MMOL/L | 3.5-5.0 |
| CHLORIDE SERUM | 107 | | MMOL/L | 98-108 |
| CARBON DIOXIDE | 29 | | MMOL/L | 23-31 |
| ANION GAP | 8 | | | 2-16 |
| GLUCOSE | 85 | | MG/DL | 70-110 |
| BLOOD UREA NITROGEN | 19 | | MG/DL | 7-23 |
| OSMOLALITY | 288 | | MOSM/L | |
| CREATININE | 0.74 | | MG/DL | 0.70-1.70 |
| BUN/CREATININE RATIO | 25.7 | | | |
| CALCIUM | 9.6 | | MG/DL | 8.6-10.6 |
| PHOSPHORUS | 3.9 | | MG/DL | 2.5-5.0 |
| MAGNESIUM | 1.8 | | MG/DL | 1.7-2.4 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Plaintiffs' MSJ Appx. 849

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 12/19/2003 04:55:00

```
                                                              Page: 1/1
  Print Date: 12/19/2003 12:19
  This document has been sent for signature, but has not yet been reviewed
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091  Service Date: 12/08/2003 05:45:00

```
Lab data imported from and Tests Performed by UTMB Laboratories
 alveston, Tx 77555-0743 Telephone Number 800-LAB-2266
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex  : Male
```

```
Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

```
Accession: 0000334204009    Requistion: 26809323
Drawn:12/08/03 05:45   Received:12/08/03 23:46    Reported: 12/09/03 09:17


Procedure: VITB12
VITAMIN B12              379              PG/ML    180-914
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953    Patient ID: 1716091  Service Date: 12/08/2003 05:45:00

```
Print Date: 12/09/2003 09:05                           Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Plaintiffs' MSJ Appx. 852

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100 PP Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
untsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex  : Male

Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM  TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000334200756 | Requision: 26801300 | | | |
| Drawn:12/08/03 05:45 | Received:12/08/03 09:23 | | Reported: 12/08/03 12:50 | |
| | | | | |
| Procedure: E CHEM10 | | | | |
| SODIUM SERUM | 144 | | MMOL/L | 135-145 |
| POTASSIUM SERUM | 4.1 | | MMOL/L | 3.5-5.0 |
| CHLORIDE SERUM | 109 | H | MMOL/L | 98-108 |
| CARBON DIOXIDE | 28 | | MMOL/L | 23-31 |
| ANION GAP | 7 | | | 2-16 |
| GLUCOSE | 81 | | MG/DL | 70-110 |
| BLOOD UREA NITROGEN | 18 | | MG/DL | 7-23 |
| OSMOLALITY | 288 | | MOSM/L | |
| CREATININE | 0.70 | | MG/DL | 0.70-1.70 |
| )UN/CREATININE RATIO | 25.7 | | | |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| PHOSPHORUS | · 3.5 | | MG/DL | 2.5-5.0 |
| MAGNESIUM | 1.8 | | MG/DL | 1.7-2.4 |

```
L   Low, H   High, C   Critical, *   Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 12/08/2003 05:45:00

```
Print Date: 12/08/2003 12:56                          Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
ntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000334200756 | Requistion: 26801299 | | | |
| Drawn:12/08/03 05:45 | Received:12/08/03 09:23 | | Reported: 12/08/03 12:12 | |
| Procedure: E ADIFF | | | | |
| GRANULOCYTE PERCENT | 50.3 | | % | 45.0-78.0 |
| LYMPH PERCENT | 42.4 | | % | 20.0-51.0 |
| MONOCYTE PERCENT | 5.3 | | % | 4.0-12.0 |
| EOSINOPHIL PERCENT | 1.7 | | % | 0.0-6.0 |
| BASOPHIL PERCENT | 0.3 | | % | 0.0-2.0 |
| GRANULOCYTES ABSOLUTE | 3.3 | | /CMM | 2.1-7.4 |
| LYMPHOCYTE ABSOLUTE | 2.8 | | /CMM | 1.3-4.4 |
| MONOCYTE ABSOLUTE | 0.4 | | /CMM | 0.2-0.9 |
| EOSINOPHILS ABSOLUTE | 0.1 | | /CMM | 0.0-0.4 |
| ASOPHILS ABSOLUTE | 0.0 | | /CMM | 0.0-0.2 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953    Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

Page: 1/1
Print Date: 12/08/2003 12:18
This document has been sent for signature, but has not yet been reviewed

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel 903389 1700px Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

```
Patient Name   : MCCOLLUM, LARRY,
Patient Id     : 1105538
Patient Phone  :
Date of Birth  : 04/04/1953
SS#            : --    Sex   : Male
```

```
Ordering
Physician      : *MEHARRY
Facility       : COLE
                 3801 SILO ROAD
                 BONHAM TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0000334200756     Requistion: 26801301
Drawn:12/08/03 05:45    Received:12/08/03 09:23     Reported: 12/08/03 12:50

Procedure: E LIVER

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| ALKALINE PHOSPHATASE | 73 | | U/L | 34-122 |
| ASPARTATE AMINOTRANSFERASE | 15 | | U/L | 13-40 |
| ALANINE AMINOTRANSFERASE | 16 | | U/L | 9-51 |
| GAMMA GLUTAMYL TRANSFERASE | 14 | | U/L | 13-58 |
| LACTIC DEHYDROGENASE | 329 | | U/L | 300-600 |
| TOTAL BILIRUBIN | 0.4 | | MG/DL | 0.1-1.1 |
| TOTAL PROTEIN | 6.9 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.5 | | G/DL | 3.2-5.2 |
| ALBUMIN/GLOBULIN RATIO | 1.0 | L | | 1.5-2.5 |

L    Low, H    High, C   Critical, *    Abnormal Alpha

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 12/08/2003 05:45:00

```
Print Date: 12/08/2003 12:56                          Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Lab data imported from and Tests Performed by UTMB Laboratories
'alveston, Tx 77555-0743 Telephone Number 800-LAB-2266
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0000334204009    Requistion: 26809321
Drawn:12/08/03 05:45   Received:12/08/03 23:46   Reported: 12/09/03 09:17
```

| Procedure: FOL SER | | | | |
|-----------|--------|----------|------|-----------------|
| FOLATE SERUM | 12.6 | H | NG/ML | 1.6-12.0 |

```
L    Low, H    High, C   Critical, *    Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953    Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

Page: 1/1
Print Date: 12/09/2003 09:05
This document has been sent for signature, but has not yet been reviewed

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
untsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --   Sex   : Male

Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM TX  75418


Test Name                    Result        ABN  Unit      Reference Range
                                           Flag

Accession: 0000334200756      Requision: 26801303
Drawn:12/08/03 05:45     Received:12/08/03 09:23     Reported: 12/08/03 14:31

Procedure: E TSH
THYROID STIMULATING HORMONE    1.09                 uIU/ML   0.49-4.70
        A VARIETY OF PHARMACOLOGICAL INTERFERENCES INFLUENCE SERUM TSH.


L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953   Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Print Date: 12/08/2003 14:20                              Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100   Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
 ntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804
```
```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --    Sex   : Male

Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM  TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000334200756      Requistion: 26801302 | | | | |
| Drawn:12/08/03 05:45    Received:12/08/03 09:23      Reported: 12/08/03 12:50 | | | | |
| | | | | |
| Procedure: E URIC | | | | |
| URIC ACID | 5.2 | | MG/DL | 3.6-8.0 |

```
L     Low, H    High, C    Critical, *    Abnormal Alpha
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 12/08/2003 05:45:00

```
Print Date: 12/08/2003 12:56                          Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100   Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
 ntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804
```

```
Patient Name  : MCCOLLUM, LARRY,
Patient Id    : 1105538
Patient Phone :
Date of Birth : 04/04/1953
SS#           : --   Sex  : Male
```

```
Ordering
Physician     : *MEHARRY
Facility      : COLE
                3801 SILO ROAD
                BONHAM TX  75418
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0000334200756 | Requision: 26801298 | | | |
| Drawn:12/08/03 05:45 | Received:12/08/03 09:23 | | Reported: 12/08/03 12:12 | |
| | | | | |
| Procedure: E HEME P | | | | |
| WHITE BLOOD CELL COUNT/INSTR | 6.6 | | /CMM | |
| WHITE BLOOD CELL COUNT | 6.6 | | /CMM | 4.5-10.5 |
| RED BLOOD CELL COUNT | 4.25 | | /CMM | 4.25-5.65 |
| HEMOGLOBIN | 13.9 | | G/DL | 13.5-17.0 |
| HEMATOCRIT | 41.1 | | % | 37.0-50.0 |
| MEAN CORPUSCULAR VOLUME | 96.7 | | FL | 82.0-97.0 |
| MEAN CORPUSCULAR HGB | 32.7 | | PG | 27.0-33.0 |
| MEAN CORP HGB CONCENTRATION | 33.8 | | % | 31.0-36.2 |
| RED CELL DISTRIBUTION WIDTH | 14.7 | H | % | 11.8-14.1 |
| PLATELET COUNT | 167 | | /CMM | 150-400 |
| MEAN PLATELET VOLUME | 11.6 | H | FL | 7.8-11.2 |

```
L    Low, H   High, C   Critical, *   Abnormal Alpha
```

Plaintiffs' MSJ Appx. 865

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 12/08/2003 05:45:00

```
Print Date: 12/08/2003 12:18                      Page: 1/1
This document has been sent for signature, but has not yet been reviewed
```

Scanned by DIXON, STACEY A in facility SKYVIEW on 01/07/2004 09:52

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** **MENTAL HEALTH SERVICES** **PSYCHIATRIC INPATIENT FACILITY** **DISCHARGE/RELEASE SUMMARY** | I. Identifying Data II. Date & Reason for Admission III. Clinical Course IV. Residual Problems V. Final Diagnosis VI. Recommendations VII. Dated signature of Discharging Psychiatrist and Psychologist |

OFFENDER NAME: MC COLLUM, LARRY GENE     TDCJ #: 1105538     UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                   PULHES: S=3NT

## IDENTIFYING DATA:

DOB: 04/04/53
Age/Race/Sex: Fifty-year-old Caucasian Male
Skyview Admission Date: 12/01/03
Current Date: 01/06/04
Examiner: Charles Junkin, MA, LPC, RP

## DATE & REASON FOR REFERRAL:

Offender Mc Collum was referred to Skyview from the Cole Unit on December 1, 2003 secondary to "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from crisis management into Diagnostic & Evaluation (D&E) with an Axis I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated and on the following psychoactive medications: Fluoxetine 20mg PO QHS, Cogentin 2mg PO QHS, and Benadryl 25mg PO QHS. At the time of admission, his chief complaint was "I was getting confused about a few things, like, I didn't know what date it was."

## CLINICAL COURSE:

Offender Mc Collum was admitted to the Mood Disorder Treatment Track on December 10, 2003 with an Axis I Diagnosis of Depressive Disorder, NOS (311) and R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. Upon admission to the treatment track, he was taking Prozac 20mg PO QAM and Trazodone 100mg QPM. During the course of his treatment at Skyview, Offender Mc Collum attended individual and group psychotherapy and was followed closely by the treatment team. He presented with significant depressive symptoms, including suicidal ideation, anhedonia, poor concentration, and a sense of hopelessness. For the first couple of weeks in group psychotherapy, the offender was very quiet, but attentive. He had a restricted affect and a depressed mood. When he was seen by the treatment team on December 18, 2003, he was diagnosed with Major Depressive Disorder with Psychotic Features (Psychotic Features in Remission). Because he is scheduled to be released from TDCJ-ID in the near future, he was seen again by the treatment team on December 19, 2003 to determine if he is appropriate for court commitment to a state hospital upon release from TDCJ-ID. The treatment team reviewed his situation, which consists of his father dying in April 2003, his mother is in a nursing home with Alzheimer's Related Illness, he has been confused and depressed. He is a chronic alcoholic. He has few resources in the community, and he has a large debt waiting for him when he gets out of prison. He has a family in the

HSP-2 (Rev. 12/97)                               1

*Scanned*

Scanned by DIXON, STACEY A in facility SKYVIEW on 01/07/2004 09:53

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**<br>**MENTAL HEALTH SERVICES**<br><br>**PSYCHIATRIC INPATIENT FACILITY**<br>**DISCHARGE/RELEASE SUMMARY** | I.   Identifying Data<br>II.   Date & Reason for Admission<br>III.   Clinical Course<br>IV.   Residual Problems<br>V.   Final Diagnosis<br>VI.   Recommendations<br>VII.   Dated signature of Discharging<br>       Psychiatrist and Psychologist |

OFFENDER NAME: MC COLLUM, LARRY GENE       TDCJ #: 1105538       UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                              PULHES: S=3NT

Waco area, but he has had little contact with them during his incarceration. He had not spoken with his brother or sister-in-law for more than six months. He has a significant history of prostate cancer in the family. The results of that treatment team meeting were to recommend Offender Mc Collum to be committed to the state hospital when released from TDCJ-ID. He was seen by a second psychiatrist on December 30, 2003. The second psychiatrist found no compelling reason to commit the offender to a state hospital at this time. He met with yet another psychiatrist on January 2, 2004. At that time, he was also found inappropriate for commitment to a state hospital. Meanwhile, the offender continued to participate in group therapy and seemed to respond somewhat to the Prozac. He was withdrawn and quiet but appropriate in group settings. Prozac was increased from 20mg to 40mg QAM on January 2, 2004. His mood has been described as "more cheerful" and he "appeared less internally preoccupied." On January 6, 2004, he was found appropriate for discharge to his unit of assignment with 40mg of Prozac QD.

**MENTAL STATUS:**

Offender Mc Collum is a 50-year-old, Caucasian male whose overall presentation is significantly older than his stated age. He presents with psychomotor retardation. His responses to some of the questions are vague. He relates well with the interviewer. At times he looks away. His affect is blunted. His mood is depressed. There is no evidence of auditory hallucinations at this time. He denies any suicidal thoughts or wanting to hurt others. He did admit that he felt that life was not worth living in the past. He was alert and oriented to time, place, and person. He was unable to do Serial 7's. He was able to do three digits forward and in reverse order. He was able to do four digits forward but not in reverse order. He could recall approximately 2/3 objects for recent recall.

**RESIDUAL PROBLEMS:**

Offender Mc Collum was referred for inpatient psychiatric treatment because he was confused and disoriented. While he was at Skyview, he was found to suffer from major depressive symptoms. He will be released soon from the prison system and will face many obstacles including unemployment, inadequate housing, mental illness issues, transportation difficulties, the loss of his father, and access to alcohol and other mind altering drugs. These factors in combination with his history of depression may place him at increased risk for potentially self-injurious acts. The offender's therapist had telephone contact with his brother and sister-in-law on December 31, 2003; although his family has agreed to take him into their home, they are reluctant to do so and are looking for community services that might better be able to care for his mental health needs.

HSP-2 (Rev. 12/97)                              2

Scanned by DIXON, STACEY A in facility SKYVIEW on 01/07/2004 09:53

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**<br>**MENTAL HEALTH SERVICES**<br><br>**PSYCHIATRIC INPATIENT FACILITY**<br>**DISCHARGE/RELEASE SUMMARY** | I.   Identifying Data<br>II.  Date & Reason for Admission<br>III. Clinical Course<br>IV.  Residual Problems<br>V.   Final Diagnosis<br>VI.  Recommendations<br>VII. Dated signature of Discharging<br>       Psychiatrist and Psychologist |

OFFENDER NAME: MC COLLUM, LARRY GENE          TDCJ #:  1105538          UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                                      PULHES: S=3NT

## DISCHARGE DIAGNOSIS:

| Axis I: | 296.34 | Major Depressive Disorder, Recurrent,<br>Severe with Psychotic Features<br>(Psychotic Features in Remission at this time) |
|---|---|---|
| | 303.9 | Alcohol Dependence in a Controlled Environment |
| Axis II: | V71.09 | No Diagnosis on Axis II |
| Axis III: | | Degenerative Disease of the Knees; H/O Lower Back Pain |
| Axis IV: | | Psychosocial and Environmental Stressors: Incarceration |
| Axis V: | | Current GAF = 60 |

## RECOMMENDATIONS:

It is recommended by the treatment team and the attending physician that Offender Mc Collum be discharged from the Mood Disorder Treatment Track and returned to his unit of assignment for continued follow-up for his depressive symptoms until his release from the prison system. He should be offered counseling on an as-needed basis. Furthermore, he should continue his current medication regimen, which at this time consists of Prozac 40mg PO QAM.

## DATED SIGNATURES:

Charles Junkin, MA, LPC, RP          Date                    Vasantha Orocofsky, M.D.          Date

CJ/VO:rc

Received for transcription on 01/06/04 and typed on 01/06/04 at 1315

HSP-2 (Rev. 12/97)                                     3

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 11:40

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>MENTAL HEALTH SERVICES | SKYVIEW PSYCHIATRIC FACILITY<br>PSYCHIATRIC EVALUATION |
|---|---|

**OFFENDER NAME: McCOLLUM, LARRY GENE**     **TDCJ#: 1105538**

**IDENTIFYING DATA:**

**DOB:** 04-04-53
**DATE OF ADMISSION:** 12-01-03
**AGE/RACE:** 50 y/o White male.
**EXAMINER: B. Meharry, MSN, RN, CS, PMH-NP.**
**DATE OF EXAMINATION:** 12-03-03/1400.

**REASON FOR ADMISSION:**

The patient was referred here from the Cole Unit by Mr. Dorsett, LBSW secondary to, "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from Skyview Crisis Management into D&E with an AXIS I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated, and on the following psychoactive medication: Fluoxetine 20 mg. p.o. q. h.s., Cogentin 2 mg. p.o. q. h.s., and Benadryl 25 mg. p.o. q. h.s. The patient was advised of the purpose of this examination, the limits of confidentiality, and informed consent. He verbalized understanding and agreed to participate.

**CHIEF COMPLAINTS:**

"I was getting confused about a few things, like, I didn't know what date it was."

**PAST PERTINENT PSYCHIATRIC HISTORY:**

The patient did not begin receiving any freeworld psychiatric treatment until 2001, when he first encountered his legal difficulties. He was treated with Zoloft for symptoms of depression at the MHMR center in Waco, Texas. There is no freeworld history of suicidal attempts/gestures, self-injurious behaviors, or anger-management problems. His substance abuse history included the use of alcohol, methamphetamines, and cocaine. With no known history of treatment for his substance abuse. There is no known familial history of mental illness or chemical dependency. There is no history of a juvenile record. While at the McClendon County Jail awaiting transfer to TDCJ-ID, he was diagnosed with Depression and was treated with Zoloft 100 mg. p.o. q. am.

~~This is the first incarceration for this patient who was received at TDCJ-ID on 07-01-02, where he is serving a 20-~~ month sentence for Theft, Over $1500. Upon receipt to the prison system, he told the Responsible Psychologist that he had been having difficulty coping with the death of his brother, who died five years ago and the death of his father, who died April of 2003. He became depressed and spent $12,000. on various items and gambling. This led to his arrest and conviction. He also acknowledged that he had a problems with gambling, sex, and alcohol. He stated that his drinking escalated in 1983, following a divorce. He admits to three arrests for DWI. Although he has never been to Rehab, he relates that he entered a "Detox" center for 10 days in 1987. He also relates that he had some "minor" involvement with Alcoholic Anonymous. At the time, he also reported that he considered himself to be very co-dependent, expressed concern about his welfare upon release from prison as he has no place to live, was worried about the future, and had problems keeping his mind off things that depress him. Although he denied any current suicidal ideations or intent, he admitted that he sometimes believed that he had no real purpose for living. He often felt hopeless and lacked motivation, reported fluctuating appetite, erratic sleep pattern and a recent 30 lbs weight loss. There was no evidence of psychotic symptoms. On 07-02-02, he was seen by the attending psychiatrist where he received an AXIS I Diagnosis of Major Depressive Disorder, Recurrent. He was placed on Zoloft 100 mg. p.o. q. am. A few months later it was noted that he was doing well on Zoloft and wanted to continue his medication regimen. He was 100 percent compliant. He also related that he was experiencing feeling "jumpy". On 12-11-02, he was seen by another psychiatrist, where he reported not only a history of depression, but problems with anxiety. His AXIS I Diagnosis remained Major Depression. He was switched to Nortriptyline 25 mg. p.o. q. h.s. Several days later, he complained of still experiencing "jumpy legs" at bedtime. His Nortriptyline was increased to 50 mg. p.o. q. h.s. On 01-08-03, he complained that he was unable to sleep. His Nortriptyline was increased to 75 mg. p.o.

