# TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

**NAME:** McCollum LARRY          **TDCJ#:** 1105538

---

**I. OUTGOING CHART REVIEW**     Date: _____     Time: _____     Facility: _____
Transfer to: _____     Allergies: _____
Method and time of travel appropriate: YES ☐  NO ☐     Medical Condition Appropriate for Travel: YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐     Current med pass on chart: YES ☐  NO ☐  **DOT:** YES ☐  NO ☐
Meds sent: YES ☐  NO ☐  N/A ☐     Health Problems:  Medical ☐  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____     Discipline Restrictions:  YES ☐  NO ☐
Crutches ☐   Cane ☐   Walker ☐   Wheelchair ☐   Other ☐ _____
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:     YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time: _____

---

**II. ENROUTE CHART REVIEW**     Date: _____     Time: _____     Facility: _____
On Meds: YES ☐  NO ☐     Meds rec'd: YES ☐  NO ☐     **DOT:**  YES ☐  NO ☐     X-rays rec'd: YES ☐  NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer:  YES ☐  NO ☐          Pending Appointments: _____
Chart for Review to:  CID ☐   Mental Health ☐   Dental ☐
Additional Comments: _____
Nurse Signature/Date/Time: _____     Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**     Date: 11/25/03     Time: 1810     Facility: SV
**DOT:**  YES ☐  NO ☒     Meds rec'd: YES ☐  NO ☒     Date last PPD ☐ / CXR ☐ : no chms ✗ 7/03
X-rays rec'd:  YES ☐  NO ☒
Health Diagnoses: Obesity, Depression, Chronic Low Back Pain

Meds:                                           Rec'd ☐   Exp'd ☐   MD Reorder
    see med pass                                       ☐         ☐          _____
    _____                                         ☐         ☐          _____
    _____                                         ☐         ☐          _____
    _____                                         ☐         ☐          _____
    _____                                         ☐         ☐          _____
    _____                                         ☐         ☐          _____
    _____                                         ☐         ☐          _____
                                                       ☐         ☐          _____
Treatments/Special Care/Follow-up/Diet/Appointments:
_____
_____

Chart to Review to:  CID ☐   Mental Health ☐   Dental ☐     Add to Chronic Clinic:   YES ☐  NO ☑
Restrictions:  Housing ⌀ _____     Work ⌀
          Discipline:  YES ☒  NO ☐
Nurse Signature/Date/Time: _____ RN 11/25/03  1810
Physician-PE Signature/Date/Time: _____ APN CS PMH-NP
                                                      12-3-03
                                                       1100

HSN –1 (rev. 10/00)
Plaintiffs' MSJ Appx. 949

**UTMB MANAGED CARE**
**MENTAL HEALTH SERVICES**

### Outpatient Psychiatric Follow-up

**Patient Name:** MCCOLLUM, LARRY G        **TDCJ#:**1105538        **Date:**   09/17/2003 08:04
**Facility:**  COLE
Current Medications:
DIPHENHYDRAMINE HCL 25MG CAPS,   1 CAPS ORAL(po) QHS
        *Special Instructions:* EQUI=BENADRYL
HALOPERIDOL 5MG TABS,   1 TABS ORAL(po) QHS
        *Special Instructions:* EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY
TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO TAKE OR USE EXACTLY AS DIRECTED
PROZAC 20MG CAPS,   1 CAPS ORAL(po) QHS
        *Special Instructions:*  *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR
OPERATE MACHINERY :

S:      The  patient  reports: Seen today for medication renewal .He is doing well with present medication.No more feeling
depressed.He was admitted to SV crisis unit in Jan,2003.No more feeling paranoid

        Medication effects: Good response.
        Medication side effects:None
        Medication compliance:Good
        Laboratory results:WNL.
        Psychotherapy participation:

O: Cooperative.Mood is euthymic.Affect is flat.Oriented x3.Denies any delusion or
hallucination.Denies any suicidal or homicidal ideation.Insight & judgement is fair.

A.      Axis I: Major Depression With Psychotic features
        Axis II:Differed
        Axis III:None

P:      Medications: D/C previous Haodal ,Benadryl & Prozac.
        Halodal 5 mg 1 qhs x30 Refill 11
        Benadryl 25 mg 1 qhs x30 Refill 11
        Prozac 20 mg 1qhs x30 refill 11
        ITP & AIMS done

        Psychotherapy:
        Laboratory:
        Referrals:
        Follow-up:RTC 12 weeks

        The risks, benefits, side effects, and alternatives to __MEDICATION.____
agrees.

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|

Electronically Signed by REDDY, SRINIVAS P M.D. on 09/17/2003
##And No Others##

Procedures Ordered:
        BRIEF OFFICE VISIT - LEVEL 1 (NO CORAY): major depression, recurrent episode

Rlamuris MSD Appx. 950

SRINIVAS P. REDDY, M.D.

PATIENT:     MCCOLLUM, LARRY G
             RT. 3 BOX 888
             BONHAM, TX 75413
MRN:         1105538
DOB:         4/4/1953


**HALOPERIDOL 5MG TABS**
Sig:         1 TABS ORAL(po) BEDTIME
Start Date:  09/17/2003
             EQUI=HALDOL. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IM
             PAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY, VERY IMPORTANT TO
             TAKE OR USE EXACTLY AS DIRECTED

Disp. #:     30  TABS              Refills:    11

Allow Generic - No product selection indicated
Rx Written On: 09/17/2003 08:10


**DIPHENHYDRAMINE HCL 25MG CAPS**
Sig:         1 CAPS ORAL(po) BEDTIME
Start Date:  09/17/2003
             EQUI=BENADRYL



Disp. #:     30  CAPS              Refills:    2

Allow Generic - No product selection indicated
Rx Written On: 09/17/2003 08:10




Product Selection Permitted                    Dispense as Written

SRINIVAS P. REDDY, M.D.

PATIENT:     MCCOLLUM,LARRY G
             RT. 3 BOX 888
             BONHAM, TX 75413
MRN:         1105538
DOB:         4/4/1953

PROZAC 20MG CAPS
Sig:         1 CAPS ORAL(po) BEDTIME
Start Date:  09/17/2003
             *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABI
             LITY TO DRIVE OR OPERATE MACHINERY

Disp. #:     30  CAPS                 Refills:   11

Allow Generic - No product selection indicated
Rx Written On: 09/17/2003 08:10

| | |
|---|---|
| Product Selection Permitted | Dispense as Written |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, L

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 7/29/03 1915 | Walk in c̄ c/o of nausea + dizziness c̄ 1 hour ago none at this exam. Says vomited x1. O - T 97.3 117/78 63 20 Wt 230 Well hydrated. No pain A: see subjective P: no tx at this exam. S Watkins LVN |
| 9/17/03 0700 | Med Compliance - Haldol 5mg (100%), Benadryl 25mg (100%) Fluoxetine 20mg (100%) _____ R. Mowery LVN |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum, Larry_

TDCJ No.: _01105535_

Unit: _CL_

| Date & Time | Notes |
|---|---|
| 7/14/03 0809 | Give annual TB skin test 0.5 ML Sq per protocol |
| | V.O. Ms. Black CFNP/ V. Hutchinson LVN |
| | Sign X |
| 7/14/03 0809 | Noted ___ _V. Hutchinson LVN_ |
| 7/14/03 0809 | Annual Tb skin test given in /X   Forearm, F/U in two days to evaluate |
| | skin site,   physical due 2005 ___ _V. Hutchinson LVN_ |
| 7/16/03 0809 | Here to eval PPD skin sit. Lee HSA-2 for |
| | results ___ _V. Hutchinson LVN_ |
| 7.22.03 850 | The patient claiming Meds |
| | works. Doing well. |
| | O/E - not delusional, no active |
| | suicidal + homicidal |
| | thoughts. Wants med |
| | meds to continue. |
| | Ass. - Anxiety disorder Mod. |
| | history of depressive disord |
| | due to alcohol |
| | alcohol dep.        291.8 |
| 7.22.03 HCP0? days? + 3 refills | Plan - Haloperidol 5mg H.S. |
| | Benadryl 25mg H.S. 2ick |
| | Fluoxetine 20mg H.S. |
| 7.22.03 0848 | Return in 3 mo. |

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

ame: _McCollum, Larry_

TDCJ No.: _1105578_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 6/0.03/750 | During week No desire for my himself + others, feels leaving infirmary. (Obj) Not loaded + delusional, oriented to ghost all Greece! Treatment: Dc Haldol + Bene- dryl + Fluoxetine — give: Haldol 5 mg H.S. Benedryl 25 mg H.S. 30 days Fluoxetine 20 mg H.S. + 3 refills |
| 9-16-03 PS48 | Return in 3 mo. |
| 6/16/03/810 | noted Hernandez |

## NURSING ASSESSMENT PROTOCOL
## FOR
## MUSCULOSKELETAL SYMPTOMS

Name: _McCollum, Larry_   TDCJ#: _1105538_   Date: _5/17/03_   Time: _1048_

Facility of Assignment: _Cole_   Work Assignment: _Hoc_

Current Medications: _Naproxen / Zatre / Haldol / Bendryl / Fluoxetine._

Allergies: (Food, drug, other) _θ_

Circle all items that are appropriate and/or complete all blanks.

### SUBJECTIVE DATA

**1.** Significant medical history: _PMH   CLBP._

**2.** Pain: _Back, Knee, Shoulder._
Location _____ Onset _____
Frequency _____ Duration _____
Radiation _____ Where: _____
Intensity:   Mild   Moderate   Severe

**3.** Precipitating factors: _Working, climbing._

**4.**
Recent trauma?   (N) / Y
Surgery?   (N) / Y
Strenuous Physical Activity?   (N) / Y

**5.** History similar problem?   N / (Y)

What was done then? _meds._

**6.** History of arthritis?   (N) Y

**7.** Family history: _N/a._

### OBJECTIVE DATA   _wt. 230_

**1.** T _96.5_  P _46_  R _20_  B/P _130/85_

**2.** Joints:   Normal   Stiffness   Redness
Hot   Swelling
Range of Motion:   Affected Joint(s)

| | Full | Limited | Absent |
|---|---|---|---|
| Right Leg | | | |
| Left Leg | | | |
| Right Arm | | | |
| Left Arm | | | |
| Neck | | | |
| Back: | | | |
| Anteflexion | | | |
| Dorsiflexion | | | |
| L. Lat Flexion | | | |
| R. Lat. Flexion | | | |

**3.** Movement:   (Normal)   Guarded

**4.** Posture:   (Normal)   Erect   Guarded
(Tilts to right)   (Tilts to left)
(Sits easily)   Sits w/difficulty

**5.** Gait:   (Normal)   Limp   Guarded

**6.** Peripheral Pulses: _N/A_

| | Right | Left |
|---|---|---|
| Radial | Present | Present |
| | Absent | Absent |
| Dorsalis Pedis | Present | Present |
| | Absent | Absent |

**7.** Dipstick UA: _N/A_

| | | | |
|---|---|---|---|
| Leukocytes | _____ | Nitrites | _____ |
| Urobilinogen | _____ | Protein | _____ |
| pH | _____ | Blood | _____ |
| Sp. Gr. | _____ | Ketones | _____ |
| Bilirubin | _____ | Glucose | _____ |

Comments: _Offender state "still have the same problem that I had when I had restrictions"_

### NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
► Acute onset with loss of motion or function.
► Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.
► Suspected fracture.

HSN-17 (rev. 10/98) Front

_Instruct _____ taking all medication as ordered._

Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum Larry_

TDCJ No.: _1105538_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 5-12-03 / 0745 | HSA 9 / Pic today / Restrictions have been lifted for some reasons. — You do not have no restrictions _Hernandez RN_ |
| 5-14-03 720 | I-60 Rec'd 5/14/03 requesting Rxs be renewed that are expiring. Chart |
| 5-16-03 chart time | to provider _D Phillips RN_ |
| 5/16/03 / 0745 | HSA 9 said today "Back pain, shoulder pain, and check on my restrictions" RXS Schedule NSC 5-17-03 — _V Watson_ |
| 5/16/03 | Chart Res 1) His restrictions have been checked and are exactly as ordered (ie none) 2) He has no Rx (meds) expire in the next few days. P no new orders BARRY RAFF MD 11 4CAM MAY 16 2003 |
| 5/16/03 1436 | noted — annuller |

Plaintiffs' MSJ Appx. 957

HSM - 1 (Rev. 5/92)

.0174

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

ame: _McCollum Larry_

TDCJ No.: _1105538_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 4/28/07 | dc artane |
| 4.28.03 PHCM | Zantc 150 , BID x30 1. - NKSC  *BARRY RAFF MD  12a AM PM  APR 28 2003 |
| 4/28/03 1330 | noted   D Phillips R |
| 14.29.03 | [illegible handwriting] sleeping so much — the best is the same —  (S) No voices, meds help sme  (obj) not quine roled or severssed not delusional, has 8 mos Mo Drepressive some ! 405.03 treatment, he refuses to take |
| 4.29.03 PHCM  3 Mo. | (Haldol Dole 5 mg 45 DC prevou medicine oid  Benedryl 25 mg HCO DC Att  Prozac 20 mg Am |
| 4.8.03 Psy 8 | review in 3 Mo, or earlier |
| 7/29/05 -720 | noted   D Phillips R |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, R

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 4-21-03 | Ⓢ new, Back pain, RV Shoulder, No new problem |
| 1140 | Ⓞ PE essentially same as 4-15-03 |
|  | Ⓐ L/S pain ) subjective |
|  | RV Shoulder pain ) PE wnl |
|  | new Pain |
| 4-21-03 (signed) | Ⓟ 1) Naproxen 500 mg 1, P.o. b.i.d x 30 d |
|  | 2) de HSM 18 III #8, 9, 12, 17 |
|  | M Brown RN, CLW |
| 4-21-03/1145 | noted ——— Byer N |
| 4/22/03 700 | I-60 Rec'd 4/22/03 requesting refill of baby oil + cream for athletes feet Response- your baby oil does not expire until May 15th Your tinactin was denied D Phillips RN |
| 4-23-03/0845 4-28-03 chart mg | I-60/ Rec today/ Want Refill on Antacids - Your chart will be ref. to provider ——— J Kavanaugh RN |
| 4/28/05 | Anti oil tol Ti po B i o x50 Kaf |
|  | BARRY RAFF MD PM APR 2 8 2003 |
| 4/28/03 1600 | noted ——— D Phillips RN |

Please sign each entry with status.          Plaintiffs' MSJ Appx. 959

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, R

TDCJ No.: 1055538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 4/15/03/9⁴⁵ | Continue: <br> his mother is sick — he wants to be by himself. he cant tolerate noise. Obs — he feels anxious. The voices tell him are playing games. he thinks he may tear himself. Small things bother him. he claims he is anxious. No wishing to harm himself or others. Left 1 y. <br> Diagnosis; Depressive disorder, anxiety + psychosis due to alcohol <br> Haldol 10 mg Bid p.o. conc ½ <br> + Now 10 mg <br> Benadryl 25mg Bid p.o. + Now <br> Prozac 20 mg qam <br> Recheck in 7 wk. <br> PC. Nortriptyline |
| 4-15-03/1040/ | noted |
| 4-21-03/1050/ | Here to see provider re: HSM-18 <br> wt 230 V/5 9 7 ¼ 54-18-130/74 — |

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, R
TDCJ No.: 1105538
Unit: Coll

| Date & Time | Notes |
|---|---|
| 4-15-03 08/0 | Cont'd |
| | (1) Back Pain Subjective — Poor Compliance |
| | (2) Rt Shoulder Pain Subjective — on Naprosen |
| | (3) Neck Pain Subjective |
| | (4) Rt upper leg Papules healing well |
| | (5) Dry skin heels |
| | (P) 1) Body oil to both heels bid x 30d |
| | KOP given to Pt non issue |
| | 2) Inactive denied |
| | 3) Take Naprosen as directed |
| | ____ RN cont |
| 4-15-03 / 0945 / Noted _____ |
| 4-15-03 / 0945 — Patient is decompensating, very irritable + having a poor hygiene + disorganized thoughts. While in Skyview he improve fast. Suspected history of street drugs. (G) At times he hears voices, has been for several y. His father has been death a y. inpo cant feels bad. The voices are telling him about his father loss. |

Please sign each entry with status.
HSM - 1 (Rev. 5/92)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: McCollum, L

TDCJ No.: 1055538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 4/14/03 0640 | I-60 Rec'd 4/14/03 requesting refills |
| 4/15/03 CHT0 | of Tolnaftate Client to provider —— DPhillips RN |
| 4/15/03 | 0750 Appt c provider Re: Arthritis Refill cream Wt 238 TCR? B/P 140/80 P 70 R 18 b5 |
| 4/15/03 0810 | Ⓢ s/p 2nd 31 MVA 1994, 1998 full hx... pain med. Back Pain, Rt Shoulder pain, neck pain Rt upper post leg healing, knees Heels cracking still |
|  | Ⓞ Neck: full Rom s guarding |
|  | ② Back: antalgic gait Back flexion to almost toe touch s spasms Gets upon exam table s difficulty Bil leg extension to 90° s spasms or guarding |
|  | ③ Rt Shoulder: c little effort full Rom c/o pain at lat extension |
|  | ④ Rt upper leg: papules healing, no drainage or scabs |
|  | ⑤ heels: thick dryness |
|  | Chart Rev: Pt on Naproxen 500mg bid c poor Compliance 6020 |
|  | ⑥ Knee: full Rom s effusion or redness Cont'd |

# NURSING ASSESSMENT PROTOCOL
## FOR
## SKIN ERUPTIONS, BOILS AND ABSCESSES

Name: _McCollum, A_ TDCJ#: _105538_ Date: _4/1/03_ Time: _1130_
Facility of Assignment: _Cole_ Work Assignment: _TC_
Current Medications: _Naproxen_
Allergies: (Food, drug, other) _IVKIA_

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Significant medical history: _c/o multiple dried area to left & buttocks x few wks_

2. Onset: _x few wks_

3. Type of lesion, location, and course: _sm dried up areas no redness or edema or pain_

4. History of similar problems: (N) Y
   Prior treatment: _N/M_
   _W_ _t_ _38_

## OBJECTIVE DATA

(NOTE: Always use gloves to examine skin lesions) _130/80_

1. T _979_ P _55_ R _18_ B/P _130/80_

2. Skin appearance:
   Macules    Papules    Vesicles    Pustules
   Erythema    Abscesses    Excoriations

3. Location & size of lesion(s) (use ruler to measure)
   _dried up area_

4. Drainage:
   Amount _none_ Location _non_
   Color/consistency _____

5. Pain or tenderness to touch? (N) Y

Comments: _None obs._

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if patient is immunocompromised.

## TREATMENT PLAN:

- Refer any patient with skin eruptions (eczema, seborrhea, psoriasis) or boils, abscesses or other draining skin lesions to the Physician/Midlevel Practitioner for next day evaluation.

- Obtain wound culture and sensitivity on any open, draining skin lesion immediately.

- Apply a dry, sterile occlusive dressing to any open, draining boil, abscess, or skin lesion.

- Instruct patient to leave draining skin lesions covered, to minimize scratching of lesions, and to wash hands with soap and water after touching draining skin lesions.

- Provide pass for patient to return to medical department for daily dressing changes and antibiotic administration, as ordered by the physician. Observe the lesion(s) for clinical response to therapy and document in the health record.

- Antibiotic therapy for patient with methicillin resistant staph aureus (MRSA), must be administered in the medical department via Directly Observed Therapy (DOT).

HSN-67 (5/98) Front                                                    Cont'd on back

## NURSING ASSESSMENT PROTOCOL
### FOR
### MUSCULOSKELETAL SYMPTOMS

Name: McCollum, J.L.   TDCJ#: 1105538   Date: 4/12/03   Time: 1130
Facility of Assignment: Cole   Work Assignment: FO unit
Current Medications: Naproxen
Allergies: (Food, drug, other) NKA

---

Circle all items that are appropriate and/or complete all blanks.

### SUBJECTIVE DATA

1. Significant medical history: Knee neck pain due to arthritis

2. Pain:
   Location: Knees   Onset: months
   Frequency: all the   Duration
   Radiation: N/A   Where: neck
   Intensity:   Mild   (Moderate)   (Severe)

3. Precipitating factors: pain all the time need does not help

4. Recent trauma?   (N)/ Y
   Surgery?   (N)/ Y
   Strenuous Physical Activity?   (N)/ Y

5. History similar problem?   N /(Y)
   What was done then? Put on medication (Celebrex)

6. History of arthritis?   N /(Y)

7. Family history: N/A

### OBJECTIVE DATA

1. T 97.9   P 55   R 18   B/P 130/80

2. Joints:   (Normal)   Stiffness   Redness
   Hot   Swelling
   Range of Motion:   Affected Joint(s)

| | Full | Limited | Absent |
|---|---|---|---|
| Right Leg | | | |
| Left Leg | | | |
| Right Arm | | | |
| Left Arm | | | |
| Neck | | | |
| Back: | | | |
| Anteflexion | | | |
| Dorsiflexion | | | |
| L. Lat Flexion | | | |
| R Lat. Flexion | | | |

3. Movement:   (Normal)   Guarded

4. Posture:   (Normal)   Erect   Guarded
   (Tilts to right)   Tilts to left
   (Sits easily)   Sits w/difficulty

5. Gait:   Normal   Limp   Guarded

6. Peripheral Pulses:

| | Right | Left |
|---|---|---|
| Radial | Present | Present |
| | Absent | Absent |
| Dorsalis Pedis | Present | Present |
| | Absent | Absent |

7. Dipstick UA:

| | | |
|---|---|---|
| Leukocytes | | Nitrites |
| Urobilinogen | | Protein |
| pH | N/A | Blood |
| Sp. Gr. | | Ketones |
| Bilirubin | | Glucose |

Comments: Ref. Dunlap to provider re pain due to severe arthritis to neck & knees

### NURSING ACTION

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
‣   Acute onset with loss of motion or function.

‣   Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.

‣   Suspected fracture.

HSN-17 (rev. 10/98) Front

Plaintiffs' MSJ Appx. 964

Cont'd on back

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _McCollum Larry_

TDCJ No.: _110 55 38_

Unit: _Colo_

| Date & Time | Notes |
|---|---|
| 4/11/03 725 | HSA G Rec'd 4/11/03 C/O staff infection + arthritis in joints Scheduled NSC 4/12/03 _DPhillips Rn_ |
| 4-12-03 1145 | See HSN-17 Ref. offender to provider _(signature)_ |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

## NURSING ASSESSMENT PROTOCOL
### FOR
### MUSCULOSKELETAL SYMPTOMS

Name: McCollum, Larry   TDCJ#: 110 5538   Date: 4-9-03   Time: 1325
Facility of Assignment: Cole   Work Assignment: Cote  JC util
Current Medications: See med Sheet
Allergies: (Food, drug, other) NKA

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA**

1. Significant medical history: c/o (R) index finger injury

2. Pain:
   Location R finger   Onset X 10 min a go
   Frequency _____ Duration _____
   Radiation _____ Where: _____
   Intensity: (Mild)  Moderate  Severe

3. Precipitating factors: none

4. Recent trauma? N / (Y)
   Surgery? (N) / Y
   Strenuous Physical Activity? (N) / Y

5. History similar problem? (N) / Y

   What was done then? N/A

6. History of arthritis? (N) / Y

7. Family history: N/A

**OBJECTIVE DATA**

1. T 97.4  P 91  R 18  B/P 132/76

2. Joints: (Normal)  Stiffness  Redness
   Hot  Swelling
   Range of Motion:  Affected Joint(s)

   |  | Full | Limited | Absent |
   |---|---|---|---|
   | Right Leg | | | |
   | Left Leg | | | |
   | Right Arm | | | |
   | Left Arm | | | |
   | Neck | | | |
   | Back: | | | |
   | Anteflexion | | | |
   | Dorsiflexion | | | |
   | L. Lat Flexion | | | |
   | R Lat. Flexion | | | |

3. Movement: (Normal)  Guarded

4. Posture: Normal  Erect  Guarded
   Tilts to right  Tilts to left
   (Sits easily)  Sits w/difficulty

5. Gait: (Normal)  Limp  Guarded

6. Peripheral Pulses:

   | | Right | Left |
   |---|---|---|
   | Radial | Present | Present |
   | | Absent | Absent |
   | Dorsalis Pedis | Present | Present |
   | | Absent | Absent |

7. Dipstick UA:

   | Leukocytes | | Nitrites | |
   |---|---|---|---|
   | Urobilinogen | | Protein | |
   | pH | | Blood | |
   | Sp. Gr. | | Ketones | |
   | Bilirubin | | Glucose | |

   Comments: States "Officers Slammed door on my finger — No redness bruising good ROM able make fist —

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site.  Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:

→ Acute onset with loss of motion or function.

→ Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.

→ Suspected fracture.

