# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

ame: McCollum Larry

TDCJ No.: 1105538

Unit: SY

| Date & Time | Notes |
|---|---|
| 1-26-03 @ 1530 | Nsg: Seen in c/m cell s̄ s/s of distress noted. Seen in cell lying on bunk. Will monitor. —— Q Wasineva (?) |
| 1-26-03 2200 | Seen in CM Cell has shorts on & his paper gown torn said his shoulders are too wide for it, has a blanket NAD Curtis R.N. |
| 1/27.03 0900 | Initial C/m Note (S) "I don't have any problems" (O) Pt denies suicidal thoughts/intent. Denies demonstration of bizarre behavior. No signs of psychiatric distress. (A) 296.3 byhx (P) May have C/m materials. —— C. Dunst SP |
| 1-27/03 2230 | Nsg: Seen in C/m cell. Voices N/C. No distress. Will monitor. J Williams RN |
| 1/28.03 0945 | C/m Note (S) "I'm OK" (O) Pt denies any suicidal thoughts/intent. Asymptomatic of psychiatric distress. No signs of mental decompensation. Reports compliant c̄ medication s̄ negatives s.e. s̄ s/s sats. (A) 296.3 (P) If no change d/c to noA tomorrow. —— C. Dunst SP |
| 1-28-03 1430 | NSG: Seen on C/m rounds. p/c Voiced. Will monitor Q Furbm (?) |
| 1-28-03 2355 | NSG: Remains in C/m cell, quiet c̄ N/C V Keen (?) |
| 1-29-03 0700 | No complaints - cooperative c̄ 4's + meals. K Wallace (?) |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum Larry

TDCJ No.: 1405538

Unit: ___

| Date & Time | Notes |
|---|---|
| 1/24/03 2:10 | R.N. Admission Note to S.O. View Control Management. This 58 yr old white male admitted ambulatory from Bastrop Co. Jail. Due to bizarre behavior. Pt was alert oriented X3. Pt denies all reasons for sending him back to BV. Pt was discharged on 1/15/03 Pt was alert oriented X3. Pt denies hearing voices stating "I don't have any problems, one I don't have any problems." NKDA. DOB 2/1/72 P101 R20, BP 124/74. Pt is on Sertraline 100mg q am. Nortriplyline 75mg. Pt was given reason for admission — can't read to access medical care. [signature] |
| 1/24/03 2240 | Pt. moved pt. & drank clear. Color good Respiration non-labored. Lic for day. No distress. No medical problems. N.R. |
| 1-25-03 0700 | No complaints - cooperative, v/s + meds. Cont CM. B Mallory |
| 1-25-03 1200 | Seen in CM cell Quiet NAD [signature] RN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES
**ABNORMAL INVOLUNTARY MOVEMENT SCALE**

NAME _McCollum, Larry_

TDCJ # _1105532_

Complete examination procedure outlined in the instructions before making rating. Rate highest severity observed. Movements occurring upon activation rate one less than those occurring spontaneously.

0 = None   1 = Minimal   2 = Mild   3 = Moderate   4 = Severe

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1.  **Muscles of facial expression** <br> e.g. movements of forehead, eyebrows, preorbital area, cheeks, include frowning, blinking, smiling, grimacing | 0 | 0 | 0 | | | | | |
| 2.  **Lips and perioral area** <br> e.g. puckering, pouting, smacking | 0 | 0 | 0 | | | | | |
| 3.  **Jaw** <br> e.g. biting, clenching, chewing, mouth opening, lateral movement | 0 | 0 | 0 | | | | | |
| 4.  **Tongue** <br> Rate only increase in movement both in and out of mouth, not inability to sustain movement | 0 | 0 | 0 | | | | | |
| 5.  **Upper (arms, wrists, hands, fingers)** <br> Include choreic movements (i.e., rapid, objectively purposeless, irregular, spontaneous); athetoid movements (i.e., slow, irregular, complex, serpentine).  DO NOT include tremor (i.e., repetitive, regular, rhythmic). | 0 | 0 | 0 | | | | | |
| 6.  **Lower (legs, knees, ankles, toes)** <br> e.g., Lateral knee movement, foot tapping, heel dropping, foot squirming, inversion & eversion of foot | 0 | 0 | 0 | | | | | |
| 7.  **Neck, shoulders, hips** <br> e.g., rocking, twisting, squirming, pelvic gyrations | 0 | 0 | 0 | | | | | |
| 8.  **Severity of abnormal movements** | 0 | 0 | 0 | | | | | |
| 9.  **Incapacitation due to abnormal movements** | 0 | 0 | 0 | | | | | |
| 10. **Patient's awareness of abnormal movements** <br> Rate only patient's report: No awareness=0  Aware, no distress=1  Aware, mild distress=2  Aware, moderate distress=3  Aware, severe distress=4 | 0 | 0 | 0 | | | | | |
| 11. **Current problems with teeth &/or dentures?** <br> No=0  Yes=1 | 0 | 0 | 0 | | | | | |
| 12. **Does patient usually wear dentures?** <br> No=0  Yes=1 | 0 | 0 | 0 | | | | | |

**Comments:**

**DATE:** 1/31/02   8/7/02   11/15/02

**SIGNATURE:** [signatures] _A. Hogan RN_ / _(illegible)_ / _SN_

HSP-15 (Front) (Rev. 4/02)

Plaintiffs' MSJ Appx. 1071

## CRISIS MANAGEMENT AND D & E
### REFERRAL INFORMATION

2-10

DATE: _0/24_   TIME: _1640_   EXT: _____   UNIT OF ASSIGNMENT: _Buster Cole_

NAME: _McCollum Larry_   TDCJ #: _1105538_   CUSTODY LEVEL: _____

REFERRED BY: _Joe Hime RN_   ACCEPTED BY: _Burtomito MHA_

REFERRED TO: CRISIS MANAGEMENT _X_   D&E _____   COURT COMMITMENT _____

AXIS I DIAGNOSIS: _____

REASON FOR REFERRAL: _49 y/o giving away property - mailing masses - general deterioration No plan_

MEDICATIONS: _____

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: Mc Collum/Larry

TDCJ No.: #1105538

Unit: C

| Date & Time | Notes |
|---|---|
| 1/24/03 1630 | On this date this MHL called the on-call psychiatrist. He stated that Skyview would accept him for detivating psych. behaviors. All information is forwarded to the physician & hospital. Mr. McCollum is sent to Skyview for bizarre behavior, splashing in the commodes and defecating on himself. His hygiene is also poor. ___ 3 ___ MEP, SWA, MHC ___ |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: Mc Collum, LARRY

TDCJ No.: # 1105538

Unit: _____

| Date & Time | Notes |
|---|---|
| 1/24/03 1440 | ⑤ Saw MR. Mc Collum per Security. They said He has cuts on fingers — which He does. He Rambles on about nonsensical things. He states he's not Hearing Voices and is not delusional. He has good eye contact. ⓞ MR. Mc Collum is a 49 year old white male who is incarcerated for 20 mos for theft. He presents w/ a Manic/euthrank affect. He seems to have rapid thoughts since he changes from one subject to another. He says He has been getting rid of "Contraband" — such as paper & other items. He reports no current problems. He said He's cleaning his locker out to get things cleaned out. DR. Burleson talked to him & MR. Mc Collum states He wont take any thing else out of his locker. He reports problems w/ his bowels. ⓐ Major Depression ⓟ Follow up prn —— Tim Stovall, M.ED, SUA, MH2 —— |

Please sign each entry with status.

VSM 1 (Rev 5/93)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

NAME: _Mc Collum, IARLY_

TDCJ NO.: _# 1105538_

UNIT: __BUSTER COLE STATE JAIL__

| DATE/TIME | MENTAL HEALTH REVIEW OF TRANSFER SCREENING |
|---|---|
| 1/20/03 1100 S) | Offender arrived this date from: |
| | ☐ Psychiatric inpatient/crisis management facility |
| | ☑ _BI_ _____ (TDCJ facility name) |
| O) | Review of medical record indicates: |
| | [ ] No current or past mental health treatment; no current mental health complaints; no current or past suicidal ideations or attempts |
| | [✓] Current mental health treatment |
| | [ ] History of mental health treatment |
| | [ ] History of suicide attempts/gestures |
| | [ ] Current suicidal ideation |
| | [ ] Poor hygiene, disorientation, inappropriate behavior and/or thought process |
| A) | Assessment: |
| | [ ] No apparent mental health needs at this time |
| | [✓] Possible mental health needs, non-urgent |
| | [ ] Possible mental health needs, urgent |
| | [ ] Current prescription for psychotropic medications |
| P) | Disposition: |
| | [ ] Continue routine in-processing |
| 1-24-03 2318 | [✓] Schedule for routine mental health assessment (within 7 days) |
| | [ ] Schedule for immediate mental health assessment |
| | [ ] Schedule for psychiatrist/MLP (within 3 working days) |
| | _Tim Dorsett, MHC_  Tim Dorsett, MHL |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Collum / Alley

TDCJ No.: # 110 553?

Unit: CC

| Date & Time | Notes |
|---|---|
| 1/24/03 0950 | (S) Saw MR. McCollum for a security referral. He says he's "doing better". The security was worried about him. He says he he has vent'g some anger. He said he's ok now. He said he didn't do anything to the Console. He stays he's "fine". He states He has hope for the future. (O) MR. McCollum is a 49 year old white male who is incarcerated for 20 mos. for theft. He presents w/ a euthymic affect. He is a little guarded about the "toilet incident". He is looking forward to seeing his family. He has fair hygine. He is lucid & fully oriented X4. "I Just need to handle myself", He reports eating well & sleeping well. (E) Major Depression (P) Refer to Dr. Rodriguez on 1/29/03 — Tom [signature] M.En [illegible] |

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Lacey

TDCJ No.: 1105538

Unit: SV

| Date & Time | Notes |
|---|---|
| 1-15/08/No | Rec'd I/M as Transfered from 14B N3 B57 to SV 3r BDB, No pen or notice & report given, [illegible] |
| 1-15-08 1430 | I/M Rec'd on SV3 B05 in C/M [illegible]. States no complaints voiced. No distress noted. ————— [signature] |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES
ABNORMAL INVOLUNTARY MOVEMENT SCALE

NAME _____ McCollum, Berry G.

TDCJ # _____ 110 55 38

Complete examination procedure outlined in the instructions before making rating. Rate highest severity observed. Movements occurring upon activation rate one less than those occurring spontaneously.

0 = None   1 = Minimal   2 = Mild   3 = Moderate   4 = Severe

| | |
|---|---|
| 1. **Muscles of facial expression** e.g. movements of forehead, eyebrows, periorbital area, cheeks, include frowning, blinking, smiling, grimacing | 0 |
| 2. **Lips and perioral area** e.g. puckering, pouting, smacking | 0 |
| 3. **Jaw** e.g. biting, clenching, chewing, mouth opening, lateral movement | Tongue held flat |
| 4. **Tongue** Rate only increase in movement both in and out of mouth, not inability to sustain movement | 10 |
| 5. **Upper (arms, wrists, hands, fingers)** Include choreic movements (i.e., rapid, objectively purposeless, irregular, spontaneous); athetoid movements (i.e., slow, irregular, complex, serpentine). DO NOT include tremor (i.e., repetitive, regular, rhythmic). | 0 |
| 6. **Lower (legs, knees, ankles, toes)** e.g. lateral knee movement, foot tapping, heel dropping, foot squirming, inversion & eversion of foot | 0 |
| 7. **Neck, shoulders, hips** e.g. rocking, twisting, squirming, pelvic gyrations | 0 |
| 8. Severity of abnormal movements | 0 |
| 9. Incapacitation due to abnormal movements | 0 |
| 10. **Patient's awareness of abnormal movements** Rate only patient's report: No awareness=0  Aware, no distress=1  Aware, mild distress=2  Aware, moderate distress=3  Aware, severe distress=4 | 0 |
| 11. **Current problems with teeth &/or dentures?** No=0  Yes=1 | 0 |
| 12. Does patient usually wear dentures? No=0  Yes=1 | 0 |

Comments:

DATE: 01/04/07

SIGNATURE: [signature]

MEDICATION PASS                                    01/19/03

TDC NO.  01105550                    NAME: MCCOLLUM,LARRY GENE
UNIT:    11                  HOUSING LOCATION: DORM 07              VED  0::

DRUG                        PRESCRIBER          START DT EXP DATE RENEW FINAL EXP
TOLNAFTATE 1% CRM 15GM J      RAFF,LARRY W      01/17/02 02/14/03   0  0  00/00/00
     APPLY AS DIRECTED 2 XS DAILY XS 30 DAYS KOP.
NAPROXEN 500MG TABLET         BLACK,MARIE       12/12/02 01/10/03   0  0  00/00/00
     TAKE 1 TAB 2 TIMES DAILY FOR 30 DAYS
ANTACID CHEWABLE TABLET       RAFF,LARRY W      12/20/02 01/18/03   0  0  00/00/00
     TAKE 2 TABS 2 TIMES DAILY FOR 30 DAYS
SERTRALINE 100MG TABLET B   FORD,JOHN B         12/30/02 01/28/03   0  0  03/22/03
     TAKE 1 TAB EVERY AM FOR 30 DAYS
PENICILLIN VK 500MG TABLET  NETHERY III,MAU     01/06/03 01/12/03   0  0  00/00/00
     TAKE 1 TABLET 2 TIMES EVERY DAY FOR 7 DAYS.
CHLORZOXAZONE 500MG TABLET  NETHERY III,MAU     01/06/03 01/10/03   0  0  00/00/00
     TAKE 1 TABLET 2 TIMES EVERY DAY FOR 5 DAYS.
AMITRIPTYLINE 75MG CAPSULE  DUCATE,SUZANNE      01/09/03 02/07/03   0  0  07/07/03
     TAKE 1 CAP AT 1500 X 30 DAYS (MAJOR DEPRESSION)

## CRISIS MANAGEMENT AND D & E
### REFERRAL INFORMATION

30 ?
1400

DATE: 1/10/03   TIME: 0920   EXT: _____   UNIT OF ASSIGNMENT: CL

NAME: McCollum, LARRY   TDCJ #: 1105538   CUSTODY LEVEL: GP

REFERRED BY: Dorsett   ACCEPTED BY: King

REFERRED TO: CRISIS MANAGEMENT __X__   D&E _____   COURT COMMITMENT _____

AXIS I DIAGNOSIS: 296.34

REASON FOR REFERRAL: Decompensated — Threatened Suicide

MEDICATIONS: Pamelor 75mg

UTMB MENTAL HEALTH SERVICES
CRISIS MANAGEMENT DISCHARGE SUMMARY

NAME *McCallum, Larry*      TDCJ # *1105558*      UNIT *SV*

# PRIOR C/M ADMISSIONS *Ø*   # PRIOR INPATIENT ADMISSIONS *Ø*   DATE OF LAST ADMISSION *N/A*

ADMISSION DATE *1/10/03*   UNIT OF ORIGIN *CL*      DISCHARGE DATE *1/15/03*

REASON FOR ADMISSION *Suicidal ideations - Recently in two fights*

PRESENTING SYMPTOMS & COURSE OF STAY *Denied SI/HI or AV hallucinations / delusions.*
*Chief complaint is not hearing from his mother who is in a nursing*
*home in Waco.*

CURRENT MENTAL STATUS & RISK ASSESSMENT *Euthymic mood & congruent affect.*
*Spontaneous, organized, goal directed. Ox4. Insight/judgment fair.*
*Low risk for potentially lethal acts.*

DIAGNOSTIC IMPRESSION      AXIS I *296.36*
                          AXIS II

RECOMMENDATIONS/PLAN:

☐   ADMIT TO INPATIENT CARE

☐   INITIATE/CONTINUE OUTPATIENT CARE (SPECIFY)

☑   OTHER (SPECIFY) *Access to VMHS Reinforced and encouraged*
*should he experience further problems.*

☐   CONSULTATION WITH RECEIVING FACILITY MENTAL HEALTH OR MEDICAL STAFF CONDUCTED WITH

(NAME)

*Michael Akin* MS/RP          *1/15/03*
CRISIS MANAGEMENT PSYCHOTHERAPIST SIGNATURE        DATE

ADDITIONAL COMMENTS:

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Callum, Larry

TDCJ No.: 1105538

Unit: SV

NKDA

49 w/w

| Date & Time | Notes |
|---|---|
| 1/14/03 | Pt. ? alert, intervening, will c staff ; |
| 1415 | no physical distress noted so far. (Beal RN-BSN |

Please sign each entry with status.

