UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 59

From: Jeff Edwards    Fax: (888) 325-9877    To: +18667245995    Fax: +18667245995    Page 4 of 6  6/7/2013 6:39

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEPHEN McCOLLUM, STEPHANIE          §
KINGREY, and SANDRA McCOLLUM,        §
individually and as heirs at law to the Estate of   §
LARRY GENE McCOLLUM,                 §
                    PLAINTIFFS        §
                                     §
v.                                   §    CIVIL ACTION NO. 3:12-CV-2037-L
                                     §
BRAD LIVINGSTON, JEFF PRINGLE, and   §
TEXAS DEPARTMENT OF CRIMINAL         §
JUSTICE,                             §
                    DEFENDANTS       §

## AFFIDAVIT FOR AUTHENTICATION OF MEDICAL RECORDS

RECORDS PERTAINING TO:     **Larry McCollum; DOB: 04/04/1953**

RECORDS REQUESTED:     ANY & ALL MEDICAL RECORDS, including but not limited to,
history & physical, diagnoses, prognoses, any and all radiological
reports, consultations, operative reports, office records, clinic records,
therapy records, E.R. records, progress notes, narratives, discharge
summary, notes (including handwritten notes by doctors or other staff
member), tests, test results, rehabilitation records, memoranda and
correspondence pertaining to:

Before me, the undersigned authority, personally appeared **ELLA ROMANO**, who
being by me duly sworn, deposed as follows:

"My name is **ELLA ROMANO**, I am over 18 years of age, of sound mind,
capable of making this affidavit, and personally acquainted with the facts herein stated.

I am the custodian of records, and as such, I am the custodian of the records of **Hutchins Fire
Department - EMS.**

The records attached to this affidavit, consisting of **5** pages **0** films were made and
kept by **Hutchins Fire Department - EMS** in the regular course of business. It was in the regular course
of that business, for an employee, or representative, with knowledge of the acts, events, conditions,
opinions, or diagnoses recorded to make the record or to transmit information thereof to be included in such
record; and the record was made at or near the time or reasonably soon thereafter. The records attached
hereto are exact duplicates of the originals."

AFFIANT (Custodian of Records)

Sworn to and subscribed before me this **18** day of **JUNE**, 2013.

My commission expires: **5/15/15**

Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Marisol Bridgemohan
Commission # EE094079
Expires:  MAY 15, 2015
BONDED THRU ATLANTIC BONDING CO., INC



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 1 of 5

## Trip Information

| Incident#: | Date | Station | Responding Unit |
|---|---|---|---|
| 11-573 | 07-22-2011 | Station 1 | Medic 701 |

### Branch

| Dispatched As | Found To Be | Patient Disposition |
|---|---|---|
| Convulsions/Seizure | Convulsions/Seizure | Transport and treatment |

### Department Directive

| Dispatched | Enroute | Amb On Loc | Pt Contact | Depart Loc | Arrive Hosp | In Service |
|---|---|---|---|---|---|---|
| 03:05 | 03:09 | 03:12 | 03:23 | 03:36 | 03:54 | 04:21 |

| Pickup | Destination |
|---|---|
| Hutchins State Jail<br>1101 E. Langdon<br>HUTCHINS, TX 75141 | Parkland Hospital East ER<br>5201 Harry Hines<br>DALLAS, TX 75235 |

| Response To Scene | | Response From Scene | Lights & Sirens |
|---|---|---|---|
| Map Page | | Miles Transported | 15.00 |
| County | DALLAS | County | DALLAS |
| | | Number of Patients Transported | 1 |

## Patient Information

| Patient Name | TDCJ # | Gender | Ethnicity |
|---|---|---|---|
| McCollum, Larry | 1721640 | Male | |

| Patient Residence | Date of Birth | DL |
|---|---|---|
| 1101 E. Langdon<br>HUTCHINS TX 75141 | 01-01-1900<br>(111 YO) | TEXAS |

| Phone (H) | Phone (W) | Height | Weight | SSN |
|---|---|---|---|---|
| | | 6' 0" | 400.00 lbs | |

## Patient Information

| Allergies | Unknown |
|---|---|
| Medications | Unknown |
| History | Unknown |
| Chief Complaint | Convulsions/Seizure |

## Cardiac

| Cardiac Arrest | Etiology | Resuscitation Attempt |
|---|---|---|
| No | | |

## Initial Patient Assessment

### An ALS Assessment was Performed and Warranted

| LOC | BP | SpO2 | ETCO2 |
|---|---|---|---|
| AAOx1 | 136/108 | 80% RA | |

| Breath Sounds Upper | Breath Sounds Lower | | Resp Rate | Pulses |
|---|---|---|---|---|
| Left: Clear<br>Right: Clear | Left: Clear<br>Right: Clear | | 14 | Left: Radial<br>Right: Radial |

| Pulse Rate | Pupils | Capillary Refill | | |
|---|---|---|---|---|
| 127 | Left: PERRL<br>Right: PERRL | Instant | | |

| Skin Color | Skin Moisture | Skin Temp | Skin Appearance | |
|---|---|---|---|---|
| Pale | Wet | Hot | | |

| Blood Glucose | | | | |
|---|---|---|---|---|
| 200 mg/dL | | | | |

## Glasgow Coma Score

| GCS Total | Eye Opening | Verbal Response | Motor Response | RTS |
|---|---|---|---|---|
| 8 | | | | 10 |

Electronically Signed

Harvill, William P (EMT-P)    Pressler, Terry D (EMT-P)
Crew #1                       Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 2 of 5

## Sequence Chart

| Date | Time | Event | By | Description |
|---|---|---|---|---|
| 07-22-2011 | 03:05 | Dispatched | | |
| 07-22-2011 | 03:09 | Enroute | | |
| 07-22-2011 | 03:12 | On Location | | |
| 07-22-2011 | 03:23 | Patient Contact | | |
| 07-22-2011 | 03:25 | Other Event | | Moved patient out of cell |
| 07-22-2011 | 03:30 | Vitals | TDP | BP 138/108, Pulse 127, Respirations 12, SPO2 80% on RA taken by Pressler, Terry D. |
| 07-22-2011 | 03:31 | Oxygen | WPH | 15.00 LPM per on Scene medical direction. The Patient's condition was . |
| 07-22-2011 | 03:33 | Vitals | WPH | BP 134/106, Pulse 124, Respirations 12, SPO2 96% on O2 taken by Harvill, William P. |
| 07-22-2011 | 03:33 | Blood Sugar Level | TDP | Blood Sugar monitoring was performed by Pressler, Terry D and found to be 200 mg/dL. |
| 07-22-2011 | 03:33 | Other Event | WPH | Temp 106 Degree F |
| 07-22-2011 | 03:34 | EKG | WPH | Sinus Tachycardia. |
| 07-22-2011 | 03:35 | IV/IO | TDP | A 18g was attempted by Pressler, Terry D without success. Blood was not drawn. |
| 07-22-2011 | 03:36 | Departed Location | | |
| 07-22-2011 | 03:37 | Cold Pack | WPH | Neck and under arms |
| 07-22-2011 | 03:40 | Report Called | WPH | Report Called to RN via Phone. |
| 07-22-2011 | 03:54 | Arrived Destination | | |
| 07-22-2011 | 03:54 | Assessment | WPH | Patient never changed condition |
| 07-22-2011 | 03:54 | Vitals | WPH | BP 134/106, Pulse 122, Respirations 12, SPO2 97% on O2 taken by Harvill, William P. |
| 07-22-2011 | 04:21 | In Service | | |

## Patient Assessment at Destination

| LOC AAOx1 | BP 132/106 | SpO2 97% O2 | ETCO2 | |
|---|---|---|---|---|
| **Breath Sounds Upper** Left: Clear Right: Clear | **Breath Sounds Lower** Left: Clear Right: Clear | | **Resp Rate** 12 | **Pulses** Left: Radial Right: Radial |
| **Pulse Rate** 122 | **Pupils** Left: Fixed,Dilated Right: Fixed,Dilated | **Capillary Refill** 1-2 seconds | | |
| **Skin Color** Pale | **Skin Moisture** Moist | **Skin Temp** Hot | **Skin Appearance** | |
| **Blood Glucose** 200 mg/dL | | | | |

Electronically Signed

Harvill, William P (EMT-P)     Pressler, Terry D (EMT-P)
Crew #1                             Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE
RECORD**

6778032 (wpharvill)
Page 3 of 5

## Narrative

**Subjective:**
Medic 701 dispatched to convulsions/seizure call and found male patient complaining of Convulsions/Seizure. Bystander states loss of consciousness. Bystander witnessed seizure activity.

**Objective:**
Patient offered no communication. Upon EMS arrival, patient was lying supine. Patient had an irregular gait. Patient was unconscious.

Systemic Information - Assessment
Skin: Hot Wet
Head / Neck: Temp 106 degree F
Chest: Clear
Abdomen: Soft
Extremities: FULL ROM
Head/Face: Normal
Neck: Normal
Heart: Normal
Abdomen Left Upper: Normal
Abdomen Left Lower: Normal
Abdomen Right Upper: Normal
Abdomen Right Lower: Normal
GU Assessment: Normal
Back Cervical: Normal
Back Thoracic: Normal
Back Lumbar/Sacral: Normal
Extremities-Right Upper: Normal
Extremities-Right Lower: Normal
Extremities-Left Upper: Normal
Extremities-Left Lower: Normal

General: AAOx1, Initial BP 136/108, Pulse 127, Respirations 14 and snoring
Monitors: SPO2 80% RA

**Assessment:**

**Plan:**
Male patient found complaining of Convulsions/Seizure postictal. Initial assessment as indicated. Pulse rate was 127. Respirations were 14 and snoring. Initial blood pressure was 136/108. Initial SpO2 was 80% RA. Patient contact made at time indicated above. Oxygen was applied at 15 LPM via Re-breather mask. The patient's condition Improved. Blood Sugar monitoring was performed by Pressler, Terry D (EMT-P) and found to be 200 mg/dL. An EKG was performed by Harvill, William P (EMT-P). The patient's rhythm was Sinus Tachycardia in lead II. A 18g Ante cubital-Left IV was attempted by Pressler, Terry D (EMT-P) without success. Cold pack applied to Neck and under arms. A patient report was called in to the receiving facility. An additional assessment was performed, as indicated. Patient was transported lights & sirens to Parkland Hospital East ER and released to staff. Upon transfer of patient care to ED staff, the patient's symptoms remained unchanged.

Electronically Signed

Harvill, William P (EMT-P)     Pressler, Terry D (EMT-P)
Crew #1                        Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011

Plaintiffs' MSJ Appx. 1153



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 4 of 5

## Image 1/1

### Assignment of Benefits/HIPAA Acknowledgement Form

I understand that I am financially responsible for the services provided to me by City of Hutchins. I request that payment of authorized Medicare, Medicaid, or other insurance benefits be made on my behalf to City of Hutchins for any services provided to me by City of Hutchins now or in the future. I agree to immediately remit to City of Hutchins any payments that I receive directly from any source whatsoever for the services provided to me now or in the future. I assign all rights and/or benefits to such payments to City of Hutchins for compensation of services provided to me now or in the future.

I authorize and direct any holder of medical information or documentation about me to release such information to the Centers for Medicare and Medicaid Services and its carriers and agents, and/or City of Hutchins and its billing agents, and/or any other payers or insurers, as may be necessary to determine these benefits or other benefits payable for services provided to me by.

☑ Yes, I acknowledge that I have received a copy of City of Hutchins Notice of Privacy Practices.

A copy of this form is as valid as the original.

### Patient Release of Responsibility

_____ (Patient's initials) I have been informed of the reason the emergency medical personnel feel that I should go to the emergency center for further evaluation.

_____ (Patient's initials) I have been informed of the evaluation and/or treatment that may/will occur at the emergency center.

_____ (Patient's initials) I have been informed of the consequences and/or complications that may result due to my refusal to go to the emergency center for further evaluation.

*Initial one of the following:*

_____ I, the undersigned, have been advised that emergency medical treatment on my/the patient's behalf is necessary, and that refusal of recommended treatment and transport to an emergency center may result in death, or imperil my/the patient's health by increasing the opportunity for morbidity. Nevertheless, and understanding all of the above, I refuse to accept further emergency medical treatment and/or transportation to an emergency center, assume all risks and consequences resulting from my decision and release Provider Name and its member(s) from any and all liability which may occur from my decision not to accept their recommendation.

_____ I accept transport only and refuse all treatment and/or specific treatments which they may render. I have been advised of the possible consequences that may result from the decision not to accept further treatment, and release City of Hutchins and its member(s) from any and all liability that may occur. (Note treatment refused in narrative.)

*As a competent adult, I fully understand all of the above, and I am capable of making a rational decision on my behalf.*

Witness: _____  Date: _____

| EMS Assessment |
|---|
| ___ Patient was AAO x 3 |
| ___ Patient denied ETOH or drug use |
| ___ Patient denied suicidal/homicidal ideation |
| Crew Signature: _____ |

---

**Electronically Signed**

Harvill, William P (EMT-P)          Pressler, Terry D (EMT-P)
Crew #1                                      Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011



**City of Hutchins**
321 North Main St.
HUTCHINS, TX 75141
972-225-3311

**AMBULANCE RECORD**

6778032 (wpharvill)
Page 5 of 5

| Signatures | |
|---|---|
| | Patient Representative<br>In Custody<br>Law Enforcement |

| Signatures | |
|---|---|
| | Facility Representative |

Electronically Signed

Harvill, William P (EMT-P)    Pressler, Terry D (EMT-P)
Crew #1                      Crew #2

Patient Name: McCollum, Larry | Incident Date: 07-22-2011

Plaintiffs' MSJ Appx. 1155

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 60

Patient Name: McCollum, Larry Gene (MRN: 4493765)
**PARKLAND HEALTH & HOSPITAL SYSTEM ADMISSION/REGISTRATION FACESHEET**

---

**Admit/Appt Department: NINE NORTH MEDICAL ICU**          MRN #: 4493765
**Admit Dx/Chief Complaint:**                              HAR #: 609275275

**Malignant Hyperthemia,Shock**                           CSN #: 328148327
Patient Notice:                    Advance Directive: No
Admit Date: 7/22/2011              Discharge Date: 7/29/2011    Privacy Notice: Acknowledgement

---

**ISO/INFECTION INFO**
**Isolation:**                                             Attend: 041809 (Terada, Lance S.)
**Infection:**                                             PCP:

---

**PATIENT INFORMATION**                                   DOB: 4/4/1953 (58 yrs)
MCCOLLUM,LARRY GENE                                       Marital Status: Single

4022 E Harris 9
Waco                                                     Sex: Male
Dallas TX 76705

                                                         Race: White
**County: DALLAS**
Home Phone: 972-225-1304 (Temp)        No relevant phone numbers on file.

Alias: RHO,W

---

**EMERGENCY NOTIFICATION**
Extended Emergency Contact Information

Emergency Contact #1
Name: CRANE,JERAMI
Address: 4724 E SIDE AVE
Home Phone Number: 214-824-9852
Work Phone Number: 214-000-0000
Relation: Friend

Emergency Contact #2
Name: MCCOLLUM,TERRY
Address: 116 W CARNES
Home Phone Number: 254-662-3741
Relation: Brother

---

**GUARANTOR INFORMATION**                                Financial Class: Charity
MCCOLLUM,LARRY GENE                                      Relationship: Self

1500 E Langdon Rd                                        Sex: Male
Dallas, TX 75241
Work Phone:

---

**PRIMARY INSURANCE**                                    Subscriber: MCCOLLUM,LARRY GENE
**FEDERAL/OTHER INMAT***                                 Relationship: Self
301 University Blvd                                      Cvg Group #:

Galveston, TX 77550-1008                                 Subscriber #: 1721640
Phone: 409-747-2645

---

**SECONDARY INSURANCE**                                  Subscriber:
                                                         Relationship:
                                                         Cvg Group #:
                                                         Subscriber #:
Phone:

---

**EMPLOYER INFORMATION**
Employer:
No address on file.
**PRINT DATE:** 9/12/2011                                                        A20

Plaintiffs' MSJ Appx. 1157                                    000160

Patient Name: McCollum, Larry Gene (MRN:  4493765)

## Hospital Encounter Summary Report

**Parkland Health & Hospital System**
**5201 Harry Hines Blvd**
**Dallas, Texas  75235**
**214-590-8000**

| Room/Bed | Name | MRN | Admit Date | Att Prov | HAR | DOB | Age | Sex |
|---|---|---|---|---|---|---|---|---|
| 911-1 | McCollum, Larry Gene | 4493765 | 7/22/11 | Lance S. Terada, MD | 6092752 75 | 4/4/1953 | 58 year old | M |

### Admission Information - Hospital Account/Patient Record

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 07/22/2011 0400 | Admit Date/Time: | 07/22/2011 0400 | IP Adm. Date/Time: | 07/22/2011 0706 |
| Admission Type: | Emergent | Admission Source: | Police/prisoner | Admit Category: | Emergency |
| Means of Arrival: | Ambulance | Primary Service: | Medicine | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Phhs Service Area | Unit: | Nine N Medical Icu |
| Admit Provider: | Chet Schrader, MD | Attending Provider: | Lance S. Terada, MD | Referring Provider: | None |

### Isolation

No Isolation

### Admission Diagnoses

Malignant Hyperthemia,Shock

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/29/2011 0233 | Expired | Expired | None | Nine N Medical Icu |

### Treatment Team

| Provider | Role | From | To |
|---|---|---|---|
| Chet Schrader, MD | Admitting Provider | N/A | 07/22/11 0400 |
| Chet Schrader, MD | Attending Provider | 07/22/11 0424 | 07/22/11 0834 |
| Lance S. Terada, MD | Attending Provider | 07/22/11 0716 | N/A |
| Jonathan Martin Hopkins, DO | Resident | 07/22/11 0422 | 07/22/11 0723 |
| Pulmonary Micu Iii Team | Pulmonary/MICU III Team | 07/22/11 0716 | N/A |
| Joseph Young, DO | Resident | 07/22/11 0723 | N/A |
| Craig M Davis, MS IV | Medical Student | 07/25/11 0823 | N/A |

