UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 61

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

17216 40

**I. IDENTIFICATION**

NAME: McCollum Lary   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

**II FAMILY HISTORY**

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18 INH Prophylaxis | | YES | NO |
| 2 | Cancer | YES | NO | 19 Intravenous Drug Abuse | | YES | NO |
| 3 | Diabetes | YES | NO | 20 Kidney Disease | | YES | NO |
| 4 | Heart Disease | YES | NO | 21 Liver Disease | | YES | NO |
| 5 | High Blood Pressure | YES | NO | 22 Mental Illness | | YES | NO |
| 6 | Tuberculosis | YES | NO | 23 Non Intravenous Drug Abuse/Alcoholism | | YES | NO |

**III PERSONAL HISTORY**

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 11 D | 1 Asthma/Emphysema | YES | NO | 24 Peptic Ulcers | | YES | NO |
| 2 | Back Injury | YES | NO | 25 Rheumatic Fever | | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 26 Rheumatism/Arthritis | | YES | NO |
| 4 | Cancer | YES | NO | 27 Seasonal Allergies | | YES | NO |
| 5 | Cavities | YES | NO | 28 Sexually Transmitted Diseases | | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO | 29 Smoker | | YES | NO |
| 7 | Diabetes | YES | NO | 30 Tetanus Immunization Date | | YES | NO |
| | | | | 31 Tuberculosis | | YES | NO |
| 8 | Drug/Food Allergies | YES | NO | 32 Unprotected Sex w/Multiple Partners | | YES | NO |
| 9 | Epilepsy/Seizures | YES | NO | 33 Other | | | NO |

**IV OBSTETRIC/GYNECOLOGICAL HX**  [X]  N/A

| | | YES | NO | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Glasses/Hearing Aid | YES | | 1 Date of last menstrual period | | | |
| 11 | Gum disease | YES | NO | 2 Number of pregnancies/live births | | | |
| 12 | Head Injury | YES | NO | 3 History of Problem pregnancy | | | |
| 13 | Heart Disease/Angina | YES | NO | 4 Date of last pap smear | | | |
| 14 | Hepatitis | YES | NO | 5 Date of last mammogram | | | |
| 15 | High Blood Pressure | YES | NO | 6 History of birth control methods (IUD, pills, etc.) | | | |
| 16 | HIV + / AIDS | YES | NO | | | | |
| | Prior HIV Test Date | NO | | | | | |
| 17 | Homosexual/Bisexual Activities | NO | | | | | |

**A.** If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

**B.** History of hospitalization? YES NO
Please list the DATE, HOSPITAL, CONDITION   Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? YES NO
If yes, what   tooth pull, Depression

**D.** Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES NO if YES, when?

**E.** What illegal drugs have you used? no
What was the mode(s) of use? (Please circle)   Smoking   Injection   Inhaled   Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES   NO

**F** Are you presently taking or supposed to be taking any prescribed medications? YES NO
If YES, what   See Med Sheet

HSM-13 (6/08)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
### INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **G** | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | | |
| | | Sores | YES | NO | Other | | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | | |
| | | Other | | | | | | | | |

| | BEHAVIOR AND MENTAL STATUS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **H** | Hygiene & Appearance | ✓ Clean, neat | | Dirty, sloppy | Other | | | |
| | Orientation (ask questions and document response) | | | | | | | |
| | | What is today's date? | 7/15/11 | | | | | |
| | | What time is it? | Morning | | | | | |
| | | What place is this? | Hutchins | | | | | |
| | Speech | ✓ Normal | Loud | Soft | Mumbling | | Other | |
| | Attitude | ✓ Appropriate | Laughing | Crying | Cursing | Quiet | Other | |

| | THOUGHT CONTENT (Please circle YES or NO) | | |
|---|---|---|---|
| **I** | Are you having current thoughts about suicide or self-injury? | YES | NO |
| | Do you see or hear things that others do not see or hear? | YES | NO |
| | Do you have any special powers abilities? | YES | NO |
| | Do you receive personal messages from the TV or radio? | YES | NO |
| | Do you have any phobias or excessive fears? | YES | NO |

| | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|
| **J.** | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | CID | | |
| | Immediate referral to | Medical | Mental Health | Dental | CID | | |
| | Release to general population | ✓ YES | NO | Other | | | |

| Offender Signature | *Larry McCollum* | Date | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | *W. Kurnood* | Date | 7/15/11 |
|---|---|---|---|

*7/18/11*

HSM-13 (6/06)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 62

Correctional Managed Care
DEATH SUMMARY

Patient Name: **MCCOLLUM, LARRY G**    TDCJ#: 1721640    Date: 11/23/2011 12:02    Facility: **HUTCHINS (HJ)**

Admission Date: 11/23/2011 10:40AM
Date of Birth:  04/04/1953    Age:  58    Race:  W  Sex:  male
Most recent vitals from 11/13/2003: BP: 112 / 87 (Standing)   Wt. 192 Lbs. Height   Pulse: 107 (Standing)
Resp.: 18 / min Temp: 97 (Oral)
Allergies:   NO KNOWN ALLERGIES

Medications: HCTZ 25 MG/D PO

Date of Incarceration: 7/15/11

Date and Hour of Death: 7/28/11 AT 11:35 PM

Place of Death: PARKLAND MEMORIAL HOSPITAL,DALLAS TEXAS

Reviewer:   A.D.BABBILI,PA-C FOR DR.ORIG MD

Brief Summary of Medical History and Physical Examination: THIS 58 YOWM,ARRIVED FROM MCCLENNAN COUNTY JAIL ON 7/15/11,WITH A HX.OF HYPERTENSION AND WAS PRESCRIBED TO TAKE HCTZ 25 MG/DAILY.

ON 7/22/11 HE PRESENTED TO THE NIGHT DMS TRIAGE NURSE WITH A SEIZURE ACTIVITY LASTED APPROXIMATELY 5 MINUTES IN TOP BUNK BED SECURED AND STABILIZED BY SECURITY STAFF FROM FALLING OFF. HE WAS IMMEDIATELY TRANSFERRED TO PARKALND HOSPITAL EMERGENCY ROOM EVALUATION AND TREATMENT.

ON 7//20/11-INITIAL ROUTINE HYPERTENSION CHRONIC CLINIC LABS REVEALED WBC=13.1,BLOOD SUGAR =130(ASSUMABLY.POST PRANDIAL BREAKFAST)
BUN=31,CREATENINE=1.67,GFR=44,SODIUM=133,CHLORIDE=91,CO2=19,CHOLESTEROL=157,LCL=102,TRIGLY CERIDE=195,HGB A1C=6.2,TSH=2.86.URINALYSIS REVEALEDA SP.GRAVITY OF 1.028,WBC=>30 WITH WBC ESTERASE=1+,PROTEIN=1+,KETONES= TRACE

Outpatient Course:HCTZ 25MG/D PO FOR HTN

Emergency Room Visit(s): 7/22/11

Inpatient Course(s): 7/22/11 TO 7/28/11 TREATMENT DETAILS ARE NOT AVAILABLE

Current Medications:

Terminal Event:HYPERTHERMIA WITH MULTIPLE ORGAN FAILURE

1 of 2
Attachment A
Policy A-11

**Autopsy Findings: 1.HYPERTHERMIA-COMPLICATED BY HYPOXIC ISCHEMIC**
**ENCEPHALOPATHY,DIC,SHOCK,MULTIPLE ORGAN FAILURE.**
**2.HX.OF HYPERTENSION,**
**3.MORBID OBESITY,**
**4.CONTUSION OF SCALP AND FACE,**
**5.SUBGALEAL HEMORRHAGE.**

Electronically Signed by BABBILI, ANANDA D. PA-C on 11/23/2011.
Electronically Signed by ORIG, TITO M. M.D. on 11/23/2011.
##And No Others##

**2 of 2**
**Attachment A**
**Policy A-11**

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 1 of 6)



**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**

Office of the Medical Examiner

Autopsy Report

**COPY**
**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

Case: IFS-11-10161 - ME

*172 1640*

**Decedent:** McCollum, Larry Gene    58 years White Male    DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)

Time of Death: 11:35 PM (Actual)

Examination Performed: 07/29/2011 09:30 AM

---

**ORGAN WEIGHTS:**

| | | |
|---|---|---|
| Brain: 1,600 g | Right Lung: 700 g | Right Kidney: 260 g |
| Heart: 550 g | Left Lung: 500 g | Left Kidney: 280 g |
| Liver: 2,590 g | Spleen: 250 g | |

---

**EXTERNAL EXAMINATION**

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

**IDENTIFYING MARKS AND SCARS**

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

**EVIDENCE OF TREATMENT**

*Accredited by The National Association of Medical Examiners*

**RECEIVED**

**NOV 02 2011** Cm

**COPIED AND SENT**

Plaintiffs' MSJ Appx. 1218    000035

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 2 of 6)

IFS-11-10161

McCollum, Larry Gene



COPY

DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

Page 2 of 6

- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connected to plastic bag containing fecal material
- Needle puncture surrounded by ecchymosis in the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal

## EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

## INTERNAL EXAMINATION

BODY CAVITIES: Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

HEAD: See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

NECK: The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal



*Accredited by The National Association of Medical Examiners*

Case 4:14-cv-03253   Document 300-17   Filed on 09/08/16 in TXSD   Page 9 of 65

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 3 of 6)

IFS-11-10161

McCollum, Larry Gene

abnormalities.



