UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 71



**Correctional Institutions Division Director's Meeting**
**March 15, 2012**
**Conference Room 141**

## Agenda

| 3/15/2012 | | | Speakers |
|---|---|---|---|
| 1:00 p.m. | 1) | OPENING REMARKS/PRESENTATION | Rick Thaler |
| 1:05 p.m. | 2) | EAC REPORT/ISSUES | Kathy Cleere |
| 1:10 p.m. | 3) | FBBP REPORT | Justin Brock |
| 1:15 p.m. | 4) | GREEN COMMITTEE UPDATE | Gilbert Campuzano |
| 1:20 p.m. | 5) | M&L UPDATE | C. F. Hazlewood |
| 1:30 p.m. | 6) | STATE JAIL SUBSTANCE ABUSE PROGRAMS RFP | Bobby Lumpkin |
| | 7) | SECURITY REVIEWS          (HANDOUT) | William Stephens |

EXHIBIT
58
Thaler  10/8/13 b.



**Correctional Institutions Division Director's Meeting**
**March 16, 2012**
**Conference Room 225**

### Regional Director's Meeting

AGENDA TOPICS

| | |
|---|---|
| Major Use of Force Plan | Rick Thaler |
| Offender Visitation | Rick Thaler |
| PREA Visits | Rick Thaler |
| Safe Prisons Program | Rick Thaler |
| SHSU Master's Scholarship | Rick Thaler |
| Good-time Loss Report | Rick Thaler |
| Staff Assaults | Rick Thaler |
| PACT Conference | Rick Thaler |
| Warden's Forum | Rick Thaler |
| Heat Related Illness Training | Rick Thaler |
| Employee Housing Repairs | Rick Thaler |
| Missing Agency Property | Rick Thaler |
| GRAD Program | Rick Thaler |
| Administrative Segregation Placement | Rick Thaler |
| Administrative Segregation Program | Rick Thaler |
| Suicide Prevention | Rick Thaler |
| Offender Protection Investigations | Rick Thaler |
| Contraband Interdiction | Rick Thaler |
| Health Services | Rick Thaler |
| Correctional Officer Staffing | Rick Thaler |



**Correctional Institutions Division Director's Meeting**
**March 16, 2012**
Conference Room 225

### Regional Director's Meeting

| | |
|---|---|
| Employee Overtime | Rick Thaler |
| Security Procedures | Rick Thaler |
| STG Regional Training | Oscar Mendoza |
| GRAD Adjustments | Oscar Mendoza |
| Wardens Leadership Forum | Oscar Mendoza |
| Notes from 2/21/12 Fire Marshall Quarterly Mtg. | William Stephens |
| Offender Disciplinary Overturned Cases (handout) | William Stephens |
| Administrative Leave Requests | William Stephens |
| Heat Preparations | William Stephens |
| Visitation Garments | William Stephens |

# CID Director's Meeting

### Agenda

**1) Opening Remarks** — Rick Thaler

Discussion: Angie Jordan - 5 yr service award.

Action items: | Person Responsible: | Deadline:

---

**2) EAC Report/Issues** (handout) — Kathy Cleere

Discussion: Admin Reviews - make sure regional office date stamps these. New database - April 1 45 units to go online. Developing instruction manual. Will send to units and RD.

Action items: Definition of "treatment above 1st aid" to be discussed at mtg next week. Send her any thoughts on this before next week.

---

**3) FBBP Report** (handout) — Justin Brock / Sherry Craig

Discussion: Acceptable range (+ or -5%). Anything shaded red is above 5%, anything shaded blue is below 5%. Right now at 56% spent. Units pulling 6.2 mil/month out of warehouse - 75 mil short anticipated. Prices that did not increase this year, probably will next year. Supply 59.1% spent. Laundry - small budget. Maint. - 59.5% spent, excessive year for water wells. Travel $175,000 spent in 1st part of yr. (86%)

---

**4) Green Committee Update** — Gilbert Campuzano

Discussion: Legislative requirement to limit utilities. Sending report to each Warden each month instead of quarterly forthcoming. Want wardens to review and look at adjustments needed. Educational materials going to wardens.

Action items: $3.50 energy cost. There are kickbacks available for savings programs. Educate new wardens on need to monitor.

