UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>   PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>   DEFENDANTS | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 83

# Texas Department of Criminal Justice
## Survey of Which Units Have Air Conditioning in Housing Areas
## Conducted June 2013 - Units Current as of September 2015

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| BR | BRIDGEPORT | All | | X | | |
| T1 | BRIDGEPORT | All | | X | | |
| CV | CLEVELAND | All | | X | | |
| N4 | COTULLA | All offender housing A/C | | X | | |
| DO | DIBOLL | All | | X | | |
| N6 | DUNCAN | All areas are air conditioned | | X | | |
| XQ | EAST TX TREATMENT | All | | X | | |
| VS | ESTES | All | | X | | |
| N5 | FT. STOCKTON | All offender housing A/C | | X | | |
| SO | GLOSSBRENNER | All offender housing A/C | Same design as LeBlanc | X | | |
| BB | HALBERT | All housing areas | | X | | |
| JH | HAMILTON | All housing areas with the exception of 7 cells in Solitary/PHD | | X | | |
| TH | HAVINS | All housing areas | Same design as LeBlanc | X | | |
| LT | HENLEY | All offender housing areas are equipped with air conditioning. | | X | | |
| HG | HOSPITAL GALVESTON | Hospital Galveston is an air condition building and maintained by UTMB | | X | | |
| J4 | JESTER IV | The Jester IV unit has A/C in all housing areas on the unit. | | X | | |
| HM | KEGANS | All housing areas have A/C in living areas and dayrooms | | X | | |
| KY | KYLE | All | | X | | |
| BA | LEBLANC | Has air conditioning in all offender housing areas. | A/C in dorms | X | | |
| LN | LINDSEY | All | | X | | |
| LC | LOCKHART | All | | X | | |
| T3 | LOCKHART WORK | All | | X | | |
| N1 | MARLIN | All housing areas | | X | | |
| BM | MOORE, B. | All | | X | | |
| HF | NEY | All offender housing A/C | | X | | |
| N2 | SAN SABA | All housing areas | | X | | |
| SV | SKYVIEW | All housing areas have A/C. | | X | | |
| TI | TRAVIS COUNTY | All housing areas | | X | | |
| N3 | TULIA | air conditioning on the entire unit | | X | | |
| WI | WILLACY COUNTY | All | | X | | |
| JA | ALLRED | Expansion Cellblock-A/C / 12 Building- A/C / 10 Building-A/C / all others outside air | Expansion cellblock has A/C | | X | |
| BL | BARTLETT | Seg Only | | | X | |
| BY | BOYD | Segregation has A/C. No other housing areas have A/C. | | | X | |
| BH | BRADSHAW | Seg Only | | | X | |
| DB | BRISCOE | Line Building (Ad-Seg) A/C; no other housing. | | | X | |
| BC | CLEMENTS | Expansion Cellblock-Air Cond / 12 Building-Air Cond / 10 Building-Air Conditioning / all others outside air | Medical beds in the infirmary have A/C | | X | |
| CL | COLE | X-Wing (seg) has A/C. No other housing areas have A/C. | Ad seg has A/C | | X | |
| CY | CONNALLY | 10 Building Medical cells and 12 Building (Ad-Seg) A/C; no other housing | | | X | |
| GV | CRAIN | Part of the housing areas | Valley, Terrace, Hackberry, and Sycamore dorms are A/C. Trusty camp and Terrance and Riverside cellblocks are not A/C | | X | |
| DH | DALHART | A/C in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| DL | DANIEL | A/C in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| BX | DOMINGUEZ | K Building 1 thru 5 A/C; no other housing | Line Bldg G and medical holding cells have A/C | | X | |
| E2 | ESTELLE | High Security has air conditioning, RMF has air conditioning, Geriatric Center has air conditioning | A/C in expansion cellblock | | X | |

# Texas Department of Criminal Justice
## Survey of Which Units Have Air Conditioning in Housing Areas
## Conducted June 2013 - Units Current as of September 2015

