UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 108



**SUBJECT:**              **MONTHLY EXECUTIVE SUMMARY**

**POLICY:**

The unit risk manager (URM) shall provide their respective unit warden and regional risk manager (RRM) with a statistical analysis of injury trends, training accomplishments and other risk management exposures and issues.

The RRM shall provide their respective regional director and the Risk Management Central Office with an overview of regional activities to be submitted monthly to the Administrative Review and Risk Management (ARRM) division director.

**DEFINITIONS:**

"Major Deficiency" is something that is lacking, or something that isn't sufficient or good enough

"Significant Event" is an event that is sufficiently great or important to be worthy of attention.

**PROCEDURES:**

I.     At the end of each month, the URM creates a Monthly Executive Summary that is submitted to the unit warden and the RRM no later than the fifth day of the following month. The Executive Summary is made up of the following components:

       A.     Injury Trend Analysis

              This is an analysis of the injury incidents occurring during the current month.  It is actually a trend of significant information such as type of occurrence, time of injury, location, and department of assignment and/or any additional information that could be valuable to prevent a reoccurrence.

       B.     Unit Safety Training Accomplished

A breakdown of training accomplished by departments is included in this report. This information should be presented in actual numbers of people trained and percentages.

C.   Summary of Inspections

The URM shall report all inspections conducted and any findings associated with those inspections.

D.   Hazard Report Log

The Hazard Report Log (RM-10, "Hazard Identification and Risk Assessment", Attachment A) shall be attached to the Monthly Executive Summary.

II.   The RRM shall provide a Regional Monthly Executive Summary to their respective regional director and the Risk Management Central Office by the 15th of each month for activities occurring during the previous month. The Regional Monthly Executive Summary shall include the following components.

A.   Injury Trend Analysis

This section is an overview analysis of injuries occurring during the month. The analysis shall provide the total number of unit injuries and an explanation for any significant increases or decrease. Attach an injury log for offenders and employees.

B.   Significant Events

This section shall provide a brief description of significant events that occurred in the region. This may include serious incidents such as emergency responses, fires, and serious injuries, and URM trainings and/or regional meetings.

C.   Inspections/ Audits/ Outside Agency Visits

This section shall list the date and type of any audit/inspection/visit conducted on the units. The unit and number of deficiencies noted shall also be included. If deficiencies have been corrected, then that shall be indicated on the summary.

**ATTACHMENTS**

A - Risk Management Executive Summary
B - Regional Risk Management Executive Summary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 109



**SUBJECT:**         **RISK MANAGEMENT DEPARTMENT INJURY REPORTING REQUIREMENTS**

**POLICY:**

All injury information, to include a synopsis of the events surrounding the injury shall be documented through the use of the Risk Management Automated Reporting System (SI00). For detailed information regarding the use and entry into SI00, refer to the SI00 Procedure Manual (Appendix C). Accident and injury investigations shall be conducted in accordance with RM-27, "Investigations".

**PROCEDURES:**

In the event an employee or offender incurred an injury, risk management shall be notified to initiate an investigation. The supervisor of the affected employee or offender is required to complete a RM-03-Supervisors Investigation of Employee/Offender Injury form (Attachment A) and forward to the appropriate risk management department by the close of business the day the injury is incurred or the date the injury is reported. Refer to RM-03, "Responsibilities of TDCJ Supervisors" for additional information. Risk management and other designated agency and private facility staff are tasked with entering injury investigation data into SI00.

I.      Injury Reporting Requirements

    A.      Within 5 business days from the date of the injury, all information pertaining to the investigation of employee occupational injuries and illnesses; offender occupational injuries and illnesses; and, reportable offender non-occupational injuries and illnesses shall be entered into the SI00.

    B.      Employee and offender injury information shall be entered into SI00 before the end of the last business day of each month.

    C.      For all injuries, a narrative shall be entered into SI00 Screen 2 detailing the date and time of injury, unit, location, type of injury, specific body part, treatment, and any other pertinent information.

D.  For all disabling injuries or deaths, a Report of Inquiry (ROI) shall be completed in SI00 Screen 2 to include a Narrative, Records and Report, Synopsis of Interviews, Conclusions and Findings, Recommendations, and Index. A complete copy of the investigation may be required to be submitted to the State Office of Risk Management (SORM).

E.  Any updates obtained during the investigation should be placed in the SI00 as acquired and as needed.  However, at anytime after the initial date of entry of an injury into SI00, any changes made to the codes on page one of the injury, must be sent, by email, to the Risk Management Central Office with details of the changes.

F.  Should additional time be required for the investigation of an employee or offender injury, the unit risk manager (URM) shall notify the regional risk manager (RRM), via Mainframe E-Mail, to request an extension to include justification for the request as found on Screen 2 Narrative of the SI00. For those injuries not being entered for a unit facility, a request for extension shall be requested from the Risk Management Central Office. The injury shall be entered in the SI00 regardless of the date of injury or status of the extension. The requested extension time frame shall not exceed 10 business days from the date of the request. The request for the extension and response shall become a part of the permanent injury investigation records. The RRM or the Risk Management Central Office shall respond to the Mainframe E-mail request indicating "Approved" or "Denied" and make an entry with regards to the approval or denial of the extension on Screen 2 Regional/Headquarters review of the SI00. For injuries occurring on privately operated facilities, upon responding to the request for extension, forward a copy to the Risk Management Central Office so the extension can be indicated on Screen 2 Regional/Headquarters review of the SI00.

G.  URMs shall maintain a log of all reported injuries each month and attach the log to the appropriate injury investigation files for the month. Injury records shall be maintained in accordance with the Records Retention Schedule.

   1.  Offender injuries shall be documented on the Offender Injury Log (Attachment E) and submitted to the warden and the RRM along with a copy of the Monthly Executive Summary in accordance with RM-26, "Monthly Executive Summary".

   2.  Employee injuries to include contract and Windham employees shall be documented on the Employee Injury Log (Attachment F) and submitted to the warden and the RRM along with a copy of the Monthly Executive Summary in accordance with RM-26, "Monthly Executive Summary"

II.     Regional Risk Manager (RRM) Injury Review

RRMs will review all injuries entered by respective URMs for the current week and have all errors corrected by the end of the current week. A similar report for privately operated facilities shall be forwarded to Private Facilities Contract Monitoring (PFCMOD).

III.    Disputed Workers' Compensation Claims

A.     In the event information is reported, during the course of an investigation, to support the dispute of a workers' compensation claim, when the injury is entered into SI00, a "Y" shall be noted in the SI00 field of "Contested."  Anytime after the initial entry of an injury into SI00, if you need to update the "Contested" field an email must be sent to the Risk Management Central Office with details of the change.

B.     The Risk Management Central Office runs a weekly report to pull all contested injuries.  Emails are sent to the (SORM) claims adjuster and the appropriate risk management employee/designee containing contact information for both.

C.     The risk manager/designee shall report the information concerning the grounds for dispute to the adjuster.  In addition, supporting documentation shall be mailed or faxed to the SORM claims adjuster in regard to this dispute.

**ATTACHMENTS**

A - RM-03 - Supervisor's Investigation of Employee/Offender Injury
B - Supervisor's Guide How to fill out a RM-03
C - Employee Injury Reporting Process Flow Chart
D - Offender Injury Reporting Process Flow Chart
E - Offender Injury Log
F - Employee Injury Log

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 110



| | |
|---|---|
| **TEXAS DEPARTMENT** | **NUMBER:** AD-03.72 (rev. 5) |
| **OF** | **DATE:** March 1, 2005 |
| **CRIMINAL JUSTICE** | **PAGE:** 1 of 41 |
| | **SUPERSEDES:** AD-03.72 (rev. 4) September 1, 2002 |

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:**      **OFFENDER PROPERTY**

**AUTHORITY:**     Sections 493.006(b), 494.002(a), 500.002, 500.006, 501.007, 501.008, 501.013, 501.014(a), and 501.016, Texas Government Code; National Fire Protection Association (NFPA) 101 - Life Safety Code Section 23.7.2.

References:     American Correctional Association (ACA) Standards 4-4037, 4-4164, 4-4184, 4-4192, 4-4265, 4-4281M, 4-4284, 4-4292, 4-4293, 4-4294, 4-4339, 4-4342, 4-4446 and 4-4494.

**APPLICABILITY:**   Texas Department of Criminal Justice (TDCJ or Agency)

**POLICY:**

The TDCJ shall establish what personal and State-issued property an offender is authorized to possess or obtain while in custody, as well as regulations for the storage and transfer of offender property. An offender who chooses to possess property while in the TDCJ thereby consents to TDCJ's rules and regulations regarding the acquisition, possession, storage, and disposition of said property. Contraband shall be confiscated and disposed of in accordance with procedures herein. NOTE: Plans and Operations of the Correctional Institutions (CI) Division will provide central oversight of offender property issues.

**DEFINITIONS:**

"Authorized Property" as established by Agency policy are those items which an offender is allowed to possess or obtain while in the custody of the TDCJ, to include funds within a Trust Fund account.

"Cell Items" mean a mattress and pillow or a mattress/pillow combo.

"Confiscate" means to take possession of property.

"Consumable Items" mean things intended to be eaten.

"Contraband" includes altered, out-of-place, or excesses of authorized property; and any item which an offender is prohibited to possess or obtain while in custody, unless received by the offender as the result of a State or Federal court order or legitimately through the litigation process. Contraband is categorized into three (3) sub-groups:

(1) Dangerous – Represents a threat to the security and safety of the unit, possession of which violates Agency rules, or State or Federal law. Includes, but is not limited to: items related to security threat groups; weapons; intoxicants; currency or negotiable instruments; tobacco products; tools; ammunition; explosives; combustible or flammable items; altered, damaged, or repaired internal components or electrical cords of electrical equipment; cell phones; controlled substances; and authorized medicine, if not used in the manner prescribed. NOTE: For reporting requirements refer to AD-02.15, "Operations of the Emergency Action Center and Reporting Procedures for Serious or Unusual Incidents."

(2) Non-Dangerous – Represents a threat to the management of the unit, possession of which violates Agency rules. Includes, but is not limited to: authorized property which has been altered, damaged, is in excess of allowable amounts, or is out of place (i.e., a razor at recreation, magazine in the dining hall); any item not authorized for the offender to possess; and any item made from State property without authorization.

(3) Documentary – Documents not received through authorized channels as set forth in BP-03.91, "Uniform Offender Correspondence Rules," or documents/sensitive information held by the TDCJ which are not listed in the attachment to Open Records Act Manual Chapter 2. Legal materials which are not received through authorized channels as set forth in BP-03.91 are considered documentary contraband.

"Educational Items" include books and literature (i.e., library-issued books, religious texts [i.e., Bible, Torah, Quran, Book of Mormon, or other such religious text and study material], textbooks, workbooks, resource books, and substance abuse literature); papers (i.e., worksheet packets and assignment papers); and equipment (i.e., plastic ruler and hand-held calculator, or other such items).

"Electrical Equipment" includes portable radio (may possibly include AM/FM booster, dipole antenna, and headphones), fan, hotpot, clamp-on lamp, typewriter, and outlet adapter.

"Gender-Related Items for Females" include hair care items (rollers, bobby pins, clips, bands, or other such hair care items; no crocheted hair accessories or homemade items), hair dryer and curling iron, make-up, tweezers, perfumed lotion, stud earrings (shall only wear one pair at a time), and feminine hygiene items (menstrual and douche products).

"Health Care Devices/Supplies" include dentures, prescription eye glasses (prescription sunglasses if deemed medically necessary); contact lenses (See Section I.A.3.) are prohibited unless deemed medically necessary by Health Services staff, prostheses, crutches, medically-prescribed shoes, physician-prescribed medication, sleep-apnea machines, keep-on-person (KOP) or over-the-counter medications (no prescription required), and any item deemed necessary by medical staff which is supported by a medical pass.

"Intangible Value" means a sentimental standard of value.

"Jewelry Items" include a wristwatch and a wedding ring.

"Legal Material" includes pleadings; transcripts; legal books; notes and drafts; correspondence to and from attorneys, courts and public officials; carbon paper; and stationery items (excluding greeting cards).

