UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 115

# Heat Related Illness



# Objectives

- Identify types of heat related illness and associated signs and symptoms

- Describe treatment of heat related illness

- Discuss risk factors for heat related illness

- Review CMC policies and procedures for managing heat related illness

# Types of Heat Related Illness



- Heat cramps

- Heat exhaustion

- Heat stroke

# Heat Cramps

- **Usually develop following strenuous exercise**
  - Typically after several hours of work

- **Caused by inadequate replacement of electrolytes (sodium and potassium)**

- **Signs and symptoms**
  - Brief, intermittent cramping

# Treating Heat Cramps

- Rest in a cool location

- Replacement of fluids and electrolytes

  – Drink cool, caffeine-free fluids

  – Eat a meal



MCCOLLUM

# Heat Exhaustion

- Most common form of heat related illness

- Caused by depletion of water and salt

- Signs and symptoms

  - Weakness
  - Anxiety
  - Fatigue
  - Thirst
  - Dizziness
  - Headache

  - Profuse perspiration
  - Urge to defecate
  - Nausea
  - Rapid pulse
  - Incoordination
  - Confusion

# Heat Exhaustion Complications

- Heat syncope can result from heat exhaustion

  – Signs and symptoms

    • Cool, clammy skin that is ashen gray in color

    • Sudden collapse may occur, and is usually of brief duration

- If left untreated, heat exhaustion may progress to heat stroke

# Treating Heat Exhaustion

- Move to a cool environment

- Lie down, remove shirt and shoes, and begin oral rehydration

- Severe cases may require IV rehydration



# Heat Stroke



- **Medical emergency**
  - Body temperature may be > 106°F

- **Often sudden in onset**
  - May be preceded by signs of heat exhaustion

- **Types of heat stroke**
  - Exertional heat stroke
  - Classical heat stroke

- **Shock and death may occur in either type of heat stroke**

# Heat Stroke

- **Exertional heat stroke**

  – Occurs in young healthy people who do not maintain adequate fluid intake during exertion

  

  – Signs and symptoms

    • Headache

    • Chills, gooseflesh

    • Weakness

    • Incoordination

    • Nausea, vomiting

    • Unconsciousness

# Heat Stroke

- Classical heat stroke

  – Occurs in the elderly, those with predisposing medical conditions, and those on medications which cause fluid depletion, interfere with sweating, or interfere with the body's thermoregulatory system

  – Signs and symptoms
    - Hot, dry skin
    - Rapid, weak pulse

# Treatment of Heat Stroke

- Medical emergency requiring immediate attention

- Patient *must* be:

  – Removed to a cool, air-conditioned place

  – Stripped and cooled rapidly using a water spray and cooling fans



# Preventing Heat Related Illness

- Ample fluid intake during and after work

- Salting of food during meals if not on a salt-restricted diet for medical reasons

- Proper work-rest cycles

- Use of electrolyte-replacement drinks or lightly salted fruit drinks at work site

- Excluding high risk people from working under conditions of extreme heat and humidity

# Risk Factors for Heat Related Illness

- Failure to maintain adequate fluid intake during exertion

- Underlying medical conditions

- Use of certain medications



# High Risk Medical Conditions



- Cardiovascular disease
- Cirrhosis of the liver
- Chronic obstructive pulmonary disease
- Asthma
- Cystic fibrosis
- Diabetes

- Psychiatric conditions
- Sjogren's syndrome
- Sweat gland dysfunction
- Thyroid dysfunction
- Age > 65

# High Risk Medications

- **Anhidrotics: drugs that inhibit perspiration**

- **Poikilothermics: drugs that disrupt the body's normal temperature regulating mechanisms**

- **Potentiators: drugs that potentiate the effects of anhidrotics or poikilothermics**

- **Photosensitizers: drugs that increase the risk of sunburn when exposed to sunlight**

Plaintiffs' MSJ App. 1675
McCollum

# Anhidrotic Medications

- **Anticonvulsants:**
  - Topiramate (Topamax®)

- **Anticholinergics:**
  - Benztropine (Cogentin®)
  - Hyoscyamine (Levbid®)
  - Oxybutynin (Ditropan®)
  - Trihexyphenidyl (Artane®)

