UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 120



. weather.gov

**National Weather Service**
**Weather Prediction Center**

| Site Map | News | Organization | Search | | Go |

DOC  NOAA  NWS     NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

Local forecast by "City, St" or Zip Code
[City, St]  [Go]

Search WPC
[  ]  [Go]

NCEP Quarterly Newsletter
WPC Home
**Analyses and Forecasts**
  National Forecast Charts
  National High & Low
  WPC Discussions
  Surface Analysis
  Days ½-2½ CONUS
  Days 3-7 CONUS
  Days 4-8 Alaska
  QPF
  PQPF
  Excessive Rainfall
  Mesoscale Precip Discussion
  Flood Outlook
  Winter Weather
  Storm Summaries
  Heat Index
  Tropical Products
  Daily Weather Map
  GIS Products
**Current Watches/ Warnings**
**Satellite and Radar Imagery**
  Satellite Images
  National Radar
**Product Archive**
**WPC Verification**
  QPF
  Medium Range
  Model Diagnostics
  Event Reviews
  Winter Weather
**International Desks**
**Development and Training**
  WPC HydroMet Testbed Development

# Meteorological Conversions and Calculations

## Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature: [ ] °F  [ ] °C | Air Temperature: 105 °F  40.56 °C |
| Dew Point Temperature: [ ] °F  [ ] °C | Relative Humidity: 46 % |
| [Calculate] [Reset] | [Calculate] [Reset] |
| Heat Index = [ ] | Heat Index = 129 F / 54 C |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

**Heat Index Chart and Explanation**

**WPC Heat Index Forecasts**

**More Meteorological Conversions and Calculations**

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities



# National Weather Service
# Weather Prediction Center

. weather.gov

| Site Map | News | Organization | Search | | Go |

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**
[City, St] [Go]

**Search WPC**
[  ] [Go]

**NCEP Quarterly Newsletter**

**WPC Home**
**Analyses and Forecasts**
 National Forecast Charts
 National High & Low
 WPC Discussions
 Surface Analysis
 Days ½-2½ CONUS
 Days 3-7 CONUS
 Days 4-8 Alaska
 QPF
 PQPF
 Excessive Rainfall
 Mesoscale Precip Discussion
 Flood Outlook
 Winter Weather
 Storm Summaries
 Heat Index
 Tropical Products
 Daily Weather Map
 GIS Products
**Current Watches/ Warnings**
**Satellite and Radar Imagery**
 Satellite Images
 National Radar
**Product Archive**
**WPC Verification**
 QPF
 Medium Range
 Model Diagnostics
 Event Reviews
 Winter Weather
**International Desks**
**Development and Training**
 WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

### Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature: [ ] °F [ ] °C | Air Temperature: [113] °F [45] °C |
| Dew Point Temperature: [ ] °F [ ] °C | Relative Humidity: [54] % |
| [Calculate] [Reset] | [Calculate] [Reset] |
| Heat Index = [ ] | Heat Index = [172 F / 78 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

**Heat Index Chart and Explanation**

**WPC Heat Index Forecasts**

**More Meteorological Conversions and Calculations**

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

. weather.gov

**National Weather Service**
# Weather Prediction Center



| Site Map | News | Organization | Search | | Go |

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**
[City, St]  [Go]

**Search WPC**
[   ]  [Go]



**NCEP Quarterly Newsletter**

**WPC Home**
**Analyses and Forecasts**
   National Forecast Charts
   National High & Low
   WPC Discussions
   Surface Analysis
   Days ½-2½ CONUS
   Days 3-7 CONUS
   Days 4-8 Alaska
   QPF
   PQPF
   Excessive Rainfall
   Mesoscale Precip Discussion
   Flood Outlook
   Winter Weather
   Storm Summaries
   Heat Index
   Tropical Products
   Daily Weather Map
   GIS Products
**Current Watches/Warnings**
**Satellite and Radar Imagery**
   Satellite Images
   National Radar
**Product Archive**
**WPC Verification**
   QPF
   Medium Range
   Model Diagnostics
   Event Reviews
   Winter Weather
**International Desks**
**Development and Training**
   WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

### Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature<br>[   ] °F  [   ] °C<br>Dew Point Temperature<br>[   ] °F  [   ] °C<br>[Calculate] [Reset]<br>Heat Index = [   ] | Air Temperature<br>[108.9] °F  [42.72] °C<br>Relative Humidity<br>[42] %<br>[Calculate] [Reset]<br>Heat Index = [135 F / 57 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

**Heat Index Chart and Explanation**

**WPC Heat Index Forecasts**

**More Meteorological Conversions and Calculations**

---

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities