

National Weather Service
# Weather Prediction Center



. weather.gov

| Site Map | News | Organization | Search |  | Go |

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**
[City, St]  [Go]

**Search WPC**
[  ]  [Go]

**NCEP Quarterly Newsletter**

**WPC Home**
**Analyses and Forecasts**
  National Forecast Charts
  National High & Low
  WPC Discussions
  Surface Analysis
  Days ½-2½ CONUS
  Days 3-7 CONUS
  Days 4-8 Alaska
  QPF
  PQPF
  Excessive Rainfall
  Mesoscale Precip Discussion
  Flood Outlook
  Winter Weather
  Storm Summaries
  Heat Index
  Tropical Products
  Daily Weather Map
  GIS Products
**Current Watches/ Warnings**
**Satellite and Radar Imagery**
  Satellite Images
  National Radar
**Product Archive**
**WPC Verification**
  QPF
  Medium Range
  Model Diagnostics
  Event Reviews
  Winter Weather
**International Desks**
**Development and Training**
  WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

### Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature [  ] °F  [  ] °C | Air Temperature [106] °F  [41.11] °C |
| Dew Point Temperature [  ] °F  [  ] °C | Relative Humidity [46] % |
| [Calculate]  [Reset] | [Calculate]  [Reset] |
| Heat Index = [  ] | Heat Index = [132 F / 55 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

### Heat Index Chart and Explanation

### WPC Heat Index Forecasts

### More Meteorological Conversions and Calculations

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities

. weather.gov

# National Weather Service
# Weather Prediction Center

**Local forecast by "City, St" or Zip Code**
[City, St] [Go]

**Search WPC**
[   ] [Go]

**NCEP Quarterly Newsletter**

**WPC Home**
**Analyses and Forecasts**
  National Forecast Charts
  National High & Low
  WPC Discussions
  Surface Analysis
  Days ½-2½ CONUS
  Days 3-7 CONUS
  Days 4-8 Alaska
  QPF
  PQPF
  Excessive Rainfall
  Mesoscale Precip Discussion
  Flood Outlook
  Winter Weather
  Storm Summaries
  Heat Index
  Tropical Products
  Daily Weather Map
  GIS Products
**Current Watches/Warnings**
**Satellite and Radar Imagery**
  Satellite Images
  National Radar
**Product Archive**
**WPC Verification**
  QPF
  Medium Range
  Model Diagnostics
  Event Reviews
  Winter Weather
**International Desks**
**Development and Training**
  WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

### Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature [ ] °F [ ] °C | Air Temperature [108] °F [42.22] °C |
| Dew Point Temperature [ ] °F [ ] °C | Relative Humidity [43] % |
| [Calculate] [Reset] | [Calculate] [Reset] |
| Heat Index = [ ] | Heat Index = [134 F / 57 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

### Heat Index Chart and Explanation

### WPC Heat Index Forecasts

### More Meteorological Conversions and Calculations

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities




**National Weather Service**
# Weather Prediction Center

. weather.gov

| Site Map | News | Organization | Search | | Go |

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**
[City, St] [Go]

**Search WPC**
[  ] [Go]

NCEP Quarterly Newsletter

**WPC Home**
**Analyses and Forecasts**
  National Forecast Charts
  National High & Low
  WPC Discussions
  Surface Analysis
  Days ½-2½ CONUS
  Days 3-7 CONUS
  Days 4-8 Alaska
  QPF
  PQPF
  Excessive Rainfall
  Mesoscale Precip Discussion
  Flood Outlook
  Winter Weather
  Storm Summaries
  Heat Index
  Tropical Products
  Daily Weather Map
  GIS Products
**Current Watches/Warnings**
**Satellite and Radar Imagery**
  Satellite Images
  National Radar
**Product Archive**
**WPC Verification**
  QPF
  Medium Range
  Model Diagnostics
  Event Reviews
  Winter Weather
**International Desks**
**Development and Training**
  WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

### Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".

| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature [   ] °F  [   ] °C | Air Temperature [105] °F  [40.56] °C |
| Dew Point Temperature [   ] °F  [   ] °C | Relative Humidity [46] % |
| [Calculate] [Reset] | [Calculate] [Reset] |
| Heat Index = [   ] | Heat Index = [129 F / 54 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

### Heat Index Chart and Explanation

### WPC Heat Index Forecasts

### More Meteorological Conversions and Calculations

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities




# National Weather Service
# Weather Prediction Center

. weather.gov

| Site Map | News | Organization | Search | | Go |

DOC  NOAA  NWS    NCEP Centers:  AWC  CPC  EMC  NCO  NHC  OPC  SPC  SWPC  WPC

**Local forecast by "City, St" or Zip Code**
[City, St]  [Go]

**Search WPC**
[     ]  [Go]

**NCEP Quarterly Newsletter**

**WPC Home**
**Analyses and Forecasts**
   National Forecast Charts
   National High & Low
   WPC Discussions
   Surface Analysis
   Days ½-2½ CONUS
   Days 3-7 CONUS
   Days 4-8 Alaska
   QPF
   PQPF
   Excessive Rainfall
   Mesoscale Precip Discussion
   Flood Outlook
   Winter Weather
   Storm Summaries
   Heat Index
   Tropical Products
   Daily Weather Map
   GIS Products
**Current Watches/ Warnings**
**Satellite and Radar Imagery**
   Satellite Images
   National Radar
**Product Archive**
**WPC Verification**
   QPF
   Medium Range
   Model Diagnostics
   Event Reviews
   Winter Weather
**International Desks**
**Development and Training**
   WPC HydroMet Testbed Development

## Meteorological Conversions and Calculations

Heat Index Calculator

**How do we calculate the heat index?**

Choose the appropriate calculator and enter the values. Then click "Calculate".



| Using Dew Point Temperature | Using Relative Humidity |
|---|---|
| Air Temperature [  ] °F [  ] °C | Air Temperature [107] °F [41.67] °C |
| Dew Point Temperature [  ] °F [  ] °C | Relative Humidity [46] % |
| [Calculate] [Reset] | [Calculate] [Reset] |
| Heat Index = [     ] | Heat Index = [135 F / 57 C] |

\* Please note: The Heat Index calculation may produce meaningless results for temperatures and dew points outside of the range depicted on the Heat Index Chart linked below.

### Heat Index Chart and Explanation

### WPC Heat Index Forecasts

### More Meteorological Conversions and Calculations

NOAA/ National Weather Service
National Centers for Environmental Prediction
Weather Prediction Center
5830 University Research Court
College Park, Maryland 20740
Weather Prediction Center Web Team
Page last modified: Thursday, 11-Aug-2016 12:49:25 UTC

Disclaimer
Credits
Glossary

Privacy Policy
About Us
Career Opportunities