UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 138

Standards for Inspections...........................................................................................1
I.    Definitions....................................................................................................2
   A.   Terms......................................................................................................2
II.   Facility Physical Plant Inspections.................................................................2
III.  Unit Physical Plant Inspections.....................................................................3
IV.   Facility Standards.........................................................................................3
   A.   Grounds..................................................................................................3
   B.   Offender Housing Units............................................................................3
   C.   Grooming, Shower and Toilet Areas (2-CO-4D-01) ..................................5
   D.   Kitchens and Dining Rooms.....................................................................6
   E.   General Use and Office Areas..................................................................7
V.    Facility Sanitation and Hygiene.....................................................................7
VI.   Emergency Systems and Security Devices......................................................8
   A.   Inspections.............................................................................................8
   B.   Environmental Survey..............................................................................8
VII.  Vehicle Inspections.......................................................................................9
   A.   Annual Inspections (4-ACRS-1B-01M, 4-APPFS-3H-01)..............................9
   B.   Required Repairs (4-ACRS-1B-02, 4-APPFS-3H-02) ..................................9
   C.   OCI and Agri-Services Vehicles................................................................9
VIII. Health and Safety Inspections and Corrective Action ......................................9
   A.   Weekly Inspections..................................................................................9
   B.   Monthly Inspections...............................................................................10
   C.   Annual Inspections (2-CO-2A-02, 4-4321M, 4-4329M, 4-4455M, 4-ACRS-1A-
        02M, 4-ACRS-1A-09, 4-ACRS-1C-11, 4-APPFS-3F-03M) .............................11
IX.   Training.....................................................................................................11
X.    References.................................................................................................11
XI.   Action........................................................................................................12
        Referenced Forms...................................................................................13
        Referenced Attachments….....................................................................13

| Section-13 Inspections | OP-130107 | Page: 1 | **Effective Date: 04/30/2014**<br>**Revision-01 Effective: 10/07/2015**<br>**Pages 2, 3** |
|---|---|---|---|
| **Inspection Standards** | \*\* colspan \*\* | | **ACA Standards: 2-CO-2A-01, 2-CO-2A-02, 2-CO-4D-01, 4-4017, 4-4132, 4-4134, 4-4135, 4-4137 through 4-4139, 4-4144 through 4-4153, 4-4158, 4-4185, 4-4209, 4-4212M, 4-4213, 4-4214M, 4-4216 through 4219, 4-4321M, 4-4324M, 4-4329M through 4-4333, 4-4338, 4-4340, 4-4341, 4-4417, 4-4418, 4-4419, 4-4455M, 4-ACRS-1A-01M through 4-ACRS-1A-09, 4-ACRS-1A-12, 4-ACRS-1A-13, 4-ACRS-1A-15,4-ACRS-1C-16M, 4-ACRS-1B-01M, 4-ACRS-1B-02, 4-ACRS-1C-10, 4-ACRS-1C-11, 4-ACRS-1C-15M, 4-ACRS-4A-04M, 4-ACRS-4A-05, 4-ACRS-4A-07, 4-ACRS-4B-02, 4-ACRS-4B-03, 4-ACRS-4B-04, 4-ACRS-6A-04-2, 4-APPFS-3F-03M, 4-APPFS-3H-01, 4-APPFS-3H-02** |
| **Robert Patton, Director**<br>**Oklahoma Department of Corrections** | | **Signature on File** | |

# Standards for Inspections

The following guidelines have been established to provide a uniform process for inspections to ensure adequate health and safety is maintained at all Department of Corrections (DOC) facilities and units. (2-CO-2A-01)

| Section-13 Inspections | OP-130107 | Page: 2 | Effective Date: 04/30/2014 |
| --- | --- | --- | --- |

I.    Definitions

    A.    Terms

        For the purpose of this procedure, the following terms are identified as follows:

        1.    Facility Head – refers to wardens or district supervisors responsible for the housing and supervision of offenders.

        2.    Division/Unit Head – staff responsible for the supervision of a division or unit (e.g., division managers, administrators, etc.).

        3.    Designee – staff authorized or assigned to act in behalf of the division/unit/facility head (e.g., duty officers, staff assigned supervision of work centers, etc.).

        4.    Facility – includes: institutions, community corrections centers, and community work centers.

        5.    Unit – work locations where staff are assigned, such as training centers, sub-offices, state office buildings, leased office space, district offices, etc., with no offender housing.

II.    Facility Physical Plant Inspections

    A.    (Revision-01 10/07/2015) To encourage informal contact with staff and offenders and to observe living and working conditions, as well as ensure facility safety and sanitation are maintained, the facility head, assistant facility head, chief of security and designated department heads as specified in local procedures will conduct weekly visits to areas to be inspect including offender living, work/industry, food service, program and additional areas as designated by the facility head. (4-4185)

    B.    (Revision-01 10/07/2015) This weekly tour will document the observation of facility compliance with the core operational functions to include at least:

        1.    Touring;

        2.    Count procedures;

        3.    Contraband searches;

        4.    Offender movement;

        5.    Perimeter integrity;

        6.    Tool control; and

| Section-13 Inspections | OP-130107 | Page: 3 | Effective Date: 04/30/2014 |
|---|---|---|---|

7.    Key control.

During each weekly tour, a minimum of one drill will be conducted and noted in the "Weekly Administrative Staff Tour Log" along with the staff tours of the facility.

C.    (Revision-01 10/07/2015) Designees may be appointed only if the staff member is absent for annual/sick leave, training or if the position is vacant.

III.    Unit Physical Plant Inspections

As defined above, all units will be inspected monthly to ensure a safe work environment and that sanitation standards are maintained.

IV.    Facility Standards

Facilities will be maintained in accordance with the following:

A.    Grounds

1.    Grounds will be free of litter and debris. Landscaping will be appropriate for the season and in accordance with established directives.

2.    Stored materials will be maintained in a neat and orderly manner.

3.    Grounds will be mowed, hedges trimmed, and gardens weeded.

4.    Non-combustible receptacles for combustible refuse materials are provided. (4-4214M, 4-ACRS-1C-16M)

B.    Offender Housing Units

1.    All housing units will be cleaned daily and free of litter and debris.

2.    Each offender will have adequate furnishings to include a sleeping surface at least 12" inches off the floor, mattress, pillow, linens, availability of a writing surface, an appropriate area to sit and adequate storage space for clothes and personal items. (4-4134, 4-ACRS-1A-13, 4-ACRS-4B-03)

3.    General population offender housing (cell/rooms) will provide 25 square feet of unencumbered space per occupant. (4-4132)

4.    Written housekeeping plans will be established for all areas of the physical plant and reviewed annually by facility staff. (2-CO-4D-01, 4-4333, 4-ACRS-1A-06) Job descriptions will define specific duties,

| Section-13 Inspections | OP-130107 | Page: 4 | Effective Date: 04/30/2014 |
|---|---|---|---|

responsibilities and assigned level. The housekeeping plans will specify the following:

    a.    Provisions for daily housekeeping and regular maintenance; and

    b.    Defined schedules of cleaning.

