Case 4:14-cv-03253 Document 301-23 Filed on 09/08/16 in TXSD Page 1 of 8



given thrice daily for pretreatment against nerve agent) reduced thermoregulatory vasodilation during moderate exercise in a warm environment,[130] and may potentially impair thermoregulation under more severe heat-stress conditions.

Both chronic and acute disorders may reduce heat tolerance. Untreated hypertension impairs the circulatory responses to heat stress. The effect of treated hypertension on heat tolerance is not known, but there are theoretical reasons for suspecting that some drugs used to treat hypertension may impair heat tolerance.[121] Congestive heart failure substantially impairs both sweating and the circulatory responses to heat stress, and moderate heat exposure worsens the signs and symptoms of congestive heart failure.[53] Neurological diseases involving the thermoregulatory structures in the brainstem can impair thermoregulation. Although hypothermia may result, hyperthermia is more usual and typically is accompanied by loss of sweating and the circadian rhythm. Several skin diseases impair sweating sufficiently that heat exposure, especially combined with exercise, may produce dangerously high body temperatures. Ichthyosis and anhidrotic ectodermal dysplasia can profoundly limit the ability to thermoregulate in the heat. In addition, heat rash (miliaria rubra)[131] and even mild sunburn[132] impair sweating and may reduce tolerance to exercise in the heat. The thermoregulatory effects of heat rash may persist for a week or longer after the appearance of the skin has returned to normal.[131]

## SUMMARY

The body may be divided into an internal core, which includes the vital organs, and a superficial shell. Tissue temperature is fairly uniform throughout the core. Core temperature is regulated by the thermoregulatory system and is relatively unaffected by changes in environmental conditions. The temperature of the shell is not uniform, and varies both from point to point within the shell and with changes in environmental conditions. Most heat exchange between the body and the environment occurs at the skin surface, by convection, radiation, and evaporation. These three modes of heat exchange depend on the temperature and degree of wetness of the skin, and on environmental conditions including air movement, the temperature and moisture content of the air, and the temperatures of radiating surfaces in the environment.

The body controls heat flow between core and skin by controlling skin blood flow. Changes in skin blood flow affect skin temperature, and thus controlling skin blood flow provides a means of influencing heat exchange with the environment by convection and radiation. However, the effect of skin blood flow on heat exchange with the environment is limited in the heat, and the body cannot dissipate heat by convection and radiation if the environment is warmer than the skin. Secretion of sweat wets the skin, and sweating increases evaporative heat loss, as long as the environmental conditions allow the sweat to evaporate. Large amounts of heat can be dissipated by evaporation of sweat: sweat rates of 1L/h (corresponding to a rate of heat loss of about 675 W) can be sustained for many hours, and higher rates can be achieved for shorter periods.

Sweating and skin blood flow are controlled via the sympathetic nervous system, and these responses are graded according to elevations in core and skin temperatures. The operation of the thermoregulatory system is governed by the thermoregulatory set point, which we may think of as the setting of the body's "thermostat." The set point varies in a cyclical fashion, with an amplitude of 0.5 to 1.0 Centigrade degrees, according to time of day and, in women, the phase of the menstrual cycle, and it is elevated during fever.

Vigorous exercise can increase heat production within the body 10-fold or more. Because of the levels of skin blood flow needed for high rates of heat dissipation in a hot environment, exercise and heat dissipation make competing demands on the cardiovascular system. Moreover, if water and electrolytes lost as sweat are not replaced, plasma volume eventually is depleted. For these reasons, heavy exercise in the heat may seriously challenge cardiovascular homeostasis.

Heat tolerance is increased by aerobic exercise training and by acclimatization to heat. Acclimatization to heat develops quickly: the effectiveness of the heat-dissipating arm of the thermoregulatory system and exercise performance in the heat show pronounced improvements within a week. Conversely, poor physical fitness and certain disease states and drugs are associated with impairment of the thermoregulatory responses.



Plaintiffs' MSJ Appx. 2648

TDCJ 85916

## REFERENCES


1. Moritz AR, Henriques FC Jr. Studies of thermal injury, II: The relative importance of time and surface temperature in the causation of cutaneous burns. *Am J Pathol*. 1947;23:695–720.

