UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 163

☀ 54°    🚗                                                    SUBSCRIBE
                                                               as low as 99¢            🔍

                                    my                                    LOG IN 👤

HOME / NEWS / OPINION

TEXAS PRISON DEATHS                                    Resize text  A │ A │ A

# There's a difference between tough and brutal

Posted: 7:00 p.m. Friday, June 14, 2013

By Editorial Board


advertisement

Texas has never had the proclivity for coddling criminals. Few politicians have been punished for adopting a tough-on-crime line in their advertising pitches. But pleasing crowds and governing are distinct arts and require knowing the difference between being tough on crime and being brutal.

A report by the American-Statesman's Mike Ward in Friday's editions indicates that that the state's penal officialdom is still sorting out the difference. A lawsuit filed in Galveston on Thursday alleges that at least 13 prison deaths are attributable to temperatures that shoot above 100 degrees in cell blocks that aren't air conditioned.

The lawsuit, filed by the Austin-based Texas Civil Rights Project, alleges that negligence on the part of prison officials caused the deaths that were recorded in the years since 2007. Of those, 10 were reported in a six-week stretch between July and August 2011. According to the lawsuit, temperatures in the cell blocks climb above 100 degrees. In some prisons, temperatures reportedly topped 149, according to the plaintiffs' attorneys. In those conditions, the misery is shared by both the prisoners and guards. A spokesman for the prison system told Ward precautions are routinely taken to guard against heat-related illness and injury.

"The agency is committed to making sure that all offenders and staff are safe during the extreme heat," said John Hurt, the spokesman.

The family of Robert Allen Webb disagrees. Webb, 50, was a developmentally disabled man whose medical condition made him susceptible to heatstroke. He was serving a short sentence on a drunken driving conviction when he died in the Hodge Unit near Rusk in East Texas. Webb was found on the floor of his cell — a spot

## In this Section

**Mass shootings draw new attention to hospitals' disaster planning**

 **Is ISIS trying to take down the internet?**

**What's next for Uber, Lyft and Austin's fingerprint check ordinance?**

**Activists decry Texas plan for immigrant detention facilities**

 **3 questions facing 'impatient rascal' John Kasich**

 **Grieving dad behind viral Santa photo: 'People may be hiding that they're hurting'**

 **Jeb Bush, sensing**

where prisoners try to cool off – at 3:30 a.m. Aug. 4, 2011.

"My brother laid in that cell and his brain boiled," Sidney Webb told Ward.

A year later, Rodney Adams, 45, died at the Gurney Unit in East Texas from similar heat-related symptoms.

"When he was taken to the infirmary, his body temperature was 109.9 degrees," said his daughter, Ashley Adams. "No one deserves to die so cruelly like this."

In recent years, Sen. John Whitmire, D-Houston and longtime chair of the Senate's Criminal Justice Committee, and ex-State Rep. Jerry Madden, R-Plano, steered the state away from locking up all but the worst offenders. Whitmire called the approach being smart on crime.

Big-box institutions not only serve as colleges of crime; they are litigation magnets as well. Yet, prisons are a necessity in protecting society from violent criminals. But even the most violent are accorded constitutional protection from cruel and unusual punishments. The storied Ruiz lawsuits of the 1970s resulted in reforms, but Texans invested a lot of time and money getting there. The lawsuit involving the heat-related deaths indicates we've got a way to go yet in finding the line between tough and brutal.

The lawyers for the inmates argue that they don't want comfortable prisons — but they are demanding humane ones.

Most prisons were built without air conditioning — a choice that communicates that Texans don't cotton to coddling prisoners. It's a popular posture but may not be a practical one from a legal, health or humane perspective. In some prisons, lawyers said, indoor summer temperatures routinely reach 110 degrees. In one prison near Dallas, the temperature reportedly topped 149, lawyers in the case said.

Scott Medlock, a Texas Civil Rights Project attorney, pointedly noted that "If (prison) officers locked a dog in a hot car, they would go to prison for animal cruelty. Doing this to human beings, no matter what crime they were convicted of, is unconscionable."

The courts will ultimately decide whether locking up prisoners in cell blocks where temperatures routinely climb over 100 degrees constitutes the cruel and unusual punishment the U.S. Constitution forbids.

