UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 170

## BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS

COUNTY OF Walker

RE: 3:12-CV-02037; Stephen McCollum, et al v. V. Livingston, et al

BEFORE ME, the undersigned authority, personally appeared Nathan Ward, who, being duly sworn by me, deposed as follows:

"My name is Nathan Ward. I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

"I am employed as a Regional Manager with the Office of the Inspector General (OIG) – Texas Department of Criminal Justice. I am the custodian of the attached records of the OIG. These records are kept by the OIG in the regular course of business, and it was the regular course of business of the OIG for an employee or representative of the OIG, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The attached record is an exact duplicate of the record on file with the Office of the Inspector General in Criminal Case File No. 2011.03006 concerning Offender Larry McCollum, TDCJ No. 01721640, as of the date of this affidavit.

_Nathan Ward_
Nathan Ward
Regional Manager
Office of the Inspector General

SWORN TO AND SUBSCRIBED before me on this the 14th day of December 2012.

_Celia A Eastham_

NOTARY PUBLIC in and for
The State of Texas
Printed Name: Celia A Eastham
My commission expires: January 31, 2016

Celia A Eastham
Notary Public - State of Texas
My Commission Expires 1-31-2016

1

Investigation Updates

http://10.236.154.44:8180/casemgmt/pages/BlankInvestigationUpdate.

## Summary Investigative Activities
### Case Number:2011.03006

| DATE & INITIAL | ACTION/COMMENTS |
|---|---|
| 2011-07-29 00:00:00.0 MRK | Assigned to Region-A |
| 8/2/11 | Case Assigned to Investigator : MICHAEL KECK |
| 8-9-11 | Recieved Case file. M. Keck #246. |
| 2-13-12 | Case audit. B.Jones |
| 6/20/12 | L. HARDING #195 Case Audit |
| 7-13-12 | Submitted for Review to Lt. Harding. M. Keck #246 |
| 7/17/12 | O.Sulet - Recvd for review |
| 7/24/12 | Harding #195 - Reviewed - to Capt Slater. |
| 7-26-12 | OK with Correction - Capt. Rite |
| 7/26/12 | Harding - emailed Keck |
| 8/2/12 | Harding - recd Corrected Rpt - to Records le |
| 8/7/12 | KEP Closed. Unable to correct date of incident in Case Mgmt to 7/28/11 (date of death), due to no longer being able to view/edit TDCJ report to information. |

RECEIVED
AUG 0 7 2012
OFFICE OF THE
INSPECTOR GENERAL

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2741

McCollum 01453

Criminal Case Parties

http://10.236.154.44:8180/casemgmt/pages/criminalParties.



You are Logged in as **MICHAEL KECK** in Production Environment

## Criminal Case Parties

| Case #: 2011.03006 | Incident Date: 07/22/2011 | | Incident Time: 03:30:00 | | Incident Location: Hutchins State Jail | | | ☑ No Suspect | |
|---|---|---|---|---|---|---|---|---|---|

| | Select | Last Name | First Name | Party Type | Person Type | DOB | SID # | SSN | TDCJ Number | Sex | Unknown Suspect / Victims |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | MCCOLLUM | LARRY | Victim | Offender / Parole | Apr 4, 1953 | 03950494 | ███ | 01721640 | Male | |
| | ☐ | SANDERS | SANDREA | Named | Employee | Jan 10, 1977 | | ███ | | Female | |
| | ☐ | BOWSER | TASHAWNA | Witness | Employee | May 20, 1987 | | ███ | | Female | |
| | ☐ | RAYFORD | HASKELL | Witness | Employee | Jan 3, 1974 | | ███ | | Male | |
| | ☐ | Pinckard | Keith | Witness | Civilian | | | | | Male | |

Search Parties To Add    Add Unknown Party    View Detail    Save    Delete    Undo All    Back    Case Main

Statutes

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2742

McCollum 01454

7/12/2012 2:54 PM



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFICE OF THE INSPECTOR GENERAL

## INCIDENT / INVESTIGATION REPORT

| | STATUTE 1: | CRIME CLASS: | DESCRIPTION: | | ORI#: 236075C | CASE #: 2011.03006 |
|---|---|---|---|---|---|---|
| | CCP 49.18 | | Death In Custody- Attended (Accidental) | | | |
| | STATUTE 2: | CRIME CLASS: | DESCRIPTION: | | | |
| | STATUTE 3: | CRIME CLASS: | DESCRIPTION: | | | |

