c:\documents and settings\skhicks\local settings\temp\164744117.tif printed by mivap. (Page 1 of 2)

*Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:31

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

1721640

### I. IDENTIFICATION

NAME: McCollum, Jury  OCCUPATION: Driver  EDUCATION: High School

DOB: 04/04/53  COUNTY: McLennan  PREVIOUS TDCJ #(s): _____

### II FAMILY HISTORY

| # | Item | YES | NO | # | Item | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18 | INH Prophylaxis | YES | NO |
| 2 | Cancer | YES | NO | 19 | Intravenous Drug Abuse | YES | NO |
| 3 | Diabetes | YES | NO | 20 | Kidney Disease | YES | NO |
| 4 | Heart Disease | YES | NO | 21 | Liver Disease | YES | NO |
| 5 | High Blood Pressure | YES | NO | 22 | Mental Illness | YES | NO |
| 6 | Tuberculosis | YES | NO | 23 | Non Intravenous Drug Abuse/Alcoholism | YES | NO |

### III PERSONAL HISTORY

| # | Item | YES | NO | # | Item | YES | NO |
|---|---|---|---|---|---|---|---|
| 1 | D 1 Asthma/Emphysema | YES | NO | 24 | Peptic Ulcers | YES | NO |
| 2 | Back Injury | YES | NO | 25 | Rheumatic Fever | YES | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 26 | Rheumatism/Arthritis | YES | NO |
| 4 | Cancer | YES | NO | 27 | Seasonal Allergies | YES | NO |
| 5 | Cavities | YES | NO | 28 | Sexually Transmitted Diseases | YES | NO |
| 6 | Depression/Suicide Attempt | YES | NO | 29 | Smoker | YES | NO |
| 7 | Diabetes | YES | NO | 30 | Tetanus Immunization Date | YES | NO |
| | | | | 31 | Tuberculosis | YES | NO |
| 8 | Drug/ Food Allergies | YES | NO | 32 | Unprotected Sex w/Multiple Partners | YES | |
| 9 | Epilepsy/Seizures | YES | NO | 33 | Other | | |
| 10 | Glasses/Hearing Aid | YES | NO | | | | |
| 11 | Gum disease | YES | NO | | | | |
| 12 | Head Injury | YES | NO | | | | |
| 13 | Heart Disease/Angina | YES | NO | | | | |
| 14 | Hepatitis | YES | NO | | | | |
| 15 | High Blood Pressure | YES | NO | | | | |
| 16 | HIV + / AIDS | YES | NO | | | | |
| | Prior HIV Test Date | NO | | | | | |
| 17 | Homosexual/Bisexual Activities | | NO | | | | |

### IV OBSTETRIC/GYNECOLOGICAL HX  X  N/A

1. Date of last menstrual period
2. Number of pregnancies/live births
3. History of Problem pregnancy
4. Date of last pap smear
5. Date of last mammogram
6. History of birth control methods (IUD, pills, etc.)

A. If YES to any of the above indicate family member or self, give date and treatment received
Father, Brother

B. History of hospitalization? YES NO
Please list the DATE, HOSPITAL, CONDITION  Hillcrest Hospital

C. Do you have any current medical, mental health or dental complaints? YES NO
If yes, what  tooth pull, Depression

D. Have you experienced any of these symptoms: cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES  NO  If YES, when?

E. What illegal drugs have you used?  No
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol?
When was the last time you used drugs or alcohol?
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?  YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications?  YES  NO
If YES, what  See med sheet

HSM-13 (5/06)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2760
McCollum 01472

c:\documents and settings\skhicks\local settings\temp\164744117.tif printed by mivap. (Page 2 of 2)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## CORRECTIONAL MANAGED CARE
## INTAKE HISTORY AND HEALTH SCREENING

| | Reason for taking medications | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| G | Observations | Tremor | YES | NO | Sweating | YES | NO | Other | |
| | Condition of skin | Cuts | YES | NO | Bruises | YES | NO | | |
| | | Sores | YES | NO | Other | | | | |
| | Body & Movement | Deformities | YES | NO | Impaired Motor Activity | YES | NO | | |
| | | Other | | | | | | | |

**H — BEHAVIOR AND MENTAL STATUS**

- Hygiene & Appearance: ✓ Clean, neat | Dirty, sloppy | Other
- Orientation (ask questions and document response)
  - What is today's date? 7/15/11
  - What time is it? Morning
  - What place is this? [dutch?]
- Speech: ✓ Normal | Loud | Soft | Mumbling | Other
- Attitude: ✓ Appropriate | Laughing | Crying | Cursing | Quiet | Other

**I — THOUGHT CONTENT (Please circle YES or NO)**

- Are you having current thoughts about suicide or self-injury? YES / NO
- Do you see or hear things that others do not see or hear? YES / NO
- Do you have any special powers/abilities? YES / NO
- Do you receive personal messages from the TV or radio? YES / NO
- Do you have any phobias or excessive fears? YES / NO

