

Date: 07/22/2011 03:27
From:  GINA STOKES
To:  HUTCHINS NURSING STAFF(E); HUTCHINS ALL PROVIDERS(E);
Subject:
Re:  LARRY MCCOLLUM

PATIENT:  MCCOLLUM, LARRY     TDCJ #:  1721640     FACILITY: HUTCHINS (HJ)

HE WAS SENT OUT 911. HE WAS HAVING A SEIZURE ON TOP BUNK AND SECURITY COULD NOT GET HIM DOWN SAFELY. NO HISTORY SEEN OF SEIZURES.
FOLLOW UP ON HIS RETURN.HE WAS SENT TO ER AT PARKLAND HOSPITAL.

THANKS,
CRAIN TRIAGE

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01492



**Correctional Managed Care**

**CHAIN OUT REMINDERS**

**Patient Name:** **MCCOLLUM, LARRY G**  **TDCJ#:** **1721640**  **Date:** **07/29/2011 12:30**  **Facility:** **HUTCHINS (HJ)**

Temp NOU-Parkland
**PATIENT'S REMINDERS:**

| Due Date | Reminder Type | To Do User Type | Reminder Comment |
|---|---|---|---|
| 7/15/2011 | MD/MLP-INTAKE PHYSICAL | | |
| 7/29/2011 | INFORMATION REQUEST PENDING | MEDICAL ASSISTANT | STAT REQUEST:Parkland Hospital |
| 7/29/2011 | MH-EVALUATION (MHE) | THERAPIST | hx tx |

This document has been entered into the patient's chart without prior review

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2781

McCollum 01493



**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** MCCOLLUM, LARRY G **TDCJ#:** 1721640 **Date:** 11/04/2011 12:56 **Facility:** HUTCHINS (HJ)
**Age:** 58 year **Race:** W **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min;
Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

Current Medications:

OBTAIN REPORT OF AUTOPSY FINDINGS AND COPY OF DEATH CERTIFICATE RECORD FROM PARKLAND HOSP.
DATE OF DEATH 07/28/11

Procedures Ordered:

| Date Time | Description | Comments | Special Instructions | Diagnosis |
|---|---|---|---|---|
| 11/4/2011 12:59PM | MD/MLP CHART REVIEW | | | |

Electronically Signed by ORIG. ITTO M. M.D. on 11/04/2011.
##And No Others##

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1 of 1 Plaintiffs' MSJ Appx. 2782 McCollum 01494

Correctional Managed Care
DEATH SUMMARY

Patient Name: **MCCOLLUM, LARRY G HUTCHINS (HJ)**   TDCJ#: **1721640**   Date: **11/23/2011 12:02**   Facility:

Admission Date: **11/23/2011 10:40AM**
Date of Birth: **04/04/1953**   Age: **58**   Race: **W**   Sex: **male**
Most recent vitals from **11/13/2003**: BP: **112 / 87 (Standing)**   Wt. **192 Lbs.**  Height   Pulse: **107 (Standing)**
Resp.: **18 / min** Temp: **97 (Oral)**
Allergies:   NO KNOWN ALLERGIES

Medications: HCTZ 25 MG/D PO

Date of Incarceration: 7/15/11

Date and Hour of Death: 7/28/11 AT 11:35 PM

Place of Death: PARKLAND MEMORIAL HOSPITAL,DALLAS TEXAS

Reviewer:   A.D.BABBILI,PA-C FOR DR.ORIG MD

Brief Summary of Medical History and Physical Examination: THIS 58 YOWM,ARRIVED FROM MCCLENNAN COUNTY JAIL ON 7/15/11,WITH A HX.OF HYPERTENSION AND WAS PRESCRIBED TO TAKE HCTZ 25 MG/DAILY.

ON 7/22/11 HE PRESENTED TO THE NIGHT DMS TRIAGE NURSE WITH A SEIZURE ACTIVITY LASTED APPROXIMATELY 5 MINUTES IN TOP BUNK BED SECURED AND STABILIZED BY SECURITY STAFF FROM FALLING OFF. HE WAS IMMEDIATELY TRANSFERRED TO PARKALND HOSPITAL EMERGENCY ROOM EVALUATION AND TREATMENT.

ON 7//20/11-INITIAL ROUTINE HYPERTENSION CHRONIC CLINIC LABS REVEALED WBC=13.1,BLOOD SUGAR =130(ASSUMABLY POST PRANDIAL BREAKFAST)
BUN=31,CREATENINE=1.67,GFR=44,SODIUM=133,CHLORIDE=91,CO2=19,CHOLESTEROL=157,LCL=102,TRIGLY CERIDE=195,HGB A1C=6.2,TSH=2.86.URINALYSIS REVEALEDA SP.GRAVITY OF 1.028,WBC=>30 WITH WBC ESTERASE=1+,PROTEIN=1+,KETONES= TRACE


Outpatient Course:HCTZ 25MG/D PO FOR HTN

Emergency Room Visit(s): 7/22/11

Inpatient Course(s): 7/22/11 TO 7/28/11 TREATMENT DETAILS ARE NOT AVAILABLE

Current Medications:

Terminal Event:HYPERTHERMIA WITH MULTIPLE ORGAN FAILURE

**1 of 2**
**Attachment A**
**Policy A-11**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01495

**Autopsy Findings: 1.HYPERTHERMIA-COMPLICATED BY HYPOXIC ISCHEMIC ENCEPHALOPATHY,DIC,SHOCK,MULTIPLE ORGAN FAILURE.**
**2.HX.OF HYPERTENSION,**
**3.MORBID OBESITY,**
**4.CONTUSION OF SCALP AND FACE,**
**5.SUBGALEAL HEMORRHAGE.**

Electronically Signed by BABBILI, ANANDA D. PA-C on 11/23/2011.
Electronically Signed by ORIG, TITO M. M.D. on 11/23/2011.
##And No Others##

**2 of 2**
**Attachment A**
**Policy A-11**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2784

McCollum 01496

CR/01/2011 MON 14:06  FAX                                    @002/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

4493765


utmb Health
Working together to work wonders™

07/25/11

Parkland Hospital
Medical Records Department
5201 Harry Hines Blvd.
Dallas, TX 75235

Phone 214-590-5470
Fax. 214-590-6968

RE· Request for Offender Medical Records:
    Offender name Larry O McCollum, DOB 04/04/1953
    Offender number 1721640

Dear Custodian of Medical Records·

This letter is a formal request for the medical records of the prisoner patient referenced above  Please fax the requested inmate medical records according to the following information.

Attention K Weaver requesting for Yonette Gilford, Facility Nurse Manager
Unit Name Hutchins State Jail
Fax Number. 469-941-3907
Telephone Number 972-225-1304 ext. 6256

UTMB Correctional Managed Care is responsible for the delivery of correctional health care services  As a Covered Entity under HIPAA, you are compliant with both federal and Texas state law in releasing prisoner Protected Health Information (PHI) to correctional institutions.

For the provision of health care  Under HIPAA Privacy Regulations  45 CFR 164 512 (K) (5). Covered Entities may disclose an inmate's PHI to correctional institutions without an inmate's authorization if the correctional institution represents the PHI is necessary for the provision of health care to that inmate  It is also clear that an inmate's PHI may be disclosed for the provision of health care to prisoners under state law in Section 241 153(15) of the Texas Health and Safety Code; Section 611 004 (a) (9) of the Texas Health and Safety Code; and Section 159 004 (9) of the Texas Occupations Code.

Release of PHI upon the death of an inmate patient  If an inmate dies while receiving health care from a Covered Entity, the permitted disclosure of an inmate's PHI still applies under 45 CFR 164.512 (K) (5) unless an "individual is released on parole, probation, supervised released or otherwise in lawful custody " If an inmate is receiving health care from an Covered Entity under the authority of a correctional institution, that inmate is in "lawful custody" for purposes of 45 CFR 164.512 (K) (5)

Release of PHI for payment. 45 CFR 164 506 (a) (2) permits a covered entity to disclose PHI created in the course of providing health care to an individual who is an inmate for payment for such health care. As the designated payor for prisoner health care, UTMB Correctional Managed Care requires prisoner medical records before it can pay for medical services provided to the inmate named above

Requester's signature
K Weaver, Correctional Clinical Associate
Requester's printed name and title
Hutchins State Jail, 972-225-1304 ext. 6256
Requester's Unit and telephone number

08-01-11  14 50 RCVD

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2785                           McCollum 01497

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 2 of 90)

08/01/2011 MON 14:06 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

@001/090



**utmb** Health

Working together to work wonders.™

*Second request*
*8-1-11*

K. Weaver, Administrative CCA
Hutchins State Jail – UTMB CMC
1500 E. LANGDON RD
DALLAS, TX. 75241
Phone: 972-225-1304 EXT. 6256
Fax 972-225-1304 EXT. 6256
Direct Fax Line: 469-941-3907

*Please fax*
*back today!*

# Fax

| Date. | 7/29/2011 11 07 AM | From: K. Weaver, Administrative CCA |
|---|---|---|
| To: | Parkland Hospital | Pages: 3 |
| | Phone: 214-590-5470 | |
| | Fax 214-590-6968 | |
| Re: | Authorization of Release of Information | **STAT REQUEST** |

X Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

## HIPAA CONFIDENTIALITY NOTICE

Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being faxed after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

IMPORTANT WARNING. This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message in error, please notify the sender immediately to arrange for return or destruction of these documents.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2786          McCollum 01498

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 3 of 90)

08/01/2011 MON 14:06  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29
Ø003/090

F   .   .                                                                                                     Z

**Authorization to Release Protected Health Information (PHI)**
To: Health Care Providers under contract to TDCJ

Patient Name:  MCCOLLUM, LARRY G          TDCJ #:  1721640

Date of Birth.  4/4/1953

I am currently incarcerated and receiving medical treatment within the Texas Department of Criminal Justice (TDCJ). This Authorization is to provide my medical information to the health care providers under contract to TDCJ for continuing my medical care and treatment.

