::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 36 of 90

08/01/2011 MON 14:12  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
☑036/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Imaging Information (continued)

### Exam Information (continued)

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Thu Jul 28, 2011  1 08 AM | Thu Jul 28, 2011  2 10 AM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jesse E Jones | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| Michael W Laughlin, MD | Jul 28, 2011 |

### Exam Information

| Service Date | Service Time |
|---|---|
| Jul 28, 2011 | 01 08 |

**Entry Date**

7/28/2011

**Result Narrative**

Chest AP portable semiupright  7/28/2011  0105 hours  Comparison 7/27/2011
Endotracheal tube tip at medial clavicles  Nasogastric tube extends beyond lower film
margin  Temperature monitor probe tip at level of aortic knob  Right PICC tip at
cavoatrial junction  Bilateral infiltrates decreased in left mid lung and increased in
right mid and lower lung  Continued left lower chest opacity obscuring left
hemidiaphragm  Patient rotated to the left  Allowing for that no significant change in
cardiomediastinal silhouette

**Result Impression**

Tubes and lines as above  Bilateral infiltrates as above.

Electronically Signed by  MICHAEL W LAUGHLIN, MD on Thu Jul 28, 2011 1231 CDT

## Radiology
## Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4 00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR 609275275

**Results**

XR CHEST SINGLE VIEW (Order 118549306)

Mon Aug 1, 2011  1 51 PM

Page 33

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2820

McCollum 01532

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 37 of 90

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Impression (continued)**

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Wed Jul 27, 2011  2 41 AM | Wed Jul 27, 2011  3 10 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Lauren Michelle Laprade | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On |
|---|---|
| Michael W Laughlin, MD | Jul 27, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 27, 2011 | 02 41 |

**Entry Date**

7/27/2011

**Result Narrative**

Chest AP portable semiupright  7/27/2011  0209 hours  Comparison 7/26/2011
Endotracheal tube tip at medial clavicles  Nasogastric tube extends beyond lower film
margin  Temperature monitor probe tip slightly above level of carina  Right PICC tip
near cavoatrial junction  Bilateral infiltrates with some improved aeration
bilaterally  Continued left basilar opacity obscuring left hemidiaphragm  Right
hemidiaphragm now visible  Cardiomediastinal silhouette smaller

**Result Impression**

Some improvement as above  Tubes and lines as above

Electronically Signed by  MICHAEL W LAUGHLIN, MD on Wed Jul 27, 2011 1130 CDT

---

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN. 4493765

Description: 58 year old male
Department· Nine N Medical icu
HAR 609275275

**Results**

XR CHEST SINGLE VIEW (Order 118445631)

Mon Aug 1, 2011  1 51 PM

Page 34

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2821

McCollum 01533

09/01/2011 MON 14:12  FAX                                                           2038/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Impression (continued)**

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Tue Jul 26, 2011 3 18 AM | Tue Jul 26, 2011 3 20 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| John P O'Neill | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Clifton W Hooser, MD | Jul 26, 2011 | Clifton W Hooser, MD | Jul 26, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 26, 2011 | 03 18 |

**Entry Date**

7/26/2011

**Result Narrative**

Clinical History

58-year-old male on ventilator with presumed heat stroke and acute renal failure

Findings

Compared to the 2 prior studies of the chest dated respectively July 25, 2011, current single shallow inspiration frontal view of the chest again demonstrates cardiomegaly with fine bilateral perihilar lung infiltrates and bilateral subpulmonic pleural effusions consistent with mild congestive heart failure  I cannot exclude an associated focal inflammatory process in the left lower lobe  I see no significant change in the position of the respective lines and tubes and I see no pneumothorax

**Result Impression**

1  Current study shows overall findings consistent with mild congestive heart failure
2  No significant interval change noted in the position of the respective lines and tubes and no pneumothorax is seen

**Result History**

XR Chest Single View (Order#118445631) on 7/26/11 - Order Result History Report

Electronically Signed by  CLIFTON W HOOSER, MD on Tue Jul 26, 2011 1251 CDT

**Radiology**

Mon Aug 1, 2011  1 51 PM                                    Parkland Health & Hospital System

                                                            Page 35

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2022

McCollum 01534

08/01/2011 MON 14:13  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30
☑039/090

Patient Name  McCollum, Larry Gene (MRN   4493765)

Result History (continued)

## Results Report

5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN. 4493765

Description 58 year old male
Department Nine N Medical Icu
HAR 608275275

### Results

XR CHEST SINGLE VIEW (Order 118347762)

### Imaging Information

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Mon Jul 25, 2011 10 51 AM | Mon Jul 25, 2011 11 16 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jana White | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On |
|---|---|
| George C  Curry, MD | Jul 25, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 25, 2011 | 10 51 |

**Entry Date**

7/25/2011

**Result Narrative**

A portable film dated 7/25 compared to film 8 hours prior  Interim placement right PICC line  The tip of the line resides about 2 cm into the right atrium  persistent left basilar opacity, atelectasis/infiltrate  Also seen now is a faint cloudy opacity at the right base  ETT about 2 cm above carina

Impression placement right PICC line in described above  Persistent left basilar opacity and development of cloudy right basilar opacity

Electronically Signed by  GEORGE C CURRY, MD on Mon Jul 25, 2011 1201 CDT

## Radiology
## Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
Mon Aug 1, 2011  1 51 PM

Description  58 year old male

Page 36

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2823

McCollum 01535

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 40 of 90
03/01/2011 MON 14.13 FAX                                                                    @040/090
Scanned by WEAVER, KIMBERLY D. OCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name  McCollum, Larry Gene (MRN  4493765)

Result Narrative (continued)

7/22/2011 4.00 AM  Hospital Encounter                    Department. Nine N Medical Icu
MRN: 4493765                                            HAR. 609275275

