08/01/2011  MON 14:20  FAX                                          ☑076/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**Larry Gene McCollum**                      Description 58 year old male
7/22/2011 4.00 AM  Hospital Encounter         Department Nine N Medical Icu
MRN: 4493765                                  HAR 609275275

| **Results** | **CV ECHO COMPLETE (Order 118172888)** |
|---|---|

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (7/22/2011 5 51 PM) | Open |

**Entry Date**

7/22/2011

**Result Narrative**

```
Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, TX 75235

Adult Echocardiogram Report
Name  MCCOLLUM, LARRY GENE          Study Date  07/22/2011 12 50 PM      BP  95/70
mmHg
MRN  4493765                        Patient Location· 911                HR  96 bpm
DOB  04/04/1953                     Gender: Male                         Height 69
in
Age  58 yrs                         Ethnicity· White                     Weight  326
lb
Performed By  Hai Nguyen
RCS                                 BSA  2 5 meters2
Referring Physician  TERADA, LANCE
S
Encounter Number  328148327         Order Number  118172888              Accession
Number  21176591
Ordering Physician
DAVIDSON, KEVIN


Reason For Study  58yo M, intubated in MICU hypotensive c global ST depressions  Came
febrile from jail  Now
fulminant shock req pressors  Please perform echo, eval for RWMA, IVC collapse / volume
status, global EF
thanks
History  HYPOTENSION


Procedure  Complete 2D Echocardiogram with Spectral and Color Doppler was performed
Study Quality  poor

Interpretation Summary
Extremely challenging study  LV size is normal  LV function appears reduced  Unable to
assess for wall motion
abnormalities  RA and RV are at least moderately dilated with decreased RV function.
There is paradoxical
septal motion  No valvular regurgitation  No pericardial effusion

These findings are most worrisome for right-side process like PE, but unable to assess
LV function or wall
motion with any certainty  Unable to assess valvular morphology
```

Mon Aug 1, 2011 1 51 PM                                              Page 73

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2880

McCollum 01572

08/01/2011 MON 14:20 FAX                                                                           Ø077/090

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**Result Narrative (continued)**

MMode/2D Measurements & Calculations
IVSd  1 1 cm                                    LVIDs  4 9 cm
LVIDd  5.7 cm                                    LVPWd· 1 0 cm
LVOT diam  2 0 cm                                LV mass(C)d: 245 6 grams
Ao root diam  2 8 cm

Doppler Measurements & Calculations
Ao V2 mean· 70 0 cm/sec                          LV V1 mean PG. 1.3 mmHg
Ao mean PG  2.0 mmHg                             LV V1 mean· 53 5 cm/sec
Ao V2 VTI· 8 6 cm                                LV V1 VTI  7.6 cm

AVA(I,D)  2 8 cm2
TR max vel  238 9 cm/sec
TR max PG  22 8 mmHg


Left Ventricle  LV systolic function appears depressed  Poor image quality limits
interpretation of regional
LV wall motion abnormalities

Right Ventricle. The right ventricle is severely dilated  RV function appears
depressed

Atria  The left atrial size is normal  The right atrium is moderate to severely
dilated

Mitral Valve  The mitral valve is not well visualized  Trace mitral regurgitation


Tricuspid Valve  The tricuspid valve is not well visualized  Trace tricuspid
regurgitation.

Aortic Valve  The aortic valve is not well visualized  Trace aortic regurgitation

Pulmonic Valve  The pulmonic valve is not well visualized  Trace pulmonic valvular
regurgitation

Hemodynamics  The inferior vena cava was not visualized during the exam  RVSP is
estimated 22mmHg above right
atrial pressures

Great Vessels: Aortic root measures 2 8cm  The pulmonary artery is not well visualized


Pericardium/Pleural  There is no pericardial effusion  There is no pleural effusion



Reviewing Fellow  Matthew Dickson
Electronically signed by  Susan Lakoski M D  07/22/2011 05 51 PM

**Lab and Collection**
CV ECHO COMPLETE (Order #118172888) on 7/22/2011 - Lab and Collection Information
Mon Aug 1, 2011  1 51 PM                                              Page 74

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2881

McCollum 01573

Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

Lab and Collection (continued)

---

## Results
**\par ECG Results Report**

Parkland Health & Hospital System
\par 5201 Harry Hines Blvd
\par Dallas, Texas 75235
\par 214-590-8000

### Larry Gene McCollum
7/22/2011 4:00 AM  Hospital Encounter
MRN: 4493765

Description  58 year old male
Department  Nina N Medical Icu
HAR: 609275275

### Results

EKG ADULT (Order 118153536)

Result Information

| Status | Provider Status |
|---|---|
| Final result (7/22/2011  4 31 AM) | Ordered |

Entry Date
7/22/2011

Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| Ventricular Rate | 120 | BPM | |
| Atrial Rate | 120 | BPM | |
| P-R Interval | 218 | ms | |
| QRS Duration | 102 | ms | |
| Q-T Interval | 320 | ms | |
| QTC Calc (Bezet) | 452 | ms | |
| P Axis | 34 | degrees | |
| R Axis | 225 | degrees | |
| T Axis | 169 | degrees | |

Result Impression

Sinus tachycardia with 1st degree A-V block
Right superior axis deviation
Marked ST abnormality, possible inferior subendocardial injury and anterolateral
Abnormal ECG
No previous ECGs available
Confirmed by fellow Moqabgab, M D , Owen (2019) on 7/22/2011 12 26.55 PM
Confirmed by TASIAN, M D., BERGE (230) on 7/22/2011 3 34:42 PM

Imaging Results
View Image

Lab and Collection
EKG ADULT (Order #118153536) on 7/22/2011 - Lab and Collection Information

Result History
EKG ADULT (Order#118153536) on 7/22/11 - Order Result History Report

## Notes Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas  75235

Mon Aug 1, 2011  1 51 PM

Page 75

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2862

McCollum 01574



08/01/2011 MON 14:21  FAX
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32
Ⓩ079/090

Patient Name  McCollum, Larry Gene (MRN: 4493765)

**Result History (continued)**

214-590-8000

**Patient Information**

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Pnor |

**Consults signed by Kim Luann Rickert, MD at 07/29/11 0631**

| | | | | |
|---|---|---|---|---|
| Author | Kim Luann Rickert, MD | Service | Surgery, Neurological | Author Type  Attending |
| Filed | 07/29/11 0631 | Note Time: 07/28/11 1125 | | |
| Related Notes | Related Note by Benjamin Paul Boudreaux, MD filed at 07/28/11 1246 | | | |
| | Original Note by Benjamin Paul Boudreaux, MD filed at 07/28/11 1246 | | | |

Consult Orders
1  Consult Neurosurgery Service [118864907] ordered by Kevin Ross Davidson, MD at 07/28/11 1049

**Neurosurgery Progress Note**

Patient Active Hospital Problem List
Malignant hyperthemia (7/22/2011)
Shock (7/22/2011)
Acute renal failure (7/22/2011)
Rhabdomyolysis (7/22/2011)

HD 6

Subjective  58 year old male with history of hypertension admitted from jail with history of heat exhaustion and seizure
He was brought to PMH with temp 43 C, hypertensive with SBP near 200 and unresponsive  He was intubated and
cooled with transfer to MICU service  Acutely he had AKI, shock liver and rhabdomyolysis  EEG performed to rule out
subclinical status  Over the last several days the patient has had only minimal responsiveness to painful stimulus  MR
was performed, neurosurgery consulted for evaluation of hydrocephalus on MR scan

