Jeremy Banks   CID# 1721078
Aug-1st  2011

I Am a Inmate at Hutchins State Jail.
Aproximately 2weeks Back another Inmate
was very sick and Housed on a top Bunk.
he was unable To go Eat or get up And
Down on his Bunk. One Guard told
him to Deal with. It After he was
here aproximately 5Days he was Removed
By Paramedics Although Before Paramedics were
called The Guards that were dealing with
the Situation were unprofecional And Not very
Knowledgeable About Life Response
                              thank you

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2900

McCollum 01612

C-7.4

Justin James Pennington # 1720747      8-1-2011

On the night that the gentleman was carried out of
the dorm, from what I understand and from what I
been told and seen, he wasnt responsive during or
after the 10:30m count. A guard had come by
asking for I.D. cards and he was on the top bunk
unresponsive, and the guard proceeded to carry o
I didnt think nothing of it until around 2:00 to
2:30 Am whenever I had woke up and seen quite
a few inmates and guards around this gentleman.
There was a guard standing over the gentleman
fanning him with a piece of cardboard yelling
"Stay with us big guy", I then walked closer to
the scene scene and his face was blueish and
his breathing was off big time, he wasnt breathing
right. I also noticed that he had urinated an
defecated on hisself by this time. About 3 Am or
later, the Paramedics eventually came in and
removed this gentleman on a stretcher. He looked
completly gone by this time.

                                        Justin P

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Mychal Waldon TDC #1720748                    August 1, 2011

To whom this may concern:

On the night of question o I was awoken
at about 3 A.M. o in the morning as officers
a staff where tending to Mr McConnell he
was on a top Bunk and was unresponsive,
looked as if the man was having some kind of
siezure or food attack. At count time the previous
evening Mr McConnell was also unresponsive
the guard allowed another inmate to show that
Mr McConnell did O. The five days prior to this
Mr McConnell was only seen in the chow hall
2 times by myself. Which should have been enough
to tell that something was wrong with the man
At one point when the staff where checking
Mr McConnell one of the female staff members
was going to pour a pitcher of ice cold water
on the grill on the man but someone told her
that was not the best idea. When the onsite
medical staff arrived and had loaded Mr McConnell
on a stretcher id was around 4 A.M. give or take
a few minutes Id was simply obvious to us
inmates that the man was in no shape for a
top-bunk a the extreme heat.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2002

McCollum 01614

Jose Martin Villarreal   TDCJ #1720746

First and forrest i would like to say
that on the night of the situation on
hand is that well the guards came and did
count about 3 to 4 times before the inside
and well the inmate didn't response the
first time they did count. So i think that
on the second count the guard should've
checked on him to see if he was alright
and another thing was that they gave
him a top bunk to a big guy and well i
think that was the first problem in the
first place. And well later that night
when he was already having problems the
guards i beleive where medically
incompitant, In other words they did
not know how to handle the situation
on hand. I am not blaming any one but
i think they could've been more prepared
for this and any kind of situation.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
McCollum 01615

Ronnell Birdow   122-1079

When I woke 48 Bunk was lay there
on his bunk, They was try to get down
off bunk But They couldn't get him off
bunk, one of Lady went get some cold
water to give 48 Bunk. I believe he wa
already go.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Justin Isbell #(1720092)

Inmate was unresponsive during count, Inmate that during count was asked several Times & Taped on leg to produce Id & did not say anything or even move. & went to sleep & when I awoke I saw Inmate being stood over by a guard and being moved around They got him in a sitting position Then laid him back down officers Tried to Pull him off bunk on To a wheelchair but could not move him They moved him on To his side it was several minutes befor They quit Tryin to move him & called paramedics, Inmate did not get into any kind of arguments while he was here.

Justin Isbell

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2905

McCollum 01617

I Aaron Calderon Dont Kno Very
Much about wat about DAT Nite on Fri
22nd Jus wake up N Jus saw two
officals wis Jus Antenoin to Man
ONB Very Much it

Aaron Calderon   01721080

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01618

I Noticed LArry McCullum Not esting or drinkink for a few day prior to incodent the guards was made aware by inmates the night before insodent Mr McCullum was not responsive at rackdown another inmate showed ID For him he was still not respone during recount he was not acknowledged till Apprx 3 AM he still did not respond guards was movinghin putting towels on him even was going to throw Ice on him it was approx 40 min till 911 was called even though Mr McCullum did not eat or drink the staff has no clue on what to do + believe it was there responability that he got in the shape he did

Paul Hamons

172/082

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App. 2907

McCollum 01619

Willie F Rainey    1722289

I was sleep ~~the~~ and get up
and they sad same Baby DID.

