## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _____          Date: _July 29, 2011_

From: _Chaplain Bartholf_               Subject: Offender Death Notification

### 1. Offender Information:

Name: _McCollum, Larry_   TDCJ#: _1721644_   Unit: _HUTCHINS_
Cause of Death: _Respiratory Failure_
Date of Death: _7/28/2011_   Time of Death: _2335_
Place of Death (unit/hospital): _Parkland Hospital_
Certifying Physician/RN/JP: _Dr. Charles Owens_

### 2. Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):

Date: _7/28/2011_   Time: _2336_
Name: _Sandra McCollum_   Relationship: _Spouse_
Address: _4022 E. Harns #9_
City/State/Zip: _Waco, TX 76705_   Tel.: _(254) 539-2623_

### 3. Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):

Yes _____   No _✓_   Unable to contact _____   N/A _____

### 4. Other Family / Friend Contact:

Date: _____   Time: _____
Name: _____
Address: _____   Relationship: _____
City/State/Zip: _____   Tel.: ( )

### 5. Sheriff's Office / Police Department Contact:

Date: _____   Time: _____
SO/PD: _____   Contact Person: _____

### 6. Burial Arrangements:

_✓_ The family will claim the body. The family was instructed to call the Carnes Funeral Home at (409)986-9900.

_____ The family will not claim the body. The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

_____ I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery (Fax this worksheet to the Huntsville Unit Warden).

### 7. Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:

_✓_ Unit Warden;
_✓_ Director of Chaplaincy Operations; and
_✓_ Chaplain's unit file

Chaplain's Signature: _Lawrence E Bartholf_   Date: _7/29/2011_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Chaplaincy Manual Policy 11.04     Att. B
Plaintiffs' MSJ Appx. 2930

McCollum 01642

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

**The undersigned authorizes and directs the coordinating funeral home**

**and/or its said agents or staff to make the removal of the said remains of**

_Larry McCollum_ from _PARKLAND HOSPITAL_,
<span>(Print Offender Name)</span>                    <span>(Print Unit/Location)</span>

**who died on** _7/28/2011_ **, and to hold until further notification**
<span>(Date of Death)</span>

**from the Warden of the unit with regards to the approval for an autopsy.**

**NOTE:  If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.**

_Instructions:  If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains.  If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death._

_____
Signature of Warden/Designee

_JeFFery Pringle_
Printed Name

_____
Medical Physician's/Registered Nurse's Signature

_CHARLES Owens_
Printed Name

Address of Physician/Registered Nurse:

_5201 Harry Hines Blvd_

_Dallas, TX   75235_

_____

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ AppX. 2931

McCollum 01643

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _LARRY McCOLLUM_   TDCJ #: _1721640_
(Print Name)

Date of Birth: _4-4-53_   Race: _W_   Sex: ☑ Male   ☐ Female

Offender Pronounced dead at _11:35pm_ on _7-28-11_
(Print time, include am or pm)   (Print date, month, date, year)

Location of Death: ☐ Unit _____   ☑ Other _PARKLAND HOSPITAL_
(Print Unit Name)   (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _DCME_ _____ (location of autopsy) by a representative or associate of _CARNES_ _____ Funeral Home, located in _TEXAS CITY_ _____, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _888-822-2637_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_____
Warden (or designee)

County _Dallas_
City _~~Bra~~ Dallas_, Texas Zip Code _75241_

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ App'x. 2992

McCollum 01644

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
PERSONAL PROPERTY ENVELOPE

B/W

NAME: McCollum, Larry #B4610

COUNTY: McLennan                    TDCJ#: 01721640

CHECK _____    CURRENCY _____    CHANGE _____    TOTAL $117.77 L Cms
(INMATE MUST INITIAL BY TOTAL)

