UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 171



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

Administrative Incident Review

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HUTCHINS STATE JAIL

**Incident Number:**       I-10671-07-11

**TO:**       Emergency Action Center

**THRU:**       Robert Eason
Region II Director

**SUBJECT:**       Natural Attended Death

**PERSONS INVOLVED:**       Offender McCollum, Larry #1721640; W/M; DOB – 04/04/53; Age 58; NR custody; Serving a 12 month sentence for Forgery from McClennan County; Sentence Begin Date 06/21/11; TDCJ Received Date 07/15/11.

**SUMMARY:**       On Thursday July 28, 2011 at approximately 2335 hours Offender Larry McCollum was pronounced deceased by the attending Doctor Charles Owens and Inter-Physician Rigoberto Ramirez at Parkland Hospital in Dallas, Texas. The preliminary cause of death is listed as Respiratory Failure/Neurological Failure. The offender's next of kin, Mrs. Sharon McCollum (wife) was contacted and advised of the offender's death.

On Friday July 22, 2011 at approximately 0300 hours, offender McCollum was transported via ambulance to Parkland Hospital after being found in his assigned bunk (C7-46) with what appeared to be a seizure. Staff were able to take the offender to the medical department were a triage nurse at the Crain Unit was contacted and recommended the offender be sent to the hospital via 911 due to no medical notes in the computer for offender McCollum. Offender McCollum had been received on the Hutchins State Jail on July 15, 2011, from McClennan County. The offender was assessed at Parkland Hospital and placed on a ventilator. The offender's condition at that time was listed as critical and he was assigned to the 9th floor Intensive Care unit.

On July 22, 2011 the next of Kin was contacted and advised by Warden Polk of offender McCollum's condition and to obtain his medical history. Offender McCollum's immediate family was allowed visitation. Offender McCollum received many test to determine if he had any neurological response/s and to determine the original cause of his seizure. Offender McCollum remained on a ventilator until Thursday July 28, 2011, as Mrs. Sharon McCollum and family members were provided information concerning offender McCollum's care and health status by the attending Physician at Parkland Hospital. The family at that time chose to remove the offender from the ventilator and cease all life saving

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

treatment. At approximately 5:25 pm offender McCollum was taken off the ventilator and he continued to breath on his own until approximately 11:35pm. Offender McCollum was pronounced deceased. Michael Keck from the Office of the Inspector General and Major Terry May (Duty Warden) were both notified of the offenders passing and reported to the hospital. Mr. Keck declared the area and crime scene and documented the area and cleared the crime scene at approximately 0120 hours on July 29, 2011. Captain Kyron Session relieved the security officers and remained with the offenders remains until taken to the hospital morgue. The family of the offender did wish to claim the body and an autopsy will be performed. Carnes Funeral Home in Texas City, Texas was contacted and notified of the death and the family's intent to claim the offender's remains. Senior Warden Jeff Pringle was in contact was notified of the offenders passing at 2345 hours. The Unit Chaplain, Mr. Gene Bartholf, reported to the hospital and spoke with the family. Mr. Robert Eason, the Region II Director, was notified of this incident at 1201am. on July 29, 2011. Ms. Kyla Crumbly of the Emergency Action Center was notified of this incident at 0101 hours on July 29, 2011. She issued the incident number I-10671-07-11 to this incident.

| | |
|---|---|
| **ACTION/ INACTION:** | Employee action was not a contributing factor in this incident. |
| **ATTACHMENTS:** | **EAC Report** |
| | **Incident Report** |
| | **Travel Card** |
| | **Chaplain's Email/Worksheet** |
| | **Transport Orders** |
| | **TDCJ Autopsy Order** |
| | **Personal Property** |
| | **Letter to Family** |
| | **Person Property Letter** |
| | **Employee Statements** |
| | **Photos of offender McCollum remains** |
| | **HMS 18** |
| | **Medical Examiner Cause of Death Report** |
| **ADMINISTRATIVE REVIEW:** | In accordance with Administrative Directive 02.15 (rev.11), the following was addressed: |

I. Wardens Comments:
Staff actions taken were consistent with Texas Department of Criminal Justice policies and procedures. Offender McCollum was received from McLennan County on July 15, 2011, and he had no property and he was properly housed according to his custody level at the time of incident. Offender McCollum was found unresponsive by security staff during count and immediately begin proper care. The initial investigation indicates offender McCollum was having a seizure and a interview a of offenders assigned to C7 dorm indicate that offender McCollum seemed to be withdrawn and would not eat or get off his bunk. There are no signs of foul play. All security staff handled the issue with dignity and respect for the family and Administration also met with family members to

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 2961

show care and passion for the situation. The unit chaplain met and gave spiritual guidance to staff and family during this time. Offender McCollum was seen by medical as per policy and initial medical intake testing had been completed with the result returning and offender being place on medicine for blood pressure. There was no lesser action that could have been taken to prevent the seizure and the offender's death.

_____          8-5-11
Jeff Pringle, Senior Warden, Hutchins Unit          Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

Copy of OIG case to Support Litigation on 12.17.2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiff's MSJ Appx. 3260

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 172

## HUTCHINS STATE JAIL
### Time Lines

I-10671-07-11

The following time line information is provided as a guideline for this incident. The times are approximate and not exact :

July 22, 2011
*2:10 am* – Officer Richard Clark is notified of an offender having a seizure. Officer Clark notifies Officer Adetoun Jolayemi that he needs assistance due to an offender having a seizure in C7-46 bunk. Officer Jolayemi calls for assistance via hand held radio. Lieutenant Sandrea Sanders and Sergeant Karen Tate are the supervisors on duty. Lieutenant Sanders is taking the unit count and sends Sergeant Tate to the scene to handle the incident.

*2:15 am* – Sergeant Tate responds to the incident and finds Offender McCollum having what appears to be a seizure in C7-46 bunk. Once the offender stops shaking, the staff attempts to awaken him and cool him down because the offender is sweating. Sergeant Tate calls for additional staff to respond in order to remove the offender from the top bunk he is lying on.

*2:40 am* - Lieutenant Sanders responds to the area and completes an assessment and determines that it is necessary to contact the on-call medical staff at the Crain Unit.

2:50 am - Lieutenant Sanders relays information that she received from Sergeant Tate, who was the first responding supervisor to the on-call Medical Staff at the Crain Unit. The nurse does a medical review and assessment with Lieutenant Sanders over the phone and no medical history of seizures were found in the offender's records. The on-call nurse then advises Lieutenant Sanders to proceed with calling 911.

*3:04 am* - 911 operator was called and at 3:05am,  EMT was dispatched to the Hutchins Unit.

*3:12 am* - The EMT staff arrives at the Hutchin's Unit and along with the Hutchin's Unit security staff, Offender McCollum is taken off the top bunk and placed onto a gurney in C7 dorm. EMT staff begins to diagnose Offender McCollum.

*3:36 am* - Sergeant Tate escorts the EMT staff off the unit for Offender McCollum to be transported to Parkland Hospital.

*3:54 am* – The ambulance arrives at Parkland Hospital in Dallas, Texas with Offender McCollum.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

*07:00 am* – Assistant Warden Balden Polk began to locate a next of kin for a serious incident notification.   Warden Polk does make contact with Offender McCollum's wife, Sandra McCollum and set up visitation with the family.

Offender McCollum's family was allowed daily visitation.

July 28, 2011: Date of Death

*05:25 pm* – Offender McCollum's family agree to have him removed from life support after consultation with Doctor Charles Owens.

*11:35 pm* – Doctor Charles Owens pronounced Offender McCollum Deceased

Death Notification:

Family Present at Hospital

11:35 pm. Terry May, Major

11:35 pm - Mr. Michael Keck, Office of the Inspector General

*11:45 pm* - Jeff Pringle, Senior Warden

*12:01 am* - Robert Eason, Region II Director,

*12:10 am* - Carne's Funeral Home, Texas City, Texas

*01:01 am* - Ms. Kyla Crumbly of the Emergency Action Center

*08:00 am* – Classification and Records

_____        8-5-11
Jeff Pringle, Senior Warden, Hutchins Unit                Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

Plaintiffs' MSJ Appx. 2965
EAC-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 173



Correctional Managed Care
Region 1
Hilltop Regional Building
1500 State School Road                          Phone:  (254) 865-8901 ext. 6270
Gatesville, TX  76598                           Fax:  (254) 248-0545

---

Kirk Abbott, RN, BSN, CCHP, Regional Director of Nursing

September 13, 2011

To:     Gary Eubank, MSN, RN
        Chief Nursing Officer

Thru:   Kirk Abbott, RN, BSN, CCHP
        Regional Director of Nursing, Region 1

From:   Yonette Gilford, RN
        Hutchins Facility Nurse Manager

Re:     **Administrative Review: *Larry McCollum*  TDCJ ID#*1721640***

Offender medical records concerning the incident of offender Larry McCollum
ID#1721640 which occurred on July 22, 2011 has been reviewed.

## History

Patient is a 58 year old that arrived to Hutchins State Jail on 7/15/11 with the medical
condition of HTN noted on his Texas Uniform Health Status Update.  Upon his intake
interview he relayed to the interviewer that he had a previous back injury, dental cavities,
gum disease, HTN, arthritis, and diabetes.  Upon intake he was only prescribed HTN
medication.

On 7/15/11 the patient was seen for medical and CID intake screening, but his vitals were
not obtained as he did not have any current complaints.  New medication orders were
received from the provider to discontinue his Clonidine and start HCTZ.

UTMBEmails000010705

**Reports of Events**

7/22/11 – 0316 – Security notified the Crain Facility afterhours HUB that the patient was having a seizure that had lasted over 5 minutes.  As per the Telephone Triage Seizure protocol the patient was sent out via 911 to the local ER for evaluation. Upon arrival to the ER his initial blood pressure was 200/150.

  ❖ FINDINGS
    o As a general rule vital signs are not obtained at the time of intake unless the patient has a specific compliant that would warrant obtaining.
    o This patient was not seen nor was there sufficient evidence to suggest he was scheduled for his medical intake exam within the 7 day time frame.

**Recommendations**

1. The Nurse Manager and Practice Manager will review and revise, as appropriate, the medical intake exam appointment scheduling process to ensure all appointments are scheduled within the 7 day time frame.
2. All staff will be inserviced on the outcome of this review and the importance of adhering to the appointment scheduling guidelines for all types of appointments.

UTMBEmails000010706

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § |
| PLAINTIFFS | § § |
| v. | § § § |
| | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § § |
| DEFENDANTS | § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 174

Correctional Managed Care
DEATH SUMMARY

Patient Name: **MCCOLLUM, LARRY G**    TDCJ#: 1721640    Date: 11/23/2011 12:02    Facility: **HUTCHINS (HJ)**

Admission Date: 11/23/2011 10:40AM
Date of Birth: 04/04/1953    Age: 58    Race: W Sex: male
Most recent vitals from 11/13/2003: BP: 112 / 87 (Standing)   Wt. 192 Lbs. Height   Pulse: 107 (Standing)
Resp.: 18 / min Temp: 97 (Oral)
Allergies: **NO KNOWN ALLERGIES**

Medications: HCTZ 25 MG/D PO

Date of Incarceration: 7/15/11

Date and Hour of Death: 7/28/11 AT 11:35 PM

Place of Death: PARKLAND MEMORIAL HOSPITAL,DALLAS TEXAS

Reviewer: A.D.BABBILI,PA-C FOR DR.ORIG MD

Brief Summary of Medical History and Physical Examination: THIS 58 YOWM,ARRIVED FROM MCCLENNAN COUNTY JAIL ON 7/15/11,WITH A HX.OF HYPERTENSION AND WAS PRESCRIBED TO TAKE HCTZ 25 MG/DAILY.

