UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 180

# EAC Checklist

**EAC#: I-09196-07-12** **Supervisor: Lieutenant Kevin Brown**

**Date of Incident: June 30, 2012**
**Title of Incident: Offender Illness (Heat)**

Each incident requiring an EAC report will require the following checklist to be completed and included in the packet. Completed EAC packets will be forwarded to a Captain or above.

| YES | N/A | Item |
|---|---|---|
| ☒ | ☐ | 1. Administrative Review (if applicable) |
| ☒ | ☐ | 2. Supervisors Summary (Supervisors IOC summarizing the incident) |
| ☒ | ☐ | 3. Serious Incident Report Form |
| ☒ | ☐ | 4. Initial Report (E-Mail) |
| ☒ | ☐ | 5. Any EAC Updates or Addendum's |
| ☐ | ☒ | 6. Copy of offender offense reports (front and back) |
| ☒ | ☐ | 7. Employee Statements |
| ☒ | ☐ | 8. Offender Statements |
| ☒ | ☐ | 9. Photographs (of injuries, weapons, etc.) |
| ☒ | ☐ | 10. Copy of Travel Cards |
| ☐ | ☒ | 11. Offender Protection Investigation Report |
| ☐ | ☒ | 12. RM-03 Supervisor's Investigation of Injury |
| ☐ | ☒ | 13. RM-04 Injury Report |
| ☐ | ☒ | 14. Offender Death Information (copy of death packet) |
| ☒ | ☐ | 15. EAC Incident Forms |
| ☐ | ☒ | 16. Copy of Shift Roster |

*Revised 10-27-04*



Texas Department of Criminal Justice

**Brad Livingston**
**Executive Director**

Administrative Incident Review

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HUTCHINS STATE JAIL**

Incident Number: I-09196-07-12

**TO:** Emergency Action Center

**THRU:** Robert Eason
Region II Director

**SUBJECT:** **I-09196-07-12 Offender Illness (Heat)**

**PERSONS INVOLVED:** Offender Caddell, Bradley TDCJ#1697940; W/M; Age 51; G1 custody; Serving a 3-year sentence for DWI from Wise County; Sentence Begin Date 11/30/2010; TDCJ Received Date 03/17/2011.

**SUMMARY:** On July 2, 2012 at approximately 2056 hours, the Hutchins Unit reported to the Emergency Action Center (EAC) an Offender Illness (Heat). On July 2, 2012, after review with medical staff it was determined that Offender Caddell had received and Intravenous Fluids (IV) for Dehydration.

Offender Caddell, assigned to A4-dorm bunk 37, reported that on the morning of June 30, 2012, he woke up sweating and immediately took a shower and laid back down. During the morning he was feeling ill and sleeps a few more hours and when he awoke he felt worse than when he laid down. Offender Caddell then took another shower and then sat on the bench right in front of the floor fan waiting for the afternoon count to clear so he may get assistance. Offender Caddell was previously assigned to the Boiler Room and reassigned as medical unassigned on June 11, 2012. Offender Caddell told staff he needed to go to work and was allowed out for the dorm without question and went to the boiler room and used the direct phone to G-Control to notify staff of his illness and need for medical. Offender Caddell drunk 3 glass of ice water and went over to G-Building and Sgt Williams then allowed Offender Caddell to go to medical at approximately 03:45 pm.

The dorm temperature reached approximately 95degree and the high out side temperature was approximately 102.4 degrees on June 29, 2012. The morning dorm temperature on June 30, 2012 was approximately 85degrees.

Offender Caddell's body temperature was taken by Ms. Ray, LVN at 03:45 pm. and his temperature was 100. degrees. He was kept in the Emergency Room and given cool liquids. Offender Caddell's temperature was monitored at the following times 04:15 pm. 100.1 degrees, 04:45 pm. 101.1degrees, 05:15 pm. 101.4degrees, and again at 06:00 pm. 101.5degrees. Offender Caddell was then sent to Parkland by Ambulance at approximately 06:50 pm.

