```
SHS1808            T.D.C.J. - INSTITUTIONAL DIVISION              01/12
AGE NO: 01      HEALTH SUMMARY FOR CLASSIFICATION SYSTEM    TIME: 09:39:33
                        SUMMARY OF TRANSACTIONS
NMATE NAME: CADDELL,BRADLEY J           TDCJ-ID #: 01697940


ATE              RESTRICTION                         AUTHORITY
5-21-2012        LOWER ONLY                          BECKSTROM
                 MEDICALLY UNASSIGNED
                 SEDENTARY WORK ONLY
                 NO LIFTING > 025 POUNDS
                 NO SQUATTING
                 NO CLIMBING
                 LIMITED SITTING
                 NO FOOD SERVICE WORK
                 NO WALKING ON WET UNEVEN SURFACES
                 DO NOT ASSIGN TO MEDICAL
                 NO TEMPERATURE EXTREMES
1-25-2012        LOWER ONLY                          BECKSTROM
                 SEDENTARY WORK ONLY
                 NO LIFTING > 025 POUNDS


F1 -HELP  PF3 -RETURN TO INQUIRY  PF7 -UP  PF8 -DOWN  PF10 -PRINT
NTER NEXT REQUEST/OR TDCNO _____   OR SIDNO _____
```

Plaintiff CADDELL 01530039

H I S T O R Y   I N Q U I R Y                    TIME 09:38:04

NAME CADDELL,BRADLEY J            TDC NUMBER  01697940 UTMB NUMBER

|  |  |  |  |  | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | WEIGHT |  | DATE | BLOOD PRESSURE | DATE | DCM | DCM | DCM | DCM | DCM | DCM |

| DATE | WEIGHT | DATE | BLOOD PRESSURE | DATE | P DCM | U DCM | L DCM | H DCM | E DCM | S DCM |
|---|---|---|---|---|---|---|---|---|---|---|
| 030812 | 276 | 030812 | 132/075 | 030812 | 3MP | 1A | 1A | 1A | 2BP | 1A |
| 050211 | 262 | 050211 | 116/070 | 050211 | 3MP | 1A | 1A | 1A | 2BP | 1A |
| 032211 | 280 | 032211 | 109/071 | 032211 | 3EP | 1A | 1A | 1A | 2BP | 1A |
|  |  |  |  | 032211 | 3EP | 1A | 1A | 1A | 2BP | 1A |
|  |  |  |  | 032111 | 1A | 1A | 1A | 1A | 1A | 1A |

PRESS ENTER TO RETURN THE PROFILE OR    ENTER 'P' TO PRINT THIS DISPLAY

Plaintiff CADDELL 001531040

# GENERAL INCIDENTS NOT LISTED

**EAC Incident No.**  I-09196-07-12

**Date/time of incident**    6-30-2012

**Specific location of incident**   A-4 dorm

**Type of incident that occurred**    Offender Illness (Heat)

## Offender(s) Information

| Name | TDCJ# | Race | Sex | Age | Custody |
|---|---|---|---|---|---|
| Caddell, Bradley | 1697940 | W | M | 51 | G1 |
| | | | | | |
| | | | | | |

**Injuries?    Yes _____   No _____   If yes, explain** _____

## Employee(s) Information

| Name | SSN | Race | Sex | Age | Rank |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |

**Injuries?    Yes _X_  No _____   If yes, explain**   HIGH TEMPERATURE

**Describe incident**
Offender Caddell was complaining of dizziness and a temperature. Medical staff monitored him
And determined that he needed further medical attention. Parkland Hospital determined that
The offender was dehydrated and gave him IV fluids.

Lieutenant Kevin Brown
**Name of Person Reporting Incident**

Ms. Theresa Alford
**Name of Person Notified at EAC**

: HUTCHINS

T.D.C.J. - INSTITUTIONAL DIVISION

ADMINISTRATIVE LAYINS BY HOUSE FOR 06/16/2012

06/18/2012

13:59:44

2,018

| # | NAME | TYP | HOUSING | JOB ASSIGNMENT | TIME | AUTHORITY |
|---|------|-----|---------|----------------|------|-----------|

