UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 181

*Heat*

**Fw: Employee Heat Related Illness**
Lorie Davis to: Robert Eason                                                08/06/2013 04:52 PM

From: Lorie Davis/Institutional/TDCJ
To: "Robert Eason" <robert.eason@tdcj.state.tx.us>
Mail #:

Its been a crazy day boss. This diagnosis is not official and eac didn't take it. When the employee notifies unit of what doctor says it probably will be.

The van was air conditioned. She had been in it since turnout this morning. The temp outside was 94 with heat index of 104 the first time she went to the respite area of infirmary and it was 98 and 112 the second time.
Thanks, llwd
Lorie Davis

```
----- Original Message -----
    From: Lorie Davis
    Sent: 08/06/2013 03:05 PM CDT
    To: Robert Beard
    Cc: Roger Pawelek
    Subject: Re: Employee Heat Related Illness
```
How long had she been assigned to mobile patrol? How often was she getting breaks if it had been all day? Was the car air conditioned? What was the temperature and the heat index at the time of the incidents? Why was EAC notified before I was?
please let me know, thx, llwd


*********************
Lorie L.W. Davis
Region III Director

Excellence is not a skill. It is an ATTITUDE!

| Robert Beard | At approximately 1130 hours Correctional Office... | 08/06/2013 03:02:09 PM |
|---|---|---|

From: Robert Beard/Institutional/TDCJ
To: Lorie Davis/Institutional/TDCJ@TDCJ, Roger Pawelek/Institutional/TDCJ@TDCJ, stephen.henson@tdcj.state.tx.us, majorhenson@gmail.com
Date: 08/06/2013 03:02 PM
Subject: Employee Heat Related Illness

At approximately 1130 hours Correctional Officer IV Lois Williams ss# ████████ reported feeling dizzy and hot while working the perimeter patrol position. Officer Williams was relieved and escorted to the unit infirmary where she was evaluated by Johnnie Abraham, Nurse Practician. Mr. Abraham stated his opinion is the officer was over heated and had a slightly elevated blood pressure. Officer Williams used a fan, cold moist towel, and drinking water to recover. Officer Williams remained in the unit infirmary until she recovered and requested to returned to duty. Officer Williams was cleared to return to duty by Nurse Practician Abraham. Officer Williams was reassigned to the gym recreation position at 1245 hours. At 1355 hours Officer Williams stated she felt dizzy again and returned to medical where she was cooled down in the same manner as stated above until such time as her daughter arrives to take her to go see her primary physician. I spoke with Miss Latrina Williams, the daughter of Officer Williams by telephone at approximately 1420 hours and gave her an update on her mother's condition. Officer Williams daughter

arrived at 1452 hours. A workers comp packet is being completed, EAC has been notified and the incident is not reportable at this time. Miss Williams has been instructed to report her condition after she sees he physician. I will provide an update at that time.
Respectfully

Robert G. Beard Jr.
Assistant Warden
C. T. Terrell Unit.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>         PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>         DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 4:14-cv-3253<br>§ JURY DEMAND<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 182

| | |
|---|---|
| **From:** | Judy Scott |
| **To:** | Kecia Todd; Eric Guerrero |
| **Sent:** | 9/5/2014 2:20:48 PM |
| **Subject:** | Re: Crain Unit Sycamore Satellite Officer Heat related illness |

Please provide updates.

J. K. Scott
Warden
Crain Unit

---

**From:** Kecia Todd
**Sent:** Friday, September 05, 2014 2:16:59 PM
**To:** Judy Scott; Consuelo Benavides; Janet Harry-Dobbins
**Subject:** Crain Unit Sycamore Satellite Officer Heat related illness

**Departure date/Time: 9-5-2014 / 1240 hours**
**Officer Name:** ▮
**Job Assignment: Crain Unit Sycamore satellite Utility**
**Gender/Age: Female**
**Hospital:** unknown
**Officer Diagnosis:** Overheated while working as the utility officer. Slightly elevated pulse and sweating.
**Outside Temps: 90**
**Heat Index: 96**
**Shower house Inside Temp: 88.7**
**Contact Visitation Inside Temp: 78.1**

**Summary:**
On September 9, 2014 Officer ▮ was working as utility at the Sycamore Satellite, she conducted recreation from 0700 – 0900 and pat searched 4 offenders into and out of the recreation yard. From 0930-1130 she conducted approximately 53 showers in the shower house. From 1145-1230 Officer ▮ conducted approximately 25 strip searches of offenders returning to the Sycamore satellite, the strip searches were conducted in the contact visitation area. At approximately 1240 hours Officer ▮ reported to the command building and advised Sgt. Simmerman that she was not feeling well and stated that the heat made her sick. Sgt. Simmerman instructed her to sit down in the cool air and offered her water to drink, Officer ▮ stated that she had already consumed 9 bottles of water. The Temperature inside of the command building was 83.6. Officer ▮ was asked if she would like to see the medical staff at the Crain Unit and she stated "No I'm going to Urgent Care in Killeen."


Officer ▮ has been trained on heat precautions and ice water was available at his job assignment. Officer ▮ was given a workers comp packet to fill out and Sgt. Simmerman assisted her with it. Officer ▮ was instructed to make sure that she went to a workers comp doctor and to notify the unit as soon as she had a report, she assured Lt. Todd that she would.

Lieutenant Todd responded as well as Mr. Brumit responded and obtained the current temperatures in all locations that Officer ▮ worked.

Lieutenant Kecia Todd
Crain Unit 1401 State School Road
Gatesville Texas 76599
Phone (254)865-8431

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 183

| | |
|---|---|
| From: | Judy Scott |
| To: | Janet Harry-Dobbins; Eric Guerrero |
| Sent: | 9/5/2014 1:15:32 PM |
| Subject: | Re: alleged heat related incident |

Please provide updates.

J. K. Scott
Warden
Crain Unit

---

**From:** Janet Harry-Dobbins
**Sent:** Friday, September 05, 2014 12:56:24 PM
**To:** Judy Scott; Doris Morris
**Subject:** alleged heat related incident

Warden Scott,

FYI - going on right now

On 9-5-14 at the Syc satellite Correctional Officer 5 ▇▇▇▇▇▇ is currently claiming she is over heated. Lt. Todd and Mr. Brumit are currently working on the details. Officer ▇▇▇▇ was assigned as the Utility Officer is currently in SY command completing a Workman Comp. Packet.

A more detailed email will follow very shortly. Lt. Todd is on it.

JD