UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 186

```
***************************************************************
*** REQUESTOR: JAUNT22 - RECORDS, INMATE        ALLRED UNIT         ***
***************************************************************
***              S Y S M   O U T B A S K E T   P R I N T           ***
MESSAGE ID: 626999      DATE: 07/18/01  TIME: 02:41pm  PRIORITY: 000

SUBJECT:   HEAT STROKE


TO:    EMERGENCY ACTION CENTER

FROM:   JAMES V. ALLRED UNIT

RE: I-05831-07-01

PERSON INVOLVED: OFFENDER CARDWELL, JOHN #1041651 IS A THIRTY-NINE (39)
YEAR OLD WHITE MALE WHO IS CURRENTLY SERVING A NINE (9) YEAR SENTENCE
FOR DWI OUT OF WILLIAMSON COUNTY.

ON JULY 16, 2001 AT APPROXIMATELY 1735 HOURS, OFFICER F. REDDER WAS
PERFORMING A ROSTER COUNT ON 7 BUILDING G-POD 1 SECTION 3 ROW WHEN HE
APPROACHED 21 CELL AND OBSERVED OFFENDER CARDWELL ON THE CELL FLOOR
UNRESPONSIVE. OFFICER REDDER CALLED FOR MEDICAL AND A SUPERVISOR.
OFFENDER CARDWELL WAS TAKEN TO THE UNIT INFIRMARY AND AN AMBULANCE WAS
CALLED. AT APPROXIMATELY 1820 HOURS, OFFENDER CARDWELL WAS TRANSPORTED
TO UNITED REGIONAL MEDICAL CENTER (URMC) 11TH STREET CAMPUS FOR
ELEVATED TEMPERATURE AND AT THAT TIME MEDICAL WAS UNABLE TO GIVE A
DIAGNOSES WITHOUT FURTHER TEST. ON JULY 18, 2001 AT APPROXIMATELY 1100
HOURS, MEDICAL PERSONNEL AT URMC NOTIFIED SENIOR WARDEN R. TREON THAT
OFFENDER CARDWELL CONDITION WAS THE RESULT OF A HEAT STROKE. IT SHOULD
BE NOTED THAT ON JULY 16, 2001 AT APPROXIMATELY 1800 HOURS THE
TEMPERATURE WAS 108 DEGREES WITH THE HEAT INDEX OF 118 DEGREES.

OFFENDER CARDWELL'S CONDITION AT THIS TIME IS CRITICAL WITH A POOR
PROGNOSIS.


AUTHORITY: SENIOR WARDEN R. TREON
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

30-5

McCollum/Cardwell 438

```
***************************************************************************
*** REQUESTOR: JAUOF22 - OFFICE, USE OF FORCE  ALLRED UNIT           ***
***************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T           ***
MESSAGE ID: 610400     DATE: 07/17/01  TIME: 07:34am  PRIORITY: 000

TO:       JAUOF22 - OFFICE, USE OF FORCE
          USE OF FORCE OFFICE/CLERK
          ALLRED UNIT
          2101 FM 369 N
          IOWA PARK, TEXAS 76367



FROM:     ROG3470 - OGLESBY, ROBERT
          CAPTAIN/CORRECTIONAL OFFICERS
          ALLRED UNIT
          2101 FM 369 N
          IOWA PARK, TEXAS 76367



SUBJECT:  OFFENDER CARDWELL, 1041651


ON 7-16-01, AT APPROXIMATELY 1800, OFFENDER CARDWELL, JOHN, TDCJ
#1041651, WAS TRANSPORTED VIA AMBULANCE TO THE 11TH STREET CAMPUS OF
UNITED REGIONAL HOSPITAL DUE TO AN ELEVATED TEMPERATURE. OFFENDER IS
LISTED AS CRITICAL IN CCU #8.

