UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |


Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 190



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

DATE:       October 25, 2011

TO:         William L. Stephens
            Deputy Director Prison/Jail Management

THRU:       Robert Eason
            Director Region II

FROM:       Billy Howard
            Assistant Regional Director
            Region II





### REGION II 90 DAY FOLLOW_UP

**UNIT:**  Coffield Unit

**INCIDENT#:**   I-10915-08-11

**DATE OF INCIDENT:**  August 2, 2011

**TYPE OF INCIDENT:**   Offender Death; Heat Related

**SYNOPSIS OF INCIDENT:**

On August 2, 2011, at approximately 2200 hours, Offender Meyers, Thomas #680515, was observed by CO III M Sarubbi outside his cell, sitting on the floor, and he appeared to be disoriented. Offender Meyers was asked by Officer Sarubbi if he needed medical assistance, and he stated "No, he was fine". Officer Sarubbi notified a supervisor and was instructed to send Offender Meyers to the dayroom until count was complete. Approximately thirty minutes later, Officer Sarubbi noticed Offender Meyers on the floor unresponsive. Offender Meyers was taken to the unit infirmary emergency room by gurney. RN Gilmartin assessed Offender Meyers' condition and determined it was serious and called 911 for an ambulance and Emergency Medical Technicians. After arrival of EMT, it was deemed necessary to Care Flight Offender Meyers to Palestine Regional Medical Center. While en-route to the helicopter, Offender Meyers went into Cardiac Arrest and Cardio Pulmonary Resuscitation was initiated. At that time, it was determined not to transfer the offender from the ambulance but to continue CPR and go to PRMC. Upon arrival at PRMC, life saving measures continued and the offender's condition was assessed. All life saving efforts were terminated and Offender Meyers was declared deceased. The preliminary

cause of death was determined to be Cardiac Arrest by Dr. Ronald L. Thomas, the attending physician.

Officer of Inspector General Investigator Leigh Harding initiated and assigned this incident case number 2011-03082. As of October 25, 2011, the Office of the Inspector General case file (2011-03082) indicated that the results of the autopsy were pending. The case file remains open.

The family of Offender Griffin was contacted and they did not object to an autopsy. They stated they would not claim the body.

Additionally the temperature was 97 degrees. The humidity level at the time of the incident was 69% and the heat index was 114 degrees. All ventilation fans in the area of the incident were turned on and functioning properly. Offenders are allowed to wear commissary shorts and t-shirts in the dayroom. Ice water is placed in housing areas throughout the day. The hot water has been turned off to showers, and Offender Meyers did have a commissary fan in his cell. Additionally, both offenders and staff are trained on heat awareness and precautions in accordance with AD 10.64, Temperature Extremes in the Workplace.

An investigation into the offender death on the Coffield Unit August 2, 2011, yielded nothing to suggest that employee action / inaction was a contributing factor in this incident. All staff actions in this incident were in accordance with agency policy and procedures.

Nothing further is required by this office.

PREPARED BY:    Lieutenant M. Rambo
AUTHORITY:       Billy Howard, Assistant Regional Director, Region II



**Texas Department of Criminal Justice**

Brad Livingston

Received

AUG 3 0 2011

EAC



RECEIVED
AUG 2011
REGION 2
DIRECTOR

**Administrative Incident Review**

**COFFIELD UNIT**

| | |
|---|---|
| **Incident Number** | **I-10915-08-11** |
| **Date:** | **August 10, 2011** |
| **Page 1 of 3** | |

| | |
|---|---|
| **To:** | **Emergency Action Center** |
| **Thru:** | **Robert (Jay) Eason, Director Region II** |
| **Subject:** | **Offender Death** |
| **Persons Involved:** | **Meyers, Thomas TDDJ I.D. 680515 G2/W/M/46** |

**Summary:**

On August 2, 2011 at approximately 2200 hours offender Meyers, Thomas #680515 was observed sitting in the dayroom on R-Wing 2 Row watching television.    At approximately 2230 hours offender Meyers was again observed; sitting on the run outside of his cell, this time he looked like he was about to pass out.  Officer Michael Sarubbi, CO III asked him if he needed medical assistance and the offender responded by saying "No" and indicated he was fine.  Co Sarubbi reported the incident to Sgt. Ronald Munsinger. CO Sarubbi was instructed to send the offender to the dayroom, until count was complete.  When CO Sarubbi returned he observed offender Meyers, lying on the floor unresponsive.  Officer Sarubbi initiated an ICS calling for a supervisor and medical assistance. Lt. Chad Rehse, Sgt. Munsinger and CO IV Aaron Spiers responded to the call for assistance. The four officers lifted the offender from the floor and carried him down one flight of stairs to 1 Rose.  Once down stairs RN Gilmartin was waiting with a gurney.  Offender Meyers was placed on the gurney and rushed to the emergency room in the infirmary.  Lt. Rehse, Sgt. Munsinger and CO Spiers escorted the offender to the emergency room along with the nurse.

Once in the emergency room, RN Gilmartin determined the offender's condition was serious and called 911 for an ambulance and Emergency Medical Technicians (EMT).  When the EMT's and ambulance arrived it was determined to Care Flight offender Meyers to the hospital.  Offender Meyers was secured on the ambulance for transport to the helicopter.  At approximately 2310 hours while enroute to the helicopter, offender Meyers went into Cardiac Arrest, Cardio Pulmonary Resuscitation (CPR) was initiated.  At that point it was determined not to transfer the offender from

COFFIELD UNIT
PHONE NUMBER 903-928-2211

**Incident Number**
**Date:**
**Page 2 of 2**

I-10915-08-11
August 10, 2011

**Administrative**
**Review:**

the ambulance but to continue CPR and go on to Palestine Regional Medical Center (PRMC). Upon arrival to PRMC life saving measures continued and the offender's condition was assessed. All life saving efforts were terminated at approximately 0010 hours and offender Meyers was declared deceased. The preliminary cause of death was determined to be Cardiac Arrest by Dr. Ronald L. Thomas the Emergency Room Physician.

At 0015, CO IV Gary Guthrie contacted the Coffield Unit, Lt. Corbett Randall and informed him offender Meyers #680515 had deceased at PRMC. At that time Lt. Randall contacted the Duty Warden, John Rupert, Region II Director Robert Eason, Office of Inspector General, Investigator Leigh Harding, Justice of the Peace Gary Thomas, Chaplain Daniel Rose and the Emergency Action Center (EAC) Barbara Minor.

Lt. Chad Rehse reported that the temperature at 2230 hours was 97°, the humidity level was 69% and the heat index was 114°. He stated that at the time of the ICS the officer working the R-Wing position had gone to the medical department due to being dizzy and light headed. He further states there was no available staff to relieve that officer, at that time but her physical condition necessitated a medical review.

Chaplain Rose contacted the offender's next of kin listed, as being his father Mr. Charles Meyers, at approximately 0315 hours. Mr. Meyers stated the family would not claim offender Meyers' body.

At the time of this incident, offender Meyers was being treated for Hypothyroidism (Slow thyroid) with Synthroid 0.15mg, 1 tabs oral, one per day; Hypertension (High blood pressure) with Vasotec 10mg, 1 tabs oral, once in the morning; Hyperlipidemia (Cholesterol) with Pravachol 20mg, 1 tabs oral, once in the morning ; and Paranoid Schizophrenia with Risperdal 2mg, 1 tabs oral daily.

Additionally, it should be noted that all of the ventilation fans in the area where offender Meyers was located, were all turned on and functioning properly.

**Attachments:**

Telex (e-mail), TNG 93, Offender Death Form, Offender Death Packet containing: Incident Report IOC Rehse, IOC Rehse 2B2 Staffing, Time Line, UTMB Transfer, Transport Checklist, Computer Screen Prints 02, 03, 04, 05, 06, 07, 09, 10, 11, Health Summary, TNG 93, Shift Roster, Telex (e-mail), Copy Travel Card, Prop 5, Death Notification (e-mail), Transport Order, Autopsy Order, Photo's

COFFIELD UNIT
PHONE NUMBER 903-928-2211

Incident Number    **I-10915-08-11**
Date:              **August 10, 2011**
Page 2 of 3

**Administrative      I.  Wardens Comments:**
Review:              In accordance with Administrative Directive AD 02.15 Section III A.
                     Items 1 through 3 – See Summary

Item 4. Actions taken in this incident by staff were consistent
        with Departmental policy and procedures.

Item 5. No lesser means of handling the situation were
        available at the time of this incident.

Item 6. 2B2 Shift is staffed at 79%

Item 7.  It appears all employees involved in this incident
         acted appropriately.

Item 8.  No Corrective Action

**John Rupert, Warden**
**Coffield Unit**


**II. Region II Director Comments**


**Robert (Jay) Eason**
**Director**

COFFIELD UNIT
PHONE NUMBER 903-928-2211

**Incident: I-10915-08-11/ Offender Death; Heat Related / Coffield Unit**

**Regional Director/ Assistant Regional Director's comments:**

On August 2, 2011, at approximately 2200 hours, Offender Meyers, Thomas #680515, was observed by CO III M Sarubbi outside his cell, sitting on the floor, and appeared to be disoriented. Offender Meyers was asked by Officer Sarubbi if he needed medical assistance, and he stated "was fine". Officer Sarubbi notified a supervisor and was instructed to send Offender to the dayroom until count was complete. Approximately thirty minutes later, Officer Sarubbi noticed Offender Meyers on the floor unresponsive. Offender Meyers was taken to the unit infirmary emergency room by gurney. RN Gilmartin assessed Offender Meyers conditions and determined it was serious and called 911 for an ambulance and Emergency Medical Technicians (EMT). After arrival of EMT, it was deemed necessary to Care Flight Offender Meyers to Palestine Regional Medical Center. While en-route to the helicopter, Offender Meyers went into Cardiac Arrest, and Cardio Pulmonary Resuscitation (CPR) was initiated. At that time, it was determined not to transfer the offender from the ambulance but to continue CPR and go to PRMC. Upon arrival at PRMC, life saving measures continued and the offender's condition was assessed. All life saving efforts were terminated and Offender Meyers was declared deceased. Offender Meyers' body temperature was 105.6 degrees.  The preliminary cause of death was determined to be Cardiac Arrest by Dr. Ronald L. Thomas the attending physician.

