AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Meyer, Thomas_     from _Palestin Prison Medical Center_
(Print Offender Name)                                           (Print Unit/Location)

who died on _08/03/2011_, and to hold until further notification
(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.

**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

---

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

---

_(signature)_                           _John Rupert_
Signature of Warden/Designee                       Printed Name

_Anita Westbrook RN_                   _Anita Westbrook RN_
Medical Physician's/Registered Nurse's Signature     Printed Name

Address of Physician/Registered Nurse:

_2900 S. Loop 256_

_Palestine, TX 75801_

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_____Meyer, Thomas_____ from _Palestine Region Medical Center_
    (Print Offender Name)                                     (Print Unit/Location)

who died on _____08/03/2011_____, and to hold until further notification
                    (Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.

**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_____       _____
Signature of Warden/Designee            Printed Name    John Rupert

_____       _____
Medical Physician's/Registered Nurse's Signature    Printed Name    Anita Westbrooke

Address of Physician/Registered Nurse:

_2900 S Loop 256_

_Palestine, TX 75801_

_____

**Gary D. Thomas**
JUSTICE OF THE PEACE
Precinct #1

**Gloria Henry**
COURT CLERK



ANDERSON COUNTY
JUSTICE OF THE PEACE PCT #1
P. O. BOX 348
ELKHART, TEXAS 75839
TEL:   (903) 764-5661
FAX:   (903) 764-0035

## ANDERSON COUNTY

IN # *110027*

### AUTOPSY AUTHORIZATION AND ORDER FOR TRANSFER OF DEAD BODY FROM ANDERSON COUNTY TO ANOTHER COUNTY FOR AUTOPSY OR BURIAL

On this day, an Inquest on the death of  , *THOMAS MYERS*
A *WHITE* , *MALE* , age *46* was conducted. With all evidence and / or testimony considered, It is determined that an autopsy, on the body of the said deceased, is necessary, so that the cause of death may be determined and for any other necessary reasons.

**BE IT THEREFORE CONSIDERED, ORDERED, AND DECREED,** that and autopsy be had on the body of the said deceased. There being no Health Officer in and for Anderson County, it is hereby ordered that Doctor _____, or any Doctor of Forensic Pathology, duly licensed in the State of Texas, shall perform said autopsy.

The body shall be transported by and delivered to the facility as indicated below:
[ ] Herrington, [ ] Bailey & Foster, [ ] McCoy, [ ] Emanuel, [ ] Thompson, [X] Carnes,  ,
who has the remains of the deceased, shall transport, or arrange transportation of the said deceased to: [ ] Galveston County Medical Examiner,  Texas City, Texas, [ ] Southeast Texas Forensic Center, Tyler, Texas, [ ] Dallas County Medical Examiner, Dallas, Texas, [ ] Dr. Bruce, Lufkin, Texas, [X] U.T.M.B. – Autopsy  Services, Galveston, Texas.

**FURTHERMORE,** upon completion of said autopsy, the remains are to be released to *CARNES* in *TEXAS CITY* , Texas.

**Official Time of Death:** *2:10* (AM)/ PM , **Official Date of Death:** *8-3-11*

**ISSUED UNDER MY OFFICIAL SIGNATURE OF OFFICE,** in Anderson County, Texas, this *3* day of *Aug* , 20*11* .

Gary Thomas, Judge Presiding
Justice of the Peace, Precinct #1
Anderson County, Texas

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Offender Property Inventory

CONTROL #

Offender (Print name): **Meyers, Thomas**    TDCJ#: **680515**    Unit: **CO**

Date of Inventory: **08-03-11**    Reason for Inventory: **Deceased**

### Section I: Authorized Offender Property

*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.
KEY: "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | | 2 |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | | |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | 2 |
| Hot Sauce | | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | | ✓ | Small Nail Clippers (Limit 1) | | |
| Meats | | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | | ✓ |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | Envelopes mx | | ✓ |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | | 6 | Calandor | | ✓ |
| Sweetener | | | ✓ Prescription Eye Glasses | | | Shampoo | | | | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | (✓ Only if free-world) | | | Shower Shoes | | | | | |
| Letters | | 2 | **Jewelry Items (1 each)** | | | Soap/Soap Dish | | | | | |
| Magazines | | | ✓ Wedding Ring | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wrist Watch | | | Tooth Paste/Powder | | ✓ | | | |
| **Craft Items** | | | **Legal Material** | | | **Religious Items** | | | | | |
| Colored Pencils | | | | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. Estimate Qty. | | | Other: (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, tallith- Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| All Books | | 5 | **Necessity Items** | | | | | | | | |
| Literature (Pamphlets) | | ✓ | Gym Shorts-Personal (Limit 4) | | | **Stationery Items** | | | | | |
| **Electrical Equipment (1 each)** | | | Shoes (V-Personal, Limit 1-2 pair) | | | Envelopes | | | | | |
| ✓ Fan Whirlwind | | ✓ | Socks-Personal (Limit 4 pair) | | ✓ | Greeting Cards | | 6 | NOTE ITEMS ON OFFENDER'S PERSON (i.e. wedding ring, watch, shoes, t-shirt, etc.): | | |
| ✓ Headphones | | | Thermal Bottom-Personal (Limit 2) | | | Ink Pens | | | | | |
| ✓ AM/FM Booster/Antenna | | | Thermal Top-Personal (Limit 2) | | | Paper | | | | | |
| ✓ Hot Pot | | | T-shirt-Personal (Limit 4) | | | Pencils | | | **1 Box** | | |
| ✓ Outlet Adapter plug | | | photo alba | | | Stamps (60 Max.) | | | | | |
| ✓ Clamp-on Lamp | | | Folder mx | | 2 | Tablets | | | | | |
| ✓ Radio | | | | | | | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | | | | | |

### SECTION II: Staff Acknowledgment of a complete and accurate inventory

*Instructions:* If offender is not present during inventory, there must be a staff witness.

Inventory Staff (Print name): **Whitter**    Signature/Date: **cos 08-03-11**

Staff Witness (Print name): **Green**    Signature/Date: **8-3-2011**

### SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

A.  Items Retained by Offender and/or stored in the Property Room (See items marked above)
Offender (Signature/Date): **not phsnt to sign**    Staff Initials/Date: **08-03-11**

B.  Items Returned to Offender (See items marked above)
Offender (Signature/Date): _____    Staff Initials/Date: _____

Instructions on back of Form    Las instrucciones de espalda de forma

PROP-05 (1-1-2005)    Original Offender File; Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender



## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Charles Meyers
813 Imperial
Denton, Texas    76209

Dear Charles Meyers;

    One of the saddest duties of a chaplain is notifying the family of the passing of a loved one. With time it does not get easier. I am sorry to inform you of the passing of your son. He passed away at 0010 A.M. on 8-03-2011. I was told Thomas professed a belief in Christ and was ready to meet him. This should bring comfort. As a believer, I personally believe in eternal life and look forward to the completion of life's journey. I offer for encouragement one of my favorite scriptures. Paul's second letter to the Corinthians Chapter 5 and verse 6 through 8 " So we are confident, knowing that while we are home in the body we are absent from the Lord. For we walk by faith, not by sight. We are confident, yes, well pleased rather to be absent from the body and to be present with the Lord." This scripture brings assurance to believers that a far better condition awaits us and that our passed loved ones are already with the Lord. I regret that it is my task to inform you in such an impersonal way. On behalf of Warden Rupert, Myself, and all the Coffield unit staff I extend our deepest condolences in the passing of your brother. If I can be of any further service to you and your family do not hesitate to call on me.

Sincerely

Chaplain Dan Rose

Coffield Unit
Chaplain Rose ~ Chaplain Ray
Sons of God Chapel
2661 FM 2054
Tennessee Colony, Texas 75884
903-928-2211---------Fax. 903-928-2527



**Texas Department of Criminal Justice**

**Brad Livingston**

August 3, 2011

Charles Meyers
813 Imperial
Denton, Tx

Dear Mr. Myers,

I am sending you this letter to communicate how to claim the property of your son Thomas Meyers TDC#680515. As the next of kin, you may request the property to be mailed to you, at your expense or you can arrange to pick the property up at the Coffield Unit, by calling the Duty Warden at 903-928-2211.

Once arrangements have been made to pick the property up, the address you will need is; 2661 FM 2054, Tennessee Colony, Texas 75884

Please accept our sincere condolences for your loss.

H.H. Coffield Unit
Property Officer

Wayne Whitten

**CC:** Offender Records

/bw

COFFIELD UNIT
2661 FM 2054
Tennessee Colony, Texas 75884

PHONE NUMBER 903-928-2211



**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

TO:     Lt. Randall                    DATE:     August 2, 2011
FROM:   M. Sarubbi, COIII              SUBJECT:  Meyers, Thomas #680515

I, Officer M. Sarubbi, while running turnkey on P-3, an offender approached me and told me that offender Meyers, Thomas #680515 was looking like he was going to pass out, so I gave Sgt. Munsinger my keys and ran to R-wing 2-row and went and checked upon him and he was sitting on the run in front of his cell and I asked him did he need medical assistance and he told me, "No." He said he was fine and then about 4 minutes later, after telling Sgt. Munsinger that offender Meyers, Thomas was looking like he was going to pass out. He told me to tell Officer J. Smith, which was the officer I had on there at the time they were racking up the offenders off of the Recreation Yard and the wing, because the count was messed up. Another approached me while standing in front of the door on R-wing and told me that offender Meyers, Thomas #680515 was passed out on the run. I gave Sgt. Munsinger my key and ran back up to 2-row on R-wing and offender Meyers was passed out on the run, but his eyes were open and he was breathing normally. I initiated ICS. I told Central that I needed a supervisor, A response, and medical to R-wing 2-row. Sgt. Munsinger was the first to arrive, then it was Officer Spears, then it was Lt. Rehse. Finally, medical arrived and after about 5 minutes after I initiated ICS. Then me, Officer Spears, Sgt. Munsinger and Lt. Rehse carried offender Meyers, Thomas down onto 1-row on R-wing, then Officer J. Smith was waiting down on 1-row to help us to put him on the gurney. Then Lt. Rehse, Sgt. Munsinger, and Officer Spears took the offender, with the RN, to the Infirmary to get checked out.



