UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>            PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>            DEFENDANTS | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 191

```
**************************************************************************
*** REQUESTOR: SGA2121 - BLASING, SANDRA      PRISON AND JAIL OPERATIONS ***
**************************************************************************

***              S Y S M   I N B A S K E T   P R I N T              ***


MESSAGE ID: 997716       DATE: 08/11/11  TIME: 09:08am  PRIORITY: 000

TO:          WST3959 - STEPHENS, WILLIAM
             DEPUTY DIRECTOR
             PRISON AND JAIL OPERATIONS
             P.O BOX 99
             HUNTSVILLE, TX 77342
             861B IH-45N, ROOM 132 (77320)


FROM:        HQEAC01 - CENTER, EMERGENCY ACTION
             GENERAL TERMINAL
             EMERGENCY ACTION CENTER
             861 "A" I.H. 45 NORTH



SUBJECT:     I-10972-08-11


*** Sent by Alternate User "KCL9737" for "HQEAC01" ***
*** Original Author:  PYA2394 - YANCEY, PAUL; 08/04/11 01:40am

EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:..............

EMERGENCY ACTION CENTER INCIDENT NO:  I - 10972 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -     -     -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT:  HD    REGION II  DATE OCCURRED: 08 / 03 / 2011  TIME OCCURRED: 20:40
SPECIFIC LOCATION: ETMC JACKSONVILLE RM 273
INITIAL INCIDENT COMMANDER:   (IF APPLICABLE)
RANK/NAME:
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:   (INDICATE ALL THAT APPLY)
   A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES     NO
WAS INCIDENT RACIALLY MOTIVATED:         YES   X NO


                          OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)    TDCJ NO     CUST  RACE  SEX  AGE  INJ  A-V
SWANSON, ADAM L.                 1638679      II    W    M    42
```

B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S) IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

THE HODGE ADMINISTRATION IS REPORTIN AN OFFENDER DEATH.

OFFENDER SWANSON, ADAM 1638679 IS A 42 YEAR OLD WHITE MALE SERVING A 20 MONTH SENTENCE FOR BURGLARY OF A BUILDING OUT OF JEFFERSON COUNTY AND IS CURRENTLY IN INTELECTIONALY IMPAIRED CUSTODY.

ON 8-2-11 AT APPROXIMATELY 0550 HOURS OFFENDER SWANSON WAS FOUND ON THE FLOOR OF HIS CELL ON J1 B-221 NONRESPONSIVE. THE OFFEDNER WAS ESCORTED TO THE INFIRMARY BY GURNEY AND EXAMINED BY MEDICAL. IT WAS DETERMINED THAT THE OFFENDER NEEDED TO BE TRANSPORTED TO ETMC RUSK FOR POSSIBLE ASPIRATED PNEUMONIA. AFTER THE OFFENDER WAS EXAMINED AT ETMC RUSK HE WAS TRANSPORTED TO ETMC JACKSONVILE AND PLACED IN ICU ROOM 273.
ON 8-3-11 AT APPROXIMATELY 2040 HOURS OFFENDER SWANSON WAS PRONOUCED DECEASED BY DR. FREDRICK KURST, POSSIBLE CARDIAC ARREST. WARDEN KELLY GUIDRY (DUTY WARDEN) WAS NOTIFIED AT 2054 HOURS. OIG JESSIE MAYBERRY WAS NOTIFIED AT 2055. JUSTICE OF THE PEACE VERA FOREMAN WAS NOTIFIED AT 2200. CHAPLAIN ROBERT NEWTON WAS NOTIFIED AT 2117 HOURS. CHAPLAIN NEWTON WAS ABLE TO INFORM THE OFFENDER'S MOTHER THAT THE OFFENDER WAS TRANSPORTED TO THE HOSPITAL BUT WAS UNABLE TO NOTIFY HER THAT THE OFFENDER HAD PASSED AWAY. CARNES FUNERAL HOME WAS NOTIFIED AT 2212 HOURS. B. MINOR AT EAC WAS NOTIFIED AT 2325 HOURS AND ISSUED I-10972-08-11. ANY FURTHER INFORMATION WILL BE SENT AS RECEIVED.

NOTIFICATION: WARDEN T. HAYNES @ 2116
              DUTY WARDEN K. GUIDRY @ 2054
              OIG J. MAYBERRY @ 2055
              REGIONAL DIRECTOR R. EASON @ 2126
              CHAPLIAN R. NEWTON @ 2117
              JUSTICE OF THE PEACE VERA FOREMAN @ 2200
              EAC B. MINOR @ 2325 ISSUED I-10972-08-11
              CARNES FUNERAL HOME T. BACKER @ 2212