UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 192



**Texas Department of Criminal Justice**

————————————————————————— **Brad Livingston**
Executive Director

**DATE:**     November 3, 2011

**TO:**       William L. Stephens
              Deputy Director Prison/Jail Management

**THRU:**     Robert Eason
              Director
              Region II

**FROM:**     Susan Bauer
              Assistant Regional Director
              Region II

**RECEIVED**

**NOV  8 2011**

Prison / Jail Operations
Deputy Director

### REGION II 90 DAY FOLLOW UP

**UNIT:**           **Hodge Unit**

**INCIDENT#:**      I-10978-08-11

Received

✓ NOV 1 0 2011

EAC

**DATE OF INCIDENT:** August 4, 2011

**TYPE OF INCIDENT:**  Offender Death

**SYNOPSIS OF INCIDENT:**  On August 4, 2011, at approximately 0315 hours, COV Phillip Solly observed Offender Webb, Robert #1569761, lying on his mattress on the floor of cell C-219.  Offender Webb did not respond to verbal stimuli, at which time the Incident Command System was initiated.  Officer Solly began life saving measures.  Unit medical staff arrived and the offender was transported by gurney to the medical department.  Emergency Medical Services was notified and present at the unit medical department upon arrival of the offender and continued life saving measures.  The Automated External Defibrillator was attached to the offender; however, attempts to revive the offender were unsuccessful.  The offender was pronounced deceased by Paramedic Aaron Goodwin at 0355 hours with authority from Dr. Moore.  Cherokee County Precinct 2 Justice of the Peace, Tony Johnson, pronounced the official time of death at 0505 hours, and ordered an autopsy.  It should be noted at the time of the incident the outside air temperature was recorded as 84.3 degrees with 64% humidity for a heat index of 88 degrees.  Sidney Webb, Offender Webb's brother, did not object to the autopsy and advised they will not claim the body.

The Office of the Inspector General has an ongoing investigation, case # 2011.03110, at this time.

I-10978-08-11



# Texas Department of Criminal Justice

P.O. Box 99, Huntsville, Texas 77342-0099

Brad Livingston
**Executive Director**

---

Incident Report #I-10978-08-11
Hodge Unit
August 11, 2011

**TO:**       **Emergency Action Center**

**THRU:**    Mr. Robert Eason
             Director, TDCJ-CID Region II

**SUBJECT:**  **Offender Death**

**PERSON
INVOLVED:** Robert Webb TDCJ #1569761 was a 50 year old white male offender in
Intellectually Impaired custody serving a 9 year sentence for Aggravated
Robbery, Aggravated Assault with a Deadly Weapon, and Robbery by
Threat from Harris and Chambers Counties.

**SUMMARY:** On August 4, 2011 at approximately 0230 hours Officer Phillip Solly was
conducting a count on the Hodge Unit J-1 Building C-wing and spoke
with offender Robert Webb TDCJ #1569761 in cell #219.      At
approximately 0315 hours as Officer Solly was awakening offenders on C-
wing for the morning meal, he approached cell 219 and observed offender
Robert Webb TDCJ #159761 lying on the floor on his mattress.   The
offender did not respond to his verbal orders.  Officer Solly instructed
offender Webb's cell mate, Roy Shehan TDCJ #1461170, to exit the cell,
and requested a supervisor, medical staff, and the life saving response kit.
The officer began CPR while waiting for medical staff to arrive.  Lt.
Yancey arrived and assisted with the CPR.  Upon arrival of medical staff,
the offender was placed on a back board, carried downstairs and placed on
a gurney.  CPR was continued during the transport to the Skyview Unit 5
Building Diagnostic Services Center.   An ambulance had been requested
and was present upon arrival of the gurney at the Diagnostic Services
Center.  The emergency medical personnel relieved staff and continued
CPR.  An Automated External Defibrillator was attached to the offender.
Attempts to revive the offender were unsuccessful.  Offender Webb was
pronounced deceased by paramedic Aaron Goodwin at 0355 hours
utilizing Do Not Resuscitate guidelines under Dr. Moore.  Duty Warden
Kelly Guidry, Mr. Jesse Maberry of the Office of the Inspector General,
Chaplain Robert Newton and Justice of the Peace for Cherokee County
Precinct #2, Tony Johnson, were notified of the offender's death.  Justice
of the Peace Tony Johnson pronounced the time of death officially as 0505
hours and ordered an autopsy to determine the cause of death.  Carnes
Funeral Home removed offender Webb's remains at 0615 hours.

I-10978-08-11

The offender's brother, Sidney Webb, was contacted by Chaplin Robert Newton on August 4, 2011 at approximately 0505 hours and informed him of the death of offender Webb.  The family did not object to an autopsy and they will not claim the body.

The following notifications were made concerning the offender's death:
0410 hours – Jesse Maberry. OIG
0411 hours – Warden Kelly Guidry, Duty Warden
0415 hours – Tony Johnson, Justice of the Peace
0416 hours – Warden Tommie Haynes
0419 hours – Chaplin Robert Newton
0425 hours – Carnes Funeral Home
0600 hours – Barbara Minor, EAC

**EMPLOYEE ACTION/ INACTION:**  Security and Medical Staff members performed their duties in a timely and professional manner, and in accordance with agency policies.

**ATTACHMENTS:**
EAC Initial Notification Email – I-10978-08-11 (Msg. #956640)
EAC Addendum – I-10978-08-11 (Msg. #959332)
EAC Serious Incident Report Worksheet
Web Mail – Capt. Jack Jeter
IOC – Lt. Paul Yancey
IOC – Phillip Solly CO V
IOC – Taryn Johns CO V
IOC – Donnie Broussard CO III
IOC – Gary Sarchet CO III
IOC – Jimmy Willis SV/HD Property Officer
Statement – Roy Shehan TDCJ #1461170
J-1 Building C- wing Security Checklist
Offender Death Notification Form
Offender Death Notification Worksheet
Chaplain's Death Notification E-Form
Time Line – Chaplain Robert Newton
Chaplain's Letter to the Family
Transport Authorization for Offender Remains
Order for Autopsy
Justice of the Peace Inquest Report
SCR Nursing/Medical Schedule
Urgent/Emergent Care Record (4 pages)
Inpatient Nursing Progress Note
Copy of Offender Travel Card
Photographs – Robert Webb TDCJ #1569761

I-10978-08-11

**ADMINISTRATIVE**
**REVIEW:**   **Wardens Comments:** *Offender Robert Webb TDCJ #1569761 was found unresponsive in his assigned cell at approximately 0315 hours on August 4, 2011 by Officer Phillip Solly. According to a statement from the offender's cellmate, Roy Shehan TDCJ #1461170, he and offender Webb had been talking to each other till 0230 hours. Upon finding the offender unresponsive, Officer Solly requested a life saving response kit, assistance from medical staff and a security supervisor. The officer initiated life saving techniques while waiting for medical staff to arrive. The offender was transported to the Skyview 5 Diagnostic Services Center and life saving techniques were continued enroute. An ambulance had been requested and was there upon their arrival. The ambulance personnel relieved unit personnel. Life saving techniques were discontinued by the ambulance personnel at 0355 hours. Mr. Tony Johnson, Justice of the Peace for Cherokee County Precinct #2, pronounced the offender deceased at 0505 and ordered a Forensic Autopsy of the offender's remains. The cause of death is pending. The offender's family was notified of the death and did not object to the autopsy. The offender's remains were removed by Carnes Funeral Home at approximately 0653 hours. All staff members involved were offered the Crisis Response Intervention Support Program. Officer Solly did request CRISP and was counseled by Chaplain Newton. All others declined. Mr. Jesse Maberry of the Office of the Inspector General is investigating the offender death and the case number is 2011.03110. A request for a copy of the Custodial Death Report completed by the Office of the Inspector General was denied.*

Tommie Haynes                                    8/11/11
Senior Warden                                    Date
Skyview / Hodge Complex

Incident: I-10978-08-11 / Offender Death / Hodge Unit

Regional Director/Assistant Director's Comments:

An investigation into the offender death that occurred on the Hodge Unit on August 4, 2011, indicated that employee action or in-action was not a contributing factor in the incident. All employees' actions during this incident were in accordance with agency policy and procedures.

