UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 193

I-11185-08-11



# Texas Department of Criminal Justice

P.O. Box 99, Huntsville, Texas 77342-0099

Brad Livingston
**Executive Director**

Incident Report #I-11185-08-11
Hodge Unit
August 15, 2011

```
Received

SEP  6 2011

EAC
```

**TO:**     **Emergency Action Center**

**THRU:**   Mr. Robert Eason
          Director, TDCJ-CID Region II

**SUBJECT:**  **Offender Death**

**PERSON
INVOLVED:** Charles Cook TDCJ #1457546 was a 53 year old white male offender in
Intellectually Impaired custody serving an 8 year sentence for Aggravated
Sexual Assault of a Child from San Jacinto County.

**SUMMARY:** On August 8, 2011 at approximately 0258 hours, Officer Jonathan Creel
was awakening offenders on the Hodge Unit J-1 A-wing for the morning
meal. Offender Charles Cook TDCJ #1457546 in cell A-217 did not
respond. Officer Creel attempted to get the offender to respond, but was
unsuccessful. The offender's cellmate, Joe Jones TDCJ #395159, was
instructed to leave the cell, and Officer Creel initiated ICS. Upon arrival
of additional staff, life saving techniques were started. In order to move
the offender from the 2-row cell, he was placed on a back board, carried
downstairs, and placed on a gurney for transport to the Skyview 5
Diagnostic Services Center (DSC). Enroute to DSC life saving techniques
were continued. Glenda Earl a Registered Nurse with the University of
Texas Medical Branch was assisting in pulling the gurney to DSC and the
gurney struck the back of her left ankle causing a two inch laceration to
her Achilles. An ambulance had been requested and was present when the
offender arrived at DSC. Unit staff members were relieved by emergency
medical personnel. Life saving techniques were continued until the
offender was pronounced deceased at 0335 hours by East Texas Medical
Center paramedic Lindy Spurgers acting under the direction of Dr.
William Moore. The Duty Warden, Warden Haynes, Office of the
Inspector General, Chaplain Newton, the Justice of the Peace, and the
Emergency Action Center were all notified of the offender's death. Tony
Johnson, Justice of the Peace for Cherokee County Precinct #2, arrived on
the unit and pronounced the offender deceased at 0445 hours. Carnes
Funeral Home removed the offender's remains at 0955 hours. Staff
members involved were offered the Crisis Response Intervention Support
Program. Officer Creel was counseled by Assistant Warden Priscilla Daly
and all others declined.

I-11185-08-11

Chaplain Newton attempted to contact the next of kin for offender Cook, but was unsuccessful in his attempt.

The following notifications were made concerning the offender's death:
0330 hours – Warden Priscilla Daly, Duty Warden
0335 hours – Warden Tommie Haynes
0343 hours – Bill Jones, OIG
0425 hours – Chaplin Robert Newton
0435 hours – Tony Johnson, Justice of the Peace
0530 hours – Carnes Funeral Home
0549 hours – Barbara Minor, EAC

**EMPLOYEE ACTION/ INACTION:** All Security and Medical Staff members performed their duties in a timely and professional manner, and in accordance with agency policies.

**ATTACHMENTS:**    EAC Initial Notification Email – I-11185-08-11 (Msg. #973370)
EAC Addendum – I-11185-08-11 (Msg. #975128)
EAC Serious Incident Report Worksheet
IOC – Sgt. Joe Everitt
IOC – Jonathan Creel CO IV
IOC – Russell Ross CO IV
IOC – Gary Sarchett CO III
IOC – Chakiska Brown CO IV
IOC – Steven Cochran CO IV
Statement – Joe Jones TDCJ #395159
EAC Notification E-mail – I-11196-08-11 (Msg. #975805)
Offender Property Inventory
Hodge Cell Block Officer Checklist
Offender Death Notification Worksheet
Chaplain's Death Notification E-Form
Time Line – Chaplain Robert Newton
Transport Authorization for Offender Remains
Order for Autopsy
Inquest Report
DDP Clinic Note
Inpatient Nursing Progress Note
Urgent/Emergent Care Record (6 pages)
Copy of Offender Travel Card
Photographs – Glenda Earl, RN
Photographs – Charles Cook TDCJ #1457546

I-11185-08-11

**ADMINISTRATIVE**
**REVIEW:** **Wardens Comments:** *Offender Charles Cook TDCJ #1457546 was found unresponsive in his assigned cell at approximately 0258 hours on August 8, 2011. Upon finding the offender unresponsive, Officer Jonathan Creel requested assistance from medical staff and a security supervisor. The offender was transported to the Skyview 5 Diagnostic Services Center and an ambulance was contacted. Life saving techniques were continued by unit staff until relieved by East Texas Medical Center emergency responders. At 0330 hours life saving techniques were discontinued when Paramedic Lindy Spurgers, acting under the direction of Dr. William Moore, pronounced the offender deceased. Tony Johnson, Justice of the Peace for Cherokee County Precinct 2, arrived on the unit and pronounced the time of death as 0445 hours. He also ordered an autopsy of the offender's remains. The cause of death is pending autopsy. The offender's family could not be located by Chaplain Newton and as of this date offender Cook's next of kin cannot be located. The offender's remains were removed by Carnes Funeral Home at approximately 0955 hours. All staff members involved were offered the Crisis Response Intervention Support Program and Officer Jonathan Creel was counseled by Assistant Warden Priscilla Daly. Glenda Earl, RN was injured while assisting in transporting the offender from the Hodge Unit to the Skyview Unit. Mrs. Earl was treated off unit and the two inch laceration required three sutures to her Achilles. The injury was reported as incident number I-11196-08-11. Mr. Jesse Maberry of the Office of the Inspector General is investigating the offender death and the case number is 2011.03215. A request for a copy of the Custodial Death Report completed by the Office of the Inspector General was denied.*


Tommie Haynes                                    8/15/11

Tommie Haynes                    Date
Senior Warden
Skyview / Hodge Complex

**Incident: I-11185-08-11 / Offender Death / Hodge Unit**

**Regional Director/Assistant Director's Comments:**

On August 8, 2011, at approximately 0258 hours, CO IV Jonathan Creel was waking offenders for the breakfast meal. As Officer Creel approached J-1 building, A 2-17, cell he found Offender Cook, Charles #1457546, unresponsive in his cell. Officer Creel attempted to wake Offender Cook, but was unsuccessful. Officer Creel initiated ICS, calling for a supervisor, additional staff, and medical. Upon arrival of additional staff, life saving techniques was started. Offender Cook was placed on a gurney, taken downstairs, and transported to Skyview 5 Diagnostic Services Center (DSC). An ambulance was contacted and life-saving techniques continued during the transport until the arrival of East Texas Medical Center emergency responders. At approximately 0330 hours, life saving techniques were discontinued when Paramedic Lindy Spurgers, acting under the direction of Dr. William Moore, pronounced Offender Cook deceased. At 0445 hours, Justice of the Peace Tony Johnson pronounced the time of death. Offender Cook's temperature was 107.9. Additionally, the wing temperature was 88.5. Offender Cook was on psychotropic medications and did not have a commissary fan.

Office of Inspector General Investigator Jesse Mayberry initiated an investigation and assigned incident case number 2011-03215. As of September 6, 2011, the outcome of this investigation is pending. Justice of the Peace Tony Johnson ordered an autopsy. The cause of death is pending autopsy. A request for a copy of the Custodial Death Report completed by the Office of the Inspector General was denied.

The family of Offender Cook could not be located and the remains were removed by Carnes Funeral Home at approximately 0955 hours on August 8, 2011.

An investigation into the offender death on the Hodge Unit on August 8, 2011, yielded nothing to suggest that employee action / inaction was a contributing factor in this incident. All staff actions in this incident were in accordance with agency policy and procedures. The following precautions are taken on the Skyview/Hodge complex to minimize heat related illnesses: air flow is monitored, all ventilation fans in the area were functioning properly, offenders are allowed to wear commissary shorts and t-shirts in the housing area, ice water is placed in the housing areas throughout the day and staff and offenders are trained on heat awareness and precautions in accordance with AD 10.54, Temperature Extremes in the Workplace.

No further review or action is necessary at this time.

