UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 194

Administrative Incident Review
Huntsville Unit
Incident # I-11246-08-11

# ADMINISTRATIVE INCIDENT REVIEW

**Incident Number: I-11246-08-11**

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HUNTSVILLE UNIT



**To:**   <u>Ms. Kathy Cleere, Emergency Action Center</u>

**Thru:**   <u>Mr. Michael Upshaw, Region I Director</u>

**From:**   <u>James Jones, Senior Warden, HV Unit</u>

Received

SEP  6 2011

EAC

**Subject:**   **Offender Death – Natural Attended**

**Persons Involved:**   **Offender Martone, Michael David TDCJ #1395315 – Serving a 25 year sentence for Intoxication Manslaughter with a Deadly Weapon**

**Employees:**   N/A

**Offenders (Witness):**   N/A

**Summary:**

On August 8, 2011, at approximately 1815 hours, Offender Martone, Michael TDCJ #1395315 was inside his assigned cell of G-1-4 and told the officer assigned to the cellblock, Officer Collard, Kerry that he felt bad and had been feeling bad for the past day or so. Sgt. Ford, Thomas responded to the cellblock and escorted the offender to the unit infirmary. Nurse McCleskey, LVN was inside the infirmary and instructed Sgt. Ford to call the Estelle Unit RMF and let them evaluate the offender. Nurse Rye, RN, from Estelle Unit via the DMS video screen, evaluated Offender Martone and advised him to rest as much as possible and to increase his water intake. Offender Martone acknowledged the instructions and he was escorted back to his assigned cellblock.

Later that evening, at approximately 1930 hours, Officer Collard observed Offender Martone holding on to the window sill in the dayroom, with two offenders assisting him by holding him up. Officer Collard immediately requested assistance from a supervisor and additional staff. Medical staff had departed the facility for the day. Sgt. Roundtree, Clifton arrived and requested a wheelchair. While waiting for the wheelchair, Offender Martone began to fall in and out of consciousness, and had a difficult time answering questions. Offender Martone was then sat down on a locker box. The wheelchair arrived and the offender's condition deteriorated further and he lost complete consciousness. Sgt. Roundtree then requested a back board and gurney. Sgt. Roundtree then initiated incident command and instructed Sgt. Ford to call 911. The back board arrived and the offender was secured to it. Lieutenant Proctor, Michael arrived and assumed command of the incident. Lt. Proctor then assessed Offender Martone's condition and noted that he was breathing and had a steady pulse, but was unconscious. The back board was then carried

Administrative Incident Review
Huntsville Unit
Incident # I-11246-08-11

to the gurney and the gurney was then taken to the infirmary. While awaiting Walker County Emergency Medical Services, Lt. Proctor continued to confirm the offender still had a pulse and was breathing. Lt. Proctor instructed Officer Ellis, Patricia CO3 to obtain some ice packs, which were placed under Offender Martone's arms, on his neck area, and on his groin area, in the event that this incident was heat related. The paramedics arrived to the infirmary at 2020 hours and the offender was placed on the ambulance. The ambulance departed the unit at 2045 hours en route to the Huntsville Municipal Airport to transfer Offender Martone to Herman Memorial Hospital-Houston via helicopter. Lt. Simmons, Kevin sent Third Shift Officer Bake, Gary CO4 to the airport to provide security over Offender Martone on the life flight. The helicopter departed the airport at 2115 hours. The transport arrived at Herman Memorial at approximately 2155 hours. The offender was escorted inside the hospital. Offender Martone then lost all vital signs and Cardio Pulmonary Resuscitation was started at 2203 hours. Efforts to revive the offender were continued but unsuccessful. Offender Martone was pronounced deceased by Dr. George, Libby at 2222 hours. Officer Bake gathered the required information and notified Lt. Simmons of the death at 2235 hours. Lt. Simmons then began the notification process as follows:

<u>August 8, 2011</u>
2237 – Warden Jones notified by Lt. Simmons
2239 – Region 1 Director Upshaw notified by Warden Jones
2245 – Chaplain Hart notified by Lt. Simmons
2248 – OIG Officer Shawaker notified by Lt. Simmons
2359 – Carnes Funeral Home notified by Lt. Simmons
<u>August 9, 2011</u>
0118 – EAC staff member K. Crumbley notified by Lt. Simmons
0835 – Next of Kin Roxanne Martone (Daughter) notified by Chaplain Hart

The preliminary cause of death (as reported by the attending physician at Herman Memorial) was heat stroke and cardiac arrest. An autopsy order was not objected to by the next of kin. Warden Jones, James and Sgt. Simington, Michael drove to Herman Memorial Hospital to assist in providing security and gathering documentation.

Due to the extreme temperatures and heat indexes, added precautions were initiated in June 2011. All offenders who are prescribed psychotropic medication are being housed on the first row of their designated cellblocks. The 'security check' portion of the I-216 "Daily Activity Log" is being completed by cellblock officers to document required security checks of these offenders. Water coolers have been placed on every cellblock in the institution and they contain ice water. They are re-filled as needed. Staff is trained daily on recognizing the signs and symptoms of heat-related illnesses. Offenders are also provided training on how to stay hydrated during extremely hot weather.

Attachments:

EAC Report sent by Lt. Simmons on 08/08/11 – Message ID #980675 (3 pgs)
Travel Card (Copy) – Offender Martone, Michael #1395315 (4 pgs)
Sick Call Exam Clinic Notes – 08/02/11 (2 pgs)
Clinic Notes from DMS visit – 08/08/11 (2 Pgs)
Prescribed Medications (3 pgs)
Walker County EMS Trip Report (2 pgs)
Hermann Memorial Hospital ED Record (2 pgs)
Hermann Memorial Hospital CPR Record (2 pgs)
Offender Death Notification Form completed by Lt. Simmons (1 pg)
Autopsy Order Form (1 pg)

Administrative Incident Review
Huntsville Unit
Incident # I-11246-08-11
**Attachments (continued):**

**Offender Death Notification Worksheet completed by Chaplain L. Hart (3 pgs)**
**Huntsville Unit Infirmary (HUI) sign in/out log – 08/08/11 (1 pg)**
**I-216 'Daily Activity Log' documented security checks on G-line – 08/08/11 (1 pg)**
**HV Unit 2nd Shift Building Turnout Roster – 08/08/11 (1 pg)**
**IOC – written statement by Officer K. Collard (1 pg)**
**IOC – written statement by Sgt. T. Ford (1 pg)**
**IOC – written statement by Sgt. C. Roundtree (1 pg)**
**IOC – written statement by Lt. M. Proctor (1 pg)**
**IOC – written statement by Officer P. Ellis (1 pg)**
**IOC – written statement by Officer A. Quick (1 pg)**
**IOC – written statement by Lt. K. Simmons (1 pg)**
**IOC – written statement by Sgt. M. Simington (1 pg)**
**IOC – written statement by Officer G. Bake (1 pg)**
**TNG-93 'Serious Incident Report Form' – Offender Death (2 pgs)**

**Employee Action/Inaction:**

**Employee inaction does not seem to be a factor in this incident. Employee actions were within agency policy.**

**Warden's/Administrative Supervisor's Comments:**

Security staff actions were ~~followed~~ appropriate during this incident.

_____          8-16-11
Signature                                                Date

**Regional Director's/Assistant Director's Comments:**

_____          _____
Signature                                                Date

# ADMINISTRATIVE REVIEW
## CHECK LIST

| | |
|---|---|
| UNIT | Huntsville |
| INCIDENT # | 11246-08-11 |
| DATE OF INCIDENT | 8-8-11 |
| DATE RECEIVED | 8-17-11 |
| DATE FORWARDED | 9-6-11 |
| DUE DATE | 9-6-11 |

### CONTENTS

☒ A. A review of the circumstances of the incident;

☒ B. The persons involved;

☒ C. Events leading up to and following the incident;

☒ D. A consideration of whether the actions taken were consistent with Agency Policies and Procedures;

☐ E. A review of whether lesser alternative means of managing the situation were available;

☐ F. An identification of actions, if any, that could be taken to avoid future incidents of a similar nature and identification of training needs;

☒ G. A determination of whether substandard employee conduct was a factor in the incident;

☐ H. Corrective action taken;

☐ I. Escape information (as described in Attachment C);

☒ 1. Mainframe e-mail messages sent to the EAC (daily lockdown updates are excluded);

☒ 2. Emergency Action Center Incident Report (TNG-93);

☒ 3. Employee and Offender Statements;

☐ 4. Photographs;

☒ 5. Travel cards (excluded when seven (7) or more offenders are involved);

☐ 6. Offender Protection Investigation Report (SPP-02) and;

☒ 7. If any offender death is involved, Transport Order, Autopsy Order and Custodial Death Report: (These forms are found as attachments to AD-03.29, "TDCJ Procedures to be followed in case of Offender Death") and;

☐ 8. Offender Suicide Reconstruction (SM 05.20)

Reviewer's Signature: _____          Date: 9-2-11

# Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *REGION I DIRECTOR'S*

**ADMINISTRATIVE REVIEW COMMENTS**
Incident Report # 11246-08-11

II. Region I Director's Comments:

Offender death

- All staff action, as outlined in the Administrative Review, was within agency policy and procedures.

- 90-day review is not recommended.

Troy Selman for
_____
Regional Director's Signature

9-6-11
_____
Date

*th/MU*

```
****************************************************************************************
*** REQUESTOR: SLE3389 - LEMLER, SHANE        HUNTSVILLE UNIT                      ***
****************************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                             ***
```

MESSAGE ID: 980675     DATE: 08/09/11  TIME: 02:31am  PRIORITY: 000

TO:        SLE3389 - LEMLER, SHANE
           LIEUTENANT
           HUNTSVILLE UNIT
           815 12TH STREET
           HUNTSVILLE, TEXAS 77348

FROM:      KSI8517 - SIMMONS, KEVIN
           LIEUTENANT
           HUNTSVILLE UNIT
           815 12TH STREET
           HUNTSVILLE, TEXAS 77348

SUBJECT:   I-11246 08 11

EAC USE ONLY:  DATE REPORTED:.....................TIME REPORTED:...............

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11246 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -        -      -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HV    REGION 01   DATE OCCURRED: 08 / 08 / 2011   TIME OCCURRED: 2222
SPECIFIC LOCATION: HERMAN MEMORIAL HOSPITAL HOUSTON
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. C. ROUNDTREE
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A       B       C        D       E       N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES     NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 MARTONE, MICHEAL DAVID           1395315     62    W    M    57   Y


WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY:   EMS   VAN X LIFE FLIGHT
NAME OF HOSPITAL:  HERMAN MEMORIAL HOUSTON
TREATMENT:  CPR
```

EMPLOYEE INFORMATION
NAME (LAST, FIRST M)          SSN      RACE   SEX    AGE      RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011  TIME: 22 : 22 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE:  DR. GEORGE, LIBBY
COUNTY WHERE DEATH OCCURRED:  HARRIS
PRELIMINARY CAUSE OF DEATH:  HEAT RELATED
NEXT OF KIN NOTIFIED   YES X NO   DATE:   /   /      TIME:   :
NAME OF NOK:
HUNTSVILLE FUNERAL HOME NOTIFIED   YES X NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

DESCRIPTION OF WEAPON(S) CONTRABAND

CHEMICAL AGENT INFORMATION
AMOUNT              LIST TYPE                   AUTHORIZATION

WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO   INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

ON AUGUST 8TH 2011 AT APPROX 2000 SGT C. ROUNDTREE RESPONDED TO G-1-4 CELL
WHERE OFFENDER MARTONE WAS COMPLAINING OF DIZZINESS AND SHORTNESS OF BREATH.
UPON ARRIVING AT THE CELL SGT. ROUNDTREE FOUND OFFENDER MARTONE CONSIOUS AND
ALERT. AS SGT. ROUNDTREE BEGAN MOVING THE OFFENDER FROM HIS CELL TO MEDICAL T
HE OFFENDER LOST CONSIOUSNESS. SGT. ROUNDTREE INITIATED ICS. LT. PROCTOR
RESPONDED WITH OFFICERS P. ELLIS AND A. QUICK. OFFENDER MARTONE WAS PLACED ON
A BACKBOARD AND TAKEN OUT OF THE BUILDING TO A GURNEY THAT WAS WAITING
OUTSIDE THE DOOR. THE RADIO PICKET OFFICER CONTACTED 911 AND EMS WAS
ACTIVATED. THE OFFENDER WAS MOVED TO THE HUNSVILLE UNIT INFIRMARY BY GURNEY
TO AWAIT THE ARRIVAL OF EMS. WHILE IN THE INFIRMARY LT. M. PROCTOR NOTICED
THAT THE OFFENDER WAS VERY WARM TO THE TOUCH AND APPLIED ICE PACKS TO THE
OFFENDER IN CASE HE WAS HAVING A HEAT RELATED EMERGENCY. EMS ARRIVED AT
APPROX. 2020 AND BEGAN TREATING THE OFFENDER. A DECISION WAS MADE BY EMS TO
TAKE THE OFFENDER TO THE HUNTSVILLE MUNICIPAL AIRPORT WHERE HE WOULD BE
PLACED ON LIFEFLIGHT HELICOPTER. ONCE THE OFFENDER ARRIVED AT HERMAN MEMORIAL
IN HOUSTON HE LOST ALL VITAL SIGNS. CPR WAS STARTED AT 2203 AND THE OFFENDER
WAS PRONOUNCED DECEASED BY DR. GEORGE, LIBBY AT 2222. OFFICER GARY BAKE
CO IV NOTIFIED LT. KEVIN SIMMONS OF THE DEATH AT 2235. OFFICER BAKE WAS TOLD
BY MEDICAL STAFF FROM HERMAN HOSPITAL THAT THE OFFENDER DEATH MAY HAVE

BEEN A RESULT OF HEAT AND THAT THE OFFENDERS BODY TEMPERATURE WAS 108.
AT 1900 THE UNIT RECORDED THE TEMPERATURE AT 102, HUMIDITY AT 20 , AND HEAT
INDEX AT 99. NOTIFICATIONS ARE AS FOLLOWS.
2237 WARDEN JONES NOTIFIED BY LT. SIMMONS
2239 REGION 1 DIRECTOR MR. UPSHAW NOTIFIED BY WARDEN JONES
2245 CHAPLAIN HART NOTIFIED BY LT. SIMMONS
2249 OIG OFFICER KEVIN SHAWACRE NOTIFIED BY LT. SIMMONS
2359 CARNES FUNERAL HOME NOTIFIED BY LT. SIMMONS
0118 FAC NOTIFIED BY LT. SIMMONS
AT THE CURRENT TIME CHAPLAIN HART HAS BEEN UNABLE TO CONTACT NEXT OF KIN AND
IS STILL ATTEMPTING TO MAKE CONTACT.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. KEVIN SIMMONS                              DATE: 08 / 09 / 2011
AUTHORIZED BY: WARDEN JONES

## Admission Summary

| Name | Number | Offense | Sent. | Class | NV Ed. | Plea |
|---|---|---|---|---|---|---|
| MARTONE, Michael David (W) | 1395315 | INTOX MANSLAUGHTER DDLY WPN | 25Y | IIC | 12 | Yes |

| Max Expir | Minimum Expiration | E.A./I.Q. | Age | DOB | Int./By | Religion |
|---|---|---|---|---|---|---|
| 12/30/2028 | 12/30/2028 | Not Tested 87 | 52 | 07/07/1954 | 11/10/2006 RJ /tjs | Methodist |

| COUNTY | Sent. Beg. | Date Received |
|---|---|---|
| Harris | 03/14/2003 | 10/26/2006 |

Charter Boat Captain

### EMPLOYMENT

| Inst. | Commitments | Escapes |
|---|---|---|
| Juv Prob | | |
| Prob Snt | 2-1REV | |
| Jails | 18 | |
| Ref't'y | | |
| Det Hosp | | |
| Det Home | | |
| St Trans | | |
| St Jail | | |
| SubA TF | | |
| TDCJ-ID | 1 | |
| O/Pris | 2 | |

**ALL POSTINGS**

Jail Good Time Credited From Sentence Begin Date
70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT
DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433
NOT ELIGIBLE FOR SB 1167 PER TDCJ-ID BOARD POLICY
CALC. PAROLE ELIG. ON CALENDAR TIME
LI EFF: 03/14/2003   W EFF: 03/14/2003

12-04-06  HV UCC (01) L1/G2 LAUNDRY

6-1-07 HV UCC (11) REMAIN G2

3-21-08 HV UCC (05) APPROVE ONE TIME CONTACT V/# DISAPPROVED CONTACT VISIT

5-28-08 HV UCC (06) PROMOTE S3

**ALL POSTINGS (Cont'd.)**

MARTONE,
Michael David
# 1395315

### Transfers and Assignments

| Date | Place | Work |
|---|---|---|
| | | |

INTOX MANSLAUGHTER DDLY WPN (1) (25Y)

ILLNESS, INJURY OR DEATH - NOTIFY
Roxanne Martone (DAU)
2409 Willow Trail, Deer Park, TX   (713-231-4343)

RACE: WHITE          SEX: MALE     HEIGHT: 06' 01"    WEIGHT: 270

COMPLEXION: RUDDY          EYES:  BRO        HAIR:  BRO

NATIVITY: Miami, Dade Co., FL          MARKS and SCARS:
CUT SCAR UNDER CHIN, OPER SCAR FRNT LFT LEG, TAT DEBRA/1029-86/KATY MY
BROWN EYED LADY UPR LFT/RT CHEST, OTHER TATS AND SCARS

DETAINERS:

MARTONE,
Michael David
#1395315

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

**SUMMARY:**

Reports indicate 24 arrests involving 1 violent offense--24M adult prob Brazoria Co. 1994 for DWI (revoked to Co. Jail, time served, NOT VERIFIED)--3Y adult prob Columbus, GA 1994 for Forg and Utter US Treasury Check (claims completed, NOT VERIFIED)--XX/ FL State Penitentiary #066525, 15Y sentence for 2 counts of BURG, GRAND THEFT, and 2 counts of GRAND LARCENY, confined to FL State Penitentiary, Lantana, FL, began sentence 1978, maintained clear record, claims rel'd and disch during 1984 (NOT VERIFIED)--X/ FL State Penitentiary # unk, Reception Center, Lake Butler, FL, 2Y sentence for BURG HABIT, confined 1M, maintained clear record, transferred Lantana Corr Facility, Lantana, FL, confined 1 1/2Y, parole 10/1986 and claims disch sentence 07/1987 (NOT VERIFIED)--X/ TDCJ-CID #895608, 6Y sentence from Brazoria Co. for 2 counts of FRAUD, 11/29/1999 rec'd NF, 12/06/1999 transferred DU as ID transient, 01/19/2000 transferred HV L1 (min-in), 01/20/2000 asgn CV, 04/04/2000 transferred WR (IPTC) (min-in), 05/07/2000 transferred and asgn JM, 05/11/2000 asgn WR medical release, 01/09/2001 rel'd parole Harris Co., 09/11/2004 disch sentence--as present TDCJ-CID #1395315, rec'd NF 10/26/2006, maintained clear record--claims contact w/ wife, 3 children and 1 half sibling--claims parents deceased--claims 2 marital failures w/ 2 children involved--claims married--refer to D&E Classification Summary--AKA: Capparrelli, Larry; Mantone, Michael David--

**PRESENT OFFENSE SUMMARY:**

The current offense of INTOXICATED MANSLAUGHTER WITH DEADLY WEAPON involves the subject on 12/20/2002, in Webster, Texas, during the daytime, observed by a witness driving his vehicle from lane to lane nearly side swiping several vehicles on the roadway. The subject lost control of his vehicle and struck a grassy medium, hitting a 41 year old Hispanic female victim (Marlene Gandres) with his vehicle, throwing the victim in the air and the victim struck the subject's windshield killing her instantly. The victim was picking up trash when the subject committed the offense. The subject had a blood test which revealed 0.39 milligrams of methadone, 0.10 grams of cocaine and 0.99 milligrams of benzoylecgonine in his blood system and in his body. The subject was arrested on the scene by police and placed in the Harris County Jail, where he was unable to post a $20,000 bond (VERIFIED).

SID #: 05278182
FBI #: 236015M11
SSN #: 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
DL #: 11705945



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Institutional Division

1395315          000     10/26/2006          001

MARTONE, MICHAEL DAVID

2

4352.1

HV
741

```
CSIMF500              T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                   DATE: 04/19/11      TIME: 09:50:31

NAME: MARTONE,MICHAEL DAVID           TDC# 01395315  STAT/CUST: S3   G2 UNIT: H
HSNG ASSIGNMENT: ROW G-1         GA CELL: 04  LAST VISITOR LIST CHANGE: 04 19 1
INMATE TYPE: ID
MARTONE, ROXANNE D                    DAU   302 BISCAYNE BLVD,EL LAGO,TX
MARTONE,MICHAEL H                     SON   1100 FOX MEADOWS  #269,ALVIN,TX
WHITE,DESIREE N                       FRND  3592 CR 870A,ALVIN,TX
HENRY,NORMAN                          SIL   405 GRANT, DEER PARK,TX
```

```
              3 CONTACT VISITS PER MONTH
```

```
CSIMF500              T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                   DATE: 07/14/10      TIME: 10:29:11

NAME: MARTONE,MICHAEL DAVID           TDC# 01395315  STAT/CUST: S3   G2 UNIT: H
HSNG ASSIGNMENT: RW G-1          GA CELL: 10  LAST VISITOR LIST CHANGE: 03 19 1
INMATE TYPE: ID
MARTONE,ROXANNE D                     DAU   302 BISCAYNE BLVD,EL LAGO,TX
MARTONE,MICHAEL H                     SON   1100 FOX MEADOWS  #269,ALVIN,TX
WHITE,DESIREE N                       FRND  3592 CR 870A,ALVIN,TX
HUDSON,NORMA                          SIL   26615 GABLE RIDGE DR,KATY,TX

              3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:   0 LAST VISIT DATE: 06 06 10    CONTACT VISIT ELIG: Y
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 20 20 07
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TODAL CODE, OR REQUEST:                  OR READ:
PF1=ELIG. PF4=TO INQUIRY SCREEN. PF9=DISAPPROVED LIST PF10=DAILY DATE
```

```
CSIMF500                T.D.C.J. - INSTITUTIONAL DIVISION        INMATE VISITORS LIST
                        DATE: 09/23/09      TIME: 10:12:10
```

```
NAME: MARTONE,MICHAEL DAVID          TDC# 01395315   STAT/CUST: S3   G2 UNIT: H
HSNG ASSIGNMENT: ROW G-1        GA CELL: 04  LAST VISITOR LIST CHANGE: 09 23 0
INMATE TYPE: ID
MARTONE,ROXANNE D                DAU   302 BISCAYNE BLVD,EL LAGO,TX
MARTONE,DEBRA M                  WIF   1615 ACORN ST,ALVIN,TX
HENRY,NORMAN R                   SN/IL 2409 WILLOW TRAIL,DEER PARK,TX
ELIZARDO,PETRA                   FRND  2301 E. MAIN ST,LEAGUE CITY,TX
MARTONE,MICHAEL H                SON   1100 FOX MEADOWS  #269,ALVIN,TX
WHITE,DESIREE N                  FRND  3592 CR 870A,ALVIN,TX
ELIZARDO,JOSE-LUIS               FRND  310 WACO #103,LEAGUE CITY,TX
```

```
  NAME: MARTONE,MICHAEL DAVID          TDC# 01395315   STAT/CUST: S4   G2 UNIT:
  HSNG ASSIGNMENT: ROW G-1        GA CELL: 04  LAST VISITOR LIST CHANGE: 08 08
  INMATE TYPE: ID
    01   MARTONE,ROXANNE               DAU   2409 WILLOW TRAIL,DEER PARK,TX
    02   MARTONE,DEBRA (MACKIN)        WIF   1615 ACORN ST,ALVIN,TX
    03   HENRY,NORMAN                  SIL   2409 WILLOW TRAIL,DEER PARK,TX
    04   ELIZARDO,PETRA                FRND  2301 E. MAIN ST,LEAGUE CITY,TX
    05   MARTONE,MICHAEL H             SON   3592 CR 870A,ALVIN,TX
    06   WHITE,DESIREE N               FRND  3592 CR 870A,ALVIN,TX
```

```
  NAME: MARTONE,MICHAEL DAVID          TDC# 01395315   STAT/CUST: L1   G2 UNIT: H
  HSNG ASSIGNMENT: ROW G-1        GA CELL: 04  LAST VISITOR LIST CHANGE: 10 30 0
  INMATE TYPE: ID
    01   MARTONE,ROXANNE               DAU   2409 WILLOW TRAIL,DEER PARK,TX
    02   MARTONE,DEBRA (MACKIN)        WIF   1615 ACORN ST,ALVIN,TX
    03   HENRY,NORMAN                  SIL   2409 WILLOW TRAIL,DEER PARK,TX
    04   ELIZARDO,PETRA                FRND  2301 E. MAIN ST,LEAGUE CITY,TX
```

```
        CSIMF500            T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                            DATE: 11/03/06     TIME: 14:08:38
```

```
        NAME: MARTONE,MICHAEL DAVID       TDC# 01395315   STAT/CUST: L1   IT UNIT: NF
        HSNG ASSIGNMENT: DORM K2A      TR BED: 007 LAST VISITOR LIST CHANGE: 10 30 06
        INMATE TYPE: TF
          01   MARTONE,ROXANNE            DAU   2409 WILLOW TRAIL,DEER PARK,TX
          02   MARTONE,DEBRA (MACKIN)     WIF   1615 ACORN ST,ALVIN,TX
          03   HENRY,NORMAN               FRND  2409 WILLOW TRAIL,DEER PARK,TX
          04   ELIZARDO,PETRA             FRND  2301 E. MAIN ST,LEAGUE CITY,TX
```