Plaintiffs' MSJ Appx. 870

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 11:40

TEXAS DEPARTMENT OF CRIMINAL JUSTICE          SKYVIEW PSYCHIATRIC FACILITY
MENTAL HEALTH SERVICES                         PSYCHIATRIC EVALUATION

**OFFENDER NAME: McCOLLUM, LARRY GENE**              **TDCJ#: 1105538**

q. h.s. Shortly thereafter, he was referred to Skyview Crisis Management secondary to, threatening suicide. He was discharged back to his unit of assignment, with no change in his diagnosis or medication regimen. He continued to complain of feeling depressed, so his Nortriptyline was increased to 100 mg. p.o. q. h.s. On 04-15-03, he presented as decompensating. He was easily irritated and exhibited poor hygiene and disorganized thoughts. He continued to complain of feeling anxious. He was diagnosed with Anxiety Disorder, NOS and Depressive Disorder, Due To Alcohol and Drugs. He was placed on Haldol 10 mg. p.o. b.i.d., Benadryl 25 mg. p.o. b.i.d., and Prozac 20 mg. p.o. q. am.

More recently, on 09-17-03, he was seen by yet another attending psychiatrist, where he received an AXIS I Diagnosis of Major Depression With Psychotic Features. He continued on the same medication regimen of: Haldol 5 mg. p.o. q. h.s., Benadryl 25 mg. p.o. q. h.s., and Prozac 20 mg. p.o. q. h.s. On 11-24-03, he was seen by the MHS at cellside. He seemed disoriented, was difficult to understand, and related that he was waiting for a ride to go to his Dad's funeral. He was disheveled and exhibited poor hygiene. After consulting with Dr. Reddy, it was determined that he be referred to Skyview Crisis Management for evaluation and determination of his treatment needs. Upon receipt to the Skyview Unit, he told the admitting RN that he was feeling depressed because a male voice was telling him to hurt himself or others. Objectively, he was observed to be alert, spontaneous, and although he was oriented in general, he was unaware that the day before had been the holiday (Thanksgiving). He seemed "somewhat" confused. Currently, he reports difficulty sleeping, but appetite is "good." He described his mood as "good." He denied any current suicidal ideations or intent. He voiced no complaints regarding side effects from his current medication regimen, but he did complain of difficulty sleeping, blurred vision, and difficulty starting to urinate.

**PERTINENT MEDICAL HISTORY:**

The patient has a history of chronic lower back pain. He has no known drug allergies. There is no known past history of head trauma, loss of consciousness, seizures, blackouts, or chronic headaches.

**PERTINENT PHYSICAL FINDINGS:**
**VITAL SIGNS: TEMP:** 98; **PULSE:** 130; **RESP:** 20; **BP:** 184/88.
**HT:** 70 in. **WT:** 218 lbs.
**LABORATORY INDICES/X-RAYS/OTHER PERTINENT DIAGNOSTIC STUDIES:**
CHEM 12 of 07-08-02 showed decreased glucose and elevated uric acid, decreased albumin; liver function test of 07-08-02 was within normal limits; lipid panel of 07-08-02 showed increased triglycerides, decreased HDL cholesterol and increased VLDL cholesterol; CBC with differential and platelet count of 07-08-02 showed deceased RBCs; TSH of 07-08-02 was within normal limits; T4 of 07-08-02 was decreased; T3 of 07-08-02 was within normal limits; FREE thyroxin index of 07-08-02 was decreased; PSA of 07-08-02 was within normal limits; Helicobacter pylori, IgG of 07-08-02 was positive; HIV-1-ABS of 07-02-02 was nonreactive; RPR of 07-02-02 was nonreactive.
There are no chest x-rays. X-ray of lumbar spine of 12-16-02 was within normal limits; x-ray of right knee of 12-16-02 showed some arthritic changes; x-ray of left knee of 12-16-02 showed minimal early articular marginal spurring; EKG of 07-02-03 showed normal sinus rhythm and was considered a normal EKG.
**GENERAL DESCRIPTION:**     Well-developed, well-nourished, overweight, White male in no obvious acute physical distress. A complete physical examination was not performed at this time, due to the locked down status of the facility. A cursory visual examination revealed the following:
**HEENT: EYES:** no nystagmus; **NOSE:** no drainage.
**SKIN:** Nonicteric. Appears to be grossly intact.
**EXTREMITIES:**   No cyanosis, clubbing or edema.
**NEUROLOGICAL EXAMINATION:** Cranial nerves II through XII appear to be grossly intact. **SENSORY:** grossly intact. **MOTOR:** good ROM in all extremities. **CEREBELLAR:** Steady gait with no ataxia. **AIMS:** negative.
**ASSESSMENT:** Possible Abnormal Laboratory Indices, Abnormal Cardiac Panel, and Elevated Systolic Pressure.

Page 2 of 3

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/05/2003 11:41

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| MENTAL HEALTH SERVICES | PSYCHIATRIC EVALUATION |

**OFFENDER NAME: McCOLLUM, LARRY GENE**          **TDCJ#: 1105538**

### MENTAL STATUS EXAMINATION:

The patient was seen at cellside, due to the locked down status of the facility. He was dressed in a prison attire and was unshaven, but adequately clean. He appeared older than his stated age. He was alert, made good eye contact, and was cooperative. Psychomotor activity was calm. Speech was spontaneous, rate was within normal limits. Mood was appropriate to the situation. Affect was congruent with mood, range was reactive. No hallucinations were elicited at this time. Thought content was negative for suicidal or homicidal ideations or intent. He expressed no delusions and unusual thinking. Thought processes were coherent, logical, and goal-directed. Patient is grossly oriented X4. His remote and recent memory is grossly intact. His attention and concentration is intact. His intelligence is estimated to be in the average range. Insight and judgement are good.

### SUMMARY OF FINDINGS:

This patient presents with no prior psychiatric history, until he encountered his legal difficulties and went through the stressors of losing some family members. There is also a history of excessive alcohol use. Currently, there are no abnormalities in cognition, thought content, thought processes, nor evidence of hallucinations. There is no major mood disturbance. I believe that his sleep disturbance is most likely due to the schedule that he is receiving Prozac. It may be too activating for him to receive it at night. Although he has no history of hypertension, his cardiac panel was significantly abnormal and there is a familial history of hypertension and diabetes. Given this patient's age and family history, it is possible that he may have experienced a transient ischemia attack (TIA). This would certainly need to be ruled out. At this time, I see no evidence of suicidal ideations or intent, nor is there a recent past history to indicate that he would be at high risk for engaging in self-injurious behaviors.

### DSM-IV DIAGNOSIS:

| AXIS: | I: | 311. | Depressive Disorder, NOS. |
|---|---|---|---|
| | | 293.9 | R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. |
| AXIS | II: | | Deferred. |
| AXIS | III: | | Chronic Low-Back Pain; R/O Cardiovascular Problems. NKDA. |
| AXIS | IV: | | Problems related to interaction with the legal system: incarceration. |
| | | | Problems due to primary support group: recent death of a family member. |
| AXIS | V: | | GAF: 55. |

### RECOMMENDATIONS/INTERVENTIONS:

Prozac 20 mg. p.o. q. am and Trazodone 100 mg. p.o. q. pm X14 days, then D/C. Discontinue Cogentin and Benadryl. Educated patient regarding side effects, risks, and possible benefits with the use of Prozac and Trazodone. Patient consents and agrees with the treatment plan. I believe that this patient could benefit from the programming in the Mood Disorder Treatment Track to help him learn some coping skills, in order to better plan his future.

**PROGNOSIS:** Uncertain at this time.

**SIGNATURE/DATE:**

*[signature]* MSN RN CS PMH NP 12-5-03
0745
B. Meharry; MSN, RN, CS, PMH-NP/Date
Transcribed: 12-04-03/1612/mlr

Page 3 of 3

Plaintiffs' MSJ Appx. 872

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/03/2003 13:35

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE MENTAL HEALTH SERVICES | SKYVIEW PSYCHIATRIC FACILITY PSYCHOSOCIAL  EVALUATION |
|---|---|

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

IDENTIFYING DATA:

Name: McCollum, Larry Gene
TDCJ#: 1105538
Race: White
DOB: 4-04-53
Age: 50-8
SSNO: Unknown
Admission Date: 12-01-03
Previous Skyview crisis management admissions: 3
Previous inpatient admissions: 0
Current Date: 12-02-03
Examiner: John Yarbrough, SP

REASON FOR REFERRAL:

McCollum is a recent admission to D&E from Skyview crisis management.  The purpose of this report is to assess this individual's current mental status and to provide recommendations for placement, treatment programming, and aftercare planning.  He was previously advised of the limits of confidentiality.  He provided verbal consent for this evaluation on 12-02-03.

CHIEF COMPLAINTS:

"I was depressed, I guess."

McCollum was admitted after reporting that he "was waiting for a ride to his father's funeral."  Hygiene was reportedly decreasing and he was reportedly disoriented.  At Skyview he stated, "I've been a little confused for a couple of months, I guess."  He stated that he was also having trouble with constipation, dry mouth, blurry vision, mild trembling in his hands, and some degree of confusion.  "I try to count the days that I have until I get out.  I get out in January of next year."

PERTINENT MENTAL HEALTH HISTORY:

McCollum arrived on Skyview crisis management on 11-25-03 from the Cole State Jail.  The admitting diagnosis was to "Rule Out Uncomplicated Dementia of the Alzheimer's Type".  He is currently prescribed Prozac 20mg hs, Benadryl 25mg hs, and Cogentin 2mg hs.

Records indicate that McCollum has a history of alcohol abuse since 1983.  He reports treatment in 1987 and has been minimally involved in AA.  He was not treated for depression, however, until about 2001 when he was first incarcerated in the county jail.  While at the McClennan County Jail, he was diagnosed with depression and

HSP-2 (Rev. 12/97)                                              1

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/03/2003 13:35

TEXAS DEPARTMENT OF CRIMINAL JUSTICE     SKYVIEW PSYCHIATRIC FACILITY
MENTAL HEALTH SERVICES     PSYCHOSOCIAL   EVALUATION

OFFENDER NAME: McCollum, Larry Gene     TDCJ#: 1105538

prescribed Zoloft 100mg q am. He was also on HCTZ. It was noted that he weighed 307 pounds while at the McClennan County Jail.

McCollum arrived in TDCJ on 7-01-02. On 7-16-02, while at the Hutchins State Jail, he was given a Personality Assessment Inventory which was consistent with diagnoses of Alcohol Dependence and Depression. He was described as being unhappy and pessimistic. He was given a diagnosis of Depressive Disorder NOS and Alcohol Dependence. He claims that he has been losing weight, and he reports losing about 70 pounds over the past 18 months. He was first sent to Skyview crisis management on 1-10-03, and prior to the current admission, his last time at Skyview was from 1-24-03 to 1-29-03 when he was diagnosed with Recurrent Major Depressive Disorder. He had been referred not because of any overt threats of self-harm, but because staff had noted that he was giving away his property. He was seen throughout the first part of 2003 and seen less frequently from 5-09-03 to 8-18-03. On 8-18-03, while at the Cole Unit, he was referred by security with reports that he was disheveled and had been "hoarding strange objects". This behavior was not further commented upon. He was next seen on 11-24-03 and this time was referred to Skyview on the above complaints.

PERTINENT SOCIAL HISTORY:

According to this patient, he was born in Enid, Oklahoma and raised in a relatively intact family environment. He had a brother who reportedly died in February of 2002 and his father reportedly died two months later, in April of 2002. McCollum reports that he has been divorced since 1983. He has two children, a 27-year-old daughter and a 21-year-old son, who reside in Waco. Upon release from TDCJ, McCollum plans to return to the Waco area. He remains in contact with his family.

McCollum attended school through the twelfth grade and received a high school diploma. He reports that he was in advanced classes from grades nine to eleven. He is able to read and write and records indicate an overall EA score of 8.6. He has no history of military service. He worked as a warehouse forklift operator. He has been able to maintain steady employment.

Records indicate a history of alcohol abuse, which escalated after his 1983 divorce. He also reports use of cocaine and methamphetamines. He reports detox for ten days in 1987. He reports minor involvement with AA. He reported no incident of head trauma or seizure disorder. He was previously treated for hypertension and complains of chronic knee and back pain. He has not been treated for any medical conditions. He denied any food or drug allergies. He reports a family history of cardiac disease and diabetes.

This patient arrived in TDCJ on 7-01-02. He is currently serving a 20-month sentence from McLennan County for charges of theft over $1500.00. This is his first TDCJ incarceration. Although he has forfeited no good time, he has received three recent disciplinary cases for failing to obey orders, on 9-02-03, 10-09-03, and 11-07-03, respectively. He remains Line Class I with a projected release date of 1-12-2004.

2

HSP-2 (Rev. 12/97)

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/03/2003 13:35

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**SKYVIEW PSYCHIATRIC FACILITY**
**PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

MENTAL STATUS EXAMINATION:

McCollum is a 50-year-old white male who appears older than his stated age. He is of average height and overweight in build, 5'8" tall and 218 pounds. Records indicate that he has lost a significant amount of weight since his arrival in TDCJ on 7-01-02. At this time, gait and gross motor control are within normal limits. He was unshaved, but otherwise adequately groomed, dressed in a prison-issued jumpsuit. He was alert and oriented to person, place, situation, and roughly to date. He believed that this was November 25, 2003. He was aware, however, that Thanksgiving had recently passed. He is also aware that he is scheduled for release in about five weeks. Adequate eye contact was maintained.

McCollum's speech was clear, coherent, and goal-directed. No emotional distancing was noted. He is not reporting hallucinatory phenomena and he does not appear to be attending to internal stimuli. No suspiciousness was noted and no delusions were elicited. He reports no disturbance of sleep or appetite. His mood appears euthymic with a reactive affect. At present he denied any self-harm ideation.

This patient appears to be within the average range of intellectual functioning. Records indicate a Beta-3 IQ score of 92. He has an adequate fund of general information and memory functioning appears grossly intact. No distractibility was noted. Insight and judgment appear adequate.

RESULTS OF PSYCHOMETRICS:

McCollum received a score of 29 on the Brief Psychiatric Rating Scale. He presents with mild complaints of depression and a mild degree of anxiety in the absence of overt signs or symptoms of psychosis. These ratings were consistent with those of the Hamilton Rating Scale for depression and indicate a mild degree of impairment.

SUMMARY OF FINDINGS:

Records indicate a lengthy history of alcohol dependence and a history of treatment for anxiety and depression since his incarceration in late 2001. Staff currently complain of some oddities in behavior and some degree of mild confusion. McCollum complains of some confusion and disorientation as well as symptoms which may be related to his anticholinergic regimen. No recent laboratory information is available and he has been referred for further medical evaluation. In line with the current information, a continued provisional diagnosis of Depressive Disorder NOS is appropriate.

DSM-IV DIAGNOSTIC IMPRESSION:

Axis I:          311 Depressive Disorder NOS, provisional.
                 Rule out 995.2 Adverse effects of medication NOS.
Axis II:         V71.09 No diagnosis on Axis II.
Axis III:        Deferred.

3

HSP-2 (Rev. 12/97)

Scanned by SEYMORE, BECKY in facility SKYVIEW on 12/03/2003 13:36

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| **MENTAL HEALTH SERVICES** | **PSYCHOSOCIAL   EVALUATION** |

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

Axis IV:      Psychosocial and environmental stressors: incarceration.
Axis V:       Current GAF = 50

RECOMMENDATIONS/INTERVENTIONS:

McCollum remains on monitoring status in D&E.  He has been referred for medication evaluation and for further medical evaluation to rule out other conditions.  Consult has been made with the treating mid-level practitioner.

SIGNATURE/DATE:

_____          12/3/03 @ 1200

Dictated By: John Yarbrough, SP          12-02-03
Transcribed: 12-03-03/0850/nj

HSP-2 (Rev. 12/97)                              4

Scanned by DIXON, STACEY A in facility SKYVIEW on 12/01/2003 13:07

**UTMB MENTAL HEALTH SERVICES**
**CRISIS MANAGEMENT DISCHARGE SUMMARY**

NAME _McCollum, Larry_   TDCJ# _1105538_   UNIT _SV_
# PRIOR C/M ADMISSIONS _2_   # PRIOR INPATIENT ADMISSIONS _—_   LAST ADMISSION _1/03_
ADMISSION DATE _11.25.03_   UNIT OF ORIGIN (CL) _Cole_   DISCHARGE DATE _12.1.03_

REASON FOR ADMISSION _Pt was "waiting on a ride to go to my daddy's funeral_
_↓ hygiene and disoriented._
PRESENTING SYMPTOMS _Pt c/o feeling depressed and hearing_
_voices._

CURRENT MENTAL STATUS AND RISK ASSESSMENT _Pt was alert and spontaneous although_
_he was oriented in general, he was unaware that the_
_day before was a holiday. Pt seemed to somewhat confused_

DIAGNOSTIC IMPRESSION :   AXIS I   _R/O 290.10_
                          AXIS II _____

RECOMMENDATIONS/PLAN:

☒ ADMIT TO EVALUATION AND DIAGNOSTIC

☐ INITIATE/CONTINUE OUTPATIENT CARE (SPECIFY) _____

☐ OTHER (SPECIFY) _____

CONSULTATION WITH RECEIVING FACILITY MENTAL HEALTH OR MEDICAL STAFF CONDUCTED WITH
(NAME) _Laura McKinnon SP_                          _12.1.03_
CRISIS MANAGEMENT PSYCHOTHERAPIST SIGNATURE        DATE
ADDITIONAL COMMENTS:

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

Mental Health Chain/Transfer Screening

Patient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:    01/08/2004 15:09
Facility:  COLE
Current Medications:
BENZTROPINE MESYLATE 2MG TABS,    1 TABS ORAL(po) QHS
          *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
          *Special Instructions:* EQUI=BENADRYL
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
          *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY


S:      Offender arrived this date from:

        __X__  Psychiatric inpatient/crisis management facility
        _____  _____ (TDCJ facility name)


O:      Review of medical record indicates:

        _____  No current or past mental health treatment; no current mental health acomplaints; no current or past
               suicidal ideations or attempts
        _____  Current mental health treatment
        __X__  History of mental health treatment
        _____  History of suicidal attempts/gestures
        _____  Current suicidal ideation
        _____  Poor hygiene, disorientation, inappropriate behavior and/or thought processes
               treatment and/or self-injurious behavior
               PULHES:  S   3NT_____
               Alert code(s):  2963

A:      Assessment

        _____  No apparent mental health needs at this time
        __X__  Possible mental health needs, non-urgent
        _____  Possible mental health needs, urgent
        _____  Current prescription for psychotropic medications
        _____  Returning from inpatient/crisis management facility

P:      Disposition

        _____  Continue routine in-processing
        __X__  Schedule with mental health clinician   (within 72 hours)
        _____  Schedule immediately with Mental Helath Professional
        _____  Schedule for routine Mental Health evaluation (within 7 days)
        _____  Schedule for psychiatrist/MLP (within 14 days)
        _____  Schedule for ad seg assessment (within 30 days)



        Electronically Signed by BURLESON, BILLY D PsyD on 01/08/2004.
        ##And No Others##

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

atient MH Follow-up

Patient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:    01/08/2004 14:41
Facility:   COLE
Current Medications:
BENZTROPINE MESYLATE 2MG TABS,     1 TABS ORAL(po) QHS
          *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,     1 CAPS ORAL(po) QHS
          *Special Instructions:* EQUI=BENADRYL
PROZAC 20MG CAPS,     1 CAPS ORAL(po) QHS
          *Special Instructions:*   *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY


S:       The   patient   reports: Saw Mr mccoluum on his return from Skyview. MHI had contacted skyview per their request.
Skyview staff wanted MR Mccollum to have a refferal to MHMR as he gets out on 1/12/04. MHL met with patient today who says
he feels better. He is informed to go to the WACO MHMR. He plans to reside with his brother in Waco.


O:       Observations:   poor hyigene but is lucid and on meds. He reports no current major mh issues
         Mental Status:clear currently

A:       Impression:looking forward to going home. plans to follow up with MHMR next week appt made through TACOMI and
MHL sent MH papers from skyview and cole. MHL obtained consent form to send information.


         Referral:
         F/U:
         Schedule Appointment:
         Follow up PRN:   see prn



| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|
| | | | | | |

          Electronically Signed by DORSETT, JON T MED on 01/08/2004.
          ##And No Others##

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

Triage Interview

.ient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:    11/25/2003 09:59
Facility:  COLE
Current Medications:
BENZTROPINE MESYLATE 2MG TABS,    1 TABS ORAL(po) QHS
        *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
        *Special Instructions:* EQUI=BENADRYL
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
        *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY

S:      Patient interviewed to determine urgency of mental health needs.

        Referral Source:
        ☐       Chain screen
        ☐       Sick-call request/I-60
        ☐       Walk-in
        ☒       Referral from:___nursing_____

        Reason for referral: Offender is seen by security putting his hands in the air as if to pull something out of the sky. He is
        also said to have pulled hairs from his chest and chewed on his shirt.