HSN-17 (rev. 10/98) Front

Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, L.
TDCJ No.: 1105538
Unit: _____

| Date & Time | Notes |
|---|---|
| 3/26/03 | 1010 Appt C provider RE: Skin |
| | Wt 238  T 98.6  B/p 143/88 P 64   R 18 BS unlabored |
| | S  ℞ jaw |
| | slow eye |
| | start o Beta    x 5-6 wk |
| | no usually lens |
| | O   1 in syph        cells ov |
| | ℞ ℞ O |
| | (tender)      only pub until be other |
| | A   eschar / ulc |
| | ℞ Betadine    and dry @ clinic    TID x 10 d |
| | or until healed   ✓ Reseed |
| | [signature]  BARRY RAFF MD |
| | AM/PM  MAR 2 6 2003 |
| 3-26-03/1220/ noted [signature] Hernandez LVN   ℞℞ |
| 3/29/03/1145 | "I go real today" "I need a blood test |
| 4-10⁵  CID8 | for prostate and infection disease" Reply schedule |
| | c̄ C 10 to discuss testing — V. Ketchings |
| 4/1/03/0822/ | As above, pt was tested for HIV 8/02, pt |
| | states "Yeah there is no need to retest," in concern c̄ prostate |
| | had PSA done 7/02, informed pt to f/u c̄ Dr c̄ continued |
| | concerns, no action needed at this time — V. Ketchings LVN |

Please sign each entry with status.
HSM · 1 (Rev. 5/92)

# NURSING ASSESSMENT PROTOCOL
## FOR
## SKIN ERUPTIONS, BOILS AND ABSCESSES

Name *McCollum, Larry*   TDCJ# *1105538*   Date *3/24/03*   Time *1520*
Facility of Assignment: *Cole*   Work Assignment:
Current Medications: *Daproufen, antacids, Pamelor, Zofot.*
Allergies: (Food, drug, othe r) *NKA*

---

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Significant medical history:
   *Breaking out on R side of face + buttocks*

2. Onset: *1 wk*

3. Type of lesion, location, and course:
   *no open areas*

4. History of similar problems:   N / (Y)
   Prior treatment: *unresolved,*

## OBJECTIVE DATA   *wt 238*

(NOTE: Always use gloves to examine skin lesions)

1. T *98*   P *67*   R *20*   B/P *130/81*

2. Skin appearance:
   Macules   (Papules)   Vesicles   Pustules
   Erythema   Abscesses   Excoriations

3. Location & size of lesion(s) (use ruler to measure)
   *Buttocks + R side of face*

4. Drainage:
   Amount *none*   Location
   Color/consistency

5. Pain or tenderness to touch?   (N) Y

Comments: *N/A*

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if patient is immunocompromised.

## TREATMENT PLAN:

▸ Refer any patient with skin eruptions (eczema, seborrhea, psoriasis) or boils, abscesses or other draining skin lesions to the Physician/Midlevel Practitioner for next day evaluation.

▸ Obtain wound culture and sensitivity on any open, draining skin lesion immediately.

▸ Apply a dry, sterile occlusive dressing to any open, draining boil, abscess, or skin lesion.

▸ Instruct patient to leave draining skin lesions covered, to minimize scratching of lesions, and to wash hands with soap and water after touching draining skin lesions.

▸ Provide pass for patient to return to medical department for daily dressing changes and antibiotic administration, as ordered by the physician. Observe the lesion(s) for clinical response to therapy and document in the health record.

▸ Antibiotic therapy for patient with methicillin resistant staph aureus (MRSA), must be administered in the medical department via Directly Observed Therapy (DOT).

HSN-67 (5/98) Front                                Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum, L_

TDCJ No.: _110 5538_

Unit: _Estelle_

| Date & Time | Notes |
|---|---|
| 3/21/03 1015 | Tx flow sheet to chart - Dr Allyen |
| 3-22-03 0750 | S - offender walk in c/o "2 punches to the face... fell to the floor... nose was bleeding |
| | O - JH to see HSM-14      A - PTTD physical |
| | P - released to segregation - not going to seg.   J. Hume RN |
| 3-23-03 | /1125/1-60/ rec today / Request CSP - NSC 3-24-03    Fernande RN |
| 3-23-03 | /1128/1-60/ rec today / Request for c antibiotics for infection from Beto  NSC 3-24-03    Fernande |
| 3-??-03 | 3/24/03/ 1530/ F. U. c provider for skin.    S Watkins LVN |

## NURSING ASSESSMENT PROTOCOL
## FOR
## HEARTBURN

Name: _McCullum, L_ TDCJ#: _105538_ Date _3/19/03_ Time _1500_

Facility of Assignment: _Coler_ Work Assignment _no job_

Current Medications: _Pamelor, Zoloft_

Allergies: (Food, drug, other) _NKA_

---

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA** _Request refills of antacids_

1. Significant medical history _Heart Burn_

2. Pain:
   Location _Not today_ Onset
   Frequency _____ Radiating
   Duration _____ Intensity
   Describe _Burning of epigastric at times_

3. Aggravating factor: _____
   Alleviating factor: _Antacids_

5. Smoking: (N) Y

6. Caffeine intake: _NO_

7. Alcohol intake history: _NO_

8. Dietary Habits: _NO_

9. History of similar problem? N/(Y)
   How treated _Antacids_

10. Family History: _NO_

11. Bowel Habits: _Ok._
    Frequency
    Characteristics
    Bloody/mucus

12. Vomiting? N/(Y)
    Describe _N/a_

13. Recent abdominal surgery _N/a_

**OBJECTIVE DATA**

1. T _98_ P _70_ R _20_ B/P _139/86_ Wt _237_ lbs.
   Weight loss/gain _N/a_ Lbs. Since _N/a_

2. Abdominal Inspection: Distended Flat _N/a_

3. Abdominal Auscultation:
   Bowel Sounds: (Normal) Hyperactive
   Hypoactive Absent

4. Abdominal Palpation:
   Distended (Soft) Rigid Guarding
   Rebound tenderness
   Location of tenderness: _____

Comments: _N/a_

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if:

- Patient has history of hypertension.
- Patient has history of cardiovascular disease.
- Pain radiates to back, chest, neck or arm.
- Pain is associated with nausea, vomiting, sweating or SOB.

HSN-34 (rev. 4/99) Front                                    Cont'd on back

# NURSING ASSESSMENT PROTOCOL
## FOR
## MUSCULOSKELETAL SYMPTOMS

Name: _McCollum L_ TDCJ#: _1105538_ Date: _3/19/03_ Time: _1500_
Facility of Assignment: _Cole_ Work Assignment: _No Job_
Current Medication: _Motrin Zoloft._
Allergies: (Food, drug, other) _NKA._

---

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA** _arthritis_

1. Significant medical history: _joint pains_

2. Pain:
   Location: _Knee's_ Onset: _Chronic_
   Frequency: _" "_ Duration: _Constant_
   Radiation: _no_ Where: _no_
   Intensity: (Mild) (Moderate) Severe
   _10 J_

3. Precipitating factors: _n/a_

4. Recent trauma? (N) Y
   Surgery? (N) Y
   Strenuous Physical Activity? (N) Y

5. History similar problem? N (Y)

   What was done then? _Naproxen_

6. History of arthritis? N (Y)

7. Family history: _yes_

**OBJECTIVE DATA**

1. T _98.0_ P _70_ R _20_ B/P _139/86_

2. Joints: Normal (Stiffness) Redness
   Hot (Swelling)
   Range of Motion: Affected Joint(s)

   |  | Full | Limited | Absent |
   |---|---|---|---|
   | Right Leg |  |  |  |
   | Left Leg |  |  |  |
   | Right Arm |  |  |  |
   | Left Arm |  |  |  |
   | Neck |  |  |  |
   | Back: |  |  |  |
   | Anteflexion |  |  |  |
   | Dorsiflexion |  |  |  |
   | L. Lat Flexion |  |  |  |
   | R Lat. Flexion |  |  |  |

3. Movement: (Normal) Guarded

4. Posture: (Normal) Erect Guarded
   Tilts to right       Tilts to left
   Sits easily          Sits w/difficulty

5. Gait: (Normal) Limp Guarded

6. Peripheral Pulses:

   |  | Right | Left |
   |---|---|---|
   | Radial | (Present) Absent | (Present) Absent |
   | Dorsalis Pedis | (Present) Absent | (Present) Absent |

7. Dipstick UA:

   | Leukocytes | Nitrites |
   |---|---|
   | Urobilinogen | Protein |
   | pH | Blood |
   | Sp. Gr. | Ketones |
   | Bilirubin | Glucose |

   _N/a_

Comments: _N/a_

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
- Acute onset with loss of motion or function.
- Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.
- Suspected fracture.

HSN-17 (rev. 10/98) Front

Plaintiffs' MSJ Appx. 971

Cont'd on back

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, L.

TDCJ No.: 110 5538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 3.18.03/7₀ | Dr. previous order Nortriptyline tabl. 50 mg x 30 days |
| 6.10.03 PS48 | 3/18/03 return in 3 mos. + 5 refills |
| 3/18/03 8:10 | noted _____ DPhillips RN |
| 3/18/03 8:15 | HSA9 Rec'd 3/18/03 c/o joint pain + requests refill of antacids Schedule NSC 3/19/03 _____ DPhillips RN |
| 3/19/03 1530 | Here for NSC. 1) Antacids # Chewable tabs BID x 30 days KOP. |
| 3-19-03 Rasha | 2) Naproxen 500 BID x 30 days V/O Raff. MD/ D Watkins LVN. sign _____ [signature] 3/19/02 [initials] |
| 3/19/03 1340 | orders noted [signature] D Watkins [stamp: LARRY... 89932...] |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# NURSING ASSESSMENT PROTOCOL
## for
## FUNGAL INFECTIONS
### (Athletes Foot, Jock Rash, Ringworm)

Name _McCallum, Larry_  TDCJ#: _105558_  Date: _3/12/03_  Time: _1500_

Facility of Assignment: _Cole_  Work Assignment: _No Job_

Current Medications: _Zoloft, naproxen, nortriptyline_

Allergies: (Food, drug, other) _NKFA_

---

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA**

1. Onset _several months_

2. Cause of Rash: _unknown_
   Describe: _dry cracking of_
3. _heels + under toes_
   Itching/Burning: N / **Y**

4. Alleviating factors: _soaks/meds._

5. Aggravating factors: _wetness_

**OBJECTIVE DATA**  _237 wt_

**NOTE:** Observe all skin eruptions for signs of honey-colored cr__ __, circular lesions. If present, refer patient to MD/MLP for evalua__ on of possible staph infection.

1. T _98.6_ P _70_ R _20_ B/P _128/76_

2. Location of lesions(s):

|  | Left | Right | Bilateral |
|---|---|---|---|
| Arms | — | — | — |
| Hands | — | — | — |
| Legs | — | — | — |
| **Feet** | — | — | ✓ |
| Groin | — | — | — |
| Trunk   Anterior | — | Posterior — |  |
| Scalp | — | — |  |

3. Skin Appearance/Lesion Description:

   Redness   Swelling   Circular
   **(Cracking)**   Papules   Linear
   **(Scaling)**   Macules   Scattered

4. Drainage:
   **(None)**   Purulent   Serous   Bloody

Comments: _Foot soaks_

---

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

**TREATMENT PLAN** _3/12/03_
_RHCMA_

▸ Antifungal Cream 1%-apply bid topically to affected area for 30 days. Patient may keep medication on person (issue from stock) _SW_ (initial)

▸ Instructions for use of cream: Use cream sparingly and evenly, only apply to the affected skin. If symptoms worsen, stop using cream, and submit sick call request

Refer to Physician/Midlevel Practitioner immediately if:

▸ Unsuccessful treatment using antifungal cream

▸ Open lesions

▸ Sign of infection or drainage.

**PATIENT INSTRUCTIONS:**

▸ Encourage exposure to air when possible.

▸ Wear shower shoes in shower.

▸ Keep feet dry between showers, wash feet thoroughly, make sure feet are properly dry, especially between and under toes.

▸ Remind patient that it takes 3-4 weeks for infection to clear.

_AWatkins LVN_ _3/12/03_
Nurse Signature   Date

HSN-16 (Rev. 4/99)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McCollum, Larry

**TDCJ No.:** 1105538

**Unit:** CL

| Date & Time | Notes |
|---|---|
| 3/11/03 7:15 | HSA @ Rec'd 3/11/03 c/o cracks on feet Scheduled NSC 3/12/03 ————— D Phillips RN |
| 3/2/03 1415 | Change HSM-18, Add IV-B, Remove IV-C. BILLY D. BURLESON, PSY. D. |
| 3/12/03 1415 | noted D Phillips |
| 3/12/03 1600 | Abrafere spks B/D x 7 day ea foot. T/O Raff MD / S Watkins LVN sign |
| 3/12/03 1408 | mats off. S Watkins LVN 89952 03 82803 |
| 3/12/03 | Cht Rev last neur y cc 4/21/03 hurt bad LIFTING WB ↑↑ 3/6/03. A good evidence of injury LBP P HSM 18 No #02, #7, TM 9.50 lb BARRY RAFF MD AM/PM |
| 3/14/03 1210 | noted Alexandra J |

## NURSING ASSESSMENT PROTOCOL
## FOR
## SKIN ERUPTIONS, BOILS AND ABSCESSES

Name: Mc Collum, Larry     TDCJ#: 1105538    Date: 3-10-03   Time: 1450
Facility of Assignment: CL     Work Assignment: Utility SQ
Current Medications: Sertraline / Nortriptyline, Naproxen, Antacid
Allergies: (Food, drug, othe r) _____

Circle all items that are appropriate and/or complete all blanks.

### SUBJECTIVE DATA

1. Significant medical history: bumps on buttocks

2. Onset: 2 wks

3. Type of lesion, location, and course: bumps on butt

4. History of similar problems: (N) Y
   Prior treatment: N/A

### OBJECTIVE DATA

(NOTE: Always use gloves to examine skin lesions) WT 237#

1. T 97⁶ P 66 R 19 B/P 144/85

2. Skin appearance:
   (Macules) (Papules) Vesicles Pustules
   Erythema (Abscesses) Excoriations

3. Location & size of lesion(s) (use ruler to measure)
   2 to 3 mm macules in various stages of healing — mostly dried up

4. Drainage:
   Amount NO   Location ∅
   Color/consistency ∅

5. Pain or tenderness to touch? (N) Y

Comments: See clinical notes

### NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if patient is immunocompromised.

### TREATMENT PLAN:

▸ NO Refer any patient with skin eruptions (eczema, seborrhea, psoriasis) or boils, abscesses or other draining skin lesions to the Physician/Midlevel Practitioner for next day evaluation.

▸ Obtain wound culture and sensitivity on any open, draining skin lesion immediately.

▸ Apply a dry, sterile occlusive dressing to any open, draining boil, abscess, or skin lesion.

▸ Instruct patient to leave draining skin lesions covered, to minimize scratching of lesions, and to wash hands with soap and water after touching draining skin lesions.

▸ Provide pass for patient to return to medical department for daily dressing changes and antibiotic administration, as ordered by the physician. Observe the lesion(s) for clinical response to therapy and document in the health record.

▸ Antibiotic therapy for patient with methicillin resistant staph aureus (MRSA), must be administered in the medical department via Directly Observed Therapy (DOT).

HSN-67 (5/98) Front                                    Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum Larry

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 2/24/03 CH 5 | HSAG Rec'd 2/24/03 Asking about glasses |
| 2-25-03 chart | + wanting antacids increased Chat will go to provider to eval V.A.  Chat to provider requesting ↑ of antacids  D Phillips RN |
| 2-25-03 0735 | RX: Antacid Compliance to provider  M. Blade RN part |
| 2-25-03 1230 | Antacid Compliance 24/25 = 86%  RX: Take antacids compliance as directed Bid  M. Blade RN, C.O. |
| 2/25/03 | noted   D Phillips RN |
| 3-6-03 1910 | S- walk in to clinic c/o pain to R side of back, "I've been lifting wts. for about 1wk...probably over did it...TOOK 4 APAP" |
| | O- wt 236# 97.4F, 139/83 BP, P63, R20 |
| | - limp into medical |
| | - into BP chair c grimace, c difficulty |
| | A- alt in comfort - subj |
| | P- warm pack to back, instruct to continue naproxen |
| | (left c 10 min c warm pack)   J Hime RN |
| 3/8/03 1745 | I-60 Rec'd 3/8/03 c/o rash Scheduled N S C  D Phillips RN |
| | 3/10/03 |
| 3-10-03 1450 | FOR NSC - SEE PROTOCOL - [TPO] TAO ½ pack to skin PID X  7 DAYS - KOP - GIVEN   B. Raff MD / J Hime RN  RMM 3/10 or 11am |

Please sign each entry with status.   Plaintiffs' MSJ Appx. 976
HSM - 1 (Rev. 5/92)   3-10-03 / 1510 noted off: J Hime RN
BARRY W. RAFF M.D.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum Larry

TDCJ No.: 1105538

Unit: Coo.

| Date & Time | Notes |
|---|---|
| 2/20/03 730 | I-60 Rec'd 2/20/03 requesting glasses Scheduled NSC 2/24/03 - D.Phillips RN |
| 2-20-03 1750 | S - for NSC - "had glasses in free world - frames came apart in here" |

O - WT 238# 97°F, 133/77, R62, R19

|  | OS | OD | OU |
|---|---|---|---|
| NEAR | 20/50 | 20/30 | 20/25 |
| FAR | 20/20 | 20/20 | 20/15 |

A - vision

P - refer chart to provider                 J.Hime RN

2-21-03/1155/ Here to see provider re: 148M-18 —
wt. 240  V/S 98² - 77-16 - 140/80 —
(290 lb @ intake)                    Nap       100 9
                                     Adm        75 9

S  
Icm    ...    7  bw

O  ptell  ...

A   LBC          ...   ...   + wt loss
    ...    ...
    difficult + ...

P   HSM 18      TT 02
                TTT 7   8 (800g)   9 (2CH)   12, 17 (60g)
                d/c  20  821
    would  ...  action /  ...

                                    LARRY  RAFF MD

Please sign each entry with status.

2-21-03/1955/ ...

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCullum

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 2-18-03 1550 | 5) See for _____ in cuffs for transient physical for LTD. |
| | Please HSM-14, Cleared for od. sea released to security _____ |
| 2/19/03 13:30 | S the Pt at present seems to be S p/np |
| | O the Pt is a 44 y/o w/m who has a hx of Major Depression at present seems to be able to deal c Reality able to have — who was able to handle @ change better. |
| | A Dx I Major Depression II none III Back pain, knee pain |
| PS 43-190-176 | Plan 1) Cont same meds 2) RTW in 6 months |
| 2-19-03 1405 | Noted _____ _____ S McQuatters |
| 2/19/03 1625 | Change HSM-18. Added IV-C. BILLY D. BURLESON, PSY. D. |
| 2-19-03 1630 | Noted S McQuatters |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCullum

TDCJ No.: 1165538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 1/10/03 | S unwind now |
| | (was 310 lb) |
| | still LBP & knees |
| | Bad "slips" - still prob |
| | claim to have the "burned" by gas @ 96 V in |
| | cx evol with: not up pmd on |
| | ○ - struggle to get up from |
| | ` @ knee cap/telds |
| | DTR's nml                    SLR ② ⓒ 80° |
| | A   RT chondromalacia pat |
| | LBO   - pos DJD |
| | Obesity - has made remble pgress |
| 2/12/03 JP | P Naproxyn 500mg po BID x 30 |
|  | antacids TT I I BID x 30 / ē symp |
| | RTC 3 mo |
| | BARRY RAFF MD |
| | ~~AM~~ PM   12 |
| 2-12-03/1240/ | noted afternoon |
| 2-12-03/1240/ | B/P Flow Sheet Returned to Chart |
| 2/18/03 6/5 | 1-60 Rec'd 2/18/03 requesting antacids Response - go to pillwindow you are on antacids 2 tabs 2 x's daily D.Phillips RN |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCullen

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 2-6-03 1400 | BP flow sheet: BP normal most of the time Rx: No further orders |
| 2-6-03/1400/ | noted _____ M. Blade RN, ____ Demand M |
| 2/10/03 710 | HSA9 Rec'd 2/10/03 "put glasses back together" Called to medical _____ DR ____ |
| 2-12-03 | 11:17 Appt c̄ provider re: 9-18-26-02 _____ Wt 242  BP 151/85  T 96.7  P 65  R 20 |
| 2/12/03 11:37 | S J Still Real Depress ____ ____ O the Pt ____ ____ ____ ____ who ____ ____ ____ ____ ____ still depressed ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ too distressed and depressed A2u I Major depress ____ ____ |
| 2/12/03 11:16 | Plan) DC Nortriptyline ____ 2) Nortriptyline 50mg IT qHs X30tabs met5 3) RW in [6 weeks] |

UTMB CORRECTIONAL MANAGED CARE
MEDICAL & MENTAL HEALTH TRANSFER SCREENING

NAME: McCullin          TDCJ: 1105538          ALLERGIES: N/A

Facility of Assignment Health Screening: Date: 2-4-03   Time: 0930   Facility: CCC

Current History of treatment for Health Problem or Chronic Condition?   MEDICAL ☐      DENTAL ☐
                                                                        MENTAL HEALTH ☐   SUBSTANCE ABUSE ☐
If yes, describe: Sky View Return

Currently taking any medications?  Yes ☑  No ☐        PRINT PASS ATTACHED:   Yes ☑  No ☐
Direct Observed Therapy?  Yes ☐  No ☑      Keep On Person?   Yes ☐  No ☑
Do you have a current health care complaint?   MEDICAL ☐   DENTAL ☐   MENTAL HEALTH ☐
If yes, describe: _____

GENERAL APPEARANCE:   Clean ☑   Dirty ☐    Neat ☐    Sloppy ☐
SKIN:  Cuts: Yes ☑  No ☐        Bruises: Yes ☐  No ☐      Sores: Yes ☐  No ☑
PHYSICAL DEFORMITIES:   Yes ☐   No ☑
If yes, describe: on finger tips

OFFENDER'S PRESENT ORIENTATION:   What is today's date? 2-4-03   Time? 0930
                                   What place is this? CCC
SPEECH:  ☑ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other: _____

BEHAVIOR: ☐ Angry     ☐ Crying     ☑ Cooperative   ☐ Happy    ☐ Other: _____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?     Yes ☐     No ☑
HAVE YOU EVER TRIED TO KILL YOURSELF?           Yes ☐     No ☑
OFFENDER SIGNATURE: X ___ M Cole          DATE: 2-4-03
SCREENER SIGNATURE: BS Eigler CMA          DATE: 2-4-03

IV.      Review of Offender' Health Record  MM
Date last PPD ☐/ CXR ☐: 7-12-02   X-rays Rec'd: YES ☐ NO ☑   Meds Rec'd  YES ☑ NO ☐
Health Problems: Major Depression, Age, Obesity, Chronic LBP, Psych Crisis Mgmt.

| Meds: | | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|---|
| Tol naptate 1% BID X 30 day KOP | | ☐ | ☐ | _____ |
| Nortriptyline 75mg 1 at 1500 X30 | | ☐ | ☐ | _____ |
| naproxen 250mg - 001 tab 30 C5R | | ☐ | ☐ | _____ |
| Tolort 100 - 9am X 30 days | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |
| | | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diets/Appointments:
F/U c Psych X 7 days  → Returned from Skyview

DISPOSITION OF OFFENDER:
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:      Routine Follow-up ☐     Emergency Medical Services ☐
Referral to Mental Health:  Routine Follow-up ☐     Emergency Mental Health Services ☐
Referral to Dental:       Routine Follow-up ☐     Emergency Dental Services ☐

Restrictions:  Housing Lower bunk
               Work   (III)#'s 5,8,9,13,17,20,21    Discipline Restrictions:  Yes ☐  No ☑
Nurse Signature/Date/Time: S Moore Lilies LVN 2-4-03/435
Physician/Physician Extender Signature/Date/Time: MS Lopez BSN W, CS-NP  Plaintiffs' MSJ App. 0835
                                                   2-4-03: 1435

 

# NURSING ASSESSMENT PROTOCOL
## FOR
## CONSTIPATION

Name: McCollum Larry                TDCJ#: 1105538   Date: 2/2/03   Time: 23:30
Facility of Assignment: Dato 7                        Work Assignment: Dey.
Current Medications: Nortriptyline, Sertraline, Naproxen
Allergies: (Food, drug, other) NKA

---

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Significant medical history: Ø _____

2. History recent abdominal surgery?   (N) / Y

3. Stool:
   Hard ___   Blood present ___   Formed ___
   Soft ___   Hard alternating with diarrhea ___
   Color Brown
   Frequency Ø 3 days

4. Date of last BM: 1/31/03

5. History or current GI Bleed: Ø

6. Nausea / Vomiting / Diarrhea:   (circle)  N/A
   Frequency ___
   Volume ___
   Color ___

7. Habit history:
   Smoking     Alcohol     (Caffeine)

8. Dietary Practices: UNL ___

9. History similar problem:   (N) / Y
   What was done then? Ø

10. Current stressors: Ø

---

2. Abdominal Auscultation:
   Bowel Sounds: ~~Normal~~   Hyperactive
   Hypoactive  Absent

3. Abdominal Palpation:
   Distended   Soft   Rigid   Guarding
   Rebound tenderness
   Location of tenderness: Ø

   Comments: N fluids ___

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site.  Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner immediately if:

▸     Temperature is greater than 101°F.