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry G.

TDCJ No.: 110 5538

Unit: 5 V

Mental NKDA

49 w/m

| Date & Time | Notes |
|---|---|
| Cont 1-11-03 0700 | Cooperated ē V/S + meds. Cont c/m. BMallory RN |
| 1-11-03 @ 1400 Nsg: | Seen in cell 5 complaint, lying on bunk. Voices no self harm intent. Cont. eval. S Keller |
| 1-12-03 1000 | No complaints- walked to shower & cooperative ē staff- Cont c/m- BMallory RN |
| 1-12-03 @ 1400 Nsg: | Seen in cell lying on bunk. No distress noted. Cont. eval. S Keller |
| 1-12-03 @ 2200 Nsg: | Seen in cell lying on bunk 5 complaint. S Keller |
| 1/13/03 0900 | Initial c/m Note ⑤ "I don't think I could hurt anybody, even myself." Denies ST/HI on AH hallucinations. Related that he is eating & taking fluids now and his outlook has improved. ⊕ Euthymic mood ē congruent affect. Spontaneous, organized and goal directed. OX4. Insight/judgment fair. Reports frustration with situation and being unfamiliar ē TDCJ. Ⓐ 296.32 Ⓟ Cont. c/m ē all materials & paper trans. JWKing RN/PP |
| 1/14-03 1300 | c/m Note ⑤ "No problems" ⊖ Denies any suicidal thoughts/intent. Presential asymptomatic of psychiatric distress and denies any mental decompensation. Goal directed to return to NOA so he can communicate ē family members. Ⓐ 296.36 Ⓟ If no change d/c to NOA tomorrow. CCusk SP |

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: _Mc Collum, Larry_
TDCJ No.: _110,5538_
Unit: _SV_                     _NKD.A._

| Date & Time | Notes                                    49 w/m |
|-------------|--------------------------------------------------|

01/10/03 1445 SVCM Nsg Admit Note — Pt. arrived from B. Cole Unit via chain van for admit due to suicidal thought. Ambulatory to unit, cooperative & interactive. Pt. is A+O X 3, denies A/V hall. HI and states, "Really I don't want to hurt myself." Does report he will notify staff if suicidal thoughts occur. Pt. reports free world hx of psych tmt for depression. Appears angry & confused at times. Tongue has healed laceration on (R) side (flap like) that he reports he rec'd in altercation last Sunday and that A sutures put in Tuesday. Appears healed, no bleeding or open flesh noted on tongue. Pt. reports "I'm stepped up from and having able to eat, I don't know what I can eat." Pt. has Neg AIMS, VS-120/88, 96⁵, 122, 18. Is currently lacking N oral hyg by line and meds for tongue laceration, is NKDA. No other physical c/o reported or noted on exam. Reason for admission, access to care while inpt and SVCM protocol explained to pt. Verbalizes understanding of all teaching and voices no questions or concerns at present.              C.R. Adams LVN

1/10/03 2200  No sx's seen during nursing rounds. Ø SI/HI noted. Ø voiced c/o pain / discomfort noted. ————————————        J. _____ R_____

1-11-03 NO COMPLAINTS — says toilet overflowed and (R) blanket is soaked & rolled up in the corner (cell

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Collum, lARRY

TDCJ No.: # 110 5538

Unit: CC

| Date & Time | Notes |
|---|---|
| 1/08/03 1000 | I-60 rec'd in medical on 1/8/03! "I would like to know when my next appt. is" — Send written response! Mr. McCollum you are scheduled to see the Doctor on 1/8/03. — Tim Dorsett, MHz |
| 1/10/03 0845 | (S) Saw mr. McCollum per a referral from captain Barkin. He said He doesn't know if he's having suicidal Thoughts. He was in a fight on 1/5/03. He reports pain on his tongue. He said medical said he might have pulled his stitches out. He is saying he "wants to make a million dollars writing books while he's in prison". When asked if he trusted himself not to hurt himself. He said he trusts himself not to hurt himself. He said he's heard the lord call him. He is fully oriented but seems somewhat confused. He said the lord told him he's a baby in that he's newborn. He said he last ate this a.m. (O)Mr. McCollum is a 49 year old white male who is incarcerated for 20 months for theft. He is oriented to time, place, person, but seems confused and says he's "Santa Claus". Disturbed. He said he's had thoughts of drinking chemicals to hurt himself but says he won't. He says it's "Hard to deal w/ all this stuff." He has a morose/crying affect. This MHM is concerned about Mr. McCollum's mental status. (A) Major Depression (P) Refer to SCJ view — Tim Dorsett |

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1085

HSM - 1 (Rev. 5/92)

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: McCollum, Larry
TDCJ No.: 1105538
Unit: CL

| Date & Time | Notes |
|---|---|
| 11/1/02 1:10 | I-60 rec'd. "I would like to make sure my Sertaline is renewed at end of month." Reply: This med is good until 3/29/03. QQ ? Pinkley, LPC |
| 12/9/02 0815 | I-60 Recieved in medical on 12/8/02. Check up w/ Psychologist F.v. — Call out 12/9/02 w/ MHz — Tim Forsyth MA² |

(S) Saw Mr. McCollum for his I-60 dated 12/9/02. He states he got a Job change where he works in the Kitchen. He reports he can't sleep nor eat good. He said th/ it has been going on the last couple of months. He said recently he's feeling more griff about his dad's death. He said he had a close relationship w/ his dad & worries what he will do for housing etc. He denies delusional behaviors etc. He hears from his brother & daughter some. He describes "shaking" & "racing/wondering thoughts." (O) Mr. McCollum is a 49 year old white male who is incarcerated for 20 Months for theft by check. He presents w/ a semi-flat affect. He describes feeling depression & thinking a lot about his dead father. He is disheveled & ill-shaven. He reports various somatic complaints & concerns about his house restrictions. He wants to see Dr. Rodriguez earlier. (A) Major Depression (P) Refer to Dr. Rodriguez on 12/11/02. — Tim Forsyth MA²

Psych apt. 12/11/02 mult.

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: __McCollum, Larry__

TDCJ No.: __1055838__

Unit: _____

| Date & Time | Notes |
|---|---|
| 9/5/02 0800 | I-60 rec'd: "I've been shaking & been really nervous lately". Schedule to see MHC 9/6/02. — Tim Doyett, M.ED, MHC |
| 9/6/02 1100 | Saw Mr. McCollum for his I-60 dated 9/4/02. He says He's been having some involuntary shaking. He states He saw Dr. Ford on 9/5/02 and did get a med. change. He reports He eats usually one to two meals a day. He reports poor sleep. He reports He thinks about his mother who is ill in a nursing home. He denies suicidal ideation. He says sometimes He feels like He doesn't want to be here. He states He thinks a lot about his dad's death. He states that his bible helps give him strength. He says his daughter will give birth soon & he's looking forward to seeing them. He has a grown boy & a girl. He says He hasn't heard from them in a long time. ⊙ Mr. McCollum is a 49 year old white male who is incarcerated for 20 months — for theft by check. He presents w/ a semi-flat affect. His hygiene is fair. Eye contact good. He denies any delusions. He reports the meds have helped his depression but the side effects annoying. He says that his "bible" gives him strength." He is fully oriented & attends to the conversation w/ interviewer. ⓐ MAJOR Depression ⓟ Follow up as needed. — Tim Doyett, M.ED, MHC |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Plaintiffs' MSJ Appx. 1087

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum, Larry

TDCJ No.: 1105538

Unit: CL

| Date & Time | Notes |
|---|---|
| 8/9/02 1135 | (cont) No S/S of psychosis. OX4, says he is a light sleeper & doesn't get a lot. No problem in daytime. Appetite is "pretty good." He is overweight although he has lost about 30 lbs. He would like to be placed on a diet tray. (A) Major Depression, recurrent, by hx. (P) Refer to Dr. Ford. _____ R.N. |
| AHA 8-22-02 for op. | |
| 8/22/02 9:50ᵃᵐ body | Dr. Ford unable to see on this date due to security problem. Re-schedule on 9/5/02. — Tom Dorsett, M.ED, MHC for Dr. Ford. " |
| 9/4/02 0845 tch | I-60 rec'd. "I've been having shakes & been really nervous lately." — will schedule appt. on 9/6/02. |
| 9/6/02 0830 | ⓢ Saw Mr. McCollum for his scheduled appt. for his I-60. He states he feels agitated since thinking about his x-girlfriend taking his child to Oklahoma. He said his girlfriend's run off w/ a drug dealer in Ports unknown in Oklahoma per his x's mother who wrote in 3 weeks ago. Inmate said this individual who ran off w/ girlfriend has been arrested for drugs. He said he has heard from his mother only twice since he's been locked up. |

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1088

.0174

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: _McCollum, Larry_
TDCJ No.: _1105538_
Unit: _Cole_

| Date & Time | Notes |
|---|---|
| 8/7/02 1000 | (cont) "live w/ his daughter when he gets out." He said his Sertraline "does help him." (4) |
| 8-22-02 follow-up | (P) ① Refer to Dr. Ford on 8/22/02 since his Sertraline expires 8/31/02 ② Refer to Dr. Burkson for mental health assessment. — Tim Doggett, M.Ed, MHL — |
| 8/9/02 1135 | Initial Psych. Assessment. Risks & benefits of treatment discussed. Informed consent elicited, signed. (S) Arrived on unit w/ current dx of Major Depression, recurrent w/ Rx for 100mg. Zoloft in A.M. States he has no energy. (O) 49 year old white male, here on a 20 month sentence for theft by check, 71500. He had lost his dad and brother & didn't much care what happened to him — so he wrote a bunch of hot checks. He is divorced & has one son / one daughter in Waco. He is not as close as he would like to be. He admits he is alcoholic. Started drinking after divorce in '83. Says he substituted gambling & sex when he wasn't drinking. Spent 30 days on rehab. No prior M.H. treatment. Started current regimen in June 2001, at MHMR. No current suicidal ideation or Hx, of attempts. Mood euthymic w/ broad affect (cont) |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Mc Collum Larry

TDCJ No.: 1105538

Unit: 60

| Date & Time | Notes |
|---|---|
| 8/7/02 1000 | MR. Mc Collum is seen for triage on this date. He had been on meds for depression. He was using alcohol in the world - He used this as an escape to be released from the pain. He was first put on anti-depressants in June. He was also on Zoloft. He is currently on Sertraline. IT was prescribed by Dr. Reddy. He has never attempted suicide & is not suicidal now. He stays to himself & he reads alot. He is on the utility squad. He reports his appetite is lessened. He eats some of every meal. He reports he gets 4-6 hrs. of sleep. He went through a divorce & '83. He describes it as a rough time. ⓒ Mr. Mc Collum is a 49 ~~theft of a hot check~~ "erroneous" year old white male who is incarcerated for "theft by using a hot check". He is serving 20 months. He presents w/ a semi-flat affect. He states moderate depression. He states he has things to look forward to such as classes on alcoholism. He wants a job in the world. He reports he was his father's care giver for years. He states he won't get out til Jan. 04. He reports he might (cont) |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Name:

TDCJ NO.: 1105538

Unit: Buster Cole State Jail

| DATE/TIME | | MENTAL HEALTH REVIEW OF TRANSFER SCREENING |
|---|---|---|
| 8/1/02 | S) | Offender arrived this date from:. |
| 1427 | | ☐ Psychiatric impatient/crisis management facility |
| | | ☑ _HJ_ (TDCJ Facility name) |
| | O: | Review of medical record indicates: |
| | | [ ] No current or past mental health treatment; no current mental health complaints; no current or past suicidal ideations or attempts |
| | | [✓] Current mental health treatment |
| | | [ ] History of mental health treatment. |
| | | [ ] History of suicide attempts/gestures |
| | | [ ] Current suicidal ideation |
| | | [ ] Poor hygiene. disorientation. inappropriate behavior and/or thought process |
| | A: | Assessment: |
| | | [ ] No apparent mental health needs at this time |
| | | [✓] Possible mental health needs. non-urgent |
| | | [ ] Possible mental health needs. urgent |
| | | [ ] Current prescription for psychotropic medications |
| | P: | Disposition |
| | | [ ] Continue routine in-processing |
| | | [✓] Schedule for routine mental health assessment ( within 7 days ) |
| 8-1-02 MHLLG | | [ ] Schedule for immediate mental health assessment |
| | | [ ] Schedule for psychiatrist/ MLP ( within 3 working days ) |
| | | _Tim Dorsett_     Tim Dorsett. Mental Health Liaison |

le. sign each entry with status.
SM-1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: McCollum. Larry.

TDCJ No.: 1105538

Unit: HG

PSY
Loose Element

| Date & Time | Notes |
|---|---|
| 7-16-02 / 1520 | (S) 140 F/u. / c/o has a hard time sleeping. States Dx c sleep apnea @ a County Clinic in Waco, TX / Denies taking meds for this. Currently taking Zoloft - 0 1/4/15 - / States getting meds O.K. / Denies suicidal or H. ideations @ this X. |
| | (O) A/o x 3 / mood euthymic / good eye contact speed wnl. / s abnormal body moves @ this X. |
| | (A) Depend |
| | (P) See p RN ↑ |

J. Hicks/LVN
Psychiatric Nurse

---

Please sign each entry with status.