**Allergies as of 7/29/2011**  Date Reviewed: **3/6/2007**  Reviewed By: **Thresiamma Kurian**

No Known Allergies

### Problem List as of 7/29/2011  **Never Reviewed**

| | Noted - Resolved   Last Modified |
|---|---|
| **Malignant hyperthemia** | 7/22/2011 - Present 7/29/2011 Entered by Kevin Ross Davidson, MD |
| **Shock** | 7/22/2011 - Present 7/29/2011 Entered by Kevin Ross Davidson, MD |
| **Acute renal failure** | 7/22/2011 - Present 7/29/2011 Entered by Kevin Ross Davidson, MD |
| **Rhabdomyolysis** | 7/22/2011 - Present 7/29/2011 Entered by Kevin Ross Davidson, MD |

### ED Arrival Information

Plaintiffs' MSJ Appx. 1158                          000161

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**ED Arrival Information (continued)**

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type | Arrival Complaint |
|---|---|---|---|---|---|---|---|
| - | 7/22/2011  4:00 AM | ESI Level 2 | Ambulance | EMS | Medicine | Emergent | Seizure |

**Chief Complaint**

None

**Diagnoses**

| Diagnosis | User | Time | Action |
|---|---|---|---|
| Malignant hyperthemia [995.86S] | Kevin Ross Davidson, MD | Fri Jul 22, 2011  7:02 AM | Add |
| Shock [785.50G] | Kevin Ross Davidson, MD | Fri Jul 22, 2011  7:02 AM | Add |
| Status post PICC central line placement [V45.89AR] | Lisa Sue Thornton, RN | Mon Jul 25, 2011 10:47 AM | Add |
| Malignant hyperthermia [995.86] | Sylvia Choice | Mon Jul 25, 2011  2:57 PM | Add |

**Discharge Medication List as of 7/29/11 02:36 AM**

CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| acetaminophen 325 mg tablet | Take 325 mg by mouth every 4 hours as needed., Historical Med |

Class: Historical Med

**Home Medications**

| | Active? | Last Dose | Informant | Start Date | End Date | Provider | LT |
|---|---|---|---|---|---|---|---|
| **AVEENO SHOWER & BATH EX** | | | | 03/06/07 | -- | Jennifer L. Lakowsky-Brueckner, FNP | |
| otc as directed | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |
| **BENADRYL 25 MG OR CAPS** | | | | -- | -- | Provider Na | |
| continue as instructed | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |
| **ETODOLAC 400 MG OR TABS** | | | | 08/05/06 | -- | Bradley M. Richards, PA-C | |
| bid prn | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |
| **LASIX 20 MG OR TABS** | | | | 08/05/06 | -- | Bradley M. Richards, PA-C | |
| bid | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |
| **POTASSIUM CHLORIDE CR 10 MEQ OR TBCR** | | | | 08/05/06 | -- | Bradley M. Richards, PA-C | |
| 1 tab daily | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |
| acetaminophen 325 mg tablet | | Unknown | | -- | -- | Provider Na | |
| Take 325 mg by mouth every 4 hours as needed. | | | | | | | |
| Associated Diagnoses: -- | | | | | | | |

Mon Sep 12, 2011  4:08 PM

Page 3

Patient Name: McCollum, Larry Gene (MRN:  4493765)

Plaintiffs' MSJ Appx. 1160

000163

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes

### ED Notes signed by Rachael Marie Doak, RN at 07/22/11 0408

| Author: | Rachael Marie Doak, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0408 | Note Time: 07/22/11 0401 | | | |

Pt here via EMS from jail for seizures. Pt febrile. Pt was found by prisoners to be having seizures when EMS arrived pt was noted to be having seizures for unknown length of time.  Placed on cardiac monitor with cont pulse ox MD Hopkins and MD Schrader at bedside.


Electronically Signed by Rachael Marie Doak, RN at 07/22/11 0408

### ED Notes signed by Rachael Marie Doak, RN at 07/22/11 0409

| Author: | Rachael Marie Doak, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0409 | Note Time: 07/22/11 0408 | | | |

Ice bags placed on axilla, RSI to bedside. Per MD Schrader no reaction to sternal rub.


Electronically Signed by Rachael Marie Doak, RN at 07/22/11 0409

### ED Notes signed by Rachael Marie Doak, RN at 07/22/11 0409

| Author: | Rachael Marie Doak, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0409 | Note Time: 07/22/11 0409 | | | |

RT to bedside for RSI. Cardiac monitor on with cont pulse ox.


Electronically Signed by Rachael Marie Doak, RN at 07/22/11 0409

### ED Notes signed by Rachael Marie Doak, RN at 07/22/11 0411

| Author: | Rachael Marie Doak, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0411 | Note Time: 07/22/11 0410 | | | |

Per report from EMS pt had seizure and fell off of his bunk at jail.


Electronically Signed by Rachael Marie Doak, RN at 07/22/11 0411

### ED Notes signed by Rachael Marie Doak, RN at 07/22/11 0411

| Author: | Rachael Marie Doak, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0411 | Note Time: 07/22/11 0411 | | | |

RT at bedside for intubation, RT bagging pt at this time.


Electronically Signed by Rachael Marie Doak, RN at 07/22/11 0411

### ED Provider Notes signed by Chet Schrader, MD at 07/22/11 0440

| Author: | Chet Schrader, MD | Service: | (none) | Author Type: | Attending |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0440 | Note Time: 07/22/11 0425 | | | |


No chief complaint on file.


**HPI Comments:** 58 yo M with unknown PMHx p/w ?seizure while in processing at jail.  Per inmate witnesses, +seizure activity ~1 hour PTA.  EMS states took ~1 hour to get into patient and since patient has been completely unresponsive with agonal respirations.  No known trauma.  Unknown pmhx or circumstances during event.

Mon Sep 12, 2011  4:08 PM                                                      Page  5

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

The history is provided by the EMS personnel and the police. The history is limited by the condition of the patient.

No current facility-administered medications on file.

No current outpatient prescriptions on file.

Allergies not on file

No past medical history on file.

**History**
Substance Use Topics

- Smoking status:           Not on file
- Smokeless tobacco:        Not on file
- Alcohol Use:              Not on file

Review of Systems
Unable to perform ROS: intubated

BP 117/81 | Pulse 122 | Temp(Src) 41.1 °C (106 °F) (Tympanic) | Resp 18 | SpO2 95%

Physical Exam
Nursing note and vitals reviewed.
Constitutional: He appears toxic. He appears ill.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Right pupil is reactive. Left pupil is reactive.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Tachycardia present.  Exam reveals distant heart sounds.
          **Diminished heart sounds**
Pulmonary/Chest: He is in respiratory distress (**agonal respirations**). He has rhonchi in the right upper field, the right middle field, the right lower field, the left upper field, the left middle field and the left lower field.
Abdominal: Soft. He exhibits distension. No tenderness.
          **Morbidly obese**
Musculoskeletal: He exhibits no edema.
Neurological: He is unresponsive. GCS eye subscore is 1. GCS verbal subscore is 1. GCS motor subscore is 1.
          **Negative dolls, no corneal reflex, no gag, no tone to extremities with stimulation/pain.**

Initial ED Plan of Care:
58 yo M presents unresponsive -- unknown etiology; will r/o sepsis, ACS, ICH; intubated for airway protection

Electronically Signed by Chet Schrader, MD at 07/22/11 0440

Mon Sep 12, 2011  4:08 PM                                              Page  6

Patient Name: McCollum, Larry Gene (MRN:  4493765)

## All Notes (continued)

### ED Notes signed by Chet Schrader, MD at 07/22/11 0441

| Author: | Chet Schrader, MD | Service: | (none) | Author Type: | Attending |
|---------|-------------------|----------|--------|--------------|-----------|
| Filed: | 07/22/11 0441 | Note Time: 07/22/11 0440 | | | |

See H&P

Electronically Signed by Chet Schrader, MD at 07/22/11 0441

### ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0512

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---------|-----------------------------|----------|--------|--------------|------------------|
| Filed: | 07/22/11 0512 | Note Time: 07/22/11 0506 | | | |

0447 Pt pressure continues to decrease to low SBP 50s. Dopamine started on 20mcg/min per Dr. Hopkins order.
0453 Pt SBP increase to 80s.
0457 Pt taken to CT scan with RT and RN on continuous cardiac monitor. With emergency equipment.
0505 Central line kit at pt bedside. Preparing for insertion. Pt is now tachycardiac from 150-200. BP increase to 90/48.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0512

### ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0514

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---------|-----------------------------|----------|--------|--------------|------------------|
| Filed: | 07/22/11 0514 | Note Time: 07/22/11 0513 | | | |

Dopamine decrease to 10mcg/min per Dr. Schraeder order.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0514

### Progress Notes signed by Abelardo Alfonso Martinez-Rumayor, MD at 07/22/11 0523

| Author: | Abelardo Alfonso Martinez-Rumayor, MD | Service: | Internal Medicine | Author Type: | Fellow |
|---------|----------------------------------------|----------|-------------------|--------------|--------|
| Filed: | 07/22/11 0523 | Note Time: 07/22/11 0513 | | | |
| Related Notes: | Cosigned by: Tayo A. Addo, MD filed at 08/12/11 1355 | | | | |

Interventional Cardiology Note

Evaluated patient after STEMI cath lab activation called by ED. He is a 58M without currently known medical history, incarcerated who about 1hr prior to presentation was noted to have seizure-like activity and syncope in jail, he was brought in to the PMH ED by ambulance, on arrival he was noted to be unresponsive, agonal breathing, weak pulses with significant hypotension and sinus tachycardia to 120's, he was also noted to be hyperthermic with a temp of 41-43 C while in-house. An EKG was noted to have diffuse ST depressions 2mm V2-V6 and D1,D2 with ST elevation 1mm in AVR. Cath lab was activated while patient sent for stat Head CT, preliminary read is negative for IC bleed but has evidence of diffuse ischemia. He was started on peripheral IV dopamine and is currently undergoing CVL access with plans for hypothermia protocol.
Based on current clinical presentation it is unclear what the initial insult was that caused this patient's initial syncope, his EKG is also more suggestive of diffuse hypoperfusion rather than acute coronary syndrome. After discussion with interventional attending we believe the best course of action is to continue the medical management and work up for the patient to elucidate the etiology of his initial insult, extent of CNS involvement and cause of hyperthermia, therefore cath lab has been deactivated for the moment.

Please call with questions, CCU team in ED evaluating patient as well.
Pager 822-3001

Electronically Signed by Abelardo Alfonso Martinez-Rumayor, MD at 07/22/11 0523

Plaintiffs' MSJ Appx. 1163                                    000166

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0545**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0545 | Note Time: | 07/22/11 0544 | | |

Pt SBP increase to 170s. BP recheck, SBP is 160s. Dopamine decrease to 5mcg/min.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0545

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0546**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0546 | Note Time: | 07/22/11 0545 | | |

Dr. Hopkins attempt to obtain arterial line with ultrasound on right wrist.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0546

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0612**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0612 | Note Time: | 07/22/11 0611 | | |

DR. Hopkins Attempting LP. Unsuccessful attempts x2.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0612

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0625**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0625 | Note Time: | 07/22/11 0624 | | |

Pt SBP continues to drop to low 60s. Dr. Hopkins notified. Pharmacy called for levophed. Femoral arterialline to pt bedside.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0625

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0640**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0640 | Note Time: | 07/22/11 0638 | | |

Attempting to obtain femoral arterial access x2 Levophed infusing. 3rd NS bolus infusing with pressure bag.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0640

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0700**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0700 | Note Time: | 07/22/11 0659 | | |

Unsuccessful attempt of femoral arterial line.MICU team at pt bedside.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0700

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0712**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0712 | Note Time: | 07/22/11 0515 | | |
| Related Notes: | Original Note by: Rachel Elizabeth Ledger, RN filed at 07/22/11 0527 | | | | |

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1164                    000167

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Unsuccessful attempt at arterial line insertion.
0517 Dr. Hopkins at pt bedside to insert central femoral line. Time out complete. PT HR slightly decrease, BP increase.
Ice packs on pt.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0712

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0715**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0715 | Note Time: 07/22/11 0645 | | | |

120cc of ice water gastric lavage. OG clamped.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0715

**ED Notes signed by Rachel Elizabeth Ledger, RN at 07/22/11 0716**

| Author: | Rachel Elizabeth Ledger, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0716 | Note Time: 07/22/11 0411 | | | |
| Related Notes: | Original Note by: Rachael Marie Doak, RN filed at 07/22/11 0415 | | | | |

0411 20mg etomidate given by Maury RN.
0412 100mg of succinylcholine given by Maury RN.
0413 MD Hopkins attempting intubation. RT at pt bedside. Visualization of chords.
Pt intubated. Positive color change on end Co2. Bilateral breathsounds.
ETT 8.0 24cm at the teeth. Pt being currently bagged. CXR ordered.

Electronically Signed by Rachel Elizabeth Ledger, RN at 07/22/11 0716

**Progress Notes signed by Kevin Ross Davidson, MD at 07/22/11 0813**

| Author: | Kevin Ross Davidson, MD | Service: | Pulmonary Diseases | Author Type: | PGY 3 |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0813 | Note Time: 07/22/11 0727 | | | |
| Related Notes: | Original Note by: Kevin Ross Davidson, MD filed at 07/22/11 0738 | | | | |

Brief MICU Note:

Middle aged man presented in early AM hours after reported seizure like activity. Pt initially profoundly hypertensive ~200/150, was intubated for decreasing responsiveness in ER. Has been febrile to 43° (109.4°F). Pt subsequently decompensated and has become hypotensive. Now on dopamine 15 and levophed 40. Admit to MICU for shock, malignant hyperthermia. Possible NMS. Differential also includes heat stroke, bacterial meningitis, serotonin syndrome, thyrotoxicosis, profound sepsis. I have spoken with Dr Pennant, anesthesiology regarding concern from MH. He advises rapid dantrolene administration. We will place rectal thermometer and rapidly cool

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/22/11 0813

**H&P signed by Kevin Ross Davidson, MD at 07/22/11 0908**

| Author: | Kevin Ross Davidson, MD | Service: | Pulmonary Diseases | Author Type: | PGY 3 |
|---|---|---|---|---|---|
| Filed: | 07/22/11 0908 | Note Time: 07/22/11 0818 | | | |
| Related Notes: | Cosigned by: Lance S. Terada, MD filed at 07/25/11 0744 | | | | |

MICU Team III History & Physical:

CC:                          S/p seizure at prison

Mon Sep 12, 2011 4:08 PM                                                    Page 9

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

Reason for ICU admission:        Unresponsiveness, intubated, malignant hyperthermia

HPI:      58 year-old Caucasian male presented from prison after being witnessed to have a seizure while in common area. There are no details to the patient's clinical course leading up to his seizure and he has no known history of epilepsy.  He reportedly has been in this prison for only 4 days and was recently at another jail facility.  His jail is a non-air conditioned facility.  His seizure occurred ~0300 hours and he was brought to Parkland by EMS.  He was noted to be markedly febrile to 43° and with decreased responsiveness.  In the ER he was initially hypertensive ~200/150, he had no gag, cough, or grimace and was completely unresponsive.  The decision was made to intubate and he was given etomidate and succinylcholine.  He was intubated without diffculty and a right femoral TL and right radial arterial line were both placed. His blood pressure decompensated and he was started on dopamine and levophed at high levels.  Attempts were made to cool him with ice water NG lavage and packing his groin and axillae with ice packs.

ROS:         Unable to obtain, patient unresponsive and intubated

PMH:         Hypertension: managed on hydrochlorothiazide
             Major depression
             Diabetes mellitus (per correctional facility intake form)
             Arthritis

Allergies:   Unknown

Medications: HCTZ 25mg daily
             Previously on 0.1mg clonidine PRN

Family History: Family history of unspecified cancer, diabetes, heart disease, HTN,
Social History: Incarcerated in prison for uncertain offense.  No known history of drug or alcohol abuse.

Physical Exam:
VS:          T 43° (109.4°) | HR 116 | RR 20 vent | BP 198/146 --> 76/51 | SpO2: 95% | Wt: 150kg (330lbs)
GEN:         Obese caucasian male, intubated, supine with ice packs in grion and armpits, unresponsive
HEENT:       Supple neck, no meningismus, unresponsive pupils,
CARDIAC:     Distant, unable to auscultate any heart sounds, unable to appreciate JVP
CHEST:       Intubated, clear in apices
ABD:         Obese, soft, unable to assess for HSM
GU:          Normal appearing genitalia, no evident loss of bowel or bladder function.
NEURO:       Unresponsive, fixed equal pupils, unrespsonsive to light, no rigidity
EXT:         No rigidity, no pedal edema, +onychomycosis
SKIN:        Cool, dry

Labs:

| | | |
|---|---|---|
| NA | 130* | 7/22/2011 |
| K | 3.4* | 7/22/2011 |
| CL | 93* | 7/22/2011 |
| CO2 | 20* | 7/22/2011 |
| ANIONGAP | 17* | 7/22/2011 |
| BUN | 39* | 7/22/2011 |
| CREATININE | 2.69* | 7/22/2011 |
| GLUCOSE | 167 | 7/22/2011 |
| | | |
| WBC | 7.56 | 7/22/2011 |
| HGB | 14.3 | 7/22/2011 |
| HCT | 41.8 | 7/22/2011 |
| MCV | 93.1 | 7/22/2011 |
| MCH | 31.8 | 7/22/2011 |
| PLT | 136* | 7/22/2011 |
| | | |
| AST | 71* | 7/22/2011 |
| ALT | 33 | 7/22/2011 |

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1166                                    000169

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

| | | |
|---|---|---|
| ALKPHOS | 40 | 7/22/2011 |
| BILITOTAL | 0.5 | 7/22/2011 |
| LIPASE | 65* | 7/22/2011 |
| ALB | 3.4* | 7/22/2011 |

Imaging:
     CXR          Intubated, cardiomegaly, blurred cardiomediastinal silhouette, no effusion on right, no apparent infiltrates
     CT Head:     No acute findings, no bleed or apparent mass lesion

EKG:    Global ST depressions, TWI.  Sinus tachycardia at 120.  Borderline QRS at 102.  QTc 452
TTE:    Pending

Problem List:
   1.   Malignant hyperthermia
   2.   Rhabdomyolysis
   3.   Acute renal failure
   4.   Global ST depressions
   5.   Unwitnessed seizure

Assessment & Plan:
     58 yo M presenting from prison after report of generalized seizure.  On presentation, the patient has profound hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness.  The etiology of his shock and fever is unknown.  His differential diagnosis includes heat stroke, profound sepsis, NMS, status epilepticus, serotonin syndrome, hypothalamic CVA, bacterial meningitis or thyrotoxicosis.  He is empirically covered for sepsis and bacterial meningitis with ceftriaxone and vancomycin.  He has no apparent seizure activity but we will plan for EEG to eval for subclinical seizures.  We will give empiric cyproheptadine and dantrolene for concern of NMS/serotonin syndrome.  Aggressive control of fever with ice water lavages and ice packing.