COPY

**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

Page 3 of 6

**RESPIRATORY SYSTEM:** The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

**HEPATOBILIARY SYSTEM:** The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

**GASTROINTESTINAL SYSTEM:** The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

**GENITOURINARY SYSTEM:** The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

**ENDOCRINE SYSTEM:** The thyroid and adrenal glands are unremarkable externally and upon sectioning.

**LYMPHORETICULAR SYSTEM:** The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

**MUSCULOSKELETAL SYSTEM:** The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart: myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung: vascular congestion.

Liver: moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney: No significant pathologic alteration is identified.

Spleen: diffuse hypocellularity with depletion of both the red and white pulp.



*Accredited by The National Association of Medical Examiners*

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 4 of 6)

**IFS-11-10161**
McCollum, Larry Gene



**COPY**
**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

Page 4 of 6

**TOXICOLOGY:**

**Evidence Submitted:**
The following items were received by the Laboratory from the Office of the Medical Examiner:
- 004: Biohazard Bag
  - 004-001: Blood, femoral - gray top tube
  - 004-002: Blood, femoral - gray top tube
  - 004-003: Blood, femoral - gray top tube
  - 004-004: Blood, femoral - gray top tube
  - 004-005: Blood, femoral - red top tube
  - 004-006: Vitreous - red top tube
  - 004-007: Skeletal muscle - plastic tube

**Blood, postmortem**

Acid/Neutral Screen (GC/MS)
negative (004-001)

Alcohols/Acetone (GC)
negative (004-002)

Alkaline Quantitation (GC, GC/MS)
negative (004-001)

Opiate Narcotics (GC/MS)
0.107 mg/L morphine (004-002)

**Vitreous**

Alcohols/Acetone (GC)
negative (004-006)

Opiate Narcotics (GC/MS)
0.046 mg/L morphine (004-006)



*Accredited by The National Association of Medical Examiners*

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 5 of 6)

IFS-11-10161

McCollum, Larry Gene



Page 5 of 6

**FINDINGS:**

1. Hyperthermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

**CONCLUSIONS:**

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**    Accident



*Accredited by The National Association of Medical Examiners*

c:\documents and settings\dcmcmill\local settings\temp\170186431.tif printed by mivap. (Page 6 of 6)

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES**

Page 6 of 6

10/26/2011

Keith Pinckard, M.D., Ph.D.

Medical Examiner



*Accredited by The National Association of Medical Examiners*

Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 07/29/2011 11:23

Z

**Authorization to Release Protected Health Information (PHI)**
**To  Health Care Providers under contract to TDCJ**

| | | |
|---|---|---|
| **Patient Name** | MCCOLLUM, LARRY G | **TDCJ #:** 1721640 |
| **Date of Birth** | 4/4/1953 | |

I am currently incarcerated and receiving medical treatment within the Texas Department of Criminal Justice (TDCJ)  This Authorization is to provide my medical information to the health care providers under contract to TDCJ for continuing my medical care and treatment

I authorize release of medical records FROM

**Parkland Hospital**

Please send requested medical records TO    **Hutchins State Jail**

**1500 East Langdon Road**

**Dallas, TX  75241**

I specifically authorize health care providers under contract to TDCJ to obtain the following PHI  (Provide description of the particular medical record information you are requesting be released to health care providers under contract to TDCJ such as date or time period of the requested information)

| | | | |
|---|---|---|---|
| X | Complete Records | **FROM 2011** | Hospital Records |
| | Clinic Records | | Radiology Reports |
| | Lab Reports | | Operative Reports |
| | Shot Records | | Discharge Summary |
| | Other | | |

By signing this Authorization Form, I understand that I am giving my authorization for health care providers under contract to TDCJ to receive all protected health information (PHI) relating to my diagnosis, testing or treatment  I understand that my expressed consent is required to release any health care information relating to testing, diagnosis and/or treatment for HIV (AIDS virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use  You are specifically authorized to release all health care information relating to such diagnosis, testing, or treatment  I may revoke this authorization at any time  I understand that such a revocation will not have any effect on any information already used or disclosed by health care providers under contract to TDCJ before the health care providers under contract to TDCJ received my written notice of revocation  I understand that the information disclosed pursuant to this authorization may be re-disclosed by health care providers under contract to TDCJ, but that any re-disclosure would be protected under federal and Texas privacy laws  This Authorization is voluntary and I may refuse to sign this Authorization Form  I understand that I am not required to sign this Authorization Form in exchange for the receipt of treatment from health care providers under contract to TDCJ  This authorization will expire on the 180th day of the signing

_____          **July 29, 2011**
Signature of Patient or Authorized Personal Representative          Date

**FACILITY NURSE MANAGER**
**Relationship to Patient**

1 of 1
X   |||||||||||||||||||||||||||||||||||||||||||||   #

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.  NAME· _McCollum_ _Larry_ _G·_   DOB· _4/04/53_ AGE· _58_
            Last        First       MI
    STATE ID# _3950 494_   RACE· _W_  SEX. Male _✓_ Female _____

    COUNTY/TDCJ# _3461D_   WT. _330_ HT· _5'10_

II.  **CURRENT/CHRONIC HEALTH PROBLEMS**
    A  Health Problems
      ____ 1. None
      ____ 2. Asthma
      ____ 3. Pregnancy
      ____ 4. Dental Priority
      ____ 5. Diabetes
      ____ 6. Drug Abuse
      ____ 7. Alcoholism
      ____ 8. Orthopedic Problems
      ____ 9. Cardiovascular/Heart Trouble
      ___10. Suicidal
      ___11. Mental Retardation
      ___12. Mental Illness (Specify diagnosis) _____

      ___13. Recent Surgery
      ___14. Seizures
      ___15. Dialysis
      _X_16. Hypertension
      _✓_17. CARE System  Y/(N)

    *NOTE  When screening substance abuse facility clients,
    please contact the TDCJ-ID Health Services Liaison at
    (936)437-3589 for clients with any chronic disease
    symptoms deemed unstable.

    B. Preventive Medicine
      _✓_1. Tuberculosis Status
        Skin Test:  Date Given: _6/24/11_   Date Read: _6/27/11_  Results _0_____mm*
        X-Ray:  Date· _/_/_  Normal ___  Abnormal ___*  Anti-TB Treatment? No ___ Yes _*_
      ___2. Hepatitis· A __ B __ C __  Other: _____
      ___3. HIV Antibody·  Test Date: _/_/_   Results: Neg ___ Pos ___ CD4· ___ Date _/_/_
      ___4. Syphilis: Date· _/_/_ Type· ___  Treatment Completed: ___Yes ___No

    *NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
    please attach tuberculosis record.

    C. Other Health Care Problems· _None_

III.  **SPECIAL NEEDS** (Check all that apply)
    A  Housing Restrictions
      _X_1. None
      ___2. Skilled Nursing Facility
      ___3 Extended Care Facility
      ___4. Psychiatric Inpatient Facility
      ___5 Respiratory Isolation
      ___6. Other.

    B  Transportation
      _X_1. Routine
      ___2 Crutches/Cane
      ___3. Ambulance
      ___4. Wheelchair/Wheelchair Van
      ___5 Prosthesis;

    C. Pending Specialty Clinic Appointment
      None _X_ Type _____

    D. ALLERGIES _NKA_
    _____
    NKA _____

IV.  CURRENT PRESCRIBED MEDICATIONS    None _____

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg ÷ tab P.O | PRN BP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM **MUST ACCOMPANY** ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY· _Sheila Smith RN_   DATE· _7/15/11_
         Signature/Title
PHONE NUMBER· _254-757-2555_  FACILITY· _McLennan County Jail_

Plaintiffs' MSJ Appx. 1225

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953        Patient ID: 1716091 Service Date: 07/18/2011 12:35:00

HUTCHINS (HJ)
CID
'

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN         : 1721640    Accession:33015661    Age  :58 Years
Patient Name: MCCOLLUM, LARRY G                Sex  :Male
Home Phone  :                                  Work :(   )  -
Admitting MD: UNKNOWN  UNKNOWN                  Phone:
Attending MD: UNKNOWN  UNKNOWN                  Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:

Tech        : VELVA L MCKINNEY L.V.N.    Verifier:VELVA L MCKINNEY L.V.N.
Collection Time: 07/18/2011 12:35
Result Time   : 08/01/2011 12:35
Report Time   : 08/01/2011 12:35
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | | | - | |
| LOT # | | | - | |
| DOSE | | | - | |
| SITE | | | - | |
| ROUTE | | | - | |
| PPD READ | 0 mm | | - | |
| REFUS SIGN | | | | |