# Director's Meeting

## Agenda Topics

| 5) M&L Update | C. F. Hazlewood/Daris Facher |
|---|---|

Discussion: Vehicles – 20 perimeter vehicles coming will replace on 1 for 1 – oldest first. Let them know needs.
Try not to use vans to patrol perimeter.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 6) State Jail Substance Abuse Programs RFP | Bobby Lumpkin |
|---|---|

Discussion: HJ. Plane – Henley – Travis – B4 – 61st – Contracts expire – Begin now on Sept. 1. Will be announced at June Board Mtg. Asked to submit proposal for DWI program.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 7) Security Reviews          (handout) | William Stephens |
|---|---|

Discussion: Tools/Keys – still finding ones that are not engraved. Needed for tracking. Chemicals in craft shops findings.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Flu          (handout) | |
|---|---|

Discussion: handout – reminder – pass along.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

Plaintiffs' MSJ Appx. 1339

# Director's Meeting

**Discussion:** STG Training — O. Mendoza

In process of doing STG training for new manual

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |

**Discussion:** Leadership Forum — O. Mendoza

Bringing in St. Wdns in 3 stages to HV.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |

**Discussion:** Missing Agency Property — R. Thaler

Report out — encourage wardens to review and attempt to resolve.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |

**Discussion:** Heat Related Illness — R. Thaler

Talk about every month and on what should be taken care of.

| Action items: Employees as well as Offenders | Person Responsible: | Deadline: |
|---|---|---|
| | | |

# Director's Meeting

| | | Pact Conference | R Thaler |
|---|---|---|---|

**Discussion:** 8:00 Am next Saturday. CID has 6 tables. General Session, 9:00AM different sessions, CID in auditorium.

**Action items:** Parole has court room. Need names/titles of staff attending in ARM. Set up 2:00 Friday. — **Person Responsible:** — **Deadline:**

| | | Security Procedures | R Thaler |
|---|---|---|---|

**Discussion:** Cover requirements with all new staff. Identify any issues.

**Action items:** — **Person Responsible:** — **Deadline:**

| | | Ag. Issues        (handout) | M. Demny |
|---|---|---|---|

**Discussion:** 2 land mgmt issues to present to board (CN and JN) Moore - negotiating an ag lease; Connally - seismographs surveys (JN + RI) Jester - Harlem Road negotiations ongoing. DA-pipeline construct

**Action items:** Coree - roadwidening project. Hilltop-entrance still in negotiations. Ramsey - lease in negotiations. WH - survey to expand Spur 59 to FM 1791 and enquiry on purchase 10 acres on FM 2821 for Walker Co. Jail. — **Person Responsible:** — **Deadline:**

| | | Facilities | T. Vian |
|---|---|---|---|

**Discussion:** FRB next week. Over 50 projects going, 21 of those will be performed by unit maintenance. Job at FE completed for about $80,000. Clemens unit a great help on completing

**Action items:** a project. Another project at Dominguez. Region 6 employees assisted as well. Housing has money left to spend. Going to get generators out. Pulling equipment out of Central. Moving fence from TC @ C to SI. — **Person Responsible:** — **Deadline:**

# Director's Meeting

Transportation.                    L Johnson

Discussion: TN officers have completed obstacle course
Fans (triple) should be installed on buses soon.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

| Discussion: | | |
|---|---|---|
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

| Discussion: | | |
|---|---|---|
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

| Discussion: | | |
|---|---|---|
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

# Director's Meeting

|  |  | Update – Questions | D. Livingston |
|---|---|---|---|

**Discussion:** Sunset - mid April should have a draft copy of recommendations. Published report should be available on website. June - formal Sunset commission will meet.

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|

September - will meet again and vote on final amendments. Then legislation will be drafted for session.

LBB should be issuing plan about now. Late May - June should get instructions. No significant cuts are anticipated.

**Discussion:** Should know more by mid June.

Current offender populations are good.

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|

Staffing - good for the most part, except Region 4, Smith.

Health Care - 2012 plan in place, 2013 draft. Committees will look at possibilities. Sunset also involved.

Keep staff focused on the job of the day.