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| FB | FORMBY | Does not have air conditioning in the dorms. K and X wing have forced air. Ad seg has A/C | | | X | |
| NI | GARZA EAST | G Building (GTR) and Ad Seg have A/C; no other housing | | | X | |
| NH | GARZA WEST | G Building (GTR) and Ad Seg have A/C; no other housing | | | X | |
| BJ | GIST | All dorm housing areas are equipped with Air Handler Systems. K-Building Segregation and Transient housing have an A/C System. The A/C system is inoperable and a MWR is in place. MWR09712002 | Medical beds in the infirmary have A/C. A/C in K Building and transit housing were inoperable in June 2013, but are operable as of September 2015. | | X | |
| GG | GOODMAN | 3 segregated cells are air conditioned | | | X | |
| ND | GURNEY | Seg and K Building have A/C. | | | X | |
| HB | HOBBY | The 7 cells in Ad Seg have air conditioning | Ad Seg has A/C | | X | |
| NF | HOLLIDAY | Administrative Separation is air conditioned (G bldg) | | | X | |
| AH | HUGHES | A/C in Ad Seg Building (504 Cells); 10 Building Medical (15 Medical cells, 2 mental health cells) | | | X | |
| HJ | HUTCHINS | K building (seg) has A/C. No other housing areas have A/C. | | | X | |
| J3 | JESTER III | A/C in part of the housing units | Dorms 15 and 16 and medical cells have A/C | | X | |
| JT | JOHNSTON | Seg has A/C. No other housing areas have A/C. | | | X | |
| JN | JORDAN | A/C in Ad Seg only all others circulate outside air. | Ad seg and medical cells have A/C | | X | |
| GL | LEWIS | 7 cells designated for PHD and Solitary in the back of the Line bldg have air conditioning; Expansion cell block has air conditioning | Expansion cellblock and medical cells have A/C. Ad Seg 4 cell does not. | | X | |
| AJ | LYCHNER | General population has no A/C in living areas. K-Building - Houses ad-seg and J4 offenders have A/C in living areas | Line Bldg G and medical holding cells have A/C | | X | |
| LH | LYNAUGH | Line Building (Ad Seg) A/C; no other housing | | | X | |
| ML | MCCONNELL | 10 Building Medical cells and 12 Building (Ad-Seg) A/C; no other housing | | | X | |
| MI | MICHAEL | Seg has A/C. No other housing areas have A/C. | | | X | |
| NE | MIDDLETON | Administrative Separation | | | X | |
| JM | MONTFORD | main unit is air conditioned for all housing. The trusty camp is not air conditioned. | | | X | |
| CM | MOORE, C. | Seg has A/C. No other housing areas have A/C. | | | X | |
| MV | MT. VIEW | Dorms, MPF and Cellblock only. No A/C in Ad Seg. | | | X | |
| LM | MURRAY | No A/C in general population housing areas. Ad Seg has A/C | | | X | |
| KN | NEAL | Air conditioning in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| P1 | PACK | Air conditioning in Ad Seg and Infirmary housing | | | X | |
| LJ | PLANE | K-Housing area is the only offender housing area that is equipped with A/C on the Plane facility. However, the system is not functioning as of June 2013 and there is an open Work Order. | A/C in K Building and transient housing were inoperable in June 2013, but are operable as of September 2015. | | X | |
| TL | POLUNSKY | 10 building and 12 building have A/C | | | X | |
| RH | ROACH | Air conditioning in Ad Seg only all others circulate outside air | | | X | |
| RB | ROBERTSON | 10 & 12 Buildings have air conditioning | | | X | |
| RD | RUDD | Air conditioning in Ad Seg | | | X | |
| RZ | SANCHEZ | Ad-Seg A/C; no other housing | | | X | |
| SY | SAYLE | All housing areas | No A/C in Ad Seg | | X | |
| EN | SEGOVIA | B-2 Housing and Ad Seg with A/C; no other housing | | | X | |
| SM | SMITH | Air conditioning in the Ad Seg (Line Bldg) and ECB (Expansion Cell Block) | | | X | |
| SB | STEVENSON | Line Building (Ad-Seg) and medical beds in infirmary have A/C; no other housing | | | | |

# Texas Department of Criminal Justice
## Survey of Which Units Have Air Conditioning in Housing Areas
## Conducted June 2013 - Units Current as of September 2015

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| ST | STILES | 12-Building and 10-Buiding have A/C. | | | X | |
| TO | TELFORD | 10 Building, W infirmary, and 12 Building have A/C. | | | X | |
| TE | TORRES | Line Building (Ad-Seg) A/C; no other housing | | | X | |
| WL | WALLACE | Air conditioning in Ad Seg only all others circulate outside air | | | X | |
| DW | WARE | A/C in Ad Seg only | | | X | |
| WR | WHEELER | No air conditioning in the dorms. K and X wing have forced air circulation.  Ad seg has A/C | | | X | |
| WM | WOODMAN | Dorm - Ad Seg/Transit | | | X | |
| GC | YOUNG | Air conditioned except "C" Dormitory. | Outside dorm does not have A/C | | X | |
| B1 | BETO | Medical beds in infirmary have A/C. No other housing areas have A/C | | | | X |
| DU | BYRD | No A/C in housing areas | | | | X |
| CN | CLEMENS | No offender housing areas have A/C. | | | | X |
| CO | COFFIELD | No housing areas have A/C | | | | X |
| DA | DARRINGTON | No A/C in any of the housing areas. Medical beds in infirmary have A/C | | | | X |
| EA | EASTHAM | No A/C in housing areas | | | | X |
| E1 | ELLIS | No A/C in housing areas | | | | X |
| FE | FERGUSON | No A/C in housing areas | | | | X |
| GR | GOREE | No A/C in housing areas | | | | X |
| HI | HIGHTOWER | Does not have A/C in any of the housing areas.  Medical beds in infirmary have A/C. | | | | X |
| HT | HILLTOP | No A/C in housing areas. Dayroom trusty camp has A/C. | | | | X |
| HD | HODGE | No AC in housing areas | | | | X |
| HV | HUNTSVILLE | No A/C in housing areas | | | | X |
| J1 | JESTER I | No A/C in housing units | | | | X |
| RL | LOPEZ | No A/C in offender housing areas. Medical beds in infirmary have A/C. | | | | X |
| P2 | LUTHER | No A/C in housing areas. Medical infirmary beds have A/C. | | | | X |
| B2 | POWLEDGE | Infirmary beds have A/C.  No other housing areas have A/C. | | | | X |
| R1 | RAMSEY | No A/C in any of our offender housing areas. | | | | X |
| RV | SCOTT | No A/C in housing areas. | | | | X |
| R2 | STRINGFELLOW | Just air handlers in housing areas. Medical holding cells have A/C | | | | X |
| R3 | TERRELL | A/C in the unit infirmary which has the capacity to house 12 offenders. | | | | X |
| J2 | VANCE | No A/C in housing units. | | | | X |
| WY | WYNNE | No A/C in housing areas | | | | X |
| **Totals** | | | | 30 | 56 | 23 |

Privately Owned

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 84



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>    PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>    DEFENDANTS | §§§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 85



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 86



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 87