"Miscellaneous Items" include a commissary bag; plastic lock with key (one [1] per each authorized storage container); aluminum neck chain (only if holding a TDCJ photo ID, lock key, and/or religious medallion); ID card holder; mirror; nail clippers; sun glasses (shall only be worn out of doors unless inside use is documented as medically-required); work gloves; pencil sharpener; wash cloth (white only); handkerchief (white only); detergent; plastic bowl; plastic spoon, or other miscellaneous items purchased from the Commissary.

"Necessity/Clothing Items" include linens (sheets; pillowcase; blanket; towels) and clothing (undergarments [thermals; gym shorts; T-shirts; socks; and panties and bras for females] and outerwear [shirts; pants; jacket; raingear; shoes or boots; and dresses and gowns for females]). (NOTE:  Some clothing items are available for purchase from the Commissary.)

"Newly-Received Offender" means an offender arriving at an intake unit with a new commitment.  NOTE: This does not include offenders that are being "paper" processed (i.e., a State Jail offender that is given a new TDCJ number to begin serving a non-state jail sentence).

"Offender Personal Property" means authorized items that accompany an offender into the agency during intake, received in accordance with or meet the requirements of BP-03.91 "Uniform Offender Correspondence Rules" (i.e., sexually explicit images) and items purchased from a unit Commissary or an approved vendor while in the custody of the TDCJ.  Craft shop/art materials, supplies, equipment, and tools are not considered part of an offender's personal property, as it relates to the inventory and storage requirements of this policy.

"Oversized Printed Items" include a poster, greeting card, or something similar, which may contain pictures or printed material on both sides.  The item may be up to a maximum size of 18 inches by five (5) feet; however, must be reduced by folding to a maximum dimension of nine (9) by 15 inches.

"Personal Hygiene Items" include dental items (i.e., toothbrush, brush holder, tooth powder, toothpaste, dental floss, denture adhesive, or other such items), shampoo and other hair care products (i.e., conditioner, activator, gel, or other such hair care products), skin care products (i.e., baby oil, lotion, baby powder, foot powder, petroleum jelly, or other such skin care products), soap, soap holder, disposable razor, shaving cream, after shave, comb, brush, deodorant, and shower shoes.

"Recyclable Items" include offender property items which have been abandoned or donated to the TDCJ and may be utilized for reissue to an offender or donated to a charitable organization.

"Religious Items" include any item that has religious significance connected to it. All religious items must be approved by the Director of Chaplaincy to ensure consistency system wide. Religious medallions shall be purchased/acquired through the unit Commissary except those provided by approved volunteers (i.e., Kairos cross, Franciscan cross, etc.). (The previously authorized 2" Kairos cross may also be retained). The religious medallion will be made of non-flexible material no more than one and one-half (1½") inches wide or long. It shall include the neck chain, yarn, or thong necessary for appropriate neckwear. **Rosaries and prayer beads** shall be black in color and the individual beads are not to be more than 3/8 of an inch in diameter. Nylon string is not allowed. A **Headband** must be made of natural leather or white cloth. The **Hijab, Kufi, Yarmulke and Turban** must be made of white cloth. A **Talith (prayer shawl)** must be made of white cloth with pale blue thread running through it. **Prayer rugs** have no color restriction. A **Medicine bag** shall be no more than a 2" square, animal skin pouch with a leather or fabric thong or string worn around the neck containing natural objects (i.e., feather, shell, bone, sacred stones, plant, or other natural objects). (NOTE: Religious texts [i.e., Bible, Torah, Quran, Book of Mormon, or other such religious text and study material] are included in 'Educational Items').

"Registered Property" means items which must be supported by ownership documentation and engraved (if practical) or marked with the offender owner's TDCJ number.

"Sizing Bin" means a non-expandable box, with inside dimensions measuring one foot by one foot by two feet (1' x 1' x 2'), to enable unit staff to measure the volume of an offender's property contained in a mesh bag prior to transfer.

"Stationery Items" include pencils and pens (clear see-through ballpoint stick pens only), and unused writing tablets and/or paper, greeting cards, envelopes, and stamps.

"Tangible Value" means capable of being appraised at an actual or approximate value.

"Visitor Address List" means paper containing addresses and telephone numbers of family and friends, used to compile a TDCJ visitation list.

**PROCEDURES:**

I.      Types of Authorized Property

        The property listed in this section is the maximum authorized for offenders.   The classification, custody, or disciplinary status of an offender may further restrict the property he is authorized to possess. Refer to the specific manual (i.e., *Health Services Policy and Procedures Manual*), plan (i.e., *G5 (Close Custody) Plan, Administrative Segregation Plan, Death Row Plan*, or other Agency plan) or directive (i.e., AD-03.53 "Solitary Confinement") for additional guidance as to restricted property items for: psychological outpatients, psychiatric inpatients, and mentally-impaired offenders, as well as segregated offenders. An offender may also have his property restricted pursuant to a therapeutic treatment program (i.e., Sex Offender Treatment Program [SOTP] or Substance Abuse Treatment Program [SATP]). With documented approval by the Regional Director, a Warden may temporarily impose up to 90 days additional property restrictions if there is a significant security concern.   Regional Directors shall communicate these concerns with Agency leadership to determine if there are

implications which need to be addressed system-wide. However, items established by this directive as authorized property shall not be expanded (see PROP-01, "List of Authorized Offender Property", see Attachment A).

A.  Items that a newly-received offender is permitted to bring into the TDCJ are limited to the following categories:

1.  Educational -- The only educational items that may be brought in at time of intake are substance abuse literature and one (1) religious text.

2.  Gender-Related Items for Females -- May retain up to seven (7) bras if they are white in color and do not have an under wire.

3.  Health Care Devices/Supplies -- These items are allowed at time of intake; medical items shall require a medical evaluation and approval from Health Services Staff and shall be issued a PROP-02 "Registered Property Receipt" (see Attachment B). Contact lenses (clear or colored) shall be permitted at intake, until Health Services staff issues eyeglasses.

    NOTE: Colored contact lenses must be documented on the PROP-03 and in the offender file.

4.  Identification Documents -- Issuance of a TDCJ offender photo ID is initiated at time of intake. A birth certificate, Social Security Card, driver license, and similar items shall be surrendered at time of intake, and returned to the offender upon release from TDCJ. During confinement, identification documents for most offenders shall be placed in their permanent Classification headquarters file, while documents belonging to State Jail offenders shall be placed in their unit file. (NOTE: A driver license may be required at a later date due to an offender's job, but it shall be secured at his unit of assignment unless in use.)

5.  Jewelry Items - May possess a wedding ring and wristwatch at time of intake; however, if either is deemed to be excessive in value or size, they shall not be authorized.

6.  Legal Material - Limited to official documents (no unused stationery items).

7.  Personal Hygiene Items - Only shower shoes may be brought in at time of intake.

8.  Photographs - If Polaroid-type, must have the bottom removed. Photographs of a sexually explicit nature shall not be permitted.

9.    Personal Shoes – If State-issued footgear is unavailable in the correct size, a newly-received offender shall retain his shoes, the shoes shall be registered (see Section III), and State-issued footgear ordered.  Upon receipt of the State-issued footgear, the personal shoes shall be disposed of in accordance with Section VII.B.

10.    Religious Items – One each of those items specific to the offender's declared faith are permitted, if they are consistent with chaplaincy guidelines. Rosaries and other prayer beads are prohibited at the time of

intake due to the presence of nylon string and/or chain in their construction. The offender's faith shall be officially documented on the offender's record at a later date.  Registration documents shall be issued for all religious items allowed.

11.    Trust Fund Account – Cash or negotiable items (i.e., money orders, cashier's or law enforcement checks) shall be accepted for deposit via the unit clearing fund into an offender's trust fund account. Negotiable items must be endorsed and thumb-printed by the offender. Personal checks are prohibited. Cash is only accepted at time of intake.

12.    Visitor Address List.

B.    An offender returning from a bench warrant or emergency absence shall retain items permitted for a newly-received offender; however, commissary purchased or authorized property items taken with the offender at the time of departure from the TDCJ may also accompany him upon return unless it represents a threat to safety and security.  Previously purchased registered property items must be supported by PROP-02.

C.    An offender transferring into the CI Division from a privately operated TDCJ facility shall be permitted to retain all property which is consistent with items that are sold in a CI Division commissary.  Registered property items shall be permitted with proper documentation.

D.    Necessity Items - In addition to the clothing items issued by TDCJ, some undergarments, gloves, and footgear may be purchased at the Commissary; however, the total items possessed by an offender may only be in authorized quantities and stored appropriately.

1.    An offender may possess two (2) pairs of shoes at a time.  Of the two (2) pair of shoes allowed, one (1) pair shall be State-issued (i.e., brogans, canvas, or medically-issued) unless an offender wishes to buy his own shoes from the Commissary. If he chooses to purchase both pair from the Commissary, one (1) pair must be appropriate for work.  Shoes purchased from the Commissary must be registered.  NOTE:  Offenders assigned to Level II and III of Administrative Segregation may be further restricted by the *Administrative Segregation Plan*.

2.  Steel-toed boots shall be State-issued and stored in the offender's work area when not in use. Other specialty work-related items (i.e., work gloves, jackets, raingear, rubber boots, steel-toed shoes, cowboy boots, and other similar items) shall be State-issued and stored in a manner designated by unit administration.

E.  Registered Property

The only items which require registration include: non-TDCJ-issued pair of shoes or boots, radio, FM booster, multi-outlet, alarm clock, clamp-on lamp, fan, typewriter, hotpot, wedding ring, wrist watch and, in addition for female offenders, a curling iron and hair dryer. Freeworld Health Care Devices/Supplies (i.e., items received during the intake process or an authorized TDCJ contract medical provider) and all Religious Items shall also be registered.

II.  Property Transactions

Staff may only provide an offender with State-issued items or indigent supplies under the conditions of, and in amounts authorized by, Agency policy. No offender shall send out property items, via mail or visitor, with the intent of repair/return.

A.  Newly-received into the TDCJ

1.  A newly-received offender shall be informed in writing using the "Authorized Offender Property," PROP-01 list (see Attachment A), what property he may bring into the TDCJ, what property he may obtain and possess while in the TDCJ, and the amounts of each property item he may possess while in the TDCJ.

2.  All property (except cash and negotiable items), to include non-TDCJ issued clothing, shall be inventoried on the PROP-03, "Offender Intake Inventory" (see Attachment C). Authorized items, in allowable amounts, may be retained by the offender; unauthorized items shall be processed in accordance with Section VI. A.

3.  Cash or negotiable items shall be inventoried on the PROP-03.1, "Intake Money Receipt" (see Attachment D) and placed into a PROP-03.2, "Intake Money Envelope" (see Attachment E). They shall then be placed in a secure area until deposited into the offender's trust fund account.

B.  State-Issued Property

1.  State-issued/State-owned offender property includes cell and necessity items.

2.    State-issued/offender-owned property may include medically-issued supplies, as well as stationery items (issued pursuant to AD-07.90, "Correspondence Supplies and Postage for Offenders") and State-issued hygiene items (i.e., soap, toothbrush, tooth powder, and shaving implements).

3.    Items may be issued to an offender by the Property Officer from the recyclable inventory as for appropriately documented circumstances. (i.e., fan loaner program, grievance settlement, damage by staff, etc.)

C.    Commissary Purchases

1.    There is a Commissary on each unit from which items may be purchased.

2.    An offender that is newly received into the agency or arrives on a new unit of assignment may be limited to a designated amount of money available for Commissary purchases. A newly-received offender must also wait until he receives his TDCJ photo ID and his money has been posted to his account.

3.    Items offered for sale at unit Commissaries shall be from a store item master list, to ensure uniformity system-wide, and the sale of some items may be in limited amounts (established per spend or per month):

a.    Stamps shall only be sold up to 30 at a time and an offender may possess no more than 60 at a time (NOTE: The amounts of stamps may be of like or different denominations); and

b.    If an offender uses his supply of stamps and needs more, he shall submit an I-60 (Inmate Request to Official) to the Warden for approval.

4.    Amounts that an offender may spend in the Commissary are based on his classification, custody, or disciplinary status; however, no offender may possess more property than he can store in designated areas.

5.    Offender shall submit requests for Special Purchases (Blue Slip) in accordance with AD-14.23, "Special Purchase Items Identification and Sales Procedures".

6.    Property Officers shall utilize the "Offender Property Card" PROP-11 (see Attachment N) to provide information for the approval and tracking of personal property items which are limited in the quantity authorized for possession.