- **Antidepressants:**
  - Nortriptyline (Pamelor®)

Anhidrotics: drugs that inhibit perspiration

# Poikilothermic Medications

**Antihistamines:**
– Cyproheptadine (Periactin®)
– Diphenhydramine (Benadryl®)
– Hydroxyzine (Atarax®)
– Promethazine (Phenergan®)

**ALL antipsychotic medications**

**Beta blockers:**
– Atenolol (Tenormin®)*
– Metoprolol (Lopressor®)*
– Propranolol (Inderal®)*

**Diuretics:**
– Furosemide (Lasix®)*
– Hydrochlorothiazide (Hydrodiuril®)*

*Also a potentiator medication

Poikilothermics: drugs that disrupt the body's normal temperature regulating mechanisms



# Photosensitizing Medications

*Drugs with > 1% incidence: special precautions *may* be considered

**Cardiovascular**
– Amiodarone (Pacerone®)

**Antimicrobials**
– Quinolone antibiotics
– Sulfonamide antibiotics
– Tetracycline antibiotics

**Antipsychotics**
– Phenothiazines
– Risperidone (Risperdal®)
– Ziprasidone (Geodon®)

**Hypoglycemics**
– Glipizide (Glucotrol®)
– Glyburide (Diabeta®)
– Glimepiride (Amaryl®)

**Antineoplastics**
– Dacarbazine
– Methotrexate

**Anticonvulsants**
– Lamotrigine (Lamictal®)

**Diuretics**
– Hydrochlorothiazide (Hydrodiuril®)

**Miscellaneous**
– Isotretinoin (Accutane®)
– Tretinoin (Retin-A®)
– Tacrolimus (Prograf®)
– Sulfasalazine (Azulfidine®)

Photosensitizers: drugs that increase the risk of sunburn when exposed to sunlight

# Photosensitizing Medications

**\*Drugs with ≤ 1% incidence:**
**special precautions not routinely advised**

**Antiretrovirals**
– Ritonavir (Norvir®)
– Saquinavir (Invirase®)

**Antimicrobials**
– Azithromycin (Zithromax®)
– Cefazolin (Ancef®)
– Dapsone

**Antifungals**
– Griseofulvin
– Itraconazole (Sporanox®)

**Antihypertensives**
– Enalapril (Vasotec®)
– Nifedipine (Procardia®)
– Diltiazem (Cardizem®)
– Losartan (Cozaar®)
– All beta blockers

**Diuretics**
– Furosemide (Lasix®)
– Amiloride (Midamor®)
– Metolazone (Zaroxolyn®)
– Triamterene (Dyrenium®)

**Other cardiovascular**
– All statins
– Clopidogrel (Plavix®)
– Hydalazine (Apresoline®)

**Anticonvulsants**
– Carbamazepine (Tegretol®)
– Oxcarbazepine (Trileptal®)
– Gabapentin (Neurontin®)
– Pregabalin (Lyrica®)
– Topiramate (Topamax®)
– Valproic acid (Depakote®)

# Photosensitizing Medications

**\*Drugs with ≤ 1% incidence:**
**special precautions not routinely advised**

**Antihistamines**
– Chlorpheniramine (Chlor-Trimeton®)
– Cyproheptadine (Periactin®)
– Diphenhydramine (Benadryl®)
– Hydroxyzine (Atarax®)
– Loratadine (Claritin®)

**Antivirals**
– Acyclovir (Zovirax®)
– Amantadine (Symmetrel®)

**Antineoplastics**
– Fluorouracil
– Procarbazine

**Psychotropics**
– Most antipsychotics
– Most antidepressants

**Miscellaneous**
– Anti-tuberculars
– Anti-malarials
– Benzocaine (Americaine®)
– Oral contraceptives
– Omeprazole (Prilosec®)
– All NSAIDs
– Promethazine (Phenergan®)



# Miscellaneous Medication Issues

<u>Lithium toxicity</u>

- Lithium is a mood stabilizer used in the treatment of bipolar disorder

- If an offender treated with lithium becomes dehydrated, they are at an increased risk of lithium toxicity