5.    Dayrooms will have access to natural light and will provide sufficient seating and writing surfaces. Furnishings will be consistent with the custody level of offenders assigned to the unit. (4-4135, 4-4149, 4-ACRS-1A-13, 4-ACRS-4B-03)

6.    Offenders' personal possessions will be in accordance with OP-030120, Attachment B entitled "Maximum Allowable Property." (4-ACRS-1A-15)

7.    Bulletin boards will be available in the housing units. The following information will be posted to include, but not limited to:

    a.    Offender rights and responsibilities (OP-030123 entitled "Offender Rights, Privileges and Responsibilities");

    b.    Unit rules and regulations;

    c.    Allowable offender property (OP-030120 entitled "Offender Property");

    d.    Disciplinary rule violations and allowable sanctions (OP-060125 entitled "Department Offender Disciplinary Procedures");

    e.    Fire evacuation plan (OP-050102 entitled "Departmental and Facility Emergency Plans for Riots, Disturbances, Utility Failures and Major Disasters for State Operated Facilities" and OP-053001 entitled "Community Corrections Emergency Plans for Riots, Disturbances, Utility Failures and Major Disasters");

    f.    Instructions for bed making and general housekeeping;

    g.    Mail (OP-030117 entitled "Correspondence, Publications and Audio/Video Media Guidelines");

    h.    Hygiene (OP-030501 entitled "Personal Hygiene and Appearance Code");

    i.    Escorted leave (OP-031001 entitled "Offender Escorted Leave/Activities");

| Section-13 Inspections | OP-130107 | Page: 5 | Effective Date: 04/30/2014 |

j. Grievances (OP-090124 entitled "Offender Grievance Process");

k. Visitation (OP-030118 entitled "Visitation"); and

l. Other information relevant to the offender population.

8. Posters, stickers, photographs or other materials will not be posted on the walls.  Sexually explicit pin-ups and photographs will not be displayed.

9. Housing unit walls will be painted as needed.

10. Floors will be maintained in a dry, clean and sanitary manner and will be buffed as needed.

11. All offender rooms/cells will provide access to natural light. (4-4147, 4-4149, 4-ACRS-4B-03)

12. All air vents (inlets and returns) will be free from any obstruction.

13. Specifications for the selection of facility furnishings indicate the fire safety performance requirements of the materials selected. (4-4213M, 4-ACRS-1C-15M)

14. Staff will ensure that each mattress and pillow is disinfected prior to being issued to an offender. A process for documented occurrence shall be in place at each facility.   Mattresses and pillows that have deteriorated to the point that the covers are not intact (i.e., torn, cracked) will be replaced as needed. (4-4340, 4-ACRS-4B-04)

15. Light fixtures, switches, GFCI's and plugs will be in working order and properly grounded.

16. Temperatures will be appropriate to summer/winter comfort zones. (4-4153, 4-ACRS-4B-03)

17. Access to laundry services or self-service facilities will be provided at each facility to provide for the cleaning of clothes. (4-4338, 4-ACRS-4B-02)

C. Grooming, Shower and Toilet Areas (2-CO-4D-01)

1. Each offender will have access to bathroom facilities which include a toilet and washbasin with hot and cold running water. Such access will be available 24 hours a day. Appropriate grooming/hygiene areas are available in those facilities housing

| Section-13 Inspections | OP-130107 | Page: 6 | Effective Date: 04/30/2014 |
|---|---|---|---|

offenders with disabilities. (4-4137, 4-4144, 4-ACRS-4B-03, 4-ACRS-6A-04-2)

2.    Offender bathroom facilities will comply at a minimum with International Plumbing Code Plumbing Standards as follows:

    a.    One operable toilet for every 15 occupants (4-4137, 4-4419)

    b.    One operable washbasin for every 15 occupants (4-4138, 4-4418)

    c.    One operable shower for every 15 occupants (4-4139, 4-4341, 4-4417, 4-ACRS-1A-12)

3.    Bathroom/shower areas will be kept clean, disinfected and maintained in proper working condition. (4-ACRS-4B-03)

4.    Water temperatures for showers will be thermostatically controlled to temperatures ranging from 100 degrees Fahrenheit to 120 degrees Fahrenheit. (4-4139, 4-ACRS-1A-12)

5.    Walls will be maintained in a clean and sanitary manner.

6.    Bathroom/shower floors will be mopped and cleaned daily with a disinfectant solution. Bathroom/shower floors, walls and washbasins will be free from grime, soap film and mildew.

7.    In accordance with OP-030501 entitled "Personal Hygiene and Appearance Code," hair care services will be provided utilizing stationary or mobile units. The area will be maintained in a clean and sanitary manner. (2-CO-4D-01)

    a.    Such areas shall have the availability of hot and cold running water.

    b.    A fresh towel will be used for each offender.

    c.    Equipment and tools, such as combs and clippers, will be properly cleaned and disinfected after each use.

    d.    Drapes will be used with neck guard liners to ensure sanitation is maintained.

D.    <u>Kitchens and Dining Rooms</u>

1.    The facility head or designee will ensure that weekly inspections of all food service areas are conducted in accordance with this procedure and with OP-070201 entitled "Food Service Inspection Standards" ensuring compliance with all sanitation and health

| Section-13 Inspections | OP-130107 | Page: 7 | Effective Date: 04/30/2014 |
|---|---|---|---|

codes and American Correctional Association (ACA) standards regarding food service. (4-ACRS-4A-04M)  Adequate dining space and hours are available which affords each offender the opportunity to have at least 20 minutes of dining time for each meal. (4-4158, 4-ACRS-4A-05)

2.   Additional food service inspections will be conducted in accordance with the following schedule:

     a.   Administrative, medical, or dietary personnel will inspect food service areas weekly. This inspection will be documented using OP-070201, Attachment B entitled "Food Service Inspection Sheet." (4-4324M, 4-ACRS-4A-07)

     b.   Food service staff will conduct weekly inspections in accordance with this procedure.

     c.   In accordance with OP-130106 entitled "Environmental Health, Safety and Sanitation Inspections," the Safety Administration Unit will conduct an in-depth inspection of all food service areas, canteens and warehouses bi-annually.

     d.   The Oklahoma State Department of Health will conduct periodic inspections in accordance with OP-130106 entitled "Environmental Health, Safety and Sanitation Inspections."

E.   General Use and Office Areas

1.   General use areas, which include classrooms, dayrooms, corridors, shops and recreation areas will be cleaned daily and at the end of any scheduled period of use.