2. Du Bois EF. *Fever and the Regulation of Body Temperature.* Springfield, Ill: Charles C Thomas; 1948.

3. Aschoff J, Wever R. Kern und Schale im Wärmehaushalt des Menschen. *Naturwissenschaften*. 1958;45:477–485.

4. Gisolfi CV, Wenger CB. Temperature regulation during exercise: Old concepts, new ideas. *Exerc Sport Sci Rev*. 1984;12:339–372.

5. Hessemer V, Brück K. Influence of menstrual cycle on shivering, skin blood flow, and sweating responses measured at night. *J Appl Physiol*. 1985;59:1902–1910.

6. Kolka MA. Temperature regulation in women. *Med Exerc Nutr Health*. 1992;1:201–207.

7. Hensel H. Neural processes in thermoregulation. *Physiol Rev*. 1973;53:948–1017.

8. Sawka MN, Wenger CB. Physiological responses to acute exercise–heat stress. In: Pandolf KB, Sawka MN, Gonzalez RR, eds. *Human Performance Physiology and Environmental Medicine at Terrestrial Extremes*. Indianapolis, Ind: Benchmark Press (now Traverse City, Mich: Cooper Publishing Group); 1988: 97–151.

9. Hardy JD. Physiology of temperature regulation. *Physiol Rev*. 1961;41:521–606.

10. Hensel H. Temperature sensation in man. In: Hensel H, ed. *Thermoreception and Temperature Regulation*. New York, NY: Academic Press; 1981: 18–32.

11. Hensel H. Cutaneous thermoreceptors. In: Hensel H, ed. *Thermoreception and Temperature Regulation*. New York, NY: Academic Press; 1981: 33–63.

12. Bligh J, Johnson KG. Glossary of terms for thermal physiology. *J Appl Physiol*. 1973;35:941–961.

13. Gagge AP, Hardy JD, Rapp GM. Proposed standard system of symbols for thermal physiology. *J Appl Physiol*. 1969;27:439–446.

14. James WPT. From SDA to DIT to TEF. In: Kinney JM, Tucker HN, eds. *Energy Metabolism: Tissue Determinants and Cellular Corollaries*. New York, NY: Raven Press; 1992: 163–186.

15. Webb P. *Human Calorimeters*. New York, NY: Praeger; 1985.

16. Ferrannini E. Equations and assumptions of indirect calorimetry: Some special problems. In: Kinney JM, Tucker HN, eds. *Energy Metabolism: Tissue Determinants and Cellular Corollaries*. New York, NY: Raven Press; 1992: 1–17.

17. Åstrand P-O, Rodahl K. Temperature regulation. In: *Textbook of Work Physiology*. New York, NY: McGraw-Hill; 1977: 523–576.

18. Kuno Y. *Human Perspiration*. Springfield, Ill: Charles C Thomas; 1956: 3–41.

19. Gagge AP, Gonzalez RR. Mechanisms of heat exchange: Biophysics and physiology. In: Fregly MJ, Blatteis CM, eds. *Handbook of Physiology, Section 4, Environmental Physiology*. New York, NY: Oxford University Press for the American Physiological Society; 1996: 45–84.

20. Froese G, Burton AC. Heat losses from the human head. *J Appl Physiol*. 1957;10:235–241.

21. Wenger CB, Santee WR. *Physiological Strain During Exercise–Heat Stress Experienced by Soldiers Wearing Candidate Chemical Protective Fabric Systems*. Natick, Mass: US Army Research Institute of Environmental Medicine; 1988. USARIEM Technical Report T16/88.

22. Hurley HJ, Shelley WB. *The Human Apocrine Sweat Gland in Health and Disease*. Springfield, Ill: Charles C Thomas; 1960: 6–26.

23. Kuno Y. *Human Perspiration*. Springfield, Ill: Charles C Thomas; 1956: 42–97.

24. Eichna LW, Ashe WF, Bean WB, Shelley WB. The upper limits of environmental heat and humidity tolerated by acclimatized men working in hot environments. *J Indust Hyg Toxicol*. 1945;27:59–84.