Meanwhile, legislators should listen to the alarm sounded by the lawsuit and ask themselves if they could work and think well in a


momentum after debate, zeroes in on Donald Trump


Killer Mike should probably interview all candidates, not just Bernie Sanders


Assailed by Republicans, Obama defends his response to terror attacks


Sanders campaign disciplined for breaching Clinton data

Plaintiffs' MSJ Appx. 2717

12/18/15, 5:57 PM

building featuring steel doors with the air conditioning shut off in July and August.

Webb and Adams might not be the most sympathetic figures, but theirs were not death penalty offenses. They died in the state's custody nonetheless.

Since the state still has difficulty distinguishing between tough and brutal, the courts will have to show it the difference.

| PREVIOUS: STATE & REGIONAL | NEXT: OPINION |
|---|---|
| **Federal audit confirms cheating at El ...** | **Young: GOP tents in need of revival** |
| By AP - Associated Press | By John Young - Regular Contributor |

## Popular on MyStatesman.com

**Austin council OKs fingerprint requirement for ride-hailing...**

**What's next for Uber, Lyft and Austin's fingerprint check...**

**McCallum High teacher investigated for improper relations with...**

**Guns are now killing as many people as cars in the U.S.**

**Former Westlake teacher charged with sexual contact with 2...**

This website is for subscribers; please **Sign in** or **Get Access** to read or post comments.




advertisement



### Read Today's Paper Online

Still like to read the newspaper in the familiar page-by-page format? Great news! Digital versions of today's paper are available on your computer or tablet. And it's included in your subscription.

| Learn More | Read |
|---|---|



### We're Listening

We hope you're enjoying MyStatesman.com, our premium website exclusively for subscribers. Please tell us what you like and what we can do to make it even better by completing a brief survey.

| Take The Survey |
|---|

Case 4:14-cv-03253   Document 302-8   Filed on 09/08/16 in TXSD   Page 5 of 24

NEWS ▶        CUSTOMER SERVICE ▶        MARKETPLACE ▶        SOCIAL MEDIA ▶

© 2015 Cox Media Group. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices ▷. Learn about careers at Cox Media Group

Plaintiffs' MSJ Appx. 2719

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 164




FALL CLASSES BEGIN **AUGUST 29**
Get started & contact an advisor now. ›
**ACC**

*Mike Ward*
*American-Statesman Staff* 

# Guards to join convict litigation over hot state prisons

🖪 🐦 🔗    COMMENT

🕐 4:04 p.m. Thursday, Aug. 29, 2013 | Filed in: **News**



## MyStatesman

**Get complete, in-depth analysis and more with our interactives**

**Access to MyStatesman included for Statesman subscribers.**    EXPLORE ➡

---

### SIGN UP FOR NEWSLETTERS

Want more news? **Sign up** for free newsletters to get more of the Statesman delivered to your inbox.

The union that represents Texas' correctional officers on Thursday announced its support for lawsuits filed over the deaths of at least 14 convicts in sweltering state prisons, saying the lockups should be cooled to relieve unbearable and dangerous conditions.

At a time when civil-rights lawsuits are pending in several Southern states, where the summer heat is hottest and most state prisons are not air conditioned, the development could add new impetus to a public debate in Texas over whether the time has come for some form of cooling systems.

At a press conference in Austin, Lance Lowry, president of a Huntsville-based local of the American Federation of State County and Municipal Employees, said the union plans to join in pending litigation — including a possible request for federal court intervention over temperatures inside prisons that he said can reach 130 degrees on some days.

"These conditions are dangerous to both the employees and the inmates," he said, noting that for officers to agree with convicts on litigation against the Texas Department of Criminal Justice is highly unusual. "It's time for the state to modernize its system … at least to comply with its own standard for county jails that says the temperature can't exceed 85 (degrees)."

Brian McGiverin, a prison rights attorney with the Austin-based Texas Civil Rights Project, said having correctional officers behind the push for air-handling systems to be installed in prisons could help persuade state officials to make the change — even though the union has a small membership among the 30,000 correctional employees at 109 state prisons.

In response, prison officials disputed the suggestion that summer conditions inside prisons are dangerous.