**Incident Data**

| DATE OF INCIDENT: 7/28/2011 | DAY: Friday | TIME: 11:35 p.m. | DATE REPORTED: 7/28/2011 | TIME REPORTED: 11:37 p.m. | INVESTIGATED BY: Michael Keck |
|---|---|---|---|---|---|

| LOCATION OF INCIDENT: Hutchins State Jail, Building C7 | COUNTY OF OFFENSE /CODE: Dallas / 057 | TYPE OF PREMISES: State Prison |
|---|---|---|

**Reportee**

| PERSON REPORTING INCIDENT: NAME: (LAST, First, MI) Sanders, Sandrea | DOB: | RACE: B | SEX: Female | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|

| HOME ADDRESS: | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: |
|---|---|---|---|

| BUSINESS ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | EMPLOYER: Texas Department of Criminal Justice |
|---|---|

| OCCUPATION: Lieutenant of Correctional Officers | ADDITIONAL INFORMATION: |
|---|---|

**Victim**

| VICTIM #1: NAME: (LAST, First, MI) McCollum, Larry Gene | DOB: | RACE: W | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: 1721640 |
|---|---|---|---|---|---|

| HOME ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: |
|---|---|---|---|

| BUSINESS ADDRESS: | EMPLOYER: |
|---|---|

| OCCUPATION: TDCJ Offender | ADDITIONAL INFORMATION: |
|---|---|

**Witness**

| WITNESS #1: NAME: (LAST, First, MI) Bowser, Tashawna | DOB: | RACE: B | SEX: Female | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|

| HOME ADDRESS: | | PRIMARY TELEPHONE #: 972-225-1304 | SECONDARY TELEPHONE #: |
|---|---|---|---|

| BUSINESS ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | EMPLOYER: Texas Department of Criminal Justice |
|---|---|

| OCCUPATION: Correctional Officer | ADDITIONAL INFORMATION: |
|---|---|

ADDENDUM ATTACHED NO

**SUMMARY:**
On July 22, 2011, Offender Larry McCollum, TDCJ # 1721640, was discovered by security staff of the Hutchins State Jail having seizures while in his assigned bed. McCollum was transferred by ambulance to Parkland Hospital in Dallas, Texas. McCollum was admitted to the Intensive Care Unit and treated for hyperthermia. His condition continued to worsen and on July 28, 2011, he was pronounced dead at 11:35 p.m.

| Investigator's Signature | ID# 246 | DATE 7-31-12 |
|---|---|---|
| Approving Supervisor's Signature | ID# 195 | DATE 8/2/12 |

CC-0240 Draft (05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2743

McCollum 01455

INCIDENT/INVESTIGATION REPORT ⬡ ⬡ CASE #: 2011.03006

## ADDITIONAL: VICTIMS, WITNESSES OR NAMED PARTIES

| Witness #2 Rayford, Haskell | DOB: | RACE: B | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 972-225-1304 | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: 1500 E. Langdon Rd., Dallas, Texas 75241 | | | EMPLOYER: Texas Department of Criminal Justice | | |
| OCCUPATION: Correctional Officer | | | | | |

| Witness #3 Pinckard, Keith | DOB: | RACE: W | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 214-920-5900 | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: 2355 North Stemmons Freeway . Dallas, Texas 75207 | | | EMPLOYER: Southwestern Institute of Forensic Sciences | | |
| OCCUPATION: Medical Examiner | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | | EMPLOYER: | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | | EMPLOYER: | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | | EMPLOYER: | | |
| OCCUPATION: | | | | | |

| # | DOB: | RACE: | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE #: | |
| BUSINESS ADDRESS: | | | EMPLOYER | | |
| OCCUPATION: | | | | | |

_Michael R. Beck_
Investigator's Signature     246     7-31-12
                            ID#      DATE

_Gu_
Approving Supervisor's Signature     ID#     DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2744

McCollum 01456

INCIDENT/INVESTIGATION REPORT

CASE #: 2011.03006

## INTRODUCTION:

My name is Michael Keck; I am a Criminal Investigator with the Texas Department of Criminal Justice, Office of the Inspector General, Investigations Division- Region A and I conducted this investigation.