**J — DISPOSITION**

- Routine referral to: ✓ Medical | ✓ Mental Health | ✓ Dental | CID
- Immediate referral to: Medical | Mental Health | Dental | CID
- Release to general population: ✓ YES | NO | Other

Offender Signature: [signature] McColl[um] — Date: 7-15-11

Reviewer Signature: [signature] W. [illegible] — Date: 7/15/11

[additional signature] 7/18/11

HSM-13 (6/08)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2761
McCollum 01473

c:\documents and settings\skhicks\local settings\temp\165164733.tif printed by mivap. (Page 1 of 2)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

58

## Correctional Managed Care
## CID INTAKE INTERVIEW

Patient Name: McCollum, Larry          TDCJ #: 1721640

Date: 07/15/2011                       Facility: HUTCHINS (HJ)

Vitals  BP: _____  Wt: _____  Height: _____  Pulse: _____  Resp: _____  Temp: _____

Patient Language: _____     Name of Interpreter, if required: NA

| S: | CHIEF COMPLAINT: | | | | CID intake processing including pre-test HIV counseling |
|---|---|---|---|---|---|
| O: | YES | NO | REFUSED | N/A | Mark "Yes", "No" or "Refused" for the following: |
| | X | | | | HIV - Patient verbally agrees to HIV testing per state law (If yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) |
| | X | | | | RPR - RPR test is required by state and policy/procedure #14 12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) |
| | | | X | | MMR - Born after 1956 – 1953 |
| | X | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) |
| | | X | | | HBV - Allergic to yeast |
| | | X | | | HBV - Hepatitis B vaccine available – If no skip next two lines |
| | | | | | HBV - Agrees to Hepatitis B vaccine (If yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed |
| | | X | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) |
| | | | | | TB - If yes – date _____ CPX _____ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) |
| | X | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) |
| | | | | | Tetanus & Diphtheria - Verbally agrees to Tetanus and Diphtheria Toxoid Booster  (mark Plan line 7 if yes, if no or refused obtain HSM-82) |
| | YES | NO | UNKNOWN | | |
| | X | | | | History of varicella (If yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) |
| | | | | | If female, is patient pregnant? If yes how many weeks: _____ (if yes or unknown mark Plan line 8) |
| A: | | | | | Alteration Health Maintenance |

CID Intake Interview
05/01/2009

Page 1 of 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2762
McCollum 01474

c:\documents and settings\skhicks\local settings\temp\165164733.tif printed by mivap. (Page 2 of 2)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48

## Correctional Managed Care
## CID INTAKE INTERVIEW

| P: | PLAN: | |
|---|---|---|
| X | 1a | Obtain order for lab to draw HIV |
| X | 1b | Obtain order for lab to draw RPR |
| | 2 | Obtain order for MMR 0 5cc vaccine sub q |
| | 3 | Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| X | 4 | Obtain order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | 5 | Obtain order for CXR single view |
| | 6. | Refer to provider to schedule for ITP/TB Chronic Clinic |
| X | 7 | Obtain order for Tetanus and Diphtheria Toxoid Booster 0 5cc vaccine IM |
| X | 8. | Refer to provider to schedule appointment |
| X | 9 | Add alert code 5290 to MPL/Problem List |
| X | 10 | Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| X | 11 | Obtain order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |
| | **REFER TO PROVIDER:** | |
| X | 1a | Order for lab to draw HIV |
| X | 1b | Order for lab to draw RPR |
| | 2. | Order for MMR 0 5cc vaccine sub q |
| | 3 | Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| X | 4 | Order for PPD 0 1cc ID (L) forearm and will check within 48-72 hours |
| | 5. | Order for CXR single view |
| | 6 | Schedule appointment for ITP/TB Chronic Clinic |
| X | 7 | Order for Tetanus & Diphtheria Toxoid 0 5cc vaccine IM |
| X | 8 | Schedule appointment with provider |
| | 9. | Administer flu vaccine 0 5 CC IM x 1 if indicated per TDCJ policy |
| X | 10 | Order for two-step Mantoux skin test (PPD 0 1cc ID (L) forearm and will check within 48-72 hours. If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later) |

Nurse Signature: V McKinney LVN

Date / Time: 07/15/2011 @ 0900

CID Intake Interview
05/01/2009

Page 2 of 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2765
McCollum 01475

c:\documents and settings\skhicks\local settings\temp\165164738.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 08:48 aged Care

## CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name **McCollum, Larry**   TDCJ # **1721641**

Date 07/15/2011   Facility HUTCHINS (HJ)

Vitals  BP ____  Wt ____  Height ____  Pulse ____  Resp ____  Temp ____

Patient Language: ____   Name of interpreter, if required: NA

### MANTOUX PPD

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| 07/15/2011 | JHP PHARM 148613 | | | Intradermally |