I authorize release of medical records FROM

Parkland Hospital

Please send requested medical records TO:    Hutchins State Jail

1500 East Langdon Road

Dallas, TX  75241

I specifically authorize health care providers under contract to TDCJ to obtain the following PHI: (Provide description of the particular medical record information you are requesting be released to health care providers under contract to TDCJ such as date or time period of the requested information)

| X | Complete Records | FROM 2011 | Hospital Records | |
|---|------------------|-----------|------------------|---|
|   | Clinic Records   |           | Radiology Reports | |
|   | Lab Reports      |           | Operative Reports | |
|   | Shot Records     |           | Discharge Summary | |
|   | Other            |           |                  | |

By signing this Authorization Form, I understand that I am giving my authorization for health care providers under contract to TDCJ to receive all protected health information (PHI) relating to my diagnosis, testing or treatment. I understand that my expressed consent is required to release any health care information relating to testing, diagnosis and/or treatment for HIV (AIDS virus), sexually transmitted diseases, psychiatric disorders/mental health, or drug and/or alcohol use. You are specifically authorized to release all health care information relating to such diagnosis, testing, or treatment. I may revoke this authorization at any time. I understand that such a revocation will not have any effect on any information already used or disclosed by health care providers under contract to TDCJ before the health care providers under contract to TDCJ received my written notice of revocation. I understand that the information disclosed pursuant to this authorization may be re-disclosed by health care providers under contract to TDCJ, but that any re-disclosure would be protected under federal and Texas privacy laws. This Authorization is voluntary and I may refuse to sign this Authorization Form. I understand that I am not required to sign this Authorization Form in exchange for the receipt of treatment from health care providers under contract to TDCJ. This authorization will expire on the 180th day of the signing

Signature of Patient or Authorized Personal Representative          July 29, 2011
                                                                   Date

**FACILITY NURSE MANAGER**
Relationship to Patient

1 of 1

X   |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||     #

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01499

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 4 of 90)

08/01/2011 MON 14 07 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

☑004/090

Patient Name McCollum, Larry Gene (MRN 4493765)
**PARKLAND HEALTH & HOSPITAL SYSTEM ADMISSION/REGISTRATION FACESHEET**

| | | |
|---|---|---|
| Admit/Appt Department NINE NORTH MEDICAL ICU | | MRN #: 4493765 |
| Admit Dx/Chief Complaint: | | HAR # 609275275 |
| Malignant Hyperthermia,Shock | | CSN #: 338148327 |
| Parent Notice | Advance Directive No | |
| Admit Date 7/22/2011 | Discharge Date 7/29/2011 | Privacy Notice Acknowledgement |

**ISO/INFECTION INFO**
Isolation
Infection

Attend 041809 (Terada, Lance 9 )
PCP

**PATIENT INFORMATION**
MCCOLLUM,LARRY GENE

DOB 4/4/1953 (58 yrs)
Marital Status Single

4022 E Herns 9
Waco
Dallas TX 76705

Sex Male

County DALLAS
Home Phone 972-225-1304 (Temp)

Race White

No relevant phone numbers on file

Alias RHO,W

**EMERGENCY NOTIFICATION**
Extended Emergency Contact Information

**No emergency contact data on file**

**GUARANTOR INFORMATION**
MCCOLLUM,LARRY

Financial Class Commercial
Relationship Self
Sex Male

1500 E Langdon Rd
Dallas, TX 75241
Work Phone

**PRIMARY INSURANCE**
CNTY/STATE/FED AGCY*

Subscriber MCCOLLUM,LARRY GENE
Relationship Self
Cvg Group # 1721640
Subscriber # 776845

1500 E Langdon Rd
Dallas, TX 75241
Phone 972-225-1304

**SECONDARY INSURANCE**

Subscriber
Relationship
Cvg Group #
Subscriber #

Phone

**EMPLOYER INFORMATION**
Employer
No address on file.
**PRINT DATE 8/1/2011**

A.20

Mon Aug 1, 2011  1 51 PM

Page 1

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2788

McCollum 01500

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 5 of 90)

08/01/2011 MON 14:07  FAX
Scanned by WEAVER KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29
☑005/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Notes Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas  75233
214-590-8000

**Patient Information**

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 509275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Prior |

**Progress Notes**

**Progress Notes signed by Abelardo Alfonso Martinez-Rumayor, MD at 07/22/11 0523**

| Author | Abelardo Alfonso Martinez-Rumayor, MD | Service | Internal Medicine | Author Type | Fellow |
|---|---|---|---|---|---|
| Filed | 07/22/11 0523 | Note Time | 07/22/11 0513 | Cosign Required | Yes |
| Cosigner | Tayo A Addo, MD | | | | |

Interventional Cardiology Note

Evaluated patient after STEMI cath lab activation called by ED. He is a 58M without currently known medical history, incarcerated who about 1hr prior to presentation was noted to have seizure-like activity and syncope in jail, he was brought in to the PMH ED by ambulance, on arrival he was noted to be unresponsive, agonal breathing, weak pulses with significant hypotension and sinus tachycardia to 120's, he was also noted to be hyperthermic with a temp of 41-43 C while in-house. An EKG was noted to have diffuse ST depressions 2mm V2-V6 and D1,D2 with ST elevation 1mm in AVR. Cath lab was activated while patient sent for stat Head CT, preliminary read is negative for IC bleed but has evidence of diffuse ischemia. He was started on peripheral IV dopamine and is currently undergoing CVL access with plans for hypothermia protocol

Based on current clinical presentation it is unclear what the initial insult was that caused this patient's initial syncope, his EKG is also more suggestive of diffuse hypoperfusion rather than acute coronary syndrome. After discussion with interventional attending we believe the best course of action is to continue the medical management and work up for the patient to elucidate the etiology of his initial insult, extent of CNS involvement and cause of hyperthermia, therefore cath lab has been deactivated for the moment

Please call with questions, CCU team in ED evaluating patient as well
Pager 822-3001

Electronically Signed by Abelardo Alfonso Martinez-Rumayor, MD at 07/22/11 0523

**Progress Notes signed by Kevin Ross Davidson, MD at 07/22/11 0813**

| Author | Kevin Ross Davidson, MD | Service | Pulmonary Diseases | Author Type | PGY 3 |
|---|---|---|---|---|---|
| Filed | 07/22/11 0813 | Note Time | 07/22/11 0727 | | |
| Related Notes | Original Note by Kevin Ross Davidson, MD, note time at 07/22/11 0738 | | | | |

Brief MICU Note

Middle aged man presented in early AM hours after reported seizure like activity. Pt initially profoundly hypertensive ~200/150, was intubated for decreasing responsiveness in ER. Has been febrile to 43° (109 4°F). Pt subsequently decompensated and has become hypotensive. Now on dopamine 15 and levophed 40. Admit to MICU for shock, malignant hyperthermia. Possible NMS. Differential also includes heat stroke, bacterial meningitis, serotonin syndrome, thyrotoxicosis, profound sepsis. I have spoken with Dr Pennant, anesthesiology regarding concern from MH. He advises rapid dantrolene administration. We will place rectal thermometer and rapidly cool

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/22/11 0813

**Progress Notes signed by Ross Prater at 07/22/11 1026**

Mon Aug 1, 2011  1 51 PM

Page 2

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2795

McCollum 01501

08/01/2011 MON 14 07  FAX                                                                 ☑006/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15 29

Patient Name  McCollum, Larry Gene (MRN: 4493765)

Progress Notes (continued)

Progress Notes signed by Ross Prater at 07/22/11 1026 (continued)

| Author | Ross Prater | Service | (none) | Author Type | Pastoral Care |
| Filed | 07/22/11 1026 | Note Time | 07/22/11 1026 | | |

**Spiritual Care Note**

Patient's Name  W Rho
MRN  4493765

Focus of Care  Patient

Faith Community  Unknown
Who Initiated Visit  Chaplain
Date Referral Received
Time Received
Length of Contact
Response Category  Routine

Reason For Visit  Initial Rountine Visit,Length of Stay

Assessment  Hope Challenges,Patient/Family Unavailable for Care (pt intubated)

**Plan of Care.**

A
   Refer to
   Or
   Discharge Refer to
   Date                    Time

B  Interventions  Sacraments/Ritual,Prayer

**Electronically signed by**
ROSS PRATER
7/22/2011 1026

Electronically Signed by Ross Prater at 07/22/11 1026

Progress Notes signed by Barbara E  McElroy at 07/22/11 1651

| Author | Barbara E  McElroy | Service | (none) | Author Type | Pastoral Care |
| Filed | 07/22/11 1651 | Note Time | 07/22/11 1649 | | |

**Spiritual Care Note**

Patient's Name  W Rho
MRN  4493765

Focus of Care  Both wife and daughter were at Pt's bedside  Wife of about 1 year provided information regarding address, etc

Faith Community  Baptist
Who Initiated Visit  Nurse

Mon Aug 1, 2011  1 51 PM

Page 3

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2790

McCollum 01502

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 7 of 90)

08/01/2011 MON 14:07 FAX                                                          @007/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)
Date Referral Received 07/22/11
Time Received 15 30
Length of Contact 20 min
Response Category  Urgent

Reason For Visit  Family Care

Assessment  Sharing Spiritual Journey

Goals  Experience Supportive Presence,Feels Connected with Holy,Facilitate Open Communication in the Family

**Plan of Care**

A   Visit at least once each 24 hours

B   Interventions  Supportive Dialogue/Empathic Listening,Prayer,Empathic Listening,Explored Family Resources/ Spiritual
Resources

**Electronically signed by**
BARBARA E MCELROY
7/22/2011 1649

Electronically Signed by Barbara E  McElroy at 07/22/11 1651

Progress Notes signed by Carlos E  Girod, MD at 07/23/11 1000

| Author | Carlos F. Girod, MD | Service | Pulmonary Diseases | Author Type | Attending |
|--------|---------------------|---------|---------------------|-------------|-----------|
| Filed  | 07/23/11 1000       | Note Time | 07/23/11 0849    |             |           |

**MICU ATTENDING FOLLOW-UP AND CRITICAL CARE NOTE**
Admit Date  7/22/2011
I have seen and examined Mr  Larry Gene McCollum with Dr  Davidson and reviewed the note dated 7/23/2011  I concur
with the history, physical exam, data, and assessment/plan as summarized   I have been at bedside coordinating care,
reviewing imaging, and examining hemodynamics for this critically-ill patient for a total **Critical Care Time of 38 minutes**

58 year-old man with witnessed seizure in jail who was brought in with marked fevers to 43° C felt to be environmental
exposure  Cell is an non-airconditioned jail cell  He presented comatose on arrival and was intubated and cooled
internally and externally  Developed MSOF and severe hyptension

Overnight events are significant for now off pressors with improved temperature  He has MSOF with shock liver and renal
failure  Decreased UOP less than 30 cc/hr last hour

To my examination, I'm Temp (24hrs), Avg 37 1 °C (98 8 °F), Min 32 8 °C (91 °F), Max 39 4 °C (102 9 °F)  RR 20
92/55  Off levophed  Overbreathing vent  Acutely ill  On no sedation  Some response to noxious stimuli  Lungs reveal
diminished at bases  Heart RRR  Comatose  Distant HS

The CXR reveals CMG, LVH  No infilatretates

Intake/Output Summary (Last 24 hours) at 07/23/11 0850
Last data filed at 07/23/11 0800

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 12255 7 ml        |
| Output | 1556 ml           |
| Net    | 10699 7 ml        |

Mon Aug 1, 2011  1 51 PM

Page 4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2791

McCollum 01503

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 8 of 90)

08/01/2011 MON 14 07  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29                    Z008/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Labs were reviewed and are significant for
**Lab Results:** Vent Mode. Assist Control / FIO2 (%)  40 % /  Vent rate (bpm)  26 bpm / Tidal Volume
(mL)  600 mL / Vent PEEP (cm /H2O)  5 cm H2O
PIP  27 /

| Component | Value | Date |
|---|---|---|
| PHART | 7 39 | |
| PCO2ART | 18* | 7/23/2011 |
| PO2ART | 208* | 7/23/2011 |
| HCO3ART | 11* | 7/23/2011 |
| BEART | -12 8* | 7/23/2011 |
| O2SATART | 100* | 7/23/2011 |
| | | 7/23/2011 |

Lab Results
| Component | Value | Date |
|---|---|---|
| BUN | 45* | 7/23/2011 |
| CREATININE | 4 29* <--- 4 13 <-- 2 69 | 7/23/2011 |
| Na+ 123 | | |