## Results                                              XR CHEST SINGLE VIEW (Order 118347744)

### Imaging Information
### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Mon Jul 25, 2011 1 14 AM | Mon Jul 25, 2011 2 57 AM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Lon M Stone | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On: |
|---|---|
| Michael W Laughlin, MD | Jul 25, 2011 |

### Exam Information

| Service Date | Service Time |
|---|---|
| Jul 25, 2011 | 01 14 |

### Entry Date

7/25/2011

### Result Narrative

Chest AP portable supine  7/25/2011  0230 hours  Comparison 7/24/2011  Endotracheal
tube lower with tip projecting about 2 cm above carina  Nasogastric tube extends beyond
lower film margin to right of midline  Lower lung volumes. Clearing of pulmonary edema
from right lung  Continued consolidation/atelectasis at left base. Cardiomediastinal
silhouette probably not significantly changed

### Result Impression

Continued left base consolidation/atelectasis  Other findings as above

Electronically Signed by  MICHAEL W LAUGHLIN, MD on Mon Jul 25, 2011 0913 CDT

Radiology
Results Report                                          Parkland Health & Hospital System
                                                        5201 Harry Hines Blvd
                                                        Dallas, Texas 75235
                                                        214-590-8000

Larry Gene McCollum                                     Description  58 year old male

Mon Aug 1, 2011  1 51 PM

Page 37

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2824

McCollum 01536

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 41 of 90

08/01/2011 MON 14:13  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

@041/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

Result Impression (continued)

7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Department Nine N Medical Icu
HAR 609275275

## Results

XR CHEST SINGLE VIEW (Order 118321375)

### Imaging Information

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Sun Jul 24, 2011  1:03 PM | Sun Jul 24, 2011 1:35 PM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Ivonne Garcia | N/A | N/A | N/A |

**Verification Information**

| Signed By | | Signed On |
|---|---|---|
| Michael W Laughlin, MD | | Jul 25, 2011 |

**Exam Information**

| Service Date | | Service Time |
|---|---|---|
| Jul 24, 2011 | | 13:03 |

**Entry Date**

7/25/2011

**Result Narrative**

Chest AP portable semiupright  7/24/20_1  _330 hours. Comparison 7/23/2011
Endotracheal tube tip at medial clavicles projecting about 4 5 cm above carina
Nasogastric tube extends beyond lower film margin  Patient rotated toward the left
Increased consolidation/atelectasis at left base. Left hemidiaphragm obscured  Some
increased opacity in right lung, likely linar in edema  No definite change in
cardiomediastinal silhouette size allowing for rotation

**Result Impression**

Increased consolidation/atelectasis at left base. Mild pulmonary edema

Electronically Signed by  MICHAEL W LAUGHLIN, MD on Mon Jul 25, 2011 0910 CDT

## Radiology
## Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

Mon Aug 1, 2011  1 51 PM

Page 38

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2825

McCollum 01537

08/01/2011 MON 14:13 FAX                                                    Ø042/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

Patient Name McCollum, Larry Gene (MRN 4493765)

**Result Impression (continued)**

**Larry Gene McCollum**                         Description 58 year old male
7/22/2011 4:00 AM  Hospital Encounter           Department Nine N Medical Icu
MRN: 4493765                                    HAR 609275275

**Results**                                     CT BRAIN W/O IV CONTRAST (Order 118277834)

### Imaging Information
#### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CT BRAIN W/O IV CONTRAST | | Final | Sat Jul 23, 2011 6 24 PM | Sat Jul 23, 2011 6 24 PM |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Susan George | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Dianne B Mendelsohn, MD | Jul 24, 2011 | Ryan Edward Berecky, MD | Jul 23, 2011 |

#### Exam Information

| Service Date | Service Time |
|---|---|
| Jul 23, 2011 | 18 24 |

**Entry Date**

7/24/2011

**Result Narrative**

STUDY  CT BRAIN W/O IV CONTRAST

HISTORY  58 year-old M with AMS

TECHNIQUE  Axial sections through the brain

COMPARISON  22 July 2011

FINDINGS
Since the prior examination, there has been development of low density in the bilateral basal ganglia/internal capsules  The cerebral sulci, ventricles, and basal cisterns are normal  There is no intra- or extraaxial mass or hemorrhage  The paranasal sinuses, mastoid air cells, and middle ears are within normal limits  The calvarium is intact  Orogastric and orotracheal tubes are again noted

**Result Impression**

1  Interval development of bilateral low densities within the basal ganglia and internal capsules, concerning for hypoxic ischemic injury  Further evaluation with MR of the brain is recommended as clinically indicated  Dr Brent Bachim was notified directly by telephone of these findings at approximately 1925 on 23 July 2011

Mon Aug 1, 2011  1 51 PM                                        Page 39

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2826

McCollum 01538

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 43 of 90

08/01/2011 MON 14:13  FAX
Scanned by WEAVER KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:30

☑043/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Impression (continued)**

I personally reviewed the study and the report above and concur

**Result History**

CT Brain W/O IV Contrast (Order#118277934) on 7/24/11 - Order Result History Report

Electronically Signed by  DIANNE B  MENDELSOHN, MD on Sun Jul 24, 2011 0951 CDT

---

**Radiology
Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nine N Medical ICU
HAR: 609275275

**Results**

XR CHEST SINGLE VIEW (Order 118239048)

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Sat Jul 23, 2011  1 59 AM | Sat Jul 23, 2011 2 52 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jesse E Jones | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On |
|---|---|
| Robert Douglas Sims, MD | Jul 23, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 23, 2011 | 01 59 |

**Entry Date**

7/23/2011

**Result Narrative**

Frontal view of the chest from 7/23/2011 at 0200 hours is compared with a study from 7/22/2011  The endotracheal tube has been repositioned with its tip now terminating approximately 3 5 cm above the carina, in good position  The cardiomediastinal silhouette is unchanged  Pulmonary vascular markings are slightly more prominent with increased opacity in the right hilar region. No pleural effusion or pneumothorax is seen