ROS - unable to obtain

PMhx -
HTN
Depression
DM
Arthritis

Sochx -
Incarcerated, no history of drug or ETOH abuse

Meds
HCTZ 25mg daily
Clonidine prn

EEG (spoke with EEG front desk)- generalized nonreactive slowing   Nonspecific nonlocalizing encephalopathy  No
seizures or status epilepticus seen

Mon Aug 1, 2011  1 51 PM                                                    Page 78

Copy of OIG case to Support Litigation on 12.17 2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Hamilns' MSJ Appx. 2803
McCollum 01575

:\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 80 of 90)

08/01/2011 MON 14:21  FAX                                                      ☑080/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**Objective**
Temp (24hrs), Avg 37 7 °C (99 8 °F), Min 37 °C (98 6 °F), Max 38 3 °C (100 9 °F)
Heart Rate  Avg  84 8 bpm  Min  65 bpm  Max. 116 bpm
Systolic (24hrs), Avg 118 mmHg, Min 100 mmHg, Max.150 mmHg
Diastolic (24hrs), Avg 66 mmHg, Min 54 mmHg, Max 92 mmHg
O2 Sats  SpO2  Avg` 95 6 %  Min  92 %  Max  100 %
ICPs  No Data Recorded
CPP  No Data Recorded

Intake/Output Summary (Last 24 hours) at 07/28/11 1150
Last data filed at 07/28/11 1100

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 2923 ml           |
| Output | 3910 ml           |
| Net    | -987 ml           |

Intubated, off sedation
No eye opening
Pupils 2mm and reactive
+ corneal
No cough or gag
+ overbreathing
No movement to central painful stimulus

**Lab Results**

| Component  | Value | | Date/Time          |
|------------|-------|-|--------------------|
| NA         | 149*  | | 7/28/11 03 30 AM   |
| K          | 3 8   | | 7/28/11 03 30 AM   |
| CL         | 113*  | | 7/28/11 03 30 AM   |
| CO2        | 32*   | | 7/28/11 03 30 AM   |
| BUN        | 47*   | | 7/28/11 03 30 AM   |
| CREATININE | 1 44* | | 7/28/11 03 30 AM   |
| GLUCOSE    | 151   | | 7/28/11 03 30 AM   |
| CALCIUM    | 7 0*  | | 7/28/11 03 30 AM   |
| MAG        | 1 8   | | 7/28/11 03 30 AM   |
| PHOS       | 2 3*  | | 7/28/11 03 30 AM   |

**Lab Results**

| Component | Value | | Date/Time        |
|-----------|-------|-|------------------|
| WBC       | 2 62* | | 7/28/11 03 30 AM |
| HGB       | 8 8*  | | 7/28/11 03 30 AM |
| HCT       | 26 4* | | 7/28/11 03 30 AM |
| PLT       | 75*   | | 7/28/11 03 30 AM |

**Lab Results**

| Component | Value | | Date/Time        |
|-----------|-------|-|------------------|
| PROTIME   | 10 9  | | 7/28/11 03 30 AM |
| PTT       | 21 4* | | 7/28/11 03 30 AM |
| INR       | 1 0   | | 7/28/11 03 30 AM |

**Lab Results**

| Component | Value | | Date      |
|-----------|-------|-|-----------|
| PHART     | 7 50* | | 7/28/2011 |
| PCO2ART   | 35    | | 7/28/2011 |
| PO2ART    | 125*  | | 7/28/2011 |

Mon Aug 1, 2011  1 51 PM                                              Page 77

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2864

McCollum 01576

08/01/2011 MON 14:21 FAX                                                                                                                 2081/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History** (continued)

| | | |
|---|---|---|
| HCO3ART | 27* | 7/28/2011 |
| BEART | 3 8* | 7/28/2011 |
| O2SATART | 100* | 7/28/2011 |

Imaging  MR reviewed   Acute infarct in bilateral cerebellum, basal ganglia and cerebral cortex   Effacement of 4th
ventricle due to posterior fossa strokes with hydrocephalus

**Assessment**  58 year old male with anoxic brain injury and poor neurologic exam   MR overnight demonstrates
hydrocephalus

**Plan**
1  I spoke with the family over the phone about the patient's current neurologic status   His neurologic exam has been
poor without improvement over several days   He has diffuse strokes throughout his brain likely secondary to anoxic brain
injury   The likelihood of a functional outcome is very low   Treatment of the patient's hydrocephalus would be bedside
ventriculostomy placement   This would have to be coupled with platelet transfusion given his low platelet count   The
family understands the severity of his underlying brain injury   I explained that there might be some neurologic
improvement after ventriculostomy placement but meaningful recovery was unlikely   At this time, they do not want
ventriculostomy placement despite risk of worsening neurologic function   They are driving in to discuss comfort
measures

- neurosurgery available for family discussion if requested
- appreciate MICU assistance in caring for patient
- discussed with attending Rickert

Electonically signed by
Benjamin Paul Boudreaux, MD


Neurosurgery Attending

Pt is a 58 yo mans with an anoxic brain injury   There is no chance of a good functional outcome   There is no
neurosurgical intervention that will improve his condition

Mon Aug 1, 2011  1 51 PM                                                                                        Page 78

Copy of OIG case to Support Litigation on 12.17.2012 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2865

McCollum 01577

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 82 of 90

08/01/2011  MON 14:21  FAX
Scanned by WEAVER KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32                                    ☑082/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

## Notes Report

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas· 75235
214-590-8000

### Patient Information

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |
| Unit | Room | | Bed | Code Status | |
| 9N MIC | 911 | | 1 | Pnor | |

### Consults signed by Hai Chen, MD,PHD at 07/28/11 1401

| Author Filed | Hai Chen, MD,PHD 07/28/11 1401 | Service Note Time | Neurology 07/28/11 0821 | Author Type Cosign Required | PGY 2 Yes |
|---|---|---|---|---|---|

Consult Orders
1  Consult Neurology Service [118664904] ordered by Kevin Ross Davidson, MD at 07/28/11 0755

### Admission  7/22/2011  4 00 AM

#### CC
Admit after heat shock
Consult for prognosis

#### HPI

58 year male presented from prison was sent to Parkland after a pass out episode?  He was noted to be febrile to 43° and with decreased responsiveness and was sent to ER  He become unresponsive and was intubated in ER  He also need pressor for BP mainstance and was cooled with NG lavarge and ice packs
His temperature is gardually improved and he gradually developped multiple organ dysfunction including cardiac renal, liver injury and rhabdomyolysis  He got supportive treatment and currently renal function and liver enzyme, CK all improved  Off pressor for 5 days  However Pt continue to be unresponsive
He only got one dose of sedation at intubation in ER, and 4mg ativan 4 h ago (5am today) before MRI study  Per primary team, pt never overbreath ventilator or present with cough at suction
However pt is not responsive and consult for prognosis

Recent studies
CT (7/23)
1  Interval development of bilateral low densities within the basal ganglia and internal capsules, concerning for hypoxic ischemic injury  Further evaluation with MR of the brain is recommended as clinically indicated  Dr Brent Bachem was notified directly by telephone of these findings at approximately 1925 on 23 July 2011