Willie Rainey

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01620

Cornelius Davis #1721081

Pryer to the incident my fellow inmate was
sick since hes been here. And said He needed
medical Attention The next thing I knew He
was gone.

8-1-11

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2909

McCollum 01621

#172138

Christopher Andrews

All I know is an officer came to do count and she couldn't get a response out of him. Officers came fanning him and giving him water.

Christopher Andrews
#172132

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01622

Kevin Kasner   1721085

When I woke up two officers were with offender one was fanning him the other was holding a wet rag on him. They brought a wheel chair in the dorm he was too big to lift him off the top bunk. the offender was fainting and was unconscious the whole time tell he left the paramedics showed up and all they did was drug him on the stretcher and wheeled him out

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
McCollum 01623

1721399

The INMATE IN QUESTION WAS
struggling, he had problems movin
he couldn't get into the top bunk
or make it to chow and we (other
inmate did ask him if he need wat
this man was wayover weight an
should have never been assigned to
the top bunk.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2912                    McCollum 01624

Michael Bailey                    #1721383

    In reference to the offender who passed away
in dorm C-7, I remember the following: the offender
was unconscious during count when a guard realized
the severity of the situation. Multiple guards ran in
and out of the room, which was increasingly chaotic.
A guard considered pouring cold water on the offender
but was called off by several inmates who were
concerned it would put the man into shock. The offender
was not able to be maneuvered off his bunk until
the paramedics arrived. As it pertains to interaction
and observation prior to that night, I can only
add the following: the offender routinely skipped meals.
As far as I know he never attended a meal in
his tenure in C-7. I also know he left his bunk as
little as possible due to the taxing effect it required
of him. I've heard that his voicing of the issue
to a guard was met with a "figure it out," but
that is not something I could corroborate firsthand.

    [signature]
    2/1/2011

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01625

# 1720325

Timothy Hunter

All I remember is the offender went to eat once and returned back to the housing there were rumors of him vomiting I think all this lead up to his incident.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01626

I Terry Dewayne Hodges Seen the inmate
on Bunk haven trouble getting up and
down from his bunk. I also notice him
also with a pale white skin and kinda shaky
but a boss come by when it was count
time and he was in the bunk under his
Because he was trouble getting in his. So he
treaten to wright him up So he did And
when it came count time again they got
No response out of him. So his cellie gave
him his id. Then the next one the same
thing happen. Then his cellie had to go get
help.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2915

McCollum 01627

#1122277
RUSSELL WALDEN

All I know is There was an
open bunk on the bottom, he was
to big to be on top especially as
hot as it was (you could tell by
the way he was breathing that it was
strenuous on him) and the lady
just kept screaming at him making
him get on top bunk. He asked me
to get him some water cause it
was to hard to get down so I
did and then they woke me up
and he was dying.

Russell Walden

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MCHV Appendix 001628

McCollum 01628

Terrell Jackson
122009s

The only thing that I know was that he wasn't feeling well. Plus he couldn't get on the top bunk. I told him to talk to a Rankin office. He stopped and talked to Sgt St Mull. I never seen him go to chow. I know he didn't eat for 2 days.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2901

McCollum 01629

172109

Santos Rodriguez,

3 dAy's on 3 SHifts I told GAuRd's
that 46 Bunk need'd Help about Food
and sleep on Lower Bunk, But NEVER
Reciever Help then got sick & Real
Bed after recieved E.M.S. Help! THen
i was told He ,pAst AwAy!

Sincerly

Santas Rodriguez

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2918

McCollum 01630

'F 1                    1721089

Today is a most disturbing day. This big man is 2 bunk
over. He has not eaten in 4 days Now he is unrespon
and 5 pod officers are standing around not knowing what to do
They have wasted at least an hour debating what to
do. And with a callous and reluctant attitude. They fi
have brought him some sugar water. But he is
unconcious. They are just looking at a dead man
and are letting him die right before their eyes.
He is in need of oxygen an Iv. 5 pod officers
are just standing around looking at 2 other officers
try to wake him up by calling his name and tapping
his shoulder. They have brought a wheelchair and
are trying to lift him out of the top bunk and
put him in the wheelchair. He is too heavy for the 2
officers to lift. He has defecated on his self
Now a sixth officer has arrived and is just stand
ding. The Emt's have just arrived and put him on
a stretcher. He is breathin very shallow and his feet
are turning blue. I dont think he is going to make
it. That officer shut an hour I wonder why they
cut the cameras off. A couple of days before this happe
Larry was on the top bunk. He is in poor health
and it is difficult for him to climb in the top bunk
But an the night a guard has gotten upset with him and
insisted he get on the top bunk. He tried to explain to her
that it is difficult for him to get up there and st