DRIVERS LICENSE _____

S/S CARD _____              WATCH _____ MAKE _____ COLOR _____

BANK CARDS (#) _____        RING _____ COLOR _____

VISA _____                  RING _____ COLOR _____

M/C _____                   NECKLACE _____ COLOR _____

PHONE CARD _____            RELIGIOUS MEDAL _____ COLOR _____

CELL-PHONE _____            EAR RINGS _____ COLOR _____

BIBLE 1

OTHER PROPERTY Legal Mail 3 pieces                JEWELRY _____ COLOR _____

_____ (AGENT'S SIGNATURE)          X _____ (INMATE'S SIGNATURE)

c-PO-08 (12/00)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01645



**AS DEPARTMENT OF CRIMIN**O**JUSTICE**

**Brad Livingston**
Executive

Director

CHAPLAIN BARTHOLF
HUTCHINS STATE JAIL
July 29, 2011

Mrs. Sandra McCollum
4022 E. Harris #9
Waco, TX 76708

Dear Mrs. McCollum:

On behalf of Warden Pringle and his administrative staff I offer condolences on the loss of your loved one.  I did not know your husband because he was at the unit so briefly, It was heartening to me to visit with your large family group. I am sure he will be missed by all.

You mentioned to me that he had a spiritual connection with the Salvation Army Church. I will remind you of the sure and certain hope of eternal life through Christ our Lord. May the Lord bless Larry and keep him.  May the Lord give comfort to those in your family who mourn

Sincerely,

*Gene Bartholf*

Chaplain Gene Bartholf

Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.

1500 E. Langdon Road
Dallas, Texas 75241-7136
www.tdcj.state.tx.us

Copy of OIG case to Support Litigation on 12-17-2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2934

McCollum 01646



# Texas Department of Criminal Justice

Brad Livingston
Executive Director

August 9, 2011
Mrs. Sandra McCollum
4022 E. Harrison #9
Waco, Texas 76705

On behalf of the Hutchins Unit Administration, I wish to express my sincere condolences in the recent passing of your loved one. Enclosed you will find the personal belongings of Larry G. McCollum. The estimated value of the consumable property is $0.00. It is our hope that you are able to find comfort in the memories of your loved one during such a difficult time. Our prayer is that GOD will grant you peace and much needed strength in the days ahead as you transition in your life.

Jeff Pringle Senior Warden

**HUTCHINS STATE JAIL**

Jeff Pringle, Senior Warden

1500 E. Langdon Road, Dallas, Texas 75241 (972) 225-1304

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2955

McCollum 01647

**Texas Department of Criminal Justice**
**CORRECTIONAL INSTITUTIONS DIVISION**
*Inter-Office Communications*

**To:** Warden J. Pringle                    **Date:** August 8, 2011

**From:** Captain K. Session                 **Subject:** Personal Property

Upon completion of the inventory and inspection, I estimate the consumable property belonging to offender McCollum, Larry # to be estimated at about $0.00

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2936                    McCollum 01648

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:**  All concerned                          **Date:**   July 22, 2011

**From:**  Lieutenant Sandrea Sanders                **Subject:**   McCollum, Larry #1721640

On Friday July 22, 2011, at approximately 0230 hours, Officer Richard Clark, COV, was in C7 dorm conducting count. An unidentified offender approached the officer and stated that his cellie was shaking. At that time, Officer Clark went to the bunk in question, C7-46 and found offender McCollum, Larry TDCJ# 1721640, a White, male, J2, 58 years-old, serving a 1-year sentence out of McLennan County for Forgery, having a seizure. Officer Adeotun Jolayemi, COIV, was assigned to C5-8 building as well. When she came to the dorm to count, she was notified by Officer Clark that the offender needed medical assistance. Officer Jolayemi initiated ICS, calling for additional staff, a video camera and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk and calm the offender in an effort to get a response from offender McCollum. This was to no avail. Offender McCollum continued to seize for several more minutes. At approximately 0240 hours, I, Lieutenant Sandrea Sanders, arrived at C7 dorm to make an assessment. Offender McCollum was still seizing and I then contacted the Crain Unit and spoke with triage nurse. The nurse could not find any medical information in the system that verified the offender having any seizure disorder therefore she recommended that the offender be transported to the hospital via ambulance. At approximately 0300 hours, offender McCollum was transported via ambulance from the Hutchins Unit to Parkland Hospital. Officer T. Cain, CO5 and Officer T. Inniss, CO4 served as the transport officers. Duty Warden Balden Polk was notified of the incident and the transport at approximately 0330 hours. Warden Jeff Pringle was notified at approximately 0500 hours.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01649