ON 7/22/11 HE PRESENTED TO THE NIGHT DMS TRIAGE NURSE WITH A SEIZURE ACTIVITY LASTED APPROXIMATELY 5 MINUTES IN TOP BUNK BED SECURED AND STABILIZED BY SECURITY STAFF FROM FALLING OFF. HE WAS IMMEDIATELY TRANSFERRED TO PARKALND HOSPITAL EMERGENCY ROOM EVALUATION AND TREATMENT.

ON 7//20/11-INITIAL ROUTINE HYPERTENSION CHRONIC CLINIC LABS REVEALED WBC=13.1,BLOOD SUGAR =130(ASSUMABLY.POST PRANDIAL BREAKFAST) BUN=31,CREATENINE=1.67,GFR=44,SODIUM=133,CHLORIDE=91,CO2=19,CHOLESTEROL=157,LCL=102,TRIGLY CERIDE=195,HGB A1C=6.2,TSH=2.86.URINALYSIS REVEALEDA SP.GRAVITY OF 1.028,WBC=>30 WITH WBC ESTERASE=1+,PROTEIN=1+,KETONES= TRACE

Outpatient Course:HCTZ 25MG/D PO FOR HTN

Emergency Room Visit(s): 7/22/11

Inpatient Course(s): 7/22/11 TO 7/28/11 TREATMENT DETAILS ARE NOT AVAILABLE

Current Medications:

Terminal Event:HYPERTHERMIA WITH MULTIPLE ORGAN FAILURE

**1 of 2**
**Attachment A**
**Policy A-11**

**Autopsy Findings: 1.HYPERTHERMIA-COMPLICATED BY HYPOXIC ISCHEMIC ENCEPHALOPATHY,DIC,SHOCK,MULTIPLE ORGAN FAILURE.**
**2.HX.OF HYPERTENSION,**
**3.MORBID OBESITY,**
**4.CONTUSION OF SCALP AND FACE,**
**5.SUBGALEAL HEMORRHAGE.**

Electronically Signed by BABBILI, ANANDA D. PA-C on 11/23/2011.
Electronically Signed by ORIG, TITO M. M.D. on 11/23/2011.
##And No Others##

**2 of 2**
**Attachment A**
**Policy A-11**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 175

Incident: I-10671-07-11/ Offender Death / Hutchins Unit

### Regional Director/Assistant Director's Comments:

On July 22, 2011, at approximately 0210 hours, Offender McCollum, Larry #1721640, was found by COV Richard Clark during count in his assigned bunk of C7-46 with what appeared to be a seizure. COV Clark notified COIV Adeotun Jolayemi, who initiated Incident Command System; requesting a supervisor, additional staff and video camera. Offender McCollum was taken to the unit medical department where a triage nurse at the Crain Unit was contacted and advised to transport the offender to Parkland Hospital via ambulance. Offender McCollum was a newly received offender and had no electronic medical records. At approximately 0300, Offender McCollum was transported via 911 ambulance to Parkland Hospital Intensive Care Unit and placed on a ventilator. At the time of his arrival, Offender McCollum's condition was listed as critical. Hutchins Unit Assistant Warden Balden Polk notified Offender McCollum's next of kin, his wife, Sandra McCollum, of the offender's condition and requested information about the offender's medical history.

On July 28, 2011, Sandra McCollum, and other members from Offender McCollum's family, decided to remove him from the ventilator and cease all life saving measures. At approximately 1725, the ventilator was removed from Offender McCollum. He continued to breathe on his own until approximately 2345 hours, when he was pronounced dead by the attending physician, Dr. Charles Owens. Sandra McCollum, the offender's next of kin, was present at the time of his death. Ms. McCollum stated the family would claim the body and did not object to an autopsy.

Office of the Inspector General Investigator Michael Keck opened an investigation into this incident and assigned case number 2011.03006.

In order to prevent heat related illness, the Hutchins Unit has taken the following measures: housing temperatures are monitored by each shift, hot water turned off in the showers and offenders are allowed unlimited access to the showers, offenders are allowed to wear commissary shorts and t-shirts in the dayrooms, offenders are screened for lower bunk restriction based on height/weight, wellness checks are conducted every thirty minutes for offenders on the heat extreme list, ice water is provided in living areas, staff have received training on heat related illness, and signs are posted in offender living areas to assist offenders in identifying signs of heat related illness.

Staff action/inaction was not a factor in this incident. All staff actions were appropriate and in accordance with agency policies and guidelines.

The preliminary cause of death in this incident was listed as "Respiratory Failure/Neurological Failure" pending the results from an autopsy. In that the cause of death was natural and attended by a physician, there was no requirement for an additional report to Emergency Action Center. However, on October 26, 2011, Dr. Keith Pinckard, of the Dallas County Medical Examiner's Office, listed the probable cause of death as "hyperthermia". The change in cause of death to "heat related" should have prompted an administrative review. However, an administrative review was never completed. The Region II Director's Office has implemented a process to review all offender deaths to ensure that all appropriate documentation is completed.

Signature: _____Eason_____   Date: 07-25-2012

**Robert Eason**
**Region II Director**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 176

## TDCJ MORTALITY COMMITTEE WORKSHEET

### DEMOGRAPHIC INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name: McCollum, Larry Gene** | | **TDCJ#: 1721640** | | **Date of Incarceration: 7/15/2011** | |
| **DOB: 4/4/1953** | **DOD: 7/28/2011** | **Time of Death: 11:35 PM** | **Autopsy?: YES** ☒ **NO** ☐ | | |
| **Age: 58** | **Race: White** | **Sex: Male** | **Unit of Assignment: Hutchins** | | |

### MEDICAL SUMMARY AS POINT OF DEATH

| | | | | | |
|---|---|---|---|---|---|
| **Was the death Expected?** | | | | **YES** ☐ | **NO** ☒ |
| **Cause of death:** | | Natural ☐ | Accident ☒ | Homicide ☐ | Suicide ☐ |

**Chronic Diagnoses:** hypertension, morbid obesity, history of alcohol abuse

**Chronic Medications:** HCTZ 25 mg po QD

**Other Relevant Medical History:** With this offender's initial history, he self reported hypertension, diabetes, depression, mental illness and arthritis. He was on clonidine for his HTN, but on July 15, 2011, he was changed from clonidine 0.1 mg po PRN increased BP to HCTZ 25 mg po once a day. No blood pressure was recorded upon intake nor at the time of the blood pressure medication change. He never had a physical exam performed while at Hutchins.

On July 22, 2011, security called medical due to the offender was on the top bunk and having a seizure. The seizure lasted about 5 minutes. Security could not get him off the top bunk so they were standing up against the top bunk to keep him from falling. They called 911. Acording to the cell mate, he was a diabetic but the documentation stated that there was no history of this seen in the chart. There were no medical personnel on the unit, so 911 was called and he was sent to Parkland Hospital. The documentation regarding this event shows that the most recent vitals on the record were from 11/13/2003 and his BP at that time was 112/87 standing.

The records from Parkland Hospital reveal that upon arrival, he was unresponsive, had agonal breathing and was intubated. His initial blood pressure was 200/150 and his temperature was 109.4 F. He subsequently decompensated and became hypotensive and required dopamine and levophed for BP support. His in house EKG showed ST segment depression in V2-V6. Before he went to the cath lab, he had a CT of the head that snowed diffuse ischemia. The interventional cardiology team was activated and made plans to take him to the cath lab; however, they were concerned regarding the unclear etiology of his presentation with hyperthermia and CNS involvement. Interventional cardiology felt that the EKG changes were more suggestive of diffuse hypoperfusion rather than acute coronary sydrome, so he was not taken to the cath lab. He was placed in the MICU and cooled internally and externally. He developed multiple system organ failure. He had acute renal failure, shock liver, severe rhabdomyolysis and severe DIC. He was treated with antibiotics emperically, dantrolene for possible neuroleptic syndrome and steroids. He was eventually able to be weaned off his pressors and his body temperature returned to normal. His legs were mottled and his feet had no palpable pulses but these improved in time. He had a TEE that showed no vegetation but he did have reduced RV function. A repeat CT of the head showed bilateral low densities in the basal ganglia and internal capsules concerning for hypoxic-ischemic injury. The grim prognosis was discussed with famliy who made him a DNR.

**Summary of Events Leading Up to Death:** He had an MRI/MRA on July 28, 2011 that showed changes consistent with diffuse anoxic brain injury and also acute hydrocephalus. Neurosurgery was consulted to consider a VP shunt. The family was councelled on his grave prognosis and options were discussed. The wife, son and daughters decided to offer comfort and care and not pursue further aggressive treatment. The family stated that their decision would be in line with his previously expressed wishes.

**Summary of Events the Day of Death:** On the evening of July 28, 2011, he was extubated and he died a few hours later at 11:35 PM.

This information is privileged and confidential and is prepared in accordance with Vernon's Annotated Civil Statutes, Health & Safety Code, Chapters 161.032 & 161.033.

McCollum- M&M Comm. reviews- pg 25

Plaintiffs' MSJ Appx. 2975

| Offender Name:McCollum, Larry Gene | TDCJ#: 1721640 |
|---|---|

**DEATH AND AUTOPSY DETAILS**

**AUTOPSY FINDINGS (if performed):** contusions of the scalp and face, cardiac hypertrophy, subgaleal hemorrhage, brain swelling with transtentorial herniation, cerebellar tonsillar herniation and acute necrosis, and hypoxic-ischemic encephalopathy

**If the Autopsy was performed, then state the documented Cause of Death:** hyperthermia and he may have been further predisposed to hyperthermia due to morbid obesity and treatment with a diuretic (HCTZ) for hypertension

**CAUSE OF DEATH**

PART I. THE DISEASE, INJURIES OR COMPLICATIONS THAT CAUSED THE DEATH. DO NOT ENTER THE MODE OF DYING, SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.

*(final disease or condition resulting in death)*

A. **hyperthermia**

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in Death) LAST

B. **hypertension**

C. **morbid obesity**

D.

E.