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

**CADDELL 01514** Plaintiffs' MSJ Appx. 4023

Offender, Caddell is on the heat restriction list, all fans in the dorm and ventilation system are functioning properly. There was cool water being place in the dorm throughout the day. The showers are open at all times during the dayroom and as needed. Duty Warden Major Terry May was notified of Offender Caddell being transported at approximately 1900 hours on June 30, 2012,

Offender Caddell was released back to the Hutchins Unit later that night and due to no medical on the facility till 06:00 am. July 1, 2012, Offender Caddell was placed in G-Building Holding Area and allowed a mattress and cool water (the G-Building Hold Area has tempered air). Medical staff arrived at 0600 hours and Offender Caddell's vital signs were taken and he was clear to return to a dorm. An appointment was made for the Offender Caddell to see a provider on July 2, 2012. On July 2, 2012, the unit provider examined offender Caddell and no further treatment was required.
Ms Theresa Alford from the Emergency Action Center was notified on July 2, 2012 at 2056 and issued incident number I-09196-07-12. Duty Warden Major Terry May was informed of the orginal transport of Offender Caddell on 6/30/2012 and Updated on July 2, 2012 that and IV was used to treat Offender Caddell's Dehydartion.

---

**ACTION/ INACTION:** The investigation reveals that staff involved did act in accordance with agency policy and procedures as it relates to this incident

**ATTACHMENTS:**
**ADMINISTRATIVE INCIDENT REVIEW**
**SERIOUS INCIDENT REPORT FORM-1**
**SUPERVISOR SUMMARY-1**
**EMAIL –1 (HAND WRITTEN BY Ms. Debore Ray)**
**ADDENDUM:-2**
**EMPLOYEE STATEMENT:-1**
**OFFENDER STATEMENT: –1**
**RM – 04 – 1**
**RM-03: - 1**
**PHOTOS:- 4**
**TRAVEL CARD: - 1**
**INCIDENTS NOT LISTED: - 1**
**ADMIN LAY-IN:-1**
**HOUSE/JOB ASSIGNMENT HISTORY: - 1**
**TEMPERATURE LOG**: -3

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
**CADDELL 01515**
Plaintiffs' App. 5024

**ADMINISTRATIVE REVIEW:**

In accordance with Administrative Directive 02.15 (rev.11), the following was addressed:

I. Wardens Comments:

The staff involved in this incident did act in accordance with policy and procedures. Once security staff was informed that the offender was ill medical attention was provided in a timely manner. Medical staff monitored offender Caddell and provided cool fluids and a cool place for the offender to rest. Once it was determined that offender Caddell needed further medical attention he was transported by ambulance to Parkland Hospital to be evaluated. Offender Caddell was unassigned from the boiler room job on June 11, 2012 but he continued to turnout for work. Courtroom staff had made the proper job assignment for Offender Caddell but there was no way to ensure the offender was properly notified of the job change. A process is in place to ensure that a turnout roster is being used to identify offenders assigned to the boiler room. Maintenance offender safety training does indicate proper training of boiler room offenders to include heat training and offender Caddell was trained. The dorm and other areas on the unit have posted "Recognition of Heat Illness", Offender Caddell is taking a diuretic and this may have contributed to his dehydration. Offender Caddell is on the Extreme Heat List and is on the 30 minute check list.

[signature]

Jeff Pringle, Senior Warden, Hutchins Unit

7-10-12

Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

CADDELL 01516

Plaintiffs' MSJ Appx. 6025

**DIRECTORS REVIEW:**

---

Robert Eason, Region II Director

Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136

CADDELL 001617

Plaintiffs' Appx. 3026

[illegible]