HEAT

| # | NAME | TYP | HOUSING | JOB ASSIGNMENT | TIME | AUTHORITY |
|---|------|-----|---------|----------------|------|-----------|
| 031 | HOWARD, RONALD DEWA | A | A1-014T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | EBCOBEDO |
| 498 | ANDERSON, REGINALD | A | A1-015B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 018 | VAZQUEZ, PEDRO EDUA | A | A1-017B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 056 | JOHNSON, SCOTT ALLE | A | A1-019B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 065 | GEORGE, RODRICK | A | A1-020T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 523 | DEMERS, ADAM LEE | A | A1-021B | JANITOR K1 HALL 1ST | 23:00-23:15 | EBCOBEDO |
| 395 | PATTON, PATRICK LYN | A | A2-005B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 183 | BAKER, RICHARD DEAN | A | A2-033B | STOCK CLERK SUPPLY | 23:00-23:15 | ESCOBEDO |
| 308 | BLANE, LOUIS GENE J | A | A2-034T | JANITOR TF SHOWER SQ 1ST | 23:00-23:15 | ESCOBEDO |
| 326 | GAMBLE, ANTHONY PAU | A | A2-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 210 | MORRIS, LEE BALDWIN | A | A2-037B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 382 | ZOOK, GREGORY JAMES | A | A2-038T | PAINTER SQUAD | 23:00-23:15 | ESCOBEDO |
| 774 | ADAMS, GERALD | A | A2-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 361 | STEPHENS, STANLEY R | A | A2-043B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 310 | AUTRY, CECIL NAKIA | A | A2-044T | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 272 | PATE, JOHN DIMEDA | A | A2-045B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 776 | TORRES, ABELARDO | A | A2-046T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 89 | MORGAN, LEON KENNY | A | A2-047B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 148 | MOONEY, STEVEN | A | A3-005B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 123 | ROY, LONNIE | A | A3-015B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 68 | TOWNSEND, TYLER EDW | A | A3-017B | JANITOR EDUCATION 2ND | 23:00-23:15 | ESCOBEDO |
| 120 | RICHARDSON, DARRYL | A | A3-018T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 53 | HORTON, CHRISTOPHER | A | A3-019B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 25 | DODD, CHRISTOPHER J | A | A3-020T | GENERAL CLERK LIBRARY 1ST | 23:00-23:15 | ESCOBEDO |
| 60 | WINDHAM, HARVEY GEN | A | A3-021B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 40 | CHAMPION, JACOB | A | A3-022T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 113 | WAGONER, TOM JR | A | A3-023B | UTILITY SQUAD 02 | 23:00-23:15 | ESCOBEDO |
| 105 | WINTTERS, CHARLES E | A | A3-025B | UNASSGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 87 | ESTES, JESSE RICHAR | A | A3-026T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 99 | MCBRIDE, JAMES HOLL | A | A3-027B | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 19 | SWINNEY, TERRY JOE | A | A3-029B | STOCK CLERK LAUNDRY 1ST | 23:00-23:15 | ESCOBEDO |
| 59 | BISHOP, STEPHEN MAR | A | A3-033B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 26 | WRIGHT, CAMERON MON | A | A4-015B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 10 | BATTLES, MICHAEL LA | A | A4-034T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 47 | GLAPION, JOHN JOSEP | A | A4-035B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 34 | ROBERTS, JONATHON A | A | A4-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 40 | CADDELL, BRADLEY J | A | A4-037B | UNASSGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 51 | JOHNSON, CARNEASE L | A | A4-038T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 50 | LANE, WALTER LEWIS | A | A4-039B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 148 | WATTS, BRANDON MICH | A | A4-040T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 326 | SHANNON, GEORGE THO | A | A4-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 13 | MARTIN, DARRIN KEIT | A | A4-043B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 77 | RHODES, JOHN | A | A4-045B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 66 | HUFF, TRICO SHUMARK | A | A4-046T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 106 | THOMAS, ROBERT WESL | A | A4-047B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 151 | HAMMER, RYAN DOUGLA | A | A4-048T | JANITOR A2 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |

*(handwritten annotations in right margin:)* Alex House  A 419  Offender Caddell  #1697940

```
SIUCR15/CSUC15          TDC UNIT CLASSIFICATION REVIEW              CURRENT DATE: 10/30/12
JMTCICS/KBR0818        HOUSING/JOB ASSIGNMENT HISTORY                      AND TIME: 20:50:09
137/UC15  INMATE NAME: CADDELL,BRADLEY J                      TDCNO: 01697940


OUSING        |--HOUSING--| INM/HSG      JOB ASGN |---------JOB---------|
 DATE    UNIT |--ASGNMNT--| CUST  AUTH     DATE    |------ASSIGNMENT------| AUTH
 ---------HOUSING COMMENT----------|  |-----------JOB  COMMENT-----------|

/28/12  HJ   A4      019 B G1   G2 PE    06/12/12 UNASGN MEDICAL               MED
AT                                       06/11/12 UNASGN MEDICAL               MED
/28/12  HJ   UNASGN          G1   G2     09/12/11 BOILER OPR 2ND               WJP
/12/12  HJ   A4      037 B G1   G2 TJ    08/15/11 JANITOR F BLDG DORM 2ND      PM
/11/12  HJ   A1      016 T G1   GB PE    06/22/11 JANITOR C1 BLDG DORM 2ND     PM
/04/12  HJ   A1      013 B G1   GB PE    04/06/11 JANITOR A1 BLDG DORM 2ND     UCC
AT RESTRIC                               04/04/11 JANITOR DORM A 2ND           UCC
/04/12  HJ   UNASGN          G1   GB     03/31/11 JANITOR DORM B 2ND           UCC
/04/12  HJ   A1      013 B G1   GB PE    03/17/11 TRANSIENT PEND DIAG PROC CTR
/16/12  HJ   A1      033 B G1   GB UCC
/15/11  HJ   F3      011 B G2   G2 PM


MORE HOUSING/JOBS AVAILABLE
TER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

Plaintiff CADDELL 001534043

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: __H.T.__

6·29·12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75 | 60% | 75 | Burrell, La. |
| 7:30 a.m. | 78.5 | 59% | 75 | Burrell, La. |
| 8:30 a.m. | 83.7 | 59% | 90 | Burrell, La Stone |
| 9:30 a.m. | 88 | 57% | 93 | Burrell, La. |
| 10:30 a.m. | 91.4 | 56% | 96 | Burrell, La. |
| 11:30 a.m. | 94.5 | 55% | 96 | Burrell, La |
| 12:30 p.m. | 97.7 | 51% | 107 | Burrell, La |
| 1:30 a.m. | 101.2 | 50% | 110 | Burrell, La |
| 2:30 p.m. | 102.4 | 50% | 120 | WHITEHEAD, S |
| 3:30 p.m. | 101.7 | 48% | 110 | WHITEHEAD, S |
| 4:30 p.m. | 101.5 | 42% | 110 | WHITEHEAD, S. |
| 5:30 p.m. | 101.7 | 40% | 110 | WHITEHEAD, S. |
| 6:30 p.m. | 101.7 | 36% | 104 | WHITEHEAD, S. |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: Hutchins

6·30·12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75.8 | 62°70 | 76 | Burrell, la |
| 7:30 a.m. | 78.5 | 60 °/o | 76 | Burrell, La |
| 8:30 a.m. | 82.1 | 58% | 81 | Burrell, la. |
| 9:30 a.m. | 87.5 | 57°/o | 88 | Burrell, La. |
| 10:30 a.m. | 89.3 | 56°/o | 88 | Burrell, la. |
| 11:30 a.m. | 95.2 | 54°/o | 101 | Burrell, la. |
| 12:30 p.m. | 98.8 | 50°/o | 101 | Burrell, La. |
| 1:30 a.m. | 97.4 | 50°/o | 101 | Burrell, la. |
| 2:30 p.m. | 99.7 | 50 % | 107 | WHITEHEAD,S |
| 3:30 p.m. | 103.5 | 47% | 110 | WHITEHEAD,S |
| 4:30 p.m. | 100.6 | 47% | 110 | WHITEHEAD,S. |
| 5:30 p.m. | 98.8 | 43% | 101 | WHITEHEAD,O. |
| 6:30 p.m. | 102.8 | 42% | 110 | WHITEHEAD,S. |

**Emergency Services After Visit Summary**

Parkland Health & Hospital System 5201 Harry Hines Blvd
Dallas, Texas 75235 214-590-8000

**Caddell, Bradley #4569916(HAR: 610935700) (CSN: 332957737) (51 year old M) EDMAIN-WEST B-WSTB (Adm: 6/30/12) Emergency**

**Allergies as of 6/30/2012**                                    Date Reviewed: **6/30/2012**
  No Known Allergies

**Chief Complaint**
  Headache [52]

**Diagnoses**
  Dehydration
  Heat stroke and sunstroke

**ED Diagnosis**
  Dehydration
  Heat stroke and sunstroke

**ED Disposition**
  **Discharge**

**Current Prescriptions**
  None

**Medication List**
  Notice

  You have not been prescribed any medications.

**Immunization History as of 6/30/2012**                              Never Reviewed
  No immunizations on file.

**Follow-up Information**

| Follow up With | Details | Comments | Contact Info |
|---|---|---|---|
| JAIL HEALTH | | If symptoms worsen | 600 Commerce Blvd. Suite 760 Dallas Texas 75202-4612 214-712-3032 |

**PCP and Location**

| PCP | Location |
|---|---|
| - | EMERGENCY SERVICES[2501] |

**Discharge Instructions**

# Dehydration

Dehydration is the reduction of water and fluid from the body to a level below that required for proper functioning.

CAUSES
Dehydration occurs when there is excessive fluid loss from the body or when loss of normal fluids is not adequately replaced.
➢ Loss of fluids occurs in vomiting, diarrhea, excessive sweating, excessive urine output, or

excessive loss of fluid from the lungs (as occurs in fever or in patients on a ventilator).
➢  Inadequate fluid replacement occurs with nausea or decreased appetite due to illness, sore throat, or mouth pain.

## SYMPTOMS
### Mild dehydration
➢  Thirst (infants and young children may not be able to tell you they are thirsty).
➢  Dry lips.
➢  Slightly dry mouth membranes.

### Moderate dehydration
➢  Very dry mouth membranes.
➢  Sunken eyes.
➢  Sunken soft spot (*fontanelle*) on infant's head.