Sent to:   JAIOC               (list)                      (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

30-6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 187

```
*******************************************************************
*** REQUESTOR: EIV3792 - IVEY, ERNEST          ALLRED UNIT       ***
*******************************************************************
***               S Y S M   O U T B A S K E T   P R I N T       ***

MESSAGE ID: 754724     DATE: 08/04/01  TIME: 10:35pm  PRIORITY: 000

SUBJECT:   I-06318-08-01
```

ON 08-04-2001 AT APPROXIMATELY 1803 HOURS OFFENDER CARDWELL,JOHN
#1041651,A 39 YEAR OLD WHITE MALE IN MINIMUM CUSTODY AT THE JAMES
V. ALLRED UNIT WAS PRONOUNCED DEAD BY DR.PHILLIP CHAPA,M.D. AT THE
UNITED REGIONAL HEALTH CARE SYSTEMS 11TH ST.CAMPUS,C.C.U. ROOM #8.
THE CAUSE OF DEATH IS PENDING THE RESULTS OF AN AUTOPSY ORDERED BY
ASST.WARDEN J. MOONEYHAM BY THE LUBBOCK COUNTY CORONERS
OFFICE,LUBBOCK,TEXAS.THE DUTY WARDEN,O.I.G.,REGION V DIRECTOR,THE
HUNTSVILLE FUNERAL HOME,UNIT CHAPLAIN AND THE NEXT OF KIN WERE
NOTIFIED.THE OFFENDERS FAMILY INTENDS TO CLAIM THE BODY AND HIS
PROPERTY AND HAVE BEEN INFORMED OF THE PROCEDURES IN ORDER TO DO SO.

NOTIFICATIONS:

```
1806  J.D. MOONEYHAM        ASSISTANT WARDEN
1817  T. ANDERSON           CHAPLAIN
1822  T. SMYTH              OFFICER OF THE INSPECTOR GENERAL
1825  J. STEVENSON          EAC
1900  MR. EDWARDS           UNIT HEALTH AUTHORITY
1910  T. CALLAHAN           SHERIFF
1910  G. SMITH              MEDICAL EXAMINER
1915  C. LEE                HUNTSVILLE FUNERAL HOME
1926  R. TREON              WARDEN
1930  DR. POTTER            UNIT HEALTH AUTHORITY
1937  MR. GILBERT           REGIONAL OFFICE
```

AUTHORITY: CAPTAIN E. IVEY
           JAMES V. ALLRED UNIT
           IOWA PARK, TEXAS

```
Sent to:   EAC              (list)               (to)
           JAIDC            (list)               (to)
           EIV3792          IVEY, ERNEST         (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1-2

```
******************************************************************
*** REQUESTOR: EIV3792 - IVEY, ERNEST        ALLRED UNIT      ***
******************************************************************
***                 S Y S M   O U T B A S K E T   P R I N T   ***

MESSAGE ID: 754724      DATE: 08/04/01  TIME: 10:35pm  PRIORITY: 000

SUBJECT:   I-06318-08-01
```

ON 08-04-2001 AT APPROXIMATELY 1803 HOURS OFFENDER CARDWELL,JOHN
#1041651,A 39 YEAR OLD WHITE MALE IN MINIMUM CUSTODY AT THE JAMES
V. ALLRED UNIT WAS PRONOUNCED DEAD BY DR.PHILLIP CHAPA,M.D. AT THE
UNITED REGIONAL HEALTH CARE SYSTEMS 11TH ST.CAMPUS,C.C.U. ROOM #8.
THE CAUSE OF DEATH IS PENDING THE RESULTS OF AN AUTOPSY ORDERED BY
ASST.WARDEN J. MOONEYHAM BY THE LUBBOCK COUNTY CORONERS
OFFICE,LUBBOCK,TEXAS.THE DUTY WARDEN,O.I.G.,REGION V DIRECTOR,THE
HUNTSVILLE FUNERAL HOME,UNIT CHAPLAIN AND THE NEXT OF KIN WERE
NOTIFIED.THE OFFENDERS FAMILY INTENDS TO CLAIM THE BODY AND HIS
PROPERTY AND HAVE BEEN INFORMED OF THE PROCEDURES IN ORDER TO DO SO.

NOTIFICATIONS:

```
1806  J.D. MOONEYHAM      ASSISTANT WARDEN
1817  T. ANDERSON         CHAPLAIN
1822  T. SMYTH            OFFICER OF THE INSPECTOR GENERAL
1825  J. STEVENSON        EAC
1900  MR. EDWARDS         UNIT HEALTH AUTHORITY
1910  T. CALLAHAN         SHERIFF
1910  G. SMITH            MEDICAL EXAMINER
1915  C. LEE              HUNTSVILLE FUNERAL HOME
1926  R. TREON            WARDEN
1930  DR. POTTER          UNIT HEALTH AUTHORITY
1937  MR. GILBERT         REGIONAL OFFICE
```