Officer of Inspector General Investigator Leigh Harding initiated and assigned this incident case number 2011-03082. As of August 29, 2011, the outcome of the investigation is pending. Justice of the Peace Gary Thomas ordered an autopsy. As of August 29, 2011, the findings from the autopsy are pending.

The family of Offender Griffin was contacted and they did not object to an autopsy. They stated they would not claim the body.

An investigation into the offender death on the Coffield Unit August 2, 2011, yielded nothing to suggest that employee action / inaction was a contributing factor in this incident. All staff actions in this incident were in accordance with agency policy and procedures.

On the date of the incident, the temperature was 97 degrees. The humidity level at the time of the incident was 69% and the heat index was 114 degrees. The following heat precautions are taken at the Coffield Unit to minimize heat related illnesses:  air flow is monitored, all ventilation fans in the area of the incident were turned on and functioning properly, offenders are allowed to wear commissary shorts and t-shirts in the dayroom, ice water is placed in housing areas throughout the day, the hot water has been turned off to showers, and Offender Meyers did have a commissary fan in his cell.   Additionally, both offenders and staff are trained on heat awareness and precautions in accordance with AD 10.64, Temperature Extremes in the Workplace.

This office will conduct a 90 day review.

Signature: _____ Date: 8-30-11 _____
  **Robert Eason**
  **Region II Director**

AD-03.29 (rev.7)
Attachment G
Page 21 of 21

# Texas Department of Criminal Justice
## OFFENDER DEATH PACKET

Offender's Name: **Meyers, Thomas**          TDCJ #: **680515**

Unit of Assignment: **Coffield**          Date of Death: **08/03/11**

Person Compiling Death Packet: **Lt. Chad Rehse**

The following items must be included in the Offender Death Packet. Use this sheet as a checklist for compiling the packet.

1) Summary of Offender Death
2) Incident Report
3) EAC Report
4) Photocopy of travel card
5) Chaplain's Offender Death Notification E-mail
6) Transport Order Form
7) TDCJ Autopsy Order (if appropriate)*
8) TDCJ Organ Donor Form (if appropriate)
9) Appointment of Agent to Control Dispositioon of Remains (if appropriate)
10) Custodial Death Report (OIG)
11) Personal property Receipt
12) Letter to the Family
13) Personal Property Letter
14) Staff Participants/Witnesses
15) Offender Participants?Witnesses/Refusal
16) Objection to Cremation of Remains Form

*only used if natural attended death

**Texas Department of Criminal Justice**
**Institutional Division**
Inter-Office Communications

To:    **WARDEN RUPERT, J**         Date:        **08/03/2011**

From:  **LT. REHSE, C. 2-B-2**        Subject:   **OFFENDER MEYERS, 680515**

ON 08/02/2011 AT 2230 AN ICS WAS INITIATED ON P3-R WING 2 ROW. OFFENDER
MEYERS, THOMAS 680515 WAS LAYING UNRESPONSIVE. MEDICAL AND A
RESPONSE RESPONDED. WHEN I LT REHSE, CHAD RESPONDED SGT MUNSINGER,
CO3 SPIERS, AND RN GILMERTIN, WERE PLACING THE OFFENDER ON A BACK
BOARD.WE THEN CARRIED THE OFFENDER DOWN FROM TWO ROW TO THE
GURNEY ON ONE ROW. THE OFFENDER WAS ESCORTED TO THE INFIRMARY. HIS
VITALS WERE A BODY CORE TEMPATURE OF 104.6. HIS BLOOD PRESSURE WAS
LOW AND HIS HEART RATE WAS HIGH. IT WAS DETERMINED TO TRANSPORT THE
OFFENDER VIA 911 AMBULANCES. WHEN THE EMT ARRIVED THEY DETERMINED
TO SEND THE OFFENDER VIA CARE FLIGHT. WHEN THE OFFENDER WAS BEING
TRANSPORTED TO THE HELICOPTER HE WENT INTO CARIAC ARREST AND CPR
WAS INITIATED BY EMT. THE OFFENDER WAS THEN TRANSPORTED TO PRMC VIA
AMBULANCE. UPON ARRIVAL TO PRMC THE OFFENDER WAS PRONOUNCED
DEAD AT 0010. WARDEN RUPERT, REG DIR EASON, OIG HARDING, JUSTICE OF
PEACE THOMAS, CHAPLAIN ROSE WAS NOTIFIED.

THE FOLLOWING ITEMS HAVE BEEN ADDRESSED AT THE TIME OF THE ICS
THE ASSIGNED R WING OFFICER HAD GONE TO MEDICAL DUE TO FEELING DIZZY
AND LIGHT HEADED DUE TO STAFFING THERE WAS NO AVAILBLE STAFF TO
REPLACE THE OFFICER.

THE TEMPATURE AT 2230 WAS 97, THE HUMIDITY WAS 69, THE HEAT INDEX
WAS 114.

SO-4

Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communications

| | | | |
|---|---|---|---|
| **To:** | WARDEN WISENER, J. | **Date:** | 08/08/2011 |
| **From:** | LT. REHSE, C.  2-B-2 | **Subject:** | 2B2 STAFFING ON 08/02/2011 |

AT THE TIME OF THE ICS ON P3 R WING INVOLVING OFFENDER MEYERS, THOMAS 680515 THE R WING OFFICER CO4 SETTLES WAS IN THE UNIT MEDICAL DEPARTMENT CLAIMING SHE WAS DIZZY AND NAUSEOUS. AT THAT TIME THERE WERE 51 OFFICERS AVAILBLE FOR OPERATIONS. THERE ARE 39 PRIORITY 1 POSITIONS. 1 HIGH WAY GATE, 1 P6 OUTPOST, 1 BACK GATE, 1 B CONTROL, 1 INFIRMARY POSITIONS THAT ARE REQUIRED TO BE MANNED. 2 TURN OUT DOOR OFFICERS, AND 2 TURN KEYS THAT ARE MANNED. 2 OFFICERS WERE ON THE REC YARD. 1 OFFICER WAS ASSIGNED TO THE SEARCHERS DESK WAS TAKING COUNT. OUT OF THE UTILITY OFFICERS ON DUTY 1 OFFICER WAS SECURITY IN THE CHAPEL FOR RAMADEN. 1 OFFICER WAS SECURITY IN THE METAL FAB. 1 OFFICER WAS ASSISTING SGT MUNSINGER TURN IN AND STRIP SEARCH THE REC YARD DUE TO COUNT NOT CLEARING THE REC YARD WAS BEING RACKED UP. SGT RODGERS WAS THE SGT OUT AT P6. CAPT HILL AND SGT JACKSON HAD TAKEN THE NIGHT OFF. LT RANDAL WAS TAKING COUNT. I LT REHSE WAS IN MEDICAL WITH THE SICK OFFICER FROM R-WING.

DUE TO IT BEING COUNT TIME THAT WAS NOT CLEARING AND ACTIVITIES THAT WERE BEING CONDUCTED THERE WAS NO AVAILABLE STAFF AT THE TIME THE R-WING ROVER CO4 SETTLES HAD A MEDICAL NECESSITY TO LEAVE HER POST.

SO-4

AD-03.29 (rev.7)
Attachment G
Page 21 of 21

# Texas Department of Criminal Justice
# OFFENDER DEATH PACKET

Offender's Name: **Meyers, Thomas**      TDCJ #: **680515**

Unit of Assignment: **Coffield**      Date of Death: **08/03/11**

Person Compiling Death Packet: **Lt. Chad Rehse**

The following items must be included in the Offender Death Packet.  Use this sheet as a checklist for compiling the packet.

- 1) Summary of Offender Death
- 2) Incident Report
- 3) EAC Report
- 4) Photocopy of travel card
- 5) Chaplain's Offender Death Notification E-mail
- 6) Transport Order Form
- 7) TDCJ Autopsy Order (if appropriate)*
- 8) TDCJ Organ Donor Form (if appropriate)
- 9) Appointment of Agent to Control Dispositioon of Remains (if appropriate)
- 10) Custodial Death Report (OIG)
- 11) Personal property Receipt
- 12) Letter to the Family
- 13) Personal Property Letter
- 14) Staff Participants/Witnesses
- 15) Offender Participants?Witnesses/Refusal
- 16) Objection to Cremation of Remains Form

*only used if natural attended death



**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

---

| | | | |
|---|---|---|---|
| **TO:** | **Warden Rupert** | **DATE:** | **08/03/11** |
| **FROM:** | Lt. Chad Rehse | **SUBJECT:** | Offender Death Time Line<br>Offender Meyers, T #680515 |

8/2/11  2230 ICS sounded
      2232 Offender carried down to gurney & Nurse Gilmartin waiting on 1 Row
      2233 Arrived medical department E/R
      2240 911 Called
      2300 EMT & Ambulance arrived
      2310 Life Flight arrived
      2335 Ambulance left with offender enroute to PRMC
      2358 Chase Vehicle – arrives PRMC CO. Guthrie

8/3/11  1203 Ambulance arrived PRMC – CPR began prior to arrival in ambulance
            Offender off loaded while CPR continued by ER Staff
      0010 Dr. Ron Thomas Pronounced Time of Death
      0015 Lt. Randall – Unit Notified
      0018 Permission granted Lt. Randall removal of restraint
          CO IV Guthrie removed restraints
      0103 Gary Thomas – Justice of Peace arrives at hospital
      0107 IOG – Investigator Leigh Harding arrives hospital
      0113 CO Guthrie assist OIG
      0125 Carnes Funeral Home called ETA 0600
      0550 Carnes Funeral Home arrives
      0606 Carnes Funeral Homes takes remains