**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

TO:    **Warden Rupert**                    DATE:    **8/3/11**

FROM:  **Sgt. Munsinger**                   SUBJECT:   **Offender Meyers**

   On 8/2/11 at approximately 2230 PM Officer M. Sarubbi informed me that an offender on R Wing was not feeling well.  I informed Officer Sarubbi to put the offender in the dayroom until we had racked up the unit due to count not being cleared yet.  When M. Sarubbi went to R Wing 2 Row to tell the offender to go back to the dayroom he found the offender laying on the floor unresponsive. Officer Sarubbi immediately called for medical and a supervisor.  As I arrived on R Wing 2 Row there was an unknown offender standing on the run; the offender returned to the dayroom as I got up to the run.  Officer Spiers arrived followed by medical and Lt. Rehse.  Officer Spiers, Officer Sarubbi, Lt. Rehse and I carried offender Meyers down to 1 Row then we placed him on a gurney. RN Gilmartin delivered the gurney to 1 Row and we escorted him to medical.  Upon arrival to medical I assisted with blood pressure checks and helping where I could.  After RN Gilmartin determined the seriousness of the situation 911 was called and an ambulance arrived, the paramedics immediately called for a helicopter and the offender was taken to the ambulance.  While in the ambulance the paramedics started performing CPR.



Texas Department of Criminal Justice
Institutional Division

# Inter-Office Communications

TO: **Warden Rupert**                           DATE: **8/3/11**

FROM: **C. Settles CO IV**                      SUBJECT: **Offender Meyers**

On 8/2/11 at approximately 2200 hours I was assigned to work R Wing.  I was overseeing an Ingress when I observed offender Meyers sitting on bench watching TV in the 2 Row Dayroom.  Offender Meyers did not voice any complaints to me at that time (that being the last time I observed that offender).

*Cynthia Settles CO IV*



**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

TO: **Warden Rupert**
DATE: **August 2, 2011**

FROM: **Officer Spiers**
SUBJECT: **Offender Meyers, Thomas 680515**

   I, Officer Spiers, responded to an ICS on R-wing 2 row at approx. 2230. When I arrived, I helped Officer Sarrubi, Sgt. Munsinger, and Lt. Tehse carry the offender downstairs. I escorted the offender to the infirmary, where I then resumed my normal duties.



**Texas Department of Criminal Justice**
**Institutional Division**

# Inter-Office Communications

| | | | |
|---|---|---|---|
| TO: | Ms. Waggoner | DATE: | 08/03/2011 |
| FROM: | Lt. Corbett Randall | SUBJECT: | Meyers, Thomas # 680515 |

On 08/03/2011 I Lt. Corbett Randall was at the searcher's desk when Officer Guthrie called to inform me that Offender Meyers had been pronounced dead at 00:10 hours at Palestine Regional Medical Center.   I then informed Warden J. Rupert of the situation.

Texas Department of Criminal Justice
**Institutional Division**
Inter-Office Communications

To:  **WARDEN RUPERT,J**          Date:          08/03/2011

From: **LT. REHSE, C.  2-B-2**          Subject:  **OFFENDER MEYERS, 680515**

ON 08/02/2011 AT 2230 AN ICS WAS INITIATED ON P3-R WING 2 ROW. OFFENDER
MEYERS, THOMAS 680515 WAS LAYING UNRESPONSIVE. MEDICAL AND A
RESPONSE RESPONDED. WHEN I LT REHSE, CHAD RESPONDED SGT MUNSINGER,
CO3 SPIERS, AND RN GILMERTIN, WERE PLACING THE OFFENDER ON A BACK
BOARD. THE OFFENDER WAS ESCORTED TO THE INFIRMARY. HIS VITALS WERE A
BODY CORE TEMPATURE OF 104.6. HIS BLOOD PRESSURE WAS LOW AND HIS
HEART RATE WAS HIGH. IT WAS DETERMINED TO TRANSPORT THE OFFENDER
VIA 911 AMBULANCES. WHEN THE EMT ARRIVED THEY DETERMINED TO SEND
THE OFFENDER VIA CARE FLIGHT. WHEN THE OFFENDER WAS BEING
TRANSPORTED TO THE HELICOPTER HE WENT INTO CARIAC ARREST AND CPR
WAS INITIATED BY EMT. THE OFFENDER WAS THEN TRANSPORTED TO PRMC VIA
AMBULANCE. UPON ARRIVAL TO PRMC THE OFFENDER WAS PROUNANCED
DEAD AT 0010. WARDEN RUPERT, REG DIR EASON, OIG HARDING, JUSTICE OF
PEACE THOMAS, CHAPLAIN ROSE WERE NOTIFIED.

    THE FOLLOWING ITEMS HAVE BEEN ADDRESSED AT THE TIME OF THE ICS
THE ASSIGNED R WING OFFICER HAD GONE TO MEDICAL DUE TO FEELING DIZZY
AND LIGHT HEADED DUE TO STAFFING THERE WAS NO AVAILBLE STAFF TO
REPLACE THE OFFICER.

SO-4

Texas Department of Criminal Justice

# Inter-Office Communications

To _____     Date _____

From _____     Subject _____

I was in my cell 2218 all day waiting on store out of the house. I seen my cell mate one time after he got off work in the kitchen about 2 or 2:30 when count cleared cause he came on one row and yelled up for a water bottle, as he does this each day except mondays his off day. Anyway - he goes into the dayroom after work to watch tv. He allows the sun to go down before coming in and going right to bed and right to sleep until next work call about 5:30 AM. He was sleeping in the dayroom today and missed the rack up. I told the boss who closed the door that my cell mate was sleeping in the dayroom cause another inmate told so. Well - Tom comes up and sits down over and over 10 the rail then stands up then sits down over and over. He did then up again. He finally sat down then up. I called for an officer and one came and asked him if he was OK. Tom said yes and wished to get in the cell on his bed. The officer left and the door to cell never opened. I had to call again and the same team key boss came about 20 minutes later, then the medical got there and attempted to help Tom but he was out of it and was bad off now. All the officers and medical did really try to help tom when he was on the run in front of our cell. He was never this bad sick while he was in our cell except tonight.

Ellis C. Davis
517187
2218

PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

| MEYERS,THOMAS | | Serv | FC | Loc | Room | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **L00103374207** | | | 11 | L.ER | | REG ER | 08/03/11 | 0005 | L000194094 |

**P A T I E N T**

| Soc Sec No | DOB | Age | Sex | MS | Race | Religion |
|---|---|---|---|---|---|---|
| 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 | 12/26/64 | 46 | M | U | W | |

Address: 2661 FM 2054
         TENNESSEE COLONY,TX 75861
Home Ph: 903-928-2211          County: ANDERSON COUNTY
Language: ENGLISH              Country: USA

**P A T I E N T   E M P L O Y E R**
UNEMPLOYED
UNKNOWN
PALESTINE,TX 75801
Work Phone: 903-999-9999
Occupation:

**G U A R A N T O R**
UTMB,UTMB                      SS#: 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
Address:  3001 UNIVERSITY BLVD 1008
          GALVESTON,TX 77555
Home Ph: 800-605-8165          County:
Relationship to Patient: OTHER

**G U A R A N T O R   E M P L O Y E R**
UNEMPLOYED
UNKNOWN
PALESTINE,TX 75801
Work Phone: 903-999-9999
Occupation:

**O T H E R   G U A R A N T O R**

Address                        SS#:

Home Ph:
Relationship to Patient:

**O T H E R   G U A R A N T O R   E M P L O Y E R**

Work Phone:
Occupation:

**P E R S O N   T O   N O T I F Y**

Home Phone:          Work Phone:
Relationship to Patient:

**N E X T   O F   K I N**
COFFIELD,WARDEN
2661 FM 2054
TENNESSEE COLONY,TX 75861
Home Phone:903-928-2211       Work Phone:
Relationship to Patient: WC

**I N S U R A N C E #1**
UTMB MANAGED CARE
301 UNIVERSITY BLVD
GALVESTON TX 77555-1008
Phone: 409-747-2653

Policy # 680515
Coverage # 0
Subscriber MEYERS,THOMAS
Rel to Pt  SELF/SAME AS PA DOB 12/26/1964
Group P0696997084 -

**A U T H O R I Z A T I O N**
Treat/Precert - 777834
Ins Verif
Pro Review     Not Required

**I N S U R A N C E #2**



Phone

Policy #
Coverage #
Subscriber
Rel to Pt              DOB
Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review