On August 4, 2011, at or about 0315 hours, CO V Phillip Solly approached C wing 219 cell and observed Offender Robert Webb TDCJ #1569761, lying on his mattress on the floor. The offender did not respond to verbal stimuli. The Incident Command System was initiated. Officer Solly began CPR. Unit medical staff arrived and the offender was transported by gurney to the unit medical department. Emergency Medical Services was notified and present at the unit medical department upon arrival of the offender and continued life saving measures. The Automated External Defibrillator was attached to the offender; however, attempts to revive the offender were unsuccessful. The offender was pronounced deceased by Paramedic Aaron Goodwin at 0355 hours with authority from Dr. Moore. Cherokee County Precinct 2 Justice of the Peace, Tony Johnson, pronounced the official time of death at 0505 hours, and ordered an autopsy. The body was removed at 0615 hours by the Carnes Funeral Home.

Sidney Webb, Offender Webb's brother, was notified by Chaplain Robert Newton of the offender death. The family did not object to the autopsy and advised they will not claim the body.

The outside air temperature, at 0330 hours, was recorded as 84.3 degrees with 64% humidity for a heat index of 88 degrees heat. Heat precautions on the Hodge unit are taken to include: monitoring air flow, ice water provided for all offenders, and offenders are allowed to wear shorts and t-shirts in the dayroom. Additionally, both offenders and staff are trained on heat awareness and precautions in accordance with AD 10.64, Temperature Extremes in the Workplace. Additionally, Offender Webb was issued a fan through the indigent fan loaner program on June 15, 2011.

Office of the Inspector General Investigator Jesse Mayberry is investigating the incident and assigned case number 2011.03110.

This office will review this report for updates in 90 days.

Signature: _Howard_ _for_ _0412_   Date: 8-30-11

Robert Eason
Region II Director

```
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*
*** REQUESTOR: PTA2294   YANCEY PAUL         ESTELLE/HODGE COMPLEX        *
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*
***               S T S M   O U T B A S K E T   P R I N T               *

MESSAGE ID: 556640       DATE: 08/04/11  TIME: 01:43:8  PRIORITY: 999

SUBJECT:   I 10878 08 11


EAC USE ONLY:  DATE REPORTED:.........  .........TIME REPORTED:.........

EMERGENCY ACTION CENTER INCIDENT NO:  I  10878   08   11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HD    REGION II  DATE OCCURRED: 08 / 04 / 2011  TIME OCCURRED: 23:15
SPECIFIC LOCATION: J1 BUILDING C WING CELL 219
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: P. SELLS FOC
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: LT. P. YANCEY
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    X A    B    C    D    E    N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED: X YES   NO
WAS INCIDENT RACIALLY MOTIVATED:   YES  X NO




                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ A V
  WEBB, ROBERT A                  1566761      II    W    M   70

                  .



WERE OFFENDERS TRANSFERRED TO A HOSPITAL   YES X NO
BY:   EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL:
TREATMENT:
                         EMPLOYEE INFORMATION
NAME (LAST, FIRST M)           SSN     RACE   SEX   AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
```

IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 04 / 2011  TIME: 05 : 05 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME-TITLE: L.P. TONY JOHNSON
COUNTY WHERE DEATH OCCURRED: CHEROKEE
PRELIMINARY CAUSE OF DEATH: UNDETERMINED
NEXT OF KIN NOTIFIED X YES   NO  DATE: 08 / 04 / 2011  TIME: 06 : 00
NAME OF NOK: SIDNEY J. WEBB
HUNTSVILLE FUNERAL HOME NOTIFIED X YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

DESCRIPTION OF WEAPON(S) CONTRABAND


CHEMICAL AGENT INFORMATION
AMOUNT                              LIST TYPE                        AUTHORIZATION


WAS TEAM AUTHORIZED   YES   NO  DECONTAMINATED   YES   NO  INJURIES   YES   NO

WERE AND TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES      NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT

SUMMARY OF INCIDENT

  THE HODGE ADMINISTRATION IS REPORTING AN OFFENDER DEATH.

  OFFENDER WEBB, ROBERT  1369781 IS A 50 YEAR OLD WHITE MALE SERVING

A 8 YEAR SENTENCE FOR AGGRAVATED ASSAULT WITH A DEADLY WEAPON OUT OF
HARRIS COUNTY AND IS CURRENTLY INTELLECTUALLY IMPAIRED CUSTODY.

ON 8-4-11 AT APPROXIMATELY 0315 HOURS OFFICER T. SOLLY 205 WAS
WAKING OFFENDER ON J2 BUILDING C WING FOR THE MORNING MEAL. WHEN
OFFICER SOLLY ARRIVED AT CELL 219 HE NOTICED THAT OFFENDER WEBB,
ROBERT  1268761 DID NOT RESPOND TO ORDERS. OFFICER SOLLY CHECKED THE
OFFENDER AND DETERMINED THAT HE DID NOT HAVE A PULSE. OFFICER SOLLY
CALLED FOR A RESPONSE, MEDICAL, LIFE SAVING RESPONSE KIT, SUPERVISOR,
AND A GURNEY. OFFICER SOLLY THEN INITIATED CPR UNTIL MEDICAL COULD
ARRIVE. A RESPONSE, SUPERVISOR, MEDICAL AND A GURNEY ARRIVED AT THE
CELL. STAFF LIFTED THE OFFENDER AND CARRIED HIM DOWN THE STAIRS TO THE
GURNEY. EMS WAS NOTIFIED AT APPROXIMATELY 0325. AFTER THE OFFENDER WAS
PLACED ON THE GURNEY CHEST COMPRESSIONS RESUMED AND THE OFFENDER WAS
TAKEN TO 6V 5 INFIRMARY. THE AMBULANCE ARRIVED AT 0340 HOURS AND WAS
WAITING WHEN THE OFFENDER ARRIVED AT DSC. ALL ATTEMPTS WERE MADE TO
REVIVE THE OFFENDER BUT TO NO AVAIL. PARAMEDIC AARON GOODWIN
CALLED THE TIME OF DEATH AT 0355 HOURS.
OFFENDER WEBB'S CELL PARTNER OFFENDER SHEHAN, ROY  1461170
WAS PLACE IN SINGLE CELL HOUSING PENDING AN INVESTIGATION. IT APPEARED TO BE
NO FOUL PLAY. CELL 219 WAS SECURED UNTIL OIG COULD CLEAR THE CELL.
WARDEN GUIDRY (DUTY WARDEN) WAS NOTIFIED AT 0411 HOURS. OIG JESSIE
MAYBERRY WAS NOTIFIED AT 0410 HOURS. JUSTICE OF THE PEACE TONY JOHNSON
WAS NOTIFIED AT 0415 HOURS. CHAPLIAN ROBERT NEWTON WAS NOTIFIED AT
0419 HOURS. CHAPLAIN NEWTON WAS ABLE TO CONTACT THE NEXT OF KIN. THE
OFFENDER'S BROTHER SIDNEY WEBB WAS NOTIFIED AT 0600 HOURS. FAMILY WILL BE
CLAIMING THE BODY. OFFICER SOLLY DID RECEIVE CRISP FROM CHAPLIAN NEWTON
FOR THIS INCIDENT. CARNES FUNERAL HOME DID PICK UP THE BODY OF OFFENDER
WEBB AT 0655 HOURS. WHEN JUSTICE OF THE PEACE TONY JOHNSON ARRIVED HE DID
CHANGE THE TIME OF DEATH FROM 0355 TO 0505 HOURS.
NOTIFICATION; WARDEN T. HAYNES @ 0418
             WARDEN K. GUIDRY @ 0411 (DUTY WARDEN)
             OIG T. MAYBERRY  @ 0410
             CHAPLAIN R. NEWTON @ 0419
             JUSTICE OF THE PEACE TONY JOHNSON @ 0415
              RUSK POLICE TERRY PHILLIPS @ 0405
             CARNES FUNERAL HOME  MRS. SOLLY @ 0425
             FAC R. MINOR @ 0600 HRS AND ISSUED  T 10878 08 11

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)

PREPARED BY: LT. PAUL TANCET                          DATE: 08 / 04 / 2011
AUTHORIZED BY: WARDEN KELLY GUIDRY

Seal For:    EAC                    Time:                    Time:

```
*** REQUESTOR: MBB0777   BERRYHILL, MONTY      SKYVIEW/HODGE COMPLEX        *
*************************************************************************
***                R Y S M   O U T B A S K E T   P R I N T              *

MESSAGE ID: 868938        DATE: 08/04/11  TIME: 10:57am  PRIORITY: 000

SUBJECT:   ADDENDUM I 10978 08 11


THE EAC REPORT I 10978 08 11 THE TIME OF DEATH WAS INCORRECT THE
TIME OF DEATH RECORDED BY JUSTICE OF THE PEACE TONY JOHNSON WAS
0505 HOURS.



          LIEUTENANT  MONTY BERRYHILL

Sent to:   HOSAC01              CENTER, EMERGENCY ACTION      (to)
```