Signature: _____   Date: 9-6-11
Robert Eason
Region II Director

```
*** REQUESTOR: HODGES    HODGES  JEREMY      SKYVIEW/HODGE COMPLEX        *1
**********************************************************************************
*e*   *             S Y S M   O U T B A S K E T   P R I N T                      *1

MESSAGE ID: 673375       DATE: 08/08/11  TIME: 06 04am  PRIORITY: 300
SUBJECT:  I 11180 06 11


RAC USE ONLY:  DATE REPORTED:,.............  ...TIME REPORTED:,..........,,,
EMERGENCY ACTION CENTER INCIDENT NO: I  11180   06  11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  N
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HD   REGION K2  DATE OCCURRED: 08 / 06 / 2011  TIME OCCURRED: 0335A
SPECIFIC LOCATION: J3 BUILDING A2 17
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: CREEL, JONATHAN CO4
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: HODGES, JEREMY LT.
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  N A     B     C     D     E     N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES   NO
WAS INCIDENT RACIALLY MOTIVATED:   YES    NO


                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A V
  COOK, CHARLES                   1457348     II    W    M    53   N    N




WERE OFFENDERS TRANSFERRED TO A HOSPITAL   YES X NO
BY:   EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: N/A
TREATMENT: N/A
                         EMPLOYEE INFORMATION
NAME (LAST, FIRST M)           SSN       RACE   SEX    AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 06 / 2011  TIME: 04 : 45 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: TONY JOHNSON JP PCT 2
COUNTY WHERE DEATH OCCURRED: CHEROKEE COUNTY
```

PRELIMINARY CAUSE OF DEATH: UNKNOWN
NEXT OF KIN NOTIFIED   YES X NO   DATE:   /   /       TIME:   :
NAME OF NOK: UNKNOWN
HUNTSVILLE FUNERAL HOME NOTIFIED X YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

DESCRIPTION OF WEAPON(S) CONTRABAND

N/A


CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                    AUTHORIZATION
N/A


WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO   INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR               N/A
B.O.S.S. CHAIR                         N/A
VIDEO SURVEILLANCE                     N/A
HEARTBEAT DETECTION SYSTEMS            N/A
BODY ALARM                             N/A
PERIMETER FENCE DETECTION SYSTEMS      N/A
STAB RESISTANT VEST                    N/A
NARCOTIC DETECTOR CANINE               N/A
CELL PHONE DETECTOR CANINE             N/A
PACK CANINES                           N/A
S.A.R. CANINES                         N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM N/A
OTHER:  N/A


WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 8/3/11 AT APPROXIMATELY 0608, OFFICER CREEL, JONATHAN CO4 WAS WAKING
OFFENDERS FOR THE BREAKFAST MEAL. AS HE APPROACHED CELL F1 BUILDING A2 17 HE
FOUND OFFENDER COOK, CHARLES  1457548 UNRESPONSIVE. OFFENDER COOK IS A 33
YEAR OLD WHITE, MALE OFFENDER SERVING AN EIGHT YEAR SENTENCE FOR AGGRAVATED
SEXUAL ASSAULT OF A CHILD FROM SAN JACINTO COUNTY. OFFICER CREEL ATTEMPTED TO
WAKE OFFENDER COOK WITH THE ASSISTANCE OF THE OFFENDER'S CELLMATE AND HE WAS
STILL UNRESPONSIVE. OFFICER CREEL CALLED FOR SUPERVISORY ASSISTANCE.
ADDITIONAL STAFF AND MEDICAL. STAFF RESPONDED AND CPR WAS INITIATED.
OFFENDER COOK WAS PLACED ON A BACKBOARD AND REMOVED FROM THE CELL AND PLACED
ON A GURNEY AT THE BOTTOM OF THE STAIRS. CPR CONTINUED WHILE THE OFFENDER
WAS TAKEN TO SKYVIEW DSC. EMS WAS CALLED AND ARRIVED ON THE FACILITY AT 0313
OFFENDER COOK ARRIVED IN DSC AT APPROXIMATELY 0330 TO FIND EMS THERE WAITING
TO RESPOND. LIFE SAVING MEASURES CONTINUED UNTIL EMS/ PARAMEDIC
LINDY SPURGERS, ACTING UNDER THE DIRECTION OF DR. WILLIAM MOORE FROM TYLER,
PRONOUNCED THE OFFENDER DECEASED AT 0335. THE FOLLOWING NOTIFICATIONS WERE
MADE: SIG BILL JONES AT 0343, SIG JESSE MAYBERRY AND BUDDY FLETCHER AT 0447.

CHAPLIN NEWTON AT 0425. JUSTICE OF THE PEACE TONY JOHNSON FROM CHEROKEE COUNTY PCT 2 ARRIVED AT 0435 AND CERTIFIED THE TIME OF DEATH AT 0445 WARDEN T. HAYNES ARRIVED ON THE UNIT AT 0405. CARNES FUNERAL HOME WAS NOTIFIED AT 0530. DUTY WARDEN P. DALY WAS NOTIFIED AT 0330. EAC WAS CONTACTED AT 0549 AND BARBARA MINOR ASSIGNED T-1183 08-11. THE OFFENDER'S CELL, J1 A2 17 WAS SECURED PENDING INVESTIGATION BY OIG. OFFENDER JONES, JOE 395159 WAS ALSO ASSIGNED TO CELL J1 A2 17. OFFENDER JONES WAS SECURED IN SINGLE CELL HOUSING J4 L1 1A PENDING OIG INVESTIGATION. AT THE TIME OF THIS REPORT, CHAPLIN NEWTON HAS BEEN UNABLE TO LOCATE A NEXT OF KIN FOR THE DECEASED. STAFF INVOLVED WERE OFFERED CRISP AND OFFICER JONATHAN CEFEL RECEIVED CRISP FROM ASSISTANT WARDEN PRISCILLA DALY.

NOTIFICATIONS:

| | | |
|---|---|---|
| WARDEN T. HAYNES | 0335 | |
| WARDEN P. DALY | 0330 | (DUTY WARDEN) |
| OIG BILL JONES | 0343 | |
| CHAPLIN NEWTON | 0425 | |
| JUSTICE OF THE PEACE | 0435 | (TONY JOHNSON CHEROKEE CTY PCT2) |
| CHEROKEE COUNTY S.O. | 0400 | |
| CARNES FUNERAL HOME | 0530 | (HOLLIE AHMAD) |
| EAC / BARBARA MINOR | 0549 | |

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)

PREPARED BY: LT. JEREMY J. HODGES DATE: 08 / 08 / 2011

AUTHORIZED BY: PRISCILLA DALY, ASSISTANT WARDEN

Sent to: EAC (list) (to)

```
*** REQUESTOR: WWI5466   WITT WILLIAM          SKYVIEW/HODGE COMPLEX        **
****************************************************************************
***                   S Y S M   T H R E A K E T   P R I N T               **

MESSAGE ID: 670158      DATE: 08/08/11  TIME: 10:10am  PRIORITY: 000

TO:        WWI5466   WITT, WILLIAM
           SERGEANT
           SKYVIEW/HODGE COMPLEX

FROM:      WWI5466   WITT, WILLIAM
           SERGEANT
           SKYVIEW/HODGE COMPLEX

SUBJECT:   ADDENDUM I 11166 08 11


ON 08-08-11 AND AT 09:37 HOURS,CARNES FUNERAL HOME MR. JOE,LUNA DID
ARRIVE AT THE SKYVIEW/HODGE UNIT AND DID TAKE POSSESSION OF OFFENDER
COOK,CHARLES #1457545 BODY AND EXITED THE UNIT AT 09:55 HOURS ENROUTE
TO UTMB GALVESTON FOR AUTOPSY. ALL INFORMATION WILL BE FORWARDED AS
IT BECOMES AVAILABLE.


AUTHOR: WITT
        SERGEANT
        SKYVIEW/HODGE COMPLEX

Switch to:   FACT SHEET          (11162)              (1.1)
```

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

### SERIOUS INCIDENT REPORT FORM

EAC#    I-11185-08-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TME REPORTED | RE|PORTED BY |
|---|---|---|---|
| Offender Death | HD | 8/8/11 0445 | Jeremy Hodges, Lt. |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08/08/11  0258 | J-1 Bldg A-217 | n/a | n/a |

WAS THE INCIDENT RACIALLY MOTIVATED?    ( ) YES    (x) NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?    ( ) YES    ( ) NO

## OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?    ( ) YES    ( ) NO    NAME OF HOSPITAL:_____

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Cook, Charles | 1457546 | W/M | 53 | II | n/a | n |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED:  08/08/11   0445

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:  Tony Johnson JP Pct 2

PRELIMINARY CAUSE OF DEATH:___Unknown
_____

MOTIVE FOR ASSAULT / DEATH:_____

NEXT OF KIN NOTIFIED? ( ) YES (x) NO    DATE/TIME/BY WHOM?_____

HUNTSVILLE FUNERAL HOME NOTIFIED? (x) YES ( ) NO  DATE/TIME/BYWHOM?  08/08/11 0530 J. Hodges
JUSTICE OF PEACE NOTIFIED? (x) YES ( ) NO    DATE/TIME/BYWHOM? 08/08/11   0435 J. Hodges

McCollum / Cook - 10

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL? ( ) YES ( )NO

WAS THE ASSAUKANT(S) AT THE LOCATION AT THE TIME OF DISCOVERY?     ( ) YES  ( ) NO

## WEAPON INFORMATION

WEAPON(S)  (DESCRIBE IN DETAIL):

_____

_____

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
|        |      |               |
|        |      |               |
|        |      |               |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?  ( ) YES  ( ) NO