```
        PRESS PF2 KEY TO CORRECT ERRORS OR TO BROWSE VISITORS FOR THE CURRENT MONTH
                        1 CONTACT VISIT PER WEEK
        CONTACT VISITS THIS MO:   0 LAST VISIT DATE:         CONTACT VISIT ELIG. N
        REGULAR VISITS THIS MO:   0 LAST VISIT DATE:
        SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
        ENTER NEXT TDCNO, CODE, OR REQUEST: _____          OR SIDNO _____
        PF1=HELP      PF5=DISAPPROVED LIST
```

**Correctional Managed Care**
**MD/MLP - SICK CALL EXAM**

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/02/2011 14:56   **Facility:** HUNTSVILLE (HV)
**Age:** 57 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/2/2011:** BP: 159 / 91 (Sitting) ; Wt: 309 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 / min; Temp: 95 (Oral)
**Allergies:** HMG-COA REDUCTASE INHIBITORS

| Patient Language:   **ENGLISH**   Name of interpreter, if required: |
|---|

Current Medications:
ECOTRIN EC 325MG,   1 TABS ORAL QD
VASOTEC 20MG,   1 TABS ORAL BID
MOTRIN 800MG,   1 TABS ORAL BID
IMDUR 60MG,   1 TABS ORAL QD
LOPRESSOR 100MG,   1 TABS ORAL BID
LOPRESSOR 50MG,   1 TABS ORAL BID
     *Special Instructions:* TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
LONITEN 10MG,   1 TABS ORAL BID
NIASPAN 500MG,   1 TABS ORAL DAILY
NITROSTAT 0.4MG,   1 TABS SUBLINGUAL SL NTG
     *Special Instructions:* IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
PAMELOR 50MG,   4 CAPS ORAL QAM
PRILOSEC 20MG,   1 CAPS ORAL QAM
DILANTIN 100MG,   3 CAPS ORAL QD
PLAVIX * 75MG,   1 TABS ORAL DAILY
     *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
ARTIFICIAL TEARS EYE DROP 1.4%,   2 % OPHTHALMIC BID
INDERAL 40MG,   1 TABS ORAL TID
ZANTAC 150MG,   1 TABS ORAL BID
APRESOLINE 50MG,   2 TABS ORAL TID
HYDRODIURIL 25MG,   1 TABS ORAL QD


**Today's Problem:**   skin lesions on chest, arms ; hx of cataracts

**S:**   sores. Hx of chronic folliculitis/abscess
Unable to see out of right eye
**O:**   scattered papule lesions

**A:**   dermatitis; cataracts

**Plan is as follows:**   will get VAT then consider referral to HG opthoi for rt eye cataract surgery

Schedule with nursing for VAT

Started Meds:
     TRIAMCINOLONE 0.1% CREAM 1LB   45802006535       08/02/2011 15:04
           1 APPLICS TOPICALLY BID
           Special Instructions:Apply Thin Layer Sparingly.
     STOP DATE:           REFILLS: 0

**Correctional Managed Care**
**MD/MLP - SICK CALL EXAM**

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/02/2011 14:56   **Facility:** HUNTSVILLE (HV)

**Procedures Ordered:**
  **EXTENDED OFFICE VISIT (NO COPAY):cataract nos**

Electronically Signed by NORWOOD, BARRY W. PA on 08/02/2011.
##And No Others##

2 of 2

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/08/2011 21:34   **Facility:** HUNTSVILLE (HV)
**Age:** 57 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/2/2011:** BP: 159 / 91 (Sitting) ; Wt: 309 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 / min; Temp: 95 (Oral)
**Allergies:** HMG-COA REDUCTASE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
ECOTRIN EC 325MG,   1 TABS ORAL QD
VASOTEC 20MG,   1 TABS ORAL BID
MOTRIN 800MG,   1 TABS ORAL BID
IMDUR 60MG,   1 TABS ORAL QD
LOPRESSOR 100MG,   1 TABS ORAL BID
LOPRESSOR 50MG,   1 TABS ORAL BID
     *Special Instructions:* TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
LONITEN 10MG,   1 TABS ORAL BID
NIASPAN 500MG,   1 TABS ORAL DAILY
NITROSTAT 0.4MG,   1 TABS SUBLINGUAL SL NTG
     *Special Instructions:* IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
PAMELOR 50MG,   4 CAPS ORAL QAM
PRILOSEC 20MG,   1 CAPS ORAL QAM
DILANTIN 100MG,   3 CAPS ORAL QD
PLAVIX * 75MG,   1 TABS ORAL DAILY
     *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
ARTIFICIAL TEARS EYE DROP 1.4%,   2 % OPHTHALMIC BID
INDERAL 40MG,   1 TABS ORAL TID
ZANTAC 150MG,   1 TABS ORAL BID
KENALOG 0.1% CREAM 1LB 0.1%,   1 APPLICS TOPICALLY BID
     *Special Instructions:* APPLY THIN LAYER SPARINGLY.
APRESOLINE 50MG,   2 TABS ORAL TID
HYDRODIURIL 25MG,   1 TABS ORAL QD

| SCR INITIATED? |   | YES | Date Received: |
|---|---|---|---|
|  | x | NO | ███████████████ |

**Today's Problem:**
1840
S:  RECEIVED CALL FROM SGT FORD, PT C/O SOB.
1850
O: VIEWED PT ON DMS.  HE IS ALERT & SITTING UPRIGHT ON A CHAIR W/O DISTRESS.  AFFECT IS CALM. HIS RESPIRATIONS ARE EVEN AND UNLABORED.  HIS COLOR IS WNL.  HIS SPEECH IS CLEAR. HE SPEAKS IN MULTI-WORD SENTENCES W/O HESITATION OR BREATHLESSNESS.  HE C/O SOB AND DRY MOUTH THAT BEGAN THIS AFTERNOON AROUND 2PM THAT IS INTERMITTENT.  HE DOESN'T REPORT PAIN OR DISCOMFORT. HE DENIES COUGH OR NASAL CONGESTION.

A:  NA

Plan is as follows:  ADVISED TO REST AND RELAX AS MUCH AS POSSIBLE.  ALSO TO  INCREASE HIS
1 of 2

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/08/2011 21:34   **Facility:** HUNTSVILLE (HV)

WATER INTAKE AND DRINK WATER EVERY HOUR THAT HE IS AWAKE.  IF SX'S DON'T IMPROVE OR IF THEY WORSEN TO NOTIFY SECURITY AND HE WILL BE RE-EVALUATED ON DMS AT THAT TIME.  HE VERBALIZED UNDERSTANDING AND AGREEMENT TO THE P.O.C.


Electronically Signed by RYE, PATRICIA A. R.N. on 08/08/2011.
##And No Others##

Report #: PHO510                    **Medication Print Pass**              Date/Time:  08/09/2011 08:12 AM
Schema:  TDCJ

HUNTSVILLE (HV)

ALLERGIES:    HMG-COA REDUCTASE INHIBITORS

| PATIENT:  MARTONE, MICHAEL D | MRN:1395315 | DOB:07/07/1954 | HOUSING: G-1 CELL 04 |
|---|---|---|---|

NIASPAN 500MG ER TABLET                                                RX_ID:            11476375
1 TABS ORAL DAILY for 30 Days                                          REFILLS:          6/11
RX DATE:          01/13/11 08:19:19 AM     RUN START DATE: 07/12/11 08:19:00 AM     RUN END DATE:     08/11/11 08:19:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 01/08/12 08:19:00 AM
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.                    ENTRY USER:  KHOSHDEL, ABBAS M.D.
MEDICATION STATUS:  ACTIVE

NORTRIPTYLINE HCL 50MG CAPSULE                                        RX_ID:            10698757
4 CAPS ORAL EVERY MORNING for 30 Days                                 REFILLS:          11/11
RX DATE:          08/17/10 10:53:40 AM     RUN START DATE: 07/13/11 10:53:00 AM     RUN END DATE:     08/12/11 10:53:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 08/12/11 10:53:00 AM
ORDERING PROVIDER:  YAP, ROMEO M.D.                          ENTRY USER:  YAP, ROMEO M.D.
MEDICATION STATUS:  ACTIVE

OMEPRAZOLE 20MG CAPSULE                                               RX_ID:            11578298
1 CAPS ORAL EVERY MORNING for 30 Days                                 REFILLS:          6/11
RX DATE:          02/02/11 09:19:37 AM     RUN START DATE: 08/01/11 09:18:00 AM     RUN END DATE:     08/31/11 09:18:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 01/28/12 09:18:00 AM
ORDERING PROVIDER:  NORWOOD, BARRY W PA                     ENTRY USER:  WHITE, HANNAH C L.V.N.
MEDICATION STATUS:  ACTIVE

PHENYTOIN SOD 100MG CAPSULE                                          RX_ID:            11054389
3 CAPS ORAL DAILY for 30 Days                                         REFILLS:          9/11
RX DATE:          10/21/10 10:48:40 AM     RUN START DATE: 07/18/11 10:48:00 AM     RUN END DATE:     08/17/11 10:48:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 10/16/11 10:48:00 AM
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.                    ENTRY USER:  KHOSHDEL, ABBAS M.D.
MEDICATION STATUS:  ACTIVE

PLAVIX 75MG TABLET *                                                  RX_ID:            11329023
1 TABS ORAL DAILY for 30 Days S/P ANGIOPLASTY, [INDEF]                REFILLS:          7/11
RX DATE:          12/14/10 01:04:46 PM     RUN START DATE: 07/12/11 01:02:00 PM     RUN END DATE:     08/11/11 01:02:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 12/09/11 01:02:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W PA                     ENTRY USER:  NORWOOD, BARRY W PA
MEDICATION STATUS:  ACTIVE

ASPIRIN EC 325MG TABLET                                               RX_ID:            11896703
1 TABS ORAL DAILY for 30 Days  KOP                                    REFILLS:          4/11
RX DATE:          04/04/11 07:59:01 AM     RUN START DATE: 08/02/11 07:58:00 AM     RUN END DATE:     09/01/11 07:58:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 03/29/12 07:58:00 AM
ORDERING PROVIDER:  NORWOOD, BARRY W PA                     ENTRY USER:  MCCLESKEY, PEGGY L L.V.N.
MEDICATION STATUS:  ACTIVE

ENALAPRIL MALEATE 20MG TABLET                            .            RX_ID:            11869478
1 TABS ORAL TWICE DAILY for 30 Days  KOP                              REFILLS:          4/11
RX DATE:          03/29/11 01:30:56 PM     RUN START DATE: 07/27/11 01:29:00 PM     RUN END DATE:     08/26/11 01:29:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                   EXPIRATION DATE: 03/23/12 01:29:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W PA                     ENTRY USER:  VARNER, MARK R.N.
MEDICATION STATUS:  ACTIVE

PLAVIONI/SMartone3376

Report #: PHO510                    **Medication Print Pass**         Date/Time:  08/09/2011 08:12 AM
Schema: TDCJ

HUNTSVILLE (HV)

<u>ALLERGIES:</u>   HMG-COA REDUCTASE INHIBITORS

| PATIENT:  MARTONE, MICHAEL D | MRN: 1395315 | DOB: 07/07/1954 | HOUSING: G-1 CELL 04 |
|---|---|---|---|

hyDRALazine 50MG TABLET
2 TABS ORAL 3 TIMES DAILY for 30 Days  KOP
RX DATE:              03/29/11 01:30:56 PM       RUN START DATE:  07/27/11 01:28:00 PM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

RX_ID:            11869474
REFILLS:          4/11
RUN END DATE:     08/26/11 01:28:00 PM
EXPIRATION DATE:  03/23/12 01:28:00 PM
ENTRY USER:  VARNER, MARK R.N.

---

hydroCHLOROthiazide 25MG TAB
1 TABS ORAL DAILY for 30 Days  KOP
RX DATE:              03/29/11 01:30:56 PM       RUN START DATE:  07/27/11 01:29:00 PM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

RX_ID:            11869497
REFILLS:          4/11
RUN END DATE:     08/26/11 01:29:00 PM
EXPIRATION DATE:  03/23/12 01:29:00 PM
ENTRY USER:  VARNER, MARK R.N.

---

IBUPROFEN 800MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days  As Needed (PRN) KOP
RX DATE:              06/28/11 03:43:56 PM       RUN START DATE:  07/28/11 03:43:00 PM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

RX_ID:            12351237
REFILLS:          1/2
RUN END DATE:     08/27/11 03:43:00 PM
EXPIRATION DATE:  09/26/11 03:43:00 PM
ENTRY USER:  NORWOOD, BARRY W  PA

---

ISOSORBIDE MN 60MG ER TABLET
1 TABS ORAL DAILY for 30 Days  KOP
RX DATE:              09/23/10 08:10:03 AM       RUN START DATE:  07/20/11 08:09:00 AM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  KHOSHDEL, ABBAS  M.D.
MEDICATION STATUS:  ACTIVE

RX_ID:            10891650
REFILLS:          10/11
RUN END DATE:     08/19/11 08:09:00 AM
EXPIRATION DATE:  09/18/11 08:09:00 AM
ENTRY USER:  KHOSHDEL, ABBAS M.D.

---

METOPROLOL 100MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days  KOP
RX DATE:              03/29/11 01:30:56 PM       RUN START DATE:  07/27/11 01:27:00 PM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

RX_ID:            11869464
REFILLS:          4/11
RUN END DATE:     08/26/11 01:27:00 PM
EXPIRATION DATE:  03/23/12 01:27:00 PM
ENTRY USER:  VARNER, MARK R.N.

---

METOPROLOL 50MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days  TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X
EACH DAY KOP
RX DATE:              04/02/11 07:16:21 AM       RUN START DATE:  07/31/11 07:15:00 AM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

RX_ID:            11894265
REFILLS:          4/11
RUN END DATE:     08/30/11 07:15:00 AM
EXPIRATION DATE:  03/27/12 07:15:00 AM
ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N.

---

MINOXIDIL 10MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days  KOP
RX DATE:              09/23/10 08:10:03 AM       RUN START DATE:  07/20/11 08:08:00 AM
ORDERING FACILITY:    HUNTSVILLE (HV)
ORDERING PROVIDER:  KHOSHDEL, ABBAS  M.D.
MEDICATION STATUS:  ACTIVE

RX_ID:            10891642
REFILLS:          10/11
RUN END DATE:     08/19/11 08:08:00 AM
EXPIRATION DATE:  09/18/11 08:08:00 AM
ENTRY USER:  KHOSHDEL, ABBAS M.D.

---

PMcVoluriuWSMartone3387

Report #: PHO510        **Medication Print Pass**       Date/Time:  08/09/2011 08:12 AM
Schema:  TDCJ

HUNTSVILLE (HV)

<u>ALLERGIES:</u>   HMG-COA REDUCTASE INHIBITORS

| PATIENT:  MARTONE, MICHAEL D | MRN: 1395315 | DOB: 07/07/1954 | HOUSING: G-1 CELL 04 |
|---|---|---|---|

NITROSTAT 0.4MG SL TABLET 25s
1 TABS SUBLINGUAL EVERY 5 MIN MAX 3/15 MINUTES for 180 Days IF CHEST PAIN NOT
RELIEVED IN 15 MINUTES CALL MEDICAL. As Needed (PRN) KOP

| | | RX_ID: | 11321753 |
|---|---|---|---|
| | | REFILLS: | 1/1 |
| RX DATE: | 12/13/10 01:31:40 PM   RUN START DATE: 06/11/11 01:29:00 PM | RUN END DATE: | 12/08/11 01:29:00 PM |
| ORDERING FACILITY: | HUNTSVILLE (HV) | EXPIRATION DATE: | 12/08/11 01:29:00 PM |
| ORDERING PROVIDER: | NORWOOD, BARRY W  PA | ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N. | |
| MEDICATION STATUS:  ACTIVE | | | |

POLYVINYL ALC 1.4% EYE DP 15ML
2 DROPS OPHTHALMIC TWICE DAILY for 30 Days  KOP

| | | RX_ID: | 11933645 |
|---|---|---|---|
| | | REFILLS: | 4/11 |
| RX DATE: | 04/09/11 12:07:38 PM   RUN START DATE: 08/07/11 12:07:00 PM | RUN END DATE: | 09/06/11 12:07:00 PM |
| ORDERING FACILITY: | HUNTSVILLE (HV) | EXPIRATION DATE: | 04/03/12 12:07:00 PM |
| ORDERING PROVIDER: | NORWOOD, BARRY W  PA | ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N. | |
| MEDICATION STATUS:  ACTIVE | | | |

PROPRANOLOL 40MG TABLET
1 TABS ORAL 3 TIMES DAILY for 30 Days  KOP

| | | RX_ID: | 11054353 |
|---|---|---|---|
| | | REFILLS: | 9/11 |
| RX DATE: | 10/21/10 10:46:26 AM   RUN START DATE: 07/18/11 10:46:00 AM | RUN END DATE: | 08/17/11 10:46:00 AM |
| ORDERING FACILITY: | HUNTSVILLE (HV) | EXPIRATION DATE: | 10/16/11 10:46:00 AM |
| ORDERING PROVIDER: | KHOSHDEL, ABBAS  M.D. | ENTRY USER:  KHOSHDEL, ABBAS  M.D. | |
| MEDICATION STATUS:  ACTIVE | | | |

RANITIDINE 150MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days  KOP

| | | RX_ID: | 12351239 |
|---|---|---|---|
| | | REFILLS: | 1/11 |
| RX DATE: | 06/28/11 03:43:56 PM   RUN START DATE: 07/28/11 03:43:00 PM | RUN END DATE: | 08/27/11 03:43:00 PM |
| ORDERING FACILITY: | HUNTSVILLE (HV) | EXPIRATION DATE: | 06/22/12 03:43:00 PM |
| ORDERING PROVIDER: | NORWOOD, BARRY W  PA | ENTRY USER:  NORWOOD, BARRY W  PA | |
| MEDICATION STATUS:  ACTIVE | | | |

TRIAMCINOLONE 0.1% CREAM 1LB
1 APPLICS TOPICALLY TWICE DAILY for 90 Days APPLY THIN LAYER SPARINGLY. KOP

| | | RX_ID: | 12520908 |
|---|---|---|---|
| | | REFILLS: | 0/0 |
| RX DATE: | 08/02/11 03:04:07 PM   RUN START DATE: 08/02/11 03:04:00 PM | RUN END DATE: | 10/31/11 03:04:00 PM |
| ORDERING FACILITY: | HUNTSVILLE (HV) | EXPIRATION DATE: | 10/31/11 03:04:00 PM |
| ORDERING PROVIDER: | NORWOOD, BARRY W  PA | ENTRY USER:  NORWOOD, BARRY W  PA | |
| MEDICATION STATUS:  ACTIVE | | | |

TOTAL FOR    MARTONE, MICHAEL D                            19

| Patient # | | | HWCEMS Trip Report | Call Number | 3811 |
|---|---|---|---|---|---|
| Date | 08-08-2011 | | | Patient # | [ of      Pg    ] of 2 |

## INFORMATION

| | |
|---|---|
| PT. SSN: | |
| PT. NAME: | Martone, Michael |
| ADDRESS: | PO # 99 |
| CITY/STATE/ZIP: | Huntsville TX 77370 |
| PHONE #: | 936 295 6371 |
| DOB: | AGE: 57 |
| SEX: | MALE  FEMALE |
| FAMILY DR: | UTMB |

## GUARANTOR

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY/ST/ ZIP: | |
| PHONE # | |
| EMPLOYER: | |
| ADDRESS | |
| CITY/ST/ ZIP: | |
| EMP PHONE # | |

## INSURANCE

| | |
|---|---|
| INSURANCE : | |
| GROUP # _____ POLICY # _____ | |
| MEDICARE # | |
| MEDICAID # | |

| | |
|---|---|
| Scene Location: | Walls unit |
| Transported to: | Huntsville airport |
| Mech. Of Injury: | Med |

### Response Times

| Dispatch | 2013 | Leave Scene | 2033 |
|---|---|---|---|
| Enroute | 2015 | Arrive Dest. | 2045 |
| In Area | 2019 | Arrive Scene | In Service 2050 |

### L.F. Times

| Dispatch | |
|---|---|
| Arrive | |
| Depart | |

### Response Information

| Response to Scene Code I | Code III |
|---|---|
| Response to Destination Code I   Notr   Code III | |
| MVC—INV. Police Agency | EMS Unit 350 |

Starting Mileage
Ending Mileage 51

### Personnel

| Attendant | J Loecke |
|---|---|
| Attendant | P. Green |
| Chauffer | V January |

DISPATCH REASON:  Med

CHIEF COMPLAINT:  AM C

ENVIRONMENT:  lying supine on cot

| Level of Consciousness | Breathing | | | Circulation | | | | Pupils |
|---|---|---|---|---|---|---|---|---|
| | Rate | Quality | L Lung Sounds R | Color | Temp | Condition | Cap Refill (for Pediatrics) | L    R |
| ☐ Alert and Oriented | ☐ <10 | ☐ Unlabored | ☐ Clear ☐ | ☐ Normal | ☐ Normal | ☐ Normal | ☐ <2 sec | ☐ Reactive ☐ |
| ☐ Response to Voice | ☐ 10-24 | ☐ Labored | ☐ Wet ☐ | ☐ Cyanotic | ☐ Hot | ☐ Moist | ☐ 2-4 sec | ☐ Sluggish ☐ |
| ☐ Response to Pain | ☐ >24 | ☐ Shallow | ☐ Wheezes ☐ | ☐ Pale | ☐ Cool | ☐ Diaphoretic | ☐ >4 sec | ☐ Constricted ☐ |
| ☐ Unresponsive | ☐ Apneic | ☐ Irregular | ☐ Diminished ☐ | ☐ Flush | ☐ Cold | | ☐ Absent | ☐ Dilated ☐ |
| | | ☐ Assisted | ☐ Absent ☐ | | | | | ☐ Nonreactive ☐ |

| Injury Description | Head | Chest | Abdomen RUQ | Abdomen LUQ |
|---|---|---|---|---|
| Identify the area of injury with the following numbers | ☐ Normal | ☐ Normal | ☐ Normal | ☐ Normal |
| 1 - Amputation | D C A P B T L S | ☐ Paradoxical Movement | ☐ Rigidity | ☐ Rigidity |
| 2 - Blunt Injury | **Neck** | ☐ Crepitation | ☐ Distention | ☐ Distention |
| 3 - Burn | ☐ Normal | | ☐ Palpable Mass | ☐ Palpable Mass |
| 4 - Crush | ☐ JVD | D C A P B T L S | D C A P B T L S | D C A P B T L S |
| 5 - Dislocation / Fracture | ☐ Tracheal Deviation | **Pelvis** | **Abdomen RLQ** | **Abdomen LLQ** |
| 6 - Gunshot | ☐ Spinal Step Off | ☐ Normal | ☐ Normal | ☐ Normal |
| 7 - Laceration | D C A P B T L S | ☐ Tenderness | ☐ Rigidity | ☐ Rigidity |
| 8 - Pain | **Back** | ☐ Instability | ☐ Distention | ☐ Distention |
| 9 - Puncture / Stab | ☐ Normal | ☐ Crepitation | ☐ Palpable Mass | ☐ Palpable Mass |
| 10 - Soft Tissue Injury | ☐ Spinal Step Off | D C A P B T L S | D C A P B T L S | D C A P B T L S |
| | D C A P B T L S | | | |

| Right Arm | Left Arm | Right Leg | Left Leg | BTLS |
|---|---|---|---|---|
| ☐ Normal | ☐ Normal | ☐ Normal | ☐ Normal | Deformity |
| ☐ Pulse Absent | ☐ Pulse Absent | ☐ Pulse Absent | ☐ Pulse Absent | Contusions |
| ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | Abrasions  Penetrations  Burns |
| ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | Tenderness  Lacerations  Swelling |
| D C A P B T L S | D C A P B T L S | D C A P B T L S | D C A P B T L S | |

For each area of the body, circle the appropriate BTLS finding (s)

GCS  5

| HUNTSVILLE EMS FLOW SHEET | | | | | | PAGE 2 OF 2 | | | |

| PATIENT NAME: Martone, Micheal | | | | | | CALL # 3811 | | | |
|---|---|---|---|---|---|---|---|---|---|
| TIME | B.P. | PULSE | RESP. | SPO2 | PROCEDURES | ATT | E.K.G | MEDICATION | DOSE | ROUTE | CREW # |
| 96 | | 148 | 16 | 98 | Vitals | | Sinus | O2 | 15L | NRB | 3672 |
| 98 | 68 | 150 | 16 | 99 | R. IV. RT Hand | | | 1000 mLNS 10 gtts | @ TKO | | 3672 |
| 102 | | 156 | 16 | 99 | Lidocaine 100mg, Fent | | | 200 mcg | | Succ 200mg | |
| 104 | 77 | 154 | 16 | 99 | Intubated 7.5 ET | | | 25 @ Teeth | Confirmed | |
| | | | | | Intube Breath Sounds Clear x4 | | | | |
| | | | | | Cap. 35 to 45 | | | Versed 10 mg | 3672 |
| | | | | | | | | VEC, 10mg | |

<!-- History and Narrative section -->

HISTORY AND NARRATIVE

Arrived on Scene to find 57 y.o. male lying supine
on cot in infirmary. Breathing 16 BPM, unresponsive
Officers claim he Collapsed while in his Cell, and
they moved him to the infirmary. Pt's, Vitals as
shown, ECG Sinus Tach @ 110, Pt's, pupils Sluggish
Pt, unresponsive, R, IV, Placed Rt hand 1000
mLNS 10 gtts @ TKO, Moved to ambulance
@ T@ 2310 Entered Amb. ___ ___
Nasal intubation unsuccessful, Admin 100mg
Lidocain, 200mg fent 200 mg Succ, intubated
W/ 7.5 ET 25 mm @ teeth, Breath Sound Clear
X4, Cap, 35 to 45, fog Noted, w/ epsa Gast.
Sounds absent to SAT 99% Pt trans to
Huntsville airport W/o add, Collapse?
Report and Care given to EC Flight Nurse

HISTORY: HTN

HISTORY:

MEDICATIONS: N/A

MEDS CONT.:

ALLERGIES: N/A

NAME OF PROTOCOL FOLLOWED: AMS

SIGNATURE OF ATTENDANT:

CARDIOPULMONARY ARREST / CRITICAL CARE
**Memorial Hermann Hospital**
Emergency Center

47136147-9367 A   A:08/08/11
MARTONE, MICHAEL
DOB:07/07/1954   57Y M SER:EMR

NAME: MARTONE, MICHAEL          AGE 57 (M) F
T /06.5  P 127   BP 84/43        R /8
WT: .136  ☐ lbs ☒ kg  PULSE OX: ___ %  ROOM# AC2/  TIME 2231
CC feeling bad ___
MODE OF ARRIVAL: ☐ POV ☒ Ambulance ☐ Immobilized   PREHOSPITAL ORDERS: ☒ No ☐ Yes

**HPI** SOURCE: ☐ Patient ☐ Family Member ☐ Friend ☒ EMS: LF          ☒ Nurse's Notes Reviewed
CONTEXT: ☒ Found Unresponsive ☐ Collapsed
ARREST: ☐ Witnessed or ☒ Unwitnessed @ ☐ Home ☐ Business  Prison
PRECEDING SIGNS & SYMPTOMS: ☐ None Known ☐ CP ☐ SOB ☐ Seizure ☐ Palpitations ☐ HA ☐ Nausea ☐ Vomiting
CPR: ☐ No ☒ Yes ( ☐ Bystander ☒ EMS)
INITIAL EMS EXAM: GCS: 3   CV: ☐ Pulseless ☒ Carotid Pulse Present   PRE-HOSPITAL INTUBATION: ☒ Yes ☐ No
INITIAL TELEMETRY REVEALED: ☐ Asystole ☐ PEA ☐ Bradycardia ☐ V Fib ☐ Pulseless VT  V. Tach → V. Fib
☐ Narrow-Complex Tachycardia ☒ Wide-Complex Tachycardia
PRE-HOSPITAL: IV ACCESS: ☐ None ☐ /8 Gauge  LOCATION: ☐ R ☐ L ☐ B  ☐ AC ☐ FA ☒ Wrist ☐ Hand
MEDICATIONS: ☐ Lidocaine ☐ Narcan ☒ Epinephrine ☐ NaHCO₃ ☐ Atropine ☐ Adenosine  Amiodarone 300mg
    ROUTE: ☒ IV ☐ ET Tube   DOSE: ___  ↓ 150mg one 10 min

57 y.o. ♂ arrived via LF s/p unresponsive. Pt intubated by ground EMS
Pt c V. Tach ___ cardioverted → V. Tach → V. Fib s V. Tach.
300mg Amiodarone since s 150 mg IV over 10 min given. Pt c ice packs
on chest.
☐ Unable to obtain additional information from patient.  Reason ___

**ROS**          ☐ All Other Systems Reviewed And Negative (unless written or circled)
CONST: ___          GI: ___          PSYCH: ___
EYES: ___ WD          GU: ___ WD          ENDO: ___
ENT: ___          MS: ___          HEME/LYMPH: ___ WD
CV: ___          SKIN: ___          ALL/IMMUN: ___
RESP: ___          NEURO: ___          OTHER: ___

**PMH** ADULT ILLNESS: ☐ None ☐ CAD ☐ HTN ☐ CVAs ☐ DM ☐ COPD ☐ AAA ☐ Dysrhythmias  WD

SURGERY: ☐ None ☐ CABG ☐ Angioplasty  WD
IMMUNIZATIONS: ☐ UTD ☐ TET  WD  ALLERGIES: ☐ NKDA ☐ PCN ☐ Sulfa
MEDICATIONS: ☐ See Nurse's Note  WD

**FH** ☐ Negative  WD

**SH** OCCUPATION: WD          HABITS: Tobacco WD/WD  ETOH WD/WD  Illicit Drugs WD/WD

**PE** CONSTITUTIONAL: VITAL SIGNS: ☐ Normal ☐ Abnormal          APPEARANCE: ☐ Well ☒ Ill ☐ Poor Hygiene/Grooming
✓ AIRWAY: ☐ Not Intubated ☒ Intubated ___
✓ BREATHING: ☐ Agonal ☒ Bagged 7.5 ETT 22 cm 2.10.3
✓ CIRCULATION: ☐ Pulseless ☒ Carotid Pulse Present
SKIN: ☐ Normal ☐ Cyanotic ☐ Cold ☐ Diaphoretic  Hot to touch
EYES: ☐ Normal ☐ Dilated ☐ Pinpoint  5 mm → 5 mm
ENT: ☐ Normal ☐ Dental Trauma ☐ Emesis ___
CV: ☐ Normal ☒ Tachycardic ☐ Bradycardic ___
RESP: ☐ Normal ☐ Unequal Breath Sounds ☐ Crackles ☐ Wheezes  L crAB when bagged
GI: ☐ Normal ☐ Distended ☐ Pulsatile Mass  chest
MS (includes neck & back): ☐ Normal  WD  ø moving extremities

THEPOSEIDONGROUP™ NAVIGATOR
©Copyright 1999 The Poseidon Group, Inc.
80427

ED RECORD          CARDIOPULMONARY ARREST / CRITICAL CARE

**CARDIOPULMONARY ARREST / CRITICAL CARE** (Continued)