        Offender reports: Saw Mr. McCollum cell-side. He reports that he feels nervous and has been having "twinges" in his
        hands. He is asked by MHL if they are involuntary and he said "yes they have gotten bad every since the doctor put me
        on that other pill". He is asked if he knows his name and where he is as well as MHL's name. He is oriented on all
        spheres. He knows he's from Waco and will get out in Jan and is looking forward to seeing his family especially his
        grandchildren. He plans to live with family when he gets outs. He reports eating fair and sleeping not so good. He has a
        pensive stare and is ill shaven. "I feel nervous and have felt like falling'.  He reports no delusions and is not suicidal. MHL
        contacted Dr. Reddy(see nurse's note dated 11/25/03). Dr. Reddy is informed of the above. Dr. Reddy orders Mr.
        McCollum's Haloperidol stopped due to involuntary handshaking and other symptoms. Dr. Reddy wants MHL to schedule
        Mr. McCollum to see Dr. Reddy on 12/3/03 for FU. MHL relayed information to Mr. McCollum on this date.
        ☒       Discussed limits of confidentiality with offender.   He/she verbalized
                understanding

O:      Mental status/behavioral observations
        Oriented x _4_____
        Appearance and behavior:dissheveled/cooperative
        Speech:soft
        Mood: nervous
        Affect:Pensive
        Thought processes: oriented to place,time,person and abstracts(i.e. future goals etc)
        Thought content: pertains to his meds and "nervous symptoms"
        Cognition:fair
        Suicidal/homicidal ideations:none

A:      ☐       Urgent   mental health needs identified
        ☒       Non-urgent   mental health needs identified
        ☐       No apparent   mental health needs
        ☐       Other:

        Refer to:
        ☐       Psychologist/psychotherapist
        ☒       Psychiatrist/MLP

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

<u>Triage Interview</u>

.ent Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:    11/25/2003 09:59
Facility:   COLE

- ☐        Nurse
- ☐        Other:

- ☐        Return to clinic in _121/3/03_____ for follow-up

- ☐        Follow-up upon request or referral.   Access to care   procedure   explained to
           patient

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|

Electronically Signed by DORSETT, JON T MED on 11/25/2003.
##And No Others##

UTMB MANAGED CARE
MENTAL HEALTH SERVICES

Outpatient Psychiatric Follow-up

Patient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:   11/19/2003 10:14
Facility:  COLE

**Medications:**
DIPHENHYDRAMINE HCL 25MG CAPS,     1 CAPS ORAL(po) QHS
        *Special Instructions:* EQUI=BENADRYL
HALOPERIDOL 5MG TABS,    1 TABS ORAL(po) QHS
        *Special Instructions:* EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE
ABILITY TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO TAKE OR USE EXACTLY AS DIRECTED
PROZAC 20MG CAPS,     1 CAPS ORAL(po) QHS
        *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE
OR OPERATE MACHINERY

**Allergies:**  NO KNOWN ALLERGIES
Most recent vitals from 11/13/2003: BP: 112 / 87 (Standing)  Wt. 192 Lbs. Height   Pulse: 107 (Standing)   Resp.: 18 / min Temp:
97 (Oral)

**CASE SUMMARY**
Problems:
 PRE-SEGREGATION/LOCK-UP PHYSICAL EXAM [V70.51] first observed 11/13/2003 (Active)
BACKACHE [724.5] first observed 07/01/2002 (Active)
MAJOR DEPRESSION, RECURRENT EPISODE [296.3] first observed 07/01/2002 (Active)
HIGH-RISK SEXUAL BEHAVIOR [V69.2] first observed 07/01/2002 (Inactive)
OBESITY NOS [278.00] first observed 07/01/2002 (Inactive)
TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) [011.] first observed 07/01/2002 (Inactive)
VARICELLA WITHOUT MENTION OF COMPLICATION [052.9] first observed 07/01/2002 (Inactive)

S:      The   patient   reports:Seen today for medication renewal.He is doing well.He is functioning well.No more hearing voices.

        Medication effects: good response.
        Medication side effects:Feeling stiff some time
        Medication compliance:Good
        Laboratory results:
        Psychotherapy participation:

O: Cooperative.Mood is euthymic.Affect is appropriate.Oriented x3.Denies any delusion or hallucination.Insight & judgement is
fair.Denies any suicidal or homicidal ideation.

A:      Axis I: Major depression with psychotic Features
        Axis II:Differed
        Axis III:None

P:      Medications: Medication good for 90 days.Exp 09/11/2004

Started Meds:
        BENZTROPINE MESYLATE 2MG TABS          52555067801          11/19/2003 10:32
            1 TABS ORAL(po) QHS
                Special Instructions:Equi=Cogentin. Non-Kop   D/C Benadryl.
        STOP DATE:                     REFILLS: 11
        Psychotherapy:
        Laboratory:
        Referrals:
        Follow-up:RTC 12 weeks.

        The risks, benefits, side effects, and alternatives to _halodal,prozac & cogentin._____ have been discussed and
    the patient agrees.

| Interpreter Used | | Yes | No | Name of interpreter: |
|---|---|---|---|---|

**UTMB MANAGED CARE
MENTAL HEALTH SERVICES**

<u>Outpatient Psychiatric Follow-up</u>

Patient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:   11/19/2003 10:14

cility:  COLE

Electronically Signed by REDDY, SRINIVAS P M.D. on 11/19/2003.
##And No Others##

**Procedures Ordered:**
      MH OP FOLLOW-UP:      major depression, recurrent episode

Scanned by GANTT, DEBRA J in facility COLE on 11/12/2003 14:01

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Mc Collum, /Arry

**TDCJ No.:** 1105538

**Unit:** CC

| Date & Time | Notes |
|---|---|
| 9/20/13 10:40 | On this date Mr. McCollum got a case for poor grooming. McCollum was seen on 9/17/13 & has not delusional & had euthymic affect when he saw Dr. Reddy. Cleared for disciplinary. — Tim Z Dorsett, MHc — |
| 10/14/13 0950 | On this date Mr. McCallum got a case for not getting his hair cut. Cleared for disciplinary — Tim Z Dorsett, MHc — |

**Please sign each entry with status.**

HSM - 1 (Rev. 5/92)

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

Outpatient Psychiatric Follow-up

Patient Name: MCCOLLUM, LARRY G          TDCJ#:1105538          Date:     09/17/2003 08:04
Facility:   COLE
Current Medications:
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
          *Special Instructions:* EQUI=BENADRYL
HALOPERIDOL 5MG TABS,    1 TABS ORAL(po) QHS
          *Special Instructions:* EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY
TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO TAKE OR USE EXACTLY AS DIRECTED
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
          *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY :

S:      The   patient   reports: Seen today for medication renewal .He is doing well with present medication.No more feeling
depressed.He was admitted to SV crisis unit in Jan,2003.No more feeling paranoid

          Medication effects: Good response.
          Medication side effects:None
          Medication compliance:Good
          Laboratory results:WNL.
          Psychotherapy participation:

O: Cooperative.Mood is euthymic.Affect is flat.Oriented x3.Denies any delusion or hallucination.Denies any suicidal or homicidal
ideation.Insight & judgement is fair.


          Axis I: Major Depression With Psychotic features
          Axis II:Differed
          Axis III:None


P:        Medications: D/C previous Haodal ,Benadryl & Prozac.
                        Halodal 5 mg 1 qhs x30 Refill 11
                        Benadryl 25 mg 1 qhs x30 Refill 11
                        Prozac 20 mg 1qhs x30 refill 11
                        ITP & AIMS done


          Psychotherapy:
          Laboratory:
          Referrals:
          Follow-up:RTC 12 weeks

          The risks, benefits, side effects, and alternatives to __MEDICATION._____ have been discussed and the patient
     agrees.

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|

          Electronically Signed by REDDY, SRINIVAS P M.D. on 09/17/2003.
          ##And No Others##


Procedures Ordered:
          BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):          major depression, recurrent episode

Plaintiffs' MSJ Appx. 885

## UTMB MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G          **TDCJ#:** 1105538     **Date:** 11/25/2003 09:29
**Facility:** COLE
    **Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing)   Wt. 192 Lbs. Height   Pulse: 107 (Standing)   Resp.: 18 / min Temp: 97 (Oral)
**Current Medications:**
BENZTROPINE MESYLATE 2MG TABS,    1 TABS ORAL(po) QHS
        *Special Instructions:* EQUI=COGENTIN. NON-KOP   D/C BENADRYL.
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
        *Special Instructions:* EQUI=BENADRYL
HALOPERIDOL 5MG TABS,    1 TABS ORAL(po) QHS
        *Special Instructions:* EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO TAKE OR USE EXACTLY AS DIRECTED
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
        *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY

**Allergies:**  NO KNOWN ALLERGIES
**Today's Problem:**

**Plan is as follows: DC Haldol T O Dr Reddy/DPhillipsRN**

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|

Electronically Signed by PHILLIPS, DEBORAH L R.N. on 11/25/2003.
Electronically Signed by DORSETT, JON T MED on 11/25/2003.
Electronically Signed by REDDY, SRINIVAS P M.D. on 11/25/2003.
##And No Others##

**UTMB MANAGED CARE**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT HEALTH EVALUATION**

**Patient Name:** MCCOLLUM, LARRY G          **TDCJ#:** 1105538     **Date:** 11/13/2003 13:45
**Facility:** COLE
**Vital Signs:** 112 / 87 (Standing)   107 (Standing)  97 (Oral)  192 Lbs.18 / min
**Allergies:** NO KNOWN ALLERGIES
**Current Medications:**
DIPHENHYDRAMINE HCL 25MG CAPS,    1 CAPS ORAL(po) QHS
      *Special Instructions:* EQUI=BENADRYL
HALOPERIDOL 5MG TABS,    1 TABS ORAL(po) QHS
      *Special Instructions:* EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE
ABILITY TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO TAKE OR USE EXACTLY AS DIRECTED
PROZAC 20MG CAPS,    1 CAPS ORAL(po) QHS
      *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY


PRE-SEGREGATION/LOCK-UP PHYSICAL EXAM
    Holds
           Medical
                   No
           Mental Health
                   No
           Mrop
                   No
           Phop
                   No
    Chronic Clinics
           No
           Special Diet
                   No
    Physical Observations
           General Appearance
                   Clean
           Skin
                   Turgor
                           Good
                   Lacerations
                           No
                   Contusions
                           No
                   Brusies
                           No
           Respiratory
                   Breath Sounds
                           Clear
                   Dyspnea
                           No
                   Cough/Congestion
                           No
           Cardiovascular
                   Rhythm
                           Regular
                   Edema
                           No

Plaintiffs' MSJ Appx. 887

**UTMB MANAGED CARE**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT HEALTH EVALUATION**

**Patient Name:** MCCOLLUM, LARRY G          **TDCJ#:** 1105538     **Date:** 11/13/2003 13:45
**cility:** COLE

Chest Pain
No
Bleeding Tendencies
No
Gastrointestinal
Distention
No
Constipation
No
Diarrhea
No
Nausea
No
Vomiting
No
Abdominal Pain
No
Genitourinary
Flank Pain
No
Burning/Frequency Urination
No
Discharge
No
Gyn
Pregnant
Not Applicable
Menses
Not Applicable
Neurological
Headache
No
Dizziness
No
Speech
Normal
Pupils
Equal
Reactive
Left
Right
Psychiatric
Orientation
Person
Yes
Place
Yes
Time
Yes

Plaintiffs' MSJ Appx. 888

**UTMB MANAGED CARE**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT HEALTH EVALUATION**

**Patient Name:** MCCOLLUM, LARRY G          **TDCJ#:** 1105538     **Date:**  11/13/2003 13:45
**Facility:**  COLE

Coherence Of Thought Processes
Organized
Logical
Emotional State
Social
Musculoskeletal Range Of Motion
Upper Extremities
Normal
Lower Extremities
Normal
Cleared For Segregation
Yes
Released To Security
Yes
Medically Cleared For Crisis Management
Yes
Referred For Further Evaluation
No

| Interpreter Used | | Yes | | No | Name of interpreter: | |
|---|---|---|---|---|---|---|

Electronically Signed by FERNANDEZ, GLORIA J L.V.N. on 11/13/2003.
Electronically Signed by BLACK, MARIE B NP on 11/14/2003.
##And No Others##

# Scanned by GANTT, DEBRA J in facility COLE on 11/30/2003 16:07

Z

# TDCJ MANGED CARE
## SOLITARY/PREHEARING FLOW SHEET

| ME: | Mccollum, Larry G | | | | |
|---|---|---|---|---|---|
| TDCJ#: | 1105538 | | | | |
| CELL#: | 619 | | | UNIT: | COLE |

| DATE/TIME | PSYCH STATUS * | ✓ | COMPLAINT/DISPOSITION/ SIGNATURE | HEALTH STATUS * | ✓ | COMPLAINT/DISPOSITION/ SIGNATURE |
|---|---|---|---|---|---|---|
| 11-13-03 | 1315 | | Cleared for Ad Seg | ✓ | | Hernandez |
| 11/14/03 | 8³⁰ | | DPhillips | ✓ | | DPhillips |
| 11/15 | 0700 | ✓ | c Dmueller RN | | ✓ | c Dmueller RN |
| 11-16 | 0700 | ✓ | c Dmueller RN | | ✓ | c Dmueller RN |
| 11-17 | 815 | ✓ | C Gilligan | | | DPhillips |
| 11-18-03 | 0800 | ✓ | Hernandez | | | Hernandez |
| 11/19/03 | 800 | ✓ | DPhillips | | | DPhillips |
| 11/20/03 | 1045 | ✓ | DPhillips | | | DPhillips |
| 11/21/03 | 8⁰⁰ | ✓ | DPhillips | | | DPhillips |
| 11/22 | 0700 | ✓ | Dmueller RN | | | Dmueller RN |
| 11/23 | 0705 | ✓ | Dmueller RN | | | Dmueller RN |
| 11-24-03 | 0700 | | Hernandez | | | Hernandez |
| 11/25/03 | 0800 | | DPhillips | | | DPhillips |
| 11-26-03 | 0700 | | Hernandez | | | Hernandez |
| | | | 11-28-03 Gone to Sky View | | | |

**( * ) Significant Findings**

Significant findings are documented in the health record (HSM-1). Upon completion of solitary/prehearing status, this form will be placed into the health record.

HSM-46 (3/97)

x |||||||||||||||||||||||||||||||||||||||||||||||||||| #

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953       Patient ID: 1716091 Service Date: 11/19/2003 10:25:34

SRINIVAS P. REDDY, M.D.

```
     Rx:    MCCOLLUM,LARRY G
     MRN:   1105538            11/19/2003
 Address:   RT. 3 BOX 888
            BONHAM, TX  75413
   Phone:                      Birth: 04/04/1953              SSN:  464903517


    BENZTROPINE MESYLATE 2MG TABS
     Sig:   1 TABS ORAL(po) BEDTIME
            EQUI=COGENTIN. NON-KOP  D/C BENADRYL.
 Disp. #:   30  TABS                  Refills: 11
            Allow Generic - No product selection indicated

                            Prescription Electronically Signed
                            by SRINIVAS P. REDDY, M.D.
```

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100  Page 1 of 1

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 09/17/2003 08:04:25

SRINIVAS P. REDDY, M.D.

```
      Rx:     MCCOLLUM,LARRY G
      MRN:    1105538              09/17/2003
Address:      RT. 3 BOX 888
              BONHAM, TX  75413
   Phone:                   Birth: 04/04/1953           SSN:  464903517


      HALOPERIDOL 5MG TABS
      Sig:    1 TABS ORAL(po) BEDTIME
              EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IM
              PAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO
              TAKE OR USE EXACTLY AS DIRECTED
 Disp. #:     30  TABS             Refills: 11
              Allow Generic - No product selection indicated


      DIPHENHYDRAMINE HCL 25MG CAPS
      Sig:    1 CAPS ORAL(po) BEDTIME
              EQUI=BENADRYL
 Disp. #:     30  CAPS             Refills: 2
              Allow Generic - No product selection indicated


                          Prescription Electronically Signed
                          by SRINIVAS P. REDDY, M.D.
```

Plaintiffs' MSJ Appx. 892

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100   Page 1 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091 Service Date: 09/17/2003 08:04:25

SRINIVAS P. REDDY, M.D.

```
    Rx:    MCCOLLUM,LARRY G
   MRN:    1105538              09/17/2003
Address:   RT. 3 BOX 888
           BONHAM, TX  75413
  Phone:                 Birth: 04/04/1953          SSN:  464903517


   PROZAC 20MG CAPS
   Sig:    1 CAPS ORAL(po) BEDTIME
            *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE
           LITY TO DRIVE OR OPERATE MACHINERY
Disp. #:   30  CAPS              Refills: 11
           Allow Generic - No product selection indicated

                              Prescription Electronically Signed
                              by SRINIVAS P. REDDY, M.D.
```

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 02/06/2003 09:06:04

UNKNOWN   UNKNOWN,

```
       Rx:    MCCOLLUM,LARRY G
      MRN:    1105538                02/06/2003
  Address:    RT. 3 BOX 888
              BONHAM, TX  75413
    Phone:                 Birth: 04/04/1953           SSN:  464903517

     ZOLOFT 100MG TABS
     Sig:    1 TABS ORAL(po) EVERY MORNING
             TAE 1 CAP AT 1500 X 30 DAYS
  Disp. #:   0  TABS             Refills: 11
             Allow Generic - No product selection indicated


     TOLNAFTATE 1% %
     Sig:    2 % TOPICALLY TWICE DAILY
             FOR EXTERNAL USE ONLY, RESTRICTED FROM UNIT STOCK, VERY IMPORTANT
             O TAKE OR USE THIS EXACTLY AS DIRECTED
             2X DAILYXS 30 DAYS-KOP
  Disp. #:   0  BT                Refills: None
             Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100   Page 1 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 02/06/2003 09:06:04

UNKNOWN   UNKNOWN,

```
    Rx:     MCCOLLUM,LARRY G
    MRN:    1105538              02/06/2003
Address:    RT. 3 BOX 888
            BONHAM, TX  75413
  Phone:                  Birth: 04/04/1953          SSN:  464903517


    NAPROXEN 250MG TABS
    Sig:    1 TABS ORAL(po) TWICE DAILY
            EQUI=NAPROSYN. TAKE WITH FOOD OR MILK, VERY IMPORTANT TO TAKE
            E THIS EXACTLY AS DIRECTED
            1 TAB PO BID X 30 DAYS #60
Disp. #:    0  TABS            Refills: 2
            Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

COLE (CL) 3801 SILO ROAD BONHAM TX 75418 Tel. 9035831100   Page 2 of 2

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091 Service Date: 02/06/2003 08:46:59

UNKNOWN   UNKNOWN,

```
     Rx:     MCCOLLUM,LARRY G
     MRN:    1105538              02/06/2003
 Address:    RT. 3 BOX 888
             BONHAM, TX  75413
   Phone:                  Birth: 04/04/1953          SSN:  464903517

     NORTRIPTYLINE HCL 75MG CAPS
     Sig:    1 CAPS ORAL(po) BEDTIME
             EQUI=AVENTYL, PAMELOR. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINE
             SS, MAY IMPAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY, THIS ST
             RENGTH RESTRICTED FROM UNIT STOCK, VERY IMPORTANT TO TAKE OR USE
             THIS EXACTLY AS DIRECTED
 Disp. #:    0  CAPS                 Refills: 11
             Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

Scanned by GANTT, DEBRA J in facility COLE on 01/13/2004 10:15

JSA8830 /CLM1/HS09        TEXAS DEPARTMENT OF CRIMINAL JUSTICE       09:53:
                      HEALTH SUMMARY FOR CLASSIFICATION          01/09/20