▸     Severe pain.

▸     Vomiting.

▸     Absent bowel sounds.

▸     Rigid abdomen.

_____   2/2/03
Nurse Signature                          Date

## OBJECTIVE DATA

1. T 97  P 73  R 20  B/P 138/76  Wt 241 lbs.
   Weight loss/gain: ___ lbs. since ___

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

me: Mc Collum Larry

TDCJ No.: 1105538

Unit: Beto 7

| Date & Time | Notes |
|---|---|
| 2/2/03  23:30 | S) Saw a walk in for c/o getting shocked earlier today. Offender walks in and then states, Talking about being constipated and ___ then didn't mentioned being shocked write med staff brought in up. |
|  | O) 97°, 155/76, 83, 20, #241, O₂sat 100%, HR reg, (string), lung, CTA, no cyanosis, A&O x3 |
|  | A) Subj. Shock |
|  | P) Pty indicated @ H. time; HSN-D completed    J. Albritton |

Please sign each entry with status.          Plaintiffs' MSJ Appx. 983

HSM - 1 (Rev. 5/92)

**TDCJ HEALTH SERVICES DIVISION**
**NURSE'S CHAIN REVIEW**

NAME: _McCollum  Larry_          TDCJ#: _110  5538_

## I. OUTGOING CHART REVIEW          Date _1/29/03_   Time _2300_   Facility _S V IV_

Transfer to: _B_                     Allergies: _None_
Method and time of travel appropriate:  YES ☒  NO ☐
Date last PPD ☐ / CXR ☐ _____   X-Rays sent:  YES ☒  NO ☒  N/A ☐
Current Med Pass on chart:  YES ☒  NO ☐   DOT:  YES ☐  NO ☒   Meds sent:  YES ☐  NO ☐  N/A ☐
Health Problems:  Medical ☐  Dental ☐  Mental ☒
Special Diet: _not  nc._
Treatment/Preps: _None_

Housing Restrictions: _none_                                    Discipline Restrictions:  YES ☐  NO ☒
Crutches ☐  Cane ☐  Walker ☐  Wheelchair ☐  Other ☐ _+_
Pending Appts. / Follow-ups: _0_
Special Instructions given to transport personnel:  YES ☐  NO ☒  N/A ☒
Nurse Signature/Date/Time _M Barci? RN  1/29/03  2300_

## II. ENROUTE CHART REVIEW          Date _1-30-03_   Time _1415_   Facility _Roth_
Allergies: _NKA_
On Meds:  YES ☒  NO ☐          DOT:  YES ☐  NO ☐   Meds sent:  YES ☐  NO ☒  N/A ☐
Housing Restrictions: _# B2_                              Discipline Restrictions:  YES ☐  NO ☒
Treatment / Preps: _0_

New Orders: _0_

                                                    New Medications On Computer:  YES ☐  NO ☒
Pending Appointments: _EES   CC_         Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐
Additional Comments: _Return  from  Skyview  /Psych (S3ns)_
                                                   _1-30-03_
Nurse Signature/Date/Time  _K. MAXWELL R.N._  Physician/Physician Extender Signature/Date/Time _1-3-03  1315_

## III. FACILITY OF ASSIGNMENT:          Date _____   Time _____   Facility _____
DOT:  YES ☐  NO ☐                     Allergies: _____
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder | |
|---|---|---|---|---|
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |
| | ☐ | ☐ | | |

Treatments /Special Care / Follow-up / Diet / Appointments: _____

Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐      Add to Chronic Clinic:  YES ☐  NO ☐
Restrictions:  Housing _____
          Work   (III) #'s _____
Nurse Signature/Date/Time _M Barci? RN  1/29/03  2300_      Discipline Restrictions:  YES ☐  NO ☐
Physician/Physician Extender Signature/Date/Time

Plaintiffs' MSJ Appx. 984

HSN -1 (rev. 12/99)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Iame: McCollum Larry

TDCJ No.: 1105538

Unit: _____

| Date & Time | Notes |
|---|---|
| 1-27-03 2100 | MSg: Pt received ambulatory via cart crew from Custer Cole lyup to Sky View Crisis Management [signature] |
| 1-27-03 0900 | C/M Note - Pt may have all C/M materials. [signature] |
| 1-27-03 1445 | MSg: Seen on CMM rounsg Standing @ window. Offers NC [signature] |
| 1-28-03 0815 | C/M Note- N/C to UOA. [signature] |
| 1-29-03 1910 | MSg: Scheduled for [illegible] move to SV IV. Dog [signature] |
| 1/29/03 1500 | MSg: Rec'd to SV4 to await transport to UOA B Bucha |
| 1-29-03 2230 | MSg Pt will be released to security will be reassigned. JWilliams LVN |

## TDCJ HEALTH SERVICES DIVISION
### NURSE'S CHAIN REVIEW

**NAME:** McCollum Larrey      **TDCJ#:** 1105538

---

**I. OUTGOING CHART REVIEW**     Date: _____  Time: _____  Facility: _____
Transfer to: _____     Allergies: _____
Method and time of travel appropriate: YES ☐  NO ☐     Medical Condition Appropriate for Travel: YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐     Current med pass on chart: YES ☐  NO ☐  **DOT:** YES ☐  NO ☐
Meds sent: YES ☐  NO ☐  N/A ☐     Health Problems:  Medical ☐  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____     Discipline Restrictions:  YES ☐  NO ☐
Crutches ☐   Cane ☐   Walker ☐   Wheelchair ☐   Other ☐
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:     YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time: _____

**II. ENROUTE CHART REVIEW**     Date: _____  Time: _____  Facility: _____
On Meds:  YES ☐  NO ☐     Meds rec'd: YES ☐  NO ☐  **DOT:**  YES ☐  NO ☐     X-rays rec'd: YES ☐  NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer:  YES ☐  NO ☐     Pending Appointments: _____
Chart for Review to:  CID ☐   Mental Health ☐   Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____     Physician-PE Signature/Date/Time: _____

**III. FACILITY OF ASSIGNMENT:**  Date: 2/4/03  Time: 2100  Facility: Skyview
**DOT:**  YES ☐  NO ☑  Meds rec'd: YES ☐  NO ☐  Date last PPD ☐/ CXR ☐: 1/2/02 DMM
X-rays rec'd:  YES ☐  NO ☑
Health Diagnoses: None Noted

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| Sulnaflate cream apply Bid | ☐ | ☐ | _____ |
| Sectralene 10 mg gm _____ | ☐ | ☐ | _____ |
| Nortriptyline 75 mg | ☐ | ☐ | _____ |
| spm | ☐ | ☐ | _____ |
| Naproxen 250 mg + Bid | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
None Noted

Chart to Review to:  CID ☐   Mental Health ☐   Dental ☐     Add to Chronic Clinic:  YES ☐  NO ☑
Restrictions: Housing _____     Work 17, 20, 21, 7, 8, 9, 12
Discipline:  YES ☐  NO ☐
Nurse Signature/Date/Time: R Deeeg RN 2/4/03/2100
Physician-PE Signature/Date/Time: _____

HSN –1 (rev. 10/00)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 1/21/03 | Cht Rev |
| | MPL - alert @ 290, now 250 |
| | R. HSM 18    II 12 |
| | III 7, 8, 9    12    17   20  21  ) x30 |
| | BARRY   RAFF MD |
| | MCM   5 AM PM |
| 1/22-03  1535  Noted |
| 1-24-03  1640  S - offender for pre-crisis management - transfer skyline |
| 1-24-03 JH | O - see HSM - 14 |
| | A - PHD |
| | P - report called to Ms. Adams RN - leaving medical 1652 |
| | J. Hume RN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Plaintiffs' MSJ Appx. 987

.0174

UTMB CORRECTIONAL MANAGED CARE
MEDICAL MENTAL HEALTH TRANSFER SCREENING

NAME: McCollum Tarry   TDCJ: 1105538   ALLERGIES: NKDA

I. Facility of Assignment Health Screening:   Date: 1-21-03   Time: 1:00   Facility: CCC

Current History of treatment for Health Problem or Chronic Condition?   MEDICAL ☑   DENTAL ☐
MENTAL HEALTH ☐   SUBSTANCE ABUSE ☐

If yes, describe: Skyview Return

Currently taking any medications?  Yes ☑   No ☐          PRINT PASS ATTACHED:  Yes ☑   No ☐
Direct Observed Therapy?  Yes ☐   No ☑          Keep On Person?  Yes ☐   No ☑
Do you have a current health care complaint?   MEDICAL ☐   DENTAL ☐   MENTAL HEALTH ☐

If yes, describe: No

GENERAL APPEARANCE:   Clean ☑   Dirty ☐   Neat ☐   Sloppy ☐
SKIN:  Cuts: Yes ☐  No ☑   Bruises: Yes ☐  No ☐   Sores: Yes ☐  No ☐
PHYSICAL DEFORMITIES:   Yes ☐   No ☐

If yes, describe:

OFFENDER'S PRESENT ORIENTATION:   What is today's date? 1-21-03   Time? 1000
   What place is this? CCC

SPEECH:  ☑ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other:

BEHAVIOR: ☐ Angry   ☐ Crying   ☑ Cooperative   ☐ Happy   ☐ Other:
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?   Yes ☐   No ☑
HAVE YOU EVER TRIED TO KILL YOURSELF? MC   Yes ☐   No ☐

OFFENDER SIGNATURE: X   DATE: 1-21-03
SCREENER SIGNATURE:   DATE: 1-21-03

IV.   Review of Offender' Health Record
Date last PPD ☐/ CXR ☐: 7/02   X-rays Rec'd: YES ☐ NO ☑   Meds Rec'd  YES ☐   NO ☑
Health Problems: Depression, back pain, Obesity

| Meds: | | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|---|
| Sertraline 100 mg I @ am | | ☐ | ☐ | |
| Nortriptyline 75 mg I @ 1500 | | ☐ | ☐ | |
| Naproven 250 mg I BID | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |
| | | ☐ | ☐ | |

Treatments/Special Care/Follow-up/Diets/Appointments: f/u ē provider - psych < 7 days
see order 1/26/03

DISPOSITION OF OFFENDER:
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:   Routine Follow-up ☐   Emergency Medical Services ☐
Referral to Mental Health:   Routine Follow-up ☐   Emergency Mental Health Services ☐
Referral to Dental:   Routine Follow-up ☐   Emergency Dental Services ☐

Restrictions:   Housing   Low bunk
   Work   (III) #'s   7, 8, 9, 12, 17, 20, 21   Discipline Restrictions:   Yes ☐  No ☑
Nurse Signature/Date/Time:   1/21/03 1105
Physician/Physician Extender Signature/Date/Time: Curtis M. Gibbs? MD

HSN-1 (ACA-Pilot Rev. 1/2002)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

me: McCollum, Larry

TDCJ No.: 1105538

Unit: B1

| Date & Time | Notes |
|---|---|
| 1/18/03 0710 | (S) Call to wing 2° offender on floor. (O) Upon arrival offender ambulating ↓ from 3 row. C/O feels like vomiting. C/O no contact from family. C/O scared of prison. States he wants to stay at SV. Unable to get here part but also states this happened in the world. C/O his unit to far from home. See HSM-23. C/O knee pain. Wants 1 row. (A) subjective C/O nausea / MH issues. (P) Tx per HSM-23. Advised will refer to psych for other issues + should submit SCR for C/O knee pain. — S. Pearson RN |
| 1/18/03 0800 | (S) HSA-9 rec. request eval. for 1st floor restriction. (P) Advised address this at UCA — S. Pearson RN |

Please sign each entry with status.   Plaintiffs' MSJ Appx. 989

HSM - 1 (Rev. 5/92)



# NURSING ASSESSMENT PROTOCOL
## FOR
## VOMITING

Name: _McCollum, Larry_ TDCJ#: _1105538_ Date: _1/8/03_ Time: _0710_
Facility of Assignment: _B?_ Work Assignment: _N/A transient_
Current Medications: _zolnastate, Antacids, zoloft, Pamalor, Naproxen_
Allergies: (Food, drug, other) _NKDA_

---

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Onset/Course: _yesterday_

2. History of similar problem: N (Y)
   How treated: _____
   _____
   _____

3. General medical history: _chronic low back pain_
   _____

4. Smoking: (N) Y

5. Caffeine intake: _2-3 c. q̄ d._

6. Alcohol intake history: _Hx alcoholism_

7. Recent abdominal surgery: _Ø_

8. Abdominal Pain: N (Y)
   Location _all over_ Onset _@ 1 mo_
   Frequency _constant_ Radiating _____
   Duration _____ Intensity _____
   Describe: _States this happened in world also._

9. Appetite: Normal ___ Decreased ✓
   Time of last meal _1/8/03 breakfast_
   Food ingested _don't remember_

10. Normal Dietary Practices: _1-2 meals q d_
    _____

11. Normal Bowel Habits: Soft ✓ Hard ___
    Frequency _1-2 q d_
    Characteristics _loose_

12. Family History: _____
    _____
    _____

## OBJECTIVE DATA

1. T _98_ P _96_ R _18_ B/P _108/81_ Wt _253_ lbs.
   Weight loss/gain _1_ lbs. since _1/13/03_

2. Skin:
   (Warm)  Hot  Moist  (Dry)
   Diaphoretic  Bruises  Petechiae  Hematoma

   Color:
   (Normal)  Pale  Flushed  Gray
   Cyanotic  Jaundice
   Turgor  Normal  Tenting

3. Abdominal Inspection:
   Distended  (Flat)  Hypoactive  Absent

4. Abdominal Auscultation:
   Bowel sounds: (Normal) Hyperactive

5. Abdominal Palpation:
   Distended  (Soft)  Rigid  Guarding  Tenderness
   Location of tenderness: _N/A_
   _____

6. Describe any observed vomiting: _N/A_
   _____

Comments: _____
_____
_____
_____

HSN-23 (Rev. 8/98)                                    Cont'd on bac

**TDCJ HEALTH SERVICES DIVISION**
**NURSE'S CHAIN REVIEW**

NAME: _McCollum Larry_                                    TDCJ#: _1105538_

**I. OUTGOING CHART REVIEW**     Date _1-15-03_  Time _2230_   Facility _SV_
Transfer to: _B_                                    Allergies: _NKA_
Method and time of travel appropriate:  YES ☑  NO ☐
Date last PPD ☑ / CXR ☐ _2-10-02_             X-Rays sent:  YES ☐  NO ☑  N/A ☐
Current Med Pass on chart:  YES ☑  NO ☐    DOT:  YES ☐  NO ☑   Meds sent:  YES ☐  NO ☐  N/A ☐
Health Problems:  Medical ☑  Dental ☐  Mental ☑
Special Diet: _Ø_
Treatment/Preps: _Ø_

Housing Restrictions: _Ø_                                   Discipline Restrictions: YES ☐  NO ☑
Crutches ☐  Cane ☐  Walker ☐  Wheelchair ☐  Other ☐ _Ø_
Pending Appts. / Follow-ups: _Ø_
Special Instructions given to transport personnel:  YES ☐  NO ☐  N/A ☑
Nurse Signature/Date/Time _J Williams LVN 1-15-03 2230_

**II. ENROUTE CHART REVIEW**      Date _1/16/03_  Time _1450_  Facility _B1_
Allergies: _NKDA_
On Meds:  YES ☑  NO ☐          DOT:  YES ☐  NO ☑    Meds sent:  YES ☐  NO ☐  N/A ☐
Housing Restrictions: _Ø_                          Discipline Restrictions: YES ☐  NO ☑
Treatment / Preps: _Ø_

New Orders: _Ø_

                                              New Medications On Computer:  YES ☐  NO ☑
Pending Appointments: _Ø_              Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐
Additional Comments:

Nurse Signature/Date/Time _S Pierson RN 1/16/03 1450_  Physician/Physician Extender Signature/Date/Time _____ 1/17/03 1400_

**III. FACILITY OF ASSIGNMENT:**     Date _____  Time _____  Facility _____
DOT:  YES ☐  NO ☐          Allergies: _____
Health Diagnoses:

Meds:

| | Rec'd | | Exp'd | | MD Reorder |
|---|---|---|---|---|---|
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |
| | ☐ | | ☐ | | |

Treatments /Special Care / Follow-up / Diet / Appointments:

Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐      Add to Chronic Clinic:  YES ☐  NO ☐
Restrictions:  Housing _____
              Work  (III #'s _____                         Discipline Restrictions:  YES ☐  NO ☐
Nurse Signature/Date/Time _____
Physician/Physician Extender Signature/Date/Time _____

Plaintiffs' MSJ Appx. 991

HSN - 1 (rev. 12/99)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

me: McCollum, L.

TDCJ No.: 1165538

Unit: Polk SV

| Date & Time | Notes |
|---|---|
| 04/10/03 1405 | Chain in from CC unit for SV CM Admit due to threatening suicide. Arrived via chain van ambulatory to unit. Cooperative with interview. — C. Adamsden |
| 1/13/03 0915 | Give all c/m materials & paper trays. Wking us/PP |
| 1-13-03 1015 | Nsg (S) - Seen in DSC sick call for c/o tongue laceration. Pt. states "I was hit in the jaw by another offender" 101- V/S 147/82-100-18-97.4 wt 254, Resp. unlabored, this pt has a large skin flap raised on top ® side of tongue, ∅ bleeding noted, pt. voices able to eat & drink on ① side, ∅ S/s of infection @ this time, pt. C/o pain. [A]- seen in sick call for assessment of tongue laceration. [P]- Referred to M.D. & orders received — T. Johnson |
| 1-13-03 1050 | ① Naproxen 250 mg ÷ tab po bid x-30 days. ② Diluted Peroxide Sol. Swish & Spit bid x-7 days ③ F/u for Recheck of Tongue Laceration (1-20-03) — [Revised] V.O. Dr. Crawford / T. Johnson, LVN JOE D. CRAWFORD M.D. 1-13-03 123~ |
| | Noted 1-13-03   1630  JP Flores ✓ |
| 1/13/03 | refused vital signs — M Sanch, LVN |
| 1/15/03 | Discharge c/m and Return to UOA. Dx 296.36 |
| 0815 | C/m discharge summary completed. Wking us/PP |
| 1-15-03 | 2300 Released to security. Chaining out to UOA. — J Williams LVN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

 

# TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

**NAME:** _Mc Colleum, Larry_     **TDCJ#:** _116 55 38_

---

**I. OUTGOING CHART REVIEW**     Date: _____     Time: _____     Facility: _____
Transfer to: _____     Allergies: _____
Method and time of travel appropriate: YES ☐  NO ☐     Medical Condition Appropriate for Travel: YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐     Current med pass on chart: YES ☐  NO ☐  **DOT:** YES ☐  NO ☐
Meds sent: YES ☐  NO ☐  N/A ☐     Health Problems: Medical ☐  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____     Discipline Restrictions: YES ☐  NO ☐
Crutches ☐   Cane ☐   Walker ☐   Wheelchair ☐   Other ☐ _____
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:     YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time: _____

---

**II. ENROUTE CHART REVIEW**     Date: _____     Time: _____     Facility: _____
On Meds: YES ☐  NO ☐     Meds rec'd: YES ☐  NO ☐     **DOT:** YES ☐  NO ☐     X-rays rec'd: YES ☐  NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer: YES ☐  NO ☐     Pending Appointments: _____
Chart for Review to: CID ☐   Mental Health ☐   Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____     Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**  Date: _01/10/03_  Time: _1405_  Facility: _SV_
**DOT:**  YES ☐  NO ☑   Meds rec'd: YES ☐  NO ☑   Date last PPD ☑ / CXR ☐: _07/02 Clear_
X-rays rec'd: YES ☐  NO ☐
Health Diagnoses: _Maja Dep D/O, Age, Obesity Chronic low back pain._

Meds: _Tolpentul 50 po Now_
_Naproxen 500 ÷ po Bid X 30 d_
_Antacid tabs 1 po BID —_
_Amitriptylin 100mg 1 po HS X 30d_
_Pen VK 500mg 1 po BID X 14d_
_Chlorpromazine 500 mg 1 po BID X 24d_
_Nortriptylin 75mg ÷ at_

| | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |
| | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
_F/u tongue injury @ DSC._

---

Chart to Review to: CID ☑   Mental Health ☑   Dental ☐     Add to Chronic Clinic: YES ☐  NO ☑
Restrictions: Housing _0_     Work _FRS 20_
Discipline: YES ☐  NO ☐
Nurse Signature/Date/Time: _Adams LVC 01/10/03 1430_
Physician-PE Signature/Date/Time: _____

HSN -1 (rev. 10/00)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, L.

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 1-8-03/0650 | L/SA 9/Rec today / Stitches in tongue came out last night — Your clear Will be ref. to Dental — Fernandez |
| 1/08/03 8:15 | S I can't sleep, I was attacked and since then I feel very insecure |
| | O the pt at present č problems dealen with the tongue is severed and now feels very anxious about the whole situation. Pt quite upset about the accent. Denies being in pain |
| | A Axis I Major Depression |
| | II none |
| | III Nav |
| | 1) DC Nortriptyline |
| | Plan 2) ↑ Nortriptyline 75 mg ⊤ at 3 PM X 30 doys MR ⨯ 5 |
| | 3) PLU na 3 weeks |
| | [signature] |
| 1-8-03/0900 | noted Fernandez |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum Jerry_

TDCJ No.: _1105538_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 1/5/03 1205 | S. Offender to medical following fight c̄ another offender - cut tongue O. wt 210 T 96.9 B/P 75/104 P 114 R 20 1" laceration on top Rt side of tongue bruise on L side of face A. Alteration in Comfort P. ice, contact provider for further orders _C Phillips RN_ |
| 1-5-03 1400 | SPOKE c̄ DR NETTERY : ORDERS FOLLOW — TPO : SCHEDULE TO SEE 1-6-03 FOR EVALUATION - MOTRIN 600 mg PO BID X 3 DAYS   START NOW done lt - TAKE TYLENOL FROM PICKET ĪĪĪ PO AT NOON & HS - CLEAR LIQUID DIET — NO DAIRY THRU 1-6-03 PM - RTC IF BLEEDING RE-OCCURS OR PAIN NOT MANAGED DR NETTERY, DDS / J. Hime RN _MJ Nettery DDS_ X 1-6-03 1300 |
| 1-5-03 1420 | noted off: J. Hime RN |
| 1/6/03 1300 | ① D/C Motrin 600 mg as started 1/5/03 ② Paraflex, 500 mg, ī, BID x 5 Days - start today ③ Penicillin VK, 500 mg, ī, BID x 7 Days - start today _MJ Nettery DDS_ |
| 1-6-03 1300 | noted _J Hernandez_ |

Plaintiffs' MSJ Appx. 995

# NURSING ASSESSMENT PROTOCOL
## FOR
## UPPER RESPIRATORY
### (Cold Symptoms, Cough, Flu, Sinus, Sore Throat)

Name: _McCollum, Larry_   TDCJ#: _1105538_   Date: _1/2/03_   Time: _1450_
Facility of Assignment: _Cole_   Work Assignment: _Utility Squad_
Current Medications _Antihistamine, Zoloft, Naproxen, Nortriptyline Antacids_
Allergies: (Food, drug, other) _____

Circle all items that are appropriate and/or complete all blanks.