Plaintiffs' MSJ Appx. 1092

CLINIC NOTES
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

me   :   McCollum, Larry
JCJ No:   1105538
Unit:   HUTCHINS STATE JAIL

| Date & Time | NOTES |
|---|---|
| 7/16/02 (1400) | S:  Offender seen for F/U psych testing.  PAI administered. |
| | O:  Offender was alert & expressed no difficulty with understanding the test item content.  Results of the test were valid.  The offender appeared to have answered in a forthright manner & did not attempt to present an unrealistic or inaccurate impression of himself.  Test results pointed to the presence of both alcoholism & depression.  This is an individual with a hx of drinking problems who is quite unhappy & pessimistic.  His alcohol use has undoubtedly led to a number of adverse consequences, such as difficulties in interpersonal relationships, difficulties on the job, & possible health complications.  He likely feels significant guilt about his life circumstances, & his depression & alcohol use may be related: the depression may be driving the alcohol use or it could be a consequence of the disruption associated with his alcohol use.  Nevertheless, he appears alcohol-dependent, & he is probably quite pessimistic about his prospects for change or improvement.  Test results also pointed to the presence of a significant depressive experience.  This individual is probably plagued by thoughts of worthlessness, hopelessness, & personal failure.  However, in terms of affect, the content of his report suggests only moderate feelings of sadness.  This pattern suggests that he might not recognize symptoms of depression, or he may be repressing the experience of unhappiness to some extent.  This individual also appears withdrawn & socially isolated.  His level of social support is somewhat lower than the average adult.  Although the offender denied suicidal thoughts in the interview, test results suggest that he may indeed be experiencing periodic & transient thoughts of self-harm.  His potential to act out in this manner is increased by his lack of social support. |
| | A:  Axis I:  Depressive Disorder, NOS. |
| | Alcohol Dependence |
| | P:  Continue on intake protocol. |
| | K. Whitley, MS,BA., RP. |

Please sign each entry with status.

HSM - 1  (Rev. 5/92)

## CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name    :    McCollum, Larry
TDCJ No:    1105538
Unit:       HUTCHINS STATE JAIL

| Date & Time | NOTES |
|---|---|
| 7/10/02 (1100) | were present.  Offender was oriented in all spheres & clearly of average |
| ---cont--- | intelligence.  He was articulate & expressed his thoughts in a logical, |
| | goal-directed manner.  He appeared to be a reliable informant. |
| | A:  Axis I:  Depressive Disorder, NOS. |
| | P:  Offender is on intake protocol.  He will be scheduled for psych |
| | testing & 14 day F/U.  He will also be referred to the depression |
| | monitoring group. |
| | ---------------------------K. Whitley, MS.PA., RP.--------------- |

Please sign each entry with status.

HSM - 1  (Rev. 5/92)

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name : McCollum, Larry
DCJ No: 1105538
Unit: HUTCHINS STATE JAIL

| Date & Time | NOTES |
|---|---|
| 7/10/02 (1100) | S: *Offender seen for IMHA.  Limits of confidentiality reviewed & written copy provided to offender.  Risks & benefits of tx discussed & understood.  Consent for tx signed.  Offender is a 49YOWM who is serving his 1st TDCJ incarceration for theft.  Offender stated that he committed his crime because he had trouble coping with the deaths of his brother & father.  His brother died 5 years ago, but his father died in April.  Offender indicated that he became depressed & subsequently spent $12,000 on various items & gambling.  He acknowledged that he had problems with gambling, sex, & alcohol.  He indicated that his drinking escalated in 1983 after a divorce, & he has been cited on 3 different occasions for DWI.  He has never been in rehab, only a detox center once in 1987 for 10 days.  He has had some minor involvement with AA.  The offender has never seen a psychiatrist in the FW.  He was placed on antidepressants by a regular MD at the county health department.  Offender stated that he was hurt on his job last year & was coping with his father's illness at the same time.  During this period of time he was prescribed antidepressants; however, his compliance was somewhat erratic.  At present he has been on meds less than 2 months.* |
|  | O: *Offender was a very obese but appropriately groomed individual who appeared his stated age.  He was polite & friendly during the interview, & rapport was easily established.  He did not appear to be in acute distress; however, his mood was mildly despondent.  Affect was congruent to ideational content.  Offender stated that he had experienced difficulty coping with the loss of his father.  He stated that he was very co-dependent, & he expressed concern about his welfare once he releases from prison as he has no place to live.  He stated that he worried about the future, but he indicated that he worked at keeping his mind off things that depress him.  He denied suicidal ideation but stated he sometimes feels he has no real purpose for living.  He indicated that he often felt hopeless & amotivated.  He reported fluctuating appetite, erratic sleep patterns, & a recent weight loss of 30 lbs.  No psychotic indices* |

(continued > )

*Please sign each entry with status.*

HSM – 1  (Rev. 5/92)

W/m
4-4-53

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

Name: McCollum, Larry.

TDCJ No.: _____

Unit: HJ

| Date & Time | Notes |
|---|---|
| 7-1-00/1530 | (S)- Triage from McLennon Co/ Consent for Mental Health TX signed / NKDA |

Dx: Depression / Med: Zoloft 100mg. Ɛ AM.

F/u. TX: McLennon Co. Health Clinic — Dx. depression Meds: Zoloft

Denies H/o of suicide attempts

Denies H/o A/c disturbances

Denies suicidal ideation @ this X.

(O) A/o x 3 speech wnl / mood euthymic / good eye contact / Ø abnormal body moves noted.

(A) deferred

(P)- Refer RP. psy/ ————

**J. Hicks/LVN**
Psychiatric Nurse

UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES

### INDIVIDUAL TREATMENT PLAN (ITP)

Patient Name _McCollin, Larry_     TDCJ# _1105558_     Facility _LJ_

**Provider Type:**

- [x] Psychiatrist/MLP
- [ ] Psychotherapist/Psychologist
- [ ] Mental Health Liaison/Social Worker
- [ ] Occupational Therapist
- [ ] Music Therapist
- [ ] Recreational Therapist

**Program:**

- [x] Outpatient
- [ ] Inpatient
- [ ] AMPP
- [ ] Step-down

| ITP Review Date: | Provider Initials: |
|---|---|
| 11-19-01 | 82 |
| | |
| | |

Date ITP Drafted _7 02 02_

| ITP Closed Date: |
|---|
| (see Clinic Notes for details) |

**Initial DSM IV Diagnosis:**

Axis I _Major depression recurr_

Axis II _____

Axis III _____

Axis IV _____

Axis V _____

**Revised Diagnosis:**

Revision date _____

Axis I _____

Axis II _____

Axis III _____

Axis IV _____

Axis V _____

Patient strengths _good insight_

Long-term goal(s) _In remission_

Problem/focus of intervention (1) _Feels depr, low energy_

Date Identified _3 months ago_   Short-term goal _no feels depr_

Anticipated achievement date _3 months_   Actual achievement date _____

Treatment/intervention _Zoloft_

Problem/focus of intervention (2) _____

Date Identified _____   Short-term goal _____

Anticipated achievement date _____   Actual achievement date _____

Treatment/intervention _____

Problem/focus of intervention (3) _____

Date Identified _____   Short-term goal _____

Anticipated achievement date _____   Actual achievement date _____

Treatment/intervention _____

| PROVIDER NAME | SIGNATURE | TITLE | DATE |
|---|---|---|---|
| | _[signature]_ | _MD_ | _7 02 02_ |

DATE INTERVIEWED: _7/3/02_                         _Triage_

SCREENER'S INITIALS: _KM_

## TDCJ DIAGNOSTIC AND EVALUATION PROCESS
## DIAGNOSTIC SCREENING INTERVIEW

NAME: _McCollum, Larry Gene_ _____ TDCJ #: _1105538_

DOB: _4/4/53_          AGE: _49_     SEX: (✗) MALE     ( ) FEMALE

PLACE OF BIRTH: _Enid, OK._                 RACE: (✗) CAUCASIAN

OLD TDC #: _____           ( ) AFRICAN-AMER.

PRIOR TDC INCARCERATIONS:        YES (NO)     ( ) HISPANIC

PRIOR ASSIGNMENT TO CTC:         YES   NO     ( ) OTHER: _____

PRIOR ASSIGNMENT TO MROP:        YES   NO

ON PSYCH. SERVICES CASELOAD:     YES   NO

CURRENT OFFENSE: _THFT > 1500, 20 mths_

SPECIAL CONSIDERATIONS FOR INTERVIEWS:

(✗)    NONE

( )    SPANISH-SPEAKING ONLY

( )    HEARING/VISUAL IMPAIRED

( )    WHEELCHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

( )    SECURITY RISK: _____

( )    OTHER: _____

FURTHER DIAGNOSTIC II EVALUATION RECOMMENDED          ( )YES      ( )NO

REASON FOR REFERRAL:

( )    DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS

( )    HISTORY OF MENTAL HEALTH TREATMENT

( )    CURRENT SUICIDAL IDEATION

( )    PRIOR SUICIDAL GESTURE(S)

( )    DISPLAYED UNUSUAL BEHAVIOR

( )    AFFECTIVE DISTRESS NOTED

( )    UNUSUAL NATURE OF OFFENSE

( )    HIGH RISK FOR ADJUSTMENT PROBLEMS

( )    OTHER: _____

OTHER GENERAL COMMENTS

_____

_____

_____

☆ CL-69 (REV. 5/94)

YES   NO

1. HOW ARE YOU FEELING? _doing_ _____
_____

(✓)  ( ) 2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
DID YOU GET ANY TYPE OF COUNSELING? _yes_ _____
FROM WHOM? (IF APPLICABLE) _McLennon Co._ _____
WHAT WAS IT FOR? _depression_ _____
WHEN WAS IT? _2001_ _____
WHERE WAS IT? _Waco, TX_ _____

(✓)  ( ) 3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
( ) NERVES, ( ) MENTAL PROBLEMS, OR ( ) EMOTIONAL PROBLEMS?
SPECIFY THE MEDICATION: _Zoloft_ _____
WHEN DID YOU TAKE THIS MEDICATION? _____
BY WHOM WAS IT PRESCRIBED?    (✓) PSYCHIATRIST
                         ( ) PHYSICIAN
                         ( ) OTHER: _____
CURRENT PSYCHOTROPIC MEDICATION: _____
_____

( )  (✓) 4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
WHY? _____
WHEN? _____
WHERE? _____
             COURT COMMITMENT/VOLUNTARY

( )  (✓) 5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
WHAT TYPE? _____

( )  (✓) 6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
SPECIFY: _____

( )  (✓) 7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
HOW MANY TIMES? _____
HOW?    ( ) CUT ARM/WRIST       ( ) HANGING
         ( ) OD'ed ON _____   ( ) OTHER: _____
WHEN? _____
WHY? _____
WAS MEDICAL ATTENTION REQUIRED?    ( ) YES   ( ) NO

( )  (✓) 8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
HOW? _____

( )  (✓) 9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

( )  (✓) 10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
SPECIFY: _____

| YES | NO | |
|---|---|---|
| ( ) | (✓) | 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE? |

SPECIFY: _____

| ( ) | (✓) | 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS |

DO NOT HAVE?

WHAT KIND? _____

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

( ) NONE ( ) BARBITURATES (✓) METHAMPHETAMINE (SPEED)

( ) HEROIN ( ) ACID ( ) INHALANTS _____

( ) COCAINE ( ) HASH (✓) ALCOHOL

( ) MARIJUANA ( ) PCP ( ) OTHER _____

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?  GRADE __12__

WHERE?  (USA)   MEXICO   OTHER: _____

DO YOU HAVE A  (✓) HIGH SCHOOL DIPLOMA   ( ) GED

| (✓) | ( ) | 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES? |

WHY? ___Advanced___

WHAT GRADE(S)? ___9-11___

| ( ) | (✓) | 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOYS' HOME, OR OTHER |

GROUP HOME?

WHY? _____

| ( ) | (✓) | 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE |

CATEGORY OF SEXUAL OFFENSES?

IF YES, SPECIFY: _____

| ( ) | (✓) | 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL |

OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF

PROPERTY?

| (✓) | ( ) | 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?  IF YES, SPECIFY: |

___robbed___

_____

# BEHAVIORAL OBSERVATIONS

APPEARANCE:          (✓) UNREMARKABLE          ( ) DISHEVELED          ( ) ODD

HYGIENE:          (✓) GOOD          ( ) FAIR          ( ) POOR

INTERACTION:          (✓) COOPERATIVE          ( ) LIMITED          ( ) UNCOOPERATIVE

MOTOR BEHAVIOR:          (✓) WITHIN NORMAL LIMITS          ( ) RESTLESS          ( ) DID NOT MOVE
                 ( ) _____

SPEECH:          (✓) CLEAR          ( ) MUMBLES          ( ) SPEECH IMPEDIMENT

RATE:          (✓) SPONTANEOUS          ( ) FAST          ( ) _____

MOOD:          (✓) WITHIN NORMAL LIMITS          ( ) SAD          ( ) IRRITABLE

                 ( ) UNUSUALLY HAPPY          ( ) ANXIOUS          ( ) FRIGHTENED

                 ( ) SILLY          ( ) _____

ALERTNESS:          (✓) ALERT          ( ) CONFUSED          ( ) DAZED          ( ) DISTRACTED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
## CLINICAL INPATIENT RECORD DATA SHEET

| Unit of Inpt. Stay<br>Name (Last, First, M.I.)<br>TDCJ Number<br>Age/Sex<br>Date of Admission<br>Date of Discharge<br>Length of Stay<br>Admitting Clinician<br>Discharge Clinician<br>Discharge Status | McCollum LARRY<br>1105538<br>12-10-03<br>01-07-04<br>ELLIS |
| --- | --- |

| PRIMARY DIAGNOSIS: | CODE |
| --- | --- |
| | |

| SECONDARY DIAGNOSIS: | |
| --- | --- |
| | |

| PRIMARY PROCEDURES: | |
| --- | --- |
| | |

| SECONDARY PROCEDURES: | |
| --- | --- |
| | |

| CAUSE OF DEATH: | |
| --- | --- |
| | |

| Coder/Abst. Signature | Date |
| --- | --- |

HSM-84  (Rev. 3/92)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**PSYCHIATRIC INPATIENT FACILITY**
**DISCHARGE/RELEASE SUMMARY**

| | |
|---|---|
| I. | Identifying Data |
| II. | Date & Reason for Admission |
| III. | Clinical Course |
| IV. | Residual Problems |
| V. | Final Diagnosis |
| VI. | Recommendations |
| VII. | Dated signature of Discharging Psychiatrist and Psychologist |

OFFENDER NAME: MC COLLUM, LARRY GENE          TDCJ #:  1105538          UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                    PULHES: S=3NT

**IDENTIFYING DATA:**

DOB:  04/04/53
Age/Race/Sex:  Fifty-year-old Caucasian Male
Skyview Admission Date: 12/01/03
Current Date: 01/06/04
Examiner:  Charles Junkin, MA, LPC, RP

**DATE & REASON FOR REFERRAL:**

Offender Mc Collum was referred to Skyview from the Cole Unit on December 1, 2003 secondary to "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from crisis management into Diagnostic & Evaluation (D&E) with an Axis I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated and on the following psychoactive medications: Fluoxetine 20mg PO QHS, Cogentin 2mg PO QHS, and Benadryl 25mg PO QHS. At the time of admission, his chief complaint was "I was getting confused about a few things, like, I didn't know what date it was."