Malignant hyperthermia:
     +Cooling blanket, ice water NG lavage, ice packs, foley lavage
     +Monitor rectal probe
     +Consider for Alsius cooling cordis if unable to cool
     +Dantrolene 250mg IV x1, cryptoheptaine 12mg PO

Shock:
     +Supportive hemodynamics, ordered additional 4L LR bolus, continue levophed
     +Consider empiric steroids for hypotension unresponsive to fluids and pressors
     +Echocardiogram given global ST depressions
     +Asa 325mg given global ST depressions and concern for ACS risk factors

Neurologic status:
     +Check NSE within 24 hours
     +EEG to evaluate for subclinical seizures
     +All sedation held, monitoring for improvement in neuro status

Rhabdomyolysis:
     +Aggressive IVF, supportive hemodynamics

Prophylaxis:  PPI, SCD's, hold
Code Status: Full code

Davidson x4099

Mon Sep 12, 2011  4:08 PM                                                                          Page 11

Plaintiffs' MSJ Appx. 1167                            000170

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

Electronically Signed by Kevin Ross Davidson, MD at 07/22/11 0908

**Progress Notes signed by Ross Prater at 07/22/11 1026**

| Author: | Ross Prater | Service: | (none) | Author Type: | Pastoral Care |
|---------|-------------|----------|--------|--------------|---------------|
| Filed: | 07/22/11 1026 | Note Time: | 07/22/11 1026 | | |

**Spiritual Care Note**

**Patient's Name:** W Rho
**MRN:** 4493765

Focus of Care: Patient


Faith Community: Unknown
Who Initiated Visit: Chaplain
Date Referral Received:
Time Received:
Length of Contact:
Response Category: Routine

Reason For Visit: Initial Rountine Visit;Length of Stay

Assessment: Hope Challenges;Patient/Family Unavailable for Care (pt intubated)



**Plan of Care:**

A.
    Refer to:
    Or
    Discharge Refer to:
    Date:                    Time:

B. Interventions: Sacraments/Ritual;Prayer



**Electronically signed by:**
ROSS PRATER
7/22/2011 1026



Electronically Signed by Ross Prater at 07/22/11 1026

**Procedures signed by Marilyn L Sigman at 07/22/11 1149**

| Author: | Marilyn L Sigman | Service: | (none) | Author Type: | Neurodiagnostic Technologist |
|---------|------------------|----------|--------|--------------|------------------------------|
| Filed: | 07/22/11 1149 | Note Time: | 07/22/11 1149 | | |

Procedure Orders:
  1. EEG [118170989] ordered by Kevin Ross Davidson, MD at 07/22/11 0917
The EEG procedure has been completed and the results will be available within 24 hours.  Inpatient results will be faxed
to the patient's inpatient unit. Outpatient results will be faxed to the referring MD/clinic. Please call the Neurophysiology
department at 214-590-8334 for additional information.

Mon Sep 12, 2011  4:08 PM                                                          Page 12

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Electronically Signed by Marilyn L Sigman at 07/22/11 1149

**H&P signed by Lance S. Terada, MD at 07/22/11 1529**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Lance S. Terada, MD | Service: | Internal Medicine | Author Type: | Attending |
| Filed: | 07/22/11 1529 | Note Time: 07/22/11 1513 | | | |
| Related Notes: | Original Note by: Lance S. Terada, MD filed at 07/22/11 1528 | | | | |

Pulmonary Attending
I reviewed and examined Mr Rho with Dr. Davidson and I concur with the findings and plans recorded. 58 yo WF admitted from jail with hx of having been tx from one jail to a local cell 4 d ago.  Cell is not air conditioned, large area shared by >200 inmates.  He apparently had a sz, and was brought here and found to have temp 43C, hypertensive syst 200, and unresponsive.  Only known med was HCTZ.  Intubated, packed on ice, and tx to MICU.
PH HTN, depression.
SH incarcerated.
Exam MAP 70 on NE 38 ug/min.  now unresponsive, pupils 2 mm sluggish, +OC reflex, neck supple.  Core temp down to 38.3C now.  Hands and feet are cool and dry.  Lungs clear, heart reg and distant.  abd very obese, soft.  CXR no clear infiltrates.
Labs reviewed, AKI, rhabdo, gap acidosis, early DIC.

1. Hyperthermia.  Unclear etiology.  By exam, c/w heat stroke with cool clamped extremities (not on ice).  He has been incarcerated, but if meds were accessed, could be c/w NMS or serotonin syndrome, though rhabdo and extreme hyperthermia more consistent with former.  He has a modest amount of diarrhea now but not previously.  Doubt malignant hyperthermia, as sux was given after arrival.  No evidence for endocrinopathy or CNS cause.  Will tx supportively with volume infusion, pressors as needed, ventilatory support, and external cooling as needed.  Cont cyproheptidine x 24 h, d/c dantrolene for now.  Also no evidence for CTD.  Will check smear for evidence of TTP, though doubt.
2. AKI, likely dehydration, possibly ATN from prolonged hypoperfusion.
3. Rhabdo.  IVF.
4. Abn mental status as above.
5. Hemodynamic shock.  Likely 2/2 hyperthermia, will pan cx and cover with antibx for possible sepsis.
6. Seizure.  Likely also 2/2 hyperthermia, EEG r/o akinetic status.

Lance Terada, MD


Electronically Signed by Lance S. Terada, MD at 07/22/11 1529

**Progress Notes signed by Barbara E. McElroy at 07/22/11 1651**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Barbara E. McElroy | Service: | (none) | Author Type: | Pastoral Care |
| Filed: | 07/22/11 1651 | Note Time: 07/22/11 1649 | | | |

**Spiritual Care Note**

**Patient's Name:** W Rho
**MRN:** 4493765

Focus of Care: Both wife and daughter were at Pt's bedside. Wife of about 1 year provided information regarding address, etc.


Faith Community: Baptist
Who Initiated Visit: Nurse
Date Referral Received:07/22/11
Time Received:15:30
Length of Contact:20 min
Response Category: Urgent

Reason For Visit: Family Care

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1169                    000172

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Assessment: Sharing Spiritual Journey

Goals: Experience Supportive Presence;Feels Connected with Holy;Facilitate Open Communication in the Family

**Plan of Care:**

A.  Visit at least once each 24 hours

B. Interventions: Supportive Dialogue/Empathic Listening;Prayer;Empathic Listening;Explored Family Resources/ Spiritual Resources

**Electronically signed by:**
BARBARA E. MCELROY
7/22/2011 1649

Electronically Signed by Barbara E. McElroy at 07/22/11 1651

**Nurses Notes signed by Marian Ballena Raygon, RN at 07/22/11 1953**

| Author: | Marian Ballena Raygon, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/22/11 1953 | Note Time: 07/22/11 1850 | | | |
| Related Notes: | Original Note by: Marian Ballena Raygon, RN filed at 07/22/11 1857 | | | | |

July 22, 2011, 1850
0805 report received from er rn (kelly d).
0840 pt arrived to unit, c levo and dopamine gtt on (dopamine gtt expired but per md davidson: ok to cont c dopamine gtt as previously ordered for now), situated in rm. Introduced self to pt, explained rn activities and poc. Pt assessment completed, please see all areas of pt documentation. All LDAs will be assessed q4h, complete documentation done on initial assessment, afterwards will document changes only. Pt on ventilator (ett), no eye opening, very weak withdraw from pain via bue, no other movement noted in all extremities, uta orientation/strenght/motor.
0900 poc initiated.
0928 md davidson at bs asssessing pt
0942 md davidson and md raghavan at bs roundind, assessing pt
1300 md davidson notified of urine output <30ml x2hr (LR boluses ordered per md davidson), also notified of unable to withdraw gastric lavage volume (max ~30ml out) (per md davidson: ok to cont c gastric lavages)
1630 md jarvie at bs shown of small amount of grv (coffee-ground like), also notified of urine output remaining inadequate, no new orders received, Will cont to monitor pt and document changes.
July 22, 2011, 1953
1922 Report given to oncoming rn (claudia f). Mar/kardex/labs/orders reviewed.

Electronically Signed by Marian Ballena Raygon, RN at 07/22/11 1953

**Nurses Notes signed by Claudia S. Flores-Lopez, RN at 07/23/11 0712**

| Author: | Claudia S. Flores-Lopez, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/23/11 0712 | Note Time: 07/22/11 1919 | | | |
| Related Notes: | Original Note by: Claudia S. Flores-Lopez, RN filed at 07/23/11 0630 | | | | |

July 22, 2011, 1919
Reprot received from off goingn nurse, labs, mar, and kardex reviewed, assuming care of pt.
July 22, 2011, 2005
Safety check and full assessment completed as per ICU standards. Pt is not sedated, doesn't follow commands, withraws

Plaintiffs' MSJ Appx. 1170
000173

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

to pain. ETT in place & vented on AC mode. Currently on bicarbonate, vasopressin and levophed gtt, nurse titrating as per dr's orders to keep map >65. Unable to obtain NIBP, physicians aware. hx of hyperthermia, colling blanket in place, performing gastric lavages as ordered to maintain temp<38. No s/s of distress, SOB or pain noted via alverno scale ( alverno used, pt non responsive). Turned, POC reviewed, no changes made at this time. Family at the bedside, questions and concerns addressed appropriately. See flow sheet for more details. Will continue to monitor.
July 22, 2011, 2300
Dr. Davidson 54774 at the bedside, updated on pt status, labs reviewed, orders to increase Na bicarbonate gtt rate to 150cc/hr.Ca chloride to be ordered. Vasopressin stopped, levophed currently @1mcg/min, titrating as per physician orders.
July 23, 2011, 0018
0000-Full assessment completed as per ICU standards. Not febrile, cooling blanket off. Small dose of levophed. Pt withdraws to pain. No s/s of distress, SOB or pain via alverno scale. Turned, see flow sheet will continue to monitor.
July 23, 2011, 0200
Pt with closed eyes, no s/s of distress noted, turned, hands opened and positioned to maintain normal position.
July 23, 2011, 0330
Dr. Davidson 54755 at the bedside, updated on pt status. No orders at this moment, will get labs.
July 23, 2011, 0400
Pt completely reassessed as per Flow sheet, currently on Na bicarbonate @150cc/hr, no vasopressors required, pupils are more reactive, withraws to pain, doe snot follow commands. Temperature within normal range, no cooling blanket required. No s/s of distress, pain or SOB noted via alverno scale. See flow sheet for more details. Will continue to monitor.
July 23, 2011, 0629
0615 waiting for platelets to be sent, lab called. Order in process.
July 23, 2011, 0712
Report given to upcoming nurse, labs, mar and kardex reviewed, RN assuming care of pt.


Electronically Signed by Claudia S. Flores-Lopez, RN at 07/23/11 0712

**Progress Notes signed by Carlos E. Girod, MD at 07/23/11 1000**

| Author: | Carlos E. Girod, MD | Service: | Pulmonary Diseases | Author Type: | Attending |
|---------|---------------------|----------|---------------------|--------------|-----------|
| Filed: | 07/23/11 1000 | Note Time: | 07/23/11 0849 | | |


**MICU ATTENDING FOLLOW-UP AND CRITICAL CARE NOTE:**
**Admit Date: 7/22/2011.**
I have seen and examined Mr. Larry Gene McCollum with Dr. Davidson and reviewed the note dated 7/23/2011.  I concur with the history, physical exam, data, and assessment/plan as summarized.   I have been at bedside coordinating care, reviewing imaging, and examining hemodynamics for this critically-ill patient for a total **Critical Care Time of 38 minutes**.

58 year-old man with witnessed seizure in jail who was brought in with marked fevers to 43° C felt to be environmental exposure. Cell is an non-airconditioned jail cell.  He presented comatose on arrival and was intubated and cooled internally and externally.  Developed MSOF and severe hyptension.

Overnight events are significant for now off pressors with improved temperature.  He has MSOF with shock liver and renal failure.   Decreased UOP less than 30 cc/hr last hour.

To my examination, Tm Temp (24hrs), Avg:37.1 °C (98.8 °F), Min:32.8 °C (91 °F), Max:39.4 °C (102.9 °F).  RR 20. 92/55. Off levophed.  Overbreathing vent.  Acutely ill.  On no sedation.  Some response to noxious stimuli.  Lungs reveal diminished at bases. Heart RRR.   Distant HS.

The CXR reveals CMG, LVH.  No infilatretates.

Intake/Output Summary (Last 24 hours) at 07/23/11 0850
Last data filed at 07/23/11 0800

| | Gross per 24 hour |
|--------|-------------------|
| Intake | 12255.7 ml |
| Output | 1556 ml |

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1171                                    000174

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

| Net | 10699.7 ml |
|-----|------------|

Labs were reviewed and are significant for:
 Lab Results: Vent Mode: Assist Control / FIO2 (%): 40 % /  Vent rate (bpm): 26 bpm / Tidal Volume
(mL): 600 mL / Vent PEEP (cm /H2O): 5 cm H20
PIP: 27  /

| Component | Value | Date |
|-----------|-------|------|
| PHART | 7.39 | 7/23/2011 |
| PCO2ART | 18* | 7/23/2011 |
| PO2ART | 208* | 7/23/2011 |
| HCO3ART | 11* | 7/23/2011 |
| BEART | -12.8* | 7/23/2011 |
| O2SATART | 100* | 7/23/2011 |

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|
| BUN | 45* | 7/23/2011 |
| CREATININE | 4.29* <--- 4.13  <-- 2.69 | 7/23/2011 |

Na+ 123

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|
| WBC | 5.82 | 7/23/2011 |
| HCT | 35.1* | 7/23/2011 |
| PLT | 9* | 7/23/2011 |

AST 1400
CPK 17,000

**CK, TOTAL (Units/L)**

| Date | Value |
|------|-------|
| 7/23/2011 | 24331* |
| 7/22/2011 | 17247* |
| 7/22/2011 | 11787* |

**CK MB (ng/mL)**

| Date | Value |
|------|-------|
| 7/23/2011 | 88* |
| 7/22/2011 | 60* |
| 7/22/2011 | 4 |

**Troponin T (ng/mL)**

| Date | Value |
|------|-------|
| 7/23/2011 | 0.27* |
| 7/22/2011 | 0.28* |
| 7/22/2011 | 0.27* |

## Assessment and Plan:

I have discussed management with Dr. Davidson.  Mr. Larry Gene McCollum remains in the MICU with critical illness due to marked hyperthermia either due to environmental exposure vs neuroleptic malignant hyperthermia vs serotonin syndrome vs central fever.  Head CT scan read as normal without lesions.  He has MSOF with severe rhabdomyolysis, shock liver, and ARF.  His neuro status is poor with concern for a stroke vs metabolic encephalopathy vs an anoxic injury (at jail passed out).  Will consult Neurology. EEG yesterday was negative for status (non-convulsive).  We are treating empirically with IV Abx, HCO3 gtt for rhabdomyolysis, and IV NAC for acute liver failure.  He has severe DIC. Will discuss with renal service.  Main issue is poor mental status with guarded neurological prognosis.  Continue hyperventilation.  Prognosis is poor.  Continue support.

**Carlos E. Girod, M.D.**
**MICU Attending**

Mon Sep 12, 2011  4:08 PM                                                          Page 16

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

Electronically Signed by Carlos E. Girod, MD at 07/23/11 1000

**Progress Notes signed by Martin Mbugua at 07/23/11 1801**

| Author: | Martin Mbugua | Service: | (none) | Author Type: | Pastoral Care |
|---------|---------------|----------|--------|--------------|---------------|
| Filed: | 07/23/11 1801 | Note Time: | 07/23/11 1800 | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Patient


Faith Community: Baptist
Who Initiated Visit: Chaplain

Length of Contact: 5 min
Response Category: Urgent

Reason For Visit: Follow Up

Assessment: Relationship with Holy;Religious/Spiritual Support

Goals: Experience Supportive Presence;Feels Connected with Holy

**Plan of Care:**


B. Interventions: Prayer


**Electronically signed by:**
Martin Mbugua
7/23/2011 1800


Electronically Signed by Martin Mbugua at 07/23/11 1801

**Nurses Notes signed by Marian Ballena Raygon, RN at 07/23/11 1925**

| Author: | Marian Ballena Raygon, RN | Service: | (none) | Author Type: | Registered Nurse |
|---------|---------------------------|----------|--------|--------------|------------------|
| Filed: | 07/23/11 1925 | Note Time: | 07/23/11 0825 | | |
| Related Notes: | Original Note by: Marian Ballena Raygon, RN filed at 07/23/11 1859 | | | | |

July 23, 2011, 0825
0752 Poc reviewed, no changes made at this time. Introduced self to pt, explained rn activities and poc. Pt assessment completed, please see all areas of pt documentation. All LDAs will be assessed q4h, complete documentation done on initial assessment, afterwards will document changes only. Pt on ventilator (ett), no eye opening, no follow, weak withdraw to pain via bue, noted no movement in ble, uta orientation/strenght/motor. PLT transfusion pending dt no blood consent available, md davidson aware and working on getting the consent.
July 23, 2011, 0910
Per md davidson: no sbt for today dt abnormal abg and need for bicarb gtt.

Mon Sep 12, 2011  4:08 PM                                                        Page 17

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

July 23, 2011, 1051
1047 md davidson at bs, notified of urine output remaining <30mls/hr (per md davidson: cont to monitor urine output), levo at 1mcg, temp 37.1, current lab results reviewed (no new orders received)
July 23, 2011, 1858
1800 pt transported to ct scan for ct of brain w/o contrast via bed, c rt and rn and bicarb and mucomyst gtt.
1830 pt back from CT, pt tolerated ct well, Will cont to monitor pt and document changes.
July 23, 2011, 1925
Report given to oncoming rn (megan r). Mar/kardex/labs/orders reviewed.