This document has been sent for signature, but has not yet been reviewed

Plaintiffs' MSJ Appx. 1226

000043

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**Managed Care**
## CID CLINIC NOTE
### HIV PRE-TEST COUNSELING

Patient Name **McCollum, Larry**                 TDCJ # **1721640**

Date 07/15/2011_____             Facility HUTCHINS (HJ)_____

_____

Vitals   BP _____   Wt _____   Height _____   Pulse _____   Resp _____   Temp _____

| Patient Language: | | Name of Interpreter, if required: NA | |
|---|---|---|---|
| **S:** | Chief Complaint: | X | Patient offered HIV testing per policy 14 11 |
| | | X | Pre-release HIV test |
| | | | Patient requesting HIV test |
| | | | Patient reported history of previous positive HIV test |
| | | | Other  (specify) |

| **O:** | Yes | No | Mark "Yes" or "No" for the following: |
|---|---|---|---|
| | | X | Patient is symptomatic (list symptoms) |
| | | X | The patient requests HIV testing and gave a history of the following risk factors |
| | | X | Injected nonprescription drugs |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) |
| | | X | Tattoo |
| | | X | Patient received blood transfusions or blood products |
| | | X | The patient's TB skin test was positive |
| | | X | Exposed staff to blood or other potentially infectious body fluids |
| | | X | Patient was potentially exposed to blood and/or body fluids |
| | X | | Patient offered HIV testing per policy 14 11 |
| **A:** | X | | Knowledge deficit |
| | X | | High risk |

| **P:** | Yes | No | Mark "Yes" or "No" for the following: |
|---|---|---|---|
| | X | | HIV pre-test counseling and HIV antibody testing is offered |
| | X | | Discuss HIV prevention recommendations<br>1   Behave as if positive<br>2   Abstinence from sex, drugs and tattooing<br>3   Mutually monogamous relationships |
| | X | | Review partner notification procedures should the patient test positive |
| | X | | The patient gave their verbal consent for HIV antibody testing (if consent given, obtain provider order for HIV testing) |
| | | X | The patient refused HIV antibody testing   Obtain their signature on a **Refusal of Treatment** form (HSM-82) |
| | X | | Health teaching offered stressing the importance of plan of care compliance |
| | X | | If potential exposure, report incident to Preventive Medicine department |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results |

Nurse Signature. _V McKinn LVN_____            Date / Time 07/15/2011 @ 0900_____

05/01/2009

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:46aged Care

## CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name **McCollum, Larry**                    TDCJ # **172641**

Date 07/15/2011                                    Facility HUTCHINS (HJ)

Vitals  BP _____  Wt _____  Height _____  Pulse _____  Resp _____  Temp _____

| Patient Language: | Name of interpreter, if required: NA |
|---|---|

### MANTOUX PPD

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

### IMMUNIZATIONS

| DATE/TIME GIVEN | MFG/LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0 5 Ml | IM | Td Booster | _X_ L Deltoid ___ R Deltoid | NARN | VMcRig LVN |
| | | 0.5 mL | ___Sub Q ___IM | Pneumococcal Vaccine | ___ L Deltoid ___ R Deltoid ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | IM | Influenza | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis A #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0 5 mL | Sub Q | Meningococcal | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #1 | ___ Outer aspect of L or R upper arm | | |
| | | 0 5 mL | Sub Q | Varicella #2 | ___ Outer aspect of L or R upper arm | | |
| | | 1 0 mL | IM | Hepatitis B #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1 0 mL | IM | Hepatitis B #3 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | ___ Outer aspect of L or R upper arm | | |

Nurse Signature **VMcRig LVN**                    Date / Time 07/15/2011 @0900

HSM-2
05/01/2009

58

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

Patient Name: McCdlum, Larry                    TDCJ #: 1721640

Date. 07/15/2011                              Facility. HUTCHINS (HJ)

Vitals    BP: _____   Wt: _____   Height: _____   Pulse: _____   Resp: _____   Temp: _____

| Patient Language: | Name of interpreter, if required:NA |
|---|---|

| S: | CHIEF COMPLAINT: | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| O: | YES | NO | REFUSED | N/A | Mark "Yes", "No" or "Refused" for the following: |
| | x | | | | HIV - Patient verbally agrees to HIV testing per state law (If yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) |
| | x | | | | RPR - RPR test is required by state and policy/procedure #14 12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | X | | | MMR - Born after 1956 — 1953 |
| | X | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | X | | | HBV - Allergic to yeast |
| | | X | | | HBV - Hepatitis B vaccine available – If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (If yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | X | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - if yes – date _____   CPX _____ months (if CPX taken less then 6 months or currently taking CPX mark Plan line 6) |
| | | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | X | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster    (mark Plan line 7 if yes, if no or refused obtain HSM-82) |

| | YES | NO | UNKNOWN | | |
|---|---|---|---|---|---|
| | | X | | | History of varicella (If yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: _____ (if yes or unknown mark Plan line 8) |

| A: | | | Alteration Health Maintenance |
|---|---|---|---|

CID Intake Interview
05/01/2009

Page 1 of 2

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

| P: | PLAN: | |
|---|---|---|
| X | 1a | Obtain order for lab to draw HIV |
| X | 1b | Obtain order for lab to draw RPR |
| | 2 | Obtain order for MMR 0.5cc vaccine sub q |
| | 3 | Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| X | 4 | Obtain order for PPD 0.1cc ID (L) forearm and will check within 48-72 hours |
| | 5 | Obtain order for CXR single view |
| | 6 | Refer to provider to schedule for ITP/TB Chronic Clinic |
| X | 7 | Obtain order for Tetanus and Diphtheria Toxoid Booster 0.5cc vaccine IM |
| X | 8. | Refer to provider to schedule appointment |
| X | 9 | Add alert code 5290 to MPL/Problem List |
| X | 10 | Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| X | 11 | Obtain order for two-step Mantoux skin test (PPD 0.1cc ID (L) forearm and will check within 48-72 hours  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |
| | **REFER TO PROVIDER:** | |
| X | 1a | Order for lab to draw HIV |
| X | 1b | Order for lab to draw RPR |
| | 2. | Order for MMR 0.5cc vaccine sub q |
| | 3 | Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated   per TDCJ policy |
| X | 4 | Order for PPD 0.1cc ID (L) forearm and will check within 48-72 hours |
| | 5. | Order for CXR single view |
| | 6 | Schedule appointment for ITP/TB Chronic Clinic |
| X | 7 | Order for Tetanus & Diphtheria Toxoid 0.5cc vaccine IM |
| X | 8 | Schedule appointment with provider |
| | 9. | Administer flu vaccine 0.5 CC IM x 1 if indicated per TDCJ policy |
| X | 10 | Order for two-step Mantoux skin test (PPD 0.1cc ID (L) forearm and will check within 48-72 hours.  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |

Nurse Signature: _V McKinney LVN_          Date / Time: __07/15/2011 @ 0900__

CID Intake Interview
05/01/2009

Page 2 of 2

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 11/04/2011 12:56   **Facility:** HUTCHINS (HJ)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min;
Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

Current Medications:

OBTAIN REPORT OF AUTOPSY FINDINGS  AND COPY OF DEATH CERTIFICATE RECORD FROM PARKLAND HOSP.
DATE OF DEATH 07/28/11

Procedures Ordered:

| Date Time | Description | Comments | Special Instructions | Diagnosis |
|---|---|---|---|---|
| 11/4/2011 12:59PM | MD/MLP  CHART REVIEW | | | |

Electronically Signed by ORIG, TITO M. M.D. on 11/04/2011.
##And No Others##

1 of 1

000048

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

Name _McCollum Larry_

**CLINIC NOTE**
**TEXAS DEPARTMENT OF CR**
**INSTITUTIONAL DI**

TDCJ No _Intake_

Unit· HUTCHINS STATE JAIL _NKA_

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 | S | Offenders received from· _Mclennan_ |
| 1230 | | With history of· _HTN_ |
| | OA | See HSM-13 and Texas Health Status Updated for  current orders from county |
| | P | Current medication orders as per HJ providers. |
| | V O | T Orig, MD  A. Babbili, PA-C / N. Beckstrom, NP |

D/c Clonidine.
Start HcTZ 25 mg X 1 PO
qAm X 30d

_Babbili PA_

Medication Pass issued to Offender  YES/NO

Please sign each entry with status
HSM – 1 (Rev 5/92)

000049

Date:   07/22/2011 03:27
From:   GINA STOKES
To:   HUTCHINS NURSING STAFF(E); HUTCHINS ALL PROVIDERS(E);
Subject:
Re:   LARRY MCCOLLUM

PATIENT:   MCCOLLUM, LARRY       TDCJ #:   1721640           FACILITY:
HUTCHINS (HJ)

HE WAS SENT OUT 911. HE WAS HAVING A SEIZURE ON TOP BUNK AND SECURITY COULD NOT
GET HIM DOWN SAFELY. NO HISTORY SEEN OF SEIZURES.
FOLLOW UP ON HIS RETURN.HE WAS SENT TO ER AT PARKLAND HOSPITAL.