**Discussion:**

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|

**Discussion:**

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|

# Director's Meeting

### Regional Director Agenda

| Major Use of Force Plan | | Rick Thaler |
|---|---|---|
| **Discussion:** Use of Force numbers trending upward last 4 yrs. 1350 approx up. EZ TL ST ML DC JM JM 7B | | |
| **Action items:** Look at what may be causing increase. | **Person Responsible:** | **Deadline:** |

| Offender Visitation | | Rick Thaler |
|---|---|---|
| **Discussion:** Monitor data recorded. Look at denial rate. Remind Wardens to stay involved. | | |
| **Action items:** | **Person Responsible:** | **Deadline:** |

| PREA Visits | | Rick Thaler |
|---|---|---|
| **Discussion:** Surveyors delaying ML. Hearings in Wash DC around April. | | |
| **Action items:** | **Person Responsible:** | **Deadline:** |

| Safe Prisons Program | | Rick Thaler |
|---|---|---|
| **Discussion:** Ensure we are doing what should be done. Take issues seriously. Make proper referrals. | | |
| **Action items:** 2012 #'s down from 2011. Stay focused. | **Person Responsible:** | **Deadline:** |

# Director's Meeting

## Regional Director Agenda

| SHSU Master's Scholarship | Rick Thaler |
|---|---|

Discussion: email from HR. Deadline of April 2 + May 1st person has to complete admission process.

Action items: GRE waived.

Person Responsible:        Deadline:

| Good-time Loss Report | Rick Thaler |
|---|---|

Discussion: Sensitive issue. Monitor - talk to wardens.

Action items:

Person Responsible:        Deadline:

| Staff Assaults | Rick Thaler |
|---|---|

Discussion: Look at causes.

Action items:

Person Responsible:        Deadline:

| PACT Conference | Rick Thaler |
|---|---|

Discussion: Participation appreciated.  9-11:30 CID presentation. Introductions of RD's. Answer questions.

Action items:

Person Responsible:        Deadline:

# Director's Meeting

### Regional Director Agenda

| Warden's Forum | Rick Thaler |
|---|---|

Discussion:

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

| Heat Related Illness Training | Rick Thaler |
|---|---|

Discussion: *10 deaths last year relating to heat.*
*36" fans - survey by Sec. Sys.   Training, Wellness Checks.*

*✷ Talk to WS*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Employee Housing Repairs | Rick Thaler |
|---|---|

Discussion: *Get repairs done. Need to spend money before Aug. 1. $165,000*
*$48,000 collecting*
*Look at areas, identify.   Look at BOQ.*
*Buffalo Ranch (code 150)? who pays.*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |

| Missing Agency Property | Rick Thaler |
|---|---|

Discussion: *Look closely at this.*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

Plaintiffs' MSJ Appx. 1346

# *CID Director's Meeting*

## Regional Director Agenda

| GRAD Program | | Rick Thaler |
|---|---|---|
| Discussion: Making adjustments to criteria for placement in program 12-24 months. Empty beds that need to be filled. | | |
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

| Administrative Segregation Placement | | Rick Thaler |
|---|---|---|
| Discussion: Make sure we are correctly placing these offenders. Make good decisions. | | |
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

| Administrative Segregation Program | | Rick Thaler |
|---|---|---|
| Discussion: Around 1350 released from seg going home annually. Proposing to begin a program (E2 test) 90 day program to | | |
| Action items: rehabilitate for release. In cell workbooks. Possible technology (video). Mental issues to be addressed. | Person Responsible: | Deadline: |

| Suicide Prevention | | Rick Thaler |
|---|---|---|
| Discussion: covered   Continue to emphasize importance. Homicides included. Take OPI's seriously. | | |
| Action items: | Person Responsible: | Deadline: |
| | | |
| | | |

# *CID Director's Meeting*

## Regional Director Agenda

| Offender Protection Investigations | | Rick Thaler |
|---|---|---|
| Discussion: *Watch closely.* | | |

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Contraband Interdiction | | Rick Thaler |
|---|---|---|
| Discussion: *Focus on shakedown process.* | | |

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Health Services | | Rick Thaler |
|---|---|---|
| Discussion: *Covered by BL* | | |

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Correctional Officer Staffing | | Rick Thaler |
|---|---|---|
| Discussion: *look for new ideas to recruit monitor units that are short-stay connected.* | | |