7.  Prior to approving an offender for repurchase of a registered property item the offender must present the item to the Property Officer on a one for one exchange.  If the offender is unable to exchange the item, unit administration may impose a waiting period of up to six (6) months before authorizing the repurchase of the item.  If the loss is the result of theft, which is substantiated by staff, approval shall be granted for repurchase.

D.  Outside Vendor

1.  The only items authorized for purchase or receipt from an outside vendor are those items specified in the *TDCJ Correspondence Rules* or purchased in accordance with procedures in this directive.

a.  Stationery items and publications may be received by an offender from an approved outside vendor, pursuant to guidelines established in the *TDCJ Correspondence Rules*.  Offenders may not possess more property than can be stored in designated areas; it is the offender's responsibility to properly store publications and stationery items and to dispose of items in excess of storage capacity.

b.  An offender wishing to order items from an outside vendor must submit to the Warden:  an I-60, which includes a picture or description of the item, as well as the price and size; and an I-25 "Inmate Request for Withdrawal."  An offender may not obtain any item from an outside vendor without the prior written approval of the Warden.  However, Warden approval of the offender's purchase does not relieve the offender of his responsibility to ensure proper storage.

(1).  If the Warden approves the request, the Warden shall forward the original I-25 to the Offender Trust Fund in accordance with AD-14.62, "Guidelines for Handling Offender Funds, Accounts and Transactions," and shall forward the original I-60 to the offender, with one (1) copy to the Mail Room, and one (1) to be placed in the offender's unit file.

(a).  The offender shall have 30 days to order the approved item(s) from an authorized vendor; and

(b).  All items must arrive at the offender's unit of assignment directly from the vendor; and

(c)  The Warden may withdraw his approval upon receipt of the requested item(s).

      (2).    If the Warden denies the request, he shall return both original forms (I-60 and I-25) to the offender, and place a copy of the denied request in the offender's unit file.

    c.    Hobby, craft, or piddling materials shall be ordered through the person designated by the Warden, in accordance with AD-14.59, "Offender Piddling and Craft Sales," and unit policy. Items made in the craft shop shall not be for personal possession by any offender and shall be mailed at the offender piddler's expense to a

        person on his approved visitor list, if not a special order or sold pursuant to AD-14.59.

2.    Mail Room staff are required to sign for items received at the unit which are addressed to offenders and sent: insured; registered; certified; or via a private carrier, such as United Parcel Service (UPS), AirBorne, Federal Express, or other private carrier. Mail Room staff, after verifying there is a Warden-approved I-60 request (if required) for the item(s), shall inspect, log-in, and require offender addressee's signature upon delivery of the property. (NOTE: If the Mail Room staff has reason to question the contents of a package, those concerns shall be discussed with the Warden.)

3.    Unauthorized items received at a unit for an offender shall be returned to the vendor within 60 days at the offender's expense; otherwise, the items shall be disposed of in accordance with Section VII.B.1; Section VII.C.2 or 3

E.    Religious Devotional Items

Offenders shall coordinate the purchase and receipt of approved religious items with their unit Chaplain in accordance with AD-7.30 "Procedures for Religious Programming."

F.    Offender-to-Offender

1.    Property transactions between offenders are prohibited.

2.    If there is a situation in which one offender is assisting, or being assisted by, another offender in legal work, an exchange of legal publications and/or stationery items needed for that legal work may be accomplished pursuant to the *Uniform Access to Courts, Counsel and Public Officials Rules*, and AD-07.90, "Correspondence Supplies and Postage for Offenders."

III.   Identification of Property

    A.   Registered Property

        1.   All personal property items which require registration shall be issued with a "Registered Property Receipt", PROP-02 (see Attachment B) which will be used to establish ownership/authorized possession of the items. The original of the triplicate form shall be filed in the offender's unit file; one (1) copy to the offender; and one (1) copy with remain with the Property Officer on the issuing unit.

        2.   Staff shall ensure that the PROP-02 form is completed to include an adequate description of the item.

        3.   The Property Officer shall document all newly purchased registered property on the PROP-11 for tracking purposes.

        4.   A computer generated registration form will be provided to the offender by Commissary staff at the time of purchase. Copies of this form will also be provided to the Property Officer for Property Room documentation and to Unit Records for placement in the offender's unit file.

    B.   Staff Responsibility for Engraving and Marking Offender Personal Property

        1.   All registered property items must be engraved with the exception of the wedding ring, wrist watch, religious items, and free world Health Care Devices/Supplies.

        2.   All Commissary purchased shoes shall be marked with the offender's TDCJ number in permanent marker by commissary staff at the time of the purchase. The Property Officer shall mark shoes issued from the recyclable inventory.

        3.   The Warden has the authority to require commissary staff to engrave or mark any non-registered property items deemed necessary for identification purposes.

        4.   Only one (1) TDCJ number is authorized to be engraved/written on each item of registered property, unless recycled pursuant to Section VII.C.1. Items requiring registration shall be confiscated from an offender who refuses to allow his TDCJ number to be entered on the item.

    C.   Offender Responsibility for Marking Personal Property

        1.   Stamps – Offenders shall write their TDCJ number on the back of each stamp within one (1) hour of the time of purchase from the commissary or issued from the Indigent Supply Program.

2.   Envelopes – Offenders shall write their name of commitment and TDCJ number in the top front left hand corner of each envelope within one (1) hour of the time of purchase from the commissary, received from an outside vendor or issued through the Indigent Supply Program.

IV.   Storage Requirements

In the event of an emergency evacuation, offenders may be required to leave their property at the unit.

A.   Offender Storage Containers/Areas

Offender property storage containers to be utilized in housing areas shall be metal, fire-resistant, and closable. *The usable storage capacity shall be at least 1.75 cubic feet and shall not exceed 2.0 cubic feet. If a storage container exceeds 2.0 cubic feet, the property contained therein shall be calculated based on a maximum 2.0 cubic foot volume, and the size of the storage container shall be taken into consideration should the offender request additional storage space for legal or educational purposes. Any deviation (i.e., storage containers less than 1.75 cubic-feet) must be authorized through the Regional Director to the appropriate Division Director. Requests, issuance, and reviews (at least every 180 days) to validate the continued need for additional storage shall be tracked by the Law Library Supervisor utilizing the PROP-04, "Storage Container Request and Tracking Log" (see Attachment F), and the PROP-04.1, "Storage Container Record" (see Attachment G). Offenders shall store property items in such a manner as to prevent a fire or sanitation and housekeeping problems. When an offender is absent from the housing area, the property shall be stored as outlined below. Only cell/dormitory fixtures shall be affixed to the walls, windows, or doors.

*NOTE:   Due to security reasons, there may be some single-celled offenders whose metal storage containers do not have lids.

1.   One (1) photograph and one (1) each of personal hygiene items may be stored on the shelf, if available.

NOTE: If there is no shelf in an Administrative Segregation cell, an extra bunk may serve as the shelf to hold these items.

2.   One (1) storage container shall be provided for each offender in his housing area to be used primarily for combustible and consumable items.

a.   With the exception of shoes, State-issued necessity items, non-combustible items (i.e., typewriter, radio, fan, and other such non-combustible items), and the items authorized to be on the shelf, the total volume of an offender's property must be placed in the closable storage container, to include commissary-purchased clothing items.

    b.    In-cell hobby, craft, or piddling materials shall be stored in the closable storage container, with a maximum of three (3) poster boards or canvases per offender permitted to be stored outside the container.

3.    Female offenders may purchase from the Commissary one (1) additional closable storage container (similar to a tool box; commonly referred to as a 'gender box') to hold their gender-related items only; it shall be stored in the closed position.

    a.    Hairdryers, of a size that will not fit in the "gender box," may be stored be neatly in the housing area.

    b.    Curling iron may be temporarily stored outside of the "gender box" to cool from use.

4.    Upon written request from an offender, one (1) additional storage container shall be issued to the offender, if necessary, to accommodate educational materials related to college course work, which has been validated/approved as noted below. The container shall only be authorized for the duration of the course and the offender must be enrolled in:

    a.    A TDCJ-sponsored masters, bachelors, or associate college program, as validated by the Windham School District (WSD) principal, and approved by the Warden; or

    b.    An accredited junior or senior college correspondence course that has been approved by the Warden, and requires the Law Library Supervisor to serve as proctor to monitor completion of course examinations.

5.    Legal Material

Authorization, issuance, and tracking of legal storage containers and bags shall be accomplished by the Law Library Supervisor. All offender property (as noted in IV.A.2.), including legal material, shall be stored in the closable storage container provided.

    a.    Additional space for legal materials is authorized only if the offender can establish that the first closable storage container is totally filled with legal materials, current educational materials, and a reasonable amount of other personal property items (i.e., reasonable amount means that the personal property items shall not exceed one-half of the space available in the first storage container.)

b.   Each time additional legal storage space is needed, an offender shall submit an I-60 request through the Law Library Supervisor to the Warden, with justification (i.e., current litigation, need to maintain in-cell rather than send to family or attorney, or other justification).

c.   Offender requests shall be documented on the PROP-04, reviewed by the Law Library Supervisor, with a justification for approval/disapproval, and approved by the Warden or designee, if justified.

(1)   A second (or subsequent) closable storage container for legal material shall only be issued if personal property items in the first storage container continue to occupy no more than one half of the space.

(2)   When an offender is issued a subsequent storage container for legal material, he will also be issued one (1) mesh bag to be utilized for transport of legal material. If the offender is en route to court or bench warrant, he may be issued one (1) additional mesh bag per each authorized legal storage container.

(3)   The Law Library Supervisor shall review and document (on the PROP-04 and the PROP-04.1) the continued need for the additional legal storage at least every 180 days, and report any concerns to the Warden.

d.   If denied initially, or at the time of review, the improperly-stored items shall be confiscated and the confiscation documented on a PROP-08, "Disposition of Confiscated Offender Property" (see Attachment K) and stored in the Property Room. The offender shall be allowed seven (7) days from the date of the denial, or upon completion of the grievance process (if applicable), to make a determination regarding the disposition of excess materials in accordance with procedures in Section VII.

NOTE: Although an offender may have a storage container in excess of 2.0 cubic feet capacity, he must submit an I-60 request [as noted above] for authorization if he wishes to store legal [or educational] material in the extra space available in the oversized container. If legal storage is approved, he shall be issued one [1] mesh bag for transport of legal material.

7.   Special consideration may be made for offenders with specific physical impairments on a case by case basis in coordination with Health Services and Risk Management staff. (i.e., offenders requiring ground level storage)

B.     Unit Property Room

    1.     Each Warden shall designate one (1) or more secure unit Property Rooms to be used for the storage of offender property and recyclable items, as well as for contraband and suspected contraband items.

    2.     Access to each property room shall be limited to the assigned Property Officer and other limited personnel designated by the Warden.

        NOTE: Offenders are prohibited from unsupervised access to the Property Room.

    3.     All property received in the Property Room shall be accompanied by a PROP-05, "Offender Property Inventory" (see Attachment H), or a PROP-08, and logged-in on the PROP-06, "Property Room Log" (see Attachment I). The sequential log book number must be recorded on a PROP-07, "Property Tag" (see Attachment J), that is then attached to the outside of the storage container (i.e., envelope, bag, box, or other storage container). Property must be logged out on the PROP-06 when removed from the Property Room.

    4.     The Property Officer shall ensure that all property received in the Property Room has the appropriate documentation.

    5.     Individual small items of value (i.e., glasses, jewelry, stamps, or other such items of value) shall be inventoried, logged in, placed into a PROP-09, "Offender Property Envelope" (see Attachment L) and stored in a lockable storage area in the Property Room.

    6.     The original PROP-05 may be utilized to re-inventory property for offenders returning following a temporary absence if all of the copies are stored intact with the property. Compare the property and the PROP-05 to ensure an accurate re-inventory and have the offender sign for receipt of the property as in Section III, "Offender Receipt of Property" on the PROP-05 form.

    7.     The Property Officer shall contact the Law Library Supervisor for a review of all offender property that contains any item which the offender claims to be legal. This review shall be conducted prior to destruction of the property and shall be documented in writing.