- Signs and symptoms
  – Nausea, vomiting, diarrhea
  – Sluggishness, confusion
  – Tremor
  – Seizures

- Immediate medical attention is required if lithium toxicity is suspected

- Offenders taking lithium should be encouraged to drink plenty of fluids when working in hot weather conditions

# Medication Reports

- **Facility staff may run a PHO414 report to identify at-risk patients and ensure the appropriate notations in the EMR are present**

- **To find the PHO414 report:**
  - **Go to CMCWEB**
  - **Click on Departments**
  - **Click on PRS Management**
  - **Scroll down to select PHO414 report**
  - **Reports may be run by therapeutic class numbers to include the majority of agents: 282800, 040404, 281608, 120804, 242400, 040492, 402800**
  - **Reports may be run by SCC number for miscellaneous agents not included in the therapeutic class report**
    - **Select link "Click here for list of SCC and Therapeutic Classes by medication name" to identify SCC numbers**

# Procedures

- If the temperature is ≥ 85°F, the Heat and Humidity Index should be used to determine the apparent air temperature

| Relative Humidity | 80° | 85° | 90° | 95° | 100° | 105° | 110° | 115° | 120° |
|---|---|---|---|---|---|---|---|---|---|
| 0% | 73 | 78 | 83 | 87 | 91 | 95 | 99 | 103 | 107 |
| 10% | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 111 | 116 |
| 20% | 77 | 82 | 87 | 93 | 99 | 105 | 112 | 120 | 130 |
| 30% | 78 | 84 | 90 | 96 | 104 | 113 | 123 | 135 | 148 |
| 40% | 79 | 86 | 93 | 101 | 110 | 123 | 137 | 151 | |
| 50% | 81 | 88 | 96 | 107 | 120 | 135 | 150 | | |
| 60% | 82 | 90 | 100 | 114 | 132 | 149 | | | |
| 70% | 85 | 93 | 106 | 124 | 144 | | | | |
| 80% | 86 | 97 | 113 | 136 | | | | | |
| 90% | 88 | 102 | 122 | | | | | | |
| 100% | 91 | 108 | | | | | | | |

Heat exhaustion possible

Heat stroke possible

Heat stroke imminent

# Procedures

## Acclimatization

Offenders newly assigned to jobs which require strenuous work under conditions with an apparent air temperature $\geq$ 90° F *must* be acclimatized before assuming a full workload

- Offenders should work no more than 3-4 hours at a time, separated by $\geq$ 1 hour rest in a cooler environment for the 1st week of work

- After the 1st week, they may assume a normal work schedule

- Acclimatization can be lost in as little as 2 weeks
  – Any offender away from a hot work environment for $\geq$ 2 weeks should be reacclimatized

- Acclimatization is not necessary for offenders assigned to the same job when temperatures vary with seasonal changes

# Procedures



Fluid intake

- Offenders working in an apparent air temperature $\geq$ 90°F should maintain an intake of at least 16oz of fluid per hour of work

- Under extreme conditions, work should be interrupted every 15-20 minutes and offenders instructed to drink fluids even if not thirsty

- Drinking water should always be available to workers in hot weather conditions

# Procedures

## Work-rest cycle

- Workers should be given regular breaks based on the apparent air temperature

| Apparent air temp | Corresponding work-rest cycle |
|---|---|
| 90 – 95°F | 5-minute rest break every hour |
| 96 – 120°F | 5-minute rest break every 30 minutes with work intensity decreased by 1/3 |
| > 120°F | Work stopped, or if it cannot be stopped, 10-minute rest break every 20 minutes with work intensity decreased by 1/2 to 2/3 |

# Procedures

## Offenders on medications

- Offenders on antipsychotic medications should not be allowed to work or recreate in environments where the apparent air temperature is $\geq$ 95°F

- This restriction may also apply to offenders on one or more anhidrotic, poikilothermic, or potentiator medication, and those who also have an underlying medical condition placing them at high risk

- Decisions about suitability of work assignments for these offenders will be made by facility medical staff and documented in the patient's record on the HSM-18

- The Infopac Report #IMS042 lists all offenders with heat sensitive medical restrictions