2.   Lighting levels in these areas and throughout the facility will be determined by the task/function to be performed, as well as the interior surfaces, finishes and colors, type and spacing of light sources, outside lighting, shadows and glaze. (4-4145)

V.   Facility Sanitation and Hygiene

All areas as defined in Section I. of this procedure will be inspected for sanitation and hygiene. (2-CO-4D-01) Additionally, the facility head will ensure the following contracts/certifications are established/obtained annually:

A.   Licensed exterminators will be used for the control of insects, rodents and vermin. (4-4332M, 4-ACRS-1A-05M)

B.   The facility's potable water source and supply must be certified by "an outside, independent source" to comply with jurisdictional laws and regulations. (2-CO-4D-01, 4-4330M, 4-ACRS-1A-01M)

| Section-13 Inspections | OP-130107 | Page: 8 | Effective Date: 04/30/2014 |
| --- | --- | --- | --- |

C.     A waste disposal system is established at the facility in accordance with a plan approved by the Safety Administration Unit. (2-CO-4D-01, 4-4331M, 4-ACRS-1A-04M)

VI.     Emergency Systems and Security Devices

A.     Inspections

The facility safety consultant/qualified designee will conduct inspections and document the findings to ensure the following:

1.     Equipment necessary for maintaining essential lights, power, and communication system is available; (4-4216)

2.     Communication devices are available for contact within the institution and for contact outside of the facility in the event of power loss and/or an emergency; (4-4217)

3.     Provisions for emergency repairs/replacements are specified in the preventative maintenance plan; (4-4218)

4.     Emergency equipment and systems are tested at least quarterly; (4-4219, 4-ACRS-1C-10)

5.     Power generators are inspected weekly and load tested quarterly or in accordance with the manufacturer's recommendations and/or instruction manuals; (4-4219)

6.     Smoke detection systems are maintained in accordance with the manufacturer's specifications; and

7.     Unoccupied areas are to inspected weekly to ensure the area is not faulty or unsafe and free of debris. (4-4184)

B.     Environmental Survey

Environmental readings will be conducted by the Safety Administration Unit during each ACA accreditation cycle in accordance with OP-130106 entitled "Environmental Health, Safety and Sanitation Inspections."

1.     Housing units will have no less than 20-foot candles of light at desk level and in personal grooming areas. (4-4146, 4-ACRS-1A-07)

2.     Housing units, control rooms and dining areas will have circulation of at least ten cubic feet (structures existing prior to August 1990) and 15 cubic feet (additions, renovations, new construction after August 1990) of fresh or recirculated filtered air per minute. (4-4151, 4-4152, 4-ACRS-1A-08)

| Section-13 Inspections | OP-130107 | Page: 9 | Effective Date: 04/30/2014 |
|---|---|---|---|

3. Noise levels will not exceed:

    a. Existing structures: 70 dBA (A scale) in the daytime. (4-4150)

    b. New Construction: Unoccupied 45 dBA (A scale) and Occupied 70 dBA (A scale). (4-4150-1)

VII.   <u>Vehicle Inspections</u>

    A.   <u>Annual Inspections</u> (4-ACRS-1B-01M, 4-APPFS-3H-01)

An annual safety inspection of all vehicles owned, leased or used in the operation of a facility/district/unit will be conducted annually by a qualified/trained individual. Documentation of these inspections will be maintained in facility/district/unit maintenance department.  Preventive maintenance inspections will be conducted on a regular, routine basis as determined by the facility/district/unit head and identified in OP-150203 entitled "Preventive Maintenance Program."

    B.   <u>Required Repairs </u>(4-ACRS-1B-02, 4-APPFS-3H-02)

Safety repairs will be completed immediately upon detection of a problem. Vehicles will not be used again until repairs are made.

    C.   <u>OCI and Agri-Services Vehicles</u>

OCI and Agri-Services will have trained staff available to inspect Correctional Industries/Agri-Services vehicles.  Documentation of these inspections will be maintained in the supervisor's office.

VIII.   <u>Health and Safety Inspections and Corrective Action</u>

Health and safety inspections will be conducted as required and all inspections will be forwarded to the facility/unit head and facility health authority for review. (4-4017, 4-4329M, 4-4455M)  The safety consultant/qualified designee shall serve as coordinator of the health and safety program and will maintain all records of inspections, to include the facility head/health authority reviews, corrective action responses and the follow-up dates of completion.

    A.   <u>Weekly Inspections</u>

Appropriately trained department heads, supervisors or their designees will conduct weekly health and safety inspections utilizing the "Weekly Health and Safety Inspection" (DOC 130107A, attached). (2-CO-4D-01, 4-4329M, 4-4455M, 4-ACRS-1A-03)

1. No physical deterioration will exist without repair for more than one

| Section-13 Inspections | OP-130107 | Page: 10 | Effective Date: 04/30/2014 |
|---|---|---|---|

week or as specified in the above standards. Required repairs that are beyond the capability of the facility to perform with the available funds or time limitations will be brought to the attention of the appropriate division manager.

2.   These inspections will be sent to the safety consultant/qualified designee for review and corrective action. The safety consultant/qualified designee will forward the inspections with any required corrective action to the facility/unit head and facility health authority for review utilizing the "Health and Safety Review" form (DOC 130107D, attached).

B.   Monthly Inspections

1.   Institutions and Community Corrections Centers

a.   The facility safety consultant/qualified designee will conduct comprehensive and thorough monthly inspections of the facility, to include all outside areas (i.e., farms, canine kennels, etc.) utilizing the "Monthly Health and Safety Inspection Report" (DOC 130107B, attached). (4-4029, 4-4212M, 4-4329M, 4-4455M, 4-ACRS-1C-10)

b.   The inspection reports, along with corrective action response and the "Health and Safety Review" form (DOC 130107D) will be submitted to the facility/unit head and facility health authority for review. The safety consultant/qualified designee will maintain a copy of the monthly inspections and corrective action responses for review by the Safety Administration Unit during site visits. The facility/unit head will notify the appropriate division manager when significant/ongoing deficiencies occur.

2.   Probation and Parole Districts

a.   Probation and Parole districts will assign qualified staff to conduct monthly inspections of any district office in which 10 or more staff are assigned, utilizing the "Probation and Parole Health and Safety Inspection Checklist" (DOC 130107C, attached).

b.   The inspection reports, along with the corrective action response will be submitted to the district supervisor head for review. The district supervisor will forward a copy of the monthly inspections to the Safety Administration Unit and the division manager of Community Corrections. Upon review, the Safety Administration Unit may conduct follow-up inspections at their discretion.

| Section-13 Inspections | OP-130107 | Page: 11 | Effective Date: 04/30/2014 |

    C.    <u>Annual Inspections</u> (2-CO-2A-02, 4-4321M, 4-4329M, 4-4455M, 4-ACRS-1A-02M, 4-ACRS-1A-09, 4-ACRS-1C-11, 4-APPFS-3F-03M)

        1.    The safety consultant/qualified designee will ensure annual inspections are conducted in accordance with OP-130106 entitled "Environmental Health, Safety and Sanitation Inspections." Upon completion of the corrective action response, the inspection, corrective action response and "Health and Safety Review" form will be submitted to the facility/district head.