25. Ladell WSS. Thermal sweating. *Br Med Bull*. 1945;3:175–179.

26. Kuno Y. *Human Perspiration*. Springfield, Ill: Charles C Thomas; 1956: 251–276.

27. Robinson S, Robinson AH. Chemical composition of sweat. *Physiol Rev*. 1954;34:202–220.

28. Åstrand P-O, Rodahl K. Blood and body fluids. In: *Textbook of Work Physiology*. New York, NY: McGraw-Hill; 1977: 129–140.

29. Rowell LB. Cardiovascular aspects of human thermoregulation. *Circulation Res*. 1983;52:367–379.

30. Rowell LB. Cardiovascular adjustments to thermal stress. In: Shepherd JT, Abboud FM, eds. *Handbook of Physiology. Section 2, The Cardiovascular System. Vol 3, Peripheral Circulation and Organ Blood Flow*. Bethesda, Md: American Physiological Society. 1983: 967–1023.

31. Rowell LB. Cardiovascular adjustments to hyperthermia and exercise. In: Shiraki K, Yousef MK, eds. *Man in Stressful Environments: Thermal and Work Physiology*. Springfield, Ill: Charles C Thomas; 1987: 99–113.

32. Fox RH, Edholm OG. Nervous control of the cutaneous circulation. *Br Med Bull*. 1963;19:110–114.

33. Rowell LB. Active neurogenic vasodilatation in man. In: Vanhoutte PM, Leusen I, eds. *Vasodilatation*. New York, NY: Raven Press; 1981: 1–17.

34. Roddie IC. Circulation to skin and adipose tissue. In: Shepherd JT, Abboud FM, eds. *Handbook of Physiology. Section 2, The Cardiovascular System. Vol 3, Peripheral Circulation and Organ Blood Flow*. Bethesda, Md: American Physiological Society. 1983: 285–317.

35. Love AHG, Shanks RG. The relationship between the onset of sweating and vasodilatation in the forearm during body heating. *J Physiol (Lond)*. 1962;162:121–128.

36. Johnson JM, Proppe DW. Cardiovascular adjustments to heat stress. In: Fregly MJ, Blatteis CM, eds. *Handbook of Physiology, Section 4, Environmental Physiology*. New York, NY: Oxford University Press for the American Physiological Society; 1996: 215–243.

37. Sawka MN, Wenger CB, Pandolf KB. Thermoregulatory responses to acute exercise–heat stress and heat acclimation. In: Fregly MJ, Blatteis CM, eds. *Handbook of Physiology, Section 4, Environmental Physiology*. New York, NY: Oxford University Press for the American Physiological Society; 1996: 157–185.

38. Cabanac M. Physiological role of pleasure. *Science*. 1971;173:1103–1107.

39. Hardy JD. Thermal comfort: Skin temperature and physiological thermoregulation. In: Hardy JD, Gagge AP, Stolwijk JAJ, eds. *Physiological and Behavioral Temperature Regulation*. Springfield, Ill: Charles C Thomas; 1970: 856–873.

40. Cunningham DJ, Stolwijk JAJ, Wenger CB. Comparative thermoregulatory responses of resting men and women. *J Appl Physiol*. 1978;45:908–915.

41. Boulant JA. Hypothalamic neurons regulating body temperature. In: Fregly MJ, Blatteis CM, eds. *Handbook of Physiology, Section 4, Environmental Physiology*. New York, NY: Oxford University Press for the American Physiological Society; 1996: 105–126.

42. Jessen C. Interaction of body temperatures in control of thermoregulatory effector mechanisms. In: Fregly MJ, Blatteis CM, eds. *Handbook of Physiology, Section 4, Environmental Physiology*. New York, NY: Oxford University Press for the American Physiological Society; 1996: 127–138.