Ads by Rubicon Project
**FREE Online Courses** Get the skills you need to land the job you wan
**START LEARNING NO**
 edX

### 4 QUICK QUESTIONS

### MOST READ

1. Washington Post poll: Cli and Trump locked in dea heat in...

2. Dallas Morning News: Do vote for Donald Trump

"The well-being of staff and offenders is a top priority for the agency and we remain committed to making sure that both are safe during the extreme heat," said Jason Clark, a prison spokesman. "TDCJ takes precautions to help reduce heat-related illnesses such as providing water and ice to staff and offenders in work and housing areas, restricting offender activity during the hottest parts of the day, and training staff to identify those with heat related illnesses and refer them to medical staff for treatment."

Officials have previously estimated the cost of installing air-cooling units at more than $55 million. Prison officials said several months ago they have no plans to air-condition additional prisons. Currently, only 19 medical units and special-needs lockups are cooled now.

McGiverin said that many of the older Texas prisons are actually cooler than the dozens of newer ones built during the 1980s and early 1990s that are basically "a series of hot boxes for people to bake in."

Both he and Lowry criticized prison officials for their recent decision to spend more than $700,000 on six new pig barns equipped with a "climate-controlled environment" to ensure the hogs don't overheat or get cold in the winter. The barns will be for mothers to birth their piglets, officials said.

"It's despicable that state officials care more for their livestock than their people," McGiverin said. "The management of this system is grossly indifferent … It's a travesty."

Unlike in other states, mostly those to the north where cooler summer temperatures are the norm, most Texas prisons are not air conditioned. State prisons in Louisiana, Mississippi, Florida, Alabama and Florida are not cooled, a fact that Texas officials cite as proof their prisons are not dangerous.

In Arkansas, though, prison policy calls for summertime cell temperatures ranging from 74 to 78 degrees in its 19 prisons. Shea Williams, a spokesperson for the Arkansas Department of Correction, said the state's lockups were air-conditioned starting in the late 1970s.

"Obviously, in the summertime in the South, it makes it a more desirable place to work," she said.

In Louisiana, court-ordered monitoring revealed heat indexes as high as 110 degrees in July and early August, according to filings by convict attorneys. Actual temperatures generally are lower than heat indexes.

Such temperatures and heat indexes could violate the 8th Amendment's prohibition against cruel and unusual punishment, according to a July 2012 decision by the 5th U.S. Circuit Court of Appeals.

A temperature log at the Hutchins State Jail outside Dallas shows heat indexes of 150 degrees July 19, 2011, among other readings reaching well over 100 degree at other times that same day. In general, the outside air temperatures recorded at those times were about 10 degrees cooler.

3. War against grackles escalates with hawk on pa in Waco

**THINGS TO DO**



**Joanna Newsom**
@Austin City Limits Live
Wed, Sep 7 6:30 pm

**Newsies**
@Bass Concert Hall
Tue, Sep 27 8:00 pm

**TAUK w/ Mamafesta at Par**
@Parish Austin
Thu, Nov 10 8:00 pm

Add Event +

For Lowry and other Texas correctional officers, working in temperatures that hover around 100 degrees in summer months is too much — especially for correctional officers who are on heat-sensitive medication, are obese or have hypertension and other health issues.

"It feels like you're working inside a convection oven," said Lowry, a 13-year veteran. And the large fans that have been installed in prisons, "just blow hot air … . The noise can drown out cries for help, even calls on the radio."

---

**VIEW COMMENTS**  0



**PROMOTED STORIES**                                   Sponsored Links by Taboola ▷

**Why This Razor Is Expected To Have A Massive 2017**
Harry's - Ad

**You're In For A Big Surprise in 2016 If You Own A Home in Texas**
Comparisons.org Quotes - Ad

**Austin: This Meal Service is Cheaper Than Your Local Store**
Home Chef - Ad

**20 Things Bewitched Producers Hid From Fans**
Trend Chaser - Ad

**The 21st-century photo booth for the modern day entrepreneur**
Selfie Station - Ad

**Barbara Corcoran's Advice About Credit Card Debt Could Surprise You**
Bills.com - Ad

## MORE FROM STATESMAN.COM    [ TOPICS ⌄ ]



ITT Tech shuts down; students may be eligible for loan forgiveness



Answers to 7 questions ITT students may have





NATION & WORLD ➔

Duck tortured, killed, left between 2 kids' car seats

NATION & WORLD ➔

Should Brock Turner be referred to as a rapist?