## REPORTEE'S STATEMENT:

Lieutenant Sandrea Sanders of the Hutchins State Jail called and reported that Offender Larry McCollum had died on July 28, 2011, at 11:35 p.m. at Parkland Hospital in Dallas, Texas.

## CRIME SCENE DESCRIPTION:

This incident occurred at the Texas Department of Criminal Justice, Hutchins Unit, located at 1500 E. Langdon Rd., Dallas, Texas, 75241. Specifically, this incident occurred at Building C7 Dorm. This building is constructed of metal and houses inmates in a dorm style setting. There are multiple bunk beds, with top and bottom beds, constructed of metal. However, this incident concluded at Parkland Hospital's Intensive Care Unit.

## INVESTIGATOR'S NARRATIVE:

On July 22, 2011, at approximately 3:00 a.m., Offender McCollum, Larry, TDCJ # 1721640, was discovered by Hutchins State Jail Security Staff in his assigned bunk having a seizure. McCollum was taken to the medical department where it was determined he should be transported to a local hospital. McCollum was transported to Parkland Hospital in Dallas, Texas, and his condition was assessed. McCollum was listed in critical condition and placed on a ventilator. McCollum was admitted to the Intensive Care Unit.

On July 28, 2011, I received a call from Lt. Sandrea Sanders of the Hutchins State Jail at 11:37 p.m. She stated that Offender Larry McCollum, TDCJ # 1721640, who was at Parkland Hospital died at 11:35 p.m. this date. I responded to Parkland Hospital in Dallas and arrived at 12:32 a.m. I went to the ICU Room 911 where Correctional Officers Tashawna Bowser and Haskell Rayford identified the body of Offender McCollum to me. I examined and photographed the body and did not find any evidence of assault or trauma. I completed the Investigator's Report of Custodial Death. I made contact with Offender McCollum's daughter, and informed her I would be investigating the death of Offender McCollum. I spoke with Kristi George of the Dallas County Medical Examiner's Office who advised that they would be conducting an autopsy. Also, I spoke with Dr. Charles Owens who advised that death may have been caused by hyperthermia and he wanted an autopsy. I cleared the scene at 1:20 a.m. and escorted the body to the Parkland Hospital Morgue where it was secured until release to the Dallas County Medical Examiner.

I conducted an interview with Correctional Officer Tashawna Bowser. Bowser gave a voluntary written statement. Bowser stated that on July 28, 2011, she was assigned to maintain custody of Offender McCollum at Parkland Hospital ICU Room 911. Bowser stated that on July 28, 2011, at approximately 11:35 p.m., McCollum died. Bowser stated that she maintained care and control of McCollum's body until I arrived and she was relieved by her supervisor.

I conducted an interview with Correctional Officer Haskell Rayford. Rayford gave a voluntary written statement. Rayford stated that on July 28, 2011, he was assigned to maintain custody of Offender McCollum at Parkland Hospital ICU Room 911. Rayford stated that on July 28, 2011, at approximately 11:35 p.m., Dr.

Investigator's Signature

ID# 246   DATE 7-31-12

Approving Supervisor's Signature

ID#   DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01457

CASE #: 2011.03006

Charles Owens pronounced McCollum dead. Rayford stated that the family of McCollum exited Room 911 at approximately 11:40 p.m. and that the scene was secured until he was relieved by his supervisor.

Medical records from Parkland Hospital indicated that McCollum arrived at the emergency room unresponsive, hypertensive with blood pressure 200/150, and he had a body temperature of 109.4 degrees Fahrenheit. McCollum was admitted to the Intensive Care Unit for six days and was treated for hyperthermia and multi-organ failure. After a very poor prognosis, his family opted to discontinue treatment, and McCollum's condition worsened until he died.

Medical records from the University of Texas Medical Branch (UTMB)/Correctional Managed Care indicate that McCollum was received from McClennan County, Texas, County Jail on July 15, 2011, with a history of hypertension. While in McClennan County Jail, McCollum was prescribed Clonidine, 0.1 milligrams, once per day. During the intake health screening at the Hutchins State Jail, the Clonidine was discontinued and McCollum was prescribed Hydrochlorthiazide, 25 milligrams, orally, once per day.