### IMMUNIZATIONS

| DATE/TIME GIVEN | MFG/LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| 07/15/2011 | SANOFI-PAST U3399AA | 0.5 Ml | IM | Td Booster | _X_ L Deltoid ___ R Deltoid | NARN | VMcRi LVN |
| | | 0.5 mL | __Sub Q __ IM | Pneumococcal Vaccine | ___ L Deltoid ___ R Deltoid ___ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | IM | Influenza | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Meningococcal | ___ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #1 | ___ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #2 | ___ Outer aspect of L or R upper arm | | |
| | | 1.0 mL | IM | Hepatitis B #1 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #2 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #3 Vaccine | ___ L Deltoid ___ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | ___ Outer aspect of L or R upper arm | | |

Nurse Signature  **VMcRi LVN**   Date / Time 07/15/2011 @0900

HSM-2
05/01/2009

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2764

McCollum 01476

c:\documents and settings\skhicks\local settings\temp\165164739.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/28/2011 06:48 aged Care

## CID CLINIC NOTE
## HIV PRE-TEST COUNSELING

Patient Name: McCollum, Larry

TDCJ #: 1721640

Date: 07/15/2011

Facility: HUTCHINS (HJ)

Vitals  BP _____  Wt _____  Height _____  Pulse _____  Resp _____  Temp _____

Patient Language: ___  Name of Interpreter, if required: NA

| S: | Chief Complaint: | | |
|---|---|---|---|
| | | X | Patient offered HIV testing per policy 14 11 |
| | | X | Pre-release HIV test |
| | | | Patient requesting HIV test |
| | | | Patient reported history of previous positive HIV test |
| | | | Other (specify) |

| O: | Yes | No | Mark "Yes" or "No" for the following: |
|---|---|---|---|
| | | X | Patient is symptomatic (list symptoms) |
| | | X | The patient requests HIV testing and gave a history of the following risk factors |
| | | X | Injected nonprescription drugs |
| | | X | Unprotected sexual activity with multiple sex partners (male and/or female) |
| | | X | Tattoo |
| | | X | Patient received blood transfusions or blood products |
| | | X | The patient's TB skin test was positive |
| | | X | Exposed staff to blood or other potentially infectious body fluids |
| | | X | Patient was potentially exposed to blood and/or body fluids |
| | X | | Patient offered HIV testing per policy 14 11 |

| A: | X | | Knowledge deficit |
| | X | | High risk |

| P: | Yes | No | Mark "Yes" or "No" for the following: |
|---|---|---|---|
| | X | | HIV pre-test counseling and HIV antibody testing is offered |
| | X | | Discuss HIV prevention recommendations<br>1  Behave as if positive<br>2  Abstinence from sex, drugs and tattooing<br>3  Mutually monogamous relationships |
| | X | | Review partner notification procedures should the patient test positive |
| | X | | The patient gave their verbal consent for HIV antibody testing (If consent given, obtain provider order for HIV testing) |
| | | X | The patient refused HIV antibody testing  Obtain their signature on a Refusal of Treatment form (HSM-82) |
| | X | | Health teaching offered stressing the importance of plan of care compliance |
| | X | | If potential exposure, report incident to Preventive Medicine department |
| | X | | Patient verbalized level of understanding of the testing procedure, confidentiality and that they would not be rescheduled to receive negative test results, but only for positive or equivocal indeterminate results |

Nurse Signature: V McKim LVN

Date / Time: 07/15/2011 @ 0900

05/01/2009

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2765

McCollum 01477

c:\documents and settings\skhicks\local settings\temp\164744118.tif printed by mivap. (Page 1 of 1)

Scanned by HICKS, STEPHANIE K, CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: McCollum, Larry G. DOB: 4/04/53 AGE: 58
STATE ID# 3950494 RACE: W SEX: Male ✓ Female ___
COUNTY/TDCJ# 34610 WT: 330 HT: 5'10

II. CURRENT/CHRONIC HEALTH PROBLEMS
A. Health Problems
  ___ 1. None
  ___ 2. Asthma
  ___ 3. Pregnancy
  ___ 4. Dental Priority
  ___ 5. Diabetes
  ___ 6. Drug Abuse
  ___ 7. Alcoholism
  ___ 8. Orthopedic Problems
  ___ 9. Cardiovascular/Heart Trouble
  ___ 10. Suicidal
  ___ 11. Mental Retardation
  ___ 12. Mental Illness (Specify diagnosis) ___
  ___ 13. Recent Surgery
  ___ 14. Seizures
  ___ 15. Dialysis
  X 16. Hypertension
  ✓ 17. CARE System Y/N

III. SPECIAL NEEDS (Check all that apply)
A. Housing Restrictions
  X 1. None
  ___ 2. Skilled Nursing Facility
  ___ 3. Extended Care Facility
  ___ 4. Psychiatric Inpatient Facility
  ___ 5. Respiratory Isolation
  ___ 6. Other.