Lab Results
| Component | Value | Date |
|---|---|---|
| WBC | 5 82 | 7/23/2011 |
| HCT | 35 1* | 7/23/2011 |
| PLT | 9* | 7/23/2011 |

AST 1400
CPK 17,000

**CK, TOTAL (Units/L)**
| Date | Value |
|---|---|
| 7/23/2011 | 24331* |
| 7/22/2011 | 17247* |
| 7/22/2011 | 11787* |

**CK MB (ng/mL)**
| Date | Value |
|---|---|
| 7/23/2011 | 88* |
| 7/22/2011 | 80* |
| 7/22/2011 | 4 |

**Troponin T (ng/mL)**
| Date | Value |
|---|---|
| 7/23/2011 | 0 27* |
| 7/22/2011 | 0 28* |
| 7/22/2011 | 0 27* |

**Assessment and Plan.**
I have discussed management with Dr Davidson   Mr  Larry Gene McCollum remains in the MICU with critical illness due
to marked hyperthermia either due to environmental exposure vs neuroleptic malignant hyperthermia vs serotonin
syndrome vs central fever   Head CT scan read as normal without lesions   He has MSOF with severe rhabdomyolysis,
shock liver, and ARF   His neuro status is poor with concern for a stroke vs metabolic encephalopathy vs an anoxic injury
(at jail passed out)   Will consult Neurology   EEG yesterday was negative for status (non-convulsive)   We are treating
empirically with IV Abx, HCO3 gtt for rhabdomyolysis, and IV NAC for acute liver failure   He has severe DIC   Will discuss
with renal service   Main issue is poor mental status with guarded neurological prognosis   Continue hyperventilation
Prognosis is poor   Continue support

Carlos E  Girod, M D
MICU Attending

Mon Aug 1, 2011  1 51 PM

Page 5

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2722

McCollum 01504

c:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 9 of 90)

Patient Name  McCollum, Larry Gene (MRN  4493785)

Progress Notes (continued)

Electronically Signed by Carlos E. Girod, MD at 07/23/11 1000

**Progress Notes signed by Martin Mbugua at 07/23/11 1801**

| Author | Martin Mbugua | | Service | (none) | | Author Type | Pastoral Care |
|--------|---------------|--|---------|--------|--|-------------|---------------|
| Filed | 07/23/11 1801 | | Note Time | 07/23/11 1800 | | | |

**Spiritual Care Note**

Patient's Name  Larry Gene McCollum
MRN: 4493785

Focus of Care  Patient

Faith Community  Baptist
Who Initiated Visit  Chaplain

Length of Contact  5 min
Response Category  Urgent

Reason For Visit  Follow Up

Assessment  Relationship with Holy,Religious/Spiritual Support

Goals  Experience Supportive Presence,Feels Connected with Holy

**Plan of Care:**

B  Interventions  Prayer

**Electronically signed by:**
Martin Mbugua
7/23/2011 1800

Electronically Signed by Martin Mbugua at 07/23/11 1801

**Progress Notes signed by Carlos E. Girod, MD at 07/24/11 1419**

| Author | Carlos E. Girod, MD | | Service | Pulmonary Diseases | | Author Type | Attending |
|--------|---------------------|--|---------|--------------------|--|-------------|-----------|
| Filed | 07/24/11 1419 | | Note Time | 07/24/11 0845 | | | |
| Related Notes | Original Note by Kevin Ross Davidson, MD, note time at 07/24/11 1142 | | | | | | |

MICU / Pulmonary Team III Daily Note

24 hour events  Remains off of or on minimal pressors, tube feedings started, minimal neurologic responses   Had head CT which shows bilateral low densities in basal ganglia and internal capsules   Guards remain at bedside

| Hospital Day | 3 | |
|--------------|---|--|
| Drips | Levophed | HELD |
| | Bicarbonate @ 100cc/hr | |

| Lines | Rt fem TL | 7/22 |
|-------|-----------|------|
| | Rt radial A-line | 7/22 |
| Antibiotics | Ceftriaxone | D/c'd today after 2 days |
| | Vancomycin | D/c'd today after 2 days |

Mon Aug 1, 2011  1 51 PM

Page 6

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2795

McCollum 01505

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 10 of 90

08/01/2011 MON 14:08 FAX                                                         ☑010/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**

AC        Vt 550 / f 16 / 40% / +5
          7 51 / 23 / 176 / 18 / 100% (before vent changes)

VS        Tm 38 1° | HR 70-80 | RR 20 | BP 70-80 | SpO2 100% | Wt  159 5kg
I/O       +8 5 L | -1 L | Net  +5 5L
Chest     Course bilateral breath sounds, diminished at bases, no wheezes
Cardiac   Distant, unable to appreciate
Abd       Obese, soft, +foley/rectal tube
Neuro     Withdraws from some noxious stimuli with limited movement, otherwise overbreathes vent but no additional
          purposeful movement.  Has late gag response
Ext       Mottling of legs slightly improved from yesterday, no palpable feet pulses

Medicines

| | | |
|---|---|---|
| insulin regular sliding scale 1-7 Units | 1-7 Units | Q6H |
| hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution | 1 Drop | PRN |
| sodium chloride 0 9% infusion | | CONTINUOUS |
| acetaminophen (TYLENOL) oral solution    DOSE  650 mg | 650 mg | Q4HR PRN |
| norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |
| hydrocortisone sodium succinate (SOLUCORTEF) injection    DOSE  50 mg | 50 mg | Q6H |
| sterile water 1 000 mL with sodium bicarbonate 150 mEq infusion | | CONTINUOUS |
| pantoprazole (PROTONIX) injection    DOSE  40 mg | 40 mg | Q24HR |

Labs

| | | |
|---|---|---|
| NA | 128* | 7/24/2011 |
| K | 3 2* | 7/24/2011 |
| CL | 88* | 7/24/2011 |
| CO2 | 20* | 7/24/2011 |
| ANIONGAP | 20* | 7/24/2011 |
| BUN | 59* | 7/24/2011 |
| CREATININE | 5 21* | 7/24/2011 |
| GLUCOSE | 225* | 7/24/2011 |
| WBC | 8 78 | 7/24/2011 |
| HGB | 10 9* | 7/24/2011 |
| HCT | 30 2* | 7/24/2011 |
| MCV | 86 5 | 7/24/2011 |
| PLT | 25* | 7/24/2011 |

Imaging
          CXR    P
          CT Head  Bilateral low densities within the basal ganglia and internal capsules  The differential diagnosis includes
          hypoxic ischemia, osmotic demyelination syndrome, or toxicity

TTE       LV function appears reduced, RA/RV both at least moderately dilated, decr RV function   Paradoxic septal motion
          No regurgitation seen, no effusion

Problem List
     1    Multi-organ dysfunction (ARF, shock liver, neurologic impairment)
     2    Unresponsiveness
     3    Acute renal failure
     4    Rhabdomyolysis
     5    Unwitnessed seizure

Assessment & Plan
          58 yo M presenting from prison after report of generalized seizure  On presentation, the patient had profound
hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness  The etiology of his shock and
fever remain uncertain   In the last 24 hours he is no longer requiring pressors   He is normothermic and no longer
requiring cooling methods   His neurologic recovery remains guarded

Resolving shock
          +Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
          +Tapering empiric steroids which were added per Annane study
          +Supportive care, levophed for recurrent hypotension, avoid boluses
Mon Aug 1, 2011  1 51 PM

                                                                          Page 7

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App. 2794

McCollum 01506

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 11 of 90

08/01/2011 MON 14:08  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

2011/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**

Unresponsiveness
+NSE pending, slight improvement in neuro function
+All sedation held, monitoring for improvement in neuro status
+EEG was neg for subclinical status

Malignant hyperthermia  Resolved and normothermic, monitoring closely   No longer on dantrolene or cyproheptadine
Rhabdomyolysis  Bicarbonate GTT
ATN  Supporting hemodynamics awaiting recovery
Prophylaxis  PPI, SCD's, hold
Code Status  Full code

Davidson x4099


**MICU ATTENDING FOLLOW-UP NOTE**
Admit Date  7/22/2011.
I have seen and examined Mr Larry Gene McCollum with Dr Davidson and reviewed the note dated 7/24/2011  I concur
with the history, physical exam, data, and assessment/plan as summarized  Overnight events are significant for
increased neurological activity  He is moving feet with some purpose  Opens eyes to sternal rub  Off dantrolene  Still
with MSOF and critically-ill  He has some asynchrony with ventilator

To my examination, Tm Temp (24hrs), Avg 37 3 °C (99 2 °F), Min 37 1 °C (98 8 °F), Max 37 7 °C (99 9 °F)  GA  Morbidly
obese  Intubated  Moves sponmtaneously right > left side  Lungs reveal clear BS anteriorly  Heart RRR  The CXR
reveals pending

Intake/Output Summary (Last 24 hours) at 07/24/11 1414
Last data filed at 07/24/11 1400

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 6474 ml           |
| Output | 1529 ml           |
| Net    | 4945 ml           |

Labs were reviewed and are significant for
Lab Results

| Component | Value  | Date      |
|-----------|--------|-----------|
| PHART     | 7 52*  | 7/24/2011 |
| PCO2ART   | 24*    | 7/24/2011 |
| PO2ART    | 233*   | 7/24/2011 |
| HCO3ART   | 19*    | 7/24/2011 |
| BEART     | -2 0   | 7/24/2011 |
| C2SATART  | 100*   | 7/24/2011 |

Lab Results

| Component  | Value | Date      |
|------------|-------|-----------|
| BUN        | 59*   | 7/24/2011 |
| CREATININE | 5 33* | 7/24/2011 |

Lab Results

| Component | Value  | Date      |
|-----------|--------|-----------|
| WBC       | 7 78   | 7/24/2011 |
| HCT       | 31 5*  | 7/24/2011 |
| PLT       | 21*    | 7/24/2011 |

**Assessment and Plan**

Mon Aug 1, 2011  1 51 PM

Page 8

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2796

McCollum 01507

08/01/2011 MON 14:08 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15.29

2012/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

I have discussed management with Dr. Davidson  Mr. Larry Gene McCollum remains in the MICU with critical illness due to hyperthermia due to environmental exposure vs malignant hyperthermia  He has a persistent neurological deficit off sedation but he is showing some improvement in spontaneous movement  CT repeat with LDA in the basal ganglia and internal capsule  His neurological prognosis is guarded  Will consult neurology if no improvement  His shock liver is stable with INR 1 7 and reduced AST  He has severe rhabdomyolysis and the CK is now 18,000  His pH is quite alkalotic and will switch from HCO3 drip to NSS  He has RV dysfunction and would avoid overload  UOP 40-50 cc/hr  He has MSOF  On IV NAC for liver injury  Continue aggressive support

Carlos E  Girod, M D.
MICU Attending

Electronically signed by Carlos E Girod, MD at 07/24/11 1419

Progress Notes signed by Victor V Machiano at 07/25/11 0430

| Author | Victor V Machiano | Service | (none) | | Author Type | Pastoral Care |
| Filed | 07/25/11 0430 | Note Time | 07/25/11 0430 | | | |