Mon Aug 1, 2011  1 51 PM

Page 40

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2827

McCollum 01539

14

∴\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 44 of 90

08/01/2011 MON 14:14  FAX

Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

℞044/090

Patient Name  McCollum, Larry Gene (MRN  4493785)

Result Narrative (continued)

Result Impression

1  Endotracheal tube repositioned appropriately.
2  Slight increase in pulmonary vascular prominence

Electronically Signed by  ROBERT DOUGLAS SIMS, MD on Sat Jul 23, 2011 1038 CDT

## Radiology
## Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

### Larry Gene McCollum

7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Icu
HAR: 609275275

### Results

CV ECHO COMPLETE (Order 118172888)

**Imaging Information**

Exam Information

| Performed Procedure CV ECHO COMPLETE | | Study Status Final | Begin Time Fri Jul 22, 2011 2 35 PM | End Time Fri Jul 22, 2011 2 36 PM |
|---|---|---|---|---|

Staff Information

| Technologist Hai Duc Nguyen | Transcriptionist N/A | Assigned Physician(s) N/A | Assigned Pool(s) N/A |
|---|---|---|---|

Verification Information

| Signed By Susan Gichnst Lakoski, MD | Signed On Jul 22, 2011 |
|---|---|

Exam Information

| Service Date Jul 22, 2011 | Service Time 14 35 |
|---|---|

**Entry Date**

7/22/2011

**Result Narrative**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235

Adult Echocardiogram Report
Name  MCCOLLUM, LARRY GENE          Study Date  07/22/2011 12:50 PM          BP  95/70

Mon Aug 1, 2011  1 51 PM

Page 41

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01540

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 45 of 90

08/01/2011 MON 14:14 FAX                                                                ☑045/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Narrative (continued)**

mmHg
MRN  4493765                     Patient Location  911                  HR  96 bpm
DOB  04/04/1953                  Gender: Male                           Height  69
in
Age  58 yrs                      Ethnicity: White                       Weight: 326
lb
Performed By  Hai Nguyen
RCS                              BSA: 2 5 meters2
Referring Physician  TERADA, LANCE
S
Encounter Number: 328148327
Number  81176591                 Order Number  118172888                Accession
Ordering Physician
DAVIDSON, KEVIN

Reason For Study  58yo M, intubated in MICU hypotensive c global ST depressions  Came
febrile from jail  Now
fulminant shock req pressors  Please perform echo, eval for RWMA, IVC collapse / volume
status, global EF.
thanks
History  HYPOTENSION


Procedure  Complete 2D Echocardiogram with Spectral and Color Doppler was performed
Study Quality  poor

Interpretation Summary
Extremely challenging study  LV size is normal  LV function appears reduced  Unable to
assess for wall motion
abnormalities  RA and RV are at least moderately dilated with decreased RV function
There is paradoxical
septal motion  No valvular regurgitation  No pericardial effusion

These findings are most worrisome for right-side process like PE, but unable to assess
LV function or wall
motion with any certainty  Unable to assess valvular morphology

MMode/2D Measurements & Calculations
IVSd  1 1 cm
LVIDd  5 7 cm                                  LVIDs: 4 9 cm
LVOT diam  2 0 cm                              LVPWd  1 0 cm
Ao root diam  2 8 cm                           LV mass(C)d: 245 6 grams

Doppler Measurements & Calculations
Ao V2 mean  70 0 cm/sec
Ao mean PG  2 0 mmHg                                  LV V1 mean PG: 1 3 mmHg
Ao V2 VTI: 8 6 cm                                     LV V1 mean  53 5 cm/sec
                                                      LV V1 VTI  7 6 cm
AVA(1,D): 2 8 cm2
TR max vel  238 9 cm/sec
TR max PG  22 9 mmHg


Left Ventricle  LV systolic function appears depressed  Poor image quality limits
interpretation of regional
LV wall motion abnormalities

Mon Aug 1, 2011  1 51 PM

Page 42

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2829

McCollum 01541

08/01/2011 MON 14:14  FAX                                                    ⍉046/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Narrative (continued)**

Right Ventricle· The right ventricle is severely dilated  RV function appears
depressed

Atria  The left atrial size is normal. The right atrium is moderate to severely
dilated

Mitral Valve  The mitral valve is not well visualized  Trace mitral regurgitation.

Tricuspid Valve  The tricuspid valve is not well visualized  Trace tricuspid
regurgitation

Aortic Valve·  The aortic valve is not well visualized  Trace aortic regurgitation

Pulmonic Valve  The pulmonic valve is not well visualized  Trace pulmonic valvular
regurgitation.

Hemodynamics  The inferior vena cava was not visualized during the exam  RVSP is
estimated 23mmHg above right
atrial pressures

Great Vessels. Aortic root measures 2.8cm  The pulmonary artery is not well visualized

Pericardium/Pleural  There is no pericardial effusion  There is no pleural effusion

Reviewing Fellow  Matthew Dickson
Electronically signed by  Susan Lakoski M D  07/22/2011 05 51 PM

Electronically Signed by  SUSAN GILCHRIST LAKOSKI, MD on Fri Jul 22, 2011 1751 CDT

---

**Radiology**                                      Parkland Health & Hospital System
**Results Report**                                             6201 Harry Hines Blvd
                                                                Dallas, Texas 75235
                                                                     214-590-8000

**Larry Gene McCollum**                          Description  59 year old male
7/22/2011 4:00 AM  Hospital Encounter           Department. Nine N Medical Icu
MRN  4493765                                            HAR  609275275

**Results**                                      CT BRAIN W/O IV CONTRAST (Order 118153565)

**Imaging Information**
Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT BRAIN W/O IV CONTRAST | Final | Fri Jul 22, 2011  4 57 AM | Fri Jul 22, 2011  5 03 AM |

Mon Aug 1, 2011  1 51 PM

Page 43

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2830                        McCollum 01542