MRI (7/28)
1  Restricted diffusion involving the cortices diffusely, bilateral basal ganglia, and hippocampi, compatible with diffuse anoxic brain injury
2  Abnormal signal and enlargement of both cerebellar hemispheres, resulting in mass effect on the fourth ventricle and acute hydrocephalus with transependymal flow of CSF  Questionable restricted diffusion also involves the cerebellar hemispheres

EEG
No-epileptiform

Mon Aug 1, 2011  1 51 PM                                                        Page 79

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01578

08/01/2011 MON 14:21 FAX                                    ☒083/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

**History**
Social History
• Marital Status                          Single
    Spouse Name                           N/A
    Number of Children                    N/A
• Years of Education                      N/A
Occupational History
    • Not on file
Social History Main Topics
• Smoking status                          Never Smoker
• Smokeless tobacco                       Never Used
• Alcohol Use                             3 0 oz/week
    6 Cans of beer per week
        last alcohol use ~2yrs ago
• Drug Use                                No
• Sexually Active                         Yes – Female partner(s)
    Birth Control/ Protection             None
Other Topics                                                          Concern
• Not on file
Social History Narrative
• No narrative on file

**Past Medical History**
Diagnosis                                          Date
• Hypertension

**Family History**
Problem                          Relation          Age of Onset
• Diabetes                       Father
• Psychiatry                     Mother
    alzheimers
• Diabetes                       Brother
• Cancer                         Brother
    prostate CA
• Cancer                         Brother
    pancreatic CA

No family Hx of

**Past Surgical History**
Procedure                                          Date
• None (no surgical history)

**ROS.**
Not able to get from the patient  (+) fever

**Physical Exam**
BP 150/92 | Pulse 135 | Temp 38 3 °C (100 9 °F) | Resp 23 | Ht 6' 1" | Wt 187 kg (368 lb 2 7 oz) | BMI 48 57 kg/m2 | SpO2
93%
General  not responsive on ventilator
Neck  neck, no bruit
Neurological.
Mon Aug 1, 2011  1 51 PM

Page 80

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Harrhris  MSJ Appx. 2807

McCollum 01579

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 84 of 90

08/01/2011 MON 14:21  FAX                                                          ☑084/090
Scanned by WEAVER, KIMBERLY D, CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

General  non-responsive,
CRANIAL NERVES
Corneal reflex (+) bilaterally, bilaterally pupil reflex to light sluggish  Gag reflex (-), No resposve to noxsous stimuli
including stronge chest rub, pressure on all extremities

**MEDICATIONS**
Outpatient medication
No current facility-administered medications on file prior to encounter

No current outpatient prescriptions on file prior to encounter

Current inpatient meds
**Current Inpatient Medications**

| Medication | | Dose | Frequency |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) injection 500 mg | | 500 mg | Q12H |
| • D5W IV Solution | | | CONTINUOUS |
| • sterile water injection for medication reconstitution 5 mL | | 5 mL | BID (DIURETIC) |
| • insulin regular sliding scale injection 2-14 Units | • | 2-14 Units | Q6H |
| • insulin NPH (HUMULIN N,NOVOLIN N) injection 5 Units | | 5 Units | BID |
| • acetaminophen (TYLENOL) oral solution   DOSE  650 mg | | 650 mg | Q4HR PRN |
| • multivitamin oral solution    DOSE  5 mL | | 5 mL | DAILY |
| • lidocaine injection 1% | | 10 mL | PRN |
| • pantoprazole (PROTONIX) injection   DOSE  40 mg | | 40 mg | BID |
| • hydroxypropyl methylcellulose (ISOPTO TEARS) 0 5 % ophthalmic solution   DOSE 1 | 1 Drop | | PRN |
| Drop | | | |
| • sodium chloride 0 9% infusion | | | CONTINUOUS |
| • norepinephrine (LEVOPHED) 32 mg in D5W 250 mL | | 5-200 mcg/min | TITRATE |

**LABS**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 2 62* | 7/28/2011 |
| HGB | 8 8* | 7/28/2011 |
| HCT | 26 4* | 7/28/2011 |
| MCV | 95 3 | 7/28/2011 |
| PLT | 75* | 7/28/2011 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 149* | 7/28/2011 |
| K | 3 8 | 7/28/2011 |
| CL | 113* | 7/28/2011 |
| CO2 | 32* | 7/28/2011 |
| ANIONGAP | 4* | 7/28/2011 |
| BUN | 47* | 7/28/2011 |
| CREATININE | 1 44* | 7/28/2011 |
| GLUCOSE | 151 | 7/28/2011 |

A/P
Mon Aug 1, 2011  1 51 PM

Page 81

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2868

McCollum 01580

08/01/2011 MON 14 21  FAX                                                      Ø085/090
Scanned by WEAVER, KIMBERLY D_CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

Larry Gene McCollum is a 58 year old male was admitted after shock shock  preanat with multiple organ dysfunction and
are improving  However continue to be unresponsive  CT

1  Neurological prognosis
- Pt is not able to opn eyes to painful stimuli on day 6   Per Levy Criteria for non-traumatic comaguideline (Day 7 after the
insult), best one year recovery will be   92% no recovery, continue veg state, 8% severe disabled, 0% moderate disabled
or good recovery
- Please note, renal failure, liver failure, other significant metabolic disturbance or hemodynamic instability (all improved)
can confound the clinical findings
- Though not in the guideline, CT and MRI both revealed diffuse anoxic brain injury (restricted diffusion involving the
cortices diffusely, bilateral basal ganglia, and hippocampi) which suggest severe brain injury

Chen Hai M D , Ph D

Mon Aug 1, 2011  1 51 PM                                                         Page 82

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2809

McCollum 01581

08/01/2011 MON 14:22  FAX                                                               ☑086/090
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Notes Report**

Parkland Health & Hospital System
5201 Harry Hines Blvd
Dallas, Texas 75235
214-590-8000

**Patient Information**

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Prior |

**H&P signed by Lance S. Terada, MD at 07/22/11 1529**

| Author | Lance S Terada, MD | Service | Internal Medicine | Author Type | Attending |
|---|---|---|---|---|---|
| Filed | 07/22/11 1529 | Note Time | 07/22/11 1513 | | |
| Related Notes | Original Note by Lance S Terada, MD filed at 07/22/11 1528 | | | | |

Pulmonary Attending
I reviewed and examined Mr Rho with Dr Davidson and I concur with the findings and plans recorded  58 yo WF admitted from jail with hx of having been tx from one jail to a local cell 4 d ago  Cell is not air conditioned, large area shared by >200 inmates  He apparently had a sz, and was brought here and found to have temp 43C, hypertensive syst 200, and unresponsive  Only known med was HCTZ  Intubated, packed on ice, and tx to MICU
PH HTN, depression
SH incarcerated
Exam MAP 70 on NE 38 ug/min  now unresponsive, pupils 2 mm sluggish, +OC reflex, neck supple  Core temp down to 38.3C now  Hands and feet are cool and dry  Lungs clear, heart reg and distant  abd very obese, soft  CXR no clear infiltrates
Labs reviewed, AKI, rhabdo, gap acidosis, early DIC