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING IS STRICTLY PROHIBITED
Plaintiffs MSJ Appx 02810
McCollum 01631

1721089

replied to him "Figure it out" in a callous and indisceitive
manner. A gaurd just come in it is about 7:30 AM and
with a lazer thermomotor is taking tempoture readings of the
area Larry was in The Warden Has Just come in th
dorm. It is now 8:00am and is taken pictures of the
tempoture readings. All this took place between
12:00 am - 8:00 am July 22, 2011.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01632

Max A. Melton        1720326

Prior to the day the offender was removed he had been told by a female guard to get on his bunk repeatedly, which was a top bunk, even though he said several times it was very difficult for him to get up and down due to his height. The final remark from the female officer was "figure it out."

On the night of the event around 11:30 when it was time for count/ID check, the offender was obviously confused and disoriented at this time and had what appeared to be substantial trouble getting his ID and another inmate came over to present it to the officer for the offender.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

INMTCICS/JPR6236 /1307                    FOR

TDC 01721640 SID 03950494 NAME: MCCOLLUM,LARRY GENE

RACE: W SEX: M

| | UNIT | REASON FOR ASSIGNMENT | DATE | TYPE | TDCJID |
|---|---|---|---|---|---|
| CURRENT UNIT: | | DX | 07 28 11 | JC | 01721640 |
| DATE ASSIGNED: 07 28 11 | HJ | RX | 07 28 11 | ID | 01721640 |
| RSN. ASSIGNED: ASSIGNMENT | | DQ | 07 22 11 | JC | 01721640 |
| REC/DEP CODE:   DX | HJ | RA | 07 15 11 | JC | 01721640 |

END OF DATA

PF1:HELP PF8:FORWARD PF7:BACK PF11:NEXT-INQ PF12:MENU PF5:ENTIRE HISTORY
OR NEXT REQUEST/OR TDCNO _____   OR SIDNO _____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2922

McCollum 01634

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC #**  I -10671-07-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HJ | 07-29-2011/ 0101 | Lieutenant Sandrea Sanders |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 07-28-2011/ 2335 | Parkland Hospital MICU- Rm. 911 | No | N/A |

**WAS THE INCIDENT RACIALLY MOTIVATED?**  ☐ YES  ☒ NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

**WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?**  ☐ YES  ☒ NO

## OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**WERE OFFENDERS TRANSFERRED TO A HOSPITAL?**  ☒ YES  ☐ NO  **NAME OF HOSPITAL**  Parkland Hospital

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| McCollum, Larry | 1721640 | W/M | 58 | NR | None | N/A |

**DATE/TIME VICTIM(S) PRONOUNCED DECEASED:**  July 28, 2011/ 2335

**NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:**  Charles Owens, MD

**PRELIMINARY CAUSE OF DEATH:**  Respiratory Failure/ Neurological Failure

**MOTIVE FOR ASSAULT/DEATH:**  N/A

**NEXT OF KIN NOTIFIED?**  ☒ YES  ☐ NO  **DATE/TIME/BY WHOM:**  Present at Time of Death

**HUNTSVILLE FUNERAL HOME NOTIFIED:**  ☒ YES  ☐ NO  **DATE/TIME/BY WHOM:**  Lt. Sandrea Sanders

**JUSTICE OF PEACE NOTIFIED:**  ☐ YES  ☒ NO  **DATE/TIME/BY WHOM:**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx 2928

McCollum 01635

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF THE INSPECTOR GENERAL?  ☐ YES  ☒ NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?  ☐ YES  ☒ NO

## WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL):  none

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A |  |  |
|  |  |  |
|  |  |  |

| WAS OFFICE OF INSPECTOR GENERAL NOTIFIED? | | YES | x | NO |
|---|---|---|---|---|

## SUMMARY OF INCIDENT

On Thursday, July 28, 2011, at 2335 hours, Officer Tashawna Bowser, CO4, who was assigned as a Hospital/ Transport Officer at Parkland Hospital, notified me, Lieutenant Sandrea Sanders, that offender McCollum, Larry TDCJ# 1721640 was pronounced deceased. Offender McCollum was a 58 year-old, White, male offender, Processing status; standing 5'10" and weighing 320 pounds; serving a 12 month sentence for Forgery out of McLennan County.