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communications

TO: __To Whom It May Concern__                     DATE: __July 22, 2011__

FROM: __Sgt. Tate__                     SUBJECT: __Offender McCollum C7__

At approx. 0300am I was called to C2 building regarding a offender having a seizure, I responded to C7 dorm and found Offender McCollum on a top bunk having a seizure, I attempted to speak with the offender asking him if he was ok and patting a cool damp cloth telling him to come on and calm down and wake up with no response. Additional staff was called to assist in removing him from the bunk. Lt Sanders was in constant contact with me while contacting the Crain Unit and contacting 911 for a transport to Parkland. The Transport left the Unit at Approx. 0338. The ambulance EMT's stated the ride to Parkland would be done as a code status.

Thank-You, Sgt. Tate

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01650

**Texas Department of Criminal Justice**
## Correctional Institutions Division
## *Inter-Office Communications*

To:   Sanders, Sandrea
      Lieutenant Correctional Officer

Date:   July 22, 2011

From:   Clark, Richard
       Correctional Officer

Subject:   McCollum, Larry #1721640

At approximately 0210, I was doing the count in C7 dorm and an offender came up to me and said his cellie was shaking I went to his C7-46 and the offender was having a seizure. I ran to the picket told him to call supervisor and a camera I went back to his bunk and made sure he didn't fall. After additional staff arrived I was told to go to B2 Bldg, after about 10 minutes.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2939

McCollum 01651

**Texas Department of Criminal Justice**
**Correctional Institutions Division**
*Inter-Office Communications*

| | | | |
|---|---|---|---|
| **To:** | Sanders, Sandrea | **Date:** | July 22, 2011 |
| | Lieutenant Correctional Officer | | |
| **From:** | Jolayemi, Adetoun | **Subject:** | McCollum, Larry #1721640 |
| | Correctional Officer | | |

On July 22, 2011approximately 0210 for 0200 count getting to C7 dorm. Offender McCollum, Larry #1721640 was found having a seizure. I Officer Jolayemi did call for supervisor and back up.

SO4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2940                    McCollum 01652

Texas Department of Criminal Just

## Correctional Institutions Division
### *Inter-Office Communications*

| | | | |
|---|---|---|---|
| **To:** | All Concerned | **Date:** | July 24, 2011 |
| **From:** | Balden Polk | **Subject:** | Offender McCollum, Larry |
| | Assistant Warden Hutchins Unit | | #1721640 Visitation |

Effective July 24, 2011, I have approved the following person(s) to visit Offender McCollum, Larry #1721640 at Parkland Hospital. The visits will be accordance with the Agency Visitation Policy.

Hours: 8:00am – 8:00pm

1. Sandra McCollum - Wife
2. Davalene Schmidt – Daughter
3. Margaret Martin – Daughter
4. Stephanie McCollum - Daughter
5. Stephen McCollum - Son
6. Terry McCollum – Brother
7. Ronnie McCollum – Brother
8. Michelle McCollum – Sister – in Law

Any other will require approval from the Unit Administration.