***Committee Consensus Cause of Death:*** hyperthermia

M&M Worksheet                                                                 Page 2 of 3

This information is privileged and confidential and is prepared in accordance with Vernon's Annotated Civil Statutes, Health & Safety Code, Chapters 161.032 & 161.033.

| Offender Name: McCollum, Larry Gene | | | | TDCJ#: 1721640 | |
|---|---|---|---|---|---|
| **QUALITY OF CARE ISSUES** | | | | | |
| 1. Does the Reviewer recommend this case be referred to Peer Review? | | | | YES ☐ | NO ☒ |
| f yes, check which of the following: | Physician ☐ | Dental ☐ | | Nurse (RN / LVN) ☐ | |
| Allied Mental Health Professionals ☐ | Other ☐ | If other, describe: | | | |
| 2. Should this case be referred to <u>Utilization Review</u> for Morbidity Case Management Review? | | | | YES ☐ | NO ☒ |
| 3. Should this case be referred to <u>System Leadership Council</u> for review of systemic issues that affect health care? | | | | YES ☐ | NO ☒ |
| 4. Should this case be referred for a review of <u>security</u> or <u>facility</u> issues that affected health care? | | | | YES ☐ | NO ☒ |
| 5. List reason(s) for all above referral(s): | | | | | |
| 6. Was the death summary completed in the medical record? | | | | YES ☒ | NO ☐ |
| 7a. If autopsy was authorized, was the final autopsy report completed by the time of review? | | | N/A ☐ | YES ☒ | NO ☐ |
| 7b. If no, what is the presumed cause of death and list any unresolved concerns? | | | | | |
| 8. Was the patient suitable to be considered for Medically Recommended Intensive Supervision (MRIS)? | | | | YES ☐ | NO ☒ |
| 9. Were there any inconsistencies between clinical history and autopsy? Explain: | | | N/A ☐ | YES ☐ | NO ☒ |

Reviewer's Name: _Carol Lynn Coglianese_     Date: _December 7th, 2011_

This information is privileged and confidential and is prepared in accordance with Vernon's Annotated Civil Statutes, Health & Safety Code, Chapters 161.032 & 161.033.

McCollum- M&M Comm. reviews- pg 27

Plaintiffs' MSJ Appx. 2977

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>　　　　　　　PLAINTIFFS <br><br>v. <br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>　　　　　　　DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §　CIVIL ACTION NO. <br>　4:14-cv-3253 <br>　JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 177

```
CSSIR042                 TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189        RISK MANAGEMENT INCIDENT REPORTING SYSTEM          14:56:35PM
                              COMPLETE INCIDENT REPORT


                                                              PAGE: 0001

UPDATE USERID: RST0054   DATE: 06/25/2009 TIME: 13:59:40
INCIDENT #: 000355937 TDCJID: ███████ SID:███████ INCIDENT DATE: 06/24/2009
REPORT: N (Y/N) NAME: ███████          AGE: ████  TYPE: TF  CUSTDY: G2
SEX: M UNIT: HJ  DIV: 2   REGION: 2  LS: 0011


URMC USERID: RST0054           NAME: STORIE, ROY V            PL OF ASMT: HJ
------------------------------- URMC DATA ENTRY -----------------------------
01 12   INCIDENT TIME : 12:00-12:59P
02 16   DEPT OF ASGNMT: OPERATIONS/MAINTENANCE
03 50   SPEC. LOCATION: TURNOUT AREA
04 39   ACTIVITY      : STANDING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT CRAMPS/HEAT STROKE
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00
```

```
CSSIR042                   TEXAS DEPARTMENT OF CRIMINAL JUSTICE         02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM            14:56:44PM
                          COMPLETE INCIDENT REPORT


                                                                       PAGE: 0002
09 75   INJURY CAUSE   : OVER-EXPOSURE: HEAT RELATED
10 28   UNSAFE COND    : OVEREXPOSURE TO WEATHER CONDITIONS (HEAT/COLD/WIND ETC.
11 27   UNSAFE ACT     : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J.  Y   -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K.  N   -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M.  Y   -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:          OVER EXPOSER TO HEAT CONDITIONS IN WORK AREA
RCMMD CA: 01                    CA: 01                CA DATE: 06/25/2009
EAC#: I  _____ __ __      UOF#: M _ _____ __ __
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 06/25/2009 TIME: 13:59:40)
ON 06/25/2009 AND AT APROXIMATELY 12:00 PM OFFENDER ▮▮▮▮▮▮▮▮▮▮DCJ
# ▮▮▮▮▮▮▮ BEGIN TO SHOW SIGNS OF HEAT STRESS. OFFENDER ▮▮▮▮▮▮▮ HAD
BEEN WORKING ON A COMPRESSOR UNIT EARLIER IN THE DAY. AT APPROXIMATELY
11:00 AM MR J. BAKER'S MAINTENANCE CREW TURNED IN FOR THEIR LUNCH BREAK.


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD    PF9 -SCRN PRNT
                                                                    PF12 -SI00
```

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189      RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:56:47PM
                       COMPLETE INCIDENT REPORT
```

PAGE: 0003

AT APPROXIMATELY 11:35 AM OFFENDER ███████████ WAS STANDING AT THE
TURN OUT GATE WHEN MR. J. BAKER WITNESSED OFFENDER ███████ VOMIT.
MR J. BAKER THEN TOOK HIM TO THE UNIT INFIRMARY. THE OUTSIDE HEAT AND
HUMIDITY INDEX FROM THE BACK GATE READING WAS 101. THIS READING INDICATED
A POSSIBLE HEAT EXHAUSTION STATE. OFFENDER ████████ WAS TREATED FOR
HEAT RELATED SYMPTOMS BY LVN LEWIS AT THE UNIT INFIRMARY. OFFENDER █████
REMAINED IN THE INFIRMARY FOR SEVERAL HOURS UNDER OBSERVATION.

```
**LAST RECORD SELECTED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                               PF12 -SI00
```

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189     RISK MANAGEMENT INCIDENT REPORTING SYSTEM         14:57:01PM
                       COMPLETE INCIDENT REPORT


                                                          PAGE: 0001

UPDATE USERID: RST0054  DATE: 07/05/2012 TIME: 15:50:43
INCIDENT #: 000405253 TDCJID: ████████ SID: ████████ INCIDENT DATE: 06/30/2012
REPORT: N (Y/N) NAME: ████████████        AGE: 052  TYPE: TF  CUSTDY: G1
SEX: M UNIT: HJ  DIV: 2    REGION: 2  LS: 0016


URMC USERID: RST0054         NAME: STORIE, ROY V          PL OF ASMT: HJ
------------------------------ URMC DATA ENTRY ------------------------------
01 20   INCIDENT TIME : 20:00-20:59P
02 16   DEPT OF ASGNMT: OPERATIONS/MAINTENANCE
03 04   SPEC. LOCATION: BOILER ROOM
04 39   ACTIVITY      : STANDING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT CRAMPS/HEAT STROKE
07 15   BODY PART INJ : INTERNAL
08 02   SEV. OF INJURY: SERIOUS: REQUIRES TREATMENT (I.E., SUTURES, FRACTURES)


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042                TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189         RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:57:07PM
                          COMPLETE INCIDENT REPORT


                                                                    PAGE: 0002
09 75  INJURY CAUSE   : OVER-EXPOSURE: HEAT RELATED
10 28  UNSAFE COND    : OVEREXPOSURE TO WEATHER CONDITIONS (HEAT/COLD/WIND ETC.
11 27  UNSAFE ACT     : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y   -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N   -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y   -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:          DEHYDRATED FROM MEDS AND NOT DRINKING ENOUGH WATER
RCMMD CA: 01               CA: 01               CA DATE: 07/02/2012
EAC#: I 09196 07 12    UOF#: M _ _____ __ __
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 07/05/2012 TIME: 15:50:43)
ON 6/30/2012 AND AT APPROXIMATELY 8:00 PM OFFENDER ███████████████
TDCJ # ██████████BWGAN TO FEEL ILL ENROUTE TO HIS JOB IN THE BOILER ROOM.
HE NOTIFIED SGT LOUIS WILLIAMS THAT HE NEEDED TO BE SEEN BY MEDICAL.
OFFENDER ██████████WAS GIVEN A PASS AND WAS EXAMINED IN THE UNIT INFIRMARY.


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                                PF12 -SI00
```

CSSIR042                     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189        RISK MANAGEMENT INCIDENT REPORTING SYSTEM              14:57:10PM
                           COMPLETE INCIDENT REPORT

                                                                PAGE: 0003

LVN DEBORE RAY TOOK HIS TEMPERATURE WHICH READ 101.4. OFFENDER ▊▊▊▊▊▊
WAS MONITORED AND IT WAS NOTED THAT OFFENDER ▊▊▊▊▊▊ TEMPERATURE
WAS CONTINUING TO RISE. LVN DEBORE INFORMED LT. K. BROWN THAT OFFENDER
▊▊▊▊ NEEDED TO BE TRANSPORTED TO PARKLAND FOR FURTHER TREATMENT.
OFFENDER ▊▊▊▊ WAS TRANSPORTED TO PARKLAND HOSPITAL WHERE HE WAS
GIVEN IV FLUIDS. LAB WORK WAS COMPLETED AND OFFENDER ▊▊▊▊ WAS
RETURNED TO THE UNIT.

**LAST RECORD SELECTED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00

Plaintiffs' MSJ Appx. 2984

2RP9-13-06

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/05/2013
RDA5325/2189      RISK MANAGEMENT INCIDENT REPORTING SYSTEM          14:57:21PM
                         COMPLETE INCIDENT REPORT


                                                            PAGE: 0001
UPDATE USERID: DHE4166  DATE: 09/30/2009 TIME: 09:06:42
INCIDENT #: 000356186    SS#: ▉▉▉▉▉▉        INCIDENT DATE: 06/22/2009
REPORT: Y (Y/N) NAME: ▉▉▉▉▉▉▉▉▉.       AGE: ▉▉▉
SEX: F DEPT: HJ  DIV: 1   REGION: 2  LS: 0054 S-CARD: P2      LOST TIME(Y/N):N
BALANCES: VAC: 0069 CMP: 0001 SICK: 0000 OT: 0012 HOL: 0015  HRS.LOST:   0000
URMC USERID: RST0054        NAME: STORIE, ROY V            PL OF ASMT: HJ
---------------------------- URMC DATA ENTRY -----------------------------
01 09   INCIDENT TIME : 9:00-9:59A
02 18   DEPT OF ASGNMT: SECURITY
03 22   SPEC. LOCATION: GROUNDS/YARD-INSIDE FENCE
04 39   ACTIVITY      : STANDING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE            02/05/2013
RDA5325/2189     RISK MANAGEMENT INCIDENT REPORTING SYSTEM           14:57:24PM
                        COMPLETE INCIDENT REPORT


                                                             PAGE: 0002
09 75  INJURY CAUSE   : OVER-EXPOSURE: HEAT RELATED
10 13  UNSAFE COND    : NO UNSAFE CONDITIONS
11 27  UNSAFE ACT     : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:        CLAIMS OVERHEATED WHILE ATTENDING CENTER GATE
RCMMD CA: 05              CA: 05               CA DATE: 06/30/2009
EAC#: I _____ __ __     UOF#: M _ _____ __ __      CONTESTED (Y/N): Y
----------------------- RISK MANAGEMENT DATA ENTRY -----------------------
TWCC1: 06/24/2009  WORKERS COMPENSATION #: WC2693117   DENIED (Y/N): N
--------------------------------------------------------------------------
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 06/30/2009 TIME: 14:48:10)
ON 06/22/2009 AND AT APPROXIMATELY 9:00 AM CO IV ███████████████


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD    PF8 -FRWD   PF9 -SCRN PRNT
                                                                  PF12 -SI00
```

```
CSSIR042                TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:57:27PM
                         COMPLETE INCIDENT REPORT
```

                                                              PAGE: 0003

SS # ▓▓▓▓▓▓▓▓ WAS POSTED AT THE CENTER GATE WHEN SHE STATED SHE BEGIN
TO FEEL ILL. THE TEMPERATURE AT THE TIME WAS 84 DEGREES WITH 56 %
HUMIDITY. THE HEAT AND HUMIDITY INDEX WAS LESS THAN 88 AT 9:00 AM.
NO INDICATION OF INJURY OR NOTICE TO RISK MANAGEMENT OFFICE UNTIL
06/30/2009.