CHEMICAL AGENT INFORMATION

[illegible] TYPE AUTHORIZATION

---

TEAM AUTHORIZED YES X NO DECONTAMINATED YES X NO INJURIES YES X NO

ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO INCIDENT?
NO X

[illegible] APPLICABLE

| | |
|---|---|
| ...L SCANNER | NA |
| ...THROUGH METAL DETECTOR | NA |
| ...HELD METAL DETECTOR | NA |
| ...S. CHAIR | NA |
| ... SURVEILLANCE | NA |
| ...BEAT DETECTION SYSTEMS | NA |
| ...ALARM | NA |
| ...ETER FENCE DETECTION SYSTEMS | NA |
| ...RESISTANT VEST | NA |
| ...TIC DETECTOR CANINE | NA |
| ...PHONE DETECTOR CANINE | NA |
| ...CANINES | NA |
| ... CANINES | NA |
| ...ER CANINES | NA |
| ...ABAND INTERDICTION [illegible] | NA |
| ... NA | |

...APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S) ...IFIED ABOVE WAS RELEVANT TO THE INCIDENT.

...RY OF INCIDENT
.../2012 AT APPROXIMATELY [illegible] HOURS, THE HUTCHINS UNIT REPORTED ON ... AT APPROXIMATELY [illegible] HOURS, ... BRADLEY TDCJ [illegible] IN THE [illegible] HOUSING [illegible]

23 Sept 15
This page was unable to read! This is the best I could do!
Thanks
S.R.W.

[illegible] DATE REPORTED: [illegible] TIME REPORTED: [illegible]

[illegible] ACTION CENTER INCIDENT NO.: [illegible] 07 - [illegible]
[illegible] (IF APPLICABLE): [illegible]
[illegible]
[illegible] REGION [illegible] DATE OCCURRED: [illegible] TIME OCCURRED: [illegible]
[illegible] LOCATION: BOILER ROOM
[illegible] INCIDENT COMMANDER: (IF APPLICABLE)
[illegible] NAME: N/A
[illegible] INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
[illegible] NAME: N/A
[illegible] OF RESPONSE. (INDICATE ALL THAT APPLY)
[illegible] B [illegible] X N/A (IF INCIDENT WAS HANDLED WITHOUT
[illegible] RESPONSE TEAM)
[illegible] IDENTIFICATION: N/A
[illegible] OFFICE OF INSPECTOR GENERAL NOTIFIED: YES X NO
[illegible] INCIDENT [illegible] YES X NO

OFFENDER INFORMATION

| OFFENDER NAME (LAST, FIRST MI) | TDCJ # | CUST | RACE | SEX | AGE | INJ | [illegible] |
|---|---|---|---|---|---|---|---|
| DELL, RANDALL | [illegible] | [illegible] | W | M | [illegible] | [illegible] | [illegible] |

[illegible] TRANSFERRED [illegible] HOSPITAL [illegible]
[illegible] LIFE FLIGHT
[illegible] HOSPITAL: PARKLAND HOSPITAL
[illegible] REPLACED FLUIDS THROUGH IV

EMPLOYEE INFORMATION

| (LAST, FIRST MI) | SSN | RACE | SEX | AGE | RANK |
|---|---|---|---|---|---|

[illegible] ALLEGED [illegible] PLEASE PROVIDE THE FOLLOWING
[illegible] NAME (IF COMPLETED [illegible])
[illegible]

[illegible] OF THE OFFENDER. AT APPROXIMATELY 1800 HOURS, LIEUTENANT KELVIN BROWN WAS [illegible] THAT THE OFFENDER WAS [illegible] MEDICAL DEPARTMENT AND NEEDED [illegible] MEDICAL ATTENTION. LIEUTENANT BROWN WENT TO MEDICAL WHERE HE WAS INFORMED HIM [illegible] THE MEDICAL PROBLEMS THAT THE OFFENDER WAS HAVING AND THAT [illegible] WAS STILL GOING ON. AT THAT TIME, LIEUTENANT BROWN [illegible] PREPARE TO TRANSPORT OFFENDER CADDELL TO PARKLAND [illegible] BY AMBULANCE. ONCE HUTCHINS EMS ARRIVED, THE OFFENDER WAS ESCORTED