➢  Skin does not bounce back quickly when lightly pinched and released.
➢  Decreased urine production.
➢  Decreased tear production.

### Severe dehydration
➢  Rapid, weak pulse (more than 100 beats per minute at rest).
➢  Cold hands and feet.
➢  Loss of ability to sweat in spite of heat and temperature.
➢  Rapid breathing.
➢  Blue lips.
➢  Confusion, lethargy, difficult to arouse.
➢  Minimal urine production.
➢  No tears.

## DIAGNOSIS
Your caregiver will diagnose dehydration based on your symptoms and your exam. Blood and urine tests will help confirm the diagnosis. The diagnostic evaluation should also identify the cause of dehydration.

## PREVENTION
The body depends on a proper balance of fluid and salts (*electrolytes*) for normal function. Adequate fluid intake in the presence of illness or other stresses (such as extreme exercise) is important.

## TREATMENT
➢  **Mild dehydration** is safe to self-treat for most ages as long as it does not worsen. Contact your caregiver for even mild dehydration in infants and the elderly.
➢  In teenagers and adults with **moderate dehydration**, careful home treatment (as outlined below) can be safe. Phone contact with a caregiver is advised. Children under 10 years of age with moderate dehydration should see a caregiver.
➢  If you or your child is **severely dehydrated**, go to a hospital for treatment. Intravenous (IV) fluids will quickly reverse dehydration and are often lifesaving in young children, infants, and elderly persons.

## HOME CARE INSTRUCTIONS
Small amounts of fluids should be taken frequently. Large amounts at one time may not be tolerated. Plain water may be harmful in infants and the elderly. Oral rehydration solutions (ORS) are available at pharmacies and grocery stores. ORS replaces water and important electrolytes in proper

proportions. Sports drinks are not as effective as ORS and may be harmful because the sugar can make diarrhea worse.

➢ As a general guideline for children, replace any new fluid losses from diarrhea and/or vomiting with ORS as follows:
- If your child **weighs 22 pounds or under** (10 kg or less), give 60-120 mL (1/4-1/2 cup or 2-4 ounces) of ORS for each diarrheal stool or vomiting episode.
- If your child **weighs more than 22 pounds** (more than 10 kg), give 120-240 mL (1/2-1 cup or 4-8 ounces) of ORS for each diarrheal stool or vomiting episode.

➢ If your child is vomiting, it may be helpful to give the above ORS replacement in 5 mL (1 teaspoon) amounts every 5 minutes and increase as tolerated.

➢ While correcting for dehydration, children should eat normally. However, foods high in sugar should be avoided because they may worsen diarrhea. Large amounts of carbonated soft drinks, juice, gelatin desserts, and other highly sugared drinks should be avoided.

➢ After correction of dehydration, other liquids that are appealing to the child may be added. Children should drink small amounts of fluids frequently and fluids should be increased as tolerated. Children should drink enough fluids to keep urine clear or pale yellow.

➢ Adults should eat normally while drinking more fluids than usual. Drink small amounts of fluids frequently and increase the amount as tolerated. Drink enough fluids to keep urine clear or pale yellow. Broths, weak decaffeinated tea, lemon-lime soft drinks (allowed to go flat), and ORS replace fluids and electrolytes.

**Avoid**:
- Carbonated drinks.
- Juice.
- Extremely hot or cold fluids.
- Caffeine drinks.
- Fatty, greasy foods.
- Alcohol.
- Tobacco.
- Too much intake of anything at one time.
- Gelatin desserts.

➢ Probiotics are active cultures of beneficial bacteria. They may lessen the amount and number of diarrheal stools in adults. Probiotics can be found in yogurt with active cultures and in supplements.

➢ **Wash your hands well to avoid spreading germs (*bacteria*) and viruses.**

➢ Antidiarrheal medicines are not recommended for infants and children.

➢ Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. **Do not give aspirin to children.**

➢ For adults with dehydration, ask your caregiver if you should continue all prescribed and over-the-counter medicines.

➢ If your caregiver has given you a follow-up appointment, it is very important to keep that appointment. Not keeping the appointment could result in a lasting (*chronic*) or permanent injury and disability. If there is any problem keeping the appointment, you must call to reschedule.

## SEEK IMMEDIATE MEDICAL CARE IF:
➢ You are unable to keep fluids down or other symptoms become worse despite treatment.

➢ Vomiting or diarrhea develops and becomes persistent.

➢ There is vomiting of blood or green matter (*bile*).

➢ There is blood in the stool or the stools are black and tarry.

➢ There is no urine output in 6 to 8 hours or there is only a small amount of very dark urine.

➢ Abdominal pain develops, increases, or localizes.

➢ You or your child has an oral temperature above 102° F (38.9° C), not controlled by medicine.