```
AUTHORITY: CAPTAIN E. IVEY
           JAMES V. ALLRED UNIT
           IOWA PARK, TEXAS

Sent to:   EAC                (list)            (to)
           JAIOC              (list)            (to)
           EIV3792            IVEY, ERNEST      (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1~3

```
*********************************************************************
*** REQUESTOR: KGE7513 - GENTRY, KEITH      ALLRED UNIT          ***
*********************************************************************
***          S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 610707      DATE: 07/17/01  TIME: 07:55am  PRIORITY: 000

TO:        KGE7513 - GENTRY, KEITH
           CAPTAIN
           ALLRED UNIT
           2101 FM 369 N
           IOWA PARK, TEXAS 76367



FROM:      ROG3470 - OGLESBY, ROBERT
           CAPTAIN/CORRECTIONAL OFFICERS
           ALLRED UNIT
           2101 FM 369 N
           IOWA PARK, TEXAS 76367



SUBJECT:   OFFENDER CARDWELL, 1041651


ON 7-16-01, AT APPROXIMATELY 1750 HOURS, I, LT. L. BERGER, WAS
NOTIFIED BY SGT. F. MARCH THAT SHE HAD A UNRESPONSIVE OFFENDER ON 7
BUILDING. SHE STATED THAT MEDICAL ADVISED THAT THEY NEEDED TO PLACE HIM
UPON A STRETCHER AND BRING HIM TO MEDICAL.  I LEFT THE COUNT ROOM AND
WALKED TO MEDICAL.  WHEN I ARRIVED AT MEDICAL, MS. NEWMAN, LVN, WALKED
WITH ME TO GET THE STRETCHER.  I RETRIEVED THE STRETCHER AND WALKED TOWARD
THE FRONT OF MEDICAL. OFFICER MERKLIN WAS WALKING UP AT THIS TIME AND
RESPONDED WITH LT. BERGER TO 7 BUILDING.  AT 7 BUILDING, THE OFFENDER,
CARDWELL, JOHN, TDCJ #1041651, WAS ASSISTED TO THE ROLLING STRETCHER.
CARDWELL WAS UNRESPONSIVE AND WAS ON THE GREEN STRETCHER WHICH WAS
BREAKING. THE OFFENDER WAS WHEELED TO MEDICAL AND TREATED WITH ICE
PACKS, IV AND OXYGEN. THE OFFENDER WAS IN THE ER AT 1800 AND HIS TEMP
WAS 106.8, CAPTAIN R. OGLESBY WAS THEN NOTIFIED BY LT. BERGER.
THE OFFENDER WAS TRANSPORTED BY AMBULANCE TO 11TH STREET
CAMPUS OF UNITED REGIONAL HOSPITAL.  THE OFFENDER LEFT THE UNIT AT
1820. CAPTAIN OGLESBY THEN NOTIFIED THE DUTY WARDEN, (MAJOR BOWMAN)
AND WARDEN TREON. THE OFFENDER WAS PLACED IN CCU #8 IN CRITICAL
CONDITION. HE WAS EVALUATED WITH ELEVATED TEMPERATURE.

AUTHORITY: LT. L. BERGER/DWD

Sent to:   JAIOC                  (list)                  (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1-4

```
*********************************************************************
*** REQUESTOR: KGE7513 - GENTRY, KEITH        ALLRED UNIT        ***
*********************************************************************
***               S Y S M   I N B A S K E T   P R I N T         ***

MESSAGE ID: 610600      DATE: 07/17/01  TIME: 07:34am  PRIORITY: 000

TO:        KGE7513 - GENTRY, KEITH
           CAPTAIN
           ALLRED UNIT
           2101 FM 369 N
           IOWA PARK, TEXAS 76367



FROM:      ROG3470 - OGLESBY, ROBERT
           CAPTAIN/CORRECTIONAL OFFICERS
           ALLRED UNIT
           2101 FM 369 N
           IOWA PARK, TEXAS 76367



SUBJECT:   OFFENDER CARDWELL, 1041651


ON 7-16-01, AT APPROXIMATELY 1800, OFFENDER CARDWELL, JOHN, TDCJ
#1041651, WAS TRANSPORTED VIA AMBULANCE TO THE 11TH STREET CAMPUS OF
UNITED REGIONAL HOSPITAL DUE TO AN ELEVATED TEMPERATURE. OFFENDER IS
LISTED AS CRITICAL IN CCU #8.