### Coffield Unit - 2nd Shift Building Turnout Roster

| 08/02/2011  Supervisor Name: LT.C.   REHSE | | | Signature: | | |
|---|---|---|---|---|---|
| | **1st Half** | **2nd Half** | | **1st Half** | **2nd Half** |
| **Priority 1 Positions** | **Officer's Name** | **Officer's Name** | **Priority 1 Positions** | **Officer's Name** | **Officer's Name** |
| 1 t Perimeter Picket | PENROD | MUHAMMAD | 34 Utility | (A) SPEIRS | (A) JACKSON |
| 2 2 Perimeter Picket | JOHNSON | KAZEEM | 35 P6 Utility | GREEN | OCANAS |
| 3 3 Perimeter Picket | FREEMAN | CHEATHAM | **Priority 2 Positions** | **Officer's Name** | **Officer's Name** |
| 4 4 Perimeter Picket | KAZEEM | VAUGHN | 36 Corridor Control P-3 | SARUBBI, M | GREEN |
| 5 5 Perimeter Picket | MUHAMMAD | FREEMAN | 37 Corridor Control P-4 | MCREYNOLDS | LUCIO |
| 6 Central Control | SHEAD | SARUBBI, L | 38 Turnout Door B | (A) FRAZIER | (A) MCREYNOLDS |
| 7 P-3 Housing Picket (Desk) | KING | WASHINGTON, S | 39 Turnout Door A | (B) GIFFORD | (B) OMOTOYO |
| 8 P-3 Housing Picket (3 row) | SMITH, J | CONTRERAS | 40 Back Gate (Main) | DEAN | DEAN |
| 9 P-4 Housing Picket (Desk) | SARUBBI, L | HILL | 41 Corridor Control (B Control) | RIPLEY | BLACKSHEAR |
| 10 P-4 Housing Picket (3 row) | WINGWOOD | KAMNGANG | 42 Infirmary (Entrance Door) | GUTHRIE | GIFFORD |
| 11 P-3 Rover Housing M | (B) MCGRUDER | (B) SETTLES | 43 P-6 Back Gate | OGBE | ADAIR |
| 12 P-3 Rover Housing N | (B) ADAIR | (B) SMITH, J | 44 Searcher's Desk | (A) LUCIO | (A) SHEAD |
| 13 P-3 Rover Housing O | TORREZ | OGUNNIRAN | 45 Gate Control P-5 (Gatehouse) | | |
| 14 P-3 Rover Housing R | SETTLES | TORREZ | 46 Gate Control B (Crashgate) | | |
| 15 P-3 Rover Housing S | OFEINMUN | MCGRUDER | 47 Gate Control A (Crashgate) | | |
| 16 P-3 Rover Housing T | (B) CONTRERAS | (B) OFEINMUN | 48 P-6 Utility | | |
| 17 P-4 Rover Housing U | (B) OCANAS | (B) IZUKAMMA | 49 Corridor Control B | | |
| 18 P-4 Rover Housing V | IZUKAMMA | WALLS | 50 Shakedown / Escort | | |
| 19 P-4 Rover Housing W | KAMNGANG | LEGBEDION | 51 P6 Shakedown Escort | | |
| 20 P-4 Rover Housing X | HILL | ODONNEL | 52 Shower | | |
| 21 P-4 Rover Housing Y | DADA | OGBE | 53 P-3 Housing Picket (4 Row) | | |
| 22 P-4 Rover Housing Z | (A) OMOTOYE | (A) FRAZIER | 54 P-4 Housing Picket (4 Row) | | |
| 23 P-5 Dorm Rover Housing (1&2) Bld | LEGBEDION | ADAIR | 55 Shower | | |
| 24 P-5 Dorm Rover Housing (3&4) Bld | OGUNIRAN | DADA | 56 Recreation Roof | BLACKSHEAR | |
| 25 P-6 A&B Dorm 1 Bldg. | BONNER | JOHNSON | 57 Recreation Ground | OGBE | |
| 26 P-6 C&D Dorm 1 Bldg. | OYENIYI | ONNOURAH | 58 P-6 Recreation | | |
| 27 P-6 Hsng. Picket 1 Bldg. | ALLEN | BONNER | 59 Central Control | | |
| 28 P-6 A&B Dorm 2 Bldg. | EMAMANKA | OYENIYI | 60 Shakedown / Escort | | |
| 29 P-6 C&D Dorm 2 Bldg. | OLUKANNI | STEVENSON | 61 Shakedown / Escort | | |
| 30 P-6 Hsng. Picket 2 Bldg. | CHEATHAM | EMMEMANKA | 62 Patrol Vehicle | | |
| 31 Patrol Vehicle | VAUGHN | RAY | 63 Rotation | | |
| 32 Front Gate | WALLS | RIPLEY | 64 Rotation | | |
| 33 Utility | (A) JACKSON | (A) SPEIRS | 65 Rotation          (HWY GATE) | ONOURAH | ODUS |
| | | | 66 Rotation          (P6 OUTPOST) | STEVENSON | OLUKANNI |

| Priority 1 Positions | Officer's Name | Officer's Name |
|---|---|---|
| Unit Entrance Shakedown | WASHINGTON, S | KING |
| Unit Entrance Shakedown | ODONNEL | SARUBBI, M |
| Unit Entrance Shakedown P6 | RAY | ALLEN |
| Unit Entrance Shakedown P6 | ODUS | PENROD |

A - denotes A responders
B - denotes B responders

Prepared by Security Systems
Large System I

February 1, 2011



# UTMB MANAGED CARE

## OFFENDER MEDICAL TRANSER

911

E-Mail is sent on the 4.4 screen of EMS.  Select "UTMB MEDICAL TRANSFER", fill in information and at the top command put "TRA".  Next Screen put appropriate destinations, then at top command, put in "TRA".  Transfer is now sent.

### *THE FOLLOWING FORM MUST BE FILLED IN COMPLETELY !!!*

DATE TRANSFERRED 8-2-11      TIME TRANSFERRED 2315

___✓___ EMERGENCY      _____ ROUTINE

NAME OF OFFENDER MEYERS, Thomas      TDCJ# 680515

DIAGNOSIS R/O HEAT STROKE

NATURE OF TRANSFER _____ SCHEDULED      ___✓___ EVAUATION

SENDING PHYSICIAN DR WRIGHT

ACCEPTING PHYSICIAN PRMC ER

TRANSPORTED TO PRMC

TRANSPORT MODE ORDERED ___CHAIN BUS ___WHEEL CHAIR VAN ___VAN _✓_AMBULANCE

TRANSPORT MODE USED ___CHAIN BUS ___WHEEL CHAIR VAN ___VAN _✓_AMBULANCE
___ FREE WORLD AMBULANCE

U.T.M.B. REFUSAL ___YES _✓_NO

UTILIZAION REVIEW NURSE_____      VOICE MAIL ___YES ___NO

HOUSING ___✓___GENERAL POPULATION ___AD. SEG.

ACT OF VIOLENCE ___YES _✓_NO

NAME OF COFFIELD NURSE COMPLETING THIS FORM _____

| FREE WORLD | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | |
|---|---|---|---|---|---|---|---|
| HOSPITAL GALVESTON | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | HGMEDM1 |
| BETO | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | B1UNT13 |
| MICHAEL | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | MIMEDM1 MHUNT02 |
| SKYVIEW | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | SVCNT06 |
| POWLEDGE | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | B2MEDM6 B2WAR01 |
| ESTELLE (E2) | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | E2WAR01 EHUHA01 |
| TELFORD | CLASSMED | UTMBUR | MIMEDMM | B1NRM01 | HSMA049 | CFMEDM6 | TOMEDM3 TOUNT22 |

# SUPERVISOR TRANSPORT CHECKLIST

Offender's Name _Meyers, Thomas_   TDCJ # _680515_

(initial each line person completed)

_____ Review Travel Card (check for SPD's).

_____ Notify Duty Warden (noting any SPD's).

_____ Assign trained transport officers (COIII or above or supervisor as warranted by
the offender's custody level or behavioral history)

_____ Offender strip searched and clothing exchanged (state boots/shoes only). Only
exception to strip search is if it would impede life saving measures. Senior
Warden must be contacted if unable to strip search. Pat search should then be
conducted by a supervisor. (in the event of pat search a hand held metal detector will be
utilized)

X  _warden report notified_
_____ Ensure offender has been placed in "BOSS Chair" prior to departure. Only
exception to not utilizing BOSS Chair is if it would impede life saving measures.

_____ Check to ensure all pertinent equipment is properly applied. (Hand restraints, leg
restraints, plastic cuffs, restraint belt, restraint box and belly chain). Restraints
must be checked by the senior shift supervisor prior to transport.

_____ Ensure officers have all equipment for transport (travel card, email, and medical
records, transfer orders, (classification folder Skyview only), COP, transport cell
phone, and post order book.

_____ Officer's have correct weapon and holster for transport.

_____ Transport van checked for security and searched (by senior shift supervisor).

_____ Establish transport route and review with transport officers. Alternate routes
should randomly be used.

_____ Brief transport officers on any special precautions pertaining to the offender prior
to departure.

_____ Notify hospital emergency/security staff of departure and estimated time of
arrival.

_____ Notify (OMT) via telephone and fax as required by Off-Site Medical Transport
Procedures. (888) 456-5556 or (936) 293-4196.

_____ Ensure offender property is packed, inventoried and placed in the property box.
G.P. property in property box located in professional hallway. Ad Seg in the up
stairs property box located on G-wing.