**I N S U R A N C E #3**



Phone

Policy #
Coverage #
Subscriber
Rel to Pt              DOB
Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | THOMAS,RONALD L | 1363 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Physician | HCIS |
| NO LOCAL PHYSICIAN | | | | | |

| Admit Source | Priority | Arrival | Admitted By | REASON FOR VISIT: |
|---|---|---|---|---|
| EMERGENCY ROOM | EM | AMB | PRADMMLA | CARDIAC ARREST |

**D I A G N O S I S**

**O P E R A T I O N / P R O C E D U R E**

Printed By: PRADMMLA   08/03/11 0023

Unit Number   L000194094          Account Number   L00103374207

# CARDIOPULMONARY RESUSCITATION RECORD

**Palestine Regional**
MEDICAL CENTER & REHABILITATION HOSPITAL

MEYERS, THOMAS
PRE ER                Admit: 08/03/11
12/26/64   M/46        L ER
MR# L000194094 THOMAS_RONALD L
Acct# L00103374207

Date 8/3/11   Time Event Recog 2310   Location Cofield Unit Age 46   Weight_____ Length_____

Was Hospital-Wide Resuscitation Response Activated?  ☐ Yes  ☐ No
Condition when Need for Chest Compression / Defibrillation was Identified? ☐ Pulse (poor perfusion)  ☑ Pulseless
Witnessed: ☑ Yes ☐ No  Indicate all Monitors that were Present at Onset: ☑ ECG ☐ Pulse Ox. ☐ Apnea
Patient Conscious at Onset: ☐ Yes ☑ No  Did the patient with a Pulse Become Pulseless ☐ Yes ☐ No

## AIRWAY / VENTILATION

At Onset: ☑ Spontaneous ☐ Apnea ☐ Agonal ☐ Assisted
Types of Ventilation: ___ Mouth/Mouth ___ Mouth/Mask
☐ BVM ☑ ETT ☐ Tracheotomy ☐ Other:_____
Time of First Assisted Ventilation: PTA,_____
ETT Intubation: Time PTA,_____ Size_____
By Whom: EMS
Secondary Confirmation: ☑ Auscultation ☑ Ex. CO2
☐ Other:_____

## CIRCULATION

First Documented Rhythm: Asystole
Time Chest Compressions were started: 2310 aprox.
First Documented Pulseless Rhythm: Asystole
Patient Defibrillated: (Yes) ___ No
If Yes, Time of First Shock: PTA.
AED Applied ☐ Yes ☐ No
AED Shock ☐ Yes ☐ Delivered ☐ 1st Shock
Pacemaker On ☐ Yes ☐ No

**Resuscitation**
Event Ended @ 0010

Status: ☐ Alive ☑ Dead

Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.)
☐ Medical Futility
☐ Advance Directive
☑ Efforts Terminated (No Sustained ROC)
☐ Restrictions by Family

**BOLUS - DOSE / ROUTE          INFUSIONS - DOSE / cc PER HOUR**

| TIME | RESP. SPONTANEOUS / ASSISTED | PULSE SPONTANEOUS/ COMPRESSIONS | BP | SpO2 | RHYTHM | DEFIB / CARDIOV JOULES | AMIODARONE DOSE / ROUTE | ATROPINE DOSE / ROUTE | EPINEPHRINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | VASOPRESSIN DOSE / ROUTE | ABG's | DOPAMINE | DOBUTAMINE | NOREPINEPHRINE | COMMENTS (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | | ✓ | 0 | 0 | | | | | | | | | | | | 0003 Pt arrived. CPR in progress. ETT in place. Pt |
| 0004 | | ✓ | | | | | | 1 | | | | | | | | bagged, 10 to LL EMS W/O. |
| 0008 | | ✓ | | | | | | | 2 | | | | | | | 20 EJ ENS W/O. 0026 DT ___ attempting central line. 0010 Unable to obtain central line or pulse. Code called. Thomas |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

RECORDER'S SIGNATURE & ID
___ ___ RN.
ICU / CODE TEAM NURSE'S SIGNATURE
HI EMS, ___ RN, M. Auterville RN, PRMC EMS, Nita Westbrook RN
Amanda Welch RN, T. Corson RN.

PHYSICIAN'S PRINTED NAME
___
PHYSICIAN'S SIGNATURE
___ MD

CODE BLUE Resuscitation Record

McCollum / Meyers-64

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** MEYERS, THOMAS   **TDCJ#:** **680515**   **Date:** 08/03/2011 02:29   **Facility:** COFFIELD (CO)
**Most recent vitals from 8/3/2011:** BP: 116 / 37 (Supine) ; Wt: ; Height: 72 In.; Pulse: 142 (Supine) ; Resp: ; Temp:
**Allergies:** NO KNOWN ALLERGIES
**Medications**
VASOTEC 10MG,   1 TABS ORAL QAM
SYNTHROID 0.1MG,   2 TABS ORAL QD
PRAVACHOL 20MG,   1 TABS ORAL QAM
RISPERDAL 2MG,   1 TABS ORAL QPM

| Patient Language: | ENGLISH   Name of interpreter, if required: | | |
|---|---|---|---|

| MODE OF ARRIVAL: | | | CONDITION ON ARRIVAL: | |
|---|---|---|---|---|
| Date: | 8/2/11 | Time: 2230 | Stable | |
| | Ambulatory | | Guarded | |
| | W/C | | Serious | |
| X | Stretcher | | X | Critical |
| | Carried | | | |
| CHIEF COMPLAINT/LOCATION/ONSET: | | | REC'VD CALL TO BRING GURNEY TO  R WING 2 ROW, ARRIVED TO FIND INMATE LYING ON BACK  ON  2 ROW RUN, UNRESPONSIVE, SKIN HOT/DRY  TO TOUCH, RESP EVEN & UNLABORED, EYES CLOSED, PUPILS CONSTRICTED, NON-REACTIVE, TACHYCARDIC | |
| | | | | |
| SIGNIFICANT MEDICAL HISTORY: | | | HTN, HYPOTHYROIDISM, HYPERLIPIDEMIA, SCHIZOPHRENIA, SCHIZOAFFECTIVE DISORDER, ASPERGER'S SYNDROME | |
| | | | | |

| Quantitative Pain Scale:  Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | | | | | | |
|---|---|---|---|---|---|---|
| Location: | | | | Onset: | | |
| Duration: | | | | | | |
| Aggravating Factors: | | | | | | |
| Alleviating Factors: | | | | | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: | | |
| Frequency: | Constant | | Intermittent | Other: | | |
| Radiating: | No | Yes | Location: | | | |

ISM-16

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** MEYERS, THOMAS   **TDCJ#:** 680515   **Date:** 08/03/2011 02:29   **Facility:** COFFIELD (CO)

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 2225 | RG | 1 | 1 | 1 | 3 |
| 2250 | RG | 1 | 1 | 1 | 3 |
| 2310 | RG | 1 | 1 | 1 | 3 |
| | | | | | |

**NURSING ASSESSMENT**

| CARDIAC | N/A | PULMONARY | N/A | GI | X | N/A | SKIN | N/A | NEURO | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| **Apical Pulse** | | **Respirations** | | Denies Problems | | | Cold | | Alert | |
| Regular | | X Normal | | Nausea | | | Warm | | Oriented X: | |
| X Irregular | | Shallow | | Vomiting | | | X Hot | | Confused | |
| JVD | | Labored | | Diarrhea | | | X Dry | | Lethargic | |
| **Peripheral Pulses** | | Nasal Flaring | | Rectal Bleeding | | | Moist | | X Unresponsive | |
| Upper | | Grunting | | Constipation | | | Diaphoretic | | **Arm Strength** | |
| X R ___ L | | Retractions | | Incontinent | | | Normal | | R L Normal | |
| Lower | | Hyperventilating | | | Date | | Pale | | R L Weak | |
| R ___ L X | | Use of accessory muscles | | Last BM: | | | Mottled | | X R L X Flaccid | |
| **Bleeding** | | **Lungs** | | **Abdomen** | | | Cyanotic | | **Leg Strength** | |
| X None | | | | Soft | | | Jaundiced | | R L Normal | |
| Controlled | | R L Clear | | Firm | | | Flushed | | R L Weak | |
| Excessive | | R L Crackles | | Distended | | | Intact | | x R L x Flaccid | |
| Location: | | R L Wheezes | | Obese | | | **Ortho** X N/A | | **Pupils** | |
| Est. Blood Loss | | R L Diminish | | Tender | | | Deformity | | Equal | |
| cc: | | R L Absent | | Location: | | | Swelling | | Unequal | |
| **Capillary Refill** | | **GU** X N/A | | Rebound | | | Location | | Reactive | |
| Normal | | Burning | | **Bowel Sounds** | | | **ROM** | | x R L x Nonreactive | |
| X Delayed | | Frequency | | Normoactive | | | Full | | R L Dilated | |
| **Edema** | | Urine Odor | | Hyperactive | | | Limited | | x R L x Constricted | |
| Upper | | Hematuria | | Hypoactive | | | Absent | | R L Fixed | |
| X 0 1+ 2+ 3+ | | Incontinent | | Absent | | | | | | |
| R ___ L | | Anuric | | NG/G tube | | | **Name** | | | **Time** |
| Lower | | Vag. Discharge | | **Initial Assessment** | | | | | | |
| X 0 1+ 2+ 3+ | | Vag. Bleeding | | **Completed By:** | | | R GILMARTIN RN | | | 2240 |
| R ___ L | | Catheter | | | | | | | | |