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC I-10978-08-11**

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HD | 08-04-11/0600 | Lt. P. Yancey |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08-04-11/0505 | J1 building C-wing cell 219 | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?   ☐ YES   ☒ NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?   ☐ YES   ☐ NO

### OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Webb, Robert | 1569761 | W/M | 50 | II | n/a | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?   ☐ YES   ☒ NO   NAME OF HOSPITAL: _____

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Webb, Robert | 1569761 | w/m | 50 | II | n/a | n/a |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED: 08-04-2011/0505 hrs

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED: Justice of the Peace Tony Johnson

PRELIMINARY CAUSE OF DEATH: undetermined

MOTIVE FOR ASSAULT/DEATH: n/a

NEXT OF KIN NOTIFIED?   ☒ YES   ☐ NO          DATE/TIME/BY WHOM: 8-4-11/0620 Chap. Newton

HUNTSVILLE FUNERAL HOME NOTIFIED?   ☒ YES   ☐ NO     DATE/TIME/BY WHOM: 8-4-11/0425 Lt. Yancey

JUSTICE OF PEACE NOTIFIED?   ☒ YES   ☐ NO          DATE/TIME/BY WHOM: 8-4-11/0415 Capt. Singleton

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?   ☐ YES   ☐ NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?      ☐ YES   ☐ NO

## WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL):

_____

_____

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
|        |      |               |
|        |      |               |
|        |      |               |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED? X YES      ☐ NO

## SUMMARY OF INCIDENT

On 8-4-11 at approximately 0315 hours Officer P. Solly CO5 was waking Offenders on J1 building C- wing for the morning meal. When Officer Solly arrived at cell 219 he noticed that Offender Webb, Robert #1569761 did not respond to orders. Officer Solly checked the offender and determined that he did not have a pulse. Officer Solly called for A-response, medical, life saving response kit, supervisor, and a gurney. Officer Solly then initiated CPR until medical could arrive. A-response, supervisor, medical and a gurney arrived at the cell. Staff lifted the offender and carried him down the stairs to the gurney. EMS was notified at approximately 0329. After the offender was placed on the gurney chest compressions resumed and the offender was taken to sv 5 infirmary. After the offender was taken to sv 5 infirmary, the ambulance arrived at 0340 hours and was waiting when the offender arrived at DSC. All attempts were made to revive the offender but to no avail. Paramedic Aaron Goodwin called the time of death at 0355 hours. After Justice of the Peace Tony Johnson arrived he did change the time of death to 0505 hours.

PREPARED BY: Lt. Paul Yancey          DATE: 08-04-11

AUTHORIZED BY: Capt. Gerald Singleton

On August 4, 2011 at approximatley 03:15 a.m., Offender Robert Webb #1569761 was discovered by Officer Phillip Solly CO5 unresponsive in the offenders cell (J1-C219top) when the offenders cell calls were being conducted for the morning meal.  The Officer called for his supervisor and medical who arrived on scene and immediatly begin life saving techniques.  Offender Webb was transported by gurney to the Skyview 5 Diagnostic area were an ambulance had been summoned.  ETMC paramedic Aaron Goodwin pronounced the offender deceased at 03:55 a.m.  The Office of Inspector General was notified as well as the Duty Warden Kelly Guidry.  Captain Gerald Singleton also notified the Justice of the Peace for Cherokee County and is awaiting their arrival to give official death notification. Cause of Death is undetermined at this time.

Offender Webb, Robert #1569761 is a 50 year old White male offender in II custody serving a 9 year sentence out of Harris County. No SPD codes.

Offender Webb was housed in J1 building in cell C-219 top bunk.

Gerald Singleton
Captain of Correctional Officers
Skyview / Hodge Complex

Submitted by :
Jack Jeter
Captain of Correctional Officers
Skyview/Hodge Complex



# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:   Whom it May Concern          DATE:   8-4-11

FROM:   Lt. Paul Yancey          SUBJECT:   I-10978-08-11

On 8-4-11 at approximately 0315 hours I, Lt. Paul Yancey did respond to a call that an offender was nonresponsive. When I arrived I ordered Sgt. Leslie Adams to secure the offenders in the day room back in their cells. I called for EMS to be notified and arrived at cell C-219. Officer Phillip Solly was performing CPR on Offender Webb, Robert #1569761. I took over giving chest compressions while Officer Solly gave rescue breaths. When Medical and the gurney arrived; I, Officer Solly, Officer James Brown and Officer Gary Sarchet lifted the offender and carried him down the stairs and placed him on the gurney. Officer Solly got on top of the offender and resumed chest compressions while the gurney was pushed to SV5 DSC where the ambulance was waiting. At DSC the offender was transferred to the EMS gurney and life safe measures were resumed by medical staff and EMS staff. The EMS staff did state that the offender was deceased and that there was nothing more they could do. The offender was placed in DSC infirmary and the proper notifications were made.

Lt. Paul Yancey

8-4-11

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:  Capt. Singleton                         DATE:  8-4-11

FROM:  P.Solly CO5                SUBJECT:  Off/ Webb,Robert 1569761 C-219T

I, Officer Solly, did a crosscount at 0230, and offender Webb, Robert 1569761 did respond when I attempted to make sure said offender was alive. When Officer Johns, Officer Alaniz, and myself began dropping morning chow on C-wing. As I went to each cell door and talked with each offender to make sure each offender was o.k., weather or not they went to chow. When I got to C 219, offender Shehan, Ray 1461170 was sitting on the bottom bunk. I asked offender Shehan if he was o.k, and said offender stated he was. Offender Webb was lying on a mattress on the floor near the cell door. I called offender Webb's name several times, with no response. That is was I noticed urine around said offender. So I then stepped into the cell and checked said offender for a pulse. Said offender did not have a pulse. So I ordered offender Shehan to leave the cell, and stepped out to notify the picket officer, I needed a radio and assistance when a radio arrived I began I.C.S with 7 picket. I told Officer Johns I needed the life saving response kit and a CPR mask. I then rolled offender Webb off the mattress onto his back and began CPR chest compression. Officer Johns arrived with the life saving kit, I removed the CPR mask, notifed 7-picket that medical was needed. I then began life saving rescue breaths on offender Webb, as well as chest compression. Lt. Yancey arrived and began assisting with CPR. Medical arrived, and ordered that said offender be taken down statirs to the gurney. Officer Brown, Officer Sarchet, Lt. Yancey and myself lifted said offender, and carried said offender down stairs, and placed said offender on the gurney. So at that time I climbed on top of said offender and continued with chest compression, as Officer Brown, Officer Sarchet and Lt. Yancey pushed the gurney to DSC on Skyveiw. When arriving at DSC an ambulance was waiting, with paramedics. I was relieved by the paramedics of CPR chest compression. I was then taken into medical and was checked out by medical, and allowed to cool down.

*Phillip Solly CO5*

*CO5*

*8-4-11*

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:   EAC _____   DATE:   08-04-11 _____

FROM:   T. Johns COIV _____   SUBJECT:   I-10978-08-11 _____

On 08-04-11 at approximately 0310 we were dropping chow on C-wing. Officer Phillip Solly
COV found offender Webb in C-219 unresponsive. He ask me to bring him a radio and life
saving kit. I retrieved those items from the picket and took them to two row. Officer Solly began
CPR immediately. Sgt Leslie Adams arrived on the scene along with additional staff and
medical. He was then placed on a gurney and taken to DSC. I then returned to normal activities.

TARYN M. Johns   08-04-11

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:   EAC _____     DATE:   8/4/11 _____

FROM:   Broussard, Donnie _____     SUBJECT:   I-10798-08-11 _____

On 8/4/11 at 0310 while dropping chow on J1 C wing, Officer Solly, Phillip CO 5 ask for me to call a supervisor and he needed a radio so I called Sgt Adams Leslie and asked her to come to J1 because we had a unresponsive offender, Officer Solly then call ICS, additional staff and medical called.