**************************************************************************

## SUMMARY OF INCIDENT

On 08/08/11 at approximately 0258, Officer Creel, Jonathan CO IV was waking offenders for the breakfast meal. As he approached cell J-1 building A-217 he found offender Cook, Charles #1457546 unresponsive. Offender Cook is a 53 year old white, male offender serving an eight year sentence for Aggravated Sexual Assault of a Child from San Jacinto County. Officer Creel attempted to wake offender Cook with the assistance of the offender's cellmate and he was still unresponsive. Officer Creel called for supervisory assistance, additional staff and medical. Staff responded and CPR was initiated. Offender Cook was placed on a backboard and removed from the cell and placed on a gurney at the bottom of the stairs. CPR continued while the offender was taken to Skyview DSC. EMS was called and arrived on the facility at 0315. Offender Cook arrived in DSC at approximately 0330 to find EMS there waiting to respond. Life saving measures continued until ETMC paramedic Lindy Spurgers, acting under the direction of Dr. William Moore from Tyler pronounced the offender deceased at 0335. The following notifications were made: OIG-Bill Jones at 0343. OIG Jesse Mayberry and Buddy Fletcher at 0442. Chaplin Newton at 0425. Justice of the Peace Tony Johnson from Cherokee County PCT 2 arrived at 0435 and certified the time of death at 0445. Warden T. Haynes arrived on the unit at 0405. Carnes Funeral Home was notified at 0530, Duty Warden P. Daly was notified at 0330. EAC was contacted at 0549 and Barbara Minor assigned I-1185-08-11. The offender's cell J-1 A-217 was secured pending investigation by OIG. Offender Jones , Joe #395159 was also assigned to cell J-1 A-217. Offender Jones was secured in single cell housing J4– L-118 pending OIG investigation. At the

**time of this report Chaplain Newton has been unable to locate a next of kin for the deceased. Staff involved were offered CRISP and officer Jonathan Creel received CRISP from Assistant Warden P. Daly.**

PREPARED BY: _LT. J. Hood_    DATE: _8/8/11_

AUTHORITY: _Gerald Singleton_

# Texas Department of Criminal Justice
### Institutional Division
## Inter-Office Communication

TO:   Capt. G. Singleton          DATE:    8-8-11

FROM:  Sgt. Joe Everitt          SUBJECT:  Cook, Charles #1457546

On 8/8/11 at approximately 2:55 a.m. A radio call went over the radio and ag the Sgt on shift I answered the call. The officer was requesting a Supervisor and medical staff. I Sgt. J.D. Everitt immediately began enroute to J1 Bldg. Specifically 217 cell. The nature of the call was an unresponsive offender. Upon my arrival on the scene I along with the assistance of several officers evaluated the offender for vital signs and requested medical staff (status/ E.T.A) along with a Gurney. Upon the arrival of medical and LT. Hodges the offender was immediately Lifted from the top bunk by using his mattress as support and laid on the floor. The nurse began life saving techniques with my officers assisting with chest Compressions, after the arrival of a back board the offender was carried down stairs and placed on a gurney. The offender was then rolled to the front of J1 and placed on the mule. At this point the officers discovered the mule was inoperable and lifted the Gurney back off of mule trailer and pushed him over to SV. 5 D.S.C where he was to meet with a Ambulance and more medical Staff. At no time did my officers or the first responder Nurse ever cease Life Saving Techniques. This was constant and continued throughout transport by Gurney. I returned to "A-walk" and started the breakfast meal.

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:  Capt. Singleton                    DATE:  8-8-11

FROM:  J. Creel CO 4                    SUBJECT:  **Charles Cook TDCJ 1457546**

On 8-7-11 when I done my 11:00pm count and security check offender Charles, Cook TDCJ 1457546 was still alive and breathing because he showed me his ID for bed book count. When I did my next security check at 11:30 pm he was breathing and I noticed his chest was moving up and down. I did another check at 12:01 am and said offender was still breathing and chest was moving. At 12:32 am I did another security check and said offender was still breathing and chest was moving. I did another security check at 1:01 am and said offender was still in bed and breathing. At 1:32 I made another security round and said offender was still in bed and chest was moving and breathing. At 2:02 am I did another security check and offender was still breathing I saw chest moving. When I did my count at 2:30 am. I did my security check and offender was still breathing in his bed. While letting out A-wing offenders for morning breakfast I approached cell A-217 and offender Cook was unresponsive. I notified my supervisor and then started life saving procedures by doing chest compressions. Medical staff and additional security arrived and the we placed the offender on a backboard and took the offender to the dayroom and placed him on a gurney. I officer J. Creel contuied chest compressions until medical took over when we arrived at DSC. Let it be known while doing my security checks that offender cook was in different positions in his bed. When I did my 2:30 count he was on his right side face the outside and breathing. When we let offenders out of there cells for breakfast at 3:00 am said offender was still on his side and unresponsive. I enter the cell and moved his foot by shaking it.

J. Creel

8-8-11

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:  Capt. Singleton                    DATE:   08-08-2011

FROM:   Officer Russell Ross CO4        SUBJECT:   **Offender Cook, Charles #1457546**

On the 8th day of August 2011 at approx. 0303. I, officer Russell Ross CO4, Officer Jonathon Creel CO4. and Officer Steven Cochran CO4 were on J1-Building A-Wing letting offenders out of their cells for A.M. chow, at which time Officers Creel and Officer Cochran were closing doors on Awing 2 row, and I, officer Ross, was closing cell doors on 1 Row, when officer Creel called for a supervisor and medical to respond to 217 for an unresponsive offender.

  I, completed securing the A wing 1 Row doors, and went to 2 Row to assist Officer Creel and Cochran to secure the 2 Row doors. At which time Officer Creel was attempting to wake the offender by knocking on the bunk and yelling at the offender. At that time Sgt. Joe Everitt arrive on the scene and took command. Lt. Hodges and Medical Personnell arrived and the life saving measures began, as the offender was placed on the stretcher and taken to DSC/Skyview. I resumed my normal duties.

Officer Russell L. Ross CO4
08-08-2011

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:   Hodge 3rd Shift Supervisor's          DATE:   8/8/11

FROM:   Officer G. Sarchett CO III          SUBJECT:   **Offender Cook, Charles #1457546**

At approximately 0305 hrs on 08/08/2011, I responded to A-wing-cell 217, where I observed officer Creel performing chest compressions on offender Cook, Charles TDCJ#1457546 while medical staff was supplying air with an oxygen bag.  I assisted officers Creel, Jackson, Ross, and Cochran place the offender onto a backboard and then down the stairs to a gurney. We then pushed the gurney with the offender onto the trailer behind the Kawasaki UTV. After the Kawasaki UTV failed to move we then placed the gurney with the offender back onto the sidewalk. Myself and officer Jackson then pushed the gurney to DSC while officer Creel rode on the gurney performing CPR and medical staff ran along side using the oxygen bag on the offender. Once the offender was inside DSC and EMS took over, I then returned top my assigned duty post

*GARY SARCHET CO III*

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO:  Captain Singleton                          DATE:        August 8, 2011

FROM:   Chakiska Brown CO4           SUBJECT:    Offender Cook #1457546

At approximately 0300 Officer Jonathon Creel CO4 was dropping or letting offenders out for
morning breakfast when Officer Jonathon Creel CO4 and Officer Steven Cochran told me to
open A217. I Chakiska Brown CO4 opened A217. Chakiska Brown CO4 opened A217 and the
officers went in. I was notified by way of radio transmission that the said offender Cook Charles
# 1457546 was non responsive

Chakiska Brown CO4

*Chakiska Brown*

# Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communication

TO: _____     DATE:     8/8/11 _____

FROM:   Steven Cochran CO4 _____     SUBJECT:   Cook, Charles 1457546 _____

At 0300 I was on J1 A-Wing drop chow to the dayroom I was on two roll closing doors and wake-up offender to check on them I came to cell #217 I call out to offender Cook TDCJ # 1457546 at the door he did not respond after several trys. I went in to the cell after that I hit the end of the bunk several times with no respond. I than step out of the cell to let the other officer Ross and Creel to call a ICS for a offender down. Officer Ross and Creel then came up on two roll officer Creel call for the Sgt. Everitt and medical. The nurse and Sgt. Everitt arrive. Sgt. Everitt, Officer S. Cochran CO4 and Officer Ross CO3 lift the offender off the top bunk to the floor where CPR. was started by officer Creel and the nurse

S. Cochran 8/8/11

I Offender Jones, Joe last talked to my cellie at 4:45 pm this evening after chow. I asked my cellie to ware me up at 6:00 pm. I showered after I came back from chow. He didn't look like he was sick or anything.

Michael Jones
395659

```
************************************************************************
*** REQUESTOR: THA0562 - HAYNES, TOMMIE      SKYVIEW/HODGE COMPLEX      ***
************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                   ***

MESSAGE ID: 975805    DATE: 08/08/11  TIME: 11:20am  PRIORITY: 000

TO:        THA0562 - HAYNES, TOMMIE
           SENIOR WARDEN
           SKYVIEW/HODGE COMPLEX
           P. O. BOX 999
           RUSK, TEXAS 75785


FROM:      KWA0940 - WATERHOUSE, KELLY
           LIEUTENANT
           SKYVIEW/HODGE COMPLEX
           PO BOX 999
           RUSK, TX  75785


SUBJECT:   I-11196-08-11


EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:..............

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11196 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -        -     -
TYPE OF INCIDENT: EMPLOYEE INJURY - TREATMENT BEYOND FIRST AID
UNIT: SV   REGION II  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 03:30
SPECIFIC LOCATION: SIDEWALK BETWEEN SV AND HD
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A       B       C       D       E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:    YES  X NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)    TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
   N/A
```

```
WERE OFFENDERS TRANSFERRED TO A HOSPITAL    YES    NO
BY:    EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL:
TREATMENT:


                        EMPLOYEE INFORMATION
NAME (LAST, FIRST M)            SSN      RACE   SEX    AGE      RANK
  EARL, GLENDA                455923780   W     F      59   REGISTERED NURSE



WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE:    /   /       TIME:    :    PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE:
COUNTY WHERE DEATH OCCURRED:
PRELIMINARY CAUSE OF DEATH:
NEXT OF KIN NOTIFIED   YES   NO  DATE:    /    /       TIME:    :
NAME OF NOK:
HUNTSVILLE FUNERAL HOME NOTIFIED    YES    NO
JUSTICE OF PEACE NOTIFIED:    YES    NO


            DESCRIPTION OF WEAPON(S) CONTRABAND




                    CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                AUTHORIZATION



WAS TEAM AUTHORIZED    YES    NO    DECONTAMINATED   YES   NO  INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

            IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
B.A.R. CANINES
```

CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 08/08/2011 AT APPROXIMATELY 03:30 AM, MS. EARL, GLENDA RN HAD RESPONDED
TO J1 BUILDING ON HODGE UNIT FOR MEDICAL ASSISTANCE, DUE TO AN OFFENDER BEING
UNRESPONSIVE.   THE OFFENDER WAS PLACED ON A GURNEY AND CPR WAS INITIATED.
MS. EARL WAS RUNNING WHILE PULLING THE GURNEY ENROUTE TO SKYVIEW INFIRMARY.
AS MS. EARL WAS PULLING THE GURNEY HER LEFT ANKLE GOT CAUGHT UNDER THE WHEEL
OF THE GURNEY CAUSING A TWO INCH LACERATION TO HER LEFT ACHILLES.  MS. EARL
WAS EVALUATED AT THE UNIT BY MS. TEER, SHELIA LVN.  MS. TEER PLACED STERI-
STRIPS AND A PRESSURE DRESSING ON THE INJURY AND REFERRED MS. EARL TO SEE
HER PERSONAL PHYSICIAN.  AT APPROXIMATELY 08:00 AM, MS. EARL NOTIFIED
LIEUTENANT WATERHOUSE, KELLY THAT SHE RECEIVED THREE SUTURES TO HER LEFT
ACHILLES TO CLOSE THE LACERATION.  MS. EARL STATED THAT SHE WENT TO THE
EAST TEXAS 24 HOUR MEDICAL CLINIC IN TYLER, TEXAS.  AT APPROXIMATELY 09:26 AM
MS. GINGER THOMPSON OF THE EMERGENCY ACTION CENTER WAS NOTIFIED AND ISSUED
EAC NUMBER I-11196-08-11.  AT APPROXIMATELY 10:30 AM, MAJOR HEROD, NEMIER,
THE DUTY WARDEN, WAS NOTIFIED.  MS. EARL IS A 59 YEAR OLD WHITE FEMALE UTMB
EMPLOYEE.  A WORKERS' COMPENSATION PACKET IS BEING COMPLETED.  ANY UPDATES
WILL BE SENT WHEN REPORTED.

```
(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY:   LIEUTENANT KELLY WATERHOUSE            DATE: 08 / 08 / 2011
AUTHORIZED BY: MAJOR NEMIER HEROD

Sent to:      EAC                  <list>                    (to)
              SGTS                 <list>                    (to)
              LTS                  <list>                    (to)
              CAPTS                <list>                    (to)
```

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
## Offender Property Inventory
CONTROL #

Offender *(Print name)* __Cook Charles__          TDCJ#: __1457546__     Unit: __Hodge__

Date of Inventory: __8-8-11__     Reason for Inventory: __OFFENDER DEATH__

### Section I: Authorized Offender Property

*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.
**KEY:** "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | | |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | | ✓ |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | |
| Hot Sauce | | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | | | Small Nail Clippers (Limit 1) | | |
| Meats | | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | 1-BUNDLE PERSONAL | | ✓ |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | | | PAPERS | | |
| Sweetener | | | ✓ Prescription Eye Glasses | | ✓ | Shampoo | | | | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | | | | | |
| Letters | | | (✓ Only if free-world) | | | Soap/Soap Dish | | | | | |
| Magazines | | | **Jewelry Items (1 each)** | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Material** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. **Estimate Qty.** | | | **Other:** (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, tallith-Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| All Books | | | | | | | | | | | |
| Literature (Pamphlets) | | | **Necessity Items** | | | | | | | | |
| **Electrical Equipment (1 each)** | | | Gym Shorts-Personal (Limit 4) | | | **Stationery Items** | | | | | |
| ✓ Fan | | | Shoes (State-issue, limit 1 pair) | | | Envelopes | | ✓ | | | |
| Headphones | | | Shoes (✓ Personal, limit 1-2 pair) | | | Greeting Cards | | | **NOTE ITEMS ON OFFENDER'S PERSON** (i.e. wedding ring, watch, shoes, t-shirt, etc.): | | |
| ✓ AM/FM Booster/Antenna | | | Socks-Personal (Limit 4 pair) | | | Ink Pens | | | | | |
| ✓ Hot Pot | | | Thermal Bottom-Personal (Limit 2) | | | Paper | | | | | |
| ✓ Outlet Adapter | | | Thermal Top-Personal (Limit 2) | | | Pencils | | | | | |
| ✓ Clamp-on Lamp | | | T-shirt-Personal (Limit 4) | | | Stamps (60 Max.) | | | | | |
| ✓ Radio | | | | | | Tablets | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | | | | | |

### SECTION II: Staff Acknowledgment of a complete and accurate inventory

*Instructions:* If offender is not present during inventory, there must be a staff witness.

Inventory Staff *(Print name)*: __Sgt. William, W. II__     Signature/Date: __William Watt 8-8-11__

Staff Witness *(Print name)*: __C. Mallard Co4__     Signature/Date: __C. Mallard Co4 8-8-11__

### SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

A. **Items Retained by Offender and/or stored in the Property Room (See items marked above)**
   Offender *(Signature/Date):* _____     Staff Initials/Date: _____

B. **Items Returned to Offender (See items marked above)**
   Offender *(Signature/Date):* _____     Staff Initials/Date: _____

Instructions on back of Form          Las instrucciones de espalda de forma

PROP-05 (1-1-2005)     Original Offender File; Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender

HODGE CELL BLOCK OFFICER CHECKLIST

Cellblock / Dorm __A-WING__          Date: __SUN 7 AUG 2011__

1st Shift Officer: __Chuno Pact V Burist__

2nd Shift Officer: __Lather, M co'll__

3rd Shift Officer: __J Creel co'l__

The cellblock officer shall complete security checks each half hour and note the time that each check is
completed.  Areas covered shall include housing areas, dayrooms, showers, and closet areas.  The time
shall be entered in the upper box and the initials of the officer completing the checks shall be entered in the
lower box.  During one of the security checks on each shift, the officer shall check all windows and exterior
doors and note the time completed in the space provided.  On an hourly basis, 10 minutes before the hour,
an ingress egress will be conducted.

First Shift (0600-1400)

| 0553 | 0627 | 0655 | 0725 | 0758 | 0826 | 0900 | 0925 | 0956 | 1028 | 1057 | 1127 | 1156 | 1224 | 1252 | 1333 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| VB | VB | VB | VB | VP | VD | VB | VB | VB | VB | VD | VD | VB | VB | VB | VB |

Windows and Exterior Doors were checked at (time)      __0604__

Second Shift (1400-2200)

| 1401 | 1431 | 1501 | 1531 | 1601 | 1631 | 1701 | 1731 | 1801 | 1831 | 1901 | 1931 | 2001 | 2031 | 2101 | 2130 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML | ML |

Windows and Exterior Doors were checked at (time)      __1355__

Third Shift (2200-0600)

| 2201 | 2231 | 2307 | 2330 | 0001 | 0032 | 0101 | 0132 | 0200 | 0231 | 0303 | 0330 | 0352 | 0426 | 0450 | 0520 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | |

Windows and Exterior Doors were checked at (time)      __2202__

_____          _____          _____
1st Shift Supervisor Signature     2nd Shift Supervisor Signature     3rd Shift Supervisor Signature

* Form to be filled on L-wing for one year

## OFFENDER DEATH NOTIFICATION WORKSHEET

To:   CHAPLAIN BILL PIERCE _____        Date:   08/08/2011 _____

From:   CHAPLAIN ROBERT NEWTON _____        Subject: Offender Death Notification

**1. *Offender Information:***
Name: COOK, CHARLES, LEE _____ TDCJ #: 01457546    Unit:   HD
Cause of Death: PENDING AUTOPSY
Date of Death:   08/08/2011 ___    Time of Death:   04:45
Place of Death (unit/hospital): HODGE UNIT 1BUILDING A-217 RUSK, TEXAS
Certifying Physician/RN/JP:   TONY JOHNSON J/P

**2. *Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):***
Date:   _____        Time: _____
Name: _____Relationship: _____
Address:
City/State/Zip:

**3.** Objection to Autopsy by Next of Kin: *(__DO NOT__ Ask For Permission to Conduct an Autopsy)*
**Yes** ____   **No** ____   **Unable to contact** __X__

**4. *Other Family / Friend Contact:***
Date: _____        Time: _____
Name: _____        Relationship: _____
Address:
City/State/Zip:

**5. *Sheriff's Office / Police Department Contact:***
Date:   _____        Time:   _____
SO/PD: _____Contact Person:   _____

**6. *Burial Arrangements:***
____**The family will claim the body.** The family was instructed to call the Carnes Funeral Home, Texas City at 409-986-9900.
____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/437-2090) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.
__X__**I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