```
47136147-9367 A  A:08/08/11
MARTONE, MICHAEL
DOB:07/07/1954  57Y M SER:EMR
```

HEME / LYMPH: ☐ Normal  ☐ Edema
NEURO: ☐ Normal  ☐ Coma  ☐ GCS: _3_

## Medical Decision Making   ☐ Discussed With Family  ☐ Old Chart Requested   FINDINGS:
DDx:   MI   PE   AAA   CVA   Dysrhythmia   Tension PTX   Tamponade   Sepsis   Seizure   OD
LABS PERFORMED:   ☐ Labs Essentially Normal Unless Noted Below  *Hyperkalemia*
  ☐ CBC:  WBC  Hg  Hct  Plts                                            *heat stroke*
  ☐ CHEMISTRIES:  Na  K  Cl  HCO₃  BUN  Cr  Glu                ☐ GLUCOSE STICK: _____ (☐ Low  ☐ Elevated)
  ☐ URINALYSIS:  pH  SG  Protein  Glu  WBCs  RBCs  Bacteria
  ☐ PT / PTT:                ☐ DIGOXIN:                ☐ URINE DRUG SCREEN:
  ☐ CARDIAC ENZYMES:  CK   CK-MB   MB%   Troponin   Myoglobin
  ☐ ABG:  pH _____ PCO₂ _____ PO₂ _____ O₂ sat _____  ABG Interpretation: _____
EKG INTERPRETATION:   ☐ NSR   ☐ No ST Abnormality
  ☐ Compared To EKG On ___/___/___ ;  ☐ No Significant Change
X-RAY:  ☐ CXR:  ☐ Normal  ☐ Pneumonia   ☐ CMG  ☐ PTX  ☐ Effusion  ☐ Pulm. Edema
   •   ET TUBE PLACEMENT:   ☐ Appropriate
  ☐ ECHO:  ☐ Normal
  ☐ CT OF HEAD:  ☐ Normal
                        ☐ Preliminary  /  ☐ Read By Radiologist

## Treatment/Management   ☐ See Procedure Note  ☐ See Addendum  ☐ Total Critical Care Time (>30 mins.)
ADDITIONAL PROCEDURES (Done by Physician):  ☒ CPR  ☐ Cardioversion  ☐ NGT Insertion  ☐ Foley Insertion  ☐ ABG
  ☐ Venous Cutdown  Other:
RE-EVALUATION  TIME: _____  ☐ Improved  ☐ Worsened  ☐ No Change
Pt lost pulses p̄ being moved to ED bed. CPR started, Pt given mult.
rounds Epi/Atropine; Sodium Bicarb & Calcium Chloride. Pt. remained
in asystole/Pulseless

CONSULTATION DR. _____ @ _____ Returned @ _____ ; DR. _____ @ _____ Returned @ _____
  To See @  ☐ ED  ☐ Hospital  ☐ Office  Rec.
PA/ARNP: _____                          PHYSICIAN'S SIGNATURE: _____

## Attending Physician Note  HISTORY: Cardiac arrest had ROSC in rout
hut arrested shortly after arr
EXAM: TEMP 106.6 , RRR, CTA(B)
C good BPS
MEDICAL DECISION MAKING: Care c̄ cont ll min
Diagnosis: Heat Stroke, cardiac arrest
TREATMENT:

☒ The Patient Was Seen And Examined By Me With The (☐ PA  ☒ Resident  / ☐ Student ) And I Agree With The History / Exam Documented
  ☐ Discharge  ☐ Admit  ☐ Transfer  ☐ Other _____   CONDITION: ☐ Stable  ☐ Fair  ☒ Critical
                ATTENDING SIGNATURE: _____

THE POSEIDON GROUP™ NAVIGATOR                ED RECORD        CARDIOPULMONARY ARREST / CRITICAL CARE
©Copyright 1999 The Poseidon Group, Inc.

8/19/2011 5:00:54 AM   PAGE 015/030   Fax Server

**Emergency Dept. Nursing Reports**

| Document Name: | Emergency Dept Trauma | Date: | 08/08/2011 22:03:00 |
|---|---|---|---|
| Performed By: | Beebe, Donald RN | Result Status: | **Modified** |

*Tracking Acuity :* 8/8/2011 22:05

Beebe, Donald RN - 8/8/2011 22:05

*Pregnancy Status :* Pregnancy info not applicable
*Isolation :* No Isolation
*Height Collection Method :* Estimated
*BSA :* 2.5766m2
*Height ft (tmp) :* 5ft
*Height inch (tmp) :* 9.00inch
*Type of Weight Measurement :* Pounds/Ounces
*Height :* 175.26cm
*Weight Collection Method :* Estimated
*Body Mass Index :* 44.40m2
*Weight lbs (tmp) :* 300lb
*Weight :* 136.364kg
*Method of arrival :* Helicopter
*Mode of Arrival :* Stretcher
*Accompanied by :* Self

Beebe, Donald RN - 8/8/2011 22:05

**CPR Initiation**
*CPR :* Documented on electronic form
*CPR initiated at :* 8/8/2011 22:03
*CPR Initiated Time :* Actual
*CPR Initiation Location :* Post-arrival
*CPR Intervention Rhythm :* Other, wide complex progressing into pea
*Arrest Symptoms :* Pulses absent

Beebe, Donald RN - 8/8/2011 22:05

**CPR**
**ED CPR Vital Signs PG**

| Intervention Time : | 2203 | 2204 | 2206 | 2208 |
|---|---|---|---|---|
| CPR Intervention Rhythm : | Asystole (Comment: with occasional non-perfusing ECG beat noted [Beebe, Donald RN - 8/8/2011 22:32 ]) | Asystole | Asystole | Asystole |
| CPR Interventions : | Ambu ventilation started, Compressions started | Compressions continued | Compressions started | Ambu ventilation continued, Compressions continued |
| Epinephrine | | 1 | | 1 |

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | Patient: | MARTONE, MICHAEL |
|---|---|---|
| | DOB/Sex: | 07/07/1954 Male |
| | Physician: | George, Libby Crenshaw |
| | Account#: | 471361479367 |
| | CPI#: | 47136147 |
| | Location: | HH EDTR INBOUND |
| | Pt Type: | EC Emergency Center |
| | Adm/Dc Date: | 08/08/2011 / 08/08/2011 |

Printed: 8/9/2011 3:18 AM

Page 6 of 21

Fax Server          8/10/2011 3:00:34 AM   PAGE 018/030   Fax Server

Emergency Dept. Nursing Reports

| (numeric) :<br>Atropine (numeric) : | | | 1 | |
|---|---|---|---|---|
| CPR Med - Other :<br>Post-Intervention<br>Rhythm : | | | Asystole | Asystole |
| | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 |

| Intervention Time :<br>CPR Intervention<br>Rhythm : | 2210<br>Asystole | 2212<br>Asystole | 2214<br>Asystole | 2216<br>Asystole |
|---|---|---|---|---|
| CPR Interventions<br>: | Ambu ventilation<br>continued,<br>Compressions<br>continued | Ambu ventilation<br>started,<br>Compressions<br>continued | Ambu ventilation<br>continued,<br>Compressions<br>continued | Ambu ventilation<br>continued,<br>Compressions<br>continued |
| Epinephrine<br>(numeric) : | | | 1 | |
| Atropine (numeric) : | 1 | | | 1 |
| CPR Med - Other : | 8.4% Sodium<br>Bicarb 50mEq | 1 gram CACl<br>Beebe, Donald RN<br>- 8/8/2011 22:47 | | |
| Post-Intervention<br>Rhythm : | | | | |
| | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 | Beebe, Donald RN<br>- 8/8/2011 22:32 |

| Intervention Time :<br>CPR Intervention<br>Rhythm : | 2218<br>Asystole | 2220<br>Asystole | 2222<br>Asystole |
|---|---|---|---|
| CPR Interventions<br>: | Ambu ventilation<br>continued,<br>Compressions<br>continued | Ambu ventilation<br>continued,<br>Compressions<br>continued | Ambu ventilation<br>continued,<br>Compressions<br>continued |
| Epinephrine<br>(numeric) : | 1 | | |
| Atropine (numeric) : | | | |
| CPR Med - Other :<br>Post-Intervention<br>Rhythm : | | Asystole | |
| | Beebe, Donald RN<br>8/8/2011 22:32 | Beebe, Donald RN<br>8/8/2011 22:32 | Beebe, Donald RN<br>8/8/2011 22:32 |

CPR Result :  Unsuccessful
Pronounced by :  Sims II, Marcus Lynn DO
CPR Ended at :  8/8/2011 22:02

Beebe, Donald RN - 8/8/2011 22:32

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed:  8/9/2011 3:18 AM

Patient:  **MARTONE, MICHAEL**
DOB/Sex:  07/07/1954 Male
Physician:  **George, Libby Crenshaw**
Account#:  471361479367
CPI#:  47136147
Location:  HH EDTR  INBOUND
Pt Type:  EC Emergency Center
Adm/Dc Date:  08/08/2011 / 08/08/2011
Page 7 of 21

Texas Department of Criminal Justice
INSTUTIONAL DIVISION
Huntsville Unit

---

Shift Lieutenant / Sergeant
OFFENDER DEATH NOTIFICATION FORM

Date: _8-8-11_

Incident Number: _I- 11246-08-11_

O.I.G. Number: _____

1.   In the event of an offender death, this section should be completed prior to any notifications.

Offender Name _Martone, Micheal_   TDCJ #: _1395315_

Unit of Assignment: _Huntsville_   Death Occurred: _Herman Memorial Houston_

Cause of Death: _Possible Heat Illness_

Certifying Physician _Dr George, Libby_
(Use Physician's Full Name)

Justice of the Peace  (if warranted): _N/A_

Date and Time of Death: _8-8-11     2222_

Where the body is being held: _Carnes Funeral Home_

2.   Advise the Certifying Physician that an autopsy is desired.

3.   Notifications are to be made as soon after death as is practical:

a.   Duty Warden: _Warden Jones_   Time: _2237_

b.   Senior Warden: _Warden Jones_   Time: _2237_

c.   ~~Huntsville~~ Carnes Funeral Home: _Holly_   Time: _2359_

d.   O.I.G. _Kevin Shawacre_   Time: _2248_

e.   Chaplain: _Larry Hart_   Time: _2245_

f.   Region I: _Mr Upshaw_   Time: _2239_

g.   Emergency Action Center (936) 437-6371 Ext. 1463 or 1448

Person Contacted: _K. Crumbley_   Time: _0118_

h.   Send a copy of the EAC E-Mail to the Director of Classification and Records to LBR3466, a copy of this record to (936) 437-6227.

i.   Next of Kin/Relationship: _Roxanne Martone / Daughter_

Address/Phone Number: _302 Biscayne Blvd  El Lago, Tx._

4.   Make and Attach a photocopy of the deceased offender's Travel Card.

5.   Return original of completed report to the Notification Packet.

Supervisor Signature: _____   Date: _8-9-11_

A.D. 03.29 (rev. 7)
Attachment C
Page 15 of 21

## Texas Department of Criminal Justice
## Autopsy Order

In accordance with Section 501.055 of the Government Code, the following order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

| | |
|---|---|
| Offender Name: _____ Martone, Michael _____ | TDCJ#: _1395315_ |
| (Print Name) | |

Date of Birth: _07/07/54_     Race: _White_     ☒ Male   ☐ Female

Offender Pronounced dead at _____10:22:00 PM_____ on _08/08/11_
(Print Time, include am or pm)          (Print Date, month, date, year)

Location of Death:  ☐ Unit _____  ☒ Other  _Herman Memorial Houston_
(Print Unit Name)          (Print Location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said Autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood, and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by UTMB Autopsy Service Physicians and/or Associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _**UTMB**_ (location of autopsy) by a representative or associate of _**Carnes**_ Funeral Home, located in _**Texas City**_, Texas. Upon completion of said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (Phone Number): _**888-822-7637**_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Room 162
Huntsville, Texas 77340
(936) 437-3631 (phone)          (936) 437-3638 (fax)

_____
Warden (or designee)

County _____ Walker _____

City _Huntsville,_     Texas     Zip Code _77340_

## OFFENDER DEATH NOTIFICATION WORKSHEET

To:     Warden Jones                                    Date:      08/09/2011

From:   Chaplain L. Hart                                Subject:   Offender Death Notification

1. **_Offender Information_**
   Name:    Last        Martone         First   Michael      Middle  David

   TDCJ#:    01395315              Unit Assigned:      Huntsville

   Cause of Death:      Pending
   Date    of    Death:   (Unit    /    08/08/11
   Hospital):Herman Memorial
   Certifying Physician / Justice of the Peace:      Dr. Libby George

2. **_Family Contact:_** _In the event of natural causes of death under a physician or registered nurse's care, the priority family order should be spouse, adult children or guardians of minor children, parents and siblings._
   Date:     08/09/2011     Time:    08:35
   _____     XX     Contacted listed next of kin.
   XXXXXXX           Contacted a relative/friend from visiting list or correspondence.
   _____           Contacted          Sheriff's Office / Police Dept. (Specify)
   Name:    Roxanne Martone     Date:    08/09/11    Time:    08:35
   **Objection to Autopsy by N.O.K.     YES     _____     NO     XXXXX** [1]

3. **_Person Contacted_**
   Name:    Roxanne Martone          Relationship:      Daughter
   Address/City/St/Zip:     2904 Laurel Ridge,  League City, Texas 77536
   Area Code and Telephone Number:    713/231/4343

4. **_Burial Arrangements_**
   XXXXX          The family **will claim** the body. The family was instructed to contact the
   Carnes Funeral Home at **(409) 986-9900**.
   _____          The family **will not claim** the body.  The family was instructed to send
   fax to **(936) 437-2090** to the Huntsville Unit Warden with the following message:
   "I am unable to claim the body of _____ TDCJ#_____.  I am requesting that he/she
   be buried in the prison cemetery."  Name, address, telephone number and relationship to
   the inmate should be included in the fax.
   _____          **Unable to contact** any family member of friend (detail efforts in IOC to
   Unit Warden).   Send E-Mail and a fax worksheet **(936-437-2090)** to Huntsville Unit
   Warden. Burial recommended in the prison cemetery.

5. _____ XXXXX     Send a copy of this worksheet, IOC, E-Form and the next of kin letter to
                Director of Chaplains. Unit Warden, Chaplain's unit file

   _____               8-9-11
   Chaplain's Signature                     Date

# Texas Department of Criminal Justice
## Chaplaincy Department
# Huntsville Unit

### OFFENDER DEATH TIMELINE

**TO:**    **Warden Jones**                    **DATE: 08/09/11**

**FROM:**   **Larry Hart, Chaplain II**

                                     **RE:**    **Michael Martone #01395315**

Time

22:45      Notified of death by Lieutenant Simmons
           I was given the name of the next of kin, a daughter, Roxanne Martone and
           her telephone number and began to call this number from my cell phone at
           my home. The daughter's "telephone ring" is a song with the name
           Roxanne in the song and then the voice mail; with a woman's stating, this
           is Roxanne Martone please leave a message. I called the number three
           times until 24:15 and left a voice message twice with my cell phone
           number to call back.

04:50  I arrive on the unit and called again leaving a voice message with my office phone
number to call back.

06:10  Called again leaving a voice message with my office phone number to call back.

06:40  Called again leaving a voice message with my office phone number to call back.

07:10  Called again leaving a voice message with my office phone number to call back.

07:45  Called again leaving a voice message with my office phone number to call back.

**08:35**          Family Members  contacted:
                   • Roxanne Martone – **713/231/4343**
                     **2904 Laurel Ridge**
                     **League City, Texas 775306**
                   • She did not object to an autopsy
                   • The family will claim the body

08:45          Informed Captain Pittman that family members were contacted

10:20          Sent e-form.

**Chaplain Hart**
**Huntsville Unit**



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

P.O. Box 32♦ Huntsville Unit ♦ Huntsville, Texas 777342-0099 ♦
Phone (936) 437-1975♦ Fax (936) 437-2090

Roxanne Martone
2904 Laurel Ridge