```
NAME: MCCOLLUM,LARRY GENE           DOB: 04/04/1953    P U L H E S
TDCJ#: 01105538   SID#: 03950494    WGT: 290 LBS       -------------
UNIT: B          HOUSING: K1-006    HGT: 0'00"         !3!1!2!1!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                          !E!A!B!A!A!N!
                                                       !P! !P! ! !T!
                                                       -------------
```

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    __ A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY           SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__
    00 D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR SAIP FACILITY?       X YES__

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)            B. BUNK ASSIGNMENT (CHECK ONE)
  X 1. NO RESTRICTION                 X 1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY              __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH     C. ROW ASSIGNMENT (CHECK ONE)
        PATIENT WITH LIKE MEDICAL CONDITION   X 1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY              __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED          __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED     __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY           __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION     __ 18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION 00 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL          00 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING           00 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS       __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANT
    __ 9. NO LIFTING > ___ LBS.        __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    __ 10.NO BENDING AT WAIST          __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING              __ 25.NO WORK AROUND MACHINES WITH MOVING PA
    __ 12.NO CLIMBING              __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING           __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIO
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    __ A. NO RESTRICTION                  00 C. PSYCH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X A. NO RESTRICTION                  __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                 __ D. VAN (SOUTHERN REGION ONLY)

S. REDDY, M.D.      PSYCHIATRI    01/09/2004    _____
PRINTED NAME AND TITLE OF REVIEWER    DATE          SIGNATURE OF REVIEWER

HSM-18(REV.07/01)

                      *ordered*
                      *1/8/04*

Scanned by THOMPSON, MURVEL J in facility SKYVIEW on 12/24/2003 09:08

TEXAS DEPARTMENT OF CRIMINAL JUSTICE                    08:54:21
HEALTH SUMMARY FOR CLASSIFICATION                       12/24/2003

NAME: MCCOLLUM, LARRY GENE          DOB: 04/04/1953       P U L H E S
TDCJ#: 01105538  SID#: 03950494     WGT: 290 LBS         ----------------
UNIT: SV        HOUSING: 5A1-03     HGT: 0'00"           |3|1|2|1|1|4|
JOB: UNASGN MENTAL HEALTH                                |E|A|B²|A|A|P|
                                                         |P| |P| | |T|
                                                         ----------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    __ A. NO RESTRICTION                __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY     __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY        SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
    00 D. PSYCHIATRIC CARE FACILITY     SUITABLE FOR SAIP FACILITY?        X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)            B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY              __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION  X  1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY               __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED          __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED    __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY           __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION    __ 18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION  00 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL            00 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING              00 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS        __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
    __ 9. NO LIFTING > ___ LBS.         __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    __ 10.NO BENDING AT WAIST           __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING                  __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
    __ 12.NO CLIMBING                   __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING               __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    __ A. NO RESTRICTION                00 C. PSYCH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION                __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                 __ D. VAN (SOUTHERN REGION ONLY)

MEHARRY        RNNP        12/24/2003   _____
PRINTED NAME AND TITLE OF REVIEWER  DATE     SIGNATURE OF REVIEWER

HSM-18(REV.07/01)

Scanned by ARNALL, JOY L in facility COLE on 03/16/2004 13:19
...if printed by mivap. (Page 1 of 1)

Scanned by CHAMP, KIMBERLY L in facility COLE on 01/16/2004 08:52

INSTITUTIONAL MANAGEMENT CARE
MEDICAL & MENTAL HEALTH TRANSFER SCREENING

NAME McCollum, Larry    TDCJ: 1105538    ALLERGIES: NKDA

**III. Facility of Assignment Health Screening:** Date: 1-8-04  Time: 0545  Facility: Cole

Current History of treatment for Health Problem or Chronic Condition?  MEDICAL ☐   DENTAL ☐
MENTAL HEALTH ☐   SUBSTANCE ABUSE ☐

If yes, describe: _____

Currently taking any medications? Yes ☑   No ☐          PRINT PASS ATTACHED: Yes ☑   No ☐
Direct Observed Therapy? Yes ☐   No ☑          Keep On Person? Yes ☐   No ☑
Do you have a current health care complaint?    MEDICAL ☐   DENTAL ☐   MENTAL HEALTH ☐

If yes, describe: _____

GENERAL APPEARANCE:   Clean ☑   Dirty ☐   Neat ☑   Sloppy ☐
SKIN:  Cuts: Yes ☐  No ☑        Bruises: Yes ☐   No ☑    Sores: Yes ☐   No ☑
PHYSICAL DEFORMITIES:   Yes ☐   No ☑

If yes, describe: _____

OFFENDER'S PRESENT ORIENTATION:   What is today's date? 1/8/04   Time? 0545
What place is this? Cole

SPEECH: ☑ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other: _____

BEHAVIOR: ☐ Angry   ☐ Crying   ☑ Cooperative   ☐ Happy   ☐ Other: _____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?   Yes ☐   No ☑
HAVE YOU EVER TRIED TO KILL YOURSELF?   Yes ☐   No ☑

OFFENDER SIGNATURE: _Larry McCollum_    DATE: 1-8-04

SCREENER SIGNATURE: _____    DATE: 1-8-04

**IV.    Review of Offender' Health Record**
Date last PPD ☑ CXR ☐ : 7-10-03    X-rays Rec'd: YES ☐ NO ☑    Meds Rec'd YES ☐   NO ☑
Health Problems: _it does per, cron. 2 prog. MH w/d mgt._

| Meds: | | Rec'd | Exp'd | MD Reorder |
|-------|---|-------|-------|------------|
| Fluoxetine 20y - 2 g AM | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diets/Appointments:
MHA for MH on 2-11-04
order schedule needs FOR MH FH

**DISPOSITION OF OFFENDER:**
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:    Routine Follow-up ☐    Emergency Medical Services ☐
Referral to Mental Health:   Routine Follow-up ☑    Emergency Mental Health Services ☐
Referral to Dental:    Routine Follow-up ☐    Emergency Dental Services ☐

Restrictions:   Housing _____
Work   (III) #'s  #69   20   21   Discipline Restrictions:  Yes ☐  No ☑
Nurse Signature/Date/Time _____  1-8-04 / 1415
Physician Physician Extender Signature/Date/Time _____
1-8-04 / 1415

HSN-1 (ACA-Pilot Draft 1/2002)

Scanned by PAGE, CONNIE L in facility COLE on 01/15/2004 15:16

TDCJ CORRECTIONAL MANAGED CARE
MEDICAL & MENTAL HEALTH TRANSFER SCREENING

NAME: McCollum, Larry    TDCJ: 1105538    ALLERGIES: NKDA

**III. Facility of Assignment Health Screening:** Date: 1-8-04  Time: 0945  Facility: Cole

Current History of treatment for Health Problem or Chronic Condition?  MEDICAL ☐      DENTAL ☐
MENTAL HEALTH ☐    SUBSTANCE ABUSE ☐

If yes, describe: _____

Currently taking any medications?  Yes ☑  No ☐        PRINT PASS ATTACHED:  Yes ☑  No ☐
Direct Observed Therapy?  Yes ☐  No ☑        **Keep On Person?**  Yes ☐  No ☑
Do you have a current health care complaint?  MEDICAL ☐   DENTAL ☐   MENTAL HEALTH ☐

If yes, describe: _____

GENERAL APPEARANCE:   Clean ☑   Dirty ☐   Neat ☑   Sloppy ☐
SKIN:  Cuts: Yes ☐  No ☑     Bruises: Yes ☐   No ☑     Sores: Yes ☐   No ☑
PHYSICAL DEFORMITIES:    Yes ☐   No ☑

If yes, describe: _____

OFFENDER'S PRESENT ORIENTATION:    What is today's date? 1/8/04   Time? 0945
        What place is this? Cole

SPEECH: ☑ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other: _____

BEHAVIOR: ☐ Angry   ☐ Crying   ☑ Cooperative   ☐ Happy   ☐ Other: _____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?  Yes ☐   No ☑
HAVE YOU EVER TRIED TO KILL YOURSELF?  Yes ☐   No ☑

OFFENDER SIGNATURE: _Larry McCollum_    DATE: 1-8-04
SCREENER SIGNATURE: _U R Wilson_    DATE: 1-8-04

**IV.    Review of Offender' Health Record**
Date last PPD ☐/CXR ☐: 7-11-03   X-rays Rec'd: YES ☐ NO ☑   Meds Rec'd  YES ☐   NO ☑
Health Problems: _ck back pain, obesity, eye, MH mix need_

| Meds: | | | | |
|---|---|---|---|---|
| Fluoxetine 20y - 2 g AM | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder____ |

Treatments/Special Care/Follow-up/Diets/Appointments:
_PHA Fu ¢ MH ~ 2-11-04_
_Needs Schedule referral FOR MH FU_

**DISPOSITION OF OFFENDER:**
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:    Routine Follow-up ☐    Emergency Medical Services ☐
Referral to Mental Health:    Routine Follow-up ☑    Emergency Mental Health Services ☐
Referral to Dental:    Routine Follow-up ☐    Emergency Dental Services ☐

Restrictions:   Housing _____
        Work  (III) #'s  #19, 20, 21      Discipline Restrictions:   Yes ☐  No ☑
Nurse Signature/Date/Time _____  1-8-04/1430
Physician/Physician Extender Signature/Date/Time _M. Mason RN, cand____
        1-8-04 ¢ 1415

HSN-1 (ACA-Pilot Draft 1/2002)

DISCHARGE PRESCRIPTIONS MANIFEST

TDCJ NO: 01103538   NAME: MCCOLLUM,LARRY GENE                    DATE: 01/07/2004

RX NO: 352500    FLUOXETINE 20MG CAPSULE        QTY:     30    DR. OROCOFSKY,UASAN
         DOSAGE:   TAKE 2 CAPSULES DAILY

*** ALL EX-OFFENDERS ARE RESPONSIBLE FOR THEIR OVERALL CARE AND EXPENSES ***

                INMATE SIGNATURE: _____

                SOCIAL SERVICES WITNESS: _____

Plaintiffs' MSJ Appx. 901

MEDICATION PASS

01/08/2004

NAME: MCCOLLUM,LARRY GENE
HOUSING LOCATION: UNASGN

BED:

C NO.: 01105538
IT:    B

DRUG
FLUOXETINE 20MG CAPSULE
     GIVE 2 TABS=40MG PO QAM X 30 DAYS

PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
OROCOFSKY,VASAN 01/03/04 02/01/04  0  0  00/00/00

Plaintiffs' MSJ Appx. 902





MEDICATION PASS

TDC NO. 01195538                          NAME. MCCOLLUM,LARRY GENE
UNIT.  3Y                    HOUSING LOCATION. 3A1              CELL- 03

DRUG                  PRESCRIBER      START DT EXP DATE RENEW # QUO. FAT
FLUOXETINE 20MG CAPSULE   OROLOFSKY,YASAN 01/03/04 07/01/04  0   0  00/00/00
    GIVE 2 TABS=40MG PO QAM X 30 DAYS



Mc Collum, Larry    ( )                    ( )il
1105538

Page:
Consolidated _____
                                                    Date

## Master Problem List

BY: _____

| No. | Problem Title | Date (1) Onset | Date (2) Active | Resolution of Problem (3) Date, Comment & Initials |
|-----|---------------|----------------|-----------------|------------------------------------------------|
| 1 | T B Class | 7/02 | | |
| 2 | P.E. Due | 7/05 | | |
| 3 | Td Booster Due | Not Given | | |
| 4 | 1112 HIV High Risk Screening Completed  NKA | 4/02  prior | | |
| 5 | Major Depressial Dis Recurring | prior | | |
| 6 | Age | prior | | |
| 7 | Gross obesity | prior | | |
| 8 | Chronic low back pain  Admit to SVCM | prior  01/10/03 | 7/1/02 | (subjective)        85* |
| 9 | Admit to SV c m | 1/24/03 | | |
| | | 4/05.3 | | |
| | TB Class | 7/03 | | |
| | Chemistry dis  Repr. deficiency  Adm to SVCM | T. 2244  11/21/03 | | |
| | | | | |

1. "Date Onset" = Date when Evidence of the problem began.
2. "Date Active" = Date when the problem was recognized or formulated.
3. "Resolution" = Problem no longer considered active if a detailed comment amplifies.   Plaintiff's MSA Appx. 004

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

MTH7775 /SV22/HS06
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION
21
003

NAME: MCCOLLUM,LARRY GENE
TDCJ#: 01105538  SID#: 03950494
UNIT: SV        HOUSING: 5A1-03
JOB: UNASGN MENTAL HEALTH

DOB: 04/04/1953     P U L H E S
WGT: 290 LBS        --------------
HGT: 0'00"          |3|1|2|1|1|4|
                    |E|A|B|A|A|P|
                    |P| |P| | |T|
                    --------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    __ A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY            SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
    00 D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR SAIP FACILITY?       X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)               B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                    X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                  __ 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH     C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION X 1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                   __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __ 1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
    __ 2. PSYCHIATRICALLY UNASSIGNED        __ 16.NO REPETITIVE USE OF HANDS
    __ 3. SEDENTARY WORK ONLY               __ 17.NO WALKING ON WET UNEVEN SURFACES
    __ 4. FOUR HOUR WORK RESTRICTION        __ 18.DO NOT ASSIGN TO MEDICAL
    __ 5. FOUR HOUR LIMITED WORK RESTRICTION 00 19.NO WORK IN DIRECT SUNLIGHT
    __ 6. EXCUSE FROM SCHOOL                00 20.NO TEMPERATURE EXTREMES
    __ 7. LIMITED STANDING                  00 21.NO HUMIDITY EXTREMES
    __ 8. NO WALKING > ___ YARDS            __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
    __ 9. NO LIFTING > ___ LBS.             __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    __ 10.NO BENDING AT WAIST               __ 24.NO WORK REQUIRING SAFETY BOOTS
    __ 11.NO SQUATTING                      __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
    __ 12.NO CLIMBING                       __ 26.NO WORK EXPOSURE TO LOUD NOISES
    __ 13.LIMITED SITTING                   __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
    __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    __ A. NO RESTRICTION                    00 C. PSYCH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION                    __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                     __ D. VAN (SOUTHERN REGION ONLY)

MEHARRY          RNNP          12/24/2003    _____
PRINTED NAME AND TITLE OF REVIEWER    DATE       SIGNATURE OF REVIEWER

HSM-18 (REV.07/01)


SCANNED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY GENE          DOB: 04/04/1953      P U L H E S
TDCJ#: 01105538   SID#: 03950494   WGT: 290 LBS         --------------
UNIT: CL          HOUSING: J1-016  HGT: 6'00"           !3!!!2!!!!!3!
JOB: JC UTILITY WORK SQUAD 05                           !E!A!B!A!A!N!
                                                        !P! !P! ! !T!
                                                        --------------

I.   UNIT OF ASSIGNMENT (CHECK ONE)
     X  A.  NO RESTRICTION
     __ B.  REGIONAL MEDICAL FACILITY            __ E.  BARRIER-FREE FACILITY
     __ C.  EXTENDED CARE FACILITY               __ F.  SINGLE LEVEL FACILITY
     __ D.  PSYCHIATRIC CARE FACILITY            SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
                                                 SUITABLE FOR SAIP FACILITY?          X

II.  HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
     X  1.  NO RESTRICTION                       B. BUNK ASSIGNMENT (CHECK ONE)
     __ 2.  SINGLE CELL ONLY                     X  1.  NO RESTRICTION
     __ 3.  DOUBLE CELL ONLY                     __ 2.  LOWER ONLY
     __ 4.  SPECIAL HOUSING (HOUSING WITH
             PATIENT WITH LIKE MEDICAL CONDITION C. ROW ASSIGNMENT (CHECK ONE)
     __ 5.  CELL BLOCK ONLY                      X  1.  NO RESTRICTION
                                                 __ 2.  GROUND FLOOR ONLY

III  WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
     __ 1.  MEDICALLY UNASSIGNED                 __ 15.NO FOOD SERVICE
     __ 2.  PSYCHIATRICALLY UNASSIGNED           __ 16.NO REPETITIVE USE OF HANDS
     __ 3.  SEDENTARY WORK ONLY                  __ 17.NO WALKING ON WET UNEVEN SURFACE
     __ 4.  FOUR HOUR WORK RESTRICTION           __ 18.DO NOT ASSIGN TO MEDICAL
     __ 5.  FOUR HOUR LIMITED WORK RESTRICTION   __ 19.NO WORK IN DIRECT SUNLIGHT
     __ 6.  EXCUSE FROM SCHOOL                   __ 20.NO TEMPERATURE EXTREMES
     __ 7.  LIMITED STANDING                     __ 21.NO HUMIDITY EXTREMES
     __ 8.  NO WALKING > ___ YARDS               __ 22.NO EXPOSURE TO ENVIRONMENTAL POL.
     __ 9.  NO LIFTING > ___ LBS.                __ 23.NO WORK WITH CHEMICALS OR IRRITA
     __ 10.NO BENDING AT WAIST                   __ 24.NO WORK REQUIRING SAFETY BOOTS
     __ 11.NO SQUATTING                          __ 25.NO WORK AROUND MACHINES WITH MOV
     __ 12.NO CLIMBING                           __ 26.NO WORK EXPOSURE TO LOUD NOISES
     __ 13.LIMITED SITTING                       __ 27.NO WORK REQUIRING COMPLEX INSTRU
     __ 14.NO REACHING OVER SHOULDER

IV.  DISCIPLINARY PROCESS (CHECK ONE)
     __ A.  NO RESTRICTIONS
     00 B.  CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
     __ C.  CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.   INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
     __ A.  NO RESTRICTION                       __ C.  PSYCH REPRESENTATIVE REQUIRED
     __ B.  MEDICAL REPRESENTATIVE REQUIRED

VI.  TRANSPORTATION RESTRICTIONS (CHECK ONE)
     __ A.  NO RESTRICTION                       __ C.  WHEELCHAIR VAN
     __ B.  EMS AMBULANCE                         __ D.  VAN (SOUTHERN REGION ONLY)

NANCY BLACK,CRNP    HEALTH AGT    04/21/2003     _BC_Lamp_nurse_Ned_S_Smith_
NAME,RANK AND TITLE OF REVIEWER       DATE       SIGNATURE OF REVIEWER  13-5-03
                                                                         1100

PCA8830 PCLR1/HS06                     TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                                       HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY GENE                    DOB: 04/04/1953      P D L H E S
TDCJ#: 01105538   SID#: 03950494             WGT: 290 LBS         - - - - - - - -
UNIT: CL         HOUSING: J1-016             HGT: 0'00"           !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                                     !5!A!R!A!A!N!
                                                                  !P! !P! ! !T!
                                                                  - - - - - - - -

I.  UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                      __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY           __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY              SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
   __ D. PSYCHIATRIC CARE FACILITY           SUITABLE FOR SAIP FACILITY?         X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION                      X  1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                    __ 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH       C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION X  1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                     __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __  1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
   __  2. PSYCHIATRICALLY UNASSIGNED        __ 16.NO REPETITIVE USE OF HANDS
   __  3. SEDENTARY WORK ONLY               46 17.NO WALKING ON WET UNEVEN SURFACE
   __  4. FOUR HOUR WORK RESTRICTION        __ 18.DO NOT ASSIGN TO MEDICAL
   __  5. FOUR HOUR LIMITED WORK RESTRICTION __ 19.NO WORK IN DIRECT SUNLIGHT
   __  6. EXCUSE FROM SCHOOL                __ 20.NO TEMPERATURE EXTREMES
   __  7. LIMITED STANDING                  __ 21.NO HUMIDITY EXTREMES
   46  8. NO WALKING > 800 YARDS            __ 22.NO EXPOSURE TO ENVIRONMENTAL POI
   46  9. NO LIFTING > 050 LBS.             __ 23.NO WORK WITH CHEMICALS OR IRRITA
   __ 10. NO BENDING AT WAIST               __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11. NO SQUATTING                      __ 25.NO WORK AROUND MACHINES WITH MOV
   46 12. NO CLIMBING                       __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13. LIMITED SITTING                   __ 27.NO WORK REQUIRING COMPLEX INSTRU
   __ 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   00 B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION                      __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION                      __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                       __ D. VAN (SOUTHERN REGION ONLY)

LARRY PAFF,RN        HEALTH AUT    03/14/2003     _____
PRINTED NAME AND TITLE OF REVIEWER    DATE         SIGNATURE OF REVIEWER

Plaintiffs' MSJ Appx. 907

HSM-18(REV.07/01)

ISA8830 /CLM1/HS09          TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                            HEALTH SUMMARY FOR CLASSIFICATION                    62

NAME: MCCOLLUM,LARRY GENE            DOB: 04/04/1953      P U L H E S
TDCJ#: 01105538  SID#: 03950494      WGT: 290 LBS         ---------------
UNIT: CL    HOUSING: J1-016          HGT: 0'00"           !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                             !E!A!B!A!A!N!
                                                          !P! !P! ! !T!
                                                          ---------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
    X  A. NO RESTRICTION                      __ E. BARRIER-FREE FACILITY
    __ B. REGIONAL MEDICAL FACILITY           __ F. SINGLE LEVEL FACILITY
    __ C. EXTENDED CARE FACILITY              SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?
    __ D. PSYCHIATRIC CARE FACILITY           SUITABLE FOR SAIP FACILITY?

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                  B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                      __ 1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                    60 2. LOWER ONLY
    __ 3. DOUBLE CELL ONLY
    __ 4. SPECIAL HOUSING (HOUSING WITH       C. ROW ASSIGNMENT (CHECK ONE)
          PATIENT WITH LIKE MEDICAL CONDITION X  1. NO RESTRICTION
    __ 5. CELL BLOCK ONLY                     __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __  1. MEDICALLY UNASSIGNED               __ 15. NO FOOD SERVICE
    __  2. PSYCHIATRICALLY UNASSIGNED         __ 16. NO REPETITIVE USE OF HANDS
    __  3. SEDENTARY WORK ONLY                60 17. NO WALKING ON WET UNEVEN SURFACE
    __  4. FOUR HOUR WORK RESTRICTION         __ 18. DO NOT ASSIGN TO MEDICAL
    __  5. FOUR HOUR LIMITED WORK RESTRICTION __ 19. NO WORK IN DIRECT SUNLIGHT
    __  6. EXCUSE FROM SCHOOL                 __ 20. NO TEMPERATURE EXTREMES
    60  7. LIMITED STANDING                   __ 21. NO HUMIDITY EXTREMES
    60  8. NO WALKING > 800 YARDS             __ 22. NO EXPOSURE TO ENVIRONMENTAL PO
    60  9. NO LIFTING > 025 LBS.              __ 23. NO WORK WITH CHEMICALS OR IRRIT
    __ 10. NO BENDING AT WAIST                __ 24. NO WORK REQUIRING SAFETY BOOTS
    __ 11. NO SQUATTING                       __ 25. NO WORK AROUND MACHINES WITH MO
    60 12. NO CLIMBING                        __ 26. NO WORK EXPOSURE TO LOUD NOISES
    __ 13. LIMITED SITTING                    __ 27. NO WORK REQUIRING COMPLEX INSTR
    __ 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
    __ A. NO RESTRICTIONS
    __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
    00 C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
    X  A. NO RESTRICTION                      __ C. PSYCH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION                      __ C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE                       __ D. VAN (SOUTHERN REGION ONLY)

BARRY BAEE, M.D.    HEALTH AUT    02/28/2003    ------------------------
PRINTED NAME AND TITLE OF REVIEWER   DATE          SIGNATURE OF REVIEWER

HSM-13 REV. 07/011

Plaintiffs' MSJ Appx. 908

ISA-TX REV. 07/2011

ISA8830 /CLM1/HS09           TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                             HEALTH SUMMARY FOR CLASSIFICATION              0

   NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953     P U L H E S
   TDCJ#: 01105538  SID#: 03950494       WGT: 290 LBS        --------------
   UNIT: CL        HOUSING: X-11          HGT: 0'00"          !3!1!2!1!1!1!3!
   JOB: JC TRANSIENT                                          !E!A!B!A!A!N!
                                                              !P! !P! ! !T!
                                                              --------------

I.   UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                     __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY          __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY           SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?
   __ D. PSYCHIATRIC CARE FACILITY        SUITABLE FOR SAIP FACILITY?

II.  HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION                     __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                   30 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH     C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION  X  1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                     __ 2. GROUND FLOOR ONLY

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED              __ 15. NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED        __ 16. NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY               30 17. NO WALKING ON WET UNEVEN SURFACE
   __ 4. FOUR HOUR WORK RESTRICTION        __ 18. DO NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION __ 19. NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL                 30 20. NO TEMPERATURE EXTREMES
   30 7. LIMITED STANDING                   00 21. NO HUMIDITY EXTREMES
   30 8. NO WALKING > 800 YARDS             __ 22. NO EXPOSURE TO ENVIRONMENTAL POL
   30 9. NO LIFTING > 025 LBS.              __ 23. NO WORK WITH CHEMICALS OR IRRIT
   __ 10. NO BENDING AT WAIST              __ 24. NO WORK REQUIRING SAFETY BOOTS
   __ 11. NO SQUATTING                     __ 25. NO WORK AROUND MACHINES WITH MOV
   30 12. NO CLIMBING                       __ 26. NO WORK EXPOSURE TO LOUD NOISES
   __ 13. LIMITED SITTING                  __ 27. NO WORK REQUIRING COMPLEX INSTRU
   __ 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   __ A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   00 C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION                     __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION                     __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                      __ D. VAN (SOUTHERN REGION ONLY)

Plaintiffs' MSJ Appx. 909

BILLY D. BURLESON    PSYCH        02/20/2003

JSA8830 /CLM1/HS09                    TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                                       HEALTH SUMMARY FOR CLASSIFICATION

NAME: MCCOLLUM,LARRY GENE              DOB: 04/04/1953         P U L H E S
TDCJ#: 01105538  SID#: 03950494        WGT: 290 LBS          --------------
UNIT: CL        HOUSING: J7-044        HGT: 0'00"            !3!1!2!1!1!3!
JOB: JC UTILITY WORK SQUAD 05                               !E!A!R!A!A!N!
                                                            !P! !P! ! !T!
                                                            --------------

I.  UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                    __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY         __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY            SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?
   __ D. PSYCHIATRIC CARE FACILITY         SUITABLE FOR SAIP FACILITY?

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION                    __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                  30 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH     C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION   X 1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                    __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED              __ 15.NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED        __ 16.NO REPETITIVE USE OF HANDS
   __ 3. SEDENTARY WORK ONLY               30 17.NO WALKING ON WET UNEVEN SURFAC
   __ 4. FOUR HOUR WORK RESTRICTION        __ 18.DO NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION __ 19.NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL                 30 20.NO TEMPERATURE EXTREMES
   30 7. LIMITED STANDING                   00 21.NO HUMIDITY EXTREMES
   30 8. NO WALKING > 800 YARDS            __ 22.NO EXPOSURE TO ENVIRONMENTAL POI
   30 9. NO LIFTING > 025 LBS.             __ 23.NO WORK WITH CHEMICALS OR IRRITA
   __ 10.NO BENDING AT WAIST               __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                      __ 25.NO WORK AROUND MACHINES WITH MOV
   30 12.NO CLIMBING                       __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                   __ 27.NO WORK REQUIRING COMPLEX INSTRU
   __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   X  A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION                    __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION                    __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                     __ D. VAN (SOUTHERN REGION ONLY)

BARRY RAFF, M.D.    HEALTH AUT    01/23/2003   -------------------------------
PRINTED NAME AND TITLE OF REVIEWER    DATE          SIGNATURE OF REVIEWER

HSM-18(REV.07/01)

JSA8830 /CLN1/HS05            TEXAS DEPARTMENT OF CRIMINAL JUSTICE
                             HEALTH SUMMARY FOR CLASSIFICATION              OF