**SUBJECTIVE DATA**

1. Patient complaint: _c/o runny nose_
   _Cough, Scratchy throat_

2. Date of onset: _____

3. EENT Symptoms:
   Sneezing ——— Nasal Discharge
   Tearing        Facial Pain
   Headache ——— Sore Throat
   Earache        Hoarseness
   (Nasal Stuffiness)

4. Shortness of breath:
   At rest          On exertion
   Uneven chest wall movement:   (N)/Y

5. Cough:  None  Chronic (Dry) Productive
   Color and consistency of Sputum  _N/A_

6. History of Smoking:            N /(Y)
   Packs per day _1ppd_

7. History of positive PPD:   (N) Y
   Date _____

_WT 230_

**OBJECTIVE DATA**

1. T _96_  P _61_  R _20_  B/P _119/79_

2. Eyes:  (Normal)  Tearing      Injected
   Periorbital Edema
   Conjunctiva appearance _100↑_

3. Ears: external canal:
   Right – (Normal)  Red  Swollen  Drainage
   Left – (Normal)  Red  Swollen  Drainage
   Describe drainage if other than cerumen:
   _N/A_

Tympanic membrane:
   Right –   (Pearly gray)  Dull  Red  Bulging
   Left –    (Pearly gray)  Dull  Red  Bulging

Hearing Acuity:
   Right –   (Normal)  Reduced   Absent
   Left –    (Normal)  Reduced   Absent

4. Nasal Mucosa:   Normal      Pale      Cyanotic
   (Reddened)               Edematous
   Discharge color & amount  _Clear_

5. Throat: ASSESS WITH CAUTION
   Color – (Normal)  Red  Pale  Petechiae  Ulceration

   Tonsils –   (Normal)  Absent      Exudative
             Swollen  Reddened  White  Yellow

   Swallowing –  (Normal)      Unable to swallow
   Voice Quality –  Normal   (Nasal)  Hoarse
   Breath –       (Normal)   Foul    Fruity

6. Neck:  Able to touch chin to chest?   N /(Y)
   Cervical Nodes –  (Normal)   Tender   Enlarged

7. Thoracic:
   Respirations –  (Normal)     Deep
                  Shallow      Labored

   Chest wall movement –
                  (Equal)   Unequal   Retracting

   Breath Sounds –   Left Chest   Right Chest
   Clear              ✓            ✓
   Wheezes          _____        _____
   Crackles         _____        _____
   Diminished       _____        _____

8. Generalized Symptoms:
   Skin –   (Warm)   Hot     (Dry)    Moist
            Cool    Flushed   Pale
            Turgor  Tenting   Normal

Comments: _None_

Plaintiffs' MSJ Appx. 996
Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum Larry

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 1/1/03 1230 | I-60 Rec'd 1/1/03 c/o dry cough + sore throat Scheduled NSC 1/2/03 ————— D Phillips RN |
| 1/2/03 1450 | 3) Here for NSC c c/o cold 8) See protocol ————— R McQueather RN |

Please sign each entry with status.     Plaintiffs' MSJ Appx. 997

HSM - 1 (Rev. 5/92)

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: Co 6

| Date & Time | Notes |
|---|---|
| 12/18/02 9:15 | S the pt still haven "jumpy legs" at HS |
| | ① the pt at present seems to be responding to tx at present able to deal c̄ stressors pt still c̄ problems ō sloop ans unable to deal c̄ stress we will cn the nortiptyshue to say qhs |
| | A Axis I Major Depress ituen iAnone |
| 12/18/02 | Plan ↑ nortiptyline 50mg qHS X 30 days MR X 2 |
| PSY 1-8-03/08 | 3) RTW in 3 weeks. Pleasurun |
| 12/18/02 1300 | noted ————————— DPhillips RN |
| 12/19/02 765 | 1-60 rec'd 12/19/02 requesting antacids |
| Chart mp/26 12-20-07 | R/t meds on empty stomach Chart to provider ————— DPhillips RN |
| 12 Wk | Anth as abrn |
| 1/20/02 RS | Centi acid tab Ī p o BID c̄ Naprosyn 30d Ŗ |

Please sign each entry with status.
HSM - 1 (Rev. 5/92)

Plaintiffs' MSJ App. 498

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

ame: Mc Collum, Larry

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 12-12-02 Cont'd | |
| 0820 (1) Ido Saluvento JH | |
| 12-12-02 (2) Naproxen 500 mg 1 Po. bid x 30d JH | |
| | REDULSION COMPLETED JH |
| 3) X Ray L/S & bil. knees | |
| #4) No Ds HSM M. Brew RN, cov | |
| 12-12-02 0855 | noted off: J. Hime RN |

Please sign each entry with status.                Plaintiffs' MSJ Appx. 999

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105532

Unit: Cole.

| Date & Time | Notes |
|---|---|
| 12-20-? 0820 | Cont'd<br>⑤ Back Pain & Both knees pain, has been losing wt on meal so is footed.<br>⑥ Normal gait<br>Back: full flexion to 2° to tee touch gets upon exam table s difficulties. On grimacing<br>while on exam table:<br>bi full leg extension s grimacing on hesitation<br>Bil. upper & lower leg strength 2/2<br>DTR: WNL: 2/2 2<br><br>Entire back exam s back spasms<br>Knees: Bil:<br>No redness or effusion or deformity<br>full ROM s crepitus or grimacing<br>Lachman's test: neg<br>McMurray test: neg<br>Ant & Post. drawer test neg<br>Med Rev: Naproxen salicylate compliance 25-20<br>Ⓐ Back Pain Subjective<br>Bil. knee Pain Subjective<br>Cont |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

me: _McCollum Larry_
TDCJ No.: _1105538_
Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 12/11/02 15:00 | S Involuntary movements not Rest |
| | O the Pt is a 49 y/o W/M who has a Hx of Depression Pt was given Zoloft Pt see to be having incoluntary movements and having problem of anxiety, Recoutry has deutus in the family. Dreams about brother's death. Pt seens to be depressed about brothers Myeloma. |
| | A I Major Depression II none III none |
| 12-11-02 AKGW ✓ PSYG 12-18-02 mal | Plan 1) Nortriptyline 25mg ↑ 9 HS X 30 days MR X 3 2) RTC in one week |
| 12-11-02 1545 | noted off: J. Hime RN _Peter Lunn MD_ 0630 Appt I provider RE: wt 234 T97.° B/p 131/82 P 71 R/K BSulun Contd |

# NURSING ASSESSMENT PROTOCOL
## FOR
## MUSCULOSKELETAL SYMPTOMS

Name: _McCollum Larry_ TDCJ#: _1105538_ Date: _12/9/02_ Time: _1510_
Facility of Assignment: _Coff_  Work Assignment: _Kitchen_
Current Medications: _Zoloft, Salsalate, Salnaflate_
Allergies: (Food, drug, other) _NKDA_

---

*Circle all items that are appropriate and/or complete all blanks.*

## SUBJECTIVE DATA

1. Significant medical history: _C/o back and knee pain, why restrictions? WC Y_

2. Pain:
   Location: _back/knees_ Onset _years_
   Frequency _daily_ Duration _constant_
   Radiation _no_ Where: _____
   Intensity:   Mild   (Moderate)   Severe

3. Precipitating factors: _unknown_

4. Recent trauma?   (N)/Y
   Surgery?   (N)/Y
   Strenuous Physical Activity?   N/Y

5. History similar problem?   N/(Y)
   What was done then? _Meds_

6. History of arthritis?   (N)/Y

7. Family history: _N/A_

## OBJECTIVE DATA

1. T _97°_ P _53_ R _20_ B/P _134/76_   WT _240_

2. Joints:   Normal   Stiffness   Redness
   Hot   Swelling
   Range of Motion:   Affected Joint(s)

   _previous knee x-ray CFNP appt 12/02 mw_

|  | Full | Limited | Absent |
|---|---|---|---|
| Right Leg | | | |
| Left Leg | | | |
| Right Arm | | | |
| Left Arm | | | |
| Neck | | | |
| Back: | | | |
| Anteflexion | ✓ | | |
| Dorsiflexion | ✓ | | |
| L. Lat Flexion | ✓ | | |
| R Lat. Flexion | ✓ | | |

3. Movement:   (Normal)   Guarded

4. Posture:   (Normal)   Erect   Guarded
   Tilts to right   Tilts to left
   Sits easily   Sits w/difficulty

5. Gait:   (Normal)   Limp   Guarded

6. Peripheral Pulses:

   |  | Right | Left |
   |---|---|---|
   | Radial | (Present) Absent | (Present) Absent |
   | Dorsalis Pedis | (Present) Absent | (Present) Absent |

7. Dipstick UA:
   Leukocytes _✓_   Nitrites _✓_
   Urobilinogen   Protein
   pH   Blood
   Sp. Gr.   Ketones
   Bilirubin   Glucose

   Comments: _On Salsalate, now working in kitchen_

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
Acute onset with loss of motion or function.

Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.

Suspected fracture.

HSN-17 (rev. 10/98) Front

Cont'd on back

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollem, Lonny
TDCJ No.: 1105538
Unit: Cm

| Date & Time | Notes |
|---|---|
| 12-2-02 645 | HSA 9 Rec'd 12-2-02 requesting CSP Scheduled NSC, 12/3/02 — D Phillips RN |
| 12-3-02 1510 | S) Here for NSC c̄ c/o needing CSP O) wt 240 T 97⁴ BP 149/84 P53 R20 Sm amt of folliculitis. No active drainage. ↓ face c̄ red irritation. P) Skin deficit D CSP to ↓ face et neck X 90 days L McQuatters RN |
| 12/8/02 1000 | HSA 9 Rec'd 12/8/02 requesting check up for knees & back pain Scheduled NSC 12/9/02 — D Phillips RN |
| 12-9-02 1510 | S) Here for NSC c̄ c/o back and knee pain wanting to know why restrictions, lifted and now working in the kitchen — P) See protocol, refer to protocol L McQuatters |

Please sign each entry with status.
Plaintiffs' MSJ Appx. 1003
HSM - 1 (Rev. 5/92)

# NURSING ASSESSMENT PROTOCOL
## for
## FUNGAL INFECTIONS
### (Athletes Foot, Jock Rash, Ringworm)

Name: _McCollam, Linsay_ TDCJ#: _1105538_ Date: _11-16_ Time: _1000_
Facility of Assignment: _Cole_ Work Assignment: _Utility_
Current Medications: _Sertraline / Sol Salet_
Allergies: (Food, drug, other) _(O)_
_Perp Nacc dekel 4/16_

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Onset: _Athlts foot._

2. Cause of Rash: _heat /mouch / darkness._
   Describe: ____

3. (Itching/Burning): N (Y)

4. Alleviating factors: _mude -_

5. Aggravating factors: _heat /mouchin / darkness._

## OBJECTIVE DATA

NOTE: Observe all skin eruptions for signs of honey-colored crusted, circular lesions. If present, refer patient to MD/MLP for evaluation of possible staph infection. _Wt. 260_

1. T _97⁴_ P _50_ R _20_ B/P _142/98_

2. Location of lesions(s):

|  | Left | Right | Bilateral |
|---|---|---|---|
| Arms | — | — | — |
| Hands | — | — | — |
| Legs | — | — | — |
| Feet | — | — | ✓ |
| Groin | — | — | — |
| Trunk Anterior | — | Posterior — | |
| Scalp | — | — | — |

3. Skin Appearance/Lesion Description:
   Redness  Swelling  Circular
   Cracking  Papules  Linear
   (Scaling)  Macules  Scattered

4. Drainage:
   (None)  Purulent  Serous  Bloody

Comments: _none_

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

## TREATMENT PLAN

- Antifungal Cream 1%-apply bid topically to affected area for 30 days. Patient may keep medication on person (issue from stock). _C_ (initial) _Wud_ _(☑)_

- Instructions for use of cream: Use cream sparingly and evenly, only apply to the affected skin. If symptoms worsen, stop using cream, and submit sick call request.

Refer to Physician/Midlevel Practitioner immediately if:

- Unsuccessful treatment using antifungal cream

- Open lesions

- Sign of infection or drainage.

## PATIENT INSTRUCTIONS:

- Encourage exposure to air when possible.

- Wear shower shoes in shower.

- Keep feet dry between showers, wash feet thoroughly, make sure feet are properly dry, especially between and under toes.

- Remind patient that it takes 3-4 weeks for infection to clear.

_Isobel m_ _11/16/05_
Nurse Signature                    Date

HSN-16 (Rev. 4/99)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: Cole

| Date & Time | Notes |
|---|---|
| 10/2/02 855 10-4-02 Chart Time | 1-60 Rec'd 10/2/02 Requesting pain meds renewal Chart to provider - DPhillips RN |
| 10-4-02 | 1-60/0728/ have chronic knee pain-need to refill medicine - Your chart is going to provider today - J Brown RN |
| 10/9/02 | Chart Rev   see above regime   p Chondromalacia patella   p. Salycylate 500mg II po BID x 30 L refill vii   JARRY RAFF MD   130   92%   Saline   90¹ |
| 10-4-02 | /1335/ noted J Brown RN |
| 10/22/02 705 | HSA'g Rec'd 10/22/02 Request CSP Scheduled NSC 10/23/02 — DPhillips RN |
| 10/23/02 | /1530/ Refusal signed for NSC. S Watkins LVN |
| 10/29/02 | /0734/ Hep B Vac #3 given Im in Rt deltoid muscle — J Hutchinson RN |
| 11/15/02 1640 | 1-60 Rec'd 11/15/02 C/o athletes feet + needing nails clipped Scheduled NSC 11/16/02 DPhillips RN |

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1005

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum Larry_

TDCJ No.: _1105538_

Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 5 Sep 02 1313 | S: Has done well on Zoloft & wants to continue |
| | O: Oriented x 4 Compliance 100% |
| | A: Major depression |
| 10-1-02 BS | P: Zoloft 100 mg in AM x 30 AR x 5 start 1 Oct 02 |
| | Has "jumpy" c clear cause. "it's not just a little twitch." |
| | JOHN S. FORD, M.D. UNIT PSYCHIATRIST BUSTER COLE STATE JAIL |
| | Change HSM-18   V-C |
| 9/5/02 1430 | Noted/ S Watkins LVN |
| 11-6-02 1040 11-1-02 CD8 | Hep B Vac #2 given. Im in ⊥t deltoid muscle, Flu in 60 days for #3 Lee - V. Hodgin |
| 9/18/02 0740 | Motrin, 600 mg, T, BID x 5 Days, start today MJ Nesheim DDS |
| 9-18-02 0935 | Noted/ Ferrong RN |
| 9/23/02 | 1-40 Rec'd 9/23/02 requesting diet tray. |
| 9-25-02 Chart line 8 | Chart to provider — D Phillips R |
| 9/25 0830 | Chart rev.    as d |
| | A: eat less |
| | P: DPW not indicated    BARRY RAFF MD 8 AM |
| 9-25-02 0850 | noted — Depp N RN |
| 10-1-02 730 | 1-60 Rec'd 10/1/02 requesting med renewal Response- your zertaline was renewed — D Phillips R |

Please sign each entry with status.        Plaintiffs' MSJ Appx. 1006

HSM - 1 (Rev. 5/92)

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry
TDCJ No.: 1105538
Unit: _____ (CAL)

| Date & Time | Notes |
|---|---|
| 8-26-02 / 0800 | Here to see provider re: knee & back |
| | wt 280  V/S 98 57-18-135/81 ⊖ overwght |
| | (290 lb  7/24/02)            88 h pls dis  cap'l |
| | S Knee: rgt year - "hyperextn this" @ |
| | work  gong up 8 door steps. |
| | ® wor - X-ray  2000 |
| | Back: LBP x > 20 yrs - agvd on job |
| | 2000  during Forklift |
| | PW Rev. clinics  for  knee  & 3yrs |
| | O morbid obese |
| | well to eder  [illegible] |
| | ⊕ SLR  ⊖ L ext. |
| | ⊖ eff, [illegible] redns, + reflex  Rro |
| | crepitus  ō flex [illegible] |
| | A subjective  LBP |
| | Chondromalacia patella ⊕ |
| | [illegible] morbid obesity |
| | P  Cont  Salsof |
| | HSM wt lb TTT [illegible] 3, 4 |
| | + 5lb/mo  - ext len |
| | rtc  6mo |
| 2-12-03  MDP | Cont  [illegible]  R/W  BARRY RAFF MD |
| 8-26-02 1040 | noted — — — — — — — |

Please sign each entry with status.        Plaintiffs' MSJ Appx. 1007
HSM - 1 (Rev. 5/92)

## NURSING ASSESSMENT PROTOCOL
### FOR
### MUSCULOSKELETAL SYMPTOMS

Name: _McCollum, Larry_ TDCJ#: _1105538_ Date _8-22-02_ Time _1630_
Facility of Assignment: _Coffield_ Work Assignment _utility_
Current Medications: _Salsalate_
Allergies: (Food, drug, other) _NKA_

Circle all items that are appropriate and/or complete all blanks. _R knee + ankles._

**SUBJECTIVE DATA** _Hx Arthritis_

1. Significant medical history: _Knee + back problems._

2. Pain:
   Location _see above._ Onset _Chronic_
   Frequency _qd_ Duration _all day_
   Radiation _none_ Where: _none_
   Intensity: Mild + Moderate Severe _to_

3. Precipitating factors: _Standing for a long periods of time._

4. Recent trauma? N/Y
   Surgery? N/Y
   Strenuous Physical Activity? N/Y _going out everyday to work._

5. History similar problem? N/Y
   What was done then? _Unresolved when I have to work._

6. History of arthritis? N/Y

7. Family history: _unknown_

**OBJECTIVE DATA** _Wt 280_

1. T _98.5_ P _59_ R _20_ B/P _138/83_

2. Joints: Normal Stiffness Redness
   Hot Swelling
   Range of Motion: Affected Joint(s)

   | | Full | Limited | Absent |
   |---|---|---|---|
   | Right Leg | | ✓ | |
   | Left Leg | | | |
   | Right Arm | ✓ | | |
   | Left Arm | ✓ | | |
   | Neck | ✓ | | |
   | Back: | | | |
   | Anteflexion | | | |
   | Dorsiflexion | | ✓ | |
   | L. Lat Flexion | | | |
   | R Lat. Flexion | | ✓ | |

3. Movement: Normal Guarded _slow_
4. Posture: Normal Erect Guarded
   Tilts to right Tilts to left
   Sits easily Sits w/difficulty
5. Gait: Normal Limp Guarded _slight_
6. Peripheral Pulses:

   | | Right | Left |
   |---|---|---|
   | Radial | Present | Present |
   | | Absent | Absent |
   | Dorsalis Pedis | Present | Present |
   | | Absent | Absent |

   Dipstick UA:
   Leukocytes ___ Nitrites ___
   Urobilinogen ___ Protein ___
   pH _N/A_ Blood ___
   Sp. Gr. ___ Ketones ___
   Bilirubin ___ Glucose ___

   Comments: _F.U. c provider)_

**NURSING ACTION:**

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
- Acute onset with loss of motion or function.
- Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.
- Suspected fracture.

_all pass x 1 day_

HSN-17 (rev. 10/98) Front    Plaintiffs' MSJ Appx. 1008    Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: MC Collum, Larry

DCJ No. 105538

Unit: EL

| Date & Time | Notes |
|---|---|
| 8-7-02 1015 | Post test counseling completed for neg HIV results, questions answered. Verbal understanding of results — V. Nickerman |
| 8-21-02 740 | HSA9 Rec'd f/o chronic knee & back pain. Scheduled NSC 8/22/02 - DPhillips RN |
| 8/22/02 (1630) | F.U. to provider for back & knee's. S Watkins LVN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

.0174

# NURSING ASSESSMENT PROTOCOL
## FOR
### MUSCULOSKELETAL SYMPTOMS

Name: _McCollum Larry_ TDCJ#: _1105538_ Date _8-4-02_ Time: _1100_
Facility of Assignment: _Cole_ Work Assignment: _inside utility sq_
Current Medications: _See med sheet_
Allergies: (Food, drug, other) _NKA_

---

Circle all items that are appropriate and/or complete all blanks.

## SUBJECTIVE DATA

1. Significant medical history: _Arthritis_ _knee and ankle pain_

2. Pain:
   Location _Rt knee & ankle_ Onset _2 Weeks_
   Frequency _daily_ Duration _on/off_
   Radiation _____ Where: _____
   Intensity: (Mild) Moderate Severe

3. Precipitating factors: _Walking long_ _standing periods f_

4. Recent trauma? (N)/Y
   Surgery? (N)/Y
   Strenuous Physical Activity? (N)/Y

5. History similar problem? N/(Y)
   _Chronic back & leg pain_
   What was done then? _pain meds_

6. History of arthritis? N/(Y)

7. Family history: _Unknown_

## OBJECTIVE DATA  WT-288

1. T _98.0_ P _56_ R _20_ B/P _134/78_

2. Joints: (Normal) (Stiffness) Redness
   Hot          Swelling
   Range of Motion:   Affected Joint(s)

|              | Full | Limited | Absent |
|--------------|------|---------|--------|
| Right Leg    | ✓    |         |        |
| Left Leg     | ✓    |         |        |
| Right Arm    | ✓    |         |        |
| Left Arm     | ✓    |         |        |
| Neck         | ✓    |         |        |
| Back:        |      |         |        |
| Anteflexion  | ✓    |         |        |
| Dorsiflexion | ✓    |         |        |
| L. Lat Flexion | ✓  |         |        |
| R Lat. Flexion | ✓  |         |        |

3. Movement: (Normal) → Guarded  2

4. Posture: (Normal) Erect Guarded
   Tilts to right        Tilts to left
   Sits easily          Sits w/difficulty

5. Gait: (Normal) Limp Guarded

6. Peripheral Pulses:

|               | Right | Left |
|---------------|-------|------|
| Radial        | Present | Present |
|               | Absent | Absent |
| Dorsalis Pedis | (Present) | (Present) |
|               | Absent | Absent |

7. Dipstick UA:

| Leukocytes | _____ | Nitrites | _____ |
| Urobilinogen | _____ | Protein | _____ |
| pH | _____ | Blood | _____ |
| Sp. Gr. | _____ | Ketones | _____ |
| Bilirubin | _____ | Glucose | _____ |

Comments: _pt states has been_ _doing alot of walking and has_ _had knee problem before_

## NURSING ACTION:

If based upon your collection of the above data, a registered nurse's professional judgement is required or you have any question about how to proceed, you must consult with a registered nurse while the patient is still on site. Otherwise, proceed with protocol.

Refer to Physician/Midlevel Practitioner if:
- Acute onset with loss of motion or function.
- Difficulty walking, numbness or severe pain, accompanying abdominal pain, abnormal vital signs, dark or bloody urine, temperature greater 101°F.
- Suspected fracture.

Plaintiffs' MSJ Appx. 1010

HSN-17 (rev. 10/98) Front

Cont'd on back

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: __McCollum, L__

TDCJ No.: __1105538__

Unit: __Cole__

| Date & Time | Notes |
|---|---|
| 8-3-02 / 1030 / HSA-9 / | pain swelling. Knees - / ankles |
| NSC 8-4-02 | Demand MD |
| 8-4-02   1100 | Ref for NSC - Lg / KSV-17 |
| | protocol   C.White chart |

# MEDICAL & MENTAL HEALTH TRANSFER SCREENING

NAME: McCollum, Larry   TDCJ: 1155538   ALLERGIES: NKDA

**III. Facility of Assignment Health Screening:** Date: 8-1-02   Time: 1010   Facility: CSU

rent History of treatment for Health Problem or Chronic Condition?   MEDICAL ☑   DENTAL ☐
MENTAL HEALTH ☐   SUBSTANCE ABUSE ☐

If yes, describe: Arthritis

Currently taking any medications? Yes ☑   No ☐          PRINT PASS ATTACHED: Yes ☐   No ☐
Direct Observed Therapy? Yes ☐   No ☑       Keep On Person?   Yes ☐   No ☑
Do you have a current health care complaint?   MEDICAL ☐   DENTAL ☐   MENTAL HEALTH ☐

If yes, describe: NO

GENERAL APPEARANCE:   Clean ☑   Dirty ☐   Neat ☐   Sloppy ☐
SKIN:   Cuts: Yes ☐   No ☑       Bruises: Yes ☐   No ☑   Sores: Yes ☐   No ☑
PHYSICAL DEFORMITIES:   Yes ☐   No ☑

If yes, describe: _____

OFFENDER'S PRESENT ORIENTATION:   What is today's date? 8/1/02   Time? 1010
                                   What place is this? CSU

SPEECH: ☑ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other: _____

BEHAVIOR: ☐ Angry   ☐ Crying   ☑ Cooperative   ☐ Happy   ☐ Other: _____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?   Yes ☐   No ☑
HAVE YOU EVER TRIED TO KILL YOURSELF?   Yes ☐   No ☑

OFFENDER SIGNATURE: X Larry M. McCollum     DATE: 8-1-02
SCREENER SIGNATURE: R Phillips RN     DATE: 8-1-02

Review of Offender' Health Record
Date last PPD ☐ / CXR ☐ : 7.02/8   X-rays Rec'd: YES ☐ NO ☑   Meds Rec'd YES ☐   NO ☑
Health Problems: Major Depression Dis. recurring, age.
Gross obesity, Chronic low back pain

| Meds: | | | | | |
|---|---|---|---|---|---|
| Sertraline 100mg | Exp. 9-30-02 | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| Salsalate 500mg | 9-29-02 | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| Engerix-B Vacc | 12-29-02 | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |
| | | Rec'd ☐ | Exp'd ☐ | MD Reorder ___ |

7.2.02
CID/8
8.7.02
CID8

Treatments/Special Care/Follow-up/Diets/Appointments:
none   Triage mental health   CID Post test Counseling
Hep B #2 by 9.2.02

DISPOSITION OF OFFENDER:
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:   Routine Follow-up ☐   Emergency Medical Services ☐
Referral to Mental Health:   Routine Follow-up ☑   Emergency Mental Health Services ☐
Referral to Dental:   Routine Follow-up ☐   Emergency Dental Services ☐

Restrictions:   Housing B #2   (III) #'s 3,4,7,8, 9,12,17   20,21   Discipline Restrictions:   Yes ☐   No ☑
Nurse Signature/Date/Time: R. Phillips 8-1-02 1200
Physician/Physician Extender Signature/Date/Time:

Plaintiffs' MSJ Appx. 1012

MARIE D BLACK ON CGND   DAB

## TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

NAME: _McCollum_      TDCJ#: _1105538_

---

**I. OUTGOING CHART REVIEW**    Date: _7-29-02_ Time: _2000_    Facility: _HH_
Transfer to: _ND_      Allergies: _NKA_
Method and time of travel appropriate: YES ☒ NO ☐   Medical Condition Appropriate for Travel: YES ☒ NO ☐
X-rays sent: YES ☐ NO ☐ N/A ☒   Current med pass on chart: YES ☒ NO ☐   **DOT:** YES ☐ NO ☒
Meds sent: YES ☒ NO ☐ N/A ☐   Health Problems: Medical ☒ Dental ☐ Mental ☐
Special Diet: _____
Treatment/Preps: _____