**CLINICAL COURSE:**

Offender Mc Collum was admitted to the Mood Disorder Treatment Track on December 10, 2003 with an Axis I Diagnosis of Depressive Disorder, NOS (311) and R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. Upon admission to the treatment track, he was taking Prozac 20mg PO QAM and Trazodone 100mg QPM. During the course of his treatment at Skyview, Offender Mc Collum attended individual and group psychotherapy and was followed closely by the treatment team. He presented with significant depressive symptoms, including suicidal ideation, anhedonia, poor concentration, and a sense of hopelessness. For the first couple of weeks in group psychotherapy, the offender was very quiet, but attentive. He had a restricted affect and a depressed mood. When he was seen by the treatment team on December 18, 2003, he was diagnosed with Major Depressive Disorder with Psychotic Features (Psychotic Features in Remission). Because he is scheduled to be released from TDCJ-ID in the near future, he was seen again by the treatment team on December 19, 2003 to determine if he is appropriate for court commitment to a state hospital upon release from TDCJ-ID. The treatment team reviewed his situation, which consists of his father dying in April 2003, his mother is in a nursing home with Alzheimer's Related Illness, he has been confused and depressed. He is a chronic alcoholic. He has few resources in the community, and he has a large debt waiting for him when he gets out of prison. He has a family in the

HSP-2 (Rev. 12/97)                              1

| | |
|---|---|
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**<br>**MENTAL HEALTH SERVICES**<br><br>**PSYCHIATRIC INPATIENT FACILITY**<br>**DISCHARGE/RELEASE SUMMARY** | I.   Identifying Data<br>II.  Date & Reason for Admission<br>III. Clinical Course<br>IV. Residual Problems<br>V.  Final Diagnosis<br>VI. Recommendations<br>VII. Dated signature of Discharging<br>      Psychiatrist and Psychologist |

OFFENDER NAME: MC COLLUM, LARRY GENE    TDCJ #:  1105538    UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04           PULHES: S=3NT

Waco area, but he has had little contact with them during his incarceration. He had not spoken with his brother or sister-in-law for more than six months. He has a significant history of prostate cancer in the family. The results of that treatment team meeting were to recommend Offender Mc Collum to be committed to the state hospital when released from TDCJ-ID. He was seen by a second psychiatrist on December 30, 2003. The second psychiatrist found no compelling reason to commit the offender to a state hospital at this time. He met with yet another psychiatrist on January 2, 2004. At that time, he was also found inappropriate for commitment to a state hospital. Meanwhile, the offender continued to participate in group therapy and seemed to respond somewhat to the Prozac. He was withdrawn and quiet but appropriate in group settings. Prozac was increased from 20mg to 40mg QAM on January 2, 2004. His mood has been described as "more cheerful" and he "appeared less internally preoccupied." On January 6, 2004, he was found appropriate for discharge to his unit of assignment with 40mg of Prozac QD.

## MENTAL STATUS:

Offender Mc Collum is a 50-year-old, Caucasian male whose overall presentation is significantly older than his stated age. He presents with psychomotor retardation. His responses to some of the questions are vague. He relates well with the interviewer. At times he looks away. His affect is blunted. His mood is depressed. There is no evidence of auditory hallucinations at this time. He denies any suicidal thoughts or wanting to hurt others. He did admit that he felt that life was not worth living in the past. He was alert and oriented to time, place, and person. He was unable to do Serial 7's. He was able to do three digits forward and in reverse order. He as able to do four digits forward but not in reverse order. He could recall approximately 2/3 objects for recent recall.

## RESIDUAL PROBLEMS:

Offender Mc Collum was referred for inpatient psychiatric treatment because he was confused and disoriented. While he was at Skyview, he was found to suffer from major depressive symptoms. He will be released soon from the prison system and will face many obstacles including unemployment, inadequate housing, mental illness issues, transportation difficulties, the loss of his father, and access to alcohol and other mind altering drugs. These factors in combination with his history of depression may place him at increased risk for potentially self-injurious acts. The offender's therapist had telephone contact with his brother and sister-in-law on December 31, 2003; although his family has agreed to take him into their home, they are reluctant to do so and are looking for community services that might better be able to care for his mental health needs.

HSP-2 (Rev. 12/97)           2



| TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>MENTAL HEALTH SERVICES<br><br>PSYCHIATRIC INPATIENT FACILITY<br>DISCHARGE/RELEASE SUMMARY | I.   Identifying Data<br>II.  Date & Reason for Admission<br>III. Clinical Course<br>IV.  Residual Problems<br>V.   Final Diagnosis<br>VI.  Recommendations<br>VII. Dated signature of Discharging<br>      Psychiatrist and Psychologist |
|---|---|

OFFENDER NAME: MC COLLUM, LARRY GENE      TDCJ #: 1105538      UNIT: SKYVIEW

DISCHARGE DATE: 01/06/04                          PULHES: S=3NT

## DISCHARGE DIAGNOSIS:

| Axis I: | 296.34 | Major Depressive Disorder, Recurrent, |
|---|---|---|
| | | Severe with Psychotic Features |
| | | (Psychotic Features in Remission at this time) |
| | 303.9 | Alcohol Dependence in a Controlled Environment |
| Axis II: | V71.09 | No Diagnosis on Axis II |
| Axis III: | | Degenerative Disease of the Knees; H/O Lower Back Pain |
| Axis IV: | | Psychosocial and Environmental Stressors: Incarceration |
| Axis V: | | Current GAF = 60 |

## RECOMMENDATIONS:

It is recommended by the treatment team and the attending physician that Offender Mc Collum be discharged from the Mood Disorder Treatment Track and returned to his unit of assignment for continued follow-up for his depressive symptoms until his release from the prison system. He should be offered counseling on an as-needed basis. Furthermore, he should continue his current medication regimen, which at this time consists of Prozac 40mg PO QAM.

## DATED SIGNATURES:

Charles Junkin, MA, LPC, RP      Date          Vasantha Orocofsky, M.D.      Date

CJ/VO:rc

Received for transcription on 01/06/04 and typed on 01/06/04 at 1315

Plaintiffs' MSJ Appx. 1105

MEDICATION PASS

NAME: MCCULLUM LARRY GENE

UNIT: CV

HOUSTON, LOCATION: 5A1

DRUG                                    PRESCRIBER        START DT EXP DATE RENEW FINAL EXP
FLUOXETINE 20MG CAPSULE                 PRODESKY,YADAN 01/03/04 02/01/04
GIVE 2 CAPS 40MG PO QAM X 30 DAYS

McCollum, Larry
1105538

**PHYSICIAN'S ORDER SHEET**
The University of Texas Medical Branch
Correctional Managed Care

**AUTOMATIC STOP-ORDER POLICIES**

ALL MEDICATIONS WITHOUT A DEFINITE
STOP DATE WILL BE DISCONTINUED
AFTER 72 HOURS.

☆ USE BALL POINT PEN—PRESS FIRMLY ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: NKDA |

| DATE/HOUR | | SIGNATURE | DATE/HR |
|---|---|---|---|
| 1/2/04 1310 | D/c Prozac. Prozac 40 mgm P.O Qam x 30days V. Orueta (mp). | | |
| | 1/2/8⁰⁰ M. Larkin Ln | | |
| 1/6/04 0935 | Discharge pt to unit county | | |
| 1/6/04 0935 | Discharge pt to unit of assignment. Pt on Prozac 40mgm | | |
| 1/6/04 0935 | Discharge pt to unit of assignment V. Orueta (nr) | | |
| | Noted 1-6-04 0945ª D. Ruggiover | | |

FORM 5350-TDCJ 2/99

PATIENT'S MEDICAL RECORD

McCollum, Larry

1105538

**PHYSICIAN'S ORDER SHEET**
The University of Texas Medical Branch
Correctional Managed Care

**AUTOMATIC STOP-ORDER POLICIES**

ALL MEDICATIONS WITHOUT A DEFINITE STOP DATE WILL BE DISCONTINUED AFTER 72 HOURS.

☆ USE BALL POINT PEN—PRESS FIRMLY ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UN-DER UTMB FORMULARY SYSTEM UNLESS OTHER-WISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS; NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! | | |
|---|---|---|---|---|---|
| | | | ALLERGIES: NKA | | |
| **DATE/HOUR** | | | | SIGNATURE | DATE/HR |
| 12-18-03 0830 | | (1) Continue fluoxetine as already ordered. | | | |
| | | (2) Collect specimens for lab on 12-9-03 for: CBC with differential, Chem 10, Liver Panel, TSH, and UA. | | | |
| | | (3) Axis I Dx: (1) Major Depressive Disorder with psychotic features in remission. Axis (2) Alcohol Dependence Dr. V. Orocofsky/T. Thompson LVN V. Orocofsky (MD) 12/18/03 0825 | | | |
| | | 0845 12/18/03 g. Crockett, LVN Noted | | | |
| 12/19/03 0835 | | Refer to PSC Consult filled V. Orocofsky (MD) | | | |
| | | noted 12/19/03 PSO notified/RN | | | |

FORM 5350-TDCJ 2/99

PATIENT'S MEDICAL RECORD

PHYSICIAN'S ORDER SHEET
The University of Texas Medical Branch
Correctional Managed Care

McCollum, Larry
#1105558

**AUTOMATIC STOP-ORDER POLICIES**

ALL MEDICATIONS WITHOUT A DEFINITE
STOP DATE WILL BE DISCONTINUED
AFTER 72 HOURS.

☆ USE BALL POINT PEN—PRESS FIRMLY ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME, UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: |

| DATE/HOUR | | SIGNATURE | DATE/HR |
|---|---|---|---|
| 12-10-03 1430 | **Admission orders:** | | |
| | 1. Admit to: Mood D/O      Treatment Track (A-Pod) | | |
| | AXIS I: ① Depressive D/O NOS 311 | | |
| | ② R/O Mental D/O, NOS due to possible cardio-vascular problems | | |
| | 2. Change PULHES to: S 4 P T | | |
| | Work Restriction: 19, 20, 21 | | |
| | Disciplinary Restriction B: | | |
| | Individual Treatment Plan C: | | |
| | 3. CBC, CHEM 10, Liver, Renal & Thyroid function tests. | | |
| | TSH, RPR & UA. — already ordered | | |
| | 4. EKG if over 40 years of age or in Cardiac Clinic done. | | |
| | 5. Serum blood level of: Dilantin, Tegretol, Lithium, | | |
| | Depakote, Digoxin, Theophyline, if on these medications. N/A | | |
| | 6. Continue medical medications as per computer until seen | | |
| | at DSC. | | |
| | 7. Psychiatric medications: | | |
| | - Fluoxetine 20 mg po q am × 30 days | | |
| | - Trazodone 100 mg po q pm × 14 days; then D/C | | |
| pov | (ordered 12-5-03) | | |
| | ⑧ please check lab results; diagnostic orders | | |
| | when results return | | |
| | ⑨ may have all materials | | |
| | BMcBar MSW RN CSPMH-CT | | |
| | 12/10/03  1500  Brief | | |
| 12/18/03 0715 | CBC, TSH, CHEM10 LIVER PROFILE | | |
| | ERROR NEW — 12/18/03 0715 | | |

FORM 5350-TDCJ 2/99

PATIENT'S MEDICAL RECORD

UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
### INDIVIDUAL TREATMENT PLAN (ITP)

Patient Name McCollum, Larry     TDCJ# 1105538     Facility Skyview

**Provider Type:**
- ☐ Psychiatrist/MLP
- ☒ Psychotherapist/Psychologist
- ☐ Mental Health Liaison/Social Worker
- ☐ Occupational Therapist
- ☐ Music Therapist
- ☐ Recreational Therapist
- ☐ Nurse

**Program:**
- ☐ Outpatient
- ☒ Inpatient
- ☐ ASICP
- ☐ Step-down

| ITP Review Date: | Provider Initials: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**ITP Closed Date:**

*(see Clinic Notes for details)*

Date ITP Drafted 12-16-03

**Initial DSM IV Diagnosis:**
Axis I    311
Axis II _____
Axis III  Deferred
Axis IV  Incarceration
Axis V _____

**Revised Diagnosis:**
Revision date_____
Axis I _____
Axis II _____
Axis III _____
Axis IV _____
Axis V _____

Patient strengths  Verbal

Problem/focus of intervention (1)  Anger Management

Date Identified 12-16-03   Short-term goal Increase awareness of anger expression patterns

Treatment/intervention  Group Psychotherapy & Individual Sessions as needed.

Anticipated achievement date 1-05-03   Actual achievement date_____

Problem/focus of intervention (2)_____

Date Identified_____ Short-term goal_____

Treatment/intervention_____

Anticipated achievement date_____ Actual achievement date_____

Problem/focus of Intervention (3)_____

Date Identified_____ Short-term goal_____

Treatment/intervention_____

Anticipated achievement date_____ Actual achievement date_____

Long-term goal(s)_____

| Kathy Jennings | Kathy Jennings | Staff Psychotherapist | 12-16-03 |
|---|---|---|---|
| PROVIDER NAME | SIGNATURE | TITLE | DATE |

MENTAL HEALTH SERVICES
### INDIVIDUAL TREATMENT PLAN (ITP)

*103*

Patient Name _McCallum, Larry Gene_   TDCJ# _1105538_   Facility _Skyview_

Provider Type:
- ☐ Psychiatrist/MLP
- ☒ Psychotherapist/Psychologist
- ☐ Mental Health Liaison/Social Worker
- ☐ Occupational Therapist
- ☐ Music Therapist
- ☐ Recreational Therapist
- ☐ Nurse

Program:
- ☐ Outpatient
- ☒ Inpatient
- ☐ ASICP
- ☐ Step-down

| ITP Review Date: | Provider Initials: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| ITP Closed Date: |
|---|
| _____ |
| *(see Clinic Notes for details)* |

Date ITP Drafted _12·15·2003_

Initial DSM IV Diagnosis:
Axis I _296.3 - Major Depressive Disorder_
Axis II _____
Axis III _____
Axis IV _Incarceration_
Axis V _Current GAF = 45_

Revised Diagnosis:
Revision date _____
Axis I _____
Axis II _____
Axis III _____
Axis IV _____
Axis V _____

Patient strengths _Desires treatment_

Problem/focus of intervention (1) _Offender lacks social skills and coping skills_
Date Identified _12·15·03_ Short-term goal _Participate in group therapy + comply with medication_
Treatment/intervention _Social Skill Training Group 5X/week_
Anticipated achievement date _01·10·04_ Actual achievement date _____

Problem/focus of intervention (2) _____
Date Identified _____ Short-term goal _____
Treatment/intervention _____
Anticipated achievement date _____ Actual achievement date _____

Problem/focus of intervention (3) _____
Date Identified _____ Short-term goal _____
Treatment/intervention _____
Anticipated achievement date _____ Actual achievement date _____

Long-term goal(s) _Develop the essential coping skills that will enhance quality of life_

_CHARLES JUNKIN NALPCSP_   _Charles Junkin MALPCSP_   STAFF PSYCHOTHERAPIST   _12·15·2003_
PROVIDER NAME   SIGNATURE   TITLE   DATE

UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES

## INDIVIDUAL TREATMENT PLAN (ITP)

Patient Name *McCollum, Larry*     TDCJ# *1105538*     Facility *SV*

Provider Type:
- ☐ Psychiatrist/MLP
- ☐ Psychotherapist/Psychologist
- ☒ Mental Health Liaison/Social Worker
- ☐ Occupational Therapist
- ☐ Music Therapist
- ☐ Recreational Therapist
- ☐ Nurse

Program:
- ☐ Outpatient
- ☒ Inpatient
- ☐ ASICP
- ☐ Step-down

| ITP Review Date: | Provider Initials: |
|---|---|
| | |
| | |
| | |

Date ITP Drafted *12-15-03*

ITP Closed Date:

*(see Clinic Notes for details)*

Initial DSM IV Diagnosis:
Axis I  *311*
Axis II
Axis III *Deferred*
Axis IV *Incarceration*
Axis V

Revised Diagnosis:
Revision date *12-19-03*
Axis I *296.3 – MDD*
Axis II
Axis III
Axis IV
Axis V