Electronically Signed by Marian Ballena Raygon, RN at 07/23/11 1925

Plaintiffs' MSJ Appx. 1174                         000177

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes

### Nurses Notes signed by Megan Kristine Ruedebusch, RN at 07/24/11 0714

| | | | | | |
|---|---|---|---|---|---|
| Author: | Megan Kristine Ruedebusch, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 07/24/11 0714 | Note Time: | 07/23/11 1945 | | |
| Related Notes: | Original Note by: Megan Kristine Ruedebusch, RN filed at 07/24/11 0432 | | | | |

July 23, 2011, 1945
1910 Report received from offgoing RN Marion. MAR and MD orders reviewed in Epic.
1930 Safety check completed.
July 23, 2011, 2033
2000 Initial assessment completed. See ICU flowsheet and ICU assess for assessment details.
July 23, 2011, 2053
2046 Labs drawn and sent.
July 24, 2011, 0028
7/23/11 2240 MD Bachim aware of pt lab results. No new orders received at this time.
7/24/11 0015 Pt reassessed. No acute changes from previous assessment.
July 24, 2011, 0327
0315 Labs drawn and sent.
July 24, 2011, 0431
0410 Pt reassessed. See ICU flowsheet and ICU assess for acute changes. Pt bathed; linens changed. Tolerated well; no acute events. MD Bachim aware of pt lab results. New orders received.
July 24, 2011, 0713
Report given to oncoming RN Marion. MAR and MD orders reviewed in Epic.

Electronically Signed by Megan Kristine Ruedebusch, RN at 07/24/11 0714

### Progress Notes signed by Carlos E. Girod, MD at 07/24/11 1419

| | | | | | |
|---|---|---|---|---|---|
| Author: | Carlos E. Girod, MD | Service: | Pulmonary Diseases | Author Type: | Attending |
| Filed: | 07/24/11 1419 | Note Time: | 07/24/11 0845 | | |
| Related Notes: | Original Note by: Kevin Ross Davidson, MD filed at 07/24/11 1142 | | | | |

MICU / Pulmonary Team III Daily Note:

24 hour events: Remains off of or on minimal pressors, tube feedings started, minimal neurologic responses.  Had head Ct which shows bilateral low densities in basal ganglia and internal capsules.  Guards remain at bedside

| | | |
|---|---|---|
| Hospital Day: | 3 | |
| Drips: | Levophed | HELD |
| | Bicarbonate @ 100cc/hr | |
| | | |
| Lines: | Rt fem TL | 7/22 |
| | Rt radial A-line | 7/22 |
| Antibiotics: | Ceftriaxone | D/c'd today after 2 days |
| | Vancomycin | D/c'd today after 2 days |
| | | |
| AC: | Vt 550 / f 16 / 40% / +5 | |
| | 7.51 / 23 / 176 / 18 / 100% (before vent changes) | |

VS: Tm 38.1° | HR 70-80 | RR 20 | BP 70-80 | SpO2: 100% | Wt: 159.5kg
I/O: +6.5 L | -1 L | Net: +5.5L
Chest: Course bilateral breath sounds, diminished at bases, no wheezes
Cardiac: Distant, unable to appreciate
Abd: Obese, soft, +foley/rectal tube
Neuro: Withdraws from some noxious stimuli with limited movement, otherwise overbreathes vent but no additional purposeful movement.  Has late gag response.
Ext: Mottling of legs slightly improved from yesterday, no palpable feet pulses.

Mon Sep 12, 2011  4:08 PM                                                        Page 19

Patient Name: McCollum, Larry Gene (MRN:  4493765)

## All Notes (continued)

Medicines:
- insulin regular sliding scale 1-7 Units       1-7 Units     Q6H
- hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution    1 Drop     PRN
- sodium chloride 0.9% infusion                         CONTINUOUS
- acetaminophen (TYLENOL) oral solution   DOSE: 650 mg     650 mg     Q4HR PRN
- norepinephrine (LEVOPHED) 32 mg in D5W 250 mL     5-200 mcg/min     TITRATE
- hydrocortisone sodium succinate (SOLUCORTEF) injection      DOSE: 50 mg     50 mg     Q6H
- sterile water 1,000 mL with sodium bicarbonate 150 mEq infusion               CONTINUOUS
- pantoprazole (PROTONIX) injection    DOSE: 40 mg     40 mg     Q24HR

Labs:

| | | |
|---|---|---|
| NA | 128* | 7/24/2011 |
| K | 3.2* | 7/24/2011 |
| CL | 88* | 7/24/2011 |
| CO2 | 20* | 7/24/2011 |
| ANIONGAP | 20* | 7/24/2011 |
| BUN | 59* | 7/24/2011 |
| CREATININE | 5.21* | 7/24/2011 |
| GLUCOSE | 225* | 7/24/2011 |
| | | |
| WBC | 6.78 | 7/24/2011 |
| HGB | 10.9* | 7/24/2011 |
| HCT | 30.2* | 7/24/2011 |
| MCV | 86.5 | 7/24/2011 |
| PLT | 25* | 7/24/2011 |

Imaging:

     CXR    P

     CT Head: Bilateral low densities within the basal ganglia and internal capsules. The differential diagnosis includes hypoxic ischemia, osmotic demyelination syndrome, or toxicity.

TTE:    LV function appears reduced, RA/RV both at least moderately dilated, decr RV function.  Paradoxic septal motion. No regurgitation seen, no effusion.

Problem List:
1. Multi-organ dysfunction (ARF, shock liver, neurologic impairment)
2. Unresponsiveness
3. Acute renal failure
4. Rhabdomyolysis
5. Unwitnessed seizure

Assessment & Plan:

     58 yo M presenting from prison after report of generalized seizure. On presentation, the patient had profound hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness. The etiology of his shock and fever remain uncertain.  In the last 24 hours he is no longer requiring pressors.  He is normothermic and no longer requiring cooling methods.  His neurologic recovery remains guarded

Resolving shock:
     +Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
     +Tapering empiric steroids which were added per Annane study
     +Supportive care, levophed for recurrent hypotension, avoid boluses

Unresponsiveness:
     +NSE pending, slight improvement in neuro function
     +All sedation held, monitoring for improvement in neuro status
     +EEG was neg for subclinical status

Malignant hyperthermia: Resolved and normothermic, monitoring closely.  No longer on dantrolene or cyproheptadine
Rhabdomyolysis:  Bicarbonate GTT
ATN:  Supporting hemodynamics awaiting recovery
Prophylaxis: PPI, SCD's, hold

Mon Sep 12, 2011  4:08 PM                              Page 20

Plaintiffs' MSJ Appx. 1176            000179

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Code Status: Full code

Davidson x4099

**MICU ATTENDING FOLLOW-UP NOTE:**
**Admit Date: 7/22/2011.**
I have seen and examined Mr. Larry Gene McCollum with Dr. Davidson and reviewed the note dated 7/24/2011. I concur with the history, physical exam, data, and assessment/plan as summarized. Overnight events are significant for increased neurological activity. He is moving feet with some purpose. Opens eyes to sternal rub. Off dantrolene. Still with MSOF and critically-ill. He has some asynchrony with ventilator.

To my examination, Tm Temp (24hrs), Avg:37.3 °C (99.2 °F), Min:37.1 °C (98.8 °F), Max:37.7 °C (99.9 °F). GA: Morbidly obese. Intubated. Moves sponmtaneously right > left side. Lungs reveal clear BS anteriorly. Heart RRR. The CXR reveals pending.

Intake/Output Summary (Last 24 hours) at 07/24/11 1414
Last data filed at 07/24/11 1400

|  | Gross per 24 hour |
|---|---|
| Intake | 6474 ml |
| Output | 1529 ml |
| **Net** | 4945 ml |

Labs were reviewed and are significant for:
Lab Results

| Component | Value | Date |
|---|---|---|
| PHART | 7.52* | 7/24/2011 |
| PCO2ART | 24* | 7/24/2011 |
| PO2ART | 233* | 7/24/2011 |
| HCO3ART | 19* | 7/24/2011 |
| BEART | -2.0 | 7/24/2011 |
| O2SATART | 100* | 7/24/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|
| BUN | 59* | 7/24/2011 |
| CREATININE | 5.33* | 7/24/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 7.78 | 7/24/2011 |
| HCT | 31.5* | 7/24/2011 |
| PLT | 21* | 7/24/2011 |

**Assessment and Plan:**
I have discussed management with Dr. Davidson. Mr. Larry Gene McCollum remains in the MICU with critical illness due to hyperthermia due to environmental exposure vs malignant hyperthermia. He has a persistent neurological deficit off sedation but he is showing some improvement in spontaneous movement. CT repeat with LDA in the basal ganglia and internal capsule. His neurological prognosis is guarded. Will consult neurology if no improvement. His shock liver is stable with INR 1.7 and reduced AST. He has severe rhabdomyolysis and the CK is now 18,000. His pH is quite alkalotic and will switch from HCO3 drip to NSS. He has RV dysfunction and would avoid overload. UOP 40-50 cc/hr. He has MSOF. On IV NAC for liver injury. Continue aggressive support.

**Carlos E. Girod, M.D.**
**MICU Attending**

Mon Sep 12, 2011  4:08 PM                                              Page 21

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

Electronically Signed by Carlos E. Girod, MD at 07/24/11 1419

**Nurses Notes signed by Marian Ballena Raygon, RN at 07/24/11 1641**

| Author: | Marian Ballena Raygon, RN | Service: | (none) | | Author Type: | Registered Nurse |
|---|---|---|---|---|---|---|
| Filed: | 07/24/11 1641 | | Note Time: 07/24/11 0816 | | | |
| Related Notes: | Original Note by: Marian Ballena Raygon, RN filed at 07/24/11 0953 | | | | | |

July 24, 2011, 0816
0742 Poc reviewed, no changes made at this time. Introduced self to pt, explained rn activities and poc. Pt assessment completed, please see all areas of pt documentation. All LDAs will be assessed q4h, complete documentation done on initial assessment, afterwards will document changes only. Pt on ventilator (ett), no eye opening, no follow, very weak withdraw to pain via bue, noted spont flickers on ble, uta orientation/motor/sensation/strenght.
July 24, 2011, 0950
0945 md holtz and md davidson at bs rounding, assessing pt, notified of pt status (bruising in lt groin area--possible from c-line attempts in ER, adequate urine output, no fever, PR interval =.20). ekg result reviewed by md davidson. Per md davidson: plan is to cont supportive care, decrease bicarb gtt, concentrate ivfluids, modify frequency of labs.
July 24, 2011, 1641
1630 Report given to oncoming rn (joychan j). Mar/kardex/labs/orders reviewed.

Electronically Signed by Marian Ballena Raygon, RN at 07/24/11 1641

**Nurses Notes signed by Joychan P. Joseph, RN at 07/24/11 1922**

| Author: | Joychan P. Joseph, RN | Service: | (none) | | Author Type: | Registered Nurse |
|---|---|---|---|---|---|---|
| Filed: | 07/24/11 1922 | | Note Time: 07/24/11 1645 | | | |
| Related Notes: | Original Note by: Joychan P. Joseph, RN filed at 07/24/11 1646 | | | | | |

July 24, 2011, 1645
1630 report received from off going RN
1645 safety check done.
July 24, 2011, 1921
1800 no change in condition, family at bedside, labs sent.
1920 report given to oncoming RN

Electronically Signed by Joychan P. Joseph, RN at 07/24/11 1922

**Progress Notes signed by Victor V Machiano at 07/25/11 0430**

| Author: | Victor V Machiano | Service: | (none) | Author Type: | Pastoral Care |
|---|---|---|---|---|---|
| Filed: | 07/25/11 0430 | Note Time: 07/25/11 0430 | | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Other: Patient was asleep and was prayed for at bedside.Continue to visit during ICU stay.

Faith Community: Baptist
Who Initiated Visit: Chaplain
Date Referral Received:
Time Received:
Length of Contact:
Response Category: Routine

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1178                    000181

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Reason For Visit: Follow Up

Assessment: Patient/Family Unavailable for Care

Goals: Experience Supportive Presence;Feels Connected with Holy

**Plan of Care:**
Follow Up Required?: Yes
A. Follow Up Time Frame: Other (Comment) (24 hour goal)
   Refer to:
   Or
   Discharge Refer to:
   Date:          Time:

B. Interventions: Prayer

**Electronically signed by:**
VICTOR V MACHIANO
7/25/2011 0430

Electronically Signed by Victor V Machiano at 07/25/11 0430

**Nurses Notes signed by Ana Marie Frederick, RN at 07/25/11 0718**

| Author: | Ana Marie Frederick, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/25/11 0718 | Note Time: 07/24/11 2006 | | | |
| Related Notes: | Original Note by: Ana Marie Frederick, RN filed at 07/25/11 0312 | | | | |

July 24, 2011, 2006
1915   Report received and care assumed. Plan of care reviewed, no changes made at this time. Unable to elicit cough or gag reflex, primary team aware of neuro status.
July 25, 2011, 0124
Attempted TPA intracatheter for proximal port of C-line, still no blood return, but good flush. A-line dressing and tubing changed.
July 25, 2011, 0154
A line waveform was crisp at end of dressing change with positive blood return. Now A-line has extremely dampened waveform with difficult, extremely positional blood return. NIBP still correlates with cuff pressure. Circulation and pulses intact. Will notify primary team in AM.
July 25, 2011, 0310
Per lab, chemistry resulted, but for unknown reasons, results did not pull to EPIC. Printout of results sent up and placed in chart.
July 25, 2011, 0717
No other events overnight, report given to oncoming RN.

Electronically Signed by Ana Marie Frederick, RN at 07/25/11 0718

**Procedures signed by Lisa Sue Thornton, RN at 07/25/11 1052**

| Author: | Lisa Sue Thornton, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/25/11 1052 | Note Time: 07/25/11 1051 | | | |

July 25, 2011, 1051
 for right picc palcement please see doc flow sheet.  Thank you

Electronically Signed by Lisa Sue Thornton, RN at 07/25/11 1052

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

**Progress Notes signed by Lance S. Terada, MD at 07/25/11 1142**

| | | | |
|---|---|---|---|
| Author: | Lance S. Terada, MD | Service:   Internal Medicine | Author Type:  Attending |
| Filed: | 07/25/11 1142 | Note Time: 07/25/11 0747 | |
| Related Notes: | Original Note by: Jennifer Lynne Jarvie, MD filed at 07/25/11 0809 | | |

**MICU / Pulmonary Team III Note:**

24 hour events: Remains off of or on minimal pressors, tube feedings started, minimal neurologic responses. Had head Ct which shows bilateral low densities in basal ganglia and internal capsules. Guards remain at bedside

Hospital Day: 4
Drips: None
Lines: Rt fem TL 7/22
Rt radial A-line 7/22
Antibiotics: None - stopped yesterday

AC: Vt 550 / 16 / 40% / +5
7.51/26/130/100%

VS: Tm 37.8  Tc 37  82  103/67  23  100% vent
I/O: +370cc

General: unresponsive, vented
Chest: Course bilateral breath sounds, symmetric
Cardiac:Distant, unable to appreciate
Abd: Obese, soft, +foley/rectal tube
Neuro: Withdraws from some noxious stimuli with limited movement, otherwise overbreathes vent but no additional purposeful movement.
Ext: Mottling of legs slightly improved from yesterday, no palpable feet pulses. Hands and feet are warm with good cap refill.

Medicines:
**Current Inpatient Medications**

| Medication | Dose | Frequency |
|---|---|---|
| • insulin regular sliding scale 2-12 Units | 2-12 Units | Q6H |
| • lidocaine injection 1% | 10 mL | PRN |
| • hydrocortisone sodium succinate (SOLUCORTEF) injection     DOSE: 50 mg | 50 mg | Q12H |
| • sodium chloride 0.9% infusion | | CONTINUOUS |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution     DOSE: 1 Drop | 1 Drop | PRN |
| • sodium chloride 0.9% infusion | | CONTINUOUS |
| • acetaminophen (TYLENOL) oral solution     DOSE: 650 mg | 650 mg | Q4HR PRN |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |
| • pantoprazole (PROTONIX) injection     DOSE: 40 mg | 40 mg | Q24HR |

Labs:
Na 13
K 3.2
Cl 92
CO2 22
BUn 67
Creat 4.86
Ca 7.4 -> 8.6 corrected
Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1180                          000183

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

Phos 5.3
Mg 2.3

WBC 7.17
Hgb 11.0
Hct 31.3
Plt 28

LFt
Tbili 0.6
ALT 578 (downtrending)
AST 471 (downtrending)
Alk Phos 53

INR 1.3/PT 12.6

CK 12870 (downtrending)
B12 661

Imaging:
CXR:  Increased opacities of bilat bases, widened mediastinum.  Official read pending.

**Problem List:**
6.  **Multi-organ dysfunction (ARF, shock liver, neurologic impairment)**
7.  **Unresponsiveness**
8.  **Hyperthermia**
9.  **Acute renal failure**
10. **Rhabdomyolysis**
11. **Unwitnessed seizure**

Assessment & Plan:
58 yo M presenting from prison after report of generalized seizure. On presentation, the patient had profound hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness. The etiology of his shock and fever remain uncertain. In the last 24 hours he is no longer requiring pressors. He is normothermic and no longer requiring cooling methods. His neurologic recovery remains guarded.

**Resolving shock with Multiorgan Dysfunction:**
-Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
-Tapering empiric steroids which were added per Annane study
-Supportive care, levophed ordered but has been off for >24 hours. Avoid boluses.

**Unresponsiveness:**
-NSE pending, slight improvement in neuro function.  Responds to noxious stimuli and nonpurposeful movement.
-Has not required sedation.
-Monitoring for improvement in neuro status
-EEG was neg for subclinical status

**Malignant hyperthermia:** Resolved and normothermic, monitoring closely. No longer on dantrolene or cyproheptadine. No longer requiring cooling blanket or lavages.

**Rhabdomyolysis:** Bicarbonate GTT stopped.  CK is downtrending.  UOP has improved substantially, so giving fluids to replace UOP.