THANKS,
CRAIN TRIAGE

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

1721640

### I. IDENTIFICATION

NAME: McCollum, Larry   OCCUPATION: Driver   EDUCATION: High School

DOB: 04/04/53   COUNTY: McLennan   PREVIOUS TDCJ #(s): _____

### II FAMILY HISTORY

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | | NO | 18 | INH Prophylaxis | YES | NO |
| 2 | Cancer | YES | NO | 19 | Intravenous Drug Abuse | YES | NO |
| 3 | Diabetes | YES | NO | 20 | Kidney Disease | YES | NO |
| 4 | Heart Disease | YES | NO | 21 | Liver Disease | YES | NO |
| 5 | High Blood Pressure | YES | | 22 | Mental Illness | YES | NO |
| 6 | Tuberculosis | YES | NO | 23 | Non Intravenous Drug Abuse/Alcoholism | YES | |
| | | | | 24 | Peptic Ulcers | YES | NO |

### III PERSONAL HISTORY

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 11 D 1 | Asthma/Emphysema | YES | NO | 25 | Rheumatic Fever | YES | NO |
| 2 | Back Injury | YES | NO | 26 | Rheumatism/Arthritis | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 27 | Seasonal Allergies | YES | NO |
| 4 | Cancer | YES | NO | 28 | Sexually Transmitted Diseases | YES | NO |
| 5 | Cavities | YES | NO | 29 | Smoker | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO | 30 | Tetanus Immunization Date | YES | NO |
| 7 | Diabetes | | NO | 31 | Tuberculosis | YES | NO |
| 8 | Drug/ Food Allergies | YES | | 32 | Unprotected Sex w/Multiple Partners | YES | |
| 9 | Epilepsy/Seizures | YES | NO | 33 | Other | | |
| 10 | Glasses/Hearing Aid | YES | NO | | | | |
| 11 | Gum disease | YES | NO | | | | |
| 12 | Head Injury | YES | NO | | | | |
| 13 | Heart Disease/Angina | YES | NO | | | | |
| 14 | Hepatitis | YES | NO | | | | |
| 15 | High Blood Pressure | YES | NO | | | | |
| 16 | HIV + / AIDS | YES | NO | | | | |
| | Prior HIV Test Date | | NO | | | | |
| 17 | Homosexual/Bisexual Activities | | NO | | | | |

### IV OBSTETRIC/GYNECOLOGIC AL HX    X    N/A

| | | |
|---|---|---|
| 1 | Date of last menstrual period | |
| 2 | Number of pregnancies/live births | |
| 3 | History of Problem pregnancy | |
| 4 | Date of last pap smear | |
| 5 | Date of last mammogram | |
| 6 | History of birth control methods (IUD, pills, etc ) | |

---

**A.** If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

**B.** History of hospitalization?  YES  NO
Please list the DATE, HOSPITAL, CONDITION   Hillcrest Hospital

**C.** Do you have any current medical, mental health or dental complaints? YES  NO
If yes, what   tooth fill, Depression

**D.** Have you experienced any of these symptoms cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES   NO   If YES, when?

**E.** What illegal drugs have you used?   no
What was the mode(s) of use? (Please circle)   Smoking   Injection   Inhaled   Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES   NO

**F.** Are you presently taking or supposed to be taking any prescribed medications?   YES   NO
If YES, what   See Med Sheet

HSM-13 (6/08)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | |
| | | Sores | YES | NO | Other | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | |
| | | Other | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| H | BEHAVIOR AND MENTAL STATUS | | | | |
| | Hygiene & Appearance | ✓ Clean, neat | Dirty, sloppy | Other | |
| | Orientation (ask questions and document response) | | | | |
| | What is today's date? | 7/15/11 | | | |
| | What time is it? | Morning | | | |
| | What place is this? | Hutchins | | | |
| | Speech | ✓ Normal | Loud | Soft | Mumbling | Other |
| | Attitude | ✓ Appropriate | Laughing | Crying | Cursing | Quiet | Other |

| | | | | | |
|---|---|---|---|---|---|
| I | THOUGHT CONTENT (Please circle YES or NO) | | | | |
| | Are you having current thoughts about suicide or self-injury? | YES | NO | | |
| | Do you see or hear things that others do not see or hear? | YES | NO | | |
| | Do you have any special powers abilities? | YES | NO | | |
| | Do you receive personal messages from the TV or radio? | YES | NO | | |
| | Do you have any phobias or excessive fears? | YES | NO | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J. | DISPOSITION | | | | | | | |
| | Routine referral to | ✓ Medical | ✓ Mental Health | ✓ Dental | CID | | | |
| | Immediate referral to | Medical | Mental Health | Dental | CID | | | |
| | Release to general population | YES | NO | Other | | | | |

| Offender Signature | Lny McCellen | Date | 7-15-11 |
|---|---|---|---|

| Reviewer Signature | W. Kaywood | Date | 7/15/11 |
|---|---|---|---|

and RN
7/18/11

HSM-13 (6/06)

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091 Service Date: 07/20/2

Lab Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 32858464        Requistion: 32858464
Drawn:07/20/11 08:42       Received:07/20/11 23:40     Reported: 07/21/11 08:43
```

**Procedure: CBC With Differential/Platelet**

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes(Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |
| | **Please note reference interval change** | | | |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |

Hematology Comments:

**Procedure: Comp. Metabolic Panel (14)**

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may
indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an
elevated urine protein also may indicate chronic kidney disease.

```
Print Date: 07/21/2011 07:53                           Page: 1/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex   : Male
```

Ordering

HUTCHINS (HJ) 1500 E. LANGDON RD HUTCHINS TX 75241 Tel. 9722251304 Page 1 of 4

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953     Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | 9-20 |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |

| | | | | |
|---|---|---|---|---|
| Procedure: Urinalysis, Complete | | | | |
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |

| | | | | |
|---|---|---|---|---|
| Procedure: Microscopic Examination | | | | |
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

```
Print Date: 07/21/2011 07:53                          Page: 2/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS  TX  75241
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Plaintiffs' MSJ Appx. 1237

000144

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953      Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Crystals
Crystal Type
Mucus Threads                 Present                    Not Estab.
Bacteria                      Few                        None seen/Few
Yeast
Trichomonas
Comment
```

```
Procedure: Urinalysis, Complete
Microscopic Examination
```

```
Procedure: Lipid Panel
Cholesterol, Total            157              mg/dL     100-199
Triglycerides                 195       H      mg/dL     0-149
HDL Cholesterol               16        L      mg/dL     >39
According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.
VLDL Cholesterol Cal          39               mg/dL     5-40
LDL Cholesterol Calc          102       H      mg/dL     0-99
```

```
Procedure: Panel 083824
HIV 1/O/2 Abs-Index Value     <1.00                      <1.00
Index Value: Specimen reactivity relative to the negative cutoff.
HIV 1/O/2 Abs, Qual           Non Reactive               Non Reactive
```

```
Procedure: Hgb A1c with eAG Estimation
Hemoglobin A1c                6.2       H      %         4.8-5.6
           Increased risk for diabetes:                 5.7 - 6.4
           Diabetes:                                     >6.4
           Glycemic control for adults with diabetes:    <7.0
Estim. Avg Glu (eAG)          131              mg/dL
```

```
Procedure: TSH
TSH                           2.860            uIU/mL    0.450-4.500
```

```
Procedure: RPR
RPR                           Non Reactive               Non Reactive
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
Print Date: 07/21/2011 07:53                    Page: 3/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

```
Patient Name  : MCCOLLUM, LARRY G
Patient Id    : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : ORIG, TITO
Facility      : HUTCHINS (HJ)
                1500 E. LANGDON RD
                HUTCHINS TX 75241
```

```
Test Name              Result        ABN Unit    Reference Range
                                     Flag
```

Plaintiffs' MSJ Appx. 1238

000145

Patient Name: MCCOLLUM,LARRY G Patient DOB: 04/04/1953          Patient ID: 1716091  Service Date: 07/20/2011 08:42:00

```
Print Date: 07/21/2011 07:53                    Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##
```

HUTCHINS (HJ) 1500 E. LANGDON RD HUTCHINS TX 75241 Tel. 9722251304  Page 4 of 4

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00



DATE INTERVIEWED: 7 / 18 / 11          η-15

SCREENER'S INITIALS: SKB

## TDCJ OFFENDER INTAKE PROCESSING
## PSYCHOLOGICAL SCREENING INTERVIEW

NAME: Mc Collum, Larry, Gene          TDCJ #: 1721640

DOB: 4 / 4 / 53          AGE: 58          GENDER: ☑ MALE   ☐ FEMALE

PLACE OF BIRTH: Enid, OK          RACE: ☑ CAUCASIAN

PRIOR TDCJ #: 110 5552          ☐ AFRICAN AMERICAN

PRIOR TDCJ INCARCERATIONS: ☑ YES   ☐ NO          ☐ HISPANIC

PRIOR ASSIGNMENT TO CTC: ☐ YES   ☐ NO          ☐ OTHER: _____

PRIOR ASSIGNMENT TO DDP: ☐ YES   ☐ NO

ON PSYCH. SERVICES CASELOAD: ☐ YES   ☐ NO

CURRENT OFFENSE: Forgery (1) (12 mos.)