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

# *Director's Meeting*

## Regional Director Agenda

| Employee Overtime | | Rick Thaler |
|---|---|---|

Discussion: *Voluntary*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Security Procedures | | Rick Thaler |
|---|---|---|

Discussion: *Keep on your agendas – check perimeters*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| STG Regional Training | | Oscar Mendoza |
|---|---|---|

Discussion: *Training went well. If you have others to send let them know. Work on letting STG staff work only on STG*

| Action items: *matters. Spend more time in their offices. Share concerns.* | Person Responsible: | Deadline: |
|---|---|---|

| GRAD Adjustments | | Oscar Mendoza |
|---|---|---|

Discussion: *Expanding Ramsey. Holding off on discip. Expanding mos. Review folders.   TABIT pushed to Oct.*

| Action items: *No hard copy file all digitalized. digital review process.* | Person Responsible: *RD's will have* | Deadline: |
|---|---|---|

*Threat accessment on Tx Mafia – downgrade to clique.*

# *Director's Meeting*

## Regional Director Agenda

| Wardens Leadership Forum | (handout) | Oscar Mendoza |
|---|---|---|

Discussion: Partnered with H.RHQ. - wardens will spend time (2-3days) with leadership. (8 modules) 1st day - Livingston, exec. session (2 R) leadership. 2nd day - CID leadership 3rd - multi generational workplace

| Action items: | Person Responsible: | Deadline: |
|---|---|---|

1 night a social event. Should start April or May. Wardens will receive a letter with instructions.

| Notes from 2/21/12 Fire Marshall Quarterly Mtg. | William Stephens |
|---|---|

Discussion: Get Padlocks replaced - magnetic locks, no backup system. Review and make adjustments if needed. Emer. evac. of offenders ACA standard - during semi-annual is good time to train staff

| Action items: | Person Responsible: | Deadline: |
|---|---|---|

on evacuation of offenders - document.    Robert Warren - Risk Mgr

| Offender Disciplinary Overturned Cases (handout | William Stephens |
|---|---|

Discussion: look at numbers.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|

| Administrative Leave Requests | William Stephens |
|---|---|

Discussion: don't send people home without researching if they are truely clear to work.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|

|  | **CID Director's Meeting** | |
|---|---|---|
| | **Regional Director Agenda** | |
| | **Heat Preparations** | **William Stephens** |

**Discussion:**

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|
| | | | |
| | | | |

| | **Visitation Garments** | **William Stephens** |
|---|---|---|

**Discussion:** *inital allotment to each unit - to garments Still encourage visitor to change first if not possible use*

**Action items:** *garment. Track denials well. Encourage Duty Warden to talk to these individuals so that it doesn't happen again.*

**Person Responsible:**  **Deadline:**

| | *Circuit Court Ruling* | |
|---|---|---|

**Discussion:** *Cross-gender searches are unconstitutional. legal researching how this affects us.*

**Action items:**  **Person Responsible:**  **Deadline:**

| | *VOF forms* | |
|---|---|---|

**Discussion:** *UFO I employee participant form (use current) templates not available yet. Check units to see if they*

**Action items:** *have large supply of old forms. Terminology on H.S. exam has changed.*

**Person Responsible:**  **Deadline:**

# CID Director's Meeting

S/R's - (Hughes, Jester IV, Scott, Telford)

**Discussion:** Hughes - Offender Death 2/21/12 (Kennedy) Allen Burbaker #1221524 (victim) Joseph Charguala #701819 (assailant) (homicide)

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

**Discussion:** Jester IV - Offender Death 2/23/12 (Upshaw) Thomas Middleton #1402984 (Suicide) hanging

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

**Discussion:** Scott - Offender Death 2/28/12 (Campuzano) Edwin Doty #1595846 (victim) Kelvin Watkins #1308972 (assailant) (homicide)

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

**Discussion:** Telford - Homicide 2/29/12 (Morales) George McCottry #1203750 (victim) William Wilson #1594461 (assailant)

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

# CID Director's Meeting

Sister Rodgers

**Discussion:** Sister Rodgers wants guest speaker and master of ceremonies for her event in October.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