    8.     When an offender is reassigned to another unit, the offender's property shall be retained in the Property Room on the offenders last unit of assignment until it is confirmed he has arrived at the permanent unit of assignment. This is to preclude sending the property to an 'in-transit' location. The Property Officer shall confirm the offender's location and ship the remaining property utilizing a Memo Shipping Ticket (MST) BU-175, in boxes, which are clearly labeled "OFFENDER PROPERTY."

NOTE: An offender will generally receive his remaining property within 21 days following arrival at his unit of assignment.

9. If offender departed due to parole or emergency absence, any property remaining on the unit shall be inventoried, tagged, and stored in the Property Room of the last unit of assignment for a maximum of 30 days. If the offender has not returned to the TDCJ custody upon completion of these time frames, and has not made arrangements for the disposition of the stored property, the Agency shall make appropriate disposition of his property as outlined in Section VII.C.

10. When an offender departs due to a bench warrant, any property remaining on the unit shall be inventoried, tagged, and stored in the Property Room of the last unit of assignment for a maximum of six (6) months. If the offender has not returned to the TDCJ custody upon completion of these time frames, and has not made arrangements for the disposition of the stored property, the Agency shall make appropriate disposition of his property as outlined in Section VII.C.

11. Offenders departing a unit due to medical/psychological reasons for temporary assignment at a psychiatric facility may be unable/incapable of making decisions regarding his property at the time of departure. Staff shall inventory, tag, and store the property in the Property Room. The property shall be maintained at the unit of assignment until the offender returns, unless the Property Officer at the receiving psychiatric facility requests that the offender's property be forwarded to the offender.

12. Property which is being held pending disciplinary action will be stored in the Property Room with appropriate documentation until the disciplinary action is complete. Disposition shall be made as appropriate.

V. General Procedures for the Handling of Offender Personal Property

   A. Offender arrival at a unit of assignment subsequent to initial intake.

      1. An inventory of all offender personal property shall be completed using a PROP-05.

      2. Registered property in the possession of the offender will be documented on a PROP-11, which shall be delivered to the Property Officer. NOTE: This process is not necessary for offenders stopping as a unit en route to a new unit of assignment (i.e., an overnight stop at Robertson on the way to Beto, etc.)

3.     An offender returning to TDCJ following a free-world medical appointment shall have in his possession only those items with which he departed TDCJ, with the exception of medically-prescribed health care devices. Any additional items (i.e., food items) shall be confiscated and disposed of in accordance with Section VII.C.

B.     Staff Responsibilities in the Day-to-Day Management of Offender Personal Property

1.     Any offender personal property taken into the possession of TDCJ staff shall be documented on a PROP-08. The property shall be tagged with a completed PROP-07 tag and delivered to the Property Room or other location designated by Unit Administration as a secondary secure property storage area.

2.     Spoiled food items and empty containers are considered trash and do not require the completion of confiscation papers and may be thrown away.

3.     Offenders having access to a single electrical outlet shall be allowed to purchase and utilize one (1) multi-outlet power strip with surge protection; however, only two (2) of the plugs in the multi-outlet may be used. Offenders having access to two (2) electrical outlets shall be prohibited from utilizing a multi-outlet power strip but may maintain it in their property. Extension cords are prohibited.

4.     Personal clothing items confiscated from an offender shall be handled as outlined in Laundry/Necessities Procedure Manual Section 15.02.

5.     Offenders transferring from another TDCJ unit will be authorized to retain any items previously purchased from an approved commissary list regardless of the date purchased. Unit Administration may restrict the use of certain items on a unit (i.e., stingers, multi-outlets, etc.); however, the items must be stored in the offender's property or in the Property Room while to offender is assigned to the unit.

6.     If an offender fails to contact the Property Officer to designate a method of disposition of confiscated property within the designated time, the property will be held for 30 days and then disposed of appropriately in accordance with the options available to the Agency pursuant to Section VII.C.

7.     Once an offender has designated a method of disposition the property shall not be returned to the offender; however, the offender may, if necessary, designate another method of disposition.

8.     In the event, an offender files a grievance or receives a disciplinary case as a result of a confiscated property item, the Property Officer shall continue to hold the property in the Property Room. When the grievance is completed, the disciplinary case is resolved (including appeals), or

restrictions are lifted, the property may be returned to the offender (if appropriate); or disposition made in accordance with the method identified by the offender pursuant to Section VII.B.

VI.  Confiscation of Offender Personal Property

An offender's personal property may be confiscated at any time, from any location, for the reasons indicated in this section, as well as other appropriately documented circumstances as necessary to ensure safety and security. Confiscated property shall not

follow a transferred offender to another unit. If necessary, the disposition of the confiscated property shall be coordinated between Property Officers on both units. Confiscated property which is State-issued and State-owned shall be returned to the unit issuing authority, if not required as evidence. No offender may participate in the inventorying of another offender's property. A cellmate may be directed to separate his own property items under the supervision of a staff member; remaining property shall then be assumed to belong to the absent offender.

A.  Prohibited at Time of Intake

All incoming property shall be inventoried using the PROP-03. The offender, at his expense, may make disposition of unauthorized property pursuant to Section VII.B. The PROP-08 should be used in addition to the PROP-03 to document visitor pick-up and delivery to the mailroom.

NOTE: Offenders arriving at the James Byrd Unit are not permitted to receive visitors; therefore, must make disposition of unauthorized property within 14 days, by mailing the property at his expense, to an individual of his choice.

B.  Departures from Unit

1.  Unit Transfers

An offender may depart a unit on a temporary basis or due to re-assignment. At the time of departure, the offender may take with him ONE (1) STATE-ISSUED MESH BAG, which shall be of a size to fit into a 2.0 cubic foot storage space. Offenders authorized additional legal storage may take one (1) additional mesh bag for legal material.

a.  At the time of departure, all property shall be inventoried on the PROP-05; noting the property in the offender's possession – to include inventoried items on his person (i.e., TDCJ photo ID, wrist watch, shoes, and other items), as well as that which remains in the Property Room.

b.  Designated staff, shall ensure the proper amount of property by placing each bag of property into a sizing bin (if necessary) prior to sealing it with an adhesive identification tag ready for transport. NOTE: Each unit shall maintain at least one [1] sizing bin.

c.      When an offender carries his property into or out of the transport
        vehicle, the transport officer shall compare each offender's TDCJ
        photo ID card against the identifying information on the property
        tag to ensure a correct match of offender to his property.

d.      The remaining property, in excess of one (1) bag, shall be
        inventoried, tagged, logged, and stored in the Unit Property Room.

2.      Offenders departing due to a Bench Warrant may depart on a TDCJ
        transport vehicle or with an outside Law Enforcement Agency.

   a.   Offenders departing on bench warrant or to court may take with
        him ONE (1) STATE-ISSUED MESH BAG, which shall be of a
        size to fit into a 2.0 cubic foot storage space and one (1) mesh bag
        of legal material for each authorized legal storage container.

   b.   At the time of departure all property shall be inventoried on the
        PROP-05; noting the property in the offender's possession – to
        include inventoried items on his person (i.e., TDCJ photo ID, wrist
        watch, shoes, and other items), as well as any property remaining
        in the Property Room.

   c.   If the receiving Law Enforcement Agency will not permit the
        offender to take his personal property, the property shall be
        inventoried, tagged, logged, and stored in the Property Room on
        the unit of departure.

   d.   Staff shall inform the offender that only registered items with
        proper documentation and non-food items, which do not pose a
        risk to security, may accompany him upon return to the TDCJ.
        Offender shall not be permitted to return with a wedding ring,
        wristwatch, or shoes that were acquired while out of the custody of
        the TDCJ.

3.      Offenders departing for a medical appointment shall be limited to the
        following items;

   a.   Legal materials, including writing materials, necessary to support
        current pending litigation;

   b.   A fan;

   c.   Personal hygiene items shall be limited to one (1) each;

   d.   KOP medication; and

   e.   Female offenders may also take:  feminine hygiene products; one
        [1] hair clip or band; two [2] pairs of socks and underwear; and
        two [2] bras.)

C.   Contraband

    1.   Dangerous Contraband which represents a threat to the security and safety of the unit.

        a.   The confiscation shall be documented on a PROP-08. The offender shall not sign or receive a copy of the PROP-08 form.

        b.   The dangerous contraband shall be processed as noted in SM-03.03, "Contraband Processing".

        c.   Offenders shall not be permitted to make disposition of Dangerous Contraband.

    2.   Non-Dangerous Contraband which is prohibited to possess in any amount.

        a.   The confiscation of the property shall be documented on a PROP-08. The property shall then be tagged, logged, and stored in the Property Room.

        b.   The property item(s) shall be disposed of pursuant to Section VII.B.

    3.   Documentary Contraband

        a.   The confiscation of the property shall be documented on a PROP-08. The property shall then be tagged, logged, and stored in the Property Room.

        b.   The offender shall be subject to the appropriate disciplinary sanctions. Any property being held pending disciplinary action will be stored until the disciplinary action is complete.

        c.   The contraband item(s) will be disposed of pursuant to Section VII.C.

D.   Excessive Amounts – Property possessed in excess of the quantity indicated on the PROP-01 (i.e., more than one pair of shower shoes or more than two pair of personal shoes).

    1.   The confiscation of the property shall be documented on a PROP-08. The property shall then be tagged, logged, and stored in the Property Room.

    2.   The offender shall be provided seven (7) days to eliminate excesses.

    3.   If the offender successfully eliminates excesses, the item shall be returned to the offender.

    4.    If the offender fails to eliminate excesses, disposition shall be made in accordance with the method identified by the offender pursuant to Section VII.B.

E.    Stored Improperly - Property that is not stored in accordance with this directive when the offender is not present in his assigned housing area.

    1.    The confiscation of the property shall be documented on a PROP-08. The property shall then be tagged, logged, and stored in the Property Room.

    2.    The offender may be subject to disciplinary action for a violation of agency rules.

    3.    Disposition shall be made in accordance with the method identified by the offender pursuant to Section VII.B.

F.    Ownership/Legitimate Possession is Questionable

    1.    The confiscation of the property shall be documented on a PROP-08. The property shall then be tagged, logged, and stored in the Property Room.

    2.    The offender shall have seven (7) days to prove ownership/authorized possession.

    3.    An offender shall establish ownership/authorized possession of food and hygiene items by providing a commissary receipt that is no more than 60 days old and that has been verified as legitimate.

    4.    An offender shall establish ownership/authorized possession of registered property items by providing a verifiable Registered Property Receipt (PROP-02) for the property item in question.

    5.    If the offender successfully establish ownership/authorized possession the property item shall be returned to the offender.

    6.    If the offender fails to establish ownership/authorized possession, he shall not be permitted to make disposition of the property. Staff shall make reasonable efforts to identify the authorized owner prior to disposing of the item. If an owner cannot be established, the Property Officer will make appropriate disposition pursuant to Section VII.C.

G.    Property Restrictions Imposed due to Classification, Custody, Disciplinary Status, or Treatment Sanctions

    1.    Restricted property shall be confiscated and inventoried on a PROP-05 and/or PROP-08, tagged, logged, and placed in the Property Room. The property shall be held until such time it is appropriate to be returned to the offender.

2.    For offenders in Administrative Segregation Level 3 or Death Row Level 3, the restricted property shall be stored in the Property Room.  In those instances where an offender remains at Level 3 for eight (8) consecutive

months, the Property Officer shall contact the offender regarding arrangements for the disposition of the stored property.  If the offender fails to make arrangements, and once the property has been stored for nine (9) consecutive months, the Agency shall make appropriate disposition of his property as outlined in Section VII.C.

H.    Medical Treatment

Offender property items may be confiscated as a precautionary measure at the direction of medical staff; this must be documented on a PROP-05 and/or PROP-08.  The property shall be tagged, logged into the Property Room, and returned to the offender when appropriate.

I.    Offender Requested Disposition

An offender may request the Property Officer allow him to make disposition of property that he is no longer able or willing to maintain in his housing area pursuant to Section VII.B.  Staff shall document the confiscation and the offenders requested disposition on a PROP-08.  The property shall be tagged, logged, and stored in the Property Room until the disposition is complete.

NOTE:  Offenders shall use this method to make disposition of recreational art items such as illustrations boards and handkerchief art.