# Procedures

## Transportation

- Units are to refrain from transporting psychiatric inpatients to another facility via chain bus

- Any offender on the Infopac list should be transported during the coolest hours of the day

- Outgoing chain screens should be reviewed against the Infopac report to ensure offenders on medications travel via the appropriate mode of transportation

# Procedures

## Prevention and Treatment of Photosensitivity

- Workers will be provided and required to use clothing appropriate to the temperature and hazards imposed by sunburn

  – If available, light-weight, long-sleeved white shirts and brimmed hats may be used when working in direct sunlight

- Sunscreens with SPF $\geq$ 15 should be considered for offenders on photosensitizing medications

  – If used, they should be applied prior to and during work assignments

- Offenders with photosensitivity reactions may be treated with cool compresses acutely, and with emollients, topical steroids, and/or antihistamines as required in the chronic phase

For more information on heat related illness and photosensitivity, please refer to Correctional Managed Health Care Policies D-27.2 and D-27.3

# Review Question 1

- Which type of heat related illness is a medical emergency?

  a) Heat cramps

  b) Heat stroke

  c) Sunburn

  d) Heat exhaustion

# Review Question 2

- Which of the following is *not* a risk factor for developing a heat related illness?

a) Suffering from a common cold

b) Failure to drink plenty of fluids while working

c) Age > 65

d) Taking a prescribed antipsychotic medication

# Review Question 3

- Which of the following describes medications that inhibit perspiration?

  a) Photosensitizers
  b) Antihypertensives
  c) Poikilothermics
  d) Anhidrotics

# Review Question 4

- True or False. An offender needs to be reacclimatized if he is away from work for 4 weeks.

  ○ True
  ○ False

# Review Question 5

- What is the most common form of heat related illness?

  a) Heat cramps
  b) Heat exhaustion
  c) Heat stroke
  d) Dehydration

# Answers

1) B

2) A

3) D

4) T

5) B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 116

# AD-10.64 (rev. 5), "Temperature Extremes in the TDCJ Workplace" Non-Concurrences

**Jeff Baldwin, Chief of Staff:**
Mr. Baldwin noted that for training documentation, requirements should be name/DOB, not name/SSN.

**Resolution:**
Incorporated, Mr. Baldwin concurs with the policy as written.

**Dimitria Pope, RED Group:**
Ms. Pope non-concurs with the entire policy.  Ms. Pope believes there should not be a policy that is common sense.

**Resolution:**
No action taken.  The proponent, although proper temperature management should be common sense, having specific guidelines for management and staff will enhance the TDCJ in correctly maintaining a consistent program throughout the system.  In Fiscal Year 2005 there were a total of 169 employee and offender weather-related injuries.

Ms. Pope continues to non-concur.

BAILEY 030533

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § |
| PLAINTIFFS | § § |
| v. | § § § |
| | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § |
| DEFENDANTS | § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 117



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION



| Heat Safety | Heat Watch vs. Warning | Heat Index | During a Heat Wave | Common Heat Related Illnesses |
|---|---|---|---|---|



**NWS Heat Index**

### Temperature (°F)

| Relative Humidity (%) | 80 | 82 | 84 | 86 | 88 | 90 | 92 | 94 | 96 | 98 | 100 | 102 | 104 | 106 | 108 | 110 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 80 | 81 | 83 | 85 | 88 | 91 | 94 | 97 | 101 | 105 | 109 | 114 | 119 | 124 | 130 | 136 |
| 45 | 80 | 82 | 84 | 87 | 89 | 93 | 96 | 100 | 104 | 109 | 114 | 119 | 124 | 130 | 137 | |
| 50 | 81 | 83 | 85 | 88 | 91 | 95 | 99 | 103 | 108 | 113 | 118 | 124 | 131 | 137 | | |
| 55 | 81 | 84 | 86 | 89 | 93 | 97 | 101 | 106 | 112 | 117 | 124 | 130 | 137 | | | |
| 60 | 82 | 84 | 88 | 91 | 95 | 100 | 105 | 110 | 116 | 123 | 129 | 137 | | | | |
| 65 | 82 | 85 | 89 | 93 | 98 | 103 | 108 | 114 | 121 | 128 | 136 | | | | | |
| 70 | 83 | 86 | 90 | 95 | 100 | 105 | 112 | 119 | 126 | 134 | | | | | | |
| 75 | 84 | 88 | 92 | 97 | 103 | 109 | 116 | 124 | 132 | | | | | | | |
| 80 | 84 | 89 | 94 | 100 | 106 | 113 | 121 | 129 | | | | | | | | |
| 85 | 85 | 90 | 96 | 102 | 110 | 117 | 126 | 135 | | | | | | | | |
| 90 | 86 | 91 | 98 | 105 | 113 | 122 | 131 | | | | | | | | | |
| 95 | 86 | 93 | 100 | 108 | 117 | 127 | | | | | | | | | | |
| 100 | 87 | 95 | 103 | 112 | 121 | 132 | | | | | | | | | | |