        2.    The facility/district head and facility health authority, as appropriate, will review any deficiencies noted on the report and the corrective action requirements/responses. (4-4209) The reports and the appropriate corrective action, to include completion or anticipated completion dates, will be submitted to the appropriate regulatory agency and to the appropriate division manager.

IX.    <u>Training</u>

The facility safety consultant/qualified designee will ensure training is provided to all department heads, supervisors or their designees conducting the weekly safety and sanitation inspections. All inspectors will be trained prior to conducting any inspections with training documentation maintained by the facility safety consultant/qualified designee.  Such training will be in accordance with OP-100101 entitled "Training and Staff Development."

X.    <u>References</u>

Policy Statement No. P-130100 entitled "Oklahoma Department of Corrections Annual Inspections and Monitoring"

OP-030117 entitled "Correspondence, Publications and Audio/Video Media Guidelines"

OP-030118 entitled "Visitation"

OP-030120 entitled "Offender Property"

OP-030123 entitled "Offender Rights, Privileges and Responsibilities"

OP-030501 entitled "Personal Hygiene and Appearance Code"

OP-031001 entitled "Offender Escorted Leave/Activities"

OP-050102 entitled "Departmental and Facility Emergency Plans for Riots, Disturbances, Utility Failures and Major Disasters for State Operated Facilities"

OP-053001 entitled "Community Corrections Emergency Plans for Riots, Disturbances, Utility Failures and Major Disasters"

| Section-13 Inspections | OP-130107 | Page: 12 | Effective Date: 04/30/2014 |
|---|---|---|---|

OP-060125 entitled "Department Offender Disciplinary Procedures"

OP-070201 entitled "Food Service Inspection Standards"

OP-090124 entitled "Offender Grievance Process"

OP-100101 entitled "Training and Staff Development"

OP-130106 entitled "Environmental Health, Safety and Sanitation Inspections"

OP-150203 entitled "Preventive Maintenance Program"

International Code Council (ICC)

International Plumbing Code (Table 403.1)

XI.     Action

The facility head is responsible for developing local procedures.

The Safety Administration Unit and facility heads are responsible for compliance with this procedure.

The associate director of Field Operations is responsible for the annual review and revisions.

Any exceptions to this procedure will require written approval of the director.

This procedure is effective as indicated.

Replaced:     Operations Memorandum No. OP-130107 entitled "Standards for Inspection" dated September 27, 2012

Distribution:  Policy and Operations Manual
               Department Website

| Section-13 Inspections | OP-130107 | Page: 13 | Effective Date: 04/30/2014 |
| --- | --- | --- | --- |

| Referenced Forms | Title | Location |
| --- | --- | --- |
| DOC 130107A | "Weekly Health and Safety Inspection" | Attached |
| DOC 130107B | "Monthly  Health and Safety Inspection Report" | Attached |
| DOC 130107C | "Probation and Parole Health and Safety Inspection Checklist" | Attached |
| DOC 130107D | "Health and Safety Review" | Attached |

| Referenced Attachments | Title | Location |
| --- | --- | --- |
| Attachment B | "Maximum Allowable Property" | OP-030120 |
| Attachment B | "Food Service Inspection Sheet" | OP-070201 |

Plaintiffs' MSJ Appx. 2365

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 139

**ADOPTED RULES**

**897**

*.004. Design Concepts.* Innovative architectural concepts are encouraged to reduce problems of security and maintenance while creating a safe, sanitary, and secure environment for staff and inmates. The facility shall be structurally sound, fire-resistive, and not connected to a building that is not fire-resistive and shall provide for adequate security and safety by having single and multiple-occupancy cells, dormitories, and day rooms of varying dimensions and capacities for inmates confined herein. Facility design should also provide for support functions and equipment to insure safe, secure, and efficient operations.

Doc. No. 781596

## New Jail Design, Construction, and Furnishing Requirements 217.05.02

This subchapter will pertain specifically to new jail construction.

This adoption is made under the authority of Article 5115.1, Texas Civil Statutes.

*.001. Jail Site.* The site should be of sufficient size to provide for the immediate facility and a reasonable projected expansion as well as possible space for indoor recreation. A buffer zone around the building is desirable. Where practical, separate jail buildings should be in near proximity to or connected to local courthouse by a secure means of pedestrian passage.

*.002. Jail Operation Concept.* Unlike a state or federal prison, where only sentenced and classified persons are received, processed, detained, and released on a scheduled basis, a county jail must be planned to receive unclassified persons, hold persons who are not tried or convicted, and allow for receiving, processing, classifying, and release of persons at all times. Design and construction of a jail and personnel assigned to it must permit efficient and secure performance of this type of operation if the best interests of the community and the inmates are to be served.

*.003. Jail Security Requirements.* Jail security should be planned to protect inmates from one another, protect custodial personnel from inmates, and deter or prevent escapes.

*.004. Special Security.* A jail shall be designed and maintained as a special security unit. When built in conjunction with other governmental functions, the integrity of the security perimeter shall not be compromised.

*.005. Public Building.* A jail of more than 20 inmate capacity shall not be located under, in, or on top of another building which has not been designed for security purposes. This does not preclude the redesign and renovation of existing structures, not originally built for security purposes.

*.006. Inmate Movement into and out of Jail.* Construction should provide for movement of an inmate or detainee into and out of the jail being accomplished without unduly exposing the individual to contact with the public, avoiding the use of public corridors, public elevators, and other areas frequented by the public. Where possible, the same security should be provided in the courts building for movement of inmates to and from the court.

*.007. Inmate Movement inside Jail.* The design shall provide for the orderly flow of traffic through strategically located corridors or areas, eliminating all unnecessary cross traffic and undesirable contacts between differently classified types of inmates.

*.008. Segregation.* Jail design shall provide adequate segregation facilities for segregation of different classifications of inmates, in accordance with the facility classification plan. (See 217.12.)

*.009. Audible Communication.* Provision shall be made for voice communication between inmates and custodial personnel at all times.

*.010. Monitoring System.* Security areas may have an electronic monitoring system built in to assist in inmate supervision and so an inmate can advise the officer of emergency needs. (See Section 217.14.001.)

*.011. Television Monitoring.* Where closed-circuit television is not included but is planned or anticipated, space and conduits should be provided so that the equipment can be installed without need for alteration of the physical plant.

*.012. Control Areas.* Facilities should be designed to provide a means for:

(a) control and supervision of inmates;
(b) inspection of housing areas;
(c) control and protection of heating, ventilating, windows, louvers, and equipment;
(d) location of floor drains outside inmate housing areas;
(e) location and protection of lighting;
(f) location and protection of fire-fighting equipment.

Control corridors and/or control areas for locating and protecting the controls for remote-operated doors should be provided where necessary. These areas are also for the purpose of providing safety and protection to operators of the equipment and for preventing unauthorized access to door controls.

*.013. Vermin Control.* Facility construction shall incorporate measures which protect against the entrance of vermin into the institution and breeding or presence of vermin on the premises and retention of objectionable odors in living areas. Choice of materials and construction design shall contribute to efficient maintenance and housekeeping.