43. Stolwijk JAJ, Nadel ER. Thermoregulation during positive and negative work exercise. *Fed Proc*. 1973;32:1607–1613.

44. Van Beaumont W, Bullard RW. Sweating: Its rapid response to muscular work. *Science*. 1963;141:643–646.

45. Crockford GW, Hellon RF, Parkhouse J. Thermal vasomotor responses in human skin mediated by local mechanisms. *J Physiol (Lond)*. 1962;161:10–20.

46. Wenger CB, Stephenson LA, Durkin MA. Effect of nerve block on response of forearm blood flow to local temperature. *J Appl Physiol*. 1986;61:227–232.

47. Kuno Y. *Human Perspiration*. Springfield, Ill: Charles C Thomas; 1956: 277–317.

48. Brown WK, Sargent F II. Hidromeiosis. *Arch Environ Health*. 1965;11:442–453.

49. Nadel ER, Stolwijk JAJ. Effect of skin wettedness on sweat gland response. *J Appl Physiol*. 1973;35:689–694.

50. Dobson RL, Formisano V, Lobitz WC Jr, Brophy D. Some histochemical observations on the human eccrine sweat glands, III: The effect of profuse sweating. *J Invest Dermatol*. 1958;31:147–159.

51. Lind AR. A physiological criterion for setting thermal environmental limits for everyday work. *J Appl Physiol*. 1963;18:51–56.

52. Nielsen M. Die Regulation der Körpertemperatur bei Muskelarbeit. *Scand Arch Physiol*. 1938;79:193–230.

53. Burch GE, DePasquale NP. *Hot Climates, Man and His Heart*. Springfield, Ill: Charles C Thomas; 1962.

54. Rowell LB. Competition between skin and muscle for blood flow during exercise. In: Nadel ER, ed. *Problems with Temperature Regulation During Exercise*. New York, NY: Academic Press; 1977: 49–76.

55. Wenger CB. Non-thermal factors are important in the control of skin blood flow during exercise only under high physiological strain. *Yale J Biol Med*. 1986;59:307–319.

56. Eichna LW, Park CR, Nelson N, Horvath SM, Palmes ED. Thermal regulation during acclimatization in a hot, dry (desert type) environment. *Am J Physiol*. 1950;163:585–597.

57. Rowell LB. Human cardiovascular adjustments to exercise and thermal stress. *Physiol Rev*. 1974;54:75–159.

58. Johnson JM, Rowell LB. Forearm skin and muscle vascular responses to prolonged leg exercise in man. *J Appl Physiol*. 1975;39:920–924.

59. Hamilton MT, Gonzalez-Alonso J, Montain SJ, Coyle EF. Fluid replacement and glucose infusion during exercise prevent cardiovascular drift. *J Appl Physiol*. 1991;71:871–877.

60. Montain SJ, Coyle EF. Influence of graded dehydration on hyperthermia and cardiovascular drift during exercise. *J Appl Physiol*. 1992;73:1340–1350.

61. Shaffrath JD, Adams WC. Effects of airflow and work load on cardiovascular drift and skin blood flow. *J Appl Physiol*. 1984;56:1411–1417.

62. Tibbits GF. Regulation of myocardial contractility in exhaustive exercise. *Med Sci Sports Exerc*. 1985;17:529–537.

63. Raven PB, Stevens GHJ. Cardiovascular function and prolonged exercise. In: Lamb DR, Murray R, eds. *Prolonged Exercise*. Indianapolis, Ind: Benchmark Press (now Traverse City, Mich: Cooper Publishing Group); 1988: 43–74.

64. Haight JSJ, Keatinge WR. Elevation in set point for body temperature regulation after prolonged exercise. *J Physiol (Lond)*. 1973;229:77–85.

65. Bean WB, Eichna LW. Performance in relation to environmental temperature. Reactions of normal young men to simulated desert environment. *Fed Proc*. 1943;2:144–158.

66. Eichna LW, Bean WB, Ashe WF, Nelson N. Performance in relation to environmental temperature. Reactions of normal young men to hot, humid (simulated jungle) environment. *Bull Johns Hopkins Hosp*. 1945;76:25–58.

67. Fox RH, Goldsmith R, Kidd DJ, Lewis HE. Acclimatization to heat in man by controlled elevation of body temperature. *J Physiol (Lond)*. 1963;166:530–547.