STATE ➔

via San Antonio Express-News

New Braunfels ex-mayor arrested, accused of forcing way into home

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 165

## Correctional Institutions Division
### Inter-Office Communications

| | | | |
|---|---|---|---|
| **To:** | Sanders, Sandrea | **Date:** | July 22, 2011 |
| | Lieutenant Correctional Officer | | |
| **From:** | Clark, Richard | **Subject:** | McCollum, Larry #1721640 |
| | Correctional Officer | | |

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § |
| PLAINTIFFS | § |
| | § |
| v. | § CIVIL ACTION NO. |
| | § 4:14-cv-3253 |
| | § JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § |
| DEFENDANTS | § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 166

RTSA OUTBASKET PRINT

MESSAGE ID: 221950        DATE: 07/29/11   TIME: 01:33PM   PRIORITY: 000

SUBJECT:   OFFENDER DEATH


EAC USE ONLY:  DATE REPORTED:.....................TIME REPORTED:..........

EMERGENCY ACTION CENTER INCIDENT NO:  E - 10671 - 07 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -    ..      ..    ..
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HJ   REGION II  DATE OCCURRED: 07 / 28 / 2011  TIME OCCURRED: 3335P
SPECIFIC LOCATION: MTCU-RM 911
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
      A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES     NO
WAS INCIDENT RACIALLY MOTIVATED:     YES  X NO


OFFENDER INFORMATION

| OFFENDER NAME (LAST, FIRST M) | TDCJ NO | CUST | RACE | SEX | AGE | INJ | A-V |
|---|---|---|---|---|---|---|---|
| MCCOLLUM, LARRY | 1731640 | MR | W | M | 58 | N | |


WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL; 5200 HARRY HINES BLVD.; DALLAS, TX 75246
TREATMENT: N/A


EMPLOYEE INFORMATION

| NAME (LAST, FIRST M) | SSN | RACE | SEX | AGE | RANK |
|---|---|---|---|---|---|
| | | | | | |


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 28 / 2011   TIME: 33 : 35 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CHARLES OWENS, MD
COUNTY WHERE DEATH OCCURRED: DALLAS

DATE OF JUDICIAL NOTIFICATION

HUNTSVILLE FUNERAL HOME NOTIFIED X YES      NO

JUSTICE OF PEACE NOTIFIED: X YES      NO

## DESCRIPTION OF WEAPON(S) CONTRABAND

N/A

## CHEMICAL AGENT INFORMATION

| AMOUNT | LIST TYPE | AUTHORIZATION |
|--------|-----------|---------------|
| N/A    |           |               |

WAS TEAM AUTHORIZED   YES X NO    DECONTAMINATED   YES X NO   INJURIES   YES X

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO THIS INCIDENT?
YES      NO X

### IF YES, INDICATE APPLICABLE

| | |
|---|---|
| PARCEL SCANNER | N/A |
| WALK THROUGH METAL DETECTOR | N/A |
| HAND HELD METAL DETECTOR | N/A |
| B.O.S.S. CHAIR | N/A |
| VIDEO SURVEILLANCE | N/A |
| HEARTBEAT DETECTION SYSTEMS | N/A |
| BODY ALARM | N/A |
| PERIMETER FENCE DETECTION SYSTEMS | N/A |
| STAB-RESISTANT VEST | N/A |
| NARCOTIC DETECTOR CANINE | N/A |
| CELL PHONE DETECTOR CANINE | N/A |
| PACK CANINES | N/A |
| S.A.R. CANINES | N/A |
| CONTRABAND INTERDICTION SHAKEDOWN TEAM | N/A |
| OTHER: N/A | |

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S) IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON THURSDAY, JULY 28, 2011, AT 2335  HOURS, THE HUTCHINS UNIT ADMINISTRATION
  REPORTED AN OFFENDER DEATH BY RESPIRATORY FAILURE/ NEUROLOGICAL FAILURE OF
OFFENDER MCCOLLUM, LARRY, TDCJ  1721640/ NR PROCESSING, A 58 YEAR-OLD WHITE
MALE STANDING 5'10" TALL AND WEIGHING 320 POUNDS; SERVING A 12-MONTH SENTENCE
  FOR FORGERY OUT OF MCLENNAN COUNTY,