On July 22, 2011, at 8:00 a.m., an interior temperature reading of C Building was 86 degrees Fahrenheit taken by the Hutchins State Jail Risk/Safety Manager. A TDCJ temperature log recorded by security staff indicates the outside air temperature at 7:30 a.m. was 81 degrees Fahrenheit with a heat index of 84 degrees. TDCJ Security Staff records outside temperatures from 6:30 a.m. to 6:30 p.m. at the G security control building.

On July 29, 2011, Doctor Keith Pinckard of the Southwestern Institute of Forensic Sciences, Office of the Medical Examiner conducted a full autopsy examination of McCollum. I received a copy of Autopsy Report # IFS-11-10161-ME authored by Doctor Pinckard. The report indicated that McCollum died as the result of hyperthermia. The report indicated contributing factors included being in a hot environment without air conditioning, morbid obesity (McCollum's Body Mass Index = 49.5), and treatment with a diuretic, Hydrochlorthiazide, for hypertension. Doctor Pinckard listed the manner of death as an accident.

Based on the autopsy report, medical history, and medical records, the cause of death for Offender Larry McCollum was determined to be hyperthermia and the manner of death was accidental. No criminal offense occurred.

## VICTIM(S):
*Larry McCollum, TDCJ # 1721640, Offender, Hutchins State Jail- Deceased*

## SUSPECT(S):
None

## WITNESSES:
1. *Tashawna Bowser, Correctional Officer, Hutchins State Jail* – Bowser can testify that she was at the hospital at the time of McCollum's death and maintained custody of the body until properly relieved.

2. *Haskell Rayford, Correctional Officer, Hutchins State Jail* – Haskell can testify that he was at the hospital at the time of McCollum's death and maintained custody of the body until properly relieved.

Investigator's Signature                                    ID# 246        DATE 7-31-12

Approving Supervisor's Signature                           ID#             DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01458

3. *Keith Pinckard, Medical Doctor, Medical Examiner's Office* – Pinckard can testify that he performed an autopsy on McCollum's body and to his findings, conclusion, and manner of death.

## EVIDENCE:

1. One compact disc containing digital photographs taken of McCollum deceased at Parkland Hospital. Compact disc was secured under Inventory # 2011.03006.0001 at the Hutchins State Jail, OIG Evidence Locker in Room G0250.

## DISPOSITION:

Based on the autopsy report, medical history, and medical records, the cause of death for Offender Larry McCollum was determined to be hyperthermia and the manner of death was accidental, this case is being **Administratively Closed.**

## ATTACHMENTS:

1. Certificate of Death # 142-11-095315.
2. Autopsy Report # IFS-11-10161-ME.
3. Investigator's Report of Custodial Death.
4. Photographs of Offender McCollum Deceased.
5. Chain of Custody for Compact Disc Containing Photographs.
6. UTMB Medical Records.
7. Parkland Hospital Medical Records.
8. Voluntary Statement of Correctional Officer Tashawna Bowser.
9. Voluntary Statement of Correctional Officer Haskell Rayford.
10. Emergency Action Center/Serious Incident Report # I-10671-07-11.
11. TDCJ Temperature Log for July 22, 2011.

Investigator's Signature _____   ID# 246   DATE 7-31-12

Approving Supervisor's Signature

CC-0240 Draft(05/2011)

Copy of OIG case to Support Litigation on 12.17.2012 by co
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01459

STATE OF TEXAS
CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
AUG 03 2011

**STATE OF TEXAS**

**CERTIFICATE OF DEATH**

**STATE FILE NUMBER** 142-11-095315

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last)
LARRY GENE MCCOLLUM

2. DATE OF DEATH ACTUAL OR PRESUMED
07/28/2011

3. SEX
MALE

4. DATE OF BIRTH:
04/04/1953

4a. AGE-Last Birthday (Years)
58

UNDER 1 YR / UNDER 1 DAY

6. BIRTHPLACE (City & State or Foreign Country)
ENID, OK

7. SOCIAL SECURITY NUMBER

8. MARITAL STATUS AT TIME OF DEATH
☑ Married  ☐ Widowed  ☐ Divorced  ☐ Never Married  ☐ Unknown

9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage)
SANDRA SUE LAWSON

10a. RESIDENCE STREET ADDRESS
1500 EAST LANGDON ROAD

10b. APT. NO.