B. Transportation
  X 1. Routine
  ___ 2. Crutches/Cane
  ___ 3. Ambulance
  ___ 4. Wheelchair/Wheelchair Van
  ___ 5. Prosthesis: ___

C. Pending Specialty Clinic Appointment
  None X Type ___

D. ALLERGIES NKA

NKA

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

B. Preventive Medicine
  ✓ 1. Tuberculosis Status
     Skin Test: Date Given: 6/24/11 Date Read: 6/27/11 Results 0 mm*
     X-Ray: Date: __/__/__ Normal ___ Abnormal ___* Anti-TB Treatment? No ___ Yes ___*
  ___ 2. Hepatitis: A ___ B ___ C ___ Other: ___
  ___ 3. HIV Antibody: Test Date: __/__/__ Results: Neg ___ Pos ___ CD4: ___ Date __/__/__
  ___ 4. Syphilis: Date: __/__/__ Type: ___ Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: none

IV. CURRENT PRESCRIBED MEDICATIONS None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Clonidine | 0.1mg - tab P.O. | PRN B/P |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES
COMPLETED BY: Shelia Smith LN DATE: 7/15/11
  Signature/Title
PHONE NUMBER: 254-757-2555 FACILITY: McLennan County Jail

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2766
McCollum 01478

c:\documents and settings\skhicks\local settings\temp\164744119.tif printed by mivap. (Page 1 of 1)

Scanned by HICKS, STEPHANIE K. CCA in facility HUTCHINS (HJ) on 07/20/2011 13:32

**CLINIC NOTES**
**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

Name McCollum Lancy

TDCJ No Intake

Unit: HUTCHINS STATE JAIL   NKA

| Date & Time | | NOTES |
|---|---|---|
| 7-15-11 1230 | S | Offenders received from: McLennan |
| | | With history of: HTN |
| | OA | See HSM-13 and Texas Health Status Updated for current orders from county |
| | P | Current medication orders as per HJ providers. |
| | VO | T Orig, MD A. Babbili, PA-C / N. Beckstrom, NP |

D/C Clonidine
Start HCTZ 25 mg X 1 PO
9 AM X 30d
Babbili, PA

Medication Pass issued to Offender YES/NO

Please sign each entry with status
HSM - 1 (Rev 5/92)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2767

McCollum 01479

c:\documents and settings\skhicks\local settings\temp\164819682.tif printed by mivap. (Page 1 of 4)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14.00

DATE INTERVIEWED: 7/18/11

SCREENER'S INITIALS: SKB

7-15

## TDCJ OFFENDER INTAKE PROCESSING
## PSYCHOLOGICAL SCREENING INTERVIEW

NAME: McCollum, Larry Gene
TDCJ #: 1721640
DOB: 4/4/53    AGE: 58
PLACE OF BIRTH: Enid, OK
PRIOR TDCJ #: 1105554

GENDER: ☒ MALE ☐ FEMALE
RACE: ☒ CAUCASIAN
☐ AFRICAN AMERICAN
☐ HISPANIC
☐ OTHER: _____

PRIOR TDCJ INCARCERATIONS: ☒ YES ☐ NO
PRIOR ASSIGNMENT TO CTC: ☐ YES ☐ NO
PRIOR ASSIGNMENT TO DDP: ☐ YES ☐ NO
ON PSYCH. SERVICES CASELOAD: ☐ YES ☐ NO

CURRENT OFFENSE: Forgery (1) (12 mos.)

SPECIAL CONSIDERATIONS FOR INTERVIEWS:
☒ NONE
☐ SPANISH-SPEAKING ONLY
☐ HEARING/VISUAL IMPAIRED
☐ WHEEL-CHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM
☐ SECURITY RISK: _____
☐ OTHER: _____

OTHER GENERAL COMMENTS:
_____
_____
_____
_____
_____
_____

CL-69 (Rev 3/10)

Page 1

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2768
McCollum 01480

c:\documents and settings\skhicks\local settings\temp\164819682.tif printed by mivap. (Page 2 of 4)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

**YES  NO**

1. HOW ARE YOU FEELING? Rough. adjusting.

☑ ☐ 2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
DID YOU GET ANY TYPE OF COUNSELING? yes
FROM WHOM? (IF APPLICABLE) _____
WHAT WAS IT FOR? _____
WHEN WAS IT? _____
WHERE WAS IT? Buster Cole — transferred to Skyview / see #4 below

☑ ☐ 3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
☐ NERVES  ☐ MENTAL PROBLEMS  ☐ EMOTIONAL PROBLEMS?
SPECIFY THE MEDICATION: Zoloft, etc.
WHEN DID YOU TAKE THIS MEDICATION? 2009
BY WHOM WAS IT PRESCRIBED?  ☐ PSYCHIATRIST
  ☐ PHYSICIAN
  ☐ OTHER: _____
CURRENT PSYCHOTROPIC MEDICATION: —0—  thinks nothing needed at present

☑ ☐ 4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
WHY? Depression — Loss of family members
WHEN? _____
WHERE? Skyview — 2002-04
WAS IT:  ☐ COURT COMMITMENT  OR  ☐ VOLUNTARY?