Spiritual Care Note

Patient's Name  Larry Gene McCollum
MRN  4493765

Focus of Care  Other  Patient was asleep and was prayed for at bedside  Continue to visit during ICU stay

Faith Community  Baptist
Who Initiated Visit  Chaplain
Date Referral Received
Time Received
Length of Contact
Response Category  Routine

Reason For Visit  Follow Up

Assessment  Patient/Family Unavailable for Care

Goals  Experience Supportive Presence,Feels Connected with Holy

Plan of Care.
Follow Up Required?  Yes
A  Follow Up Time Frame  Other  (Comment) (24 hour goal)
   Refer to
   Or
   Discharge Refer to
   Date            Time

B  Interventions  Prayer

Electronically signed by
VICTOR V MACHIANO
7/25/2011 0430

Electronically Signed by Victor V Machiano at 07/25/11 0430

Progress Notes signed by Lance S  Terada, MD at 07/25/11 1142

Mon Aug 1, 2011  1 51 PM

Page 9

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2796

McCollum 01508

08/01/2011 MON 14:08 FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29
☑013/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Progress Notes signed by Lance S Terada, MD at 07/25/11 1142 (continued)

| Author | Lance S Terada, MD | Service | Internal Medicine | Author Type | Attending |
|---|---|---|---|---|---|
| Filed | 07/25/11 1142 | Note Time | 07/25/11 0747 | | |
| Related Notes | Original Note by Jennifer Lynne Jarvie, MD, note time at 07/25/11 0809 | | | | |

MICU / Pulmonary Team III Note

24 hour events  Remains off of or on minimal pressors, tube feedings started, minimal neurologic responses  Had head Ct which shows bilateral low densities in basal ganglia and internal capsules  Guards remain at bedside

Hospital Day  4
Drips  None
Lines  Rt fem TL 7/22
Rt radial A-line 7/22
Antibiotics  None - stopped yesterday

AC  Vt 550 / 16 / 40% / +5
7 51/28/130/100%

VS  Tm 37 8  Tc 37  82  103/67  23  100% vent
I/O  +370cc

General  unresponsive, vented
Chest  Course bilateral breath sounds, symmetric
Cardiac  Distant, unable to appreciate
Abd  Obese, soft, +foley/rectal tube
Neuro  Withdraws from some noxious stimuli with limited movement, otherwise overbreathes vent but no additional purposeful movement
Ext  Mottling of legs slightly improved from yesterday, no palpable feet pulses  Hands and feet are warm with good cap refil

Medicines
Current Inpatient Medications
Medication

| Medication | Dose | Frequency |
|---|---|---|
| · insulin regular sliding scale 2-12 Units | 2-12 Units | Q8H |
| · lidocaine injection 1% | 10 mL | PRN |
| · hydrocortisone sodium succinate (SOLUCORTEF) injection    DOSE  50 mg | 50 mg | Q12H |
| · sodium chloride 0 9% infusion | | CONTINUOUS |
| · hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution    DOSE  1 1 Drop Drop | | PRN |
| · sodium chloride 0 9% infusion | | CONTINUOUS |
| · acetaminophen (TYLENOL) oral solution    DOSE  650 mg | 650 mg | Q4HR PRN |
| · norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |
| · pantoprazole (PROTONIX) injection    DOSE  40 mg | 40 mg | Q24HR |

Labs
Na 13
K 3 2
Cl 92
CO2 22
BUn 67
Creat 4 66
Ca 7 4 -> 8 6 corrected
Phos 5 3

Mon Aug 1, 2011  1 51 PM

Page 10

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App. 2797

McCollum 01509

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 14 of 90

08/01/2011 MON 14:08  FAX                                                      Ø014/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15 29

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**

Mg 2 3

WBC 7 17
Hgb 11 0
Hct 31 3
Plt 28

LFt
Tbili 0 6
ALT 578 (downtrending)
AST 471 (downtrending)
Alk Phos 53

INR 1 3/PT 12 6

CK 12870 (downtrending)
B12 661

Imaging
CXR  Increased opacities of bilat bases, widened mediastinum   Official read pending

**Problem List:**
6.  **Multi-organ dysfunction (ARF, shock liver, neurologic impairment)**
7   **Unresponsiveness**
8   **Hyperthermia**
9   **Acute renal failure**
10  **Rhabdomyolysis**
11  **Unwitnessed seizure**

**Assessment & Plan**
58 yo M presenting from prison after report of generalized seizure  On presentation, the patient had profound
hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness  The etiology of his shock and
fever remain uncertain  In the last 24 hours he is no longer requiring pressors  He is normothermic and no longer requiring
cooling methods  His neurologic recovery remains guarded

**Resolving shock with Multiorgan Dysfunction:**
-Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
-Tapering empiric steroids which were added per Annane study
-Supportive care, levophed ordered but has been off for >24 hours. Avoid boluses

**Unresponsiveness,**
-NSE pending, slight improvement in neuro function   Responds to noxious stimuli and nonpurposeful movement
-Has not required sedation
-Monitoring for improvement in neuro status
-EEG was neg for subclinical status

**Malignant hyperthermia**  Resolved and normothermic, monitoring closely  No longer on dantrolene or cyproheptadine
No longer requiring cooling blanket or lavages

**Rhabdomyolysis**  Bicarbonate GTT stopped  CK is downtrending   UOP has improved substantially, so giving fluids to
replace UOP

**ATN**  UOP with dramatic increase (post-ATN)
-Maintenance fluids (NS 50cc/hr) to keep net even or slightly net neg in setting of increased UOP and rhabdo, but
echo showing RLV dysfunction

**Prophylaxis**  PPI, SCD's

Mon Aug 1, 2011  1 51 PM

Page 11

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2798

McCollum 01510

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 15 of 90

08/01/2011 MON 14:08  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29
@015/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Code Status  DNR

Jennifer Jarvie
Internal Medicine R1
x6852

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr Jarvie and I concur with the findings and plans recorded.  He is
nonresponsive  No sns of sz activity  +OC reflexes  CK decreasing, temp curve decreasing, afeb x 24 h  His hands and
feet are now well perfused  Creat still elevated, most other labs improving  It is possible that he has a genetic
predisposition for environmental heat stroke.  Will look into ryanodine receptor genotyping or functional myocyte
contracture assay  Await CNS recovery, cannot extubate at present

Lance Terada, MD

Electronically Signed by Lance S Terada  MD at 07/25/11 1142
Progress Notes signed by Kristi Click at 07/25/11 1614

| Author | Kristi Click | Service | (none) | Author Type | Pastoral Care |
|--------|--------------|---------|--------|-------------|---------------|
| Filed | 07/25/11 1614 | Note Time | 07/25/11 1613 | | |

Spiritual Care Note

Patient's Name: Larry Gene McCollum
MRN  4493765

Focus of Care  Patient
Pt was intubated, sedated & unavailable for care  Said a prayer at the bedside & spoke with the guards escorting him

Faith Community  Baptist
Who Initiated Visit  Chaplain

Length of Contact  10 mins
Response Category  Routine

Reason For Visit  Follow Up

Assessment  Patient/Family Unavailable for Care

Goals  Experience Supportive Presence

Plan of Care:
Follow Up Required?  Yes
A  Follow Up Time Frame  Other (Comment) (24 hour ICU goal)

B  Interventions  Prayer

Electronically signed by
Kristi Click
7/25/2011 1613

Electronically Signed by Kristi Click at 07/25/11 1614
Progress Notes signed by Wendi Campbell, RD, LD at 07/25/11 1906

Mon Aug 1, 2011  1 51 PM

Page 12

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App'x 2799

McCollum 01511

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 16 of 90

08/01/2011   MON 14:08   FAX                                                           @016/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**

**Progress Notes signed by Wendi Campbell, RD, LD at 07/25/11 1906 (continued)**

| Author | Wendi Campbell RD, LD | Service | (none) | Author Type | Dietitian |
|--------|----------------------|---------|--------|-------------|-----------|
| Filed | 07/25/11 1906 | Note Time | 07/25/11 1856 | | |

**Nutrition Support Assessment**

Pt seen and evaluated per protocol  See Adult Nutrition documentation flowsheet for full details  Chart and labs reviewed

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|
| NA | 136 | 7/25/2011 |
| K | 3 1* (tx po) | 7/25/2011 |
| CO2 | 24 | 7/25/2011 |
| CL | 97* | 7/25/2011 |
| BUN | 74* | 7/25/2011 |
| CREATININE | 3 96* | 7/25/2011 |
| GLUCOSE | 214* | 7/25/2011 |
| CALCIUM | 7 5* | 7/25/2011 |
| MAG | 2 3 | 7/25/2011 |
| PHOS | 5 2* | 7/25/2011 |

**Glucose POC (mg/dL)**

| Date | Value |
|------|-------|
| 7/25/2011 | 220 |
| 7/25/2011 | 279 |
| 7/25/2011 | 277 |
| 7/24/2011 | 280 |
| 7/24/2011 | 274 |
| 7/24/2011 | 248 |

Diet: TF Nepro at 40 ml/hr, one beneprotein TID          **Medications:** reviewed
GRV: <0-20 ml>                        IVF  NS at 50 ml/hr          BM/RT  500 ml
~~...~~
Pt malnourished PTA, at nutrition risk 2/2 Dx and morbid obesity  Appears to be tolerating current rate of tube feeding
Poor glycemic control with current insulin regimen and pt not at goal TF
~~...~~
Goal  Tolerance of tube feeding
    1  Initial TF goal  Peptamen AF at 70 ml/hr with 2 beneprotein packets TID
    2  Recommend insulin gtt
    3  Treat electrolytes with IVPB

**Electronically Signed by:**
Wendi S  Campbell, RD,LD,CNSD

Electronically Signed by Wendi Campbell  RD, LD at 07/25/11 1906

**Progress Notes signed by Lance S  Terada, MD at 07/26/11 1303**

| Author | Lance S Terada, MD | Service | Internal Medicine | Author Type | Attending |
|--------|--------------------|---------|-------------------|-------------|-----------|
| Filed | 07/26/11 1303 | Note Time | 07/26/11 0729 | | |
| Related | Original Note by Kevin Ross Davidson, MD, note time at 07/26/11 0747 | | | | |

**MICU / Pulmonary Team III Note**

24 hour events  Remains off of on minimal pressors, tube feedings started, minimal neurologic responses  Had head Ct
which shows bilateral low densities in basal ganglia and internal capsules  Guards remain at bedside

| | |
|---|---|
| Hospital Day | 5 |
| Drips | NS @ 50cc/hr |
| Lines | Rt radial A-line | 7/22 |
| | Right brachial PICC | 7/25 |
| | Foley, rectal, OG |
| Antibiotics | None |
| | |
| Vent Day | 5 |

Mon Aug 1, 2011  1 51 PM

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2800                              McCollum 01512

08/01/2011 MON 14:09   FAX                                    @017/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)
AC           Vt 600 / 18 / 40% / +5
             7 48 / 31 / 113 / 23 / 100%