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 47 of 90

08/01/2011 MON 14:14 FAX                                                    ☑047/090
Scanned by WEAVER, KIMBERLY D, OCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name McCollum, Larry Gene (MRN 4493765)

Imaging Information (continued)

Exam Information (continued)

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|

Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Jason M Alford | N/A | N/A | N/A |

Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| David P Chason, MD | Jul 22, 2011 | Jamie Perry Joseph, MD | Jul 22, 2011 |

Exam Information

| Service Date | Service Time |
|---|---|
| Jul 22, 2011 | 04 57 |

Entry Date

7/22/2011

Result Narrative

CT Head

History  58-year-old male with AMS

Comparison Study  None

Technique

5 mm noncontrast contiguous axial images were created from a volumetric CT acquisition
from the skull base to the vertex

Findings

The cerebral parenchyma is unremarkable  Gray-white differentiation is maintained  No
mass lesions, acute bleeds, or fluid collections  Ventricles are symmetric  No mass-
effect or midline shift  Basal cisterns are maintained.

Endotracheal and orogastric tubes are present  Secretions fill the nasopharynx.
Paranasal sinuses and mastoid air cells are within normal limits  No bony
abnormalities identified.

Result Impression

1  No acute intracranial normality

I personally reviewed the films and the report above and concur.

Result History

CT Brain W/O IV Contrast (Order#118153565) on 7/22/11 - Order Result History Report
Electronically Signed by  DAVID P CHASON, MD on Fri Jul 22, 2011 0954 CDT

Mon Aug 1, 2011  1 51 PM                                           Page 44

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2891                    McCollum 01543

08/01/2011 MON 14:14   FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31                    ☑048/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**Radiology**
**Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description 58 year old male
Department Nine N Medical Icu
HAR 609275278

**Results**

XR CHEST SINGLE VIEW (Order 118153230)

**Imaging Information**

**Exam Information**

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| XR CHEST SINGLE VIEW | | Final | Fri Jul 22, 2011  4 17 AM | Fri Jul 22, 2011  4 36 AM |

**Staff Information**

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| Lauren Michelle Laprade | N/A | N/A | N/A |

**Verification Information**

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| Robert H  Epstein, MD | Jul 22, 2011 | Jamie Perry Joseph, MD | Jul 22, 2011 |

**Exam Information**

| Service Date | Service Time |
|---|---|
| Jul 22, 2011 | 04 17 |

**Entry Date**

7/22/2011

**Result Narrative**

Exam  AP portable supine chest radiograph dated 7/22/2011

History  58-year-old male status post intubation

Comparison  None

Findings  Endotracheal tube is present with the tip projecting approximately 3 cm superior to the carina  An enteric tube appears coiled within the hypopharynx  The mediastinal silhouette is within normal limits  The cardiac silhouette is enlarged  There is indistinctness of the central pulmonary vasculature  No evidence of large pneumothorax or pleural effusion  There is tubing seen projecting from the left superior aspect of the image interiorly so that the tip terminates projecting over the liver  Per clinician, this is external to the patient.

Mon Aug 1, 2011  1 51 PM

Page 45

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2832

McCollum 01544

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 49 of 90

08/01/2011 MON 14:15   FAX                                                   ☑049/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result Narrative (continued)**

**Result Impression**

1  Endotracheal tube with tip projecting approximately 3 cm to the carina  Recommend
pulling back approximately 1 to 2 cm
2. Enteric tube appears coiled within the hypopharynx. Recommend repositioning
3  Cardiomegaly with mild pulmonary edema

Dr. Schrader notified at 5 50 a m  on 7/22/2011

**Result History**

XR Chest Single View (Order#118153230) on 7/22/11 - Order Result History Report

Electronically Signed by  ROBERT H EPSTEIN, MD on Fri Jul 22, 2011 0902 CDT

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4.00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nine N Medical Icu
HAR. 609275275

**Results**

POC GLUCOSE (Order 118664929)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011  4 39 PM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 191 | mg/dL | Fin |

Comment  Operator ID  Tina Harris The fasting blood glucose range for a non-diabetic
individual greater than or equal to 2 years of age is 65-126 mg/dL  A random  blood
glucose range for a non-diabetic individual greater than or equal to 2  years of age
is 65-200 mg/dL  For patients less than 2 years, the reference  range is 40-100 mg/dL

**Lab and Collection**

POC GLUCOSE (Order #118664929) on 7/28/2011 - Lab and Collection Information

**Result History**

POC GLUCOSE (Order#118664929) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 46

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2855

McCollum 01545

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 50 of 90

08/01/2011 MON 14:15   FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31
☑050/090

Patent Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Hou
HAR 609275276

**Results**                                             **PLATELET COUNT (Order 118664922)**

**Result Information**

|  | Status | Provider Status |
|---|---|---|
| Abnormal | Final result (7/28/2011 12 51 PM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PLATELETS | 104 (L) | 174-404 x10(9)/L | Fin |
| MPV | 12 3 | 9 4-12 9 femtoliters | Fin |

**Lab and Collection**
PLATELET COUNT (Order #118664922) on 7/28/2011 - Lab and Collection Information

**Result History**
PLATELET COUNT (Order#118664922) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 47

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2834

McCollum 01546

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 51 of 90

08/01/2011 MON 14 15  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15.31                    Ⓩ051/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**                                          Parkland Health & Hospital System
                                                                      5201 Harry Hines Blvd
                                                                         Dallas, Texas 75235
                                                                            214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter                  Description  58 year old male
MRN: 4493765                                           Department  Nine N Medical Icu
                                                                HAR· 609275275
**Results**                                              PLATELET APHERESIS ADULT (Order 118664921)

**Result Information**
    Status                              Provider Status
    Final result (7/28/2011 12:00 PM)        Ordered