1 Hyperthermia  Unclear etiology  By exam, c/w heat stroke with cool clamped extremities (not on ice)  He has been incarcerated, but if meds were accessed, could be c/w NMS or serotonin syndrome, though rhabdo and extreme hyperthermia more consistent with former.  He has a modest amount of diarrhea now but not previously  Doubt malignant hyperthermia, as sux was given after arrival  No evidence for endocrinopathy or CNS cause  Will tx supportively with volume infusion, pressors as needed, ventilatory support, and external cooling as needed  Cont cyproheptidine x 24 h, d/c dantrolane for now  Also no evidence for CTD  Will check smear for evidence of TTP, though doubt
2 AKI, likely dehydration, possibly ATN from prolonged hypoperfusion
3. Rhabdo  IVF
4  Abn mental status as above
5  Hemodynamic shock  Likely 2/2 hyperthermia, will pan cx and cover with anhbx for possible sepsis
6  Seizure  Likely also 2/2 hyperthermia, EEG r/o akinetic status

Lance Terada, MD

Mon Aug 1, 2011  1 51 PM                                                         Page 83

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2870

McCollum 01582

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 87 of 90

08/01/2011 MON 14:22  FAX                                                    2087/090
Scanned by WEAVER, KIMBERLY D. OCA in facility HUTCHINS (HJ) on 08/01/2011 15:32

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Notes Report**                                            Parkland Health & Hospital System
                                                            5201 Harry Hines Blvd
                                                            Dallas, Texas 75235
                                                            214-590-8000

**Patient Information**

| Patient Name | HAR | ID # | Sex | DOB | Service Area |
|---|---|---|---|---|---|
| McCollum, Larry Gene | 609275275 | 4493765 | Male | 4/4/1953 | PHHS SERVICE AREA |

| Unit | Room | Bed | Code Status |
|---|---|---|---|
| 9N MIC | 911 | 1 | Prior |

**H&P signed by Kevin Ross Davidson, MD at 07/22/11 0908**

| Author | Kevin Ross Davidson MD | Service | Pulmonary Diseases | Author Type | PGY 3 |
|---|---|---|---|---|---|
| Filed | 07/22/11 0908 | Note Time | 07/22/11 0818 | | |
| Related Notes | Cosigned by Lance S Terada, MD filed at 07/25/11 0744 | | | | |

MICU Team III History & Physical

CC                          S/p seizure at prison
Reason for ICU admission    Unresponsiveness, intubated, malignant hyperthermia

HPI   58 year-old Caucasian male presented from prison after being witnessed to have a seizure while in common area
There are no details to the patient's clinical course leading up to his seizure and he has no known history of epilepsy  He
reportedly has been in this prison for only 4 days and was recently at another jail facility  His jail is a non-air conditioned
facility  His seizure occurred ~0300 hours and he was brought to Parkland by EMS  He was noted to be markedly febrile
to 43° and with decreased responsiveness  In the ER he was initially hypertensive ~200/150, he had no gag, cough, or
grimace and was completely unresponsive  The decision was made to intubate and he was given etomidate and
succinylcholine  He was intubated without difficulty and a right femoral TL and right radial arterial line were both placed
His blood pressure decompensated and he was started on dopamine and levophed at high levels  Attempts were made
to cool him with ice water NG lavage and packing his groin and axillae with ice packs

ROS        Unable to obtain, patient unresponsive and intubated

PMH        Hypertension  managed on hydrochlorothiazide
           Major depression
           Diabetes mellitus (per correctional facility intake form)
           Arthritis

Allergies  Unknown

Medications HCTZ 25mg daily
           Previously on 0 1mg clonidine PRN

Family History  Family history of unspecified cancer, diabetes, heart disease, HTN,
Social History  Incarcerated in prison for uncertain offense  No known history of drug or alcohol abuse

Physical Exam
VS       T 43° (109 4°) | HR 116 | RR 20 vent | BP 198/148 --> 76/51 | SpO2  95% | Wt  150kg (330lbs)
GEN      Obese caucasian male, intubated, supine with ice packs in groin and armpits, unresponsive
HEENT    Supple neck, no meningismus, unresponsive pupils,
CARDIAC  Distant, unable to auscultate any heart sounds, unable to appreciate JVP
CHEST    Intubated, clear in apices

Mon Aug 1, 2011  1 51 PM                                               Page 84

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2871                          McCollum 01583

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 88 of 90

08/01/2011 MON 14:22  FAX
Scanned by WEAVER, KIMBERLY D CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32
Ø088/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

ABD       Obese, soft, unable to assess for HSM
GU        Normal appearing genitalia, no evident loss of bowel or bladder function
NEURO     Unresponsive, fixed equal pupils, unresponsive to light, no rigidity
EXT       No rigidity, no pedal edema, +onychomycosis
SKIN      Cool, dry

Labs
    NA          130*              7/22/2011
    K           3 4*              7/22/2011
    CL          93*               7/22/2011
    CO2         20*               7/22/2011
    ANIONGAP    17*               7/22/2011
    BUN         39*               7/22/2011
    CREATININE  2 69*             7/22/2011
    GLUCOSE     167               7/22/2011

    WBC         7 56              7/22/2011
    HGB         14 3              7/22/2011
    HCT         41 8              7/22/2011
    MCV         83 1              7/22/2011
    MCH         31 8              7/22/2011
    PLT         136*              7/22/2011

    AST         71*               7/22/2011
    ALT         33                7/22/2011
    ALKPHOS     40                7/22/2011
    BILITOTAL   0 5               7/22/2011
    LIPASE      65*               7/22/2011
    ALB         3 4*              7/22/2011

Imaging
    CXR         Intubated, cardiomegaly, blurred cardiomediastinal silhouette, no effusion on right, no apparent
infiltrates
    CT Head     No acute findings, no bleed or apparent mass lesion

EKG   Global ST depressions, TWI   Sinus tachycardia at 120   Borderline QRS at 102   QTc 452
TTE   Pending

Problem List
    1   Malignant hyperthermia
    2   Rhabdomyolysis
    3   Acute renal failure
    4   Global ST depressions
    5   Unwitnessed seizure

Assessment & Plan
    58 yo M presenting from prison after report of generalized seizure   On presentation, the patient has profound
hyperthermia, acute renal failure, rhabdomyolysis, shock, and decreased responsiveness   The etiology of his shock and
fever is unknown   His differential diagnosis includes heat stroke, profound sepsis, NMS, status epilepticus, serotonin
syndrome, hypothalamic CVA, bacterial meningitis or thyrotoxicosis   He is empirically covered for sepsis and bacterial
meningitis with ceftriaxone and vancomycin   He has no apparent seizure activity but we will plan for EEG to eval for
subclinical seizures   We will give empiric cyproheptadine and dantrolene for concern of NMS/serotonin syndrome
Aggressive control of fever with  ice water lavages and ice packing

Malignant hyperthermia
    +Cooling blanket, ice water NG lavage, ice packs, foley lavage
    +Monitor rectal probe
    +Consider for Alsius cooling cordis if unable to cool
Mon Aug 1, 2011  1 51 PM

Page 85

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2872

McCollum 01584

08/01/2011 MON 14:22  FAX
Scanned by WEAVER, KIMBERLY D CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32
☑089/090

Patient Name  McCollum, Larry Gene (MRN  4493765)