Offender McCollum was transported to Parkland Hospital on July 22, 2011 at approximately 0400 hours following what appeared to be a seizure. Offender McCollum was admitted and placed in MICU Room 911. On July 28, 2011, at approximately 1725 hours, the breathing tube was removed from the offender and at 2335 hours offender McCollum was pronounced deceased by Dr. Charles Owens and Intern Physician Rigoberto Ramirez. The preliminary Cause of Death is listed as Respiratory Failure/ Neurological Failure. Mr. Michael Keck of the Office of the Inspector General took possession of the remains and upon completion of his investigation, the remains were taken to the Parkland Hospital morgue. Carnes Funeral Home in Texas City, Texas was contacted at 0000 hours. Offender McCollum's next of kin was present at the time of death and an autopsy was requested. Arrangements with Connely-Compton Funeral Home in Waco, Texas through Carnes Funeral Home were made by the family concerning the disposition of the remains.

Duty Warden Major Terry May was notified of the incident at 2340 hours. Mr. Michael Keck of the Office of the Inspector General was notified at 2345 hours. Senior Warden Jeff Pringle was notified at 2346 hours. Hutchins Unit Chaplain Gene Barltoff was notified at 2351 hours. Regional Director Robert Eason was notified at 0000 hours. Ms. Crumbley of the Emergency Action Center was notified at 0101 hours and issued an incident number of I-10671-07-11.

PREPARED BY:  Lieutenant Sandrea Sanders       DATE:  July 29, 2011

AUTHORIZED BY:  Senior Warden Jeff Pringle

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01636

# OFFENDER DEATH

**EAC Incident No.**  I-10671-07-11

**Date/time of incident**  July 28, 2011/ 2335 hours

**Specific location of incident**  Parkland Hospital, MICU Room 911

## Offender(s) Information

| Name | TDCJ# | Race | Sex | Age | Custody |
|------|-------|------|-----|-----|---------|
| McCollum, Larry | 1721640 | W | M | 58 | NR |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Preliminary cause of death**  Respiratory Failure/ Neurological Failure

**Was deceased receiving medical treatment at the time of death?**  Yes ___  No  X

**If Yes, type of treatment** _____

**Name and title of person who pronounced offender deceased**  Charles Owens, MD

**Official date and time offender was pronounced deceased**  July 28, 2011/ 2335

**Name of Justice of the Peace who ordered inquest**  N/A

**Is foul play suspected in the death of the offender?**  Yes ___  No  X

**OIG investigator notified?**  Yes  X  No ___  If yes, name  Michael Keck

**Family notified?**  Yes  X  No ___  If yes, by whom?  Present at Time of Death

  **Relationship of family member to offender**  Wife

**Huntsville Funeral Home notified?**  Yes  X  No ___  If yes, by whom?  Lt. Sandrea Sanders

**Classification and Records notified?**  Yes  X  No ___  If yes, name  By email
*(It is very important that Classification and Records be aware of family's notification, since that is
The department responsible for sending a telegram to the family.)*

Sandrea Sanders, Lieutenant
**Name of Person Reporting Incident**

Ms. Crumbley
**Name of Person Notified at EAC**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2925

McCollum 01637

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC #**  I -10671-07-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HJ | 07-29-2011/ 0101 | Lieutenant Sandrea Sanders |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 07-28-2011/ 2335 | Parkland Hospital MICU- Rm. 911 | No | N/A |

**WAS THE INCIDENT RACIALLY MOTIVATED?**  ☐ YES   ☒ NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

**WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?**  ☐ YES   ☒ NO

## OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**WERE OFFENDERS TRANSFERRED TO A HOSPITAL?**  ☒ YES   ☐ NO   NAME OF HOSPITAL  Parkland Hospital

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| McCollum, Larry | 1721640 | W/M | 58 | NR | None | N/A |