*Balden Polk*
APPROVED
7/24/11

SO-4

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2941

McCollum 01653

```
***              S Y S M   O U T B A S K E T   P R I N T

MESSAGE ID: 991920      ( ) DATE: 07/29/11  TIME: 02:( )AM  PRIORITY: 000

SUBJECT:   OFFENDER DEATH


BE ADVISED THAT ON THURSDAY, JULY 28, 2011 AND AT 2335 HOURS, OFFENDER
MCCOLLUM, LARRY TDCJ# 1731540/ NR PROCESSING, WAS PRONOUNCED DECEASED
BY DR. CHARLES OWENS AT PARKLAND HOSPITAL IN THE MICU- RM 911. OFFENDER
MCCOLLUM WAS A WHITE MALE, 58 YEARS OF AGE, STANDING 5'10" AND WEIGHING
200 POUNDS; SERVING A 12 MONTH SENTENCE FOR FORGERY OUT OF MCLENNAN
COUNTY. THE NEXT OF KIN WAS PRESENT AT THE TIME OF DEATH. UPON
COMPLETION OF THE OIG INVESTIGATION, ARRANGEMENTS WERE BEING MADE FOR
THE FAMILY TO TAKE POSSESSION OF THE REMAINS. CARNES FUNERAL HOME IN
TEXAS CITY, TEXAS WAS NOTIFIED OF THE INCIDENT.


LT. SANDREA SANDERS
HUTCHINS UNIT

Sent to:     PME0024           MESHACK, PAMELA           (to)
             HJCNT06           WILLIAMS, SANDRA          (to)
             HJCNT25           SUPERVISOR, COUNTROOM     (to)
             MKE8340           KECK, MICHAEL R.          (to)
             GBA0721           BARTHOLF, GENE            (to)
             JCA2752           CAMPOS, JULIAN            (to)
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2942

McCollum 01654

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communication*

**To:** Emergency Action Center      **Date:** July 29, 2011

**From:** Officer H. Rayford, COIV      **Subject:** Offender McCollum, Larry #1721640

At 2335 Dr. Ramirez and Dr. Charles Owens pronounced offender McCollum, Larry #1721640 deceased. I Officer Rayford instructed Officer Bowser to call the unit. At approximately 2340 family members exited the room. At approximately 2350 RN Nicole entered the room to turn off machines which took approximately 5 minutes. From this point in time the offender's room was completely sealed off. At approximately 0015, Sgt. R. Mark arrived onto the scene. At 0030 Major May arrived and entered the room. At 0040, OIG Mr. Keck arrived on the scene. Mr. Keck cleared the scene at 0120.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2943

McCollum 01655

Texas Department of Criminal Justice
# CORRECTIONAL INSTITUTIONS DIVISION
## *Inter-Office Communication*

**To:** Emergency Action Center          **Date:** July 29, 2011

**From:** Officer T. Bowser          **Subject:** Offender McCollum, Larry #1721640

At approximately 2335, Dr. Ramirez entered the room of offender Larry McCollum TDCJ number 1721640 declaring said offender deceased. Third shift Lieutenant Sanders was notified. At approximately 2340, twelve (12) family members exited the room. At 2350, RN Nicole entered MICU 911 to turn off the morphine said offender was receiving. She also retrieved a serial number off of the equipment in the patient's room. At 0015, Sergeant Mark arrived, but did not enter the patient's room. At 0030, Major May arrives, enters the room and exited at 0032. At 0040, OIG Officer Keck arrives and enters the room at 0044. At 0050, Captain Session arrives, enters the patients room with Major May, OIG and Officer Rayford. At 0058, Major May, OIG and Officer Rayford exit the room. At 0120, OIG Mr. Keck clears the scene.

J Bowser

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2944

McCollum 01656

Texas Department of Criminal Justice

# CORRECTIONAL INSTITUTIONS DIVISION
## Inter-Office Communications

**To:**  All concerned

**Date:**  July 22, 2011

**From:**  Lieutenant Sandrea Sanders ④

**Subject:**  McCollum, Larry #1721640

On Friday July 22, 2011, at approximately 0230 hours, Officer Richard Clark, COV, was in C7 dorm conducting count. An unidentified offender approached the officer and stated that his cellie was shaking. At that time, Officer Clark went to the bunk in question, C7-46 and found offender McCollum, Larry TDCJ# 1721640, a White, male, JZ, 58 years-old, serving a 1-year sentence out of McLennan County for Forgery, having a seizure. Officer Adeotun Jolayemi, COIV, was assigned to C5-8 building as well. When she came to the dorm to count, she was notified by Officer Clark that the offender needed medical assistance. Officer Jolayemi initiated ICS, calling for additional staff, a video camera and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk and calm the offender in an effort to get a response from offender McCollum. This was to no avail. Offender McCollum continued to seize for several more minutes. At approximately 0240 hours, I, Lieutenant Sandrea Sanders, arrived at C7 dorm to make an assessment. Offender McCollum was still seizing and I then contacted the Crain Unit and spoke with triage nurse. The nurse could not find any medical information in the system that verified the offender having any seizure disorder therefore she recommended that the offender be transported to the hospital via ambulance. At approximately 0300 hours, offender McCollum was transported via ambulance from the Hutchins Unit to Parkland Hospital. Officer T. Cain, CO5 and Officer T. Inniss, CO4 served as the transport officers. Duty Warden Balden Polk was notified of the incident and the transport at approximately 0330 hours. Warden Jeff Pringle was notified at approximately 0500 hours.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2945

McCollum 01657

**Texas Department of Criminal Justice**
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communications*

**To:** Emergency Action Center      **Date:** July 29, 2011

**From:** Lieutenant Sandrea Sanders      **Subject:** I-10671-07-11 Offender Death

On Thursday, July 28, 2011, at 2335 hours, Officer Tashawna Bowser, CO4, who was assigned as a Hospital/ Transport Officer at Parkland Hospital, notified me, Lieutenant Sandrea Sanders, that offender McCollum, Larry TDCJ# 1721640 was pronounced deceased. Offender McCollum was a 58 year-old, White, male offender, Processing status; standing 5'10" and weighing 320 pounds; serving a 12 month sentence for Forgery out of McLennan County.

Offender McCollum was transported to Parkland Hospital on July 22, 2011 at approximately 0400 hours following what appeared to be a seizure. Offender McCollum was admitted and placed in MICU Room 911. On July 28, 2011, at approximately 1725 hours, the breathing tube was removed from the offender and at 2335 hours offender McCollum was pronounced deceased by Dr. Charles Owens and Intern Physician Rigoberto Ramirez. The preliminary Cause of Death is listed as Respiratory Failure/ Neurological Failure. Mr. Michael Keck of the Office of the Inspector General took possession of the remains and upon completion of his investigation, the remains were taken to the Parkland Hospital morgue. Carnes Funeral Home in Texas City, Texas was contacted at 0000 hours. Offender McCollum's next of kin was present at the time of death and an autopsy was requested. Arrangements with Connely-Compton Funeral Home in Waco, Texas through Carnes Funeral Home were made by the family concerning the disposition of the remains.

Duty Warden Major Terry May was notified of the incident at 2340 hours. Mr. Michael Keck of the Office of the Inspector General was notified at 2345 hours. Senior Warden Jeff Pringle was notified at

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01658

2346 hours. Hutchins Unit Chaplain Gene Barltoff was notified at 2351 hours. Regional Director Robert Eason was notified at 0006 hours. Ms. Crumbley of the Emergency Action Center was notified at 0101 hours and issued an incident number of I-10671-07-11.

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum 01659