```
**LAST RECORD SELECTED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD   PF9 -SCRN PRNT
                                                                    PF12 -SI00
```

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/05/2013
RDA5325/2189     RISK MANAGEMENT INCIDENT REPORTING SYSTEM             14:57:39PM
                        COMPLETE INCIDENT REPORT


                                                              PAGE: 0001
UPDATE USERID: RST0054  DATE: 07/03/2009 TIME: 15:00:32
INCIDENT #: 000356362     SS#: ████████            INCIDENT DATE: 07/02/2009
REPORT: N (Y/N) NAME: ████████████       AGE: ████
SEX: F DEPT: HJ  DIV: 1   REGION: 2  LS: 0029 S-CARD:        LOST TIME(Y/N):N
BALANCES: VAC: 0061 CMP: 0014 SICK: 0000 OT: 0000 HOL: 0082  HRS.LOST:   0000
URMC USERID: RST0054          NAME: STORIE, ROY V          PL OF ASMT: HJ
------------------------------- URMC DATA ENTRY -----------------------------
01 09  INCIDENT TIME : 9:00-9:59A
02 18  DEPT OF ASGNMT: SECURITY
03 36  SPEC. LOCATION: PICKET TOWER/CENTRAL CONTROL/LINE CONTROL
04 38  ACTIVITY      : SITTING
05 23  OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16  TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15  BODY PART INJ : INTERNAL
08 01  SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00
```

Plaintiffs' MSJ Appx. 2988

```
CSSIR042                TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM           14:57:44PM
                        COMPLETE INCIDENT REPORT


                                                            PAGE: 0002

09 75  INJURY CAUSE  : OVER-EXPOSURE: HEAT RELATED
10 13  UNSAFE COND   : NO UNSAFE CONDITIONS
11 27  UNSAFE ACT    : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:       SUFFERED FROM HEAT RELATED ILLNESS IN C-1 CONTROL
RCMMD CA: 06               CA: 06              CA DATE: 07/03/2009
EAC#: I _____ __ __    UOF#: M _ _____ __ __    CONTESTED (Y/N): N
----------------------- RISK MANAGEMENT DATA ENTRY -----------------------
TWCC1: MM/DD/CCYY  WORKERS COMPENSATION #: _____   DENIED (Y/N): N
-------------------------------------------------------------------------
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 07/03/2009 TIME: 15:00:32)
ON 07/02/2009 AND AT APPROXIMATELY 9:00 AM CO III ███████████SS #

**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

CSSIR042                    TEXAS DEPARTMENT OF CRIMINAL JUSTICE                02/05/2013
RDA5325/2189         RISK MANAGEMENT INCIDENT REPORTING SYSTEM                14:57:47PM
                            COMPLETE INCIDENT REPORT

                                                                        PAGE: 0003

██████████ WAS ASSIGNED TO C-1 CONTROL PICKET. THE AIR CONDITIONING WAS
NOT WORKING. OFFICER ██████████ BEGAN TO FEEL ILL AND NOTIFIED HER
SUPERVISOR. SGT MARK HAD OFFICER██████████ELIEVED AND TAKEN TO THE
UNIT INFIRMARY.
LVN B. ALEXANDER EVALUATED OFFICER ██████████AND FOUND THAT HER SKIN WAS
HOT AND DRY AND SHE COMPLAINED OF BEING WEAK. OFFICER ██████████ S
TEMPERATURE WAS 98 DEGEES WITH BLOOD PRESSURE AT 136 OVER 77. OFFICER
██████████WAS ENCOURAGED TO DRINK FLUIDS AND TO SEE HER PERSONEL PROVIDER
AT THE FIRST OPPURTUNITY. TREATMENT BEYOUND FIRST AID WAS NOT REQUIRED.
THE TEMPERATURE INSIDE THE CONTROL PICKET WAS 90 DEG. AT 9:00 AM. TWO
FANS WERE PRESENT AND A COOLER OF ASSORTED BEVERAGES INSIDE THE CONTROL
PICKET. THE TEMPERATURE OUTSIDE THE BUILDING WAS 84 DEG. WITH 58% HUMIDITY.
THE HEAT INDEX WAS APPROXIMATELY 88.


**LAST RECORD SELECTED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                                PF12 -SI00

Plaintiffs' MSJ Appx. 2990

2RP9-13-12

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE         02/05/2013
RDA5325/2189      RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:57:57PM
                         COMPLETE INCIDENT REPORT


                                                            PAGE: 0001

UPDATE USERID: RDA5325  DATE: 09/30/2009 TIME: 12:02:10

INCIDENT #: 000356951    SS#:▒▒▒▒▒▒▒▒▒      INCIDENT DATE: 07/15/2009
REPORT: Y (Y/N) NAME:▒▒▒▒▒▒▒▒▒▒         AGE:▒▒▒▒
SEX: M DEPT: HJ  DIV: 1   REGION: 2  LS: 0034  S-CARD: P5    LOST TIME(Y/N):N
BALANCES: VAC: 0081 CMP: 0039 SICK: 0071 OT: 0010 HOL: 0123  HRS.LOST:    0000
URMC USERID: RST0054        NAME: STORIE, ROY V          PL OF ASMT: HJ
------------------------------ URMC DATA ENTRY -----------------------------
01 19   INCIDENT TIME : 19:00-19:59P
02 18   DEPT OF ASGNMT: SECURITY
03 35   SPEC. LOCATION: PARKING LOT
04 38   ACTIVITY     : SITTING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                                PF12 -SI00
```

```
CSSIR042                 TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM         14:58:01PM
                         COMPLETE INCIDENT REPORT


                                                            PAGE: 0002

09 75  INJURY CAUSE    : OVER-EXPOSURE: HEAT RELATED
10 13  UNSAFE COND     : NO UNSAFE CONDITIONS
11 27  UNSAFE ACT      : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:       BECAME SICK WHILE SITTING IN SMOKEING AREA
RCMMD CA: 01              CA: 01              CA DATE: 07/17/2009
EAC#: I _____ __ __    UOF#: M _ _____ __ __    CONTESTED (Y/N): Y
---------------------- RISK MANAGEMENT DATA ENTRY ------------------------
TWCC1: 07/17/2009  WORKERS COMPENSATION #: WC2698991   DENIED (Y/N): Y
------------------------------------------------------------------------

NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 07/17/2009 TIME: 09:29:42)
ON 07/15/2009 AND AT APPROXIMATELY 7:45 PM CO IV ████████████SS #


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD    PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042                TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM           14:58:03PM
                         COMPLETE  INCIDENT  REPORT
```

PAGE: 0003

████████BECAME ILL. THE INCIDENT OCCURRED WHILE SITTING AT THE SMOKEING
AREA IN THE PARKING LOT. THE TEMPERATURE AT THE TIME WAS 98 DEG F.
LT T. TOWERY WAS SITTING WITH CO IV ████████ AT THE TIME AND HE BECAME
UNCONCIOUS AND LOST CONTROL OF HIS BOWELS. CO IV ████████REGAINED
CONCIOUSNESS AND MEDICAL WAS CALLED. 911 WAS CALLED AND CO IV ████████
WAS TAKEN TO THE EMERGENCY ROOM. THE DIAGNOSIS FROM EMERGENCY ROOM PERSONEL
WAS THAT THERE WAS NO KNOWN CAUSE FOR CO IV ████████ILLNESS.

```
**LAST RECORD SELECTED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD   PF9 -SCRN PRNT
                                                                    PF12 -SI00
```

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:58:19PM
                         COMPLETE INCIDENT REPORT


                                                            PAGE: 0001
UPDATE USERID: RST0054   DATE: 02/09/2010 TIME: 14:54:42
INCIDENT #: 000365799   SS#: ██████████        INCIDENT DATE: 02/05/2010
REPORT: N (Y/N) NAME: ████████████      AGE: ████
SEX: F DEPT: HJ  DIV: 1   REGION: 2  LS: 0090 S-CARD: P4    LOST TIME(Y/N):N
BALANCES: VAC: 0047 CMP: 0003 SICK: 0005 OT: 0000 HOL: 0073 HRS.LOST:   0000
URMC USERID: RST0054        NAME: STORIE, ROY V           PL OF ASMT: HJ
---------------------------- URMC DATA ENTRY ----------------------------
01 16   INCIDENT TIME : 16:00-16:59P
02 18   DEPT OF ASGNMT: SECURITY
03 36   SPEC. LOCATION: PICKET TOWER/CENTRAL CONTROL/LINE CONTROL
04 39   ACTIVITY      : STANDING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 10   TYPE OF INJURY: DIZZINESS,FAINTNESS
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042            TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189    RISK MANAGEMENT INCIDENT REPORTING SYSTEM      14:58:22PM
                       COMPLETE INCIDENT REPORT


                                                        PAGE: 0002
09 75  INJURY CAUSE   : OVER-EXPOSURE: HEAT RELATED
10 09  UNSAFE COND    : INADEQUATE VENTILATION
11 27  UNSAFE ACT     : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y   -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N   -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y   -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:        OVERHEATED FROM EXCESSIVE HEAT IN G-CONTROL
RCMMD CA: 06              CA: 06              CA DATE: 02/09/2010
EAC#: I _____ __ __    UOF#: M _ _____ __ __    CONTESTED (Y/N): N
------------------------ RISK MANAGEMENT DATA ENTRY ------------------------
TWCC1: MM/DD/CCYY  WORKERS COMPENSATION #: _____    DENIED (Y/N): N
----------------------------------------------------------------------------
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054 DATE: 02/09/2010 TIME: 14:54:42)
ON 02/05/2009 AND AT APPROXIMATELY 4:00 PM CO ███████████SS #


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD    PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00
```

CSSIR042                     TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/05/2013
RDA5325/2189          RISK MANAGEMENT INCIDENT REPORTING SYSTEM                14:58:25PM
                              COMPLETE INCIDENT REPORT

                                                                   PAGE: 0003

███████COMPLAINED OF SYMPTOMS RELATED TO BEING OVERHEATED. CO ████
████MPLAINED OF DIZZINESS DUE TO EXCESSIVE HEAT IN THE G. BUILDING
CONTROL PICKET.

**LAST RECORD SELECTED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD    PF9 -SCRN PRNT
                                                                     PF12 -SI00

```
CSSIR042              TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189       RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:58:34PM
                          COMPLETE INCIDENT REPORT