PARKLAND HOSPITAL. OFFENDER CADDELL WAS GIVEN IV FLUIDS AND MONITORED [illegible] PARKLAND HOSPITAL MEDICAL STAFF. LAB WORK WAS COMPLETED ON THE OFFENDER [illegible] HE WAS RELEASED TO RETURN TO THE UNIT. AT APPROXIMATELY 0030 HOURS, THE [illegible]ENDER WAS TRANSPORTED BACK TO THE HUTCHINS UNIT AND MONITORED IN G BLDG [illegible] TANK. OFFENDER CADDELL WAS GIVEN A MATRESS AND COOL WATER TO DRINK. [illegible]ENDER CADDELL WAS GIVEN A PASS TO SEE MEDICAL ON 7/1/2012. MEDICAL STAFF & [illegible]UTCHINS TOOK THE OFFENDERS VITAL SIGNS AND MADE AN APPOINTMENT FOR HIM TO [illegible] THE PROVIDER ON 7/2/2012. ON JULY 2, 2012, OFFENDER CADDELL WAS SEEN BY [illegible] UNIT PROVIDER. OFFENDER CADDELL [illegible] THAT THE PROVIDER INFORMED HIM THAT [illegible] TAKING WATER [illegible] AND THAT IS THE REASON THAT HE WAS DEHYDRATED. [illegible] DISCHARGE PAPERS FOR THE OFFENDER WAS EVALUATED AND AT 1840 HOURS, [illegible]TENANT BROWN WAS INFORMED THAT THE OFFENDER RECEIVED AN IV REPLACING HIS [illegible] FROM THE EMERGENCY ACTION CENTER WAS INFORMED AT [illegible] HOURS [illegible] WARDEN [illegible] WAS NOTIFIED [illegible] HOURS. ON JULY 2, 2012 [illegible] APPROXIMATELY [illegible] HOURS, LIEUTENANT BROWN ATTEMPTED TO SEND THE EMERGENCY [illegible] CENTER TELEX, HOWEVER THE COMPUTER SYSTEM WENT DOWN FOR MAINTENANCE. [illegible] FROM THE EMERGENCY ACTION CENTER WAS NOTIFIED OF THE REASON THAT [illegible] TELEX WAS NOT SENT. SHE INSTRUCTED ME TO STATE WAY IN THE SUMMARY. [illegible] TEMPERATURE LOG FOR THAT DAY STATED THAT THE OUTSIDE AIR TEMPERATURE [illegible] 95.7. THE HUMIDITY WAS 50% AND THE HEAT INDEX WAS 107.

[illegible] IV WAS GIVEN TO OFFENDER CADDELL AS A PRECAUTION WHILE TEST WERE [illegible]ISTERED TO DETERMINE THE CAUSE OF [illegible] TEMPERATURE. MEDICAL STAFF [illegible]LUATED OFFENDER CADDELLS DICHARGE PAPERS AND LIEUTENANT BROWN WAS [illegible]IFIED AT APPROXIMATELY 1615 HOURS ON 7/2/2012 OF THE TREATMENT GIVEN. ANY [illegible] INFORMATION WILL BE FORWARDED WHEN RECEIVED.

CADDELL 01521

Plaintiffs' MSJ Appx. 3030

# EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

EAC # I-09196-07-12

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Illness (Heat) | HJ | 7/2/2012 @ 2050 | Lieutenant Kevin Brown |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 6/30/2012 @ 1430 | A4-37 | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED? [ ] YES [x] NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL? [ ] YES [x] NO

### OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Caddell, Bradley | 1697940 | W.M | 51 | G1 | None | V |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL? [X] YES [ ] NO NAME OF HOSPITAL Parkland Hopsital

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED: N/A

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED: N/A

PRELIMINARY CAUSE OF DEATH: N/A

MOTIVE FOR ASSAULT/DEATH: N/A

NEXT OF KIN NOTIFIED? [ ] YES [X] NO DATE/TIME/BY WHOM: N/A

HUNTSVILLE FUNERAL HOME NOTIFIED: [ ] YES [x] NO DATE/TIME/BY WHOM: N/A

JUSTICE OF PEACE NOTIFIED: [ ] YES [X] NO DATE/TIME/BY WHOM: N/A

MEDICAL TRANSFER

FORVUS > EMS > 4.4

*Use the tab key to move down the list, type an 's' in front of: UTMB_XFR MEDICAL TRANSFER, press enter.*

___ EMERGENCY ___ ROUTINE

NAME OF INMATE: Caddell, Bradley INMATE NUMBER: 1697940

DIAGNOSIS: (Enter Medical, Mental Health or Dental)

NATURE OF TRANSFER: ___ SCHEDULED APPOINTMENT

X EVALUATION

SENDING PHYSICIAN: N. Beckstrom NP

ACCEPTING PHYSICIAN: ___

TRANSPORT TO: Parkland Hosp.