➢ Your baby is older than 3 months with a rectal temperature of 102.0°F (38.9° C) or higher.

➢ **Your baby is 3 months old or younger with a rectal temperature of 100.4° F (38° C) or**

**higher.**

➤ You develop excessive weakness, dizziness, fainting, or extreme thirst.

➤ You develop a rash, stiff neck, severe headache, or you become irritable, sleepy, or difficult to awaken.

## MAKE SURE YOU:

➤ Understand these instructions.

➤ Will watch your condition.

➤ Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006  Document Re-Released: 03/14/2011
ExitCare® Patient Information ©2011 ExitCare, LLC.

## Financial Classification Instructions

You may be eligible for benefits to pay all or part of your hospital bills through one or more of the various federal, state and county programs.

To find out if you qualify, you'll need to meet with a financial counselor at one of the various financial counseling services located at the hospital or at one of Parkland's community health centers.

You will need to bring:

1. Birth Certificate for minor children( children under 18)

2. Statement from your physician if you are disabled (on their letter head) or obtain one of Parklands Medical Statements.

3. If employed, bring your most recent pay stubs.

   -If full-time, 2 payroll stubs (if paid weekly, bi-weekly, or monthly).

   -If employed part-time, you will need 4 pay stubs.

   -If you don't have pay stubs, you will need to obtain an employment verification form.

4. If unemployed, you will need to go to Texas Workforce Commission (TWC) and bring in statement that you are not currently employed.

5. If self employed bring in your most recent 1040 tax return.

6. Any other proof of income (for example, pension, child support for current year).

7. If married, you must have copy of both spouses identification.

8. Proof of Dallas County residency.  This may include the current rent receipts, current lease  agreement, utility bills, or referral letter from state or local agencies (on agency letterhead).

9. Your assets such as current bank statement, car title or insurance card, or property tax statement.

10. Your debts and liabilities (for example, car loan agreement, unpaid medical bills, or

Caddell, Bradley (MR # 4569916)     Plaintiff CADDELL 01540049



Dallas, Texas

## CONSENT TO MEDICAL TREATMENT



CON130

| | |
|---|---|
| MRN: 4569916 | DOB: |
| Caddell,Bradley | Adm: 6/30/2012 |
| EDMAIN | WH/M |
| HAR: 610935700 | |
| CSN: 332957737 | |

## Consent for Medical Treatment and Photography

I do hereby voluntarily consent to and authorize Parkland to provide care encompassing all diagnostic and therapeutic treatments, including HIV testing, considered necessary or advisable in the judgment of the attending physician or his/her designee. By signing this form, I do not waive my right to refuse recommended tests or treatments.

I understand that Parkland functions in part as a teaching institution and I hereby acknowledge and consent to the use of myself and related records, laboratory work and specimens and diagnostic results from time to time for instructional purposes or machine testing at the sole discretion of Parkland.

I understand that photographs, videotapes, digital and other images may be recorded to document my care, and I consent to this. I understand that these images will be stored in a secure manner that will protect my privacy and that they will be kept for the time period required by law or outlined in Parkland procedures. Images that identify me will be released or used outside Parkland only upon written authorization from me or my legal representative.

## Acknowledgement of Use and Disclosure of Protected Health Information

I understand:

- Parkland personnel and my physician create and maintain a record of the care and services provided to me.
- Information relating to my treatment, payment or health care operations may be used or disclosed in the management and delivery of care and services provided by Parkland.
- I have received a copy of Parkland's Notice of Privacy Practices that describes how my protected health information may be used or disclosed.
- I have received, read and understand the Patient Bill of Rights located on the back of this form.

## Notice of Exchange of Medical Record

Parkland participates in an electronic medical record exchange program and shares limited information about you with other health care facilities and providers that participate in the program for purposes of the delivery of care and services to you. This exchange includes information such as your name, date of birth, and contact information. If you do not wish to have this limited information shared with other healthcare facilities or providers that participate in the exchange, please notify your nurse or physician.

## Valuables

I understand that Parkland does not assume the responsibility for the safekeeping of any personal property that I choose to keep on my person or in my hospital room during my stay.