Sent to:   JAIOC                    (list)                    (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1-5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 188

```
*********************************************************************
*** REQUESTOR: TFO1382 - FOREMAN, TREASURE      DARRINGTON UNIT        ***
*********************************************************************

***              S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 093051     DATE: 07/16/04  TIME: 03:16am  PRIORITY: 000

TO:      TFO1382 - FOREMAN, TREASURE
         WARDEN'S SECRETARY
         DARRINGTON UNIT
         59 DARRINGTON ROAD
         ROSHARON, TEXAS  77583


FROM:    DAWAR01 - DARRINGTON_UNIT_INMATE_RECORD
         INMATE RECORDS STAFF
         DARRINGTON UNIT
         59 DARRINGTON ROAD
         ROSHARON, TEXAS 77553


SUBJECT:   I-07458-07-04


ON 7-15-2004 AT APPROXIMATELY 9:35 PM, SUPERVISORS WERE SUMMONED TO
H-LINE DUE TO AN UNRESPONSIVE OFFENDER.

UPON ARRIVING AT H-LINE, OFFENDER ROBERTSON, RICKY L TDC#1172218 WAS
OBSERVED IN H2-03 CELL, LAYING ON HIS ON HIS BUNK LEANING AGAINST THE
TABLE. OFFENDER WAS UNRESPONSIVE. OFFENDER WAS CARRIED OUT OF THE CELL
AND PLACED ON THE GURNEY AND ESCORTED TO UNIT INFIRMARY.

ONCE IN UNIT INFIRMARY, OFFENDER WAS EXAMINED BY UNIT MEDICAL. OFFENDER
WAS UNRESPONSIVE TO AMONIA CAPSULES AND PAIN STIMULI. VITALS WERE
TAKEN SHOWING OFFENDERS BLOOD PRESSURE WAS LOW. BLOOD SUGAR LEVELS WERE
CHECKED ALSO. AXILLARY TEMPERATURE WAS 108. ON CALL PHYSICIAN
(ABRAHAMS) ORDERED OFFENDER TO BE LIFE-FLIGHTED.

ACTING SENIOR WARDEN (WESTIN) WAS NOTIFIED.

LIFE FLIGHT ARRIVED AND OFFENDER WAS TRANSPORTED TO U.T.M.B. GALVESTON

ACTING SENIOR WARDEN WAS AGAIN NOTIFIED. O.I.G. (MR. SANCHEZ) WAS ALSO
NOTIFIED AND H2-03 CELL WAS PHOTOGRAPHED AND SEARCHED FOR ANY
CONTRABAND PER O.I.G. THEN SECURED AND SEALED AS POSSIBLE CRIME SCENE.

EAC WAS NOTIFIED AND AT THIS TIME THE DIAGNOSIS FOR THIS INCIDENT IS
INDETERMINED. UPDATES WILL BE SENT AS SOON AS INFORMATION IS AVAILABLE.
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

LT. H.HALEY
DARRINGTON UNIT

Sent to:    DAEAC              <list>                    (to)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 189



```
*****************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY      EMERGENCY ACTION CENTER      **
*****************************************************************
***              S Y S M   I N B A S K E T   P R I N T                      **

MESSAGE ID: 909989      DATE: 07/27/11  TIME: 11:25    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RMI9388 - MINTON, RICKY
           LIEUTENANT
           GURNEY UNIT

SUBJECT:   I-10459-07-11 (ADDENDUM)


IN REPORT NUMBER I-10459-07-11, IT WAS REPORTED BY LT. TERRY BAGLEY AS
FOLLOWS:

"ON 07-25-2011 AT APPROXIMATELY 0400 HOURS PALESTINE REGIONAL HOSPITAL
NOTIFIED LT. TERRY BAGLEY THAT OFFENDER HUDSON'S CONDITION HAD
WORSENEDAND THAT HE WOULD MOST LIKELY NOT RECOVER FROM HIS INJURIES."

THIS STATEMENT CONTAINS INCORRECT VERBIAGE CONCERNING THE CONDITION OF
OFFENDER HUDSON, SPECIFICALLY, THE USE OF THE WORD "INJURIES."
OFFENDER HUDSON HAD NOT SUFFERED ANY "INJURIES" AND INSTEAD THE
STATEMENT SHOULD HAVE REFERENCED "ILLNESS"

THE STATEMENT SHOULD HAVE READ, AS FOLLOWS:

"ON 07-25-2011 AT APPROXIMATELY 0400 HOURS PALESTINE REGIONAL HOSPITAL
NOTIFIED LT. TERRY BAGLEY THAT OFFENDER HUDSON'S CONDITION HAD WORSENED
AND THAT HE WOULD MOST LIKELY NOT RECOVER FROM HIS ILLNESS."