\*\*\* Notify OIG/Law Enforcement Agencies as warranted by offender's special orders\*\*\*

Supervisor's signature: _____   Date: _8/2/11_

```
CSIUCR15/CSUC15        TDC UNIT CLASSIFICATION REVIEW        CURRENT DATE: 08/0
INMTCICS/BWA4787       HOUSING/JOB ASSIGNMENT HISTORY             AND TIME: 05:5
CF87/UC15   INMATE NAME: MEYERS,THOMAS                 TDCNO: 00680515


HOUSING         |--HOUSING--| INM/HSG     JOB ASGN |--------JOB---------|
  DATE   UNIT |--ASGNMNT--|  CUST  AUTH     DATE   |------ASSIGNMENT------| A
  |----------HOUSING COMMENT----------|  |-----------JOB  COMMENT---------

08/03/11  CO   UNASGN          G2  G2     07/19/11 COUNTER ATTEND SOL 1ST   M
07/18/11  CO   R-2      18 T G2  G2 KRT   JOB CHG PER MWB  AM
CORRECT HOUSING KRT DMF                   07/15/11 KITCHEN HELPER SAFETY     W
07/15/11  CO   X-1      11 T G2  G2 WMD   CHAIN IN
CHAIN IN                                  10/01/10 UNASGN MENTAL HEALTH      T
07/15/11  SV   UNASGN         MH  MH      09/29/10 UNASGN MEDICAL TRANS      P
03/14/11  SV   1D      001    MH  MH GR   03/09/10 UNASGN MENTAL HEALTH      T
10/01/10  SV   2B      016    MH  MH TH   03/09/10 UNASGN MEDICAL            C
E2 MEDICAL RELEASE                        JOB CHG PER/CES/VO
10/01/10  E2   UNASGN         MH  TR      12/18/09 COUNTER ATTEND 1ST        D
09/29/10  E2   D1-3     16 T MH  TR PH    JOB CHG PER DRF


   MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

```
CSIUCR03/CSUC03        TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/0
INMTCICS/BWA4787                OVERRIDES                  AND TIME: 05:5
CF87/UC03
INMATE NAME: MEYERS,THOMAS                         TDCNO: 00680515

  DATE    EXPLANATION


011005    COMP. REC. G2 DUE TO S4 STATUS. BCUCC 1-10-05 REC.
          G4 DUE TO MAJOR CASE AND REDUCTION TO L1. KS

101304    COMP REC:  G2 DUE TO S4 STATUS.  BC UCC REC:  G4 DUE TO RECE
          NT RELEASE FROM PAMIO.   REVIEW IN 90 DAYS

010202    COM REC CC DUE TO DISCPLINARIES REMAIN MI PENDING DISCPLINAR
          Y UCC

110901    COMP REC. ME DUE TO L1 DISP. STATAS.  BC UCC REC. MI DUE TO
          ONLY MAJOR DISP. THIS YEAR.  RH


ADDITIONAL INFORMATION
ENTER THE NEXT TRANS CODE 03 AND/OR TDCNO _____
PF1-HELP, PF3-ADDTL RECORDS, PF4-PREVIOUS   OR SIDNO _____
```

```
CSIUCR04/CSUC04       TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/0
INMTCICS/BWA4787 CURRENT OFFENSES OF CONVICTION SUMMARY      AND TIME: 05:5
CF87/UC04                                                   AS OF: 08/03/
INMATE TDCNO|NAME: 00680515 MEYERS,THOMAS           FLAT TIME:   0019 O
                                                    GOOD TIME:   0013 O
MAX SENTENCE:   0025 00 00      PRJ REL DATE:  06/25/2017   WORK TIME:   0007 O
SENT BEG DATE: 06/25/92      MAX EXP DATE:  06/25/2017   BONUS TIME:  0000 O
                                                    TOTAL TIME:  0040 0
********************************************************************************
|VIOLENT |AGAINST|INJURIES|        |        | SEX  | DRUG |ALCOHOL|       |
|NON-VIO |PERSON |INVOLVED|ESCAPE|PROBATED|RELATED|RELATED|RELATED|OTHER|
| VI/NV  | Y/N   | Y/N   | Y/N  |  Y/N   | Y/N  | Y/N  | Y/N   | Y/N |
********************************************************************************
    VI        Y        Y        N        N        N        N        N        N
COMMENTS:  CALC FLAT
OFFENSES ON FILE:
AGG ASLT
BURG OF HABIT




ENTER THE NEXT TRANS CODE 04 AND/OR TDCNO _____
PF1-HELP                    AND/OR SIDNO _____
```

```
CSIUCR05/CSUC05      TDC UNIT CLASSIFICATION REVIEW    CURRENT DATE: 08/03/1
INMTCICS/BWA4787 PRIOR OFFENSES OF CONVICTION SUMMARY    AND TIME: 05:57:4
CF87/UC05
INMATE NAME: MEYERS,THOMAS                      TDCNO: 00680515

*************************************************************************
| VIOLENT   |AGAINST|INJURIES|        |          |  SEX  | DRUG  |ALCOHOL|
|NON-VIOLENT|PERSON |INVOLVED|ESCAPE|PROBATED|RELATED|RELATED|RELATED|OTHER
| VI/NV     |  Y/N  |  Y/N   |  Y/N |  Y/N   |  Y/N  |  Y/N  |  Y/N  | Y/N
*************************************************************************
    VI        Y        Y       N       Y        N       N       N       N


*************************************************************************
|   DNA     |       |        |       |        |       |       |       |
| REQUIRED  |       |        |       |        |       |       |       |
|   Y/N     |       |        |       |        |       |       |       |
*************************************************************************
    N
SEX OFFENSE CONVICTION NCIC CODE:    _____

COMMENTS: JPR/DENTON CO;X/TDC

ENTER THE NEXT TRANS CODE 05 AND/OR TDCNO _____
PF1-HELP                       AND/OR SIDNO _____
```

```
CSIUCR09/CSUC09  DISCIPLINARY RECORDS  DATE: 08/03/11   SENTENCE  : 0025 00 0
INMTCICS/BWA4787                       TIME: 05:57:57   FLAT  TIME: 0019 01 1
TDC NO: 00680515 NAME: MEYERS,THOMAS                   GOOD  TIME: 0013 08 1
RACE: W   SEX: M   STATUS: S3          CUSTODY: G2      WORK TIME : 0007 09 1
EA SCORE:   11.2   PRIMARY LANGUAGE: ENGLISH           BONUS TIME: 0000 00 0
IQ:  94  CF SCORE:      MROP CODE:     PRIOR DISC:      TOTAL TIME: 0040 07 1
                                               TOTAL TIME LOST: 00150   D.
```

| OFF<br>DATE | HEAR<br>DATE | REPORT<br>NUMBER | OFF<br>CODE | DESCRIPTORS | LVL | REP/SOL/CLASS/TIME/XD/CR/P] |
|---|---|---|---|---|---|---|
| | | | | | | **\*\*\*\*\*\*\*\*\*\*PENALTY(S)\*\*\*\*\*\*\*** |
| 030309 | 031509 | 20090176604 | 24.0 | | 2 MI G X | |
| 092108 | 100808 | 20090021948 | 24.0 | | 2 MM G X | |
| 071508 | 072208 | 20080313900 | 24.0 | | 2 MI G | 15 0 |
| 063008 | 071708 | 20080297859 | 24.2 | | 2 MA G | S3-L1   30   45 0 |
| 122004 | 123104 | 20050114245 | 23.0 | | 2 MA G | S4-L1   30   45 0 |
| | | | 24.0 | | 2 MA G | |
| 051404 | 052404 | 20040263099 | 16.0 | | 2 MI G | 0 |
| 122002 | 123002 | 20030110150 | 24.2 | | 2 MA G | R-L3    30   45 0 |
| 021602 | 022102 | 20020158114 | 21.0 | FT | 2 MA G X | R-L3         30 0 |
| 121401 | 122101 | 20020101430 | 04.0 | SA | 1 MA G | X L1-L3   60   45 0 |
| | | | | | CONTINUED | |

```
ENTER THE NEXT TRANS CODE 06 AND/OR TDCNO _____
                          AND/OR SIDNO _____
PF1-HELP, PF3-ADDTL RECORDS, PF4-PREV RECORDS, PF7-SELECT, PF12-OT00, PA1-M]
```

```
CSIUCR07/CSUC07          TEXAS DEPARTMENT OF CRIMINAL JUSTICE        08/03/1
BWA4787  / CF87            UNIT CLASSIFICATION REVIEW (UCR)          05:58:0
                         CURRENT INSTITUTIONAL ADJUSTMENT RECORDS
OFFENDER NAME: MEYERS,THOMAS                   TDCJ #: 00680515 SID #: 0402
ACTIVE DETAINERS: 00  WARRANTS: 00  UNIT: CO            CMT:
SEL CODE    ADJ DATE      ADJUSTMENT RECORD DETAILS
 _  S3      07-15-2011  MI - OUTPATIENT
 _  OLDOP   10-10-1994  DENIES HOMOSEXUAL
 _  SU      10-10-1994  CUT BOTH WRISTS W/RAZORBLADE
 _  DRUGS   10-10-1994  DRUG USE;SALES;ALCOHOL USE
 _  OLDOP   10-10-1994  PSYCH PROB




ID STATUS: ACTIVE FOR TDCJ# 00680515
ENTER TRAN CODE __ AND TDCJ# _____ OR SID# _____    PRINTER ID _____
F1=HELP  F4=ALIAS      F6=CODE LIST      F7=UP    F9=PRINT  F10=DETAINERS F12=
F3=PREV                                  F8=DOWN            F11=WARRANTS
```

```
CSIUCR09/CSUC09  DISCIPLINARY RECORDS  DATE: 08/03/11  SENTENCE : 0025 00 0
INMTCICS/BWA4787                        TIME: 05:58:27  FLAT  TIME: 0019 01 1
TDC NO: 00680515 NAME: MEYERS,THOMAS                   GOOD  TIME: 0013 08 1
RACE: W   SEX: M   STATUS: S3       CUSTODY: G2         WORK TIME : 0007 09 1
EA SCORE:   11.2   PRIMARY LANGUAGE: ENGLISH            BONUS TIME: 0000 00 0
IQ:  94  CF SCORE:      MROP CODE:     PRIOR DISC:      TOTAL TIME: 0040 07 1
                                               TOTAL TIME LOST: 00150  D.
   OFF     HEAR    REPORT       OFF              **********PENALTY(S)*******
   DATE    DATE    NUMBER       CODE DESCRIPTORS LVL    REP/SOL/CLASS/TIME/XD/CR/P
  030309  031509  20090176604  24.0             2 MI G X
  092108  100808  20090021948  24.0             2 MM G X
  071508  072208  20080313900  24.0             2 MI G                         15 0
  063008  071708  20080297859  24.2             2 MA G         S3-L1    30     45 0
  122004  123104  20050114245  23.0             2 MA G         S4-L1    30     45 0
                               24.0             2 MA G
  051404  052404  20040263099  16.0             2 MI G                          0
  122002  123002  20030110150  24.2             2 MA G         R-L3     30     45 0
  021602  022102  20020158114  21.0 FT          2 MA G X       R-L3            30 0
  121401  122101  20020101430  04.0 SA          1 MA G       X L1-L3    60     45 0
                                                       CONTINUED