## Correctional Managed Care
## Urgent / Emergent Care Record

**Patient Name:** MEYERS, THOMAS   **TDCJ#:** 680515   **Date:** 08/03/2011 02:29   **Facility:** COFFIELD (CO)

| **\*\*Contact Provider\*\*** | | | |
|---|---|---|---|
| Name of Provider Notified: | DR WRIGHT  ARRIVED TO UNIT FOR APPTS | Time: | 2235 |
| Provider Orders: | | | |

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|---|---|---|
| | Orders obtained  and read back/verified by:  (Name) | |
| 2230 | UNRESPONSIVE, EYES CLOSED, PUPILS CONSTRICTED, NON-REACTIVE, SKIN DRY, HOT TO TOUCH, NON-RESPONSIVE TO STERNAL RUB, WET TOWELS APPLIES, BS READING 161, TACHY, HYPOTENSION, PLACED IN TRENDELENBERG POSITION, UNABLE TO START IV X 2 TRIES | RG |
| 2233 | ADVISED BECKNAL LVN – CALL 911 | RG |
| 2236 | DR WRIGHT ARRIVED, @ PT'S BEDSIDE, O2 STARTED @ 5L/NRB BY K BECKNAL AS ORDERED BY DR, L2 SAT 79%,  TEMP 104.6 A, CLOTHES REMOVED, ICE PACKS APPLIED | RG |
| 2245 | K BECKNAL LVN INCREASED O2 TO 10L/NRB AS ORDERED BY DR WRIGHT, O2 SAT 90% | RG |
| 2300 | EMS ARRIVED, UNABLE TO GET O2 SAT READING, INFORMED CALLING FOR LIFEFLIGHT, EMS APPLIED AMBU BAG | RG |
| 2310 | EXITED CLINIC EN ROUTE TO AMB | RG Procedures Ordered:        PATIENT EMERGENCY:        emergency services |
| | | |
| | | |
| | | |

| **VITAL SIGNS** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
| 2230 | 105.6 | 95/68 | 136 | 24 | 79% | 161 | | RG |
| | | 140/44 | 141 | 20 | | | | |
| | | 116/37 | 142 | | | | | |
| | | 114/73 | 140 | | | | | |
| 2243 | | 113/47 | 133 | | | | | |
| **2245** | | | | | 90% 10L/NRB | | | **KB** |

HSM-16

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: MEYERS THOMAS   TDCJ#: 680515   Date: 08/03/2011 02:29   **Facility:** COFFIELD (CO)

### PEAK FLOW

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
|------|--------------|--------------|--------------|-------------------------|
|      |              |              |              |                         |
|      |              |              |              |                         |
|      |              |              |              |                         |
|      |              |              |              |                         |

\* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

### MEDICATIONS

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |

### I.V. THERAPY

| Site # | Location | Gauge | IVF | Rate | Time | Initials | Intake | | Output | |
|--------|----------|-------|-----|------|------|----------|--------|--|--------|--|
|        |          |       |     |      |      |          | PO     |  | Urine  |  |
|        |          |       |     |      |      |          | IV     |  | Emesis |  |
|        |          |       |     |      |      |          | NG     |  | NG     |  |
|        |          |       |     |      |      |          | Other: |  | Other: |  |

❖  **Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.**

| DISPOSITION OF PATIENT: | | CONDITION ON DISCHARGE: | | | |
|---|---|---|---|---|---|
| | Cell | Date: | 8/2/11 | Time: | 2310 |
| | TDCJ Infirmary – Facility: | | Improved | | |
| X | Local ER | | Stable | | |
| | Hospital Galveston | X | Unstable | | |
| | Other: | | Deceased | | |
| **MODE OF TRANSFER:** | | **UTILIZATION REVIEW NOTIFIED:** | | | |
| | Van | Date: | 8/3/11 | Time: | |
| | Local EMS | | N/A | | |
| X | 911 Transfer | | Yes | | |
| | UTMB EMS | | No | | |
| | Other: | | **PRE-CERTIFICATION #:** | | |
| **PECC Contact Name (UTMB ONLY):** | | | **UR CONTACT:** | | |
| Time Contacted: | | | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

Electronically Signed by GILMARTIN, REXIE L. R.N. on 08/03/2011.
##And No Others##

SARAH A. PIERSON, RN, FNP


PATIENT:        MEYERS,THOMAS
                PO BOX 999
                TENNESSEE COLONY, TX  75884
MRN:            680515
User:           PIERSON, SARAH A. RN, FNP


SYNTHROID 0.1MG TABS
Sig:            2 x TABS ORAL DAILY
Order Date:     08/02/2011 17:30
Start Date:     08/02/2011 17:30
Auto Stop Date: 09/01/2011 17:30


Disp. #:        60  TABS
Refills:        5   Before: 09/01/2011 17:30


Allow Generic - No product selection indicated
Rx Written On:  08/02/2011


                        Prescription Electronically Signed
                        by SARAH A. PIERSON, RN, FNP

                                   Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ -
Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : PIERSON, SARAH
Facility      : COFFIELD (CO)
                5 MI SW OF TC FM 2054
                TENN. COLONY TX 75884
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 0001121001104   Requistion: C32841874007 | | | | |
| Drawn:07/28/11 12:30   Received:07/29/11 11:43   Reported: 07/29/11 14:21 | | | | |
| | | | | |
| Procedure: E ADIFF | | | | |
| GRANULOCYTE PERCENT | 66.3 | | % | 45.0-78.0 |
| LYMPH PERCENT | 20.9 | | % | 20.0-51.0 |
| MONOCYTE PERCENT | 11.3 | | % | 4.0-12.0 |
| EOSINOPHIL PERCENT | 1.1 | | % | 0.0-6.0 |
| BASOPHIL PERCENT | 0.4 | | % | 0.0-2.0 |
| GRANULOCYTES ABSOLUTE | 5.3 | | /CMM | 2.1-7.4 |
| LYMPHOCYTE ABSOLUTE | 1.7 | | /CMM | 1.3-4.4 |
| MONOCYTE ABSOLUTE | 0.9 | | /CMM | 0.2-0.9 |
| EOSINOPHILS ABSOLUTE | 0.1 | | /CMM | 0.0-0.4 |
| BASOPHILS ABSOLUTE | 0.0 | | /CMM | 0.0-0.2 |

L    Low, H   High, C   Critical, *   Abnormal Alpha

```
Print Date: 07/29/2011 14:38                          Page: 1/1
Electronically Signed by PIERSON, SARAH A. RN, FNP on 08/02/2011.
##And No Others##
```

```
                              Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ -
Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804
```

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : PIERSON, SARAH
Facility      : COFFIELD (CO)
                5 MI SW OF TC FM 2054
                TENN. COLONY TX 75884
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0001121001104    Requistion: C32841874007
Drawn:07/28/11 12:30    Received:07/29/11 11:43    Reported: 07/29/11 14:21
```

```
Procedure: E HEME P
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| WHITE BLOOD CELL COUNT | 8.0 | | /CMM | 4.5-10.5 |
| RED BLOOD CELL COUNT | 4.76 | | /CMM | 4.25-5.65 |
| HEMOGLOBIN | 14.9 | | G/DL | 13.5-17.0 |
| HEMATOCRIT | 41.4 | | % | 37.0-50.0 |
| MEAN CORPUSCULAR VOLUME | 87.0 | | FL | 82.0-97.0 |
| MEAN CORPUSCULAR HGB | 31.3 | | PG | 27.0-33.0 |
| MEAN CORP HGB CONCENTRATION | 36.0 | | % | 31.0-36.2 |
| RED CELL DISTRIBUTION WIDTH | 12.8 | | % | 11.8-14.1 |
| PLATELET COUNT | 278 | | /CMM | 150-400 |
| MEAN PLATELET VOLUME | 10.9 | | FL | 7.8-11.2 |

```
L    Low, H   High, C   Critical, *   Abnormal Alpha
```

```
Print Date: 07/29/2011 14:38                              Page: 1/1
Electronically Signed by PIERSON, SARAH A. RN, FNP on 08/02/2011.
##And No Others##
```

```
                              Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ -
Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804
```

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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     Sex  : Male
```

```
Ordering
Physician   : PIERSON, SARAH
Facility    : COFFIELD (CO)
              5 MI SW OF TC FM 2054
              TENN. COLONY  TX  75884
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0001121001334    Requistion: C32841874005
Drawn:07/29/11 07:35    Received:07/29/11 12:33    Reported: 07/29/11 13:02
```

```
Procedure: E UA CHEM
COLOR                        YELLOW
APPEARANCE                   CLOUDY         *
URINE SPECIFIC GRAVITY        1.020
URINE PH                      6.0                         5.5-7.0
URINE PROTEIN                NEGATIVE                     NEGATIVE
URINE GLUCOSE, QUALITATIVE   NEGATIVE                     NEGATIVE
URINE KETONES                 TRACE         *             NEGATIVE
URINE BILIRUBIN              NEGATIVE                     NEGATIVE
URINE BLOOD                  NEGATIVE                     NEGATIVE
URINE NITRITE                NEGATIVE                     NEGATIVE
URINE UROBILINOGEN           4.0EU/DL       *             <=1.0
REFERENCE UNITS FOR URINE UROBILINOGEN = EU/DL
URINE LEUKOCYTE ESTERASE     NEGATIVE                     NEGATIVE
```