# Texas Department of Criminal Justice
### Institutional Division
## Inter-Office Communication

TO:  **EAC** _____      DATE:  ____08/04/11_____

FROM: Officer G. Sarchet COIII      SUBJECT:
_____      ___Off/Web,Robert #1569761___

    At approximately 0335 hrs, I pushed a gurney from Hodge medical to J-1 bldg after hearing ICS called on radio for an unresponsive offender on C-wing. I went up to cell C-219 where I observed Officer P.Solly COIV performing CPR on offender Webb, Robert TDCJ # 1569761. Myself, Officer Solly, Officer J. Brown CO III and Lt. P Yancey then moved offender Webb to the "run" outside of his cell by picking him up by his arms & legs. I held the right arm while supporting his head while Officer Sollyy had his left arm. Officer Brown and Lt. Yancey had the offender's legs. We then picked up the offender and carried him down stairs the same way. We placed the offender on the gurney. Officer Solly knelt over the offender performing CPR while myself, Officer Brown and Lt. Yancey pushed the gurney to DSC, where EMS was waiting. The paramedics then moved the offender to their gurney. I then returned to my assigned duty post.........................

*GARY SARCHET COIII*

Texas Department of Criminal Justice
Institutional Division

# Inter-Office Communications

To:        Whom Concerned                    Date:  August 12, 2011

From:      Jimmy Willis                      Subject:  I-10978-08-11
           Property Officer SV/HD


On August 12, 2011 I contacted Mr. Sidney Webb, the brother of the deceased offender
Robert Webb TDCJ #1569761, concerning the late offender's property.  Mr. Webb lives
about 18 miles from the Hightower Unit and I will ship the property there for pick up by
Mr. Webb.  The property will be placed on the prison store truck on August 16, 2011 for
transport to the Dayton Unit

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### CORRECTIONAL INSTITUTIONS DIVISION

### Inter-Office Communications

To:  Who It May Concern

From:  Shehan, Roy #1461170

Date:  August 4, 2011

Subject:  I-10978-08-11

---

Shehan, Roy J1 C219 TDCJ# 1461170, and Webb, Robert, (ill inmate) were talking from about 8:30 pm until 2:30 am. During count time at 2:30 inmate Webb stated he was tired and was going to sleep. Inmate Webb asked Shehan to remove his mattress form the top bunk and place the mattress on the floor, because it was too hot on the top bunk. Both Shehan and Webb fell asleep. Officers called for chow around 3:15 am. I (Shehan) was sitting on the bunk when the officer came to close the cell door. The officer noticed that Webb's color was "off". The officer checked the pulse of Webb and turned him over on his back.  The officer asked me to leave the cell, while he started chest compressions. The officer called for officer Johns to get the emergency response kit.

This statement was taken by Officer Gayle Symonette for offender Shehan, Roy, TDCJ# 1461170.

Shehan, Roy #1461170

HODGE CELL BLOCK OFFICER CHECKLIST

Cellblock / Dorm: C Wing                              Date: 8-03-11

1st Shift Officer: S. 3Johusion

2nd Shift Officer: H. Parks

3rd Shift Officer: T Johns coll

The cellblock officer shall complete security checks each half hour and note the time that each check is
completed. Areas covered shall include housing areas, dayrooms, showers, and closet areas. The time
shall be entered in the upper box and the initials of the officer completing the checks shall be entered in the
lower box. During one of the security checks on each shift, the officer shall check all windows and exterior
doors and note the time completed in the space provided. On an hourly basis, 10 minutes before the hour,
an ingress egress will be conducted.

First Shift (0600-1400)

| 0555 | 0628 | 0701 | 0730 | 0800 | 0815 | 900 | 0930 | 1000 | 1030 | 1100 | 1134 | 1204 | 1230 | 1300 | 333 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ |

Windows and Exterior Doors were checked at (time)    0550am

Second Shift (1400-2200)

| 1400 | 1427 | 1501 | 1529 | 1600 | 1630 | 1702 | 1731 | 1800 | 1829 | 1902 | 1930 | 2001 | 2031 | 2100 | 2130 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | |

Windows and Exterior Doors were checked at (time)    1355 GP

Third Shift (2200-0600)

| 2200 | 2230 | 2300 | 2330 | 000 | 0030 | 0100 | 0300 | 0400 | 0430 | 0530 | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Windows and Exterior Doors were checked at (time)    2206

_____        _____        _____
1st Shift Supervisor Signature      2nd Shift Supervisor Signature      3rd Shift Supervisor Signature

**TDCJ/SKYVIEW/HODGE UNIT**
**OFFENDER DEATH NOTIFICATION FORM**

DATE: 08-04-2011

ASSIGNED UNIT: Hodge _____ DOB: 2-11-61_age 50

NEXT OF KIN NAME: Sidney Webb_____ Relationship: Brother
Address: 394 Stonechange, Houston, TX_____ PHONE: 713-451-9367
DATE & TIME OF DEATH: 8-4-2011/0505 ___ LOCATION: SV DSC Infirmary
PRONOUNCED DEAD BY: J.P. Tony Johnson___ PHYSICIAN:

DEATH CERTIFIED BY: ___N/A__ CAUSE OF DEATH: Undetermined

NOTIFICATIONS:
1. WARDEN Haynes: HOME: 1403 UNIT: 903-683-5781 BLACKBERRY: 903-780-9403
   Time: 0416
2. DUTY WARDEN: Warden Guidry_____ TIME: 0411 _hrs_____

3. RUSK POLICE DEPT: 903-683-2213          TIME: 0423_____
   PERSON SPOKEN TO: Terry Phillips

4. JUSTICE OF THE PEACE: 903-683-2271 TIME: 0415_____
   NAME: Tony Johnson_____

5. OIG: UNIT: Jessie Mayberry HOME: 903-876-2186 TIME: 0410_____
PAGER: 1-800-299-4099 PIN# 3037
   REGIONAL OIG: MR. CAMPOS HOME: 903-928-2217 PAGER: 1-800-299-4099
                                                          PIN# 5496

6. CARNES FUNERAL HOME: 936-295-6363 TIME: 0425_____

7. EAC: 936-437-6600 NAME: B. Minor_____ TIME: 0600 hrs_____
8. UNIT CHAPLAIN: Robert Newton: 903-586-9986 TIME: 0419 _hrs_____
           Cell #: 903-721-1249

9. UNIT CLINICAL DIRECTOR: _____N/A_____ TIME: _____
           PAGER: 1-800-299-9946 PIN# 4590180

10. REGION II DIRECTOR: MR. Eason          TIME: ____
     OFFICE: 903-928-2623 BLACKBERRY: 903-229-0516   CELL: 903-312-8112

11. EAC MESSAGE# ____I-10978-08-11_____
     DATE AND TIME SENT: _____08-04-11 / 0730 hours_____

OTHER INFORMATION:_____
_____
_____

## OFFENDER DEATH NOTIFICATION WORKSHEET

To:   <u>CHAPLAIN BILL PIERCE</u>         Date:   <u>08/04/2011</u>

From: <u>CHAPLAIN ROBERT NEWTON</u>     Subject: <u>Offender Death Notification</u>

1. **Offender Information:**
   Name: <u>WEBB, ROBERT, ALLEN</u>   TDCJ #: <u>01569761</u>   Unit:   <u>HD</u>
   Cause of Death: <u>PENDING</u>
   Date of Death:  <u>08/04/2011</u>       Time of Death:  05:05
   Place of Death (unit/hospital): <u>HODGE UNIT RUSK, TEXAS</u>
   Certifying Physician/RN/JP:  <u>DR. FRED KERSH</u>

2. **Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):**
   Date:  <u>08/04/2011</u>            Time: <u>05:55</u>
   Name: <u>SIDNEY WEBB</u>     Relationship: <u>BROTHER</u>
   Address:  <u>394 STONECHANGE</u>
   City/State/Zip: <u>HOUSTON, TEXAS</u> <u>77415</u> PH. 713-451-9367   CELL 713-834-2453

3. Objection to Autopsy by Next of Kin: **(DO NOT Ask For Permission to Conduct an Autopsy)**
   <u>**Yes**</u>     **No**  X    **Unable to contact**    

4. **Other Family / Friend Contact:**
   Date:             Time:
   Name:                         Relationship:
   Address:
   City/State/Zip:

5. **Sheriff's Office / Police Department Contact:**
   Date: _____     Time: _____
   SO/PD: _____ Contact Person: _____

6. **Burial Arrangements:**
   _____**The family will claim the body.** The family was instructed to call the Carnes Funeral Home, Texas City at 409-986-9900.
   __X__**The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/437-2090) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.
   _____**I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

7. **Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:**
   __X__   Unit Warden:
   __X__   Director of Chaplains; and
   __X__   Chaplain's unit file,