**7. *Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:***
____X____  Unit Warden;
____X____  Director of Chaplains; and
____X____  Chaplain's unit file;
**Chaplain's Signature:** _____        **Date:** 08/08/2011 _____

Chaplaincy Manual Policy 11.04
Revised 068/8/2011

```
------------------- SYSM ELECTRONIC FORMS ENTRY ------------------- 4.4.E
USER ID: RNE4480                          07:25AM - MON, AUG 08, 2011
ENTER COMMAND ===>


***************************DEATH NOTIFICATION***************************

INMATE: COOK, CHARLES LEE           TDCJ# 1457546
DATE OF DEATH: 08/08/2011
CUSTODY: II        STATUS:          RACE: WHITE      DOB: 11/02/57 AGE: 53
CAUSE OF DEATH:                     TIME: 4:45 AM DOCTOR: J/P
PLACE OF DEATH: HODGE UNIT 1 BUILDING RUSK, TEXAS
DUTY WARDEN:  PRISCILLA, DALY        TIME: 03:30
JUSTICE OF THE PEACE: TOMMY JOHNSON  TIME: 04:35
TDCJ-ID-IAD: JESSIE MAYBERRY         TIME: 04:20
CARNES FUNERAL HOME: HOLLY           TIME: 05:30
CHAPLAIN: ROBERT NEWTON              TIME: 04:20
EAC: BARBRA MINER                    TIME: 05:49
APPROVAL OF AUTOPSY BY N.O.K.  (  )YES  (  )NO  ( X )  UNABLE TO CONTACT
N.O.K.                         TIME        HRS    PHONE
ADDRESS:                       FAMILY WILL(  ) WILL NOT(  ) CLAIM BODY
ADDRESS:
LOCATION OF BODY:  SV UNIT
LOCATION OF INMATE PROPERTY: HD UNIT
COMMANDS: UP DOWN TOP BOTTOM SEND TRANSFER DELETE FINAL COPY PRINT SET{SCR}
```

1

THE FOLLOWING IS THE TIME LINE OF THE ACTIVITIES OF CHAPLAIN
ROBERT NEWTON, SV/HD CHAPLAIN CONCERNING THE DEATH OF
OFFENDER **COOK, CHARLES, LEE  # 01457546**.

04:20   LT. JEREMY HODGES CALLED ME AT HOME INFORMING ME OF THE
DEATH OF OFFENDER COOK.

04:40   LEFT MY HOME IN ROUTE TO THE SV / HD COMPLEX.

05:05   ARRIVED AT THE UNIT

05:15   ARRIVED TO THE CHAPLAIN'S OFFICE.  GATHERED NEEDED FORMS
THAT I WILL NEED WHILE TALKING TO THE SUPERVISORS.

05:30   WENT TO SKYVIEW 5 BUILDING, TALKED TO O.I.G. ABOUT GETTING
ACCESS TO OFFENDERS PROPERTY IN ATTEMPT TO GET
INFORMATION ON OFFENDER FAMILY.  HE SAID THAT HE WOULD
GET ME ACCESS.

05:50   TALKED TO CASE WORKER ABOUT THE NAME OF CASE WORKER
FOR  SAID OFFENDER.

06:10   WENT TO INMATE RECORDS TO CHECK OFFENDER'S FILE TO SEE IF
WE COULD FIND INFORMATION ON ANY FAMILY OR OUTSIDE
CONTACT. NONE WERE FOUND.

06:30   TALKED TO O.I.G. AND WAS INFORMED THAT NO INFORMATION
WAS FOUND IN OFFENDER'S PROPERTY.

07:00   TALKED TO SUPERVISOR'S AND GOT NAMES AND TIMES
CONTACTED FOR MY REPORT.

07:25   SENT OFFENDER DEATH E-MAIL

07:50   WENT TO SUPERVISOR'S MEETING IN THE CASTNER BUILDING SV.

2

08:45      RETURNED TO P-BUILDING, TALKED TO CASE WORKERS AND
           THEY HAD NO PERTINENT INFORMATION ON THE OFFENDER
           EXCEPT THAT HE WAS BORN IN LUFKIN, TEXAS.


09:00      OFFICER BARBARA DELANEY SPPC, RAN THE BROTHER'S NAME
           ON THE INTERNET AND FOUND ONE RONNIE COOK.  I CALLED
           THE NUMBER AND LEFT A MESSAGE.  I DO NOT KNOW THAT THIS
           IS INDEED THE BROTHER OF THE OFFENDER.

## Texas Department of Criminal Justice
### TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_____ Cook, Charles Lee _____        from      Hodge Unit / Rusk _____,
<br>*(Print Offender Name)*                                      *(Print Unit/Location)*

who died on August 08, 2011_____, and to hold until further notification
<br>*(Date of Death)*

from the Warden of the unit with regards to the approval for an autopsy.

NOTE:  If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

---

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

---

Signature of Warden/Designee

**G. WEATHERFORD RN**
<br>Medical Physician's/Registered Nurse's Signature

_Gerald Singleton, Captain_
<br>Printed Name

**G. WEATHERFORD RN**
<br>Printed Name

Address of Physician/Registered Nurse:

P O 9 ?? _____
<br>Rusk, TX 7585 _____

THE STATE OF TEXAS                    IN THE JUSTICE COURT
COUNTY OF CHEROKEE                         PRECINCT 2

ORDER FOR AUTOPSY
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
UNIVERSITY OF TEXAS MEDICAL BRANCH
GALVESTON, TEXAS

On this day came to be heard the inquest hearing in regard to the death of,

_Charles L. Cook_, deceased.  DOB: 11/02/1957

 After hearing testimony and evidence in regard to the said death of the said deceased, it is
determined by the after signing Justice of the Peace that an autopsy on the body of said
deceased is necessary so that the cause of death may be ascertained and for other necessary
reasons.

BE IT THEREFORE CONSIDERED, ORDERED AND DECREED, that an autopsy be
had on the body of said deceased; it being impractical to secure the service of the county
health officer, then any physician duly licensed in Texas and trained in pathology shall
forthwith perform said autopsy by order of said court.

Done this the _8_ day of _August_, 20_11_, witness my hand.

_Tony Johnson_
JUSTICE OF THE PEACE
PCT. #2
CHEROKEE COUNTY
P.O. BOX 553
ALTO, TEXAS 75925
OFFICE 936-858-4732
FAX 936-858-2271

**Tony Johnson**
**Justice of the Peace Pct. #2**
**Inquest Report**

Name: Charles L Cook

Address: 379 FM 2972 W Rusk, Texas

Date of Birth: 11/02/1957          SID.# S.I.D. 04881399

Date of Inquest: 8/8/2011          Time of Inquest: 4:45 A.m

Place of Inquest: 379 FM 2972 W Rusk, Texas

Date of Death: 8/8/2011          Time of Death: 4:45 A.m

Place of Death: 379 FM 2972 W Rusk, Texas

Description of Deceased: Dressed in Med. unit

Cause of Death: Pending Autopsy

Witnesses: officer Creel TDCJ

Law Enforcement: TDCJ

Funeral Home: Carnes Funeral          Autopsy Ordered?: Yes

Medical History:                    Medications:

CORRECTIONAL MANAGED CARE
DDP (formerly MROP)CLINIC NOTE

**Offender Name:   COOK, CHARLES L      TDCJ#:  1457546     DATE/TIME:   08/01/2011 11:54**
**Facility:     HODGE (HD)   Age:53    Race:  W  Sex:  male**
Patient Language:   ENGLISH        Name of interpreter, if required:
Allergies:   **NO KNOWN ALLERGIES**

**Current Medications:**
**TEGRETOL 200MG,     1 TABS ORAL EVENINGS**
**THORAZINE 200MG,     1 TABS ORAL QPM**

S:      Patient/offender was seen per 10:45am layin for progress check today. Discussed client/offender's status, scheduling and treatment-he reported to be "alright-staying out of trouble-(medication)doing good." And further claimed to be getting psychotropic medication "alright-no problems." Discussed his need for proper grooming-he responded "yes I know." Client/offender stated no suicidal/homicidal (S/H) ideations or intentions at this visit. Patient/offender is housed on J1-bldg/A-wing per restrictions as indicated. Discussed and encouraged client/offender's continued cooperation with treatment/staff-he concurred.

O:      Unkempt appearance-needs haircut/hygiene-may not have bathed recently.
Calm, slightly euthymic mood/affect, attentive, responsive with polite demeanor demonstrated.
No S/H ideations or intentions voiced.

A:      **Procedures Ordered:**
        **MH DDP FOLLOW-UP: borderline intellectual functioning, mental health cars 3, schizoaffective**
**disorder**

P:      Patient/offender will continue psychotropic regimen as prescribed.
Client/offender will continue layins/clinics and treatment as scheduled.
Continue to monitor.