League City, Texas 77536

**Date: 08/09/2011**

**Dear Ms. Martone:**

As a chaplain of the Huntsville Unit, part of my responsibility is to minister to all who are in need. Therefore, on behalf of the unit wardens, the staff, and myself, we give our heartfelt condolences to you and to your family over the death of your loved one.

Please know, in the next few weeks, when things may seem somewhat unbearable, our prayers will be with you and your family. While speaking with you, I know you felt a great deal of compassion and grief over the passing of your loved one. May you seek God's abiding presence and love during this time.

You and your family will certainly be in our prayers.  May God's peace be upon you and may you seek His comfort.

Sincerely,

Chaplain Hart
Huntsville Unit

# HUI OFFENDER SIGN IN/ SIGN OUT LOG

| DATE | OFFENDER NAME | TDCJ# | HOUSING | DESTINATION | TIME IN | TIME OUT | OFFICER |
|------|---------------|-------|---------|-------------|---------|----------|---------|
| 8-8-11 | Shoemake | 803467 | A5-8T | CID | 1350 | 1405 | Darby |
| 8-8-11 | Smith | 1360351 | J2-11T | CID | 1356 | 1405 | Darby |
| 8-8-11 | Nguyen | 1502324 | J2-19B | CID | 1406 | 1420 | Darby |
| 8-8-11 | Simpson | 559013 | D2-16A | CID | 1406 | 1421 | Darby |
| 8-8-11 | Cheatham | 675400 | K2-8B | CID | 1407 | 1420 | Darby |
| 8-8-11 | Morales | 1249660 | G-218T | CID | 1410 | 1421 | Darby |
| 8-8-11 | McKay | 622192 | B2-7B | CID | 1411 | 1420 | Darby |
| 8-8-11 | Ortiz | 679924 | I1-7T | CID | 1411 | 1422 | Darby |
| 8-8-11 | Phillips | 1654006 | A3-5T | CID | 1415 | 1422 | Darby |
| 8-8-11 | Rogers | 489719 | B1-17T | CID | 1420 | 1424 | Darby |
| 8-8-11 | Rogers | 1653911 | F223B | CID | 1424 | 1426 | Darby |
| 8-8-11 | Lawman | 1516271 | QTQ9B | CID | 1425 | 1444 | Darby |
| 8-8-11 | Petty | 1655276 | B-3-9 | CID | 1430 | 1440 | Dreby |
| 8-8-11 | Hernandez | 114853 | F1-5 | Nurse | 1446 | 1530 | Dreby |
| 8-8-11 | Quion | 436339 | D3-12B | Nurse | 1505 | 1525 | Darby |
| 8-8-11 | Petton | 126624 | I2-15T | DOT | 1506 | 1518 | Darby |
| 8-8-11 | Carbajal | 1248161 | J1-15B | DOT | 1507 | 1530 | Darby |
| 8-8-11 | Lempar | 1234244 | F1-9 | Nurse | 1520 | 1845 | Darby |
| 8-8-11 | McCulley | 1573041 | I1-5 | Nurse | 1550 | 1552 | Darby |
| 8-8-11 | Santiago | 1661591 | K2-17B | Nurse | 1555 | 1845 | Darby |
| 8-8-11 | Garcia | 1358420 | J1-4T | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Schmidt | 1534878 | H22B | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Cabra | 1453749 | G1-3B | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Lowe | 1711396 | P1-16B | Insulin | 1650 | 1859 | Dreby |
| 8-8-11 | Alvarez | 1723408 | E1-18 | Meds | 1710 | 1800 | Darby |
| 8-8-11 | Huff | 1658722 | O29B | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Williams | 1478322 | O2-4B | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Randall | 679486 | O1-6 | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Garcia | 163937 | O1-7 | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Belmarez | 1636567 | N1-23 | Insulin | 1800 | 1807 | Darby |
| 8-8-11 | Vencant | 1441050 | N2-22B | Insulin | 1800 | 1810 | Darby |
| 8-8-11 | Hoy | 1607105 | O1-5B | Insulin | 1800 | 1810 | Darby |
| 8-8-11 | Dominquez | 1464522 | N1-17B | Insulin | 1801 | 1810 | Darby |
| 8-8-11 | Hincls | 1633179 | N1-7B | Insulin | 1801 | 1810 | Darby |
| 8-8-11 | Smith | 606753 | M1-4B | Insulin | 1802 | 1815 | Darby |
| 8-8-11 | Lore | 1653336 | M2-5B | Insulin | 1802 | 1824 | Darby |
| 8-8-11 | Peterson | 1427571 | M1-8B | Insulin | 1803 | 1820 | Darby |
| 8-8-11 | Rocha | 152495 | M1-21B | Insulin | 1803 | 1824 | Dreby |
| 8-8-11 | Sheppard | 1086327 | M1-23B | Insulin | 1804 | 1830 | Daeby |
| 8-8-11 | Shorts | 1638689 | M2-4B | Insulin | 1804 | 1830 | Darby |
| 8-9- | Martone | 1395315 | G1-4 | Insulin | 1821 | 1845 | Darby |

Per Warden Lewis this log is to be turned in at the end of each day

*pg. 6*

✳ Not a seg area – Used for security checks only

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Daily Activity Log

### I. HOUSING AREA

_Instructions:_ A _separate_ form is to be completed for each status. On the left, enter the date and location information. Place a ✓ in the blank beside the appropriate status and complete additional information for Management Status and Lockdowns. (NOTE: Refer to appropriate Directive or Plan [noted in brackets] for required activities.)

Date: 8-8-11

Unit: HV

Cellblock/Pod: G

Row/Section: 1 & 2

- ☐ Administrative Segregation   [Ad Seg Plan]
- ☐ Solitary   [Ad-03.53]
- ☐ Management Status ( _____ Ad Seg: _____ Solitary)   [Ad-03.80]
- ☐ Lockdown (Incident # _____ : Week # ____ : # of Offenders _____ )   [AD-03.31]

### II. ROUTINE ACTIVITIES

| | Time Start | Time Finish | IF OFFENDER(S) DID NOT RECEIVE, NOTE EXCEPTIONS (_Instructions:_ For Ad.Seg, Solitary, or Management Status – use cell number; for Lockdown Status – use offender number.) | Officer (Print last name; Sign initials) |
|---|---|---|---|---|
| Breakfast (B) | | | | |
| Lunch (L) | | | | |
| Supper (S) | | | | |
| Showers | | | | |
| Recreation | | | | |
| Necessities | | | | |

### III. CELL CLEANLINESS INSPECTIONS

Time of Inspection:

Inspected by:

**NOTE VIOLATIONS**
(_Instructions:_ For Ad.Seg, Solitary, or Management Status – note by cell number; for Lockdown Status – note using offender number.)

- B = Bunk (used for intended purpose, no clutter, etc.)
- C = Cell front (uncovered, unobstructed, etc.)
- F = Floor (clean, uncluttered, etc.)
- N = Necessities (unaltered, clean, etc.)
- P = Property (not altered; properly stored; no excess)
- T = Toilet (clean, not plugged, etc.)
- W = Walls/Windows (uncovered, clean, nothing posted, etc.)

### IV. SECURITY CHECKS (If additional space is needed, record in Section V.)

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:01 A to 8:00 A | Time | 0005 | 0035 | 0101 | 0134 | 0206 | 0231 | 0303 | 0335 | 0403 | 0432 | 0504 | 0534 | 0602 | 0631 | 0702 | 0729 |
| | Initial | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | ART | ART | ART | ART |
| 8:01 A to 4:00 P | Time | 0800 | 0832 | 0900 | 0931 | 1001 | 1027 | 1105 | 1130 | 1202 | 1228 | 1302 | 1327 | 1400 | 1430 | 1500 | 1530 |
| | Initial | ART | ART | ART | ART | ART | ART | ART | ART | ART | ART | ART | ART | JL | JL | JL | JL |
| 4:01 A to 12 Mid | Time | 1600 | 1630 | 1715 | 1745 | 1800 | 1837 | 1910 | 1945 | 2003 | 2032 | 2100 | 2130 | 2200 | 2228 | 2236 | 2355 |
| | Initial | JL | JL | JL | JL | JL | JL | JL | JL | JL | JL | JL | JL | JL | BLBL | JL | |
| Supervisor Checks | Time | | | | | | 0920 | | | | | | | 1510 | | | |
| | Name | | | | | | Sgt. A. Lger | | | | | | | Sgt. C. Ames | | | |

**NOTE:** Record "Cell Block Activities (Staff, Volunteers and Offenders)" on reverse side of form.

I-216 (Rev. 02/2005) Front

## Huntsville Unit - 2nd Shift Building Turnout Roster

Date: 08/08/11   Day of Week: Monday   Supervisor Name: LT. H. Robin   Signature: H. M. Parks   6:28

| | Priority 1 Positions | Officer's Name | | Priority 2 Positions | Officer's Name |
|---|---|---|---|---|---|
| 1 | Radio Picket | S. Thomas | 32 | Back Gate | |
| 2 | 5 Building Picket Housing (top) | J. Molano | 33 | 5 Bld. Rover F Line | B. Oladele      A |
| 3 | 4 Building Picket Housing (top) | T. Culley | 34 | 5 Bld. Rover N Line | P. Wright      B |
| 4 | Gate Control West Bding A/B | Z. Harper | 35 | 5 Building Rover H | C. Harvey   Trooer (OJT)   A |
| 5 | Outside Dorm Rover | J. Johnson | 36 | 5 Building Rover J | |
| 6 | 5 Bld. Rover L Line (Ad. Seg.) | S. Heard | 37 | West Bld. Rover D Line | |
| 7 | Perimeter Picket 2/3 | A. Schiele | 38 | West Bld. Rover B Line | |
| 8 | Perimeter Picket 7 | M. Tomire | 39 | 5 Building L Line Rover (Ad. Seg.) | A. Quick      A-R |
| 9 | Perimeter Picket 8 | S. Nieves | 40 | Infirmary | K. Darby |
| 10 | Perimeter Picket 4 | A. Winslett | 41 | Gate Control West Building C/O | |
| 11 | 4 Bld. Rover P Line ( G5) | E. Kwenta   Trainer (OJT) | 42 | Tunnel | |
| 12 | 5 Building Rover E Line | C. West | 43 | Upper Yard | |
| 13 | Swing Picket | E. Stone | 44 | Mobile Patrol | |
| 14 | 5 Bld. Rover I Line, Ad. Seg. | C. Heflin   Trainer (OJT) | 45 | Corridor Control | |
| 15 | Perimeter Picket 6 | M. Smith | 46 | Corridor Control | |
| 16 | Perimeter Picket 5 | C. Dillon | 47 | West Yard | |
| 17 | 4 Building Rover M Line | J. Taylor | 48 | Infirmary | |
| 18 | West Bld. Rover C Line | C. Whitley - Turner | 49 | Showers | |
| 19 | 5 Building Rover G | K. Collard | 50 | Showers | |
| 20 | 5 Building Rover I | C. Lenior | 51 | Recreation | |
| 21 | West Building Rover A | C. Edmund | 52 | Recreation | |
| 22 | Perimeter Picket 1 | P. Ruffin | 53 | Recreation | |
| 23 | 4 Building Picket Housing (bottom) | J. Vellum | 54 | Recreation | |
| 24 | 4 Building Rover O Line | B. Clifford | | | |
| 25 | 5 Building Picket Housing (bottom) | A. Cool | | | |
| 26 | Searchers Desk | A. Loya | | | |
| 27 | 5 Building Rover K Housing | R. Asubiaro | | | |
| 28 | Shakedown Escort | L. Leete      ATL | | | |
| 29 | Shakedown Escort | J. Boudreaux      BTL | | | |
| 30 | Utility | A. Chung      A | | | |
| 31 | Utility | P. Ellis      B | | | |

These positions to be staffed on selected days as determined by the Warden. On days not staffed document the positions as "Idled"

| Positions | Officer's Name |
|---|---|
| Unit Entrance Shakedown | |
| Unit Entrance Shakedown | |

Changes to the shift rosters may only be made pursuant to SS-08.05

A- Denotes "A" Responders
B- Denotes "B" Responders

Prepared by Security Systems
System 1

February 1, 2011

Texas Department of Criminal Justice

# Inter-Office Communications

To _Capt Casleberry_   Date _8/9/2011_

From _Officer K. Collard_   Subject _Offender Michael Martone_

I officer K. Collard was working G-Line ON 8/8/11 around 6:30pm Michael MartonE TDCJ No 1395315 told me he felt BAd and had been for about a DAY or 2 Throwing up I officer Collard told him to go See medical Now to see what they Could do For him the offender was gonE for about 30 min and camE Back to the G-LiNE TANK I asked him what happed He did Not tell me any thing He did Not go Back to his cell But stayed in the dayroom Leaning over talking to himself So I officer Collard sit him on a lockBox around hours Later he fell out I officer Collard Called For Sgt Rawdtree and the offender was not alert but Breathing Sgt Rawdtree me and LT proctor Removed him From the cell Block For medical attion I officer Collard was told to pack the offenders property after the offender left the uNit

_K Collard_
8/9/2011

☆SO-4

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION
## Inter-Office Communications

**To:**   Lt. Lemler                          **Date:**   08/09/2011

**From:**   Sgt. Ford                          **Subject:**   Offender Martone
Huntsville Unit

On the date listed above at around 6:15pm I took offender Martone #1395315 to the unit infirmary from G1-4. The offender told me he was having a hard time breathing, dizzy, short of breath, and was feeling very dry despite drinking mass amounts of water. When I got to the infirmary nurse McKluskey refused to see the offender or check his vitals. She told me I needed to call the Estelle RMF and let them DMS him because she had other work to do. I notified Lt. Proctor and she told him the same thing. I then took the offender to the DMS room where he was seen by nurse Rye. The nurse told the offender that it didn't appear to be anything serious and that he needed to drink plenty of water and just sleep and to see medical when they returned in the morning. The offender then returned back to the house. I was called again to come check on the offender because he told the wing officer, Officer Collard, he was struggling to breathe at around 7:40pm but because I was conducting the unit count I requested Sgt. Roundtree to go to the cell to check on the offender.

**Texas Department of Criminal Justice**
CORRECTIONAL INSTITUTIONAL DIVISION

# Inter-Office Communications

**To**   Lt. M. Proctor                                    **Date**   8/8/2011

**From**   Sgt. C Roundtree                          **Subject**   Offender Martone #1395315

On 8/8/2011, I Sergeant Clifton Roundtree responded to a request for a supervisor to G-line from Officer Kerry Collard about 7:30 pm for an offender who he thought was having a seizure. When I arrived the offender was holding on to the window sill with two other offenders assisting him by holding him up. Offender Martone was conscious and appeared to be having what I thought at first to be a seizure also. I asked the offender if he was alright. He responded with a dazed look, but nodded yes. Knowing that the offender would not be able to stand on his own, I requested a wheelchair to take him to the Huntsville Unit Infirmary to be seen by D.M.S. As we waited for the wheelchair, offender Martone started losing consciousness going in and out. So Officer Collard and I sat offender Martone on a locker box for his safety. When we attempted to sit him down, the offender kept holding on to the window sill mumbling sounds like he thought he was falling back, and I told the offender to let go of the windowsill and sit down. Just before the wheelchair arrived, the offender lost all consciousness, so I requested a gurney and a medical board. At this time, I instructed Sergeant Thomas Ford to call 9-1-1. After the medical board arrived, we laid the offender down and slid him out into the breezeway of Five Building. At this time Lieutenant Michael Proctor and CO 3 Anne Quick arrived on the scene and Lt. Proctor asked me if the offender was breathing, and he checked offender Martone's vitals. I explained to Lt. Proctor my knowledge of the situation of how the offender was awake when I first arrived, and how in about 7 to 8 minutes he became unconscious. Lt. Proctor, Officer Quick, and myself, with some help from 3 other offenders, lifted the offender up and carried him out to the front entrance of Five Building, where we lifted the offender onto the gurney. The offender was wheeled to the infirmary where Officer Joseph Boudreaux, Officer Quick, myself, and Officer Patricia Ellis placed bags of ice on the offender to cool him off while we waited on the paramedics to arrive. The ambulance arrived and they took over the situation.