```
   NAME: MCCOLLUM,LARRY GENE          DOB: 04/04/1953      P U L H E S
   TDCJ#: 01105538   SID#: 03950494   WGT: 290 LBS         -------------
   UNIT: CL          HOUSING: J7-044  HGT: 0'00"           !3!1!2!1!1!3!
   JOB: JC UTILITY WORK SQUAD 05                           !E!A!B!A!A!N!
                                                           !P! !P! ! !T!
                                                           -------------
```

I.  UNIT OF ASSIGNMENT (CHECK ONE)
   X  A. NO RESTRICTION                      __ E. BARRIER-FREE FACILITY
   __ B. REGIONAL MEDICAL FACILITY           __ F. SINGLE LEVEL FACILITY
   __ C. EXTENDED CARE FACILITY              SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X
   __ D. PSYCHIATRIC CARE FACILITY           SUITABLE FOR SAIP FACILITY?        X

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                 B. BUNK ASSIGNMENT (CHECK ONE)
   X  1. NO RESTRICTION                         __ 1. NO RESTRICTION
   __ 2. SINGLE CELL ONLY                       00 2. LOWER ONLY
   __ 3. DOUBLE CELL ONLY
   __ 4. SPECIAL HOUSING (HOUSING WITH        C. ROW ASSIGNMENT (CHECK ONE)
         PATIENT WITH LIKE MEDICAL CONDITION    X  1. NO RESTRICTION
   __ 5. CELL BLOCK ONLY                         __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
   __ 1. MEDICALLY UNASSIGNED                  __ 15.NO FOOD SERVICE
   __ 2. PSYCHIATRICALLY UNASSIGNED            __ 16.NO REPETITIVE USE OF HANDS
   3. SEDENTARY WORK ONLY                      00 17.NO WALKING ON WET UNEVEN SURFACE
   __ 4. FOUR HOUR WORK RESTRICTION            __ 18.DO NOT ASSIGN TO MEDICAL
   __ 5. FOUR HOUR LIMITED WORK RESTRICTION    __ 19.NO WORK IN DIRECT SUNLIGHT
   __ 6. EXCUSE FROM SCHOOL                     00 20.NO TEMPERATURE EXTREMES
   00 7. LIMITED STANDING                       00 21.NO HUMIDITY EXTREMES
   00 8. NO WALKING > 800 YARDS                __ 22.NO EXPOSURE TO ENVIRONMENTAL POI
   00 9. NO LIFTING > 025 LBS.                 __ 23.NO WORK WITH CHEMICALS OR IRRITA
   __ 10.NO BENDING AT WAIST                   __ 24.NO WORK REQUIRING SAFETY BOOTS
   __ 11.NO SQUATTING                          __ 25.NO WORK AROUND MACHINES WITH MOV
   00 12.NO CLIMBING                            __ 26.NO WORK EXPOSURE TO LOUD NOISES
   __ 13.LIMITED SITTING                       __ 27.NO WORK REQUIRING COMPLEX INSTRU
   __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
   X  A. NO RESTRICTIONS
   __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY
   __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTIO

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
   X  A. NO RESTRICTION                       __ C. PSYCH REPRESENTATIVE REQUIRED
   __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
   X  A. NO RESTRICTION                       __ C. WHEELCHAIR VAN
   __ B. EMS AMBULANCE                        __ D. VAN (SOUTHERN REGION ONLY)

BARRY RAFF, MD      HEALTH ATH    08/26/2002   -------------------------------
PRINTED NAME AND TITLE OF REVIEWER             SIGNATURE OF REVIEWER

Plaintiffs MSJ Appx 911

HSM-18(REV.07/01)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

ABSTRACT OF IMMUNIZATIONS
TUBERCULIN SKIN TESTS

NAME: _McCollum, Larry_

TDCJ-ID#: _1105538_

UNIT: _____

## MANTOUX P.P.D.

| DATE GIVEN | MFG/LOT # | DATE READ | MILLIMETERS OF INDURATION | SIGNATURE/TITLE |
|---|---|---|---|---|
| 7/2/02 | Parke Life | 7/4/02 | 0 mm | |
| 7/10/02 | 30410 | 7/12/02 | 0 mm | |
| 7/14/03 | 455626-1 | 7/16/03 | 0mm | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TETANUS TOXOID VACCINATION & DIPTHERIA

| DATE GIVEN | MFG/LOT # | DOSE | REACTION | SIGNATURE/TITLE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## TETANUS BOOSTERS

| DATE GIVEN | MFG/LOT # | DOSE | REACTION | SIGNATURE/TITLE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## OTHER VACCINATIONS

| DATE GIVEN | MFG/LOT # | DOSE | TYPE | REACTION | SIGNATURE/TITLE |
|---|---|---|---|---|---|
| 7/2/02 | Eng | | Hep #1 | OK | alexander LVN |
| 5/11/02 | 577 04 | 1cc | | | |
| 10/09/02 | 595 04 | 1cc | | | |

Plaintiffs' MSJ Appx. 914

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# TUBERCULOSIS HISTORY AND CLASSIFICATION

1. Age _40_
2. PPD _____ mm  Date _7/4/02_
3. Chest x-ray:  Within normal limits _____  Abnormal _____  Date _____
4. ___N___ History of previous exposure to TB
   - Name _____  Start Date _____  End Date _____
   - Name _____  Start Date _____  End Date _____
   - Name _____  Start Date _____  End Date _____
5. _____ History of chemoprophylaxis
   - Start date _____  End date _____  # months continuous treatment _____
6. _____ History of chemotherapy
   - Start date _____  End date _____  # months continuous treatment _____
7. _____ Prolonged steroid therapy
8. _____ Prolonged immunosuppressive therapy
9. _____ Reticuloendothelial or hematologic diseases, such as leukemia and/or Hodgkin's Disease
10. _____ Diabetes Mellitus
11. _____ Silicosis
12. _____ Post-gastrectomy or other clinical situations associated with malnourishment
13. _____ Chronic hemodialysis
14. _____ Acute hepatitis
15. _____ HIV seropositive
16. _____ Prior IV drug abuse
17. ___N___ Male to male sexual contact

___✓___ Class O: No TB exposure, not infected
_____ Class 1: TB exposure, no infection
_____ Class 2: TB infection, without disease
_____ Class 3: TB, current disease
_____ Class 4: TB, no current disease
_____ Class 5: TB suspect

INMATE NAME: _McCollum, Larry_

TDCJ-ID #: _1105530_

HSM-17 (Rev. 2/94)

**TDCJ HEALTH SERVICES**
## PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT
## HEALTH EVALUATION

___CL___ FACILITY

**HISTORY FROM MEDICAL RECORD**
OFFENDER NAME __McCOLLUM, LARRY__ TDCJ# __1105538__ DOB __04-04-53__
ALLERGIES: __NKA__ PRESENTLY ON MEDS: (YES) / NO
PUL/HES: P 3EP / L 2BP / 5 3NT / 4HE ALL 1A HOLDS: MED: ___ MENTAL HEALTH: ___ MROP: ___ PHOP: ___
CHRONIC CLINICS: __NONE__
WEIGHT: __236#__ TEMP: __99°__ PULSE: __89__ RESP: __20__ B/P: __154/39__
SPECIAL DIET: __NONE__

---

**CIRCLE APPROPRIATE RESPONSE**

**PHYSICAL OBSERVATIONS**

**GENERAL APPEARANCE**

CLEAN    NEAT    (DIRTY)    DISHEVELED

**SKIN**
1. Turgor                    (Good)/Poor
2. Lacerations               Yes / (No)
3. Contusions        Yes / (No)    Yes / (No)
4. Bruises                    Yes / (No)

**RESPIRATORY**
1. Breath Sounds             (Clear)/Wheezing
2. Dyspnea                   Yes / (No)
3. Cough / Congestion        Yes / (No)

**CARDIOVASCULAR**
1. Rhythm                    (Regular) / Irregular
2. Edema                     Yes / (No)
3. Chest Pain                Yes / (No)
4. Bleeding Tendencies       Yes / (No)

**GASTROINTESTINAL**
1. Distention                Yes / (No)
2. Constipation / Diarrhea   Yes / (No)
3. Nausea / Vomiting         Yes / (No)
4. Abdominal Pain            Yes / (No)

**GENITOURINARY**
1. Flank Pain                Yes / (No)
2. Burning / Frequency Urination   Yes / (No)
3. Discharge                 Yes / (No)

**GYN**
1. Pregnant                  Yes / No  N/A
2. Menses                    Yes / No  N/A

1. Headache/Dizziness                    Yes / (No)
2. Speech                          (Normal) Slurred
3. Pupils                          (Equal)/ Unequal
                                   (Reactive)/Non-Reactive
4. Gait                            (Normal)/Abnormal

**PSYCHIATRIC**
1. Orientation               #   (Person / Place / Time)
2. Coherence of Thought Processes  (Organized) / Disorganized
                                   Logic / Illogical
                                   Obsessive / Delusional
3. Emotional State                 Social Withdrawn
                                   Agitated / Listless
                                   (Anxious) / Fearful
                                   Negative / Childlike
4. Suicide Risk Assessment         suicide threat/ attempt
                                   self mutilation
                                   (no suicideal ideations)

**MUSCULOSKELETAL**
Range of Motion              NO CUFFS
1. Upper Extremities         (Normal)/Limited
2. Lower Extremities         Normal / Limited

**CLEARED FOR SEGREGATION**    (Yes) No
**MEDICALLY CLEARED FOR CRISIS**
**MANAGEMENT**                  Yes / No

REFERRED FOR FURTHER EVALUATION
Mental Health Services _____ M.D. _____

EXAMINER: __J. Hume__ TITLE: __RN__
DATE: __03-22-03__ TIME: __0505__ (AM)/PM

ALL FORMS MUST BE COUNTERSIGNED WITHIN SEVENTY-TWO HOURS.

PHYSICIAN/PHYSICIAN EXTENDER

__3/22__ __1200__
DATE/TIME

**COMMENTS REQUIRED ON ABNORMALITIES:**
- 3" x 1" abrasion ↑ (L) chest
- no bleeding (dried blood to nares)

HSM-14 (Rev. 10/99)

**TDCJ HEALTH SERVICES**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT**
**HEALTH EVALUATION**

_Cole_ _____ FACILITY

**HISTORY FROM MEDICAL RECORD**
OFFENDER NAME _McCollum Janey_ TDCJ# _1105538_ DOB _4-4-53_
ALLERGIES: _NKDA_                                         PRESENTLY ON MEDS: YES / NO
PULHES: _3SP 1AP 2BP 1AP → 3NT_  HOLDS: MED: _Ø_ MENTAL HEALTH: _Ø_ MROP: _Ø_ PHOP: _Ø_
CHRONIC CLINICS: _Ø_
WEIGHT _240_  TEMP: _98_  PULSE: _66_  RESP: _20_  B/P: _149/87_
SPECIAL DIET: _Ø_

---

| **PHYSICAL OBSERVATIONS** | | **CIRCLE APPROPRIATE RESPONSE** | |
| --- | --- | --- | --- |

**PHYSICAL OBSERVATIONS**

1. Headache/Dizziness — Yes / **No**
2. Speech — **Normal** / Slurred
3. Pupils — **Equal** / Unequal — **Reactive**/Non-Reactive
4. Gait — **Normal**/Abnormal

**GENERAL APPEARANCE**

**CLEAN**   **NEAT**   DIRTY   DISHEVELED

**SKIN**
1. Turgor — **Good**/Poor
2. Lacerations — Yes / **No**
3. Contusions — Yes /**No**
4. Bruises — Yes **No**

**PSYCHIATRIC**
1. Orientation — **Person** / **Place** / **Time**
2. Coherence of Thought Processes — **Organized** / Disorganized — **Logic** / Illogical — Obsessive / Delusional
3. Emotional State — Social Withdrawn — Agitated / Listless — **Anxious** / Fearful — Negative / Childlike

**RESPIRATORY**
1. Breath Sounds — **Clear** / Wheezing
2. Dyspnea — Yes / **No**
3. Cough / Congestion — Yes / **No**

4. Suicide Risk Assessment — suicide threat/ attempt — self-mutilation — **no suicidal ideations**

**CARDIOVASCULAR**
1. Rhythm — **Regular** / Irregular
2. Edema — Yes / **No**
3. Chest Pain — Yes / **No**
4. Bleeding Tendencies — Yes / **No**

**MUSCULOSKELETAL**
Range of Motion
1. Upper Extremities — **Normal** / Limited
2. Lower Extremities — **Normal** / Limited

**GASTROINTESTINAL**
1. Distention — Yes / **No**
2. Constipation / Diarrhea — Yes / **No**
3. Nausea / Vomiting — Yes / **No**
4. Abdominal Pain — Yes / **No**

**CLEARED FOR SEGREGATION**
**MEDICALLY CLEARED FOR CRISIS**
**MANAGEMENT**
**Yes**/No

**GENITOURINARY**
1. Flank Pain — Yes / **No**
2. Burning / Frequency Urination — Yes / **No**
3. Discharge — Yes / **No**

**Yes**/No

REFERRED FOR FURTHER EVALUATION
Mental Health Services _____ M.D.

**GYN**
1. Pregnant — Yes / No
2. Menses — Yes / No

EXAMINER _L McQuetter_ TITLE: _RN_
DATE: _2-18-03_  TIME: _1550_  AM/**PM**

ALL FORMS MUST BE COUNTERSIGNED WITHIN SEVENTY-TWO HOURS.

**COMMENTS REQUIRED ON ABNORMALITIES:**
_NONE_

_Marie B. Blanc MD, cor_
PHYSICIAN/PHYSICIAN EXTENDER
_2-19-03: 1320_
DATE/TIME

HSM-14 (Rev. 10/99)

**TDCJ HEALTH SERVICES**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT**
**HEALTH EVALUATION**

_____CL_____ FACILITY

**HISTORY FROM MEDICAL RECORD**
OFFENDER NAME McCollum, LARAY   TDCJ# 1105538   DOB 4-4-53
ALLERGIES: NKA                                    PRESENTLY ON MEDS: (YES) / NO
PULHES: P3EP/4HE 1A/L 26P/SM3NT   HOLDS: MED:____ MENTAL HEALTH:____ MROP:____ PHOP:____
CHRONIC CLINICS:
WEIGHT 248   TEMP: 97.3   PULSE: 90   RESP: 20   B/P 139/87
SPECIAL DIET: NO

| CIRCLE APPROPRIATE RESPONSE | |
|---|---|
| **PHYSICAL OBSERVATIONS** | 1. Headache/Dizziness ... Yes / (No) |
|  | 2. Speech ... (Normal) / Slurred |
| **GENERAL APPEARANCE** | 3. Pupils ... (Equal) / Unequal |
|  | Reactive/Non-Reactive |
| CLEAN   NEAT   (DIRTY)   (DISHEVELED) | 4. Gait ... (Normal) / Abnormal |
| **SKIN** | |
| 1. Turgor ... (Good) / Poor | **PSYCHIATRIC** |
| 2. Lacerations ... Yes /(No) JH | 1. Orientation ... (Person) / (Place) / (Time) |
| 3. Contusions ... Yes /(No) | 2. Coherence of Thought Processes ... Organized / Disorganized |
| 4. Bruises ... Yes /(No) | Logic / (Illogical) |
|  | Obsessive / Delusional |
| **RESPIRATORY** | 3. Emotional State ... (Social Withdrawn) |
| 1. Breath Sounds ... (Clear) / Wheezing | (Agitated) / Listless |
| 2. Dyspnea ... Yes / (No) | (Anxious) / Tearful |
| 3. Cough / Congestion ... Yes /(No) | Negative / (Childlike) |
|  | 4. Suicide Risk Assessment ... (Negative) |
| **CARDIOVASCULAR** | suicide threat/ attempt |
| 1. Rhythm ... (Regular) / Irregular | self-mutilation |
| 2. Edema ... Yes /(No) | (no suicideal ideations) |
| 3. Chest Pain ... Yes /(No) | |
| 4. Bleeding Tendencies ... Yes /(No) | **MUSCULOSKELETAL** |
|  | Range of Motion   cuffs |
| **GASTROINTESTINAL** | 1. Upper Extremities ... Normal /(Limited) |
| 1. Distention ... Yes / (No) | 2. Lower Extremities ... (Normal) / Limited |
| 2. Constipation / Diarrhea ... Yes / (No) | |
| 3. Nausea / Vomiting ... Yes /(No) | **CLEARED FOR SEGREGATION** ... Yes / No |
| 4. Abdominal Pain ... Yes /(No) | **MEDICALLY CLEARED FOR CRISIS** |
|  | **MANAGEMENT** ... (Yes)/ No |
| **GENITOURINARY** | |
| 1. Flank Pain ... Yes /(No) | REFERRED FOR FURTHER EVALUATION |
| 2. Burning / Frequency Urination ... Yes /(No) | Mental Health Services _____ M.D. _____ |
| 3. Discharge ... Yes /(No) | |
|  | EXAMINER: J. Hime   TITLE: RN |
| **GYN** | DATE: 1-24-03   TIME: 1635   AM/(PM) |
| 1. Pregnant ... Yes / No NA | |
| 2. Menses ... Yes / No NA | ALL FORMS MUST BE COUNTERSIGNED WITHIN SEVENTY-TWO HOURS. |

COMMENTS REQUIRED ON ABNORMALITIES:
MAJOR DEPRESSION - DETERIORATION
HEALING SORES TO 5 FINGERTIPS & drainage