---

Housing Restrictions: _B-2_          Discipline Restrictions: YES ☐ NO ☒
Crutches ☐ Cane ☐ Walker ☐ Wheelchair ☒ Other ☐
Pending Appts/Follow-ups: _8-20-02 Do_
Special Instructions given to transport personnel:   YES ☐ NO ☐ N/A ☒
Nurse Signature/Date/Time: _Connelly 7-29-02 2000_

---

**II. ENROUTE CHART REVIEW**    Date: _7-30-02_ Time: _1600_    Facility: _ND_
On Meds: YES ☒ NO ☐   Meds rec'd: YES ☐ NO ☒   **DOT:** YES ☐ NO ☒   X-rays rec'd: YES ☐ NO ☒
Housing Restrictions: _B 2_
Treatment/Preps: _____

New Orders: _____

---

New Medications On Computer: YES ☐ NO ☐   Pending Appointments: _____
Chart for Review to: CID ☐ Mental Health ☐ Dental ☐
Additional Comments: _S. EMSOFF LVN_
_X @ 1600_
Nurse Signature/Date/Time: _JULY 30 2002_    Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**   Date: _____   Time: _____   Facility: _____
**DOT:** YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐   Date last PPD ☐ / CXR ☐ : _____
X-rays rec'd: YES ☐ NO ☐
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
_____

---

Chart to Review to: CID ☐ Mental Health ☐ Dental ☐   Add to Chronic Clinic: YES ☐ NO ☐
Restrictions: Housing _____   Work _____
     Discipline: YES ☐ NO ☐
Nurse Signature/Date/Time: _____
Physician-PE Signature/Date/Time: _____

Plaintiffs' MSJ Appx. 1013

HSN –1 (rev. 10/00)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: H9

| Date & Time | Notes |
|---|---|
| 7·2·02 / 1030 | Ⓢ. No c/o voiced |
| | Ⓞ 9/0 x3 / good eye contact / speech wnl. |
| | mood euthymic / & abnormal body moves noted. |
| | Ⓐ deferred |
| | Ⓟ EKG done psy clinic order — / J. Hicks/LVN Psychiatric Nurse |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: HSJ

| Date & Time | Notes |
|---|---|
| 7/2/02 1448 | RTC for Dr. Reddy on 9/24/02. — D. Bartما CII |
| 7/15/02 1600 | Lab 7/5/02 all WB 3,4 - no Hx anxhism LFTs OK , H. pylori nl 9? , uric acid 9.2 <br> ① Repeat Chem 24 8/7/02 <br> ② recheck c̄ DO 8/20/02 discuss labs <br> PAUL E VILLA DO |
| 7/16/02 | 0825 Appt with DO for labs 8/20/02 - B. Brown, Clerk |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: 1A?

| Date & Time | Psychiatric Notes |
|---|---|
| 7.02.12 0975 935 | This is 49 yr old w/M, with h/o depression. He was treated for depression, by his primary doctor. He was taking Zoloft for one off for two years. Last months, he started taking Zoloft. He is feeling better. Three months ago, his father died. He is still going through grief. h/o alcohol abuse. Denies s/i/s ideation. |
| | O Cooperative. Mood C euthymic. Affect is appropriate. Good eye contact. overweight Thought process well organized e goal directed. Denies s/i/s ideation. Insight & judgment = fair. |
| | A/P Major depression recurrent |
| | If New    h/o    hx |
| | Plan ① Chart pulled (SSN ?) & (2363) ③ h/o DLC previous Zoloft |
| FDC 7/2/02 1446 PO | ④ Zoloft po 100 g T 5 AM q30x2 smo ⑤ CBC, SMa 24, TSH, Ran Gu Eke done the ⑥ RTC 12 week    SJ |
| | S. REDDY, MD. PSYCHIATRIST |
| | noted/ 7.2.02/ 1530/ |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _____

CJ No: _____

Unit: Hutchins State Jail

| Date & Time | Notes |
|---|---|
| 7/2/02 | HIV pre-counseling as per TDCJ policy. Verbalized understanding. |
| 1245 | Verbal consent obtained (YES)  NO |
| | 1) Td .05cc IM |
| | 2) PPD .1cc if indicated (YES) / NOT GIVEN - HX + PPD 0 mm at |
| | 3) HX ASTHMA / HIV    YES   (NO) |
| | 4) CXR    YES   (NO) |
| | 5) RPR  (YES) |
| | 6) HIV TEST   (YES)  NO          REFUSAL SIGN |
| | 7) HBV VACCINE OFFERED  CONSENT SIGNED  (YES)  NO  REFUSAL SIGN |
| | 8) INITIAL DOSE GIVEN  (YES)  NO |
| | 9) HEP B VACCINE 20 mcg/ml  1M X 1  /Q 60 REFILL x 2  (R) deltoid |

(handwritten) F. Jackson, LUNICSD / Balejauder LVN

10) CBC, Chem 21, H. pylori, PSA, random fingerstick BS

11) Salsalate 500 #BID for chronic pain X30X5 cap

12) warned of possible side effect GI & kidney

13) Item 18 (low bunk), #3 X 2, #4 X 12, 7

#8 500 yd, 9, 15 (b), Disc 2) M

PAUL F. MILLS, D.O. 7/2/02 - 1314

7-30-02 1620 noted

Mc Collum, L.
1/25/38

**PATIENT IDENTIFICATION**  OB 9-22-59

## HEALTH SERVICES
## DENTAL HEALTH RECORD

**SUBSEQUENT EXAMINATION**

| RESTORATION & TREATMENT (complete in ink) | DISEASES & ABNORMALITIES (complete in pencil) |

MARKS:

Gross

4-14-93

TREATMENT PLAN          DATE: _____

TX Eligibility Date _____     PERIO TYPE ___

### DENTAL/MEDICAL HISTORY

Has a doctor ever told you you have:

| | Y | N | | Y | N | | Y | N |
|---|---|---|---|---|---|---|---|---|
| 1. Heart Problems | | ✓ | 6. Artificial Joints/Valves | | ✓ | 11. Asthma/Respiratory Problems | | ✓ |
| 2. Heart Murmur | ✓ | | 7. Rheumatic Fever | | | 12. Allergic to Medications | | ✓ |
| 3. High Blood Pressure | | | 8. Hepatitis/Liver Disease | | | 13. Taking Medications | ✓ | |
| 4. Diabetes | | | 9. Uncontrolled Bleeding | | | 14. (Women) Pregnant | N/A | |
| 5. Epilepsy | | | 10. Stomach Ulcers | | | 15. Other | | ✓ |

**REMARKS:** (continue on reverse):

#2. As a child, No Longer than

#2 HMS-4 reports cardiovas WNL

#13. Sertraline 5 @ 100mg Tab.
Salsalate 500 mg Tab.

ntal/Medical History Updated with each new provider  (Dentist/Hygienist) and annually

| DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS | DATE | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/02 | RWNOW | 9-18-02 | JMOSS | | | | | | | | |
| 7/29/02 | 1/G | | | | | | | | | | |

Plaintiffs' MSJ Appx. 1018

HSD-4 (Rev. 5-97)

McCollum, L

110 5538

**PATIENT IDENTIFICATION**

**DENTAL HEALTH RECORD CONTINUATION SHEET**

\# = Tooth No.
P = Priority
F = Facility

| DATE TIME | # | SERVICES RENDERED | P | OPERATOR (SIGNATURE) | F |
|---|---|---|---|---|---|
| 1-8-03 0705 | | S: Sutures came out | | | |
| | | O: Pt says laceration doesn't bother him — Small tissue defect — tissue is probably too friable to hold sutures. | | | |
| | | A: It seems to be healing normally — some normal discoloration of soft tissue today — sign of hematoma — N | | | |
| | | P: No further tx needed at this point. Advised pt to continue taking medication. RTC prn scr | 4 | MJ Newberry DDS CL | |
| 1-21-03 1530 | | Chain Chart — no RI needs noted | | T. m. Silva a | |
| 2-4-03 1500 | | CHAIN REVIEW No. P-1 NEEDS NOTED | | K. CHAMP DA III K Ce | |
| 3-03 10 | | scr: floss Dig: Pill window | | T. m. Silva a | |
| 11-03 0600 | | scr: floss Dig: Pill window | | T. m. Silva a | |
| 28-03 1330 | | scr: floss Dig: Not elig 5-14-03 | | T. m. Silva a | |

Plaintiffs' MSJ Appx. 1019

HSD-5 (Rev. 5/97)

McCollum, L.
1105538

**PATIENT IDENTIFICATION**

**DENTAL HEALTH RECORD
CONTINUATION SHEET**

# = Tooth No.
P = Priority
F = Facility

| DATE TIME | # | SERVICES RENDERED | P | OPERATOR (SIGNATURE) | F |
|---|---|---|---|---|---|
| 7/2/02 0920 | | DENTAL HEALTH EDUCATION/ OHC PROVIDED = 35 FLOSS & BS | | C. Waymire, DA HY Waymire DA HY | |
| 7/3/02 0800 | | BS | | T. Davidson, CDS H | |
| 7/26/02 0730 | | SCR received 7/26/02 c/o wisdom tooth need pulled & teeth need cleaned - swelling knee ans: Dental problem s/c exam a chef - resubmit knee problem to medical | | Waymire HY Waymire DA HY | |
| 7/26/02 1235 | | S- pt referred by DDS. O - Reviewed pt's med. health Hx. noted change Gen. mod surgical. Gingiva puffy. P- OHI. Gave FL and CHX rinse. DS. Rtn via scr for hygiene. Av B for s/c exam | | M Hobson RDH HY M. Hobson RDH HY | |
| 8/9/02 1330 | 32 | S. T. A Mc R needs Rx P. SCE, Rx, T/S X-ray #32 | | 2 | |
| 8-9-02 1400 | | CHAIN REVIEW No. P-1 NEEDS NOTED | | T. M. D. re | |
| 8-26-02 0030 | | Scr. Re-appt Dispo. Placed on schedule - | | T. M. D. re | |
| 9-18-02 0740 | | Ext appt: Pt had appt for ext #32 at Hodges Unit Med hx reviewed  Consent signed Xylo 2% w/120 K Epi - 2.2 ml Post Op Instr. Rx-See HSM-1 | | | |
| | *32 | root tips - elevated out gave floss RTC prn Scr | 4 | M Nethery DDS | |
| 12-18-02 0800 | | Scr: f/u Disp: Filed w/dan | | T. M. D. re | |
| 1-6-03 1300 | | Referred by medical. Tongue split on R side, dorsal surface due to trauma (got hit)  mild swelling Xylo caine 2% w/60 K Epi - 1.0 ml infiltration only. tongue laceration sutured 3 x 3-0 chromic Sutures placed. Advised pt to eat only soft food for next week.  Chlorhexidine rinse given before anesthetic  Rx-See HSM 1 | | M Nethery DDS | |
| 1-7-03 0645 | | Pt. presented to Plaintiff MSJ Appx. 1020 prn Scr Rn sutures in place, DDS will resuture 1-8-03 | 4 | DDS T. M. D. re | |

McCollum, L.
1105538

## HEALTH SERVICES
## DENTAL SERVICES RECORD

### I. PATIENT IDENTIFICATION

### INPROCESSING EXAMINATION

#### MISSING TEETH; DISEASES; ABNORMALITIES

#### DENTAL/MEDICAL HISTORY

Has a doctor ever told you you have:

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| 1  Heart Problems | | | 9  Uncontrolled Bleeding | | | |
| 2  Heart Murmur | | | 10  Stomach Ulcers | | | |
| 3  High Blood Pressure | | | 11  Asthma/Respiratory Problems | | | |
| 4  Diabetes | | | 12  Allergic to Medications | | | |
| 5  Epilepsy | | | 13  Taking Medications | | | |
| 6  Artificial Joints/Valves | | | 14  (Women) Pregnant | | | |
| 7  Rheumatic Fever | | | 15  Other | | | |
| 8  Hepatitis/Liver Disease | | | | | | |

REMARKS:

#### PROVISIONAL PERIODONTAL TYPE

| CIRCLE ONE | I | II | III | IV |
|---|---|---|---|---|

X-ray used in this examination:  Panograph: ____  Other (specify) _____

If no pano taken during examination complete below:

#### EXISTING RESTORATION & TREATMENTS

Serviceable existing prostheses? _____

#### OVERALL PRIORITY

| CIRCLE ONE | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|

Place of Examination: _____

Date/Time: __7/2/02  0920__

Signature of Dentist: _____

MHS B-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH SERVICES

Patient name __McCollum, Larry__    TDCJ # __105538__    Facility __Skyview__

1.  I, __Undersigned__ authorize Dr./Ms./Mr. __J. Yarbrough__ and his/her designated

    assistants to administer (*treatment/assessment*) __Psychosocial Evaluation__
    to me and continue such treatment as medically necessary.

2.  I understand that this treatment/assessment consists of (*full description of treatment*):

    __Interview, Records Review and Psychological testing (if appropriate)__

3.  I understand that the benefits of treatment/assessment include __accurate diagnosis & placement.__

4.  I also understand that the treatment/assessment involves certain risks and complications, the most common of which are (*describe risks*):

    __Inaccurate diagnosis if I give incomplete or inaccurate information;__
    __delays in treatment.__

5.  The alternative methods of treatment/assessment have been explained to me; I understand that they include (*describe alternatives*):

    __In the case that I am unwilling and/or unable to provide information, the__
    __evaluation will be based on a review of available records and behavioral__
    __observations by examiner and/or staff.__

Limits of confidentiality have been explained to me. No guarantees or assurances have been given by anyone as to the results that may be obtained.

__Same as above__              x  VERBAL CONSENT                __12/2/02__
PRINTED NAME OF PATIENT              PATIENT SIGNATURE                DATE


__J. Yarbrough, LPC__                                              __12/2/02__
PRINTED NAME OF MENTAL HEALTH PROVIDER    PROVIDER SIGNATURE            DATE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)**

Complete examination procedure on reverse before
making rating.   Rate highest severity observed
Movements occurring upon activation rate one
less than those occurring spontaneously.

**0=none   1=minimal   2=mild   3=moderate   4=severe**

NAME: _Mc Colleen Lacy_

TDCJ#: _1109338_

UNIT: _BC_

| | | | Rating |
|---|---|---|---|
| **Facial And Oral Movement** | 1. | **Muscles of Facial Expression** e.g., movements of forehead, eyebrows, periorbital area, cheeks, include frowning, blinking, smiling, grimacing | 0 |
| | 2. | **Lips and Perioral Area** e.g., puckering, pouting, smacking | |
| | 3. | **Jaw** e.g., biting, clenching, chewing, mouth opening, lateral movement | |
| | 4. | **Tongue** Rate only increase in movement both in and out of mouth, not ability to sustain movement | |
| **Extremity Movements** | 5. | **Upper (arms, wrists, hands, fingers)** Include choreic movements (i.e., rapid, objectively purposeless, irregular, spontaneous), athetoid movements (i.e., slow, irregular, complex, serpentine). DO NOT include tremor (i.e., repetitive, regular, rhythmic). | |
| | 6. | **Lower (legs, knees, ankles, toes)** e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | |
| **Trunk Movements** | 7. | **Neck, shoulders, hips** e.g., rocking, twisting, squirming, pelvic gyrations | |
| **Global Judgements** | 8. | **Severity of abnormal movements** | |
| | 9. | **Incapacity due to abnormal movements** | |
| | 10. | **Patient's awareness of abnormal movements** Rate only patient's report. No awareness=0   Aware, no distress=1   Aware, mild distress=2 Aware, moderate distress=3   Aware, severe distress=4 | |
| **Dental Status** | 11. | **Current problems with teeth and/or dentures** No = 0        Yes = 1 | |
| | 12. | **Does patient usually wear dentures?** No = 0        Yes = 1 | |

COMMENT:

Psychiatrist/Mid-Level Practitioner or designee signature _____   Date: _7.27.0 3_

**HSP-15 (Rev. 12/97) Front**

# TDCJ HEALTH SERVICES DIVISION

## REFUSAL OF TREATMENT OR SERVICES

I, (Offender name) _B.S. Collum, Larry_ , (TDCJ number) _110553P_

decline the following services at the Texas Department of Criminal Justice which consists of

_____ _10/16  Night  V/V_ _____

_____

_____

_____

_____

I have read, or had read to me, the above information in a language I understand. I do not wish to have this above stated treatment or services. I assume responsibility for consequences or personal inconvenience arising from refused services. I understand that I may request these or similar services in the future.

_____ _Yay._ _____        _____

Signature of Offender / TDCJ #                                        Date

_____ _Clark_ _____        _____ _1/10/68_ _____

Signature/Title of Medical Personnel Obtaining Refusal        Date

_____ _Smith_ _____        _10-10-03_

Signature of Witness(if offender unable or unwilling to sign)        · Date

HSM-82 (Rev. 9/98) Front

Plaintiffs' MSJ Appx. 1024

## TDCJ HEALTH SERVICES DIVISION

## REFUSAL OF TREATMENT OR SERVICES

I, (Offender name) _Larry McCollum_ , (TDCJ number) _1105538_

decline the following services at the Texas Department of Criminal Justice which consists of

_Do not need to seen by
Nurse for clipper shave pass_

I have read, or had read to me, the above information in a language I understand. I do not wish to have this above stated treatment or services. I assume responsibility for consequences or personal inconvenience arising from refused services. I understand that I may request these or similar services in the future.

_Loy McCollen 1105538_                    _10-23-02_

Signature of Offender / TDCJ #                          Date

_S. Watkins LVN_                          _10/23/02_

Signature/Title of Medical Personnel Obtaining Refusal          Date

_____          _____

Signature of Witness(if offender unable or unwilling to sign)      Date

_Dr Burton MD_

HSM-82 (Rev. 9/98) Front

Plaintiffs' MSJ Appx. 1025

You have a right as an offender, to be informed about the nature of your medical or dental problems. This right includes an explanation of any planned surgical or invasive procedure and of possible inherent risks. This consent form is not meant to alarm you. It is simply a method to better inform you and obtain written consent for the procedure. The scope of this consent is limited to the stated medical or dental procedure. I have read, or had read to me, the above information in a language I understand. I hereby authorize the Health Services staff under the direction of Dr. _Nethery_____

permission to perform indicated procedure listed below with probable or provisional diagnosis.

PROBABLE OR PROVISIONAL DIAGNOSIS:
Non-restorable #  32

PLANNED PROCEDURE/ANESTHESIA:
Ext # 32
Local Anesthetic

POSSIBLE INHERENT RISK.
Bleeding, Pain. Infection or Swelling, Nerve Damage, Broken Root Tips or
Damage to adjacent teeth

X _Ly McColl_ #1105538          9-18-02
   (Signature of offender)                    Date

X _K. Taylor_                              9-18-02
   (Signature of witness)                   Date

HSM-82 (Rev. 9/98) Back

TEXAS DEPARTMENT OF CRIMINAL JUSTICE HEALTH SERVICES DIVISION

MENTAL HEALTH SERVICES

## PATIENT CONSENT FOR REQUEST OR RELEASE OF INFORMATION**

103

PATIENT NAME _McCollum, Larry Gene_    TDCJ# _1105538_

SS# _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_    DOB _04.04.53_    DATE _12.15.2003_

By signing this form, I understand that I am giving my permission to

(~~Mrs./Miss/Ms.~~/Mr.) _CHARLES JUNKIN MA 2PC SP_ (name of mental health clinician)

to communicate with the following person(s) about my mental health treatment:

| NAME | RELATIONSHIP | ADDRESS | PHONE# |
|------|--------------|---------|--------|
| Terry McCollum | Brother | Waco | 214/68-196 |
| | | | |
| | | | |

I understand that the purpose of the communication may be to assist in the treatment process, to assist with discharge/release planning and/or to provide progress reports to family members or guardians.

I understand that I may change or withdraw this consent at any time and after 180 days on _05.15.2004_ (date) this consent will automatically expire.

I understand that mental health staff are not allowed to discuss issues or answer questions that are not directly related to my mental health treatment.

I understand that this consent is voluntary and that refusing to sign will not disqualify me from receiving necessary mental health care.

_Larry McCollum_
Patient Signature

         _12.15.2003_
         Date

_Charles Junkin MA LPC SP_
Clinician Signature

         _STAFF PSYCHOTHERAPIST_
         Title

**This form is not used for requesting professional treatment records.

Plaintiffs' MSJ Appx. 1027

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

## INFORMED CONSENT AND LIMITS OF CONFIDENTIALITY

By virtue of my signature on this form, I agree that my participation in mental health treatment is voluntary. I understand that I may discontinue treatment at any time and treatment may not be forced upon me unless I present an imminent threat to myself or others due to a mental disorder. I understand that the clinician providing treatment to me will fully explain the nature of the treatment, the treatment plan, the risks and benefits of treatment and the alternatives to treatment.

I understand the limits of confidentiality as described below:

The contents of a counseling, interview or assessment session are considered to be confidential. Both verbal information and written reports about a patient cannot be shared with another party without the written consent of the patient or the patient's legal guardian. Noted exceptions are as follows:

1.  When a patient discloses intentions or a plan to harm himself or another person, or to participate in activity which may jeopardize the safety of the institution, the clinician is mandated by law to report this information to the appropriate authorities.

2.  If a patient states or suggests that a child or vulnerable adult is in danger of abuse, the clinician is required to report this information to the appropriate authorities.

3.  In the event of a patient's death, the spouse or parents of the patient may have a right to access the patient's medical records after proper documents are submitted in accordance with policies and procedures.

4.  TDCJ is required to release records of the patient when a court order has been made.

5.  Information about the patient may be disclosed in consultations with other professionals in order to provide the best possible treatment.

6.  Other health services staff have access to the information contained in the patient's medical record.

7.  The warden or designee may have access to a patient's medical record in the event of legitimate need.

8.  Members of the Board of Pardon and Paroles and their designees have access to the medical record.

I have read or had read to me, the above information in a language I understand. I agree that participation in mental health treatment is voluntary and understand the information contained in this form.


_LARRY GENE McCollum_     _1105539_     _Larry N. M. Collum_
Patient's Name (Printed)        TDCJ#            Patient's Signature


_CHARLES Junkin MA LPC-SP_     _Charles Junkin MA LPC SP_     _12/15/03_
Clinician's Name (Printed)       Clinician's Signature         Date

HSP-3 (Rev. 12/97)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

## INFORMED CONSENT AND LIMITS OF CONFIDENTIALITY

By virtue of my signature on this form, I agree that my participation in mental health treatment is voluntary. I understand that I may discontinue treatment at any time and treatment may not be forced upon me unless I present an imminent threat to myself or others due to a mental disorder. I understand that the clinician providing treatment to me will fully explain the nature of the treatment, the treatment plan, the risks and benefits of treatment and the alternatives to treatment.

I understand the limits of confidentiality as described below

The contents of a counseling, interview or assessment session are considered to be confidential. Both verbal information and written records about a patient cannot be shared with another party without the written consent of the patient or the patient's legal guardian. Noted exceptions are as follows:

1.  When a patient discloses intentions or a plan to harm himself or another person, or to participate in activity which may jeopardize the safety of the institution, the clinician is mandated by law to report this information to the appropriate authorities

2.  If a patient states or suggests that a child or vulnerable adult is in danger of abuse, the clinician is required to report this information to the appropriate authorities

3.  In the event of a patient's death, the spouse or parents of the patient may have a right to access to the patient's medical records after proper documents are submitted in accordance with policies and procedures

4.  TDCJ is required to release records of patients when a court order has been made

5.  Information about patients may be disclosed in consultations with other professionals in order to provide the best possible treatment

6.  Other health services staff have access to the information contained in the patient's medical record

7.  The warden or designee may have access to a patient's medical record in the event of legitimate need

8.  Members of the Board of Pardons and Paroles and their designees have access to the medical record.

I have read or had read to me, the above information in a language I understand. I agree that participation in mental health treatment is voluntary and understand the information contained in this form.

| _Larry McCollum_ | _1105538_ | _Larry McCollum_ |
|---|---|---|
| Patient's Name (Printed) | TDCJ # | Patient's Signature |

| _Tim Dorsett, MHC_ | _Tim Dorsett_ | _8/7/11_ |
|---|---|---|
| Clinician's Name (Printed) | Clinician's Signature | Date |

**HSP-3 (Rev. 12/97)**

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH TREATMENT

Patient name _McCollum Larry_ TDCJ # _1105538_ Consent date _7-16-02_ Facility _HD_

1. I, _McCollum Larry_ authorize Dr./Ms./Mr. _Mrs Hutchison_ and his/her designated

assistants to administer (*treatment*) _MD Fly_ to me

and continue such treatment as Dr./Ms./Mr. _Dr. Reddy_ deems medically necessary.