Patient strengths *Ability to communicate adequately with staff.*

Problem/focus of intervention (1) *Deficient adaptive functioning/Coping skills.*
Identified *12-15-03*  Short-term goal *Improve adaptive behavior/coping ability.*
Treatment/intervention *Group or Individual Therapy*
Anticipated achievement date *01-05-03 (Ubreview)*  Actual achievement date _____

Problem/focus of intervention (2) _____
Date Identified _____ Short-term goal _____
Treatment/intervention _____
Anticipated achievement date _____ Actual achievement date _____

Problem/focus of intervention (3) _____
Date Identified _____ Short-term goal _____
Treatment/intervention _____
Anticipated achievement date _____ Actual achievement date _____

Long-term goal(s) _____

*J. Tedder*
PROVIDER NAME

*J. Tedder*
SIGNATURE

*MHL*
TITLE

*12-15-03*
DATE

UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
## INDIVIDUAL TREATMENT PLAN (ITP)

Patient Name _McCollum, Larry_     TDCJ# _1105538_     Facility _Skyview_

**Provider Type:**
- [ ] Psychiatrist/MLP
- [ ] Psychotherapist/Psychologist
- [x] Mental Health Liaison/Social Worker
- [ ] Occupational Therapist
- [ ] Music Therapist
- [ ] Recreational Therapist
- [ ] Nurse

**Program:**
- [ ] Outpatient
- [x] Inpatient _Mood_
- [ ] ASICP
- [ ] Step-down

| ITP Review Date: | Provider Initials: |
|---|---|
| | |
| | |
| | |
| | |

Date ITP Drafted _12-15-03_

**ITP Closed Date:** _____
*(see Clinic Notes for details)*

**Initial DSM IV Diagnosis:**
Axis I _____ _296.3_
Axis II _____
Axis III _____
Axis IV _____
Axis V _____

**Revised Diagnosis:**
Revision date _____
Axis I _____
Axis II _____
Axis III _____
Axis IV _____
Axis V _____

Patient strengths _Ambulatory, compliant_

Problem/focus of intervention (1) _Lacks the ability to cope c̄ stress_
Identified _12-15-03_  Short-term goal _↑ coping skills_
Treatment/intervention _Stress Management Group_
Anticipated achievement date _1-5-04_   Actual achievement date _____

Problem/focus of intervention (2) _Lacks knowledge of REBT_
Date Identified _12-19-03_  Short-term goal _↑ knowledge + application of REBT_
Treatment/intervention _REBT Group_
Anticipated achievement date _1-5-04_   Actual achievement date _____

Problem/focus of intervention (3) _____
Date Identified _____  Short-term goal _____
Treatment/intervention _____
Anticipated achievement date _____   Actual achievement date _____

Long-term goal(s) _Become mentally stable + appropriate for discharge_

_Miki Sledge_     _Miki Sledge_     _MHL_     _12/15/03_
PROVIDER NAME     SIGNATURE     TITLE     DATE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry Gene |
|---|---|
| | TDCJ#: 1105538 |
| 1/5/04 0920 | Progress Check: (S) Pt. seen cellside for progress check. (O) Pt. was more cheerful this morning and appeared less internally preoccupied. States that he's feeling some apprehension about getting out of prison, but is ready to deal with it. Says he cn't tell any difference yet with the med increase. (A) 296.34 Major depression with psychotic features (in remission) (P) Continue treatment. ———— L. Smith, M.A., LPA, SP |
| 1/5/04 1520 | Psych: (S) Attended REBT + Stress Mngmt. groups. (O) Quiet but alert. Minimally oriented. (A) MDD (P) Cont. tx plan. ———— Michi Lledge, BA, MHC |
| 1-6-04 0945 | N29: Dr. Gregsby here on POD + N.O. crew rec'd to discharge Pt. to U.O.A. Dr. Orders Noted. ———— D. Ruggavere |

HSM-75 (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME   MCCOLLUM, LARRY |
|-----------|------------------------|
| 01/02/04  | TDCJ#:  1105538        |
| 1345      | UNIT:  SKYVIEW         |

**S:**   Patient was seen in consultation with Dr. Raasoch, Clinical Director, for commitment purposes.  Patient stated that he will continue with medication and seek help at the nearest MHMR.  His family have stated that he could stay with them for a certain period of time, as per staff.  They will pick him up from the state jail.  It is the recommendation that his Prozac be increased and that he be followed-up again next week.  Today he denies any auditory hallucinations.  He sometimes feels he is better off dead but he does not have any active plans to do away with himself.

**O:**   Patient came to the interview.  He was disheveled and appeared to be feces on his suit.  He voiced that he would rather go home than live at the state hospital.  He is not suicidal/homicidal at this time.  HE denies any auditory hallucinations.  Affect is blunted.  Mood is depressed.

**A:**   Axis I:      Major Depressive Disorder with Psychotic Features
                       (Psychotic Features in Remission)

**P:**   Increase Prozac to 40mg QD.

Vasantha Orocofsky, M.D.       Date       1/2/04  1540

VO:rc

D: 01/02/04
T: 01/02/04

HSM-75 (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry |
|---|---|
| | TDCJ#: 1105538 |
| 1-2-04<br>1250 | Treatment Team Meeting: (S) Offender seen by the treatment team. Offender had initially refused to come to the meeting because he'd had "an accident." Very poorly groomed with feces on jumpsuit. (O) Unshaven, poorly groomed. States he's been depressed, but continues to say that he is not currently suicidal. Denies hearing voices. Possibly some confusion present. Became more talkative as interview progressed, stating that he wanted to continue his treatment and take his medication. Talked about staying with his brother continuing his treatment at MHMR in Waco. (A) 296.34, Major depression with psychotic features; psychotic symptoms in remission. (P) Continue treatment plan; increased Prozac to 40 mg daily. ————<br>———— L. Smith, M.a., LPA, SP |

HSM-75 (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry |
|---|---|
| | TDCJ#: 110 5538 |
| 1-2-04 | S - 51 yo w ♂ IPM seen on A Pod |
| 13:05 | O - I/M came to interview in dirty jumper — inside out |
| | was alert & cooperative |
| | ⊖ depression & agreed to ↑ Prozac |
| | family is willing to pick him up & have him live with them |
| | he denies suicidal ideation & states he wants help |
| | A- Major Depressive D/O   — not committable |
| | P- ↑ Prozac & release from prison to stay with family |
| | J Roosock MD |

HSM-75  (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | |
|---|---|
| | NAME: McCollum, Larry |
| | TDCJ#: 1105538 |
| 12/30/03 1501 | Psych: (S) Attended Stress Mngmt. + REBT group. (O) Quiet but attentive. (A) MDD c̄ psychotic features in remission. (P) Cont. tx plan. ———— Miki Sledge, BA, MHA |
| 12-30-03 1515 | (S) Pt./Offender attended Adaptive Functioning group. ∅ complaints reported. (O) Alert & oriented - Participated well during group discussion w/ short responses. (A) 296.34 — in remission. (P) Cont. Tx. Track. ———— Fahler, MHA |
| 12-31-2003 1150 | Psych. (S) Received telephone call from offender's brother and sister-in-law. She said the offender is welcome to stay with them, but thinks a half-way house might be better for him because of his depression, history of alcoholism, and lack of employment opportunities. She was referred to TCOMI for after care planning. ———— Charles Junkin MA LCSW |
| 1-2-04 0932 | Psych: (S) Pt. invited to attend group therapy, but refused. (O) Withdrawn (A) 296.34 (P) Continue attempts to involve in treatment. L. Smith, M.A., LPA, SP |

HSM-75  (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry |
|---|---|
| | TDCJ#: 110553 8 |
| 12/29/03 1015 | Psych: ⑤ Mr. McCollum attended social skills/ symptom recognition group. ⓞ Very quiet, but responded appropriately. Talked about his plans after his ?????? discharge. Affect blunted and conversation is vague. Ⓐ 296.3 Ⓟ Continue treatment. —— L. Smith, M.O, LPA,SP |
| 12-29-03 1300 | ⑤ Pt./Offender attended Adaptive Functioning group. Ⓞ Complaints reported. ⓞ Alert & cooperative. He responded appropriately. Ⓐ 296.3 Ⓟ Cont. Tx. Track. —— Medler MHC |
| 12/30/03 842 | Psychiatry S: Pt stated his mood is 8/10, up from 1-2/10 at admission. No Hx of behaviour - atoms - this depressive episode. No suicidal thoughts. O: Some forward looking plans. Has few skills + high risk for alcoholism A: relapse, but no commitable sx at this time. P: Mr. Peters to contact family & aid transition. —— Tony Bledwell MD |

A-3
1-0

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME Examined 12-23-03/0935 | NAME: McCollum, Larry Gene TDCJ#: 1105538 |
|---|---|

S:   Patient was seen in follow-up today.  He looked better groomed than on previous occasions.  At times he appeared alert, but on further questioning he still appears vague in his answers.  He had reported some anxiety, which he describes as counting the tiles in the ceiling of his cell and "thoughts".  He could not describe what the thoughts were.  He answered, "Hopefully they are good ones".  He stated that in the morning he has to push himself to do anything.  He has not had any sustained employment in the last 10 to 15 years.  He denies any suicidal thoughts. He denies hearing voices.

O:   Patient is a 50-year-old white male who looks older than his stated age. At times he smiles.  At other times his affect is blunted.  His mood has underlying depression.  He is not psychotic.  He is not suicidal or homicidal at this time.  He was alert and oriented times two.

A:   Axis I:  Major Depressive Disorder with Psychotic Features (psychotic features in remission at this time).
Alcohol Dependence
Axis II: No diagnosis.
Axis III: Degenerative disease of the knees; history of low back pain.
Axis IV: Severe
Axis V:  GAF = 45

P:   Continue current medications.

Vasantha C. Orocofsky, M.D.   12/23/03  1430
_____          _____
Dictated By:  Vasantha Orocofsky, M.D.           12-23-03
Transcribed:  12-23-03/1410/nj

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry Gene |
|-----------|----------------------------|
|           | TDCJ#: 1105538             |

| DATE/TIME | |
|-----------|---|
| 12·23·2003<br>0915 | TREATMENT TEAM MEETING: ① Offender was seen by the treatment team. He said his energy level is still low and he has trouble "getting going" in the mornings. He said he feels anxious. ② When questioned about the future, he gave only vague responses. Denied current suicidal or homicidal ideation. No auditory or visual hallucinations. Dysphoric mood with blunted affect. ③ 296.34 Major Depressive Disorder with Psychotic Features, Psychotic Features in Remission. ④ Continue Mood Disorder Treatment Track.<br><br>Charles Jenkins HALC SP |

HSM-75  (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCOLLUM, LARRY GENE |
|---|---|
| | TDCJ#: 1105538 |
| 12.19.2003<br>0800 | (cont.) this time. P) Begin proceedings for civil commitment. — Charles Junkin MA LPC SP |
| 12/19/03<br>0840 | Ns: New orders read And noted. Referral form Associated by Dr. Cromwell and Inkia to JSCC. M.C. Poole |
| 12-19-03<br>1415 | S) Pt./Offender attended group therapy & viewed video: Mental Health/Self-Esteem. O) Alert & attentive. Participated appropriately. A) 296.34 P) Cont. Tx. Track. Fiedda MHC |
| 12/19/03<br>1447 | Psych: S) Attended REBT & Stress Mngmt. groups. O) Quiet but attentive. A) No change. P) Cont. tx plan. Mihi Sledge, BA, MHC |
| 12/22/03<br>1346 | Psych: S) Attended REBT & Stress Mngmt. groups. O) Quiet but attentive. A) No distress noted. P) Cont. tx plan. — Mihi Sledge, BA, MHC |

HSM-75  (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry Gene |
|---|---|
| | TDCJ#: 1105538 |

12·19·2003
0800

~~Court~~ Civil Commitment Hearing: ① Offender was seen in the dayroom for a civil commitment hearing. He said he needs more help when he is released from TDCJ. He said he is still depressed. He is a long-time alcoholic with significant outstanding debts. He has no job lined up for when he is released. He plans to live with his brother in Waco, but he has not heard from his brother in about six months. He previously worked for an employment agency, Jack of All Trades, and he plans to contact them for possible employment. His brother died of prostate cancer at age 51 about five years ago. He has another brother who is now 51 y.o. who has prostate cancer. His father died of prostate cancer in April of this year. ② Depressed mood with restricted affect. Fully oriented to all spheres. Impaired immediate recall. Poor concentration. Attention is fair. Eye contact intermediate. Passive suicidal ideations. No current auditory or visual hallucinations. ⓐ 296.34 - Major Depressive Disorder, Recurrent, Severe with Psychotic Features, Psychotic Features in Remission at    (cont.)

HSM-75   (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME   MCCOLLUM, LARRY |
|-----------|------------------------|
| 12/19/03  | TDCJ#:  1105538        |
| 0835      | UNIT:   SKYVIEW        |

was alert and oriented to time, place, and person.  He was unable to do Serial 7's.  He was able to do three digits forwards and in reverse order.  He was able to do four digits forward but not in reverse order.  He could recall approximately 2/3 objects for recent recall.  He denies wanting to hurt others.

**A:**   Axis I:      Major Depressive Disorder with Psychotic Features
(Psychotic Features in Remission at this time).

Alcohol Dependence

Axis II:     Deferred

Axis III:    Low Back Pain

Axis IV:    Severe due to Incarceration and
Death of Family Member (Father, and
Brothers with history of Prostate Cancer).

Axis V:     Current GAF = 55

**P:**   Recommend patient be committed to the state hospital when released from TDCJ-ID.  This is being done in the best interest of the patient.  He will require further evaluation and treatment for his depression.

**ADDENDUM:  Patient's mother has Alzheimer's illness and is in a nursing home as per his report.**

Vasantha C. Orocofsky (au) 12/19/03.
Vasantha Orocofsky, M.D.    Date

VO:rc

D: 12/19/03
T: 12/19/03

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

**INTEGRATED PROGRESS NOTES**

| DATE/TIME | NAME   MCCOLLUM, LARRY |
|-----------|------------------------|
| 12/19/03  | TDCJ#:  1105538        |
| 0835      | UNIT:   SKYVIEW        |

**S:** Patient was seen for court commitment purposes to the state hospital. At the onset of the interview he was advised that the interview was not confidential and that it could be reviewed by the Judge. Patient is a 50-year-old White male who was admitted to Skyview on 02/01/03. He presented with depression. He was referred from the Cole Unit because he was waiting on a ride to go to his daddy's funeral, he had decreased hygiene, and was disoriented. His father had passed away in April 2003. At the time of interview on 12/01 he stated "I was getting confused about a few things, I did not know what day it was." Patient had been started on treatment for depression with Zoloft. He has no history of any suicide attempts. There is history that he heard a male voice telling him to hurt himself and others. At this time he denies hearing any voices. He denies any suicidal thoughts. Prior to coming to prison he had become depressed and spent $12,000.00 on various items along with gambling. He also had apparently $1,200.00 in debt. Today at the interview he stated that these were no longer outstanding debts since he came to the prison. He is unclear as to what he will do when he leaves the prison system. He states he has family support, however it has been six months since he has heard from his brother. He also states he will go out and look for a job. He knows a lady who places people and that it is called "Jack of all Trades." It appears though he states that he is looking forward to the future, getting out, and finding a job he appears to be vague as the details of how he will take care of himself out there. He does admit that he has depression and that he needs more treatment. He has history of becoming easily irritated and had poor hygiene and disorganized thoughts. This was noted in April 2003. He has been on antipsychotic as well as antidepressants in the past. He has significant history of prostate cancer in the family – a brother dying at age 51 five years ago. His father dying of prostate cancer in April 2003. Another brother 51 years of age who has prostate cancer. The patient is 50 years of age. He stated that he took care of his father, he got ill, and he had stopped drinking at that time because his father was dependent on him. He gave the history stating that he had stopped drinking in 2002, however on further interview when he started to gamble he started drinking again.