**ATN:** UOP with dramatic increase (post-ATN).
-Maintenance fluids (NS 50cc/hr) to keep net even or slightly net neg in setting of increased UOP and rhabdo, but echo showing RLV dysfunction.

**Prophylaxis:** PPI, SCD's
Mon Sep 12, 2011  4:08 PM                                                                 Page 25

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

**Code Status: DNR**

Jennifer Jarvie
Internal Medicine R1
x6852

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr. Jarvie and I concur with the findings and plans recorded. He is nonresponsive. No sns of sz activity. +OC reflexes. CK decreasing, temp curve decreasing, afeb x 24 h. His hands and feet are now well perfused. Creat still elevated, most other labs improving. It is possible that he has a genetic predisposition for environmental heat stroke. Will look into ryanodine receptor genotyping or functional myocyte contracture assay. Await CNS recovery, cannot extubate at present.

Lance Terada, MD

Electronically Signed by Lance S. Terada, MD at 07/25/11 1142

**Procedures signed by Lisa Sue Thornton, RN at 07/25/11 1256**

| Author: | Lisa Sue Thornton, RN | Service: | (none) | Author Type: | Registered Nurse |
|---------|------------------------|----------|--------|--------------|------------------|
| Filed: | 07/25/11 1256 | Note Time: | 07/25/11 1254 | | |

**PICC Malposition Addendum**

**Date:** 7/25/2011
**Time:** 1254

**Type:** right atrium
**Action taken:** retracted
**Sterile technique:** yes
**Post reposition funciton:**
- Aspirates: {yes
- Flushes: yes

**Amount of flush instilled per port:** 10 ml
**Patient tolerance of procedure:** well
**Repositioned by:** lisa thornton r.n. 7179
**Secured with:**stat lock
**Amount of exposed catheter:** 2.5 cm
**Chest X-ray ordered:** {no
**Comments:** bedside r.n. informed

**Electronically Signed by:**
LISA SUE THORNTON, RN

Electronically Signed by Lisa Sue Thornton, RN at 07/25/11 1256

**Progress Notes signed by Kristi Click at 07/25/11 1614**

| Author: | Kristi Click | Service: | (none) | Author Type: | Pastoral Care |
|---------|--------------|----------|--------|--------------|---------------|
| Filed: | 07/25/11 1614 | Note Time: | 07/25/11 1613 | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Patient
Pt was intubated, sedated & unavailable for care. Said a prayer at the bedside & spoke with the guards escorting him.

Mon Sep 12, 2011  4:08 PM                                                                                         Page 26

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Faith Community: Baptist
Who Initiated Visit: Chaplain

Length of Contact: 10 mins
Response Category: Routine

Reason For Visit: Follow Up

Assessment: Patient/Family Unavailable for Care

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes
A. Follow Up Time Frame: Other (Comment) (24 hour ICU goal)


B. Interventions: Prayer



**Electronically signed by:**
Kristi Click
7/25/2011 1613



Electronically Signed by Kristi Click at 07/25/11 1614

**Progress Notes signed by Wendi Campbell, RD, LD at 07/25/11 1906**

| Author: | Wendi Campbell, RD, LD | Service: | (none) | Author Type: | Dietitian |
| Filed: | 07/25/11 1906 | Note Time: | 07/25/11 1856 | | |

**Nutrition Support Assessment**
Pt seen and evaluated per protocol. See Adult Nutrition documentation flowsheet for full details. Chart and labs reviewed.
**Lab Results**

| Component | Value | Date |
| --- | --- | --- |
| NA | 136 | 7/25/2011 |
| K | 3.1* (tx po) | 7/25/2011 |
| CO2 | 24 | 7/25/2011 |
| CL | 97* | 7/25/2011 |
| BUN | 74* | 7/25/2011 |
| CREATININE | 3.96* | 7/25/2011 |
| GLUCOSE | 214* | 7/25/2011 |
| CALCIUM | 7.5* | 7/25/2011 |
| MAG | 2.3 | 7/25/2011 |
| PHOS | 5.2* | 7/25/2011 |

Glucose POC (mg/dL)

| Date | Value |
| --- | --- |
| 7/25/2011 | 220 |
| 7/25/2011 | 279 |
| 7/25/2011 | 277 |
| 7/24/2011 | 280 |
| 7/24/2011 | 274 |
| 7/24/2011 | 248 |

**Diet:** TF:Nepro at 40 ml/hr; one beneprotein TID          **Medications:** reviewed

Mon Sep 12, 2011  4:08 PM                                                      Page 27

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

**GRV:** <0-20 ml>          **IVF:** NS at 50 ml/hr          **BM/RT:** 500 ml

**Assessment:**

Pt malnourished PTA, at nutrition risk 2/2 Dx and morbid obesity. Appears to be tolerating current rate of tube feeding. Poor glycemic control with current insulin regimen and pt not at goal TF.

**Plan:**

**Goal:** Tolerance of tube feeding
1. Initial TF goal: Peptamen AF at 70 ml/hr with 2 beneprotein packets TID
2. Recommend insulin gtt
3. Treat electrolytes with IVPB

**Electronically Signed by:**
Wendi S. Campbell, RD,LD,CNSD

Electronically Signed by Wendi Campbell, RD, LD at 07/25/11 1906

**Nurses Notes signed by Ashley M Dunnier, RN at 07/25/11 1926**

Author:   Ashley M Dunnier, RN   Service:   (none)                    Author Type:   Registered Nurse
Filed:    07/25/11 1926   Note Time:   07/25/11 0955
Related   Original Note by: Ashley M Dunnier, RN filed at 07/25/11 1754
Notes:

July 25, 2011, 0955
0717 Report received from Ana Frederick, RN. Orders, mar, labs and kardex reviewed and verified.
0725 Safety check completed. Initial assessment done. Pt remains off sedation; not opening eyes or following commands. No response noted when central pain applied to trapezius but extension noted when nailbed pain applied. Corneal present; gag weak and no cough noted. Noted to be overbreathing ventilator. Remains off cooling blanket; transesophageal temp 37.5-37.9. No s/s pain or acute distress noted @ this time. See epic for further details. Will continue to monitor. POC reviewed and updated.
July 25, 2011, 1003
0725 Officers remain @ bedside.
0945 Phone consent obtained by PICC RN for PICC placement.
0950 Dr. Jarvie 56327 @ bedside for rounds with Dr. Terada 41809.
0957 Lisa Thorton, RN (PICC nurse) @ bedside for PICC placement; timeout performed.
July 25, 2011, 1033
1030 Vent changes made; see flowsheet.
July 25, 2011, 1101
1050 Right PICC double lumen placed; waiting for confirming CXR.
1058 Stat CXR @ bedside for Picc placement
July 25, 2011, 1121
1100 Tube feed tubing and feed changed per protocol. Waiting for PICC placement to be confirmed.
July 25, 2011, 1226
1130 Pt reassessed. Still has positive corneal reflexes; cough and gag noted to be absent when ETT in line suction passed down to carina without eliciting a cough or gag response. Noted to withdraw when pain applied to bilateral axilla but not trapezius. Withdrew bilateral upper extremities only to nail bed pain. No other changes noted @ this time. Pt son @ bedside; informed that Dr. Jarvie 56327 has updated pt's daughter and wife via telephone. PICC line remains unclear for use; waiting for PICC nurse to pull back line. See epic for further details. Guards remain @ bedside. Will continue to monitor.
July 25, 2011, 1321
1254 PICC nurse Lisa @ bedside; PICC pulled back. No CXR ordered. Dr. Newton 54774 notified; PICC ok to use per MD.
July 25, 2011, 1446
1343 Order received for PICC line cleared to use; Dr. Roy (on call intern) notified of pt desat to 80s% when turned on Right side and resolved again when laid flat again. No orders @ this time.
1420 Q12 hr labs drawn and sent; results pending. NS tubing changed out to new Right PICC line per protocol. I&O completed. Continue to monitor.
July 25, 2011, 1524
1520 Dr. Roy (on call intern) and Dr. Valley 54789 @ bedside removing Right Femoral Central Line. Dr. Roy notified of lab results; waiting for orders @ this time.

Mon Sep 12, 2011  4:08 PM                                                    Page 28

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

July 25, 2011, 1615
1525 Dr. Roy (on call intern) and Dr. Newton 54774 made aware of drop in H/H from 11/31 to 9/27; will continue to monitor. No active bleeding noted; BP trending downwards but maintaining SBP > 90; urine output > 60-100 cc/hr.
1545 Family @ bedside; updated on pt progress. Guards remain @ bedside. Pt reassessed; no changes from noon assessment. No s/s pain or acute distress. Will continue to monitor.
July 25, 2011, 1753
1600 Bed bath given; skin breakdown noted; see skin sheet. Pt tolerated bath well.
July 25, 2011, 1925
1918 Report given to Ana Frederick, RN. Orders, mar, labs and kardex reviewed.


Electronically Signed by Ashley M Dunnier, RN at 07/25/11 1926

**Nurses Notes signed by Ana Marie Frederick, RN at 07/26/11 0407**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Ana Marie Frederick, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 07/26/11 0407 | Note Time: | 07/25/11 1918 | | |
| Related Notes: | Original Note by: Ana Marie Frederick, RN filed at 07/25/11 2249 | | | | |

July 25, 2011, 1918
Report received and care assumed. Plan of care reviewed, no changes made at this time.
July 25, 2011, 1956
Unable to elicit cough or gag reflex, primary team aware of neuro status. A-line positional with dampened waveform. Blood return depends on positioning. Circulation intact.
July 25, 2011, 2146
Discussed patient's A-line with Dr. Newton including lack of blood return and dampened waveform. NIBP correlates with cuff pressure, not A-line. Per MD, ok to D/C A-line, if patient's blood pressure progresses to requiring pressor support, will start new A-line.
July 25, 2011, 2249
Patient transferred to Barimaxx bed.
July 26, 2011, 0405
On reassessment, patient is using abdominal muscles on ventilator. Breath sounds clear bilaterally, ABG results improved from previous values, SPO2 remains 100% with PIP between 18-22 and Vte matching set volume. Dr. Bachim at bedside to evaluate. No new orders at this time.


Electronically Signed by Ana Marie Frederick, RN at 07/26/11 0407

**Progress Notes signed by Lance S. Terada, MD at 07/26/11 1303**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Lance S. Terada, MD | Service: | Internal Medicine | Author Type: | Attending |
| Filed: | 07/26/11 1303 | Note Time: | 07/26/11 0729 | | |
| Related Notes: | Original Note by: Kevin Ross Davidson, MD filed at 07/26/11 0747 | | | | |

**MICU / Pulmonary Team III Note:**

24 hour events: Remains off of or on minimal pressors, tube feedings started, minimal neurologic responses. Had head Ct which shows bilateral low densities in basal ganglia and internal capsules. Guards remain at bedside

| | |
|---|---|
| Hospital Day: | 5 |
| Drips: | NS @ 50cc/hr |
| Lines: | Rt radial A-line          7/22 |
| | Right brachial PICC    7/25 |
| | Foley, rectal, OG |
| Antibiotics: | None |
| | |
| Vent Day: | 5 |
| AC: | Vt 600 / 16 / 40% / +5 |
| | 7.48 / 31 / 113 / 23 / 100% |

Mon Sep 12, 2011  4:08 PM                                                                                              Page 29

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

VS: Tm 37.8 70-90   90-100/55-65   18-22 >99%
I/O: +2.5 | -3.4 | Net: -0.9

General: unresponsive, vented
Chest: Course bilateral breath sounds, symmetric
Cardiac:Distant, unable to appreciate
Abd: Obese, soft, +foley/rectal tube
Neuro: Withdraws from noxious stimuli with limited movement, overbreathes vent but no additional movement.
Ext: Mottling of legs slightly improved from yesterday, no palpable feet pulses. Hands &b feet warm with good cap refill.

Medicines:
- lidocaine injection 1%                                                  10 mL          PRN
- insulin NPH (HUMULIN N;NOVOLIN N) injection 10 Units   10 Units       BID
- insulin regular sliding scale 1-7 Units                         1-7 Units      Q6H
- potassium chloride oral solution 10% (20 mEq/15ml)      40 mEq         DAILY
- pantoprazole (PROTONIX) injection    DOSE: 40 mg        40 mg          BID
- sodium chloride 0.9% infusion                                                  CONTINUOUS
- hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution   1 Drop   PRN
- sodium chloride 0.9% infusion                                                  CONTINUOUS
- acetaminophen (TYLENOL) oral solution    DOSE: 650 mg   650 mg      Q4HR PRN
- norepinephrine (LEVOPHED) 32 mg in D5W 250 mL          5-200 mcg/min  TITRATE

| | | | |
|---|---|---|---|
| NA | 140 | | 7/26/2011 |
| K | 3.2* | | 7/26/2011 |
| CL | 102 | | 7/26/2011 |
| CO2 | 28 | | 7/26/2011 |
| ANIONGAP | 10 | | 7/26/2011 |
| BUN | 76* | | 7/26/2011 |
| CREATININE | 3.24* | | 7/26/2011 |
| GLUCOSE | 187 | | 7/26/2011 |
| | | | |
| WBC | 5.97 | | 7/26/2011 |
| HGB | 9.9* | | 7/26/2011 |
| HCT | 28.6* | | 7/26/2011 |
| MCV | 91.7 | | 7/26/2011 |
| PLT | 42* | | 7/26/2011 |

7/22    Neuron specific enolase        Pending (was drawn at 12 hours after presentation)

Micro:

| | | | |
|---|---|---|---|
| 7/22 | Blood | NG | |
| 7/22 | Urine | NG | |
| 7/22 | C Diff | NG | |
| 7/22 | Fecal WBC | Neg | |

**Problem List:**
   **12. Unresponsiveness**
   **13. Resolving multi-organ dysfunction**
   **14. Azotemia**
   **15. Acute renal failure, resolving**
   **16. Rhabdomyolysis, resolving**
   **17. Shock liver, resolving**
   **18. Hyperthermia, resolved**
   19. Unwitnessed single seizure

Assessment & Plan:
       58 yo M presenting from prison after report of generalized seizure and marked hyperthermia.  The patient was
intubated in the ER for unrepsonsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which
Mon Sep 12, 2011  4:08 PM                                                                              Page 30

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

are now resolving.  We are providing supportive care and are hopeful that his neurologic status will improve.  He remains on the ventilator with limited neurologic responses.

**Neurologic dysfunction:**
    -Has brainstem function, trigger vent and has some oral movements, can move both arms in limited fashion.
    -NSE pending.
    -Holding all sedation.
    -EEG was neg for subclinical status

**Resolving shock with Multiorgan Dysfunction:**
    -Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
    -Hydrocortisone completeley tapered off
    -Supportive care, has been off of pressors for 48 hours

**Malignant hyperthermia:** Resolved and normothermic.
**Rhabdomyolysis:** Downtrended to almost normal
**Azotemia:** Related either to ATN or possibly to GIB.  On BID PPI, Cr improving.
**ATN:** Improving
**Prophylaxis:** PPI, SCD's
**Code Status: DNR**

Davidson x4099

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr. Davidson and I concur with the findings and plans recorded.  He is still unresponsive/comatose, Tm 37.8.  Labs show resolving rhabdo, renal failure, and DIC.  Supportive tx for heat stroke.  No return in mental status for now.  Will get MRI to look for other structural causes.  Likely will need early trach.

Lance Terada, MD


Electronically Signed by Lance S. Terada, MD at 07/26/11 1303

**Progress Notes signed by A.J. Kunnathusseril, RN, CWOCN at 07/26/11 1335**

| Author: | A.J. Kunnathusseril, RN, CWOCN | Service: | Wound Care Specialist | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/26/11 1335 | Note Time: | 07/26/11 1322 | | |

**Allied Health Services Progress Note**
Service Area:WOCN WOUND CARE SERVICES.
Name: Larry Gene McCollum
Medical Record Number: 4493765
Admission Date: 7/22/2011  4:00 AM

**Note:**Patient seen per MD referral,58 yr old WH/M brought in from prison after having had generalized seizures,in multisystem Failure, ARF, shock liver syndrome AMS,intubated vent assisted and unresponsive. Patient is morbidly obese,and is on Bari Maxx bed with Maxx air ETS.. RN noticed a purplish area ,a line DEEP in the buttock fold  4 cms long 0.3 cm wide initially that cracked open athis time like a skin tear. Not a pressure ulcer as this area cannot be touching anything,any surface,the huge buttock mass might have caused surface to surface friction rub and congestion and separating buttock folds to examine the fold also might have caused the tear . This is not a classic pressure related injury, will treat it as a skin tear,a fissured area in the deep fold with Sensicare BID and PRN.
 may place on continuous turn mode or may turn him Q 1-2 hrs to sides.Patient is on a DNR Code Status and  Is on Tube feed at this time.
Time 1310 hrs to 1340 hrs.
**Electronically Signed by:**
A.J. KUNNATHUSSERIL, RN, CWOCN # 5450,Pg # 8625.
7/26/2011 1322

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1187       000190

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

　Electronically Signed by A.J. Kunnathusseril, RN, CWOCN at 07/26/11 1335

**Progress Notes signed by Ross Prater at 07/26/11 1422**

| | | | | | | |
|---|---|---|---|---|---|---|
| Author: | Ross Prater | Service: | (none) | | Author Type: | Pastoral Care |
| Filed: | 07/26/11 1422 | Note Time: | 07/26/11 1422 | | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Patient


Faith Community: Baptist
Who Initiated Visit: Chaplain
Date Referral Received:
Time Received:
Length of Contact:
Response Category: Routine

Reason For Visit: Follow Up;Length of Stay

Assessment:　(spoke with guard, family in and out, will call us as needed)

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes
A. Follow Up Time Frame: Other (Comment) (24 hour ICU goal)
　　Refer to:
　　Or
　　Discharge Refer to:
　　Date:　　　　　　　　Time:

B. Interventions: Sacraments/Ritual;Prayer



**Electronically signed by:**
ROSS PRATER
7/26/2011 1422



　Electronically Signed by Ross Prater at 07/26/11 1422

Plaintiffs' MSJ Appx. 1188　　　　　　　　000191

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes**

**Nurses Notes signed by Ashley M Dunnier, RN at 07/26/11 1924**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Ashley M Dunnier, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 07/26/11 1924 | Note Time: | 07/26/11 0806 | | |
| Related Notes: | Original Note by: Ashley M Dunnier, RN filed at 07/26/11 1812 | | | | |

July 26, 2011, 0806
0720 Report received from Ana Frederick, RN. Orders, mar, labs and kardex reviewed.
0730 Safety check completed. Initial assessment done. Remains off sedation; not opening eyes or following commands. Noted to over breath ventilator. No cough or gag noted with deep in line ETT suction. Withdraws only bilateral upper extremities to nail bed pain only. Right breath sounds clear throughout; left breath sounds diminished throughout. Note to have increased use of abdominal muscles with breathing. Transesophageal temp remains 37.5-37.9; will discuss with Dr. Davidson 54755 and Dr. Jarvie 56327. No s/s pain noted @ this time. Will continue to monitor. See epic for further details. Plan of care reviewed and updates made. Guards remain @ bedside.
July 26, 2011, 1000 Family @ bedside; guards remain @ bedside.
July 26, 2011, 1059
1015 Dr. Davidson 54755 and Dr. Jarvie 56327 @ bedside for rounds.
July 26, 2011, 1619
1130 Pt reassessed. Cough noted when deep in line suction performed through ETT. No other changes noted @ this time from previous assessment. No s/s pain or distress @ this time. Flexiseal rectal tube with small smear BM noted; linens changed. Nepro tube feed tubing changed per protocol. See epic for further details. Will continue to monitor.
1300 Anna K, RN with WOCN @ bedside to assess pt's buttock. Per WOCN RN purple discolored area not pressure ulcer; sensicare and protective ointment applied; see WOCN nurse's notes for details. Will continue to monitor.
1400 I&O completed. Family and guards remain @ bedside.
1405 Labs drawn and sent; results pending.
1530 Lab results shown to Dr. Davidson 54755; orders received.
1600 Pt reassessed with no changes from noon assessment. No s/s pain or distress. Will continue to monitor.
July 26, 2011, 1811
1700 Bed bath given; pt tolerated well. No changes in skin from earlier; protective ointment applied to buttocks.
1800 Dr. Davidson 54755 @ bedside talking with family; guards remain @ bedside.
July 26, 2011, 1924
1910 Report given to Ezinne O., RN. Orders, mar, labs and kardex reviewed and verified.