SPECIAL CONSIDERATIONS FOR INTERVIEWS:

☑ NONE

☐ SPANISH-SPEAKING ONLY

☐ HEARING/VISUAL IMPAIRED

☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

☐ SECURITY RISK: _____

☐ OTHER: _____

OTHER GENERAL COMMENTS:

_____

_____

_____

_____

_____

_____

CL-69 (Rev 3/10)          Page 1

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES   NO**

1. HOW ARE YOU FEELING? _Rough. Adjusting._

2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS? ☑ ☐
   DID YOU GET ANY TYPE OF COUNSELING? _yes_
   FROM WHOM? (IF APPLICABLE) _____
   WHAT WAS IT FOR? _____
   WHEN WAS IT? _____
   WHERE WAS IT? _Buster Cole — transferred to Skyview_ _see #4 below_

3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR: ☑ ☐
   ☐ NERVES   ☐ MENTAL PROBLEMS   ☐ EMOTIONAL PROBLEMS?
   SPECIFY THE MEDICATION: _Zoloft, etc._
   WHEN DID YOU TAKE THIS MEDICATION? _2009_
   BY WHOM WAS IT PRESCRIBED?   ☐ PSYCHIATRIST
   ☐ PHYSICIAN
   ☐ OTHER: _thinks_
   CURRENT PSYCHOTROPIC MEDICATION: _0_ _nothing_

4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL? ☑ ☐ _needed @ present_
   WHY? _Depression — Loss of family members_
   WHEN? _____
   WHERE? _Skyview — 2002-04_
   WAS IT:   ☐ COURT COMMITMENT   OR   ☐ VOLUNTARY?

5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS? ☐ ☑
   WHAT TYPE? _____

6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE? ☐ ☑
   SPECIFY: _____

7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE? ☐ ☑
   HOW MANY TIMES? _____
   HOW?   ☐ CUT ARM / WRIST   ☐ HANGING
   ☐ OD'ed ON _____   ☐ OTHER _____
   WHEN? _____
   WHY? _____
   WAS MEDICAL ATTENTION REQUIRED?   ☐ YES   ☐ NO

8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT ☐ ☑
   SUICIDE?
   HOW? _____

9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW? ☐ ☑

10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR? ☐ ☑
    SPECIFY: _____

CL-69 (Rev 3/10)                                                                     Page 2

000148

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES   NO**

☐   ☐   11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?

SPECIFY: _____

☐   ☐   12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?

WHAT KIND? _____

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

| | | |
|---|---|---|
| ☐ NONE | ☐ BARBITURATES | ☐ METHAMPHETAMINE (SPEED) |
| ☐ HEROIN | ☐ ACID | ☐ INHALANTS _____ |
| ☐ COCAINE | ☐ HASH | ☐ ALCOHOL *quit 10 yrs. ago* |
| ☐ MARIJUANA | ☐ PCP | ☐ OTHER _____ |

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?   GRADE _____

WHERE    ☐ USA      ☐ MEXICO   ☐ OTHER: _____

DO YOU HAVE A.         ☑ HIGH SCHOOL DIPLOMA   ☐ GED

☑   ☐   15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?

WHY? _____ *D. E. - Worked 1/2 day*

WHAT GRADE(S)? _____ *12*

☐   ☐   16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME?

WHY? _____

☐   ☐   17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?

IF YES, SPECIFY: _____

_____

☐   ☐   18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?

☐   ☐   19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?   IF YES, SPECIFY:

_____

_____

CL-69 (Rev 3/10)                                                                      Page 3

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

# BEHAVIORAL OBSERVATIONS

**APPEARANCE:** ☑ UNREMARKABLE ☐ DISHEVELED ☐ ODI

**HYGIENE:** ☐ ~~OD~~ ☐ FAIR ☑ PO

**INTERACTION:** ☑ COOPERATIVE ☐ LIMITED ☐ UNCOOPERATIVE

**MOTOR BEHAVIOR:** ☑ WITHIN NORMAL LIMITS ☐ RESTLESS ☐ DID NOT MOVE

☐ _____

**SPEECH:** ☐ CLEAR ☐ MUMBLES ☐ SPEECH IMPEDIMENT

**RATE:** ☑ SPONTANEOUS ☐ FAST ☐ _____

**MOOD:** ☐ WITHIN NORMAL LIMITS ☑ SAD *teary-eyed* ☐ IRRITABLE

☐ UNUSUALLY HAPPY ☑ ANXIOUS ☐ FRIGHTENED

☐ SILLY ☐ _____

**ALERTNESS:** ☑ ALERT ☐ CONFUSED ☐ DAZED ☐ DISTRACTED

## ▼ This section must be completed by a Qualified Mental Health Professional ▼

**DISPOSITION — REFERRED FOR FURTHER EVALUATION** ☑ YES ☐ NO

**REASON FOR REFERRAL:**

☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
☑ HISTORY OF MENTAL HEALTH TREATMENT
☐ CURRENT SUICIDAL IDEATION
☐ PRIOR SUICIDAL GESTURE(S)
☐ DISPLAYED UNUSUAL BEHAVIOR
☐ AFFECTIVE DISTRESS NOTED
☐ UNUSUAL NATURE OF OFFENSE
☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
☐ OTHER: _____

**MENTAL HEALTH APPRAISAL COMPLETED BY:**
I. Smith, MA
Mental Health Clinician
_____
**PRINTED NAME**

_____    _____7/19/11_____
**SIGNATURE**                              **DATE**

CL-69 (Rev 3/10)                                                    Page 4

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G  **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16  **Facility:** HUTCHINS (HJ)
**Age:** 58 year  **Race:** W  **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Current Medications:**

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

# Nursing Triage Form

Name of Security Officer Calling _____LT SANDERS_____
Presenting Problems/Symptoms_HE IS ON THE TOP BUNK HAVING A SEIZURE THAT HAS LASTED FOR 5 MINUTES,SECURITY CAN NOT GET HIM OFF THE TOP BUNK, THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING. THEY CALLED 911.HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
_____NO MEDICAL ON THE UNIT
_____

Protocol used: (List protocol name, and page number):
1.SEIZURE  PG 471___
2. ____
3. ____
4. ____
5. Other_____
Problem: ___X___ Emergent _____ Urgent _____ Non-Urgent
       **(Immediately)**       (2 hrs)       (Pass Issued / Fill out Sick Call Request)

Circle/Mark "X" Correct Information
**Telephone Triage**
_X___1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
_____2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
_____3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
____4. Other as ordered by a provider:_____
_____
_____5. Instructions given to security officer to place offender patient in front of the **DMS** equipment in medical for assessment / interview.

Additional Comments__UR NOTIFIED. CONTACT ANN. PRECERT NO 776845

1 of 2

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:**
HUTCHINS (HJ)

PARKLAND HOSPITAL WAS CONTACTED, REPORT GIVEN TO VIRGINIA. I CALLED BACK
TO HUTCHINS TO MAKE SUREHE WAS OK. THEY SAID THE AMBULANCE WAS THERE
AND THEY WERE TAKING CARE OF HIM.

Revision 07/18/10
(Telephone Triage Revision 08/19/10, COPY AND PASTE into patient's EMR

Electronically Signed by STOKES, GINA E. R.N. on 07/22/2011.
##And No Others##

2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 63

Case 4:14-cv-03253   Document 300-17   Filed on 09/08/16 in TXSD   Page 36 of 65

| MEDICATION ADMINISTRATION RECORD | | | DOCUMENTATION CODES | | | |
|---|---|---|---|---|---|---|
| PATIENT: | McCollum Larry | | A = Accepted | NA = Med Not Available | NURSE SIGNATURE | INTIAL |
| MRN: | | | R = Refused | H = Medical Hold | | |
| DOB: | | | D = Deleted error | DC=Discontinued | | |
| UOA: | | | K = KOP | NS = No Show | | |
| HOUSING: | | | S = From Stock | DO= Dose Omitted | | |
| ALLERGIES: | NKA | | | LD = Lock Down | | |

| MEDICATION & DIRECTIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25 mg ↓ 1 program x 300 PROVIDER BAbbili RN START 7-15-11 STOP 8-15-11 | AM | | | | | | | | Ø | | | | NS | NS | NS | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATION & DIRECTIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDER RN START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATION & DIRECTIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDER RN START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATION & DIRECTIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDER RN START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATION & DIRECTIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDER RN START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATION & DIRECTIONS | HOUR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDER RN START STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Plaintiffs' MSJ Appx. 1247