**Discussion:** Fireman's Ins. Reps wanting to go to units – No. Agreement – inservice & preservice only.

| Action items: Refer to Jeff Maston any issues | Person Responsible: | Deadline: |
|---|---|---|
| | | |

**Discussion:**

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

**Discussion:**

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

Plaintiffs' MSJ Appx. 1353

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 72



**Correctional Institutions Division Director's Meeting**
**April 12, 2012**
**Conference Room 225**

### Regional Director's Conference Call

AGENDA TOPICS

| Topic | Presenter |
|---|---|
| Suicide Discussion | Rick Butler |
| Heat Related Deaths | William Stephens |
| Controlled Substance Testing | William Stephens |
| Facilities Entry Search Report | William Stephens |
| Humane Society | William Stephens |
| Offenders "Not for Same Housing..." Screen 7 | William Stephens |
| Telephone Books on Units | William Stephens |
| Proposed Internal Audits | Thomas Prasifka |
| Food Service Coordination Meeting | Thomas Prasifka |
| Food Service Officers | Thomas Prasifka |
| High Profile and Media Lists | Thomas Prasifka |
| Ad Seg Release Assignments | Thomas Prasifka |
| Ad Seg Updates | Thomas Prasifka |
| Transport Cards | Thomas Prasifka |
| EVAC – Table Top Incident Command | Thomas Prasifka |
| Disciplinary Process | Thomas Prasifka |

EXHIBIT
59
Thaler
10/18/13

# CID Conference Call

### Agenda

| 1) | Suicide Discussion | Rick Thaler |
|---|---|---|

**Discussion:**

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 2) | Heat Related Deaths | William Stephens |
|---|---|---|

**Discussion:** 10 deaths in 2011, Psychotropic meds need to be considered. Fan needs. Fans will be distributed to units. 1 incident already this year. Make sure we are providing water and watching for signs Get Wellness

**Action items** Check lists in place.

| Person Responsible: | Deadline: |
|---|---|
| Send out report | |

| 3) | Controlled Substance Testing | William Stephens |
|---|---|---|

**Discussion:** Proposed Audit this year. Review report. Emphasize areas at high risk. Try to hit 100% on tests.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |

| 4) | Facilities Entry Search Report | William Stephens |
|---|---|---|

**Discussion:** Requirement in search policy. If need to undress, it must be reported to our office. Discuss with Wardens.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| | CID Conference Call |
|---|---|
| | **Agenda Topics** |

| 5) Humane Society | William Stephens |
|---|---|

Discussion: Trapping cats in Gatesville. Make sure we work with local agencies.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 6) Offenders "Not for Same Housing...: screen 7 | William Stephens |
|---|---|

Discussion: Meaning questioned. Clarification being worked on. Look at more than cell. Look at recreation access, activities

Action items: Put on different wing/section. Possible transfer. We do not want these offenders crossing paths.

| | Person Responsible: | Deadline: |
|---|---|---|

| 7) Telephone Books on Units | William Stephens |
|---|---|

Discussion: Had attempted escape where offender had page with map out of telephone book of local area.
Take maps out of books.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 8) Proposed Internal Audits | Thomas Prasifka |
|---|---|

Discussion: Offender Drug Testing, Tools, Keys, Food Service
Will send out final plan.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

Plaintiffs' MSJ Appx. 1357

# CID Conference Call

| 9)  Food Service Coordination Meeting | Thomas Prasifka |
|---|---|

Discussion: *Ellis recognition - praised by Ag.*
*Black bean planting being considered due to high cost of others.*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 10)  Food Service Officers | Thomas Prasifka |
|---|---|

Discussion: *fresh vegetables - thanks for getting out quickly*
*look at assigning in Kitchen for familiarity*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 11)  High Profile and Media Lists | Thomas Prasifka |
|---|---|

Discussion: *Corrections being made, updates*
*send to all wardens*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| 12)  Ad Seg Release Assignments | Thomas Prasifka |
|---|---|

Discussion: *everyone doing a wonderful job. decrease since*
*Dec. Custody is up to Warden, make individual decisions*