J.    Offender Escape

Once an escape has been confirmed, the property belonging to the escaped offender shall be considered abandoned.  The Warden shall direct two (2) staff to inventory the confiscated property, using the PROP-05 (one to conduct the inventory; the other to witness it).   The property shall be held in a secure area designated by the Warden for evidence if necessary.  Disposal shall be pursuant to Section VII.C. at the Warden's discretion and documented on the PROP-08.

K.    Offender Death

The time at which the property of a deceased offender is confiscated shall depend upon whether leaving it in its place is necessary for investigative and evidentiary purposes.  When appropriate, the Warden shall direct two (2) staff to inventory the confiscated property, using the PROP-05 (one to conduct the inventory, the other to witness it).  Procedures regarding the disposition of property belonging to a deceased offender are outlined in AD-03.29, "Procedures to be Followed in Cases of Offender Death."

VII.   Disposition of Offender Property

Disposition of confiscated property shall be made in accordance with one (1) of the following groups of options and documented in the 'disposition' section of the PROP-03 for newly-received offenders and/or the PROP-08.

A.   Once an offender designates a method of disposition, the disposition must be completed within the designated time limits or TDCJ shall make appropriate disposition of the property pursuant the appropriate agency option.

B.   Offender Options (when applicable):

1.   Mail to someone on the offender's visitor list as the offender's expense. The postage must be received within 60 days or the TDCJ shall make appropriate disposition as indicated in Section VII.C. below.  If a package is returned as undeliverable, or is refused by addressee, TDCJ shall make appropriate disposition of the property. NOTE:  Sending via cash on delivery (C.O.D.) is prohibited;

2.   Transferred by staff to a person on the offender's approved visitor list at the time of a visit (if possible). The visit must occur within 60 days or the TDCJ shall make appropriate disposition of the property as indicated in Section VII.C.;

3.   Excessive legal documents may be mailed to the offender's attorney at the offender's expense; or

4.   Request that TDCJ make appropriate disposition of the item(s).

NOTE:  At this point, the original PROP-03 or PROP-05 (as appropriate) and/or PROP-08 shall be placed in the offender's unit file, and a copy provided to the offender (if possible).

C.   Agency Options are to be used as appropriate for the property in question. Designated staff may utilize one or more of the following agency options if necessary to process multiple property items.

1.   Recycle the item - Document the item on the PROP-10, "Recyclable Items Log" (see Attachment M), attach a PROP-07, and store in the Property Room.  These items may be issued to an offender for settlement of a property claim, which has been identified by unit administration or as a result of an offender grievance.

NOTE: If defined as registered property, procedures requiring a PROP-02 and engraving shall be followed at time of 're-issue' -- ensuring the originally-engraved number is scratched out completely.

2.   Donate the item to a charitable organization, as defined by law (see ED-02.04, "TDCJ Fund-Raising"); or

3.   Destroy the item.   No property items shall be destroyed unless it is determined to be dangerous contraband, has been altered, is perishable, or can not be used as a recyclable item or donated to a charitable organization.

NOTE:   Staff shall document the disposition of the property on the remaining copy of the PROP-03 (or PROP-05, as appropriate) and/or PROP-08.   If destroyed, the staff who actually destroys the property and one (1) witness to the destruction shall complete the disposition section.

D.   Following disposition of the property, the remaining copy of the PROP-03 (or PROP-05, as appropriate) and/or PROP-08 shall be placed in the offender's unit file, with copies filed chronologically in the Property Room and retained for one (1) year.

VIII.   Property Claims

In the event an offender alleges TDCJ is responsible personal property that has been lost, stolen, damaged, or inappropriately confiscated, the following procedures apply.

A.   After attempting an informal resolution at the unit level, an offender may seek administrative remedy through the TDCJ Offender Grievance Procedure.   The offender should provide documentation, which establishes the merits of the claim (i.e., ownership, in TDCJ's possession, and a tangible value).

B.   The offender's claim (in grievance format) shall be investigated, a determination made as to whether the TDCJ is responsible for the lost or damaged property, and if the claim should be denied or granted.   The response to the grievance shall include either the denial or acceptance of TDCJ responsibility for the lost or damaged property, pursuant to guidelines established by AD-03.82, "Management of Offender Grievances."   Corrective action shall be taken as deemed necessary.

C.   Reimbursement for a valid claim for lost or damaged offender property, determined to be the responsibility of the TDCJ, shall generally be paid at no more than $50 per item, and shall not exceed $500 total and may be subject to depreciation.

D.   If it is determined that an employee has intentionally or through negligence caused the loss or damage of an offender's personal property, the employee shall be subject to disciplinary action in accordance with PD-22 "General Rules of Conduct and Disciplinary Guidelines for Employees".

IX.     Monitoring Requirements

    A.      Staff shall inspect offender-housing areas to ensure possession of authorized property only, adherence to restrictions, proper storage of property, and confiscation of unauthorized property. The inspections shall be documented on the Cell Search Log in accordance with SM-03.02, "Security Searches," as well as on the I-201, "Segregation Commitment Record", and I-216, "Daily Activity Log", for segregated housing areas.

    B.      Offenders who fail to comply with property possession and storage requirements shall be subject to disciplinary action, as well as the confiscation of unauthorized and/or improperly stored property.

    C.      The functional area of offender property shall be monitored in accordance with operational review procedures.

Ed Owens*
Deputy Executive Director

* Signature on file.

PROP-01

Pringle – Int #9 – 26

AD-03.72 (rev. 5) Attachment A Page 26 of 41

| PROP-01 (1-1-2005) — AUTHORIZED OFFENDER PROPERTY | AMOUNT ALLOWED | | AT INTAKE | MUST REGISTER | CLOSABLE BOX | INDIGENT SUPPLIES |
|---|---|---|---|---|---|---|
| ITEMS | MALE | FEMALE | | | | |
| **Consumable Items** — Food – in cans or packages, opened or unopened | ** | ** | NO | — | ✔ | |
| **Correspondence/ Publications** — Personal Correspondence, Mail: General Text (grievances; reports; etc.), Magazines, Newspapers | ** | ** | NO | — | ✔ | |
| Visitor Address List | ** | ** | ✔ | — | ✔ | |
| **Craft Items** — In-cell craft items (Refer to AD-14.59) | ** | ** | NO | — | ✔ | |
| **Educational Items** — All books and Literature – *ONLY substance abuse literature and one religious text at intake* | ** | ** | ✔ see at left | — | ✔ | |
| Paper (worksheet packets and assignment papers for Windham-approved coursework) | ** | ** | NO | — | ✔ | |
| Educational Equipment (plastic ruler; hand-held calculator; etc.) | 1 ea | 1 ea | NO | — | ✔ | |
| **Electrical Equipment** — Radio; Fan; Typewriter; Hotpot; AM/FM booster; Clip-on Lamp; Multi outlet; alarm clock | 1 ea | 1 ea | NO | ✔ | — | |
| Dipole antenna; Headphones | 1 ea | 1 ea | NO | — | — | |
| **Gender-Related For Females** — Bras (white with no under wire) and Panties | | 7 ea | NO | — | ✔ | |
| Hair care products: (Clips, bands, etc; no crocheted hair accessories or homemade items) | | 6 items/sets | NO | — | ✔ | |
| Hair dryer and curling iron | | 1 ea | NO | ✔ | — | |
| Rollers; Bobby pins | | 24; 48 | NO | — | ✔ | |
| Make-up | | 10 items | NO | — | ✔ | |
| Perfumed Lotion (Does not include perfume) | | 2 | NO | — | ✔ | |
| Feminine Hygiene items (menstrual* and douche products) | | As needed | NO | — | ✔ | |
| Stud Earrings | | 2 pr | NO | — | ✔ | |
| **Health Care Devices/Supplies** — Dentures, Eyeglasses, Prostheses, Shoes, Crutches, Sleep-apnea machine; physician-prescribed medication (+ other items w/medical approval & pass) *(Free world items must be registered)* | As needed per H.S. | As needed per H.S. | As needed per H.S. | ✔ see at left | — | |
| Keep-on-person (KOP) and over-the-counter medication | ** | ** | NO | — | — | |
| **Identification Documents** — Birth certificate and Social Security card (in offender's permanent Classification file) | NO | NO | ✔ see at left | — | — | |
| Driver's License (in offender's permanent Classification file, unless needed for job) | *(see at left)* | *(see at left)* | ✔ see at left | — | — | |
| TDCJ-issued photo ID | 1 | 1 | Issued | — | — | |
| **Jewelry Items** — ***Wrist watch | 1 | 1 | ✔ | ✔ see at left | — | |
| ***Wedding Ring – ONLY if brought in at time of intake | 1 | 1 | ✔ only | ✔ *** | — | |
| **Legal Material** — Pleadings; transcripts; legal books; notes and drafts; legal correspondence; carbon paper; etc. | ** | ** | ✔ | — | ✔ | |
| **Necessity Items** — Commissary-sold clothing (gym shorts, T-shirts & pairs of socks—4 ea; thermals—2 ea [white]) | *(see at left)* | *(see at left)* | NO | — | ✔ | |
| Commissary-sold shoes (*w/offender TDCJ# marked in permanent marker by commissary staff*) | 1-2 pr | 1-2 pr | NO | ✔ see at left | — | |
| **Oversized Material** — Paper with pictures or printed material; no larger than 18" x 60" and folded to 9" x 15" | ** | ** | NO | — | ✔ | |
| **Personal Hygiene Items** — Dental items (toothbrush; brush holder; tooth powder; toothpaste; dental floss; adhesive; etc) | ** | ** | NO | — | ✔ (1 ea shelf) | Brush/pwdr |
| Shampoo; hair care products (activator, gel, etc); soap; soap holder; comb; brush; toilet paper* | ** | ** | NO | — | ✔ (1 ea shelf) | Soap/comb |
| Disposable razor; shaving cream; after shave; Skin-care products (lotion, powder, etc); deodorant | ** | ** | NO | — | ✔ (1 ea shelf) | Razor |
| Shower shoes | 1 pr | 1 pr | ✔ | — | | |
| **Photographs** — Photographs (Polaroid-type must have bottom removed); Albums – *NO albums at time of intake* | ** | ** | ✔ see at left | — | ✔ (1 on shelf) | |
| **Religious Items** — Medallion; Rosary or other prayer beads; prayer rug; headband; Hijab; turban; medicine bag; wooden comb; natural objects; and other items as approved by chaplaincy. Rosaries/Prayer beads are prohibited at Intake. | 1 ea *(per official faith)* | 1 ea *(per official faith)* | 1 ea (declared faith) see at left | ✔ | ✔ | |
| Sacred stones (marble-sized) | 7 | 7 | 1 | ✔ | ✔ | |
| **Stationery Items** — Unused paper products (paper/tablets, greeting cards); Envelopes | ** | ** | NO | — | ✔ | ✔ |
| Stamps (may purchase up to 30 at a time; may possess no more than 60) | 60 max. | 60 max. | NO | — | ✔ | ✔ |
| Pencils and Pens (clear see-through ball point stick pens only) | ** | ** | NO | — | ✔ | |
| **Trust Fund** — Cash – ONLY if brought in at time of intake | NO | NO | ✔ only | — | — | |
| Negotiable items (money orders; cashier or law enforcement agency checks; no personal checks) | ** | ** | ✔ | — | — | |
| **Miscellaneous Items (Commissary-sold):** — Plastic Lock (1 per box); aluminum neck chain (if holding TDCJ photo ID, lock key, religious medallion); Plastic ID holder; mirror; nail clippers; work gloves; pencil sharpener; sunglasses; tweezers; Commissary bags; detergent (*may be stored outside of box*); wash cloth; handkerchief; plastic bowl; spoon; etc. | ** | ** | NO | — | ✔ | |

\* State-issued items.   \*\* By policy, in any amount IF stored properly; otherwise considered contraband and confiscated.   \*\*\* Exempt from engraving requirement   ✔ = Yes   **FRONT**