**Likelihood of Heat Disorders with Prolonged Exposure or Strenuous Activity**

☐ Caution    ☐ Extreme Caution    ☐ Danger    ☐ Extreme Danger

**Heat Safety Resources**



- Heat Safety
- Maximum Heat Index Forecast
- Children, Pets and Vehicles
- Heat Awareness Campaign
- Ultraviolet (UV) Safety
- Games and Activities for Kids
- Education and Outreach
- Links, Partners

The Heat Index is a measure of how hot it really feels when relative humidity is factored in with the actual air temperature. To find the Heat Index temperature, look at the Heat Index Chart above or check our Heat Index Calculator. As an example, if the air temperature is 96°F and the relative humidity is 65%, the heat index--how hot it feels--is 121°F. The red area without numbers indicates extreme danger. The National Weather Service will initiate alert procedures when the Heat Index is expected to exceed 105°-110°F (depending on local climate) for at least 2 consecutive days.

NWS also offers a Heat Index chart for area with high heat but low relative humidity. Since heat index values were devised for shady, light wind conditions, **exposure to full sunshine can increase heat index values by up to 15°F**. Also, strong winds, particularly with very hot, dry air, can be extremely hazardous.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 118

weather.gov



## National Weather Service
## Weather Prediction Center

Site Map    News    Organization    **Search** [              ] Go

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**

[City, St] [Go]

**Search WPC**

[          ] [Go]

 

NCEP Quarterly Newsletter

WPC Home

**Analyses and Forecasts**
   National Forecast Charts
   National High & Low
   WPC Discussions
   Surface Analysis
   Days ½-2½ CONUS
   Days 3-7 CONUS
   Days 4-8 Alaska
   QPF
   PQPF
   Excessive Rainfall
   Mesoscale Precip Discussion
   Flood Outlook
   Winter Weather
   Storm Summaries
   Heat Index
   Tropical Products
   Daily Weather Map
   GIS Products

**Current Watches/ Warnings**

**Satellite and Radar Imagery**
   Satellite Images
   National Radar

**Product Archive**

**WPC Verification**
   QPF
   Medium Range

# The Heat Index Equation

The computation of the heat index is a refinement of a result obtained by multiple regression analysis carried out by Lans P. Rothfusz and described in a 1990 National Weather Service (NWS) Technical Attachment (SR 90-23).  The regression equation of Rothfusz is

$$HI = -42.379 + 2.04901523*T + 10.14333127*RH - .22475541*T*RH - .00683783*T*T - .05481717*RH*RH + .00122874*T*T*RH + .00085282*T*RH*RH - .00000199*T*T*RH*RH$$

where **T** is temperature in degrees F and **RH** is relative humidity in percent.  **HI** is the heat index expressed as an apparent temperature in degrees F.  If the **RH** is less than 13% and the temperature is between 80 and 112 degrees F, then the following adjustment is subtracted from **HI**:

$$ADJUSTMENT = [(13-RH)/4]*SQRT\{[17-ABS(T-95.)]/17\}$$

where **ABS** and **SQRT** are the absolute value and square root functions, respectively.  On the other hand, if the **RH** is greater than 85% and the temperature is between 80 and 87 degrees F, then the following adjustment is added to **HI**:

$$ADJUSTMENT = [(RH-85)/10] * [(87-T)/5]$$

The Rothfusz regression is not appropriate when conditions of temperature and humidity warrant a heat index value below about 80 degrees F. In those cases, a simpler formula is applied to calculate values consistent with Steadman's results:

$$HI = 0.5 * \{T + 61.0 + [(T-68.0)*1.2] + (RH*0.094)\}$$

In practice, the simple formula is computed first and the result averaged with the temperature. If this heat index value is 80 degrees F or higher, the full regression equation along with any adjustment as described above is applied.