*.014. Construction Materials.* Inmate living areas and day rooms shall be constructed of metal, masonry, concrete, or other comparable materials. The purpose of a particular wall or partition and the type of security sought to be achieved should determine the selection of appropriate materials.

*.015. Functions.* Space shall be allocated for, but not limited to, the following functions:

(a) Inmate reception and holding (See 217.09; 217.12)
(b) Inmate processing (See 217.09; 217.13)
(c) Shakedown (See 217.10; 217.14)
(d) Inmate detention (See 217.12; 217.14; 217.15; 217.18)
(e) Adequate segregation of inmates (See 217.05; 217.07; 217.08; 217.09; 217.12)
(f) Food service (See 217.07; 217.17)
(g) Attorney interviews (See 217.09)
(h) Storage (See 217.15; 217.16; 217.17)

Plaintiffs' MSJ Appx. 2367

http://texashistory.unt.edu/ark:/67531/metapth252921/m1/45/med_res/

1/5/2015



**898**

(i)   Visiting (See 217.09)
(j)   Public areas (See 217.05)
(k)   Booking (See 217.09; 217.10; 217.11)
(l)   Identification (See 217.09)
(m)   Dressing in and out (See 217.09; 217.10)
(n)   Sally ports (See 217.12; 217.05;
(o)   Guard stations (See 217.14)
(p)   Line up (See 217.05)
(q)   Laundry (See 217.05; 217.09; 217.15)
(r)   Inmate programs and activities (See 217.19; 217.20; 217.21; 217.22)
(s)   Counseling (See 217.20)
(t)   Medical examination and treatment (See 217.05; 217.09; 217.13)
(u)   Jail administrative office(s) (See 217.05; 217.11; 217.12; 217.13; 217.14; 217.16)
(v)   Multipurpose rooms
(w)   Squad rooms (See 217.05)
(x)   Recreation and exercise

Space should be allocated for a kitchen, inmate commissary, and library if conditions warrant. It is permissible to use the same room or space allocation for more than one of the listed "functions" where such use will not deny any constitutional rights of inmates, custodial personnel, or the general public, and where such use will not impair the safety, security, sanitation, or segregation of the facility.

.016.   *Inmate Entrance.*   The inmate entrance shall be from the vehicular sally port through a safety vestibule into the processing area. This entrance shall allow for passage of a loaded ambulance cot between interlocking doors. The safety vestibule shall be designed and constructed to allow observation and identification of a person approaching the inmate entrance. Electronic surveillance equipment may be used.

.017.   *Processing Area.*   Jails shall have a processing area located inside the inmate occupied area, but away from the inmate living areas and day rooms. The processing area shall be designed to readily permit the booking, shakedown, identification, and dressing of inmates. A telephone shall be available for detainees to make the constitutionally recognized phone calls. Processing areas should be provided with drinking fountains and water closets.

.018.   *Kitchen.*   If food is to be prepared in the jail, a kitchen shall be provided. The kitchen shall be planned for efficient food preparation and receipt of supplies and storage. It shall be planned for removal of waste and garbage without seriously compromising the security of the facility.

.019.   *Kitchen Location.*   The kitchen shall be designed and located in the facility so it will not be used as a passageway for nonfood handling staff, persons not associated with kitchen or food handling assignments, or the public.

.020.   *Kitchen Operations.*   In designing a food preparation and service area, planning shall allow for the following operations: receiving, storage, processing, preparation, cooking and baking, serving, dishwashing, cleaning, menu preparation, record keeping, staff personal hygiene, and maintenance. The following kitchen facilities and features shall be provided:

(a)   Issue areas. Issue areas for fresh, dry, and frozen food shall be adjacent to the kitchen.

(b)   Floor. The kitchen floor shall be properly pitched to one or more floor drains. The junction between floors and walls shall be covered. Walls and ceilings shall be finished with smooth, washable light-colored surfaces.

(c)   Ordinances. Kitchens shall comply with all state and local health ordinances. (See 217.04.010.)

(d)   Light. Adequate natural or artificial light shall be provided on work surfaces in the kitchen where food is prepared and cooking and eating utensils are washed.

(e)   Ventilation. Food service rooms shall be adequately ventilated to control disagreeable odors and moisture. Any opening to the outside shall be effectively screened and secured.

(f)   Water. Adequate hot and cold running water under pressure shall be provided in the kitchen area. Hot water equipment shall be of sufficient size and capacity to meet the kitchen and other facility needs and consistent with public health standards.

(g)   Storage. Adequate storage requirements for all kitchen operations and needs shall be provided.

.021.   *Dining Space.*   Provisions may be made for group dining as well as segregated dining. Group dining should avoid concentrations of more than 24 inmates.

.022.   *Commissary.*   Space appropriate to capacity of the jail should be provided for an inmate commissary, or a written program shall be established for inmates to obtain supplies from nearby sources. (See Section 217.22.)

.023.   *Storage Area Capacities.*   Storage areas based upon facility capacity shall be provided as follows:

(a)   For inmate property storage in jails, two cubic feet per inmate, excluding shelving, bins, and baskets.

(b)   For inmate uniforms, towels, bedding, and linen: three cubic feet per inmate, excluding shelving, bins, and baskets.

(c)   For inmate mattresses, off-floor storage in the amount of five and one-fourth cubic feet per mattress for 25 percent of total beds.

(d)   For evidence, adequate and secure storage of evidence shall be provided.

.024.   *Janitorial Storage Space.*   Adequate storage for janitorial and other supplies and adequate storage for equipment necessary to the operation of the jail shall be provided.

.025.   *Sinks.*   Sufficient mop sinks with hot and cold water shall be located to reduce excessive passage back and forth through the security perimeter during performance of janitorial service. Janitor closets and similar areas shall be provided with a lockable door.

.026.   *Faucets.*   Cold water faucets with standard hose connections shall be provided in plumbing access space or corridors.

.027.   *Visiting Areas.*   Visitor accommodations shall be designed to provide flexibility in the degree of physical security and supervision commensurate with security requirements of variously classified inmates. Means shall be provided for audible communication between visitors and inmates, designed to prevent passage of contraband where high and medium risk inmates are involved. Provisions shall be made for handicapped visitors. Additionally, a secure visiting area should be provided for contact visits from law en-

Plaintiffs' MSJ Appx. 2368

http://texashistory.unt.edu/ark:/67531/metapth252921/m1/46/med_res/          1/5/2015

forcement officers, attorneys, clergy, and probation and parole officers.

*.028.   Public Areas.*  Public areas of the facility shall be located outside the security perimeter.  Public access to the building shall be through a main entrance.  The public shall not have uncontrolled access to enter the security perimeter. A public lobby or waiting area with appropriate information signs should be provided for the comfort and convenience of the public, including sufficient seating, water closets, lavatories, drinking fountains, and public telephones.  Provisions shall be made for handicapped visitors.  Public lobby location shall be so situated that it does not interfere with general office routine.