68. Lind AR, Bass DE. Optimal exposure time for development of acclimatization to heat. *Fed Proc*. 1963;22:704–708.

69. Strydom NB, Williams CG. Effect of physical conditioning on state of heat acclimatization of Bantu laborers. *J Appl Physiol*. 1969;27:262–265.

70. Adolph EF. Life in deserts. In: Visscher MB, Bronk DW, Landis EM, Ivy AC, eds. *Physiology of Man in the Desert*. New York, NY: Interscience; 1947: 326–341.

71. Machle W, Hatch TF. Heat: Man's exchanges and physiological responses. *Physiol Rev*. 1947;27:200–227.

72. Robinson S, Turrell ES, Belding HS, Horvath SM. Rapid acclimatization to work in hot climates. *Am J Physiol*. 1943;140:168–176.

73. Wyndham CH, Benade AJA, Williams CG, Strydom NB, Goldin A, Heyns AJA. Changes in central circulation and body fluid spaces during acclimatization to heat. *J Appl Physiol*. 1968;25:586–593.

74. Horvath SM, Shelley WB. Acclimatization to extreme heat and its effect on the ability to work in less severe environments. *Am J Physiol*. 1946;146:336–343.

75. Pandolf KB, Young AJ. Environmental extremes and endurance performance. In: Shephard RJ, Åstrand PO, eds. *Endurance in Sport*. Oxford, England: Blackwell Scientific Publications; 1992: 270–282.

76. Schickele E. Environment and fatal heat stroke. *The Military Surgeon*. 1947;100:235–256.

77. Pandolf KB, Burse RL, Goldman RF. Role of physical fitness in heat acclimatisation, decay and reinduction. *Ergonomics*. 1977;20:399–408.

78. Henane R, Flandrois R, Charbonnier JP. Increase in sweating sensitivity by endurance conditioning in man. *J Appl Physiol*. 1977;43:822–828.

79. Nadel ER, Pandolf KB, Roberts MF, Stolwijk JAJ. Mechanisms of thermal acclimation to exercise and heat. *J Appl Physiol*. 1974;37:515–520.

80. Gisolfi CV, Cohen JS. Relationships among training, heat acclimation, and heat tolerance in men and women: The controversy revisited. *Med Sci Sports*. 1979;11:56–59.

81. Bass DE. Thermoregulatory and circulatory adjustments during acclimatization to heat in man. In: Hardy JD, ed. Vol 3. *Temperature, Its Measurement and Control in Science and Industry*. Part 3. *Biology and Medicine*. New York, NY: Reinhold; 1963: 299–305.

82. Sawka MN, Toner MM, Francesconi RP, Pandolf KB. Hypohydration and exercise: Effects of heat acclimation, gender, and environment. *J Appl Physiol*. 1983;55:1147–1153.

83. Senay LC Jr. Plasma volumes and constituents of heat-exposed men before and after acclimatization. *J Appl Physiol*. 1975;38:570–575.

84. Rogers GG. Loss of acclimatization to heat in man during periods of no heat exposure [abstract]. *So Afr Med J.* 1977;52:412.

85. Williams CG, Wyndham CH, Morrison JF. Rate of loss of acclimatization in summer and winter. *J Appl Physiol.* 1967;22:21–26.

86. Cleland TS, Horvath SM, Phillips M. Acclimatization of women to heat after training. *Int Z Angew Physiol.* 1969;27:15–24.

87. Stein HJ, Eliot JW, Bader RA. Physiological reactions to cold and their effects on the retention of acclimatization to heat. *J Appl Physiol.* 1949;1:575–585.

88. Collins KJ, Crockford GW, Weiner JS. The local training effect of secretory activity on the response of eccrine sweat glands. *J Physiol (Lond).* 1966;184:203–214.

89. Kraning KK, Lehman PA, Gano RG, Weller TS. A non-invasive dose-response assay of sweat gland function and its application in studies of gender comparison, heat acclimation and anticholinergic potency. In: Mercer JB, ed. *Thermal Physiology 1989*. Amsterdam, The Netherlands: Elsevier; 1989: 301–307.