ON THURSDAY, JULY 28, 2011 AT APPROXIMATELY 1735 HOURS, THE BREATHING TUBES
WERE REMOVED FROM OFFENDER MCCOLUM AND AT 2335 HOURS, DR. CHARLES OWENS AND
INTERN PHYSICIAN RIGOBERTO RAMIREZ PRONOUNCED THE OFFENDER DECEASED.
MR. MICHAEL KECK OF THE OFFICE OF THE INSPECTOR GENERAL TOOK POSSESSION OF
THE REMAINS. UPON COMPLETION OF THE OIG INVESTIGATION, THE REMAINS WERE TAKEN
  TO THE MORGUE AT PARKLAND HOSPITAL. CARNES FUNERAL HOME IN TEXAS CITY, TX.,
WAS CONTACTED AT 0000 HOURS. OFFENDER MCCOLLUM'S NEXT OF KIN WAS PRESENT AT
THE TIME OF DEATH AND AN AUTOPSY HAS BEEN REQUESTED. ARRANGEMENTS ARE BEING
MADE FOR THE FAMILY TO CLAIM AND TAKE POSSESSION OF THE REMAINS. ANY FURTHER
ADDITIONAL INFORMATION WILL BE FORWARDED AS IT IS RECEIVED.

CHAPLAIN MR. DAVE BARLTOFF WAS NOTIFIED AT 2354 HOURS. NOTIFIED TO
MR. ROBERT EASON WAS NOTIFIED AT 0000 HOURS. REGIONAL DIRECTOR
CUSTODY CENTER WAS NOTIFIED AT 0101 HOURS AND ISSUED AN INCIDENT NUMBER OF
I-16521-07-11.

(SEND ADDITIONAL INFORMATION TO HQEACO) INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SANDREA SANDERS
AUTHORIZED BY: SENIOR WARDEN JEFF PRINGLE          DATE: 07 / 29 / 2011

Sent to:    HJEAC
                            (list)
                                                            (to)

```
***                                                        ...FACILITY
                S Y S M   O U T R A C K E T   P R I N T

MESSAGE TO: 933005        DATE: 07/32/11   TIME: 03:31am  PRIORITY: 009

SUBJECT:    OFFENDER DEATH


·THE HUTCHINS UNIT REPORTS THAT ON THURSDAY, JULY 28, 2011, AT 3335
HOURS, OFFENDER MCCOLLUM, LARRY, TDCJ# 1721640 WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN DALLAS, TEXAS. THE
PRELIMINARY CAUSE OF DEATH WAS RESPIRATORY FAILURE/ NEUROLOGICAL
FAILURE. OFFENDER MCCOLLUM'S NEXT OF KIN, MS. SANDRA MCCOLLUM, WAS
PRESENT AT THE TIME OF DEATH. MS. MCCOLLUM'S ADDRESS IS 4022 E. HARRIS
#9, WACO, TEXAS, 76705. CARNES FUNERAL HOME WAS CONTACTED CONCERNING
THE DEATH AND COORDINATED WITH CONNELY-COMPTON FUNERAL HOME IN WACO,
TEXAS FOR THE DISPOSITION OF THE REMAINS.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:    HQCR001
            SSA6071             CLASS, RECORDS OFFICE
            SHACK               SANDERS, SANDREA          (to)
                                (list)                    (to)
                                                          (to)
```

# SERIOUSLY/CRITICALLY ILL
# NOTIFICATION REPORT

Name: Larry McCollum_____ TDCJ# :1721640_____ Race: White_____ Sex: Male____

DOB:___04/04/1953_____ Unit Of Assignment:___Hutchins_____ SERIOUS ☒

## *The Following Notifications Were Made:*

Unit Warden/designee: Jeff Pringle_____ Time:__7:00 am___ Date:__07/22/11____
Name

By E-mail ☐        In Person ☐        By Fax ☐        By Phone ☒

Notified By Whom:__Assistant Warden Balden Polk____ Time: 7:00 am_ Date: 07/22/11____