10c. CITY OR TOWN.
DALLAS

10d. COUNTY
DALLAS

10e. STATE
TEXAS

10f. ZIP CODE
75241

10g. INSIDE CITY LIMITS?
☐ Yes  ☑ No

11. FATHER'S NAME
CHARLES HUBERT MCCOLLUM

12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE
WILLIE MARGARET BRESSLER

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL:
☑ Inpatient  ☐ ER/Outpatient  ☐ DOA

IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:
☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify)

14. COUNTY OF DEATH
DALLAS

15. CITY/TOWN, ZIP  (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.)
DALLAS , 75235

16. FACILITY NAME (If not institution, give street address)
PARKLAND MEMORIAL HOSPITAL

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED
TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISON -
LISA A D'CUNHA

18. MAILING ADDRESS OF INFORMANT (Street and number, City, State, Zip Code)
262 FM 3478 STE B, HUNTSVILLE, TX 77320

19. METHOD OF DISPOSITION
☐ Burial  ☑ Cremation  ☐ Donation
☐ Entombment  ☐ Removal from state
☐ Other (Specify)

20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH
PHILLIP E BUSH ,BY ELECTRONIC SIGNATURE - 113653

21.
☑ Unknown
Section
Block
Lot
Space

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)
WACO CREMATORY

23. LOCATION (City/Town, and State)
WACO, TX

24. NAME OF FUNERAL FACILITY
CARNES - TDCJ

25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code)
3100 GULF FREEWAY, TEXAS CITY, TX 77591

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☑ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER
J KEITH PINCKARD ,BY ELECTRONIC SIGNATURE

28. DATE CERTIFIED (Mo/Day/Yr)
07/29/2011

29. LICENSE NUMBER
L6575

30. TIME OF DEATH (Actual or presumed)
11:35 PM

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code)
J KEITH PINCKARD  2355 N. STEMMONS FWY, DALLAS, TX 75207

32. TITLE OF CERTIFIER
M.D., PH.D

33. PART I ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. PENDING
Due to (or as a consequence of):

UNKNOWN

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.

PART 2 ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

34. WAS AN AUTOPSY PERFORMED?
☑ Yes  ☐ No

35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
☐ Yes  ☑ No

36. MANNER OF DEATH
☐ Natural  ☐ Accident  ☐ Suicide  ☐ Homicide  ☑ Pending Investigation  ☐ Could not be determined

37. DID TOBACCO USE CONTRIBUTE TO DEATH?
☐ Yes  ☐ No  ☐ Probably  ☐ Unknown

38. IF FEMALE:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to one year before death
☐ Unknown if pregnant within the past year

39. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ Other (Specify)

40a. DATE OF INJURY (Mo/Day/Yr)

40b. TIME OF INJURY

40c. INJURY AT WORK?
☐ Yes  ☐ No

40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area)

40e. LOCATION (Street and Number, City State Zip Code)

40f. COUNTY OF INJURY

41. DESCRIBE HOW INJURY OCCURRED

42a. REGISTRAR FILE NO.
0205858

42b. DATE RECEIVED BY LOCAL REGISTRAR
08/05/2011

42c. REGISTRAR
REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

EDR NUMBER  000000997204

---

(handwritten left margin)
It-3006
Region A
MRT
1721640

RECEIVED
AUG 17 2011 Cw

COPIED AND CERTIFIED

(barcode) Q00069018

ARU

---

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED
AUG 08 2011

Copy of OIG case to Support Litigation on 12/12/2012
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
WARNING: THIS DOCUMENT HAS A DARK BLUE BO
BACKGROUND

Plaintiffs' MSJ App. 2718

GERALDINE R. HARRIS
STATE REGISTRAR

McCollum 0141





**SOUTHWESTERN**
**INSTITUTE OF FORENSIC SCIENCES**
**AT DALLAS**
Office of the Medical Examiner

Autopsy Report



**COPY**
DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

**Case: IFS-11-10161 - ME**

**Decedent:** McCollum, Larry Gene    58 years White Male    DOB: 04/04/1953

Date of Death: 07/28/2011 (Actual)
Time of Death: 11:35 PM (Actual)
Examination Performed: 07/29/2011 09:30 AM

## ORGAN WEIGHTS:

| | | | | |
|---|---|---|---|---|
| Brain: | 1,600 g | Right Lung | 700 g | Right Kidney: | 260 g |
| Heart: | 550 g | Left Lung: | 500 g | Left Kidney: | 280 g |
| Liver: | 2,590 g | Spleen: | 250 g | | |

## EXTERNAL EXAMINATION

The body is identified by tags. Photographs and fingerprints are taken.