☐ ☑ 5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
WHAT TYPE? _____

☐ ☑ 6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
SPECIFY: _____

☐ ☑ 7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
HOW MANY TIMES? _____
HOW?  ☐ CUT ARM / WRIST  ☐ HANGING
  ☐ OD'ed ON _____  ☐ OTHER _____
WHEN? _____
WHY? _____
WAS MEDICAL ATTENTION REQUIRED?  ☐ YES  ☐ NO

☐ ☐ 8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT SUICIDE?
HOW? _____

☐ ☑ 9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

☐ ☑ 10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
SPECIFY: _____

CL-89 (Rev 3/10)

Page 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2769

McCollum 01481

c:\documents and settings\skhicks\local settings\temp\164819682.tif printed by mivap. (Page 3 of 4)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

| YES | NO | |
|---|---|---|
| ☐ | ☑ | 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE? SPECIFY: _____ |
| ☐ | ☑ | 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE? WHAT KIND? _____ |

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?
- ☐ NONE
- ☐ HEROIN
- ☐ COCAINE
- ☐ MARIJUANA
- ☐ BARBITURATES
- ☐ ACID
- ☐ HASH
- ☐ PCP
- ☐ METHAMPHETAMINE (SPEED)
- ☐ INHALANTS _____
- ☑ ALCOHOL  quit 10 yrs. ago
- ☐ OTHER _____

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL?  GRADE _____
WHERE  ☑ USA   ☐ MEXICO   ☐ OTHER: _____
DO YOU HAVE A.   ☑ HIGH SCHOOL DIPLOMA   ☐ GED

| YES | NO | |
|---|---|---|
| ☑ | ☐ | 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES? WHY? _D. E._ worked 1/2 day, WHAT GRADE(S)? _12_ |
| ☐ | ☑ | 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOY'S HOME OR OTHER GROUP HOME? WHY? _____ |
| ☐ | ☑ | 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES? IF YES, SPECIFY: _____ |
| ☐ | ☑ | 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY? |
| ☐ | ☑ | 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE?  IF YES, SPECIFY: _____ |

CL-69 (Rev 3/10)

Page 3

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2770
McCollum 01482

c:\documents and settings\skhicks\local settings\temp\164819682.tif printed by mivap. (Page 4 of 4)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/21/2011 14:00

## BEHAVIORAL OBSERVATIONS

**APPEARANCE:** ☒ UNREMARKABLE ☐ DISHEVELED ☐ ODD
**HYGIENE:** ☐ GOOD ☐ FAIR ☒ POOR  B.O.
**INTERACTION:** ☒ COOPERATIVE ☐ LIMITED ☐ UNCOOPERATIVE
**MOTOR BEHAVIOR:** ☒ WITHIN NORMAL LIMITS ☐ RESTLESS ☐ DID NOT MOVE
☐ _____

**SPEECH:** ☐ CLEAR ☐ MUMBLES ☐ SPEECH IMPEDIMENT
**RATE:** ☒ SPONTANEOUS ☐ FAST ☐ _____
**MOOD:** ☐ WITHIN NORMAL LIMITS ☒ SAD _teary-eyed_ ☐ IRRITABLE
☐ UNUSUALLY HAPPY ☒ ANXIOUS ☐ FRIGHTENED
☐ SILLY ☐ _____
**ALERTNESS:** ☒ ALERT ☐ CONFUSED ☐ DAZED ☐ DISTRACTED

▼ **This section must be completed by a Qualified Mental Health Professional** ▼

**DISPOSITION – REFERRED FOR FURTHER EVALUATION** ☒ YES ☐ NO
**REASON FOR REFERRAL:**

☐ DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS
☒ HISTORY OF MENTAL HEALTH TREATMENT
☐ CURRENT SUICIDAL IDEATION
☐ PRIOR SUICIDAL GESTURE(S)
☐ DISPLAYED UNUSUAL BEHAVIOR
☐ AFFECTIVE DISTRESS NOTED
☐ UNUSUAL NATURE OF OFFENSE
☐ HIGH RISK FOR ADJUSTMENT PROBLEMS
☐ OTHER: _____

MENTAL HEALTH APPRAISAL COMPLETED BY:
I. Smith, MA
Mental Health Clinician

_____
PRINTED NAME

_IS_      7/19/11
SIGNATURE      DATE

CL-69 (Rev 3/10)      Page 4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2771      McCollum 01483