VS  Tm 37 8  70-90   90-100/55-65   18-22  >99%
I/O  +2 5 | -3 4 | Net -0 9

General  unresponsive, vented
Chest  Course bilateral breath sounds, symmetric
Cardiac Distant, unable to appreciate
Abd  Obese, soft, +foley/rectal tube
Neuro  Withdraws from noxous stimuli with limited movement, overbreathes vent but no additional movement
Ext  Mottling of legs slightly improved from yesterday, no palpable feet pulses  Hands &b feet warm with good cap refill

Medicines
• lidocaine injection 1%                                          10 mL          PRN
• insulin NPH (HUMULIN N,NOVOLIN N) injection 10 Units            10 Units       BID
• insulin regular sliding scale 1-7 Units                        1-7 Units      Q6H
• potassium chloride oral solution 10% (20 mEq/15ml)             40 mEq         DAILY
• pantoprazole (PROTONIX) injection   DOSE 40 mg                 40 mg          BID
• sodium chloride 0 9% infusion                                                 CONTINUOUS
• hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution  1 Drop  PRN
• sodium chloride 0 9% infusion                                                 CONTINUOUS
• acetaminophen (TYLENOL) oral solution   DOSE 650 mg            650 mg         Q4HR PRN
• norepinephrine (LEVOPHED) 32 mg in D5W 250 mL                  5-200 mcg/min  TITRATE

NA          140                          7/26/2011
K           3 2*                         7/26/2011
CL          102                          7/26/2011
CO2         28                           7/26/2011
ANIONGAP    10                           7/26/2011
BUN         76*                          7/26/2011
CREATININE  3 24*                        7/26/2011
GLUCOSE     187                          7/26/2011

WBC         5 97                         7/26/2011
HGB         9 9*                         7/26/2011
HCT         28 6*                        7/26/2011
MCV         91 7                         7/26/2011
PLT         42*                          7/26/2011

7/22    Neuron specific enolase      Pending (was drawn at 12 hours after presentation)

Micro
7/22    Blood        NG
7/22    Urine        NG
7/22    C Diff       NG
7/22    Fecal WBC    Neg

Problem List·
12  Unresponsiveness
13. Resolving multi-organ dysfunction
14  Azotemia
15  Acute renal failure, resolving
16  Rhabdomyolysis, resolving
17  Shock liver, resolving
18  Hyperthermia, resolved
19  Unwitnessed single seizure

Mon Aug 1, 2011  1 51 PM                                      Page 14

Copy of OIG case to Support Litigation on 12.17.2012 by ce,
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2801

McCollum 01513

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 18 of 90

08/01/2011 MON 14:09 FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Ø018/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)
Assessment & Plan
58 yo M presenting from prison after report of generalized seizure and marked hyperthermia  The patient was intubated in the ER for unresponsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which are now resolving  We are providing supportive care and are hopeful that his neurologic status will improve  He remains on the ventilator with limited neurologic responses

Neurologic dysfunction
-Has brainstem function, trigger vent and has some oral movements, can move both arms in limited fashion
-NSE pending
-Holding all sedation
-EEG was neg for subclinical status

Resolving shock with Multiorgan Dysfunction
-Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
-Hydrocortisone completeley tapered off
-Supportive care, has been off of pressors for 48 hours

Malignant hyperthermia. Resolved and normothermic
Rhabdomyolysis. Downtrended to almost normal
Azotemia  Related either to ATN or possibly to GIB  On BID PPI, Cr improving
ATN  Improving
Prophylaxis  PPI, SCD's
Code Status. DNR

Davidson x4099

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr Davidson and I concur with the findings and plans recorded  He is still unresponsive/comatose, Tm 37 8  Labs show resolving rhabdo, renal failure, and DIC  Supportive tx for heat stroke  No return in mental status for now  Will get MRI to look for other structural causes  Likely will need early trach

Lance Terada, MD

Electronically Signed by Lance S  Terada, MD at 07/26/11 1303
Progress Notes signed by A J  Kunnathusseril, RN, CWOCN at 07/26/11 1335

| Author | A J  Kunnathusseril  RN, CWOCN | Service | Wound Care Specialist | Author Type | Registered Nurse |
| Filed | 07/26/11 1335 | Note Time | 07/26/11 1322 | | |

Allied Health Services Progress Note
Service Area WOCN WOUND CARE SERVICES
Name  Larry Gene McCollum
Medical Record Number  4493765
Admission Date  7/22/2011  4 00 AM

Note: Patient seen per MD referral, 58 yr old WH/M brought in from prison after having had generalized seizures, in multisystem Failure, ARF, shock liver syndrome AMS, intubated vent assisted and unresponsive  Patient is morbidly obese, and is on Bari Maxx bed with Maxx air ETS  RN noticed a purplish area, a line DEEP in the buttock fold  4 cms long 0 3 cm wide initially that cracked open at this time like a skin tear  Not a pressure ulcer as this area cannot be touching anything, any surface, the huge buttock mass might have caused surface to surface friction rub and congestion and separating buttock folds to examine the fold also might have caused the tear  This is not a classic pressure related injury, will treat it as a skin tear, a fissured area in the deep fold with Senscare BID and PRN  may place on continuous turn mode or may turn him Q 1-2 hrs to sides  Patient is on a DNR Code Status and  Is on Tube feed at this time
Time 1310 hrs to 1340 hrs
Electronically Signed by
A J  KUNNATHUSSERIL, RN, CWOCN # 5450, Pg # 8625
7/26/2011 1322
Mon Aug 1, 2011  1 51 PM

Page 15

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2800

McCollum 01514

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 19 of 90

08/01/2011  MON 14:09  FAX                                                          Z019/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:29

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Electronically Signed by A J  Kunnathuseeni, RN, CWOCN at 07/26/11 1335

Progress Notes signed by Ross Prater by 07/26/11 1422

| Author | Ross Prater | Service | (none) | Author Type | Pastoral Care |
|--------|-------------|---------|--------|-------------|---------------|
| Filed | 07/26/11 1422 | Note Time | 07/26/11 1422 | | |

**Spiritual Care Note**

Patient's Name  Larry Gene McCollum
MRN· 4493765

Focus of Care  Patient

Faith Community  Baptist
Who Initiated Visit  Chaplain
Date Referral Received
Time Received
Length of Contact
Response Category  Routine

Reason For Visit  Follow Up,Length of Stay

Assessment   (spoke with guard, family in and out, will call us as needed)

Goals  Experience Supportive Presence

**Plan of Care**
Follow Up Required?  Yes
A  Follow Up Time Frame  Other (Comment) (24 hour ICU goal)
   Refer to
   Or
   Discharge Refer to
   Date                      Time

B  Interventions  Sacraments/Ritual,Prayer


Electronically signed by
ROSS PRATER
7/26/2011 1422



Electronically Signed by Ross Prater at 07/26/11 1422

Progress Notes signed by Lance S Terada, MD at 07/27/11 1123

| Author | Lance S Terada, MD | Service | Internal Medicine | Author Type | Attending |
|--------|---------------------|---------|-------------------|-------------|-----------|
| Filed | 07/27/11 1123 | Note Time | 07/27/11 0715 | | |
| Related Notes | Original Note by Jennifer Lynne Jarvie, MD, note time at 07/27/11 0734 | | | | |

MICU / Pulmonary Team III Note

No events overnight  Continues to have improving UOP and requires frequent lyte repletion  No sedation but remains unresponsive  Has remained normothermic for the last several days  Noncontrast MRI/MRA of brain ordered but still not done

Hospital Day  8

Mon Aug 1, 2011  1 51 PM

Page 16

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2805

McCollum 01515

Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**
Drips  D5+1/2NS @ 50cc
Lines  Rt radial A-line 7/22
Right brachial PICC 7/25
Foley, rectal, OG
Antibiotics  None
Vent Day  6

AC  Vt 600 / 16 / 40% / +5

VS  Tc 37  71  93/50  20  96%  Vent
I/O  -1 4L

General  unresponsive, vented
Chest  diminished on right, symmetric chest rise, no wheezes, coarse
Cardiac  Distant, unable to appreciate
Abd  Obese, soft, +foley/rectal tube
Neuro  Disconjugate gaze, pupils reactive
Ext  nonpitting edema of bilat UE, warm, good cap refill, no petechiae

Medicines
Current Inpatient Medications

| Medication | | Dose | Frequency |
|---|---|---|---|
| • dextrose 5 % + 0 45% NaCl infusion | | | CONTINUOUS |
| • potassium chloride oral solution 10% (20 mEq/15ml) | | 60 mEq | ONCE |
| • multivitamin oral solution    DOSE  5 mL | | 5 mL | DAILY |
| • lidocaine injection 1% | | 10 mL | PRN |
| • insulin NPH (HUMULIN N,NOVOLIN N) injection 10 Units | | 10 Units | BID |
| • insulin regular sliding scale 1-7 Units | | 1-7 Units | Q6H |
| • pantoprazole (PROTONIX) injection    DOSE  40 mg | | 40 mg | BID |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution | DOSE  1 1 Drop | 1 Drop | PRN |
| • sodium chloride 0 9% infusion | | | CONTINUOUS |
| • acetaminophen (TYLENOL) oral solution    DOSE  650 mg | | 650 mg | Q4HR PRN |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | | 5-200 mcg/min | TITRATE |

Na 147
K 3 2
Cl 113
CO2 29
BUN 63
Creat 1 82
Gluc 143
Ca 7 2
Phos 3 0
Mg 2 1

TP 4 5
Alb 2 2
Dbili 0 6
ALT 200
AST 165
Alk phos 38

INR 1 1/PT 11 0/PTT 21 9

Mon Aug 1, 2011  1 51 PM                                          Page 17

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2804

McCollum 01516

08/01/2011 MON 14:09  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
2021/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)
WBC 2 8
Hgb 8 3 (downtrending)
Hct 24 6 (downtrending) <-- 28 9 <-- 28 6 <-- 31 3
Plt 46

7/22 Neuron specific enolase Pending (was drawn at 12 hours after presentation)

Micro
7/22 Blood NG
7/22 Urine NG
7/22 C Diff NG
7/22 Fecal WBC Neg

Problem List
20  Unresponsiveness
21  Resolving multi-organ dysfunction
22  Azotemia
23  Acute renal failure
24  Rhabdomyolysis
25  Anemia
26  Shock liver
27  Hyperthermia, resolved
28  Unwitnessed single seizure

Assessment & Plan
58 yo M presenting from prison after report of generalized seizure and marked hyperthermia  The patient was intubated in the ER for unresponsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which are now resolving  He remains on the ventilator with limited neurologic responses  We continue to provide supportive care and wait to see if he regains neurologic function

Neurologic dysfunction
-Has brainstem function, trigger vent and has some oral movements, can move both arms in limited fashion
-NSE pending
-Holding all sedation
-EEG was neg for subclinical status
-Remains unresponsive
-Brain MRI/MRA ordered

Resolving shock with Multiorgan Dysfunction
-Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
-Renal function improving with downtrending creatinine and increased UOP
-Liver enzymes also downtrending  NAC protocol stopped 2 days ago
-Has been off of all pressors for 4 days

Malignant hyperthermia  Resolved and normothermic
-Unknown trigger  Still monitoring temp

Rhabdomyolysis  Downtrended to almost normal
-Today CK is 4000, peaked at 24000
-Gentle IVF

Anemia  H&H continue to downtrend  FOBT positive, so likely slow leak from GI source
-PPI BID
-Trending H&H
-Transfuse if Hbg <7