**Entry Date**
    7/28/2011

**Lab and Collection**
    PLATELET APHERESIS ADULT (Order #118664921) on 7/28/2011 - Lab and Collection Information

**Result History**
    PLATELET APHERESIS ADULT (Order#118664921) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

                                                                         Page 48

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2833                              McCollum 01547

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 52 of 90

08/01/2011 MON 14:15   FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31
☒052/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN· 4493765

Description· 58 year old male
Department  Nine N Medical Icu
HAR 609275275

**Results**

EXTRA SPECIMEN (Order 118664924)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011 12.15 PM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

HOLD BB
Available

**Lab and Collection**
EXTRA SPECIMEN (Order #118664924) on 7/28/2011 - Lab and Collection Information

**Result History**
EXTRA SPECIMEN (Order#118664924) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ AppX. 2836

McCollum 01548

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 53 of 90

08/01/2011 MON 14:15  FAX                                    Ø053/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Icu
HAR 509275275

**Results**
POC GLUCOSE (Order 118643651)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011  7:50 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 207 | mg/dL | Fin |

Comment  Operator ID  Hector SanchezThe fasting blood glucose range for a non-diabetic
individual greater than or equal to 2 years of age is 65-126 mg/dL  A random  blood
glucose range for a non-diabetic individual greater than or equal to 2  years of age
is 65-200 mg/d'.  For patients less than 2 years, the reference  range is 40-100 mg/dL

**Lab and Collection**
POC GLUCOSE (Order #118643651) on 7/28/2011 - Lab and Collection Information

**Result History**
POC GLUCOSE (Order#118643651) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ AppX. 2837

McCollum 01549

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 54 of 90

08/01/2011 MON 14:16  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑054/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description 58 year old male
Department Nine N Medical Icu
HAR 609278275

**Results**                                                    **BLOOD GAS, ARTERIAL (Order 118643639)**

**Result Information**

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4:56 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PH ART | 7.50 (H) | 7.34-7.44 | Fin |
| PCO2 ART | 35 | 35-45 mmHg | Fin |
| PO2 ART | 125 (H) | 75-100 mmHg | Fin |
| O2 SAT ART | 100 (H) | 95-98 % | Fin |
| FO2 HB ART | 97 | 94-99 % | Fin |
| BASE EXC ART | 3.8 (H) | -2.4-2.3 mmol/L | * Fin |
| HCO3 ART | 27 (H) | 22-26 mmol/L | Fin |
| TEMP | 37.0 | degC | Fin |

**Lab and Collection**
BLOOD GAS, ARTERIAL (Order #118643639) on 7/28/2011 - Lab and Collection Information

**Result History**
BLOOD GAS, ARTERIAL (Order#118643639) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM

Page 51

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2838

McCollum 01550

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 55 of 90

08/01/2011 MON 14:16  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31
Ø055/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department: Nine-N Medical Icu
HAR  809275275

**Results**                                        PROTEIN, TOTAL (Order 118549331)

**Result Information**

|  | Status | Provider Status |  |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4:30 AM) | Ordered |  |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PROTEIN, TOTAL | 5.0 (L) | 6.6-8.7 g/dL | Fin |

**Lab and Collection**
PROTEIN, TOTAL (Order #118549331) on 7/28/2011 - Lab and Collection Information

**Result History**
PROTEIN, TOTAL (Order#118549331) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM

Page 52

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2839

McCollum 01551

08/01/2011 MON 14:16  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31
☑056/090

Patent Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493755

Description  58 year old male
Department  Nine N Medical Icu
HAR 509275275

**Results**                                          BILIRUBIN, TOTAL (Order 118549332)

**Result Information**

| Status | | Provider Status |
|---|---|---|
| Final result (7/28/2011 4:30 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| BILIRUBIN, TOTAL | 0 6 | 0 2-1 3 mg/dL | Fin |

**Lab and Collection**
BILIRUBIN, TOTAL (Order #118549332) on 7/28/2011 - Lab and Collection Information

**Result History**
BILIRUBIN, TOTAL (Order#118549332) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 53

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App. 2840

McCollum 01552

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 57 of 90

08/01/2011 MON 14:16 FAX                                                    ☑057/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                         Description: 58 year old male
7/22/2011 4:00 AM  Hospital Encounter           Department: Nine N Medical Icu
MRN: 4493765                                    HAR: 689276275

**Results**                                     ASPARTATE AMINOTRANSFERASE (Order 118549333)

**Result Information**

| | Status | Provider Status |
|---|---|---|
| Abnormal | Final result (7/28/2011  4:30 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| AST | 340 (H) | 10-50 Units/L | Fin |

**Lab and Collection**
ASPARTATE AMINOTRANSFERASE (Order #118549333) on 7/28/2011 - Lab and Collection Information

**Result History**
ASPARTATE AMINOTRANSFERASE (Order#118549333) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM                                                    Page 54

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Hamilrs, MSJ Appx. 284

McCollum 01553

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 58 of 90

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nbs N Medical Icu
HAR· 60927 6275

**Results**                                       ALKALINE PHOSPHATASE (Order 118549334)

Result Information

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 30 AM) | | Ordered |

Entry Date
7/28/2011

Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| ALK PHOS | 34 (L) | 40-129 Units/L | Fin |

Lab and Collection
ALKALINE PHOSPHATASE (Order #118549334) on 7/28/2011 - Lab and Collection Information

Result History
ALKALINE PHOSPHATASE (Order#118549334) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2842

McCollum 01554

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 59 of 90

08/01/2011 MON 14:17  FAX                                              ☑059/090
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                           Description, 58 year old male
7/22/2011 4:00 AM  Hospital Encounter             Department  Nine N Medical Icu
MRN: 4493765                                      HAR 809278275

**Results**                                                    ALBUMIN LEVEL (Order 118549335)

**Result Information**

|  | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 30 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| ALBUMIN | 2 5 (L) | 3 5-5 2 g/dL | Fin |