**Result History (continued)**

+Dantrolene 250mg IV x1, cryptoheptaine 12mg PO

Shock
+Supportive hemodynamics, ordered additional 4L LR bolus, continue levophed
+Consider empiric steroids for hypotension unresponsive to fluids and pressors
+Echocardiogram given global ST depressions
+Asa 325mg given global ST depressions and concern for ACS risk factors

Neurologic status
+Check NSE within 24 hours
+EEG to evaluate for subclinical seizures
+All sedation held, monitoring for improvement in neuro status

Rhabdomyolysis
+Aggressive IVF, supportive hemodynamics

Prophylaxis  PPI, SCD's, hold
Code Status  Full code

Davidson x4099

Mon Aug 1, 2011  1 51 PM

Page 86

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2875

McCollum 01585

::\documents and settings\amboyd\local settings\temp\165362967.tif printed by mivap. (Page 90 of 90

08/01/2011 MON 14:22 FAX
Scanned by WEAVER, KIMBERLY D. CCA in facility HUTCHINS (HJ) on 08/01/2011 15:32
@090/090

Patent Name  McCollum, Larry Gene (MRN  4493765)

Mon Aug 1, 2011  1 51 PM

Page 87

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2874

McCollum 01586



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF __Tashawna Bowser__

GIVEN THIS DATE: __July 29, 2011__ AT __0100__ O'CLOCK  ☒ AM ☐ PM

My name is: __Tashawna Bowser__

Date of birth: ▨▨▨▨  I can be contacted at telephone number: __(972) 225-1304__

and at address: __1500 E. Langdon Road    Dallas  TX   75241__

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On July 28, 2011, I officer Bowser, T co IV was assigned a transport officer, hospital officer at approximately 2145 by Lt. Sanders, upon arriving at the hospital I went to MICU room number 911 where offenders Larry McCollum 1721640 was receiving treatment. At approximately 2335 offender McCollum was pronounced deceased. I officer Bowser maintained security of the deceased offender until OIG officer Keck arrived and other security staff, such as Major May and Captain Sessions.

Subscribed And Sworn To Before Me By:

X __J. Bowser__
Signature

__Tashawna Bowser__
Printed Name

On this the __29__ day of __July, 2011__

Notary Public In and For The State of Texas

OR

Witness: _____
Signature                __Michael R. Keck__
Police Officer's Signature

_____
Printed Name            __MICHAEL R. KECK /INV. #246__
Printed Name, Rank, and ID Number

Page _____ of _____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2875

McCollum 01587



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Haskell Rayford_

GIVEN THIS DATE: ~~7/28/11~~ 7/29/11 AT ~~23:55~~ 0000 O'CLOCK ☒ AM ☒ PM

My name is: _Haskell Rayford_

Date of birth: ▓▓▓▓▓▓   I can be contacted at telephone number: _(972) 225-1304_

and at address: _1500 E. Langdon Dallas, TX 75241_

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

_On 7/28/11 I Officer H. Rayford was assigned to Parkland Hospital to secure Offender McCollum Larry # 1721640 Rm # 911 at 23:35 Offender was pronounced deceased by Dr. Charles Owens. At approximately 23:40 family members exited the room, and scene was sealed until OIG arrived at 00:40_

**Subscribed And Sworn To Before Me By:**   _Haskell Rayford_
                                                                      Signature
                                                      _Haskell Rayford_
                                                                      Printed Name

On this the _29_ day of _July, 2011_

                                                      Notary Public In and For The State of Texas

                                              OR

Witness: _____   _Michael R. Keck_
                          Signature                              Police Officer's Signature

              _____   _MICHAEL R. KECK / INV #246_
                          Printed Name                        Printed Name, Rank, and ID Number

Page _____ of _____

CC-0355 (07/2005)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2876

McCollum 01588



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

Administrative Incident Review

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HUTCHINS STATE JAIL

**Incident Number:**   I-10671-07-11

**TO:**   Emergency Action Center

**THRU:**   Robert Eason
Region II Director

**SUBJECT:**   Natural Attended Death

**PERSONS INVOLVED:**   Offender McCollum, Larry #1721640; W/M; DOB – 04/04/53; Age 58; NR custody; Serving a 12 month sentence for Forgery from McClennan County; Sentence Begin Date 06/21/11; TDCJ Received Date 07/15/11.

**SUMMARY:**   On Thursday July 28, 2011 at approximately 2335 hours Offender Larry McCollum was pronounced deceased by the attending Doctor Charles Owens and Inter-Physician Rigoberto Ramirez at Parkland Hospital in Dallas, Texas. The preliminary cause of death is listed as Respiratory Failure/Neurological Failure. The offender's next of kin, Mrs. Sharon McCollum (wife) was contacted and advised of the offender's death.

On Friday July 22, 2011 at approximately 0300 hours, offender McCollum was transported via ambulance to Parkland Hospital after being found in his assigned bunk (C7-46) with what appeared to be a seizure. Staff were able to take the offender to the medical department were a triage nurse at the Crain Unit was contacted and recommended the offender be sent to the hospital via 911 due to no medical notes in the computer for offender McCollum. Offender McCollum had been received on the Hutchins State Jail on July 15, 2011, from McClennan County. The offender was assessed at Parkland Hospital and placed on a ventilator. The offender's condition at that time was listed as critical and he was assigned to the 9th floor Intensive Care unit.

On July 22, 2011 the next of Kin was contacted and advised by Warden Polk of offender McCollum's condition and to obtain his medical history. Offender McCollum's immediate family was allowed visitation. Offender McCollum received many test to determine if he had any neurological response/s and to determine the original cause of his seizure. Offender McCollum remained on a ventilator until Thursday July 28, 2011, as Mrs. Sharon McCollum and family members were provided information concerning offender McCollum's care and health status by the attending Physician at Parkland Hospital. The family at that time chose to remove the offender from the ventilator and cease all life saving

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1300 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01589

treatment. At approximately 5:25 pm offender McCollum was taken off the ventilator and he continued to breath on his own until approximately 11:35pm. Offender McCollum was pronounced deceased. Michael Keck from the Office of the Inspector General and Major Terry May (Duty Warden) were both notified of the offenders passing and reported to the hospital. Mr. Keck declared the area and crime scene and documented the area and cleared the crime scene at approximately 0120 hours on July 29, 2011. Captain Kyron Session relieved the security officers and remained with the offenders remains until taken to the hospital morgue. The family of the offender did wish to claim the body and an autopsy will be performed. Carnes Funeral Home in Texas City, Texas was contacted and notified of the death and the family's intent to claim the offender's remains. Senior Warden Jeff Pringle was in contact was notified of the offenders passing at 2345 hours. The Unit Chaplain, Mr. Gene Bartholf, reported to the hospital and spoke with the family. Mr. Robert Eason, the Region II Director, was notified of this incident at 1201am. on July 29, 2011. Ms. Kyla Crumbly of the Emergency Action Center was notified of this incident at 0101 hours on July 29, 2011. She issued the incident number I-10671-07-11 to this incident.