**DATE/TIME VICTIM(S) PRONOUNCED DECEASED:**  July 28, 2011/2335

**NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:**  Charles Owens, MD

**PRELIMINARY CAUSE OF DEATH:**  Respiratory Failure/ Neurological Failure

**MOTIVE FOR ASSAULT/DEATH:**  N/A

**NEXT OF KIN NOTIFIED?**  ☒ YES   ☐ NO   DATE/TIME/BY WHOM:  Present at Time of Death

**HUNTSVILLE FUNERAL HOME NOTIFIED:**  ☒ YES   ☐ NO   DATE/TIME/BY WHOM:  Lt. Sandrea Sanders

**JUSTICE OF PEACE NOTIFIED:**  ☐ YES   ☒ NO   DATE/TIME/BY WHOM:

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ App'x 2926

McCollum 01638



Correctional Institutions Division

1721640          000          7/15/2011          001

MCCOLLUM, LARRY GENE

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01639

COUNTY ___MCLENNAN___          SENTENCE ___12 MOS___

OFFENSE ___FORGERY(1)___

6.21.11
SENT.BEGIN ___6-21-11___   DATE  REC'D ___7-15-11___   REL  DATE ___6-19-12___

DOB ___4-4-53___   RACE ___W___   SEX ___M___   HT ___5-10___   WT ___320___

NATIVITY _____          RESIDENCE _____

DPS# _____   EMPLOYMENT  SKILLS _____

EMERGENCY  CONTACT  _____

_____

### CRIMINAL  HISTORY

JUV:    Arrests _____   Prob _____   S.J.T.S. _____

Adult:  Misd  Arrests _____   Prob _____   Jails _____

        Felony  Arrests _____   Prob _____   Jails _____

        PIA____   SAFPF ____   I.D. ____   St  Jail _2-2__  Other _____

### SPECIAL  PRECAUTIONS

|  | YES | NO | COMMENTS |
|---|---|---|---|
| Violent  Crimes | __ | __ | _____ |
| Escape  Attempts | __ | __ | _____ |
| Gangs | __ | __ | _____ |
| Detainers | __ | __ | _____ |
| Mental | __ | __ | _____ |
| Medical | __ | __ | _____ |
| Inst  Aslt  Hist | __ | __ | _____ |
| Sp  House  Hist | __ | __ | _____ |
| OTHER | __ | __ | _____ |
| N.F.S.U.A. | __ | __ | _____ |

SUMMARY  OF  PRESENT  OFFENSE:

MCCOLLUM, LARRY GENE #1721640

☆ SJ-10 (Rev. 01/95)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2928

McCollum 01640

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\* REQUESTOR: JPR6236 - PRINGLE, JEFF        HUTCHINS JAIL FACILITY        \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*            S Y S M   I N B A S K E T   P R I N T               \*\*\*

MESSAGE ID: 921984C     DATE: 07/29/11  TIME: 10:30am  PRIORITY: 000

TO:        JPR6236 - PRINGLE, JEFF
           WARDEN
           HUTCHINS JAIL FACILITY
           1500 LANGDON RD.
           DALLAS, TX. 75241


FROM:      GBA0721 - BARTHOLF, GENE
           CHAPLAIN
           HUTCHINS JAIL FACILITY
           1500 EAST LANGDON RD.
           DALLAS,TX 77340


SUBJECT:   DEATH NOTIFICATION


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*DEATH NOTIFICATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INMATE: MCCOLLUM, LARRY          TDCJ# 1721640
DATE OF DEATH: 07/28/2011
CUSTODY: NR        STATUS:       RACE: WHITE      DOB: 04/04/53 AGE: 58
CAUSE OF DEATH: RESPIRATORY FAILURE  TIME: 2335P   DOCTOR: CHARLES OWENS, MD
PLACE OF DEATH: PARKLAND HOSPITAL
DUTY WARDEN: MAJOR TERRY MAY      TIME: 2335
JUSTICE OF THE PEACE:            TIME:
TDCJ-ID-IAD: MICHAEL KECK         TIME: 2340
CARNES FUNERAL HOME: HOLLIE AHMAD  TIME: 0000
CHAPLAIN: GENE BARLTOFF          TIME: 2345
EAC: MS. CRUMBLEY                TIME: 0101
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  ( )NO  ( )  UNABLE TO CONTACT
N.O.K. SANDRA MCCOLLUM           TIME 2335    HRS   PHONE PRESENT
ADDRESS: 4022 E. HARRISON #9     FAMILY WILL( X ) WILL NOT( ) CLAIM BODY
ADDRESS: WACO, TEXAS 76705
LOCATION OF BODY: PARKLAND HOSPITAL MORGUE
LOCATION OF INMATE PROPERTY: HUTCHINS UNIT ADMINISTRATION OFFICE


Sent to:    JPR6236          PRINGLE, JEFF            (to)
            GBA0721          BARTHOLF, GENE           (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 2929

McCollum 01641