```
          HEALTH SUMMARY FOR CLASSIFICATION SYSTEM     TIME: 07:05:12
                   (  )  INQUIRY            (  )
TDCJ-ID #: 01721640   SID #: 03950494        P   U   L   H   E   S
NAME: MCCOLLUM,LARRY GENE                   -------------------------
HT 5'10"   WT 000                           | 1 | 1 | 1 | 1 | 1 | 1 |
DOB: 04 04 1953                             |---|---|---|---|---|---|
UNIT:         HOUSING:                      | A | A | A | A | A | A |
JOB:                                        |---|---|---|---|---|---|
                                            |   |   |   |   |   | H |
RESTRICTIONS                                -------------------------
UNIT: NO RESTRICTION                  TRUSTY CAMP SUITABLE: Y
HOUSING: NO RESTRICTION               WHEELCHAIR USE: NO RESTRICTI
BUNK: NO RESTRICTIONS        ROW: NO RESTRICTIONS
WORK: NO RESTRICTIONS
DISCIPLINARY PROCESS: NO RESTRICTION


INDIVIDUALIZED TREATMENT PLAN:


TRANSPORTATION RESTRICTIONS: NO RESTRICTION
REVISED BY: REDDY/SMITH                 REVISED DATE: 07 20 2011
PF1 -HELP  PF3 -MENU  PF4 -ADDITIONAL INFO  PF7 -UP  PF8 -DOWN
ENTER NEXT REQUEST:/TDCNO: _____   OR SIDNO: _____
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2948