                                                          PAGE: 0001
UPDATE USERID: DHE4166  DATE: 02/25/2011 TIME: 12:33:47
INCIDENT #: 000375429    SS#: ████████          INCIDENT DATE: 08/16/2010
REPORT: Y (Y/N) NAME: ████████████        AGE: ████
SEX: M DEPT: HJ  DIV: 1   REGION: 2  LS: 0196 S-CARD: P7      LOST TIME(Y/N):N
BALANCES: VAC: 0358 CMP: 0061 SICK: 0928 OT: 0240 HOL: 0115  HRS.LOST:   0000
URMC USERID: RST0054       NAME: STORIE, ROY V          PL OF ASMT: HJ
----------------------------- URMC DATA ENTRY -----------------------------
01 15  INCIDENT TIME : 15:00-15:59P
02 18  DEPT OF ASGNMT: SECURITY
03 43  SPEC. LOCATION: SIDEWALK
04 42  ACTIVITY      : WALKING
05 23  OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16  TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15  BODY PART INJ : INTERNAL
08 01  SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                          PF12 -SI00
```

```
CSSIR042            TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189    RISK MANAGEMENT INCIDENT REPORTING SYSTEM       14:58:39PM
                        COMPLETE INCIDENT REPORT


                                                        PAGE: 0002

09 75  INJURY CAUSE  : OVER-EXPOSURE: HEAT RELATED
10 13  UNSAFE COND   : NO UNSAFE CONDITIONS
11 27  UNSAFE ACT    : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y   -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N   -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y   -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:       OVER EXPOSER TO EXTREME HEAT CONDITIONS
RCMMD CA: 01           CA: 01            CA DATE: 08/17/2010
EAC#: I _____ __ __    UOF#: M _ _____ __ __   CONTESTED (Y/N): N
---------------------- RISK MANAGEMENT DATA ENTRY ----------------------
TWCC1: 08/19/2010  WORKERS COMPENSATION #: WC2787760   DENIED (Y/N): N
------------------------------------------------------------------------
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 08/17/2010 TIME: 12:11:01)
ON 8/16/2010 AND AT APPROXIMATELY 3:00 PM CO V ██████████ SS #

**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                         PF12 -SI00
```

CSSIR042          TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189      RISK MANAGEMENT INCIDENT REPORTING SYSTEM          14:58:41PM
                        COMPLETE INCIDENT REPORT

                                                            PAGE: 0003

██████████BEGAN TO FEEL DIZZY SHAKEY. CO V████████████ HAD BEAGAN HIS
SHIFT AT 1:30 PM. CO V████████████WALFED ACROSS THE MAIN WALKWAY TO
G-BUILDING AND UPON ENTERING SAT DOWN ON THE FLOOR TO KEEP FROM FALLING.
CO V████████████WAS MOVED TO THE UNIT INFIRMARY AND EXAMINED BY LVN
V. MCKINNY. LVN MCKINNY NOTED THAT CO V██████████WAS SWEATING PROFUSELY
AND FEELING DIZZY. TREATMENT INCLUDED REMOVING A LAYER OF CLOTHING,
ADMINISTERING WATER, AND PLACEING A FAN ON PATIENT. CO V██████████
APPEARED TO RECOVER AND WAS LATER DRIVEN HOME. THE TEMPERATURE WAS 100
DEGREES AT 3:00 PM WITH THE HUMMIDITY AT 42 %. THE HEAT AND HUMIDITY
INDEX WAS 109.


**LAST RECORD SELECTED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00

```
CSSIR042                 TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/05/2013
RDA5325/2189         RISK MANAGEMENT INCIDENT REPORTING SYSTEM             14:58:52PM
                             COMPLETE INCIDENT REPORT


                                                                    PAGE: 0001
UPDATE USERID: RST0054   DATE: 09/15/2011 TIME: 08:43:37
INCIDENT #: 000393029    SS#: ▬▬▬▬▬▬         INCIDENT DATE: 08/01/2011
REPORT: N (Y/N) NAME: ▬▬▬▬▬▬▬▬▬▬         AGE: ▬▬▬▬
SEX: F DEPT: HJ  DIV: 1   REGION: 2  LS: 0116 S-CARD: P4       LOST TIME(Y/N):N
BALANCES: VAC: 0268 CMP: 0003 SICK: 0246 OT: 0003 HOL: 0022  HRS.LOST:    0000
URMC USERID: RST0054         NAME: STORIE, ROY V            PL OF ASMT: HJ
---------------------------- URMC DATA ENTRY ----------------------------
01 19   INCIDENT TIME : 19:00-19:59P
02 18   DEPT OF ASGNMT: SECURITY
03 16   SPEC. LOCATION: DORMITORY/BOQ
04 42   ACTIVITY      : WALKING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15   BODY PART INJ : INTERNAL
08 02   SEV. OF INJURY: SERIOUS: REQUIRES TREATMENT (I.E., SUTURES, FRACTURES)


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                              PF12 -SI00
```

Plaintiffs' MSJ Appx. 3000
2RP9-13-22

                                                    PAGE: 0002

09 75   INJURY CAUSE  : OVER-EXPOSURE: HEAT RELATED
10 28   UNSAFE COND   : OVEREXPOSURE TO WEATHER CONDITIONS (HEAT/COLD/WIND ETC.
11 27   UNSAFE ACT    : NO UNSAFE ACT/PRACTICE ON THE PART OF EMPLOYEE
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. N  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:       HEAT RELATED EXPOSER
RCMMD CA: 05            CA: 05            CA DATE: 09/15/2011
EAC#: I _____ __ __     UOF#: M _ _____ __ __     CONTESTED (Y/N): Y
----------------------- RISK MANAGEMENT DATA ENTRY ----------------------
TWCC1: MM/DD/CCYY  WORKERS COMPENSATION #: _____     DENIED (Y/N): N
-------------------------------------------------------------------------
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 09/15/2011 TIME: 08:43:37)
ON 8/01/2011 AND AT APPROXIMATELY 7:00 PM CO ▬▬▬▬▬▬▬▬▬▬SS #

**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00

CSSIR0402    TEXAS DEPARTMENT OF CRIMINAL JUSTICE    02/05/2013
RDA5325/2189      RISK MANAGEMENT INCIDENT REPORTING SYSTEM      14:59:00PM
COMPLETE INCIDENT REPORT

PAGE: 0003

████████████ WAS ASSIGNED TO A-1 BUILDING ROVER. CO ████████████
BEGAN TO SUFFER FROM NAUSEA, WEAKNESS, FATIGUE, HEADACHE, AND DIZZINESS.
THE OUTSIDE TEMPERATURE AT THE HUTCHINS UNIT AT 6:30 PM WAS 107.
CO ████████ WAS TAKEN TO THE UNIT INFIRMARY. THE UTMB STAFF MADE
THE DECISION TO 911 OFFICER ████████ TO BAYLOR FAMILY MEDICAL CENTER
FOR FURTHER EVALUATION AND AT THE REQUEST OF OFFICER ████████ VITAL
SIGNS TAKEN BY UTMB AND THE CITY OF HUTCHINS EMT GAVE NO INDICATION
OF HEAT STRESS. OFFICER ████████ WAS LATER RELEASED FROM BAYLOR
EMERGENCY THE SAME EVENING. OFFICER ████████ INITIALLY FILED THE
WORKMANS COMPENSATION CLAIM AND THEN ADVISED HUMAN RESOURCES THAT SHE
DID NOT WANT TO FILE. THE DIAGNOSIS FROM BAYLOR EMERGENCY ROOM WAS
ILLNESS DUE TO DIABETES.

**LAST RECORD SELECTED**
PF1 -HLP   PF3 -SI04   PF5 -INFOPAC PRT    PF7 -BKWD    PF8 -FRWD    PF9 -SCRN PRNT
PF12 -SI00

```
CSSIR042            TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/05/2013
RDA5325/2189        RISK MANAGEMENT INCIDENT REPORTING SYSTEM      14:59:16PM
                           COMPLETE INCIDENT REPORT


                                                            PAGE: 0001
UPDATE USERID: RST0054  DATE: 08/01/2012 TIME: 14:56:23
INCIDENT #: 000406715     SS#: ███████         INCIDENT DATE: 07/28/2012
REPORT: N (Y/N) NAME: ████████         AGE: ████
SEX: F DEPT: HJ  DIV: 1    REGION: 2  LS: 0070 S-CARD:      LOST TIME(Y/N):N
BALANCES: VAC: 0009 CMP: 0000 SICK: 0012 OT: 0000 HOL: 0008 HRS.LOST:    0000
URMC USERID: RST0054           NAME: STORIE, ROY V         PL OF ASMT: HJ
---------------------------- URMC DATA ENTRY ----------------------------
01 11   INCIDENT TIME : 11:00-11:59A
02 18   DEPT OF ASGNMT: SECURITY
03 25   SPEC. LOCATION: HIGHWAY/ROAD/STREET
04 36   ACTIVITY      : SEARCHING
05 23   OCCURRENCE TYP: WEATHER RELATED (OVEREXPOSURE TO HEAT/COLD/WIND, ETC.)
06 16   TYPE OF INJURY: HEAT EXHAUSTION/HEAT STROKE/HEAT CRAMPS
07 15   BODY PART INJ : INTERNAL
08 01   SEV. OF INJURY: MINOR: ANY ONE-TIME TREATMENT, OR FOLLOW UP VISIT


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042            TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/05/2013
RDA5325/2189     RISK MANAGEMENT INCIDENT REPORTING SYSTEM        14:59:20PM
                         COMPLETE INCIDENT REPORT


                                                           PAGE: 0002
09 75  INJURY CAUSE  : OVER-EXPOSURE: HEAT RELATED
10 28  UNSAFE COND   : OVEREXPOSURE TO WEATHER CONDITIONS (HEAT/COLD/WIND ETC.
11 28  UNSAFE ACT    : USER DESCRIPTION
SPECIFY OTHER:     (UPDATE USERID: RST0054  DATE: 08/01/2012 TIME: 14:56:23)
       NOT DRINKING ENOUGH WATER
J. Y  -EXISTING RULE, REGULATION,  OR STANDARD (Y/N)
K. Y  -EXISTING RULE, REGULATION,  OR STANDARD VIOLATED (Y/N)
M. Y  -CORRECTIVE ACTION TAKEN TO  PREVENT REOCCURRENCE (Y/N)


CASE SUMMARY:       DEHYDRATED FROM WORKING IN HEAT & NOT DRINKING H2O
RCMMD CA: 01               CA: 01           CA DATE: 08/01/2012
EAC#: I 10834 07 12    UOF#: M _ ____ __ __    CONTESTED (Y/N): N
----------------------- RISK MANAGEMENT DATA ENTRY ------------------------
TWCC1: MM/DD/CCYY  WORKERS COMPENSATION #: _____   DENIED (Y/N): N
--------------------------------------------------------------------------


**MORE RECORDS TO BE DISPLAYED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD   PF8 -FRWD   PF9 -SCRN PRNT
                                                            PF12 -SI00
```