TRANSPORTATION MODE ORDERED: ___ CHAIN BUS ___ UNIT VAN

___ WHEELCHAIR VAN ___ AMBULANCE

___ OTHER ___

TRANSPORTATION MODE USED: ___ CHAIN BUS ___ UNIT VAN

___ WHEELCHAIR VAN ___ AMBULANCE

___ OTHER ___

HOUSING: A 4-19

*Press F8 to move to the next screen*

ACT OF VIOLENCE: N

UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N): Y

UNIT CONTACT NAME: D. Ray, LVN

JOB TITLE: LVN

TIME DEPARTED UNIT: 18:45 DATE DEPARTED UNIT: 6/30/12

TIME RETURNED: __:__ DATE RETURNED: __/__/___

SENT TO: (Leave blank)

*Use the tab key to move back to the command line (top left) type trans and press enter.*

Email Lists:

*For all transfer emails type this address in at the blinking cursor* – ALLTRANSFRS (no 'e')

*Press the tab key 4 times, and then type in additional destination addresses(s) Press enter.*

| ADDRESS | M List OWNER | DESTINATION |
|---|---|---|
| ALLTRANSFRS | KWE4053 | necessary personnel |
| TRANSFW1 | KWE4053 | all freeworld hospital transfers |
| TRANSHG1 | KWE4053 | Hospital Galveston |
| TRANSJ41 | KWE4053 | Jester IV Unit |
| TRANSSKY1 | KWE4053 | Skyview Unit |

*Go back to the command line and type sprint and press enter; this will send and print the email. Make*





PlaiGADDELL 01525034

dmission Summary

| Name | Number | Offense | Sent. | Ed. | GED |
|---|---|---|---|---|---|
| ADDELL, adley J. (W) | 1697940 | DWI | 3Y | 12 | N |

| Max Expir | Minimum Expiration | I.Q. | Age | DOB | Int./By | Religion |
|---|---|---|---|---|---|---|
| 11/29/2013 | 04/18/2012 | 92 | 50 | [redacted] | 03/30/2011 VAA / cjc | Baptist |

| | | Sent. Beg. | Date Received |
|---|---|---|---|
| unty: | Wise | 11/30/2010 | 03/17/2011 |
| ork Experience: | Construction Worker Painter | | |
| cational Skills: | None | | |

| st. | Commitments | Escapes |
|---|---|---|
| y Prob | | |
| ob Snt | 6-2REV | |
| ls | 6 | |
| ft'y | | |
| t Hosp | | |
| t Home | | |
| Trans | | |
| Jail | | |
| bA TF | | |
| CJ-ID | 1 | |
| Pris | | |

ALL POSTINGS

~~Jail Good Time Credited From Sentence Begin Date~~
70th/72nd/73rd LEGISLATURE - MANDATORY SUPERVISION PROSPECT
DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433
L1 EFF: 11/30/2010 W EFF: 11/30/2010

ADDELL,
adley J.
1697940

Transfers and Assignments

| Date | Place | Work |
|---|---|---|
| | | |

ALL POSTINGS (Cont'd.)