I have read and understand the above, they have been explained to me to my satisfaction, I accept and agree to the items contained in this Consent to Medical Treatment.

| Signature (Patient, Guardian or Legally Authorized Representative) | Printed Name (Patient, Guardian or Legally Authorized Representative) | Date 6/30/12 | Time 7:50 a.m. (p.m.) |
|---|---|---|---|

Relationship to Patient (if applicable): ☐ Spouse ☐ Parent/Guardian ☐ Other: (specify) _____

| Parkland Representative Signature | Printed Name Rosa Valdyes | ID # 33418 | Date 6/30/12 | Time 7:50 a.m. (p.m.) |
|---|---|---|---|---|

| Interpreter Signature | Printed Name | ID # | Date | Time | a.m. p.m. |
|---|---|---|---|---|---|



Dallas, Texas

**PATIENT STATEMENT OF RESPONSIBILITY**

MRN: 4569916
Caddell,Bradley
EDMAIN
HAR: 610935700
CSN: 332957737
DOB:
Adm: 6302012
WH/M



PSR189

## Patient Medication Assistance Programs

PHHS may be able to receive credit from Patient Medication Assistance Programs for some of the medications that I receive, if I meet the qualifications. If PHHS receives this credit, charges associated with these medications will be deducted from my bill. My signature below authorizes PHHS to sign, on my behalf, application forms necessary to obtain available reimbursement from Patient Medication Assistance Programs. I give my consent to release my information to Pharmaceutical Companies for Prescription Bulk Replacement Programs for Auditing Purposes only.

## Financial Obligations/Assignments of Benefits

### I understand:
- Withholding or providing false information could result in criminal or civil penalties under Texas law.
- I am responsible for payment of all charges related to medical services rendered which are not covered by insurance or a third-party program. I further understand that such charges are due upon dismissal.
- PHHS has the right to pursue full collection efforts including credit checks, asset inquiries and litigation.
- I will receive separate bills for services I receive from physicians, and other healthcare providers.
- My signature below authorizes payment directly to PHHS of all benefits otherwise payable to me by any third-party payor.
- I may receive services from a facility-based physician (radiologist, anesthesiologist, pathologist, emergency department physician or neonatologist), who is not a participating provider with the same insurance companies as PHHS. I may receive a bill for medical services from a facility-based physician for the amount unpaid by my insurance company. I may request information from a facility-based physician on whether the physician has a contract with my insurance company and under what circumstances I may be responsible for payment of any amount not paid by my insurance company. I may request a list of names and contact information for facility-based physicians.

PHHS is: ☐ N/A ☑ In-Network ☐ Out-of-Network with my insurance payor.

I have read and understand the above, they have been explained to me to my satisfaction, I accept and agree to the items contained in this Statement of Responsibility.

Signature (Patient, Guardian or Legally Authorized Representative) — Printed Name: Bradley S Caddell — Date: 6/30/12 — Time: 8.50 p.m.

Relationship to Patient (if applicable) ☐ Spouse ☐ Parent/Guardian ☐ Other: (specify) _____

PHHS Representative Signature — Printed Name — ID #: 334/8 — Date: 6/30/12 — Time: 8.50 p.m.

Interpreter Signature — Printed Name — ID # — Date — Time — a.m./p.m.

# PARKLAND HEALTH & HOSPITAL SYSTEM ADMISSION/REGISTRATION FACESHEET



**Admit/Appt Department: ED MAIN**
**Admit Dx/Chief Complaint:**

No admission diagnoses for hospital encounter.
Patient Notice:                    Advance Directive: No
Admit Date: 6/30/2012            Discharge Date:

**MRN #: 4569916**
**HAR #: 610935700**
**CSN #: 332957737**

Privacy Notice: Acknowledgement

## ISO/INFECTION INFO
**Isolation:**
**Infection:**

**Attend:**
**PCP:**

## PATIENT INFORMATION
CADDELL,BRADLEY
1500 E Langdon Rd
Dallas TX 75241

DOB: ▓▓▓▓ (51 yrs)
Marital Status: Married
Sex: Male

Race: White

**County: BRAZORIA**
Home Phone: 972-225-1304 (Temp)

No relevant phone numbers on file.

Alias:

## EMERGENCY NOTIFICATION
Extended Emergency Contact Information

Emergency Contact #1
Name: Caddell,Caral
Home Phone Number: 832-880-0807
Relation: Spouse

## GUARANTOR INFORMATION
CADDELL,BRADLEY
1302 East Roadway
Pearland, TX 77581
Work Phone:

**Financial Class:** Medicaid
Relationship: Self
Sex: Male

## PRIMARY INSURANCE
**UTMB INMATES**
301 UNIVERSITY BLVD.
Galveston, TX 77555-1008
Phone: 000-000-0000

Subscriber: CADDELL,BRADLEY
Relationship: Self
Cvg Group #:
Subscriber #: 804638

## SECONDARY INSURANCE

Subscriber:
Relationship:
Cvg Group #:
Subscriber #:

Phone:

## EMPLOYER INFORMATION
Employer:
No address on file.

**PRINT DATE:** 6/30/2012

A20

**From:**   Terry May/Institutional/TDCJ
**To:**   Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ

**Date:**   Sunday, July 01, 2012 11:41AM
**Subject:**   offender Caddell 1697940

Warden,