LT. RICKY MINTON

AUTHORITY:  JERRY RAYFORD
            MAJOR
            JOE F. GURNEY TRANSFER FACILITY

Sent to:    EAC                    (list)                    (to)
```



*I -10459-07-11*

```
*********************************************************************
*** REQUESTOR: KCR3207 - CRUMBLY, KYLA        EMERGENCY ACTION CENTER    **
*********************************************************************
***              S Y S M   I N B A S K E T   P R I N T                  **

MESSAGE ID: 898591      DATE: 07/25/11  TIME: 21:40    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      TTA4090 - TAYLOR, THOMAS
           CHAPLAIN II
           GURNEY UNIT

SUBJECT:   DEATH NOTIFICATION


*********************DEATH NOTIFICATION*********************

INMATE: HUDSON, DOUGLAS EARL          TDCJ# 1722504
DATE OF DEATH: 07/25/2011
CUSTODY:           STATUS:         RACE: WHITE       DOB: 09/10/48 AGE: 62
CAUSE OF DEATH: SEPTIC SHOCK W/MULTI TIME: 1656 HR DOCTOR: DR. UY
PLACE OF DEATH: PALESTINE REGIONAL MED. CENTER
DUTY WARDEN: MAJOR P. RAYFORD          TIME: 1705 HRS
JUSTICE OF THE PEACE: JUDGE J.WESLEY TIME: 1726 HRS
TDCJ-ID-IAD: B. GRAY                   TIME: 1656 HRS
CARNES FUNERAL HOME:                   TIME: 1746 HRS
CHAPLAIN: THOMAS TAYLOR                TIME: 1656 HRS
EAC: H. MURRAY I-10459-07-11           TIME: 1929 HRS
APPROVAL OF AUTOPSY BY N.O.K. ( X )YES  (  )NO   (  ) UNABLE TO CONTACT
N.O.K. CADE HUDSON          TIME 1656    HRS    PHONE 817 675-3329
ADDRESS: 2404 SANDSTONE RD   FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: BURLESON, TX 76028
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: GURNEY UNIT


Sent to:   HSMA016            DEATH RECS/CAROLYN MCMILLIAN    (to)
           HVWAR01            HUNTSVILLE_WARDENS_OFFICE       (to)
           CHAPSUP            HARDIN, LAWANA                  (to)
           HQEAC01            CENTER, EMERGENCY ACTION        (to)
           CAS7772            ASHWORTH, CARISE                (to)
           KEN2430            ENLOE, KELLY                    (to)
           TTA4090            TAYLOR, THOMAS                  (to)
           DMI0702            MILLER, DENNIS                  (to)
           PRA3069            RAYFORD, JERRY                  (to)
```



TRY
Death

Update
I - 10459-07-11

```
******************************************************************
*** REQUESTOR: KCR3207 — CRUMBLY, KYLA       EMERGENCY ACTION CENTER      **:
******************************************************************
***              S Y S M   I N B A S K E T   P R I N T                    **:

MESSAGE ID: 898609      DATE: 07/25/11  TIME: 22:30    PRIORITY: 000

TO:          HQEAC01 — CENTER, EMERGENCY ACTION
             GENERAL TERMINAL
             EMERGENCY ACTION CENTER

FROM:        TBA3028 — BAGLEY, TERRY
             LIEUTENANT
             GURNEY UNIT

SUBJECT:     I-10459-07-11


TO:          HQEAC01—EAC/USE OF FORCE
             EMERGENCY ACTION CENTER
             HUNTSVILLE, TEXAS


FROM:        TBA3028—LIEUTENANT TERRY BAGLEY
             JOE F. GURNEY TRANSFER FACILITY
             PALESTINE, TEXAS


SUBJECT:     I-10459-07-11
             CONTINUATION
```

AT APPROXIMATELY 1718 HOURS ANDERSON COUNTY SHERIFF'S OFFICE WAS
NOTIFIED.

AT APPROXIMATELY 1726 HOURS JUSTICE OF THE PEACE, JAMES WESTLEY, WAS
NOTIFIED. MR. WESTLY SPOKE WITH DR.UY VIA TELEPHONE, WHO VERIFIED
OFFENDER HUDSON'S DEATH. MR. WESTLEY DETERMINED THERE WAS NOT A NEED
FOR HIM TO BE PRESENT AT THE HOSPITAL.

AT APPROXIMATELY 1746 HOURS CARNES FUNERAL HOME, LOCATED AT 3100 GULF
FREEWAY, TEXAS CITY, TEXAS, 77591, WAS NOTIFIED. AT THAT TIME, OFFENDER
HUDSON'S SON, CADE HUDSON, STATED HE WOULD CLAIM THE BODY. MR. CADE
HUDSON ALSO STATED HE WOULD BE CLAIMING OFFENDER HUDSON'S PROPERTY.
AN AUTOPSY WAS ORDERED BY GURNEY UNIT SENIOR WARDEN DENNIS MILLER.

AT APPROXIMATELY 1929 HOURS HOLLIS MURRAY AT THE EMERGENCY ACTION
CENTER WAS NOTIFIED AND HE ASSIGNED INCIDENT NUMBER I-10459-07-11.

AT APPROXIMATELY 1937 HOURS, OFFSIGHT MEDICAL TRANSPORT (OMT) WAS
NOTIFIED.

IT SHOULD BE NOTED THAT OFFENDER HUDSON IS A UNITED STATES CITIZEN.
PRELIMINARY CAUSE OF DEATH WAS DETERMINED TO BE SEPTIC SHOCK WITH MULTI
ORGAN FAILURE PENDING AN AUTOPSY REPORT.

C.R.I.S.P. ASSISTANCE WAS OFFERED TO ALL STAFF MEMBERS INVOLVED BUT WAS
DECLINED.


PREPARED BY: LIEUTENANT TERRY BAGLEY
AUTHORIZED BY: MAJOR JERRY RAYFORD

Sent to:      EAC                   (list)                 (to)
              LMA2020               MARS, LARRY            (to)
              TTA4090               TAYLOR, THOMAS         (to)



*Tr. Death*

*Offender Death*

```
************************************************************
*** REQUESTOR: KCR3307 — CRUMBLY, KYLA      EMERGENCY ACTION CENTER    **:
************************************************************
***             S Y S M   I N B A S K E T   P R I N T               **:

MESSAGE ID: 898526      DATE: 07/25/11  TIME: 21:47   PRIORITY: 000

TO:        HQEAC01 — CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      TBA3028 — BAGLEY, TERRY
           LIEUTENANT
           GURNEY UNIT

SUBJECT:   I-10459-07-11
```

EAC USE ONLY:  DATE REPORTED:.........*7/25/11*.....TIME REPORTED:...*1929*.......

```
EMERGENCY ACTION CENTER INCIDENT NO:  I — 10459 — 07 — 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M — NA     —   —
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: ND   REGION 02  DATE OCCURRED: 07 / 25 / 2011  TIME OCCURRED: 1656
SPECIFIC LOCATION: PALESTINE REG MEDICAL CENTER
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: NA
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: NA
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A     B     C     D     E   X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NA
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES   NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO



                      OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)   TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
  HUDSON, DOUGLAS  W/m/62+62~   1722504     G2    W     M    62        V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL  X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL HOSPITAL
```

Plaintiffs' MSJ Appx. 3117

TREATMENT: INTENSIVE CARE

## EMPLOYEE INFORMATION

NAME (LAST, FIRST M)              SSN        RACE    SEX     AGE        RANK
  NA

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 07 / 25 / 2011   TIME: 16 : 56 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: CESAR UY/MD
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: SEPTIC SHOCK WITH MULTI ORGAN FAILURE
NEXT OF KIN NOTIFIED X YES    NO   DATE: 07 / 25 / 2011   TIME: 16 : 56
NAME OF NOK: CADE HUDSON
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

### DESCRIPTION OF WEAPON(S) CONTRABAND
  NA

### CHEMICAL AGENT INFORMATION
AMOUNT                          LIST TYPE                       AUTHORIZATION
  NA

WAS TEAM AUTHORIZED    YES X NO    DECONTAMINATED    YES X NO    INJURIES    YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

### IF YES, INDICATE APPLICABLE
PARCEL SCANNER                              NA
WALK THROUGH METAL DETECTOR                 NA
HAND HELD METAL DETECTOR                    NA
B.O.S.S. CHAIR                              NA
VIDEO SURVEILLANCE                          NA
HEARTBEAT DETECTION SYSTEMS                 NA
BODY ALARM                                  NA
PERIMETER FENCE DETECTION SYSTEMS           NA