ENTER THE NEXT TRANS CODE 09 AND/OR TDCNO _____
                             AND/OR SIDNO _____
  PF1-HELP, PF3-ADDTL RECORDS, PF4-PREV RECORDS, PF7-SELECT, PF12-OT00, PA1-M
```

```
CSIUCR14/CSUC14        TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 08/0
INMTCICS/BWA4787              JUSTIFICATIONS                 AND TIME: 05:5
CF87/UC14
INMATE NAME: MEYERS,THOMAS                       TDCNO: 00680515

   DATE     EXPLANATION


 121009     HOUSED TRANSIENT PENDING (OTHER)

 120909     HOUSED TRANSIENT PENDING (OTHER)

 030708     HOUSED TRANSIENT DUE TO LACK OF CUSTODY BEDS

 010506     HOUSED TR ENROUTE TO ANOTHER UNIT OF ASSIGNMENT.

 122205     G2 HSD TR DUE TO LACK OF HSG/NDG

 121202     G5 HSD TR PENDING UCC

 110502     G5 HOUSED MH DUE TO CRISIS MANAGEMENT
ADDITIONAL INFORMATION
ENTER THE NEXT TRANS CODE 10    AND/OR TDCNO _____
PF1-HELP, PF3-ADDTL RECORDS, PF4-PREVIOUS AND/OR SIDNO _____
```

```
CSIUCR02/CSUC02      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/0
INMTCICS/BWA4787     CUSTODY HOUSING ASSIGNMENT HISTORY       AND TIME: 05:5
CF87/UC02
INMATE NAME: MEYERS,THOMAS                          TDCNO: 00680515


              CUST          HOUSING                   WORKSHEET
  DATE   RCODES CODE  UNIT  ASSIGN   CELL OVERRIDE     SEQ. NO.

 071511  01      G2    CO   UNASGN                      99948
 020111  35      MH    SV   2B                          99949
 032410  01      MH    SV   2B                          99950
 030910  17      MH    SV   UNASGN                      99951
 101309  01      G2    CO   M-4      18                 99952
 072309  36 38   G2    TL   7G33     66                 99953
 070609  06      G2    TL   7G33     66                 99954
 071808  11      G2    TL   11SOA    32                 99955
 063008  34      G2    TL   11AH     21                 99956
 050808  01      G2    TL   UNASGN                      99957
 042908  17      MH    SV   UNASGN                      99958
   ADDITIONAL INFORMATION


ENTER THE NEXT TRANS CODE 11 AND/OR TDCNO _____
                             AND/OR SIDNO _____
 PF1-HELP,PF3-ADDTL RECS,PF4-PREV RECS, OR SEQ. NO. TO REVIEW WORKSHEET _____
```

```
CSHS1802              T.D.C.J. - INSTITUTIONAL DIVISION      DATE: 08/03/11
              HEALTH SUMMARY FOR CLASSIFICATION SYSTEM      TIME: 06:00:10
                              INQUIRY
   TDCJ-ID #: 00680515  SID #: 04024546          P   U   L   H   E   S
   NAME: MEYERS,THOMAS                          -------------------------
   HT 5'11"  WT 206                             | 3 | 1 | 1 | 1 | 2 | 3 |
   DOB: 12 26 1964                              |---|---|---|---|---|---|
   UNIT: CO       HOUSING:                      | E | A | A | A | B | N |
   JOB:                                         |---|---|---|---|---|---|
                                                | P |   |   |   | P | T |
   RESTRICTIONS                                 -------------------------
   UNIT: NO RESTRICTION            TRUSTY CAMP SUITABLE: Y
   HOUSING: NO RESTRICTION         WHEELCHAIR USE: NO RESTRICTI
   BUNK: NO RESTRICTIONS               ROW: NO RESTRICTIONS
   WORK: W19 W20 W21
   DISCIPLINARY PROCESS: CONSULT REPRESENTATIVE OF MENTAL HEALTH

   INDIVIDUALIZED TREATMENT PLAN:
                          PSYCH REPRESENTATIVE REQUIRED
   TRANSPORTATION RESTRICTIONS: NO RESTRICTION
   REVISED BY: WM HARDY, PA-C              REVISED DATE: 07 15 2011
   PF1 -HELP  PF3 -MENU  PF4 -ADDITIONAL INFO  PF7 -UP  PF8 -DOWN
   ENTER NEXT REQUEST:/TDCNO: _____  OR SIDNO: _____
```

Page 1 of 2

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### EMERGENCY ACTION CENTER

### SERIOUS INCIDENT REPORT FORM

EAC #    I-10915-08-11

| TYPE OF INCIDENT | UNIT CODE | DATE / TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | CO | 08/03/11   0253 | Lt. Chad Rehse |

| DATE / TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08/03/11   1110 | R Wing 2 Row | n | |

WAS THE INCIDENT RACIALLY MOTIVATED?  ( ____ ) YES   ( x ) NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO HOSPITAL?   ( ____ ) YES   ( ____ ) NO

### OFFENDER INORMATION

| NAME | TDCJ# | RACE / SEX | AGE | CUSTODY CODE | INJURIES | A – V |
|---|---|---|---|---|---|---|
| Myers, Thomas | 680515 | W/M | 46 | G2 | Unresponsive on floor R Wing 2 Row Run | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO HOSPITAL?   ( ) YES   ( ) NO   NAME OF HOSPITAL:

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE / SEX | AGE | CUSTODY CODE | INJURIES | A – V |
|---|---|---|---|---|---|---|
| | 680515 | W/M | 46 | G2 | Unresponsive on floor R Wing 2 Row Run | |
| | | | | | | |
| | | | | | | |

NEXT OF KIN NOTIFIED?   ( x ) YES   ( ) NO   DATE / TIME / BY WHOM:   Chaplain Rose   0315

HUNTSVILLE FUNERAL HOME NOTIFIED?   ( ____ ) YES   ( ____ ) NO   DATE / TIME / BY WHOM:   08/03/11   0125

Page 2 of 2

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?   (        )  YES   (        )  NO
n/a

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?   (        )  YES   (        )  NO

## WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL      n/a

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| n/a    |      |               |
|        |      |               |
|        |      |               |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?        (    x    )  YES   (        )  NO
Investigator Leigh Harding  @ 0025

### SUMMARY OF INCIDENT:

See Telex dated 8/3/11  Time 05:24 am  Message I.D. 948293

PREPARED BY:      Bernice Waggoner - Clerk                     DATE:     8/3/11

AUTHORIZED BY:    Lt. Chad Rehse                               DATE:     8/3/11

OFFENDER DEATH

EAC Incident No.    I 10915-08-11

Date / Time of incident    08/03/11   0010

Specific location of incident    P3 R Wing 2 Row Dayroom

## Offender(s) Information

| Name | TDCJ# | Race | Sex | Age | Custody |
|------|-------|------|-----|-----|---------|
| Meyers, Thomas | 680515 | W | M | 46 | G2 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Preliminary cause of death    Cardiac Arrest

Was deceased receiving medical treatment at the time of death?    Yes    x    No _____

If Yes, type of treatment    medications

Name and title of person who pronounced offender deceased    PRMC Physician on call Ron Thomas M.D.

Official date and time offender was pronounced deceased    08/03/11   0010

Name of Justice of the Peace who ordered inquest    Gary Thomas JP Precinct 1

Is foul play suspected in the death of the offender?    Yes _____    No    x

OIG investigator notified?    Yes    x    No _____    If yes, Name?    Leigh Harding

Family Notified?    Yes    x    No _____    If yes, by whom?    Chaplain Rose

Relationship of family member to offender    Father

Carnes Funeral Home Notified?    Yes    x    No _____    If yes, by whom?    Lt. C. Randall

Classification and Records notified?    Yes    x    No _____    If yes, name?    Chaplain Rose

**(It is very important that Classification and Records be aware of family's notification, since that is the department responsible for sending a telegram to the family)**

_____
Lt. Chad Rehse
Name of Person Reporting Incident

_____
B. Minor
Name of Person Notified in EAC

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                    05:54am - Wed, Aug 03,
Enter Command ===>

To:        BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:      RC00014 - REHSE, CHAD                    Date Sent:  08/03/1
Subject:   OFFENDER DEATH MEYERS 680515   Priority: 000   Time Sent:  05:24am

GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES      NO
WAS INCIDENT RACIALLY MOTIVATED:      YES  X NO



                              OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)       TDCJ NO    CUST   RACE  SEX  AGE  INJ  A-V
  MEYERS, THOMAS                    680515     G2      W     M    46        V




COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
----------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                 05:54am - Wed, Aug 03,
Enter Command ===>

To:       BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:     RC00014 - REHSE, CHAD                    Date Sent:  08/03/1
Subject:  OFFENDER DEATH MEYERS 680515  Priority: 000    Time Sent:  05:24am


WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL MEDICAL CENTER
TREATMENT: CPR

                            EMPLOYEE INFORMATION
NAME (LAST, FIRST M)            SSN        RACE  SEX   AGE       RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
------------------------ SYSM INBASKET MESSAGE REVIEW -------------------
User ID: BWA4787                                  05:54am - Wed, Aug 03,
Enter Command ===>

To:        BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:      RC00014 - REHSE, CHAD                    Date Sent:  08/03/1
Subject:   OFFENDER DEATH MEYERS 680515  Priority: 000   Time Sent:  05:24am

WAS A RAPE KIT COMPLETED    YES   NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINE
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 03 / 2011  TIME: 00 : 10 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: THOMAS, RON DOCTOR
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST
NEXT OF KIN NOTIFIED X YES    NO  DATE: 08 / 03 / 2011  TIME: 03 : 15
NAME OF NOK: CL MEYERS
HUNTSVILLE FUNERAL HOME NOTIFIED     YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                    05:54am - Wed, Aug 03,
Enter Command ===>

To:      BWA4787 - WAGGONER, BERNICE           Message ID: 948293
From:    RC00014 - REHSE, CHAD                 Date Sent: 08/03/1
Subject: OFFENDER DEATH MEYERS 680515  Priority: 000   Time Sent: 05:24am

                    DESCRIPTION OF WEAPON(S) CONTRABAND



                         CHEMICAL AGENT INFORMATION
AMOUNT                         LIST TYPE                    AUTHORIZATION


WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO   INJURIES   YES

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                  05:54am - Wed, Aug 03,
Enter Command ===>

To:       BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:     RC00014 - REHSE, CHAD                    Date Sent:  08/03/1
Subject:  OFFENDER DEATH MEYERS 680515  Priority: 000   Time Sent:  05:24am

THIS INCIDENT?
YES       NO X

              IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                        05:54am - Wed, Aug 03,
Enter Command ===>

To:        BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:      RC00014 - REHSE, CHAD                    Date Sent: 08/03/1
Subject:   OFFENDER DEATH MEYERS 680515   Priority: 000   Time Sent: 05:24am
```

CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

 ON 08/02/2011 AT 2230 HOURS AN ICS WAS INITIATED ON P3-R WING 2 ROW DUE TO
 OFFENDER MEYERS, THOMAS 680515 WAS LAYING UNRESPONSIVE ON THE ROW. MEDICAL
 AND A RESPONCE ARRIVED AND THE OFFENDER WAS ESCORTED TO THE UNIT INFIRMARY

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                  05:54am - Wed, Aug 03,
Enter Command ===>

To:       BWA4787 - WAGGONER, BERNICE              Message ID: 948293
From:     RC00014 - REHSE, CHAD                    Date Sent:  08/03/1
Subject:  OFFENDER DEATH MEYERS 680515  Priority: 000  Time Sent: 05:24am

 IT WAS DETERMINED THE OFFENDER NEEDED TO BE TAKEN VIA 911 AMBULANCE TO THE
 HOSPITAL DUE TO LOW BLOOD PRESSURE AND HIGH HEART RATE. WHEN THE EMT ARRIV
 THEY DETERMINED THE OFFENDER NEEDED TO BE TRANSPORTED VIA CARE FLIGHT. AS
 OFFENDER WAS BEING TRANSPORTED TO THE HELICOPTER THE OFFENDER WENT INTO
 CARDIAC ARREST CPR WAS INITIATED. IT WAS DETERMINED THAT CPR COULD NOT BE
 PERFORMED IN THE CARE FLIGHT. THE OFFENDER WAS TRANSPORTED TO PRMC VIA
 AMBULANCE. UPON ARRIVAL TO PRMC THE OFFENDER WAS PRONOUNCED DEAD AT 0010 B
 DR THOMAS, RON

NOTIFICATIONS: WARDEN RUPERT, J 2240
               REG DIR EASON,R  0020
               OIG HARDING,L    0025
       JUSTICE OF THE PEACE THOMAS, G 0028
               CHAPLAIN ROSE    0045

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
----------------------- SYSM INBASKET MESSAGE REVIEW -------------------
User ID: BWA4787                                    05:54am - Wed, Aug 03,
Enter Command ===>

To:       BWA4787 - WAGGONER, BERNICE            Message ID: 948293
From:     RC00014 - REHSE, CHAD                  Date Sent:  08/03/1
Subject:  OFFENDER DEATH MEYERS 680515  Priority: 000   Time Sent:  05:24am

              EAC MINOR, B    0253
         INCIDENT NUMBER ISSUED I-10915-08-11
```

```
COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
----------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                              05:54am - Wed, Aug 03,
Enter Command ===>

To:      BWA4787 - WAGGONER, BERNICE          Message ID: 948293
From:    RC00014 - REHSE, CHAD                Date Sent:  08/03/1
Subject: OFFENDER DEATH MEYERS 680515  Priority: 000   Time Sent: 05:24am

Sent to: EAC                <list>                        (to)
* * *       End of Message         * * *
```

```
COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

MEYERS, Thomas          (W)        680515      Burg Habit          25Y
                                               w/Ddly wpn

| Name | Number | | Not Tested | 94 | 29 | 12/26/64 | 10/5/94 | Baptist |
|---|---|---|---|---|---|---|---|---|
| 06-25-201? | | | Not Tested | 94 | 29 | 12/26/64 | PUC/ld? | Baptist |
| Max Expir | Minimum Expiration | | E.A./I.Q. | Age | DOB | Int./By | Religion |

Denton   Out Date   PPD /17   Slack 7/1/?   The Cole  9/98   6/25/92   8/15/94
                                9/2

COUNTY                                          Sent. Beg.   Date Received

Laborer

EMPLOYMENT

| Inst. | Commits | Escapes |
|---|---|---|
| Juv Prob | 1 | |
| Prob Snt | | |
| Jails | 8 | |
| Reft'y | | |
| Det Hosp | 1 | |
| Det Home | 1 | |
| | | |
| | | |
| Mil Pris | | |
| TDCJ-ID | 1 | |
| O/Pris | | |

CONDUCT:

Jail Good Time Credited From Sentence Begin Date
70th/72nd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT
CALC PAROLE ON CALENDAR TIME
S4 EFF: 06/25/92     W EFF: 06/25/92

08/15/94:  Retd from Parole w/new conv. Rem of sent as
           TDCJ #482613 is conc.

1/02/95: Level 2, Code L27(out g place), 15 days red. rec.
15 days rest. comm, 15 hrs. extra duty. N.D.E.

10-16-94 OTC 9-5-XG/ GTL-0/ BTC-0/ GTC 1-9-95 )WTL-0
5AT 5/W/ LPT 9-96-80

COMMITTEE RECOMMENDATIONS:

OCT 11 1994   RAMSEY I      54  SafeKeppi?

| | UNITS | WORK | |
|---|---|---|---|
| MEYERS | Thomas #680515 | | |
| 10/12/94 | R1 | ABAN | 10-12-94  R1-UCC ASSIENS PI / RE. (AC, JM, JL) |
| 10-12-94 | TProg. | Laundry | 11-23-94  R1-UCC DENIED VOC. TRADE. (TA, AT, TM) |
| 10-31-94 | 5E-1-2B | " | 11-29-94  R1 UCC CONT S3 (LS, JM, NF) |
| 11-7-94 | 5E-1-2B | w. Bath Pin | 12-14-94  R(02) UCC APPROVES REMOVAL FROM SAFEKEEPING (AC, ES, JL) |
| 12-14-94 | | F. Factory | 1-20-95  R(02) UCC ASSIGN PI (TM, JM, KE) |
| 01/20/95 | 7E-1-4B | " | 6-9-95  SAT S3 W EFF. 2-26-EE |
| 12/12/95 | 11W-061 | " | 8-9-95  SAT S3 W EFF 2-26-EE |
| 2/16/96 | 11W-061 | Sand Blastr Fact. | 8/29/96  Not eligible for SSI til 8/29/97. |
| 5/22/96 | " | Kit (temp) | |
| 5/23/96 | " | Kit HLPR 1st shift | Burglary of Habitation Deadly Weapon (1) (25 years conc) |
| 9-27-96 | " | Kitchen 3rd(?) | ILLNESS, INJURY OR DEATH - NOTIFY: |
| 10-6-96 | HG | med rif | C.L. Meyers (FA) |
| 10-11-96 | " | Furn. Factory | 813 Imperial, Denton, TX (817-382-1362) |
| 10-15-96 | " | Kitchen (temp) | RACE: WHITE     SEX: MALE   HEIGHT: 5'11   WEIGHT: 176 |
| 10-22-96 | 11G | | COMPLEXION: RUDDY          EYES: BRN          HAIR: BRN |
| 10-25-96 | 11-61 | med.rif | NATIVITY: Denton, Denton Co., TX      MARKS & SCARS: |
| 10-31-96 | " " | Kitchen 2nd S. | TAT THOMAS RT CHST, REAPER OUTSDUPR LFT ARM, BURN SCAR |
| 11-?-?? | | | CTR BACK, CUT SCARS INSD LFT F/ARM |

DETAINERS:

TRANSFERS & ASSIGNMENTS | SUMMARY:

| Date | Unit | WORK |
|------|------|------|
| 1/30/96 | 11-61 #680515 | Kitchen (Tray) |
| 2/17/96 | NC | |
| 2/17/96 | 11-61 | Med RD |
| 1-24-97 | | |
| 1/24/97 | RI | Med rel |
| 1/24/97 | HE | |
| 2/03/97 | 11-61 | Field Force |
| 2/04/97 | " | Can Seas |
| 1/18/97 | 2W-1-15B | Spec Cell Restrict |
| 1/25/97 | 2W-1-14B | |
| 1/25/97 | | Can Seas |
| 1-4-97 | 1-2-14B | " " |
| 1-21-97 | " | Laundry Tech USI34 APM |
| 4-23-97 | " | |
| 5-13-97 | 4W-1-18B | Fur Factory |
| 6/14/97 | " | Trash out Fact |
| 7-9-97 | 2E-1-14B | Field Force |
| -10-97 | " " R1 | Gross/on Oil |
| -11-97 | " " | Kitchen |
| 1-9-98 | " " | 1 cat S |
| 7/07/98 | J4 (commissary) | |
| 7-9-98 | J4 | B1-07 A/1 |
| 7-10-98 | Policing 14 | Pre-Hearing Det |
| 7-22-98 | " | UA Disposal |
| 7/04/98 | DA | |
| 1/08/01 | BC 8K31 | Urasen |
| 1-29-08 | SV | |
| 7-9-10 | SV | |