```
L    Low, H   High, C   Critical, *   Abnormal Alpha
```

```
Print Date: 07/29/2011 13:08                        Page: 1/1
Electronically Signed by PIERSON, SARAH A. RN, FNP on 08/02/2011.
##And No Others##
```

```
                              Lab data imported from UTMB - Galveston; Performed by UTMB Laboratories
Galveston, Tx 77555-0743 Telephone Number 800-LAB-2266
```

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : PIERSON, SARAH
Facility      : COFFIELD (CO)
                5 MI SW OF TC FM 2054
                TENN. COLONY  TX  75884
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0001121003065    Requistion: C32841874003
Drawn:07/28/11 07:35   Received:07/29/11 21:41    Reported: 07/29/11 23:53
```

```
Procedure: TSH
THYROID STIMULATING HORMONE    23.80        H   uIU/mL   0.45-4.70
A VARIETY OF PHARMACOLOGICAL INTERFERENCES INFLUENCE SERUM TSH.
```

```
L    Low, H   High, C   Critical, *   Abnormal Alpha
```

```
Print Date: 07/30/2011 00:08                              Page: 1/1
Electronically Signed by.PIERSON, SARAH A. RN, FNP on 08/02/2011.
##And No Others##
```

```
                          COFFIELD (CO)
                            MEDICAL
                                ,

                       LABORATORY DIRECTOR


MRN        : 680515    Accession:32976789      Age  :46 Years
Patient Name: MEYERS, THOMAS                   Sex  :Male
Home Phone  :                                  Work :(   )   -
Admitting MD: TIMOTHY J MCGLASSON D.NP,PMHNP   Phone:
Attending MD: TIMOTHY J MCGLASSON D.NP,PMHNP   Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:


Tech       : SYLVIA  FLORI CCA            Verifier:SYLVIA  FLORI CCA
Collection Time: 07/28/2011 11:24
Result Time   : 07/28/2011 11:24
Report Time   : 07/28/2011 11:24
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| SG | 1.005 | L | 1.010 - 1.025 | |
| PH | 5 | L | 5.5 - 7.0 | |
| LEUKOCYTES | neg | | NEG | |
| NITRITES | neg | | NEG | |
| PROTEIN | neg | | NEG | mg/dL |
| GLUCOSE | neg | | NEG | mg/dL |
| KETONE | neg | | NEG | mg/dL |
| UROBILI | 2 | H | 0.2 - 1.0 | mg/dL |
| BILIRUBIN | neg | | NEG | |
| BLOOD | neg | | NEG | |

```
This document has been sent for signature, but has not yet been reviewed
```

```
                              Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ -
Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804
```

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : PIERSON, SARAH
Facility      : COFFIELD (CO)
                5 MI SW OF TC FM 2054
                TENN. COLONY TX  75884
```

```
Test Name                      Result       ABN  Unit     Reference Range
                                            Flag
```

```
Accession: 0001121001104    Requistion: C32841874013
Drawn:07/28/11 12:30    Received:07/29/11 11:43    Reported: 07/29/11 15:22
```

```
Procedure: E LIPIDS
CHOLESTEROL                    194          MG/DL    120-200
TRIGLYCERIDE                   155          MG/DL    30-170
HIGH DENSITY LIPOPROTEIN       28       L   MG/DL    30-70
LOW DENSITY LIPOPROTEIN CHOL   135          MG/DL    -<160
HDL CHOLESTEROL RATIO          6.9      H            -<5.0
VLDL                           31           MG/DL    5-60
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Print Date: 07/29/2011 15:38                                    Page: 1/1
Electronically Signed by PIERSON, SARAH A. RN, FNP on 08/02/2011.
##And No Others##

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MEYERS, THOMAS,
Patient Id    : 680515
Patient Phone :
Date of Birth : 12/26/1964
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : PIERSON, SARAH
Facility      : COFFIELD (CO)
                5 MI SW OF TC FM 2054
                TENN. COLONY  TX  75884
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 0001121001104    Requisition: C32841874009
Drawn:07/28/11 12:30   Received:07/29/11 11:43    Reported: 07/29/11 15:22

Procedure: E CMP

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| SODIUM SERUM | 133 | L | MMOL/L | 135-145 |
| POTASSIUM SERUM | 3.1 | L | MMOL/L | 3.5-5.0 |
| CHLORIDE SERUM | 87 | L | MMOL/L | 98-108 |
| CARBON DIOXIDE | 33 | H | MMOL/L | 23-31 |
| ANION GAP | 13 | | | 2-16 |
| BLOOD UREA NITROGEN | 14 | | MG/DL | 7-23 |
| GLUCOSE | 100 | | MG/DL | 70-110 |
| CREATININE | 0.91 | | MG/DL | 0.60-1.25 |
| TOTAL BILIRUBIN | 1.0 | | MG/DL | 0.1-1.1 |
| CALCIUM | 8.8 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 8.0 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.8 | | G/DL | 3.5-5.0 |
| ALKALINE PHOSPHATASE | 173 | H | U/L | 34-122 |
| ALANINE AMINOTRANSFERASE | 50 | | U/L | 9-51 |
| ASPARTATE AMINOTRANSFERASE | 64 | H | U/L | 13-40 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Print Date: 07/29/2011 15:38                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

<u>TARPP ITP</u>

**Patient Name: MEYERS, THOMAS**        **TDCJ#:680515**             **Date:   07/25/2011 12:06**
**Facility:  COFFIELD (CO)** Date of Birth: **12/26/1964**  Age: **46 year**  Race: **W**  Sex: **male**

    **TARGET PROBLEMS**
      **Difficulty expressing needs**
      **Difficulty expressing feelings**
      **Difficulty interacting with others**
      **Tendency to isolate self**
    **TREATMENT OBJECTIVES**
      **Learn to say exactly what you would like the person to do/know**
      **Learn appropriate ways to express yourself**
      **Learn feeling expressions**
      **Learn how to initiate a conversation**
      **Learn how to ask questions**
      **Learn to make positive requests of others**

**__X__  Continue monthly monitoring**
**_____  Refer to Psychiatrist**
**_____  Refer to QMHP**
   **_____  Other:**

Electronically Signed by FOSTER, BEVERLY A. BS, MHCM on 07/25/2011.
##And No Others##

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

TARPP ITP

**Patient Name: MEYERS, THOMAS         TDCJ#:680515                Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO)** Date of Birth: **12/26/1964** Age: **46 year** Race: **W** Sex: **male**

Patient Language:  ENGLISH     Name of interpreter, if required:

Most recent vitals from 6/28/2011: BP: 133 / 81 (Standing) ; Wt: 258 Lbs.; Height: 72 In.; Pulse: 100 (Standing) ; Resp: 20 / min;
Temp: 96.3 (Oral)

**Allergies:** NO KNOWN ALLERGIES
Active Problems: *

**Cars:**
 **Mental Health Cars 3 First Observed 1/18/2006 03:28PM**
 **Dental Cars 2 First Observed 3/28/2006 10:05AM**
 **Medical Cars 2 First Observed 7/14/2011 02:38PM**

**Chronic Care:**
 **Hypothyroidism First Observed 1/9/2006 11:22AM**
 **Hypertension (htn) First Observed 4/7/2011 03:59PM**
 **Hyperlipidemia First Observed 6/10/2011 02:49PM**

**Cid:**
 **Varicella, Immunity First Observed 12/11/2009 04:23PM**

**Mental Health:**
 **Schizoaffective Disorder First Observed 6/7/2006 01:00PM (Rule Out)**
 **Mental Health Suicide Risk Assessment First Observed 3/7/2008 05:55PM**
 **Schizophrenia, Paranoid Type First Observed 4/30/2008 10:43AM**
 **Mental Health Counseling Problems & Trmt Objectives First Observed 3/30/2010 02:05PM**
 **Schizophrenia, Paranoid Type First Observed 9/23/2010 04:24PM**

**Not Specified:**
 **Pre-seg/pre-crisis Management First Observed 3/9/2010 10:20AM**
 **Hypothyroidism First Observed 12/3/2010 03:31PM**
 *

**Current Medications:**
VASOTEC 10MG,   1 TABS ORAL QAM
SYNTHROID 0.15MG,   1 TABS ORAL QD
PRAVACHOL 20MG,   1 TABS ORAL QAM
RISPERDAL 2MG,   1 TABS ORAL DAILY

Seen this date at (time):  N/A

| PROGRAM | |
|---|---|
| X | Outpatient |
|  | ASICP |
|  | Step-down |

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

<u>TARPP ITP</u>

**Patient Name: MEYERS, THOMAS         TDCJ#:680515              Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO) Date of Birth:  12/26/1964  Age:  46 year  Race:  W  Sex:  male**

**SUBJECTIVE: Review and update of current ITP completed without patient present.  He will be seen through TARPP as scheduled per ITP.**

> **Medication Compliance:**
>
> **Symptoms of Illness:**
>
> **Health Concerns:**
>
> **Disciplinary Problems:**
>
> **Work/School Issues:**
>
> **Family Contact:**
>
> **Other:**

**BEHAVIORAL OBSERVATION** *(can use decision tree OR complete yourself)*

**DSM IV DIAGNOSIS**

| | |
|---|---|
| Axis I | 295.3 Schizophrenia, paranoid type |
| Axis II | No Axis II |
| Axis III | See Medical Records |
| Axis IV | Incarceration Stressors |
| Axis V | 85 |

**Is CARS Current?  Yes**

**PLAN: Monitor through TARPP or prn.**

| Patient Strengths: | Cooperative |
|---|---|

| Long-term Goal(s): | Increase coping, social and daily living skills. |
|---|---|

| Treatment/intervention: | TARPP |
|---|---|

**TARGET PROBLEMS AND TREATMENT OBJECTIVES**

***USE MENTAL HEALTH CASEMANAGEMENT PROBLEMS AND TREATMENT OBJECTIVES (MHCPTO) DECISION TREE TO SELECT TARGET PROBLEMS AND TREATMENT OBJECTIVES*****

> **MENTAL HEALTH CASE MGMT PROBLEMS AND TRM**
> **SOCIAL SKILLS TRAINING**

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

<u>TARPP ITP</u>

**Patient Name: MEYERS, THOMAS**     **TDCJ#:680515**       **Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO)** Date of Birth: **12/26/1964**  Age: **46 year**  Race: **W**  Sex: **male**

Patient Language:  ENGLISH    Name of interpreter, if required:

Most recent vitals from 6/28/2011: BP: 133 / 81 (Standing) ; Wt: 258 Lbs.; Height: 72 In.; Pulse: 100 (Standing) ; Resp: 20 / min; Temp: 96.3 (Oral)

**Allergies:** NO KNOWN ALLERGIES
Active Problems: *

Cars:
     **Mental Health Cars 3 First Observed 1/18/2006 03:28PM**
     **Dental Cars 2 First Observed 3/28/2006 10:05AM**
     **Medical Cars 2 First Observed 7/14/2011 02:38PM**

Chronic Care:
     **Hypothyroidism First Observed 1/9/2006 11:22AM**
     **Hypertension (htn) First Observed 4/7/2011 03:59PM**
     **Hyperlipidemia First Observed 6/10/2011 02:49PM**

Cid:
     **Varicella, Immunity First Observed 12/11/2009 04:23PM**

Mental Health:
     **Schizoaffective Disorder First Observed 6/7/2006 01:00PM (Rule Out)**
     **Mental Health Suicide Risk Assessment First Observed 3/7/2008 05:55PM**
     **Schizophrenia, Paranoid Type First Observed 4/30/2008 10:43AM**
     **Mental Health Counseling Problems & Trmt Objectives First Observed 3/30/2010 02:05PM**
     **Schizophrenia, Paranoid Type First Observed 9/23/2010 04:24PM**

Not Specified:
     **Pre-seg/pre-crisis Management First Observed 3/9/2010 10:20AM**
     **Hypothyroidism First Observed 12/3/2010 03:31PM**
*

**Current Medications:**
VASOTEC 10MG,  1 TABS ORAL QAM
SYNTHROID 0.15MG,  1 TABS ORAL QD
PRAVACHOL 20MG,  1 TABS ORAL QAM
RISPERDAL 2MG,  1 TABS ORAL DAILY

<u>Seen this date at (time):</u>  N/A

| PROGRAM | |
| --- | --- |
| X | Outpatient |
|  | ASICP |
|  | Step-down |

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

<u>TARPP ITP</u>

**Patient Name: MEYERS, THOMAS          TDCJ#:680515          Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO)** Date of Birth:  **12/26/1964**  Age:  **46 year**  Race:  **W** Sex:  **male**

SUBJECTIVE: Review and update of current ITP completed without patient present.  He will be seen through TARPP as
scheduled per ITP.

    Medication Compliance:

    Symptoms of Illness:

    Health Concerns:

    Disciplinary Problems:

    Work/School Issues:

    Family Contact:

    Other:

BEHAVIORAL OBSERVATION *(can use decision tree OR complete yourself)*

**DSM IV DIAGNOSIS**

| | |
|---|---|
| Axis I | 295.3 Schizophrenia, paranoid type |
| Axis II | No Axis II |
| Axis III | See Medical Records |
| Axis IV | Incarceration Stressors |
| Axis V | 85 |

    **Is CARS Current?  Yes**

PLAN: Monitor through TARPP or prn.

| Patient Strengths: | Cooperative |
|---|---|

| Long-term Goal(s): | Increase coping, social and daily living skills. |
|---|---|

| Treatment/intervention: | TARPP |
|---|---|

**TARGET PROBLEMS AND TREATMENT OBJECTIVES**

**\*\**<u>*USE MENTAL HEALTH CASEMANAGEMENT PROBLEMS AND TREATMENT OBJECTIVES (MHCPTO) DECISION TREE
TO SELECT TARGET PROBLEMS AND TREATMENT OBJECTIVES*</u>\*\*\*

      MENTAL HEALTH CASE MGMT PROBLEMS AND TRM
         SOCIAL SKILLS TRAINING

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

TARPP ITP

Patient Name: MEYERS, THOMAS        TDCJ#:680515            Date:  07/25/2011 12:06
Facility:  COFFIELD (CO) Date of Birth:  12/26/1964  Age:  46 year  Race:  W  Sex:  male

> **TARGET PROBLEMS**
>> Difficulty expressing needs
>> Difficulty expressing feelings
>> Difficulty interacting with others
>> Tendency to isolate self
>
> **TREATMENT OBJECTIVES**
>> Learn to say exactly what you would like the person to do/know
>> Learn appropriate ways to express yourself
>> Learn feeling expressions
>> Learn how to initiate a conversation
>> Learn how to ask questions
>> Learn to make positive requests of others

__X__  Continue monthly monitoring
____  Refer to Psychiatrist
____  Refer to QMHP
          ____  Other:

Electronically Signed by FOSTER, BEVERLY A. BS, MHCM on 07/25/2011.
##And No Others##

:uments and settings\rlgilmar.utmb-users-m\local settings\temp\164562222.tif printed by mivap. (Page

Scanned by MCKNIGHT, TINA J, CCA in facility SKYVIEW (SV) on 07/18/2011 08:04