**Chaplain's Signature:** _(signature)_    **Date:** <u>08/04/2011</u>

Chaplaincy Manual Policy 11.04
Revised 068/4/2011

```
---------------------- SYSM ELECTRONIC FORMS ENTRY ----------------- 4.4.E
USER ID: RNE4480                              12:44PM - THU, AUG 04, 2011
ENTER COMMAND ===>


***************************DEATH NOTIFICATION****************************

INMATE: WEBB, ROBERT ALLEN          TDCJ# 1569761
DATE OF DEATH: 08/04/2011
CUSTODY: S3 W      STATUS:          RACE: WHITE     DOB: 02/11/61 AGE: 50
CAUSE OF DEATH: PENDING             TIME:        DOCTOR:
PLACE OF DEATH: HODGE UNIT RUSK, TEXAS
DUTY WARDEN: KELLY GUIDRY             TIME: 4:00
JUSTICE OF THE PEACE: TOMMY JOHNSON  TIME: 4:15
TDCJ-ID-IAD: JESSE MADERRY           TIME: 4:10
CARNES FUNERAL HOME: HOLLY           TIME: 4:25
CHAPLAIN: ROBERT NEWTON              TIME: 4:19
EAC: BARBRA MINOR                    TIME: 6:00
APPROVAL OF AUTOPSY BY N.O.K.   ( X )YES   ( )NO   (  ) UNABLE TO CONTACT
N.O.K. SIDNEY WEBB          TIME 5:50     HRS     PHONE  713 451 9367
ADDRESS: 3995 STONEHINGE       FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
ADDRESS: HOUSTON, TEXAS 77015
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: SV/HD COMPLEX
COMMANDS: UP DOWN TOP BOTTOM SEND TRANSFER DELETE FINAL COPY PRINT SET(SCR)
```

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION
### CHAPLAINCY DEPARTMENT
### SKYVIEW / HODGE COMPLEX
**Inter-Office Communications**

**TO:**   <u>WARDEN TOMMIE HAYNES,</u>    **DATE:**   <u>AUGUST 04, 2011</u>

**FROM:**   <u>Chaplain Robert Newton</u>    **SUBJECT**   <u>OFFENDER DEATH</u>

Chaplain's Timeline Concerning the Death of Offender **Webb, Robert Allen, TDCJ No. 01569761**, who was on the Hodge Unit in Rusk, Texas:

Thursday, 08-04-2011

04:19   Received call at home from Captain Gerald Singleton   informing me of the death of Offender Webb.

04:25    Left home in route to Skyview/Hodge Complex.

05:05    Arroved at the unit.  Met Justice of the Peace, Tommy Johnson at A-Control.  Went to Skyview 5 Medical Department with the Justice of the Peace and OIG Investigators.  Gathered information.

05:15   Went to my office on P-Building and started paperwork.

05:20   Got with Captain Singleton and gathered pertinent information and also talked to Major Cooper about calling information in an effort to find a family member.

05:30   Returned to my office.  Called "Information" to get the phone number for offender's brother.

05:50   Called offender's brother, Sidney Webb, and informed him that his brother had passed away.  He informed me that the offender's

mother was with him.  I talked to him about the autopsy and funeral arrangements.

06:20   Talked to the Captain and the Major informing them that I had contacted the offender's family.

7:29   Gathered further information and sent preliminary e-mail.

09:15   Offender's brother called me back and talked to me about the funeral arrangements.   He is to call me back on a better phone.

11:55   Offender's brother called back, informing me that the family will not be claiming the body of said offender.

12:25   Sent final fax and completed "Offender Death Packet."



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Brad Livingston
Executive Director

August 04, 2011

Mr. Sidney Webb
394 Stonechange
Houston, Texas 77015

Dear Mr. Webb and Family,

   I just wanted you and your family to know how sorry I am about the passing of your brother. I have been thinking about you and praying for you and your family since the day I had to call you.

   Please allow me, on the behalf of our Warden, Tommie Haynes, and the staff of the Hodge Unit, to extend our deepest sympathy and condolences to you and your family.

   If there is any way that we can be of assistance to you, please let us know.

Sincerely Yours,

ROBERT R. NEWTON
CHAPLAIN

**SYKVIEW / HODGE COMPLEX – CHAPLAINCY DEPT.**
**P.O. BOX 999 / FM 2972 / RUSK, TEXAS 75785φ**
(903) 683-5781 φ (903) 683-9717 (FAX)

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

## Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Webb, Robert, A._  from  _SV5 DSC_ ,
<span style="padding-left:2em;">(Print Offender Name)</span>          <span style="padding-left:2em;">(Print Unit/Location)</span>

who died on  _08-04-2011_ , and to hold until further notification
<span style="padding-left:6em;">(Date of Death)</span>

from the Warden of the unit with regards to the approval for an autopsy.


**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

---

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

---

_H. Paul Yancey_                          _LT. Paul YANCEY_
Signature of Warden/Designee                Printed Name

_Yvonne Williams RN_                      _Yvonne Williams RN_
Medical Physician's/Registered Nurse's Signature    Printed Name


Address of Physician/Registered Nurse:
_B79 FM 2972 W_
_Rusk, TX  75785_

AD 03.29 (rev. 7)
Attachment C

# Texas Department of Criminal Justice

## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name _Robert Allen Webb_     TDCJ # _____

Date of Birth _2/11/1961_     Race _W_     Sex _✓_ Male _____ Female

Offender Pronounced Dead at _5:05 A.M._ on _8/4/2011_
(print time, include am or pm)     (print day, month, and year)

Location of Death _____ Unit _Hodge Unit_     _____ Other _____
(print unit name)     (print hospital or facility name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examination of the urine, blood, and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs, if any, are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, shall be transported to _Galveston UTMB_ (location of autopsy) by a representative or associate of _Carnes_ Funeral Home, located in _Texas City_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at _1-888-822-7637_ (phone number), for transport.

Please forward a copy of preliminary findings and reports to:
TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Room 162
Huntsville, Texas 77340
(936) 437-3631 (phone) or (936) 437-3638 (fax)

_LT. Paul Yancey_
Warden (or designee)

County _____

City _____. Texas _____ (zip code)

IN2011-19

**Tony Johnson**
**Justice of the Peace Pct. #2**
**Inquest Report**

Name: Robert Allen Webb        (999809)

Address: 379 FM 2972 W    Rusk, Texas

Date of Birth: 2-11-1961    S.S.# 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

Date of Inquest: 8/4/2011    Time of Inquest: 5:05 Am

Place of Inquest: Hodge Unit TDCJ

Date of Death: 8-4-2011    Time of Death:

Place of Death: 379 Fm 2972 w Rusk, Texas

Description of Deceased: Dressed in Shorts

Cause of Death: Autopsy ordered

Witnesses: Lt Paul Yancey

Law Enforcement: Inv Jesse Maberry TDCJ-OIG    office 903-683-5781 #1667

Funeral Home: Carnes Funeral Home Autopsy Ordered?: Yes

Medical History:        Medications:

          -Ck

```
                              HODGE (HD)
Patient Name: WEBB, ROBERT A
MRN: 1569761


===============================================================================

SCR NURSING/MEDICAL SCHED (ATC 7 & 8)
Entered On: 08/02/2011 12:20
Entered By: SEELBACH, SEAN S. L.V.N.

I NEED TO SEE YOU. I AM HAVING DIZZY SPELLS. I'M HAVING PROBLEMS WITH USING CHEMICALS. IT IS BREAKING ME OUT.

NSC 8/2/11 - No show NSC 8/2/2011.  Do not reschedule per R. White RN.  May resubmit if problem persists.
```

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_ TDCJ#: _1569761_   Date/Time: _8/4/11 0345_
Facility: _Skyview_

Allergies: _NKDA_

| Patient Language: _English_ | Name of interpreter, if required: _N/A_ |
|---|---|

| MODE OF ARRIVAL: | | CONDITION ON ARRIVAL: | |
|---|---|---|---|
| Date: | Time: | ☐ Stable | |
| ☐ Ambulatory | | ☐ Guarded | |
| ☐ W/C | | ☐ Serious | |
| ☑ Stretcher | | ☑ Critical | |
| ☐ Carried | | | |

CHIEF COMPLAINT/LOCATION/ONSET: _Unconscious on gurney when nurse staff arrived coming down the well. CPR initially begun immediately TDCJ staff arrived at EMS vehicle p pulse, & resp._

SIGNIFICANT MEDICAL HISTORY: _Psych Hx, Gerd. Hep C._

| Quantitative Pain Scale: Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | | |
|---|---|---|
| Location: _N/A_ | | Onset: |
| Duration: | | |
| Aggravating Factors: | | |
| Alleviating Factors: | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | Intermittent | Other: |
| Radiating: | No | Yes | Location: |