        **Electronically Signed by TEDDER, JOSEPH W. BS, MHCM on 08/01/2011.**
        **##And No Others##**

**1 of   1**

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** COOK, CHARLES L   **TDCJ#:** 1457546   **Date:** 08/03/2011 16:13   **Facility:** HODGE (HD)
**Age:** 53 year   **Race:** W   **Sex:** male
**Most recent vitals from 7/13/2011:** BP: 115 / 69 (Sitting) ; Wt: 157 Lbs.; Height: 72 In.; Pulse: 105 (Sitting) ; Resp: 18 / min; Temp: 97.8 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

**Current Medications:**
TEGRETOL 200MG,   1 TABS ORAL EVENINGS
THORAZINE 200MG,   1 TABS ORAL QPM

| SCR INITIATED? | x | YES | Date Received:08/02 |
|---|---|---|---|
| | | NO | ██████████████ |

**Today's Problem:**   SCR-NEED NAILS AND TOENAILS CUT

**Offender allowed trimming nails himself.**

**Procedures Ordered:** NURSING LEVEL 1 COMPLETE VISIT: nail disorder nos

Electronically Signed by CUMMINS, NATHAN L. L.V.N. on 08/03/2011.
##And No Others##

1 of 1

**Correctional Managed Care**
**INPATIENT NURSING PROGRESS NOTE**

**Patient Name:** COOK, CHARLES L    **TDCJ#:** 1457546    **Date:** 08/08/2011 04:28    **Facility:** SKYVIEW (SV)
  **Admission Date:** 3/18/2010 12:28PM
**Age:** 53 year  **Race:** W  **Sex:**  male
**Most recent vitals from 7/13/2011:** BP: 115 / 69 (Sitting) ; Wt: 157 Lbs.; Height: 72 In.; Pulse: 105 (Sitting) ; Resp: 18 / min;
Temp: 97.8 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Current Medications:
TEGRETOL 200MG,    1 TABS ORAL EVENINGS
THORAZINE 200MG,    1 TABS ORAL QPM


S:


O:  LT. HODGES REQUESTED THAT A BODY TEMPERATURE BE OBTAINED FOR THIS PT.   PT HAD A TEMPERATURE
OF GREATER THAN 107.9 AXILLARY.   THE MACHINE USED ONLY READS TO 107.9 DEGREES (F). TEMPERATURE WAS
OBTAINED APROXIMATELY 40 MINUTES AFTER HEROIC MEASURES WERE STOPPED BY 911/AMBULANCE
PERSONELL.   PT'S BODY TEMP REPORTED TO LT. HODGES AS REQUESTED.


A:


Plan is as follows:




    Electronically Signed by TEER, SHELIA M. L.V.N. on 08/08/2011.
    ##And No Others##

1 of 1

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 1 of 6)

Scanned by WILSON, SANDRA D. CCA in facility SKYVIEW (SV) on 08/08/2011 10:54

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** COOK, CHARLES L  **TDCJ#:** 1457546  **Date:** 8/8/2011 04 29AM  **Facility:** HODGE (HD)

**Most recent vitals from 7/13/2011:** BP 115 / 69 (Sitting) , Wt 157 Lbs , Height 72 In , Pulse 105 (Sitting) , Resp 18 / min, Temp 97 8 (Oral)
**Allergies:** NO KNOWN ALLERGIES
**Medications**
TEGRETOL 200MG,  1 TABS ORAL EVENINGS
THORAZINE 200MG,  1 TABS ORAL QPM

| Patient Language:  ENGLISH  Name of interpreter, if required: | |
|---|---|

| MODE OF ARRIVAL | CONDITION ON ARRIVAL |
|---|---|
| Date: 8-8-11   Time: 0300 | ☐ Stable |
| ☐ Ambulatory | ☐ Guarded |
| ☐ W/C | ☐ Serious |
| ☐ Stretcher | ☒ Critical  NON Responsive, Not breathing |
| ☐ Carried | upon Arrival |

**CHIEF COMPLAINT/LOCATION/ONSET:** officers called @ 0258 - Lt. Hodges and I arrived @ 0300 - CPR began, AED - No shock - Continue CPR, transfered from top bunk to back board, Continue,

**SIGNIFICANT MEDICAL HISTORY:** Skin conditions, Borderline Intellectual, Hyperinglycer dem,

| Quantitative Pain Scale: Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | | | | |
|---|---|---|---|---|
| Location | | | Onset | |
| Duration | | | | |
| Aggravating Factors | | | | |
| Alleviating Factors | | | | |
| Pain Character | Dull | Sharp | Throbbing | Other |
| Frequency | Constant | Intermittent | Other | |
| Radiating | No | Yes | Location | |

HSM-16

X |||||||||||||||||||||||||||||||||||||||  #

1 of 6

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 2 of 6)

Scanned by WILSON, SANDRA D. CCA in facility SKYVIEW (SV) on 08/08/2011 10:54

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name:  COOK, CHARLES L   TDCJ#:  1457546   Date:  8/8/2011 04 29AM   Facility:  HODGE (HD)

### GLASGOW COMA SCALE

| Eye Opening | Best Verbal Response | Best Motor Response |
|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
|  | None = 1 | Extension to pain = 2 |
|  |  | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 0300 | 9c | 0 | 0 | 0 | 0 |

| CARDIAC ☐ NA | PULMONARY ☐ N/A | GI ☐ N/A | SKIN ☐ N/A | NEURO ☐ N/A |
|---|---|---|---|---|
| **Apical Pulse** ☐ Regular ☐ Irregular ☐ JVD | **Respirations** ☐ Normal ☐ Shallow ☐ Labored ☐ Nasal Flaring ☐ Grunting ☐ Retractions ☐ Hyperventilating ☐ Use of accessory muscles | ☐ Denies Problems ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Rectal Bleeding ☐ Constipation ☒ Incontinent  Last BM 8/8/11 _Date_ | ☐ Cold ☐ Warm ☒ Hot ☒ Dry ☐ Moist ☐ Diaphoretic ☐ Normal ☐ Pale ☐ Mottled ☒ Cyanotic _face_ ☐ Jaundiced ☐ Flushed ☐ Intact _cyanotic Nail beds_ | ☐ Alert ☐ Oriented X ___ ☐ Confused ☐ Lethargic ☒ Unresponsive |
| **Peripheral Pulses** Upper ☐ R  L ☐ Lower ☐ R  L ☐ | | | | **Arm Strength** ☐ R ☐ L ☐ Normal ☐ R ☐ L ☐ Weak ☐ R ☐ L ☐ Flaccid |
| **Bleeding** ☐ None ☐ Controlled ☐ Excessive Location ____ | **Lungs** ☐ R  L ☐ Clear ☐ R  L ☐ Crackles ☐ R  L ☐ Wheezes ☐ R  L ☐ Diminished ☒ R  L ☒ Absent | **Abdomen** ☐ Soft ☐ Firm ☐ Distended ☐ Obese ☐ Tender ☐ Rebound | ☐ Deformity ☐ Swelling  Location ____ | **Leg Strength** ☐ R ☐ L ☐ Normal ☐ R ☐ L ☐ Weak ☐ R ☐ L ☐ Flaccid |
| **Est Blood Loss** ____ cc | ☐ Burning ☐ Frequency ☐ Urine Odor ☐ Hematuria ☒ Incontinent ☐ Anuric 8/8/11 | **Bowel Sounds** ☐ Normoactive ☐ Hyperactive ☐ Hypoactive ☐ Absent ☐ NG/G tube | | **Pupils** ☐ Equal ☐ Unequal ☐ R ☐ L ☐ Reactive ☒ R ☐ L ☒ Non-reactive ☐ R ☐ L ☐ Dilated ☐ R ☐ L ☐ Constricted ☐ R ☐ L ☐ Fixed |
| **Capillary Refill** ☐ Normal ☐ Delayed | | | | **ROM** ☐ Full ☒ Limited ☒ Absent |

HSM-16

2 of 6

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 3 of 6)

Scanned by WILSON, SANDRA D. CCA in facility SKYVIEW (SV) on 08/08/2011 10:55

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** COOK, CHARLES L   **TDCJ#:** 1457546   **Date:** 8/8/2011 04 29AM   **Facility:** HODGE (HD)

| Edema | | | ☐Vag Discharge |
|---|---|---|---|
| Upper  R   L | | | ☐Vag Bleeding |
| 1+ 2+ 3+ | | | ☐Catheter |
| Lower  R   L | | | |
| 1+ 2+ 3+ | | | |

*Glenda Earl*   0500

**\*\*Contact Provider\*\***

| Name of Provider Notified  Dr. Gary Wright | Time  0500 |
|---|---|

**Provider Orders**

EMS called @ 0300   DSC
Arrived @ 0315   DSC
Arrived at DSC - 0330 with offender
Time of Death  0335

| Orders read back and verified   Signature |
|---|

**Details of abnormal findings and ongoing assessment and care.**

HSM-16                                                                                     3 of 6

X  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  #

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 4 of 6)

Scanned by WILSON, SANDRA D, CCA in facility SKYVIEW (SV) on 08/08/2011 10:55

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name:  COOK, CHARLES L   TDCJ#:  1457546   Date:  8/8/2011 04 29AM   Facility:   HODGE (HD)

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 0258 | Called rec'd over Radio - offender not responding. A 217 | ge |
| 0300 | CPR started in cell, offender non responsive. No pulse. No respirations, Pupils non reactive, fixed, skin hot, dry. Face cyanotic, Nail beds cyanotic - cap refill ® ear cyanotic. Transferred from top bunk, CPR initiated. AED Analyzed - No shock, continue CPR, transferred out of cell to gurney, Continue with CPR - AED Analyzed - No shock - Continue CPR. | |
| 0315 | EMS on unit @ DSC | ge |
| 0330 | Arrived with offender @ DSC - EMS evaluated Lead 1, 2, 3, Asystole. | ge |
| 0335 | EMS - Stopped CPR per EMS - offender expired. Security Notified. JP | ge |
| | | ge |
| | | |
| | | |
| | | |
| | | |
| | | |