SO-4

**Texas Department of Criminal Justice**
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

**To**   Lieutenant S. Lemler                    **Date**   08/09/11

**From**   Lieutenant M. Proctor                    **Subject**   Offender Martone, Michael #1395315

On August 8, 2011, at approximately 1935, I, Lieutenant Michael Proctor, responded to a call for a supervisor from Sergeant Clifton Roundtree to the Bottom of Five Building and at G-Line.  Upon my arrival, offender Martone, Michael #1395315 was lying on a medical backboard in the entrance to G-Line unconscious but breathing and having a steady pulse.  Sergeant Roundtree advised me that he had come to G-Line due to offender Martone possibly having a seizure, and that he had called for a wheelchair to get offender Martone to the Huntsville Unit Infirmary.  Sergeant Roundtree further advised me that offender Martone was conscious and somewhat alert when he called for a wheelchair, but that by the time the wheelchair arrived, offender Martone's condition had deteriorated to the point that the offender became unconscious and the incident command system had to be initiated, and Sergeant Thomas Ford called 9-1-1.  By this time, Officer Patricia Ellis CO III and Officer Anne Quick CO III arrived with a gurney, which was left at the entrance to Five Building.  I again confirmed that offender Martone was breathing and had a steady pulse.  Sergeant Roundtree, Officers Ellis and Quick, and myself, along with several offenders, carried offender Martone on the backboard out of Five Building and placed him on the gurney, at which time offender Martone was taken to the infirmary.  Once in the infirmary, I told Sgt. Roundtree, Officer Ellis, and Officer Joseph Boudreaux CO IV, who had arrived at the infirmary, to get ice packs, which were placed under offender Martone's arms, on his neck area, and on his groin area, in the event that this incident was heat related, and I again confirmed that offender Martone was breathing and had a steady pulse.  At this time, I notified Warden James Jones and advised him of the incident.  Paramedics arrived at approximately 2020 and, after their assessment, advised me that they did not believe that the incident was heat related.  Offender Martone, who was still breathing, was then placed inside the ambulance and it departed the unit at 2045 en route to the Huntsville airport to be transferred to a Life Flight helicopter in order to be flown to Herman Memorial Hospital.  It was at this time that I returned to my normal duties.  The Life Flight departed the Huntsville airport at approximately 2115.

SO-4

Texas Department of Criminal Justice

## Inter-Office Communications

To _Lieutenant Proctor_     Date _8.9.2011_

From _PEllis_          Subject _Offender Martone_

On August 8, 2011 at approximately 7:25 pm I officer Patricia Ellis COIV was asked by Sergeant Thomas Ford to take a wheelchair to g-line bottom of five building. I was working the upper yard at this time. When I arrived to bottom of five building offender Martone, Michael tdcj # 1395315 was slightly responsive sitting on a lockerbox in the offender dayroom. I was ordered by Sergeant Clifton Rouna trel to go to the Huntsville Unit Infirmary to get a backboard along with a gurney because the offender would not assist himself to the wheelchair. I then went and got the backboard and gurney from the HUI. I placed the gurney outside of bottom of five building and took the backboard to g-line where at this time the offender was unresponsive but still breathing. The offender was placed on the backboard from the help of several offenders, Sgt. Roundtree, and myself. At that time Sgt. Roundtree called for an ambulance and the offender was moved outside of the cell block. Lieutenant Proctor and tonne Quick COIII arrived on the scene. The offender was then carried out of five building by several offenders, Lieutenant Proctor, Sergeant Roundtree, Ms. Quick, and myself. At this time the offender was placed on the gurney and straped down. The offender was then wheeled to the HUI and at this time instructed officer Joseph Bondreaux COIII and myself by Lieutenant Proctor to get ice to place on offender Martone. Shortly after this I went to west yard to assist with getting the ambulance inside the unit. I then resumed to my normal duties.

_PEllis_
_8.9.2011_

Texas Department of Criminal Justice

## Inter-Office Communications

To LT. Proctor                     Date 8-9-2011

From Anne Quick          Subject MARTONE, Michael
                                              # 1395315

On Monday, August 8, 2011 at approximately 1930 hours. I, Anne Quick, COII went to the bottom of 5 building to respond to an ICS on G-line.

When I arrived at the bottom of 5 building, I saw Officer Patricia Ellis and Lieutenant Michael Proctor tending to Offender MARTONE, Michael, TDCJ# 1395315, trying to secure him to a back board. Offender Martone appeared to be unconcious at this time.

After securing Offender Martone to the back board, Lieutenant Proctor, Officer Ellis and I. carried him to the outside of 5 building. He was then placed on a gurney and moved to the Infirmary.

At this point I left the infirmary and returned to my regular duties.

Anne Quick
(AQuick)

SO-4

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

**To:**    Major Crowley                          **Date:**    8/9/2011

**From:**    Lt. Simmons                          **Subject:**    Martone, Micheal  1395315

 On August 8, 2011 at approx 2105 I lt. Kevin Simmons sent officer Gary Bake CO IV to the Huntsville Municipal Airport to provide security for offender Martone, Micheal1395315 who was being transported by Life Flight Helicopter.  The helicopter left the airport at approx 2115. The offender was transported to Herman Memorial Hospital in Houston, Texas where he lost all vital signs and CPR was started at 2203. At 2222 offender Martone was pronounced deceased by Dr. George, Libby. Officer Gary Bake CO IV notified Lt. Simmons of the death at 2235. Officer Bake was told by Herman Medical Staff that the offender may have died as a result of heat and that the offenders temperature was 108. The Huntsville unit reported the temperature to be 102, humidity 20%, and heat index 99 at 1900. I made the following notifications.

2237 Warden Jones was notified by Lt. Simmons
2239 Region 1 Director Mr. Upshaw Notified by Warden Jones
2245 Chaplain Hart Notified by Lt. Simmons
2248 OIG Officer Kevin Shawacre Notified By Lt. Simmons
2359 Carnes Funeral Home Notified By Lt. Simmons
0118 EAC K. Crumbley notified By Lt. Simmons

8-9-11

1

**Texas Department of Criminal Justice**
CORRECTIONAL INSTITUTIONAL DIVISION

# Inter-Office Communications

**To**   LT. Simmons                                    **Date**   8/9/2011

**From**   SGT Simington                              **Subject**   Offender Martone #1395315

On August 8, 2011 at approximately 2235 I SGT Simington was informed by my supervisor LT. Simmons that I would be accompanying Warden Jones in driving to Herman Memorial Hospital in Houston, Texas to assist with providing security for Offender Martone, Michael 1395315 who was pronounced deceased at approximately 2222. Warden Jones and I left the Walls Unit in Huntsville, Texas at approximately 2300 in route to Herman Memorial Hospital in Houston, Texas. We arrived at Herman Memorial Hospital at approximately 2355 where I SGT Simington and Officer Bake CO IV provided security for Offender Martone, Michael 1395315.

*[signature]* — 8/9/2011

SO-4

Texas Department of Criminal Justice

# Inter-Office Communications

To _Lt. K Simmons_          Date _8-9-11_

From _COIV G. Bake_          Subject _Offender Death  8-8-11_

On 8-8-11, I, COIV G. Bake was notified by Lt. K Simmons that I was needed to ride on life flight with an offender to be taken to the hospital. Myself and officer White received our OC cap from the radio picket and traveled to the Huntsville airport. There I received my pistol from the second shift officer and boarded the helicopter with offender Martone at 2115. We landed at Memorial Herman in Houston at approx 2155. CPR was started on the offender at 2203 and at 2222 offender Martone was pronounced dead by Dr. Libby George. I notified Lt. Simmons at 2235. I was told by the life flight nurse that offender Martone's core temperature was 108 degrees F. when he was received at Hermann Memorial

COIV G. Bake

☆SO-4

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

### SERIOUS INCIDENT REPORT FORM

**EAC # I-11246-08-11**

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death – Natural Attended | HV | 08/09/11 – 0118 | Lt. Simmons |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTFICATION |
|---|---|---|---|
| 08/08/11 – 2222 | Herman Memorial Houston | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?   ( ) YES     ( X ) NO     ( ) Unknown

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?  ( ) YES   ( X ) NO
NAME OF HOSPITAL:   N/A

### OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Martone, Michael | 1395315 | W/M | 57 | G2 | None | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?        ( X ) YES        ( ) NO

NAME OF HOSPITAL:  Herman Memorial Houston

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Martone, Michael | 1395315 | W/M | 57 | G2 | None | |

DATE/TIME VICTIM PRONOUNCED DECEASED: 08/08/11 – 2222 hours

NAME OF PERSON PRONOUNCING VICTIM DECEASED:  Dr. George, Libby

PRELIMINARY CAUSE OF DEATH: Heat Stroke / Cardiac Arrest

MOTIVE FOR ASSAULT/DEATH:   N/A

NEXT OF KIN NOTIFIED?  ( X ) YES   ( ) NO       DATE/TIME/BY WHOM: 08/09/11 – 0835 – Chaplain Hart

CARNES FUNERAL HOME NOTIFIED: ( X ) YES  ( ) NO  DATE/TIME/BY WHOM: 08/08/11 – 2359 – Lt. Simmons

JUSTICE OF PEACE NOTIFIED:    ( ) YES  ( X ) NO    DATE/TIME/BY WHOM:  N/A

TNG - 93 (rev. 06/2004) 1 of 2

## ASSAILANT INFORMATION

**IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?**
**( ) YES       ( ) NO**

**WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?    ( ) YES ( ) NO**

### WEAPON INFORMATION

**WEAPON (DESCRIBE IN DETAIL):    N/A**

### CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A |  |  |
|  |  |  |
|  |  |  |

**WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?    ( ) YES       ( ) NO**

# SUMMARY OF INCIDENT

ON AUGUST 8TH 2011 AT APPROX 2000 SGT C. ROUNDTREE RESPONDED TO G-1-4 CELL WHERE OFFENDER MARTONE WAS COMPLAINING OF DIZZINESS AND SHORTNESS OF BREATH. UPON ARRIVING AT THE CELL SGT. ROUNDTREE FOUND OFFENDER MARTONE CONSIOUS AND ALERT. AS SGT. ROUNDTREE BEGAN MOVING THE OFFENDER FROM HIS CELL TO MEDICAL THE OFFENDER LOST CONSIOUSNESS. SGT. ROUNDTREE INITIATED ICS. LT. PROCTOR RESPONDED WITH OFFICERS P. ELLIS AND A. QUICK. OFFENDER MARTONE WAS PLACED ON A BACKBOARD AND TAKEN OUT OF THE BUILDING TO A GURNEY THAT WAS WAITING OUTSIDE THE DOOR. THE RADIO PICKET OFFICER CONTACTED 911 AND EMS WAS ACTIVATED. THE OFFENDER WAS MOVED TO THE HUNSVILLE UNIT INFIRMARY BY GURNEY TO AWAIT THE ARRIVAL OF EMS. WHILE IN THE INFIRMARY LT. M. PROCTOR NOTICED THAT THE OFFENDER WAS VERY WARM TO THE TOUCH AND APPLIED ICE PACKS TO THE OFFENDER IN CASE HE WAS HAVING A HEAT RELATED EMERGENCY. EMS ARRIVED AT APPROX. 2020 AND BEGAN TREATING THE OFFENDER. A DECISION WAS MADE BY EMS TO TAKE THE OFFENDER TO THE HUNTSVILLE MUNICIPAL AIRPORT WHERE HE WOULD BE PLACED ON A LIFEFLIGHT HELICOPTER. ONCE THE OFFENDER ARRIVED AT HERMAN MEMORIAL IN HOUSTON HE LOST ALL VITAL SIGNS. CPR WAS STARTED AT 2203 AND THE OFFENDER WAS PRONOUNCED DECEASED BY DR. GEORGE, LIBBY AT 2222. OFFICER GARY BAKE CO IV NOTIFIED LT. KEVIN SIMMONS OF THE DEATH AT 2235. OFFICER BAKE WAS TOLD BY MEDICAL STAFF FROM HERMAN HOSPITAL THAT THE OFFENDER DEATH MAY HAVE BEEN A RESULT OF HEAT AND THAT THE OFFENDERS BODY TEMPERATURE WAS 108. AT 1900 THE UNIT RECORDED THE TEMPERATURE AT 102, HUMIDITY AT 20 , AND HEATINDEX AT 99.

NOTIFICATIONS ARE AS FOLLOWS:
       **08/08/2011**
2237 WARDEN JONES NOTIFIED BY LT. SIMMONS
2239 REGION 1 DIRECTOR MR. UPSHAW NOTIFIED BY WARDEN JONES
2245 CHAPLAIN HART NOTIFIED BY LT. SIMMONS
2248 OIG OFFICER KEVIN SHAWACRE NOTIFIED BY LT. SIMMONS
2359 CARNES FUNERAL HOME NOTIFIED BY LT. SIMMONS
       **08/09/2011**
0118 EAC NOTIFIED BY LT. SIMMONS
0835 NOK ROXANNE MARTONE (DAUGHTER) NOTIFIED BY CHAPLAIN HART

THE PRELIMINARY DEATH DIAGNOSIS FROM THE ATTENDING PHYSICIAN AT HERMAN MEMORIAL HOSPITAL WAS HEAT STROKE AND CARDIAC ARREST. THE FAMILY DID NOT OBJECT TO AN AUTOPSY AND WILL CLAIM THE OFFENDER'S BODY.

PREPARED BY:   Lieutenant Shane Lemler          DATE:  August 10, 2011

AUTHORIZED BY:   Warden James Jones          DATE:  August 10, 2011

TNG - 93 (rev. 06/2004) 2 of 2

PAGE  01/01

09/06/2011  12:25     2958073                  HUNTSVILLE UNIT

A.D. 03.29 (rev. 7)
Attachment A

Page 13 of 21

# Texas Department of Criminal Justice
## Transport Authorization for Offender Remains

**The undersigned authorizes and directs the coordinating funeral home**

**and/or its said agents or staff to make the removal of the said remains of**

| Martone, Michael | from | Huntsville Unit |
|---|---|---|
| (Print Offender Name) | | (Print Unit Location) |

**who died on __August 8, 2011___ and to hold until further notification from**
(Date of Death)

**the Warden of the unit with regards to the approval for an autopsy.**

**NOTE:  If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.**

> **Instructions:**    If death occurs on the unit, the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit, the Warden shall sign the form and shall then deliver the form by the most expedient means to the appropriate medical staff at the location of the death.

Signature of Warden/Designee                      Warden James Jones
                                                   Printed Name

Harris County Medical Examiner Office
Medical Physician's/Registered Nurse's Signature      Printed Name

Address of Physician/Registered Nurse

Harris County Medical Examiner Office



TDCJ
Deaths

✓
AX

I-11246-08-1)