or redness

x Marie B. Blalle RW, C2
PHYSICIAN/PHYSICIAN EXTENDER

X912-6 03: 1400
DATE/TIME

HSM-14 (Rev. 10/99)

**TDCJ HEALTH SERVICES**
**PRE-SEGREGATION/PSYCHIATRIC PRE-CRISIS MANAGEMENT**
**HEALTH EVALUATION**

COLE  0934 _____ FACILITY

**HISTORY FROM MEDICAL RECORD**
OFFENDER NAME _McCollum   larry_____ TDCJ# _1105538_ DOB _4-4-53_
ALLERGIES _NKA_____ PRESENTLY ON MEDS: YES / NO
PULHES: _P-3 E p_____ HOLDS: MED: _____ MENTAL HEALTH: ____ MROP: ____ PHOP: ____
CHRONIC CLINICS: _____
WEIGHT _240_   TEMP: _98.2_  PULSE: _96_   RESP: _20_   B/P: _148/100_
SPECIAL DIET: _none_

---

### CIRCLE APPROPRIATE RESPONSE

**PHYSICAL OBSERVATIONS**

**GENERAL APPEARANCE**

CLEAN  (NEAT)  DIRTY  DISHEVELED

**SKIN**
1. Turgor — Good / Poor
2. Lacerations — Yes / No
3. Contusions — Yes / No
4. Bruises — Yes / No

**RESPIRATORY**
1. Breath Sounds — Clear / Wheezing
2. Dyspnea — Yes / No
3. Cough / Congestion — Yes / No

**CARDIOVASCULAR**
1. Rhythm — Regular / Irregular
2. Edema — Yes / No
3. Chest Pain — Yes / No
4. Bleeding Tendencies — Yes / No

**GASTROINTESTINAL**
1. Distention — Yes / No
2. Constipation / Diarrhea — Yes / No
3. Nausea / Vomiting — Yes / No
4. Abdominal Pain — Yes / No

**GENITOURINARY**
1. Flank Pain — Yes / No
2. Burning / Frequency Urination — Yes / No
3. Discharge — Yes / No

**GYN**   N/A
1. Pregnant — Yes / No
2. Menses — Yes / No

1. Headache/Dizziness — Yes / No
2. Speech — Normal / Slurred
3. Pupils — Equal / Unequal — Reactive / Non-Reactive
4. Gait — Normal/Abnormal

**PSYCHIATRIC**
1. Orientation — Person / Place / Time
2. Coherence of Thought Processes — Organized / Disorganized — Logic / Illogical — Obsessive / Delusional
3. Emotional State — Social Withdrawn — Agitated / Listless — Anxious / Fearful — Negative / Childlike
4. Suicide Risk Assessment — suicide threat/ attempt — self-mutilation — no suicidal ideation

"Confused &
off his titles"

**MUSCULOSKELETAL**
Range of Motion
1. Upper Extremities — Normal / Limited
2. Lower Extremities — Normal / Limited

**CLEARED FOR SEGREGATION**            Yes / No
**MEDICALLY CLEARED FOR CRISIS**
**MANAGEMENT**                          Yes / No

REFERRED FOR FURTHER EVALUATION
Mental Health Services _____ M.D. _____

EXAMINER _Berends_  TITLE: _LVN_
DATE: _4-10-03_  TIME: _0935_ AM/PM
ALL FORMS MUST BE COUNTERSIGNED WITHIN SEVENTY-TWO HOURS.

_[signature]_
PHYSICIAN/PHYSICIAN EXTENDER
DATE/TIME _4/10/03 920_

**COMMENTS REQUIRED ON ABNORMALITIES:**
① side tongue lac  1-5-03 —
on 1-6-03 tongue was sutured/Dentist
_____ ____ stitches started c _____
out — mon — area to tongue appears _____

HSM 14 (Rev. 10.99)

Plaintiffs' MSJ Appx. 919
Plaintiffs' MSJ Appx. 920

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

(Patient I.D.)

## REPORT OF PHYSICAL EXAMINATION

OCCUPATION: _____   HT: 70  WT: 290  TEMP: 99.0  PULSE: 98  RESP: 20

| VISUAL ACCUITY RT. 20/__ CORR: to 20/25  LT. 20/__ CORR: to 20/20 | AUDITORY ACCUITY RT. WV__/15 SV__15__  LT. WV__/15 SV__15__ | SCREENING 120/4  SYS:_____  DIAS:_____ | VALIDATION SYS:_____  DIAS:_____ |

**REMARKS** (Vision & Hearing)   No Ho HTN - takn HCTE for edema
Knees, low back                  recent lost 30lb - best feed

| CLINICAL EVALUATION | NOTES: DESCRIBE EVERY ABNORMALITY IN DETAIL. CLARITY IN DESCRIPTION OF CLINICAL PICTURE NEEDED. |
| --- | --- |
| 1. HEAD and NECK | |
| 2. EYES | |
| 3. ENT | |
| 4. DENTAL | |
| 5. CHEST, BREAST | |
| 6. CARDIOVASCULAR | |
| 7. HEMOPOIETIC/LYMPHATIC | |
| 8. ABDOMEN | |
| 9. GASTROINTESTINAL | |
| 10. ENDOCRINE/METABOLIC | |
| 11. NUTRITIONAL | |
| 12. UPPER EXTREMITIES | |
| 13. SPINE | forward bends 90° |
| 14. LOWER EXTREMITIES | no edema |
| 15. SKIN | |
| 16. RECTAL, GU | |
| 17. OB-GYN (PELVIC) | |
| 18. NEUROLOGIC | |
| 19. PSYCHIATRIC | |
| 20. COMMENTS ON AVAILABLE LABORATORY DATA: | |
| 21. COMMENTS ON CURRENT MEDICAL REGIMENS: | |
| 22. OTHERS: | WNL |

| REMARKS: age 49, Gross obesity  chronic low back pain | | P | U | L | H | E | S |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Designators | | 3 | 1 | 2 | 1 | | |
| Codes | | E | A | R | A | | |
| Modifiers | | P | - | P | | | |

PAUL F. MILLS, D.O.

CLINICIAN'S SIGNATURE          DATE: 7-2-02          TIME: 1410

Plaintiffs' MSJ Appx. 920

HSM-4  (Rev. 3/97)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**
**HEALTH SERVICES**

Patient I.D.

# MEDICAL HISTORY

## I. IDENTIFICATION

Occupation _Whse Forklift operator_ Education _12_ Religion _No Denom_

DOB _4-4-53_ County _McLennan_ Previous TDCJ#

## II. FAMILY HISTORY (Father, Mother, Brothers, Sisters)

| WHO? | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. Diabetes _Father_ | ✓ | | 13. Hepatitis or Liver Disease | | ✓ |
| 2. Tuberculosis | | ✓ | 14. Smoker | | ✓ |
| 3. Heart Disease _Father_ | ✓ | | 15. Kidney Disease | | ✓ |
| 4. High Blood Pressure _Father_ | ✓ | | 16. Peptic Ulcers | | |
| 5. Cancer _Father 2 brothers_ | ✓ | | 17. Rheumatism/Arthritis | ✓ | |
| 6. Blood Disease (sickle cell anemia, hemophilia, etc.) | | ✓ | 18. Non Intravenous Drug Abuse/Alcoholism | | ✓ |

## III. PERSONAL HISTORY

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| | | | 19. Intravenous Drug Use | | ✓ |
| 1. Heart Disease/Angina | | ✓ | 20. Glasses/Hearing Aid | ✓ | |
| 2. High Blood Pressure | | ✓ | 21. Sexually Transmitted Diseases | | ✓ |
| 3. Diabetes | | ✓ | 22. Drug Allergies | | ✓ |
| 4. Tuberculosis | | ✓ | 23. Tetanus Immunization DATE: _94_ | ✓ | |
| 5. INH Prophylaxis | | ✓ | 24. Prior HIV Test _Neg 94_ | ✓ | |
| 6. Epilepsy | | ✓ | 25. Homosexual/Bisexual Activities | | |
| 7. Asthma/Emphysema | | ✓ | 26. Unprotected Sex with Multiple Partners | ✓ | |
| 8. Cancer | | ✓ | 27. Other | | |
| 9. Back Injury/Surgery | ✓ | | | | |
| 10. Rheumatic Fever | | ✓ | | | |
| 11 Mental Illness | | ✓ | | | |
| 12. Blood Disease (sickle cell anemia, hemophilia, etc.) | | ✓ | | | |

**OBSTETRIC / GYNECOLOGICAL HISTORY**

1. Date of last menstrual period:
2. Number of pregnancies:
3. Number of live births:
4. Date of last pap smear:
5. Date of last mammogram:
6. History of birth control methods (Pills, IUD, Diaphragm, etc.)

## IV. HISTORY OF HOSPITALIZATIONS / CHRONIC ILLNESSES (Additional space on back)

| Date | Hospital/Physician | Condition/Diagnosis |
|---|---|---|
| | | |
| | | |
| | | |

Date: _7-2-02_

Plaintiffs' MSJ App. 921

Signature of Offender:

Signature of Reviewer:

HSM-3 (Rev 8/98)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SERVICES DIVISION

# RECEIVING SCREENING REPORT

A. NAME _McCollum, Larry_   TDCJ NO. _____

COUNTY _McLennan, CU_   D.O.B. _4-4-53_

B. HAVE YOU EVER BEEN TREATED FOR:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Asthma | YES | NO | 10. Infectious/Communicable Diseases: | | | |
| 2. Heart Trouble | YES | NO | Hepatitis | YES | NO | |
| 3. High Blood Pressure | YES | NO | STD's (Venereal Disease) | YES | NO | |
| 4. Diabetes | YES | NO | HIV (Test) | YES | NO | |
| 5. Seizures | YES | NO | Positive | YES | NO | |
| 6. Drug Addiction | YES | NO | Tuberculosis | YES | NO | |
| 7. Alcoholism | YES | NO | 11. Pregnant | YES | NO | |
| 8. Mental Illness | YES | NO | | | | |
| 9. Allergies | YES | NO | | | | |

C. IF YES TO ANY OF THE ABOVE, GIVE DATE AND TREATMENT RECEIVED:

_____

_____

D. DO YOU HAVE ANY CURRENT MEDICAL OR DENTAL PROBLEMS THAT NEED ATTENTION NOW?   (YES)   NO

IF YES; WHAT: _Knees/Back_

E. HAVE YOU EXPERIENCED ANY OF THESE SYMPTOMS? COUGH, WEAKNESS, WEIGHT LOSS, FEVERS, NIGHT SWEATS, LOSS
OF APPETITE OR LETHARGY?   (YES)   NO

IF YES, WHEN? _States WT ↓ 30lbs in 1 mo_

F. ARE YOU PRESENTLY TAKING OR SUPPOSED TO BE TAKING ANY PRESCRIBED MEDICATIONS?   (YES)   NO

IF YES; WHAT: _Zoloft, HCTZ, + buprofen_

G. IS THERE ANY EVIDENCE OF RECENT PHYSICAL INJURY?   YES   (NO)

IF YES; WHAT: _____

H. HOW WERE THESE INJURIES RECEIVED ACCORDING TO THE PATIENT ?

_____

I. WERE YOU TREATED FOR THESE INJURIES PRIOR TO ADMISSION?   YES   (NO)

IF YES; GIVE LOCATION: _____

J. IS THERE EVIDENCE OR A NEED FOR IMMEDIATE MEDICAL ATTENTION?   YES   (NO)

IF YES; WHAT: _____

K. DOES THE PATIENT DISPLAY INAPPROPRIATE BEHAVIOR?   YES   NO

IF YES; WHAT: _____

L. ARE YOU HAVING ANY THOUGHTS OF SUICIDE OR SELF-INJURY?   YES   NO

M. REFERRED TO:   INFIRMARY _✓_   MENTAL HEALTH _✓_   SECURITY _____

IN ACCORDANCE WITH STATE LAW, IF FUTURE VISITS TO A TDCJ FACILITY HEALTH CLINIC MEETS OFFENDER HEALTH CARE
COPAYMENT CRITERIA, I UNDERSTAND THAT MY TRUST FUND WILL BE CHARGED A $3.00 COPAYMENT FEE. I ALSO
UNDERSTAND THAT I WILL BE PROVIDED ACCESS TO HEALTH SERVICES REGARDLESS OF MY ABILITY TO PAY THIS FEE

PATIENT SIGNATURE: _Larry McCollum_

RECEIVER/SCREENER SIGNATURE: _P. Martin C_   DATE/ TIME: _7-1-03_

HSM-13 Front  (Rev. 11/99)

Plaintiffs' MSJ Appx. 922

# TDCJ HEALTH SERVICES DIVISION
## TREATMENT FLOW SHEET

Offender Name: McCollum A.

MD Orders: Cleanse C #202
Betadine oint to R
side face cover c dsg
W/202

TDCJ# 1105538
Start Date: 3-26-03
Expiration Date: 4-6-03
Frequency: BID
Duration: N/A
MD: Call

709.9

| DATE | TIME | NURSES NOTES |
|------|------|--------------|
| 3-26-03 | 1230 | TTR done — Tran PL |
| 26 | 1800 | tx — S Watkins LVN |
| 3-27 | 1000 | no show no reschedule — Amanda |
| 27 | 1900 | No tx — S Watkins |
| 3-28 | | no show no reschedule — Berman fler |
| 28 | 2030 | no show, no resch — S Watkins LVN |
| 3-29 | | |
| 29 | 1845 | NO show no resched — D Phillips |
| 3-30 | 0805 | Called down - Ø drainage - wound healing - dc Tx   J Hines RN |
| 30 | | |
| 3-31 | | |
| 31 | | |
| 4-1 | | |
| 1 | | |
| 4-2 | | |
| 2 | | |
| 4-3 | | |
| 3 | | |
| 4-5 | | |
| 5 | | |
| 4-6 | | |
| 6 | | |

HSN-42 Front (Rev. 8/01)

Plaintiffs' MSJ Appx. 923

# TDCJ HEALTH SERVICES DIVISION
## TREATMENT FLOW SHEET

Offender Name: McCollum, Larry

TDCJ#: 1105538

MD Orders:

Domeboro ft Siabs Bilat BID

Start Date: 3/12/23
Expiration Date: 3/18/03
Frequency: BID
Duration: X7 days
MD:

N9702 — 709.9

| DATE | TIME | NURSES NOTES |
|------|------|--------------|
| 3/12 | 1820 | TX done as ordered — A Newry CNA |
| 3/13 | 1000 | TX done as ordered — J.S. ~~ RN |
| 3/14 | 1800 | No show, No reach Watkins |
|      | 2100 | deferred/Re schedule. S.Watkins LVN |
| 3/15 | 1040 | foot soak as ordered x20min A Newry CNA |
|      | 1520 | TX done as ordered — J. Hime RN |
| 3/16 | 1000 | TX done as ordered — BSigler RN |
|      | 1600 | TX done as ordered — S ~~ |
| 3/17 | 1015 | tx per order — ~~ |
|      | 1715 | TX per order — ~~ |
| 3/18 | 1000 | tx per order — OPhillips |
| 3/19 |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |
|      |      | |

HSN-42 Front (Rev. 8/01)

Plaintiffs' MSJ Appx. 924

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: _McCollum, Larry C._          TDCJ # _110.5538_     UNIT: _5V_

CHECK THE APPROPRIATE TYPE:

___✓ CRISIS MANAGEMENT  ___ PSYCHOLOGICAL OBSERV.  ___ SECLUSION ___ RESTRAINT

DATE & TIME BEGUN _1/10/03   1403_

ITEMS ALLOWED: (Check appropriate boxes)

___ CLOTHING
___ UNDERGARMENTS ONLY
_✓_ SUICIDE BLANKET
___ MATTRESS
___ PILLOW

___ REGULAR TRAY
___ PAPER TRAY
_✓_ SACK LUNCH
_✓_ OTHER (Specify): _Paper Gown_

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | | | |
| 2. | Yelling, screaming | 7:00 | 3:00 | 11:00 |
| 3. | Crying | 7:15 | 3:15 | 11:15 |
| 4. | Laughing | 7:30 | 3:30 | 11:30 |
| 5. | Singing | 7:45 | 3:45 | 11:45 |
| 6. | Mumbling | 8:00 | 4:00 | 12:00 |
| 7. | Talking to self | 8:15 | 4:15 | 12:15 |
| 8. | Talking to others | 8:30 | 4:30 | 12:30 |
| 9. | Standing still | 8:45 | 4:45 | 12:45 |
| 10. | Walking | 9:00 | 5:00 | 1:00 |
| 11. | Sitting or lying | 9:15 | 5:15 | 1:15 |
| 12. | Quiet | 9:30 | 5:30 | 1:30 |
| 13. | Sleeping | 9:45 | 5:45 | 1:45 |
| 14. | Meals/fluids | 10:00 | 6:00 | 2:00 |
| 15. | Bath/shower | 10:15 | 6:15 | 2:15 |
| 16. | Toilet | 10:30 | 6:30 | 2:30 |
| 17. | Restraints loosened | 10:45 | 6:45 | 2:45 |
| 18. | Range of motion | 11:00 | 7:00 | 3:00 |
| 19. | Out-of-cell | 11:15 | 7:15 | 3:15 |
| 20. | | 11:30 | 7:30 | 3:30 |
| 21. | | 11:45 | 7:45 | 3:45 |
| | | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

PRINTED NAME          INITIALS

_C Adams LVN C_          _CA_
_S callover_            _PS_
_Kellom_               _LK_
_W Solomon_            _WS_
_R Dillard_            _RD_
Black
_M Sexton COII_       _MS_
_J Curtis RN_         _JC_

HSP-5 (Rev. 12/97)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: _McCollum_   TDCJ # _1105538_   UNIT: _SV_

CHECK THE APPROPRIATE TYPE:
___ CRISIS MANAGEMENT   ___ PSYCHOLOGICAL OBSERV.   ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN _1-13-03/0700_

ITEMS ALLOWED: (Check appropriate boxes)

___CLOTHING                         ___ REGULAR TRAY
___UNDERGARMENTS ONLY               ___ PAPER TRAY
_✓_SUICIDE BLANKET                  _✓_SACK LUNCH
___MATTRESS                         ___ OTHER (Specify) : _____
___PILLOW

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | | | |
| 2. | Yelling, screaming | 7:00 _11 LW_ | 3:00 _11L_ | 11:00 _11 y_ |
| 3. | Crying | 7:15 _11 LW_ | 3:15 _11 y_ | 11:15 _11 y_ |
| 4. | Laughing | 7:30 _11 CW_ | 3:30 _11 y_ | 11:30 _11 y_ |
| 5. | Singing | 7:45 _11 LW_ | 3:45 _11 y_ | 11:45 _11 y_ |
| 6. | Mumbling | 8:00 _11 LW_ | 4:00 _1W_ | 12:00 _10 y_ |
| 7. | Talking to self | 8:15 _11 LW_ | 4:15 _11 D_ | 12:15 _11 y_ |
| 8. | Talking to others | 8:30 _10 CW_ | 4:30 _11 y_ | 12:30 _11 y_ |
| 9. | Standing still | 8:45 _9 CW_ | 4:45 _14 D_ | 12:45 _11 y_ |
| 10. | Walking | 9:00 _9 CW_ | 5:00 _11 y_ | 1:00 _21 y_ |
| 11. | Sitting or lying | 9:15 _15 LW_ | 5:15 _11 y_ | 1:15 _11 y_ |
| 12. | Quiet | 9:30 _11 CW_ | 5:30 _11 y_ | 1:30 _11 y_ |
| 13. | Sleeping | 9:45 _9 CW_ | 5:45 _11 y_ | 1:45 _11 y_ |
| 14. | Meals/fluids | 10:00 _19 LW_ | 6:00 _11 y_ | 2:00 _11 y_ |
| 15. | Bath/shower | 10:15 _19 LW_ | 6:15 _19 y_ | 2:15 _11 y_ |