2. I understand that this treatment consists of (*full description of treatment*):
_medications_

3. I also understand that the treatment involves certain risks and complications, the most common of which are (*describe risks*):
_side effects of meds_

4. The alternative methods of treatment have been explained to me; I understand that they include (*describe alternatives*):
_Therapy_

Limits of confidentiality have been explained to me. No guarantees or assurances have been given by anyone as to the results that may be obtained.

| _Larry McCollum_ | _Larry McColm_ | _7-16-02_ |
| PRINTED NAME OF PATIENT | PATIENT SIGNATURE | DATE |

| _J. Hickey LVN_ _Psychiatric Nurse_ | _J. Hickey LVN_ | _7-16-02_ |
| PRINTED NAME OF MENTAL HEALTH PROFESSIONAL | MHP SIGNATURE | DATE |

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH TREATMENT

Patient Name *Larry McCollum* TDCJ # *110 5538* Consent Date *7/10/02* Facility *NP*

1. *Larry McCollum* authorize Ms. K. Whitley, MS, PA, and her designated assistants to administer (treatment) IMHA / PSYCH TESTING / TRIAGE to me and continue such treatment as Ms. K. Whitley deems medically necessary.

2. understand that this treatment consists of (full description of treatment):
   PSYCHOLOGICAL INTERVIEW / PSYCHOLOGICAL TESTING

3. also understand that the treatment involves certain risks and complications, the most common of which are (describe risks):
   EMOTIONAL FRUSTRATION DUE TO ISSUES WHICH MAY BE DICUSSED IN THE INTERVIEW

4. The alternative methods of treatment have been explained to me; I understand that they include (describe alternatives): GROUP THERAPY / PSYCHIATRIC EVALUATION

Limits of confidentiality have been explained to me. No guarantees or assurances have been given by anyone as to the results that may be obtained.

*Larry McCollum* _____  *Larry McCollum* _____  *7-10-02*
PRINT                                      PATIENT SIGNATURE                         DATE

*K WHITLEY MS PA RP* _____  **K. Whitley, M.S. P.A.** _____  *7/10/02*
PRINT          HEALTH PROFESSIONAL   **Responsible Psychotherapist**      DATE
                                              MHP SIGNATURE

Attachment F (English) Policy B - 14.3

# INFORMATION ABOUT HEPATITIS B VACCINE

THE DISEASE: Hepatitis B is a viral infection caused by the hepatitis B virus. It can cause death in about 1-2% of patients with serious acute infection. Most people recover completely from hepatitis B, but about 5-10% of adults who catch hepatitis B will remain chronically infected. People with chronic hepatitis B infection remain capable of transmitting the infection to others through blood contact. About 1 out of 4 people with chronic hepatitis B will develop cirrhosis after several years. Cirrhosis can lead to liver failure, gastrointestinal bleeding or liver cancer. People with chronic hepatitis C are at greater risk for liver damage if they also catch hepatitis B. Vaccination against hepatitis B can prevent infection from hepatitis B infection, if the individual is not already infected at the time of vaccine administration. As a result, all the complications that may follow such infection can be avoided.

THE VACCINE: The vaccine is non-infectious protein particle that is by yeast cells. It contains no substances of human origin. It is not capable of transmitting hepatitis B or any other infection. The recommended series of 3 doses of vaccine induces a protection against hepatitis B infection in more than 90% of healthy adult for a lifetime. Some people will not respond to the vaccine, especially those with weakened immune systems, such as people with HIV infection or on dialysis. For those people additional doses of the vaccine may be given.

If somebody already has chronic hepatitis B infection, there is no harm in receiving the vaccine. However, the vaccine will not clear up chronic hepatitis B and will not protect an infected person against the complications of chronic hepatitis B.

A small number of people with no known medical problems will not be protected after receiving the vaccine. For this reason, it is still important for persons who have been vaccinated to avoid being exposed to the virus. The known exposure routes are sexual, body fluid and blood exposure and mother to infants during birth.

WHO SHOULD NOT GET HEPATITIS B VACCINE? People who have had a life-threatening allergic reaction to baker's yeast should not receive the vaccine. People who are moderately or severely ill should wait until they recover before receiving the vaccine. Patients with multiple sclerosis (a disease of the nervous system) may rarely have worsening of neurological condition. Pregnant and nursing woman should have hepatitis B vaccination only if clearly needed.

POSSIBLE SIDE-EFFECTS OF HEPATITIS B VACCINE: Hepatitis B vaccine usually does not cause significant side effects. The most common side effect is soreness and swelling at the site of the injection. Some people may have fatigue, headache, dizziness, or low grade fever after vaccination. These side effects are less common after the second or third dose, and clear up on their own within a day or two. Other side effects are very rare. These include bruising at the site of injection, sweating, chills, low blood pressure, nausea, vomiting, stomach pain, constipation, diarrhea, enlarged lymph glands and rash.

In addition there have been reports of the following symptoms after vaccination, but it is not certain that they are related to the vaccine. These symptoms include painful joints, generalized bruising, visual disturbances, severe rash, paralysis, fainting, seizures, rapid heart rate or shortness of breath. Other symptoms such as flu-like symptoms, flushing, tingling, weakness, agitation, and irritability were rarely reported.

Like any medicine, hepatitis B vaccine can cause a severe allergic reaction, but the risk is very small.

Overall, getting hepatitis B vaccine is safer than getting hepatitis B disease.

IF YOU HAVE ANY QUESTIONS ABOUT HEPATITIS B INFECTION OR HEPATITIS B VACCINE, PLEASE CONSULT WITH FACILITY MEDICAL STAFF.

## CONSENT FORM

I have read the above statement about hepatitis B infection and vaccine. I have had an opportunity to ask questions and understand the benefits and risks of HBV vaccination. I understand that I must have three doses to give me immunity to hepatitis B, but additional doses may be needed in some cases. As with all medical treatment, there is no guarantee that I will become immune or that I will not experience an adverse side effect from the vaccine. I request the vaccine be administered to me.

McCollum, Larry
_____
Printed Name of Person to Receive Vaccine

1105538
_____
TDCJ Number

(Rev. 4/2000)

X _____
Signature

7/2/02
_____
Date Signed

# TDCJ HEALTH SERVICES DIVISION

## REFUSAL OF TREATMENT OR SERVICES

I, (Offender name) _McCollum, Larry_ , (TDCJ number) _1105538_

decline the following services at the Texas Department of Criminal Justice which consists of

_rectal – colon & prostate_

_wants PSA_

_hadrectal in FW_

I have read, or had read to me, the above information in a language I understand. I do not wish to have this above stated treatment or services. I assume responsibility for consequences or personal inconvenience arising from refused services. I understand that I may request these or similar services in the future.

_X____Larry M° Collum_____   _X 7.2.02_
Signature of Offender / TDCJ #                     Date

_____Jannen_____   _7.2.02_
Signature/Title of Medical Personnel Obtaining Refusal        Date

_____   _____
Signature of Witness(if offender unable or unwilling to sign)   Date

Plaintiffs' MSJ Appx. 1033

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH TREATMENT

Patient name _McCollum Larry_ DCJ # _____ Consent date _7-1-02_ Facility _HJ_

1. I, _McCullen Larry_ authorize Dr./Ms./Mr. _Mr. Nichelson_ and his/her designated assistants to administer (*treatment*) _Triage_ to me and continue such treatment as Dr./Ms./Mr. _D. Roddy_ deems medically necessary.

2. I understand that this treatment consists of (*full description of treatment*):
_Medication_

3. I also understand that the treatment involves certain risks and complications, the most common of which are (*describe risks*):
_side effects of meds_

4. The alternative methods of treatment have been explained to me; I understand that they include (*describe alternatives*):
_Therapy._

Limits of confidentiality have been explained to me.. No guarantees or assurances have been given by anyone as to the results that may be obtained.

x _Larry McCollum_      x _Larry McCole_      x _7-1-02_
PRINTED NAME OF PATIENT        PATIENT SIGNATURE        DATE

_J. Hicks/LVN_
_Psychiatric Nurse_        x _Nicholson_      _7-1-02_
PRINTED NAME OF MENTAL HEALTH PROFESSIONAL      MHP SIGNATURE      DATE

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH TREATMENT

Patient name _McCollum, Larry_ TDCJ# _1105518_ Consent Date _7-2-02_ Facility: Hutchins

1. I, _Larry McCollum_ authorize ___Dr. Srinivas Reddy. M.D.___ and his designated

assistants to administer (treatment)_____Medication_____ to me

and continue such treatment as <u>Dr. Srinivas Reddy, M.D.</u> deems medically necessary.

2. I understand that this treatment consists of (full description of treatment):

_____ _meds_ _____

3. I also understand that the treatment involves certain risks and complications, the most common of which are (describe risks): _Drowsiness, unstable vision ._

4. The alternative methods of treatment have been explained to me; I understand that they include: (describe alternatives):

_____ Therapy _____

Limits of confidentiality have been explained to me. No guarantees or assurances have been given by anyone as to the results that may be obtained.

_Larry McCollum_
PRINTED NAME OF PATIENT

_Larry McCollum_
PATIENT SIGNATURE

_7-2-02_
DATE

Srinivas Reddy, M.D.
__Psychiatrist__
PRINTED NAME OF MENTAL
HEALTH PROFESSIONAL

_SM_
MHP SIGNATURE

_7 02 02_
DATE

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: _McCollum, Larry_

TDCJ No.: _1105538_

Unit: _SV_

| Date & Time | Notes |
|---|---|
| 12/03/03 0730 | Reg. pt cont. on D+E status, has been quiet, i denying any acute distress. Cell contents are quiet/dry. _Foreman Lvn_ |

Plaintiffs' MSJ Appx. 1036

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

PSYCHIATRIC INPATIENT FACILITY
DISCHARGE/RELEASE SUMMARY

I.    Identifying Data
II.   Date & Reason for Admission
III.  Clinical Course
IV.   Residual Problems
V.    Final Diagnosis
VI.   Recommendations
VII.  Dated signature of Discharging
      Psychiatrist and Psychologist

---

OFFENDER NAME: MC COLLUM, LARRY GENE         TDCJ #:  1105538         UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                      PULHES: S=3NT

## IDENTIFYING DATA:

DOB: 04/04/53
Age/Race/Sex: Fifty-year-old Caucasian Male
Skyview Admission Date: 12/01/03
Current Date: 01/06/04
Examiner: Charles Junkin, MA, LPC, RP

## DATE & REASON FOR REFERRAL:

Offender Mc Collum was referred to Skyview from the Cole Unit on December 1, 2003 secondary to "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from crisis management into Diagnostic & Evaluation (D&E) with an Axis I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated and on the following psychoactive medications: Fluoxetine 20mg PO QHS, Cogentin 2mg PO QHS, and Benadryl 25mg PO QHS. At the time of admission, his chief complaint was "I was getting confused about a few things, like, I didn't know what date it was."

## CLINICAL COURSE:

Offender Mc Collum was admitted to the Mood Disorder Treatment Track on December 10, 2003 with an Axis I Diagnosis of Depressive Disorder, NOS (311) and R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. Upon admission to the treatment track, he was taking Prozac 20mg PO QAM and Trazodone 100mg QPM. During the course of his treatment at Skyview, Offender Mc Collum attended individual and group psychotherapy and was followed closely by the treatment team. He presented with significant depressive symptoms, including suicidal ideation, anhedonia, poor concentration, and a sense of hopelessness. For the first couple of weeks in group psychotherapy, the offender was very quiet, but attentive. He had a restricted affect and a depressed mood. When he was seen by the treatment team on December 18, 2003, he was diagnosed with Major Depressive Disorder with Psychotic Features (Psychotic Features in Remission). Because he is scheduled to be released from TDCJ-ID in the near future, he was seen again by the treatment team on December 19, 2003 to determine if he is appropriate for court commitment to a state hospital upon release from TDCJ-ID. The treatment team reviewed his situation, which consists of his father dying in April 2003, his mother is in a nursing home with Alzheimer's Related Illness, he has been confused and depressed. He is a chronic alcoholic. He has few resources in the community, and he has a large debt waiting for him when he gets out of prison. He has a family in the

HSP-2 (Rev. 12/97)                              1

# TEXAS DEPARTMENT CRIMINAL JUSTICE
## MENTAL HEALTH SERVICES

### PSYCHIATRIC INPATIENT FACILITY
### DISCHARGE/RELEASE SUMMARY

I.    Identifying Data
II.   Date & Reason for Admission
III.  Clinical Course
IV.   Residual Problems
V.    Final Diagnosis
VI.   Recommendations
VII.  Dated signature of Discharging
      Psychiatrist and Psychologist

---

OFFENDER NAME: MC COLLUM, LARRY GENE        TDCJ #: 1105538        UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                     PULHES: S=3NT

Waco area, but he has had little contact with them during his incarceration. He had not spoken with his brother or sister-in-law for more than six months. He has a significant history of prostate cancer in the family. The results of that treatment team meeting were to recommend Offender Mc Collum to be committed to the state hospital when released from TDCJ-ID. He was seen by a second psychiatrist on December 30, 2003. The second psychiatrist found no compelling reason to commit the offender to a state hospital at this time. He met with yet another psychiatrist on January 2, 2004. At that time, he was also found inappropriate for commitment to a state hospital. Meanwhile, the offender continued to participate in group therapy and seemed to respond somewhat to the Prozac. He was withdrawn and quiet but appropriate in group settings. Prozac was increased from 20mg to 40mg QAM on January 2, 2004. His mood has been described as "more cheerful" and he "appeared less internally preoccupied." On January 6, 2004, he was found appropriate for discharge to his unit of assignment with 40mg of Prozac QD.

## MENTAL STATUS:

Offender Mc Collum is a 50-year-old, Caucasian male whose overall presentation is significantly older than his stated age. He presents with psychomotor retardation. His responses to some of the questions are vague. He relates well with the interviewer. At times he looks away. His affect is blunted. His mood is depressed. There is no evidence of auditory hallucinations at this time. He denies any suicidal thoughts or wanting to hurt others. He did admit that he felt that life was not worth living in the past. He was alert and oriented to time, place, and person. He was unable to do Serial 7's. He was able to do three digits forward and in reverse order. He was able to do four digits forward but not in reverse order. He could recall approximately 2/3 objects for recent recall.

## RESIDUAL PROBLEMS:

Offender Mc Collum was referred for inpatient psychiatric treatment because he was confused and disoriented. While he was at Skyview, he was found to suffer from major depressive symptoms. He will be released soon from the prison system and will face many obstacles including unemployment, inadequate housing, mental illness issues, transportation difficulties, the loss of his father, and access to alcohol and other mind altering drugs. These factors in combination with his history of depression may place him at increased risk for potentially self-injurious acts. The offender's therapist had telephone contact with his brother and sister-in-law on December 31, 2003; although his family has agreed to take him into their home, they are reluctant to do so and are looking for community services that might better be able to care for his mental health needs.

HSP-2 (Rev. 12/97)                          2

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## MENTAL HEALTH SERVICES

### PSYCHIATRIC INPATIENT FACILITY
### DISCHARGE/RELEASE SUMMARY

I.   Identifying Data
II.  Date & Reason for Admission
III. Clinical Course
IV.  Residual Problems
V.   Final Diagnosis
VI.  Recommendations
VII. Dated signature of Discharging
     Psychiatrist and Psychologist

---

OFFENDER NAME: MC COLLUM, LARRY GENE        TDCJ #: 1105538        UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                     PULHES: S=3NT

## DISCHARGE DIAGNOSIS:

| | | |
|---|---|---|
| Axis I: | 296.34 | Major Depressive Disorder, Recurrent, Severe with Psychotic Features (Psychotic Features in Remission at this time) |
| | 303.9 | Alcohol Dependence in a Controlled Environment |
| Axis II: | V71.09 | No Diagnosis on Axis II |
| Axis III: | . | Degenerative Disease of the Knees; H/O Lower Back Pain |
| Axis IV: | | Psychosocial and Environmental Stressors: Incarceration |
| Axis V: | | Current GAF = 60 |

## RECOMMENDATIONS:

It is recommended by the treatment team and the attending physician that Offender Mc Collum be discharged from the Mood Disorder Treatment Track and returned to his unit of assignment for continued follow-up for his depressive symptoms until his release from the prison system. He should be offered counseling on an as-needed basis. Furthermore, he should continue his current medication regimen, which at this time consists of Prozac 40mg PO QAM.

## DATED SIGNATURES:

Charles Junkin, MA, LPC, RP     Date        Vasantha Orocofsky, M.D.      Date

CJ/VO:rc

Received for transcription on 01/06/04 and typed on 01/06/04 at 1315

Plaintiffs' MSJ Appx. 1039

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**SKYVIEW PSYCHIATRIC FACILITY**
**PSYCHIATRIC EVALUATION**

**OFFENDER NAME:  McCOLLUM, LARRY GENE**                    **TDCJ#:  1105538**

**IDENTIFYING DATA:**

**DOB:** 04-04-53
**DATE OF ADMISSION:** 12-01-03
**AGE/RACE:**  50 y/o White male.
**EXAMINER:  B. Meharry, MSN, RN, CS, PMH-NP.**
**DATE OF EXAMINATION:** 12-03-03/1400.

**REASON FOR ADMISSION:**

The patient was referred here from the Cole Unit by Mr. Dorsett, LBSW secondary to, "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from Skyview Crisis Management into D&E with an AXIS I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated, and on the following psychoactive medication:  Fluoxetine 20 mg. p.o. q. h.s., Cogentin 2 mg. p.o. q. h.s., and Benadryl 25 mg. p.o. q. h.s.  The patient was advised of the purpose of this examination, the limits of confidentiality, and informed consent.  He verbalized understanding and agreed to participate.

**CHIEF COMPLAINTS:**

"I was getting confused about a few things, like, I didn't know what date it was."

**PAST PERTINENT PSYCHIATRIC HISTORY:**

The patient did not begin receiving any freeworld psychiatric treatment until 2001, when he first encountered his legal difficulties.  He was treated with Zoloft for symptoms of depression at the MHMR center in Waco, Texas. There is no freeworld history of suicidal attempts/gestures, self-injurious behaviors, or anger-management problems. His substance abuse history included the use of alcohol, methamphetamines, and cocaine.  With no known history of treatment for his substance abuse.  There is no known familial history of mental illness or chemical dependency. There is no history of a juvenile record.  While at the McClendon County Jail awaiting transfer to TDCJ-ID, he was diagnosed with Depression and was treated with Zoloft 100 mg. p.o. q. am.

This is the first incarceration for this patient who was received at TDCJ-ID on 07-01-02, where he is serving a 20-month sentence for Theft, Over $1500.  Upon receipt to the prison system, he told the Responsible Psychologist that he had been having difficulty coping with the death of his brother, who died five years ago and the death of his father, who died April of 2003.  He became depressed and spent $12,000. on various items and gambling.  This led to his arrest and conviction.  He also acknowledged that he had a problems with gambling, sex, and alcohol.  He stated that his drinking escalated in 1983, following a divorce.  He admits to three arrests for DWI.  Although he has never been to Rehab, he relates that he entered a "Detox" center for 10 days in 1987.  He also relates that he had some "minor" involvement with Alcoholic Anonymous.  At the time, he also reported that he considered himself to be very co-dependent, expressed concern about his welfare upon release from prison as he has no place to live, was worried about the future, and had problems keeping his mind off things that depress him.  Although he denied any current suicidal ideations or intent, he admitted that he sometimes believed that he had no real purpose for living. He often felt hopeless and lacked motivation, reported fluctuating appetite, erratic sleep pattern and a recent 30 lbs weight loss.  There was no evidence of psychotic symptoms.  On 07-02-02, he was seen by the attending psychiatrist where he received an AXIS I Diagnosis of Major Depressive Disorder, Recurrent.  He was placed on Zoloft 100 mg. p.o. q. am.  A few months later it was noted that he was doing well on Zoloft and wanted to continue his medication regimen.  He was 100 percent compliant.  He also related that he was experiencing feeling "jumpy".  On 12-11-02, he was seen by another psychiatrist, where he reported not only a history of depression, but problems with anxiety. His AXIS I Diagnosis remained Major Depression.  He was switched to Nortriptyline 25 mg. p.o. q. h.s.  Several days later, he complained of still experiencing "jumpy legs" at bedtime.  His Nortriptyline was increased to 50 mg. p.o. q. h.s.  On 01-08-03, he complained that he was unable to sleep.  His Nortriptyline was increased to 75 mg. p.o.

Page 1 of 3



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

SKYVIEW PSYCHIATRIC FACILITY
PSYCHIATRIC EVALUATION

OFFENDER NAME: McCOLLUM, LARRY GENE                    TDCJ#: 1105538

q. h.s. Shortly thereafter, he was referred to Skyview Crisis Management secondary to, threatening suicide. He was discharged back to his unit of assignment, with no change in his diagnosis or medication regimen. He continued to complain of feeling depressed, so his Nortriptyline was increased to 100 mg. p.o. q. h.s. On 04-15-03, he presented as decompensating. He was easily irritated and exhibited poor hygiene and disorganized thoughts. He continued to complain of feeling anxious. He was diagnosed with Anxiety Disorder, NOS and Depressive Disorder, Due To Alcohol and Drugs. He was placed on Haldol 10 mg. p.o. b.i.d., Benadryl 25 mg. p.o. b.i.d., and Prozac 20 mg. p.o. q. am.

More recently, on 09-17-03, he was seen by yet another attending psychiatrist, where he received an AXIS I Diagnosis of Major Depression With Psychotic Features. He continued on the same medication regimen of: Haldol 5 mg. p.o. q. h.s., Benadryl 25 mg. p.o. q. h.s., and Prozac 20 mg. p.o. q. h.s. On 11-24-03, he was seen by the MHS at cellside. He seemed disoriented, was difficult to understand, and related that he was waiting for a ride to go to his Dad's funeral. He was disheveled and exhibited poor hygiene. After consulting with Dr. Reddy, it was determined that he should be referred to Skyview Crisis Management for evaluation and determination of his treatment needs. Upon receipt to the Skyview Unit, he told the admitting RN that he was feeling depressed because a male voice was telling him to hurt himself or others. Objectively, he was observed to be alert, spontaneous, and although he was oriented in general, he was unaware that the day before had been the holiday (Thanksgiving). He seemed "somewhat" confused. Currently, he reports difficulty sleeping, but appetite is "good." He described his mood as "good." He denied any current suicidal ideations or intent. He voiced no complaints regarding side effects from his current medication regimen, but he did complain of difficulty sleeping, blurred vision, and difficulty starting to urinate.

PERTINENT MEDICAL HISTORY:

The patient has a history of chronic lower back pain. He has no known drug allergies. There is no known past history of head trauma, loss of consciousness, seizures, blackouts, or chronic headaches.

PERTINENT PHYSICAL FINDINGS:
VITAL SIGNS: TEMP: 98; PULSE: 130; RESP: 20; BP: 184/88.
HT: 70 in. WT: 218 lbs.
LABORATORY INDICES/X-RAYS/OTHER PERTINENT DIAGNOSTIC STUDIES:
CHEM 12 of 07-08-02 showed decreased glucose and elevated uric acid, decreased albumin; liver function test of 07-08-02 was within normal limits; lipid panel of 07-08-02 showed increased triglycerides, decreased HDL cholesterol and increased VLDL cholesterol; CBC with differential and platelet count of 07-08-02 showed deceased RBCs; TSH of 07-08-02 was within normal limits; T4 of 07-08-02 was decreased; T3 of 07-08-02 was within normal limits; FREE thyroxin index of 07-08-02 was decreased; PSA of 07-08-02 was within normal limits; Helicobacter pylori, IgG of 07-08-02 was positive; HIV-1-ABS of 07-02-02 was nonreactive; RPR of 07-02-02 was nonreactive.
There are no chest x-rays. X-ray of lumbar spine of 12-16-02 was within normal limits; x-ray of right knee of 12-16-02 showed some arthritic changes; x-ray of left knee of 12-16-02 showed minimal early articular marginal spurring; EKG of 07-02-03 showed normal sinus rhythm and was considered a normal EKG.
GENERAL DESCRIPTION:    Well-developed, well-nourished, overweight, White male in no obvious acute physical distress. A complete physical examination was not performed at this time, due to the locked down status of the facility. A cursory visual examination revealed the following:
HEENT: EYES: no nystagmus; NOSE: no drainage.
SKIN: Nonicteric. Appears to be grossly intact.
EXTREMITIES:    No cyanosis, clubbing or edema.
NEUROLOGICAL EXAMINATION: Cranial nerves II through XII appear to be grossly intact. SENSORY: grossly intact. MOTOR: good ROM in all extremities. CEREBELLAR:  Steady gait with no ataxia.  AIMS: negative.
ASSESSMENT:  Possible Abnormal Laboratory Indices, Abnormal Cardiac Panel, and Elevated Systolic Pressure.

Page 2 of 3

)                              )

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**    **PSYCHIATRIC EVALUATION**

---

**OFFENDER NAME: McCOLLUM, LARRY GENE**    **TDCJ#: 1105538**

**MENTAL STATUS EXAMINATION:**

The patient was seen at cellside, due to the locked down status of the facility. He was dressed in a prison attire and was unshaven, but adequately clean. He appeared older than his stated age. He was alert, made good eye contact, and was cooperative. Psychomotor activity was calm. Speech was spontaneous, rate was within normal limits. Mood was appropriate to the situation. Affect was congruent with mood, range was reactive. No hallucinations were elicited at this time. Thought content was negative for suicidal or homicidal ideations or intent. He expressed no delusions and unusual thinking. Thought processes were coherent, logical, and goal-directed. Patient is grossly oriented X4. His remote and recent memory is grossly intact. His attention and concentration is intact. His intelligence is estimated to be in the average range. Insight and judgement are good.