**O:** Patient is a 51-year-old White male who appears older than his stated age. He presents with psychomotor retardation. His responses to some of the questions are vague. He relates well with the interviewer. At times he looks away. His affect is blunted. His mood is depressed. There is no evidence of auditory hallucinations at this time. He denies any suicidal thoughts or wanting to hurt others. He did admit he had felt that life was not worth living in the past. He

HSM-75 (Rev. 2/92)                    1

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## INTEGRATED PROGRESS NOTES

| DATE/TIME | |
|---|---|
| 12/18/03 | NAME   MCCOLLUM, LARRY GENE |
| 0820 | TDCJ#:   1105538 |
| | UNIT:   SKYVIEW |

**S:**   This is a 50-year-old White male seen initially. He carries a diagnosis of Depressive Disorder, NOS. Patient has not had any free world treatment, he has had history of three DWI's and alcohol dependence. There was some notation of him having used methamphetamine and cocaine. He stated he did not use them at any time. He has no history of any suicide attempt in the free world and currently he denies any suicidal thoughts. The onset of his illness was when he came into prison and he had been spending about $12,000.00 in gambling and spending spree. His brother had died five years and his father died in April 2003. He presented with neurovegetative signs of depression. He was treated with Zoloft, Pamelor, Trazodone, and currently on Prozac. He had one episode where he presented with some psychotic thinking, stating he was getting ready to go for his father's funeral and his hygiene was poor and he was somewhat confused and had also mentioned that there was a male voice telling him to hurt himself. Currently, at this time, he denies any auditory hallucinations or command hallucinations. He does say he does have some difficulty sleeping. His energy level is a little bit low but he states his depression is better. He is not allergic to any known medications.

**O:**   Patient looks older than his stated age. He is unshaven. He had psychomotor retardation. At times he appeared to be having some difficulty processing questions, but he did answer questions relevantly. His affect was blunted. His mood was depressed. It appeared that he was on the verge of weeping. He knows he will be leaving the system on January 11, and will go to live with his brother and continue with treatment at the MHMR in Waco. He is not suicidal at this time. He is not psychotic at this time.

**A:**   Axis I:      Major Depressive disorder with Psychotic Features
                     (Psychotic Features in Remission at this time).

               Alcohol Dependence

        Axis II:     No Diagnosis

        Axis III:    Degenerative Disease of the Knees;
                     H/O Low Back Pain

        Axis IV:     Severe

        Axis V:      GAF = 45

**P:**   Patient to continue with Prozac 20mg QAM. To continue in the Mood Track. Risks, benefits, and side effects of Prozac were discussed with patient and he agrees to take medications. Yearly lab ordered.

*Vasantha C. Orocofsky*   MD 12/18/03.

Vasantha Orocofsky, M.D.      Date
VO:rc
D: 12/18/03
T: 12/18/03

HSM-75 (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry |
|---|---|
| | TDCJ#: 1105538 |

12.18.2003
0800

TREATMENT TEAM MEETING: ⓢ Offender was seen by the treatment team. He said he is feeling good, and that he is taking his medications regularly. He claimed that his depression is resolving. His father passed away in April of this year. ⓞ Alert but sluggish. Psychomotor retardation. Grossly oriented to all spheres. No suicidal or homicidal ideation. Mood is dysthymic with depressed affect. Ⓐ 296.3– Major Depressive Disorder, Recurrent, Unspecified. Ⓟ Continue Mood Disorder Treatment Track. Continue medication as previously prescribed. – C. Junkin MA/CCP

4/18/03 0845   Nsg: Orders noted. ~ J Crockett RN

12/18/03
1307

Pscch: ⓢ Attended Stress Mngmt. Group. ⓞ Participative but quiet. Responds when spoken to. States he feels less depressed taking Prozac. Ⓐ 296.3 in partial remission Ⓟ Cont. to plan. — Mike Sledge, BA, MHH

12-18-03
1515

ⓢ Pt/Offender attended Adaptive Functioning group. ⓞ Limited interaction, but appropriately responsive. Ⓐ 296.3 Ⓟ Cont. Tx. Track. — J Tickle MHH

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

## INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry |
|-----------|------------------------|
|  | TDCJ#: 1105538 |
| 12-16-03 1550 | Ⓢ Pt. attended group therapy - Adaptive Functioning - "Doing alright." Ⓞ Attentive. Cooperative. He responded adequately & appropriately during discussion. Ⓐ 311 Ⓟ Cont. To Track. Fredder MHI |
| 12/17/03 1500 | Psych: Ⓢ Attended Stress Mngmt. group. Ⓞ Quiet but attentive + fully participative. Ⓐ 311 Ⓟ Cont. tx plan. Mihi Seeder, BA, MHI |
| 12/18/03 0820 | Progress note dictated. V. Orozco, MD. |

HSM-75  (Rev. 2/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

# INTEGRATED PROGRESS NOTES

| DATE/TIME | NAME: McCollum, Larry TDCJ#: 1105538 |
|---|---|
| 12-12-03 1300 | Nsg: Received on Skyview 5 - A Pod from Skyview 3. (Assigned to A-Pod) Cell # 103 He was admitted to the Mood Disorder treatment program on 12-10-03 per order. B. Meharry, N.P. ———— L. Thomas LVN |
| 12/15/03 0945 | (?) Client review complete d ē clarification of Emk ———— JHZ |
| 12/15/03 1455 | Psych: (S) Attended Stress Management group. (O) Signed consent form. (A) Appear to be confused at times. (P) Cont. tx plan. ———— Miki Seeley, BA, MHC |
| 12-15-03 1530 | (S) Pt attended Adaptive Functioning group. (O) Alert & cooperative. He signed consent for MH Services. Participated appropriately (A) Deferred (P) Cont. Tx. Track. ———— J. Fiddler MHL |
| 12/16/03 1140 | Psych: (S) Attended Anger Management Group (O) Signed consent form. Quiet but attentive. (A) 311 (P) Cont. tx plan. ———— K. Jennings, MA, S? |
| 12/16/03 1530 | Psych: (S) Attended Stress Mngmt group. (O) Quiet but attentive. (A) 311 (P) Cont. tx plan. ———— Miki Seeley, BA, MHC |

HSM-75  (Rev. 2/92)



| TEXAS DEPARTMENT OF CRIMINAL JUSTICE | SKYVIEW PSYCHIATRIC FACILITY |
|---|---|
| MENTAL HEALTH SERVICES | PSYCHIATRIC EVALUATION |

**OFFENDER NAME: McCOLLUM, LARRY GENE**　　　　　　**TDCJ#: 1105538**

**IDENTIFYING DATA:**

**DOB:** 04-04-53
**DATE OF ADMISSION:** 12-01-03
**AGE/RACE:** 50 y/o White male.
**EXAMINER:** B. Meharry, MSN, RN, CS, PMH-NP.
**DATE OF EXAMINATION:** 12-03-03/1400.

**REASON FOR ADMISSION:**

The patient was referred here from the Cole Unit by Mr. Dorsett, LBSW secondary to, "Patient was waiting on ride to go to Daddy's funeral, decreased hygiene, and disorientation." He was referred from Skyview Crisis Management into D&E with an AXIS I Diagnosis of R/O Dementia of the Alzheimer's Type, Uncomplicated, and on the following psychoactive medication: Fluoxetine 20 mg. p.o. q. h.s., Cogentin 2 mg. p.o. q. h.s., and Benadryl 25 mg. p.o. q. h.s. The patient was advised of the purpose of this examination, the limits of confidentiality, and informed consent. He verbalized understanding and agreed to participate.

**CHIEF COMPLAINTS:**

"I was getting confused about a few things, like, I didn't know what date it was."

**PAST PERTINENT PSYCHIATRIC HISTORY:**

The patient did not begin receiving any freeworld psychiatric treatment until 2001, when he first encountered his legal difficulties. He was treated with Zoloft for symptoms of depression at the MHMR center in Waco, Texas. There is no freeworld history of suicidal attempts/gestures, self-injurious behaviors, or anger-management problems. His substance abuse history included the use of alcohol, methamphetamines, and cocaine. With no known history of treatment for his substance abuse. There is no known familial history of mental illness or chemical dependency. There is no history of a juvenile record. While at the McClendon County Jail awaiting transfer to TDCJ-ID, he was diagnosed with Depression and was treated with Zoloft 100 mg. p.o. q. am.

This is the first incarceration for this patient who was received at TDCJ-ID on 07-01-02, where he is serving a 20-month sentence for Theft, Over $1500. Upon receipt to the prison system, he told the Responsible Psychologist that he had been having difficulty coping with the death of his brother, who died five years ago and the death of his father, who died April of 2003. He became depressed and spent $12,000. on various items and gambling. This led to his arrest and conviction. He also acknowledged that he had a problems with gambling, sex, and alcohol. He stated that his drinking escalated in 1983, following a divorce. He admits to three arrests for DWI. Although he has never been to Rehab, he relates that he entered a "Detox" center for 10 days in 1987. He also relates that he had some "minor" involvement with Alcoholic Anonymous. At the time, he also reported that he considered himself to be very co-dependent, expressed concern about his welfare upon release from prison as he has no place to live, was worried about the future, and had problems keeping his mind off things that depress him. Although he denied any current suicidal ideations or intent, he admitted that he sometimes believed that he had no real purpose for living. He often felt hopeless and lacked motivation, reported fluctuating appetite, erratic sleep pattern and a recent 30 lbs weight loss. There was no evidence of psychotic symptoms. On 07-02-02, he was seen by the attending psychiatrist where he received an AXIS I Diagnosis of Major Depressive Disorder, Recurrent. He was placed on Zoloft 100 mg. p.o. q. am. A few months later it was noted that he was doing well on Zoloft and wanted to continue his medication regimen. He was 100 percent compliant. He also related that he was experiencing feeling "jumpy". On 12-11-02, he was seen by another psychiatrist, where he reported not only a history of depression, but problems with anxiety. His AXIS I Diagnosis remained Major Depression. He was switched to Nortriptyline 25 mg. p.o. q. h.s. Several days later, he complained of still experiencing "jumpy legs" at bedtime. His Nortriptyline was increased to 50 mg. p.o. q. h.s. On 01-08-03, he complained that he was unable to sleep. His Nortriptyline was increased to 75 mg. p.o.

Plaintiffs' MSJ Appx. 1130



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**      **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**                    **PSYCHIATRIC EVALUATION**

---

**OFFENDER NAME:  McCOLLUM, LARRY GENE**                    **TDCJ#:  1105538**

q. h.s.  Shortly thereafter, he was referred to Skyview Crisis Management secondary to, threatening suicide.  He was discharged back to his unit of assignment, with no change in his diagnosis or medication regimen.  He continued to complain of feeling depressed, so his Nortriptyline was increased to 100 mg. p.o. q. h.s.  On 04-15-03, he presented as decompensating.  He was easily irritated and exhibited poor hygiene and disorganized thoughts.  He continued to complain of feeling anxious.  He was diagnosed with Anxiety Disorder, NOS and Depressive Disorder, Due To Alcohol and Drugs.  He was placed on Haldol 10 mg. p.o. b.i.d., Benadryl 25 mg. p.o. b.i.d., and Prozac 20 mg. p.o. q. am.

More recently, on 09-17-03, he was seen by yet another attending psychiatrist, where he received an AXIS I Diagnosis of Major Depression With Psychotic Features.  He continued on the same medication regimen of:  Haldol 5 mg. p.o. q. h.s., Benadryl 25 mg. p.o. q. h.s., and Prozac 20 mg. p.o. q. h.s.  On 11-24-03, he was seen by the MHS at cellside.  He seemed disoriented, was difficult to understand, and related that he was waiting for a ride to go to his Dad's funeral.  He was disheveled and exhibited poor hygiene.  After consulting with Dr. Reddy, it was determined that he should be referred to Skyview Crisis Management for evaluation and determination of his treatment needs.  Upon receipt to the Skyview Unit, he told the admitting RN that he was feeling depressed because a male voice was telling him to hurt himself or others.  Objectively, he was observed to be alert, spontaneous, and although he was oriented in general, he was unaware that the day before had been the holiday (Thanksgiving).  He seemed "somewhat" confused.  Currently, he reports difficulty sleeping, but appetite is "good."  He described his mood as "good."  He denied any current suicidal ideations or intent.  He voiced no complaints regarding side effects from his current medication regimen, but he did complain of difficulty sleeping, blurred vision, and difficulty starting to urinate.

**PERTINENT MEDICAL HISTORY:**

The patient has a history of chronic lower back pain.  He has no known drug allergies.  There is no known past history of head trauma, loss of consciousness, seizures, blackouts, or chronic headaches.

**PERTINENT PHYSICAL FINDINGS:**
**VITAL SIGNS: TEMP:** 98; **PULSE:** 130; **RESP:** 20; **BP:** 184/88.
**HT:** 70 in. **WT:** 218 lbs.
**LABORATORY INDICES/X-RAYS/OTHER PERTINENT DIAGNOSTIC STUDIES:**
CHEM 12 of 07-08-02 showed decreased glucose and elevated uric acid, decreased albumin; liver function test of 07-08-02 was within normal limits; lipid panel of 07-08-02 showed increased triglycerides, decreased HDL cholesterol and increased VLDL cholesterol; CBC with differential and platelet count of 07-08-02 showed deceased RBCs; TSH of 07-08-02 was within normal limits; T4 of 07-08-02 was decreased; T3 of 07-08-02 was within normal limits; FREE thyroxin index of 07-08-02 was decreased; PSA of 07-08-02 was within normal limits; Helicobacter pylori, IgG of 07-08-02 was positive; HIV-1-ABS of 07-02-02 was nonreactive; RPR of 07-02-02 was nonreactive.
There are no chest x-rays.  X-ray of lumbar spine of 12-16-02 was within normal limits; x-ray of right knee of 12-16-02 showed some arthritic changes; x-ray of left knee of 12-16-02 showed minimal early articular marginal spurring; EKG of 07-02-03 showed normal sinus rhythm and was considered a normal EKG.
**GENERAL DESCRIPTION:**   Well-developed, well-nourished, overweight, White male in no obvious acute physical distress.  A complete physical examination was not performed at this time, due to the locked down status of the facility.  A cursory visual examination revealed the following:
**HEENT:** EYES: no nystagmus;  NOSE: no drainage.
**SKIN:** Nonicteric.  Appears to be grossly intact.
**EXTREMITIES:**   No cyanosis, clubbing or edema.
**NEUROLOGICAL EXAMINATION:**  Cranial nerves II through XII appear to be grossly intact. SENSORY: grossly intact. MOTOR: good ROM in all extremities. CEREBELLAR:  Steady gait with no ataxia.  AIMS: negative.
**ASSESSMENT:**  Possible Abnormal Laboratory Indices, Abnormal Cardiac Panel, and Elevated Systolic Pressure.