Electronically Signed by Ashley M Dunnier, RN at 07/26/11 1924

**Nurses Notes signed by Ezinne Jessica Onyejiaka, RN at 07/27/11 0719**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Ezinne Jessica Onyejiaka, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 07/27/11 0719 | Note Time: | 07/26/11 1922 | | |
| Related Notes: | Original Note by: Ezinne Jessica Onyejiaka, RN filed at 07/27/11 0650 | | | | |

July 26, 2011, 1922


1915 Report received from Ashley, RN. MAR, Kardex, Labs, Orders reviewed.


July 26, 2011, 2015
2000 Safety check completed. Initial assessment completed. POC reviewed, no changes made. See doc flowsheet. Guards x 2 @ bedside.Pt unresponsive, not responding to pain stimulus, gag and cough reflex absent, corneal reflex noted on assessment, vented on Ac settings, in no acute distress, VSS.


July 27, 2011, 0027
0000 reassessment and safety check done. No changes.


July 27, 2011, 0425
0200 Attempt to take pt to MRI/MRA unsuccessful. MD Davidson notified, said that MRI/MRA is not Stat and can be done during the day.

Mon Sep 12, 2011  4:08 PM                                                      Page 33

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

0400 reassessment and safety check done. No changes. AMLs drawn and sent.


July 27, 2011, 0645
0500 Labs reviewed.
0630 MD Javrie notified of pt's labs.

July 27, 2011, 0718
0700 Report given to David, RN.MAR, Kardex, Labs, Orders reviewed.

Electronically Signed by Ezinne Jessica Onyejiaka, RN at 07/27/11 0719

**Progress Notes signed by Elen Petrosyan, RD, LD at 07/27/11 1102**

| Author: | Elen Petrosyan, RD, LD | Service: | (none) | Author Type: | Dietitian |
|---|---|---|---|---|---|
| Filed: | 07/27/11 1102 | Note Time: | 07/27/11 1054 | | |
| Related Notes: | Original Note by: Elen Petrosyan, RD, LD filed at 07/27/11 1059 | | | | |

**Nutrition Support Follow-Up**

Pt seen & evaluated per protocol. See Adult Nutrition documentation flowsheet for full details.
Chart & labs reviewed.

**Med/Surg Changes/Procedures:** off pressors, pending brain MRI/MRA

**TF:** Nepro @ 40 ml/hr with 1 protein packet TID

**IVF:** D5-1/2 NS @ 50 ml/hr   **UOP:** 3330 ml   **BM (RT):** 100 ml   **Gastric Residuals/Output:** <0-10 ml>

**Assessment:**
Pt tolerating current TF regimen, however, doesn't need a restricted formula as pt clearing the elytes. Will change to less restricted and less concentrated formula to help with hyponatremia. Pt with mild hyperglycemia - recommend to adjust sliding scale insulin.

**Plan:**
1. Change TF to Promote @ 90 ml/hr with 2 protein packets TID
2. Change sliding scale insulin to medium dose q 6 hrs
3. NST following while in ICU

**Electronically Signed by:**
Elen Petrosyan RD, LD, CNSC
P. 1684


Electronically Signed by Elen Petrosyan, RD, LD at 07/27/11 1102

**Progress Notes signed by Lance S. Terada, MD at 07/27/11 1123**

| Author: | Lance S. Terada, MD | Service: | Internal Medicine | Author Type: | Attending |
|---|---|---|---|---|---|
| Filed: | 07/27/11 1123 | Note Time: | 07/27/11 0715 | | |
| Related Notes: | Original Note by: Jennifer Lynne Jarvie, MD filed at 07/27/11 0734 | | | | |

**MICU / Pulmonary Team III Note:**

No events overnight.  Continues to have improving UOP and requires frequent lyte repletion.  No sedation but remains unresponsive. Has remained normothermic for the last several days. Noncontrast MRI/MRA of brain ordered but still not done.

Mon Sep 12, 2011  4:08 PM                                                                                      Page 34

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**
Hospital Day: 6
Drips: D5+1/2NS @ 50cc
Lines: Rt radial A-line 7/22
Right brachial PICC 7/25
Foley, rectal, OG
Antibiotics: None
Vent Day: 6

AC: Vt 600 / 16 / 40% / +5

VS: Tc 37  71  93/50  20  96%  Vent
I/O: -1.4L

General: unresponsive, vented
Chest: diminished on right, symmetric chest rise, no wheezes, coarse
Cardiac:Distant, unable to appreciate
Abd: Obese, soft, +foley/rectal tube
Neuro: Disconjugate gaze, pupils reactive
Ext: nonpitting edema of bilat UE, warm, good cap refill, no petechiae

Medicines:
**Current Inpatient Medications**

| Medication | Dose | Frequency |
|---|---|---|
| • dextrose 5 % + 0.45% NaCl infusion | | CONTINUOUS |
| • potassium chloride oral solution 10% (20 mEq/15ml) | 60 mEq | ONCE |
| • multivitamin oral solution     DOSE: 5 mL | 5 mL | DAILY |
| • lidocaine injection 1% | 10 mL | PRN |
| • insulin NPH (HUMULIN N;NOVOLIN N) injection 10 Units | 10 Units | BID |
| • insulin regular sliding scale 1-7 Units | 1-7 Units | Q6H |
| • pantoprazole (PROTONIX) injection     DOSE: 40 mg | 40 mg | BID |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution     DOSE: 1 Drop | 1 Drop | PRN |
| • sodium chloride 0.9% infusion | | CONTINUOUS |
| • acetaminophen (TYLENOL) oral solution     DOSE: 650 mg | 650 mg | Q4HR PRN |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |

Na 147
K 3.2
Cl 113
CO2 29
BUN 63
Creat 1.82
Gluc 143
Ca 7.2
Phos 3.0
Mg 2.1

TP 4.5
Alb 2.2
Dbili 0.6
ALT 200
AST 165
Alk phos 38

INR 1.1/PT 11.0/PTT 21.9
Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1191                                                000194

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

WBC 2.8
Hgb 8.3 (downtrending)
Hct 24.6 (downtrending) <-- 26.9 <-- 28.6 <-- 31.3
Plt 46

7/22 Neuron specific enolase Pending (was drawn at 12 hours after presentation)

Micro:
7/22 Blood NG
7/22 Urine NG
7/22 C Diff NG
7/22 Fecal WBC Neg

**Problem List:**
   1. **Unresponsiveness**
   2. **Resolving multi-organ dysfunction**
   3. **Azotemia**
   4. **Acute renal failure**
   5. **Rhabdomyolysis**
   6. **Anemia**
   7. **Shock liver**
   8. **Hyperthermia, resolved**
   9. **Unwitnessed single seizure**

Assessment & Plan:
58 yo M presenting from prison after report of generalized seizure and marked hyperthermia. The patient was intubated in the ER for unrepsonsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which are now resolving. He remains on the ventilator with limited neurologic responses. We continue to provide supportive care and wait to see if he regains neurologic function.

**Neurologic dysfunction:**
      -Has brainstem function, trigger vent and has some oral movements, can move both arms in limited fashion.
      -NSE pending.
      -Holding all sedation.
      -EEG was neg for subclinical status
      -Remains unresponsive.
      -Brain MRI/MRA ordered

**Resolving shock with Multiorgan Dysfunction:**
      -Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
      -Renal function improving with downtrending creatinine and increased UOP
      -Liver enzymes also downtrending.  NAC protocol stopped 2 days ago.
      -Has been off of all pressors for 4 days.

**Malignant hyperthermia:** Resolved and normothermic.
      -Unknown trigger.  Still monitoring temp.

**Rhabdomyolysis:** Downtrended to almost normal
      -Today CK is 4000, peaked at 24000.
      -Gentle IVF

**Anemia:** H&H continue to downtrend. FOBT positive, so likely slow leak from GI source.
      -PPI BID
      -Trending H&H
      -Transfuse if Hbg <7

**Azotemia:** Related either to ATN or possibly to GIB.
Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1192                              000195

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

**ATN:** Improving.
      -UOP over 100cc/hr.

**Prophylaxis:** PPI, SCD's

**Code Status:** DNR

**Jennifer Jarvie**
**Internal Medicine R1**
**x6852**

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr. Jarvie and I concur with the findings and plans recorded.  He remains completely unresponsive.  CK, creat improving.  SBT good Vt, but will not protect his airway.  MRI/MRA pending.  Will ask neurology for assistance in prognosticating after studies done.  He remains comatose, suspect chances for meaningful recovery are very slim.  Will keep family updated.

Lance Terada, MD


Electronically Signed by Lance S. Terada, MD at 07/27/11 1123

**Progress Notes signed by Kristi Click at 07/27/11 1615**

| Author: | Kristi Click | Service: | (none) | Author Type: | Pastoral Care |
|---|---|---|---|---|---|
| Filed: | 07/27/11 1615 | Note Time: | 07/27/11 1612 | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Other: pt's jail guards
Guards told me that the doctor explained pt's grim state and pt needs to have an MRI. The guard said "The family told the doctor they don't want him living like a vegetable so they will probably pull the plug if there is no brain activity." They have mentioned Pastoral Care to the family but the family is not yet interested in visiting with a chaplain. Prayed over the pt.

Faith Community: Baptist
Who Initiated Visit: Chaplain
:
Length of Contact: 10 mins
Response Category: Routine

Reason For Visit: Follow Up;Significant Change in Condition (pt will have an MRI & fam concerned of "vegetative state")

Assessment: Patient/Family Unavailable for Care

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes (24 hour ICU goal)
A. Follow Up Time Frame: Other (Comment) (24 hour ICU goal)


B. Interventions: Prayer


Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1193                                    000196

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**
**Electronically signed by:**
Kristi Click
7/27/2011 1612

Electronically Signed by Kristi Click at 07/27/11 1615

**Nurses Notes signed by David E. Mendoza, RN at 07/27/11 1850**

| Author: | David E. Mendoza, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/27/11 1850 | Note Time: 07/27/11 0812 | | | |
| Related Notes: | Original Note by: David E. Mendoza, RN filed at 07/27/11 1251 | | | | |

July 27, 2011, 0812
0705-Received SBAR report from off-going RN. Assumed care of pt.
0710-Safety and emergency checks per unit protocol completed at this time.
0800-Initial assessment completed at this time. Pt not sedated. Pt unresponsive. Does not follow commands. No spontaneous movement to bilateral upper or lower extremities noted. Sinus rhythm with no ectopy noted per lead II and V. Pt mechanically ventilated via ETT, AC-mode, and tolerating well. Pt with OG-tube, Nepro at goal of 40 ml/hr. Flexiseal with minimal amount of loose diarrhea stool noted in tubing. Foley patent with yellow sediment urine. No acute distress noted at this time. Will continue to monitor and assess pt's status/needs.
July 27, 2011, 1250
1030-MICU MDs at bedside for rounds.
1200-Reassessed per protocol with no acute changes from initial assessment noted. No s/s of acute distress noted. Alverno=0/10. Vital signs remain at baseline trends.
July 27, 2011, 1849
1400-I&Os completed and documented.
1600-Reassessment completed at this time. No acute changes from previous assessments noted. Alverno=0/10. Labs drawn and sent.
1800-Family members visiting at bedside. Vital signs remain at previous baseline trends.

Electronically Signed by David E. Mendoza, RN at 07/27/11 1850

**Nurses Notes signed by Ezinne Jessica Onyejiaka, RN at 07/28/11 0740**

| Author: | Ezinne Jessica Onyejiaka, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/28/11 0740 | Note Time: 07/27/11 1937 | | | |
| Related Notes: | Original Note by: Ezinne Jessica Onyejiaka, RN filed at 07/28/11 0740 | | | | |

July 27, 2011, 1937
1900 Report received from David, RN. MAR, Kardex, Labs, Orders reviewed.
1930 Safety check completed. Initial assessment completed. POC reviewed, no changes made. See doc flowsheet. Guards x 2 @ bedside.Pt unresponsive, not responding to pain stimulus, reflexes present and noted on assessment, vented on Ac settings, in no acute distress, VSS, pt febrile temp 37.7, MD Bachim notified, pt given tylenol through NGT and ice packs placed to under arms. Wife and daughter @ bedside.

July 28, 2011, 0023
0000 reassessment and safety check completed. No change from previous. Pt VSS, in no acute distress. Insulin given, see MAR

July 28, 2011, 0448
0400 reassessment and safety check completed. No change from previous. Pt VSS, in no acute distress.
0415 AMLs sent.

July 28, 2011, 0735
0450 Pt going to MRI. RT @ bedside and Gaurds x 2.
Mon Sep 12, 2011  4:08 PM                                                                      Page 38

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

0530 MRI in progress. Pt given 2mg of Ativan IVP. AMLs reviewed.
0630 MRI done.
0700 Pt back from MRI, VS changed from baseline, pt hypertensive with SBP 160's and HR in the 110's. Pt also not sychronise with the mechanical vent. MD Davidson notified.
0715 Report given to Tina, RN.MAR, Kardex, Labs, Orders reviewed.


Electronically Signed by Ezinne Jessica Onyejiaka, RN at 07/28/11 0740

**Progress Notes signed by Zhen Yan, MD at 07/28/11 1146**

| Author: | Zhen Yan, MD | Service: | Blood Bank/Transfusion Management | Author Type: | PGY 1 |
|---|---|---|---|---|---|
| Filed: | 07/28/11 1146 | | Note Time: 07/28/11 1142 | | |

Transfusion Medicine Resident Notes:

We got a request for two units of platelets. The patient's most recent PLT count 75, with bilateral low densities in basal ganglia, and internal capsule. No anti-platelets medicine was used in the last five days. At this time, only one unit PLTs is indicated. Please cancel the order and re-order one unit of PLT.

Please refer to the transfusion Medicine Web site for the guideline.

http://intranet.pmh.org/Transfusion/plateletsguide.asp

Zhen Yan, MD, PhD
Transfusion Medicine Resident R1


Electronically Signed by Zhen Yan, MD at 07/28/11 1146

**Progress Notes signed by Gagandeep Singh, MS III at 07/28/11 1357**

| Author: | Gagandeep Singh, MS III | Service: | (none) | Author Type: | MS III |
|---|---|---|---|---|---|
| Filed: | 07/28/11 1357 | | Note Time: 07/28/11 0915 | | |
| Related Notes: | Cosigned by: Hai Chen, MD,PHD filed at 07/28/11 1636 | | | | |
| | Original Note by: Gagandeep Singh, MS III filed at 07/28/11 1245 | | | | |

Admit Date: 7/22/2011  LOS: 6 days
**Subjective:**
Reason for consult: Neurological Prognosis

Mr. McCollum is 58 y/o morbidly obese caucasian man with PMH of HTN, DM, Arthritis, Major Depression who presented from prison after a witnessed seizure while in common area.

Per MICU resident(Dr. Davidson) and Prison Guards present in the room: There are no details to the patient's clinical course leading up to his seizure and he has no known history of epilepsy. He reportedly has been in this prison for only 4 days and was recently at another jail facility. His jail is a non-air conditioned facility. His seizure occurred ~0300 hours and he was brought to Parkland by EMS. His temperature was noted to be 104° F when he left the facility and his temperature rose to 109° F by the time he got to ER. In the ER he was initially hypertensive ~200/150, he had no gag, cough, or grimace and was completely unresponsive. He was then intubated and given etomidate and succinylcholine. His blood pressure decompensated and he was started on dopamine and levophed(Norepinephrine) at high levels. Attempts were made to cool him with ice water NG lavage and packing his groin and axillae with ice packs.

EEG done the same day showed generalized non-reactive slowing with electrodecrements indictive of severe, nonspecific and nonlocalizing encephalopathy . No Jerky or twitching movements have been noticed and he has been unresponsive during the entire time of his admission.

This morning Pt. was intubated and not on sedation. Patient breathing looked labored with exaggerated head movement.

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1195                    000198

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Pt was unresponsive to voice and noxious stimuli (Supraorbital nerve compression, Sternal rub, Nail bed compression). I did not notice any twitching or jerky movements.