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 64

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: HJ 7/15/2011

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81' | 65% | 83' | Baguio,C04 |
| 7:30 a.m. | 82 | 67% | 84' | Baguio C04 |
| 8:30 a.m. | 87' | 65% | 89' | Baga's 6p |
| 9:30 a.m. | 90° | 60% | 96' | Baguio C04 |
| 10:30 a.m. | 95' | 58% | 106 | Baguis,C04 |
| 11:30 a.m. | 97' | 54% | 107' | Baguis,C04 |
| 12:30 p.m. | 98' | 54% | 108° | Baguis C04 |
| 1:30 a.m. | 99' | 47% | 108° | ECHNS C05 |
| 2:30 p.m. | 103° | 45% | 110° | ECHNS C05 |
| 3:30 p.m. | 108 | 46% | 117° | ECHNS C05 |
| 4:30 p.m. | 105° | 43% | 115° | ECHNS C05 |
| 5:30 p.m. | 104 | 40% | 113° | ECHNS C05 |
| 6:30 p.m. | 102 | 37% | 110° | ECHNS C05 |

OPEN RECORDS

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Temperature Log

Unit: HJ 7/16/11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|-------|------------------------|------------------------|--------------------------|------------------|
| 6:30 a.m. | 80° | 62% | 83° | Baguis C04 |
| 7:30 a.m. | 82° | 69% | 85° | Baguis C04 |
| 8:30 a.m. | 85° | 66% | 88° | Baguis C04 |
| 9:30 a.m. | 95° | 66% | 100° | Baguis C04 |
| 10:30 a.m. | 102° | 52% | 116° | Baguis C04 |
| 11:30 a.m. | 106° | 62% | 120° | Baguis C04 |
| 12:30 p.m. | 110° | 60% | 124° | Baguis C04 |
| 1:30 a.m. | 113° | 54% | 138° | Baguis C04 |
| 2:30 p.m. | 104° | 52% | 120° | EADS C05 |
| 3:30 p.m. | 101° | 50% | 115° | EADS C05 |
| 4:30 p.m. | 108° | 53% | 122° | EADS C05 |
| 5:30 p.m. | 106° | 48% | 116° | EADS C05 |
| 6:30 p.m. | 105° | 43% | 113° | EADS C05 |

OPEN RECORDS

Plaintiffs' MSJ Appx. 1250

001489

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Temperature Log**

Unit: __HJ__

| Date: 7/17/11 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 77 | 68% | 85° | L. Langley |
| 7:30 a.m. | 77 | 69% | 82 | L. Langley |
| 8.30 a.m. | 82 | 65% | 83° | L. Langley |
| 9:30 a.m. | 86 | 69% | 92° | L. Langley |
| 10.30 a.m. | 86 | 76% | 95° | L. Langley |
| 11:30 a.m. | 92 | 63% | 107° | L. Langley |
| 12:30 p.m. | 97 | 52% | 113° | L. Langley |
| 1.30 p.m. | 105 | 50% | 135° | Phillips |
| 2:30 p.m. | 105.7 °F | 48% | 135 | King |
| 3:00 pm | 104.9 °F | 46% | 135 | King |
| 3:30 p.m. | 107.1 °F | 45% | 135 | King |
| 4:00 pm | 104.2 °F | 44% | 123 | King |
| 4:30 p.m. | 107.0 °F | 43% | 123 | King |
| 5:00 pm | 108.9 °F | 42% | 139 | King |
| 5:30 p.m. | 108.0 °F | 38% | 137 | King |
| 6:00 pm | 106.4 | 34% | 113 | King |
| 6:30 p.m. | 108.4 | 33% | 123 | King |

OPEN RECORD

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: _____H/S_____

| Date: 7/18/11 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 78° | 68% | 85-° | Bostir cos |
| 7:30 a.m. | 81° | 68% | 85° | Bustir cos |
| 8:30 a.m. | 85-° | 68% | 93° | Bustir cos |
| 9:30 a.m. | 96° | 65% | 114° | Bustir cos |
| 10:30 a.m. | 103° | 68% | 135° | Bustir cos |
| 11:30 a.m. | 94°. | 60% | 114° | Burrir cos |
| 12:30 p.m. | 99 | 54% | 118° | Busir cos |
| 1:30 a.m. | 100° | 50% | 114° | Echas cos |
| 2:30 p.m. | 108° | 48% | 115° | Echas cos |
| 3:30 p.m. | 108° | 48% | 118° | Echas cos |
| 4:30 p.m. | 106° | 46% | 120° | Echas cos |
| 5:30 p.m. | 106° | 44% | 118° | Echas cos |
| 6:30 p.m. | 106° | 43% | 118° | Echas cos |

OPEN RECORDS

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _H S_

7-19-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75° | 71% | 77° | Busta |
| 7:30 a.m. | 79° | 73% | 85° | Busta |
| 8:30 a.m. | 89° | 67% | 100° | Busta |
| 9:30 a.m. | 99° | 64% | 120° | Busta |
| 10:30 a.m. | 112 | 65% | 149° + | Busta |
| 11:30 a.m. | 114° | 65% | 149° + | Busta |
| 12:30 p.m. | 112° | 65% | 149° + | Busta |
| 1:30 a.m. | 114° | 59% | 150° + | Busta |
| 2:30 p.m. | 104° | 48% | 117° | Echas cos |
| 3:30 p.m. | 105° | 45% | 117° | Echas cos |
| 4:30 p.m. | 108° | 43% | 120° | Echas cos |
| 5:30 p.m. | 107° | 46% | 118 | Echas cos |
| 6:30 p.m. | 107° | 37% | 116 | Echas cos |

OPEN RECORDS

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: HJ 7-20-4

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|-------|------------------------|------------------------|--------------------------|------------------|
| 6:30 a.m. | 76° | 71' | 77° | Baguio Coy |
| 7:30 a.m. | 78° | 68 | 78 | Chapmi- |
| 8:30 a.m. | 82 | 68 | 84 | Chpri- |
| 9:30 a.m. | 90° | 64% | 91' | Baguio Coy |
| 10:30 a.m. | 92° | 63% | 96° | Baguis Coy |
| 11:30 a.m. | 94° | 61% | 98° | Baguio Coy |
| 12:30 p.m. | 100° | 54' | 120° | Baguis Coy |
| 1:30 a.m. | 97° | 52% | 108 | EHUS Co5 |
| 2:30 p.m. | 103° | 50% | 112° | EHUS co5 |
| 3:30 p.m. | 104° | 48% | 112' | EHUS co5 |
| 4:30 p.m. | 105° | 46% | 113° | EHUS co5 |
| 5:30 p.m. | 105° | 43% | 112° | EHUS co5 |
| 6:30 p.m. | 98° | 48% | 105° | EHUS co5 |

OPEN RECORDS

001493

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Temperature Log

Unit: HJ 7-21-2011

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 80° | 75% | 85° | Baguio CO4 |
| 7:30 a.m. | 80° | 7C% | 85° | Baguio CO4 |
| 8:30 a.m. | 85° | 68% | 91° | Baguio CO4 |
| 9:30 a.m. | 88° | 64% | 96° | Baguio CO4 |
| 10:30 a.m. | 92° | 62% | 97° | Baguio CO4 |
| 11:30 a.m. | 96° | 70% | 100° | Baguio CO4 |
| 12:30 p.m. | 98° | 57% | 103° | Baguio CO4 |
| 1:30 a.m. | 103° | 49% | 114° | ECHUS CO5 |
| 2:30 p.m. | 104° | 48% | 115° | ECHUS CO5 |
| 3:30 p.m. | 107° | 46% | 118° | ECHUS CO5 |
| 4:30 p.m. | 107° | 44% | 116° | ECHUS CO5 |
| 5:30 p.m. | 108° | 42% | 117° | ECHUS CO5 |
| 6:30 p.m. | 106° | 40% | 116° | ECHUS CO5 |

OPEN RECORDS

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: HJ 7-22-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81° | 69% | 84° | Baguio COH |
| 7:30 a.m. | 81° | 68% | 84° | Baguio COH |
| 8:30 a.m. | 84° | 68% | 87° | Baguio COH |
| 9:30 a.m. | 86° | 66% | 90° | Baguio COH |
| 10:30 a.m. | 88° | 61% | 96° | Baguio COH |
| 11:30 a.m. | 93° | 60% | 100° | Baguio COH |
| 12:30 p.m. | 98° | 59% | 105° | Baguio COH |
| 1:30 a.m. | 101° | 50% | 110° | Ertus COS |
| 2:30 p.m. | 108° | 49% | 110° | Ertus COS |
| 3:30 p.m. | 108° | 48% | 110° | Ertus COS |
| 4:30 p.m. | 104° | 45% | 113° | Ertus COS |
| 5:30 p.m. | 103° | 37% | 109° | Ertus COS |
| 6:30 p.m. | 102° | 35% | 108° | Ertus COS |

OPEN RECORD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 65

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Stephanie McCollum, *et al.*, | § | |
| | § | |
| v. | § | **Civil Action No. 3:12-CV-02037** |
| | § | |
| Brad Livingston, *et al.*, | § | |
| Defendants. | § | **JURY DEMAND** |

**DEFENDANT BRAD LIVINGSTON'S RESPONSES TO PLAINTIFF
STEPHEN McCOLLUM'S FIRST SET OF REQUESTS FOR
PRODUCTION AND INTERROGATORIES**

**TO:**   Jeff Edwards, The Edward Law Firm, The Bremond Houston House, 706 Guadalupe, Austin,
Texas 78701; Scott Medlock, Brian McGiverin, James C. Harrington, Texas Civil Rights
Project, 1405 Montopolis Drive, Austin, Texas 78741; and Eliot Shavin, 2600 State Street,
Dallas, Texas 75204

COMES NOW the Defendant, Brad Livingston, by and through counsel, the Texas Attorney

General's Office, and offers the following **Defendant Brad Livingston's Responses to Plaintiff**

**Stephen McCollum's First Set of Requests for Production and Interrogatories.**

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No. 07631060
So. Dist. Bar No. 18934

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, BRAD LIVINGSTON AND JEFF
PRINGLE**

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA,** Assistant Attorney General of Texas, do hereby certify that a true

and correct copy of the above and foregoing **Defendant Brad Livingston's Responses to Plaintiff**

**Stephen McCollum's First Set of Requests for Production and Interrogatories** has been served

by courier services on this the 21st day of December, 2012 addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

**BRUCE R. GARCIA**
Assistant Attorney General

-2-

## **FIRST SET OF INTERROGATORIES**

1.    Identify all steps you took to protect Larry McCollum from heat index temperatures in the Hutchins Unit in excess of 90 degrees.