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |
| | | |

# CID Conference Call

| | | 13) Ad Seg Updates | Thomas Prasifka |
|---|---|---|---|

**Discussion:** Meeting @ EZ. Looking at releases. Looking at Workbook curriculum. 140-160 hr. Curriculum.

**Action items:** Will send out when finalized

**Person Responsible:**

**Deadline:**

| | | 14) Transports Cards | Thomas Prasifka |
|---|---|---|---|

**Discussion:** Card contents finalized. Rearranged some things, some items added. Information will be immediately

**Action items:** available.

**Person Responsible:**

**Deadline:**

| | | 15) EVAC – Table Top Incident Command | Thomas Prasifka |
|---|---|---|---|

**Discussion:** Coming up. Make sure chiefs are not off that day.

**Action items:**

**Person Responsible:**

**Deadline:**

| | | 16) Disciplinary Process | Thomas Prasifka |
|---|---|---|---|

**Discussion:** Some units using automatics still. Good time loss continues to grow. Look at cases individually.

**Action items:** Stay involved in process. Modifications are having to be done for too much time taken. 16.1 & 10.2 issues.

**Person Responsible:**

**Deadline:**

# CID Conference Call

| | | HB 124 Beds | T. Prasifka |
|---|---|---|---|

**Discussion:** Several have lots of vacant beds in expansion dorms.

| **Action items:** | | **Person Responsible:** | **Deadline:** |
|---|---|---|---|
| | | | |
| | | | |

| | | Visits Denials | T. Prasifka |
|---|---|---|---|

**Discussion:** Having to get more information from units. 1649 denials for March.

**Action items:** DRC - victim - if adult and not court ordered we can not impose something - thats their choice.
Dress - Very small amt turned away.

**Person Responsible/** **Deadline:**

| | | Hurricane Senario | May 2-3 | Thaler |
|---|---|---|---|---|

**Discussion:** put on Calendars

| **Action items:** | | **Person Responsible:** | **Deadline:** |
|---|---|---|---|
| | | | |
| | | | |

| | | STG | O. Mendoza |
|---|---|---|---|

**Discussion:** Staff issues with opinions on group issues. Don't make decision on their own that a group does not need to reside on unit.

**Action items:** **Person Responsible:** **Deadline:**

Plaintiffs' MSJ Appx. 1360

# CID Conference Call

**Discussion:** Wardens Forum — O Mendoza
May 8, 9, 10 — agenda finalization on facilitators
Old Main Market Cafeteria — location

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|
| | | | |
| | | | |

**Discussion:** Sgt Academy — O Mendoza
in Beeville May, June, July
leadership will fly down

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|
| | | | |
| | | | |

**Discussion:** AW/major Trng. — O Mendoza
in Huntsville
Old Main Market- location

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|
| | | | |
| | | | |

**Discussion:** CPO week in May — R Thaler
email is out. 05/11/12 Prison Museum ceremony,
Recognize Staff on all units.

| Action items: | | Person Responsible: | Deadline: |
|---|---|---|---|
| | | | |
| | | | |

Plaintiffs' MSJ Appx. 1361

# *CID Conference Call*

## Regional Director Agenda

| | Ad Seq Program | R. Thaler |
|---|---|---|
| **Discussion:** Shooting for beginning of Summer. 65-67 at a time. may expand. | | |
| **Action items:** | | **Person Responsible:** | **Deadline:** |

| | Offender Capacity | R. Thaler |
|---|---|---|
| **Discussion:** Looking good. Pop. flow has lightened. More flexibility for Class. Staff. More issues will be addressed | | |
| **Action items:** Redesignation possible. Continue to maximize flexibility. | | **Person Responsible:** to maximize | **Deadline:** |

| | Contraband | R Thaler |
|---|---|---|
| **Discussion:** Interdiction report out. Continue to fight intro-duction. Have stopped several deliveries. | | |
| **Action items:** Numbers look good. Use resources we have. | | **Person Responsible:** | **Deadline:** |

| | Safe Prisons / PREA | R Thaler |
|---|---|---|
| **Discussion:** Numbers down slightly. Pay attention to it. Forwarded to deputies (report). Bridgeport - low incident | | |
| **Action items:** Rate. Allred - high incident rate. Bridgeport/Gatesville have "no touch" policies. They feel we have not made much progress since last report. Recommendations: develop Comprehensive mgmt plan; audit for compliance; review of Services provided; tring staff on vulnerabilities of offenders; | | **Person Responsible:** | **Deadline:** |

Plaintiffs' MSJ Appx. 1362

# CID Conference Call

### Regional Director Agenda

| Discussion: Homicides | | RThaler |
|---|---|---|

Discussion: 4 this year (1 more on life support). Watch for possible issues, emphasize importance of OPI and follow up.

| Action items: | Person Responsible: | Deadline: |
|---|---|---|
| | | |
| | | |

| Suicides | | RThaler |
|---|---|---|

Discussion: 12 this year. Suicide retreat May 14-15. Continue to discuss at meetings. Be able to identify issues.