PROP-01

Pringle - Int #9 - 27

| PROP-01 (1-1-2005) | Propiedad Autorizada para los Presos | | | | | | |
|---|---|---|---|---|---|---|---|
| **Artículos** | | **Cantidad Permitida** | | A la entrada | Debe de Registrar | Caja de Cerrar | Provisiones indigente |
| | | Hombre | Mujer | | | | |
| Artículos consumibles | Comidas – en latas, o paquetes, abiertos o cerrado | ** | ** | No | - | ✓ | |
| Correspondencia Publicaciones | Correo personal, aparte del abogado; texto general (agravios, informes, etc.) | ** | ** | No | - | ✓ | |
| | Revistas, periódicos | ** | ** | No | - | ✓ | |
| | Lista de direcciones de visitantes | ** | ✓ | No | - | ✓ | |
| Artículos de Arte | Artículos de arte dentro de la celda (Referirse al AD-14.59) | ** | ** | No | - | ✓ | |
| Artículos Educativos | Todos los libros y literatura (Sólo literatura de sustancia abusa y un texto religioso puede ser introducido en el momento de la entrada) | ** | ** | ✓ Vea en la izquierda | - | ✓ | |
| | El papel (paquetes de hoja de trabajo y asignaciones empapela para Windham/Guardián-aprobado de curso) | ** | ** | No | - | ✓ | |
| | Equipo educativo (Regla plástica, calculadora hecha a mano, etc.) | 1 cada | 1 cada | No | - | ✓ | |
| Equipo Electrico | Radio portátil; abanico eléctrico, máquina de escribir; jarra caliente; AM/FM amplificador; lámpara para leer; un adaptador de salida | 1 cada | 1 cada | No | ✓ | - | |
| | Antena dipolar; auriculares; | 1 cada | 1 cada | No | - | - | |
| Género-Relacionada a Mujeres | Sostenes (blanco sin alambre abajo) y braguitas (total publicada por el estado y comprado en comisario) | | 7 cada | No | - | ✓ | |
| | Productos de cuidado de pelo (clips, cintas, etc., ningunos accesorios de pelo crocheted o artículos caseros) | | 6 artículos/conjuntos | No | - | ✓ | |
| | Secadora de pelo y pinzas de pelo | | 1 cada | No | ✓ | - | |
| | Rodillos y pasadores | | 24;48 | No | - | ✓ | |
| | Pinturas de la cara/cosméticos | | 10 artículos | No | - | ✓ | |
| | Loción aperfumada (este no incluye perfume) | | 2 | No | - | ✓ | |
| | Artículos de higiene femeninos (menstrual* y productos de ducha) | | Como necesario | No | - | ✓ | |
| | Aretes | | 2 par | No | - | ✓ | |
| Dispositivos y provisiones de cuidado médico | Dentaduras medicamente prescribidas, anteojos, las prótesis, zapatos, muletas, duermen la máquina de apnea, medicación prescribida por médico (* otros artículos con permiso y pase médico) (Artículos de el mundo libre deben ser registrados) | Como necesario (por médico) | Como necesario (por médico) | Como necesario (por médico) | ✓ Vea en la izquierda - | - | |
| | Medicación suya su persona (KOP) y medicación sin receta médica | ** | ** | No | - | - | |
| Documentos de Identificación | Partida de nacimiento y tarjeta de seguridad social (en el archivo de clasificación permanente del preso) | No | No | ✓ Vea en la izquierda | - | - | |
| | Licencia de manejar (en el archivo de clasificación permanente del preso; a no ser que es necesario para el trabajo) | (Vea en la izquierda) | (Vea en la izquierda) | ✓ Vea en la izquierda | - | - | |
| | La foto de identificación del TDCJ | 1 | 1 | Emitido | - | - | |
| Artículos de joyería | ***El reloj de pulsera | 1 | 1 | ✓ | ✓ Vea en la izquierda | - | |
| | Anillo de boda (sólo si introducido en el momento de entrada) | 1 | 1 | ✓ sólo | ✓*** | - | |
| Materiales Legal | Las súplicas, transcripciones, libros legales, notas y esbozos, correspondencie legal, el papel carbón, etc. | ** | ** | ✓ | - | ✓ | |
| Artículos de joyería | Ropa vendida por el comisario (pantalones cortos de gimnasia, camisetas y los pares de calcetines, – 4 cada, ropa termal – 2 cada [blancos]) | (Vea en la izquierda) | (Vea en la izquierda) | No | - | ✓ | |
| | Zapatos vendidos en el comisario (con el TDCJ número del preso marcado en marcador permanente por el personal de comisario) | 1-2 par | 1-2 par | No | ✓ Vea en la izquierda | - | |
| Material que es de gran tamaño | Papel con cuadros o material impreso; no más grande que 18" x 60" y doblado a 9" x 15" | ** | ** | No | - | - | |
| Artículos de higiene personales | Artículos dentales (cepillo de dientes; sostenedor de cepillo; polvo de diente; crema dental; hilo dental; pegamento; etc.) | ** | ** | No | - | ✓ (1 cada artículo) | Cepillo/polvo |
| | Champú, productos de cuidado de pelo (activador, gel, etc.); jabón; sostenedor de jabón; peine; cepillo; papel higiénico * | ** | ** | No | - | ✓ (1 cada artículo) | Jabón/peine |
| | Navaja de afeitar disponible, crema de afeitar; después de afeitado; productos de cuidado de la piel (loción, polvo, etc.); desodorante | ** | ** | No | - | ✓ (1 cada artículo) | Razurador |
| | Zapatos de ducha | 1 par | 1 par | ✓ | - | - | |
| Fotografías | Fotografías (El tipo Polaroid debe tener profundizan quitado); Álbumes - ningunos álbumes en tiempo de entrada | ** | ** | ✓ Vea en la izquierda | - | ✓ (1 en la celda) | |
| Artículos Religiosos | Medallón, Rosario y Collar de Cuentas para oración (Ne se permitirá entrar a la prisión con rosarios en el proceso inicial); manta de rezo; encabece sobre el engranaje (la venda, Hijab, el turbante); bolso de medicina, peine de madera; objeto natural, y otros artículos aprobados por la oficina de el capellán | 1 cada (por cada fe oficial) | 1 cada (por cada fe oficial) | 1 cada (por cada fe declarada) | ✓ | ✓ | |
| | Piedras sagradas (de mármol clasificadas) | 7 | 7 | 1 | ✓ | - | |
| Artículos de Papel de escribir | Productos no usados de papel (papel/pastillas, tarjetas de felicitación); Sobres | ** | ** | No | - | ✓ | ✓ |
| | Los sellos (pueden comprar hasta 30 estampas en un tiempo; puede poseer no más que 60 estampas) | 60 max. | 60 max. | No | - | ✓ | ✓ |
| | Los lápices y plumas (bolígrafo que es claro y transparente) | ** | ** | No | - | ✓ | ✓ |
| Fondo fiduciario (Trust Fund) | Dinero efectivo - sólo si introducido en tiempo de entrada | No | No | sólo | - | - | |
| | Artículos negociables (giros postal, cajero o comprobaciones de agencia policial; ningunos cheques personales) | ** | ** | ✓ | - | - | |
| Artículos Mixtos (vendido en el comisario) | Cerradura plástica (1 por caja), la cadena de cuello de aluminio (sólo sosteniendo TDCJ el carnet de identidad de foto, cierre la llave, o el medallón religioso), sostenedor de carnet de identidad plástico; espejo, Pinzas, cortauñas, guantes de trabajo; sacapuntas, lentes Bolsos del comisario; detergente (puede guardar afuera de la caja); paño de lavar; pañuelo, tazón plástico, cuchara plástica; etc. | ** | ** | No | - | ✓ | |

\* Artículos publicados por el estado   ** Por la política, en cada asciende si almacenado correctamente; si no, considerado como contrabando y confiscado.   *** Exento de la requisito de grabado   3= Si   **BACK**

AD-03.72 (rev. 5)
Attachment A
Page 27 of 41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 111

# Hours of Operation

## Type I Chronic Care Units (32)

### (Staffed 24 hours per day, seven days a week)

| Texas Tech | | | | | |
|---|---|---|---|---|---|
| Allred | Clements | Montford | Robertson | | |
| **UTMB** | | | | | |
| Beto | Byrd | Coffield | Connally | Crain | Darrington |
| Dominguez | Duncan | Estelle | Hodge | Hughes | Jester 3 |
| Jester 4 | Lewis HS | Luther | McConnell | Michael | Mt. View |
| Pack | Polunsky | Powledge | Skyview | Stiles | Telford |
| Terrell | Woodman | Young | | | |
| **Private** | | | | | |
| East Texas Treatment Facility | | | | | |

## Units with Extended Hours (55)

### (Staffed 12-16 hours per day, seven days a week)

| 12-13 Hour Shifts 7 Days a Week | | | | | |
|---|---|---|---|---|---|
| **Texas Tech** | | | | | |
| Dalhart | Daniel | Formby | Jordan | Lynaugh | Middleton |
| Neal | Roach/ Roach ISF | Smith | Wallace | | |
| **UTMB** | | | | | |
| Bartlett | Boyd | Bradshaw | Bridgeport | Briscoe | Clemens |
| Cole | Gist | Halbert | Henley | Hutchins | Jester 1 |
| Johnston | Kyle | LeBlanc | Lewis (GP) | Lindsey | Lockhart |
| Lopez | Marlin | C. Moore | Murray | San Saba | Scott |
| Segovia | Stevenson | Travis | Vance | | |
| **14-15 Hour Shifts Weekdays/12-Hour Shifts Weekends (All UTMB)** | | | | | |
| Eastham | Ellis | Ferguson | Goree | Hamilton | Hightower |
| Hilltop | Hobby | Holliday | Huntsville | Lychner | Plane |
| Ramsey 1 | Stringfellow | Wynne | | | |
| **16-Hour Shifts Weekdays/12-Hour Shifts Weekends (All UTMB)** | | | | | |
| Garza | Gurney | | | | |

## Eight-Hour Units (22)

### (Staffed 8 hours per day, seven days a week)

| Texas Tech | | | | | |
|---|---|---|---|---|---|
| Baten | Ft. Stockton | Havins | Rudd | Sanchez | Sayle |
| Tulia | Ware | Wheeler | | | |
| **UTMB** | | | | | |
| Bridgeport (BR) | Cleveland | Cotulla | Diboll | Duncan | Estes |
| Glossbrenner | Goodman | Kegans | B. Moore | Ney | Torres |
| Willacy | | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § |
| PLAINTIFFS | § § |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § |
| DEFENDANTS | § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 112



TDCJ Risk Management's

# *Training Circular*

Volume 10 Issue 05      Risk Management Issues      May 2010



**Oh, No, Summer is here again!!!!** Hot days, hot nights, humidity, sweating, flat hair, feeling like you could melt any given moment, 3-digit temperatures, hunting for a shady area to sit an drink ice **COLD** lemonade and chill out, and oh, by the way, did I say it was **HOT!** As we say, **Welcome to a Texas Summer.**



The Agency understands that the temperature levels affect the unit staff and offenders who are working in areas of high temperature and humidity levels. Due to the heat, tempers sometimes run as high as the humidity levels.

Did you know that it is a lot easier to prevent a heat related illness, than to treat a heat related illness?
During prolonged heat waves, the risk of heat related illnesses, injuries and deaths climb dramatically.



The Agency has Administrative Directive AD-10.64 that addresses the temperature extremes in the workplace. The Agency takes measures to protect staff and offenders within the agency from heat related illnesses. This directive contains information on the preventive measures to take as well as a Heat and Humidity Matrix chart. The TDCJ Department of Preventive Medicine in conjunction with UTMB will conduct employee/offender annual heat awareness training.

As summer months approach, the occurrence of heat related illnesses rise. *Recognition and prompt treatment of these symptoms are imperative.* Victims of prolonged or high heat can develop heat cramps or heat exhaustion. If heating continues, the condition can progress to a heat stroke and death.



Would you be able to recognize a heat related illness? Would you know how to treat the individual? Sit back, chill out and drink that cold glass of lemonade while we go through the recognition and treatment of heat related illness.



| 2 | TDCJ Risk Management's Training Circular | May 2010 |

### Would you know the symptoms?

**Heat Cramps-**are the most benign heat syndrome. They develop usually following strenuous exercise in muscles that have been subjected to extensive work. The pain is brief, intermittent and crampy but may be excruciating.

**Treatment-**consists of rest in a cool environment and replacement of fluids.

**Heat Exhaustion-**is the most common heat syndrome. The warning signs of heat exhaustion can be mild or severe, but all important danger signals. Symptoms include weakness, anxiety, fatigue, thirst, dizziness, headache, paleness, muscle cramps, nausea or vomiting and faintness. The onset is usually sudden and duration of brief collapse.