The Rothfusz regression is not valid for extreme temperature and relative humidity conditions beyond the range of data considered by Steadman.

---

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Wednesday, 28-May-2014 17:15:11 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

Plaintiffs' MSJ Appx. 1702

Model Diagnostics
Event Reviews
Winter Weather

**International Desks**

**Development and Training**
WPC HydroMet Testbed
Development
Experimental Products

**WPC Overview**
About the WPC
Mission and Vision
Staff
WPC History
About Our Products
Accomplishments
Other Sites
FAQs

**Meteorological Calculators**

**Contact Us**
About Our Site
About Our Products



Plaintiffs' MSJ Appx. 1703

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>                PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br><br>                DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §   CIVIL ACTION NO. <br> §   4:14-cv-3253 <br> §   JURY DEMAND <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 119

**National Weather Service Weather Forecast Office**

# Dallas/Fort Worth, TX

## Dallas/Fort Worth - Annual and Consecutive 100° Days

*Click Here for Waco*

### Greatest Annual

| Rank | # of Days | Year |
|------|-----------|------|
| 1 | 71 | 2011 |
| 2 | 69 | 1980 |
| 3 | 56 | 1998 |
| 4 | 52 | 1954 |
| 5 | 48 | 1956 |
| 6 | 46 | 2000 |
| 7 | 44 | 1952 |
| 8 | 43 | 2006 |
| 9 | 40 | 1951 |
| 10 | 38 | 1963 |

### Greatest Consecutive

| Rank | # of Days | Dates |
|------|-----------|-------|
| 1 | 42 | Jun 23 - Aug 3, 1980 |
| 2 | 40 | Jul 2 - Aug 10, 2011 |
| 3 | 29 | Jul 6 - Aug 3, 1998 |
| 4 | 25 | Aug 2-26, 1952 |
| 5 | 24 | Jul 28 - Aug 20, 1999 |
| 6 | 20 | Aug 15 - Sep 3, 2011 |
| 7 (tie) | 20 | Jul 9-28, 1954 |
| 8 | 19 | Aug 8-26, 2006 |
| 9 | 18 | Jul 31 - Aug 17, 2010 |
| 10 (tie) | 18 | Jul 2-19, 1978 |

### Least Annual

| Rank | # of Days | Year |
|------|-----------|------|
| 1 (tie) | 0 | 1973 |
|  | 0 | 1906 |
| 3 (tie) | 1 | 2004 |
|  | 1 | 2002 |
|  | 1 | 1992 |
|  | 1 | 1920 |
|  | 1 | 1919 |
|  | 1 | 1915 |
|  | 1 | 1908 |
|  | 1 | 1905 |
|  | 1 | 1904 |
|  | 1 | 1903 |

### Greatest Number of Days in a Month

| Rank | # of Days | Month/Year |
|------|-----------|------------|
| 1 | 31 | Jul 1980 |
| 2 | 30 | Jul 2011 |
| 3 (tie) | 28 | Aug 2011 |
|  | 28 | Jul 1998 |
| 5 (tie) | 27 | Aug 2000 |
|  | 27 | Aug 1952 |
| 7 | 26 | Aug 1999 |
| 8 (tie) | 25 | Aug 2006 |
|  | 25 | Jul 1954 |
|  | 25 | Aug 1951 |

National Weather Service
Dallas/Fort Worth, TX Weather Forecast Office
3401 Northern Cross Blvd.
Fort Worth, TX 76137
817.429.2631
Page Author: FWD Webmaster
Web Master's E-mail: sr-fwd.webmaster@noaa.gov
Page last modified: October 26th 2011 12:26 PM

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

Plaintiffs' MSJ Appx. 1705