*.029.   Identification.*  Space shall be provided for photographing, fingerprinting, and carrying out identification procedures for inmates.

*.030.   Vehicular Sally Port.*  A jail shall have a vehicular sally port located inside or abutting on the building so designed that inmates may board or disembark from a transportation vehicle inside.  Space shall be sufficient to accommodate anticipated transportation vehicles, including buses, where applicable.

*.031.   Guard Stations.*  A guard station shall be provided on each floor of the facility where 10 or more inmates will be housed overnight.

*.032.   Guard Station Security.*  Guard stations shall be locked and protected so as to be inaccessible to unauthorized persons.  Where practical, a guard station should have a safe egress to a secure area.

*.033.   Laundry Facilities.*  A laundry, or an acceptable laundry vendor contract, or both, shall be maintained to provide clean clothing, bedding, and supplies.  Adequate separated space, commensurate with jail inmate capacity, shall be provided for soiled clothing storage, clean laundry storage, and laundry supply storage.  Where applicable, space shall be provided for washers, extractors, and dryers.  (See Section 217.15.)  A water closet and lavatory should be provided nearby.

*.034.   Emergency First Aid Storage.*  Storage shall be provided for a litter stretcher and first aid equipment.  Litters and fresh first aid equipment shall be kept on hand at all times.

*.035.   Medical Space and Equipment.*  Space and equipment for medical examination, treatment, and convalescent care shall be provided in each jail, or a written program shall be established and implemented for medical care comparable to that available to the community where the jail is located. (See Section 217.13.)

*.036.   Medical Supply Storage.*  Adequate secure storage for medical supplies and drugs shall be provided.

*.037.   Infirmary.*

(a)   An infirmary is desirable and the construction of an infirmary should be considered for a jail having a capacity of 50 or more whenever it is anticipated that:

(1)   emergency services may have to be rendered frequently;

(2)   there is a high frequency of cases requiring recuperative or convalescent care;

(3)   convalescent care cannot be provided by utilization of vacant single cells or dormitory units.

(b)   Infirmary components.  When an infirmary is constructed, the following minimum components shall be included:

(1)   nurses station;

(2)   locked medication station with storage for individually filled prescriptions;

(3)   utility room with sink and storage for nourishment, linen, and equipment;

(4)   utility room with double tub sink and clinical service sink with flushing rim;

(5)   80 square feet of floor space per bed;

(6)   at least one single occupancy room or cell with 80 square feet of floor space;

(7)   doors, through which patients and equipment are to be moved, of adequate width to allow turning of wheeled chairs and tables normally used in medical facilities;

(8)   a lavatory with a gooseneck inlet and wrist controls accessible to each ward;

(9)   janitor closet;

(10)   water closet, lavatory, and shower for use of inmates in the infirmary;

(11)   additional elements as dictated by the health care program as required.

*.038.   Administrative Space.*  The jail shall provide sufficient space for administrative, program, and clerical personnel.  Adequate space for equipment and supplies shall be provided to meet established and projected needs.  These spaces shall be located outside the inmate occupied areas.

*.039.   Multipurpose Rooms.*  A jail shall have, in addition to any activity or day room area, one or more multipurpose rooms for group assembly of inmates.  The multipurpose room(s) may be used for conferences, interrogation, contact visits, religious services, education, group counseling, or other special uses.

*.040.   Squad Rooms.*  Locker space, water closets, lavatories, showers, and dressing rooms may be provided for custodial personnel, and, if provided, shall be located outside the security perimeter.  Consideration should also be given to including space for lounge areas and an education and training center.

*.041.   Weapon Storage.*  Separate secure storage space shall be provided for disposition of weapons at all entrances to all areas where the carrying of weapons is prohibited.

*.042.   Arsenal.*  An arsenal and gun locker(s) for the issuance, storage, and care of weapons should be provided outside the security perimeter and shall be secure from access by unauthorized persons.

*.043.   Exercise Area.*  A secure exercise area shall be provided with all jails.  This may be a rooftop exercise area, an outside exercise area, or included inside the jail.

*.044.   Single Cells.*  Single cells shall not be less than eight feet high from finished floor to ceiling and not less than five feet, six inches wide from wall to wall.  They shall contain not less than 40 square feet of clear floor space exclusive of furnishings.  They shall have a bunk, water closet, lavatory capable of providing drinking water for inmate, table, and seating.  Lighting shall be provided to permit reading, shaving, and normal activities within the cell.  Single cells should

*Volume 3, Number 19, March 14, 1978*



comprise at least 50 percent of the total inmate capacity of the facility, but in no event shall comprise less than 30 percent of the total capacity of the facility.

*.045. Multiple-Occupancy Cells.* Multiple-occupancy cells shall be constructed to accommodate two to eight inmates and shall contain not less than 40 square feet of clear floor space for one inmate, plus 18 square feet of clear floor space per each additional inmate. Each multiple-occupancy cell shall have a bunk for each inmate and a water closet and lavatory (capable of providing drinking water) for each group of eight inmates.

*.046. Dormitories.* Dormitories shall be designed to accommodate nine to 24 inmates and shall contain not less than 40 square feet of clear floor space for one inmate, plus 18 square feet of clear floor space per each additional inmate. Dormitories shall have a bunk for each inmate and a water closet and lavatory (capable of providing drinking water) for each group of eight inmates or increment thereof to be confined therein. Not more than 40 percent of the inmate capacity of the jail shall be designed for dormitories.

*.047. Day Rooms.* All inmate living areas except special purpose cells shall be provided with day rooms. Day rooms should be designed to accommodate not more than eight inmates, but shall not be designed to accommodate more than 24 inmates. It shall contain 40 square feet of clear floor space for one inmate plus 18 square feet of clear floor space for each additional inmate. Day rooms shall have a water closet and lavatory capable of providing drinking water available at all times for each group of eight inmates, or increment thereof, to be confined therein. A shower shall be available at all times for each group of 12 inmates, or increment thereof, to be confined therein. Each day room shall otherwise be suitably furnished with, but not limited to the following: seating and tables to accommodate the number of inmates to be confined therein, and may provide for visiting facilities, dining facilities, and other activities. Sufficient lighting shall be provided for reading, recreation, shaving, and other similar activities.

*.048. Safety Vestibules.* Safety vestibules shall be provided for each inmate living area and day room used for confinement of three or more inmates within the security perimeter.

(a) Safety vestibules shall have one or more interior doors and a main entrance door.

(b) All doors shall be arranged to be locked, unlocked, opened or closed by control means located outside of the inmate living area and safety vestibule.

*.049. Remote Controls.* Sliding doors, if used, for safety vestibules, dormitories, and day rooms shall be so arranged as to be locked, unlocked, opened to full-open position, and closed by control means located remote from the safety vestibule or inmate living area and day room. (See 217.24.)

*.050. Emergency Operation of Doors.* For emergency operation of all doors to single cells, multiple-occupancy cells, and dormitories, and to permit quick and orderly release of inmates in the event of electrical malfunction, fire, smoke, or other emergency, reliable means shall be provided remote from the inmate living area for unlocking all cell doors. The reliable means should also provide for completely opening sliding cell doors. (See 217.24.)