90. Fox RH, Goldsmith R, Hampton IFG, Lewis HE. The nature of the increase in sweating capacity produced by heat acclimatization. *J Physiol (Lond).* 1964;171:368–376.

91. Höfler W. Changes in regional distribution of sweating during acclimatization to heat. *J Appl Physiol.* 1968;25:503–506.

92. Laaser U. Physiologische Reaktionen während eines fünfwöchigen Daueraufenthaltes in einem künstlichen feuchtheißen Klima. *Int Z Angew Physiol.* 1968;25:279–302.

93. Shvartz E, Bhattacharya A, Sperinde SJ, Brock PJ, Sciaraffa D, Van Beaumont W. Sweating responses during heat acclimation and moderate conditioning. *J Appl Physiol.* 1979;46:675–680.

94. Fox RH, Goldsmith R, Hampton IFG, Hunt TJ. Heat acclimatization by controlled hyperthermia in hot–dry and hot–wet climates. *J Appl Physiol.* 1967;22:39–46.

95. Wenger CB. Human heat acclimatization. In: Pandolf KB, Sawka MN, Gonzalez RR, eds. *Human Performance Physiology and Environmental Medicine at Terrestrial Extremes*. Indianapolis, Ind: Benchmark Press (now Traverse City, Mich: Cooper Publishing Group); 1988: 153–197.

96. Fox RH, Goldsmith R, Kidd DJ, Lewis HE. Blood flow and other thermoregulatory changes with acclimatization to heat. *J Physiol (Lond).* 1963;166:548–562.

97. Wyndham CH. Effect of acclimatization on circulatory responses to high environmental temperatures. *J Appl Physiol.* 1951;4:383–395.

98. Bass DE, Henschel A. Responses of body fluid compartments to heat and cold. *Physiol Rev.* 1956;36:128–144.

99. Bass DE, Kleeman CR, Quinn M, Henschel A, Hegnauer AH. Mechanisms of acclimatization to heat in man. *Medicine.* 1955;34:323–380.

100. Shapiro Y, Hubbard RW, Kimbrough CM, Pandolf KB. Physiological and hematologic responses to summer and winter dry-heat acclimation. *J Appl Physiol.* 1981;50:792–798.

101. Scott JC, Bazett HC, Mackie GC. Climatic effects on cardiac output and the circulation in man. *Am J Physiol.* 1940;129:102–122.

102. Whitney RJ. Circulatory changes in the forearm and hand of man with repeated exposure to heat. *J Physiol (Lond).* 1954;125:1–24.

103. Wood JE, Bass DE. Responses of the veins and arterioles of the forearm to walking during acclimatization to heat in man. *J Clin Invest.* 1960;39:825–833.

104. Collins KJ, Weiner JS. Endocrinological aspects of exposure to high environmental temperatures. *Physiol Rev.* 1968;48:785–839.

105. Harrison MH. Effects of thermal stress and exercise on blood volume in humans. *Physiol Rev.* 1985;65:149–209.

106. Senay LC Jr. Changes in plasma volume and protein content during exposures of working men to various temperatures before and after acclimatization to heat: Separation of the roles of cutaneous and skeletal muscle circulation. *J Physiol (Lond).* 1972;224:61–81.

107. Finberg JPM, Katz M, Gazit H, Berlyne GM. Plasma renin activity after acute heat exposure in nonacclimatized and naturally acclimatized man. *J Appl Physiol.* 1974;36:519–523.

108. Kosunen KJ, Pakarinen AJ, Kuoppasalmi K, Aldercreutz H. Plasma renin activity, angiotensin II, and aldosterone during intense heat stress. *J Appl Physiol.* 1976;41:323–327.

109. Conn JW. The mechanism of acclimatization to heat. *Adv Intern Med.* 1949;3:373–393.

110. Conn JW, Johnston MW. The function of the sweat glands in the economy of NaCl under conditions of hard work in a tropical climate [abstract]. *J Clin Invest.* 1944;23:933.