Chaplain:__Gene Bartholf_____ Time:_9:00 am___ Date:_07/22/11_____
Name

Notified By Whom:___Captain Kyron Session_____ Time:_9:00 am__ Date: 07/22/11____

## *Person Contacted: (listed as emergency contact on travel card)*

Name___Mrs. Sandra McCollum_____ Relationship_____Wife_____

Address___4022 E. Harrison #9  Waco, Texas 76705_____

Phone number___254-539-2623_____

Contacted By Whom: Asst. Warden Balden Polk_____ Time___8:30 am__ Date_07/28/11___

Medical Condition Indicated by Doctor: Respiratory/Neurological_____

Time _8:13 am___ Date ___07/22/11_ Doctor's Name: Kevin Ross Davidson  M. D._

Hospital:_Parkland_____City___Dallas_____

Comments:___N/A_____

_____

Classification & Records Contact Person:___N/A_____

Notified By Whom: N/A_____ Time: N/A__ Date _N/A_____

**Other Pertinent Information** (Should include date and time offender arrived at the unit, offender's conditions, and any other relevant information.)

Offender McCollum arrived on the Hutchins Unit on July 15, 2011 from McClennan County, Texas.
He was sentenced to serve a 12 month sentence for forgery. Offender McCollum was prescribed
medication for hypertension._____

Time: 10:30 am_____        Date_07/22/11___

## *Report Completed*
*by:*        *Balden Polk*_        *Assistant Warden*
Name                    Title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 167

**From:** Sandrea Sand___/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ
**cc:** Delia Hale/Institutional/TDCJ@TDCJ, Christopher Hernandez/Institutional/TDCJ@TDCJ, Kevin Brown/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Friday, July 22, 2011 07:57AM
**Subject:** Off-site Medical Transport (McCollum, Larry #1721640)

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

   Be advised that on the above date and at approximately 0330 0246 ㉙ during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

Copy of OIG case to Support Litigation on 12.17.2012 by ce
Plaintiffs' MSJ Appx. 2734

OIG–215

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 168

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:**  All concerned                    **Date:**  July 22, 2011

**From:** Lieutenant Sandrea Sanders          **Subject:**  McCollum, Larry #1721640

On Friday July 22, 2011, at approximately 0230 hours, Officer Richard Clark, COV, was in C7 dorm conducting count. An unidentified offender approached the officer and stated that his cellie was shaking. At that time, Officer Clark went to the bunk in question, C7-46 and found offender McCollum, Larry TDCJ# 1721640, a White, male, J2, 58 years-old, serving a 1-year sentence out of McLennan County for Forgery, having a seizure. Officer Adeotun Jolayemi, COIV, was assigned to C5-8 building as well. When she came to the dorm to count, she was notified by Officer Clark that the offender needed medical assistance. Officer Jolayemi initiated ICS, calling for additional staff, a video camera and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk and calm the offender in an effort to get a response from offender McCollum. This was to no avail. Offender McCollum continued to seize for several more minutes. At approximately 0240 hours, I, Lieutenant Sandrea Sanders, arrived at C7 dorm to make an assessment. Offender McCollum was still seizing and I then contacted the Crain Unit and spoke with triage nurse. The nurse could not find any medical information in the system that verified the offender having any seizure disorder therefore she recommended that the offender be transported to the hospital via ambulance. At approximately 0300 hours, offender McCollum was transported via ambulance from the Hutchins Unit to Parkland Hospital. Officer T. Cain, CO5 and Officer T. Inniss, CO4 served as the transport officers. Duty Warden Balden Polk was notified of the incident and the transport at approximately 0330 hours. Warden Jeff Pringle was notified at approximately 0500 hours.

Copy of OIG case to Support Litigation on 12 17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 169

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communications

TO: ___To Whom It May Concern___          DATE: ___July 22, 2011___

FROM: ___Sgt. Tate___          SUBJECT: ___Offender McCollum C7___

At approx. 0300am I was called to C2 building regarding a offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure, I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional staff was called to assist in removing him from the bunk. Lt Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The Transport left the Unit at Approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank You, Sgt. Tate

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING AND VIEWING PROHIBITED