The body is received nude. No personal effects or jewelry are present on the body.

The body is that of a normally-developed white male which appears consistent with the recorded age of 58 years. When nude, it measures 70 inches in length and weighs 345 pounds. There is good preservation in the absence of embalming. Rigor mortis is present. Lividity is located on the posterior body surfaces and blanches with pressure. The body is room temperature in the presence of minimal refrigeration.

The hairline is receding and there is short gray hair that is cut very close to the scalp. Mustache and beard stubble are on the face. The irides are brown and there are no petechiae of the bulbar or palpebral surface of the conjunctivae. The ears, nose, and lips are unremarkable. The mouth has natural dentition. The neck is without masses or unusual mobility. The chest and back are unremarkable. The abdomen is protuberant. The extremities are symmetric. The external genitalia, perineum, and anus are unremarkable.

A 1 inch area of indentation and red discoloration is on the right side of the forehead.

## IDENTIFYING MARKS AND SCARS

A 3 inch linear scar is obliquely oriented on the right side of the abdomen.

A 2 inch linear scar is on the right temporal scalp.

## EVIDENCE OF TREATMENT



Accredited by The National Association of Medical Examiners
Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01461

IFS-11-10161

McCollum, Larry Gene



**DALLAS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

- Cardiac monitor pads affixed to the chest
- Intravascular catheter in upper right arm
- Hospital band encircling left wrist
- Foley catheter
- Rectal catheter connected to a bag containing fecal material
- Needle punctures over the right thyroid in the left inguinal region
- Needle punctures in the right inguinal region, with extravasated blood within the soft tissue and musculature surrounding the right inguinal canal

## EVIDENCE OF INJURY

A 1/4 inch purple contusion is on the superior aspect of the bridge of the nose.

Reflection of the scalp reveals a 3 cm area of hemorrhage in the left temporalis muscle along the parietal bone. A 1 inch purple contusion with central abrasion is immediately inferior to the left external ear. Deep to this is a 4 cm area of hemorrhage within the underlying soft tissue.

A 2 cm purple contusion is on the left supraclavicular region. A 2 inch purple to yellow contusion is on the right upper abdomen near the subcostal margin. A few purple contusions measuring between 1 and 2 cm each are on the left side of the chest. A 1/2 inch red abrasion is on the front of the proximal left forearm. A 2 inch purple contusion is on the posterior aspect of the left thigh.

## INTERNAL EXAMINATION

**BODY CAVITIES:** Approximately 300 cc of tan clear fluid are within each pleural cavity. The pericardial and peritoneal cavities contain no adhesions or abnormal collections of blood or other fluid.

**HEAD:** See EVIDENCE OF INJURY. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with flattened gyri and effaced sulci. There is mild notching of the parahippocampal gyri. The cerebellar tonsils are soft; sections reveal friable, tan-red necrotic parenchyma. The cranial nerves and blood vessels are unremarkable. Sections through the brainstem are unremarkable. Sections through the cerebral hemispheres exhibit diffuse blurring of the gray-white matter junctions. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord, as viewed from the cranial cavity, is unremarkable.

**NECK:** The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed.

**CARDIOVASCULAR SYSTEM:** The intimal surface of the abdominal aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The heart is markedly enlarged, with normal contours. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are unremarkable. The myocardium is dark red-brown and firm, and there are no focal



Accredited by The National Association of Medical Examiners
Copy of OIG case to support litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01462

**IFS-11-10161**

**McCollum, Larry Gene**



abnormalities.

**RESPIRATORY SYSTEM:** The upper airway is unobstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

**HEPATOBILIARY SYSTEM:** The liver is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains approximately 10 cc of dark green bile, and one dark green cholesterol stone measuring approximately 2 inches in greatest dimension.