 CHINS (HJ)
CID

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN          : 1721640    Accession:33015661    Age  :58 Years
Patient Name: MCCOLLUM, LARRY G                 Sex  :Male
Home Phone  :                                   Work :(   )    -
Admitting MD: UNKNOWN   UNKNOWN                 Phone:
Attending MD: UNKNOWN   UNKNOWN                 Phone:
Referring MD:                                   Phone:
Ordering MD :                                   Phone:

Tech             : VELVA L MCKINNEY L.V.N.    Verifier:VELVA L MCKINNEY L.V.N.
Collection Time: 07/18/2011 12:35
Result Time    : 08/01/2011 12:35
Report Time    : 08/01/2011 12:35
Comment:


Test                  Result          Abn      Normal Range      Units
-------------------------------------------------------------------------------
MFG                                                -
LOT #                                              -
DOSE                                               -
SITE                                               -
ROUTE                                              -
PPD READ              0  mm                        -
REFUS SIGN                                         -
```

This document has been sent for signature, but has not yet been reviewed

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2772

McCollum 01484



c:\documents and settings\skhicks\local settings\temp\164953058.tif printed by mivap. (Page 1 of 1)

Scanned by GUZMAN, SANDRA in facility HUTCHINS (HJ) on 07/25/2011 09:45
SG01728 /HJU1/HS06

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

09:09:17
07/20/2011

NAME: MCCOLLUM, LARRY GENE
TDCJ#: 01721640   SID#: 03950494
UNIT: HJ   HOUSING: C7-046T
JOB: TRANSIENT PEND DIAG PROCESSING

DOB: 04/04/1953
WGT: 330 LBS
HGT: 5'10"

P U L H E S

| 1 | 1 | 1 | 1 | 1 | 1 |
| A | A | A | A | A | A |
| | | | | | H |

I. FACILITY ASSIGNMENT (CHECK ONE)
X A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?   X YES __ NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
X 1. NO RESTRICTION
__ 2. SINGLE CELL ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH LIKE MEDICAL CONDITION)
__ 4. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
X 1. NO RESTRICTION
__ 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
X 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY

D. WHEELCHAIR USE (CHECK ONE)
__ 1. NO RESTRICTION
__ 2. PHOP ORDERED
__ 3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__ 1. MEDICALLY UNASSIGNED
__ 2. PSYCHIATRICALLY UNASSIGNED
__ 3. SEDENTARY WORK ONLY
__ 4. FOUR HOUR WORK RESTRICTION
__ 5. EXCUSE FROM SCHOOL
__ 6.
__ 7. LIMITED STANDING
__ 8. NO WALKING > __ YARDS
__ 9. NO LIFTING > __ LBS.
__ 10. NO BENDING AT WAIST
__ 11. NO REPETITIVE SQUATTING
__ 12. NO CLIMBING
__ 13. LIMITED SITTING
__ 14. NO REACHING OVER SHOULDER
__ 15. NO FOOD SERVICE
__ 16. NO REPETITIVE USE OF HANDS
__ 17. NO WALK WET/UNEVEN SURFACES
__ 18. DO NOT ASSIGN TO MEDICAL
__ 19. NO WORK IN DIRECT SUNLIGHT
__ 20. NO TEMPERATURE EXTREMES
__ 21. NO HUMIDITY EXTREMES
__ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 23. NO WORK WITH CHEMICALS OR IRRITANTS
__ 24. NO WORK REQUIRING SAFETY BOOTS
__ 25. NO WORK AROUND MACHINE WITH MOVING PART
__ 26. NO WORK EXPOSURE TO LOUD NOISES

IV. DISCIPLINARY PROCESS (CHECK ONE)
X A. NO RESTRICTIONS
__ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
X A. NO RESTRICTION
__ B. MEDICAL REPRESENTATIVE REQUIRED
__ C. MENTAL HEALTH REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X A. NO RESTRICTION
__ B. EMS AMBULANCE
__ C. WHEELCHAIR VAN
__ D. MULTI-PATIENT VEHICLE (MPV)

REDDY/SMITH   MD/MHC   07/20/2011
PRINTED NAME AND TITLE OF REVIEWER   DATE   SIGNATURE OF REVIEWER

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2773
McCollum 01485

14

Lab Data Imported From and Tests Performed By:

LabCorp  1-800-292-4021

Patient Name    : MCCOLLUM, LARRY G
Patient Id      : 1721640
Patient Phone   :
Date of Birth   : 04/04/1953
SS#             : 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    Sex : Male

Ordering
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)
               1500 E. LANGDON RD
               HUTCHINS  TX  75241

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 32858464         Requistion: 32858464
Drawn: 07/20/11 08:42       Received: 07/20/11 23:40        Reported: 07/21/11 08:43

Procedure: CBC With Differential/Platelet

| Test | Result | ABN | Unit | Reference Range |