Azotemia  Related either to ATN or possibly to GIB

Mon Aug 1, 2011  1 51 PM

Page 18

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2805
McCollum 01517

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 22 of 90

08/01/2011 MON 14:09  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

☑022/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

ATN  Improving.
       -UOP over 100cc/hr

Prophylaxis, PPI, SCD's

Code Status· DNR

Jennifer Jarvie
Internal Medicine R1
x8852

Pulmonary Attending
I reviewed and examined Mr McCollum with Dr Jarvie and I concur with the findings and plans recorded  He remains completely unresponsive  CK, creat improving  SBT good VI, but will not protect his airway  MRI/MRA pending  Will ask neurology for assistance in prognosticating after studies done  He remains comatose, suspect chances for meaningful recovery are very slim  Will keep family updated

Lance Terada, MD

Electronically Signed by Lance S Terada, MD at 07/27/11 1123

Progress Notes signed by Elen Petrosyan, RD, LD at 07/27/11 1102

| Author Filed | Elen Petrosyan, RD, LD 07/27/11 1102 | Service | (none) | | Author Type | Dietitian |
| Related Notes | Original Note by Elen Petrosyan, RD, LD | Note Time | 07/27/11 1054 note time at 07/27/11 1059 | | | |

Nutrition Support Follow-Up

Pt seen & evaluated per protocol  See Adult Nutrition documentation flowsheet for full details
Chart & labs reviewed

Med/Surg Changes/Procedures  off pressors, pending brain MRI/MRA

TF: Nepro @ 40 ml/hr with 1 protein packet TID

IVF  D5-1/2 NS @ 50 ml/hr   UOP· 3330 ml   BM (RT)· 100 ml   Gastric Residuals/Output. <0-10 ml>

Assessment:
Pt tolerating current TF regimen, however, doesn't need a restricted formula as pt clearing the elytes  Will change to less restricted and less concentrated formula to help with hyponatremia  Pt with mild hyperglycemia - recommand to adjust sliding scale insulin

Plan:
1  Change TF to Promote @ 90 ml/hr with 2 protein packets TID
2  Change sliding scale insulin to medium dose q 6 hrs
3  NST following while in ICU

Electronically Signed by
Elen Petrosyan RD, LD, CNSC
P  1684

Electronically Signed by Elen Petrosyan, RD, LD at 07/27/11 1102

Progress Notes signed by Kristi Click at 07/27/11 1615

| Author Filed | Kristi Click 07/2/11 1615 | Service | (none) | | Author Type | Pastoral Care |
| | | Note Time | 07/27/11 1512 | | | |

Spiritual Care Note

Mon Aug 1, 2011  1 51 PM

Page 19

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App'x. 2806

McCollum 01518

08/01/2011 MON 14:10  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

2023/090

Patient Name  McCollum, Larry Gene (MRN. 4493765)

Progress Notes (continued)

Patient's Name. Larry Gene McCollum
MRN  4493765

Focus of Care  Other  pt's jail guards
Guards told me that the doctor explained pt's grim state and pt needs to have an MRI  The guard said "The family told the
doctor they don't want him living like a vegetable so they will probably pull the plug if there is no brain activity " They have
mentioned Pastoral Care to the family but the family is not yet interested in visiting with a chaplain  Prayed over the pt

Faith Community  Baptist
Who Initiated Visit  Chaplain

Length of Contact  10 mins
Response Category  Routine

Reason For Visit  Follow Up,Significant Change in Condition (pt will have an MRI & fam concerned of "vegetative state")

Assessment  Patient/Family Unavailable for Care

Goals  Experience Supportive Presence

Plan of Care
Follow Up Required?  Yes (24 hour ICU goal)
A  Follow Up Time Frame  Other (Comment) (24 hour ICU goal)

B  Interventions  Prayer

Electronically signed by
Kristi Click
7/27/2011 1612

Electronically Signed by Kristi Click at 07/27/11 1615
Progress Notes signed by Gagandeep Singh, MS III at 07/28/11 1357

| Author | Gagandeep Singh, MS III | Service | (none) | | Author Type | MS III |
| Filed | 07/28/11 1357 | Note Time | 07/28/11 0915 | | | |
| Related Notes | Cosigned by  Hai Chen, MD,PHD, note time at 07/28/11 1636 | | | | | |

Original Note by  Gagandeep Singh, MS III, note time at 07/28/11 1245
Admit Date  7/22/2011  LOS  6 days
Subjective
Reason for consult  Neurological Prognosis

Mr  McCollum is 58 y/o morbidly obese caucasian man with PMH of HTN, DM, Arthritis, Major Depression who presented
from prison after a witnessed seizure while in common area

Per MICU resident(Dr  Davidson) and Prison Guards present in the room  There are no details to the patient's clinical
course leading up to his seizure and he has no known history of epilepsy  He reportedly has been in this prison for only 4
days and was recently at another jail facility  His jail is a non-air conditioned facility  His seizure occurred ~0300 hours and
he was brought to Parkland by EMS  His temperature was noted to be 104° F when he left the facility and his temperature
rose to 109° F by the time he got to ER  In the ER he was initially hypertensive ~200/150, he had no gag, cough, or
grimace and was completely unresponsive  He was then intubated and given etomidate and succinylcholine  His blood
pressure decompensated and he was started on dopamine and levophed(Norepinephrine) at high levels  Attempts were
made to cool him with ice water NG lavage and packing his groin and axillae with ice packs

Mon Aug 1, 2011  1 51 PM

Page 20

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2807

McCollum 01519

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 24 of 90

08/01/2011 MON 14:10  FAX                                                      Ø024/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name  McCollum, Larry Gene (MRN: 4493785)

**Progress Notes (continued)**

EEG done the same day showed generalized non-reactive slowing with electrodecrements indictive of severe, nonspecific and nonlocalizing encephalopathy  No Jerky or twitching movements have been noticed and he has been unresponsive during the entire time of his admission

This morning Pt was intubated and not on sedation  Patient breathing looked labored with exaggerated head movement  Pt was unresponsive to voice and noxious stimuli (Supraorbital nerve compression, Sternal rub, Nail bed compression) I did not notice any twitching or jerky movements

**Review of Systems**  Unable to obtain

(Medications, Allergies, PMH, PSH, FHx and SHx are per patient chart)

**Medications**
- HCTZ (25mg) daily
- Previously on 0 1 clonidine

**Current Inpatient Medications**

| Medication | Dose | Frequency |
|---|---|---|
| acetaZOLAMIDE (DIAMOX) injection 500 mg | 500 mg | Q12H |
| D5W IV Solution | | CONTINUOUS |
| sterile water injection for medication reconstitution 5 mL | 5 mL | BID (DIURETIC) |
| insulin regular sliding scale injection 2-14 Units | 2-14 Units | Q6H |
| insulin NPH (HUMULIN N, NOVOLIN N) injection 5 Units | 5 Units | BID |
| acetaminophen (TYLENOL) oral solution   DOSE 650 mg | 650 mg | Q4HR PRN |
| multivitamin oral solution   DOSE 5 mL | 5 mL | DAILY |
| lidocaine injection 1% | 10 mL | PRN |
| pantoprazole (PROTONIX) injection   DOSE 40 mg | 40 mg | BID |
| hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution   DOSE 1 Drop | 1 Drop | PRN |
| sodium chloride 0 9% infusion | | CONTINUOUS |
| norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | 5-200 mcg/min | TITRATE |

**Allergies**  Unknown

**Past Medical History**
- HTN
- Major Depression
- DM
- Arthritis

**Past Surgical History**
- None

**Family History**
- Unspecified Cancer
- DM
- HTN
- Heart disease

**Social History**
- Incarcerated
- No know Hx of EtOH or recreational drug use

**Objective**
BP 150/92 | Pulse 135 | Temp 38 3 °C (100 9 °F) | Resp 24 | Ht 6' 1" | Wt 167 kg (368 lb 2 7 oz) | BMI 48 57 kg/m2 | SpO2 92%

**Physical Exam**
GENERAL  Intubated obese caucasian man with labored breathing (Overbreathing the ventilator), No spontaneous

Mon Aug 1, 2011  1 51 PM

Page 21

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2808

McCollum 01520

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 25 of 90

08/01/2011 MON 14 10  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15 30
☑025/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**
movements, unresponsive to voice and painful stimuli
HEAD  NCAT,
CARDIOVASCULAR  Unable to auscultate heart sounds
RESPIRATORY  CTAB
EXTREMITIES  No edema
SKIN  No rashes

**NEUROLOGICAL EXAM**
Mental Status  Unresponsive to vocal, noxious stimuli
Cranial Nerves
CN II and CN III  Pupillary reflex intact in both eyes
CN III, IV, VI  Eyes midline- no movement, No nystagmus
CN V and VII  Corneal Reflex intact
CN IX and CN X  No gag reflex
Motor  No muscle atrophy  No movements in any limb
Reflexes  Could not elicit any DTR's
Sensation  No response to noxious stimulus
Co-ordination  Deferred
Gait  Deferred

Glasgow Coma score  3 (Eye-1, Motor-1, Verbal-1)

**Pertinent Labs.**
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 140* | 7/28/2011 |
| K | 3 8 | 7/28/2011 |
| CL | 113* | 7/28/2011 |
| CO2 | 32* | 7/28/2011 |
| ANIONGAP | 4* | 7/28/2011 |
| BUN | 47* | 7/28/2011 |
| CREATININE | 1 44* | 7/28/2011 |
| GLUCOSE | 151 | 7/28/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|
| AST | 340* | 7/28/2011 |
| ALT | 172* | 7/28/2011 |
| ALKPHOS | 34* | 7/28/2011 |
| BILITOTAL | 0 6 | 7/28/2011 |
| BILIDIRECT | 0 3 | 7/24/2011 |
| AMYLASE | 66 | 7/23/2011 |
| LIPASE | 114* | 7/23/2011 |
| ALB | 2 5* | 7/28/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|
| PHART | 7 50* | 7/28/2011 |
| PCO2ART | 35 | 7/28/2011 |
| PO2ART | 125* | 7/28/2011 |
| HCO3ART | 27* | 7/28/2011 |
| BEART | 3 8* | 7/28/2011 |
| O2SATART | 100* | 7/28/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2 82* | 7/28/2011 |
| HGB | 8 8* | 7/28/2011 |
| HCT | 28 4* | 7/28/2011 |
| MCV | 95 3 | 7/28/2011 |
| PLT | 75* | 7/28/2011 |
| LYMPHSABS | 0 44* | 7/28/2011 |
| MONOSABS | 0 22 | 7/28/2011 |
| EOSABS | 0 01 | 7/28/2011 |
| BASOSABS | 0 00 | 7/28/2011 |

Lab Results

| Component | Value | Date |
|---|---|---|

Mon Aug 1, 2011  1 51 PM

Page 22

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2809

McCollum 01521

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 26 of 90

08/01/2011 MON 14:10 FAX
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

GLUCOSE        151                                              7/28/2011

Lab Results
Component          Value                                        Date
PROTIME            10.9                                         7/28/2011
INR                1.0                                          7/28/2011
PTT                21.4*                                        7/28/2011
HGB                8.8*                                         7/28/2011
HCT                26.4*                                        7/28/2011
PLT                75*                                          7/28/2011
                                                               7/28/2011