**Lab and Collection**
ALBUMIN LEVEL (Order #118549335) on 7/28/2011 - Lab and Collection Information

**Result History**
ALBUMIN LEVEL (Order#118549335) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                              Page 58

Copy of OIG case to Support Litigation on 12 17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01555

08/01/2011 MON 14:17 FAX
Scanned by WEAVER KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑060/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old-male
Department  Nine N Medical Icu
HAR 609276275

**Results**

**ALANINE AMINOTRANSFERASE (Order 118549336)**

**Result Information**

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 30 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| ALT | 172 (H) | 10-50 Units/L | Fin |

**Lab and Collection**
ALANINE AMINOTRANSFERASE (Order #118549336) on 7/28/2011 - Lab and Collection Information

**Result History**
ALANINE AMINOTRANSFERASE (Order#118549336) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 57

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2844

McCollum 01556

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 61 of 90

08/01/2011 MON 14:17 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑061/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM   Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Nine N Medical Icu
HAR 609275275

**Results**                                    CREATINE KINASE, TOTAL (Order 118549337)

**Result Information**

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4:44 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| CK, TOTAL | 11783 (H) | 39-308 Units/L | Fin |

**Lab and Collection**
CREATINE KINASE, TOTAL (Order #118549337) on 7/28/2011 - Lab and Collection Information

**Result History**
CREATINE KINASE, TOTAL (Order#118549337) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM

Page 58

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2845

McCollum 01557

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 62 of 90

08/01/2011  MON 14 17  FAX                                                    ☑062/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4 00 AM  Hospital Encounter
MRN· 4493765

Description· 58 year old male
Department· Nine N Medical Icu
·HAR 609275275

**Results**

**PHOSPHORUS LEVEL (Order 118549341)**

**Result Information**

| | Status | | Provider Status | |
|---|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 29 AM) | | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value · | Range & Units | Status· |
|---|---|---|---|
| PHOSPHORUS | 2 3 (L) | 2 4–4 5 mg/dL | Fin |

**Lab and Collection**
PHOSPHORUS LEVEL (Order #118549341) on 7/28/2011 - Lab and Collection Information

**Result History**
PHOSPHORUS LEVEL (Order#118549341) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 59

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2846

McCollum 01558

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 63 of 90

08/01/2011 MON 14:17  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

☑063/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department: Njbs N Medical Icu
HAR: 609276276

**Results**

MAGNESIUM LEVEL (Order 118549343)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/28/2011  4 29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Magnesium | 1 8 | 1 6-2 6 mg/dL | Fin |

**Lab and Collection**
MAGNESIUM LEVEL (Order #118549343) on 7/28/2011 - Lab and Collection Information

**Result History**
MAGNESIUM LEVEL (Order#118549343) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 60

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2847

McCollum 01559

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 64 of 90

08/01/2011 MON 14:17  FAX                                                  ☑064/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patent Name McCollum, Larry Gene (MRN  4493765)

## Results
## Lab Results Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4.00 AM  Hospital Encounter
MRN. 4493765

Description. 58 year old male
Department: Nine N Medical Icu .
HAR: 609275275

### Results

PARTIAL THROMBOPLASTIN TIME (Order 118549346)

**Result Information**

| Status | Provider Status |
|---|---|
| Abnormal ·   Final result (7/28/2011  4 25 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| PTT | 21.4 (L) | 23 5-33 5 sec | Fin |

Comment  For monitoring unfractionated heparin therapy with PTT, therapeutic range is 50-80 seconds

**Lab and Collection**
PARTIAL THROMBOPLASTIN TIME (Order #118549346) on 7/28/2011 - Lab and Collection Information

**Result History**
PARTIAL THROMBOPLASTIN TIME (Order#118549346) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 61

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2848

McCollum 01560

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 65 of 90

08/01/2011 MON 14:18  FAX                                                    ☑065/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                         Description: 58 year old male
7/22/2011 4:00 AM  Hospital Encounter           Department: Nine N Medical Icu
MRN: 4493765                                    HAR: 609275275

**Results**                                     **GLUCOSE RANDOM (Order 118643604)**

Result Information
  Status                    Provider Status
  Final result (7/28/2011 4.29 AM)    Ordered

Entry Date
  7/28/2011

Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose Random | 151 | 65-200 mg/dL | Fin |

Lab and Collection
  GLUCOSE RANDOM (Order #118643604) on 7/28/2011 - Lab and Collection Information

Result History
  GLUCOSE RANDOM (Order#118643604) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                    Page 62

Copy of OIG case to Support Litigation on 12.17 2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2849

McCollum 01561

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 66 of 90

08/01/2011 MON 14:18  FAX                                                                                    ☑066/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                          Description  58 year old male
7/22/2011 4:00 AM  Hospital Encounter            Department  Nine N Medical Icu
MRN: 4493765                                     HAR 609275275

**Results**                                      CREATININE WITH E-GFR (Order 118643606)

**Result Information**

|  | Status | Provider Status |
|---|---|---|
| Abnormal | Final result (7/28/2011  4 29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| CREATININE | 1 44 (H) | 0 67-1 17 mg/dL | Fin |
| eGFR African American | >60 | mL/min/1 73m2 | Fin |

Comment  Two estimates of GFR (eGFR African American and eGFR Non-African American)
are provided  Please choose the eGFR value appropriate for this patient's  race  eGFR
>59 mL/min/1 73m2  An eGFR in this range is not sufficient to make  the diagnosis of
CKD stage 1 or 2   Evaluation of additional clinical and  laboratory indicators of CKD
such as abnormal urine analysis or renal imaging   abnormalities should be taken into
consideration  eGFR 30-59 mL/min/1 73m2  CKD Stage 3  Moderate decrease in GFR eGFR
15-29 mL/min/1 73m2 CKD Stage 4   Severe decrease in GFReGFR <15 mL/min/1 73m2 CKD
Stage 5, Kidney FailureNOTE   eGFR calculations are based on "sex" and "date of birth"
provided at time of  order The Creatinine methodology is traceable to the isotope
dilution mass  spectrometry (IDMS) Effective April 20, 2007, the estimated GFR is
based on  the IDMS-traceable MDRD study equation

| eGFR NON-AFRICAN AMERICAN | 50 | mL/min/1 73m2 | Fin |

**Lab and Collection**
CREATININE WITH E-GFR (Order #118643606) on 7/28/2011 - Lab and Collection Information

**Result History**
CREATININE WITH E-GFR (Order#118643606) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                              Page 63