**ACTION/ INACTION:**    Employee action was not a contributing factor in this incident.

**ATTACHMENTS:**
**EAC Report**
**Incident Report**
**Travel Card**
**Chaplain's Email/Worksheet**
**Transport Orders**
**TDCJ Autopsy Order**
**Personal Property**
**Letter to Family**
**Person Property Letter**
**Employee Statements**
**Photos of offender McCollum remains**
**HMS 18**
**Medical Examiner Cause of Death Report**

**ADMINISTRATIVE REVIEW:**   In accordance with Administrative Directive 02.15 (rev.11), the following was addressed:

I. Wardens Comments:
Staff actions taken were consistent with Texas Department of Criminal Justice policies and procedures. Offender McCollum was received from McLennan County on July 15, 2011, and he had no property and he was properly housed according to his custody level at the time of incident. Offender McCollum was found unresponsive by security staff during count and immediately begin proper care. The initial investigation indicates offender McCollum was having a seizure and a interview a of offenders assigned to C7 dorm indicate that offender McCollum seemed to be withdrawn and would not eat or get off his bunk. There are no signs of foul play. All security staff handled the issue with dignity and respect for the family and Administration also met with family members to

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2878          McCollum 01590

show care and passion for the situation. The unit chaplain met and gave spiritual guidance to staff and family during this time. Offender McCollum was seen by medical as per policy and initial medical intake testing had been completed with the result returning and offender being place on medicine for blood pressure. There was no lesser action that could have been taken to prevent the seizure and the offender's death.

_Jeff Pringle, Senior Warden, Hutchins Unit_

8-5-11
Date

_Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime._

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2879

McCollum 01591



**D..ectors Comments:**

_____
Robert Eason, Region II Director

_____
Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2880

McCollum 01592

MESSAGE ID: 921950        DATE: 07/29/11  TIME: 00  am  PRIORITY: 000

SUBJECT:   OFFENDER DEATH


EAC USE ONLY:  DATE REPORTED: . . . . . . . . . . . . . . . . . .TIME REPORTED: . . . . . . . . . . .

EMERGENCY ACTION CENTER INCIDENT NO:  I - 10571 - 07 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  N -      -      -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HJ   REGION II   DATE OCCURRED: 07 / 29 / 2011   TIME OCCURRED: 2335P
SPECIFIC LOCATION: MICU-RM 911
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
     A        B        C        D        E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES      NO
WAS INCIDENT RACIALLY MOTIVATED:      YES  X NO



                              OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)        TDCJ NO      CUST   RACE   SEX   AGE   INJ   A-V
     MCCOLLUM, LARRY                 1731640       MN     W      M    58    N



WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES     NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL; 5200 HARRY HINES BLVD.; DALLAS, TX 75246
TREATMENT: N/A

                              EMPLOYEE INFORMATION
NAME (LAST, FIRST M)                 SSN     RACE    SEX     AGE          RANK



WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 29 / 2011   TIME: 23 : 35 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CHARLES QUINN, MD
COUNTY WHERE DEATH OCCURRED: DALLAS

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01593

HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

N/A

CHEMICAL AGENT INFORMATION
AMOUNT                              LIST TYPE                              AUTHORIZATION
N/A

WAS TEAM AUTHORIZED   YES X NO    DECONTAMINATED   YES X NO   INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR                          N/A
HAND HELD METAL DETECTOR                             N/A
B.O.S.S. CHAIR                                       N/A
VIDEO SURVEILLANCE                                   N/A
HEARTBEAT DETECTION SYSTEMS                          N/A
BODY ALARM                                           N/A
PERIMETER FENCE DETECTION SYSTEMS                    N/A
STAB-RESISTANT VEST                                  N/A
NARCOTIC DETECTOR CANINE                             N/A
CELL PHONE DETECTOR CANINE                           N/A
PACK CANINES                                         N/A
S.A.R. CANINES                                       N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM               N/A
OTHER:  N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON THURSDAY, JULY 28, 2011, AT 2023 HOURS, THE HUTCHINS UNIT ADMINISTRATION
REPORTED AN OFFENDER DEATH BY RESPIRATORY FAILURE, NEUROLOGICAL FAILURE OF
OFFENDER MCCOLLUM, LARRY, TDC. 1731464 HR PROCESSING. A 58 YEAR OLD WHITE
MALE STANDING 5'10" TALL AND WEIGHING 320 POUNDS, SERVING A 11-MONTH SENTENCE
FOR FORGERY OUT OF MCLENNAN COUNTY.

ON THURSDAY, JULY 28, 2011 AT APPROXIMATELY 1725 HOURS, THE BREATHING TUBES
WERE REMOVED FROM OFFENDER MCCOLLUM AND AT 2123 HOURS, OR CHASERS, DUANE AND
MR   MICHAEL BECK OF THE OFFICE OF THE INSPECTOR GENERAL TOOK POSSESSION OF
THE REMAINS. UPON COMPLETION OF THE OIG INVESTIGATION, THE REMAINS WERE TAKEN
TO THE MORGUE AT PARKLAND HOSPITAL. CARNER FUNERAL HOME IN FLOAT CITY  FK.,
WAS CONTACTED AT 0000 HOURS. OFFENDER MCCOLLUM'S NEXT OF KIN WAS PRESENT AT
THE TIME OF DEATH AND AN AUTOPSY HAS BEEN REQUESTED. ARRANGEMENTS ARE BEING
MADE FOR THE FAMILY TO CLAIM AND TAKE POSSESSION OF THE REMAINS. ANY FURTHER
ADDITIONAL INFORMATION WILL BE FORWARDED AS IT IS RECEIVED.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01594

CHAPLAIN MR. GENE BARCLIFT WAS NOTIFIED AT 2302 HOURS, REGIONAL DIRECTOR
MR. ROBERT EASON WAS NOTIFIED AT 0000 HOURS. MS. CRUMSLEY OF THE EMERGENCY
ACTION CENTER WAS NOTIFIED AT 0101 HOURS AND ISSUED AN INCIDENT NUMBER OF
I-10471-07-11.

(SEND ADDITIONAL INFORMATION TO HQEAC01 (NCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SANDREA SANDERS
AUTHORIZED BY: SENIOR WARDEN JEFF PRINGLE                    DATE: 07 / 29 / 2011

Sent to:      HQEAC                         (list)                          (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2885                          McCollum 01595

STSM OUTBASKET PRINT

MESSAGE ID: 223005          DATE: 07/29/11   TIME: 02    am   PRIORITY: 000

SUBJECT:   OFFENDER DEATH


· THE HUTCHINS UNIT REPORTS THAT ON THURSDAY, JULY 28, 2011, AT 3235
HOURS, OFFENDER MCCOLLUM, LARRY, TDCJ# 1721640 WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN DALLAS, TEXAS. THE
PRELIMINARY CAUSE OF DEATH WAS RESPIRATORY FAILURE/ NEUROLOGICAL
FAILURE. OFFENDER MCCOLLUM'S NEXT OF KIN, MS. SANDRA MCCOLLUM, WAS
PRESENT AT THE TIME OF DEATH. MS. MCCOLLUM'S ADDRESS IS 4023 E. HARRIS
#2, WACO, TEXAS, 76705. CARNES FUNERAL HOME WAS CONTACTED CONCERNING
THE DEATH AND COORDINATED WITH CONNELY-COMPTON FUNERAL HOME IN WACO,
TEXAS FOR THE DISPOSITION OF THE REMAINS.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:      HQCR001                CLASS. RECORDS OFFICE        (to)
              SSA6B71                SANDERS, SANDREA             (to)
              SHACK                  (list)                       (to)


Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2884

McCollum 01596

**From:** Sandrea Sand Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ
**cc:** Delia Hale/Institutional/TDCJ@TDCJ, Christopher Hernandez/Institutional/TDCJ@TDCJ, Kevin Brown/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Friday, July 22, 2011 07:57AM
**Subject:** Off-site Medical Transport (McCollum, Larry #1721640)

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders
=

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App. 2885

McCollum 01597

**From:** Terry May/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ
**Date:** Friday, July 22, 2011 09:25AM
**Subject:** Offender Mccollum, Larry # 1721640: Offender ███████ #█████ update info
**History:** ~ This message has been forwarded.