McCollum 01660



**Carnes**
Funeral Home

3100 Gulf Freeway
Texas City, TX 77591
888.822.7637
409.986.9900

tdcj@CarnesFuneralHome.com

**24-Hour Toll Free**

Voice
**1.855.262.8325**
*1.855 CMC. TDCJ*

FAX
**1.855.262.8323**
*1.855.CMC. TDCF*

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2949

McCollum 01661

```
INMTCICS/JPR6236 /1307                    FOR

TDC 01721640 SID 03950494 NAME: MCCOLLUM,LARRY GENE          RACE: W SEX: M

                           UNIT REASON FOR    DATE      TYPE     TDCJID
                                ASSIGNMENT
CURRENT UNIT:                   DQ            07 22 11   JC       01721640
DATE ASSIGNED: 07 22 11    HJ   RA            07 15 11   JC       01721640
RSN. ASSIGNED: TEMPORARY
REC/DEP CODE:  DQ




                                                 END OF DATA


PF1:HELP PF8:FORWARD PF7:BACK PF11:NEXT-INQ PF12:MENU PF5:ENTIRE HISTORY
OR NEXT REQUEST/OR TDCNO _____   OR SIDNO _____
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2950

McCollum 01662

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: JPR6236 - PRINGLE, JEFF        HUTCHINS JAIL FACILITY      ***
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
***              S Y S M   I N B A S K E T   P R I N T                      ***
```

MESSAGE ID: 924916      DATE: 07/29/11  TIME: 02:19pm  PRIORITY: 000

TO:      JPR6236 - PRINGLE, JEFF
         WARDEN
         HUTCHINS JAIL FACILITY
         1500 LANGDON RD.
         DALLAS, TX. 75241


FROM:    HJUNT06 - WILLIAMS, SANDRA
         RECORDS SUPERVISOR
         HUTCHINS JAIL FACILITY
         1500 EAST LANGDON ROAD
         DALLAS, TX 75241


SUBJECT:   "EXPIRED" OFFENDER

MS BLACK, PER WARDEN PRINGLE'S REQUEST, ACCORDING TO POLICY THE
HUTCHINS UNIT IS REPORTING THE FOLLOWING INFORMATION TO "INMATE
TRUST FUND DEPARTMENT" ON THE EXPIRED OFFENDER LISTED BELOW.

                NAME:      LARRY GENE MCCOLLUM
                TDC#:      1721640-SID# 03950494
        DATE OF DEATH:     JULY 28, 2011
        TIME OF DEATH:     23:35 P M
        NEXT OF KIN:       STEPHANIE KINGREY
                           947 WHISKEY HOLLOW ROAD
                           WEST, TEXAS 76691
                           PHONE # 254-733-5844

IF THERE ARE ANY "FUND" REMAINING, THEY SHOULD BE SENT TO THE NEXT
OF KIN LISTED ABOVE.

THANKS,


MS S R WILLIAMS, SUPERVISOR
INMATE RECORDS HUTCHINS UNIT


AUTHORITY:     WARDEN J PRINGLE
               SENIOR WARDEN

Sent to:   DBL6009              BLACK, DEBBIE              (CC)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2951                    McCollum 01663

```
TMA5594                     MAY, TERRY                      (to)
KSE6744                     SESSION, KYRON                  (to)
TTO7751                     TOWERY, TEDRAL                  (to)
PME0294                     MESHACK, PAMELA                 (to)
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2952                    McCollum 01664

```
*************************************************************
*** REQUESTOR: JPR6236 - PRINGLE, JEFF      HUTCHINS JAIL FACILITY      ***
*************************************************************

***              S Y S M   I N B A S K E T   P R I N T              ***


MESSAGE ID: 927549      DATE: 07/29/11  TIME: 03:23pm  PRIORITY: 000

TO:        JPR6236 - PRINGLE, JEFF
           WARDEN
           HUTCHINS JAIL FACILITY
           1500 LANGDON RD.
           DALLAS, TX. 75241



FROM:      HJUNT06 - WILLIAMS, SANDRA
           RECORDS SUPERVISOR
           HUTCHINS JAIL FACILITY
           1500 EAST LANGDON ROAD
           DALLAS, TX 75241



SUBJECT:   "EXPIRED" OFFENDER


MS ASHWORTH, ENCLOSED IN YOUR CCMING "FAX" IS INFORMATION THAT I
HAVE, THAT I HOPE WILL BE HELPFUL CONSIDERING THE CIRCUMSTANCES
OF THIS OFFENDER.