```
CSSIR042               TEXAS DEPARTMENT OF CRIMINAL JUSTICE        02/05/2013
RDA5325/2189     RISK MANAGEMENT INCIDENT REPORTING SYSTEM         14:59:23PM
                        COMPLETE INCIDENT REPORT
```

                                                              PAGE: 0003
NARRATIVE: INQ NARRATIVE (UPDT UID: RST0054  DATE: 08/01/2012 TIME: 14:56:23)
ON 7/28/2012 AND AT APPROXIMATELY 11:00 AM CO III ███████████████
SS #████████████FELL ILL AT HER DUTY POST. CO III███████████IS
A PART TIME EMPLOYEE. CO III████████ASSIGNED DUTY POST AT THE TIME
OF ILLNESS WAS THE HIGHWAY GATE. THE TEMPERATURE AT THE TIME WAS 96 DEG.
AT THE END OF HER SCHEDULED SHIFT OFFICER███████SOUGHT MEDICAL
ATTENTION AT THE DALLAS REGIONAL MEDICAL CENTER.
OFFICER████████DID NOT REPORT BACK TO THE UNIT UNTIL 7/31/2012, AT
WHICH TIME A WORKMANS COMP. PACKET WAS COMPLETED BY HUMAN RESOURCES.


**LAST RECORD SELECTED**
PF1 -HLP  PF3 -SI04  PF5 -INFOPAC PRT   PF7 -BKWD    PF8 -FRWD   PF9 -SCRN PRNT
                                                               PF12 -SI00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 178

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# Risk Management Program



EXECUTIVE SUMMARY
EMPLOYEE AND OFFENDER INJURIES AND
WORKERS' COMPENSATION CLAIMS COST
ANNUAL REPORT FY2011

Robert C. Warren
Risk Management Specialist V
Risk Management
P. O. Box 99
Huntsville, Texas 77342-0099
(936) 437-4806
(936) 437-4812 (fax)
http://www.tdcj.state.tx.us/adminrvw/adminrvw-riskmgt.htm

**TDCJ 83455**

**Overview**

The following outcome measures are provided for your review.  The statistical information contained in the TDCJ Risk Management Executive Summary is derived from injury data reported by TDCJ Unit Risk Managers, in conjunction with the State Office of Risk Management (SORM) Workers' Compensation Division.  SORM is the workers' compensation insurance carrier for TDCJ.

**Workers' Compensation Fiscal Year-to-Date Expenditures:**
August 2010:  $ 14,118,170.55
August 2011:  $ 15,312,794.32 (Increased by $1,194,623.77)

**Employee Injuries:**
August 2010:  441
August 2011:  410 (Decreased by 31)

**Offender Injuries:**
August 2010:  1,322
August 2011:  1,136 (Decreased by 186)

**Predominate causes of employee injuries for August 2011:**
- Slips, trips, or falls (82 combined for 20%)
- Struck by or against (74 combined for 18%)
- Offender assault (64 for 16%)
- Overexertion (45 for 11%)
- Caught in, on or between (37 for 9%)
- Weather related (37 for 9%)

**Predominate causes of offender injuries for August 2011:**
- Struck by or against (307 combined for 27%)
- Slips, trips, or falls (191 combined for 17%)
- Offender assault (189 for 17%)
- Self-inflicted (119 for 10%)
- Overexertion (79 for 7%)
- Contact w/temperature extremes (72 for 6%)

**Units reporting the most employee injuries:**
- Polunsky (18)
- Estelle and Coffield (17 each)
- Crain (14)
- McConnell (13)
- Young Medical (12)
- Beto (11)

**Units reporting the most offender injuries:**
- Montford (34)
- Michael, Stiles, and Clements (31 each)
- Crain (27)
- Ramsey (26)
- Hobby (24)
- Darrington (23)

Year-to-date employee Injury Frequency Rate (IFR):  **11.3**

Year-to-date claims Injury Frequency Rate (IFR):  **5.0**

Employee Injury Frequency Rate (IFR):  The IFR is calculated by multiplying the number of injuries by 200,000 (exposure of 100 employees working 40 hours per week for 50 weeks per year) and dividing that product by the total hours worked by all employees during the fiscal year to date (the number of employees listed on Monthly Report "Total Employee Counts by Payroll Distribution Code" {ID PAY77PDC} multiplied by the product of 168 {average hours worked per month} multiplied by the number of months worked in this fiscal year-to-date).

Claims Injury Frequency Rate (IFR):  The IFR for accepted claims is calculated by multiplying the number of accepted claims by 100 (per 100 employees working 40 hours per week for 50 weeks per year) and dividing that product by the average monthly strength.

**NOTE:**  Please notify this office if you do not wish to receive this report.

Plaintiffs' MSJ Appx. 3008

**TDCJ 83458**

## FY2011 YTD Employee Injuries

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Injury Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 79 | 55 | 80 | 54 | 55 | 58 | 53 | 57 | 54 | 87 | 79 | 80 | 791 | 72 | 66 | 12.2 |
| Region 2 | 33 | 47 | 32 | 39 | 42 | 71 | 53 | 49 | 56 | 72 | 55 | 70 | 619 | 56 | 52 | 11.3 |
| Region 3 | 64 | 59 | 57 | 46 | 55 | 67 | 69 | 39 | 65 | 81 | 46 | 70 | 718 | 62 | 60 | 11.3 |
| Region 4 | 80 | 33 | 41 | 47 | 47 | 67 | 67 | 59 | 50 | 59 | 76 | 64 | 690 | 59 | 58 | 14.3 |
| Region 5 | 64 | 44 | 56 | 41 | 41 | 53 | 56 | 41 | 48 | 47 | 41 | 39 | 571 | 61 | 48 | 10.2 |
| Region 6 | 64 | 62 | 50 | 47 | 54 | 58 | 48 | 57 | 63 | 69 | 56 | 64 | 692 | 64 | 58 | 12.4 |
| Parole * | 6 | 11 | 4 | 6 | 3 | 12 | 9 | 8 | 12 | 3 | 13 | 1 | 88 | 7 | 7 | 3.3 |
| Administration | 35 | 46 | 24 | 18 | 26 | 23 | 31 | 19 | 19 | 31 | 28 | 22 | 322 | 20 | 27 | 11.2 |
| **Totals** | **425** | **357** | **344** | **298** | **323** | **409** | **386** | **329** | **367** | **449** | **394** | **410** | **4,491** | **400** | **374** | **11.3** |

## Employee Injuries by Cause

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Injury Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal Bite | 0 | 3 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 3 | 10 | 0 | 1 | 0.0 |
| Bodily Reaction | 3 | 0 | 4 | 4 | 6 | 3 | 2 | 3 | 4 | 5 | 6 | 6 | 46 | 5 | 4 | 0.1 |
| Caught In/On/Btwn | 32 | 34 | 20 | 23 | 24 | 27 | 23 | 34 | 29 | 36 | 34 | 37 | 353 | 37 | 29 | 0.9 |
| Cont w/Chemicals | 6 | 5 | 7 | 1 | 6 | 3 | 3 | 5 | 6 | 6 | 1 | 4 | 53 | 4 | 4 | 0.1 |
| Contact w/Electricity | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 14 | 1 | 1 | 0.0 |
| Cont w/Temp Extr | 5 | 1 | 2 | 0 | 6 | 3 | 3 | 1 | 3 | 1 | 4 | 2 | 31 | 3 | 3 | 0.1 |
| Exp Envimnt Hzd | 3 | 6 | 1 | 5 | 6 | 3 | 5 | 1 | 6 | 4 | 5 | 11 | 56 | 4 | 5 | 0.1 |
| Fall Different Level | 12 | 11 | 15 | 18 | 12 | 20 | 21 | 12 | 9 | 16 | 12 | 13 | 171 | 19 | 14 | 0.4 |
| Fall Same Level | 53 | 38 | 32 | 40 | 38 | 130 | 56 | 34 | 32 | 36 | 34 | 38 | 561 | 49 | 47 | 1.4 |
| Horse Related | 5 | 2 | 6 | 1 | 3 | 1 | 6 | 6 | 6 | 12 | 4 | 4 | 56 | 4 | 5 | 0.1 |
| Insect Bite | 27 | 17 | 10 | 11 | 10 | 7 | 16 | 18 | 15 | 25 | 17 | 19 | 192 | 12 | 16 | 0.5 |
| Medical Condition | 18 | 17 | 9 | 5 | 8 | 8 | 6 | 9 | 13 | 18 | 10 | 16 | 137 | 9 | 11 | 0.3 |
| Offender Assault | 64 | 47 | 63 | 46 | 55 | 60 | 63 | 71 | 57 | 102 | 72 | 64 | 764 | 81 | 64 | 1.9 |
| Overexertion | 53 | 41 | 44 | 31 | 44 | 39 | 49 | 36 | 52 | 49 | 46 | 45 | 529 | 42 | 44 | 1.3 |
| Slip-Not a Fall | 35 | 28 | 21 | 24 | 20 | 32 | 28 | 26 | 35 | 21 | 22 | 31 | 323 | 28 | 27 | 0.8 |
| Staff-Staff Assault | 1 | 0 | 1 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 3 | 1 | 12 | 1 | 1 | 0.0 |
| Struck Against | 67 | 78 | 76 | 56 | 57 | 39 | 65 | 52 | 67 | 56 | 64 | 49 | 726 | 62 | 61 | 1.8 |
| Struck By | 28 | 20 | 32 | 28 | 22 | 18 | 34 | 16 | 27 | 26 | 31 | 25 | 307 | 30 | 26 | 0.8 |
| Vehicular | 7 | 6 | 1 | 1 | 3 | 4 | 3 | 3 | 4 | 5 | 7 | 3 | 47 | 5 | 4 | 0.1 |
| Weather Related | 4 | 2 | 0 | 0 | 0 | 10 | 0 | 2 | 0 | 28 | 20 | 37 | 103 | 6 | 9 | 0.3 |
| **Totals** | **425** | **357** | **344** | **298** | **323** | **409** | **386** | **329** | **367** | **449** | **394** | **410** | **4,491** | **400** | **374** | **11.3** |

* Of the **1** Parole injury reported for this current month, **0** were attributed to Texas Board of Pardons and Paroles employees.

**Employee Injuries Resulting in a Workers' Compensation Claim Accepted by SORM**

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Sep-Aug | FY11 Average Monthly Sep-Aug | Claims Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 42 | 22 | 42 | 25 | 23 | 27 | 26 | 24 | 19 | 35 | 32 | 40 | 357 | 32 | 30 | 5.5 |
| Region 2 | 11 | 15 | 14 | 15 | 17 | 31 | 28 | 20 | 30 | 30 | 21 | 37 | 269 | 22 | 22 | 4.9 |
| Region 3 | 25 | 17 | 25 | 22 | 23 | 30 | 25 | 17 | 24 | 43 | 31 | 30 | 312 | 25 | 26 | 5.0 |
| Region 4 | 31 | 12 | 17 | 20 | 21 | 33 | 28 | 24 | 29 | 22 | 21 | 23 | 281 | 29 | 23 | 5.9 |
| Region 5 | 33 | 10 | 24 | 14 | 13 | 29 | 26 | 23 | 16 | 21 | 20 | 19 | 248 | 21 | 21 | 4.5 |