DWI (1) (3 years)

ILLNESS, INJURY OR DEATH - NOTIFY
Carol Caddell (WIF)
1302 E. Broadway #133, Pearland, TX 77581 (832-388-0807)

RACE: WHITE SEX: MALE HEIGHT: 05' 06" WEIGHT: 262

COMPLEXION: MEDIUM EYES: HAZ HAIR: GRY

NATIVITY: Hereford, Deaf Smith Co., TX

MARKS and SCARS:
MOLE UNDER CTR CHIN, ACNE SCARS RT/LFT CHKS, CUT SCAR TOP HEAD, CUT SCAR FRNT RT KNEE, CUT SCAR MID FRNT RT LEG

DETAINERS:
STATE JAIL DETAINER CAUSE #CR13806 EXPIRES 07/27/2011

CADDELL,
Bradley J.
#1697940

Transfers and Assignments

| Date | Place | Work |
| --- | --- | --- |

SUMMARY:

10 arrests involving 0 violent offenses--1 day Galveston County Jail DWI (paid fine, time served, NOT VERIFIED)--2 year adult probation Harris County 1986 DWI (completed, NOT VERIFIED)--2 year adult probation Harris County 1991 DWI (completed, NOT VERIFIED)--3 year adult probation Harris County 1997 Allowing Dangerous Driver To Borrow Motor Vehicle (completed, NOT VERIFIED)--5 year adult probation Harris County 2000 DWI (revoked to jail time served, NOT VERIFIED)--10 year adult probation Wise County 2005 DWI (revoked to present offense, VERIFIED)--5 year adult probation Wise County 2005 Possession Of A Controlled Substance Less Than 1 Gram (revoked to state jail, NOT VERIFIED)--X/TDCJ-CID #1131047, 2 year sentence Wise County DWI, received NH 11/19/2002, assigned NI 12/16/2002, maintained clear record, transferred HV 05/07/2003, released on mandatory supervision to Wise County 05/07/2003; discharged mandatory supervision 04/29/2004--as present TDCJ-CID #1697940, received ND 03/17/2011, maintained clear record--claims contact with 5 half siblings, wife, 2 children--claims father, mother deceased--claims married--state jail DETAINER cause #CR13805 expires 07/27/2011--

PRESENT OFFENSE SUMMARY:

The current offense of DWI involves the subject on 09/17/2005 during the daytime hours in Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited his vehicle and walked towards the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #: 02926384
FBI #: 715624EA0
SSN #: [redacted]
DL #: 00240786

The current offense of DWI involves the subject on [illegible] Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited his vehicle and walked towards the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #: 02926384
FBI #: 715624EA0
SSN #: [redacted]
DL #: 00240786

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Correctional Institutions Division**

1697940 000 3/17/2011 001

SIMS010 TEXAS DEPARTMENT OF CRIMINAL JUSTICE DATE 03/01/12
MEDICAL PROFILE INQUIRY TIME 09:36:51

AME CADDELL,BRADLEY J RACE/SEX W / M
DCJ NUMBER 01697940 DATE OF BIRTH [redacted] AGE 051
NIT ASSIGNED HJ HEIGHT 5 FT. 06 IN.
ATE ASSIGNED 04/06/11 WEIGHT 270 LBS. DATE 03/08/12
SN ASSIGNED ASSIGNMENT BLOOD PRESSURE 132 / 075 DATE 03/08/12
EC/DEP CODE RA MEDICAL CLASSIFICATION DATE 03/08/12
IV TEST
LERT CODES 1112 7970 0529 4011 7054 2780

| P | U | L | H | E | S | | |
|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | 1 | 2 | 1 | UTMB NUMBER | |
| M | A | A | A | B | A | HEARING PROBLEMS | N |
| P | | | P | | | DENTURES | N |
| | | | | | | PROSTHESIS | N |
| | | | | | | HISTORY OF TUBERCULOSIS | N |
| | | | | | | HISTORY OF HEPATITIS | N |
| | | | | | | DNA TEST | Y TEST DATE 03/22/11 |
| | | | | | | DNA AGENCY | TDCJ |
| | | | | | | JOB ASSIGNMENT IN TDCJ | UNASGN MEDICAL |

NTER 'P' TO PRINT, OR NEXT TDCJ NUMBER ________ OR NEXT SID ________
F2 DISPLAY ALERTS CODES PF3 DISPLAY HISTORY PF11 RETURN TO MENU PF12 EXIT