  I interviewed offender Caddell 1697940, his housing assignment is A 4-19 the offender states that he did have a fan on him but sometime through out the night another offender repositioned the fan, when he woke up he was sweating so he took a shower, but was still feeling bad. So after count cleared he went to the boiler room were he called G control, and told them he needed to go to medical. At this time he had not worked in the boiler room, he stated that his shift was from two till ten, the offender states that it was not the boiler room that was hot, and that he had gotten hot on the dorms because some one moved the fan.

Offender Caddell arrived at Hutchins 04-6-2011 and was assigned as a dorm janitor, his restrictions at that time were no lifting over 25 lbs, limited sitting, no food service, and do not assign to medical and no temperature extremes. This offender was a dorm janitor up till September 12, 2011, were he was then made a boiler room operator. He was then seen on committee February 16 2012 and promoted to a G1. Offender Caddell was then unassigned medical on 6-11-2012 and as the document shows he is still unassigned medical.

The offender said he never received a lay in stating that he was unassigned medical but has been turning out for work.

During the conversation he stated that he had been interviewed by Sgt. Warfield for an investigation on an assaulted offender on A4 dorm, and has been having a little problem with the other offenders thinking he was the one that told.

At this time I have had the offender moved to another bunk number 35 a heat restriction bunk were there is air blowing on it. The offender is alert and able to make conversation and is coherent, if I find out any more information I will forward it to you.

Plaintiff CADDELL 015053

7-1-2012

Im in Dorm A4-19 - Went to sleep Friday night
with FAn in the Direcktion of Heat Restriktions
Burls. when I woke up the fans were moved.
And I woke up sweating, Got up took a show
feeling Bad, When finsh laid Back down
and tryed to sleep but the longer I layd ther
the Hoter I got, So I tried to set in front
of the New Fan they put under tho T.V.
Started getting cold chiles and sweating and
Had a hard time secing, So I got dresse
and waited for 1:30 count to clear,
When cleared I went to Boiler Room called
G Building talk to Ms Whitehead and asko
her to call my Relirf in, That I need to
go to Medical, 15 min later, My Relirf
showed up A3-55 and I went to G-
Building and Ms White head wroke me a
pass for Medical
On 6-30 I did not work in the Boiler
Room all day

Brad Caldell

7-1-12

TDC # 1697940

HOUSE/JOB CHANGE

NAME: CADDELL,BRADLEY J                NO: 01697940

DATE: 06/11/2012  15:35:04              RACE: W

THE ABOVE NAMED AND NUMBERED INMATE IS TO
BE ASSIGNED AS FOLLOWS:

OLD HOUSE: A1-013B
NEW HOUSE: A1-016T

OLD JOB:
NEW JOB:

COMPLETED BY:_____

APPROVED BY:_____

NIT: HUTCHINS                     T.D.C.J. - INSTITUTIONAL DIVISION                    PAGE

                                 UNIT ACTIVITY FOR 06/11/2012                          06/11/201

                                                                                      22:02:4

| TIME | TDC# | NAME | R | HOUSE | JOB DESCRIPTION |
|------|------|------|---|-------|-----------------|
| 5:26:40 | 01776681 | BROWN,KEITHAN JAY | W | FR: E2-051B<br>TO: D1-022T | JANITOR E BLDG DORM 1ST<br>TRANSIENT OTHER |
| 3:32:25 | 01787155 | BULLARD,CHRISTOPHER ALLEN | W | FR:<br>TO: C5-010T | TRANSIENT PEND DIAG PROCESSIN( |
| 5:52:17 | 01762490 | BUTLER,JASON PAUL | W | FR: B7-018T<br>TO: D3-035B | |
| 5:53:41 | 01762490 | BUTLER,JASON PAUL | W | FR:<br>TO: | DRUG/ALCOHOL-TURNING POINT<br>JANITOR D BLDG DORM 1ST |
| 3:49:47 | 01781353 | CABALLERO,RENE JR | H | FR:<br>TO: A1-010T | JANITOR A1 BLDG DORM 2ND |
| 9:03:22 | 01697940 | CADDELL,BRADLEY J | W | FR:<br>TO: | BOILER OPR 2ND<br>UNASGN MEDICAL |
| 5:35:04 | 01697940 | CADDELL,BRADLEY J | W | FR: A1-013B<br>TO: A1-016T | |
| 4:37:23 | 01785489 | CANTU,ANGEL ANTHONY | H | FR: C7-056T<br>TO: D1-014T | TRANSIENT PEND DIAG PROCESSIN(<br>UNASGN PENDING ASSIGNMENT |
| 5:43:53 | 01767440 | CHAMPION,JACOB | W | FR: A3-014T<br>TO: A3-022T | |
| 1:56:58 | 01767440 | CHAMPION,JACOB | W | FR: A3-022T<br>TO: A3-014T | |
| 1:59:48 | 01767440 | CHAMPION,JACOB | W | FR: A3-014T<br>TO: A3-022T | |
| 4:37:38 | 01785474 | CHAVIRA,JAVIER JUAN | H | FR: C5-024T<br>TO: D2-032T | TRANSIENT PEND DIAG PROCESSIN(<br>JC UTILITY SQUAD 04 |
| 5:47:08 | 01772923 | CLARK,NATHANIEL | B | FR: A4-041B<br>TO: A3-049B | |
| 5:41:04 | 01687013 | CLARK,TONY RAYLYNN | B | FR: A2-032T<br>TO: A2-044T | |
| 4:38:23 | 01785023 | CLEVELAND,PATRICK BERNARD | B | FR: C6-038T<br>TO: D4-032T | TRANSIENT PEND DIAG PROCESSIN(<br>UTILITY SQUAD 05 |
| 4:38:04 | 01785490 | COKER,JEREMY LEE | W | FR: C6-002T<br>TO: D4-056T | TRANSIENT PEND DIAG PROCESSIN(<br>UTILITY SQUAD 05 |