```
STAB-RESISTANT VEST                          NA
NARCOTIC DETECTOR CANINE                     NA
CELL PHONE DETECTOR CANINE                   NA
PACK CANINES                                 NA
S.A.R. CANINES                               NA
CONTRABAND INTERDICTION SHAKEDOWN TEAM       NA
OTHER:  NA
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

ON 07-24-2011, AT APPROXIMATELY 1755 HOURS, ON THE JOE F. GURNEY TRANSFER
FACILITY LOCATED IN PALESTINE, TEXAS, IN REGION II, OFFENDER HUDSON, DOUGLAS
 1722504, WAS LYING IN HIS BUNK, B8-29, WHEN HE BEGAN TO SHAKE AND BECAME
UNRESPONSIVE. THE OFFICER ASSIGNED TO THE BUILDING NOTIFIED A SUPERVISOR
IMMEDIATELY. LT. RONALD JOHNSON RESPONDED TO THE BUILDING WITH A WHEELCHAIR
AND ESCORTED OFFENDER HUDSON TO THE GURNEY UNIT INFIRMARY.

OFFENDER HUDSON IS A G2 CUSTODY OFFENDER SERVING A 25 YEAR SENTENCE OUT OF
JOHNSON COUNTY FOR DWI-3 OR MORE. HE IS A WHITE MALE, 62 YEARS OLD, 6'3" TALL
AND WEIGHS 228 POUNDS.

DUE TO THE GURNEY UNIT NOT HAVING MEDICAL STAFF AVAILABLE, LT. JOHNSON
NOTIFIED THE BETO UNIT MEDICAL DEPARTMENT AT 1810 HOURS. LICENSED VOCATIONAL
NURSE N. BETTS INSTRUCTED LT. JOHNSON THAT OFFENDER HUDSON WOULD NEED TO BE
TRANSPORTED TO THE BETO UNIT VIA SECURITY VAN FOR TREATMENT AND OBSERVATION.

AT APPROXIMATELY 1840 HOURS OFFENDER HUDSON WAS TRANSPORTED VIA SECURITY VAN
TO THE BETO UNIT. WHILE BEING TREATED AT THE BETO UNIT, MEDICAL STAFF

DETERMINED THAT OFFENDER HUDSON WOULD NEED TO BE TRANSPORTED TO THE PALESTINE
REGIONAL HOSPITAL, LOCATED IN PALESTINE, TEXAS, VIA AMBULANCE.

AT 1945 HOURS OFFENDER HUDSON WAS TRANSPORTED VIA AMBULANCE TO PALESTINE
REGIONAL HOSPITAL ENROUTE TO BE LIFE FLIGHTED TO THE EAST TEXAS MEDICAL
CENTER, IN TYLER, TEXAS. WHILE AT PALESTINE REGIONAL HOSPITAL IT WAS
DETERMINED THAT OFFENDER HUDSON'S CONDITION WAS TOO UNSTABLE TO BE
TRANSPORTED BY LIFE FLIGHT TO EAST TEXAS MEDICAL CENTER. HE WAS INSTEAD
TAKEN OUT OF THE HELICOPTER AND INTO THE EMERGENCY ROOM. WHILE IN THE
EMERGENCY ROOM, OFFENDER HUDSON WENT INTO CARDIAC ARREST. CPR WAS PERFORMED
AND A PULSE WAS OBTAINED, BUT OFFENDER HUDSON'S CONDITION WAS CRITICAL. HE
WAS PLACED IN THE INTENSIVE CARE UNIT  10. OFFENDER HUDSON REMAINED IN
CRITICAL CONDITION THROUGHOUT THE NIGHT.

ON 07-25-2011 AT APPROXIMATELY 0400 HOURS PALESTINE REGIONAL HOSPITAL
NOTIFIED LT. TERRY BAGLEY THAT OFFENDER HUDSON'S CONDITION HAD WORSENED AND
THAT HE WOULD MOST LIKELY NOT RECOVER FROM HIS INJURIES.

AT 0405 HOURS LT. TERRY BAGLEY NOTIFIED WARDEN DENNIS MILLER OF OFFENDER
HUDSON'S CONDITION.

AT APPROXIMATELY 0415 HOURS LT. BAGLEY NOTIFIED CHAPLAIN THOMAS TAYLOR OF THE
SITUATION.

ON 07-25-2011 AND AT 1656 HOURS OFFENDER HUDSON WAS PRONOUNCED DECEASED BY
DR. CESAR UY M.D.

LET IT BE NOTED THAT CHAPLAIN THOMAS TAYLOR, LARRY MARS OF THE OFFICE OF THE
INSPECTOR GENERAL, AND CADE HUDSON THE NEXT OF KIN, WERE ALL PRESENT AT THE
TIME OFFENDER HUDSON WAS PRONOUNCED DECEASED, SO THEIR TIME OF NOTIFICATION
CAN ALSO BE NOTED AT 1656 HOURS.

WARDEN DENNIS MILLER AND MAJOR JERRY RAYFORD WERE NOTIFIED AT APPROXIMATELY
1705 HOURS.

CONTINUED ON ADDITIONAL INFORMATION E-MAIL.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT TERRY BAGLEY                    DATE: 07 / 25 / 2011
AUTHORIZED BY: MAJOR JERRY RAYFORD

Sent to:      GMI4949             MISSILDINE, GARY W.          (to)
              EAC                 <list>                       (to)
              LMA2020             MARS, LARRY                  (to)
              TTA4090             TAYLOR, THOMAS               (to)

06/30/2011  14:34   9364372125                EXECUTIVE SERVICES              PAGE  02/04
AUG-29-2011 12:43  FROM:OIG RECORDS RELEASE 9364375010          TO:94372125         P:1/3

> Texas Department of Criminal Justice
> Office of the Inspector General

# Facsimile

To: ___Alicia Frazia-Nash___        From: ___Cyndi Eastham___

Fax: ___936.437.2125___             Pages: ___3 pages including coversheet___

Phone: ___936.437.6460___           Date: ___8.29.11___

Re: ___Open Records Request from Marcus Hudson for records pertaining to___
  ___Douglas Hudson, TDCJ# 1722504___

Comments:

Please make sure this request is disseminated to the proper TDCJ Open Records Coordinators.

Thank you for your help in this matter.

AUG 2011
RECEIVED

THIS FAX IS CONFIDENTIAL. IT IS INTENDED FOR THE EYES OF THE ADDRESSEE OR AN AGENT OF THE ADDRESSEE. YOU ARE
NOTIFIED THAT ANY USE OF THIS FAX IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX BY MISTAKE, PLEASE
IMMEDIATELY NOTIFY ISSUER BY TELEPHONE AND RETURN THIS FAX TO US BY MAIL.

---

Office of the Inspector General
2503 Lake Road, Suite 5 ▪ Huntsville, Texas 77340 ▪ Phone: 936.437.5150 ▪ Fax: 936.437.5010

08/30/2011  14:34    9364372125              EXECUTIVE SERVICES              PAGE  03/04
AUG-29-2011 12:43  FROM:OIG RECORDS RELEASE 9364375010              TO:94372125              P:2/3

Aug 26 11 06:30a                                                                         P.2

Mailing Address:
2404 Sandstone Road
Burleson, Texas 76028

Phone: 817/ 675-3329
Fax    817/ 426-2466

August 25, 2011

Subject: TDC# 1722504 Douglas Earl Hudson

Attn: OIG

    This letter is a final request into the investigation into the death of Douglas Earl
Hudson #1722504. I would like, at the least, a phone call, fax, or email that you received
the request. Please let me know that this is going forward and not sitting on someone's
desk. The prisoners of war from the Taliban receive more concern than our own
offenders. I will not stop until the truth comes out. Pleases call fax or email me any on
going steps.

Sincerely.
Marcus C. Hudson

Died 7-24-11

I-10459-07-11

08/30/2011  14:34    9364372125          EXECUTIVE SERVICES              PAGE  04/04
AUG-29-2011 12:43  FROM:OIG RECORDS RELEASE 9364375010          TO:94372125         P:3/3

Aug 26 11 06:30a                                                          P.1

# UTILITY PRECAST, INC.

Mailing Address:                    Shipping Address:
PO Box 1628                         8790 CR 505
Alvarado, Texas 76009               Alvarado, Texas 76009

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** OIG | **FROM:** CADE HUDSON  Cell 817.675.3329 |
| **COMPANY:** OIG | **DATE:** 8/26/11 |
| **FAX NUMBER:** 512 671 2135 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **RE: DOUGLAS E. HUDSON** **#1722504** | **FAX:** 817/426-2486 |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

AUG 2 6 2011