Current DPS report indicates 3 arrests--admits 12 arrests resulting in 1 commitment to the Denton, Texas Juvenile Detention Facility for Theft Over $500 (claims released to parents)--6 month juvenile probated sentence Denton County 1979 for Running Away and Theft (claims completed)--claims 3 month Denton County Jail for Bond Forfeiture (claims time served)--claims 30 days Denton County Jail for DWI (fine and time served)--claims 6 short Denton County Jail confinements for Traffic Violations (claims time served on each)--X/Vernon State Hospital, Vernon, Texas on a court commitment for mental treatment, claims confined 3 months as inpatient with a clear record and medically released 1993--X/TDCJ-ID #482613 on a 6 year sentence from Denton County for 1 count of Aggravated Assault (involves the subject striking a 45 year old male in the head with a baseball bat while attempting to trade the victim a sterling silver necklace for money to BUY DRUGS, claims victim suffered arm paralysis and brain damage as a result of this incident), on 6/29/88 assigned to Beto 1 (SAFEKEEPING) (MINIMUM-IN) SAT 4 Effective 2/16/88, on 7/23/88 SB 727 good time 30 days advancement (70 days good time), on 10/13/88 transferred to Huntsville Unit, on 10/14/88 transferred to Jester 2 (SAFEKEEPING)  Recommendation of Unit Administration to fill Jester 2 (SK) SAT 4 med P(1AP), on 3/22/89 denied SSI Orderly wing (SK), on 3/4/89 PMA 727 30 days advancement (70 days good time), on 4/1/89 SB 727 good time 30 days advancement (70 days good time), on 5/6/89 PMA 727 30 days advancement (70 days good time), on 5/8/89 SAT 3 Effective 2/26/88, on 6/17/89 PMA 727 awarded 30 day advancement (75 days good time), on 8/19/89 PMA 727 awarded 30 days advancement (75 days good time), on 10/6/89 SAT 3B Effective 6/1/89 (1)GED Educational Good Time Bonus, received  minor disciplinary punishments for out of place (2), use of INDECENT of vulgar language, fighting without a weapon, failure to work (3), refusing or failing to obey orders (4), refused to attend compulsory school program (3), granted no disturbance, on 10/31/89 released on Parole to Tarrant County; 8/15/94 returned to TDCJ from Parole from Denton County with a new conviction, present TDCJ number issued, remainder of sentence as #482613 is concurrent--RAT OF P.O. "I DON'T KNOW."--claims contact with father, mother, stepmother--claims no contact with 2 sibs, 1 half sib (claims half brother, Michael Leroy CASEY II, X/TDCJ), 1 step sib, ex-wife, 1 child--claims 1 marital failure with 1 child involved--claims divorced--res. unstable--ed. claims 9 (claims received GED Jester 2 1989)--emp. laborer--claims 1 United States Marine Corp General Under HONORABLE DISCHARGE due to AWOL and failure to attend school--home stability poor due to parents divorce at early age and 1 marital failure--admits use of MARIJUANA at age 12--admits use of AMPHETAMINES, COCAINE, BARBITURATES at age 15--admits SALE of MARIJUANA, BARBITURATES, COCAINE, AMPHETAMINES at age 13--admits 1 SUICIDE attempt at age 16 by cutting both wrist with a razor

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Institutional Division



680515
08/01/2001 002



08/01/2001 003

ID Number: 680515
Date: 08/03/01
Name: THOMAS MEYERS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INITIALS | | | | | | | | | | | |
| DATE | | | | | | | | | | | |
| INITIALS | | | | | | | | | | | |
| DATE | | | | | | | | | | | |

(WARDENS INTERVIEWS)

```
              T.D.C.J. - INSTITUTIONAL DIVISION        INMATE VISITORS LIST
              DATE: 09/01/10          TIME: 10:21:30

NAME: MEYERS,THOMAS              TDC# 00680515  STAT/CUST: S3   MH UNIT: SV
HSNG ASSIGNMENT: DORM 2B    MH  BED: 016 LAST VISITOR LIST CHANGE: 07 14 08
INMATE TYPE: ID
MEYERS, CHARLES                 FA   813 IMPERIAL, DENTON, TX
CASEY, BARBARA                  MO   2215 MERCEDES, DENTON, TX
HOWE, JANICE                    S/SIS 813 IMPERIAL, DENTON, TX


                    3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:   0 LAST VISIT DATE:           CONTACT VISIT ELIG: Y
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 08 15 97
```

```
CSIMF500            T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS L
                    DATE: 08/03/11        TIME: 13:30:41

NAME: MEYERS,THOMAS                    TDC# 00680515  STAT/CUST: S3   G2 UNIT
HSNG ASSIGNMENT: UNASGN           CELL:      LAST VISITOR LIST CHANGE: 07 1
INMATE TYPE: ID
MEYERS,CHARLES                        FA    813 IMPERIAL,DENTON,TX
CASEY,BARBARA                         MO    2215 MERCEDES,DENTON,TX
HOWE,JANICE                           S/SIS 813 IMPERIAL,DENTON,TX




                    3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:   0 LAST VISIT DATE:              CONTACT VISIT ELIG
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 06 15 97
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST:  _____         OR SIDNO  _____
PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST    PF10=FAMILY PAG
```

```
SIMF500              T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                     DATE: 04/13/10      TIME: 10:05:23

AME: MEYERS,THOMAS                  TDC# 00680515 STAT/CUST: S3    MH UNIT: HV
3NG ASSIGNMENT: DORM 2B      MH BED: 016 LAST VISITOR LIST CHANGE: 07 14 08
NMATE TYPE: ID
EYERS,CHARLES                         FA   813 IMPERIAL,DENTON,TX
ASEY,BARBARA                          MO   2215 MERCEDES,DENTON,TX
DLER,JIM S                            FRND 2711 HASKELL AVE,DALLAS,TX
ASEY,MICHAEL I          03 01 06      H/BRO A/U, DENTON,TX
OWE,JANICE                            S/SIS 813 IMPERIAL,DENTON,TX
ONHAM,ALYNDA                          COUSN 5217 STACEY AVE,FT WORTH,TX


          3 CONTACT VISITS PER MONTH
ONTACT VISITS THIS MO:   0 LAST VISIT DATE:              CONTACT VISIT ELIG. Y
EGULAR VISITS THIS MO:   0 LAST VISIT DATE: 06 15 97
PECIAL VISITS THIS MO:   0 LAST VISIT DATE:
NTER NEXT TDCNO, CODE, OR REQUEST:                       OR SIDNO _____
F1=HELP,    PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST   PF10=FAMILY PAGE
```

```
:SIMF500              T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                     DATE: 10/13/09      TIME: 11:09:17

IAME: MEYERS,THOMAS                  TDC# 00680515  STAT/CUST: S3   G2 UNIT: HV
HSNG ASSIGNMENT: UNASGN        CELL: 02   LAST VISITOR LIST CHANGE: 07 14 08
INMATE TYPE: ID
IEYERS,CHARLES                       FA   813 IMPERIAL,DENTON,TX
:ASEY,BARBARA                        MO   2215 MERCEDES,DENTON,TX
.DLER,JIM S                          FRND 2711 HASKELL AVE,DALLAS,TX
:ASEY,MICHAEL I                      H/BRO MONTFORD,UNIT #606593,
IOWE,JANICE                          S/SIS 813 IMPERIAL,DENTON,TX
30NHAM,ALYNDA                        COUSN S217 STACEY AVE,FT WORTH,TX


          3 CONTACT VISITS PER MONTH
:ONTACT VISITS THIS MO:   0 LAST VISIT DATE:            CONTACT VISIT ELIG. Y
!EGULAR VISITS THIS MO:   0 LAST VISIT DATE: 06 15 97
:PECIAL VISITS THIS MO:   0 LAST VISIT DATE:
INTER NEXT TDCNO, CODE, OR REQUEST: _____            OR SIDNO _____
)F1=HELP     PF5=DISAPPROVED LIST    PF10=FAMILY PAGE
```

```
SIMF500            T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                   DATE: 03/19/07      TIME: 14:06:37

AME: MEYERS,THOMAS              TDC# 00680515  STAT/CUST: S3   MH UNIT: SV
SNG ASSIGNMENT: DORM 2A      MH  BED: 017 LAST VISITOR LIST CHANGE: 03 05 07
VMATE TYPE: ID
  01   MEYERS,CHARLES           FA    813 IMPERIAL,DENTON,TX
  02   CASEY,BARBARA            MO    2215 MERCEDES,DENTON,TX
  03   ADLER,JIM S              FRND  2711 HASKELL AVE,DALLAS,TX
  04   CASEY,MICHAEL II         H/BRO MONTFORD,UNIT #606593
  05   HOWE,JANICE              S/SIS 813 IMPERIAL, DENTON, TX
  06   BONHAM, ALYNDA           COUSN 5217 STACEY AVE. FT. WORTH, TX
RESS PF3 KEY TO CORRECT ERRORS OR TO BROWSE VISITORS FOR THE CURRENT MONTH
              3 CONTACT VISITS PER MONTH
ONTACT VISITS THIS MO:   O LAST VISIT DATE:            CONTACT VISIT ELIG. Y
EGULAR VISITS THIS MO:   O LAST VISIT DATE:
PECIAL VISITS THIS MO:   O LAST VISIT DATE:
NTER NEXT TDCNO, CODE, OR REQUEST: _____       OR SIDNO _____
 F1=HELP    PF5=DISAPPROVED LIST
```

| Transfers and Assignments | | | XXXXXXXXXX     SUMMARY (cont'd) |
|---|---|---|---|
| Date | Place | Work | |
| | MEYERS, Thomas #680515 JACKET #1 | | blade--claims forced into ANAL SODOMY as PASSIVE PARTNER and ORAL SODOMY as ACTIVE PARTNER and PASSIVE PARTNER by stepfather from age 3 to age 8--claims willingly participating ANAL and ORAL SODOMY as ACTIVE and PASSIVE PARTNER at age 6 and age 20--denies being HOMOSEXUAL or BISEXUAL--current offense of Burglary of Habitation With Deadly Weapon involves the subject breaking and entering into his mother's private residence and striking his mother in the back once with an ax as she attempted to flee the scene--there was a  good report from Denton County Jail--refer to D & E Classification Summary--refer to Additional Information dated 6/15/88 by ML and 10/5/94 by BWC--TRUE NAME: MEYERS, Thomas William--AKA: MEYERS, Tom; MEYERS, Tommy-- |
| | | | NO ENHANCED ADMISSION SUMMARY |