```
TMC7197 /SVBB/HS09        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06:34:22
                          HEALTH SUMMARY FOR CLASSIFICATION          07/18/2011

     NAME: MEYERS,THOMAS                  DOB: 12/26/1964        P U L H E S
     TDCJ#: 00680515  SID#: 04024546      WGT: 206 LBS           -----------
     UNIT: SV          HOUSING: X-1-11T   HGT: 5'11"             |3|1|1|1|2|3|

     JOB: KITCHEN HELPER SAFETY                                  |E|A|A|A|B|N|

                                                                 |P| | | |P|T|

                                                                 -----------
```

I.   FACILITY ASSIGNMENT (CHECK ONE)
X    A. NO RESTRICTION
__   B. BARRIER-FREE FACILITY
__   C. SINGLE LEVEL FACILITY
__   D. SUITABLE FOR TRUSTEE CAMP?   X YES__NO

II.  HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
X    1. NO RESTRICTION                      X   1. NO RESTRICTION
__   2. SINGLE CELL ONLY                    __  2. LOWER ONLY
__   3. SPECIAL HOUSING (HOUSING WITH
        LIKE MEDICAL CONDITION
__   4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)               D. WHEELCHAIR USE (CHECK ONE)
X    1. NO RESTRICTION                      __  1. NO RESTRICTION
__   2. GROUND FLOOR ONLY                   __  2. PHOP ORDERED
                                            __  3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__   1. MEDICALLY UNASSIGNED        __ 15.NO FOOD SERVICE
__   2. PSYCHIATRICALLY UNASSIGNED  __ 16.NO REPETITIVE USE OF HANDS
__   3. SEDENTARY WORK ONLY         __ 17.NO WALK WET/UNEVEN SURFACES
__   4. FOUR HOUR WORK RESTRICTION  __ 18.DO NOT ASSIGN TO MEDICAL
__   6. EXCUSE FROM SCHOOL          00 19.NO WORK IN DIRECT SUNLIGHT
__   7. LIMITED STANDING            00 20.NO TEMPERATURE EXTREMES
__   8. NO WALKING > ___ YARDS      00 21.NO HUMIDITY EXTREMES
__   9. NO·LIFTING > ___ LBS.       __ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__  10.NO BENDING AT WAIST          __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
__  11.NO REPETITIVE SQUATTING      __ 24.NO WORK REQUIRING SAFETY BOOTS
__  12.NO CLIMBING                  __ 25.NO WORK AROUND MACHINE WITH MOVING PART

__  13.LIMITED SITTING              __ 26.NO WORK EXPOSURE TO LOUD NOISES
__  14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
__   A. NO RESTRICTIONS
00   B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__   C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.   INDIVIDUALIZED TREATMENT PLAN (CHECK ALL TTHAT APPLY)
__   A. NO RESTRICTION              00 C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__   B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X    A. NO RESTRICTION              __ C. WHEELCHAIR VAN
__   B. EMS AMBULANCE               __ D. MULTI-PATIENT VEHICLE(MPV)

WM HARDY, PA-C     NURSE PRAC  07/15/2011   _____
PRINTED NAME AND TITLE OF REVIEWER   DATE        SIGNATURE OF REVIEWER

Date: 07/27/2011 13:01
From: BEVERLY FOSTER
To: TIMOTHY MCGLASSON J(E);
Subject: Meyers, Thomas #680515
Re: THOMAS MEYERS

Mr. McGlasson - this patient is currently prescribed Risperdal 2mg 1 tab q daily.
He is requesting medication be changed to p.m. due to his work schedule.  Please
review for possible change.

Thanks,
Beverly Foster, MHCM
Coffield

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Psychiatric Chart Review

Patient Name: MEYERS, THOMAS          TDCJ#:680515          Date:  07/27/2011 13:39
Facility:  COFFIELD (CO)
Age:46  Race:  W Sex:  male
**Most recent vitals from 6/28/2011:** BP: 133 / 81 (Standing) ; Wt: 258 Lbs.; Height: 72 In.; Pulse: 100 (Standing) ; Resp: 20 / min; Temp: 96.3 (Oral)

**Allergies:** NO KNOWN ALLERGIES
**Current Medications:**
VASOTEC 10MG,  1 TABS ORAL QAM
SYNTHROID 0.15MG,  1 TABS ORAL QD
PRAVACHOL 20MG,  1 TABS ORAL QAM
RISPERDAL 2MG,  1 TABS ORAL DAILY

**ACTIVE PROBLEMS:**

**Cars:**
        **Mental Health Cars 3 First Observed 1/18/2006 03:28PM**
        **Dental Cars 2 First Observed 3/28/2006 10:05AM**
        **Medical Cars 2 First Observed 7/14/2011 02:38PM**

**Chronic Care:**
        **Hypothyroidism First Observed 1/9/2006 11:22AM**
        **Hypertension (htn) First Observed 4/7/2011 03:59PM**
        **Hyperlipidemia First Observed 6/10/2011 02:49PM**

**Cid:**
        **Varicella, Immunity First Observed 12/11/2009 04:23PM**

**Mental Health:**
        **Schizoaffective Disorder First Observed 6/7/2006 01:00PM (Rule Out)**
        **Mental Health Suicide Risk Assessment First Observed 3/7/2008 05:55PM**
        **Schizophrenia, Paranoid Type First Observed 4/30/2008 10:43AM**
        **Mental Health Counseling Problems & Trmt Objectives First Observed 3/30/2010 02:05PM**
        **Schizophrenia, Paranoid Type First Observed 9/23/2010 04:24PM**

**Not Specified:**
        **Pre-seg/pre-crisis Management First Observed 3/9/2010 10:20AM**
        **Hypothyroidism First Observed 12/3/2010 03:31PM**


Patient requesting PM dosing of Risperdal due to work schedule


Stopped Meds:
        RISPERIDONE 2MG TABLET          13668003860          06/28/2011 15:10
                1 TABS ORAL DAILY
                STOP DATE:          REFILLS: 11

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Psychiatric Chart Review

Patient Name: MEYERS, THOMAS          TDCJ#:680515                    Date:   07/27/2011 13:39
Facility:  COFFIELD (CO)
Started Meds:
          RISPERIDONE 2MG TABLET          13668003860          07/27/2011 13:40
          1 TABS ORAL QPM
          STOP DATE:                      REFILLS: 11

Electronically Signed by MCGLASSON, TIMOTHY J. D.NP,PMHNP on 07/27/2011.
Electronically Signed by FLOWERS, BETTE L. CCA on 07/27/2011.
##And No Others##

2 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>TARPP REVIEW</u>

Patient Name: MEYERS, THOMAS  TDCJ#:680515          DATE:  07/27/2011 12:49  FACILITY:  COFFIELD (CO)
Age:46  Race:  W  Sex:  male

| Patient Language:  ENGLISH   Name of interpreter, if required: |
|---|

**Most recent vitals from 6/28/2011:** BP: 133 / 81 (Standing) ; Wt: 258 Lbs.; Height: 72 In.; Pulse: 100 (Standing) ; Resp: 20 / min
Temp: 96.3 (Oral)

**Allergies:** NO KNOWN ALLERGIES
**Active Problems:** *

**Cars:**
    **Mental Health Cars 3 First Observed 1/18/2006 03:28PM**
    **Dental Cars 2 First Observed 3/28/2006 10:05AM**
    **Medical Cars 2 First Observed 7/14/2011 02:38PM**

**Chronic Care:**
    **Hypothyroidism First Observed 1/9/2006 11:22AM**
    **Hypertension (htn) First Observed 4/7/2011 03:59PM**
    **Hyperlipidemia First Observed 6/10/2011 02:49PM**

**Cid:**
    **Varicella, Immunity First Observed 12/11/2009 04:23PM**

**Mental Health:**
    **Schizoaffective Disorder First Observed 6/7/2006 01:00PM (Rule Out)**
    **Mental Health Suicide Risk Assessment First Observed 3/7/2008 05:55PM**
    **Schizophrenia, Paranoid Type First Observed 4/30/2008 10:43AM**
    **Mental Health Counseling Problems & Trmt Objectives First Observed 3/30/2010 02:05PM**
    **Schizophrenia, Paranoid Type First Observed 9/23/2010 04:24PM**

**Not Specified:**
    **Pre-seg/pre-crisis Management First Observed 3/9/2010 10:20AM**
    **Hypothyroidism First Observed 12/3/2010 03:31PM**
*

**Current Medications:**
VASOTEC 10MG,  1 TABS ORAL QAM
SYNTHROID 0.15MG,  1 TABS ORAL QD
PRAVACHOL 20MG,  1 TABS ORAL QAM
RISPERDAL 2MG,  1 TABS ORAL DAILY

<u>Seen this date at (time):</u>  1000

S:      Offender seen to monitor for casemanagement.  S/He is currently enrolled in the Treatment and Relapse
Prevention Program.

    Medication Compliance: Risperdal-23/28

    Symptoms of Illness: Patient reports no new symptoms at this time.

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>TARPP REVIEW</u>

Patient Name: MEYERS, THOMAS  TDCJ#:680515          DATE:  07/27/2011 12:49 FACILITY:  COFFIELD (CO)
Age:46  Race: W Sex:  male

     Health Concerns: See list above.