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 0345 | CM | 1 | 1 | 1 | 3 |
| | | | | | |
| | | | | | |
| | | | | | |

HSM-16

1

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_   TDCJ#: _1569761_   Date/Time: _8/4/11 0400cq_   0345

Facility: _____

| CARDIAC ☐ NA | PULMONARY ☐ N/A | GI ☐ N/A | SKIN ☐ N/A | NEURO ☐ N/A |
|---|---|---|---|---|
| **Apical Pulse**<br>☐ Regular<br>☐ Irregular<br>☐ JVD | **Respirations**<br>☐ Normal<br>☐ Shallow<br>☐ Labored<br>☐ Nasal Flaring<br>☐ Grunting<br>☐ Retractions<br>☐ Hyperventilating<br>☐ Use of accessory muscles _Ø Resp_ | ☐ Denies Problems<br>☐ Nausea<br>☐ Vomiting<br>☐ Diarrhea<br>☐ Rectal Bleeding<br>☐ Constipation<br>☐ Incontinent<br><br>Last BM_____<br>Date | ☐ Cold<br>☑ Warm<br>☐ Hot<br>☐ Dry<br>☑ Moist<br>☐ Diaphoretic<br>☐ Normal<br>☐ Pale<br>☐ Mottled<br>☐ Cyanotic<br>☐ Jaundiced<br>☐ Flushed<br>☐ Intact | ☐ Alert<br>☐ Oriented X _Ø_<br>☐ Confused<br>☐ Lethargic<br>☑ Unresponsive<br><br>**Arm Strength**<br>☐R L ☐ Normal<br>☐R L ☐ Weak<br>☐R L ☑ Flaccid |
| **Peripheral Pulses**<br>Upper<br>☐ R  L ☐<br>Lower<br>☐ R  L ☐ | | | | |
| **Bleeding**<br>☑ None<br>☐ Controlled<br>☐ Excessive<br><br>Location: _N/A_ | **Lungs**<br>☐R L☐ Clear<br>☐R L☐ Crackles<br>☐R L☐ Wheezes<br>☐R L☐ Diminish<br>☐R L☑ Absent | **Abdomen**<br>☐Soft<br>☐Firm<br>☐Distended<br>☐Obese<br>☐Tender_____<br>☐Rebound | **Ortho** ☑ N/A<br><br>☐Deformity<br>☐Swelling<br><br>Location_____ | **Leg Strength**<br>☐R L ☐ Normal<br>☐R L ☐ Weak<br>☐R L ☑ Flaccid |
| Est. Blood Loss<br>_N/A_cc | **GU** ☑ N/A<br>☐Burning<br>☐Frequency<br>☐Urine Odor<br>☐Hematuria<br>☐Incontinent<br>☐Anuric<br>☐Vag. Discharge<br>☐Vag. Bleeding<br>☐Catheter | **Bowel Sounds**<br>☐ Normoactive<br>☐ Hyperactive<br>☐ Hypoactive<br>☐ Absent<br>☐ NG/G tube | | **Pupils**<br>☐Equal<br>☐Unequal<br>☐R L ☐Reactive<br>☐R L ☑Non-reactive<br>☐R L ☐Dilated<br>☐R L ☐Constricted<br>☐R L ☐Fixed |
| **Capillary Refill**<br>☐ Normal<br>☐ Delayed | | | **ROM**<br>☐ Full<br>☐ Limited<br>☑ Absent | |
| **Edema**<br>Upper  R  L<br>0 1+ 2+ 3+<br><br>Lower  R  L<br>0 1+ 2+ 3+ | | | **Signature** | **Time** |
| | **Initial Assessment Completed** | _Charlotte Adams RN, C_ | | _0400_ |

**\*\*Contact Provider\*\***

Name of Provider Notified: _____   Time: _____

Provider Orders:

<br><br><br><br><br><br>

Orders read back and verified:   Signature: _____

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_    TDCJ#: _1569761_    Date/Time: _8/4/11 0400_
Facility: _SKV R_    _JTC219_

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|------|--------------|----------|
| 0335 | Nurse arrival, CPR in progress by security, this nurse assisted c̄ ventilation, skin warm, no pulse. Continued c̄ CPR en route to DSC. _J.Wllackn_ | |
| 0340 | EMS here Defib applied. Continue c̄ CPR, IV attempted x̄ success. Intubated by EMS | |
| 0345 | Continue c̄ CPR _J.Wllackn_ | |
| 0355 | Pronounced death by Aaron Godwin EMS _Williams RN_ | |
| 0355 | Monitor on - asystole _J.Wllackn_ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| VITAL SIGNS | | | | | | | | |
|------|------|----|------|------|------|------|------|--------|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| PEAK FLOW | | | | |
|------|--------------|--------------|--------------|------------------------|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
| | | | | |
| | | | | |
| | | | | |

\* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

HSM-16

3

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_   TDCJ#: _1569761_      Date/Time: _8/4/11  0350_
Facility:

| MEDICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
| | _See print pass._ | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| I. V. THERAPY | | | | | | | Intake | Output |
|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
| _None_ | | | | | | | IV | Emesis |
| | | | | | | | NG | NG |
| | | | | | | | Other: | Other: |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|---|---|---|---|
| ☐ | Cell | Date:              Time: | |
| ☐ | TDCJ Infirmary – Facility: | ☐ | Improved |
| ☐ | Local ER | ☐ | Stable |
| ☐ | Hospital Galveston | ☐ | Unstable |
| ☑ | Other: | ☑ | Deceased |
| **MODE OF TRANSFER:** | | **UTILIZATION REVIEW NOTIFIED:** | |
| ☐ | Van | Date:              Time: | |
| ☐ | Local EMS | ☐ | N/A |
| ☐ | 911 Transfer | ☐ | Yes |
| ☐ | UTMB EMS | ☐ | No |
| ☑ | Other: | **PRE-CERTIFICATION #:** | |
| **PECC Contact Name (UTMB ONLY):** | | **UR CONTACT:** | |
| Time Contacted: | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

_Charlotte Adams RN, C_                                    _CA_

_B Burch Lin_                                              _BB_

_R Baxter, un_                                             _RB_

_Sull as RN_                                               _4 LN_

_____                                   _____

_____                                   _____

HSM-16                                                                    4

**Correctional Managed Care**
**INPATIENT NURSING PROGRESS NOTE**

**Patient Name:** WEBB, ROBERT A    **TDCJ#:** 1569761    **Date:** 08/04/2011 04:37    **Facility:** HODGE (HD)
  **Admission Date:** 7/7/2011 08:55AM
**Age:** 50 year  **Race:** W  **Sex:** male
**Most recent vitals from 6/11/2011:** BP: 116 / 69 (Sitting) ; Wt: 179 Lbs.; Height: 71 In.; Pulse: 97 (Sitting) ; Resp: 18 / min; Temp: 96.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

Current Medications:
THORAZINE 200MG,     1 TABS ORAL EVENINGS
CELEXA 40MG,    1 TABS ORAL QPM
PRILOSEC 20MG,    1 CAPS ORAL BID

At 0330 medical staff was called to J-1,C219 for pt being unresponsive. Medical met TDCJ staff with gurney and pt on it. CPR had been initiated by TDCJ staff.   CPR was ongoing until arrival at EMS ambulance.   EMS staff took over on arrival. CPR was continued by EMS and nursing staff.   Skin was warm and moist,non responsive unable to obtain vital signs due to ongoing CPR. Pulse was absent, as well as respirations. Pt was intubated, attempted IV therapy unsuccessful and AED was applied to pt and EKG Monitor showed asystole. . Death was pronounced by EMS staff at 0355.   B Sadler RN CM, Christina Moore Practice Manager and Dr. G. Wright provider on call were notified.