X  |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||  #

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 5 of 6)

Scanned by WILSON, SANDRA D. CCA in facility SKYVIEW (SV) on 08/08/2011 10:55

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** COOK, CHARLES L   **TDCJ#:** 1457546   **Date:** 8/8/2011 04 29AM   **Facility:** HODGE (HD)

### VITAL SIGNS

| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
|------|------|----|-------|------|------|-------|-----|----------|
| 0300 | | % | ∅ | ∅ | | | | SL |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### PEAK FLOW

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best | |
|------|--------------|--------------|--------------|-------------------------|---|
| | | | | | * Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit |
| | | | | | |
| | | | | | |
| | | | | | |

### MEDICATIONS

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
| 0300 | None | | | | SL | | | SL |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### I.V. THERAPY

| Site # | Location | Gauge | IVF | Rate | Time | Initials | Intake | | Output | |
|--------|----------|-------|-----|------|------|----------|--------|---|--------|---|
| | | | | | | | PO | | Urine | |
| | | | | | | | IV | | Emesis | |
| | | | | | | | NG | | NG | |
| | | | | | | | Other | | Other | |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best  Normal adult peak flow without existing disease is 300-500

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|------------------------|--|------------------------|--|
| ☐ Cell | | Date 8/8/11   Time 0335 | |
| ☐ TDCJ Infirmary – Facility | | ☐ Improved | |
| ☐ Local ER | | ☐ Stable | |
| ☐ Hospital Galveston | | ☐ Unstable | |
| ☒ Other  JP to pronounce death | | ☒ Deceased | |
| **MODE OF TRANSFER:** | | **UTILIZATION REVIEW NOTIFIED:** | |
| ☐ Van | | Date            Time | |

HSM-16                                                                                  5 of 6

X   |||||||||||||||||||||||||||||||||||||||||||||||||||||   #

c:\documents and settings\rlcole\local settings\temp\165686918.tif printed by mivap. (Page 6 of 6)

Scanned by WILSON, SANDRA D. CCA in facility SKYVIEW (SV) on 08/08/2011 10:55

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** COOK, CHARLES L   **TDCJ#:** **1457546**   **Date:** 8/8/2011 04 29AM   **Facility:** HODGE (HD)

| | | | |
|---|---|---|---|
| ☒ Local EMS on unit 0315 | | ☒ N/A | |
| ☐ 911 Transfer | | ☐ Yes | |
| ☐ UTMB EMS | | ☐ No | |
| ☐ Other | | **PRE-CERTIFICATION #:** | |
| **PECC Contact Name (UTMB ONLY):** | | **UR CONTACT:** | |
| **Time Contacted** | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

HSM-16                                                                                        6 of 6

X |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||   #

## Admission Summary

COOK,
Charles Lee (W)

| Name | Number | Offense | Sent. |
|---|---|---|---|
| | 1457546 | AGG SEX ASLT CHILD | 8Y |

| 06/27/2015 | 06/27/2015 | — — — — — — — | Tested 64 | 50 | 11/02/1957 | 10/08/2007 JR / sdm | None |
|---|---|---|---|---|---|---|---|
| Max Expir | Minimum Expiration | | E.A./I.Q. | Age | DOB | Int./By | Rel |

| San Jacinto | | 06/27/2007 | 10/01/2007 |
|---|---|---|---|
| | COUNTY | Sent. Beg. | Date Received |

Landscape Gardner   General Laborer

### EMPLOYMENT

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Reft'y | | | L1  EFF: 06/27/2007   W EFF: 06/27/2007 |
| Det Hosp | | | |
| Det Home | | | |
| St Trans | | | |
| St Jail | | | |
| SubA TF | | | |
| TDCJ-ID | | | |
| O/Pris | | | |

COOK,
Charles Lee

# 1457546

### Transfers and Assignments

ALL POSTINGS (Cont'd.)

10/17/8  Hol UCC/05/ review   M9
200900
remain as askned
2·24·40  Su ucc(1) ucs mental heath
10-15-10  HD ucc ( C/ III/14 DDP

| Date | Place | Work |
|---|---|---|
| 1·04·08 | HD | Kit. Helper |

AGG SEX ASLT CHILD (1) (8Y)

ILLNESS, INJURY OR DEATH - NOTIFY
SUBJECT STATES NO ONE

RACE: WHITE          SEX: MALE    HEIGHT: 06' 00"    WEIC

COMPLEXION: RUDDY          EYES:  BLU          HAIR

NATIVITY: Lufkin, Angelina Co , TX          MARKS a
NO MARKS OR SCARS

DETAINERS:

| COOK,<br>Charles Lee<br>#1457546 | | |
|---|---|---|
| Transfers and Assignments | | |
| Date | Place | Work |

**SUMMARY:**
1 arrest involving 1 violent offense--as present TDCJ-CID #1457546, rec'd NF 10/01
maintained clear record--claims no contact w/2 siblings--claims father, mother deceas
secondary test indicates range--

**PRESENT OFFENSE SUMMARY:**

The current offense of AGGRAVATED SEXUAL ASSAULT OF A CHILD involve:
subject on 06/27/2007, during the evening time in San Jacinto County, Texas having
victim a 13 year old white male (Evans, Kenneth Lee) perform oral SEX on him in th
subject's tent. The subject and the victim were seen by a female (Wright, Melissa). T
witness called police and the subject was arrested on the scene, transported to the San
County Jail, where no bond was set (NOT VERIFIED).

DPS #: 04881399
FBI #: N/A
SSN #: N/A
DL #: N/A



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Institutional Division

1457546          000     10/1/2007
COOK, CHARLES LEE

```
CSIMF500            T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                    DATE: 04/09/10      TIME: 13:51:01

NAME: COOK,CHARLES LEE                TDC# 01457546  STAT/CUST: S3   MH UNIT: SV
HSNG ASSIGNMENT: DORM 4D      MH  BED: 001 LAST VISITOR LIST CHANGE:
INMATE TYPE: ID




VR CHILDREN UNDER 16

                   3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:   0 LAST VISIT DATE:            CONTACT VISIT ELIG. Y
REGULAR VISITS THIS MO:   0 LAST VISIT DATE:
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST: _____        OR SIDNO _____
PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST   PF10=FAMILY PAGE
```

CL-064 REVISED 09/04

Offender Charles Cook  #01457546   8-8-11





 

I-11196-08-11          08/08/11
Ms. Earl, Glenda       3:30 am
Employee Injury – Treatment Beyond
First Aid   (Gurney rolled over Left Ankle)
Sidewalk between SV & HD
Photo Taken By:  Lt. S. Elmer

*TRI
Death*

*Offender Death ✓ (Autopsy Ruled HEAT
(Cause Pending)*

```
*************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA      EMERGENCY ACTION CENTER  **
*************************************************************
***           S Y S M   I N B A S K E T   P R I N T          **

MESSAGE ID: 973370      DATE: 08/08/11  TIME: 06:59    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      JHO1227 - HODGES, JEREMY
           LIEUTENANT
           SKYVIEW/HODGE COMPLEX

SUBJECT:   I-11185-08-11

EAC USE ONLY:  DATE REPORTED:....8/8/11..........TIME REPORTED:..0549....

EMERGENCY ACTION CENTER INCIDENT NO: I - 11185 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M - ...  ...
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HD   REGION K2  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 0258A
SPECIFIC LOCATION: J1 BUILDING A2-17
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)              0445
RANK/NAME: CREEL, JONATHAN CO4
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: HODGES, JEREMY LT.
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
   X A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES      NO


                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST   RACE  SEX  AGE  INJ  A-V
   COOK, CHARLES                  1457546     II     W     M    53   N    N




WERE OFFENDERS TRANSFERRED TO A HOSPITAL    YES X NO
BY:  EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: N/A
```

11185

TREATMENT: N/A

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)            SSN      RACE   SEX    AGE        RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011   TIME: 04 : 45 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: TONY JOHNSON JP PCT 2
COUNTY WHERE DEATH OCCURRED: CHEROKEE COUNTY
PRELIMINARY CAUSE OF DEATH: UNKNOWN
NEXT OF KIN NOTIFIED    YES X NO  DATE:    /    /        TIME:      :
NAME OF NOK: UNKNOWN
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

  N/A

CHEMICAL AGENT INFORMATION
AMOUNT                          LIST TYPE                    AUTHORIZATION
  N/A

WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO  INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR                      N/A
B.O.S.S. CHAIR                                N/A
VIDEO SURVEILLANCE                            N/A
HEARTBEAT DETECTION SYSTEMS                   N/A
BODY ALARM                                    N/A
PERIMETER FENCE DETECTION SYSTEMS             N/A