```
*********************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY    EMERGENCY ACTION CENTER    **
*********************************************************************
***           S Y S M   I N B A S K E T   P R I N T                   **

MESSAGE ID: 982485      DATE: 08/09/11  TIME: 09:17   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      CWA2287 - WALL, CRICELDA
           ADMIN TECH IV
           CHAPLAINCY

SUBJECT:   DEATH NOTIFICATION


   *********************DEATH NOTIFICATION********************************

INMATE: MARTONE, MICHAEL            TDCJ# 1395315
DATE OF DEATH: 08/08/2011
CUSTODY: G2        STATUS: S3       RACE: WHITE     DOB: 07/07/54 AGE: 57
CAUSE OF DEATH: PENDING             TIME: 22:22   DOCTOR: GEORGE LIBBY
PLACE OF DEATH: HERMAN HOSPITAL, HOUSTON, TX
DUTY WARDEN: JONES                  TIME: 22:37
JUSTICE OF THE PEACE:               TIME:
TDCJ-ID-IAD: SHAWMAKER              TIME: 23:48
CARNES FUNERAL HOME: HOLLIE         TIME: 23:59
CHAPLAIN: HART                      TIME: 22:45
EAC: CRUMBLEY                       TIME: 01:18
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   ( ) UNABLE TO CONTACT
N.O.K. ROXANNE MARTONE          TIME 09:35   HRS   PHONE 713-231-4343
ADDRESS: 2904 LAUREL RIDGE    FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: LEAGUE CITY, TX
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: HUNTSVILLE UNIT


Sent to:    HSMA016             DEATH RECS/CAROLYN MCMILLIAN  (to)
            HVWAR01             HUNTSVILLE_WARDENS_OFFICE     (to)
            CHAPSUP             HARDIN, LAWANA                (to)
            HQEAC01             CENTER, EMERGENCY ACTION      (to)
            CAS7772             ASHWORTH, CARISE              (to)
            KEN2430             ENLOE, KELLY                  (to)
            LHA7202             HART, LARRY                   (to)
```



**Offender Death - Huntsville Unit**
Kathy Cleere  to: William Stephens

08/09/2011 07:27 AM

From:       Kathy Cleere/Executive_Directors_Office/TDCJ
To:         William Stephens/Institutional/TDCJ@TDCJ
Mail #:     KC-1068

fyi - report says staff at Hermann told the escort officer that death could be heat-related.  ~kc~


SUMMARY OF INCIDENT
 ON AUGUST 8TH 2011 AT APPROX 2000 SGT C. ROUNDTREE RESPONDED TO G-1-4 CELL
 WHERE OFFENDER MARTONE WAS COMPLAINING OF DIZZINESS AND SHORTNESS OF
BREATH.
 UPON ARRIVING AT THE CELL SGT. ROUNDTREE FOUND OFFENDER MARTONE CONSIOUS
AND
 ALERT. AS SGT. ROUNDTREE BEGAN MOVING THE OFFENDER FROM HIS CELL TO MEDICAL
THE OFFENDER LOST CONSIOUSNESS. SGT. ROUNDTREE INITIATED ICS. LT. PROCTOR
RESPONDED WITH OFFICERS P. ELLIS AND A. QUICK. OFFENDER MARTONE WAS PLACED ON
 A BACKBOARD AND TAKEN OUT OF THE BUILDING TO A GURNEY THAT WAS WAITING
OUTSIDE THE DOOR. THE RADIO PICKET OFFICER CONTACTED 911 AND EMS WAS
ACTIVATED. THE OFFENDER WAS MOVED TO THE HUNSVILLE UNIT INFIRMARY BY GURNEY
TO AWAIT THE ARRIVAL OF EMS. WHILE IN THE INFIRMARY LT. M. PROCTOR NOTICED
THAT THE OFFENDER WAS VERY WARM TO THE TOUCH AND APPLIED ICE PACKS TO THE
OFFENDER IN CASE HE WAS HAVING A HEAT RELATED EMERGENCY. EMS ARRIVED AT
APPROX. 2020 AND BEGAN TREATING THE OFFENDER. A DECISION WAS MADE BY EMS TO
TAKE THE OFFENDER TO THE HUNTSVILLE MUNICIPAL AIRPORT WHERE HE WOULD BE
PLACED ON LIFEFLIGHT HELICOPTER. ONCE THE OFFENDER ARRIVED AT HERMAN
MEMORIAL
 IN HOUSTON HE LOST ALL VITAL SIGNS. CPR WAS STARTED AT 2203 AND THE OFFENDER
 WAS PRONOUNCED DECEASED BY DR. GEORGE, LIBBY AT 2222. OFFICER GARY BAKE
CO IV NOTIFIED LT. KEVIN SIMMONS OF THE DEATH AT 2235. OFFICER BAKE WAS TOLD
BY MEDICAL STAFF FROM HERMAN HOSPITAL THAT THE OFFENDER DEATH MAY HAVE
BEEN A RESULT OF HEAT AND THAT THE OFFENDERS BODY TEMPERATURE WAS 108.
 AT 1900 THE UNIT RECORDED THE TEMPERATURE AT 102, HUMIDITY AT 20 , AND HEAT
INDEX AT 99.

NOTIFICATIONS ARE AS FOLLOWS.
 2237 WARDEN JONES NOTIFIED BY LT. SIMMONS
 2239 REGION 1 DIRECTOR MR. UPSHAW NOTIFIED BY WARDEN JONES
 2245 CHAPLAIN HART NOTIFIED BY LT. SIMMONS
 2248 OIG OFFICER KEVIN SHAWACRE NOTIFIED BY LT. SIMMONS
 2359 CARNES FUNERAL HOME NOTIFIED BY LT. SIMMONS
 0118 EAC NOTIFIED BY LT. SIMMONS
 AT THE CURRENT TIME CHAPLAIN HART HAS BEEN UNABLE TO CONTACT NEXT OF KIN AND
 IS STILL ATTEMPTING TO MAKE CONTACT.




Kathy Cleere, Administrator

TDCJ Emergency Action Center
P. O. Box 99
Huntsville, Texas 77342
Telephone:  936-437-8483
Blackberry:  936-577-5326
Fax:  936-435-1056
E-mail:  kathy.cleere@tdcj.state.tx.us

**From:**    Emergency Action/Operations/TDCJ
          *Sent by:  Kyla Crumbly/Executive_Directors_Office/TDCJ*
**To:**      Kathy Cleere/Executive_Directors_Office/TDCJ@TDCJ

**Date:**    Tuesday, August 09, 2011 06:03AM
**Subject:**  Huntsville Unit - Offender Death (Cause Pending)/Heat

On 8/8/11, at approximately 2000 hours security staff responded to cell G-1-4 where offender Martone, Michael TDCJ# 1395315, W/M/57/G2 in was complaining of dizziness and shortness of breath. During transport to unit medical department, offender Martone lost consiousness. ICS was initiated. Offender Martone was placed on a backboard and taken to a gurney. 911 was contacted and EMS was activated. Offender Martone was transported via gurney to unit medical department to await arrival of EMS. Offender Martone was observed as being very warm to touch, and ice packs were applied. EMS arrived on unit, and they began treatment to offender Martone. A decision was made to take offender Martone to Huntsville Municipal Airport where he would be life-flighted to Herman Memorial Hospital in Houston. Upon arrival to Herman Memorial Hospital, offender Martone lost all vital signs, and CPR was initiated. Offender Martone was pronounced deceased by the attending physician at 2222 hours. Cause of death may have been a result of heat, due to offender Martone's body temperature being 108 degrees. At 1900 hours, the unit recorded a temperature of 102 degrees, humidity was 20%, and the heat index was 99 degrees. On going attempts are being made to reach offender Martone's next of kin.

PLA0000338
McCollum/Martone3498

TKI
14/Death

Offender Death
(Cause Pending/Heat)

```
***********************************************************************
*** REQUESTOR: KCR3307 - CRUMBLY, KYLA         EMERGENCY ACTION CENTER    **
***********************************************************************
**           S Y S M   I N B A S K E T   P R I N T               **

MESSAGE ID: 980675    DATE: 08/09/11  TIME: 03:31   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KSI8517 - SIMMONS, KEVIN
           LIEUTENANT
           HUNTSVILLE UNIT

SUBJECT:   I-11246 08 11
```
                                        8/9/11

EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:..0118......

```
EMERGENCY ACTION CENTER INCIDENT NO: I - 11246 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M -        -   -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HV    REGION 01  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 2222
SPECIFIC LOCATION: HERMAN MEMORIAL HOSPITAL HOUSTON
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT, C. ROUNDTREE
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A    B     C     D     E     N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO
```

```
                       OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)      TDCJ NO      CUST  RACE  SEX  AGE  INJ  A-V
  MARTONE, MICHAEL DAVID           1395315       G2    W     M    57   Y
```
                michael
                W/M/57/G2

```
WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY:   EMS    VAN X LIFE FLIGHT
NAME OF HOSPITAL: HERMAN MEMORIAL HOUSTON
```

TREATMENT:  CPR

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)              SSN      RACE   SEX    AGE        RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011  TIME: 22 : 32 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE:   DR. GEORGE, LIBBY
COUNTY WHERE DEATH OCCURRED:  HARRIS
PRELIMINARY CAUSE OF DEATH:  HEAT RELATED
NEXT OF KIN NOTIFIED   YES X NO  DATE:    /    /        TIME:    :
NAME OF NOK:
HUNTSVILLE FUNERAL HOME NOTIFIED    YES X NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

CHEMICAL AGENT INFORMATION
AMOUNT                        LIST TYPE                  AUTHORIZATION

WAS TEAM AUTHORIZED   YES    NO    DECONTAMINATED    YES    NO   INJURIES    YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
  ON AUGUST 8TH 2011 AT APPROX 2000 SGT C. ROUNDTREE RESPONDED TO G-1-4 CELL
WHERE OFFENDER MARTONE WAS COMPLAINING OF DIZZINESS AND SHORTNESS OF BREATH.
UPON ARRIVING AT THE CELL SGT. ROUNDTREE FOUND OFFENDER MARTONE CONSIOUS AND
ALERT. AS SGT. ROUNDTREE BEGAN MOVING THE OFFENDER FROM HIS CELL TO MEDICAL. T
HE OFFENDER LOST CONSIOUSNESS. SGT. ROUNDTREE INITIATED ICS. LT. PROCTOR
RESPONDED WITH OFFICERS P. ELLIS AND A. QUICK. OFFENDER MARTONE WAS PLACED ON
 A BACKBOARD AND TAKEN OUT OF THE BUILDING TO A GURNEY THAT WAS WAITING
OUTSIDE THE DOOR. THE RADIO PICKET OFFICER CONTACTED 911 AND EMS WAS
ACTIVATED. THE OFFENDER WAS MOVED TO THE HUNSVILLE UNIT INFIRMARY BY GURNEY
TO AWAIT THE ARRIVAL OF EMS. WHILE IN THE INFIRMARY LT. M. PROCTOR NOTICED
THAT THE OFFENDER WAS VERY WARM TO THE TOUCH AND APPLIED ICE PACKS TO THE
OFFENDER IN CASE HE WAS HAVING A HEAT RELATED EMERGENCY. EMS ARRIVED AT
APPROX. 2020 AND BEGAN TREATING THE OFFENDER. A DECISION WAS MADE BY EMS TO
TAKE THE OFFENDER TO THE HUNTSVILLE MUNICIPAL AIRPORT WHERE HE WOULD BE
PLACED ON LIFEFLIGHT HELICOPTER. ONCE THE OFFENDER ARRIVED AT HERMAN MEMORIAL
 IN HOUSTON HE LOST ALL VITAL SIGNS. CPR WAS STARTED AT 2203 AND THE OFFENDER
 WAS PRONOUNCED DECEASED BY DR. GEORGE, LIBBY AT 2222. OFFICER GARY BAKE
CO IV NOTIFIED LT. KEVIN SIMMONS OF THE DEATH AT 2235. OFFICER BAKE WAS TOLD
BY MEDICAL STAFF FROM HERMAN HOSPITAL THAT THE OFFENDER DEATH MAY HAVE

BEEN A RESULT OF HEAT AND THAT THE OFFENDERS BODY TEMPERATURE WAS 108.
AT 1900 THE UNIT RECORDED THE TEMPERATURE AT 102, HUMIDITY AT 20 , AND HEAT
INDEX AT 99. NOTIFICATIONS ARE AS FOLLOWS.
2237 WARDEN JONES NOTIFIED BY LT. SIMMONS
2239 REGION 1 DIRECTOR MR. UPSHAW NOTIFIED BY WARDEN JONES
2245 CHAPLAIN HART NOTIFIED BY LT. SIMMONS
2248 OIG OFFICER KEVIN SHAWACRE NOTIFIED BY LT. SIMMONS
3359 CARNES FUNERAL HOME NOTIFIED BY LT. SIMMONS
0118 EAC NOTIFIED BY LT. SIMMONS
AT THE CURRENT TIME CHAPLAIN HART HAS BEEN UNABLE TO CONTACT NEXT OF KIN AND
IS STILL ATTEMPTING TO MAKE CONTACT.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. KEVIN SIMMONS                    DATE: 08 / 09 / 2011
AUTHORIZED BY: WARDEN JONES

Sent to:    EAC                    (list)                    (to)