| 16. | Toilet | 10:30 _19 LW_ | 6:30 _11 y_ | 2:30 _11 y_ |
| 17. | Restraints loosened | 10:45 _9-19 W_ | 6:45 _11 y_ | 2:45 _11 y_ |
| 18. | Range of motion | 11:00 _11 LW_ | 7:00 _11 T_ | 3:00 _11 y_ |
| 19. | Out-of-cell | 11:15 _11 L_ | 7:15 _11 T_ | 3:15 _11 y_ |
| 20. | _Nga Kourds_ | 11:30 _11 L_ | 7:30 _11 T_ | 3:30 _11 y_ |
| 21. | _Pulled out to clean cell_ | 11:45 _11 L y_ | 7:45 _11 R_ | 3:45 _11 y_ |
| | | 12:00 _11 LW_ | 8:00 _11 T_ | 4:00 _11 y_ |
| | | 12:15 _11 LW_ | 8:15 _11 T_ | 4:15 _11 y_ |
| | | 12:30 _11 LW_ | 8:30 _11 y_ | 4:30 _11 y_ |
| | | 12:45 _11 LW_ | 8:45 _11 y_ | 4:45 _11 y_ |
| | | 1:00 _11 CW_ | 9:00 _11 y_ | 5:00 _11 y_ |
| | | 1:15 _11 CW_ | 9:15 _11 y_ | 5:15 _11 y_ |
| | | 1:30 _11 LW_ | 9:30 _11 y_ | 5:30 _11 y_ |
| | | 1:45 _11 CW_ _11 M_ | 9:45 _11_ | 5:45 _11 y_ |
| | | 2:00 _11 W_ | 10:00 _11 y_ | 6:00 |
| | | 2:15 _11_ | 10:15 _11 y_ | 6:15 |
| | | 2:30 _11_ _(R0)_ | 10:30 _11 y_ | 6:30 |
| | | 2:45 _11_ | 10:45 _11 y_ | 6:45 |

PRINTED NAME                        INITIALS
_C Willis_                          _CW_
_Tovy/_                             _H_
_Stewart/h_                         _/_
_K___l_                             _/_

HSP-5 (Rev. 12/97)



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: _M<sup>c</sup> Collum,Larry_     TDCJ # _1105538_     UNIT: _D-202_

CHECK THE APPROPRIATE TYPE:

___ CRISIS MANAGEMENT   ___ PSYCHOLOGICAL OBSERV.   ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN _1-15-03_

ITEMS ALLOWED: (Check appropriate boxes)

___CLOTHING                         ___ REGULAR TRAY
___UNDERGARMENTS ONLY               ___ PAPER TRAY
___SUICIDE BLANKET                  ___ SACK LUNCH
___MATTRESS                         ___ OTHER (Specify) : _____
___PILLOW                           _____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 _11A_ | 3:00 ___ | 11:00 ___ |
| 2. | Yelling, screaming | 7:15 _11B_ | 3:15 ___ | 11:15 ___ |
| 3. | Crying | 7:30 _11B_ | 3:30 ___ | 11:30 ___ |
| 4. | Laughing | 7:45 _11A_ | 3:45 ___ | 11:45 ___ |
| 5. | Singing | 8:00 _11B_ | 4:00 ___ | 12:00 ___ |
| 6. | Mumbling | 8:15 ___ | 4:15 ___ | 12:15 ___ |
| 7. | Talking to self | 8:30 ___ | 4:30 ___ | 12:30 ___ |
| 8. | Talking to others | 8:45 ___ | 4:45 ___ | 12:45 ___ |
| 9. | Standing still | 9:00 ___ | 5:00 ___ | 1:00 ___ |
| 10. | Walking | 9:15 ___ | 5:15 ___ | 1:15 ___ |
| 11. | Sitting or lying | 9:30 ___ | 5:30 ___ | 1:30 ___ |
| 12. | Quiet | 9:45 ___ | 5:45 ___ | 1:45 ___ |
| 13. | Sleeping | 10:00 ___ | 6:00 ___ | 2:00 ___ |
| 14. | Meals/fluids | 10:15 ___ | 6:15 ___ | 2:15 ___ |
| 15. | Bath/shower | 10:30 ___ | 6:30 ___ | 2:30 ___ |
| 16. | Toilet | 10:45 ___ | 6:45 ___ | 2:45 ___ |
| 17. | Restraints loosened | 11:00 ___ | 7:00 ___ | 3:00 ___ |
| 18. | Range of motion | 11:15 ___ | 7:15 ___ | 3:15 ___ |
| 19. | Out-of-cell | 11:30 ___ | 7:30 ___ | 3:30 ___ |
| 20. | _____ | 11:45 ___ | 7:45 ___ | 3:45 ___ |
| 21. | _____ | 12:00 ___ | 8:00 ___ | 4:00 ___ |
| | | 12:15 ___ | 8:15 ___ | 4:15 ___ |
| | | 12:30 ___ | 8:30 ___ | 4:30 ___ |
| | | 12:45 ___ | 8:45 ___ | 4:45 ___ |
| | | 1:00 ___ | 9:00 ___ | 5:00 ___ |
| | | 1:15 ___ | 9:15 ___ | 5:15 ___ |
| | | 1:30 ___ | 9:30 ___ | 5:30 ___ |
| | | 1:45 ___ | 9:45 ___ | 5:45 ___ |
| | | 2:00 ___ | 10:00 ___ | 6:00 ___ |
| | | 2:15 ___ | 10:15 ___ | 6:15 ___ |
| | | 2:30 ___ | 10:30 ___ | 6:30 ___ |
| | | 2:45 ___ | 10:45 ___ | 6:45 ___ |

PRINTED NAME _G.Wo_     INITIALS _A_

_____ _____
_____ _____
_____ _____

HSP-5 (Rev. 12/97)

# TDCJ MANAGED CARE
## SOLITARY/PREHEARING FLOW SHEET

*Transient*
*LID*

NAME: Mc Colleum Larry

TDCJ#: 1105538

CELL#: K-11            UNIT: CO

| DATE/TIME | PSYCH STATUS * ✓ | COMPLAINT/DISPOSITION/ SIGNATURE | HEALTH STATUS * ✓ | COMPLAINT/DISPOSITION/ SIGNATURE |
|---|---|---|---|---|
| 2-18-03 1540 | ✓ | Cleared for ad-seg | ✓ | Alexander |
| 2-19-03 0630 | | Alexander D Phillips Rn | | Alexander D Phillips Rn |
| 2/20/03 815 | ✓ | D Phillips Rn | | D Phillips Rn |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

( * ) Significant Findings                                    ( ✓ ) No Significant Findings

Significant findings are documented in the health record (HSM-III). Upon completion of solitary/prehearing status, this form will be placed into the health record.

HSN-46 (3/97) Front

*0700*

## TDCJ HEALTH SERVICES DIVISION
### Vital Sign & Weight Flow Sheet

NAME: McCallum, Larry   TDCJ # 11 0353 ?   FACILITY:

MD ORDER: B/P BID X 3 d,   START DATE: 1/24   EXP DATE: 1/29/0³

| DATE/TIME | B/P | SITE | POSITION | PULSE | WEIGHT | RESPIRATION | SIGNATURE |
|---|---|---|---|---|---|---|---|
| 1/24/03 | 134/97 | 97² | | 101 | 247 | 20 | A. Ramey |
| 1/24/03 2340 | 144 | 97 | | 87 | | 20 | Olson |
| 1-25-03 0700 | 136/80 | | | 86 | | 96 5-20 | Hallonen |
| 1-25 03 | 147/84 | 98.0 | | 89 | | | RChapman CMA |
| 1/27/03 0800 | 133/79 | 95⁰ | | 82 | | 18 | Hadden |
| 1-29-03 0700 | 138/82 | | | 74 | | 95 5-20 | Hallonen |
| | | | Marie M. Moore RN, CNP | | | | |
| | | | 2-6-03: 1400 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

HSN-43 Front (rev. 8/01)

 

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: McCollum    TDCJ # 1105538    UNIT: 5D-210

CHECK THE APPROPRIATE TYPE:
___✓___ CRISIS MANAGEMENT ___ PSYCHOLOGICAL OBSERV. ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN 1-25-03 @ 0700

ITEMS ALLOWED: (Check appropriate boxes)
___CLOTHING                          ___ REGULAR TRAY
___✓UNDERGARMENTS ONLY              ___ PAPER TRAY
___SUICIDE BLANKET                   ___✓SACK LUNCH
___✓MATTRESS                         ___ OTHER (Specify) : _____
___PILLOW                            _____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| 11. | Sitting or lying | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | Neurols. | 11:45 | 7:45 | 3:45 |
| 21. | Vitals | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

| PRINTED NAME | INITIALS |
|---|---|
| Thompson | JT |
| Scalloneu | BS |
| A Poston CO S | PS |
| C Adamski C | CA |
| W Coleman | WS |
| G. Wilson coIII | GV |
| J Curtis RN | JC |
| Collins | |

HSP-5 (Rev. 12/97)

 

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### MENTAL HEALTH SERVICES

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: M'Collum Larry                    TDCJ # 1165538          UNIT: 5D-216

CHECK THE APPROPRIATE TYPE:
✓ CRISIS MANAGEMENT    ___ PSYCHOLOGICAL OBSERV.    ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN  01-21-63 @ 7:60

ITEMS ALLOWED: (Check appropriate boxes)
✓ CLOTHING                           ___ REGULAR TRAY
___ UNDERGARMENTS ONLY               ___ PAPER TRAY
✓ SUICIDE BLANKET                    ✓ SACK LUNCH
✓ MATTRESS                           ___ OTHER (Specify) : _____
___ PILLOW

CODE EXPLANATION

1. Beating on door/wall
2. Yelling, screaming
3. Crying
4. Laughing
5. Singing
6. Mumbling
7. Talking to self
8. Talking to others
9. Standing still
10. Walking
11. Sitting or lying
12. Quiet
13. Sleeping
14. Meals/fluids
15. Bath/shower
16. Toilet
17. Restraints loosened
18. Range of motion
19. Out-of-cell
20.
21.

| PRINTED NAME | INITIALS |
|---|---|
| M'Clain | |
| | |
| Hayes | RH |
| Thompson | |
| Dearman | DK |
| Stewart/Berry | CB |
| William | |

HSP-5 (Rev. 12/97)

TIME OF VISUAL CHECK

| 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
|---|---|---|
| 7:00 | 3:00 | 11:00 |
| 7:15 | 3:15 | 11:15 |
| 7:30 | 3:30 | 11:30 |
| 7:45 | 3:45 | 11:45 |
| 8:00 | 4:00 | 12:00 |
| 8:15 | 4:15 | 12:15 |
| 8:30 | 4:30 | 12:30 |
| 8:45 | 4:45 | 12:45 |
| 9:00 | 5:00 | 1:00 |
| 9:15 | 5:15 | 1:15 |
| 9:30 | 5:30 | 1:30 |
| 9:45 | 5:45 | 1:45 |
| 10:00 | 6:00 | 2:00 |
| 10:15 | 6:15 | 2:15 |
| 10:30 | 6:30 | 2:30 |
| 10:45 | 6:45 | 2:45 |
| 11:00 | 7:00 | 3:00 |
| 11:15 | 7:15 | 3:15 |
| 11:30 | 7:30 | 3:30 |
| 11:45 | 7:45 | 3:45 |
| 12:00 | 8:00 | 4:00 |
| 12:15 | 8:15 | 4:15 |
| 12:30 | 8:30 | 4:30 |
| 12:45 | 8:45 | 4:45 |
| 1:00 | 9:00 | 5:00 |
| 1:15 | 9:15 | 5:15 |
| 1:30 | 9:30 | 5:30 |
| 1:45 | 9:45 | 5:45 |
| 2:00 | 10:00 | 6:00 |
| 2:15 | 10:15 | 6:15 |
| 2:30 | 10:30 | 6:30 |
| 2:45 | 10:45 | 6:45 |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION,
SECLUSION OR RESTRAINT**

NAME: McCollum Larry                    TDCJ # 1105538        UNIT: 5D-210
CHECK THE APPROPRIATE TYPE:
_✓_ CRISIS MANAGEMENT ____ PSYCHOLOGICAL OBSERV. ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN 01-29-03 @ 700
ITEMS ALLOWED: (Check appropriate boxes)
_✓_ CLOTHING                              ____ REGULAR TRAY
____ UNDERGARMENTS ONLY              _✓_ PAPER TRAY
_✓_ SUICIDE BLANKET                      ____ SACK LUNCH
_✓_ MATTRESS                               ____ OTHER (Specify) : _____
____ PILLOW                                  _____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 JLKH | 3:00 ___ | 11:00 ___ |
| 2. | Yelling, screaming | 7:15 20 KH | 3:15 ___ | 11:15 ___ |
| 3. | Crying | 7:30 JL | 3:30 ___ | 11:30 ___ |
| 4. | Laughing | 7:45 JLKH | 3:45 ___ | 11:45 ___ |
| 5. | Singing | 8:00 JLKH | 4:00 ___ | 12:00 ___ |
| 6. | Mumbling | 8:15 JLKH | 4:15 ___ | 12:15 ___ |
| 7. | Talking to self | 8:30 JLKH | 4:30 ___ | 12:30 ___ |
| 8. | Talking to others | 8:45 JL | 4:45 ___ | 12:45 ___ |
| 9. | Standing still | 9:00 JL | 5:00 ___ | 1:00 ___ |
| 10. | Walking | 9:15 JLKH | 5:15 ___ | 1:15 ___ |
| 11. | Sitting or lying | 9:30 9KH | 5:30 ___ | 1:30 ___ |
| 12. | Quiet | 9:45 JL | 5:45 ___ | 1:45 ___ |
| 13. | Sleeping | 10:00 9KH | 6:00 ___ | 2:00 ___ |
| 14. | Meals/fluids | 10:15 ___ | 6:15 ___ | 2:15 ___ |
| 15. | Bath/shower | 10:30 ___ | 6:30 ___ | 2:30 ___ |
| 16. | Toilet | 10:45 ___ | 6:45 ___ | 2:45 ___ |
| 17. | Restraints loosened | 11:00 ___ | 7:00 ___ | 3:00 ___ |
| 18. | Range of motion | 11:15 ___ | 7:15 ___ | 3:15 ___ |
| 19. | Out-of-cell | 11:30 ___ | 7:30 ___ | 3:30 ___ |
| 20. | Meds | 11:45 ___ | 7:45 ___ | 3:45 ___ |
| 21. | | 12:00 ___ | 8:00 ___ | 4:00 ___ |
| | | 12:15 ___ | 8:15 ___ | 4:15 ___ |
| | | 12:30 ___ | 8:30 ___ | 4:30 ___ |
| | | 12:45 ___ | 8:45 ___ | 4:45 ___ |
| | | 1:00 ___ | 9:00 ___ | 5:00 ___ |
| | | 1:15 ___ | 9:15 ___ | 5:15 ___ |
| | | 1:30 ___ | 9:30 ___ | 5:30 ___ |
| | | 1:45 ___ | 9:45 ___ | 5:45 ___ |
| | | 2:00 ___ | 10:00 ___ | 6:00 ___ |
| | | 2:15 ___ | 10:15 ___ | 6:15 ___ |
| | | 2:30 ___ | 10:30 ___ | 6:30 ___ |
| | | 2:45 ___ | 10:45 ___ | 6:45 ___ |

PRINTED NAME                INITIALS
Hayes                           KH
Giblin                           JL

HSP-5 (Rev. 12/97)

## TDCJ HEALTH SERVICES DIVISION
### Vital Sign & Weight Flow Sheet

NAME: _McCollum Larry Gene_   TDCJ# _1105538_   FACILITY: _SV_

MD ORDER: _VS q shift x24° then q d X 3_   START DATE: _04/10/03_   EXP DATE: _1/14/03_

| DATE/TIME | B/P | temp SITE | POSITION | PULSE | WEIGHT | RESPIRATION | SIGNATURE |
|---|---|---|---|---|---|---|---|
| 04/10/03 1915 | 120/8 8 | 96⁸ | LAS | 122 | 248/68¼ | 18 | Adams RN C |
| 1/10/03 1705 | | | Refuse | | | | Onu |
| 1-11-03 0700 | 124/86 | | | 98 | | 96 7-20 | R Walton |
| 11-03 0745 | 146/84 | 98.4 | standing | 122 | — | 20 | PH Hudson |
| ERROR wrong chart PHudson | | | | | | | |
| 1/11/03 | | refused | V/S | | | | Keller |
| 1/12/03 30/00 | 137/98 | 95.9 | | 104 | | 20 | Keller |
| 1/13/03 1630 | Refuse | 97.2 | | Refuse | | | M Sanchez RN |
| 1-14-03 1500 | 141/58 | 98 | | 80 | | 20 | J Thomas |
| | Mann M. Mann RN, cal 2-6-03: 1400 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

HSN-43 Front (rev. 8/01)

Plaintiffs' MSJ Appx. 933

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 189-163-2664-0 | S | DA | COMPLETE | Page #:   1 |

### ADDITIONAL INFORMATION

FASTING: N
DOB: 4/04/1953

LV,2ST

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCOLLUM,LARRY | M | 49  /  3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/08/2002 | 8:17 | 7/08/2002 | 7/09/2002 | 16:19 | 4463 |

**CLINICAL INFORMATION**
CD- 83044226254

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| MILLS  P | 1105538 |

ACCOUNT: TDCJ-HUTCHINS
HUTCHINS UNIT.
1500 E. LANGDON
DALLAS          TX  75241-0000
ACCOUNT NUMBER:   42344813

| | TEST | RESULT | LIMITS | LAB |
|---|---|---|---|---|
| | CMP12+LP+6AC | | | |
| | CHEMISTRIES | | | DA |
| > | Glucose, Serum | 59 L      mg/dL | 65  -  109 | DA |
| > | Uric Acid, Serum | 9.2H      mg/dL | 2.4 -  8.2 | DA |
| | **Verified by repeat analysis** | | | |
| | BUN | 16        mg/dL | 5  -  26 | DA |
| | Creatinine, Serum | .9        mg/dL | .5 -  1.5 | DA |
| | BUN/Creatinine Ratio | 17 | | |
| | Sodium, Serum | 143       mmol/L | 135  -  148 | DA |
| | Potassium, Serum | 3.6       mmol/L | 3.5 -  5.5 | DA |
| > | Chloride, Serum | 111 H     mmol/L | 96  -  109 | DA |
| | Calcium, Serum | 8.9       mg/dL | 8.5 -  10.6 | DA |
| | Phosphorus, Serum | 3.9       mg/dL | 2.5 -  4.5 | DA |
| | Protein, Total, Serum | 7.1       g/dL | 6.0 -  8.5 | DA |
| > | Albumin, Serum | 3.4L      g/dL | 3.5 -  5.5 | DA |
| | Globulin, Total | 3.7       g/dL | 1.5 -  4.5 | DA |
| > | A/G Ratio | .9L | 1.1 -  2.5 | |
| | Bilirubin, Total | .2        mg/dL | .1 -  1.2 | DA |
| | Alkaline Phosphatase, Serum | 80        IU/L | 25  -  150 | DA |
| | LDH | 140       IU/L | 100  -  250 | DA |
| | AST (SGOT) | 18        IU/L | 0  -  40 | DA |
| | ALT (SGPT) | 20        IU/L | 0  -  40 | DA |
| | GGT | 12        IU/L | 0  -  65 | DA |
| | Iron, Serum | 68        mcg/dL | 40  -  155 | DA |
| | LIPIDS | | | DA |
| | Cholesterol, Total | 164       mg/dL | 100  -  199 | DA |
| > | Triglycerides | 312 H     mg/dL | 0  -  149 | DA |
| > | HDL Cholesterol | 25 L      mg/dL | 40  -  59 | DA |
| > | VLDL Cholesterol Cal | 62 H      mg/dL | 5  -  40 | DA |
| | LDL Cholesterol Calc | 76        mg/dL | 0  -  99 | DA |
| > | T. Chol/HDL Ratio | 6.5H      ratio units | .0 -  5.0 | |
| > | Estimated CHD Risk | 1.3H      times avg. | .0 -  1.0 | |