**SUMMARY OF FINDINGS:**

This patient presents with no prior psychiatric history, until he encountered his legal difficulties and went through the stressors of losing some family members. There is also a history of excessive alcohol use. Currently, there are no abnormalities in cognition, thought content, thought processes, nor evidence of hallucinations. There is no major mood disturbance. I believe that his sleep disturbance is most likely due to the schedule that he is receiving Prozac. It may be too activating for him to receive it at night. Although he has no history of hypertension, his cardiac panel was significantly abnormal and there is a familial history of hypertension and diabetes. Given this patient's age and family history, it is possible that he may have experienced a transient ischemia attack (TIA). This would certainly need to be ruled out. At this time, I see no evidence of suicidal ideations or intent, nor is there a recent past history to indicate that he would be at high risk for engaging in self-injurious behaviors.

**DSM-IV DIAGNOSIS:**

| | | | |
|---|---|---|---|
| AXIS: | I: | ~~311.~~ | ~~Depressive Disorder, NOS.~~ |
| | | 293.9 | R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. |
| AXIS | II: | | Deferred. |
| AXIS | III: | | Chronic Low-Back Pain; R/O Cardiovascular Problems. NKDA. |
| AXIS | IV: | | Problems related to interaction with the legal system: incarceration. |
| | | | Problems due to primary support group: recent death of a family member. |
| AXIS | V: | | GAF: 55. |

**RECOMMENDATIONS/INTERVENTIONS:**

Prozac 20 mg. p.o. q. am and Trazodone 100 mg. p.o. q. pm X14 days, then D/C. Discontinue Cogentin and Benadryl. Educated patient regarding side effects, risks, and possible benefits with the use of Prozac and Trazodone. Patient consents and agrees with the treatment plan. I believe that this patient could benefit from the programming in the Mood Disorder Treatment Track to help him learn some coping skills, in order to better plan his future.

**PROGNOSIS:** Uncertain at this time.

**SIGNATURE/DATE:**

*B.M. Rarry MSN RN CS PMH NP 12-5-03*
*0745*

B. Meharry, MSN, RN, CS/PMH-NP/Date
Transcribed: 12-04-03/1412/mlr

Plaintiffs' MSJ Appx. 1042

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| MENTAL HEALTH SERVICES | PSYCHOSOCIAL EVALUATION |

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

IDENTIFYING DATA:

Name: McCollum, Larry Gene
TDCJ#: 1105538
Race: White
DOB: 4-04-53
Age: 50-8
SSNO: Unknown
Admission Date: 12-01-03
Previous Skyview crisis management admissions: 3
Previous inpatient admissions: 0
Current Date: 12-02-03
Examiner: John Yarbrough, SP

REASON FOR REFERRAL:

McCollum is a recent admission to D&E from Skyview crisis management. The purpose of this report is to assess this individual's current mental status and to provide recommendations for placement, treatment programming, and aftercare planning. He was previously advised of the limits of confidentiality. He provided verbal consent for this evaluation on 12-02-03.

CHIEF COMPLAINTS:

"I was depressed, I guess."

McCollum was admitted after reporting that he "was waiting for a ride to his father's funeral." Hygiene was reportedly decreasing and he was reportedly disoriented. At Skyview he stated, "I've been a little confused for a couple of months, I guess." He stated that he was also having trouble with constipation, dry mouth, blurry vision, mild trembling in his hands, and some degree of confusion. "I try to count the days that I have until I get out. I get out in January of next year."

PERTINENT MENTAL HEALTH HISTORY:

McCollum arrived on Skyview crisis management on 11-25-03 from the Cole State Jail. The admitting diagnosis was to "Rule Out Uncomplicated Dementia of the Alzheimer's Type". He is currently prescribed Prozac 20mg hs, Benadryl 25mg hs, and Cogentin 2mg hs.

Records indicate that McCollum has a history of alcohol abuse since 1983. He reports treatment in 1987 and has been minimally involved in AA. He was not treated for depression, however, until about 2001 when he was first incarcerated in the county jail. While at the McClennan County Jail, he was diagnosed with depression and

1

HSP-2 (Rev. 12/97)



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**SKYVIEW PSYCHIATRIC FACILITY**
**PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**            **TDCJ#: 1105538**

prescribed Zoloft 100mg q am. He was also on HCTZ. It was noted that he weighed 307 pounds while at the McClennan County Jail.

McCollum arrived in TDCJ on 7-01-02. On 7-16-02, while at the Hutchins State Jail, he was given a Personality Assessment Inventory which was consistent with diagnoses of Alcohol Dependence and Depression. He was described as being unhappy and pessimistic. He was given a diagnosis of Depressive Disorder NOS and Alcohol Dependence. He claims that he has been losing weight, and he reports losing about 70 pounds over the past 18 months. He was first sent to Skyview crisis management on 1-10-03, and prior to the current admission, his last time at Skyview was from 1-24-03 to 1-29-03 when he was diagnosed with Recurrent Major Depressive Disorder. He had been referred not because of any overt threats of self-harm, but because staff had noted that he was giving away his property. He was seen throughout the first part of 2003 and seen less frequently from 5-09-03 to 8-18-03. On 8-18-03, while at the Cole Unit, he was referred by security with reports that he was disheveled and had been "hoarding strange objects". This behavior was not further commented upon. He was next seen on 11-24-03 and this time was referred to Skyview on the above complaints.

PERTINENT SOCIAL HISTORY:

According to this patient, he was born in Enid, Oklahoma and raised in a relatively intact family environment. He had a brother who reportedly died in February of 2002 and his father reportedly died two months later, in April of 2002. McCollum reports that he has been divorced since 1983. He has two children, a 27-year-old daughter and a 21-year-old son, who reside in Waco. Upon release from TDCJ, McCollum plans to return to the Waco area. He remains in contact with his family.

McCollum attended school through the twelfth grade and received a high school diploma. He reports that he was in advanced classes from grades nine to eleven. He is able to read and write and records indicate an overall EA score of 8.6. He has no history of military service. He worked as a warehouse forklift operator. He has been able to maintain steady employment.

Records indicate a history of alcohol abuse, which escalated after his 1983 divorce. He also reports use of cocaine and methamphetamines. He reports detox for ten days in 1987. He reports minor involvement with AA. He reported no incident of head trauma or seizure disorder. He was previously treated for hypertension and complains of chronic knee and back pain. He has not been treated for any medical conditions. He denied any food or drug allergies. He reports a family history of cardiac disease and diabetes.

This patient arrived in TDCJ on 7-01-02. He is currently serving a 20-month sentence from McLennan County for charges of theft over $1500.00. This is his first TDCJ incarceration. Although he has forfeited no good time, he has received three recent disciplinary cases for failing to obey orders, on 9-02-03, 10-09-03, and 11-07-03, respectively. He remains Line Class I with a projected release date of 1-12-2004.

HSP-2 (Rev. 12/97)

2

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
| MENTAL HEALTH SERVICES | PSYCHOSOCIAL  EVALUATION |

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

### MENTAL STATUS EXAMINATION:

McCollum is a 50-year-old white male who appears older than his stated age. He is of average height and overweight in build, 5'8" tall and 218 pounds. Records indicate that he has lost a significant amount of weight since his arrival in TDCJ on 7-01-02. At this time, gait and gross motor control are within normal limits. He was unshaved, but otherwise adequately groomed, dressed in a prison-issued jumpsuit. He was alert and oriented to person, place, situation, and roughly to date. He believed that this was November 25, 2003. He was aware, however, that Thanksgiving had recently passed. He is also aware that he is scheduled for release in about five weeks. Adequate eye contact was maintained.

McCollum's speech was clear, coherent, and goal-directed. No emotional distancing was noted. He is not reporting hallucinatory phenomena and he does not appear to be attending to internal stimuli. No suspiciousness was noted and no delusions were elicited. He reports no disturbance of sleep or appetite. His mood appears euthymic with a reactive affect. At present he denied any self-harm ideation.

This patient appears to be within the average range of intellectual functioning. Records indicate a Beta-3 IQ score of 92. He has an adequate fund of general information and memory functioning appears grossly intact. No distractibility was noted. Insight and judgment appear adequate.

### RESULTS OF PSYCHOMETRICS:

McCollum received a score of 29 on the Brief Psychiatric Rating Scale. He presents with mild complaints of depression and a mild degree of anxiety in the absence of overt signs or symptoms of psychosis. These ratings were consistent with those of the Hamilton Rating Scale for depression and indicate a mild degree of impairment.

### SUMMARY OF FINDINGS:

Records indicate a lengthy history of alcohol dependence and a history of treatment for anxiety and depression since his incarceration in late 2001. Staff currently complain of some oddities in behavior and some degree of mild confusion. McCollum complains of some confusion and disorientation as well as symptoms which may be related to his anticholinergic regimen. No recent laboratory information is available and he has been referred for further medical evaluation. In line with the current information, a continued provisional diagnosis of Depressive Disorder NOS is appropriate.

### DSM-IV DIAGNOSTIC IMPRESSION:

| Axis I: | 311 Depressive Disorder NOS, provisional. |
| | Rule out 995.2 Adverse effects of medication NOS. |
| Axis II: | V71.09 No diagnosis on Axis II. |
| Axis III: | Deferred. |

HSP-2 (Rev. 12/97)

3

Plaintiffs' MSJ Appx. 1045

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**          **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**                         **PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**                **TDCJ#: 1105538**

Axis IV:        Psychosocial and environmental stressors: incarceration.
Axis V:         Current GAF = 50

RECOMMENDATIONS/INTERVENTIONS:

McCollum remains on monitoring status in D&E.  He has been referred for medication evaluation and for further medical evaluation to rule out other conditions.  Consult has been made with the treating mid-level practitioner.

SIGNATURE/DATE:

_12/3/03 @ 1000_

Dictated By: John Yarbrough, SP          12-02-03
Transcribed:  12-03-03/0850/nj

HSP-2 (Rev. 12/97)

4

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**ame:** McCollum, Larry

**TDCJ No.:** 1105538

**Unit:** IV

| Date & Time | Notes |
|---|---|
| 12-1-03 1140 | Nrg: Pt moved to SV3 B08 on D&E status. Nurse called report. ——— R. Scott RN |
| 12-1-03 1225 | Nrg - Patient received from SV5, assigned to SV3 B08 on D&E status. — Bruck RN |
| 12-2-03 0640 | Nrg - Patient remains on D&E status. Compliant with medication, voice v/c. B/P 89/62, P91, R20. ——— Bruck RN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

## UTMB MENTAL HEALTH SERVICES
## CRISIS MANAGEMENT DISCHARGE SUMMARY

NAME _McCollum, Larry_  TDCJ# _1105538_  UNIT _SV_
# PRIOR C/M ADMISSIONS _2_  # PRIOR INPATIENT ADMISSIONS _____  LAST ADMISSION _1/03_
ADMISSION DATE _11.25.03_  UNIT OF ORIGIN _(CL) Cole_  DISCHARGE DATE _12.1.03_

REASON FOR ADMISSION _Pt was "waiting on a ride to go to my daddy's funeral_
_& hygiene and disoriented._

PRESENTING SYMPTOMS _Pt c/o feeling depressed and hearing_
_voices)._

CURRENT MENTAL STATUS AND RISK ASSESSMENT _Pt was alert and spontaneous, although_
_he was oriented in general, he was unaware that the_
_day before was a Holiday. Pt seemed di somewhat confused._

DIAGNOSTIC IMPRESSION :  AXIS I _R/O 290.10_
AXIS II _____

RECOMMENDATIONS/PLAN:

☒ ADMIT TO EVALUATION AND DIAGNOSTIC

☐ INITIATE/CONTINUE OUTPATIENT CARE (SPECIFY) _____

☐ OTHER (SPECIFY) _____

CONSULTATION WITH RECEIVING FACILITY MENTAL HEALTH OR MEDICAL STAFF CONDUCTED WITH
(NAME) _____

_Laura McKinnon SP_          _12.1.03_
CRISIS MANAGEMENT PSYCHOTHERAPIST SIGNATURE          DATE
ADDITIONAL COMMENTS:

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

me: _McCollum, Larry_

TDCJ No.: _1105558_

Unit: _CV_

| Date & Time | Notes |
|---|---|
| 11-26-03 0615 | Nsg: Pt seen in cell on nursing rounds lying on bunk É distress. No complaints voiced ——— R. Graham LN |
| 11-26-03 0837 | Initial C/M note ⑤ "I've been a little confused for a couple of months I guess." ⑥ Pt was alert, spontaneous, goal directed, was grossly oriented. Pt had some difficulty with the date. Pt seems somewhat childlike. Pt denies S/H ideation. Pt states he's been hearing voices again for a little while. Ⓐ R/o 298.9 Ⓟ Cont C/M. L. McKim SP |
| 11-28-03 0730 | C/o "panic attack" to security & when seen in cell is lying down but shaky. Cooperative c̄ V/S Check - 96 3·80 · 30 106/60 PS Matlock LN |
| 11-28-03 1133 | C/M note #2: ⑤ "It was a holiday yesterday? It must have been one of those new ones that not everybody celebrates." ⑥ Pt was alert, spontaneous, generally oriented but didn't know it was Thanksgiving and did not recall having Thanksgiving dinner. Ⓐ R/o 290.10 Ⓟ Cont C/M ——— L. McKim SP |
| 12/1/03 0745 | C/M note #3: See discharge summary. D&E L. McKim SP |

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: McCollum Larry   TDCJ # 1105538   UNIT: 3B08

CHECK THE APPROPRIATE TYPE:
____ CRISIS MANAGEMENT   ✓ PSYCHOLOGICAL OBSERV.   ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN 12·09·03 / 0700

ITEMS ALLOWED: (Check appropriate boxes)
✓ CLOTHING
✓ UNDERGARMENTS ONLY
____ SUICIDE BLANKET
✓ MATTRESS
____ PILLOW

____ REGULAR TRAY
✓ PAPER TRAY
____ SACK LUNCH
____ OTHER (Specify) : _____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| 11. | Sitting or lying | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | | 11:45 | 7:45 | 3:45 |
| 21. | | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

PRINTED NAME — INITIALS
Whitehead — W
_____ — _____
Brinkley — VB
Kent — JK
Staley — KS
Scarlan — VS

(Rev. 12/97)   Plaintiffs' MSJ Appx. 1050

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: *McClellum, Larry*          TDCJ # *1105538*          UNIT: *SU3B-08*

CHECK THE APPROPRIATE TYPE:
___ CRISIS MANAGEMENT   ✓ PSYCHOLOGICAL OBSERV.   ___ SECLUSION
___ RESTRAINT

DATE & TIME BEGUN *12-07-03*

ITEMS ALLOWED: (Check appropriate boxes)

✓ CLOTHING                          ___ REGULAR TRAY
___ UNDERGARMENTS ONLY              ✓ PAPER TRAY
___ SUICIDE BLANKET                 ___ SACK LUNCH
___ MATTRESS                        ___ OTHER (Specify) : _____
✓ PILLOW

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 /RS | 3:00  21 /H | 11:00 ___ |
| 2. | Yelling, screaming | 7:15 /RS | 3:15 ___ | 11:15 ___ |
| 3. | Crying | 7:30 /RS | 3:30 ___ | 11:30 ___ |
| 4. | Laughing | 7:45 /RS | 3:45 ___ | 11:45 ___ |
| 5. | Singing | 8:00 /RS | 4:00 ___ | 12:00 ___ |
| 6. | Mumbling | 8:15 /RS | 4:15 ___ | 12:15 ___ |
| 7. | Talking to self | 8:30 /RS | 4:30 ___ | 12:30 ___ |
| 8. | Talking to others | 8:45 /RS | 4:45 ___ | 12:45 ___ |
| 9. | Standing still | 9:00 /RS | 5:00 ___ | 1:00 ___ |
| 10. | Walking | 9:15 /RS | 5:15 ___ | 1:15 ___ |
| 11. | Sitting or lying | 9:30 /RS | 5:30 ___ | 1:30 ___ |
| 12. | Quiet | 9:45 /RS | 5:45 ___ | 1:45 ___ |
| 13. | Sleeping | 10:00 /ORS | 6:00 ___ | 2:00 ___ |
| 14. | Meals/fluids | 10:15 /RS | 6:15 ___ | 2:15 ___ |
| 15. | Bath/shower | 10:30 /RS | 6:30 ___ | 2:30 ___ |
| 16. | Toilet | 10:45 /RS | 6:45 ___ | 2:45 ___ |
| 17. | Restraints loosened | 11:00 /RS | 7:00 ___ | 3:00 ___ |
| 18. | Range of motion | 11:15 /RS | 7:15 ___ | 3:15 ___ |
| 19. | Out-of-cell | 11:30 /RS | 7:30 ___ | 3:30 ___ |
| 20. | *BACK TO CELL* | 11:45 /9 /H | 7:45 ___ | 3:45 ___ |
| 21. | *DISCONTINUED* | 12:00 /9 /H | 8:00 ___ | 4:00 ___ |
| | | 12:15 /9 /H | 8:15 ___ | 4:15 ___ |
| | | 12:30 /9 /H | 8:30 ___ | 4:30 ___ |
| | | 12:45 /9 /H | 8:45 ___ | 4:45 ___ |
| | | 1:00 /9 /H | 9:00 ___ | 5:00 ___ |
| | | 1:15 /9 /H | 9:15 ___ | 5:15 ___ |
| | | 1:30 /9 /H | 9:30 ___ | 5:30 ___ |
| | | 1:45 /9 /H | 9:45 ___ | 5:45 ___ |
| | | 2:00 /9 /H | 10:00 ___ | 6:00 ___ |
| | | 2:15 /9 /H | 10:15 ___ | 6:15 ___ |
| | | 2:30 26 /H | 10:30 ___ | 6:30 ___ |
| | | 2:45 11 /H | 10:45 ___ | 6:45 ___ |

PRINTED NAME                INITIALS

*R. Selman   COIV*              *RS*
*JWT*                           *JH*
_____             _____

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: McCollum, Michael TDCJ # 1105538 UNIT: SV3 B08

CHECK THE APPROPRIATE TYPE:

____ CRISIS MANAGEMENT ____ PSYCHOLOGICAL OBSERV. ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN 12-07-03

ITEMS ALLOWED: (Check appropriate boxes)

| | |
|---|---|
| ___CLOTHING | ___ REGULAR TRAY |
| ___UNDERGARMENTS ONLY | ✓ PAPER TRAY |
| ___SUICIDE BLANKET | ___ SACK LUNCH |
| ___MATTRESS | ___ OTHER (Specify) : ____________ |
| ___PILLOW | |

CODE EXPLANATION

1. Beating on door/wall
2. Yelling, screaming
3. Crying
4. Laughing
5. Singing
6. Mumbling
7. Talking to self
8. Talking to others
9. Standing still
10. Walking
11. Sitting or lying
12. Quiet
13. Sleeping
14. Meals/fluids
15. Bath/shower
16. Toilet
17. Restraints loosened
18. Range of motion
19. Out-of-cell
20. Meds
21. ____________

| PRINTED NAME | INITIALS |
|---|---|
| Whitehead | W |
| R. Selman | RS |
| Bolton | [illegible] |
| C. M. [illegible] | [illegible] |
| R Patterson | RP |

TIME OF VISUAL CHECK

| 7 a.m. - 3 p.m. | | 3 p.m. - 11 p.m. | | 11 p.m. - 7 a.m. | |
|---|---|---|---|---|---|
| 7:00 | 11 W | 3:00 | 11 [illegible] | 11:00 | 11 CM |
| 7:15 | 11 W | 3:15 | 11 [illegible] | 11:15 | 11 CM |
| 7:30 | 11 W | 3:30 | 11 [illegible] | 11:30 | 11 CM |
| 7:45 | 11 W | 3:45 | 11 [illegible] | 11:45 | 11 CM |
| 8:00 | 11 W | 4:00 | 12 [illegible] | 12:00 | 11 CM |
| 8:15 | 11 RS | 4:15 | 13 [illegible] | 12:15 | 11 CM |
| 8:30 | 11 RS | 4:30 | 13 [illegible] | 12:30 | BS 11 |
| 8:45 | 11 RS | 4:45 | 11 [illegible] | 12:45 | 11 CM |
| 9:00 | 11 RS | 5:00 | 13 [illegible] | 1:00 | 11 CM |
| 9:15 | 11 RS | 5:15 | 13 [illegible] | 1:15 | 11 CM |
| 9:30 | 11 RS | 5:30 | 11 [illegible] | 1:30 | 11 CM |
| 9:45 | 11 RS | 5:45 | 13 [illegible] | 1:45 | 11 CM |
| 10:00 | 11 RS | 6:00 | 13 [illegible] | 2:00 | 11 CM |
| 10:15 | 11 RS | 6:15 | 11 [illegible] | 2:15 | 11 CM |
| 10:30 | 11 RS | 6:30 | 12-CM | 2:30 | 11 CM |
| 10:45 | 11 RS | 6:45 | 11 CM | 2:45 | 11 CM |
| 11:00 | 11 RS | 7:00 | 11 CM | 3:00 | 11 CM |
| 11:15 | 11 RS | 7:15 | 11 CM | 3:15 | 11 CM |
| 11:30 | 11 RS | 7:30 | 11 CM | 3:30 | 11 CM |
| 11:45 | 11 RS | 7:45 | 11 CM | 3:45 | 11 CM |
| 12:00 | 11 RS | 8:00 | 11 CM | 4:00 | [illegible] 11 |
| 12:15 | 11 [illegible] | 8:15 | 11 CM | 4:15 | 10 CM |
| 12:30 | 11 [illegible] | 8:30 | 11 CM | 4:30 | 11 CM |
| 12:45 | 11 [illegible] | 8:45 | 11 CM | 4:45 | 11 CM |
| 1:00 | 11 [illegible] | 9:00 | 11 CM | 5:00 | 11 CM |
| 1:15 | 11 [illegible] | 9:15 | 11 CM | 5:15 | 11 CM |
| 1:30 | 11 [illegible] | 9:30 | 11 CM | 5:30 | 11 CM |
| 1:45 | 13 [illegible] | 9:45 | 11 CM | 5:45 | 14 CM |
| 2:00 | 11 [illegible] | 10:00 | 11 CM | 6:00 | 9 CM |
| 2:15 | 12 [illegible] | 10:15 | 11 CM | 6:15 | 10 CM |
| 2:30 | 12 [illegible] | 10:30 | 11 CM | 6:30 | 11 RP |
| 2:45 | 11 [illegible] | 10:45 | 11 CM | 6:45 | 11 RP |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: _McCollum Lorry_    TDCJ # _110538_    UNIT: _SV3B-08_

CHECK THE APPROPRIATE TYPE:

____ CRISIS MANAGEMENT ____ PSYCHOLOGICAL OBSERV. ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN _____

ITEMS ALLOWED: (Check appropriate boxes)

✓ CLOTHING                    ____ REGULAR TRAY
✓ UNDERGARMENTS ONLY         ✓ PAPER TRAY
____ SUICIDE BLANKET          ____ SACK LUNCH
✓ MATTRESS                    ____ OTHER (Specify) : _____
____ PILLOW

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| 11. | Sitting or lying | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | _Meds given_ | 11:45 | 7:45 | 3:45 |
| 21. | | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

| PRINTED NAME | INITIALS |
|---|---|
| _Rasberry_ | _R_ |
| _Fore_ | _M_ |
| _Jacobs_ | |
| _Watson_ | |
| _Mobley_ | _OM_ |
| _Loden_ | _KC_ |

HSP-5 (Rev. 12/97)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

**OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT**

NAME: _McCollum, Larry_   TDCJ # _1165538_   UNIT: _5V_

CHECK THE APPROPRIATE TYPE:
_✓_ CRISIS MANAGEMENT ____ PSYCHOLOGICAL OBSERV. ____ SECLUSION
____ RESTRAINT

DATE & TIME BEGUN _____
ITEMS ALLOWED: (Check appropriate boxes)
_✓_ CLOTHING
___ UNDERGARMENTS ONLY
___ SUICIDE BLANKET
_✓_ MATTRESS
___ PILLOW