Page 2 of 3

TEXAS DEPARTMENT OF CRIMINAL JUSTICE     SKYVIEW PSYCHIATRIC FACILITY
MENTAL HEALTH SERVICES     PSYCHIATRIC EVALUATION

OFFENDER NAME: McCOLLUM, LARRY GENE      TDCJ#: 1105538

## MENTAL STATUS EXAMINATION:

The patient was seen at cellside, due to the locked down status of the facility. He was dressed in a prison attire and was unshaven, but adequately clean. He appeared older than his stated age. He was alert, made good eye contact, and was cooperative. Psychomotor activity was calm. Speech was spontaneous, rate was within normal limits. Mood was appropriate to the situation. Affect was congruent with mood, range was reactive. No hallucinations were elicited at this time. Thought content was negative for suicidal or homicidal ideations or intent. He expressed no delusions and unusual thinking. Thought processes were coherent, logical, and goal-directed. Patient is grossly oriented X4. His remote and recent memory is grossly intact. His attention and concentration is intact. His intelligence is estimated to be in the average range. Insight and judgement are good.

## SUMMARY OF FINDINGS:

This patient presents with no prior psychiatric history, until he encountered his legal difficulties and went through the stressors of losing some family members. There is also a history of excessive alcohol use. Currently, there are no abnormalities in cognition, thought content, thought processes, nor evidence of hallucinations. There is no major mood disturbance. I believe that his sleep disturbance is most likely due to the schedule that he is receiving Prozac. It may be too activating for him to receive it at night. Although he has no history of hypertension, his cardiac panel was significantly abnormal and there is a familial history of hypertension and diabetes. Given this patient's age and family history, it is possible that he may have experienced a transient ischemia attack (TIA). This would certainly need to be ruled out. At this time, I see no evidence of suicidal ideations or intent, nor is there a recent past history to indicate that he would be at high risk for engaging in self-injurious behaviors.

## DSM-IV DIAGNOSIS:

| AXIS: | I: | 311. | Depressive Disorder, NOS. |
| | | 293.9 | R/O Mental Disorder, NOS, Due to Possible Cardiovascular Problems. |
| AXIS | II: | | Deferred. |
| AXIS | III: | | Chronic Low-Back Pain; R/O Cardiovascular Problems.  NKDA. |
| AXIS | IV: | | Problems related to interaction with the legal system: incarceration. |
| | | | Problems due to primary support group: recent death of a family member. |
| AXIS | V: | | GAF: 55. |

## RECOMMENDATIONS/INTERVENTIONS:

Prozac 20 mg. p.o. q. am and Trazodone 100 mg. p.o. q. pm X14 days, then D/C.  Discontinue Cogentin and Benadryl.  Educated patient regarding side effects, risks, and possible benefits with the use of Prozac and Trazodone.  Patient consents and agrees with the treatment plan.  I believe that this patient could benefit from the programming in the Mood Disorder Treatment Track to help him learn some coping skills, in order to better plan his future.

PROGNOSIS:  Uncertain at this time.

SIGNATURE/DATE:

_B. Meharry, MSN, RN, CS, PMH-NP_   12-5-03
    0745

B. Meharry, MSN, RN, CS/PMH-NP/Date
Transcribed: 12-04-03/1612/mlr

Plaintiffs' MSJ Appx. 1132



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**SKYVIEW PSYCHIATRIC FACILITY**
**PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

IDENTIFYING DATA:

Name: McCollum, Larry Gene
TDCJ#: 1105538
Race: White
DOB: 4-04-53
Age: 50-8
SSNO: Unknown
Admission Date: 12-01-03
Previous Skyview crisis management admissions: 3
Previous inpatient admissions: 0
Current Date: 12-02-03
Examiner: John Yarbrough, SP

REASON FOR REFERRAL:

McCollum is a recent admission to D&E from Skyview crisis management.  The purpose of this report is to assess this individual's current mental status and to provide recommendations for placement, treatment programming, and aftercare planning.  He was previously advised of the limits of confidentiality.  He provided verbal consent for this evaluation on 12-02-03.

---

CHIEF COMPLAINTS:

"I was depressed, I guess."

McCollum was admitted after reporting that he "was waiting for a ride to his father's funeral."  Hygiene was reportedly decreasing and he was reportedly disoriented.  At Skyview he stated, "I've been a little confused for a couple of months, I guess."  He stated that he was also having trouble with constipation, dry mouth, blurry vision, mild trembling in his hands, and some degree of confusion.  "I try to count the days that I have until I get out.  I get out in January of next year."

PERTINENT MENTAL HEALTH HISTORY:

McCollum arrived on Skyview crisis management on 11-25-03 from the Cole State Jail.  The admitting diagnosis was to "Rule Out Uncomplicated Dementia of the Alzheimer's Type".  He is currently prescribed Prozac 20mg hs, Benadryl 25mg hs, and Cogentin 2mg hs.

Records indicate that McCollum has a history of alcohol abuse since 1983.  He reports treatment in 1987 and has been minimally involved in AA.  He was not treated for depression, however, until about 2001 when he was first incarcerated in the county jail.  While at the McClennan County Jail, he was diagnosed with depression and

HSP-2 (Rev. 12/97)

1



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**MENTAL HEALTH SERVICES**

**SKYVIEW PSYCHIATRIC FACILITY**
**PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**                 **TDCJ#: 1105538**

prescribed Zoloft 100mg q am. He was also on HCTZ. It was noted that he weighed 307 pounds while at the McClennan County Jail.

McCollum arrived in TDCJ on 7-01-02. On 7-16-02, while at the Hutchins State Jail, he was given a Personality Assessment Inventory which was consistent with diagnoses of Alcohol Dependence and Depression. He was described as being unhappy and pessimistic. He was given a diagnosis of Depressive Disorder NOS and Alcohol Dependence. He claims that he has been losing weight, and he reports losing about 70 pounds over the past 18 months. He was first sent to Skyview crisis management on 1-10-03, and prior to the current admission, his last time at Skyview was from 1-24-03 to 1-29-03 when he was diagnosed with Recurrent Major Depressive Disorder. He had been referred not because of any overt threats of self-harm, but because staff had noted that he was giving away his property. He was seen throughout the first part of 2003 and seen less frequently from 5-09-03 to 8-18-03. On 8-18-03, while at the Cole Unit, he was referred by security with reports that he was disheveled and had been "hoarding strange objects". This behavior was not further commented upon. He was next seen on 11-24-03 and this time was referred to Skyview on the above complaints.

PERTINENT SOCIAL HISTORY:



According to this patient, he was born in Enid, Oklahoma and raised in a relatively intact family environment. He had a brother who reportedly died in February of 2002 and his father reportedly died two months later, in April of 2002. McCollum reports that he has been divorced since 1983. He has two children, a 27-year-old daughter and a 21-year-old son, who reside in Waco. Upon release from TDCJ, McCollum plans to return to the Waco area. He remains in contact with his family.

McCollum attended school through the twelfth grade and received a high school diploma. He reports that he was in advanced classes from grades nine to eleven. He is able to read and write and records indicate an overall EA score of 8.6. He has no history of military service. He worked as a warehouse forklift operator. He has been able to maintain steady employment.

Records indicate a history of alcohol abuse, which escalated after his 1983 divorce. He also reports use of cocaine and methamphetamines. He reports detox for ten days in 1987. He reports minor involvement with AA. He reported no incident of head trauma or seizure disorder. He was previously treated for hypertension and complains of chronic knee and back pain. He has not been treated for any medical conditions. He denied any food or drug allergies. He reports a family history of cardiac disease and diabetes.

This patient arrived in TDCJ on 7-01-02. He is currently serving a 20-month sentence from McLennan County for charges of theft over $1500.00. This is his first TDCJ incarceration. Although he has forfeited no good time, he has received three recent disciplinary cases for failing to obey orders, on 9-02-03, 10-09-03, and 11-07-03, respectively. He remains Line Class I with a projected release date of 1-12-2004.

2

HSP-2 (Rev. 12/97)

Plaintiffs' MSJ Appx. 1134

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**          **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**                        **PSYCHOSOCIAL  EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

MENTAL STATUS EXAMINATION:

McCollum is a 50-year-old white male who appears older than his stated age. He is of average height and overweight in build, 5'8" tall and 218 pounds. Records indicate that he has lost a significant amount of weight since his arrival in TDCJ on 7-01-02. At this time, gait and gross motor control are within normal limits. He was unshaved, but otherwise adequately groomed, dressed in a prison-issued jumpsuit. He was alert and oriented to person, place, situation, and roughly to date. He believed that this was November 25, 2003. He was aware, however, that Thanksgiving had recently passed. He is also aware that he is scheduled for release in about five weeks. Adequate eye contact was maintained.

McCollum's speech was clear, coherent, and goal-directed. No emotional distancing was noted. He is not reporting hallucinatory phenomena and he does not appear to be attending to internal stimuli. No suspiciousness was noted and no delusions were elicited. He reports no disturbance of sleep or appetite. His mood appears euthymic with a reactive affect. At present he denied any self-harm ideation.

This patient appears to be within the average range of intellectual functioning. Records indicate a Beta-3 IQ score of 92. He has an adequate fund of general information and memory functioning appears grossly intact. No distractibility was noted. Insight and judgment appear adequate.

RESULTS OF PSYCHOMETRICS:

McCollum received a score of 29 on the Brief Psychiatric Rating Scale. He presents with mild complaints of depression and a mild degree of anxiety in the absence of overt signs or symptoms of psychosis. These ratings were consistent with those of the Hamilton Rating Scale for depression and indicate a mild degree of impairment.

SUMMARY OF FINDINGS:

Records indicate a lengthy history of alcohol dependence and a history of treatment for anxiety and depression since his incarceration in late 2001. Staff currently complain of some oddities in behavior and some degree of mild confusion. McCollum complains of some confusion and disorientation as well as symptoms which may be related to his anticholinergic regimen. No recent laboratory information is available and he has been referred for further medical evaluation. In line with the current information, a continued provisional diagnosis of Depressive Disorder NOS is appropriate.

DSM-IV DIAGNOSTIC IMPRESSION:

Axis I:         311 Depressive Disorder NOS, provisional.
                Rule out 995.2 Adverse effects of medication NOS.
Axis II:        V71.09 No diagnosis on Axis II.
Axis III:       Deferred.

3

HSP-2 (Rev. 12/97)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**      **SKYVIEW PSYCHIATRIC FACILITY**
**MENTAL HEALTH SERVICES**                    **PSYCHOSOCIAL   EVALUATION**

---

**OFFENDER NAME: McCollum, Larry Gene**          **TDCJ#: 1105538**

Axis IV:       Psychosocial and environmental stressors: incarceration.
Axis V:        Current GAF = 50

RECOMMENDATIONS/INTERVENTIONS:

McCollum remains on monitoring status in D&E.  He has been referred for medication evaluation and for further medical evaluation to rule out other conditions.  Consult has been made with the treating mid-level practitioner.

SIGNATURE/DATE:

12/3/03 C 1000

Dictated By: John Yarbrough, SP      12-02-03
Transcribed:  12-03-03/0850/nj

HSP-2 (Rev. 12/97)

4

**NAME:** LAST McCollum  **FIRST** Larry

**TDCJ#:** 1105538

**UNIT:** SV  **HD** _____

**DATE ORDERED:** 12-3-03

**AGE:** 50

**SEX;** m

**HEIGHT (In Inches):** 70

**WEIGHT:** 222

**RACE:** C

**DOCTOR:** Crawford

**TECH ID#:** 59

UM: LARRY                    ID: 00 1105538      10-DEC-2003 12:25
70in  222lb       Med: None
Race: Cauc        Loc: 59 Room: 59        SINUS BRADYCARDIA WITH 1ST DEGREE AV BLOCK
Tech: 59          Vent rate      53 BPM     OTHERWISE NORMAL ECG
                  PR interval    220  ms
                  QRS duration   104  ms
                  QT/QTc      436/406   ms
s 10mm/mV  100Hz  P-R-T axes  43  68  57
10B/11D  Unconfirmed
         Referred by: CRAWFORD

aVR   V1   V4

aVL   V2   V5

aVF   V3   V6

Plaintiffs' MSJ Appx. 1137

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: MCELLER, LARRY
Patient Account: 2306856-034
Med. Rec. No: (202)01105530R
Age: 30 YRS  Sex: M  Race:
Setting Dr: MOROCCFSKY, YOGANTHA
Ordering Dr: MOROCCFSKY, YOGANTHA
Result to Physician:
Location: TDC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-6200 EXT:3804

$5.4_{10}3$

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
U T M B   R E G I O N A L - U R I N A L Y S I S
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

12/19/03  3455

| | | | | |
|---|---|---|---|---|
| COLOR | YELLOW | | | |
| APPEARANCE | | CLCLOUDY  * | | |
| SP GRAVITY | 1.025 | | | 5.5-7.0 |
| PH | 5.5 | | | NEGATIVE |
| PROTEIN | NEGATIVE | | | NEGATIVE |
| GLU D DUAL | NEGATIVE | | | NEGATIVE |
| KETONES | NEGATIVE | | | NEGATIVE |
| BILIRUBIN | NEGATIVE | | | NEGATIVE |
| BLOOD | NEGATIVE | | | NEGATIVE |
| NITRITE | NEGATIVE | | | 0-1.0 |
| UROBILIN | 0.2EU/DL | | | NEGATIVE |
| LEUK ESTER | NEGATIVE | | | |
| MICRO EXAM | DONE | | | |
| WBC/HPF | | 1-4  * | | |
| MUCOUS | MANY | | | |

DEC 2 3 2003

d:
Abnormal
IS REPORT

PRINT DATE: 12/23/03  AT 8:04
ORDER ID:

**DOCTOR'S/OFFICE COPY**
**CLINIC/UNIT COPY**

Plaintiffs' MSJ Appx. 1138

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: JEGLELA, LARRY
Patient Account: 276896-504
Med. Rec. No: 0202401955308
Sex: M Age: DOB:
Setting Dr: OROCCFSKY, SAMANTHA
Ordering Dr: OROCCFSKY, SAMANTHA
Result to Physician:
Location: TDC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

54

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
U T M B   R E G I O N A L - H E M A T O P A T H O L O G Y
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Test | Normal Results | Abnormal/Flag | Units | Reference Range |
|---|---|---|---|---|
| | 12/19/03 0455 | | | |
| WBCx10^3 | 9.6 | | /CMM | 4.5-10.5 |
| RBCx10^6 | 5.51 | | /CMM | 4.25-5.65 |
| HGB | 14.9 | | G/DL | 13.5-17.0 |
| HCT | 43.7 | | % | 37.0-50.0 |
| MCV | 86.9 | | FL | 92.0-97.0 |
| MCH | 33.0 | | PG | 27.0-33.0 |
| MCHC | 34.1 | | % | 31.0-36.2 |
| RDW | | 14.3 H | % | 11.0-14.1 |
| PLTx10^3 | 194 | | /CMM | 150-400 |
| MPV | | 12.0 H | FL | 7.3-11.2 |
| GRAN% | 53.4 | | % | 45.0-78.0 |
| LYMPH% | 37.0 | | % | 20.0-51.0 |
| MONO% | 5.4 | | % | 6.0-12.0 |
| EOS% | 3.3 | | % | 0.0-6.0 |
| BASO% | 0.5 | | % | 0.0-2.0 |
| GRAN#x10^3 | 4.6 | | /CMM | 2.1-7.4 |
| LYMPH#x10^3 | 3.2 | | /CMM | 1.3-3.4 |
| MONO#x10^3 | 0.6 | | /CMM | 0.2-0.9 |
| EOS#x10^3 | 0.2 | | /CMM | 0.0-0.4 |
| BASO#x10^3 | 0.0 | | /CMM | 0.0-0.2 |

DEC 2 3 2003

PRINT DATE: 12/22/03  TIME: 0601
OTHER ID:

Legend:
H=High

FILLED

DOCTOR'S/OFFICE COPY
CLINIC/UNIT COPY

Plaintiffs' MSJ Appx. 1139

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

atient Name: MCCOLLUM, LARRY
atient Account: 006656-004
ed. Rec. No: (882)011065280R
age: 53 YRS Sex: M Race:
Setting Dr: KOROCOFSKY, VASANTHA
ring Dr: KOROCOFSKY, VASANTHA
Result to Physician:
Location: IBC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

54

********************************************************************************
U T M B   R E G I O N A L - C H E M I S T R Y
********************************************************************************

|  | 12/19/03  0455 | | | |
|---|---|---|---|---|
| NA | 114 | | MMOL/L | 135-145 |
| K | 4.0 | | MMOL/L | 3.5-5.0 |
| CL | 107 | | MMOL/L | 98-108 |
| CO2 | 29 | | MMOL/L | 23-31 |
| AGAP | 8 | | | 2-16 |
| GLUCOSE | 95 | | MG/DL | 70-110 |
| BUN | 19 | | MG/DL | 7-23 |
| OSMOLALITY | 288 | | MOSM/L | |
| CREATININE | 0.74 | | MG/DL | 0.70-1.70 |
| BUN/CREAT | 25.7 | | | |
| CALCIUM | 8.6 | | MG/DL | 8.6-10.6 |
| PHOSPHORUS | 3.9 | | MG/DL | 2.5-5.0 |
| ALK PHOS | 94 | | U/L | 34-122 |
| AST (SGOT) | 15 | | U/L | 13-40 |
| ALT (SGPT) | 22 | | U/L | 0-51 |
| GGT | 16 | | U/L | 13-58 |
| LDH | 226 | | U/L | 100-600 |
| TOTAL BILI | 0.6 | | MG/DL | 0.1-1.1 |
| TOTAL PROT | 7.5 | | G/DL | 6.0-8.0 |
| ALBUMIN | 3.9 | | G/DL | 3.3-5.2 |
| MAGNESIUM | 1.8 | | MG/DL | 1.7-2.4 |
| TSH | 2.35 | | uIU/ML | 0.49-4.70 |

A VARIETY OF PHARMACOLOGICAL INTERFERENCES INFLUENCE SERUM TSH.


DEC 23 2003

CONTINUED

PRINT DATE: 12/23/03    TIME: 0501
OTHER ID:

PAGE: 2

**DOCTOR'S/OFFICE COPY**
**CLINIC/UNIT COPY**

Plaintiffs' MSJ Appx. 1140

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: LEESLIE, RANDY
Patient Account: 00286840-472
No. Rec. No: 0002301105533R
Age: 50 yrs Sex: M Race:
Admitting Dr: R PERRRY
Ordering Dr: R PERRRY
Att to Physician:
Location: GC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ RMF - Huntsville Tx 77320 - Telephone Number (936) 291-4200 EXT:3804

*************************************************************************************************

U T M B   G A L V E S T O N - S P E C I A L   C H E M I S T R Y

*************************************************************************************************

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|
| 12/08/03   0545 | | | | |
| FOLATE SER | | 12.5   H | NG/ML | 1.5-12.0 |
| VIT B12 | 379 | | PG/ML | 180-914 |



DEC 1 1 2003

PRINT DATE: 12/11/03   TIME:XX:XX
OTHER ID:

Legend:
H High
OF REPORT

**DOCTOR'S/OFFICE COPY**
**CLINIC/UNIT COPY**

**UTMB LABORATORIES**
**The University of Texas Medical Branch**
**Galveston, Texas 77555-0743**
**Telephone Number: (800) LAB-2266**
**UTMB/TDCJ Regional Medical Facility Laboratory**
**Estelle Unit, 264 FM 3478**
**Huntsville, Texas 77320**
**Telephone Number: (936) 291-6896 X3804**

Patient Name: COLELLA, LARRY
Patient Account: L-026024-143
Coll. Dec. Date: (202)01165538R
Age: 50 YRS Sex: M Race:
Existing Dr: MEHARRY
Ming Dr: MEHARRY
at to Physician:
Location: TDC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx. 77320 - Telephone Number (936) 291-4200 EXT:3804

**UTMB REGIONAL-CHEMISTRY**

| | 12/08/03 0545 | | | |
|---|---|---|---|---|
| NA | 174 | | MMOL/L | 135-145 |
| K | 4.1 | | MMOL/L | 3.5-5.0 |
| CL | | 109 H | MMOL/L | 98-108 |
| CO2 | 28 | | MMOL/L | 23-31 |
| AGAP | 7 | | | 2-16 |
| GLUCOSE | 91 | | MG/DL | 70-110 |
| BUN | 18 | | MG/DL | 7-23 |
| OSMOLALITY | 328 | | MOSM/L | |
| CREATININE | 0.78 | | MG/DL | 0.70-1.70 |
| BUN/CREAT | 15.7 | | | |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| PHOSPHORUS | 3.5 | | MG/DL | 2.5-5.0 |
| URIC ACID | 5.2 | | MG/DL | 3.6-8.0 |
| ALK PHOS | 73 | | U/L | 34-122 |
| AST (SGOT) | 15 | | U/L | 15-40 |
| ALT (SGPT) | 16 | | U/L | 2-51 |
| GGT | 14 | | U/L | 13-58 |
| LDH | 329 | | U/L | 230-600 |
| TOTAL BILI | 0.4 | | MG/DL | 0.1-1.1 |
| TOTAL PROT | 6.9 | | G/DL | 6.0-8.3 |
| ALBUMIN | 3.5 | | G/DL | 3.2-5.2 |
| MAGNESIUM | 1.8 | | MG/DL | 1.7-2.4 |
| TSH | 0.59 | | uIU/ML | 0.49-4.70 |

A VARIETY OF PHARMACOLOGICAL INTERFERENCES INFLUENCE SERUM TSH.



PRINT DATE: 12/10/03   ORDER ID:

Legend:
High
OF EFFORT



**DOCTOR'S/OFFICE COPY**
**CLINIC/UNIT COPY**

# UTMB LABORATORIES
**The University of Texas Medical Branch**
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: ...........
Patient Account: ...........
Med. Rec. No: ...........
Age: ...  Sex: M  Race:
Emitting Dr: MCHENRY
Ring Dr: MCHENRY
... to Physician:
Location: TCC-SKYVIEW UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

*10 3*

*SV 3*

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4280 EXT:3804

««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««
U T M B   R E G I O N A L - H E M A T O P A T H O L O G Y
««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««««

|  |  |  |  |  |
|---|---|---|---|---|
| 12/08/03   0545 | | | | |
| WBCx10^3 | 6.6 | | /CMM | 4.5-10.5 |
| RBCx10^6 | 4.85 | | /CMM | 4.25-5.65 |
| HGB | 13.9 | | G/DL | 13.5-17.0 |
| HCT | 41.1 | | % | 37.0-50.0 |
| MCV | 96.7 | | FL | 82.0-97.0 |
| MCH | 32.7 | | PG | 27.0-33.0 |
| MCHC | 33.8 | | % | 31.0-36.2 |
| RDW | | 14.7   H | % | 11.0-14.1 |
| PLTx10^3 | 167 | | /CMM | 150-400 |
| MPV | | 11.6   H | FL | 7.8-11.2 |
| GRAN% | 43.3 | | % | 35.0-79.0 |
| LYMPH% | 42.4 | | % | 20.0-51.0 |
| MONO% | 9.3 | | % | 4.0-12.0 |
| EOS% | 4.7 | | % | 0.0-6.0 |
| BASO% | 0.3 | | % | 0.0-2.0 |
| GRAN#x10^3 | 3.3 | | /CMM | 2.1-7.4 |
| LYMPH#x10^3 | 2.8 | | /CMM | 1.3-4.4 |
| MONO#x10^3 | 0.4 | | /CMM | 0.2-0.9 |
| EOS#x10^3 | 0.1 | | /CMM | 0.0-0.4 |
| BASO#x10^3 | 0.0 | | /CMM | 0.0-0.2 |

Legend:
H = High

CONTINUED



DEC 1 0 2003
RECEIVED

PRINT ...: 12/09/03 ...:02
OTHER ID:                    ...GE:  1

**DOCTOR'S/OFFICE COPY**
**CLINIC/UNIT COPY**

Plaintiffs' MSJ Appx. 1143

MHS 8-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

CONSENT FOR MENTAL HEALTH SERVICES

Patient name McCollum, Larry          TDCJ # 1105538          Facility Skyview

1.  I, The undersigned authorize Dr./Ms./Mr. Jennings and his/her designated
    assistants to administer (treatment/assessment) group and/or individual therapy
    to me and continue such treatment as medically necessary.

2.  I understand that this treatment/assessment consists of (full description of treatment):
    individual and/or group therapy as outlined on treatment plan

3.  I understand that the benefits of treatment/assessment include gaining knowledge about mental
    illness and medications, increase insight and coping skills.

4.  I also understand that the treatment/assessment involves certain risks and complications, the most common of which are
    (describe risks):
    limits of confidentiality (group setting, chart notes) Emotional nature
    of therapy. Demotion in function level if group refused

5.  The alternative methods of treatment/assessment have been explained to me; I understand that they include (describe
    alternatives):
    individual therapy only, or discharge to UOA if
    non-compliant with treatment

Limits of confidentiality have been explained to me.  No guarantees or assurances have been given by anyone as to the results
that may be obtained.

Lary McCollum               [signature]  Larry McCollum        12-16-03
PRINTED NAME OF PATIENT              PATIENT SIGNATURE              DATE

K. Jennings, MA, SP         K. Jennings, MA, SP                  12-16-03
PRINTED NAME OF MENTAL HEALTH PROVIDER     PROVIDER SIGNATURE        DATE

MHS B-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

<u>CONSENT FOR MENTAL HEALTH SERVICES</u>

Patient name _McCollum, Larry Gene_   TDCJ # _1105538_   Facility _Skyview_

1.  I, _Larry McCollum_ authorize ~~Mrs.~~ (Mr.) _Charles Junkin LPC_ and his/her designated

    assistants to administer (*treatment/assessment*) _individual and group psychotherapy_
    to me and continue such treatment as medically necessary.

2.  I understand that this treatment/assessment consists of (*full description of treatment*):

    _Counseling, psychoeducational groups, and/or psychotherapy_

3.  I understand that the benefits of treatment/assessment include _reduction of symptoms_ .

4.  I also understand that the treatment/assessment involves certain risks and complications, the most common of which are (*describe risks*):

    _no change in symptoms and violation of confidentiality by group mem_

5.  The alternative methods of treatment/assessment have been explained to me; I understand that they include (*describe alternatives*):

    _return to unit of assignment for outpatient treatment_

Limits of confidentiality have been explained to me.  No guarantees or assurances have been given by anyone as to the results that may be obtained.

_Larry Gene McCollum_        _Larry McCollum_        _12.15.2003_
PRINTED NAME OF PATIENT        PATIENT SIGNATURE        DATE

_Charles Junkin MA LPC SP_        _Charles Junkin MA LPC SP_        _12.15.2003_
PRINTED NAME OF MENTAL HEALTH PROVIDER        PROVIDER SIGNATURE        DATE

MHS B-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

## CONSENT FOR MENTAL HEALTH SERVICES

*103*

Patient name *McCollum, Larry*      TDCJ # *1105538*      Facility *SV*

1. I, *(undersigned)* authorize Dr./Ms.(Mr.) *J. Tedder* and (his)her designated assistants to administer (*treatment/assessment*) *Individual or Group Therapy* to me and continue such treatment as medically necessary.

2. I understand that this treatment/assessment consists of (*full description of treatment*): *Increased adaptive functioning & coping skills.*

3. I understand that the benefits of treatment/assessment include *Decreased anxiety.*

4. I also understand that the treatment/assessment involves certain risks and complications, the most common of which are (*describe risks*): *Potential breach of confidentiality.*

5. The alternative methods of treatment/assessment have been explained to me; I understand that they include (*describe alternatives*): *Other appropriate groups.*

Limits of confidentiality have been explained to me. No guarantees or assurances have been given by anyone as to the results that may be obtained.

*Larry McCollum*
PRINTED NAME OF PATIENT

*Larry D McCollum 12-15-03*
PATIENT SIGNATURE

*12-15-03*
DATE

*J. Tedder, MHL*
PRINTED NAME OF MENTAL HEALTH PROVIDER

*J Tedder*
PROVIDER SIGNATURE

*12-15-03*
DATE

*103*

MHS B-1 Attachment B

University of Texas Medical Branch
Correctional Managed Care
MENTAL HEALTH SERVICES

### CONSENT FOR MENTAL HEALTH SERVICES

Patient name **McCollum, Larry**   TDCJ # **1105538**   Facility **SKYVIEW**

1. I, **the undersigned** authorize Ms, **M. SLEDGE** and his/her designated

    assistants to administer (*treatment/assessment*) **individual and/or group psychotherapy**
    to me and continue such treatment as medically necessary.

2. I understand that this treatment/assessment consists of (*full description of treatment*):

    **Group and individual psychotherapy per my Individual Treatment Plan (ITP)**

3. I understand that the benefits of treatment/assessment include **increased stability & knowledge of MH illness**

4. I also understand that the treatment/assessment involves certain risks and complications, the most common of which are (*describe risks*):

    **Possible lack of confidentiality in a group setting**

5. The alternative methods of treatment/assessment have been explained to me; I understand that they include (*describe alternatives*):

    **Individual psychotherapy only and/or possible discharge to outpatient care**

Limits of confidentiality have been explained to me.  No guarantees or assurances have been given by anyone as to the results that may be obtained.

**Larry McCollum**
PRINTED NAME OF PATIENT     PATIENT SIGNATURE     DATE 12-15-03

**MIKI SLEDGE, BA, MHT.**
PRINTED NAME OF MENTAL HEALTH PROVIDER     PROVIDER SIGNATURE     DATE 12/15/03

UNIVERSITY OF TEXAS MEDICAL BRANCH-CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES

## VOLUNTARY APPROVAL OF ADMISSION TO AN INPATIENT MENTAL HEALTH FACILITY

I, _Michael McCollum_ (patient name) voluntarily approve of my admission to a mental health inpatient facility within the Texas Department of Criminal Justice.

I understand that giving my consent to be admitted to the mental health facility does not imply that I am consenting to any specific treatment(s).

_verbally consents_
Patient Signature

1105538
TDCJ #

12-3-83
Date

☒  Patient consents to admission but is unable to sign

_(signature)_ LSPMH-11
Witness

☐  Patient refuses to sign

_____
Witness

☐  Patient is currently incapable of making an informed decision

_____
Witness