**Review of Systems:** Unable to obtain

(Medications, Allergies, PMH, PSH, FHx and SHx are per patient chart)

**Medications**
- HCTZ (25mg) daily
- Previously on 0.1 clonidine

Current Inpatient Medications

| Medication | Dose | Frequency |
|---|---|---|
| • acetaZOLAMIDE (DIAMOX) injection 500 mg | 500 mg | Q12H |
| • D5W IV Solution | | CONTINUOUS |
| • sterile water injection for medication reconstitution 5 mL | 5 mL | BID (DIURETIC) |
| • insulin regular sliding scale injection 2-14 Units | 2-14 Units | Q6H |
| • insulin NPH (HUMULIN N;NOVOLIN N) injection 5 Units | 5 Units | BID |
| • acetaminophen (TYLENOL) oral solution    DOSE: 650 mg | 650 mg | Q4HR PRN |
| • multivitamin oral solution    DOSE: 5 mL | 5 mL | DAILY |
| • lidocaine injection 1% | 10 mL | PRN |
| • pantoprazole (PROTONIX) injection    DOSE: 40 mg | 40 mg | BID |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution    DOSE: 1 Drop | 1 Drop | PRN |
| • sodium chloride 0.9% infusion | | CONTINUOUS |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |

**Allergies** : Unknown

**Past Medical History**
- HTN
- Major Depression
- DM
- Arthritis

**Past Surgical History**
- None

**Family History**
- Unspecified Cancer
- DM
- HTN
- Heart disease

**Social History**
- Incarcerated
- No know Hx of EtOH or recreational drug use

**Objective:**

BP 150/92 | Pulse 135 | Temp 38.3 °C (100.9 °F) | Resp 24 | Ht 6' 1" | Wt 167 kg (368 lb 2.7 oz) | BMI 48.57 kg/m2 | SpO2 92%

**Physical Exam**
GENERAL: Intubated obese caucasian man with labored breathing (Overbreathing the ventilator), No spontaneous movements, unresponsive to voice and painful stimuli
HEAD: NCAT,
CARDIOVASCULAR: Unable to auscultate heart sounds
RESPIRATORY: CTAB
EXTREMITIES: No edema
SKIN: No rashes

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1196                              000199

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

NEUROLOGICAL EXAM:
Mental Status: Unresponsive to vocal, noxious stimuli
Cranial Nerves:
CN II and CN III: Pupillary reflex intact in both eyes
CN III, IV, VI: Eyes midline- no movement, No nystagmus
CN V and VII: Corneal Reflex intact
CN IX and CN X: No gag reflex
Motor: No muscle atrophy. No movements in any limb.
Reflexes: Could not elicit any DTR's
Sensation: No response to noxious stimulus
Co-ordination: Deferred
Gait: Deferred

Glasgow Coma score: 3 (Eye-1, Motor-1, Verbal-1)

**Pertinent Labs:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 149* | 7/28/2011 |
| K | 3.8 | 7/28/2011 |
| CL | 113* | 7/28/2011 |
| CO2 | 32* | 7/28/2011 |
| ANIONGAP | 4* | 7/28/2011 |
| BUN | 47* | 7/28/2011 |
| CREATININE | 1.44* | 7/28/2011 |
| GLUCOSE | 151 | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| AST | 340* | 7/28/2011 |
| ALT | 172* | 7/28/2011 |
| ALKPHOS | 34* | 7/28/2011 |
| BILITOTAL | 0.6 | 7/28/2011 |
| BILIDIRECT | 0.3 | 7/24/2011 |
| AMYLASE | 65 | 7/23/2011 |
| LIPASE | 114* | 7/23/2011 |
| ALB | 2.5* | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| PHART | 7.50* | 7/28/2011 |
| PCO2ART | 35 | 7/28/2011 |
| PO2ART | 125* | 7/28/2011 |
| HCO3ART | 27* | 7/28/2011 |
| BEART | 3.8* | 7/28/2011 |
| O2SATART | 100* | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 2.62* | 7/28/2011 |
| HGB | 8.8* | 7/28/2011 |
| HCT | 26.4* | 7/28/2011 |
| MCV | 95.3 | 7/28/2011 |
| PLT | 75* | 7/28/2011 |
| LYMPHSABS | 0.44* | 7/28/2011 |
| MONOSABS | 0.22 | 7/28/2011 |
| EOSABS | 0.01 | 7/28/2011 |
| BASOSABS | 0.00 | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| GLUCOSE | 151 | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| PROTIME | 10.9 | 7/28/2011 |
| INR | 1.0 | 7/28/2011 |
| PTT | 21.4* | 7/28/2011 |
| HGB | 8.8* | 7/28/2011 |

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1197

000200

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

| | | |
|---|---|---|
| HCT | 26.4* | 7/28/2011 |
| PLT | 75* | 7/28/2011 |

CK (Total): 11783
HBV: Negative
HCV: Negative
HIV: Negative
Blood Culture: Negative
C. Difficile: Negative
Neuron Specific Enolase: 43 (Nl:<15)
Occult Blood Fecal Guaiac: Positive
Toxicology: Negative
UA: Ketones(15), Protein(30), WBC(7)
IMAGING:
CT Brain(07/22/2011): No Intracranial Abnormalities
CT Brain(07/23/2011): Interval development of bilateral low densities within the basal ganglia and internal capsules, concerning for hypoxic ischemic injury.
MRI Brain-MRA Head(07/28/2011):
- Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi, compatible with diffuse anoxic brain injury.
- Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF. Questionable restricted diffusion also involves the cerebellar hemispheres

**Assessment and Plan:**
Prognosis: Mr. McCollum's CT and MRI clearly establish diffuse anoxic brain injury involving bilateral basal ganglia and hippocampi. Brain MRI done this morning also indicates development of Acute hydrocephalus with abnormal enlargement of both cerebellar hemispheres possibly due to edema 2/2 to possible anoxic injury in cerebellum(obstructive hydrocephalus). His condition is further confounded by acute metabolic derangements (Renal failure, liver failure, shock). His motor responses are absent including eye opening. The only indication of his intact cranial nerve activity is his intact pupillary and corneal reflex. Spontaneous breathing indicates intact Brain stem function.

His serum Neuron Specific Enolase level of 43 (>33) is very specific although not very sensitive marker for poor prognosis.Based on study done on patients presenting with nontraumatic coma (Levy DE, Bates D, Caronna JJ, Cartlidge NE, Knill-Jones RP, Lapinski RH, Singer BH, Shaw DA, Plum F. Prognosis in nontraumatic coma. Ann Intern Med. 1981 Mar;94(3):293–301.) : In patients at 7 days of onset of their nontraumatic coma with no eye opening,  92%(24/26) of patients had no recovery or were in vegetative state after 1 year.

Plan:
- Recommend NSG consultation for possible ventricular shunt/ EVD placement to help resolve acute hydrocephalus
- Recommend family consultation given the invasive nature of NSG procedures
- Will follow patient to access any changes in neurological exam that might affect his prognosis.

**Electronically Signed by:**
GAGANDEEP SINGH, MS III

Electronically Signed by Gagandeep Singh, MS III at 07/28/11 1357
**Consults signed by Hai Chen, MD,PHD at 07/28/11 1401**

| | | | |
|---|---|---|---|
| Author: | Hai Chen, MD,PHD | Service:   Neurology | Author Type:   PGY 2 |
| Filed: | 07/28/11 1401 | Note Time: 07/28/11 0821 | |
| Related Notes: | Cosigned by: Mike A. Singer, MD filed at 08/08/11 1513 | | |

Consult Orders:
1. Consult Neurology Service [118664904] ordered by Kevin Ross Davidson, MD at 07/28/11 0755
**Admission: 7/22/2011  4:00 AM**

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1198                    000201

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

<u>CC:</u>
Admit after heat shock
Consult for prognosis

<u>HPI:</u>

58 year male presented from prison was sent to Parkland after a pass out episode?. He was noted to be febrile to 43° and with decreased responsiveness and was sent to ER. He become unresponsive and was intubated in ER. He also need pressor for BP mainatance and was cooled with NG lavarge and ice packs.
His temperature is gardually improved and he gradually developped multiple organ dysfunction including cardiac renal, liver injury and rhabdomyolysis. He got supportive treatment and currently renal function and liver enzyme, CK all improved. Off pressor for 5 days. However Pt continue to be unresponsive.
He only got one dose of sedation at intubation in ER, and 4mg ativan 4 h ago (5am today) before MRI study. Per primary team, pt never overbreath ventilator or present with cough at suction.
However pt is not responsive and consult for prognosis.

<u>Recent studies</u>
CT (7/23)
1. Interval development of bilateral low densities within the basal ganglia and internal capsules, concerning for hypoxic ischemic injury. Further evaluation with MR of the brain is recommended as clinically indicated. Dr Brent Bachim was notified directly by telephone of these findings at approximately 1925 on 23 July 2011.

MRI (7/28)
1. Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi, compatible with diffuse anoxic brain injury.
2. Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF. Questionable restricted diffusion also involves the cerebellar hemispheres.

EEG
No-epileptiform

**History**
Social History
• Marital Status:                          Single
      Spouse Name:                     N/A
      Number of Children:            N/A
• Years of Education:                  N/A
Occupational History
• Not on file.
Social History Main Topics
• Smoking status:                       Never Smoker
• Smokeless tobacco:                Never Used
• Alcohol Use:                            3.0 oz/week
      6 Cans of beer per week
         *last alcohol use ~2yrs ago*
• Drug Use:                                 No
• Sexually Active:                       Yes -- Female partner(s)
      Birth Control/ Protection:     None
Other Topics                                                       Concern
• Not on file
Social History Narrative
• No narrative on file

**Past Medical History**
Diagnosis                                                      Date
Mon Sep 12, 2011  4:08 PM                                          Page 43

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**
- Hypertension

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Diabetes | Father | |
| • Psychiatry | Mother | |
| *alzheimers* | | |
| • Diabetes | Brother | |
| • Cancer | Brother | |
| *prostate CA* | | |
| • Cancer | Brother | |
| *pancreatic CA* | | |

No family Hx of

**Past Surgical History**

| Procedure | Date |
|---|---|
| • None (no surgical history) | |

**ROS:**
Not able to get from the patient. (+) fever

**Physical Exam**
BP 150/92 | Pulse 135 | Temp 38.3 °C (100.9 °F) | Resp 23 | Ht 6' 1" | Wt 167 kg (368 lb 2.7 oz) | BMI 48.57 kg/m2 | SpO2 93%
General: not responsive on ventilator
Neck: neck, no bruit
Neurological:
General: non-responsive,.
CRANIAL NERVES:
Corneal reflex (+) bilaterally, bilaterally pupil reflex to light sluggish. Gag reflex (-), No resposve to noxisous stimuli including stronge chest rub, pressure on all extremities.

**MEDICATIONS:**
Outpatient medication
No current facility-administered medications on file prior to encounter.

No current outpatient prescriptions on file prior to encounter.

Current inpatient meds
**Current Inpatient Medications**

| Medication | Dose | Frequency |
|---|---|---|
| • acetaZOLAMIDE (DIAMOX) injection 500 mg | 500 mg | Q12H |
| • D5W IV Solution | | CONTINUOUS |
| • sterile water injection for medication reconstitution 5 mL | 5 mL | BID (DIURETIC) |
| • insulin regular sliding scale injection 2-14 Units | 2-14 Units | Q6H |
| • insulin NPH (HUMULIN N;NOVOLIN N) injection 5 Units | 5 Units | BID |
| • acetaminophen (TYLENOL) oral solution   DOSE: 650 mg | 650 mg | Q4HR PRN |
| • multivitamin oral solution   DOSE: 5 mL | 5 mL | DAILY |

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1200                    000203

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

- lidocaine injection 1%                                          10 mL          PRN
- pantoprazole (PROTONIX) injection       DOSE: 40 mg            40 mg          BID
- hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution   DOSE: 1 1 Drop   PRN
  Drop
- sodium chloride 0.9% infusion                                                 CONTINUO
                                                                                US
- norepinephrine (LEVOPHED) 32 mg in D5W 250 mL                 5-200          TITRATE
                                                                mcg/min

## LABS:
### Lab Results

| Component | Value | Date |
| --- | --- | --- |
| WBC | 2.62* | 7/28/2011 |
| HGB | 8.8* | 7/28/2011 |
| HCT | 26.4* | 7/28/2011 |
| MCV | 95.3 | 7/28/2011 |
| PLT | 75* | 7/28/2011 |

### Lab Results

| Component | Value | Date |
| --- | --- | --- |
| NA | 149* | 7/28/2011 |
| K | 3.8 | 7/28/2011 |
| CL | 113* | 7/28/2011 |
| CO2 | 32* | 7/28/2011 |
| ANIONGAP | 4* | 7/28/2011 |
| BUN | 47* | 7/28/2011 |
| CREATININE | 1.44* | 7/28/2011 |
| GLUCOSE | 151 | 7/28/2011 |

## A/P:
Larry Gene McCollum is a 58 year old male was admitted after shock shock. presnet with multiple organ dysfunction and are improving. However continue to be unresponsive. CT

1. Neurological prognosis.
- Pt is not able to opn eyes to painful stimuli on day 6. Per Levy Criteria for non-traumatic comaguideline (Day 7 after the insult), best one year recovery will be: 92% no recovery, continue veg state; 8% severe disabled; 0% moderate disabled or good recovery.
- Please note, renal failure, liver failure, other significant metabolic disturbance or hemodynamic instability (all improved) can confound the clinical findings.
- Though not in the guideline, CT and MRI both revealed diffuse anoxic brain injury (restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi) which suggest severe brain injury.

Chen Hai M.D., Ph.D.

Electronically Signed by Hai Chen, MD,PHD at 07/28/11 1401

**Progress Notes signed by Ross Prater at 07/28/11 1523**

| Author: | Ross Prater | Service: | (none) | Author Type: | Pastoral Care |
| --- | --- | --- | --- | --- | --- |
| Filed: | 07/28/11 1523 | Note Time: | 07/28/11 1523 | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum

Mon Sep 12, 2011  4:08 PM                                                  Page 45

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**
**MRN:** 4493765

Focus of Care: Patient


Faith Community: Baptist
Who Initiated Visit: Chaplain
Date Referral Received:
Time Received:
Length of Contact:
Response Category: Routine

Reason For Visit: Follow Up;Length of Stay

Assessment: Patient/Family Unavailable for Care

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes (24 hour ICU goal)
A. Follow Up Time Frame: Other (Comment) (24 hour ICU goal)
    Refer to:
    Or
    Discharge Refer to:
    Date:                    Time:

B. Interventions: Sacraments/Ritual;Prayer



**Electronically signed by:**
ROSS PRATER
7/28/2011 1523


Electronically Signed by Ross Prater at 07/28/11 1523
**Progress Notes signed by Kevin Ross Davidson, MD at 07/28/11 1538**

| Author: | Kevin Ross Davidson, MD | Service: | Pulmonary Diseases | Author Type: | PGY 3 |
|---|---|---|---|---|---|
| Filed: | 07/28/11 1538 | Note Time: | 07/28/11 1531 | | |

Brief MICU Note

I have spoken with the family including Mr. McCollum's wife, daughter, and sons. They understand the patient's critical condition and extensive neurologic injury. We have discussed the results of the MRI including his diffuse anoxic brain injury and compressive hydrocephalus. After discussion of treatment options, the wife and family have decided to pursue comfort measures only and to withdraw care. This decision is in keeping with the patient's previous expressed beliefs to not want life support or live in a manner where he did not have his full faculties. We are awaiting additional family members to arrive at bedside and join the wife, son, and daughters who are here. The police officers guarding the patient have been notified as well.

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/28/11 1538
**Progress Notes signed by Lance S. Terada, MD at 07/28/11 1541**

Mon Sep 12, 2011  4:08 PM                                                                Page 46

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

Progress Notes signed by Lance S. Terada, MD at 07/28/11 1541 (continued)

| | | | |
|---|---|---|---|
| Author: | Lance S. Terada, MD | Service: Internal Medicine | Author Type: Attending |
| Filed: | 07/28/11 1541 | Note Time: 07/28/11 1140 | |
| Related Notes: | Original Note by: Kevin Ross Davidson, MD filed at 07/28/11 1205 | | |

**MICU / Pulmonary Team III Note:**

Had MRI/MRA done this morning showing extensive global strokes as well as acute compressive hydrocephalus. Neurosurgery and neurology both consulted. Patient less responsive on exam. Remains hypernatremic.

Hospital Day: 7
Drips: None
Lines: Rt radial A-line 7/22
Right brachial PICC 7/25
Foley, rectal, OG
Antibiotics: None

Vent Day: 7
AC: Vt 500 / 16 / 40% / +5
VS: Tc 38.2  70-115  95-160/50-90   18-22  71  93/50  20  96%  Vent
I/O: +2.9 | -3.8 | -0.9

General: unresponsive, vented
Chest: diminished on right, symmetric chest rise, no wheezes, coarse
Cardiac: Distant, unable to appreciate
Abd: Obese, soft, +foley/rectal tube
Neuro: Pupils no longer reactive, no longer withdrawing from pain.
Ext: Nonpitting edema of bilat UE, warm, good cap refill, no petechiae

Medicines:

| | | |
|---|---|---|
| • sterile water injection for medication reconstitution 5 mL | 5 mL | BID (DIURETIC) |
| • ranitidine (ZANTAC) syrup    DOSE: 150 mg | 150 mg | BID |
| • insulin regular sliding scale injection 2-14 Units | 2-14 Units | Q6H |
| • insulin NPH (HUMULIN N;NOVOLIN N) injection 5 Units | 5 Units | BID |
| • acetaminophen (TYLENOL) oral solution   DOSE: 650 mg | 650 mg | Q4HR PRN |
| • multivitamin oral solution    DOSE: 5 mL | 5 mL | DAILY |
| • lidocaine injection 1% | 10 mL | PRN |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0.5 % ophthalmic solution | 1 Drop | PRN |
| • sodium chloride 0.9% infusion | | CONTINUOUS |

| | |
|---|---|
| Na | 149 |
| K | 3.8 |
| Cl | 113 |
| CO2 | 32 |
| BUN | 47 |
| Cr | 1.44 (1.62) |
| | |
| WBC | 2.62 |
| Hgb | 8.8 |
| Hct | 26.4 |
| Plat | 75 |
| | |
| AST | 340 |
| ALT | 172 |

7/22 Neuron specific enolase Pending

Micro: 7/22 Blood NG
7/22 Urine NG

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1203

000206

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**
>   7/22 C Diff NG
>   7/22 Fecal WBC Neg

Problem List:
>   10. Unresponsiveness
>   11. Resolving multi-organ dysfunction
>   12. Azotemia
>   13. Acute renal failure
>   14. Rhabdomyolysis
>   15. Anemia
>   16. Shock liver
>   17. Hyperthermia, resolved
>   18. Unwitnessed single seizure

Assessment & Plan:
>   58 yo M presenting from prison after report of generalized seizure and marked hyperthermia. The patient was intubated in the ER for unrepsonsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which are now nearly resolved.  Overnight he had MRI/MRA which shows extensive bilateral anoxic brain injury as well as acute compressive hydrocephalus.  Family is en route to the hospital to discuss MR findings and decide upon ventriculostomy.

**Extensive global CVA:**
>   -Neurosurg consulted for possible ventriculostomy given compressive hydrocephalus
>   -Neurology consulted as well given findings.
>   -Decreased neuro exam today, no longer responsive pupils
>   -Maintaining hypernatremia, head of bed elevated, considering for ventriculostomy
>   -All sedation remains held
>   -NSE pending.
>   -EEG was neg for subclinical status
>   -Remains unresponsive.

**Resolving shock with Multiorgan Dysfunction:**
>   -Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
>   -Renal function improving with downtrending creatinine and increased UOP
>   -Liver enzymes also downtrending.  NAC protocol stopped 2 days ago.

**Rhabdomyolysis:** Rebounded slightly today along with AST.  Creatinine remains downtrending
**Anemia:** H&H stable.  Remains on acid suppression
**ATN:** Improving. Cr downtrending
**Prophylaxis:** PPI, SCD's
**Code Status: DNR**

Davidson x4099

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr. Davidson and I concur with the findings and plans recorded.  His pupils are unreactive.  CT shows diffuse brain edema and obstructive hydrocephalus from 4th ventricle compression.  This was not present on first 2 scans.  Prognosis remains very poor even with ventriculostomy.  Family to decide about withdrawal of care.  Not extubation candidate unless we opt for comfort care.

Lance Terada, MD


Electronically Signed by Lance S. Terada, MD at 07/28/11 1541
**Progress Notes signed by Hai Chen, MD,PHD at 07/28/11 1543**

| Author: | Hai Chen, MD,PHD | Service: | Neurology | Author Type: | PGY 2 |
|---|---|---|---|---|---|
| Filed: | 07/28/11 1543 | Note Time: | 07/28/11 1542 | | |

Plaintiffs' MSJ Appx. 1204                              000207

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

Discussed with primary team Dr. Davidson. Family wishes to withdraw care. Consult cancelled.
Call with any additional Qs.

Electronically Signed by Hai Chen, MD,PHD at 07/28/11 1543

**Progress Notes signed by Ana Marie Wilson at 07/28/11 1811**

| Author: | Ana Marie Wilson | Service: | (none) | Author Type: | Pastoral Care |
|---------|------------------|----------|--------|--------------|---------------|
| Filed: | 07/28/11 1811 | Note Time: | 07/28/11 1809 | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Family Member(s)

Helped other chaplain during withdraw of support and answering questions for the family regarding autopsy and jail involvement/payment from here.  Officer Sessions stated the family would only be responsible for the funeral home/burial expenses.


Faith Community: Baptist
Who Initiated Visit: Chaplain

Length of Contact:35 min
Response Category: Urgent

Reason For Visit: End of Life Care

Assessment: Religious/Spiritual Support

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes
A. Follow Up Time Frame: Other (Comment) (through the dying process)

B. Interventions: Supportive Dialogue/Empathic Listening;Grief Facilitation/Education


**Electronically signed by:**
Ana Marie  Wilson
7/28/2011 1809


Electronically Signed by Ana Marie Wilson at 07/28/11 1811

**Progress Notes signed by Kevin Ross Davidson, MD at 07/28/11 1908**

| Author: | Kevin Ross Davidson, MD | Service: | Pulmonary Diseases | Author Type: | PGY 3 |
|---------|-------------------------|----------|--------------------|--------------| ------|
| Filed: | 07/28/11 1908 | Note Time: | 07/28/11 1824 | | |
| Related Notes: | Original Note by: Kevin Ross Davidson, MD filed at 07/28/11 1825 | | | | |

Brief MICU Note:

Patient extubated in accordance with family and patient's own prior wishes.  He is on morphine GTT titrated to air hunger

Plaintiffs' MSJ Appx. 1205                                          000208

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

and signs of any suffering.  Transfer orders are in place for a private room outside of the MICU.

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/28/11 1908

**Nurses Notes signed by Tina Marie Harris, RN at 07/28/11 1924**

| Author: | Tina Marie Harris, RN | Service: | (none) | Author Type: | Registered Nurse |
|---|---|---|---|---|---|
| Filed: | 07/28/11 1924 | Note Time: | 07/28/11 0911 | | |
| Related Notes: | Original Note by: Tina Marie Harris, RN filed at 07/28/11 1810 | | | | |

July 28, 2011, 0911
0800  Is unresponsive.  See flowsheet for complete assessment.  POC reviewed.  No changes made.  Is unresponsive.  No family at bedside.  No nonverbal indicators of pain.
July 28, 2011, 1224
1200  No changes in assessment. No nonverbal indicators of pain.
July 28, 2011, 1653
1500  Family in conference room with Dr. Davidson discussing plan of care.
1600  Family wishes to withdraw care when other family members arrive.  Pupils are nonreactive.  No other changes in assessment.  No nonverbal indicators of pain.
July 28, 2011, 1710
1708  Morphine 4 mg IV given.  PCA morphine gtt started at 5 mg/h.  Family at bedside.
July 28, 2011, 1730
1724  ETT pulled (care withdrawn) by Dr. Davidson.  Family at bedside.
July 28, 2011, 1809
1800  Okay per Dr. Davidson to not get BP.  Family at bedside praying.  Is comfort care only.  Transfer to floor orders written.
July 28, 2011, 1923
1920  VS stable.  Report given to oncoming RN.

Electronically Signed by Tina Marie Harris, RN at 07/28/11 1924

**Progress Notes signed by Charles Taylor Owens, MD at 07/28/11 2356**

| Author: | Charles Taylor Owens, MD | Service: | Internal Medicine | Author Type: | PGY 3 |
|---|---|---|---|---|---|
| Filed: | 07/28/11 2356 | Note Time: | 07/28/11 2356 | | |

**Death Note:**

This entry is clinical documentation by Charles Taylor Owens, MD regarding Patient
Larry Gene McCollum, 4493765. Mr. McCollum was examined by me and has no detectable
pulse, blood pressure, respirations, gag and corneal reflexes are absent and is deceased. The time of death was recorded at 11:35 pm on 7/28/2011

The time of this examination is 2356 on 7/28/2011.

The Family has/have been notified.

**Electronically Signed by:**
Charles Taylor Owens, MD

Electronically Signed by Charles Taylor Owens, MD at 07/28/11 2356

Plaintiffs' MSJ Appx. 1206                                    000209

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes**

**Nurses Notes signed by Nichole Joelle Zahand, RN at 07/29/11 0239**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Nichole Joelle Zahand, RN | Service: | (none) | Author Type: | Registered Nurse |
| Filed: | 07/29/11 0239 | Note Time: 07/28/11 2040 | | | |
| Related Notes: | Original Note by: Nichole Joelle Zahand, RN filed at 07/29/11 0053 | | | | |

July 28, 2011, 2040
1915 - Report received from offgoing RN. Mar, kardex, labs, and orders reviewed. Care assumed at this time.
2000 - Assessment and safety check completed at this time. See EMR for all assessment details and VS. Pt on morphine gtt, see eMAR for details. Pt comfort care only. Per MD Davidson, will assess qshift and VS q4hr.  Family at bedside, questions answered. Patient awaiting transfer to private room.

July 28, 2011, 2312
Family remains at bedside, pt's breathing slowing, slightly more shallow than previously. Also noting some ST depression on EKG, still sinus tachycardia on the monitor. MD Ramirez aware.

July 28, 2011, 2328
Pt brady'd down to asystole, MD Ramirez and MD Owens notified, to bedside now. Family at bedside. Chaplain paged

July 29, 2011, 0050
2335 - Death exam performed by MD Ramirez, TOD called by MD Owens. Family at bedside. Morphine gtt stopped.
2350 - Chaplain visiting with family, awaiting arrival of OIG officer and prison Major to clear the body for release.
0045 - Prison major, captain, and OIG officer at bedside to complete required reports.

July 29, 2011, 0238
0130 - DCME notified, case accepted. Family aware, chaplain notified. Body released to RN for post-mortem care.
0220 - body transported to morgue.

Electronically Signed by Nichole Joelle Zahand, RN at 07/29/11 0239

**Progress Notes signed by Crystal L. Horne at 07/29/11 0330**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Crystal L. Horne | Service: | (none) | Author Type: | Pastoral Care |
| Filed: | 07/29/11 0330 | Note Time: 07/29/11 0329 | | | |

**Spiritual Care Note**

**Patient's Name:** Larry Gene McCollum
**MRN:** 4493765

Focus of Care: Family Member(s)

Faith Community: Baptist
Who Initiated Visit: Chaplain
Date Referral Received:
Time Received:
Length of Contact:
Response Category: Urgent

Reason For Visit: End of Life Care

Assessment: Religious/Spiritual Support

Goals: Experience Supportive Presence

**Plan of Care:**
Follow Up Required?: Yes

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1207                    000210

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**
A. Follow Up Time Frame: Other (Comment) (through the dying process)
   Refer to:
   Or
   Discharge Refer to:
   Date:             Time:

B. Interventions: Supportive Dialogue/Empathic Listening;Grief Facilitation/Education


**Electronically signed by:**
CRYSTAL L. HORNE
7/29/2011 0330



   Electronically Signed by Crystal L. Horne at 07/29/11 0330
**Consults signed by Kim Luann Rickert, MD at 07/29/11 0631**
   Author:    Kim Luann Rickert, MD  Service:    Surgery, Neurological   Author Type:  Attending
   Filed:     07/29/11 0631         Note Time: 07/28/11 1125
   Related    Related Note by: Benjamin Paul Boudreaux, MD filed at 07/28/11 1246
   Notes:
              Original Note by: Benjamin Paul Boudreaux, MD filed at 07/28/11 1246
   Consult Orders:
   1. Consult Neurosurgery Service [118664907] ordered by Kevin Ross Davidson, MD at 07/28/11 1049
**Neurosurgery Progress Note**

Patient Active Hospital Problem List:
Malignant hyperthemia (7/22/2011)
Shock (7/22/2011)
Acute renal failure (7/22/2011)
Rhabdomyolysis (7/22/2011)

HD 6

**Subjective**: 58 year old male with history of hypertension admitted from jail with history of heat exhaustion and seizure.
He was brought to PMH with temp 43 C, hypertensive with SBP near 200 and unresponsive.  He was intubated and
cooled with transfer to MICU service.  Acutely he had AKI, shock liver and rhabdomyolysis.  EEG performed to rule out
subclinical status.  Over the last several days the patient has had only minimal responsiveness to painful stimulus.  MR
was performed, neurosurgery consulted for evaluation of hydrocephalus on MR scan.

ROS - unable to obtain

PMhx -
HTN
Depression
DM
Arthritis

Sochx -
Incarcerated, no history of drug or ETOH abuse

Meds:
HCTZ 25mg daily
Clonodine prn

Mon Sep 12, 2011  4:08 PM                                                                Page 52

Patient Name: McCollum, Larry Gene (MRN: 4493765)

**All Notes (continued)**

EEG (spoke with EEG front desk)- generalized nonreactive slowing.  Nonspecific nonlocalizing encephalopathy.  No seizures or status epilepticus seen.

**Objective**:
Temp (24hrs), Avg:37.7 °C (99.8 °F), Min:37 °C (98.6 °F), Max:38.3 °C (100.9 °F)
Heart Rate  Avg: 84.8 bpm  Min: 65 bpm  Max: 116 bpm
Systolic (24hrs), Avg:118 mmHg, Min:100 mmHg, Max:150 mmHg
Diastolic (24hrs), Avg:66 mmHg, Min:54 mmHg, Max:92 mmHg
O2 Sats: SpO2  Avg: 95.6 %  Min: 92 %  Max: 100 %
ICPs: No Data Recorded
CPP: No Data Recorded

Intake/Output Summary (Last 24 hours) at 07/28/11 1150
Last data filed at 07/28/11 1100

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 2923 ml           |
| Output | 3910 ml           |
| **Net** | -987 ml          |

Intubated, off sedation
No eye opening
Pupils 2mm and reactive
+ corneal
No cough or gag
+ overbreathing
No movement to central painful stimulus

**Lab Results**

| Component | Value | Date/Time |
|-----------|-------|-----------|
| NA | 149* | 7/28/11 03:30 AM |
| K | 3.8 | 7/28/11 03:30 AM |
| CL | 113* | 7/28/11 03:30 AM |
| CO2 | 32* | 7/28/11 03:30 AM |
| BUN | 47* | 7/28/11 03:30 AM |
| CREATININE | 1.44* | 7/28/11 03:30 AM |
| GLUCOSE | 151 | 7/28/11 03:30 AM |
| CALCIUM | 7.0* | 7/28/11 03:30 AM |
| MAG | 1.8 | 7/28/11 03:30 AM |
| PHOS | 2.3* | 7/28/11 03:30 AM |

**Lab Results**

| Component | Value | Date/Time |
|-----------|-------|-----------|
| WBC | 2.62* | 7/28/11 03:30 AM |
| HGB | 8.8* | 7/28/11 03:30 AM |
| HCT | 26.4* | 7/28/11 03:30 AM |
| PLT | 75* | 7/28/11 03:30 AM |

**Lab Results**

| Component | Value | Date/Time |
|-----------|-------|-----------|
| PROTIME | 10.9 | 7/28/11 03:30 AM |
| PTT | 21.4* | 7/28/11 03:30 AM |
| INR | 1.0 | 7/28/11 03:30 AM |

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|

Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1209

000212

Patient Name: McCollum, Larry Gene (MRN: 4493765)

## All Notes (continued)

| | | |
|---|---|---|
| PHART | 7.50* | 7/28/2011 |
| PCO2ART | 35 | 7/28/2011 |
| PO2ART | 125* | 7/28/2011 |
| HCO3ART | 27* | 7/28/2011 |
| BEART | 3.8* | 7/28/2011 |
| O2SATART | 100* | 7/28/2011 |

**Imaging** MR reviewed.  Acute infarct in bilateral cerebellum, basal ganglia and cerebral cortex.  Effacement of 4th ventricle due to posterior fossa strokes with hydrocephalus.

**Assessment**: 58 year old male with anoxic brain injury and poor neurologic exam.  MR overnight demonstrates hydrocephalus

**Plan**:
1. I spoke with the family over the phone about the patient's current neurologic status.  His neurologic exam has been poor without improvement over several days.  He has diffuse strokes throughout his brain likely secondary to anoxic brain injury.  The likelihood of a functional outcome is very low.  Treatment of the patient's hydrocephalus would be bedside ventriculostomy placement.  This would have to be coupled with platelet transfusion given his low platelet count.  The family understands the severity of his underlying brain injury.  I explained that there might be some neurologic improvement after ventriculostomy placement but meaningful recovery was unlikely.  At this time, they do not want ventriculostomy placement despite risk of worsening neurologic function.  They are driving in to discuss comfort measures.

- neurosurgery available for family discussion if requested
- appreciate MICU assistance in caring for patient
- discussed with attending Rickert

Electonically signed by:
Benjamin Paul Boudreaux, MD


Neurosurgery Attending

Pt is a 58 yo mans with an anoxic brain injury.  There is no chance of a good functional outcome.  There is no neurosurgical intervention that will improve his condition.


Electronically Signed by Kim Luann Rickert, MD at 07/29/11 0631

**D/C Summaries signed by Charles Taylor Owens, MD at 08/16/11 2150**

| | | | | | |
|---|---|---|---|---|---|
| Author: | Charles Taylor Owens, MD | Service: | Internal Medicine | Author Type: | PGY 3 |
| Filed: | 08/16/11 2150 | Note Time: | 08/16/11 2146 | | |
| Related Notes: | Cosigned by: Lance S. Terada, MD filed at 08/22/11 1253 | | | | |

58 year-old Caucasian male presented from prison after being witnessed to have a seizure while in common area. There are no details to the patient's clinical course leading up to his seizure and he has no known history of epilepsy. He reportedly had been in this prison for only 4 days and was recently at another jail facility. His jail is a non-air conditioned facility. His seizure occurred ~0300 hours and he was brought to Parkland by EMS. He was noted to be markedly febrile to 43° and with decreased responsiveness. In the ER he was initially hypertensive ~200/150, he had no gag, cough, or grimace and was completely unresponsive. The decision was made to intubate and he was given etomidate and succinylcholine. He was intubated without diffculty and a right femoral TL and right radial arterial line were both placed. His blood pressure decompensated and he was started on dopamine and levophed at high levels. Attempts were made to cool him with ice water NG lavage and packing his groin and axillae with ice packs. Pt had a poor clinical course with no meaningful neurologic response since arrival to the hospital. MRI was completed showing severe anoxic brain injury. Ultimately the family decided to make the pt DNR/DNI and comfort measures only and was terminally extubated.

**Death Note:**
This entry is clinical documentation by Charles Taylor Owens, MD regarding Patient
Larry Gene McCollum, 4493765. Mr. McCollum was examined by me and has no detectable
pulse, blood pressure, respirations, gag and corneal reflexes are absent and is deceased. The time of death was recorded at 11:35 pm on 7/28/2011
The time of this examination is 2356 on 7/28/2011.
Mon Sep 12, 2011  4:08 PM

Plaintiffs' MSJ Appx. 1210                    000213

Patient Name: McCollum, Larry Gene (MRN:  4493765)

**All Notes (continued)**

The Family has/have been notified.

Electronically Signed by Charles Taylor Owens, MD at 08/16/11 2150

Plaintiffs' MSJ Appx. 1211                                    000214