**RESPONSE:** I did not know Larry McCollum.

2.    Identify all heat-related injuries (refer to definition paragraph R) to inmates in Texas Department of Criminal Justice facilities at any TDCJ unit you were aware of during your employment with TDCJ.

**RESPONSE:** Objection, overly broad and unduly burdensome, not limited in time or scope, seeks information that is privileged under HIPAA. Subject to and without waiving, I am not personally aware of any specific offender's heat related injuries.

3.    Identify all heat-related injuries to employees of the Texas Department of Criminal Justice working in Texas Department of Criminal Justice facilities at any TDCJ unit during the term of your employment, including, but not limited to, injuries where employees filed workers compensation claims.

**RESPONSE:** Objection, overly broad and unduly burdensome, not limited in time or scope, seeks information that is privileged under HIPAA. Subject to and without waiving, I am not personally aware of any specific employee's heat related injuries.

4.    Identify all training you received about heat safety during your employment at the Texas Department of Criminal Justice.

**RESPONSE:** I have not received training about heat safety during my employment with Texas Department of Criminal Justice.

Plaintiffs' MSJ Appx. 1260

5.      Identify all persons who you believe have knowledge of relevant facts and identify the issues upon which you believe they have knowledge. A response to this interrogatory should include, but is not limited to, all prisoners housed in the dorm with Larry McCollum on July 22, 2011 and July 23, 2011.

**RESPONSE:**  Please see the OIG Investigation Report.  Hutchins State Jail Warden Jeff Pringle and TDCJ-CID Region II Director Robert Eason may have knowledge pertinent to this interrogatory.  Defendant will supplement.

6.      If you contend that some other person or legal entity is in whole or in part liable to Plaintiff in this matter, identify that person or legal entity and describe in detail the basis of said liability.

**RESPONSE:**  None at this time.

7.      Please identify each person who provided information or assisted in any way in answering these interrogatories, and as to each such person, please indicate the discovery request with respect to which he or she was involved.

**RESPONSE:**  My attorneys assisted me.

8.      Please identify all persons that Defendant expects to call to testify on Defendant's behalf at trial.

**RESPONSE:**  Defendant will supplement.

9.      Please identify the names and. if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--you may use to support your claims or defenses.

**RESPONSE:**  Defendant will supplement.

--4--

## REQUESTS FOR PRODUCTION

1.    Please produce all documents or other physical or tangible evidence related to, referred to, identified in,  or that formed the basis of any answer to the previous interrogatories, identifying the specific interrogatory to which that document or evidence is related.

**RESPONSE:** Objection, overly broad and unduly burdensome.  Subject to and without waiving, please see defendant's disclosures, and responses to plaintiff's requests for production.

2.    Please produce all documents, including but not limited to inmate grievances and correspondence from state officials, you reviewed prior to July 22, 2011 regarding heat and/or high temperatures in TDCJ facilities, including, but not limited to, inmate grievances regarding conditions at the Hutchins Unit.

**RESPONSE:** Objection, overly broad and unduly burdensome, not limited in scope or time.  Subject to and without waiving, I do not review offender grievances.

3.    Please produce all documents you intend to introduce as exhibits at trial.

**RESPONSE:** Defendant will supplement per the Federal Rules of Civil Procedure and the scheduling order entered into by the parties in this matter.

4.    Please produce a copy of all documents, electronically stored information, and tangible things that you have in your possession, custody, or control and may use to support your claims or defenses.

**RESPONSE:** Objection, overly broad, not limited in scope, time or particularity.  Subject to and without waiving, Defendant will supplement per the Federal Rules of Civil Procedure and the scheduling order entered into by the parties in this matter.

Plaintiffs' MSJ Appx. 1262

## VERIFICATION

STATE OF TEXAS                          §
                                        §
COUNTY OF WALKER                        §

BEFORE ME, the undersigned authority, on this day personally appeared Brad Livingston, who, being personally known to me, after being duly sworn upon his oath deposed and stated that the foregoing responses to interrogatories in *McCollum v. Livingston*, Civil Action No. 3:12cv02037, are true, correct and complete to the best of his knowledge; and he is authorized to execute this verification.

Brad Livingston
Executive Director
Texas Department of Criminal Justice

BEFORE ME, the undersigned authority, on this day personally appeared Brad Livingston known personally to me to be the person subscribed in the foregoing instrument.

Given under my hand and seal of office on this _18_ day of December, 2012.

Notary Public in and for the State of Texas

Angela Moore
Printed Name

My Commission Expires: _July 23, 2013_

ANGELA L MOORE
NOTARY PUBLIC - STATE OF TEXAS
MY COMMISSION EXPIRES
JULY 23, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 66

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **Stephanie McCollum,** *et al.* | § | |
| | § | **Civil Action No. 3:12-CV-02037** |
| | § | |
| | § | |
| **Brad Livingston,** *et al.,* | § | |
| **Defendants.** | § | **JURY DEMAND** |

### DEFENDANT JEFF PRINGLE'S RESPONSES TO PLAINTIFF'S
### FIRST SET OF REQUESTS FOR
### PRODUCTION AND INTERROGATORIES

**TO:**   Jeff Edwards, The Edward Law Firm, The Bremond Houston House, 706 Guadalupe, Austin, Texas 78701; Scott Medlock, Brian McGiverin, James C. Harrington, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, Texas 78741; and Eliot Shavin, 2600 State Street, Dallas, Texas 75204

COMES NOW the Defendant, Jeff Pringle, by and through counsel, the Texas Attorney

General's Office, and offers the following **Defendant Jeff Pringle's Responses to Plaintiff's First**

**Set of Requests for Production and Interrogatories**.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

_B — R. J_

**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060
So. Dist. Bar No. 18934

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS  TEXAS
DEPARTMENT OF CRIMINAL JUSTICE, BRAD
LIVINGSTON AND JEFF PRINGLE**

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA,** Assistant Attorney General of Texas, do hereby certify that a true

and correct copy of the above and foregoing **Defendant Jeff Pringle's Responses to Plaintiff's**

**First Set of Requests for Production and Interrogatories** has been served by courier service on

this the 21th day of December 2012 to addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

_B — R. B_

**BRUCE R. GARCIA**
Assistant Attorney General

-2-

## FIRST SET OF INTERROGATORIES

1.      Identify all steps you took to protect Larry McCollum from heat index temperatures in the Hutchins Unit in excess of 90 degrees.

**RESPONSE**: Mr. McCollum was undergoing the classification process.  I had no personal knowledge regarding Mr. McCollum.

2.      Identify all heat-related injuries (refer to definition paragraph R) to inmates in Texas Department of Criminal Justice facilities at any TDCJ unit where you were employed during the term of your employment.

**RESPONSE**: Objection, overly broad and unduly burdensome, and not reasonably limited in scope or time. Subject to and without waiving, please see TDCJ's response to request for production #2.

3.      Identify all heat-related injuries to inmates in the Hutchins Unit during the term of your employment at the Hutchins Unit.

**RESPONSE**: Objection, overly broad and unduly burdensome, and not reasonably limited in scope or time. Subject to and without waiving, please see TDCJ's response to request for production #2

4.      Identify all heat-related injuries to employees of the Texas Department of Criminal Justice working in Texas Department of Criminal Justice facilities at any TDCJ unit where you were employed during the term of your employment, including, but not limited to, injuries where employees filed workers compensation claims.

**RESPONSE**: Objection, overly broad and unduly burdensome, and not reasonably limited in scope or time. Subject to and without waiving, please see TDCJ's response to request for production #2.

-3-

Plaintiffs' MSJ Appx. 1267

5.    Identify all training you received about beat safety during your employment at the Texas
      Department of Criminal Justice.

**RESPONSE**:  I cannot recall all of the training I received during my employment with the Texas
               Department of Criminal Justice. Please see TDCJ's response to request for
               production #3 and #4.

6.    Identify how inmates were assigned housing at the Hutchins Unit in July 2011.

**RESPONSE**:  Approximately two thousand, two hundred and twenty six offenders live on the
               facility. However the daily count fluctuates depending upon offender activity. As
               a result, I cannot give an accurate answer only an approximation.

7.    Identify all persons who you believe have knowledge of relevant facts and identify the issues
      upon which you believe they have knowledge. A response to this interrogatory should
      include, but is not limited to, all prisoners housed in the dorm with Larry McCollum on July
      22, 2011 and July 23, 2011.

**RESPONSE**:  Defendant will supplement.

8.    If you contend that some other person or legal entity is, in whole or in part. liable to Plaintiff
      in this matter, identify that person or legal entity and describe in detail the basis of said
      liability.

**RESPONSE**:  Unable to answer at this time.

9.    Identify what property inmates were issued upon arrival at the Hutchins Unit in July, 2011.
      A response to this interrogatory should include what property is issued to prisoners by the
      state upon their arrival, and when inmates are allowed to purchase property from the prison
      commissary.

**RESPONSE**:  Please see attached TDCJ property policies.

-4-

10.     Please identify each person who provided information or assisted in any way in answering these interrogatories, and as to each such person, please indicate the discovery request with respect to which he or she was involved.

**RESPONSE**:  My attorneys.

11.     Please identify all persons employed at the Hutchins Unit whose duties included spending time in the dormitories during the summer of 2011, including, but not limited to, sworn law enforcement officers and non-sworn employees.

**RESPONSE**:  Objection, overly broad - all employees except those with limited administrative duties may require some time in the dormitories.

12.     Please describe why inmates at the Hutchins Unit were not permitted to use personal fans in 2011.

**RESPONSE**:  Please see attached TDCJ property policies.

13.     Please identify all persons that Defendant expects to call to testify on Defendant's behalf at trial.

**RESPONSE**:  Defendant will supplement.

14.     Please describe why inmates at the Hutchins Unit were not issued a drinking cup upon their arrival at the prison in 2011.

**RESPONSE**:  Please see attached TDCJ property policies.

-5-

15.   Please identify the names and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information-you may use to support your claims or defenses.

**RESPONSE**:  Please see the OIG investigation, in addition, Defendant will supplement.

## REQUEST FOR PRODUCTION

1.   Please produce all documents or other physical or tangible evidence related to, referred to, identified in, or that formed the basis of any answer to the previous interrogatories, identifying the specific interrogatory to which that document or evidence is related.

**RESPONSE**:  Objection, overly broad and unduly burdensome.

2.   Please produce all documents, including, but not limited to inmate grievances and correspondence from state officials. you reviewed prior to July 22, 2011 regarding heat and/or high temperatures in TDCJ facilities, including, but not limited to, inmate grievances regarding conditions at the Hutchins Unit.

**RESPONSE**:  Objection, overly broad and unduly burdensome, not limited in scope or time. Subject to and without waiving, please see TDCJ response to request for production #2.

3.   Please produce all documents you intend to introduce as exhibits at trial.

**RESPONSE**:  Defendant will supplement.

4.   Please produce a copy of all documents, electronically stored information, and tangible things that you have in your possession, custody, or control and may use to support your claims or defenses.

**RESPONSE**:  Objection, overly broad, not limited in scope, time or particularity. Subject to and without waiving, please see all documents previously provided by defendants.

-6-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 67

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Stephen McCollum, *et al.*, | § | |
|     Plaintiffs, | § | |
| v. | § | Civil Action No. 3:12-CV-02037 |
| | § | |
| Brad Livingston, *et al.*, | § | |
|     Defendants. | § | JURY DEMAND |

**DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S RESPONSES
TO PLAINTIFF SANDRA McCOLLUM'S FIFTH REQUESTS FOR PRODUCTION
AND REQUESTS FOR ADMISSION**

TO:    Jeff Edwards, The Edward Law Firm, The Bremond Houston House, 706 Guadalupe, Austin, Texas 78701; Scott Medlock, Brian McGiverin, James C. Harrington, Texas Civil Rights Project, 1405 Montopolis Drive, Austin, Texas 78741; Eliot Shavin, 2600 State Street, Dallas, Texas 75204; and Kim Coogan, Assistant Attorney General, Office of the Attorney General, P.O. Box 12548, Austin, Texas 78711

COMES NOW the Defendant Texas Department of Criminal Justice by and through counsel, the Texas Attorney General's Office, and offers the following **Defendant Texas Department of Criminal Justice's Responses to Plaintiff Sandra McCollum's Fifth Set of Requests for Production and Requests for Admission**.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

**BRUCE R. GARCIA**
Assistant Attorney General
Attorney in Charge
State Bar No.  07631060
So. Dist. Bar No. 18934

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139

**ATTORNEYS FOR DEFENDANTS TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
BRAD LIVINGSTON AND JEFF PRINGLE**

## CERTIFICATE OF SERVICE

I, **BRUCE R. GARCIA,** Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Defendant Texas Department of Criminal Justice's Responses to Plaintiff Sandra McCollum's Fifth Set of Requests for Production and Requests for Admission** has been served by placing same in the United States Mail, postage prepaid, on July 17, 2013 addressed to:

Jeff Edwards
The Edwards Law Firm
The Bremond Houston House
706 Guadalupe
Austin, Texas 78701

Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, Texas 78741

Eliot Shavin
2600 State Street
Dallas, Texas 75204

Plaintiffs' MSJ Appx. 1273

Kim Coogan - **(Hand Delivered)**
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711

**BRUCE R. GARCIA**
Assistant Attorney General

˅3˅

## REQUESTS FOR PRODUCTION

1.     Please produce all documents from "'Directors Meetings," held between TDCJ regional directors and the Director of the TDCJ Correctional Institutions Division since January 1, 2007. This requests includes, but is not limited to: meeting agendas, meeting minutes, attendance records, audio/video recordings, summaries, and notes.

**RESPONSE:  See attached.**

## REQUESTS FOR ADMISSION

1.     Admit TDCJ did not, before Mr. McCollum's death, distribute lists of prisoners with heat related medical conditions to the corrections officers who monitored the dorms in the Hutchins Unit.

**RESPONSE:  ADMIT.**

2.     Admit lists of prisoners with heat-related medical conditions that TDCJ distributed to the corrections officers who personally monitored the dorms in the Hutchins Unit at any time before Mr. McCollum's death have been destroyed, lost, or no longer exist.

**RESPONSE:   Defendants can neither admit nor deny as no such lists existed for the purpose described by this request.  Subject to and without waiving, denied.  TDCJ cannot destroy non-existent lists.**

3.     Admit UTMB staff at the Hutchins Unit did not provide lists of prisoners with heat-related medical conditions to TDCJ correctional officers at the Hutchins Unit before Mr. McCollum's death.

**RESPONSE:  ADMIT.**

4.     Admit TDCJ did not, before Mr. McCollum's death, distribute lists of prisoners susceptible to heat-related injuries to the corrections officers who monitored the dorms in the Hutchins Unit.

**RESPONSE:   Objection overbroad, vague as to "heat related injuries." Subject to and without waiving Defendant can neither admit nor deny as no such lists existed for the purpose described by this request.  TDCJ admits that no non-existent lists were distributed to corrections officers who personally monitored the dorms in the Hutchins Unit before Mr. McCollum's death.**

˅4˅

5.     Admit lists of prisoners susceptible to heat-related injuries that TDCJ distributed to corrections officers who personally monitored the dorms in the Hutchins Unit at any time before Mr. McCollum's death have been destroyed, lost, or no longer exist.

**RESPONSE:  Defendants can neither admit nor deny as no such lists existed for the purpose described by this request.  Subject to and without waiving, denied.  TDCJ cannot destroy something that did not exist.**

6.     Admit UTMB staff at the Hutchins Unit did not provide lists of prisoners susceptible to heat-related injuries to TDCJ correctional officers at the Hutchins Unit before Mr. McCollum's death.

**RESPONSE: ADMIT.**

7.     Admit TDCJ did not, before Mr. McCollum's death, distribute lists of prisoners with heat restrictions to the corrections officers who monitored the dorms in the Hutchins Unit.

**RESPONSE: ADMIT.**

8.     Admit lists of prisoners with heat-restrictions that TDCJ distributed to the corrections officers who personally monitored the dorms in the Hutchins Unit at any time before Mr. McCollum's death have been destroyed, lost, or no longer exist.

**RESPONSE:  Defendant can neither admit nor deny.  There were no lists of prisoners with heat-restrictions that TDCJ distributed to the corrections officers who personally monitored the dorms in the Hutchins Unit before Mr. McCollum's death.**

9.     Admit UTMB staff at the Hutchins Unit did not provide lists of prisoners with heat restrictions to TDCJ correctional officers at the Hutchins Unit before Mr. McCollum's death.

**RESPONSE: ADMIT.**

⌄5⌄