Action items: Regional Reports

Region 1 - 5 this year - EA WY, FE, EI, GL all in ad seg.
GL - H - Ad Seg - MM - no visits (same for 3 others) hanging
did not give any signs.

Discussion: MM was taken to psych twice that day and sent back to cell.
CO saw him with sheet around his neck, Sgt talked to him,
2 hrs later found hanging. 2 were INT on psych.
Action items: FE - MM member, he wrote I-60 about planning suicide,
was told by MM to kill himself or they would hurt his family.
He did OPI earlier that day, was moved to different call on
same run. Had meeting with AW's on responsibilities.

Discussion: Will meet with Majors on Tuesday. One officer did
not make him remove cell front covering.

Action items: Region 2 - 2 this yr. MT + CO. both Ad Seg one TS.
both hanging, on psych case loads, no visits, trouble contacting
family. Officer actions appropriate, training being done
making rounds, medical response good. MT has large psych
case load. Classified appropriately. ~~~~ 1 early morning (2-3 am)
1 late afternoon. Discuss at Wardens Mtgs. Look at doing
psych wellness checks.

Plaintiffs' MSJ Appx. 1363

# Director's Meeting

**Discussion:** Region 3 - 1 this yr - JH psych. handrail & cinder block work to be done. Talked to mother on phone that day. Training of staff is continuous. Reviewing video surveillance.

**Action items:** Had no prior suicide attempts. Had one OPI. 4PT on psych. **Person Responsible:** **Deadline:**

---

Region 4 - 2 this year - ML & CY

**Discussion:** ML - hanging, response quick, count sheets were forged/altered. Lack of security checks, seen once a week by Mental Health, compliant with meds, no suicide note, putting in camera system. CY: level 1 seg, no STG, attempted escape, found at suppertime.

**Action items:** hanging, told officers he heard voices, falsification of security checks, doing orientation w/ new officers unit walk thrus, medical response good, one had no visits. **Person Responsible:** **Deadline:**

---

Region 5 - 1/year - BC

**Discussion:** G3, S3NT, jumped from 3 row, staff actions appropriate, no visits, killed victim with head trauma, when released from crisis mgmt, review for 90 days. Talking in Shift turnouts

**Action items:** topic in Wardens mtg every month, looking at doing: encourage offenders to let officers know if they have inform. **Person Responsible:** **Deadline:**

---

Region 6 - 1 this year RB (JM)

**Discussion:** 24 yo - 25 yr sentence, psych, hanging, left JM en route to RB. recurring suicide attempts designating

**Action items:** specific housing areas for returning psych offenders. **Person Responsible:** **Deadline:**

# Director's Meeting

| | | |
|---|---|---|
| | Suicides | R Thaler |

**Discussion:** continue to zero in on typical profile of possible offender most have been white or hispanic, most have not had visits,

**Action items:** most have psych case, put in location with better monitoring. spread ideas on better ways with others, limited number of in patient psych beds.

| | Person Responsible: | Deadline: |

**Discussion:** Look at handrails in Skyview / Montford to weld Metal under handle. *Stephens*

**Action items:** | Person Responsible: | Deadline: |

| | Security Systems | |

**Discussion:** 1500 Cameras in from TYC — getting out to mostly SJ facilities.

**Action items:** ML- 60% complete on Compreh. Video System.
CO- after 1st of year.
Next round- more 2250's

| Person Responsible: | Deadline: |

| | Weapons Table Acct. Equip. | |

**Discussion:** Region 2/3 Complete, Reg 4 completion in May

**Action items:** Stun Fencing Possibilities
Putting at CY, ML, SJ

| Person Responsible: | Deadline: |