**Treatment-**consists of moving the patient to a cool area and having them lie down and elevate the feet. Spontaneous

recovery then usually starts taking place. If the patient is fully alert encourage small sips of water.

**Heat Stroke-**is a true medical emergency. Heat exhaustion can progress to a heat stroke. A sudden change in the level of consciousness in a setting of heat exposure suggests the possibility of a heat stroke. Heat strokes occur when the body's cooling system fails. The skin is hot and dry, pulse rate, respirations are rapid and weak. Coma, paralysis and death can follow if emergency treatment is not immediately given.

**Treatment-**once a heat stroke is suspected rapid, aggressive therapy aimed at lowering the body temperature should be initiated immediately by whatever means available. In field, remove the patient from the external sources of heat, remove clothing, and promote evaporative cooling by applying cool or iced water to the entire skin by surface sponging or splashing, accompanied by fanning either by hand or mechanical

means. This should be continued throughout transportation to an emergency room receiving facility as well. Always transfer heat stroke victims to a medical facility.

### Do you know how to avoid a heat illness during excessive heat?

As record-breaking high temperatures are here to stay for a few months throughout Texas, the Texas Department of Health (TDH) has issued a list of precautions people can take to reduce the risk of heat exhaustion and heat stroke. All Texans are urged to follow these precautions.

* Drink two to five times more water and non-sugar, non-alcoholic beverages to replace fluids lost in perspiration.
* Wear loose-fitting, lightweight, light-colored clothing and wide brimmed hats while in the sun.
* Use sunscreen with an SPF-15 or more.
* Take frequent breaks limiting physical activity.
* Rest in a cool place.




* Stay in an air conditioned area if possible. If no air conditioning is available, fans are helpful. 
* Use the buddy system between co-workers in high heat jobs.
* Older people should have a friend or relative check on them or call twice a day.
* When planning activities choose cooler hours to be outdoors.
* Before prolonged work or exercise outdoors, listen to weather forecasts and give special attention to Advisories

### Final Reminder

Heat related illnesses can strike anyone in any occupation. The occupations from which heat related injuries are reported to Risk Management range from field security staff working outdoors in the sun to administrative staff working indoors at a cubicle. So, remember, drink plenty of liquids to keep your body hydrated and *stay cool!*



### Heat Advisory

The national weather service issues alerts for excessive heat on a county-by-county basis. The alerts are broadcast on NOAA Weather radio and on local radio and television stations. The parameters of an excessive heat watch, warning, and advisory vary by location.

* **Excessive Heat Watch–** means conditions are favorable for an event to meet or exceed local excessive heat warning criteria in the next 12 to 48 hours.
* **Excessive Heat Warning–** means that heat values are forecast to meet or exceed locally defined warning criteria for at least two days.
* **Excessive Heat Advisory–** means hazardous heat conditions have begun or will begin within 36 hours and, if caution is not exercised, they could become life threatening



### Your Pet



Animals are also susceptible to heat stroke, or hyperthermia, which is considered an emergency as it is with people. Signs in animals include excessive panting, increased body temperature, heart rate, or respiratory rate, unusual salivation, collapse, stupor, seizures, or coma, redder than normal gums.

Follow these common sense tips to prevent a heat-related pet emergency

* Besides the obvious... provide shelter and shade, fresh water, and good grooming, here are some tips to help keep your pet cool in the summer heat.
* Be aware of ways that your pet could accidentally be caught without shade - is your pet on a tether and could potentially get caught out in the full sun? Will the shade be available all day? While the shelter provides shade, is it hotter inside the shelter? If possible, utilize shade from trees in addition to the dog house; assuring that there is sufficient shade all day long.

Plaintiffs' MSJ Appx. 1584

- If your pet is left indoors, is air conditioning available? Will the house stay cool through the heat of the day?
- For indoor or outdoor animals, a cool water "bath" before leaving for work will provide additional cooling for your pet.
- Is fresh, cool water available at all times? Can your pet spill the water source? Consider installing an automatic pet waterier.



- **Do not** plan long walks or go jogging in the heat of the day. This can be life-threatening for some dogs. Plan exercise and outdoor activities in the relative coolness of morning and evening time. Be sure to bring along fresh water or a collapsible drinking bowl to allow your pet to get a cool drink when needed.
- **NEVER** leave your pet in the car, even if it is only for a "quick errand"! This is very dangerous, even on days that are only mildly warm

### Sunburn

Sunburn should be avoided because it damages the skin. Although the discomfort is usually minor and healing often occurs in about a week, a more severe sunburn may require medical attention.

### Recognizing Sunburn

Symptoms of sunburn are well known: the skin becomes red, painful, and abnormally warm after sun exposure.

### What to Do

Consult a doctor if the sunburn affects an infant younger than 1 year of age or if these symptoms are present:
- Fever
- Fluid-filled blisters
- Severe pain
- Also, remember these tips when treating sunburn:
- Avoid repeated sun exposure.
- Apply cold compresses or immerse the sunburned area in cool water.
- Apply moisturizing lotion to affected areas. Do not use salve, butter, or ointment.
- Do not break blisters.



Have a very safe and enjoyable summer from the Risk Management Central Office.



Training Circular
TDCJ Risk Management Department
Volume 10 Issue 05
May 2010

Jackie Edwards
Director, Administrative Review and Risk Management

Elizabeth Boerlin
Program Administrator
Risk Management

Jerry Bailey
Audit & Inspection Manager
Risk Management

Sherilyn Epperson
Operations Manager
Risk Management

The *Training Circular*, a publication of the Texas Department of Criminal Justice Risk Management Department, is published monthly in an effort to promote and enhance risk management awareness on issues relating to TDCJ employees. Design and layout of the Training Circular is performed by Sherilyn Epperson Operations Manager, Risk Management. Comments, suggestions and safety related items are welcome. Send Suggestions to:

Sherilyn Epperson
Risk Management Department
1060 hwy 190 east
Huntsville, Texas 77340
or,
sherilyn.epperson@tdcj.state.tx.us

All items received become property of the Risk Management Department unless otherwise agreed and are subject to be rewritten for length and clarity. Permission is hereby granted to reprint articles, provided source is cited.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 113

*Post in Offender Housing*

# HEAT ILLNESS

**DID YOU KNOW THAT IT IS A LOT EASIER TO PREVENT A HEAT RELATED ILLNESS, THAN TO TREAT A HEAT RELATED ILLNESS ?**

**LISTED BELOW ARE SOME PREVENTIVE METHODS FOR AVOIDING A HEAT RELATED ILLNESS**

1. DRINK WATER PRIOR TO WORKING IN A HOT AND HUMID ENVIROMENT.

2. DRINK AT LEAST A CUP OF WATER EVERY 15 MINUTES WHEN WORKING IN A HOT ENVIROMENT.

3. DECREASE INTENSITY OF WORK UNDER EXTREME CONDITIONS.

4. SCHEDULE WORK FOR COOLER PARTS OF THE DAY.

5. WORK IN SHIFTS.

## RECOGNITION OF HEAT ILLNESS

**HEAT EXHAUSTION**
- Weakness, anxiety, fatigue, dizziness, headache, nausea
- Profuse sweating, rapid pulse, rapid breathing
- Possible confusion or loss of coordination
- May lead to heat stroke if not treated

**HEAT COLLAPSE**
- Sudden collapse, brief duration
- Skin cold and clammy
- May lead to heat stroke if not treated

**HEATSTROKE** *(EMERGENCY! Death is imminent)*
- Headache
- Gooseflesh, chills
- Unsteady gait
- Incoherent speech progressing to coma
- Rapid pulse
- Skin hot and dry

## TREATMENT AND PREVENTION

**TREATMENT OF HEAT ILLNESS** *(ALL TYPES)*
- Move person out of direct sunlight into air-conditioned environment if possible
- Remove clothing, maintaining modesty
- Have them drink water if conscious
- Sprinkle water on them; fan them if there is no breeze
- Get medical attention ASAP

**HIGHER RISK FOR HEAT ILLNESS**
- Newly assigned to job
- On psychiatric medications
- Over age 60
- High temperature and humidity conditions
- No breeze

**PREVENTION OF HEAT ILLNESS**
- Drink at least 'A cup of water every 15 minutes when working in hot environments
- Take a 5 minute break every 30-60 minutes
- Decrease intensity of work under extreme conditions

OPEN RECORDS

001578

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 114



# Safety Training

# Heat & Cold Emergencies

Presented by UTMB Correctional Managed Care

The Department of Education and Professional Development

Copyright UTMB 2010 All Rights Reserved

Revised May 2010

ACA/NCCHC Credit: 1 Hour

# Heat Emergencies



2

# Objectives



◆ List 3 degrees of heat-related illness and specify which of the 3 is life threatening.

◆ Give examples of the signs and symptoms of heat stroke and propose a care plan you would use until the victim arrives at the hospital.

3

# Heat Emergencies

## Introduction

Heat stroke is ranked 3rd behind neck trauma and heart disorders as a cause of death among U.S. high school athletes.  Most heat-related problems result from environmental conditions.  Heat emergencies can be predicted and prevented.

4

# Heat Emergencies

## Who's at risk?

◇ People working or exercising indoors or outdoors

◇ Old people

◇ Infants and young people

◇ People with extreme body mass (too thin or too heavy)

5



# Heat Emergencies

## Who's at risk?  (continued)

◆ People –

- With respiratory illness

- With cardiovascular disease

- With poor circulation

- Taking diuretics

6



# Heat Emergencies

## Who's at risk?  (continued)

◇ People –

- With a history of heat-related illness

- Who are injured

- With limited mobility who cannot remove themselves from the heat

7

# Heat Emergencies

## Who's at risk?  (continued)

◆ People who use certain medications/drugs that contribute to risk of heat-related illness such as –

■ Amphetamines

■ Antihistamines

■ Calcium channel blockers

■ Cocaine



■ Diuretics

■ Heroin

8

# Heat Emergencies

## Who's at risk?  (continued)

◆ People who use certain medications (continued) –

- Inhaled anesthetics

- Laxatives

- LSD

- PCP

- Thyroid agonists

- Tricyclic antidepressants

9

# Heat Emergencies

## Other contributing factors

◇ Work in / wear protective equipment, heavy clothing, helmets, and respirators

◇ Loss of 3% or more of body weight due to dehydration

◇ Sleep deprivation (decreases blood flow to the skin and sweating)

A person may be 5% dehydrated BEFORE feeling thirsty.

10

# Heat Emergencies

## Other contributing factors (continued)

◇ Recent move from a mild to hot climate

◇ Urban setting

◇ Residing in upper floors in tall buildings



11

# Heat Emergencies



## HEAT CRAMPS

### Definition

Muscle spasms caused by a loss of fluids and salts from heavy sweating.

### Cause

Strenuous exercise may produce muscle spasms in the legs and abdomen.

12

# Heat Cramps

## Care

◇ Provide prompt care to avoid a more serious problem

◇ Rest in a cool place

◇ Drink cool water or an electrolyte sports drink

◇ Stretch or massage the muscle gently

◇ Resume activity

◇ Stay hydrated

13

# Heat Cramps



## Prevention

◆ Drink a glass of water or electrolyte sports drink every 15-20 minutes

◆ Drink a total of 1 gallon of water every day

◆ Avoid alcohol, caffeinated, and high-sugar beverages because they contribute to dehydration

14

# Heat Cramps

## Prevention (continued)

◇ Wear loose-fitting, light-colored clothing

◇ Work during the cool hours of the day

◇ Stay indoors with air conditioning

◇ Go to a city-sponsored cooling center, shopping mall, or public library

15

# Heat Cramps

## Care

◇ Open windows and use fans

◇ If you feel overheated, dizzy, or weak –

- Go to a cool place

- Sit or lie down

- Drink some cool water

- Wash your face with cool water



16

# Heat Cramps

## Care (continued)

◆ If you feel overheated, dizzy, or weak –

  ■ Go to a cool place

  ■ Sit or lie down

  ■ Drink some cool water

  ■ Wash your face with cool water



17

# Heat Emergencies



## HEAT EXHAUSTION

## Definition

◆ Heat exhaustion is a common heat-related illness associated with working or exercising in a hot environment.

18

# Heat Exhaustion

## Cause

◆ Sweating causes fluid loss.  Increased blood flow to the skin helps cool the body but results in decreased blood flow to the vital organs.  Reduced blood flow in the vital organs causes a drop in the levels of oxygen in those organs, which results in mild shock.

19

# Heat Exhaustion

## Signs and Symptoms

◈ Mild shock causes the body temperature to cool, the skin becomes pale, moist, and clammy, and the person suffers from headache, nausea, dizziness, weakness, and exhaustion.

20

# Heat Exhaustion

## Prevention

◇ Wear loose-fitting, light-colored clothing

◇ Work during the cool hours of the day

◇ Stay indoors with air conditioning

◇ Go to a city-sponsored cooling center, shopping mall, or public library

21

# Heat Exhaustion

## Care

◆ Open windows and use fans

◆ The best care is PREVENTION!

Caution!

Fans do little to prevent heat-related illness
when temperatures are over 90 degrees.

22

# Heat Emergencies

## HEAT STROKE

## Definition

◆ Heatstroke is a profound disturbance of the heat-regulating mechanism of the body, also known as "sunstroke".  Heat stroke is the most serious heat illness and affects many organs – most particularly the brain and spinal cord.

23

# Heat Stroke

## Definition (continued)

◆ It happens when the body's temperature control mechanism overheats.  The body can no longer cool itself and its internal temperature quickly rises to 106°F or higher.  Such high internal temperature can cause death or permanent disability if emergency care isn't given.

24

# Heat Stroke

## 2 Types of Heat Stroke

◆ *Exertional heat stroke* may result from exercising or working in excessively warm conditions.  A person's body cannot manage the stress of the physical activity and the hot environment together.

25

# Heat Stroke

## 2 Types of Heat Stroke (continued)

◆ *Classic heat stroke* is more common among the elderly, infants and toddlers, or debilitated people who are in warm environments for too long.  Elderly people are more vulnerable to the heat because as the body ages, it is less able to handle heat and cool itself off.

26

# Heat Stroke

## Signs and Symptoms

◇ Skin – Red, hot, dry skin (no sweating)

◇ Heartbeat – rapid and strong

◇ Throbbing headache

◇ Dizziness, nausea, confusion, unconsciousness

◇ Extremely high body temperature (above 103° F)

27

# Heat Stroke

## Signs and Symptoms (continued)



◆ An actively exercising person with heatstroke may be sweating freely.

Warning!

Heatstroke is considered a serious threat to life.

28

# Heat Stroke

## Care

◇ Treatment must be swift to prevent death or serious brain damage from high body temperature

◇ Call 9-1-1 immediately

◇ Move the person to a cooler area

◇ If EMS doesn't arrive quickly, call the hospital emergency room for further instructions

29

# Heat Stroke

## Care (continued)

◇ Do not give him alcoholic beverages to drink
◇ Cool the person quickly
  ■ Immerse him in a cool bath or shower
  ■ Wrap him in a wet sheet and fan him vigorously
  ■ Continue cooling until the person's body temperature drops to 101-102° F

30

# Heat Emergencies - Summary

◆ There are 3 categories of heat emergencies:

- Heat cramps
- Heat exhaustion
- Heat stroke – a life-threatening emergency!

31

# Summary (continued)

## Who is at risk?

◇ Infants, toddlers, and elderly persons

◇ Persons who are extremely under- or over-weight

◇ Persons who are ill

◇ Persons with loss of mobility who cannot readily remove themselves from the heat

32

# Summary (continued)

## Who is at risk?  (continued)

◇ Persons who work or exercise in hot environments

◇ Persons who wear heavy, protective clothing and equipment (e.g., firefighters, football players, etc.)

33

# Summary (continued)



## Care –

- ◆ PREVENTION!
- ◆ Call 9-1-1 IMMEDIATELY if the person is suffering from heat stroke
- ◆ Move the person to a cool place
- ◆ Loosen tight clothing
- ◆ Fan the person vigorously to speed cooling
- ◆ Give the person cool or cold water or electrolyte sports drink to re-hydrate the body

34

# Summary (continued)



## Care (continued) –

◆ Place the person in a cool tub of water or a cool shower to quickly lower the body's temperature

◆ Place cold packs on top of the person's head, behind the neck, in the armpits, in the groin, inside the elbows, and behind the knees

◆ If EMS does not arrive quickly, contact the hospital emergency room for further instructions

35

# Cold Emergencies



36

# Objectives

◆ Name 2 types of cold-related emergencies and describe who is at risk.

◆ Give the warning signs of hypothermia and list the steps of care for it.

37

# Cold Emergencies

## Introduction

Frostbite and hypothermia are the 2 primary cold emergencies most persons may encounter.

38

# Cold Emergencies

## Who's at risk?

◇ Elderly persons

◇ Persons in homes with poor heating

◇ Homeless persons

◇ Persons who are sick

◇ Persons with certain medical conditions

◇ Persons submerged in cold water

39

# Cold Emergencies

**Frostbite**

Description

 Frostbite is body tissue that has frozen. Vulnerable areas of the body include the ears, nose, fingers, toes, hands, feet, and legs. Frostbite can result in serious injury or even loss of the affected body part.

40

# Frostbite

## 3 Degrees of Frostbite

◆ First degree – Frost nip

   ■ Characterized by whitish, numb and stiff skin.  The tissue underneath is warm and pliable.  Proper treatment reduces the chance of blistering, infection, and permanent scarring.

41

# Frostbite

## 3 Degrees of Frostbite (continued)

◇ Second degree – Superficial frostbite

- This is a serious medical condition.  The skin is frozen, hard, and looks white or bluish. The tissue underneath is still undamaged. Prompt medical attention is necessary to treat blistering and prevent severe or permanent injury.

42

# Frostbite

## 3 Degrees of Frostbite (continued)



◆ Third degree – Deep frostbite

- This is a life-threatening injury!

- The skin is white, mottled, and/or blue.  The tissue underneath is cold and hard to the touch.

43

# Frostbite



## Care for frostbite

◇ The tissue underneath is damaged and amputation may be necessary to prevent severe infection. Blistering will happen.  Thawing out this frozen tissue is best handled by trained medical professionals.

44

# Cold Emergencies

**Hypothermia**

Introduction

◆ Hypothermia is defined as a medical condition in which the victim's core body temperature has dropped significantly below normal and impairs normal metabolism.  This begins to occur when the core temperature drops below 95° F.  The condition can become critical and eventually fatal. Body temperatures below 80° F are almost always fatal.

45

# Hypothermia

## There are 3 levels of hypothermia –

◆ *Acute hypothermia* is more dangerous as the body temperature drops quickly, often in a matter of seconds or minutes, such as when the victim falls through an ice-covered lake.

46

# Hypothermia

## 3 levels of hypothermia (continued)



◆ *Sub-acute hypothermia* often happens outdoors when temperatures drop below 50° F.

47

# Hypothermia

## 3 levels of hypothermia (continued)

◆ *Chronic hypothermia* occurs when the body temperature goes down over a longer period of time, such as in prolonged exposure to indoor temperatures below 60° F.

48

# Hypothermia

## Causes



◇ Cold temperatures

◇ Wet / too little clothing

◇ Poor shelter

◇ Inadequate heating system

◇ Fatigue

◇ Dehydration

◇ Under nourished

◇ Drinking alcoholic beverages

49

# Hypothermia

## Prevention

◆ Physical activity raises body temperature

◆ Good shelter

◆ An adequate source of heat

◆ Electric blankets

50

# Hypothermia

## Symptoms

◇ Shivering – but only during the early stages

◇ Dry, cold skin

◇ Slow pulse

◇ Slow breathing

◇ Drowsiness (sometimes mistaken for drunkenness) which can lapse into a coma

51

# Hypothermia

## Symptoms (continued)

 Never assume the victim has died if his body is cold.  A body can survive much longer at lower temperatures than at normal or high temperatures.

"They're never dead until they're WARM and dead!"

52

# Hypothermia

## Initial Care

- Do not rub or massage the victim
- Do not give the victim alcohol beverages
- Do not use hot water bottles or put the victim in hot water
- Do not attempt to treat any frostbite
- Activate EMS immediately
- Care for life-threatening problems

53

# Hypothermia

## Initial Care (continued)

◇ Handle the victim as if they are made of glass – remember, rough handling may cause cardiac dysrhythmias

◇ Move the victim to a warm place

◇ Remove the victim's wet clothing

◇ Dry the victim and wrap them in blankets

◇ Do not use direct heat or hot water to re-warm the victim

54

# Hypothermia



## Initial Care (continued)

◆ Place warm packs at the victim's pulse points (back of the neck, armpits, groin, wrists, behind the knees)

◆ If they are conscious, give them something warm and non-alcoholic to drink

◆ Re-warm the victim very carefully and monitor their body temperature

55

# Hypothermia

## Initial Care (continued)

◆ Do not allow the victim to smoke or drink alcohol

- Alcohol dilates the blood vessels and decreases the body's insulating properties.

- Cigarettes (nicotine) decrease blood flow to the skin, thereby decreasing skin temperature.

56

# Hypothermia



## Initial Care (continued)

◆ Share body heat with the victim in a sleeping bag, survival bag, etc.

◆ Give the victim food and warm beverages

◆ Monitor the victim closely and be prepared to provide CPR

57

# Hypothermia

## Caution!

The hypothermic victim's heart may become extremely "irritable".  Sudden movement or re-warming the victim too quickly can cause dangerous irregular heart beats.  Treat the victim as if they are made of glass to prevent over-stimulating the heart.

58

# Hypothermia

## Hospital Treatment

◇ The victim may be treated with warm fluids in a variety of methods.  If the heart becomes irritable, the hospital has the proper training and equipment to provide the appropriate treatment.

59

# Hypothermia

## Prevention

◆ The greatest amount of body heat is lost through the head; therefore, covering the head will help the body retain heat in a cold environment.  Clothing (wool or synthetics) designed to wick sweat away from the skin will also help prevent loss of body temperature.

60

# Hypothermia

## Prevention

◆ Body heat can be lost quickly in water.  Generally, the younger the victim and the colder the water is, the better the chances are for survival.  Please note however, a child can die of hypothermia in as little as 2 hours in 60.8° F water.

61

# Cold Emergencies - Summary

◆ The 2 types of cold emergencies are
- Frostbite
- Hypothermia



62

# Summary (continued)

## Who's at risk?

- ◇ Elderly persons
- ◇ Persons in homes with poor heating
- ◇ Homeless persons
- ◇ Persons who are sick
- ◇ Persons with certain medical conditions
- ◇ Persons submerged in cold water

63

# Summary (continued)

## Care

◆ Care for deep frostbite should be provided by trained medical personnel.



64

# Summary (continued)

## Care (continued)

 Care for hypothermia begins with handling the victim gently.  Move them to a warm place. Remove any wet clothing and replace with dry clothing or blankets.  Give something warm to drink if the victim is conscious.

65

# Summary (continued)

## Care (continued)

 If the victim is unconscious, handle them as if they are made of glass.  Call 9-1-1 to expedite treatment and transport to a hospital where the victim can be re-warmed safely by trained medical personnel.

66

# Heat and Cold Emergencies Summary

The best way to deal with heat and cold emergencies is PREVENTION!  Recognize the risk factors and warning signs of the early stages of heat and cold emergencies.  Work quickly and gently to reverse them.  Notify EMS as soon as possible to avert life-threatening conditions and enable trained medical personnel to treat the victim safely.

67

# Resources

◇ "The Elements", May 2010.
http://library.thinkquest.org/10624/elements.html

◇ "What You Need to Know When the Power Goes Out Unexpectedly", Centers for Disease Control, May 2010.

◇ http://www.bt.cdc.gov/poweroutage/needtoknow.asp

◇ Health Safety – Summer Heat Safety, New York City Fire Dept., May 2010.
http://www.nyc.gov/html/fdny/html/safety/health/summer_heat_safety.shtml

68

# Resources

◆ Fire Safety – Cold Weather Safety, New York City Fire Dept., May 2010.
http://www.nyc.gov/html/fdny/html/safety/weather/cold_emergencies.shtml

◆ "Heat-Related Illnesses", Michael W. Barrow, M.D., American Academy of Family Physicians, May 2010.
http://www.aafp.org/afp/980901ap/barrow.html

69



You have completed this program.
Click on the "Complete Course"
button then continue on to the
evaluation and exam.

70