*.051. Dimensions.* Single cells, separation cells, multiple-occupancy cells, dormitories, and day rooms shall be not less than eight feet from finished floor to ceiling. The minimum width dimension shall be not less than five feet six inches from wall to wall. Safety or inspection corridors shall be not less than four feet wide.

*.052. Furnishings for Inmate Housing Areas.*

(a) Bunks. A bunk not less than two feet, three inches wide and six feet, three inches long shall be provided for each inmate confined for more than 72 hours. Bunks shall be securely anchored and should have clothes hooks and shelves located nearby.

(b) Water closets and lavatories. Water closets and lavatories shall be constructed in such manner and of such material so as to resist vandalism. A combination toilet and lavatory constructed of vandal-resistant material is recommended.

(c) Showers. Shower areas shall be not less than two feet, six inches square per showerhead and not less than seven feet high. Construction should be of materials which resist the action of soap and water and which cannot be easily damaged by acts of vandalism. Drying areas of not less than two feet, six inches square sloped to a drain should be provided adjoining the shower entrance.

(d) Additional furnishings. Additional furnishings for single cells, multiple-occupancy cells and dormitories may include tables and seats (mandatory for single cells), lockers, mirrors, detention-type electric light fixtures, detention-type heating and ventilation grilles and showers. Where light fixtures or other appurtenances are recessed in or otherwise made an integral part of walls or ceilings, provisions should be made to prevent destruction or removal.

(e) Tables and seating. Tables and benches should be constructed of materials which will reduce maintenance. They shall be fire-resistive and securely anchored to floor or wall surfaces. Benches shall be not less than 12 inches wide, and linear seating dimensions shall be not less than 18 inches per person to be seated at any one time. Stools shall not be less than 12 inches in diameter.

(f) Shields. Toilet and shower modesty shields are not mandatory, except in holding areas. However, when provided they should extend from about 15 inches above the finished floor to a height of about five feet, six inches and shall be securely anchored.

*.053. Detoxification Cells.* A jail shall provide one or more detoxification single cells, multiple-occupancy cells, or dormitories which shall be designed for detention of persons during the detoxification process only. These cells shall include the following features and equipment:

(a) Seating. The detoxification cell shall be equipped with stationary benches or bunks no higher than eight inches above the floor.

(b) Floor drain. The detoxification cell shall be provided with one or more vandal-resistive flushing floor drains. The floor shall be properly pitched to drains and drains shall have outside water shutoffs and controls. A water closet/lavatory/drinking fountain may be provided.

(c) Cell size. The size of detoxification cell shall be determined by the anticipated maximum number of persons received at any one time. A detoxification cell shall not accommodate more than 12 persons and shall have a minimum of 40 square feet of clear floor space for one person plus 18 square feet of clear floor space per additional person.

Plaintiffs' MSJ Appx. 2370

**ADOPTED RULES**

**901**

(d) The floor and wall materials shall be durable and easily cleaned.

(e) Supervision. The detoxification cell shall be constructed to facilitate supervision of the cell area and to materially reduce noise.

.054. Holding Rooms (or Cells). One or more holding rooms shall be provided to temporarily detain inmates pending booking, court appearance, identification, housing assignment, or discharge. Holding rooms shall include the following features and equipment:

(a) Floor areas. Minimum floor area of a holding room shall be 40 square feet (for single occupancy). For occupancy by more than one person, add a minimum of 18 square feet per additional person. The floor shall be constructed of material which is durable and easily cleaned.

(b) Seating. Seating shall be sufficient to provide not less than 24 linear inches per person at capacity.

(c) Plumbing. A vandal-resistive water closet and lavatory shall be provided for each eight inmates or increment thereof. Each holding room shall have at least one drinking fountain. Plumbing fixtures shall have outside water shutoffs and controls individually by cell. Permanent modesty shields shall be provided.

(d) Floor drains. A holding room shall have adequate floor drains.

.055. Separation Cells. A jail shall have one or more single-occupancy separation cells to temporarily house selected inmates for extended periods of time. Separation cells shall include the following features and equipment:

(a) Area. Separation cells shall contain a minimum of 40 square feet of clear floor space.

(b) Plumbing. Separation cells shall contain vandal-resistive water closet, lavatory, drinking fountain, and floor drain.

(c) Shower. Each separation cell shall contain a shower with outside shutoff and controls.

(d) Furnishings. Each separation cell shall have table, seating, mirror, bunk, and sufficient lighting to permit reading and shaving in the cell. Shelf and clothes hook may be provided.

.056. Violent Cells. A jail may have at least one and necessary additional single occupancy rooms or cells for temporary holding of violent persons or persons suspected of insanity. Violent cells shall include the following features and equipment:

(a) Size. The room or cell shall have not less than 40 square feet of clear floor space and a ceiling height of not less than eight feet.

(b) Furnishings. The cell shall be equipped with hammock, not less than two feet, three inches wide and six feet, three inches long, made of an elastic or fibrous fabric designed to minimize its use to inflict self injury. A shelf the length of the cell at least two feet, three inches wide and not more than eight inches above the floor covered with padding material identical to that of the floor may be used in lieu of the hammock. A flushing type floor drain with control outside the cell shall also be provided.

(c) Padding. Walls shall be completely padded to the ceiling and the floor shall be covered with a material to protect the inmate from self injury. The type of quality of materials used for padding and floor covering shall be designed to prevent self injury and have the capability of

being cleaned. It must be fire-resistive and nontoxic in accordance with Section 217.08.

.057. Lighting. Lighting shall be provided to permit reading, shaving, and normal activities within the inmate living area. Light controls, conduit, and light fixtures shall be out of reach of inmates. Light fixtures should be designed and constructed so as to permit servicing from outside the cell, dormitory, or day room. Light switches which cannot be controlled from outside the inmate area should be key front type. Housing and control areas shall be variably illuminated at all times to permit continuous observation of inmates and to permit custodial personnel to perform necessary functions. Exteriors of buildings shall be lighted at night sufficiently to observe a person approaching the entrance.

.058. Detention Doors. Hollow metal doors shall be constructed of 12 to 14 gauge steel in security areas. Eighteen gauge hollow metal doors may be used in nonsecurity areas. Plate doors, where used, shall be constructed of material not less than three-sixteenths inch thick. Tool-resisting steel plate doors, where used, shall be constructed of material not less than one-fourth inch thick. Grating doors shall be constructed of the same type grillwork as the walls in which they are installed. Consideration shall be given in the design of all doors so that the direction of opening and the material of which these are constructed will not reduce or compromise the security sought to be achieved. Detention-type doors shall be equipped with detention-type hardware and accessories.

.059. Electro-Mechanical Locks. Electro-mechanical keyed locks, where used, shall be motor or solenoid type, providing electrical control unlocking, key unlocking by manual operation, and automatic mechanical deadlocking of door upon closing. Electric control, indicator light, door position switch shall be provided for all doors equipped with electro-mechanical locks. Heavy-duty detention-type door closers shall be provided on all swinging doors equipped with electro-mechanical locks.

.060. Keys. Keys for detention-type locks shall be heavy-duty and of a sufficient size to prevent easy concealment and/or unauthorized duplication.

.061. Key Locks. Where used, detention-type keyed locks shall be manufactured especially for detention use.

.062. Key Cabinets. Secured key cabinets should be provided at suitable locations.

.063. Hinges. Hinges for heavy-duty detention doors shall be heavy-duty ball-bearing type designed especially for such doors.

.064. Hand Pulls. Hand pulls shall be securely anchored to the door.

.065. Door Stops. Door stops shall be provided for detention-type doors so as to prevent accidental or purposeful injury to inmates or custodial personnel.

.066. Door Closers. Where used, door closers for all detention-type swinging doors shall be heavy-duty types.

.067. Windows and Screens. Operable windows shall be equipped with insect and/or security screens. Security level of window materials in inmate occupied areas shall be equal to or greater than perimeter walls of the inmate occupied

Plaintiffs' MSJ Appx. 2371
http://texashistory.unt.edu/ark:/67531/metapth252921/m1/49/med_res/                    1/5/2015



**902**

area to which windows might provide ingress or egress. Window and/or skylights should be provided.

.068. *Vision into Inmate Areas.* Architectural design shall preclude direct vision into inmate-occupied areas from the outside public.

.069. *Walls.* Walls should be constructed so as to resist vandalism. Walls shall be designed with due consideration to the security and other functions sought to be achieved. Open decorative grillwork may be used to facilitate ventilation, temperature control, observation, and audible communication. In all instances where walls join floors, the joint should be at such a curve or angle as to permit easy cleaning.

.070. *Floors.* Floors should provide a high resistance to wear from normal use. The surface should be so finished as to present a reasonably uniform appearance under conditions of normal wear and maintenance. Floors should be constructed of materials which withstand ordinary floor maintenance chemicals. Where hollow metal, grillwork, or plate walls join the floor, their supports should be treated so as not to react to water or floor cleaning chemicals. Equally acceptable is a curb approximately three inches high provided underneath such walls.

.071. *Ceilings.* Ceilings should be constructed of material not easily damaged by vandalism.

.072. *Paint.* Washable paint may be used for untiled walls and metal work. Light colors with occasional bright accents are desirable. Paint shall be in accord with Section 217.08.

.073. *Emergency Access.* Multistory facilities shall have an elevator or other passageway large enough to accommodate an ambulance cot.

.074. *Dropcords.* Dropcords or extension cords shall not be permitted within the security perimeter. Appliances must plug directly into a fixed wall receptacle.

.075. *Vent Grilles.* Vent grilles in walls and ceilings of cells, dormitories, and day rooms shall be commensurate with security application. Vent grilles shall be securely welded or riveted to steel plate construction and securely anchored where used on concrete, masonry, or other construction.

.076. *Food Passes.* Where used, food passes should not be less than 15 inches wide and four and one-half inches high. Lockable shutters should be provided to prevent passage of contraband.

.077. *Observation Panels.* When used, observation panels shall provide a clear opening of not less than five inches by eight inches and be glazed with appropriate thickness security glass or equivalent. They should be provided with a shutter.

.078. *Mirrors.* Mirrors shall be constructed of unbreakable material.

.079. *Electrical Power.* Electrical installation shall meet the requirements set by the state or by any city, village, or township permitted by statute to adopt an ordinance providing standards for electrical work. In addition, a jail shall have sufficient electrical outlets for heated food carts if heated food carts are to be used in food service. If electrical appliances shall be permitted in cells or day rooms, fixed wall receptacles shall be furnished.

.080. *Emergency Electrical Power.* An emergency electrical power system for quick recovery to maintain essential services, security, and safety shall be provided to meet the life safety requirements. (See 217.08.) Such systems shall be tested operationally not less than monthly, and a record kept of this testing.

.081. *Temperature Level.* All mechanical equipment for heating, cooling, or air movement shall be designed to provide a temperature level between 65 degrees Fahrenheit and 85 degrees Fahrenheit in all occupied areas at all times. Mechanical equipment should be properly designed to offset rapid changes in temperature in communities where such changes are known to occur.

.082. *Air Flow.* Ventilation must be sufficient to admit fresh air and remove disagreeable odors. A sufficient number of windows capable of being opened, or an emergency mechanical ventilation unit, shall be provided in order to allow for sufficient ventilation in case of breakdown in the normal ventilation system or power failure.

.083. *Plumbing and Drainage.* Plumbing work shall meet the requirements of state and local commercial plumbing codes. Water closets, shower, and lavatories used by high-risk inmates shall be of vandal-resistive type. Hot water shall not exceed 110 degrees Fahrenheit at a lavatory or shower in the inmate living area. All plumbing to inmate areas shall have a quick shutoff valve or other approved means to prevent flooding.

.084. *Flooding Protection.* Floor drains in inmate housing areas shall be located to reduce the incidence of malicious tampering and flooding. Where practical, a drain shall be located in security corridors and not inside cells or day rooms. Drain covers shall be securely anchored with vandal-proof screws to prevent inmates from using them as assault weapons.

.085. *Access Doors.* Plumbing space, or any other mechanical space, shall have a lockable access door.

.086. *Maintenance.* Maintenance of detention equipment should be accomplished by experienced personnel designated by the sheriff, or contracted for by the county, or both, to maintain all detention equipment in safe, secure, and fully operative condition at all times. Maintenance should be performed in accordance with methods recommended by manufacturer or vendor of such equipment.

.087. *Inmate Maintenance Prohibited.* Maintenance of locking systems and other security detention devices shall not be performed by inmates.

Doc. No. 781597

## New Lockup Design, Construction, and Furnishing Requirements 217.05.03

This subchapter will pertain specifically to new lockup construction.

This adoption is made under the authority of Article 5115.1, Texas Civil Statutes.

.001. *Lockup Site.* The site should be of sufficient size to provide for the immediate facility and a reasonable projected

Plaintiffs' MSJ Appx. 2372

http://texashistory.unt.edu/ark:/67531/metapth252921/m1/50/med_res/          1/5/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 140

Google Maps   Hutchins State Jail to Christina Melton Crain Unit   Drive 120 miles, 2 h 3 min



Map data ©2016 Google   10 mi

🚗 **via I-35E S**                                                                    **2 h 3 min**
1 h 55 min without traffic                                                              120 miles
⚠️ This route has restricted usage or private roads.

🚗 **via US-67 S**                                                                    **2 h 19 min**
2 h 8 min without traffic                                                                129 miles

🚗 **via US-67 S and TX-174 S**                                                        **2 h 23 min**
2 h 12 min without traffic                                                              129 miles

Measure distance
Total distance: 101.96 mi (164.09 km)