111. Leithead CS. Water and electrolyte metabolism in the heat. *Fed Proc.* 1963;22:901–908.

112. Braun WE, Maher JT, Byrom RF. Effect of endogenous *d*-aldosterone on heat acclimatization in man. *J Appl Physiol.* 1967;23:341–346.

113. Robinson S, Kincaid RK, Rhamy RK. Effects of desoxycorticosterone acetate on acclimatization of men to heat. *J Appl Physiol.* 1950;2:399–406.

114. Hubbard RW. Effects of exercise in the heat on predisposition to heatstroke. *Med Sci Sports.* 1979;11:66–71.

115. Shvartz E, Meyerstein N. Effect of heat and natural acclimatization to heat on tilt tolerance of men and women. *J Appl Physiol.* 1970;28:428–432.

116. Shvartz E, Strydom NB, Kotze H. Orthostatism and heat acclimation. *J Appl Physiol.* 1975;39:590–595.

117. Maron MB, Wagner JA, Horvath SM. Thermoregulatory responses during competitive marathon running. *J Appl Physiol.* 1977;42:909–914.

118. Pugh LGCE, Corbett JL, Johnson RH. Rectal temperatures, weight losses, and sweat rates in marathon running. *J Appl Physiol.* 1967;23:347–352.

119. Henane R, Valatx JL. Thermoregulatory changes induced during heat acclimatization by controlled hyperthermia in man. *J Physiol (Lond).* 1973;230:255–271.

120. Kok R. Heat tolerance of Bantu undergoing acclimatization [abstract]. *So Afr Med J.* 1973;47:960.

121. Kenney WL. Physiological correlates of heat intolerance. *Sports Med.* 1985;2:279–286.

122. Knochel JP. Heat stroke and related heat stress disorders. *Dis Mon.* 1989;35:301–377.

123. Brundage JF. Editor, *Medical Surveillance Monthly Report.* (Prepared by the Army Medical Surveillance Activity, Directorate of Epidemiology and Disease Surveillance, US Army Center for Health Promotion and Preventive Medicine [USACHPPM], Aberdeen Proving Ground, Md). Personal communication regarding unpublished information, 1997–1998. E-mail address: editor@amsa.army.mil.

124. Stephenson LA, Kolka MA. Effect of gender, circadian period and sleep loss on thermal responses during exercise. In: Pandolf KB, Sawka MN, Gonzalez RR, eds. *Human Performance Physiology and Environmental Medicine at Terrestrial Extremes.* Indianapolis, Ind: Benchmark Press (now Traverse City, Mich: Cooper Publishing Group); 1988: 267–304.

125. Pivarnik JM, Marichal CJ, Spillman T, Morrow JR. Menstrual cycle phase affects temperature regulation during endurance exercise. *J Appl Physiol.* 1992;72:543–548.

126. Kenney WL. Thermoregulation at rest and during exercise in healthy older adults. *Exerc Sport Sci Rev.* 1997;25:41–76.

127. Kolka MA, Levine L, Cadarette BS, Rock PB, Sawka MN, Pandolf KB. Effects of heat acclimation on atropine-impaired thermoregulation. *Aviat Space Environ Med.* 1984;55:1107–1110.

128. Clark WG, Lipton JM. Drug-related heatstroke. *Pharmacol Ther.* 1984;26:345–388.

129. Shibolet S, Lancaster MC, Danon Y. Heat stroke: A review. *Aviat Space Environ Med.* 1976;47:280–301.

130. Stephenson LA, Kolka MA. Acetylcholinesterase inhibitor, pyridostigmine bromide, reduces skin blood flow in humans. *Am J Physiol.* 1990;258:R951–R957.

131. Pandolf KB, Griffin TB, Munro EH, Goldman RF. Persistence of impaired heat tolerance from artificially induced miliaria rubra. *Am J Physiol.* 1980;239:R226–R232.

132. Pandolf KB, Gange RW, Latzka WA, Blank IH, Kraning KK II, Gonzalez RR. Human thermoregulatory responses during heat exposure after artificially induced sunburn. *Am J Physiol.* 1992;262:R610–R616.