**GASTROINTESTINAL SYSTEM:** The tongue is grossly normal both externally and upon sectioning. The esophageal mucosa is gray, smooth, and unremarkable. The stomach is empty. There are no tablets or capsules. The gastric mucosa has normal rugal folds, and there are no ulcers. The small and large intestines are externally unremarkable. The appendix is absent. The pancreas is unremarkable externally and upon sectioning.

**GENITOURINARY SYSTEM:** The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

**ENDOCRINE SYSTEM:** The thyroid and adrenal glands are unremarkable externally and upon sectioning.

**LYMPHORETICULAR SYSTEM:** The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are unremarkable.

**MUSCULOSKELETAL SYSTEM:** The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact.

## MICROSCOPIC EXAMINATION:

Heart: myocyte hypertrophy; increased interstitial and perivascular fibrosis.

Lung: vascular congestion.

Liver: moderate macrovesicular steatosis, mild focal centrilobular necrosis.

Kidney: No significant pathologic alteration is identified.

Spleen: diffuse hypocellularity with depletion of both the red and white pulp.



Accredited by The National Association of Medical Examiners
Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01463

IFS-11-10161

McCollum, Larry Gene



Page 4 of 6

## TOXICOLOGY:

**Evidence Submitted:**

The following items were received by the Laboratory from the Office of the Medical Examiner:

004: Biohazard Bag

004-001: Blood, femoral - gray top tube

004-002: Blood, femoral - gray top tube

004-003: Blood, femoral - gray top tube

004-004: Blood, femoral - gray top tube

004-005: Blood, femoral - red top tube

004-006: Vitreous - red top tube

004-007: Skeletal muscle - plastic tube

### Blood, postmortem

**Acid/Neutral Screen (GC/MS)**
negative (004-001)

**Alcohols/Acetone (GC)**
negative (004-002)

**Alkaline Quantitation (GC, GC/MS)**
negative (004-001)

**Opiate Narcotics (GC/MS)**
0.107 mg/L morphine (004-002)

### Vitreous

**Alcohols/Acetone (GC)**
negative (004-006)

**Opiate Narcotics (GC/MS)**
0.046 mg/L morphine (004-006)



*Accredited by The National Association of Medical Examiners*
Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2752

McCollum 01464

IFS-11-10161

McCollum, Larry Gene



Page 5 of 6

## FINDINGS:

1. Hyperthermia

    a. History that the decedent was in a hot environment without air conditioning, and was witnessed to collapse with seizure activity.

    b. History that the decedent presented to the Emergency Department unresponsive, with a body temperature of 109.4 degrees Fahrenheit.

    c. Hospital course complicated by
        1. hypoxic-ischemic encephalopathy
        2. disseminated intravascular coagulation
        3. shock
        4. multi-system organ failure

    d. Brain swelling
        1. transtentorial herniation
        2. cerebellar tonsillar herniation and acute necrosis
        3. hypoxic-ischemic encephalopathy

2. History of hypertension

    a. Cardiac hypertrophy (heart weight = 550 grams)
    b. History of treatment with hydrochlorthiazide

3. Morbid obesity (Body mass index = 49.5)

4. Contusions of scalp and face

5. Subgaleal hemorrhage

6. No significant injuries

## CONCLUSIONS:

Based on the autopsy and the history available to me, it is my opinion that Larry Gene McCollum, a 58-year-old white male, died as the result of hyperthermia. The decedent was in a hot environment without air conditioning, and he may have been further predisposed to developing hyperthermia due to morbid obesity and treatment with a diuretic (hydrochlorthiazide) for hypertension.

**MANNER OF DEATH:**    Accident



Accredited by The National Association of Medical Examiners.
Copy of OIG case to support litigation / Medical Examiners
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Copy of OIG case to support litigation on 12/11/2012 by ce.

McCollum 01465

IFS-11-10161

McCollum, Larry Gene



DALLAS COUNTY
INSTITUTE OF FORENSIC SCIENCES

10/26/2011

Keith Pinckard, M.D., Ph.D.

Medical Examiner



Copyrighted by The National Association of Medical Examiners
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01466



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

OIG TRANSITORY #: (if necessary)

| CASE #: | EAG #: | OFFICIAL DATE & TIME OF DEATH: | | AUTOPSY ORDERED? |
|---|---|---|---|---|
| | 1- 10671-07 | 17-28-11   1135  ☐ AM ☒ PM | | ☒ YES ☐ NO |

| DECEDENT NAME (LAST, First, MI): | | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|---|
| McCollum, Larry G. | | W | M | 58 | 4-4-53 |

| IDENTIFICATION #: | UNIT OF ASSIGNMENT: | DATE & TIME FOUND: | |
|---|---|---|---|
| 1721640 | Hutchins Stat Jail | 7-28-11 | ☐ AM ☐ PM |

| PLACE OF DEATH: | CITY: | COUNTY: | ZIP CODE |
|---|---|---|---|
| Parkland Hospital | Dallas | Dallas | |

| J.P. / M.E. NOTIFIED (Name): | PRECINCT: | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| Dallas Co. M.E. | | ☐ AM ☐ PM | ☒ YES ☐ NO |

| PLACE OF INQUEST: | | DATE & TIME OF INQUEST: |
|---|---|---|
| | | ☐ AM ☐ PM |

### ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

McCollum's body was located in the Parkland Hospital ICU
Room 911 covered with a blanket. I

### ★ SUMMARY of HOW DEATH OCCURRED ★

On 7-22-11 at 330A, offender McCollum was found in
his assigned bed and appeared to be having a seizure.
Emergency Medical Services arrive and transported
offender McCollum to Parkland Hospital in Dallas.
He was on life support until death

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| Carnes | Carnes |

| INVESTIGATOR SIGNATURE: | TELEPHONE #: |
|---|---|
| Michael R. Neal | 972-207-6826 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX  77342-4003
(936) 437-6735

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2755

McCollum 01467

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
### (Continued)
#### TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME: (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| | *McCollum, LARRY G.* | *1721640* |

### ★ CLOTHING WORN BY DECEDENT ★

- [ ] None
- [ ] Pants
- [ ] Shoes/Boots
- [ ] Jacket
- [ ] Belt
- [ ] Gown/Blouse
- [ ] Dress
- [X] Other (list details below)

*BlanKeT*

### ★ PROPERTY SENT WITH DECEDENT ★

*NONE*

### ★ MEDICAL HISTORY ★

| | | | |
|---|---|---|---|
| Was death attended? | [X] Yes [ ] No | Previous history of illness? | [ ] Yes [ ] No |
| History of suicide? | [ ] Yes [ ] No | HIV? | [ ] Yes [ ] No |

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| *ParkLand* | *5201 HARRY HINES, Dallas TX* | *214-590-6142* |

| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: |
|---|---|---|
| *DR. CHARLES Owens* | *5201 HARRY HINES, Dallas, TX* | *214 -590-6142* |

DIAGNOSIS:

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| *STEPHANIE KingRey* | *947 Whiskey Hollow Rd. WEST, TX* | *254733-5844* |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| | ( ) - | [ ] AM [ ] PM |

### ★ IDENTIFICATION ★

HOW:
- [ ] Offender Records
- [ ] Fingerprints
- [X] Viewed at Hospital/Scene
- [ ] Other

### ★ DOCUMENTATION ★

- [ ] Order for Autopsy
- [ ] Clinic Notes (last 72 hrs)
- [ ] ER Report (if available)
- [X] Copy of Travel Card

| Verification Made By: | Relationship to Decedent: | REPORT DISTRIBUTION: (Include Complete Documentation) |
|---|---|---|
| | | (1) Case File   (2) J.P.   (3) To Accompany Body |

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2756

McCollum 01468



Copy of OIG case to _____ 12.17.2012 by ce:
UNAUTHORIZED COPYING _____ PROHIBITED

Plaintiffs' MSJ Appx. 2737

McCollum 01469



Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2738

McCollum 01470

# E V I D E N C E

Case No. *2011.03006* Inventory # *2011.03006.0001*

Type of offense *DEATH IN CUSTODY*

Description of evidence *CD*
*PHOTOS OF LARRY McCollu-DECEASED*

Suspect.

Victim *LARRY McCollum*

Date and time of recovery *7-29-11 1245A*

Location of recovery *PARKLAND HOSPITAL*

Recovered by *MICHAEL KIRK*

## CHAIN OF POSSESSION

Received from _____

    By _____

    Date _____ Time _____ AM PM

Received from _____

    By _____

    Date _____ Time _____ AM PM

Received from _____

    By _____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App'x. 2759

McCollum 01471