|---|---|---|---|---|
| WBC | 13.1 | H | x10E3/uL | 4.0-10.5 |
| RBC | 4.63 | | x10E6/uL | 4.10-5.60 |
| Hemoglobin | 14.8 | | g/dL | 12.5-17.0 |
| Hematocrit | 43.4 | | % | 36.0-50.0 |
| MCV | 94 | | fL | 80-98 |
| MCH | 32.0 | | pg | 27.0-34.0 |
| MCHC | 34.1 | | g/dL | 32.0-36.0 |
| RDW | 15.2 | H | % | 11.7-15.0 |
| Platelets | 204 | | x10E3/uL | 140-415 |
| Neutrophils | 60 | | % | 40-74 |
| Lymphs | 32 | | % | 14-46 |
| Monocytes | 8 | | % | 4-13 |
| Eos | 0 | | % | 0-7 |
| Basos | 0 | | % | 0-3 |
| Immature Cells | | | | |
| Neutrophils (Absolute) | 7.7 | | x10E3/uL | 1.8-7.8 |
| Lymphs (Absolute) | 4.3 | | x10E3/uL | 0.7-4.5 |
| Monocytes (Absolute) | 1.1 | H | x10E3/uL | 0.1-1.0 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes | 0 | | % | 0-2 |

**Please note reference interval change**

| | | | | |
|---|---|---|---|---|
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 |
| NRBC | | | | |

Hematology Comments:

Procedure: Comp. Metabolic Panel (14)

| Test | Result | ABN | Unit | Reference Range |
|---|---|---|---|---|
| Glucose, Serum | 130 | H | mg/dL | 65-99 |
| BUN | 31 | H | mg/dL | 6-24 |
| Creatinine, Serum | 1.67 | H | mg/dL | 0.76-1.27 |
| eGFR If NonAfricn Am | 44 | L | mL/min/1 | >59 |
| eGFR If Africn Am | 51 | L | mL/min/1 | >59 |

Note: A persistent eGFR <60 mL/min/1.73 m2 (3 months or more) may indicate chronic kidney disease. An eGFR >59 mL/min/1.73 m2 with an elevated urine protein also may indicate chronic kidney disease.

Print Date: 07/21/2011 07:53                                    Page: 1/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

Patient Name    : MCCOLLUM, LARRY G
Patient Id      : 1721640
Patient Phone   :
Date of Birth   : 04/04/1953
SS#             :                Sex : Male

Ordering
Physician    : ORIG, TITO
Facility     : HUTCHINS (HJ)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2774
McCollum 01486

1500 E. LANGDON RD
HUTCHINS TX 75241

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Calculated using CKD-EPI formula. | | | | |
| BUN/Creatinine Ratio | 19 | | | 9-20 |
| Sodium, Serum | 133 | L | mmol/L | 135-145 |
| Potassium, Serum | 3.5 | | mmol/L | 3.5-5.2 |
| Chloride, Serum | 91 | L | mmol/L | 97-108 |
| Carbon Dioxide, Total | 18 | L | mmol/L | 20-32 |
| **Verified by repeat analysis** | | | | |
| Calcium, Serum | 8.8 | | mg/dL | 8.7-10.2 |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0-8.5 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 |
| Globulin, Total | 3.8 | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.1 | | | 1.1-2.5 |
| Bilirubin, Total | 0.8 | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase, S | 56 | | IU/L | 25-150 |
| AST (SGOT) | 34 | | IU/L | 0-40 |
| ALT (SGPT) | 21 | | IU/L | 0-55 |

Procedure: Urinalysis, Complete

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Specific Gravity | 1.028 | | | 1.005-1.030 |
| pH | 5.5 | | | 5.0-7.5 |
| Urine-Color | Yellow | | | Yellow |
| Appearance | Cloudy | A | | Clear |
| WBC Esterase | 1+ | A | | Negative |
| Protein | 1+ | A | | Negative/Trace |
| Glucose | Negative | | | Negative |
| Glucose Reflex | | | | |
| Ketones | Trace | A | | Negative |
| Occult Blood | Negative | | | Negative |
| Bilirubin | Negative | | | Negative |
| Urobilinogen, Semi-Qn | 0.2 | | mg/dL | 0.0-1.9 |
| Nitrite, Urine | Negative | | | Negative |
| Microscopic Examination | See below: | | | |

Procedure: Microscopic Examination

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| WBC | >30 | A | /hpf | 0 - 5 |
| RBC | 0-3 | | /hpf | 0 - 3 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 |
| Epithelial Cells (renal) | | | | |
| Casts | Present | A | /lpf | None seen |
| Cast Type | Hyaline casts | | | N/A |

Print Date: 07/21/2011 07:53
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021

Page: 2/4

Patient Name : MCCOLLUM, LARRY G
Patient Id   : 1721640
Patient Phone :
Date of Birth : 04/04/1953
SS#          : ████████    Sex : Male

Ordering
Physician   : ORIG, TITO
Facility    : HUTCHINS (HJ)
              1500 E. LANGDON RD
              HUTCHINS TX 75241

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Crystals | | | | |
| Crystal Type | | | | |
| Mucus Threads | Present | | | Not Established |
| Bacteria | Few | | | None seen/Few |

Copy of OIG case to Support Litigation on 12-17-2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 20725

McCollum 01487

```
Yeast
Trichomonas
Comment

Procedure: Urinalysis, Complete
Microscopic Examination

Procedure: Lipid Panel
Cholesterol, Total            157             mg/dL    100-199
Triglycerides                 195        H    mg/dL    0-149
HDL Cholesterol               16         L    mg/dL    >39
According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.
VLDL Cholesterol Cal          39              mg/dL    5-40
LDL Cholesterol Calc          102        H    mg/dL    0-99

Procedure: Panel 083824
HIV 1/O/2 Abs-Index Value     <1.00                    <1.00
Index Value: Specimen reactivity relative to the negative cutoff.
HIV 1/O/2 Abs, Qual           Non Reactive             Non Reactive

Procedure: Hgb A1c with eAG Estimation
Hemoglobin A1c                6.2        H    %        4.8-5.6
        Increased risk for diabetes:                   5.7 - 6.4
        Diabetes:                                      >6.4
        Glycemic control for adults with diabetes:     <7.0
Estim. Avg Glu (eAG)          131             mg/dL

Procedure: TSH
TSH                           2.860           uIU/mL   0.450-4.500

Procedure: RPR
RPR                           Non Reactive             Non Reactive
```

---

```
L   Low, H   High, C   Critical, *   Abnormal Alpha
Print Date: 07/21/2011 07:53                              Page: 3/4
Data Imported From and Tests Performed By:
LabCorp  1-800-292-4021
```

| | |
|---|---|
| Patient Name  : MCCOLLUM, LARRY G | |
| Patient Id    : 1721640 | |
| Patient Phone : | |
| Date of Birth : 04/04/1953 | |
| SS#           : ███████    Sex : Male | |

| | |
|---|---|
| Ordering Physician : ORIG, TITO | |
| Facility           : HUTCHINS (HJ) | |
|                      1500 E. LANGDON RD | |
|                      HUTCHINS TX 75241 | |

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2776                                 McCollum 01488

```
Print Date: 07/21/2011 07:53                                    Page: 4/4
Electronically Signed by ORIG, TITO M. M.D. on 08/03/2011.
##And No Others##
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2777
McCollum 01489

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G  **TDCJ#:** 1721640  **Date:** 07/22/2011 03:16  **Facility:** HUTCHINS (HJ)
**Age:** 58 year  **Race:** W  **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Current Medications:**

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

# Nursing Triage Form

Name of Security Officer Calling _____ LT SANDERS
Presenting Problems/Symptoms  HE IS ON THE TOP BUNK HAVING A SEIZURE THAT HAS LASTED FOR 5 MINUTES,SECURITY CAN NOT GET HIM OFF THE TOP BUNK, THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING. THEY CALLED 911.HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
_____ NO MEDICAL ON THE UNIT

Protocol used: (List protocol name, and page number):
1. SEIZURE  PG 471___
2. _____
3. _____
4. _____
5. Other_____

Problem: ___X___ Emergent  _____ Urgent  _____ Non-Urgent
  **(Immediately)**  **(2 hrs)**  **(Pass Issued / Fill out Sick Call Request)**

Circle/Mark "X" Correct Information
**Telephone Triage**
__X__ 1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
_____ 2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
_____ 3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
_____ 4. Other as ordered by a provider:_____

_____ 5. Instructions given to security officer to place offender patient in front of the **DMS** equipment in medical for assessment / interview.


Additional Comments  UR NOTIFIED. CONTACT ANN. PRECERT NO 776845

1 of 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2778
McCollum 01490

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G  **TDCJ#:** 1721640  **Date:** 07/22/2011 03:16  **Facility:** HUTCHINS (HJ)

PARKLAND HOSPITAL WAS CONTACTED, REPORT GIVEN TO VIRGINIA. I CALLED BACK TO HUTCHINS TO MAKE SURE HE WAS OK. THEY SAID THE AMBULANCE WAS THERE AND THEY WERE TAKING CARE OF HIM.

Revision 07/18/10
(Telephone Triage Revision 08/19/10, COPY AND PASTE into patient's EMR

Electronically Signed by STOKES, GINA E. R.N. on 07/22/2011.
##And No Others##

2 of 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2779

McCollum 01491