CK (Total) 11783
HBV  Negative
HCV  Negative
HIV  Negative
Blood Culture  Negative
C. Difficile  Negative
Neuron Specific Enolase  43 (Nl <15)
Occult Blood Fecal Guaiac  Positive
Toxicology  Negative
UA Ketones(15), Protein(30), WBC(7)
IMAGING
CT Brain(07/22/2011)  No Intracranial Abnormalities
CT Brain(07/23/2011)  Interval development of bilateral low densities within the basal ganglia and internal capsules,
concerning for hypoxic ischemic injury
MRI Brain-MRA Head(07/28/2011)
- Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi, compatible with diffuse
anoxic brain injury
- Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass effect on the fourth ventricle and
acute hydrocephalus with transependymal flow of CSF. Questionable restricted diffusion also involves the cerebellar
hemispheres

Assessment and Plan:
Prognosis  Mr. McCollum's CT and MRI clearly establish diffuse anoxic brain injury involving bilateral basal ganglia and
hippocampi. Brain MRI done this morning also indicates development of Acute hydrocephalus with abnormal enlargement
of both cerebellar hemispheres possibly due to edema 2/2 to possible anoxic injury in cerebellum(obstructive
hydrocephalus)  His condition is further confounded by acute metabolic derangements (Renal failure, liver failure, shock)
His motor responses are absent including eye opening  The only indication of his intact cranial nerve activity is his intact
pupillary and corneal reflex  Spontaneous breathing indicates intact Brain stem function

His serum Neuron Specific Enolase level of 43 (>33) is very specific although not very sensitive marker for poor
prognosis Based on study done on patients presenting with nontraumatic coma (Levy DE, Bates D, Caronna JJ, Cartidge
NE, Knill-Jones RP, Lapinski RH, Singer BH, Shaw DA, Plum F  Prognosis in nontraumatic coma  Ann Intern Med 1981
Mar,94(3) 293–301 )  In patients at 7 days of onset of their nontraumatic coma with no eye opening,  92%(24/26) of
patients had no recovery or were in vegetative state after 1 year

Plan
- Recommend NSG consultation for possible ventricular shunt/ EVD placement to help resolve acute hydrocephalus
- Recommend family consultation given the invasive nature of NSG procedures
- Will follow patient to access any changes in neurological exam that might affect his prognosis

Electronically Signed by
GAGANDEEP SINGH, MS III

Electronically Signed by Gagandeep Singh, MS III at 07/28/11 1357
Progress Notes signed by Lance S Terada, MD at 07/28/11 1541

| Author | Lance S. Terada, MD | Service | Internal Medicine | | Author Type | Attending |
| Filed | 07/28/11 1541 | Note Time | 07/28/11 1140 | | | |
| Related Notes | Original Note by Kevin Ross Davidson  MD, note time at 07/28/11 1205 | | | | | |

Mon Aug 1, 2011  1 51 PM

Page 23

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2810

McCollum 01522

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 27 of 90

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

**MICU / Pulmonary Team III Note·**

Had MRI/MRA done this morning showing extensive global strokes as well as acute compressive hydrocephalus
Neurosurgery and neurology both consulted  Patient less responsive on exam  Remains hypernatremic

Hospital Day    7
Drips           None
Lines           Rt radial A-line 7/22
                Right brachial PICC 7/26
                Foley, rectal, OG
Antibiotics     None

Vent Day        7
AC  Vt 500 / 16 / 40% / +5
VS  Tc 38 2  70-115  95-160/50-90  18-22 71 93/50 20 96% Vent
I/O +2.9 l -3 8 l -0 9

General  unresponsive, vented
Chest  diminished on right, symmetric chest rise, no wheezes, coarse
Cardiac  Distant, unable to appreciate
Abd  Obese, soft, +foley/rectal tube
Neuro  Pupils no longer reactive, no longer withdrawing from pain
Ext  Nonpitting edema of bilat UE, warm, good cap refill, no petechiae

Medicines
    sterile water injection for medication reconstitution 5 mL
    ranitidine (ZANTAC) syrup   DOSE 150 mg                              5 mL        BID (DIURETIC)
    insulin regular sliding scale injection 2-14 Units                  150 mg      BID
    insulin NPH (HUMULIN N,NOVOLIN N) injection 5 Units                  2-14 Units  Q6H
    acetaminophen (TYLENOL) oral solution   DOSE 650 mg                  5 Units     64D
    multivitamin oral solution   DOSE 5 mL                               650 mg      Q4HR PRN
    lidocaine injection 1%                                               5 mL        DAILY
    hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmc solution 10 mL      PRN
    sodium chloride 0 9% infusion                                        1 Drop      PRN
                                                                                     CONTINUOUS

    Na     149
    K       3 8
    Cl     113
    CO2     32
    BUN     47
    Cr      1 44 (1 82)

    WBC     2 62
    Hgb     8 8
    Hct    26 4
    Plat    /5

    AST    340
    ALT    172

    7/22 Neuron specific enolase Pending

Micro   7/22 Blood NG
        7/22 Urine NG
        7/22 C Diff NG
        7/22 Fecal WBC Neg

Problem List
    29  Unresponsiveness
    30  Resolving multi-organ dysfunction
Mon Aug 1, 2011  1 51 PM

                                                                        Page 24

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2811

McCollum 01523

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 28 of 90

08/01/2011 MON 14:10  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Ø028/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Progress Notes (continued)**

31  Azotemia
32  Acute renal failure
33  Rhabdomyolysis
34  Anemia
35  Shock liver
36  Hyperthermia, resolved
37  Unwitnessed single seizure

**Assessment & Plan**

58 yo M presenting from prison after report of generalized seizure and marked hyperthermia  The patient was intubated in the ER for unresponsiveness and developed acute renal failure, rhabdomyolysis, and circulatory shock which are now nearly resolved  Overnight he had MRI/MRA which shows extensive bilateral anoxic brain injury as well as acute compressive hydrocephalus  Family is en route to the hospital to discuss MR findings and decide upon ventriculostomy

**Extensive global CVA**
-Neurosurg consulted for possible ventriculostomy given compressive hydrocephalus
-Neurology consulted as well given findings
-Decreased neuro exam today, no longer responsive pupils
-Maintaining hypernatremia, head of bed elevated, considering for ventriculostomy
-All sedation remains held
-NSE pending
-EEG was neg for subclinical status
-Remains unresponsive

**Resolving shock with Multiorgan Dysfunction**
-Supportive hemodynamics, TTE shows right sided dysfunction, holding boluses
-Renal function improving with downtrending creatinine and increased UOP
-Liver enzymes also downtrending  NAC protocol stopped 2 days ago

**Rhabdomyolysis** Rebounded slightly today along with AST  Creatinine remains downtrending
**Anemia** H&H stable  Remains on acid suppression
**ATN** Improving  Cr downtrending
**Prophylaxis:** PPI, SCD's
**Code Status** DNR

Davidson x4099

**Pulmonary Attending**
I reviewed and examined Mr McCollum with Dr  Davidson and I concur with the findings and plans recorded.  His pupils are unreactive  CT shows diffuse brain edema and obstructive hydrocephalus from 4th ventricle compression  This was not present on first 2 scans  Prognosis remains very poor even with ventriculostomy  Family to decide about withdrawal of care  Not extubation candidate unless we opt for comfort care

Lance Terada, MD

Electronically Signed by Lance S  Terada, MD at 07/28/11 1541

**Progress Notes signed by Zhen Yan, MD at 07/28/11 1146**

| Author | Zhen Yan, MD | | Service | Blood Bank/Transfusion Management | Author Type | PGY 1 |
|--------|--------------|--|---------|-----------------------------------|-------------|-------|
| Filed | 07/28/11 1146 | | Note Time | 07/28/11 1142 | | |

Transfusion Medicine Resident Notes

We got a request for two units of platelets  The patient's most recent PLT count 75, with bilateral low densities in basal ganglia, and internal capsule  No anti-platelets medicine was used in the last five days  At this time, only one unit PLTs is indicated  Please cancel the order and re-order one unit of PLT

Please refer to the transfusion medicine Web site for the guideline
Mon Aug 1, 2011  1 51 PM

Page 25

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2812

McCollum 01524

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 29 of 90

08/01/2011 MON 14:11  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
Ø029/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

http //intranet pmh org/Transfusion/plateletsguide asp

Zhen Yan, MD, PhD
Transfusion Medicine Resident R1

Electronically Signed by Zhen Yan, MD at 07/28/11 1148
Progress Notes signed by Ross Prater at 07/28/11 1523

| Author Filed | Ross Prater 07/28/11 1523 | Service | (none) Note Time | 07/28/11 1523 | Author Type | Pastoral Care |

Spiritual Care Note

Patient's Name: Larry Gene McCollum
MRN  4493765

Focus of Care  Patient

Faith Community  Baptist
Who Initiated Visit  Chaplain
Date Referral Received
Time Received
Length of Contact
Response Category  Routine

Reason For Visit  Follow Up,Length of Stay

Assessment  Patient/Family Unavailable for Care

Goals  Experience Supportive Presence

Plan of Care
Follow Up Required?  Yes (24 hour ICU goal)
A  Follow Up Time Frame  Other (Comment) (24 hour ICU goal)
Refer to
Or
Discharge Refer to
Date                      Time

B  Interventions  Sacraments/Ritual,Prayer

Electronically signed by
ROSS PRATER
7/28/2011 1523

Electronically Signed by Ross Prater at 07/28/11 1523
Progress Notes signed by Kevin Ross Davidson, MD at 07/28/11 1538

| Author Filed | Kevin Ross Davidson, MD 07/28/11 1538 | Service | Pulmonary Diseases Note Time | 07/28/11 1531 | Author Type | PGY 3 |

Brief MICU Note

I have spoken with the family including Mr McCollum's wife, daughter, and sons  They understand the patient's critical condition and extensive neurologic injury  We have discussed the results of the MRI including his diffuse anoxic brain
Mon Aug 1, 2011  1 51 PM

Page 26

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2875

McCollum 01525

∴\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 30 of 90

08/01/2011 MON 14:11 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

☑030/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

injury and compressive hydrocephalus  After discussion of treatment options, the wife and family have decided to pursue comfort measures only and to withdraw care  This decision is in keeping with the patient's previous expressed beliefs to not want life support or live in a manner where he did not have his full faculties. We are awaiting additional family members to arrive at bedside and join the wife, son, and daughters who are here  The police officers guarding the patient have been notified as well

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/28/11 1538

Progress Notes signed by Hai Chen, MD,PHD at 07/28/11 1543

| Author | Hai Chen, MD,PHD | Service | Neurology | Author Type | PGY 2 |
| Filed | 07/28/11 1543 | Note Time | 07/28/11 1542 | | |

Discussed with primary team Dr Davidson. Family wishes to withdraw care  Consult cancelled
Call with any additional Qs

Electronically Signed by Hai Chen, MD PHD at 07/28/11 1543

Progress Notes signed by Ana Mane Wilson at 07/28/11 1811

| Author | Ana Mane Wilson | Service | (none) | Author Type | Pastoral Care |
| Filed | 07/28/11 1811 | Note Time | 07/28/11 1809 | | |

Spiritual Care Note

Patient's Name. Larry Gene McCollum
MRN. 4493765

Focus of Care  Family Member(s)

Helped other chaplain during withdraw of support and answering questions for the family regarding autopsy and jail involvement/payment from here  Officer Sessions stated the family would only be responsible for the funeral home/bunal expenses

Faith Community  Baptist
Who Initiated Visit  Chaplain

Length of Contact 35 min
Response Category  Urgent

Reason For Visit  End of Life Care

Assessment  Religious/Spiritual Support

Goals  Experience Supportive Presence

Plan of Care
Follow Up Required?  Yes
A  Follow Up Time Frame  Other (Comment) (through the dying process)

B  Interventions  Supportive Dialogue/Empathic Listening, Gnef Facilitation/Education

Electronically signed by
Ana Mane  Wilson
7/28/2011 1809

Mon Aug 1, 2011  1 51 PM

Page 27

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2844

McCollum 01526

08/01/2011  MON 14:11  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
☒031/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Electronically Signed by Ana Marie Wilson at 07/28/11 1811

**Progress Notes signed by Kevin Ross Davidson, MD at 07/28/11 1908**

| Author | Kevin Ross Davidson, MD | Service | Pulmonary Diseases | Author Type | PGY 3 |
|---|---|---|---|---|---|
| Filed | 07/28/11 1908 | Note Time | 07/28/11 1824 | | |
| Related Notes | Original Note by Kevin Ross Davidson, MD  note time at 07/28/11 1825 | | | | |

Brief MICU Note

Patient extubated in accordance with family and patient's own prior wishes  He is on morphine GTT titrated to air hunger and signs of any suffering  Transfer orders are in place for a private room outside of the MICU

Davidson x4099

Electronically Signed by Kevin Ross Davidson, MD at 07/28/11 1908

**Progress Notes signed by Charles Taylor Owens, MD at 07/28/11 2356**

| Author | Charles Taylor Owens, MD | Service | Internal Medicine | Author Type | PGY 3 |
|---|---|---|---|---|---|
| Filed | 07/28/11 2356 | Note Time | 07/28/11 2356 | | |

Death Note

This entry is clinical documentation by Charles Taylor Owens, MD regarding Patient Larry Gene McCollum, 4493765  Mr McCollum was examined by me and has no detectable pulse, blood pressure, respirations, gag and corneal reflexes are absent and is deceased  The time of death was recorded at 11 35 pm on 7/28/2011

The time of this examination is 2358 on 7/28/2011

The Family has/have been notified

Electronically Signed by
Charles Taylor Owens, MD

Electronically Signed by Charles Taylor Owens, MD at 07/28/11 2356

**Progress Notes signed by Crystal L. Horne at 07/29/11 0330**

| Author | Crystal L  Horne | Service | (none) | Author Type | Pastoral Care |
|---|---|---|---|---|---|
| Filed | 07/29/11 0330 | Note Time | 07/29/11 0329 | | |

**Spiritual Care Note**

Patient's Name  Larry Gene McCollum
MRN  4493765

Focus of Care  Family Member(s)

Faith Community  Baptist
Who Initiated Visit  Chaplain
Date Referral Received
Time Received
Length of Contact
Response Category  Urgent

Reason For Visit  End of Life Care

Assessment  Religious/Spiritual Support

Goals  Experience Supportive Presence

**Plan of Care**

Mon Aug 1, 2011  1 51 PM

Page 28

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2815

McCollum 01527

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 32 of 90

09/01/2011 MON 14:11   FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Ø032/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Progress Notes (continued)

Follow Up Required?  Yes
A  Follow Up Time Frame  Other (Comment) (through the dying process)
   Refer to
   Or
   Discharge Refer to
   Date                    Time

B  Interventions  Supportive Dialogue/Empathic Listening,Grief Facilitation/Education

Electronically signed by
CRYSTAL L HORNE
7/29/2011 0330

Electronically Signed by Crystal L  Horne at 07/29/11 0330

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 78235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN · 4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR  609275276

**Results**

MR ANGIOGRAPHY BRAIN W/O IV CONTRAST (Order 118643636)
MR BRAIN W/O IV CONTRAST (Order 118643637)

**Imaging Information**

Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| MR ANGIOGRAPHY BRAIN W/O IV CONTRAST | Final | Thu Jul 28, 2011  5 40 AM | Thu Jul 28, 2011  6 23 AM |

Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned;Pool(s) |
|---|---|---|---|
| Daniel D  Avila | N/A | N/A | N/A |

Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Dianne B  Mendelsohn, MD | Jul 28, 2011 | Robert Marsden Blanch, MD | Jul 28, 2011 |

Exam Information

| Service Date | Service Time |
|---|---|
| Jul 28, 2011 | 05 40 |

Entry Date
7/28/2011

Mon Aug 1, 2011  1 51 PM

Page 29

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2816

McCollum 01528

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 33 of 90

08/01/2011 MON 14:11  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Ø033/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Entry Date (continued)**
**Result Narrative**

    ORDER IS LINKED TO (Accession,Procedure):  81183684,MR BRAIN W/O IV CONTRAST ,
    81183683,MR ANGIOGRAPHY BRAIN W/O IV CONTRAST ,
------------------------------------------------------------------------------------
    STUDY   MRI of brain and MRA of head

    HISTORY  Altered mental status

    TECHNIQUE  Multisequence and multiplanar imaging of the brain without contrast   3D
    time of flight angiogram of the head without contrast

    COMPARISON  None

    FINDINGS
    MRI Brain  The cerebellar hemispheres show abnormal signal with mass effect on the
    fourth ventricle and effacement of the sulci, resulting in obstructive hydrocephalus
    with enlargement of the lateral ventricles with transependymal flow of CSF  There is
    abnormal signal within the thalami and basal ganglia bilaterally  There is restricted
    diffusion involving the head of the caudates, the lentiform nuclei and the hippocampi
    of both temporal lobes  There are also subtle areas of restricted diffusion involving
    the the cortices of the cerebral hemispheres diffusely, compatible with diffuse anoxic
    injury  Abnormal signal in both cerebellar hemispheres is also noted, as well as
    questionable restricted diffus on, although cerebellar involvement is unusually seen
    with anoxic brain injury  There is fluid within both middle ears and mastoid air cells
    Fluid is also noted in the frontal sinuses  There is mucosal thickening and small air-
    fluid levels in the maxillary sinuses

    There is no acute hemorrhage, midline shift, or extra axial fluid collection. Midline
    structures are within normal limits

    MRA Head  There is no significant flow abnormality within the primary or secondary
    vessels of the circle-of-Willis.  Posterior communicating arteries are patent
    bilaterally  No aneurysm is seen  However, MR angiograms may miss small or thrombosed
    aneurysms

**Result Impression**

    1  Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and
    hippocampi, compatible with diffuse anoxic brain injury

    2  Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass
    effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF.
    Questionable restricted diffusion also involves the cerebellar hemispheres

    Findings were discussed w th Dr  Kevin Davidson on July 28, 2011 at 9 08 a m  by Dr
    Blanch

    I personally reviewed the study and the report above and concur.

**Result History**

    MR Angiography Brain W/O IV Contrast (Order#118643636) on 7/28/11 - Order Result History Report
    Electronically Signed by  DIANNE B MENDELSOHN, MD on Thu Jul 28, 2011 1005 CDT

Mon Aug 1, 2011  1 51 PM

Page 30

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App. 2301

McCollum 01529

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 34 of 90

08/01/2011 MON 14:11 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
☑034/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

## Radiology
## Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 55 year old male
Department: Nine N Medical Icu
HAR: 609275275

**Results**

MR ANGIOGRAPHY BRAIN W/O IV CONTRAST (Order
119643636)
MR BRAIN W/O IV CONTRAST (Order 119643637)

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| MR BRAIN W/O IV CONTRAST | | Final | Thu Jul 28, 2011  5 40 AM | Thu Jul 28, 2011  6 23 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Daniel D Avila | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Dianne B Mendelsohn, MD | Jul 28, 2011 | Robert Marsden Blanch, MD | Jul 28, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 28, 2011 | 05 40 |

**Entry Date**
7/28/2011

**Result Narrative**

ORDER IS LINKED TO (Accession,Procedure)  81183684,MR BRAIN W/O IV CONTRAST ,
81183683,MR ANGIOGRAPHY BRAIN W/O IV CONTRAST ,
--------------------------------------------------------------------
STUDY  MRI of brain and MRA of head

HISTORY  Altered mental status

TECHNIQUE  Multisequence and multiplanar imaging of the brain without contrast  3D
time of flight angiogram of the head without contrast

COMPARISON  None

FINDINGS
MRI Brain  The cerebellar hemispheres show abnormal signal with mass effect on the
fourth ventricle and effacement of the sulci, resulting in obstructive hydrocephalus
with enlargement of the lateral ventricles with transependymal flow of CSF  There is

Mon Aug 1, 2011 1 51 PM

Page 31

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2818

McCollum 01530

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 35 of 90)

Patient Name  McCollum, Larry Gene (MRN  4493785)

**Result Narrative (continued)**

abnormal signal within the thalami and basal ganglia bilaterally  There is restricted
diffusion involving the head of the caudates, the lentiform nuclei and the hippocampi
of both temporal lobes  There are also subtle areas of restricted diffusion involving
the the cortices of the cerebral hemispheres diffusely, compatible with diffuse anoxic
injury  Abnormal signal in both cerebellar hemispheres is also noted, as well as
questionable restricted diffusion, although cerebellar involvement is unusually seen
with anoxic brain injury  There is fluid within both middle ears and mastoid air cells
Fluid is also noted in the frontal sinuses. There is mucosal thickening and small air-
fluid levels in the maxillary sinuses

There is no acute hemorrhage, midline shift, or extra axial fluid collection. Midline
structures are within normal limits

MRA Head  There is no significant flow abnormality within the primary or secondary
vessels of the circle-of-Willis  Posterior communicating arteries are patent
bilaterally  No aneurysm is seen  However, MR angiograms may miss small or thrombosed
aneurysms

**Result Impression**

1  Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and
hippocampi, compatible with diffuse anoxic brain injury

2  Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass
effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF.
Questionable restricted diffusion also involves the cerebellar hemispheres

Findings were discussed with Dr  Kevin Davidson on July 28, 2011 at 9 08 a m. by Dr
Blanch

I personally reviewed the study and the report above and concur

**Result History**

MR Brain W/O IV Contrast (Order#118643637) on 7/28/11 - Order Result History Report
Electronically Signed by  DIANNE B MENDELSOHN, MD on Thu Jul 28, 2011 1005 CDT

---

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

| Larry Gene McCollum | Description  58 year old male |
|---|---|
| 7/22/2011 4 00 AM  Hospital Encounter | Department  Nine N Medical Icu |
| MRN  4493785 | HAR  809275275 |

| **Results** | |
|---|---|
| | XR CHEST SINGLE VIEW (Order 118643629) |

**Imaging Information**

**Exam Information**

| Performed Procedure | | | |
|---|---|---|---|
| Mon Aug 1, 2011  1 51 PM | Study Status | Begin Time | End Time |

Page 32

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2819

McCollum 01531