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2830

McCollum 01562

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 67 of 90

08/01/2011 MON 14:18  FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31
@067/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department Nine N Medical Icu
HAR: 609275275

**Results**                                                                 CALCIUM, TOTAL (Order 118643608)

**Result Information**

|  | Status | Provider Status |
|--|--------|----------------|
| Abnormal | Final result (7/28/2011  4 29 AM) | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|-----------|-------|---------------|--------|
| Calcium Total | 7 0 (L) | 8 4-10 2 mg/dL | Fin |

**Lab and Collection**
CALCIUM, TOTAL (Order #118643608) on 7/28/2011 - Lab and Collection Information

**Result History**
CALCIUM, TOTAL (Order#118643608) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM

Page 84

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ AppX. 2831

McCollum 01563

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 68 of 90

08/01/2011 MON 14:18   FAX                                                    ☑068/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                           Description  58 year old male
7/22/2011 4:00 AM   Hospital Encounter            Department  Nine N Medical Icu
MRN: 4493765                                      HAR  609275275

| Results | BLOOD UREA NITROGEN (Order:118643810) |
|---|---|

**Result Information**

| | Status | Provider Status | |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4 29 AM) | Ordered | |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status | |
|---|---|---|---|---|
| BUN | 47 (H) | 6-23 mg/dL | Fin | |

**Lab and Collection**
  BLOOD UREA NITROGEN (Order #118643810) on 7/28/2011 - Lab and Collection Information

**Result History**
  BLOOD UREA NITROGEN (Order#118643810) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                          Page 65

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2832                              McCollum 01564

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 69 of 90

08/01/2011 MON 14:18  FAX                                                    ☑069/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8008

**Larry Gene McCollum**                          Description  58 year old male
7/22/2011 4:00 AM  Hospital Encounter             Department  Nine N Medical Icu
MRN:.4493765                                      HAR 609275276

**Results**                                       COMPLETE BLOOD COUNT (Order 118643619)

**Result Information**

|  | Status |  | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4:17 AM) |  | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| WBC | 2.62 (L) | 3.90-10.70 x10(9)/L | Fin |
| RBC | 2.77 (L) | 4.27-5.99 x10(12)/L | Fin |
| Hemoglobin | 8.8 (L) | 13.2-16.9 g/dL | Fin |
| Hematocrit | 26.4 (L) | 39.6-50.2 % | Fin |
| MCV | 95.3 | 78.2-98.6 femtoliters | Fin |
| MCH | 31.8 | 24.6-33.4 pg | Fin |
| MCHC | 33.3 | 31.6-35.4 g/dL | Fin |
| RDW-CV | 14.7 | 11.5-15.0 % | Fin |
| PLATELETS | 75 (L) | 174-404 x10(9)/L | Fin |
| MPV | 12.4 | 9.4-12.9 femtoliters | Fin |

**Lab and Collection**
COMPLETE BLOOD COUNT (Order #118643619) on 7/28/2011 - Lab and Collection Information

**Result History**
COMPLETE BLOOD COUNT (Order#118643619) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM                                              Page 66

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2855                          McCollum 01565

08/01/2011 MON 14:19 FAX                                                    ☑070/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:31

Patient Name: McCollum, Larry Gene (MRN  4493765)

**Results**                                                    Parkland Health & Hospital System
**Lab Results Report**                                                    5201 Harry Hines Blvd
                                                                          Dallas, Texas 75235
                                                                          214-590-8009

**Larry Gene McCollum**                          Description: 58 year old male
7/22/2011-4:00 AM  Hospital Encounter            Department: Nine N Medical Icu
MRN: 4493765                                     HAR 609275275

**Results**                                        DIFFERENTIAL AUTO (Order 118643621)

Result Information

              Status                         Provider Status
Abnormal      Final result (7/28/2011  4:48 AM)    Ordered

Entry Date
7/28/2011

Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| NEUTROS ABS | 1.95 | 1.80-7.70 x10(9)/L | Fin |
| LYMPHS ABS | 0.44 (L) | 1.00-4.80 x10(9)/L | Fin |
| MONOS ABS | 0.22 | 0.00-1.07 x10(9)/L | Fin |
| EOS ABS | 0.01 | 0.00-0.54 x10(9)/L | Fin |
| BASOS ABS | 0.00 | 0.00-0.21 x10(9)/L | Fin |

Lab and Collection
DIFFERENTIAL AUTO (Order #118643621) on 7/28/2011 - Lab and Collection Information

Result History
DIFFERENTIAL AUTO (Order#118643621) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1:51 PM                                              Page 67

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2834                          McCollum 01566

08/01/2011 MON 14:19 FAX                                                        ☑071/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN   4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description: 58 year old male
Department  Nine N Medical Icu
HAR: 609275275

**Results**                                              **ELECTROLYTES WITH GAP (Order 118643633)**

**Result Information**

| | Status | | Provider Status |
|---|---|---|---|
| Abnormal | Final result (7/28/2011  4:29 AM) | | Ordered |

**Entry Date**

7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| SODIUM | 149 (H) | 135-145 mmol/L | Fin |
| POTASSIUM | 3 8 | 3 6-5 0 mmol/L | Fin |
| Comment  Potassium level in a plasma (green top) sample is 0.2 mmol/L (mean) lower than that in a serum (red top) sample. | | | |
| CHLORIDE | 113 (H) | 98-109 mmol/L | Fin |
| CO2 | 32 (H) | 22-31 mmol/L | Fin |
| ANION GAP | 4 (L) | 6-16 mmol/L | Fin |

**Lab and Collection**

ELECTROLYTES WITH GAP (Order #118643633) on 7/28/2011 - Lab and Collection information

**Result History**

ELECTROLYTES WITH GAP (Order#118643633) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                              Page 68

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2835

McCollum 01567

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 72 of 90

08/01/2011 MON 14:19 FAX                                                        ☑072/090
Scanned by WEAVER, KIMBERLY D CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8400

**Larry Gene McCollum**                          Description: 58 year old male
7/22/2011 4:00 AM  Hospital Encounter            Department: Nine N Medical Icu
MRN: 4493765                                     HAR: 609278275

**Results**                                      **PROTIME WITH INR (Order 118643635)**

**Result Information**

| Status | | Provider Status |
|---|---|---|
| Final result (7/28/2011  4 25 AM) | | Ordered |

**Entry Date**
7/28/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Protime | 10 9 | 9 2-12 8 sec | Fin |
| INR | 1 0 | 0 9-1 3 | Fin |

Comment  The INR is intended for patients on long-term, stable, oral anticoagulation
therapy   INR values should approximate 2 0-3 0 in most cases and 2 5-3 5 for  higher
intensity of anticoagulation

**Lab and Collection**
PROTIME WITH INR (Order #118643635) on 7/28/2011 - Lab and Collection Information

**Result History**
PROTIME WITH INR (Order#118643635) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                          Page 69

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2856                        McCollum 01568

08/01/2011 MON 14:19  FAX                                                                                    ☒073/090
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**Lab Results Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Larry Gene McCollum**                            Description: 58 year old male
7/22/2011 4:00 AM · Hospital Encounter              Department  Nine N Medical Icu
MRN: 4493765                                        HAR: 509276275

**Results** · · · ·                                 RBC MORPHOLOGY (Order 118643643)

**Result Information**
   Status                          Provider Status
   Final result (7/28/2011  4 48 AM)   Ordered

**Entry Date**
   7/28/2011

**Component Results**
   POLYCHROMASIA.
   Slight

**Lab and Collection**
   RBC MORPHOLOGY (Order #118643643) on 7/28/2011 - Lab and Collection Information

**Result History**
   RBC MORPHOLOGY (Order#118643643) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1.51 PM                                          Page 70

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
McCollum 01569

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 74 of 90

08/01/2011 MON 14:19   FAX                                                    Ø074/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**                                           Parkland Health & Hospital System
**Lab Results Report**                                            5201 Harry Hines Blvd
                                                              Dallas, Texas 75235
                                                                   214-590-8000

**Larry Gene McCollum**                    Description: 58 year old male
7/22/2011 4:00 AM   Hospital Encounter     Department Nine N-Medical Icu
MRN: 4493765                               HAR: 669275275

**Results**                                           POC GLUCOSE (Order #118643627)

**Result Information**
   Status                       Provider Status
   Final result (7/28/2011 12 34 AM)   Ordered

**Entry Date**
   7/28/2011

**Component Results**
| Component | Value | Range & Units | Status |
|---|---|---|---|
| Glucose POC | 185 | mg/dL | Fin |

   Comment  Operator ID: Ezinne OnyejiakaThe fasting blood glucose range for a  non-
   diabetic individual greater than or equal to 2 years of age is 65-126  mg/dL. A random
   blood glucose range for a non-diabetic individual greater than  or equal to 2 years of
   age is 65-200 mg/dL. For patients less than 2 years,  the reference range is 40-100
   mg/dl

**Lab and Collection**
   POC GLUCOSE (Order #118643627) on 7/28/2011 - Lab and Collection Information

**Result History**
   POC GLUCOSE (Order#118643627) on 7/28/11 - Order Result History Report

Mon Aug 1, 2011  1 51 PM                                         Page 71

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2858

McCollum 01570

08/01/2011 MON 14:20  FAX               ☑075/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Results**
**\par ECG Results Report**

Parkland Health & Hospital System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

**Larry Gene McCollum**
7/22/2011 4:00 AM  Hospital Encounter
MRN· 4493765

Description. 58 year old male
Department. Nine N Medical Icu
HAR 809275275

**Results**                      **EKG ADULT (Order 118299166)**

**Result Information**

| Status | | Provider Status |
|---|---|---|
| Final result (7/24/2011 9:17 AM) | | Ordered |

**Entry Data**
7/24/2011

**Component Results**

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Ventricular Rate | 85 | BPM | |
| Atrial Rate | 85 | BPM | |
| P-R Interval | 198 | ms | |
| QRS Duration | 108 | ms | |
| Q-T Interval | 434 | ms | |
| QTC Calc (Bazet) | 516 | ms | |
| P Axis | -6 | degrees | |
| R Axis | 16 | degrees | |
| T Axis | 14 | degrees | |

**Result Impression**

```
Normal sinus rhythm
  Prolonged QT
  Abnormal ECG
  When compared with ECG of 22-JUL-2011 04 31,
  QRS axis Shifted right
  ST no longer depressed in Inferior leads
  ST no longer depressed in Anterolateral leads
  T wave inversion no longer evident in Anterolateral leads
  Confirmed by fellow Mogaugab, M D , Owen (2019) on 7/25/20.1 8.05 50 AM
  Confirmed by TASIAN, M D , BERGE (230) on 7/25/2011 11 00 24 AM
```

**Imaging Results**
View Image

**Lab and Collection**
EKG ADULT (Order #118299166) on 7/24/2011 · Lab and Collection Information

**Result History**
EKG ADULT (Order#118299166) on 7/24/11 - Order Result History Report

**Results**
**\par ECG Results Report**

Parkland Health & Hospital System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App'x. 2859

McCollum 01571