---

Sir,
Offender McCollum, Larry #1721640 W/M 58 yoa doing 1 yr. for forgery
Medication taken: Hydrochlorothiazde 25 mg 1 time a day
Received from : McLennan County July 15, 2011
Next of Kin was notified: Sandra McCollum 254-799-1495 Waco Wife
OIG was notified: Mr. Keck and the area has been cleared
Upon Receiving to the Hutchins Unit stated to medical that he was a diabetic the provider only authorized medication for high blood pressure.
The dorm temperature was taken by risk manager Mr. Storie at 0800 hrs the temperature was 86 degrees.
This is a newly arrived offender and has not been processed at this time. I have contacted McLennan County in an attempt to see if offender was taking any medication before he arrived at the Hutchins Unit, I am waiting on a fax from there medical department , they had to go locate the offenders file.

Offender ██████ # █████ W/M ██████
Medication taking: █████ 1 tablet daily, █████ 1 tablet 2 times daily, █████ 25 mg. 2 times daily.
Next of kin was notified; █████████
OIG was notified: Mr Keck 0650, and has cleared the area.
This offender  according to the Doctors report is stating that he ████████████████
████████████ ████ aking statements from all offenders in that living area to see if there is any fowl play involved.
This offender has no OPI's on file at this time.
Updates will follow

Major Terry May
Hutchins Unit
=

**From:**   Christopher Hernandez/Institutional/TDCJ
**To:**   Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ
**cc:**   Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ

**Date:**   Friday, July 22, 2011 09:38AM
**Subject:**   CORRECTED UPDATE ON OFF-SITE MEDICAL TRANSPORT - OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

CORRECTED UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

Offender McCollum, Larry TDCJ# 1721640 was admitted to Parkland Hospital Dallas and is now in MICU-RM 911. If there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail

-----------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2887
McCollum 01599

| From: | Christopher Hernandez/Institutional/TDCJ |
|---|---|
| To: | Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ |
| cc: | Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ |

| Date: | Saturday, July 23, 2011 08:50AM |
|---|---|
| Subject: | UPDATE OF OFFENDER MCCOLLUM, LARRY TDCJ# 1721640 |

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Saturday, July 23, 2011 and at 0800 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911. Offender McCullum's prognosis remains critical and if there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail

-------------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2888

McCollum 01600

| From: | Christopher Hernandez/Institutional/TDCJ |
|---|---|
| To: | Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ |
| cc: | Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ |
| Date: | Sunday, July 24, 2011 07:32AM |
| Subject: | UPDATE OF OFFENDER MCCOLLUM, LARRY TDCJ# 1721640 |

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Sunday, July 24, 2011 and at 0800 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911.  Offender McCullum's prognosis remains critical and if there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail
----------------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders
=

Consolidated Litigation Exhibits-SAH00127873
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2889
McCollum 01601

| | |
|---|---|
| **From:** | Christopher Hernandez/Institutional/TDCJ |
| **To:** | Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ |
| **cc:** | Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Michael Keck/Internal_Affairs/TDCJ@TDCJ, Ricky Morris/Internal_Affairs/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ |

| | |
|---|---|
| **Date:** | Sunday, July 24, 2011 03:25PM |
| **Subject:** | UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640 |

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Sunday, July 24, 2011 and at 1430 hours, Offender McCollum, Larry TDCJ# 1721640 remains at Parkland Hospital Dallas in MICU-RM 911.  Offender McCullum's prognosis remains critical with a few positive changes and they are as follows:  offender McCollum is doing better; BP is normal and body temperature is normal; the outlook is better with a better chance of survival; there is some brain damage, but at this time Parkland Hospital medical staff are unable to identify the extent.  If there are any changes on his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail
------------------------------------------------------------------------------------------------------------------------

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2890

McCollum 01602

From:      Christopher Hernandez/Institutional/TDCJ
To:        Robert Eason/Institutional/TDCJ, Jeff Pringle/Institutional/TDCJ, Balden
           Polk/Institutional/TDCJ, Terry May/Institutional/TDCJ
cc:        Kyron Session/Institutional/TDCJ, Tedral Towery/Institutional/TDCJ, Michael
           Keck/Internal_Affairs/TDCJ, Ricky Morris/Internal_Affairs/TDCJ, Sandrea
           Sanders/Institutional/TDCJ

Date:      Monday, July 25, 2011 07:05AM
Subject:   UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1721640

To all concerned,

As of Monday, July 25, 2011 and at 0700 hours, Offender McCollum, Larry TDCJ# 1721640 remains at
Parkland Hospital Dallas in MICU-RM 911.  Offender McCullum's prognosis remains critical with a few
changes and they are as follows:  offender McCollum is doing better; BP is slightly elevated; body
temperature is normal; offender McCullum is trying to respond to verbal commands with a delay
reaction; the outlook is better with a better chance of survival, at this point, Parkland Medical staff state
that the offender McCullum is going to make it with complications; there is some brain damage, but at
this time Parkland Hospital medical staff are unable to identify the extent.  If there are any changes on
his condition, an update will follow.

Lieutenant C. C. Hernandez
Hutchins State Jail
-----------------------------------------------------------------------------------------------------
To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640
was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following
information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To The Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330, during a security check, offender
McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a
supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for
several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no
medical notes in the computer, she recommended that 911 be called and the offender transported to the
hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All
further information will be forwarded.

Lt. Sanders

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2891
McCollum 01603

| From: | Kevin Brown/Institutional/TDCJ |
|---|---|
| To: | Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ |
| Date: | Thursday, July 28, 2011 06:03PM |
| Subject: | ****UPDATE****Offender McCollum TDCJ# 1721640 |

Dear Sir:

As of July 28, 2011 at approximately 1725 hours, the breathing tube was removed from offender McCollum, Larry TDCJ# 1721640. Offender McCollum is currently breathing on his own. All further updates will be forwarded when received.

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: whitehead, CO5; shanawong, CO5 (currently on duty)
9. Departure Time From The Unit: 7-22-2011 @0400 hours
10. Return Time To the Unit: Unknown at this time.

Kevin E Brown, Lieutenant
Hutchins State Jail
1st shift
972-225-1304 - Ext: 6349
469-541-3913 - Fax
=

UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2892                                      McCollum 01604

**From:**    Sandrea Sanders (Institutional/TDCJ)
**To:**       Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden
Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron
Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Kevin
Brown/Institutional/TDCJ@TDCJ
**cc:**       Christopher Hernandez/Institutional/TDCJ@TDCJ, Johnny
Roberts/Institutional/TDCJ@TDCJ, Timothy Jones/Institutional/TDCJ@TDCJ

**Date:**    Friday, July 29, 2011 04:12AM
**Subject:**  Update: Offender McCollum, Larry #1721640

-----------------

Sirs:

    As of July 28, 2011 at approximately 1725 hours, the breathing tube was removed from offender McCollum, Larry TDCJ# 1721640. At 2335 hours, offender McCollum was pronounced deceased by Charles Owens, MD. The preliminary cause of death was respiratory failure/ neurological failure. Offender McCollum's next of kin, Sandra McCollum, was present at the time of death. Carnes Funeral Home in Texas City, Texas was notified and coordinated with Connely-Compton Funeral Home in Waco, Texas for the disposition of the remains.

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: H. Rayford, CO5/ T. Bowser, CO4
9. Departure Time From The Unit: 7-22-2011 @0400 hours
10. Return Time To the Unit: None/ Deceased

Lieutenant Sandrea Sanders
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-541-3913 - Fax
=

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2895

McCollum 01605

```
User ID: GBA0721                           10:27am - Fri, Jul 29, 2011
Enter Command ===>
*** This message was previously SENT -- NO Updates are Allowed ***
Message ID: 921984              Status: SENT  Lines: 0000020  Chars: 0000976
       ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
       |  ************************DEATH NOTIFICATION***********************
       |
       |  INMATE: MCCOLLUM, LARRY          TDCJ# 1721640
       |  DATE OF DEATH: 07/28/2011
       |  CUSTODY: NR        STATUS:        RACE: WHITE     DOB: 04/04/53 AG
       |  CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P   DOCTOR: CHARLES OWE
       |  PLACE OF DEATH: PARKLAND HOSPITAL
       |  DUTY WARDEN: MAJOR TERRY MAY        TIME: 2335
       |  JUSTICE OF THE PEACE:               TIME:
       |  TDCJ-ID-IAD: MICHAEL KECK           TIME: 2340
       |  CARNES FUNERAL HOME: HOLLIE AHMAD   TIME: 0000
       |  CHAPLAIN: GENE BARLTOFF             TIME: 2345
       |  EAC: MS. CRUMBLEY                   TIME: 0101
       |  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  (  )NO   (  )  UNABLE TO C
       ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
W/P CMMDS: Wordwrap  SPEll  DICtionary  CORrect  TSPlit
COMMANDS:  Up Down Top Bottom Right Find Send DELete Copy UPDate GET PUT QUE
           Print FILe PULl POst BPull CHeck SOrt SET{CAP¦CMMd¦NULl¦SCR) UNLk
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ AppX. 2894

McCollum 01606

```
User ID: GBA0721
Enter Command ===>                              10:28am - Fri, Jul 29, 2011
*** This message was previously SENT -- NO Updates are Allowed ***
Message ID: 921984              Status: SENT  Lines: 0000020  Chars: 0000976
        ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
    |  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  ) UNABLE TO C
    |  N.O.K. SANDRA MCCOLLUM       TIME 2335    HRS   PHONE PRESENT
    |  ADDRESS: 4022 E. HARRISON #9   FAMILY WILL( X ) WILL NOT(  ) CLAIM BO
    |  ADDRESS: WACO, TEXAS 76705
    |  LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
    |  LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE
    |
      *  *  *      END OF MESSAGE      *  *  *



        ----+----1----+----2----+----3----+----4----+----5----+----6----+----7>
W/P CMMDS: Wordwrap  SPEll  DICtionary  CORrect  TSPlit
COMMANDS:  Up Down Top Bottom Right Find Send DELete Copy UPDate GET PUT QUE
           Print FILe PULl POst BPull CHeck SOrt SET{CAP¦CMMd¦NULl¦SCR} UNLk
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2895

McCollum 01607

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____        Date: _July 29, 2011_

From: _Chaplain Barthol_        Subject: Offender Death Notification

*1.* **Offender Information:**
Name: _McCollum, Larry_ TDCJ#: _1721664_ Unit: _HUTCHINS_
Cause of Death: _Respiratory Failure_
Date of Death: _7/28/2011_        Time of Death: _2335_
Place of Death (unit/hospital): _Parkland Hospital_
Certifying Physician/RN/JP: _Dr Charlie Owens_

*2.* **Next of Kin Contact** (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):
Date: _7/28/2011_        Time: _2336_
Name: _Sandra McCollum_        Relationship: _Spouse_
Address: _4022 E. Harris #9_
City/State/Zip: _Waco, TX  76705_        Tel.: _(254) 539-262_

*3.* **Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):**
Yes _____   No _✓_   Unable to contact _____   N/A _____

*4.* **Other Family / Friend Contact:**
Date: _____        Time: _____
Name: _____
Address: _____        Relationship: _____
City/State/Zip: _____        Tel.: (___)_____

*5.* **Sheriff's Office / Police Department Contact:**
Date: _____        Time: _____
SO/PD: _____        Contact Person: _____

*6.* **Burial Arrangements:**
_✓_   The family will claim the body. The family was instructed to call the Carnes Funeral Home at (409)986-9900.
_____   The family will not claim the body. The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.
_____   I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery (Fax this worksheet to the Huntsville Unit Warden).

*7.* **Reports** – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:
_✓_ Unit Warden;
_✓_ Director of Chaplaincy Operations; and
_____ Chaplain's unit file

Chaplain's Signature: _Lawrence E Barthol_        Date: _7/29/2011_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2896

*Chaplaincy Manual Policy 11.04 - Att. B*
*Revised 06/09*

McCollum 01608

Enter Command --->

```
To:       GBA0721 - B   THOLF, GENE                    Message ID: 921970
From:     SSA6871 - SANDERS, SANDREA                   Date Sent:  07/29/11
Subject:  OFFENDER DEATH              Priority: 000     Time Sent:  02:43am
```

BE ADVISED THAT ON THURSDAY, JULY 28, 2011 AND AT 2335 HOURS, OFFENDER
MCCOLLUM, LARRY TDCJ# 1721640/ NR PROCESSING, WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN THE MICU- RM 911. OFFENDER
MCCOLLUM WAS A WHITE MALE, 58 YEARS OF AGE, STANDING 5'10" AND WEIGHING
320 POUNDS; SERVING A 12 MONTH SENTENCE FOR FORGERY OUT OF MCCLENNAN
COUNTY. THE NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH, UPON
COMPLETION OF THE OIG INVESTIGATION, ARRANGEMENTS WERE BEING MADE FOR
THE FAMILY TO TAKE POSSESSION OF THE REMAINS. CARNES FUNERAL HOME IN
TEXAS CITY, TEXAS WAS NOTIFIED OF THE INCIDENT.


LT. SANDREA SANDERS
HUTCHINS UNIT


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ AppX. 2897                                      McCollum 01609

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### Inter-Office Communications

TO:  To Whom It May Concern            DATE:  July 22, 2011

FROM:  Sgt. Tate                SUBJECT:  Offender McCollum C7

At approx. 0300am I was called to C2 building regarding a offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure, I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional staff was called to assist in removing him from the bunk. Lt Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The Transport left the Unit at Approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank-You, Sgt. Tate

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2898

McCollum 01610

## Correctional Institutions Division
### Inter-Office Communications

**To:** Sanders, Sandrea
Lieutenant Correctional Officer

**Date:** July 22, 2011

**From:** Clark, Richard
Correctional Officer

**Subject:** McCollum, Larry #1721640

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2899

McCollum 01611