            NAME:       LARRY GENE MCCOLLUM
            TDC#:       01721640-SID# 03950494
    DATE OF DEATH:      JULY 28, 2011
    TIME OF DEATH:      23:35 P M
      NEXT OF KIN:      STEPHANIE KINGREY-DAUGHTER
                        947 WHISKEY HOLLOW ROAD
                        WEST,TEXAS  76691
                        PHONE# - 254-733-5844

THANKS,


MS S R WILLIAMS, SUPERVISOR
INMATE RECORDS HUTHCHINS UNIT


AUTHORITY:    WARDEN J PRINGLE
              SENIOR WARDEN

Sent to:   CAS7772           ASHWORTH, CARISE       (to)
           JPR6236           PRINGLE, JEFF          (to)
           BPO0613           POLK, BALLEN           (to)
           TMA5594           MAY, TERRY             (to)
```

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2953

McCollum 01665

PME0294                    MESHACK, PAMELA                    (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2954                    McCollum 01666

**From:** Sandrea Sand___/Institutional/TDCJ
**To:** Robert Eason/Institutional/TDCJ@TDCJ, Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ
**cc:** Delia Hale/Institutional/TDCJ@TDCJ, Christopher Hernandez/Institutional/TDCJ@TDCJ, Kevin Brown/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ, Sandrea Sanders/Institutional/TDCJ@TDCJ

**Date:** Friday, July 22, 2011 07:57AM
**Subject:** Off-site Medical Transport (McCollum, Larry #1721640)

To All Concerned:

On Friday July 22, 2011 and at approximately 0400 hours, offender McCollum, Larry TDCJ# 1721640 was transported from Hutchins State Jail to Parkland Hospital via 911 Ambulance Service. The following information is provided:

1. Region: Region II
2. Offender Name: McCollum, Larry # 1721640
3. Custody Level: Unassigned Processing
4. Security Precaution Designators: None
5. Unit of Assignment: Hutchins State Jail
6. Offsite Medical Center: Parkland Hospital 5200 Harry Hines Blvd., Dallas, Tx. 75246
7. Mode of Transportation: 911 Ambulance Service
8. Escorting Officers: T. Cain, CO4; T. Inniss, CO4
9. Departure Time From The Unit: 0400 hours
10. Return Time To the Unit: Unknown at this time.

Be advised that on the above date and at approximately 0330 during a security check, offender McCollum was found on his bunk having what appeared to be a seizure. ICS was initiated and a supervisor arrived to the scene and assessed the situation. Offender McCollum continued to sieze for several minutes. The triage nurse at the Crain Unit was contacted and because the offender had no medical notes in the computer, she recommended that 911 be called and the offender transported to the hospital. At approximately 0400 hours, offender McCollum departed the unit to Parkland Hospital. All further information will be forwarded.

Lt. Sanders

Copy of OIG case to Support Litigation on 12.17.2012 by ce
Plaintiffs' MSJ Appx. 2955

McCollum 01667

```
***********************************************************************
*** REQUESTOR: CHEA5?? - HERNANDEZ, CHRISTOPHE HUTCHINS JAIL FACILITY
***********************************************************************
***            S Y S M   O U T B A S K E T   P R I N T
```

MESSAGE ID: 382410C        DATE: 07/22/11   TIME: 09:03am  PRIORITY: 000

SUBJECT:    OFF SITE MEDICAL TRANSPORT


UPDATE ON OFFENDER MCCOLLUM, LARRY TDCJ# 1731640

TO ALL CONCERNED,

OFFENDER MCCOLLUM, LARRY TDCJ# 1731640 WAS ADMITTED TO PARKLAND
HOSPITAL DALLAS AND IS NOW IN MICU-911.

LIEUTENANT C. C. HERNANDEZ
HUTCHINS STATE JAIL
-----------------------------------------------------------------------

  GENTLEMEN,

ON FRIDAY, JULY 22, 2011 AND AT APPROXIMATELY 0400 HOURS, OFFENDER
MCCOLLUM, LARRY TDCJ#1731640 WAS TRANSPORTED FROM HUTCHINS STATE JAIL
TO PARKLAND HOSPITAL VIA 911 AMBULANCE SERVICE. THE FOLLOWING
INFORMATION IS  PROVIDED:

1.   REGION: REGION II
2.   OFFENDER NAME: MCCOLLUM, LARRY TDCJ# 1731640
3.   CUSTODY LEVEL: UNASSIGNED PROCESSING
4.   SECURITY PRECAUTION DESIGNATORS: NONE
5.   UNIT OF ASSIGNMENT: HUTCHINS STATE JAIL
6.   OFFSITE MEDICAL CENTER: PARKLAND HOSPITAL 5200 HARRY HINES BLVD
     DALLAS, TX 75246
7.   MODE OF TRANSPORTATION: 911 AMBULANCE SERVICE
8.   ESCORTING OFFICERS: OFFICER(S) T. CAIN, C04/ T. INNISS C03
9.   DEPARTURE TIME FROM THE UNIT: 0400 HOURS
10.  RETURN TIME TO THE UNIT: UNKNOWN AT THIS TIME


L.C. SANDERS

Sent to:    HJONT                    (list)                        (to)

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs MSJ Appx. 2956

McCollum 01668

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: AJ 7-22-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81° | 69% | 84° | Baguio C04 |
| 7:30 a.m. | 81° | 68% | 84° | Baguio C04 |
| 8:30 a.m. | 84° | 68% | 87° | Baguio C04 |
| 9:30 a.m. | 85° | 66% | 90° | Baguio C04 |
| 10:30 a.m. | 88° | 61% | 96° | Baguio C04 |
| 11:30 a.m. | 93° | 60% | 100° | Baguio C04 |
| 12:30 p.m. | 98° | 59% | 105° | Baguio C04 |
| 1:30 a.m. | 101° | 50% | 110° | Ezhus C05 |
| 2:30 p.m. | 108° | 49% | 110° | Ezhus C05 |
| 3:30 p.m. | 108° | 48% | 110° | Ezhus C05 |
| 4:30 p.m. | 104° | 45% | 113° | Ezhus C05 |
| 5:30 p.m. | 103° | 37% | 109° | Ezhus C05 |
| 6:30 p.m. | 112° | 35% | 108° | Ezhus C05 |

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2957

McCollum 01669

http://10.236.154.1:8180/casemgmt/pages/CriminalCasePrint.js

**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**

# CRIMINAL CASE INFORMATION WORKSHEET

| 2011.03006 | Hutchins | Jul 22, 2011 | Jul 29, 2011 |
|---|---|---|---|
| Case Number | Unit or Location | Date of Offense | Date Case Opening |

| Victim , Complainant or Witness | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | Party Type | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |
| MCCOLLUM | LARRY | Victim | Offender / Parolee | 01721640 | CCP49.18 | | Apr 4, 1953 | White | Male | ███ |
| SANDERS | SANDREA | Named | Employee | | | Lieutenant of Correctional Officers | Jan 10, 1977 | Black / African | Female | ███ |
| BOWSER | TASHAWNA | Witness | Employee | | | | May 20, 1987 | Black / African | Female | ███ |

| Suspects | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |

## SUMMARY OF OFFENSE

On July 22, 2011 at 3:30 a.m. Offender McCollum, Larry, TDCJ # 1721640 was found during a security check by Hutchins State Jail security staff having a seizure. Crane Unit medical staff was contacted and recommended that 911 be called. McCollum was transported to Parkland Hospital, Dallas, Texas, by ambulance. It was determined by Parkland Hospital Staff that McCollum had a 109 degree fever and was placed on life support with brain damage. McCollum remained on life support and his condition worsened until he died at 1130 p.m. on July 28, 2011. An Autopsy was ordered.

Exact Location of Incident : **Hutchins State Jail**.
Investigator Initials : **MRK**    Opened By : **MRK**
OIG Region : **Region-A**

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 2958

McCollum 01670