| Region 6 | 28 | 24 | 22 | 17 | 20 | 26 | 21 | 19 | 20 | 33 | 31 | 29 | 290 | 27 | 24 | 5.2 |
| Parole | 5 | 9 | 7 | 3 | 5 | 7 | 7 | 4 | 8 | 5 | 7 | 3 | 70 | 5 | 6 | 2.6 |
| Administration | 14 | 12 | 17 | 8 | 20 | 12 | 17 | 10 | 10 | 13 | 15 | 4 | 152 | 10 | 13 | 5.3 |
| **Totals** | **189** | **121** | **168** | **124** | **142** | **195** | **178** | **141** | **156** | **202** | **178** | **185** | **1,979** | **172** | **165** | **5.0** |

Numbers are shown in the month the claim was filed with SORM, which may not be the month in which the injury occurred.

**Workers' Compensation Claims Cost Data**

| | Total Claims Cost FYTD | Total Claims Cost FYTD Filed Prior to FY10 | Total Claims Cost FYTD Filed In FY10-11 | Average Cost per Claim | # of Claims |
|---|---|---|---|---|---|
| Region 1 | $2,640,370.75 | $954,025.63 | $1,686,345.12 | $5,207.83 | 507 |
| Region 2 | $2,282,040.06 | $763,457.14 | $1,518,582.92 | $5,579.56 | 409 |
| Region 3 | $2,961,895.12 | $772,087.40 | $2,189,807.72 | $6,495.38 | 456 |
| Region 4 | $2,283,924.62 | $585,719.62 | $1,698,205.00 | $5,167.25 | 442 |
| Region 5 | $1,647,102.79 | $316,471.64 | $1,330,631.15 | $4,976.14 | 331 |
| Region 6 | $1,736,995.38 | $758,383.63 | $978,611.75 | $4,125.88 | 421 |
| Parole | $566,128.66 | $128,122.17 | $438,006.49 | $6,087.40 | 93 |
| Administration | $1,194,336.94 | $362,658.68 | $831,678.26 | $6,709.76 | 178 |
| **Totals** | **$15,312,794.32** | **$4,640,925.91** | **$10,671,868.41** | **$5,397.53** | **2,837** |

The claims cost YTD figures reflect current FY expenditures, including claims filed in past years that are still incurring costs.  They do not include past expenditures for past claims that are currently inactive and no longer incurring costs.

Plaintiffs' MSJ Appx. 3010   **TDCJ 83458**

### Risk Management Program
### Fiscal Year Comparison of
### Total Employee Injuries



|  | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY10 | 362 | 395 | 314 | 414 | 398 | 391 | 429 | 383 | 389 | 468 | 413 | 441 |
| FY11 | 425 | 357 | 344 | 298 | 323 | 409 | 386 | 329 | 367 | 449 | 394 | 410 |

Plaintiffs' MSJ Appx. 3011

TDCJ 83459



**Risk Management Program**
**Fiscal Year Comparison of**
**Accepted Workers' Compensation Claims**

|       | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|-------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| FY10  | 133 | 187 | 122 | 188 | 159 | 171 | 164 | 145 | 174 | 227 | 163 | 225 |
| FY11  | 189 | 121 | 168 | 124 | 142 | 195 | 178 | 141 | 156 | 202 | 178 | 185 |

Plaintiffs' MSJ Appx. 3012
**TDCJ 83460**

## FY2011 YTD Offender Injuries

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | FY11 Average Injuries per 100 Offenders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 133 | 123 | 115 | 79 | 88 | 106 | 118 | 118 | 164 | 198 | 137 | 181 | 1,560 | 130 | 130 | 0.5 |
| Region 2 | 129 | 150 | 148 | 109 | 142 | 105 | 125 | 150 | 149 | 204 | 143 | 164 | 1,718 | 182 | 143 | 0.6 |
| Region 3 | 133 | 124 | 91 | 82 | 107 | 91 | 137 | 144 | 127 | 141 | 168 | 164 | 1,509 | 123 | 126 | 0.5 |
| Region 4 | 132 | 97 | 102 | 99 | 103 | 97 | 129 | 103 | 142 | 153 | 136 | 126 | 1,419 | 120 | 118 | 0.5 |
| Region 5 | 190 | 163 | 154 | 159 | 162 | 141 | 186 | 166 | 170 | 185 | 180 | 187 | 2,043 | 205 | 170 | 0.8 |
| Region 6 | 171 | 165 | 149 | 146 | 127 | 112 | 157 | 129 | 154 | 176 | 154 | 195 | 1,835 | 150 | 153 | 0.7 |
| Private Fac | 134 | 137 | 113 | 72 | 90 | 92 | 88 | 101 | 104 | 100 | 126 | 119 | 1,276 | 102 | 106 | 0.6 |
| **Totals** | **1,022** | **959** | **872** | **746** | **819** | **744** | **940** | **911** | **1,010** | **1,157** | **1,044** | **1,136** | **11,360** | **1,013** | **947** | **0.6** |

## Offender Injuries by Cause

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | FY11 Average Injuries per 100 Offenders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal Bite | 4 | 5 | 4 | 2 | 3 | 1 | 1 | 3 | 4 | 6 | 2 | 3 | 38 | 3 | 3 | 0.0 |
| Bodily Reaction | 8 | 3 | 7 | 3 | 3 | 1 | 4 | 4 | 4 | 10 | 14 | 22 | 83 | 8 | 7 | 0.0 |
| Caught In/On/Btwn | 39 | 49 | 43 | 34 | 39 | 32 | 39 | 44 | 52 | 56 | 45 | 46 | 518 | 50 | 43 | 0.0 |
| Cont w/Chemicals | 17 | 14 | 11 | 17 | 13 | 13 | 8 | 12 | 6 | 14 | 16 | 22 | 163 | 12 | 14 | 0.0 |
| Contact w/Electricity | 1 | 2 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 2 | 2 | 4 | 15 | 1 | 1 | 0.0 |
| Cont w/Temp Extr | 84 | 79 | 63 | 48 | 55 | 63 | 67 | 61 | 73 | 82 | 81 | 72 | 828 | 77 | 69 | 0.0 |
| Exp Envimnt Hzd | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 7 | 1 | 1 | 0.0 |
| Fall Different Level | 37 | 24 | 41 | 33 | 38 | 33 | 35 | 35 | 54 | 30 | 34 | 45 | 439 | 40 | 37 | 0.0 |
| Fall Same Level | 91 | 96 | 74 | 70 | 96 | 80 | 92 | 91 | 94 | 105 | 102 | 101 | 1,092 | 99 | 91 | 0.1 |
| Horse Related | 4 | 2 | 2 | 3 | 1 | 2 | 6 | 7 | 9 | 7 | 4 | 6 | 53 | 4 | 4 | 0.0 |
| Insect Bite | 31 | 18 | 9 | 4 | 1 | 3 | 10 | 3 | 17 | 18 | 13 | 21 | 148 | 15 | 12 | 0.0 |
| Medical Condition | 7 | 15 | 14 | 11 | 16 | 9 | 15 | 10 | 11 | 26 | 12 | 17 | 163 | 14 | 14 | 0.0 |
| Offender Assault | 137 | 132 | 146 | 115 | 138 | 118 | 121 | 152 | 145 | 182 | 158 | 189 | 1,733 | 144 | 144 | 0.1 |
| Overexertion | 70 | 65 | 69 | 52 | 57 | 48 | 66 | 64 | 85 | 93 | 67 | 79 | 815 | 69 | 68 | 0.0 |
| Self-Inflicted | 100 | 75 | 79 | 96 | 87 | 86 | 106 | 94 | 92 | 128 | 116 | 119 | 1,178 | 93 | 98 | 0.0 |
| Slip-Not a Fall | 55 | 65 | 44 | 37 | 39 | 48 | 52 | 60 | 48 | 73 | 60 | 45 | 626 | 54 | 52 | 0.0 |
| Struck Against | 198 | 193 | 167 | 126 | 149 | 137 | 187 | 162 | 177 | 181 | 181 | 198 | 2,056 | 196 | 171 | 0.1 |
| Struck By | 120 | 120 | 99 | 94 | 83 | 68 | 126 | 106 | 134 | 133 | 119 | 109 | 1,311 | 125 | 109 | 0.1 |
| Vehicular | 8 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 2 | 1 | 14 | 1 | 1 | 0.0 |
| Weather Related | 9 | 0 | 0 | 0 | 0 | 2 | 3 | 2 | 2 | 10 | 15 | 37 | 80 | 6 | 7 | 0.0 |
| **Totals** | **1,022** | **959** | **872** | **746** | **819** | **744** | **940** | **911** | **1,010** | **1,157** | **1,044** | **1,136** | **11,360** | **1,013** | **947** | **0.6** |

Numbers are shown in the month the injury was entered in the Risk Management Safety Incident Reporting System, which may not be the month in which the injury occurred.

## Definitions of Injury Causes

**Animal Bite** – bite or scratch from a dog, cat, snake, rat, and other similar situations

**Bodily Reaction** - change in body function caused by allergic reaction, e.g., poison ivy

**Caught In, On, or Between** - a pinch point type injury that involves mashing or squeezing, e.g., caught finger in door, caught finger in between pulley, door shut on foot

**Contact with Chemicals** – splashed by liquid chemicals, dry particles inhaled, overcome by fumes of chemical agents, natural gas, vehicle exhaust, ammonia, insecticide, and other similar situations

**Contact with Electricity** - electrical shock from bad plug and other similar situations

**Contact with Temperature Extremes** - burns caused by heat or cold, e.g., burned hand in deep fryer, oven, and other similar situations

**Exposure to Environmental Hazards** - hazards such as radiation, exposure to infectious diseases, and other similar situations

**Fall on Different Level** - fall off of object that has to be climbed or stepped on, e.g., stairs, fell out of bunk, fell off picket ladder, fell stepping down from truck or trailer, and other similar situations

**Fall on Same Level** - fall while standing, walking or sitting, e.g., fell out of chair, slipped on wet floor and fell, tripped over some object and fell, and other similar situations

**Horse Related** - thrown by horse, fall off horse, and other similar situations

**Insect Bite** - bitten or stung by spiders, wasps, ants, unknown insects, and other similar situations

**Medical Condition** – resulting from pre-existing medical conditions, e.g., seizures, chest pains, dizziness, and other similar situations

**Offender Assault** - physically attacked by offender, hit, bit, struck by liquid, and other similar situations, or injuries resulting from attacking an offender, e.g., bruised or scraped knuckles

**Overexertion** - caused by body movement, sprain, strain or muscle or skeleton type injury, e.g., bending, lifting, pushing, pulling, turning, walking, and other similar situations

**Self-Inflicted** - suicide attempt, cutting for purposes of self-mutilation, tattooing, and other similar situations

**Slip (Not a Fall)** - a slip or trip causing pulled muscles or strains that does not result in a fall

**Staff on Staff Assault** - assault by co-worker

**Struck Against** - part of body hitting an object, e.g., walking into a fixed object, sticking finger with tattoo needle, bumped into rail, cut hand on wire, and other similar situations

**Struck By** - moving or falling object hitting the body, e.g., lid fell on arm, hit by ball, foreign object in eye, and other similar situations

**Vehicular** - injury received as a driver or passenger in vehicle or trailer and other similar situations

**Weather Related** - extremes in weather temperatures, e.g., heat exhaustion, sunburn, frostbite, and other similar situations

Plaintiffs' MSJ Appx. 3014                    **TDCJ 83462**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 179

Possible Heat-Related Illnesses 6/1/11 thru 8/10/11

| Name | TDCJ | UOA | Date | Psych Rx | Other Heat Rx | Ground Floor | No Temp Ext | No Humidity | ER | Hospitalized | Death | Inside | Outside | Housing | Work | Rec | Chow | Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BYRD, PHILIP | 1674233 | TI | 6/8/11 | | | | | | | | | | X | | | X | | | |
| GONZALEZ, JUAN | 1706798 | TI | 6/8/11 | | | | | | | | | | X | | | X | | | |
| BAILEY, EDDY | 1696852 | GG | 6/10/11 | | | | | | | | | | X | | X | | | | |
| ESPIGA, FRANK | 1224251 | J3 | 6/10/11 | | | | | | | | | | X | | X | | | | |
| HAROS, JOE | 1634505 | TI | 6/10/11 | | X | | X | X | | | | | X | | | X | | | |
| SAM, KRISTEN | 1710051 | GV | 6/10/11 | | | | | | | | X | | | X | | | X | | |
| PHELPS, DUVAL | 774270 | B2 | 6/11/11 | X | | | X | X | | | | X | | | | | | X | MEDICAL |
| PIUTAK, JESSE | 1074439 | HV | 6/12/11 | X | | X | X | X | | | | X | | X | | | | | PENDING AUTOPSY RESULTS |
| CLAYBROOK AMBER | 1719094 | LJ | 6/13/11 | X | | | | | | | | X | | X | X | | | | |
| MORGAN, JOHNETTA | 1705891 | LJ | 6/13/11 | | | | | | | | | X | | X | X | | | | 6 MONTHS PREGNANT |
| WALKER, LORENZA | 1441437 | RV | 6/13/11 | | | | | | | | | X | | | X | | | | |
| MYERS, BYRON | 1265529 | B1 | 6/14/11 | | | | | | | | | | X | X | | | | | |
| REMO, SHANNON | 1710097 | LJ | 6/14/11 | X | | | | | | | | X | | X | X | | | | |
| ARDOIN-WHEATON, JE | 1529312 | DB | 6/15/11 | | X | | | | | | | | X | X | | | | | |
| EDWARDS, JIMMY | 1537063 | SB | 6/15/11 | | | | | | | | | X | | X | X | X | | X | COMMISSARY LINE |
| HUNTER, JEREMIAH | 1555851 | SB | 6/15/11 | | | | | | | | | X | | | | X | | | |
| LELA, JOSE | 1414929 | SB | 6/15/11 | | | | | | | | | X | | | | | | | |
| SEIGRIST, VENUS | 1714318 | LJ | 6/15/11 | X | | | X | X | | | | X | | X | X | | | | |
| ACHALA, DAVID | 1715844 | ND | 6/18/11 | X | | | X | | | | | X | | X | X | | | | |
| BOYKIN, MICHAEL | 889065 | HI | 6/18/11 | | X | | | | | | | | X | | X | X | | | |
| CLAYBROOK AMBER | 1710094 | LJ | 6/19/11 | | | X | | | | | | X | | X | | | | | |
| MORGAN, JOHNETTA | 1705891 | LJ | 6/19/11 | | | | | | | X | | X | | X | | | | | 6 MONTHS PREGNANT |
| REMO, SHANNON | 1710097 | LJ | 6/19/11 | | | | | | | | | X | | X | | | | | |
| MEDLIN, ANDREAS | 1562253 | SB | 6/21/11 | | X | | | | | | | X | | X | X | | | | |
| GUTIERREZ, ROBERTO | 1662775 | GG | 6/29/11 | | | | | | | | | | X | X | | | | | |
| ASSMAN, WAYNE | 1398891 | E1 | 6/30/11 | | | | | | | | | | X | X | | | | | |
| GILBERT, RAYMOND | 697953 | E2 | 6/30/11 | | | | | | | | | | X | X | | | | | |
| REMO, SHANNON | 1710097 | LJ | 7/1/11 | | | | | | | | | X | | | | X | | | |
| GARCIA, BILLY | 1715260 | NE | 7/3/11 | | | | | | X | | | | X | | | X | | | |
| DODDY, RAYNELL | 1507165 | HB | 7/8/11 | | X | | X | X | | X | | X | | X | X | | | X | COMMISSARY |
| CARR, THOMAS | 1450931 | HV | 7/9/11 | | X | | X | X | | X | ⊗⊗ | X | | | X | | | | HEAT ILLNESS VS. SEPSIS |
| HINDS, JULIE | 1450130 | HB | 7/11/11 | X | | | | | | X | | X | | | | | | | |
| ROGERS, WILLIAM | 1717325 | DU | 7/11/11 | X | | | | | | | | X | X | X | X | | | | |
| SUMMERS, STEVEN | 1666914 | J3 | 7/11/11 | | | | | | | | | X | | | | X | | X | PILL LINE |
| DAVIS, RAYFORD | 1697047 | NF | 7/12/11 | X | | X | | | | | | X | X | | | X | | | |
| ACUNA, VICTOR | 1635974 | GG | 7/13/11 | | | | | | | | | X | X | X | X | | | | |
| JONES, DANARET | 1660200 | SB | 7/13/11 | | X | | | | | | | X | X | X | X | | | | |
| STOKES, RONALD | 550499 | B1 | 7/13/11 | | X | | | | | | | X | | X | | | | | |
| CUMMINS, ROBERT | 1115793 | RH | 7/18/11 | | | | | | | X | | X | X | X | X | | | | |
| HESTER, LEO | 1153910 | RH | 7/18/11 | | | | X | X | | | | X | | X | | | | | |
| GREGORY, DAVID | 1575590 | CN | 7/18/11 | | | | | | | X | ⊗⊗ | X | X | X | X | | | | |
| MOREHEAD, EARL | 1717952 | SB | 7/18/11 | | | | | | | | | X | X | X | X | | | | |
| WOTIPKA, GLENN | 1386406 | SB | 7/19/11 | | | | | | | | | X | | X | | | | | |
| GRAVES, DAVID | 1722578 | NE | 7/21/11 | X | | | X | | | | | X | X | X | | | | | |
| McCOLLUM, LARRY | 1721640 | HJ | 7/22/11 | | | X | X | X | | | ⊗ | X | | X | | | | | NO INFO IN CLINIC NOTE/NO EAC |
| EASLY, JACKIE | 1587760 | ST | 7/25/11 | X | X | | | | | X | | X | | X | X | | | | |
| BOTARGO-PALOMA | 1663525 | LH | 7/27/11 | | | | | | | X | | X | | | | | | | |
| PALOMO, PABLO | 1560862 | VS | 7/28/11 | | | | | | | | | X | X | X | | | X | | |
| MIZELL, DAVID | 410296 | E1 | 7/30/11 | X | X | | X | | | | | X | | | | | | | |
| REMO, SHANNON | 1710097 | LJ | 7/31/11 | | | X | X | | | | | X | | X | X | | | | 25 WEEK OB |
| MEYERS, THOMAS | 660515 | CO | 8/2/11 | X | | | | | | X | | X | | X | | | | | |
| SWANSON, ADAM | 1638679 | HD | 8/2/11 | X | X | X | X | | | | | X | X | X | | | | | |
| LELA, JOE, JON | 1719661 | HB | 8/2/11 | X | | X | | | | | | X | | X | | | | | |
| BLACK, LARRY | 1497435 | HB | 8/2/11 | | X | | X | X | | X | | X | X | | | | | | NO INFO IN EMR/NO EAC |
| DOUGLAS, TONNIE | 760759 | YO | 8/3/11 | | | | | | | | ⊗ | X | | X | | | | | |
| SEGADO, CLIFFORD | 1649677 | WY | 8/3/11 | | | | | | | | | X | | X | X | | | | |
| SEGHEMBLE, JUAN | 1701217 | E1 | 8/3/11 | | | | | | | X | | X | | X | X | | | | |
| SETTLES, EDWARD | 1559637 | BY | 8/3/11 | | | | | | | | | X | | X | | | | | |
| SIMS, RONNIE | 1690626 | CL | 8/3/11 | | | | | | | | | X | | X | | | | | |
| SWEET, PAUL | 1548013 | EA | 8/4/11 | X | | X | X | X | | X | | X | X | | X | | | | |
| AGEE, AUSTIN | 1043939 | MI | 8/4/11 | | | | | | | | | X | | | | | | | |
| COCKBURN, RONNIE | 1724311 | ND | 8/4/11 | | | | | | | | | X | X | | | X | | | |
| ROYLES, STEVEN | 1556013 | MI | 8/4/11 | X | | | | | | | | X | | X | | | | | |
| FUENTES, STEVEN | 1762148 | ND | 8/4/11 | | X | X | X | X | | X | | X | X | X | | X | | | |
| MORGAN, THOMAS | 1678289 | E1 | 8/4/11 | | | X | | | | | | X | | X | | | | | |
| OLDS, STEPHEN | 1703824 | LN | 8/4/11 | X | | | | | | | | X | | X | | | | | |
| PEEK, BRENT | 1491915 | MI | 8/4/11 | | X | | | | | | | X | | | | | | X | PILL WINDOW |
| REEVES, ROBERT | 400731 | CO | 8/4/11 | | X | X | X | | | | | | X | | X | | | | |

Page 1

Possible Heat-Related Illnesses 6/1/11 thru 8/10/11

| Name | ID | | Date | | | | | | | | | |
|------|-----|----|--------|---|---|---|---|---|---|---|---|---|
| VALL, MARK | 1698560 | CL | 8/4/11 | | | | | X | X | | | |
| VEBB, ROBERT | 1569761 | HD | 8/4/11 | | | | X | X | X | X | | |
| UCE, STEVEN | 1683764 | EA | 8/5/11 | | X | X | | X | | | | |
| OTO, VICENTE | 1437057 | E1 | 8/5/11 | | | | | X | | X | X | |
| ING, SPENCER | 749021 | MI | 8/6/11 | X | | | X | (X) | X | X | | |
| OOK, CHARLES | 1457546 | HD | 8/6/11 | X | | X | X | X | | | | |
| ALL, BRUCE | 1725286 | E2 | 8/8/11 | | | | X | (X) | X | | | |
| ARTONE, MICHAEL | 1393315 | HV | 8/8/11 | X | X | | X | (X) | X | X | | |
| OGONIZE, ALEXAND | 1578039 | MI | 8/8/11 | X | X | X | X | (X) | X | X | | |
| ARAMILLO, RAFAEL | 1288849 | JA | 8/9/11 | X | | X | X | X | X | X | | X |
| EDWING, STEVEN | 1726709 | DU | 8/10/11 | X | X | | X | X | X | | | INTAKE INTO TDCJ 8/10/11 |

Page 2

Plaintiffs' MSJ Appx. 3017          Emails Eason- TDCJ 245



Total number of heat-related illnesses in 2010 – 45 (0 deaths)

Total number of heat-related illnesses June 2011 – 23 (1 death); July 2011 – 27 (2 deaths); August 1 thru 10 – 29 (7 deaths) = 79









Heat-Related Illness Reported August 1 through 10, 2011