```
***********************************************************
** REQUESTOR: CC04161 - COZART, CAROL      HUTCHINS JAIL FACILITY    ***
***********************************************************
**                S Y S M   I N B A S K E T   P R I N T           ***

ESSAGE ID: 833276      DATE: 07/03/12  TIME: 03:38am  PRIORITY: 000

O:        CC04161 - COZART, CAROL
          ADMINISTRATIVE ASSISTANT II
          HUTCHINS JAIL FACILITY
          1500 E. LANGDON RD.
          DALLAS, TEXAS 75241



ROM:      KBR0818 - BROWN, KEVIN
          LIEUTENANT
          HUTCHINS JAIL FACILITY
          1500 E. LANGDON RD.
          DALLAS, TEXAS 75241
```

```
UBJECT:  I-09196-07-12


T WAS REPORTED THAT DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED ON
/1/2012 WHEN IN FACT HE WAS NOTIFIED ON 6/30/2012 AT APPROXIMATELY
900 HOURS.



LIEUTENANT K BROWN
HUTCHINS STATE JAIL.

Sent to:  HJEAC            <list>              (to)
          HJADMIN          <list>              (to)
          HJLTS            <list>              (to)
```

```
***********************************************************************
** REQUESTOR: CC04161 - COZART, CAROL        HUTCHINS JAIL FACILITY        ***
***********************************************************************
**              S Y S M   I N B A S K E T   P R I N T                    ***
```

ESSAGE ID: 833164        DATE: 07/03/12  TIME: 01:36am  PRIORITY: 000

O:        CC04161 - COZART, CAROL
          ADMINISTRATIVE ASSISTANT II
          HUTCHINS JAIL FACILITY
          1500 E. LANGDON RD.
          DALLAS, TEXAS 75241


ROM:      KBR0818 - BROWN, KEVIN
          LIEUTENANT
          HUTCHINS JAIL FACILITY
          1500 E. LANGDON RD.
          DALLAS, TEXAS 75241
_____


UBJECT:   I-09196-07-12


HE SPECIFIC LOCATION STATED ON THE EAC TELEX WAS BOILER ROOM. OFFENDER
ADDELL WAS IN HIS HOUSING LOCATION OF A-4 DORM WHEN HE BEGAN TO FEEL
LL. THE OFFENDER WENT TO HIS WORK LOCATION (BOILER ROOM) AND NOTIFIED
TAFF FROM THERE.


IEUTENANT K BROWN
UTCHINS STATE JAIL

ent to:   HJEAC              <list>              (to)
          HJLTS              <list>              (to)
          HJADMIN            <list>              (to)
```

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: Hutchins

6·30·12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75.8 | 60% | 76 | Burrell, La |
| 7:30 a.m. | 78.5 | 60% | 76 | Burrell, La |
| 8:30 a.m. | 82.1 | 58% | 81 | Burrell, La. |
| 9:30 a.m. | 87.5 | 57% | 88 | Burrell, La. |
| 10:30 a.m. | 89.3 | 56% | 88 | Burrell, La. |
| 11:30 a.m. | 95.2 | 54% | 101 | Burrell, La |
| 12:30 p.m. | 98.8 | 50% | 101 | Burrell, La. |
| 1:30 a.m. | 97.4 | 50% | 101 | Burrell, La. |
| 2:30 p.m. | 99.7 | 50% | 107 | WHITEHEAD,S |
| 3:30 p.m. | 103.5 | 47% | 110 | WHITEHEAD,S |
| 4:30 p.m. | 100.6 | 47% | 110 | WHITEHEAD,S. |
| 5:30 p.m. | 98.8 | 43% | 101 | WHITEHEAD,O. |
| 6:30 p.m. | 102.8 | 42% | 110 | WHITEHEAD,S. |