*Meyers, Thomas*          *680515*

| TRANSFERS AND ASSIGNMENTS | | | CONDUCT |
|---|---|---|---|
| Date | Place | Work | |

CONDUCT

1/11/97 code 25, level II, refusing to work,
30 days rec, 30 days comm, cont. visit susp
1/31/97, NO DRF
2/01/97: Level 2, code 27 (out of place), 20 days rest. rec,
20 days rest. comm. No DRF
2/11/97: Level 2, code 25 (refusing to work), 30 days rest. comm.,
30 days property loss, 30 days T.V. loss, 30 days special cell rest.,
reduc class given S4 & L1. DRF.
2/05/97: Level 2, code 25 (refusing to work), 30 days rest. rec,
30 days rest. comm., 20 hrs. extra duty, cont. visit susp thru 4-19-97.
No DRF.
5/07/97: Level 2, code 21 (fighting w/o weapon), 45 days rest.
rec., 45 days rest. comm., 45 days rest. property, cont. visit susp
thru 6-30-97. DRF.

L-64 ·          *Jacket #3*                                    S0928

---

| Transfers and Assignments | | | XXXXXXXXXXX    SUMMARY (cont'd) |
|---|---|---|---|
| Date | Place | Work | |

MEYERS, Thomas
#680515
JACKET #2

DPS#:   4024546
FBI#:   300262JA7
SSN:    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
DL#:    TX13538637

11-12-96 S4W eff 8-19-96
2/18/97: Not eligible for SSI til 2/18/98.
5/09/97: L1W eff 2-11-97.
7/09/98: SAT3W eff 5-12-98.
8-5-99
5/14/01 DaCo(3)UCC Promotion Denied
10/25/01 Da(1)UCC - L1 MI, A Force

| Transfers and Assignments | | | CONDUCT |
|---|---|---|---|
| Date | Place | Work | |

1/8/95: GTC 2.06.22/6TL.0./BTC.0./WTC 1.03.10/
WTL.0./SAT 3W/eff 2.26.88/3.8 ABS 12/94.
5/10/95: Level 2 code 27 (out of place), 30 days restr. loc.,
30 days rest. Comm. No DRF.
3/25/96: Code 16, Level II, Possession of
Contraband, Comm 30 Days, CVS thru 3/28/96,
NDRF
5/12/96: Level 2, code 24 (refusing or failing to obey order),
30 days rest. Comm. No DRF.
8/19/96: Level 2, code 25 (refusing to work), 45 days rest. loc.,
45 days rest. comm. radio down from 53 to 54. DRF.
11/21/96: code 35, level III, unauth. storage of property
(Adminis. Dir. 03.22) 10 days Rec. NDRF.
1-10-97: code 25, level II, refusing to work,
20 days rec, 20 days comm, NDRF

| TRANSFERS AND ASSIGNMENTS | | | CONDUCT |
|---|---|---|---|
| Date | Place | Work | |

CONDUCT

12-5-97: Code 24, Level 2, Refusing or Failing
To Obey Orders, Reprimand, NO DRF.

2-6-98: Level 2, Code 27 (out of place), 15 days res. Rec.,
10 days res. Comm. NDRF.

7/09/98: Level 1, code 4 (threat an officer), 30 days rest. rec.,
30 days rest. Comm., 15 days sol., reduce class from 53 to 63, 30
days GT2. DRF.

7/15/98: Level 2, code 24.2 (refuse to accept housing assign), 15
days sol., remain line 3, DRF.

8-05-58 DA UCC   ME remain   C free.

02-17-99 DA UCC: Denied Safe Keeping. Remain ME

---

| Transfers and Assignments | | | ~~CONDUCT~~ COMMITTEE |
|---|---|---|---|
| Date | Place | Work | |

~~CONDUCT~~ COMMITTEE

9-6-96 RI(11) UCC REC. REMAIN 'M1'
2-24-97 RI UCC Remain Cell restricted (L-1)
5-6-97 S4W eff 8-19-96
5/13/97: Not eligible for S I til 5/8/98.

7/11/97: L1W eff 2-11-97.
2-9-98: RI UCC - Rec. SAT 4           (LR-MR BF)
2-24-98: S4W eff 2-24-98
5-12-98 RI(0V)UCC APPROVES SAT 3
5-19-98: S3W eff 5-12-98.
7/22/98: Not eligible for s5T til 7/22/99.
7/29/98 RI UCC (11) ME Request Transfer (LR GL MI)

5-13-97- 970 275374 (21. 0) Rec. 45, Comm 45, Prop. 45,
Cont. Visit. susp. 6-30-97.

| Transfers and Assignments | | | CONDUCT |
|---|---|---|---|
| Date | Place | Work | 3-7-08  TLUCC  62  Med Squad |
| | | | 5-8-08  TL UCC (06) Assign 62 Med Squad |
| | | | 6/30/08 TL UCC no evidence to support claims |
| | | | 07/18/08 - TLUCC (IV) Remain 62 |
| | | | 7/6/09  TL UCC (06) Promote S-3 |
| | | | 10/13/07  CoUCC (01) - 53/62  Assgn Food Service |
| | | | 3-24-10  SVUCC (01) ALA mounted Health |
| | | | 7-15-11  (01) CO-UCC — 53/62  F/S |

Meyers, Thomas    680515

| TRANSFERS AND ASSIGNMENTS | | | CONDUCT |
|---|---|---|---|
| Date | Place | Work | 7/15/99  DACC  Promote L1/MI  Assgn Tire plant |
| | | | 1-18-00 Per DAUCC Promoted SAT 3 |
| | | | 5/14/01  DAC(06)UCC  REMAIN  53/MI |
| | | | 9-21-01 - 200200'5297 - (64.0) (64.0) Rec. 15, Comm 5, Reduce Class 53 40 L1, |
| | | | 11-9-01 BLUCC (01) rec 4/MI  assign to Food Service |

L-64

Jacket #4    Meyers, Thomas # 680515

S0928

☆CL-064 REVISED 09/04

Meyers, Thomas  680515

```
------------------------ SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                                    12:35pm - Wed, Aug 03,
Enter Command ===>

To:      BWA4787 - WAGGONER, BERNICE              Message ID: 950502
From:    DRO3457 - ROSE, DANIEL                   Date Sent:  08/03/1
Subject: DEATH NOTIFICATION            Priority: 000   Time Sent:  09:54am

  ***************************DEATH NOTIFICATION***************************

 INMATE: MEYERS,THOMAS               TDCJ# 00680515
 DATE OF DEATH: 08/03/2011
 CUSTODY: S3        STATUS: G2        RACE: CAUC        DOB: 12-26-64 AGE: 4
 CAUSE OF DEATH: CARDIAC ARREST      TIME: 0010   DOCTOR: RON THOMAS
 PLACE OF DEATH: PALESTINE REGIONAL MED CENTER
 DUTY WARDEN: RUPERT                 TIME: 2240
 JUSTICE OF THE PEACE: GARY THOMAS   TIME: 0103
 TDCJ-ID-IAD: OIG LEE HARDING        TIME: 0107
 CARNES FUNERAL HOME:                TIME: 0125
 CHAPLAIN: ROSE                      TIME: 0045
 EAC:                                TIME: 0253
 APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  (  )NO  (  )  UNABLE TO CONTA

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
----------------------- SYSM INBASKET MESSAGE REVIEW -------------------⌐
User ID: BWA4787                              12:35pm - Wed, Aug 03,
Enter Command ===>

To:       BWA4787 - WAGGONER, BERNICE              Message ID: 950502
From:     DRO3457 - ROSE, DANIEL                   Date Sent: 08/03/1
Subject:  DEATH NOTIFICATION         Priority: 000  Time Sent: 09:54am

N.O.K. CHARLES MEYERS        TIME 0315    HRS   PHONE 940-382-1362
ADDRESS: 813 IMPERIAL        FAMILY WILL(   ) WILL NOT( X ) CLAIM BODY
ADDRESS: DENTON,TEXAS
LOCATION OF BODY:
LOCATION OF INMATE PROPERTY: COFFIELD


Sent to:  HSMA016            DEATH RECS/CAROLYN MCMILLIAN    (to)
          HVWAR01            HUNTSVILLE_WARDENS_OFFICE       (to)
          CHAPSUP            HARDIN, LAWANA                  (to)
          HQEAC01            CENTER, EMERGENCY ACTION        (to)
          CAS7772            ASHWORTH, CARISE                (to)
          KEN2430            ENLOE, KELLY                    (to)
          DRO3457            ROSE, DANIEL                    (to)

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

```
----------------------- SYSM INBASKET MESSAGE REVIEW --------------------
User ID: BWA4787                              12:35pm - Wed, Aug 03,
Enter Command ===>

To:      BWA4787 - WAGGONER, BERNICE              Message ID: 950502
From:    DRO3457 - ROSE, DANIEL                   Date Sent:  08/03/1
Subject: DEATH NOTIFICATION          Priority: 000  Time Sent: 09:54am

         BWA4787              WAGGONER, BERNICE            (to)
         JRU2859              RUPERT, JOHN                 (to)
         JWI5714              WISENER, JOHN R.             (to)
         CRA8076              RAY, CLIFTON                 (to)
         EBR1993              BROWN, ERNEST                (to)
* * *      End of Message       * * *




COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```