     Disciplinary Problems: None this review period.

     Work/School Issues: Counter attendant.

     Family Contact: Patient reports no recent contact.

     Other: Patient recently returned from Skyview and was seen for TARPP review.  He states he is doing well and feels good.  Patient states his medication works well and reports no new psychiatric problems.

Patient is asking to have his medication changed to p.m. due to his work schedule.  He was advised his request would be forwarded to the provider.

Discussed today was the reason for and importance of attending his scheduled appointments.  Patient was advised he is monitored for any possible decompensation and to follow his medication compliance.  He was also advised that these appointments give him the opportunity to address issues such as medication problems or breakthrough symptoms.  Also discussed was how we cover topics that help him deal with prison life and/or prepare him for free-world living.

Patient states his appetite and sleep are good.  He denies any conflict with other offenders or security and had no mental health complaints or concerns at this time.  Patient was attentive and alert.  His speech was clear and goal-directed with no decompensation noted at this time.

O:    Behavioral Observations *(Insert Behavioral Observations Decision Tree)*

    MENTAL HEALTH BEHAVIORAL OBSERVATIONS
        PERSONAL APPEARANCE
           NEATLY  DRESSED
        PERSONAL HYGIENE
           CLEAN, HAIR COMBED, TEETH BRUSHED
        CELL/ROOM APPEARANCE
           NOT ASSESSED
        MOTOR ACTIVITY
           CALM, RELAXED
        ATTENTION
           LISTENS, MAKES EYE CONTACT
        SPEECH
           VOLUME
              NORMAL
           RATE
              NORMAL FLOW, CONVERSATIONAL
           APPROPRIATENESS
              ANSWERS QUESTIONS APPROPRIATELY
        EMOTIONAL EXPRESSION
           NORMAL, EXPRESSES SELF APPROPRIATELY
        PATIENT SELF-REPORT
           NO COMPLAINTS

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>TARPP REVIEW</u>

Patient Name: MEYERS, THOMAS   TDCJ#:680515          DATE:   07/27/2011 12:49  FACILITY:  COFFIELD (CO)
Age:46  Race:  W  Sex:  male

**VOICED NO SUICIDAL/HOMICIDAL IDEATION**

A:     **Diagnosis of Record:**
           **Axis I: 295.3 Schizophrenia, paranoid type**
           **Axis II: No Axis II**

P:     __X__  **Continue monthly monitoring**
         ____  **Refer to Psychiatrist**
         ____  **Refer to QMHP**
         ____  **Other:**

**Procedures Ordered:**
       **MH OP TARPP:          schizophrenia, paranoid type**

           Electronically Signed by FOSTER, BEVERLY A. BS, MHCM on 07/27/2011.
           ##And No Others##

TIMOTHY J. MCGLASSON, D.NP,PMHNP

PATIENT:        MEYERS,THOMAS
                PO BOX 999
                TENNESSEE COLONY, TX  75884
MRN:            680515
User:           MCGLASSON, TIMOTHY J. D.NP,PMHNP


RISPERDAL 2MG TABS
Sig:            1 x TABS ORAL EVERY EVENING
Order Date:     07/27/2011 13:40
Start Date:     07/27/2011 13:40
Auto Stop Date: 08/26/2011 13:40


Disp. #:        30  TABS
Refills:        11  Before: 08/26/2011 13:40


Allow Generic - No product selection indicated
Rx Written On:   07/27/2011


                     Prescription Electronically Signed
                     by TIMOTHY J. MCGLASSON, D.NP,PMHNP

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

TARPP ITP

**Patient Name: MEYERS, THOMAS          TDCJ#:680515                    Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO) Date of Birth: 12/26/1964  Age:  46 year  Race:  W  Sex:  male**

Patient Language:  ENGLISH    Name of interpreter, if required:

**Most recent vitals from 6/28/2011:** BP: 133 / 81 (Standing) ; Wt: 258 Lbs.; Height: 72 In.; Pulse: 100 (Standing) ; Resp: 20 / min;
Temp: 96.3 (Oral)

**Allergies:** NO KNOWN ALLERGIES
Active Problems: *

**Cars:**
Mental Health Cars 3 First Observed 1/18/2006 03:28PM
Dental Cars 2 First Observed 3/28/2006 10:05AM
Medical Cars 2 First Observed 7/14/2011 02:38PM

**Chronic Care:**
Hypothyroidism First Observed 1/9/2006 11:22AM
Hypertension (htn) First Observed 4/7/2011 03:59PM
Hyperlipidemia First Observed 6/10/2011 02:49PM

**Cid:**
Varicella, Immunity First Observed 12/11/2009 04:23PM

**Mental Health:**
Schizoaffective Disorder First Observed 6/7/2006 01:00PM (Rule Out)
Mental Health Suicide Risk Assessment First Observed 3/7/2008 05:55PM
Schizophrenia, Paranoid Type First Observed 4/30/2008 10:43AM
Mental Health Counseling Problems & Trmt Objectives First Observed 3/30/2010 02:05PM
Schizophrenia, Paranoid Type First Observed 9/23/2010 04:24PM

**Not Specified:**
Pre-seg/pre-crisis Management First Observed 3/9/2010 10:20AM
Hypothyroidism First Observed 12/3/2010 03:31PM
*

**Current Medications:**
VASOTEC 10MG,   1 TABS ORAL QAM
SYNTHROID 0.15MG,   1 TABS ORAL QD
PRAVACHOL 20MG,   1 TABS ORAL QAM
RISPERDAL 2MG,   1 TABS ORAL DAILY

Seen this date at (time):  N/A

| PROGRAM | |
|---|---|
| X | Outpatient |
|  | ASICP |
|  | Step-down |

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

TARPP ITP

**Patient Name: MEYERS, THOMAS          TDCJ#:680515          Date:  07/25/2011 12:06**
**Facility:  COFFIELD (CO)** Date of Birth:  **12/26/1964**  Age:  **46 year**  Race:  **W**  Sex:  **male**

SUBJECTIVE: Review and update of current ITP completed without patient present.  He will be seen through TARPP as
scheduled per ITP.

**Medication Compliance:**

**Symptoms of Illness:**

**Health Concerns:**

**Disciplinary Problems:**

**Work/School Issues:**

**Family Contact:**

**Other:**

BEHAVIORAL OBSERVATION *(can use decision tree OR complete yourself)*

DSM IV DIAGNOSIS

| | |
|---|---|
| Axis I | 295.3 Schizophrenia, paranoid type |
| Axis II | No Axis II |
| Axis III | See Medical Records |
| Axis IV | Incarceration Stressors |
| Axis V | 85 |

**Is CARS Current?  Yes**

PLAN: Monitor through TARPP or prn.

| | |
|---|---|
| Patient Strengths: | Cooperative |

| | |
|---|---|
| Long-term Goal(s): | Increase coping, social and daily living skills. |

| | |
|---|---|
| Treatment/intervention: | TARPP |

TARGET PROBLEMS AND TREATMENT OBJECTIVES

**USE MENTAL HEALTH CASEMANAGEMENT PROBLEMS AND TREATMENT OBJECTIVES (MHCPTO) DECISION TREE
TO SELECT TARGET PROBLEMS AND TREATMENT OBJECTIVES***

MENTAL HEALTH CASE MGMT PROBLEMS AND TRM
SOCIAL SKILLS TRAINING

Meyers, Thomas                680515
Offender Death                R 2 Dayroom
Preliminary – Cardiac Arrest

 

McCollum/ Meyers–99

I 10915-08-11        8/3/11
Meyers, Thomas          680515
Offender Death      R 2 Dayroom
Preliminary – Cardiac Arrest






McCollum / Meyers–100

McCollum/ Meyers–101

I 10915-08-11                8/3/11
Meyers, Thomas              680515
Offender Death        R 2 Dayroom
Preliminary – Cardiac Arrest






I 10915-08-11     08-03-11
Meyers, Thomas     680515
Offender Death     R 2 Dayroom
Preliminary – Cardiac Arrest

McCollum/ Meyers-102






I 10915-08-11
Meyers, Thomas
Offender Death
Preliminary – Cardiac Arrest

08-03-11
680515
R 2 Dayroom






McCollum/ Meyers–103

McCollum/ Meyers-104

I 10915-08-11
Meyers, Thomas          08-03-11
Offender Death          680515
Preliminary – Cardiac Arrest    R 2 Dayroom



08.03.2011 14:12

TREATMENT: CPR

EMPLOYEE INFORMATION
NAME (LAST, FIRST M)                SSN      RACE    SEX    AGE        RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 03 / 2011  TIME: 00 : 10 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: THOMAS, RON DOCTOR
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST
NEXT OF KIN NOTIFIED X YES    NO  DATE: 08 / 03 / 2011  TIME: 03 : 15
NAME OF NOK: CL MEYERS
HUNTSVILLE FUNERAL HOME NOTIFIED    YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                    AUTHORIZATION

WAS TEAM AUTHORIZED    YES    NO    DECONTAMINATED    YES    NO    INJURIES    YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

10915

```
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

ON 08/02/2011 AT 2230 HOURS AN ICS WAS INITIATED ON P3-R WING 2 ROW DUE TO
OFFENDER MEYERS, THOMAS 680515 WAS LAYING UNRESPONSIVE ON THE ROW. MEDICAL
AND A RESPONCE ARRIVED AND THE OFFENDER WAS ESCORTED TO THE UNIT INFIRMARY.
IT WAS DETERMINED THE OFFENDER NEEDED TO BE TAKEN VIA 911 AMBULANCE TO THE
HOSPITAL DUE TO LOW BLOOD PRESSURE AND HIGH HEART RATE. WHEN THE EMT ARRIVED
THEY DETERMINED THE OFFENDER NEEDED TO BE TRANSPORTED VIA CARE FLIGHT. AS THE
OFFENDER WAS BEING TRANSPORTED TO THE HELICOPTER THE OFFENDER WENT INTO
CARDIAC ARREST CPR WAS INITIATED. IT WAS DETERMINED THAT CPR COULD NOT BE
PERFORMED IN THE CARE FLIGHT. THE OFFENDER WAS TRANSPORTED TO PRMC VIA
AMBULANCE. UPON ARRIVAL TO PRMC THE OFFENDER WAS PRONOUNCED DEAD AT 0010 BY
DR THOMAS, RON

NOTIFICATIONS: WARDEN RUPERT, J 2240
               REG DIR EASON,R  0020
               OIG HARDING,L    0025
       JUSTICE OF THE PEACE THOMAS, G 0028
               CHAPLAIN ROSE      0045
               EAC MINOR, B      0253
         INCIDENT NUMBER ISSUED I-10915-08-11
```

*Possible Heat Related*

*10915*

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT REHSE                                    DATE: 08 / 03 / 2011
AUTHORIZED BY: WARDEN RUPERT,J

Sent to:    EAC                         (list)                      (to)

10915

```
*********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER       EMERGENCY ACTION CENTER      **:
*********************************************************************
***             S Y S M   I N B A S K E T   P R I N T                       **:

MESSAGE ID: 950502        DATE: 08/03/11  TIME: 09:54     PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      DRO3457 - ROSE, DANIEL
           CHAPLAIN II
           COFFIELD UNIT

SUBJECT:   DEATH NOTIFICATION


   *********************DEATH NOTIFICATION************************

 INMATE: MEYERS,THOMAS                  TDCJ# 00680515
 DATE OF DEATH: 08/03/2011
 CUSTODY: S3         STATUS: G2        RACE: CAUC       DOB: 12-26-64 AGE: 46
 CAUSE OF DEATH: CARDIAC ARREST        TIME: 0010    DOCTOR: RON THOMAS
 PLACE OF DEATH: PALESTINE REGIONAL MED CENTER
 DUTY WARDEN: RUPERT                   TIME: 2240
 JUSTICE OF THE PEACE: GARY THOMAS     TIME: 0103
 TDCJ-ID-IAD: OIG LEE HARDING          TIME: 0107
 CARNES FUNERAL HOME:                  TIME: 0125
 CHAPLAIN: ROSE                        TIME: 0045
 EAC:                                  TIME: 0253
 APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  ) UNABLE TO CONTACT
 N.O.K. CHARLES MEYERS          TIME 0315    HRS    PHONE 940-382-1362
 ADDRESS: 813 IMPERIAL          FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
 ADDRESS: DENTON,TEXAS
 LOCATION OF BODY:
 LOCATION OF INMATE PROPERTY: COFFIELD


Sent to:    HSMA016              DEATH RECS/CAROLYN MCMILLIAN  (to)
            HVWAR01              HUNTSVILLE_WARDENS_OFFICE     (to)
            CHAPSUP              HARDIN, LAWANA                (to)
            HQEAC01              CENTER, EMERGENCY ACTION      (to)
            CAS7772              ASHWORTH, CARISE              (to)
            KEN2430              ENLOE, KELLY                  (to)
            DRO3457              ROSE, DANIEL                  (to)
            BWA4787              WAGGONER, BERNICE             (to)
            JRU2859              RUPERT, JOHN                  (to)
            JWI5714              WISENER, JOHN R.              (to)
            CRA8076              RAY, CLIFTON                  (to)
```