Electronically Signed by ADAMS, CHARLOTTE S. R.N. on 08/04/2011.
##And No Others##

1 of 1

## Admission Summary

| WEBB, Robert Allen (W) | | 1569761 | AGGRAVATED ASSAULT WITH DEADLY WEAPON | | 9Y | NV 09 | N |
|---|---|---|---|---|---|---|---|
| Name | | Number | Offense | | Sent. | Ed. | GED |

| 03/28/2018 | 03/28/2018 | | | | | 77 | 48 | 02/11/1961 | 06/18/2009 DCR / afs | Baptist |
|---|---|---|---|---|---|---|---|---|---|---|
| Max Expir | | Minimum Expiration | | | | I.Q. | Age | DOB | Int/By | Religion |

| County: | Harris   Chambers | | 03/28/2009 | 05/20/2009 |
|---|---|---|---|---|
| Work Experience: | Truck Driver | | Sent. Beg. | Date Received |
| Vocational Skills: | None | | | |

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 3-1REV | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | 19 | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Ref'ty | | | LI EFF: 03/28/2009   W EFF: 03/28/2009 |
| Det Hosp | | | |
| Det Home | | | 9-16-09  HDUCC (01)3½/II  U/A DMR |
| St Trans | | | 2-8-10 (L2C25.1) 15days Rec/10days Comm |
| St Jail | | | 2-9-10 (L2C25.1) 150days Rec/ Comm |
| SubA TF | | | 2-10-10 (L2C25.1) 150days Rec/ Comm |
| TDCJ-ID | 1 | | 9-20-10 (L2C25.1) Repriment |
|  |  |  | 9-20-10 (L2C25.1) 7days Rec/Comm |
| O/Pris | | | 9-21-10 HDUCC (26)3½/II  Delete Trade |

| WEBB, Robert Allen # 1569761 | ALL POSTINGS (Cont'd.) 9-16-10 (L2C25.1) 15 days Rec/Comm/Qf |
|---|---|

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| 09-16-09 | HD | U/A DMR |

(1) AGGRAVATED ROBBERY (1) (9and 2-8 years concurrent)
AGGRAVATED ASSAULT WITH A DEADLY WEAPON (1) ROBBERY BY THREATS

ILLNESS, INJURY OR DEATH - NOTIFY
Edna Webb (MO)
399 Stone Hing, Houston, TX (713-451-9367)

| RACE: WHITE | SEX: MALE | HEIGHT: 05' 11" | WEIGHT: 197 |
|---|---|---|---|

COMPLEXION: RUDDY          EYES: HAZ          HAIR:  GRY

NATIVITY: Dallas, Dallas Co., TX                    MARKS and SCARS:
CUT SCARS ON INSD & OUTSD OF RF ARM, TAT MOON/STARS ON UPPER LFT SIDE OF
BACK, "KEVIN CASEY"/CROSS ON OUTSD OF LF ARM, HRTS ON OUTSD OF RF ARM,
BULLDOG ON OUTSD OF UL ARM, OTHER TATS

DETAINERS:

#1569761

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

VERIFIED)--60 days Smith County Jail for DWI (dismissed, time served, NOT VERIFIED)--40 days Harris County Jail for DWI (time served, VERIFIED)--45 days Harris County Jail for Terroistic Threat (threatened to whip white male girlfriends son, time served, VERIFIED)--365 days Harris County Jail for Assault Causing Bodily Injury (fist fight with Hispanic male, injuries, time served, VERIFIED)--60 days Harris County Jail for Terroistic Threat (threatened adult white male brother, time served VERIFIED)--90 day Van Zandt County for DWI (time served, VERIFIED)--90 days Otter Tail County, MN for DWI (time served, NOT VERIFIED)--6 month adult probation Polk County 1993 Telephone Harassment (called ex wifes boyfriend about the children, revoked, time served VERIFIED)-- 5 years adult probation Harris County 1995 Unauthorized Use Of Motor Vehicle (completed, NOT VERIFIED)--4 year adult probation Otter Tail County, MN 2001 Driving While Impaired (completed, NOT VERIFIED)--X/TDCJ-CID # 705747 on a 4 year sentence from Polk County for 1 count UNAUTHORIZED USE OF MOTOR VEHICLE, 05/17/1995 received at DU, maintained clear record, 05/31/1995 reassigned CN, maintained clear record, 02/01/1996 reassigned HV, maintained clear record, 02/05/1996 released on preparole status to CCA Mineral Wells, TX, maintained clear record, 07/08/1996 released on parole to Polk County; 01/16/1999 discharged upon expiration of sentence while on parole (VERIFIED); as present TDCJ-CID #1569761 was received at NF on 05/20/2009, maintained clear record--claims contact with  ex wife, 3 children, mother, 1 sibling, and 1 stepsibling--claims father deceased--claims 1 marital failure with 3 children involved--claims single--admits 1 suicide attempt at the age of 35 by cutting wrist with knife--refer to Diagnostic & Evaluation Classification Summary--true name: Webb, Robert Allen--AKA: Cowboy--

PRESENT OFFENSE SUMMARY:

The current offense of AGGRAVATED ASSAULT WITH DEADLY WEAPON and AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a basket on the table. Mary Steed confronted the subject and observed him pull a knife and attempt to stab her several times in which he was unsuccessful. After a short struggle the subject was able to break free and take off in his truck and leave the area with the victims money. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to the Chambers County Jail where he was unable to post two $30,000 bond (NOT VERIFIED).

The current offense of ROBBERY BY THREAT involves the subject on 03/28/2009 during the nighttime in Houston, TX entering a Valero Station. The subject walked to the counter and displayed an unknown type of hand gun and demands cash from the register. The clerk told the subject that the police had just left the store and was still in the area. A witness walked into the store. The subject walked over to the witness and displayed his hand gun and demanded the witnesses wallet car keys and cell phone. The witness gave subject his wallet. The subject was also given some cash from the register. The subject then fled the store. The subject had parked his vehicle directly in front of the store and the victim was able to report a license plate. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to Harris County Jail where he was unable to post a $50,000 bond (VERIFIED).

DPS #: 03508485
FBI #: 797572TA3
SSN #: 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

JH

CONDUCT

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Institutional Division**



1569761          000          5/20/2009          001

**WEBB, ROBERT ALLEN**



Webb, Robert #1569761
I-10978-08-11
8-3-11/0515
Taken By: Lt. Yancey



Webb, Robert #1569761
I-10978-08-11
8-3-11/0515
Taken By: Lt. Yancey

*TEI Peats*

*10978*

```
****************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER     EMERGENCY ACTION CENTER     **
****************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                **

MESSAGE ID: 960364      DATE: 08/04/11  TIME:  12:55    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RNE4480 - NEWTON, ROBERT
           CHAPLAIN II
           SKYVIEW/HODGE COMPLEX

SUBJECT:   DEATH NOTIFICATION


   ************************DEATH NOTIFICATION************************

INMATE: WEBB, ROBERT ALLEN            TDCJ# 1569761
DATE OF DEATH: 08/04/2011
CUSTODY: S3 W       STATUS:           RACE: WHITE      DOB: 02/11/61 AGE: 50
CAUSE OF DEATH: PENDING              TIME:           DOCTOR:
PLACE OF DEATH: HODGE UNIT RUSK, TEXAS
DUTY WARDEN: KELLY GUIDRY            TIME: 4:00
JUSTICE OF THE PEACE: TOMMY JOHNSON  TIME: 4:15
TDCJ-ID-IAD: JESSE MADERRY           TIME: 4:10
CARNES FUNERAL HOME: HOLLY           TIME: 4:25
CHAPLAIN: ROBERT NEWTON              TIME: 4:19
EAC: BARBRA MINOR                    TIME: 6:00
APPROVAL OF AUTOPSY BY N.O.K. ( X )YES  (  )NO  (  ) UNABLE TO CONTACT
N.O.K. SIDNEY WEBB         TIME 5:50  HRS    PHONE  713 451 9367
ADDRESS: 3995 STONEHINGE      FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
ADDRESS: HOUSTON, TEXAS 77015
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: SV/HD COMPLEX


Sent to:   HSMA016          DEATH RECS/CAROLYN MCMILLIAN   (to)
           HVWAR01          HUNTSVILLE_WARDENS_OFFICE      (to)
           CHAPSUP          HARDIN, LAWANA                 (to)
           HQEAC01          CENTER, EMERGENCY ACTION       (to)
           CAS7772          ASHWORTH, CARISE               (to)
           KEN2430          ENLOE, KELLY                   (to)
```



```
*********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER     EMERGENCY ACTION CENTER    **
*********************************************************************
***             S Y S M   I N B A S K E T   P R I N T                   **
MESSAGE ID: 959332     DATE: 08/04/11  TIME: 10:55   PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     MBE0777 - BERRYHILL, MONTY
          LIEUTENANT
          SKYVIEW/HODGE COMPLEX

SUBJECT:  ADDENDUM I-10978-08-11


THE EAC REPORT I-10978-08-11 THE TIME OF DEATH WAS INCORRECT THE
TIME OF DEATH RECORDED BY JUSTICE OF THE PEACE TONY JOHNSON WAS
0505 HOURS.


          LIEUTENANT  MONTY BERRYHILL

Sent to:  HQEAC01                CENTER, EMERGENCY ACTION      (to)
```

*TRI*
*Death*

*Offender Death (cause Pending*

```
********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER     EMERGENCY ACTION CENTER ***
********************************************************************
***                 S Y S M   I N B A S K E T   P R I N T          ***
```

MESSAGE ID: 956640       DATE: 08/04/11  TIME: 07:30    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      PYA2394 - YANCEY, PAUL
           LIEUTENANT
           SKYVIEW/HODGE COMPLEX

SUBJECT:   I-10978-08-11

EAC USE ONLY:  DATE REPORTED:........*8/4/11*........TIME REPORTED:.*0600*....

EMERGENCY ACTION CENTER INCIDENT NO:  I - 10978 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -     -    -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HD   REGION II  DATE OCCURRED: 08 / 04 / 2011  TIME OCCURRED: 03;15
SPECIFIC LOCATION: J1 BUILDING C-WING CELL 219
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: P. SOLLY CO5
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: LT. P. YANCEY
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)   TDCJ NO   CUST  RACE  SEX  AGE  INJ  A-V
  WEBB, ROBERT A                1569761    II    W    M    50




WERE OFFENDERS TRANSFERRED TO A HOSPITAL   YES X NO
BY:   EMS    VAN   LIFE FLIGHT
NAME OF HOSPITAL:
```

*10978*

TREATMENT:

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)             SSN      RACE    SEX     AGE        RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 04 / 2011  TIME: 05 : 05 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: J.P. TONY JOHNSON
COUNTY WHERE DEATH OCCURRED: CHEROKEE
PRELIMINARY CAUSE OF DEATH: UNDETERMINED
NEXT OF KIN NOTIFIED X YES    NO  DATE: 08 / 04 / 2011  TIME: 06 : 30
NAME OF NOK: SIDNEY J. WEBB
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

CHEMICAL AGENT INFORMATION
AMOUNT                     LIST TYPE                    AUTHORIZATION

WAS TEAM AUTHORIZED    YES    NO    DECONTAMINATED    YES    NO    INJURIES    YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

*10978*

STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

THE HODGE ADMINISTRATION IS REPORTING AN OFFENDER DEATH.

OFFENDER WEBB, ROBERT  1569761 IS A 50 YEAR OLD WHITE MALE SERVING
A 9 YEAR SENTENCE FOR AGGRAVATED ASSAULT WITH A DEADLY WEAPON OUT OF
HARRIS COUNTY AND IS CURRENTLY INTELLECTUALLY IMPAIRED CUSTODY.

ON 8-4-11 AT APPROXIMATELY 0315 HOURS OFFICER P. SOLLY CO5 WAS
WAKING OFFENDER ON J1 BUILDING C-WING FOR THE MORNING MEAL. WHEN
OFFICER SOLLY ARRIVED AT CELL 219 HE NOTICED THAT OFFENDER WEBB,
ROBERT  1569761 DID NOT RESPOND TO ORDERS. OFFICER SOLLY CHECKED THE
OFFENDER AND DETERMINED THAT HE DID NOT HAVE A PULSE. OFFICER SOLLY
CALLED FOR A-RESPONSE, MEDICAL, LIFE SAVING RESPONSE KIT, SUPERVISOR,
AND A GURNEY. OFFICER SOLLY THEN INITIATED CPR UNTIL MEDICAL COULD
ARRIVE. A-RESPONSE, SUPERVISOR, MEDICAL AND A GURNEY ARRIVED AT THE
CELL. STAFF LIFTED THE OFFENDER AND CARRIED HIM DOWN THE STAIRS TO THE
GURNEY. EMS WAS NOTIFIED AT APPROXIMATELY 0329. AFTER THE OFFENDER WAS
PLACED ON THE GURNEY CHEST COMPRESSIONS RESUMED AND THE OFFENDER WAS
TAKEN TO SV 5 INFIRMARY. THE AMBULANCE ARRIVED AT 0340 HOURS AND WAS
WAITING WHEN THE OFFENDER ARRIVED AT DSC. ALL ATTEMPTS WERE MADE TO
REVIVE THE OFFENDER BUT TO NO AVAIL. PARAMEDIC AARON GOODWIN
CALLED THE TIME OF DEATH AT 0355 HOURS.
OFFENDER WEBB'S CELL PARTNER OFFENDER SHEHAN, ROY  1461170
WAS PLACE IN SINGLE CELL HOUSING PENDING AN INVESTIGATION. IT APPEARED TO BE
NO FOUL PLAY. CELL 219 WAS SECURED UNTIL OIG COULD CLEAR THE CELL.
WARDEN GUIDRY (DUTY WARDEN) WAS NOTIFIED AT 0411 HOURS. OIG JESSIE
MAYBERRY WAS NOTIFIED AT 0410 HOURS. JUSTICE OF THE PEACE TONY JOHNSON
WAS NOTIFIED AT 0415 HOURS. CHAPLIAN ROBERT NEWTON WAS NOTIFIED AT
0419 HOURS. CHAPLAIN NEWTON WAS ABLE TO CONTACT THE NEXT OF KIN. THE
OFFENDER'S BROTHER SIDNEY WEBB WAS NOTIFIED AT 0620 HOURS. FAMILY WILL BE
CLAIMING THE BODY. OFFICER SOLLY DID RECEIVE CRISP FROM CHAPLIAN NEWTON
FOR THIS INCIDENT. CARNES FUNERAL HOME DID PICK UP THE BODY OF OFFENDER
WEBB AT 0653 HOURS. WHEN JUSTICE OF THE PEACE TONY JOHNSON ARRIVED HE DID
CHANGE THE TIME OF DEATH FROM 0355 TO 0505 HOURS.
NOTIFICATION: WARDEN T. HAYNES @ 0416
              WARDEN K. GUIDRY @ 0411 (DUTY WARDEN)
              OIG J. MAYBERRY  @ 0410
              CHAPLAIN R. NEWTON @ 0419

*10978*

```
JUSTICE OF THE PEACE TONY JOHNSON @ 0415
 RUSK POLICE TERRY PHILLIPS @ 0423
 CARNES FUNERAL HOME  MRS. HOLLY @ 0425
 EAC B. MINOR @ 0600 HRS AND ISSUED  I-10978-08-11
```

```
(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. PAUL YANCEY                    DATE: 08 / 04 / 2011
AUTHORIZED BY: WARDEN KELLY GUIDRY

Sent to:    EAC                  (list)                      (to)
```

*10978*



```
****************************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER      EMERGENCY ACTION CENTER    **
****************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T              **

MESSAGE ID: 957017      DATE: 08/04/11  TIME: 07:42    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RNE4480 - NEWTON, ROBERT
           CHAPLAIN II
           SKYVIEW/HODGE COMPLEX

SUBJECT:   DEATH NOTIFICATION


     *********************DEATH NOTIFICATION*********************
  INMATE: WEBB, ROBERT, ALLEN         TDCJ# 1569761
  DATE OF DEATH: 08/04/2011
  CUSTODY: S3 W       STATUS:        RACE: WHITE      DOB: 02/11/61 AGE: 50
  CAUSE OF DEATH: PENDING            TIME:          DOCTOR:
  PLACE OF DEATH: HODGE UNIT RUSK, TEXAS
  DUTY WARDEN: KELLY GUIDRY          TIME: 4:00
  JUSTICE OF THE PEACE: TONNY JOHNSON  TIME: 4:15
  TDCJ-ID-IAD: JESSE MABERRY         TIME: 4:10
  CARNES FUNERAL HOME: HOLLY         TIME: 4:25
  CHAPLAIN: ROBERT NEWTON            TIME: 4:19
  EAC: BARBRA MINOR                  TIME: 06:00
  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  ( )NO   ( ) UNABLE TO CONTACT
  N.O.K. SIDNEY WEBB        TIME 5:55    HRS    PHONE  713 451 9367
  ADDRESS: 3995 STONEHINGE      FAMILY WILL( ) WILL NOT( ) CLAIM BODY
  ADDRESS: HOUSTON, TEXAS 77015
  LOCATION OF BODY: INROUT TO FUNERAL HOME, TEXAS CITY
  LOCATION OF INMATE PROPERTY: SV/HD COMPLEX


  Sent to:   HSMA016            DEATH RECS/CAROLYN MCMILLIAN  (to)
             HVWAR01            HUNTSVILLE_WARDENS_OFFICE     (to)
             CHAPSUP            HARDIN, LAWANA                (to)
             HQEAC01            CENTER, EMERGENCY ACTION      (to)
             CAS7772            ASHWORTH, CARISE              (to)
             KEN2430            ENLOE, KELLY                  (to)
```