1185

```
STAB-RESISTANT VEST                              N/A
NARCOTIC DETECTOR CANINE                         N/A
CELL PHONE DETECTOR CANINE                       N/A
PACK CANINES                                     N/A
S.A.R. CANINES                                   N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM           N/A
OTHER:  N/A
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 8/8/11 AT APPROXIMATELY 0258, OFFICER CREEL, JONATHAN CO4 WAS WAKING
OFFENDERS FOR THE BREAKFAST MEAL. AS HE APPROACHED CELL J1 BUILDING A2-17 HE
FOUND OFFENDER COOK, CHARLES  1457546 UNRESPONSIVE. OFFENDER COOK IS A 53
YEAR OLD WHITE, MALE OFFENDER SERVING AN EIGHT YEAR SENTENCE FOR AGGRAVATED
SEXUAL ASSAULT OF A CHILD FROM SAN JACINTO COUNTY. OFFICER CREEL ATTEMPTED TO
WAKE OFFENDER COOK WITH THE ASSISTANCE OF THE OFFENDER'S CELLMATE AND HE WAS
STILL UNRESPONSIVE. OFFICER CREEL CALLED FOR SUPERVISORY ASSISTANCE,
ADDITIONAL STAFF AND MEDICAL. STAFF RESPONDED AND CPR WAS INITIATED.
OFFENDER COOK WAS PLACED ON A BACKBOARD AND REMOVED FROM THE CELL AND PLACED
ON A GURNEY AT THE BOTTOM OF THE STAIRS. CPR CONTINUED WHILE THE OFFENDER
WAS TAKED TO SKYVIEW DSC. EMS WAS CALLED AND ARRIVED ON THE FACILITY AT 0315.
OFFENDER COOK ARRIVED IN DSC AT APPROXIMATELY 0330 TO FIND EMS THERE WAITING
TO RESPOND. LIFE SAVING MEASURES CONTINUED UNTIL ETMC PARAMEDIC
LINDY SPURGERS, ACTING UNDER THE DIRECTION OF DR. WILLIAM MOORE FROM TYLER,
PRONOUNCED THE OFFENDER DECEASED AT 0335. THE FOLLOWING NOTIFICATIONS WERE
MADE: OIG-BILL JONES AT 0343, OIG JESSE MAYBERRY AND BUDDY FLETCHER AT 0442.
CHAPLIN NEWTON AT 0425. JUSTICE OF THE PEACE TONY JOHNSON FROM CHEROKEE
COUNTY PCT 2 ARRIVED AT 0435 AND CERTIFIED THE TIME OF DEATH AT 0445. WARDEN
T. HAYNES ARRIVED ON THE UNIT AT 0405. CARNES FUNERAL HOME WAS NOTIFIED AT
0530. DUTY WARDEN P. DALY WAS NOTIFIED AT 0330. EAC WAS CONTACTED AT 0549
AND BARBARA MINOR ASSIGNED I-1185-08-11. THE OFFENDER'S CELL, J1-A2-17 WAS
SECURED PENDING INVESTIGATION BY OIG. OFFENDER JONES, JOE  395159 WAS ALSO
ASSIGNED TO CELL J1-A2-17. OFFENDER JONES WAS SECURED IN SINGLE CELL HOUSING
J4 L1-18 PENDING OIG INVESTIGATION. AT THE TIME OF THIS REPORT, CHAPLIN
NEWTON HAS BEEN UNABLE TO LOCATE A NEXT OF KIN FOR THE DECEASED. STAFF
INVOLVED WERE OFFERED CRISP AND OFFICER JONATHAN CREEL RECEIVED CRISP FROM
ASSISTANT WARDEN PRISCILLA DALY.
NOTIFICATIONS: WARDEN T. HAYNES           0335
               WARDEN P. DALY             0330 (DUTY WARDEN)
               OIG BILL JONES             0343
               CHAPLIN NEWTON             0425
               JUSTICE OF THE PEACE       0435 (TONY JOHNSON CHEROKEE CTY PCT2)
               CHEROKEE COUNTY S.O.       0400
               CARNES FUNERAL HOME        0530 (HOLLIE AHMAD)
               EAC / BARBARA MINOR        0549

                                        1185

                          Plaintiff's  McCollum / Cook-4934
```

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. JEREMY J. HODGES                    DATE: 08 / 08 / 2011
AUTHORIZED BY: PRISCILLA DALY, ASSISTANT WARDEN

Sent to:    EAC                    (list)                    (to)

1118



1185

```
****************************************************************
***  REQUESTOR: GKE0144 - KELLOGG, GINGER      EMERGENCY ACTION CENTER    ***
****************************************************************
***            S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 973675     DATE: 08/08/11  TIME: 07:36    PRIORITY: 000

TO:         HQEAC01 - CENTER, EMERGENCY ACTION
            GENERAL TERMINAL
            EMERGENCY ACTION CENTER

FROM:       RNE4480 - NEWTON, ROBERT
            CHAPLAIN II
            SKYVIEW/HODGE COMPLEX

SUBJECT:    DEATH NOTIFICATION


    ************************DEATH NOTIFICATION************************
    INMATE: COOK, CHARLES LEE           TDCJ# 1457546
    DATE OF DEATH: 08/08/2011
    CUSTODY: II        STATUS:          RACE: WHITE      DOB: 11/02/57 AGE: 53
    CAUSE OF DEATH:                     TIME: 4:45 AM DOCTOR: J/P
    PLACE OF DEATH: HODGE UNIT 1 BUILDING RUSK, TEXAS
    DUTY WARDEN:  PRISCILLA, DALY       TIME: 03:30
    JUSTICE OF THE PEACE: TOMMY JOHNSON TIME: 04:35
    TDCJ-ID-IAD: JESSIE MAYBERRY        TIME: 04:20
    CARNES FUNERAL HOME: HOLLY          TIME: 05:30
    CHAPLAIN: ROBERT NEWTON             TIME: 04:20
    EAC: BARBRA MINER                   TIME: 05:49
    APPROVAL OF AUTOPSY BY N.O.K.   ( )YES   ( )NO   ( X ) UNABLE TO CONTACT
    N.O.K.                          TIME        HRS   PHONE
    ADDRESS:                        FAMILY WILL( ) WILL NOT( ) CLAIM BODY
    ADDRESS:
    LOCATION OF BODY:  SV UNIT
    LOCATION OF INMATE PROPERTY: HD UNIT


    Sent to:   HSMA016            DEATH RECS/CAROLYN MCMILLIAN  (to)
               HVWAR01            HUNTSVILLE_WARDENS_OFFICE     (to)
               CHAPSUP            HARDIN, LAWANA                (to)
               HQEAC01            CENTER, EMERGENCY ACTION      (to)
               CAS7773            ASHWORTH, CARISE              (to)
               KEN2430            ENLOE, KELLY                  (to)
```

I-11185-08-11

```
***********************************************************************
*** REQUESTOR: KCR3207 - CRUMBLY, KYLA        EMERGENCY ACTION CENTER    **
***********************************************************************
***             S Y S M   I N B A S K E T   P R I N T                   **

MESSAGE ID: 9751387     DATE: 08/09/11  TIME: 01:40     PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     JHO1227 - HODGES, JEREMY
          LIEUTENANT
          SKYVIEW/HODGE COMPLEX

SUBJECT:  ADDENDUM I-11185-08-11

*** Original Author:  WWI5478 - WITT, WILLIAM; 08/08/11 10:15


ON 08-08-11 AND AT 09:35 HOURS,CARNES FUNERAL HOME MR. JOE,LUNA DID
ARRIVE AT THE SKYVIEW/HODGE UNIT AND DID TAKE POSSESSION OF OFFENDER
COOK,CHARLES #1457546 BODY AND EXITED THE UNIT AT 09:55 HOURS ENROUTE
TO UTMB GALVESTON FOR AUTOPSY. ALL INFORMATION WILL BE FORWARDED AS
IT BECOMES AVAILABLE.



AUTHOR: WITT
        SERGEANT
        SKYVIEW/HODGE COMPLEX

*** Comments From: JHO1227 - HODGES, JEREMY; 08/09/11 01:40

Sent to:  HQEAC01                CENTER, EMERGENCY ACTION        (to)
```

```
--------------------- SYSM OUTBASKET MESSAGE COMPOSING --------------- 4.1.C
User ID: TAL4570                            *** WORDWRAP Completed ***
Enter Command ===>                              Alt: HQEAC01
 *** "ANSWER" in progress ***
Message ID: 975128TA              Status: NEW   Lines: 0000021  Chars: 0000661
        ----+----1----+----2----+----3----+----4----+----5----+----6----+----7-
        |          SKYVIEW/HODGE COMPLEX
        |
        | *** Comments From: JHO1227 - HODGES, JEREMY; 08/09/11 01:40
        |
        | *** Comments From: HQEAC01 - CENTER, EMERGENCY ACTION; 08/09/11 11:19
        | **************
                        *************************


        PLEASE BE SURE YOUR RECORDS ARE CORRECT.  THE INCIDENT NUMBER
        SHOULD READ  I-11185-08-11  NOT  I-11188-08-11.
        THANK YOU FOR YOUR COOPERATION.
                        *******************************


        ----+----1----+----2----+----3----+----4----+----5----+----6----+----7-
W/P CMMDS: Wordwrap  SPEll  DICtionary  CORrect  TSPlit
COMMANDS:  Up Down Top Bottom Right Find Send DELete Copy UPDate GET PUT QUE
           Print FILe PULl POst BPull CHeck SOrt SET{CAP¦CMMd¦NULl¦SCR} UNLk
```