```
         (The CHD Risk is based              T. Chol/HDL Ratio
         on the T. Chol/HDL Ratio.                 Men    Women
         Other factors affect CHD         1/2 Avg.Risk 3.4    3.3
         Risk such as hypertension,           Avg.Risk 5.0    4.4
         smoking, diabetes, severe        2X  Avg.Risk 9.6    7.1
         obesity, and family              3X  Avg.Risk 23.4   11.0
         history of premature CHD.)
```

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 189-163-2664-0 | S | DA | COMPLETE | Page #: 2 |

### ADDITIONAL INFORMATION

FASTING: N
LV,2ST
DOB: 4/04/1953

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCOLLUM,LARRY | M | 49 / 3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/08/2002 | 8:17 | 7/08/2002 | 7/09/2002 | 16:19 | 4463 |

### CLINICAL INFORMATION
CD- 83044226254

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| MILLS P | 1105538 |

ACCOUNT: TDCJ-HUTCHINS
HUTCHINS UNIT.
1500 E. LANGDON
DALLAS      TX 75241-0000
ACCOUNT NUMBER:  42344813

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC WITH DIFFERENTIAL/PLATELET | | | | |
| White Blood Cell (WBC) Count | 6.8 | X10-3/uL | 4.0 - 10.5 | DA |
| > Red Blood Cell (RBC) Count | 4.07L | X 10-6/uL | 4.10 - 5.60 | DA |
| Hemoglobin | 12.8 | g/dL | 12.5 - 17.0 | DA |
| Hematocrit | 37.8 | % | 36.0 - 50.0 | DA |
| MCV | 93 | fL | 80 - 98 | DA |
| MCH | 31.4 | pg | 27.0 - 34.0 | DA |
| MCHC | 33.8 | g/dL | 32.0 - 36.0 | DA |
| RDW | 13.9 | % | 11.7 - 15.0 | DA |
| Platelets | 195 | X 10-3/uL | 140 - 415 | DA |
| Polys | 49 | % | 40 - 74 | DA |
| Lymphs | 45 | % | 14 - 46 | DA |
| Monocytes | 5 | % | 4 - 13 | DA |
| Eos | 1 | % | 0 - 7 | DA |
| Basos | 0 | % | 0 - 3 | DA |
| Polys (Absolute) | 3.3 | X 10-3/uL | 1.8 - 7.8 | DA |
| Lymphs (Absolute) | 3.1 | X10-3/uL | .7 - 4.5 | DA |
| Monocytes(Absolute) | .3 | X 10-3/uL | .1 - 1.0 | DA |
| Eos (Absolute Value) | .1 | X 10-3/uL | .0 - .4 | DA |
| Baso(Absolute) | .0 | X 10-3/uL | .0 - .2 | DA |
| | | | | |
| THYROID PANEL WITH TSH | | | | |
| TSH | 3.525 | mcIU/mL | .350 - 5.500 | DA |
| > Thyroxine (T4) | 3.0L | mcg/dL | 4.5 - 12.0 | DA |
| T3 Uptake | 34 | % | 24 - 39 | DA |
| > Free Thyroxine Index | 1.0L | | 1.2 - 4.9 | DA |
| Prostate-specific Ag, Serum | .3 | ng/mL | .0 - 4.0 | DA |

Test results were obtained by the Abbott MEIA methodology.
Values obtained with different assay methodologies should
not be used interchangeably in serial PSA testing.  Assay
results should not be interpreted as absolute evidence of
the presence or absence of malignant disease.

| > Helicobacter pylori, IgG | 3.5H | U/mL | .0 - .8 | DA |
| | Negative | 0.0 - 0.8 | |
| | Indeterminate | 0.9 - 1.0 | |
| | Positive | >or=1.1 | |

---

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 189-163-2664-0 | S | DA | COMPLETE | Page #:  3 |

ADDITIONAL INFORMATION

FASTING: N
L.V,2ST                    DOB: 4/04/1953

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCOLLUM,LARRY | M | 49  /  3 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/08/2002 | 8:17 | 7/08/2002 | 7/09/2002 | 16:19 | 4463 |

CLINICAL INFORMATION
CD- 83044226254

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| MILLS  P | 1105538 |

ACCOUNT:  TDCJ-HUTCHINS
HUTCHINS UNIT.
1500 E. LANGDON
DALLAS                     TX   75241-0000
ACCOUNT NUMBER:   42344813

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

LAB: DA LABCORP DALLAS                    DIRECTOR: CELESTE VARDAMAN   MD
7777 FOREST LANE SUITE 350C, DALLAS,  TX 75230-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report
Plaintiffs' MSJ Appx. 936

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# LABORATORY REPORTS

| Last Name | First Name | Number | Ward |
|-----------|-----------|--------|------|

Name: McCollum, Larry
TDCJ Number: 1105531
TDCJ Unit: H
Date Collected: 7/10/11  Time: 08:30

| TEST | NORMAL | RESULT |
|------|--------|--------|
| RBS | | 57 |

PAUL F. MILLS, D.O.

Tech: D. Ceciley    Date: 7/8/11

HSM - 37     **TDCJ LABORATORY SERVICES**
(Rev. 2/92)           **MISCELLANEOUS**

Plaintiffs' MSJ Appx. 937

HSM - 31 (Rev. 5/92)        LABORATORY REPORTS

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN<br>183-163-2730-0 | TYPE<br>S | PRIMARY LAB<br>DA | REPORT STATUS<br>COMPLETE | Page #:  1 |
|---|---|---|---|---|

### ADDITIONAL INFORMATION

ST      FASTING: N<br>DOB: 4/04/1953

| CLINICAL INFORMATION |
|---|
| CD- 83044225587 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCOLLUM,LARRY | M | 49 / 2 |

PT. ADD.:

| PHYSICIAN ID.<br>MILLS  P | PATIENT ID.<br>1105538 |
|---|---|

ACCOUNT:  TDCJ-HUTCHINS<br>     HUTCHINS UNIT.<br>     1500 E. LANGDON<br>     DALLAS    TX  75241-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/02/2002 | 11:20 | 7/02/2002 | 7/03/2002 | 8:28 | 4373 |

ACCOUNT NUMBER:  42344813

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| PANEL 083824 | | | |
| HIV-1 ABS-EIA | | | DA |
| HIV-1 ABS-O.D. RATIO | .29 | <1.00 | DA |
| O.D. Ratios:  Patient antibody level relative to the negative cutoff. | | | |
| HIV-1 ABS, QUAL | Non-Reactive | NON-REACTIVE | DA |
| | | | DA |
| NOTE:  Submission of serum separator tube recommended for this test.  Thank you for your cooperation if you are already doing so. | | | |
| | | | DA |
| RPR, RFX ON RPR/CONFIRM TP-PA | | | DA |
| RPR | Non-Reactive | Non-Reactive | DA |

LAB: DA LABCORP DALLAS             DIRECTOR: CELESTE VARDAMAN   MD<br>7777 FOREST LANE SUITE 350C, DALLAS,  TX 75230-0000

→**RADIOLOGY REQUEST**←

Facility _CULE_  Date _4-4-53_ _12-12-53_ _12-12-02_

NAME _Mc COLLUM, LARRY_

TDCJ# _1105538_  DOB _4-4-53_  SEX _M_

Date Performed _12-16-02_  R.T. Initials _RGM_

Medical History and Indication for Exam:

_4S pain_
_Bil knee pain_

Requesting Clinician _M. Adam Rawson_

**CIRCLE REQUESTED EXAMINATION**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AC Joints | R | L | Pelvis | | | Cervical Spine | 3-View | Chest | 1-View |
| Clavicle | R | L | Sacrum | | | | 5-View | Chest | 2-View |
| Shoulder | R | L | S.I. Joints | | | Thoracic Spine | | Ribs | |
| Humerus | R | L | Hip | R | L | Lumbar Spine | 3-View | Abdomen | 1-View |
| Elbow | R | L | Femur | R | L | | 5-View | Abdomen Series | |
| Forearm | R | L | Knee | R | L | Nasal Bone | | UGI | |
| Wrist | R | L | Leg | R | L | Facial Bones | | GB | |
| Hand | R | L | Ankle | R | L | Mandible | | IVP | |
| Finger_____ | | | Foot | R | L | Sinuses | | OTHER_____ | |
| | | | Toe | | | Skull | | | |

Tentative Impression: _unremarkable_

Clinician Signature _[signature]_

---

**LUMBAR SPINE:**

No recent fracture or acute bone pathology can be identified. Heights of the vertebral bodies and disc spaces are maintained.

**RIGHT KNEE:**

No recent fracture or acute bone pathology can be identified. Articular relationships are intact. Soft tissues are within normal limits. There is some arthritic change.

**LEFT KNEE:**

No recent fracture or acute bone pathology can be identified. Articular relationships are intact. Soft tissues are within normal limits. There is minimal early articular marginal spurring.

R.L. Hardy, D.O.
Radiologist

BARRY RAFF MD
AM
PM

drecd:12/20/02
dd: 12/20/02
dt: 12/20/02
sg

HSM - 45 (Rev. 10/99)



**NAME:** LAST Mc Collum   FIRST Larry

**TDCJ#:** 1105538

**UNIT:** SV ✓   **HD** _____

**DATE ORDERED:** 12-3-03

**AGE:** 50

**SEX;** m

**HEIGHT (In Inches):** 70

**WEIGHT:** 222

**RACE:** C

**DOCTOR:** Crawford

**TECH ID#:** 59



12-10-03

☆HS

J. Hicks/LVN
Psychiatric Nurse
7-2-02

McCollum, Larry.
1105538

## TDCJ HEALTH SERVICES DIVISION
### NURSE'S CHAIN REVIEW

**NAME:** *Mc Callum, Larry*          **TDCJ#:** *1105538*

---

**I. OUTGOING CHART REVIEW**   Date: *1/6/04*   Time: *2003*   Facility: *SV*
Transfer to: _____   Allergies: *NKA*
Method and time of travel appropriate: YES ☑ NO ☐   Medical Condition Appropriate for Travel: YES ☑ NO ☐
X-rays sent: YES ☐ NO ☑ N/A ☐   Current med pass on chart: YES ☑ NO ☐   **DOT:** YES ☐ NO ☑
Meds sent: YES ☐ NO ☑ N/A ☐   Health Problems: Medical ☑ Dental ☐ Mental ☐
Special Diet: *Ø*
Treatment/Preps: *Ø*

---

Housing Restrictions: *Ø*                    Discipline Restrictions: YES ☐ NO ☐ *TC B*
Crutches ☐  Cane ☐  Walker ☐  Wheelchair ☐  Other ☐
Pending Appts/Follow-ups: *Ø*
Special Instructions given to transport personnel:   YES ☐ NO ☑ N/A ☐
Nurse Signature/Date/Time: *B. Smith for 1/6/04 2003*

---

**II. ENROUTE CHART REVIEW**   Date: _____   Time: _____   Facility: _____
On Meds: YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐   **DOT:** YES ☐ NO ☐   X-rays rec'd: YES ☐ NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer: YES ☐ NO ☐        Pending Appointments: _____
Chart for Review to: CID ☐  Mental Health ☐  Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____   Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**   Date: _____   Time: _____   Facility: _____
**DOT:**   YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐   Date last PPD ☐ / CXR ☐ : _____
X-rays rec'd:   YES ☐ NO ☐
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
_____
_____
_____

Chart to Review to: CID ☐  Mental Health ☐  Dental ☐       Add to Chronic Clinic:   YES ☐ NO ☐
Restrictions: Housing _____   Work _____
            Discipline:   YES ☐ NO ☐
Nurse Signature/Date/Time: _____
Physician-PE Signature/Date/Time: _____

HSN –1 (rev. 10/00)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _McCollum, Larry_

TDCJ No.: _1405538_

Unit: _5_

| Date & Time | Notes |
|---|---|
| 1/6/04 0935 | Discharge Pt to Unit of assignment. Pt on Prozac 40mg pm P.O Qam. Please see treat pass. V. Ordered (md) |
| 1-6-04 0945 | N 33. Dr. Chaugoty huu, n.o. when rec'd to disch. to UOA. (D Rizza ar ) |

Please sign each entry with status.          Plaintiffs' MSJ Appx. 943

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: Skyview D & E

| Date & Time | Notes |
|---|---|
| 12/2/03 1030 | Psychology Note. (50) S was seen on this date for initial psychological evaluation. S was advised of the nature/need for this procedure. Risks, specifically the possibility of mis-diagnosis if provided I inaccurate or incomplete information and delays in appropriate tx; Benefits, such as accurate placement in tx or alternative programs, and alternatives were discussed. S was advised that participation was voluntary & could be discontinued at any time. S was advised of the limits of confidentiality and was provided written copy of same. S indicated understanding and was cooperative c̄ the procedure. |
| | S currently presents c̄ no homicidal/suicidal or self-injurious ideation or intent. |
| | ① Dx 311, provisional. R/O medical causes (Eg Cogentin) of presentation. |
| | ② Psychological evaluation completed. Consulted c̄ nursing NP. S remains on D&E/ monitoring status c̄ do. _[signature]_ |
| 12-10-03 N56 1230 | EKG completed. Pt tolerated well. QT/QTC 436/406. _[signature]_ |
| 12-10-03 1430 | ① Admit to [illeg] Ø10 tx track Axis I: 311; ② R/O 293.9 ② see Physicians Order Sheet _[signature]_ NurseRX CS/MH-NP 12/10/03 1550 [illeg] Pt |
| 1/6/04 0935 | Discharge to County Jail by reassignment. 8 daly Pt on Prozac 40 mg & Risp [illeg]. Please see print pages. V. Order c̄ [illeg] |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: _McCollum, Larry_    TDCJ # _1105538_    UNIT: _5V_

CHECK THE APPROPRIATE TYPE:
\_\_\_ CRISIS MANAGEMENT  ✓ PSYCHOLOGICAL OBSERV.  \_\_\_ SECLUSION
\_\_\_ RESTRAINT    _D + Estates_

DATE & TIME BEGUN _12-02-03_

ITEMS ALLOWED: (Check appropriate boxes)
✓ CLOTHING
✓ UNDERGARMENTS ONLY
\_\_\_ SUICIDE BLANKET
✓ MATTRESS
\_\_\_ PILLOW

\_\_\_ REGULAR TRAY
✓ PAPER TRAY
\_\_\_ SACK LUNCH
\_\_\_ OTHER (Specify): _____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| 11. | Sitting or lying | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | _neg/counts made_ | 11:45 | 7:45 | 3:45 |
| 21. | _wells_ | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

PRINTED NAME — INITIALS

Foreman, M. — _MF_
_____ — \_\_\_
_Kerr_ — \_\_\_
C. CONWAY — _CC_
W. _Sharp_ — _WS_
G. _Vasquez_ — _BR_
W. _Booker_ — _LCB_

204
C/M

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: _McCollum Lorry_     TDCJ # _1105535_     UNIT: _SC_

CHECK THE APPROPRIATE TYPE:
_✓_ CRISIS MANAGEMENT     ___ PSYCHOLOGICAL OBSERV.     ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN _12-1-2003_

ITEMS ALLOWED: (Check appropriate boxes)

| | |
|---|---|
| _✓_ CLOTHING | ___ REGULAR TRAY |
| ___ UNDERGARMENTS ONLY | _✓_ PAPER TRAY |
| ___ SUICIDE BLANKET | ___ SACK LUNCH |
| _✓_ MATTRESS | ___ OTHER (Specify) : _____ |
| _✓_ PILLOW | |

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 ___ | 11:00 ___ |
| 2. | Yelling, screaming | 7:15 | 3:15 ___ | 11:15 ___ |
| 3. | Crying | 7:30 | 3:30 ___ | 11:30 ___ |
| 4. | Laughing | 7:45 | 3:45 ___ | 11:45 ___ |
| 5. | Singing | 8:00 | 4:00 ___ | 12:00 ___ |
| 6. | Mumbling | 8:15 | 4:15 ___ | 12:15 ___ |
| 7. | Talking to self | 8:30 | 4:30 ___ | 12:30 ___ |
| 8. | Talking to others | 8:45 | 4:45 ___ | 12:45 ___ |
| 9. | Standing still | 9:00 | 5:00 ___ | 1:00 ___ |
| 10. | Walking | 9:15 | 5:15 ___ | 1:15 ___ |
| 11. | Sitting or lying | 9:30 | 5:30 ___ | 1:30 ___ |
| 12. | Quiet | 9:45 | 5:45 ___ | 1:45 ___ |
| 13. | Sleeping | 10:00 | 6:00 ___ | 2:00 ___ |
| 14. | Meals/fluids | 10:15 | 6:15 ___ | 2:15 ___ |
| 15. | Bath/shower | 10:30 | 6:30 ___ | 2:30 ___ |
| 16. | Toilet | 10:45 | 6:45 ___ | 2:45 ___ |
| 17. | Restraints loosened | 11:00 | 7:00 ___ | 3:00 ___ |
| 18. | Range of motion | 11:15 | 7:15 ___ | 3:15 ___ |
| 19. | Out-of-cell | 11:30 | 7:30 ___ | 3:30 ___ |
| 20. | _____ | 11:45 | 7:45 ___ | 3:45 ___ |
| 21. | _____ | 12:00 ___ | 8:00 ___ | 4:00 ___ |
| | | 12:15 ___ | 8:15 ___ | 4:15 ___ |
| PRINTED NAME | INITIALS | 12:30 ___ | 8:30 ___ | 4:30 ___ |
| | | 12:45 ___ | 8:45 ___ | 4:45 ___ |
| _____ | ___ | 1:00 ___ | 9:00 ___ | 5:00 ___ |
| _____ | ___ | 1:15 ___ | 9:15 ___ | 5:15 ___ |
| _____ | ___ | 1:30 ___ | 9:30 ___ | 5:30 ___ |
| | | 1:45 ___ | 9:45 ___ | 5:45 ___ |
| | | 2:00 ___ | 10:00 ___ | 6:00 ___ |
| | | 2:15 ___ | 10:15 ___ | 6:15 ___ |
| | | 2:30 ___ | 10:30 ___ | 6:30 ___ |
| | | 2:45 ___ | 10:45 ___ | 6:45 ___ |

HSP-5 (Rev. 12/97)

TEXAS DEPART    OF CRIMINAL JUSTICE
MENTAL  iEALTH SERVICES

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: McCollum, Larry    TDCJ # 1105538    UNIT: 2 V

CHECK THE APPROPRIATE TYPE:
__✓_ CRISIS MANAGEMENT  ____ PSYCHOLOGICAL OBSERV.  ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN __11-30-03__
ITEMS ALLOWED: (Check appropriate boxes)
_✓_CLOTHING                          ___ REGULAR TRAY
___UNDERGARMENTS ONLY                _✓_PAPER TRAY
___SUICIDE BLANKET                   ___ SACK LUNCH
_✓_MATTRESS                          ___ OTHER (Specify) : _____
___PILLOW

CODE EXPLANATION

| | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| ~~11.~~ | ~~Sitting or lying~~ | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | 11-30-03 | 11:45 | 7:45 | 3:45 |
| 21. | meg ads | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

PRINTED NAME                          INITIALS
C. Wood                               C
N. Sigler,                            NS
R. Buchanan                          R b

HSP-5 (Rev. 12/97)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** McCollum, Larry

**TDCJ No.:** 1105538

**Unit:** SV

| Date & Time | Notes |
|---|---|
| 11/25/03 1810 | Admitted to SV for crisis management – S. Craven, RN |
| 11/26/03 0850 | Pt may have all c/m materials: clothing, mattress and paper tray. — L. McKinnin SP |
| 11-26-03 | nag DSC- chart uR. for reorder of Naproxyn ord Read Pharm R |
| 11-26-03 1000 | Naproxyn 500 mg ✝ po bid x 30 d V.O.- Dr. Crawford / Rnason R |
| | **JOE D CRAWFORD M.D.** |
| | ted Lebonery RN 11/26/03 1515   (R) 11/26-03 113- |
| 1-03 0746 | Discharge pt from C/M Admit to D&E. L. McKinnin SP |
| 12-3-03 1400 | D&E psych eval and limited PE (due to lock down status) completed/dictated- Axis I ° Depressive D10, DOS, 311; (R) R10 Mental D10, DOS due to possible CV problems 293.9 Bille Ranyus NRCS PMH |
| 12-3-03 1515 | ① D/C Fluoxetine 20mg po q am |
| | ② D/C Cogentin 2mg po q pm |
| | ③ D/C Benadryl 25mg po q HS |
| | ④ Fluoxetine 20mg po q am x 30 days |
| | ⑤ Trazodone 100mg po q pm x 14 days, then D/C |
| | ⑥ CBC, Chem 10, Liver Renal & Thyroid profiles, TSH, Cardiac Panel, Folate & B-12 levels, EKG 5 times, out 500 Bille Ranyus NRCS PMH NP |
| | noted CH dones RN R 21 02/6/03 946 1740 |

Plaintiffs' MSJ Appx. 946