___ REGULAR TRAY
_✓_ PAPER TRAY
___ SACK LUNCH
___ OTHER (Specify) : _____
_____

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 _IL—1 A_ | 3:00 _LA_ | 11:00 _LL Hw_ |
| 2. | Yelling, screaming | 7:15 _IL—1 A_ | 3:15 _LA_ | 11:15 _LL Hw_ |
| 3. | Crying | 7:30 _LL A_ | 3:30 _LA_ | 11:30 _LL Hw_ |
| 4. | Laughing | 7:45 _LL A_ | 3:45 _LA_ | 11:45 _LL Hw_ |
| 5. | Singing | 8:00 _LA_ | 4:00 _LA_ | 12:00 _LL Hw_ |
| 6. | Mumbling | 8:15 _LA_ | 4:15 _LL A_ | 12:15 _LL J_ |
| 7. | Talking to self | 8:30 _LA_ | 4:30 _LA_ | 12:30 _LL J_ |
| 8. | Talking to others | 8:45 _LA_ | 4:45 _LL A_ | 12:45 _LL J_ |
| 9. | Standing still | 9:00 _LA_ | 5:00 _LA_ | 1:00 _LL Hw_ |
| 10. | Walking | 9:15 _LA_ | 5:15 _LL A_ | 1:15 _LL Hw_ |
| 11. | Sitting or lying | 9:30 _LA_ | 5:30 _LL A_ | 1:30 _LL Hw_ |
| 12. | Quiet | 9:45 _LA_ | 5:45 _LL A_ | 1:45 _LL Hw_ |
| 13. | Sleeping | 10:00 _LA_ | 6:00 _LL A_ | 2:00 _LL Hw_ |
| 14. | Meals/fluids | 10:15 _LA_ | 6:15 _LL A_ | 2:15 _LL Hw_ |
| 15. | Bath/shower | 10:30 _LA_ | 6:30 _LL A_ | 2:30 _LL Hw_ |
| 16. | Toilet | 10:45 _LA_ | 6:45 _LR_ | 2:45 _LL Hw_ |
| 17. | Restraints loosened | 11:00 _LA_ | 7:00 _LR_ | 3:00 _LL Hw_ |
| 18. | Range of motion | 11:15 _LA_ | 7:15 _LR_ | 3:15 _LL Hw_ |
| 19. | Out-of-cell | 11:30 _LR_ | 7:30 _LL Hw_ | 3:30 _LL J_ |
| 20. | _____ | 11:45 _LA_ | 7:45 _LL Hw_ | 3:45 _J_ |
| 21. | _____ | 12:00 _LA_ | 8:00 _LL Hw_ | 4:00 _LL J_ |
| | | 12:15 _LA_ | 8:15 _LL Hw_ | 4:15 _LL J_ |
| | | 12:30 _LA_ | 8:30 _LL Hw_ | 4:30 _LL J_ |
| | | 12:45 _LA_ | 8:45 _LL Hw_ | 4:45 _LL A_ |
| | | 1:00 _LA_ | 9:00 _LL Hw_ | 5:00 _LL J_ |
| | | 1:15 _LA_ | 9:15 _LL Hw_ | 5:15 _LL Hw_ |
| | | 1:30 _LA_ | 9:30 _LL Hw_ | 5:30 _LL Hw_ |
| | | 1:45 _LA_ | 9:45 _LL Hw_ | 5:45 _LL Hw_ |
| | | 2:00 _LA_ | 10:00 _LL Hw_ | 6:00 _LL Hw_ |
| | | 2:15 _LA_ | 10:15 _LL Hw_ | 6:15 _LL Hw_ |
| | | 2:30 _LA_ | 10:30 _LL Hw_ | 6:30 _LL A_ |
| | | 2:45 _LA_ | 10:45 _LL Hw_ | 6:45 _LL M_ |

| PRINTED NAME | INITIALS |
|---|---|
| _ALEXANDER_ | _A_ |
| _Eric_ | _E_ |
| _J Rawlinson_ | _JR_ |
| _Wilke_ | _Hw_ |

HSP-5 (Rev. 12/97)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

## OBSERVATION CHECKLIST FOR CRISIS MANAGEMENT, PSYCHOLOGICAL OBSERVATION, SECLUSION OR RESTRAINT

NAME: McCollum     TDCJ # 1105538     UNIT: SV

CHECK THE APPROPRIATE TYPE:
    ✓ CRISIS MANAGEMENT     ___ PSYCHOLOGICAL OBSERV.     ___ SECLUSION
    ___ RESTRAINT

DATE & TIME BEGUN 11/25/03 .810

ITEMS ALLOWED: (Check appropriate boxes)
✓ CLOTHING                ___ REGULAR TRAY
___ UNDERGARMENTS ONLY    ✓ PAPER TRAY
✓ SUICIDE BLANKET          ✓ SACK LUNCH
___ MATTRESS                 ✓ OTHER (Specify): Paper Gown
___ PILLOW

| CODE EXPLANATION | | TIME OF VISUAL CHECK | | |
|---|---|---|---|---|
| | | 7 a.m. - 3 p.m. | 3 p.m. - 11 p.m. | 11 p.m. - 7 a.m. |
| 1. | Beating on door/wall | 7:00 | 3:00 | 11:00 |
| 2. | Yelling, screaming | 7:15 | 3:15 | 11:15 |
| 3. | Crying | 7:30 | 3:30 | 11:30 |
| 4. | Laughing | 7:45 | 3:45 | 11:45 |
| 5. | Singing | 8:00 | 4:00 | 12:00 |
| 6. | Mumbling | 8:15 | 4:15 | 12:15 |
| 7. | Talking to self | 8:30 | 4:30 | 12:30 |
| 8. | Talking to others | 8:45 | 4:45 | 12:45 |
| 9. | Standing still | 9:00 | 5:00 | 1:00 |
| 10. | Walking | 9:15 | 5:15 | 1:15 |
| 11. | Sitting or lying | 9:30 | 5:30 | 1:30 |
| 12. | Quiet | 9:45 | 5:45 | 1:45 |
| 13. | Sleeping | 10:00 | 6:00 | 2:00 |
| 14. | Meals/fluids | 10:15 | 6:15 | 2:15 |
| 15. | Bath/shower | 10:30 | 6:30 | 2:30 |
| 16. | Toilet | 10:45 | 6:45 | 2:45 |
| 17. | Restraints loosened | 11:00 | 7:00 | 3:00 |
| 18. | Range of motion | 11:15 | 7:15 | 3:15 |
| 19. | Out-of-cell | 11:30 | 7:30 | 3:30 |
| 20. | Refused shower | 11:45 | 7:45 | 3:45 |
| 21. | Nil fl. | 12:00 | 8:00 | 4:00 |
| | | 12:15 | 8:15 | 4:15 |
| | | 12:30 | 8:30 | 4:30 |
| | | 12:45 | 8:45 | 4:45 |
| | | 1:00 | 9:00 | 5:00 |
| | | 1:15 | 9:15 | 5:15 |
| | | 1:30 | 9:30 | 5:30 |
| | | 1:45 | 9:45 | 5:45 |
| | | 2:00 | 10:00 | 6:00 |
| | | 2:15 | 10:15 | 6:15 |
| | | 2:30 | 10:30 | 6:30 |
| | | 2:45 | 10:45 | 6:45 |

PRINTED NAME        INITIALS

Harris C5        Ha
                P.
V. Elliott hm        VE

HSP-5 (Rev. 12/97)          Plaintiffs' MSJ Appx. 1055

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _McCollum   Larry_

DCI No.: _1125528_

Unit: _SV_

| Date & Time | Notes |
|---|---|
| 7/25/13 1810 | SKYVIEW: RN ADMISSION NOTE: _SVCR_ |
| | SENDING UNIT: _CLL_     MODE OF ARRIVAL: _Ambulatory_ |
| | REASON FOR REFERRAL: _Waiting on a ride to go to Daddy funeral, nelling out loud & hygiene, disoriented_ |
| | CHIEF C/O: _complained of feeling depressed heard voice a male telling him to hurt self & others_ |
| | PHYSICAL ASSESS: AGE: _50_  5'  w/m  ALLERGIES: _NKDA_ |
| | V/S: B/P _184/88_  P _130_  T _98_  R _70_  Ht _68_ in  WT _218_ #  AIMS: _none noted_ |
| | PHYSICAL C/O OR INJURIES: _c/o chronic knee & back pain_ |
| | CHRONIC ILLNESS: _Obesity, Depression Chronic back pain_ |
| | MENTAL ASSESS: ORIENTATION: (circle) ~~PERSON~~ ~~PLACE~~ TIME _no_  Disheveled _poor hygiene unshaven & foul odor_ |
| | HALLUCINATIONS/DELUSIONS:(explain) _Yes_ |
| | SUICIDAL/HOMICIDAL IDEAS: (explain) _Denies at this time_ |
| | CURRENT MEDS: _Benadryl, Fluoxetine, Cogentin_ |
| | EXPLAINED REASON FOR ADMIT, EXPECTED LENGTH OF STAY, BEHAVIOR REQUIRED FOR DISCHARGE, HOW TO ACCESS MEDICAL CARE AT S/V. |
| | PT GIVEN:(circle) SUICIDE BLANKET, MATTRESS, SHORTS, PAPER GOWN REG TRAY, PAPER TRAY, SACK MEALS, OTHER _@ charge_ |
| | SIGNATURE/ TITLE: _____ RN 1056 |

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Collum, larry

TDCJ No.: 1105538

Unit: CL

| Date & Time | Notes |
|---|---|
| 1/24/3 13:25 | On this date this mhc saw this offender cell side (X-19). Mr. Mc Collum is initially asked where he is (orientation) "I'm in (something) Springs". "I'm waiting for a ride to go to my dad's funeral. He is ill shaven & disheveled. He has a blank/stare stare. He reports later during interview he knows where he's at then says "I need an aid to come & help me get this guy out of my cell". He then says "no one's here". Called Dr. Reddy & reported the above. Dr. Reddy states, he needs to be sent to the Skyview unit due to psychosis. He's on Haloperidol & Prozac. Contacted Mrs. Lehy, He is to be transported to Skyview unit on this date. ~ Tim Dorsett, M.Ed, LBSW |

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1057

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JU
### INSTITUTIONAL DIVISION

Name: _McCollum Larry_

TDCJ No.: _1105538_

Unit: _CL_

| Date & Time | Notes |
|---|---|
| 5/9/03 1400 | Received 2 cases for not turning out for work. Cleared for disciplinary process. BILLY D. BURLESON, PSY. D. |
| 5/27/3 1008 | Cleared for disciplinary on this date — Tim Dorsett, MHC |
| 5/29/03 1305 | Case received for refusing to turn out for work assignment. Cleared for disciplinary process. BILLY D. BURLESON, PSY. D. |
| 6/9/03 1040 | Please re-schedule Mr. McCollum for appt. w/ Dr. Tchekov on 6/17/03 — Tim Dorsett, MHC |
| 8/12/03 0915 | Cleared for disciplinary case on this date for not showing — Tim Dorsett, MHC |
| 8/14/3 1605 | Call out McCollum on 8/15/03 8/18/3 — Tim Dorsett, MHC |
| 8/15/3 0830 | Please log-in Mr. McCollum for appt. w/ MHC on 8/18/3. Tim Dorsett, MHC |
| 8/18/3 0700 | (S) Saw Mr. McCollum for F/u appt. He is seen due to security concern for his disheveled appearance & who's hoarding strange objects. He denies any psych. problems currently. He's not suicidal/homicidal. He denies delusional ideations. He reports eating/sleep average. (O) Mr. McCollum is a 49 yr. old white male incarcerated for 20 months on theft. He is fully oriented. Has disheveled appearance. |

UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
INDIVIDUALIZED TREATMENT PLAN (ITP)

Patient Name _McCollum, Larry_     TDCJ# _1105538_     Facility _Skyview_

**Provider Type:**
- [X] Psychiatrist/MLP [PMH-NP]
- [ ] Psychotherapist/Psychologist
- [ ] Mental Health Liaison/Social Worker
- [ ] Occupational Therapist
- [ ] Music Therapist
- [ ] Recreational Therapist

**Program**
- [X] Outpatient
- [ ] Inpatient
- [ ] AMPP
- [ ] Step-down

| ITP Review Date: | Provider Initials |
|---|---|
| | |
| | |
| | |

Date ITP Drafted: _12-3-08_

| ITP Closed Date: |
|---|
| (see Clinic Notes for details) |

**Initial DSM IV Diagnosis:**
Axis I _Depressive D/O, DOS; @ R/O_
Axis II _Mental D/O due to possible_
Axis III _Cardiovascular problems_
Axis IV _Incarceration_
Axis V _53_

**Revised Diagnosis:**
Revision date _____
Axis I _____
Axis II _____
Axis III _____
Axis IV _____
Axis V _____

Patient strengths **Willing to accept treatment**

Long-term goal(s) _Remission of depression & anxiety_

Problems/focus of intervention (1) _↓ sleep, episodes of depression/anxiety_

Date Identified _12-3-08_   Short-term goal _improve sleep, ↓ frequency of depression/anxiety_

Anticipated achievement date _12-5-04_   Actual achievement date _____

Treatment/intervention _Antidepressant_

Problems/focus of intervention (2) _____

Date Identified _/_____   Short-term goal _____

Anticipated achievement date _____   Actual achievement date _____

Treatment/intervention _____

Problems/focus of intervention (3) _____

Date Identified _____   Short-term goal _____

Anticipated achievement date _____   Actual achievement date _____

Treatment/intervention _____

_B. Meharry, MSN, RN, CS, PMH-NP_     _BMeharry MSNRN CS_ PMH-NP     _12-3-08_

Plaintiffs' MSJ Appx. 1059

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

INDIVIDUAL TREATMENT PLAN

NAME _McCollum, Larry_ TDCJ# _IV0555_ UNIT _RC_ DATE _____

*Major depression with psychotic features*

**PRIMARY DSM IV AXIS I & II DIAGNOSTIC IMPRESSIONS**          **DSM IV CODE**

AXIS I: _____

AXIS II: _____

**PROBLEMS/SYMPTOMS, GOALS AND TREATMENT PROGRAM**

1. _____

GOAL _____

TREATMENT PROGRAM _____

FREQUENCY _____ DURATION _____

CLINICIAN'S NAME/TITLE _____ SIGNATURE _____

DATE(S) REVIEWED _____ DATE RESOLVED _____

OUTCOME _____

2. _____

GOAL _____

TREATMENT PROGRAM _____

FREQUENCY _____ DURATION _120_

CLINICIAN'S NAME/TITLE _____ SIGNATURE _____

DATE(S) REVIEWED _9.17.03, 11.19.22_ DATE RESOLVED _____

OUTCOME _____

3. _____

GOAL _____

TREATMENT PROGRAM _____

FREQUENCY _____ DURATION _____

CLINICIAN'S NAME/TITLE _____ SIGNATURE _____

DATE(S) REVIEWED _____ DATE RESOLVED _____

OUTCOME _____

4. _____

GOAL _____

TREATMENT PROGRAM _____

FREQUENCY _____ DURATION _____

CLINICIAN'S NAME/TITLE _____ SIGNATURE _____

DATE(S) REVIEWED _____ DATE RESOLVED _____

OUTCOME _____

HSP-4 (Rev. 12/97)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** McCollum, Larry

**TDCJ No.:** 1105538

**Unit:** CL

| Date & Time | Notes |
|---|---|
| 4/4/03 1140 | (cont) still needs it. He likes where he is housed now. Sleeps under a fan. Still has some residual physical effects from his heat fright. Today is his birthday - turned 58. Mom is in a nursing home where he placed her 3 years ago. Father died a year ago from cancer, Gets misty eyed talking about them. (A) Major Depression - improved. (P) Continuing ITP. Follow PRN. Will see Dr. Tchokoev on 4/21/03. |
| 4/21/03 P348 | **BILLY D. BURLESON, PSY. D.** |
| 4/21/03 0900 | Dr. Tchokoev saw Mr. McCollum on 4/15/03 rather than 4/21/03 due to immediate concern about his mental state. See note dated 4-15-03. — Tim Dossett, M.Ed., MHC — |
| 4/25/3 0900 | I-60 rec'd in medical on 4/25/3: "Request to see Psychologist ASAP about medication." Thank you. Will call at 4/25/3. — Tim Dossett, MHC — |
| 4/25/3 1010 | (S) Saw Mr. McCollum per his I-60 dated 4/25/03. He states his new meds has "got him down." "I sleep alot." "I'm not worried about as much but I felt I was better on previous meds." He reports "feeling sleepy alot." He reports feeling sad but not suicidal/homicidal. He has no plans to harm anyone. (O) Mr. McCollum is a 49 yr. old white male incarcerated for 2 cts. Fully oriented (P) will see as needed — Tim Dossett |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: MC, Collern, Larry

TDCJ No.: 1100553 8

Unit: B. Cole

| Date & Time | Notes |
|---|---|
| 3 18 03/715 | Construe ? for closing see also in psychic medicine — he wanted help from his brother. Took different medicine wrylow rts from past + past. Served degree for self injuries + other. He wants to leave 991. Ass — juvenile diagnosis. Plan — Wortroy tyline — between in 3wns. Wants 591? Call goable!! |
| 3/24/03 0850 | Follow-up (SO) "got into a small fracas last week." Got into a fight w/ cellie. It was just a misunderstanding. Everything is gonna be okay. Sleeping a little bit better. Gets out Jan. 12, 2004. Has put in for a job change. Currently medically unassigned. Not getting too many letters from home, but says he is expecting some pictures. Looking forward to getting out. Gal put in touch w/ a pen pal through church. (A) Major Depression |
| 4/2/03 0815 | (P) RTC in 2 weeks. BILLY D. BURLESON, PSY. D. |
| 4/4/03 | Follow-up (S) "Pretty good. Everything is running pretty smooth." (O) Not sleeping as well, Restalin' ran out on 3/29. Wants doctor to tell him if he (cont.) |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: CC

| Date & Time | Notes |
|---|---|
| 3/17/03 0950 | Referred by security (SO) Pt. complains that other inmates are taking his property out of his locker. "Got a lot of anger. Things flare up & it's about to get to me." Says he lost his ID card at Beto and feels like someone is getting stuff out of his commissary acct. Says he plans to take up for himself. "I'll respect them if they show me respect." Beto out Jan. 12. Not sleeping well. "I don't trust anybody on my dorm." Takes Zoloft in A.M. & Nortriptyline in P.M. Signed up for trade classes. Rambling speech. Fair eye contact. Zoloft expires this month. (A) Major Depression (P) Will see Dr. on 3/18/03. RTC in one week. |
| 3·18·03 | Feels better — BILLY D. BURLESON, PSY. D. |

he claims he can't sleep, he claims he has anxiety, he will be released in 8 mo. Once in prison, now in jail. Concern about his father past May, he is divorced since 1983, he was in Dallas, he use to do real estate care for his father. No working to injure himself but he is anxious about other people, he ...

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: Mc Collum / LARRY

TDCJ No.: 110,55 38

Unit: Cole

| Date & Time | Notes |
|---|---|
| 7/13/03 1300 | Saw MR. Mc Collum per security referral that he was drinking water out of his commode. He denies drinking water out of the commode. He said he has a foul odor in his body & his mouth. I'm eating "OK". He said "no one's threatening." He said School "going good for him". He is oriented to place, person, year. He said he doesn't show much respect so they don't show him much respect. When asked if he concerned about his safety in his dorm he stated "yes". This MHC contacted LT. Ashworth about the above concerns. (G) Mr. Collum is a 49 year old white male incarcerated for 20 mos. for theft. He presents w/ a euthymic affect. He is lucid & fully understands the conversation. (G) Major Depression (P) See c/needed — Tim Dorsett, M.ED, SUA, MHC |
| 3/14/03 | (S) Saw MR. Mc Collum for his F.U. appt. He states he's been moved & he "feels better". He has a good appetite & sleeps better. He states he's "getting some rest & feeling better". He does want to see DR. Rodrigues about his meds, then to be changed. (G) MR. Mc Cullom is a 49 year old white male. He presents w/ a euthymic affect. (G) Major Depression (P) Refer to Dr. Rodrigues 3/19/03 |

Please sign each entry with status.

HSM-1 (Rev. 5/93)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Collum, LARRY

TDCJ No.: 1105539

Unit: CL

| Date & Time | Notes |
|---|---|
| 09** (S) 0930 2/10/03 | Saw MR. Mc Collum for a report from security that he might be drinking water out of the toilet. He states he's doing "ok". He said he had an exciting "weekend." He states that "everything got wet". He tried to watch his clothes himself. IT was reported that he put on wet clothes right after washing his clothes. He said that "things get tiring." He said he washes his clothes in the dorm". He is asked about where he washes his clothes & says he "really doesn't know". He said he washed his "clothes in the sink." He states someone took his lentes at one time. He states he's sleeping/eating good. He reports that some inmates agitated him but he said he's not being threated. He denies/ homocidal/ suicidal ideations. (O) MR. McCollum is a 49 year old white male incarcerated for 20 mos. for theft. He presents w/ a cooperative euthymic affect. He states he has no current psych. problems. He does state some agitation. He has 11 months left to go before going home. He has kind of a loud voice. He denies drinking water out of the toilet. He states he enjoys washing puzzles. He denies that he wouldn't harm any inmate. (A) Major Depression (P) Refer to DR. Rodriguez 2/10/03 — Tito Aeyge |
| 2/10/03 PSyS | |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Mc Collum, Larry

**TDCJ No.:** 1105537

**Unit:** CC

| Date & Time | Notes |
|---|---|
| 2/6/03 1000 | I-60 dated 1/24/03 : We the undersigned of 7 dorm would like to express concern for our safety & that of larry Mc Collum bunk #44 who since returning from Skyview unit is not capable of comprehending reality, delusional, babbles incoherently and has exhibiting being a danger by means of pushing another inmate face first into a bunk. We request he be removed from our dorm. — This I-60 has given to psych on 1/24/03 by security and forwarded directly to the chart because MR. Mc Collum is sent to Skyview facility for mental deterioration — Tim Stansell M.A. PA, SAA, MTR — |
| 2/7/03 1345 | ⑤ Saw MR. Mc Collum for his scheduled trieos visit. He states he's doing "a lot better." He states that since he got his meds changed & lower He's doing better. He reports he has sores & contins on his legs but no major concerns. He said there was razors in his bunk. He reports no hallucinations. ⓪ MR. Mc collum is a 49 Year old white male incarcerated for 20 mos. for theft. He presents w/ a euthymic affect. He is fully oriented x4. |
| 2/14/03 PMH48 | He makes a few disjointed statements but he's a lot more coherent. His hygine is fair. He reports some somatic complaints. He is informed to send a sick-call to medical about medical problems. ⓐ Bipolar ⓟ Follow up on 2/14/03 — MA Voyame MTR |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

NAME: _Mc Collum, LARRY_

TDCJ NO.: _# 110 5539_

UNIT: __BUSTER COLE STATE JAIL__

| DATE/TIME | | MENTAL HEALTH REVIEW OF TRANSFER SCREENING |
|---|---|---|
| 2/4/03 | S) | Offender arrived this date from: |
| 16 12 | | [✓] Psychiatric inpatient/crisis management facility |
| | | [ ] _____ (TDCJ facility name) |
| | O) | Review of medical record indicates: |
| | | [ ] No current or past mental health treatment; no current mental health complaints; no current or past suicidal ideations or attempts |
| | | [✓] Current mental health treatment |
| | | [ ] History of mental health treatment |
| | | [ ] History of suicide attempts/gestures |
| | | [ ] Current suicidal ideation |
| | | [ ] Poor hygiene, disorientation, inappropriate behavior and/or thought process |
| | A) | Assessment: |
| | | [ ] No apparent mental health needs at this time |
| | | [✓] Possible mental health needs, non-urgent |
| | | [ ] Possible mental health needs, urgent |
| | | [ ] Current prescription for psychotropic medications |
| | P) | Disposition: |
| | | [ ] Continue routine in-processing |
| 2-7-03 MHLC8 | | [✓] Schedule for routine mental health assessment (within 7 days) |
| | | [ ] Schedule for immediate mental health assessment |
| | | [ ] Schedule for psychiatrist/MLP (within 3 working days) |

_Tim Dorsett_                                    Tim Dorsett, MHL

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1067

## UTMB MENTAL HEALTH SERVICES
### CRISIS MANAGEMENT DISCHARGE SUMMARY

NAME _McCollum, Larry_ TDCJ # _1105538_ UNIT _SV_

# PRIOR CM ADMISSIONS _4_ # PRIOR INPATIENT ADMISSIONS _N_ DATE OF LAST ADMISSION _N/A_

ADMISSION DATE _1/24/03_ UNIT OF ORIGIN _CL_ DISCHARGE DATE _1/29.03_

REASON FOR ADMISSION _Suicidal gestures (giving property away)_

PRESENTING SYMPTOMS & COURSE OF STAY _Denies any suicidal thoughts/intent._
_Reports he was only cleaning out locker at UOO and this was_
_perceived by staff as sign of suicidal intent._

CURRENT MENTAL STATUS & RISK ASSESSMENT _No signs of mental decompensation_
_and asymptomatic of psychiatric distress. Euthymic mood c̄_
_broad affect Compliant c̄ meds_

_Low risk for imminent potentially lethal suicide attempt._

DIAGNOSTIC IMPRESSION    AXIS I _296.3_

AXIS II _____

RECOMMENDATIONS/PLAN:

☐ ADMIT TO INPATIENT CARE

☒ INITIATE/CONTINUE OUTPATIENT CARE (SPECIFY) _Monitor/treat psr O/pt policy_

☐ OTHER (SPECIFY) _____

☐ CONSULTATION WITH RECEIVING FACILITY MENTAL HEALTH OR MEDICAL STAFF CONDUCTED WITH

(NAME) _____

_Carroll Drusk SP_                    _1/29.03_
CRISIS MANAGEMENT PSYCHOTHERAPIST SIGNATURE          DATE

ADDITIONAL COMMENTS: