UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 195

Texas Department of Criminal Justice

Brad Livingston
Executive Director

**ADMINISTRATIVE INCIDENT REVIEW**

**INCIDENT NUMBER:** I-11200-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**MARK W. MICHAEL UNIT**

August 8, 2011

RECEIVED AUG 2011 REGION 2 DIRECTOR

**To:** **Emergency Action Center**

**Thru:** **Robert Eason, Region II Director**

**From:** **Todd Foxworth, Senior Warden, Mark W. Michael Unit**

**Subject:** Offender Death

Received SEP 6 2011 EAC

**Persons Involved:** Togonidze, Alexander, 1578039, a 44 year old white male, serving a 60 year sentence for aggravated robbery with a deadly weapon, out of Collin County, Texas.

**Summary:** On 8/8/2011, at approximately 0750 hours, Officer Jerry Whitley, CO3, was conducting a bed book count on 4 building, 2 section. 3 row. When Officer Whitley asks Offender Togonidze, Alexander, 1578039, in 41 cell to bring his identification card to the cell door, he did not get a response from him. Officer Whitley had the control picket officer, Christine Bartick, CO 3, call for a supervisor. Sergeant Domonic Odiaka responded to the scene and determined that medical assistance was necessary. Medical responed and determined that Offender Togonidze was breathing and had a pulse. Offender Togonidze was transported by gurney to the Michael Unit Emergency Room for further treatment.

In the emergency room it was determined that Offender Togonidze was in Cardiac Arrest and was treated with the Automatic External Defibulator (AED). Medical staff called 911 and an ambulance was dispatched to the unit. Offender Togonidze was pronounced deceased at 0814 hours by Doctor Gary Wright, a Michael Unit Physician. A rectal temperature was taken, which was 106 degrees. When it was noted that the heat may have been a factor in causing the cardiac arrest, Misty Atchison, Michael Unit Risk Management, went to 4 building, D pod, 41 cell and took a temperature reading, which was 86.2 degrees.

Office of the Inspector General, Tony Allison had been contacted at 0810 hours and arrived at the emergency room at 0822 hours. Mr. Allison conducted a

Incident Number:    I-11200-08-11
8/8/2011

visual exam of Offender Togonidze's body and found a facial bruise which he believed was caused by the offender falling.  No foul play or assault was suspected by Mr. Allison.  Justice of the Peace, Carl Davis, had been contacted and arrived on the unit at 0850 hours and agreed with the determination of death and signed the order for an autopsy to be done.  Carnes Funeral Home arrived at the Michael Unit at 1135 hours and took possession of the body.  At 1150 hours, Emergency Action Center, Ginger Kellogg, was contacted and issued the number I-11200-08-11 for this incident.

**Employee
Action/Inaction:**        All actions taken by staff were appropriate during this incident.

**Attachments:**        TNG-93
E-mail
Temperature Reading E-Mail
Statements from staff
Copy of Travel Card
Order for Autopsy
Inquest Transport Order
Chaplain Packet
Provisional Autopsy Report
Medical Records
Photos on CD

**Statements:**        Officer J. Whitley, CO3
Officer C. Bartick, CO3
Sergeant D. Odiaka

Incident Number:    I-11209-08-11
8/8/2011

**Administrative Review:**

Warden's/Administrative Supervisor's Comments:

On 8/8/2011, at approximately 0750 hours, Offender Togonidze, Alexander, 1578039, was unresponsive when ask for his identification card during a bed book count.  A supervisor was called for and determined that medical assistance was needed.  When medical arrived they found the offender to be breathing and had a pulse but took him to the emergency room for further evaluation.  In the emergency room it was determined that he was possibly having Cardiac Arrest.  Cardiac Pulmonary Resuscitation was initiated but Offender Togonidze failed to respond to all efforts, he was pronounced deceased at 0814 hours by Michael Unit Physician, Doctor Gary Wright.  Justice of the Peace, Carl Davis, ordered an autopsy.  The Provisional Autopsy Report from The University of Texas Medical Branch, dated 8/10/2011, states the cause of death is hyperthermia, and the manner of death is accidental.  It should be noted that Michael Unit Risk Manager, Misty Atchison, did go to the offender's cell and do a temperature reading, recording the temperature at 86.2 degrees.  We are currently awaiting the final report that may or may not have a secondary cause of death.  Offender Togonidze's family has been contacted, with our condolences, and will claim the body.

_____
Todd Foxworth
Senior Warden

_____8-16-2011_____
Date

Incident: I-11200-08-11 / Offender Death / Michael Unit.

Regional Director/Assistant Director's Comments:

An investigation into the offender death that occurred on August 8, 2011, on the Michael Unit involving Offender Togonidze, Alexander TDCJ #1578039, indicated that employee action or in-action was not a contributing factor in the incident. All employees' actions during this incident were in accordance with agency policy and procedures.

On August 8, 2011, at or about 0750 hours, Offender Togonidze was not responsive when asked for his identification card during a bed book count. A supervisor was requested, upon his arrival a determination that medical assistance was needed. Unit medical staff arrived and observed the offender breathing with a pulse. The offender was transported by gurney to the unit medical department. It was determined that the offender was in cardiac arrest and Automatic External Defibulator (AED) was utilized. Emergency Medical Services were requested; however, all efforts failed and the offender was pronounced deceased at 0815 hours by Dr. Gary Wright. Offender Togonidze's body temperature was 106 degrees.

Office of the Inspector General Tony Allison was notified and initiated an investigation. The case number is pending. Justice of the Peace Carl Davis arrived at the unit at 0850 hours and ordered an autopsy. The provisional autopsy report dated August 10, 2011, indicated the cause of death as hyperthermia and the manner of death as accidental. The family was contacted and will claim the body. Carnes Funeral Home arrived at 1135 hours and took possession of the body.

On the date of the incident at 0830 hours, the air temperature in the housing area was 86.2 degrees and 71% humidity for a heat index of 93 degrees. The following heat precautions are taken on the Michael Unit to minimize heat related illnesses: air flow is monitored, all ventilation fans in the area were functioning properly, offenders are allowed to wear commissary shorts and t-shirts in the housing area, and ice water is placed in the housing areas throughout the day. Offender Togonidze did have a commissary fan in his cell. All staff and offenders are trained on heat awareness and precautions in accordance with AD 10.54, Temperature Extremes in the Workplace.

This office requires will review this incident in 90 days.

Signature: _____   Date: _____
Robert Eason
Region II Director

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

EAC#  I-11200-08-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death/Cardiac Arrest/Heat Related | 036 | 8/8/11 | Lt. Robert Bush |
| | | 13:22 | |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 8/8/11  08:15 | Unit Infirmary | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED   ( ) YES   (x) NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?   ( ) YES   ( ) NO   NAME OF HOSPITAL:

### OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Togonidze, Alexander | 1578039 | W/M | 45 | G3 | Yes | V |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?       ( ) YES       (x)NO       NAME OF HOSPITAL:_____

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Togonidze, Alexander | 1578039 | w/m | 45 | G3 | Yes | V |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED:     08:15 a.m.

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:   Dr. G. Wright

PRELIMINARY CAUSE OF DEATH:   Cardiac Arrest/ Heat Related

MOTIVE FOR ASSAULT/DEATH:   N/A

NEXT OF KIN NOTIFIED?   ( ) YES   (x) NO          DATE/TIME/BY WHOM:  _____

HUNTSVILLE FUNERAL HOME NOTIFIED:     (x ) YES   () NO     DATE/TIME/BY WHOM:   8/8/11 08:25  Lt. R. Bush

JUSTICE OF PEACE NOTIFIED:     ( x ) YES   () NO     DATE/TIME/BY WHOM:   8/8/11 08:26  Lt. R. Bush

TNG - 93 (rev. 06/2004) 1 of 2

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?    ( ) YES  ( X ) NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?        ( ) YES   (X ) NO

## WEAPON INFORMATION

WEAPONS (DESCRIBE IN DETAIL):    **N/A**

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|---|---|---|
|  |  |  |
|  |  |  |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?      (x ) YES    ( ) NO     **Investigator:**  _Tony Allison_

## SUMMARY OF INCIDENT

**See Attached E-mail**

PREPARED BY : **LT. ROBERT BUSH**                        DATE:  **08-07-2011**

AUTHORIZED BY: **MAJOR JODY HEFNER**

TNG – 93 (REV. 06/2004) 2 OF 2

```
~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*
*** REQUESTOR: RBU1461 - BUSH, ROBERT        MICHAEL UNIT              ***
~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*
***          S Y S M   O U T B A S K E T   P R I N T                  ***
```

MESSAGE ID: 977189    DATE: 08/08/11  TIME: 01:22pm  PRIORITY: 000

SUBJECT:    I-11200-08-11


EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:.............

EMERGENCY ACTION CENTER INCIDENT NO: I - 11209 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M -       -      -
TYPE OF INCIDENT: OFFENDER DEATH CARDIAC ARREST/HEAT RELATED
UNIT: MI   REGION 02  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 08:15
SPECIFIC LOCATION: UNIT INFIRMARY
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. ODIAKA, D.
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: CPT. STEPHENSON, M.
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A      B       C       D       E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES     NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO



                              OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)      TDCJ NO    CUST RACE  SEX  AGE  INJ  A-V
  TOGONIDZE, ALEXANDER             1578039     G3    W    M    45   Y    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL    YES X NO
BY:   EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL:
TREATMENT:

                              EMPLOYEE INFORMATION
NAME (LAST, FIRST M)              SSN      RACE  SEX    AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011  TIME: 08 : 15 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. WRIGHT, G.
COUNTY WHERE DEATH OCCURRED: ANDERSON
```

PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST/HEAT RELATED
NEXT OF KIN NOTIFIED   YES X NO   DATE:     /     /        TIME:        :
NAME OF NOK: IA LASHVILLE
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                    AUTHORIZATION

WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES X YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES X       NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS              X
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 8/8/11 AT APPROXIMATELY 08:05 HRS. OFFICER WHITLEY J. WAS CONDUCTING
COUNT PROCEDURES AND NOTICED THAT OFFENDER TOGONIDZE, ALEXANDER  1578037
WAS UNRESPONSIVE IN HIS ASSIGNED CELL 4D41B. OFFICER WHITELY IMMEDIATELY
CALLED FOR A SUPERVISOR AND MEDICAL STAFF. SGT. ODIAKA, D. ARRIVED ON SCENE
AND STARTED ICS. MEDICAL STAFF ARRIVED AND THE OFFENDER WAS ESCORTED TO THE
UNIT INFIRMARY AND CPR WAS STARTED IMMEDIATELY BY SECURITY STAFF AND MEDICAL
CELL SIDE. THE CPR CONTINUED AND ALL LIFE SAVING MEASURES INCLUDING THE AED
WAS USED TO TRY TO REVIVE THE OFFENDER TO NO AVAIL. DR. WRIGHT, G.
PRONOUNCED THE OFFENDER DECEASED AT 08:15 HRS. THE CAUSE OF DEATH WAS
CORE TEMPERTURE READ 106 DEGREES AND THE HEAT HAD A AFFECT ON THE OFFENDERS
HEALTH CONDITIONS LEADING TO CARDIAC ARREST. THE TEMPERATURE IN THE CELL WAS
MEASURED ABOUT THIS TIME AND READ 86 DEGREES. TONY ALLISON OF OIG WAS
CONTACTED AT 08:10 HRS. AND ARRIVED AT THE E/R AT APPROXIMATELY 08:32 HRS.
JUSTICE OF THE PEACE DAVIS ARRIVED ON THE UNIT AT 08:50 HRS. AND AGGREED WITH
THE CAUSE OF DEATH AND SUGGESTED A AUTOPSY. TONY ALLISON PERFORMED A EXAM
OF THE OFFENDER AND ONLY FOUND A FACIAL BRUISE WHICH HE BELIEVED WAS CAUSED

BY THE OFFENDER FALLING, NO FOUL PLAY OR OFFENDER ASSAULT WAS FOUND BY
OFFICER ALLISON. CARNES FUNERAL HOME WAS CONTACTED AT 08:25 HRS. AND ARRIVED
ON THE UNIT AT 11:35 HRS. AND TOOK POSSESSION OF THE BODY AND LEFT THE UNIT
11:50 HRS. GINGER AT EAC WAS CONTACTED AT 10:56 AND ISSUED I-11200-08-11
TO THE INCIDENT. DUTY WARDEN J. HEFFNER WAS NOTIFIED AT 08:30 HRS. THE UNIT
CHAPLAIN IS AT THIS TIME TRYING TO ESTABLISH CONTACT WITH NEXT OF KIN LISTED
IN OFFENDER TOGONIDZE'S RECORDS, AND AT THIS TIME NO CONTACT HAS BEEN
SUCCESSFULL. ALL PERTINENT AUTHORITIES HAVE BEEN CONTACTED.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. R. BUSH                                    DATE: 08 / 08 / 2011
AUTHORIZED BY: MAJOR J. HEFFNER.

Sent to:    INCIDENT              (list)                      (to)

```
****************************************************************
*** REQUESTOR: TFO9822 - FOXWORTH, TODD      MICHAEL UNIT        ***
****************************************************************
***                  S Y S M   I N B A S K E T   P R I N T               ***

MESSAGE ID: 975278     DATE: 08/08/11 TIME: 09:53am PRIORITY: 000

TO:        TFO9822 - FOXWORTH, TODD
           WARDEN
           MICHAEL UNIT

FROM:      MHU4065 - ATCHISON, MISTY
           SAFETY OFFICER I
           MICHAEL UNIT

SUBJECT:   TEMPERATURE READING (4D-41)


ON AUGUST 8, 2011, ON THE MICHAEL UNIT, AT APPROXIMATELY 0830 HOURS,
PER REQUEST OF SENIOR WARDEN TODD FOXWORTH, A TEMPERATURE READING WAS
CONDUCTED ON 4 BUILDING, D POD, 41 CELL WITH THE FOLLOWING RESULTS:

86.2 DEGREES + 71% HUMIDITY = 93


M. ATCHISON
RISK MANAGER
MICHAEL UNIT


Sent to:   JHE6838         HEFNER, JODY        (to)
           TFO9822         FOXWORTH, TODD      (to)
```

Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**
Mark W. Michael Unit



## Inter-Office Communications

**To** _Lt. Bush_                    **Date** _8/8/11_

**From** _J. Whitley CO-III_     **Subject** _Togonidze, Alexander_
_# 1578039_

On 8/8/11 I was doing the bed book count on 4 bldg, D pod. when I came to D-41 cell I could not get offender Togonidze to bring his ID card to the door. I had the control pickett to call for the building Sergeant. The offender was found to be unresponsive. Medical was notified and the offender was removed from the building on a gurney

_Jerry Whitley_ CO-III

Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**
Mark W. Michael Unit



**Inter-Office Communications**

To _Lt. Bush_          Date _8-8-11_

From _C. Bartick C03_    Subject _Togonidze - 1578039_

During the bedbook count, officer
Whitley motioned for a supervisor
in 2 Section 3 row D41 cell. I, officer
Bartick called the desk for
the Sgt. on 4 Bldg. Sgt. Odiaka
responded immediately.

Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**
Mark W. Michael Unit



## Inter-Office Communications

**To** Lt. Bush

**From** Sgt. D. Odieka

**Date** 08/08/11

**Subject** Offender Togolidze Alexand.
#1578039

On 08/08/11 at approximately 0800 hrs, I was informed that offender Togolidze was non-responsi. When I arrived the offenders cell, the offender was breathing and had a pulse, so no CPR was necessary. I immediately called for medical assistance. Medical arrived shortly, and they did not indicate that CPR was necessary. Medical transported said offender on a gurney to the Unit infirmary for further evaluation. It was assumed that the offender was just sick and would soon return to his cell. Since offender Togolidze had already soiled his cell with human waste, his mattress and linen was removed to be cleaned, so that his cell mate would to be the cell. There seem to be no foul play or assault on the situation.

Sgt. D. Odieka

# Admission Summary

| | | | | | | NV | |
|---|---|---|---|---|---|---|---|
| TOGONIDZE,<br>Alexander (W) | | 1578039A | AGGRAVATED ROBBERY<br>DEADLY WEAPON | | 60Y | 12 | N |
| Name | | Number | Offense | | Sent. | Ed. | GED |

| | 12/28/2066 | | | | | | | 86 | 42 | 12/02/1966 | 07/13/2009<br>MRF / cdh | Christian Non-<br>Denom. / Protestant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/2066 | | | | | | | | | | | | |
| Max Expir | Minimum Expiration | | | | | | | I.Q. | Age | DOB | Int./By | Religion |

| County: | Collin | | 12/28/2006 | 07/02/2009 |
|---|---|---|---|---|
| Work Experience: | None | | Sent. Beg. | Date Received |
| Vocational Skills: | None | | | |

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 2 | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Reft'y | | | L1 EFF: 12/28/2006  W EFF: 12/28/2006 |
| Det Hosp | | | 7-20-09 SCC MI | LIG3 |
| Det Home | | | |
| St Trans | | | 7/22/09 MI ucc(01) G3 food service |
| St Jail | | | |
| SubA TF | | | |
| TDCJ-ID | | | |
| O/Pris | | | |

TOGONIDZE,
Alexander

\# 1578039A

**ALL POSTINGS (Cont'd.)**

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| 7-22-09 | MI | Asgn |

AGGRAVATED ROBBERY DEADLY WEAPON (1) (60 years)

ILLNESS, INJURY OR DEATH - NOTIFY
IA Iashvile        (SIS)
2116 Leeds Dr. Plano, TX 75025  (972-527-8488)

RACE: WHITE        SEX: MALE        HEIGHT: 05' 06"        WEIGHT: 185

COMPLEXION: RUDDY                EYES: BRO        HAIR: BRO

NATIVITY: Georgia, Russia                MARKS and SCARS:
CUT SCAR UNDERNEATH CNTR CHIN. TAT UNIDENTIFIED TAT OUTSD UPR LEFT ARM.

DETAINERS: 8/3/10 - Immigration & Customs Enforcement - 7405 C1 Hwy 75 So - Huntsville, TX 77340

TOGONIDZE,
Alexander
#1578039A

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

SUMMARY:

3 arrests involving 2 violent offenses--9 months probation Collin County 2001 Assault Causing Bodily Injury Family Member (hit adult white female during argument, no injuries, completed, NOT VERIFIED)--1 year adult probation Collin County 2004 for Possession Marijuana (claims had one joint, completed, NOT VERIFIED)--as present TDCJ-CID #1578039 received at Gurney Unit on 07/02/2009, maintained clear record, 07/08/2009 transferred Byrd/Diagnostic Unit for intake processing--claims contact with mother, 1 half sibling, 1 child--claims no contact with father--claims 1 marital failure with 1 child involved--claims divorced--claims possible DETN from US ICE DETN-- refer to Diagnostic and Evaluation Classification Summary--

PRESENT OFFENSE SUMMARY:

The current offense of AGGRAVATED ROBBERY DEADLY WEAPON involves the subject on 12/28/2006 during the nighttime hours call for a cab in Dallas, TX. After the cab driver, Dawitt Alme (44 year old black male) drove the subject to Plano, subject stabbed the victim in the back and shoulder with a letter opener and robbed the victim of $140 in cash. The victim jumped from the still moving cab that then hit a fire hydrant. The victim sustained stab wounds to the back and shoulder, a broken pelvis, a broken leg, and separated shoulder. The subject fled the scene on foot and was arrested the next day when he was identified at the same store he called the cab from. The subject was held in Collin County Jail where he was unable to post a $100,000 bond (NOT VERIFIED)--

DPS #: 06546319
FBI #: 358785PB2
SSN #: 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
DL #: 18494626

```
CSIMF500              T.D.C.J. — INSTITUTIONAL DIVISION — INMATE VISITORS LIST
                        DATE: 10/18/10         TIME: 14:21:50

NAME: TOGONIDZE,ALEXANDER          TDC# 01578039  STAT/CUST: S4   G3 UNIT: M:
HSNG ASSIGNMENT: BLDG 4-D-2 ROW GA CELL: 39  LAST VISITOR LIST CHANGE: 10 18 1(
INMATE TYPE: ID
TOGONIDZE,MEDEYA                     MO    2116 LEEDS DR,PLANO,TX
IASNVILI,IA                          NIECE 2116 LEEDS DR,PLANO,TX
BEGG,RAZA                            NEPHW 2116 LEEDS DR,PLANO,TX
GOLDELLX,IRINA                       COUSN 2116 LEEDS DR,PLANO,TX
KAUTARADZEE,KETEVAN                  COUSN 3120 HEIDI DR,PLANO,TX
BARNETT,CRIS                         COUSN 2116 LEEDS DR,PLANO,TX
KARTARADZE,REJEB                     FRND  REPUBLIC OF GEORGIA,USSR,GA
MAMULADZE,NARGUL                     FRND  REPUBLIC OF GEORGIA,USSR,GA


              3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:   0 LAST VISIT DATE:                CONTACT VISIT ELIG. Y
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 08 01 10
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST: _____       OR SIDNO _____
PF1=HELP    PF2=OTS INQUIRY SCREEN    PF5=DISAPPROVED LIST    PF10=FAMILY PAGE
```

PF1=HELP          PF5=DISAPPROVED LIST     PF10=FAMILY PAGE

SSN #: 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
DL #: 18494626



CARL E. DAVIS
Justice Of The Peace
Precinct Two

ANDERSON COUNTY COURTHOUSE ANNEX
703 N. MALLARD, STE. 107
Palestine, Texas 75801
Ph. (903) 723-7486
Fax (903) 723-7807

## ORDER FOR AUTOPSY

THE STATE OF TEXAS * Togonidze, Alexander
DECEASED

COUNTY OF ANDERSON * 12-2-66
DATE OF BIRTH

On this day came to be heard, the INQUEST HEARING INVESTIGATION in regard to the death of Togonidze, Alexander   a White   (female, age 44, and the cause of death is violent, unnatural, or unknown.

After hearing testimony and evidence in regard to the death of the deceased, it is determined by the aftersigning Justice of The Peace that an autopsy on the body of said deceased is necessary so that the cause of death may be ascertained and for other necessary reasons.

BE IT THEREFORE CONSIDERED, ORDERED AND DECREED, that an autopsy be had on the body of the deceased. There being no Health Officer in and for Anderson County, it is hereby ORDERED that UNIVERSITY OF TEXAS MEDICAL BRANCH, in GALVESTON, TEXAS, or any other physician, duly licensed in Texas and trained in Pathology, shall forthwith perform said autopsy on the body of the deceased, which body is at CARNES       Funeral Home, in TEXAS CITY, TEXAS

ISSUED UNDER MY OFFICIAL SIGNATURE of office in Anderson County, Texas this 8th day of August 20 11.

Time of Death: 815   A.M.   Date of Death: 08 08/11

Carl E. Davis, Justice of The Peace
Precinct 2, Place 1

COMMENTS:_____

Copy of Autopsy to:_____

CARL E. DAVIS
Justice Of The Peace
Precinct Two

ANDERSON COUNTY COURTHOUSE ANNEX
703 N. MALLARD, STE. 107
Palestine, Texas 75801
Ph. (903) 723-7486
Fax (903) 723-7807

## INQUEST TRANSPORT ORDER

THE STATE OF TEXAS          *   ORDER FOR TRANSFER OF DEAD BODY

COUNTY OF ANDERSON          *   FROM ANDERSON COUNTY TO

JUSTICE COURT, PCT. 2       *   ANOTHER COUNTY FOR AUTOPSY

On this day, came on to be heard, evidence in an INQUEST INVESTIGATION HEARING in regard to the death of TOGONIDEE ALEXANDER , a White (female, age 44 date of birth 12 2 /66 and said cause of death being either violent, unnatural, or unknown. Time of Death: 8:15 A .M.   Date of Death: 08 08 11

After considering evidence presented and upon investigation in regard to this death, it is of the OPINION at this time that an autopsy should be had.

BE IT THEREFORE ORDERED, AND DECREED, that CARNES Funeral Home, Texas City, Texas, who has the remains of the deceased, Transport said deceased to UNIVERSITY OF TEXAS MEDICAL BRANCH, IN GALVESTON, TEXAS, as prescribed by law and return said body upon completion of autopsy which is to be performed by authorized or any other pathologist duly licensed to practice pathology in THE STATE OF TEXAS.

ISSUED UNDER MY OFFICIAL SIGNATURE of Office in Anderson County, Texas, on this the 8th day of August , 2011

CARL E. DAVIS
Justice Of The Peace, Precinct 2, Place 1
Anderson County, Texas

Comments: _____

Copy of Autopsy to: _____

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

To____**WARDEN FOXWORTH**_____       Date____**08/09/2011**_____

                                                      Death of Offender
From____**Chaplain Carlos Arcipreste**_____   Subject____**TOGONIDZE, ALEXANDER #1578039**

On **August 8ᵗʰ, 2011** at 0815 hours Michael Unit , Inmate **TOGONIDZE, ALEXANDER #1578039**
passed away. At **0835** hours I was contacted by **Lt. Robert Bush** and informed of the offender's death.
At **0915; 0916; 0928; 0929 hours I** attempted to call **Medeia Togonidze** (Mother) at 972-527-8488 on
travel card( **No Answer**) At **0928**, and **1445 hours Inspector General Anthony Allison** provided me
with **numerous possible** phone numbers 972-527-8488 ; 214-727-3599; 972-468-9077; 972-203-1933
;817-238-1431; 817-230-7189; 817-531-2221; 817-230-7507; 972-527-8488 ( **not in service** ).   On
**August 9th, 2011, Tuesday** at 0958 and **1645 hours** I called the **Plano Police Department** and ask
them to go and do a residence check and to notify them that I needed to get in contact with them .
**Finally at 1710 hours Mr.Raza Begg (Nephew).called to the Michael Unit and I inform him of his
Uncles death. The family will be claiming  the body. Due to time frame to notify the family an
Autopsy has been done. I then gave the telephone number to him for Carnes Funeral Home 409-
986-9900 and 888-822-7637 and  informed him that he would need to contact them for all further
arrangements concerning the body .**
As per standard operating procedures in the event of an inmate death as outlined by Warden D.
Dewberry to all security supervisors as it related to A.D. 03-29 (REV.).  I would like to document the
following scenario:
**On: August 8ᵗʰ, 2011**
At **0815** hours Michael Unit , Inmate **TOGONIDZE, ALEXANDER #1578039** passed away.
At **0835** hours I was contacted by **Lt. Robert Bush** and informed of the offender's death.
At **0915;  0916; 0928; 0929 hours I** attempted to call **Medeya Togonidze** (Mother) at **972-527-8488**
on travel card( **No Answer**)
At **0928**, and **1445 hours Inspector General Anthony Allison** provided me with **numerous possible
phone numbers** 972-527-8488 ; 214-727-3599;  972-468-9077;  972-203-1933 ;817-238-1431; 817-
230-7189; 817-531-2221; 817-230-7507; 972-527-8488 ( **not in service** )
**August 9th, 2011, Tuesday** at 0958 and **1645 hours** I called the **Plano Police Department** and ask
them to go and do a residence check and to notify them that I needed to get in contact with them .
**Finally at 1710 hours Mr.Raza Begg (Nephew).called to the Michael Unit and I inform him of his
Uncles death.**
**The next of kin will be listed as:**
**RAZA BEGG ( Nephew )**
**2116 Leeds Dr.**
**Plano , Texas 750525**
# 469-774-5727

cc:      Major Bowman                              Northern Regional Medical Director-Beto
         Director of Chaplaincy                    Use of Force
         Director of Classification/Attn: Cherie Littlejohn    Inmate Records
         Huntsville Unit/Connie Weich              Property Office
         UTMB Autopsy Services                     OIG
                                                   File

```
******************************************************************
*** REQUESTOR: A800015 - ARCIPRESTE, SAMUEL   MICHAEL UNIT        ***
******************************************************************
***              S Y S M   O U T B A S K E T   P R I N T          ***

MESSAGE ID: 987906     DATE: 08/09/11  TIME: 05:30pm  PRIORITY: 000

SUBJECT:   DEATH NOTIFICATION


*******************DEATH NOTIFICATION*****************************

INMATE: TOGONIDZE,ALEXANDER (REVISED TDCJ# 1378039
DATE OF DEATH: 08/08/2011
CUSTODY: GP L3     STATUS: SSU      RACE: W/M        DOB: 12/03/66 AGE: 45
CAUSE OF DEATH: CARDIAC ARREST      TIME: 0815    DOCTOR: G. WRIGHT
PLACE OF DEATH: MI UNIT INFIRMARY
DUTY WARDEN:  JODY HEFNER           TIME: 0820
JUSTICE OF THE PEACE: MR.DAVIS      TIME: 0830
TDCJ-ID-IAD: TONY ALLISON          TIME: 0810
CARNES FUNERAL HOME:                TIME: 0825
CHAPLAIN: CARLOS ARCIPRESTE         TIME: 0835
EAC: GINGER KELLOGG I-11200-08-11   TIME: 1038
APPROVAL OF AUTOPSY BY N.O.K.  (   )YES   (   )NO   ( X ) UNABLE TO CONTACT
N.O.K.  RAZA BEGG (NEPHEW)     TIME 1710    HRS    PHONE 469-774-5737
ADDRESS: 2116 LEEDS DR.        FAMILY WILL( X ) WILL NOT(   ) CLAIM BODY
ADDRESS: PLANO , TEXAS 75025
LOCATION OF BODY:
LOCATION OF INMATE PROPERTY:


Sent to:    HSMA016             DEATH RECS/CAROLYN MCMILLIAN  (to)
            HVWAR01             HUNTSVILLE_WARDENS_OFFICE     (to)
            CHAPSUP             HARDIN, LAVANA                (to)
            MGEAC01             CENTER, EMERGENCY ACTION      (to)
            CAS7772             ASHWORTH, CARISE              (to)
            KEN2430             ENLOE, KELLY                  (to)
            HOSPICE             (list)                        (to)
```

OFFENDER DEATH NOTIFICATION WORKSHEET

To: **Warden Foxworth**          Date: **August 8, 2011**

From: **Chaplain Carlos Arcipreste**      Subject: **Offender Death Notification**

1. *Offender Information*
   Name: **TOGONIDZE , ALEXANDER**
   TDCJ#: **1578039**          Unit Assigned: **Michael Unit**
   Cause of Death: **CARDIAC   ARREST**
   Date of Death          **August 8, 2011**      @ HOURS   **0815**
   Place of Death: (unit/hospital):      **Michael Unit   INFIRMARY**
   Certifying Physician/Justice of the Peace:      **DR. G. WRIGHT**

2. *Family Contact: In the event of natural causes of death under a physician or registered nurse's care, the priority family order should be spouse, adult children or guardians of minor children, parents and siblings.*
   Date: **August 9, 2011**          Time: **1710**

   __x__ Contacted listed next of kin

   _____ Contacted a relative/friend from visiting list of correspondence

   _____ Contacted Sheriff's Office / Police Department (specify)
   Name:_____  Date:_____  Time:_____
   Objection to Autopsy by N.O.K.   YES _____    NO _____

3. *Person Contacted*
   Name: **REZA BEGG**          Relationship: **NEPHEW**
   Address/City/St/Zip: **2116 LEEDS DR. PLANO , TEXAS 75025**
   Area Code & Telephone Number: **469-774-5727**

4. *Burial Arrangements:*
   __x__ The family **will claim** the body.   The family was instructed to call the **Carnes** Funeral Home at **409-986-9900 and 888-822-7637.**
   _____ The family **will not claim** the body.   The family was instructed to send a fax to 936-437-8073 to the Huntsville Unit Warden with following message.   "I am unable to claim the body of:_____TDCJ# _____ I   am requesting he/she be buried in the prison cemetery".   Name, address, telephone number and relationship to the inmate should be included in the fax.
   _____ Unable **to contact** any family member. (detail efforts in IOC to unit warden).   Send E-Mail and fax worksheet to the Huntsville Unit Warden.  Burial recommended in the prison cemetery.

5. __X__ Send a copy of this worksheet to (1) the Director of Classification and Records by E-Mail to BST0772 or fax to 936/437-6227 and (2) by fax to the Carnes Funeral Home at 888-822-7637

6. __X__ Place a copy of the next of kin letter in the Offender Death Notification Packet.

7. __X__ Send a copy of this worksheet, IOC, E-Form, and the next of kin letter to the Director of Chaplains.

8. __X__ Keep a copy of all paperwork in your file and submit this original to the Offender Death Notification Packet.

Chaplain's Signature: _~~Carlos Arcipreste~~_   Date: _August 9, 2011_
Revised 3-4-02



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**Brad Livingston**
**Executive Director**

P.O. Box 99, Huntsville, Texas 77342-0099

August 9,2011

**Raza Begg/ Medeia Togonidze**
2116 Leeds Dr.
Plano , Texas 75025
469-774-5727

Dear **Raza Begg/ Medeia Togonidze**

It is with the deepest sympathy I write this letter and I know I express the feelings of the administrative personnel at this institution. I experienced from each a sense of hurt and loss at your love one's death. I am sure that the same sense of hurt must be stronger among you who loved him in a special way and knew him better than our staff.

It is customary that the Carnes Funeral Home in Texas City, Texas will handle the body of any person who dies within the Texas Department of Criminal Justice unless the family makes other arrangements. You may claim or inquire about the body by contacting the Carnes Funeral Home at (855) 262-8325. They also offer burial services that I encourage you to attend if possible.

Sincerely,

*Carlos Arcipreste*
Chaplain

CC:   Warden Foxworth
      Director of Chaplaincy
      Director Records & Classification
      Inmate Records
      file

Chaplain **Carlos Arcipreste**
CHAPLAIN

MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX 75886
(903) 928-2311

1 409 772 5109      AUTOPSY SERVICES                    07:36:32 a.m.    08-12-2011      1 /2

Patient Account:  20005972-517
Med. Rec. No.:  (0150)1578039
Patient Name:  **TOGONIDZE, ALEXANDER**
Age:  44 YRS      DOB:12/02/66  Sex:M      Race:C
Admitting Dr.:  OUTSIDE TDCJ
Attending Dr.:  OUTSIDE TDCJ
Date / Time Admitted :  08/09/11 - 1340
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

---

### PROVISIONAL AUTOPSY REPORT

Autopsy Office (409)772-2858

**Autopsy No.:  AU-11-00167**

**AUTOPSY INFORMATION:**
Occupation: INMATE          Birthplace: UNKNOWN          Residence: TEXAS
Date/Time of Death: 8/8/2011  08:15      Date/Time of Autopsy: 8/10/2011
Pathologist/Resident: CAMPBELL/DIVATIA          Service: TDC CONTRACT
Restriction: NONE

\*\*\*
The on-line version of the final autopsy report is abbreviated.  If you would
like a copy of the complete final report, or if you have any questions
regarding this report, please contact the Autopsy Division Office,
(409)772-2858.
\*\*\*

### PROVISIONAL AUTOPSY DIAGNOSIS

**I. Clinical history of hypertension, hyperlipidemia, diabetes mellitus and
hyperthermia (106 degrees Fahrenheit)**
   **A. Organs in situ: Severe autolytic changes**
   **B. Pulmonary system:**
      **1. Lungs, bilateral: Congestion (weights: right, 730 gm and left,
        620 gm)**
      **2. No thromboemboli identified in major vessels**

The deceased is a 44 year old Caucasian TDCJ inmate with a past medical
history of diabetes mellitus, who was found unresponsive in his cell on 8-8-11
at approximately 07:50 a.m. Cardiopulmonary resuscitation was initiated. The
vital signs at this time were temperature-106 degrees Fahrenheit, pulse-
162/minrespirations-40/ min and blood pressure 60/40 mmHg.  An automatic
external defibrillator was used which advised no shock and to continue
resuscitation. Emergency medical services arrived and an electrocardiogram was
performed and analyzed. It showed asystole, and resuscitation was subsequently
stopped. The patient was declared dead on 8-8-11 at 8:15 a.m.. An autopsy was
performed on 08-10-11 at 10:00 a.m.  The cause of death in this patient is
hyperthermia, and the manner of death is accidental.

Patient Name:
Patient Location:
Room/Bed:
Printed Date / Time:
    TOGONIDZE, ALEXANDER:
    AUTOPSY

*** The above diagnoses are based on gross findings and are subject
to modification after microscopic study. This report should not be used for
insurance or medicolegal purposes. Final report will follow.***

1-409-772-5109        AUTOPSY SERVICES                    07:36:49 a.m.    08-12-2011      2 /2

Patient Account: 20005972-517
Med. Rec. Na.: (0150)1578039
Patient Name: **TOGONIDZE, ALEXANDER**
Age: 44 YRS    DOB:12/02/66   Sex: M        Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 08/09/11 - 1340
Copies: GERALD A. CAMPBELL, M.D., PATHOLOGIST
       08/11/11
       GC /da

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

(Electronic Signature)

** The above diagnoses are based on gross findings and are subject
to modification after microscopic study.  This report should not be used for
insurance or medicolegal purposes.  Final report will follow.**

Patient Name:
Patient Location:
Room/Bed:
Print *TOGONIDZE, ALEXANDER*
       *AUTOPSY*                Page:

       08/12/11 - 0828

```
******************************************************************************
*** REQUESTOR: KJE9969 - JEFFERIES, KRISTIE    MICHAEL UNIT                 *
******************************************************************************
***                S Y S M   O U T B A S K E T   P R I N T                 *
```

MESSAGE ID: 973877      DATE: 08/08/11  TIME: 07:56am  PRIORITY: 000
SUBJECT:   MEDICAL TRANSFER

                         MEDICAL TRANSFER


            X EMERGENCY                        ROUTINE

NAME OF INMATE:       TOGONIDZE,ALEXANDER  INMATE NUMBER: 1578039
DIAGNOSIS:            HYPERTHEMIA
NATURE OF TRANSFER:     SCHEDULED APPOINTMENT
                      X EVALUATION
SENDING PHYSICIAN:    WRIGHT
ACCEPTING PHYSICIAN:  PRMC ER
TRANSPORT TO:         PRMC
TRANSPORTATION MODE ORDERED:      CHAIN BUS        UNIT VAN
                                  WHEELCHAIR VAN  X AMBULANCE
                                  OTHER
TRANSPORTATION MODE USED:         CHAIN BUS        UNIT VAN
                                  WHEELCHAIR VAN  X AMBULANCE
                                  OTHER
HOUSING:              4 BLDG
ACT OF VIOLENCE:      N
UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):  Y
UNIT CONTACT NAME: SMALLEY
JOB TITLE: RN
TIME DEPARTED UNIT:   AS : AP    DATE DEPARTED UNIT: 08 / 08 / 2011
TIME RETURNED:        :          DATE RETURNED:        /   /


SENT TO:           PRMC

Sent to:    HSMA049             DISPATCH, EMS OPERATIONS    (to)
            CLASSMED             CLASSIFICATION_MEDICAL      (to)
            EMERTRANSP           <list>                      (to)
```

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** **1578039**   **Date:** 8/8/2011 07:50AM   **Facility:**
MICHAEL (MI)

**Most recent vitals from 7/13/2011:** BP: 119 / 76 (Sitting) ; Wt: 188 Lbs.; Height: 65 In.; Pulse: 72 (Sitting) ; Resp: 18 / min;
Temp: 96.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES
**Medications**
ECOTRIN EC 81MG,  1 TABS ORAL QD
TENORMIN 50MG,  1 TABS ORAL QD
BENZAC GEL 10%,  1 APPLICS TOPICALLY QD
    *Special Instructions:* APPLY THIN LAYER SPARINGLY
TEGRETOL 200MG,  2 TABS ORAL QPM
VASOTEC 2.5MG,  1 TABS ORAL QD
PAMELOR 75MG,  1 CAPS ORAL QPM
PRILOSEC 20MG,  1 CAPS ORAL QPM
    *Special Instructions:* ****GERD****
PRAVACHOL 40MG,  2 TABS ORAL QPM
GLUCOPHAGE 1000MG,  1 TABS ORAL BID

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

| MODE OF ARRIVAL: | | CONDITION ON ARRIVAL: | |
|---|---|---|---|
| Date:                    Time: | | ☐ Stable | |
| ☐ Ambulatory | | ☐ Guarded | |
| ☐ W/C | | ☐ Serious | |
| ☑ Stretcher | | ☒ Critical | |
| ☐ Carried | | | |
| CHIEF COMPLAINT/LOCATION/ONSET: | | | |
| | | | |
| | | | |
| SIGNIFICANT MEDICAL HISTORY: | | | |
| | | | |
| | | | |

| **Quantitative Pain Scale:  Place an "X" below** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| **Qualitative Description of Pain** | | | | |
|---|---|---|---|---|
| Location: | | | Onset: | |
| Duration: | | | | |
| Aggravating Factors: | | | | |
| Alleviating Factors: | | | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | Intermittent | | Other: |
| Radiating: | No | Yes | Location: | |

N/A

HSM-16                                                                                                    1 of 6

X   |||||||||||||||||||||||||||||||||||||||||||||   #

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** **1578039**   **Date:** 8/8/2011 07:50AM   **Facility:**
MICHAEL (MI)

### GLASGOW COMA SCALE

| Eye Opening | Best Verbal Response | Best Motor Response |
|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 0750 | ZA | 1 | 1 | 1 | 3 |
| | | | | | |
| | | | | | |
| | | | | | |

### NURSING ASSESSMENT

| CARDIAC ☐ NA | PULMONARY ☐ NA | GI ☑ N/A | SKIN ☐ N/A | NEURO ☐ N/A |
|---|---|---|---|---|
| **Apical Pulse** | **Respirations** | ☐ Denies Problems | ☐ Cold | ☐ Alert |
| ☐ Regular | ☐ Normal | ☐ Nausea | ☐ Warm | ☐ Oriented X ___ |
| ☑ Irregular | ☑ Shallow | ☑ Vomiting | ☑ Hot | ☐ Confused |
| ☐ JVD | ☐ Labored | ☐ Diarrhea | ☐ Dry | ☐ Lethargic |
| | ☑ Nasal Flaring | ☐ Rectal Bleeding | ☐ Moist | ☑ Unresponsive |
| **Peripheral Pulses** | ☐ Grunting | ☐ Constipation | ☐ Diaphoretic | |
| Upper | ☐ Retractions | ☑ Incontinent | ☐ Normal | **Arm Strength** |
| ☑ R   L ☑ | ☐ Hyperventilating | | ☑ Pale | ☐R L ☐   Normal |
| Lower | ☑ Use of accessory | Last BM 8/8/2011 | ☐ Mottled | ☑R L ☐   Weak |
| ☑ R   L ☑ | muscles | Date | ☐ Cyanotic | ☐R L ☐   Flaccid |
| | | | ☐ Jaundiced | |
| **Bleeding** | **Lungs** | **Abdomen** | ☐ Flushed | **Leg Strength** |
| ☑ None | ☐R L ☐ Clear | ☐ Soft | ☐ Intact | ☐R L ☐   Normal |
| ☐ Controlled | ☐R L ☐ Crackles | ☐ Firm | | ☑R L ☐   Weak |
| ☐ Excessive | ☑R L ☑ Wheezes | ☐ Distended | **Ortho ☐ N/A** | ☐R L ☐   Flaccid |
| Location: _____ | ☐R L ☐ Diminished | ☐ Obese | ☐ Deformity | |
| | ☐R L ☐ Absent | ☐ Tender _____ | ☐ Swelling | **Pupils** |
| Est. Blood Loss | | ☐ Rebound | | ☑ Equal |
| /\|/\| ___ cc | **GU   ☑ N/A** | | Location_____ | ☐ Unequal |
| | ☐ Burning | **Bowel Sounds** | | ☐R L ☐   Reactive |
| | ☐ Frequency | ☑ Normoactive | **ROM** | ☑R L ☐   Non-reactive |
| **Capillary Refill** | ☐ Urine Odor | ☐ Hyperactive | ☐ Full | ☐R L ☐   Dilated |
| ☐ Normal | ☐ Hematuria | ☐ Hypoactive | ☑ Limited | ☐R L ☐   Constricted |
| ☑ Delayed | ☐ Incontinent | ☐ Absent | ☐ Absent | ☑R L ☐   Fixed |
| | ☐ Anuric | ☐ NG/G tube | | |

HSM-16

X

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** **1578039**   **Date:** 8/8/2011 07:50AM   **Facility:** MICHAEL (MI)

| | Edema | | | |
|---|---|---|---|---|
| | Upper  R   L | ☐Vag. Discharge<br>☐Vag. Bleeding<br>☐Catheter | **Signature** | **Time** |
| | (0) 1+ 2+ 3+ | | | |
| | Lower  R   L<br>(0) 1+ 2+ 3+ | **Initial Assessment Completed** | _C. Dolghan RN_ | 0800 |

| **\*\*Contact Provider\*\*** | | |
|---|---|---|
| Name of Provider Notified:  C. Wright DO | | Time: |
| Provider Orders:  AED<br>CPR<br>ICE Pack X 6 | | |
| | | |
| | | |
| | | |
| | | |
| Orders read back and verified:   Signature:  _S. Smalley RN_ | | |

**Details of abnormal findings and ongoing assessment and care.**

X  |||||||||||||||||||||||||||||||||||||||||||||||||||||||  #

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** 1578039   **Date:** 8/8/2011 07:50AM   **Facility:** MICHAEL (MI)

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 0750 | Summoned to 4 Bld for unresponsive | LL |
| 0750 | often ___ AED placed on Resp & pulse present | APR |
|  | Transported To Medical ER via Back board; V/S | |
|  | Obtain't BP 64/40 - pulse 162. Temp 106+, Resp 40 | APR |
| 0755 | AED applied, O2 @ 10L c Nonrebreather connected - | |
|  | Glasco Coma scale 3, attempted to start IV x 2 Sites | |
|  | Unsuccessful. | APR |
| 0758 | Patient frothing at mouth, suctioned, as needed, No Resp/no | |
|  | CPR Started @ 0800, AED states cont CPR; O2 connected | |
|  | to Ambu bag; | APR |
| 0800 | 911 called, utilization Review notified @ Paul gave # | APR |
| 0805 | CPR continued - Dr Wright @ Bedside | APR |
| 0810 | CPR continued - EKG obtained, interpretation "less than | |
|  | 4 QRS complexes delected, no interpretation possible" | APR |
| 0814 | Patient pronounced Dead @ 0814 by Dr G Wright - | APR |
|  | Dx Cardiac arrest, Respiratory arrest, Hyperthermia - per | |
|  | Dr wright | APR |
|  | | |
|  | | |

X ||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||| #

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** 1578039   **Date:** 8/8/2011 07:50AM   **Facility:** MICHAEL (MI)

| VITAL SIGNS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
| 0755 | 106+ | 60/40 | 162 | 40 | 84% | 238 | N/A | LJRN |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| PEAK FLOW | | | | |
|---|---|---|---|---|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |

\* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

| MEDICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
| | unable to start IV | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| I.V. THERAPY | | | | | | | Intake | Output |
|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
| | unable to start IV | | | | | | IV | Emesis |
| | | | | | | | NG | NG |
| | | | | | | | Other: | Other: |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|---|---|---|---|
| ☐ | Cell | Date: 0814 | Time: 0814 |
| ☐ | TDCJ Infirmary – Facility: | ☐ Improved | |
| ☑ | Local ER | ☐ Stable | |
| ☐ | Hospital Galveston | ☐ Unstable | |
| ☐ | Other: | ☑ Deceased | Pronounced by Dr. ___ |
| MODE OF TRANSFER: 911 | | UTILIZATION REVIEW NOTIFIED? | |

HSM-16

X ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ #

5 of 6

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** TOGONIDZE, ALEXANDER   **TDCJ#:** **1578039**   **Date:** 8/8/2011 07:50AM   **Facility:** MICHAEL (MI)

| | | | |
|---|---|---|---|
| ☐ | Van | Date: 08-08-2011   Time: 0814 | |
| ☐ | Local EMS | ☒ N/A  Deceased | |
| ☒ | 911 Transfer | ☐ Yes | |
| ☐ | UTMB EMS | ☐ No | |
| ☐ | Other: | PRE-CERTIFICATION #: 778239 | |
| PECC Contact Name (UTMB ONLY):  N A | | UR CONTACT:  Paul | |
| Time Contacted: | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>



GEMS IT MAC1200    ALEXANDER TOGONIDZE 0097387,        TDCJ MICHAEL
Male, 44 Years (12/02/1966), Caucasian, 70 in, 180.0 lbs        60/40 mmHg

HR 68 bpm

Measurement Results:                                    Interpretation:
QRS                28 ms                                ** Less than 4 QRS complexes detected, no interpretation possible
QT/QTcB    612 /  650 ms                                **
PR         :        ms
P          :        ms
RR/PP   :  876 /  880 ms
P/QRS/T :    /   0/ 177 degrees

pronounced  8/8/2011
08:14

Order  Physician   SCHAFER, U
Technician          WELCH, R

Unconfirmed report

Aug 08 2011   08 08 38   25mm/s  10mm/mV  ADS   60Hz   0.08  150Hz  4x2 5R1  12 Lead   U5.21 M121 (2)   12SL 231

McCollum/ Togonidze-33

**TOGONIDZE,ALEXANDER**
**Medications 08/08/2011 07:48**

### ALLERGIES

| Allergy | | Reaction: | Severity: |
|---|---|---|---|
| | Comment | | |

| Reaction | | Status | Deletion Reason |
|---|---|---|---|
| | Deleted Date | | |
| NO KNOWN ALLERGIES | | | |
| | N/A | | |

### &Active MEDICATIONS

BENZAC GEL 10% APPLICS    1 APPLICS TOPICALLY QD  01/11/2011 03:45 #90
   *Special Instructions:     APPLY THIN LAYER SPARINGLY*
ECOTRIN EC 81MG TABS     1 TABS ORAL QD  01/11/2011 03:44 #30
GLUCOPHAGE 1000MG TABS     1 TABS ORAL BID  01/11/2011 03:41 #60
PAMELOR 75MG CAPS     1 CAPS ORAL QPM  01/11/2011 03:44 #30
PRAVACHOL 40MG TABS     2 TABS ORAL QPM  01/11/2011 03:43 #60
PRILOSEC 20MG CAPS     1 CAPS ORAL QPM  12/31/2010 08:15 #30
   *Special Instructions:     ****GERD*****
TEGRETOL 200MG TABS     2 TABS ORAL QPM  01/11/2011 03:46 #60
TENORMIN 50MG TABS     1 TABS ORAL QD  01/11/2011 03:42 #30
VASOTEC 2.5MG TABS     1 TABS ORAL QD  01/11/2011 03:45 #30

[1]

# PEARL CLINICAL PATIENT SUMMARY
MICHAEL (MI)  TENN. COLONY, TX
Monday  , August  08, 2011 07:55 AM

| | | | | |
|---|---|---|---|---|
| Name: | **TOGONIDZE, ALEXANDER** | | | |
| | P.O. BOX 4500 | | | |
| | TENNESSEE COLONY, TX 75886 | | | |
| Phone: | | Work: | | |
| MRN: | 1578039 | SSN: | | Begin/End Range: 05/31/2011 to 07/13/2011 |
| DOB: | 12/02/1966 | Sex: MALE | | No. of Admissions: 5 |
| Age: | 44 Years | Race: WHITE | | First Admission Date: 05/31/2011 |
| Next of Kin: | | | | Last Admission Date: 07/13/2011 |
| Living will: | No | | | Date of Death: |
| Language: | ENGLISH | | | |

Other Providers:    ABRAHAM, JOHNS V
BETTS, NANCY L
BOLING, ROSE L
BUSSEY, CHARLOTTE A
CRISS, ROBERT E
DAVENPORT, NANCY C
EGAN, CHERYL K
FARRAR, SANDRA
FRANCO, ELIZABETH A
HAMMOND, JACQUELINE S
HAYNES, AMANDA R
HYATT, KRISTINE M
JOHNSON, DAVID S
JUNG, PAUL
KANNENBERG, KIM
LASTRAPES, MICHELLE
MARTINEZ, TAMMY M
MCCARTNEY, AMANDA P
MCCOMAS, PEGGY J
MILLER, SANDRA L

## MISSING KEY PATIENT INFORMATION

'******* WARNING ******* PATIENT HAS NO SSN.

## CURRENT MEDICATIONS

| Start ate Time | Auto Stop Date Time | Drug | Dose | | | Last Date Time | Ordered E | Remarks |
|---|---|---|---|---|---|---|---|---|
| /11/2011 03:44 | NONE | ASPIRIN EC 81MG TABLET | 1 | TABS | ORA QD | N/A | WRIGHT, GARY G | |
| /11/2011 03:42 | NONE | ATENOLOL 50MG TABLET | 1 | TABS | ORA QD | N/A | WRIGHT, GARY G | |
| /11/2011 03:45 | NONE | BENZOYL PEROXIDE 10% GEL 1.5OZ | 1 | APPLICS | TOP QD | N/A | WRIGHT, GARY G | |
| pecial Instruction: | APPLY THIN LAYER SPARINGLY | | | | | | | |
| /11/2011 03:46 | NONE | CARBAMAZEPINE 200MG TABLET | 2 | TABS | ORA QPM | N/A | WRIGHT, GARY G | |
| /11/2011 03:45 | NONE | ENALAPRIL MALEATE 2.5MG TABLET | 1 | TABS | ORA QD | N/A | WRIGHT, GARY G | |

:A Clinical Summary for: ALEXANDER  TOGONIDZE          DOB: 12/02/1966          SSN:          08/08/2011 07:55 AM          Page: 1/4

# PEARL CLINICAL PATIENT SUMMARY

MICHAEL (MI)  TENN. COLONY, TX
Monday , August  08, 2011 07:55 AM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/11/2011 03:44 | NONE | NORTRIPTYLINE HCL 75MG CAPSULE | 1 | CAPS | ORA QPM | N/A | | WRIGHT, GARY G |
| 12/31/2010 08:15<br>Special Instruction: | NONE<br>****GERD**** | OMEPRAZOLE 20MG CAPSULE | 1 | CAPS | ORA QPM | N/A | | WALLACE, REGINALD A |
| 01/11/2011 03:43 | NONE | PRAVASTATIN 40MG TABLET | 2 | TABS | ORA QPM | N/A | | WRIGHT, GARY G |
| 01/11/2011 03:41 | NONE | metFORMIN HCL 1000MG TABLET | 1 | TABS | ORA BID | N/A | | WRIGHT, GARY G |

## INACTIVE MEDICATIONS

| Start<br>Date Time | Stop<br>Date Time | Drug | Dose | | | Stop Reason | Remarks |
|---|---|---|---|---|---|---|---|
| 07/08/2011 12:23 | 08/07/2011 12:23 | PHENYLEPHRINE 10MG TABLET | 1TID | TABS | ORA | AUTOMATIC EXPIRATION | |

## ALLERGIES

| First Observed | Allergen | Reaction | Severity |
|---|---|---|---|
| 7/07/2009 | NO KNOWN ALLERGIES<br>*Comment:  N/A* | | N/A |

## CARS

DENTAL CARS 1
  **First Observed:  07/07/2009 09:17**    *ICD9:  DC1*    *Diag Group:  PRIMARY*    *Status:  Active*

MEDICAL CARS 3
  **First Observed:  01/11/2011 11:23**    *ICD9:  MC3*    *Diag Group:  PRIMARY*    *Status:  Active*

MENTAL HEALTH CARS 2
  **First Observed:  07/06/2009 13:05**    *ICD9:  MHC2*    *Diag Group:  PRIMARY*    *Status:  Active*

## CHRONIC CARE

DIABETES, TYPE II (ADULT). NON-INSULIN DEPENDENT (NIDDM)
  **First Observed:  07/14/2011 03:38**    *ICD9:  250.0*    *Diag Group:  PRIMARY*    *Status:  Active*

HYPERTENSION (HTN)
  **First Observed:  07/01/2010 12:16**    *ICD9:  401.1*    *Diag Group:  PRIMARY*    *Status:  Active*

## CID

V HIGH RISK SCREENING COMPLETED
  **First Observed:  07/06/2009 08:14**    *ICD9:  V77.99*    *Diag Group:  PRIMARY*    *Status:  Active*

CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS)
  **First Observed:  07/06/2009 08:14**    *ICD9:  011.*    *Diag Group:  PRIMARY*    *Status:  Active*

## MENTAL HEALTH

PRESSIVE DISORDER NOS

Clinical Summary for: ALEXANDER  TOGONIDZE        *DOB: 12/02/1966*    *SSN:*        08/08/2011 07:55 AM    Page: 2/4

# PEARL CLINICAL PATIENT SUMMARY
MICHAEL (MI)   TENN. COLONY, TX
Monday  , August   08, 2011 07:55 AM

| | | | |
|---|---|---|---|
| First Observed: 07/27/2009 15:46 | ICD9:  311 | Diag Group:  PRIMARY | Status:  Active |

**SITUATIONAL PROBLEMS**
First Observed:  08/10/2009 11:16     ICD9:  MHSIT     Diag Group:  PRIMARY     Status:  Active

## PROBLEM LIST

**AGE**
First Observed:  07/07/2009 07:15     ICD9:  797.     Diag Group:  PRIMARY     Status:  Active

**ALLERGIES**
First Observed:  04/27/2011 10:47     ICD9:  477.9     Diag Group:  PRIMARY     Status:  Active

**HYPERLIPIDEMIA**
First Observed:  07/01/2010 12:16     ICD9:  272.4     Diag Group:  PRIMARY     Status:  Active

**MENTAL HEALTH CARS 2**
First Observed:  11/24/2010 14:40     ICD9:  MHC2     Diag Group:  PRIMARY     Status:  Active

**OBSERVATION- COND NOT FOUND**
First Observed:  01/06/2011 12:58     ICD9:  V71     Diag Group:  PRIMARY     Status:  Active

**PHYSICAL EXAMINATION**
First Observed:  07/06/2009 06:02     ICD9:  V70.7     Diag Group:  PRIMARY     Status:  Active

## CID

**VARICELLA, POSSIBLY SUSCEPTIBLE**
First Observed:  07/06/2009 08:14     ICD9:  052.90     Diag Group:  PRIMARY     Status:  Inactive

## MENTAL HEALTH

**MENTAL STATUS EXAM**
First Observed:  07/27/2009 15:46     ICD9:  MHSE     Diag Group:  PRIMARY     Status:  Inactive

## PROBLEM LIST

**CID ASSESSMENT**
First Observed:  07/23/2009 14:14     ICD9:  CID ASMT     Diag Group:  PRIMARY     Status:  Inactive

07/23/2009 14:18 UNKNOWN, UNKNOWN
    CID ASSESSMENT:
    Doi / Newly Assigned Chart Note:
      Tb Class 0: Current
      Tetanus Toxoid: Date Of Last Injection:    Date Next Injection Due:
      Varicella History: Susceptible
      Physical Exam Offered:
        Over 40 Years Of Age: Order Stool For Occult Blood
      Rpr: Non-Reactive
      Hiv: Negative
      Hepatitis B Vaccine/History:
        Hbsab-Negative (Date):  : Continue Vaccination Series

MacGolf mVTogonidz6437

# PEARL CLINICAL PATIENT SUMMARY

MICHAEL (MI)   TENN. COLONY, TX
Monday   , August   08, 2011 07:55 AM

## VITAL SIGNS

| Taken Date Time | Supine | Blood Pressure Sitting | Standing | Supine | Pulse Sitting | Standing | Resp | Weight | Temp |
|---|---|---|---|---|---|---|---|---|---|
| 07/13/2011  23:48 | | 119 / 76 | | | 72 | | 18 | 188 LB | 96.5 - PO |
| 07/08/2011  11:33 | | 126 / 68 | | | 84 | | 16 | 187 LB | 98.2 - PO |
| 07/06/2011  11:48 | | 131 / 74 | | | 90 | | 18 | 187 LB | 96.8 - PO |
| 06/20/2011  09:57 | | 140 / 73 | | | 83 | | 17 | 185 LB | 97.2 - PO |
| 05/31/2011  12:34 | | 134 / 73 | | | 79 | | 18 | 195 LB | 98.6 - PO |
| 04/27/2011  10:23 | | 138 / 85 | | | 80 | | 18 | 196 LB | 98.8 - PO |

## REMINDERS

| Date | Time | Past Due Reminders for Current Facility:  MICHAEL (MI) |
|---|---|---|
| 7-26-2011 | 09:14 AM | For:                      -  CID |
| | | Reminder:          PNEUMONIA VACCINE |
| | | Comments:        PNEUMONIA VACCINE REQUEST/ORDER  (07/26/2011 09:14; Order 32938296-001) |
| 1-02-2011 | 01:50 PM | For:                 WILLIAM HARDY   -   MENTAL HEALTH |
| | | Reminder:          DMS-MENTAL HEALTH |
| | | Comments:        LAST SEEN ON 07/19/2010- JUNG |

Malcolm Togonidze438

Correctional Managed Care
INDIVIDUAL TREATMENT PLAN
DIABETES

Patient Name: **TOGONIDZE, ALEXANDER**     TDCJ#: **1578039**     Date: **07/14/2011 03:30**     Facility: **MICHAEL (MI)**

Age: **44 year**   Race: **W**   Sex: **male**
Most recent vitals from 7/13/2011: **BP: 119 / 76 (Sitting) ; Wt: 188 Lbs.; Height: 65 In.; Pulse: 72 (Sitting) ; Resp: 18 / min; Temp: 96.5 (Oral)**
Prior Vitals:   **126 / 68 (Sitting) ;**   Prior Weight:   **187 Lbs.**
Allergies:   **NO KNOWN ALLERGIES**

| Patient Language:     ENGLISH     Name of interpreter, if required: |
|---|

CURRENT MEDICATION:
**ECOTRIN EC 81MG,     1 TABS ORAL QD**
**TENORMIN 50MG,     1 TABS ORAL QD**
**BENZAC GEL 10%,     1 APPLICS TOPICALLY QD**
          *Special Instructions:* APPLY THIN LAYER SPARINGLY
TEGRETOL 200MG,     2 TABS ORAL QPM
VASOTEC 2.5MG,     1 TABS ORAL QD
CLARITIN 10MG,     1 TABS ORAL QPM
PAMELOR 75MG,     1 CAPS ORAL QPM
PRILOSEC 20MG,     1 CAPS ORAL QPM
          *Special Instructions:* ****GERD****
SUDAFED PE 10MG,     1 TABS ORAL TID
PRAVACHOL 40MG,     2 TABS ORAL QPM
KENALOG 0.1% CREAM 15GM 0.1%,     1 APPLICS TOPICALLY QPM
          *Special Instructions:* APPLY THIN LAYER SPARINGLY
GLUCOPHAGE 1000MG,     1 TABS ORAL BID

COMPLIANCE:
          Medication:   **100__%**

**SUBJECTIVE:**   Patient doing well without complaint.   Compliant with medication and diet.   No episodes of hypoglycemia noted per   patient.   Notes no other problems.

**OBJECTIVE:**     Heart regular rate and rhythm.   No murmur
                    Lungs clear without wheezes or crackles
                    Fundus visible without obvious pathology
                    Pulses 4+ in all extremities
                    Feet without evidence of infection or pathology
                    Neuro is intact without focal deficit

| EMISTRY | 07/07/2011 05:54 | 03/16/2011 08:05 | 01/22/2011 13:45 | 01/21/2011 14:45 |
|---|---|---|---|---|
| BA1C | 6.7 [H] | 8.3 [H] | 7.9 [H] | |
| | | | | |
| HGBA1C | 6.7 [H] | 8.3 [H] | 7.9 [H] | |
| CHOL | | | | |
| HDL | | | | |
| HDL CHOL RATIO | | | | |
| LDL | | | | |
| TRIGLYCERIDE | | | | |
| VLDL | | | | |
| ANION GAP | | | | |

| FINGERSTICK GLUCOSE | 01/17/2011 05:29 | 01/10/2011 15:00 | 01/10/2011 03:00 |
|---|---|---|---|
| FINGERSTICK | 145 [H] | N/S [H] | N/S [H] |

| POINT OF CARE TESTS | 07/20/2010 12:59 |
|---|---|
| HEMOCCULT | ROT [A] |

**1 of 2**

Correctional Managed Care
INDIVIDUAL TREATMENT PLAN
DIABETES

Patient Name: **TOGONIDZE, ALEXANDER**      TDCJ#: **1578039**      Date: **07/14/2011 03:30**      Facility: **MICHAEL (MI)**

| | | |
|---|---|---|
| RIA | 12/03/2010 23:53 | |
| PSA | 1.91 | |
| TB SKIN TEST | 07/21/2010 09:35 | 07/19/2010 12:58 |
| PPD READING | 0 | |
| DOSE | | 0.1 |
| LOT # | | 90493 |
| MFG | | JHP |
| ROUTE | | ID |
| SITE | | LF |

**ASSESSMENT:**  NIDDM

**PLAN:**
I.     Schedule CCC to coincide with Hypertension, Hyperlipidemia clinic on 1.1.12
II.    Continue current DFH
III.   CCC Diabetic education provided on medication compliance and diet.
IV.    Follow-up routine for chronic clinic
V.     Diet Counseling performed:   Yes
VI.    Labs ordered for 12/15/11 current

Is CARS current?   Yes

Procedures Ordered:
        CHRONIC CARE-BRIEF OFFICE VISIT:          diabetes, type ii (adult), non-insulin dependent (niddm)

Electronically Signed by WRIGHT, MELVIN NP on 07/14/2011.
Electronically Signed by JEFFERIES, KIRSTY L. CCA on 07/14/2011.
Electronically Signed by SNELSON, EDNA D. CCA on 07/20/2011.
Electronically Signed by DINGAS, NORINA CCA on 07/20/2011.
##And No Others##

c:\documents and settings\kljeffer\local settings\temp\164843769.tif printed by mivap. (Page 1 of 1)

Scanned by JONES, LITA M. AA in facility MICHAEL (MI) on 07/22/2011 06:00

SUBJECT: State briefly the problem on which you desire assistance

I need some medicine for my rash it's itchin very bed and I have hard time sleep at night.

Thank You

Name  Alex Togonidze     No  1578039     Unit  MI

Living Quarters  40-33 Q     Work Assignment  med sq

DISPOSITION: (Inmate will not write in this space)

RECEIVED 1200
JUL 19 2011
MI-MEDICAL

☆I-60 (Rev. 11-90)

c:\documents and settings\kljeffer\local settings\temp\164845274.tif printed by mivap. (Page 1 of 1)

Scanned by JONES, LITA M. AA in facility MICHAEL (MI) on 07/22/2011 06:46

SUBJECT: *State briefly the problem on which you desire assistance*

Can you please tell me when my shaving pass getting expired

Thank You

Name _Alex Togonidze_   No _1578039_   Unit _MD_
Living Quarters _40-33 B_   Work Assignment _med sa_

DISPOSITION: (Inmate will not write in this space)

6-30-2011 — Hralligen

RECEIVED 1200
JUL 19 2011
MI-MEDICAL

☆I-60 (Rev 11-90)

c:\documents and settings\kljeffer\local settings\temp\164845254.tif printed by mivap. (Page 1 of 1)

Scanned by JONES, LITA M. AA in facility MICHAEL (MI) on 07/22/2011 06:46

**SUBJECT** State briefly the problem on which you desire assistance

Can you please tell me when my shaving pass geting expired.

Thank you.

Name *Alex Togonidze*          No *1578039*          Unit *MI*

Living Quarters *4D-33 B*          Work Assignment *Student*

**DISPOSITION** (Inmate will not write in this space)

pass expires
6 30 11

RECEIVED 1200
JUL 19 2011
MI-MEDICAL

I-60 (Rev 11-90)

c:\documents and settings\kljeffer\local settings\temp\165643711.tif printed by mivap. (Page 1 of 1)

Scanned by DUNCAN, NICOLE S. CCA in facility MICHAEL (MI) on 08/05/2011 14:46

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

## REFUSAL OF TREATMENT OR SERVICES

*Togonidze*   TDCJ-ID Number  *157 30 39*  decline the following services and treatments at the
s Department of Criminal Justice - Institutional Division

**Hemoccult**

_____

derstand the above documented treatment being refused is for the following condition(s).

**Colon Cancer screening**

_____

derstand that potential outcome(s) for refusing the treatment for the above documented condition(s)
udes but is not limited to the following:

**Worsening of medical condition, possible death**

_____

o not wish to have this above stated treatment or services.  I assume full responsibility for any and all
nsequences or personal inconvenience that may arise from refusal of services

nderstand that I may still request these or similar services in the future

_____     7/29/11
gnature of Inmate/TDCJ –ID #              Date

_____     _____
gnature of Witness (if offender unable or unwilling to sign)    Date

:ason unable to sign
_____
rtify that the above named individual is alert and appears to understand the above listed
irm ation

_____     07. 29. 11
gnature and Title of Medical Personnel Obtaining Refusal    Date
tify that the above named patient is alert and oriented and has demonstrated
reprehension of the above treatment condition, treatment, and potential consequences

< 12 (0 ← 7 11)

**Correctional Managed Care**
**CID ABSTRACT OF IMMUNIZATION (HSM-2)**

Patient Name: TOGONIDZE, ALEXANDER        TDCJ#: 1578039        Date: 07/31/2011 13:16        Facility: MICHAEL (MI
**Age:** 44 year   **Race:** W   **Sex:** male
**Most recent vitals from 7/13/2011:** BP: 119 / 76 (Sitting) ; Wt: 188 Lbs.; Height: 65 In.; Pulse: 72 (Sitting) ; Resp: 18
min; Temp: 96.5 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:     ENGLISH     Name of interpreter, if required: |
|---|

Current Medications:
ECOTRIN EC 81MG,      1 TABS ORAL QD
TENORMIN 50MG,      1 TABS ORAL QD
BENZAC GEL 10%,      1 APPLICS TOPICALLY QD
        *Special Instructions:* APPLY THIN LAYER SPARINGLY
TEGRETOL 200MG,      2 TABS ORAL QPM
VASOTEC 2.5MG,      1 TABS ORAL QD
PAMELOR 75MG,      1 CAPS ORAL QPM
PRILOSEC 20MG,      1 CAPS ORAL QPM
        *Special Instructions:* ****GERD****
SUDAFED PE 10MG,      1 TABS ORAL TID
PRAVACHOL 40MG,      2 TABS ORAL QPM
GLUCOPHAGE 1000MG,      1 TABS ORAL BID


LATE ENTRY FOR 7/29/11   0900
CID ASSESSMENT
            Immunizations
                PPD Skin Test
                    Manufacturer:     JHP
                    Lot#:       148614
                    Dose:   0.1 ML
                    Route:     ID
                    Site:     LFA


HSM-2   (rev. 2009)


Electronically Signed by FORTNER, LORI A. L.V.N. on 07/31/2011.
##And No Others##

```
                         MICHAEL (MI)
                           MEDICAL
                              ,

                     LABORATORY DIRECTOR

                          TB SKIN TEST
MRN        : 1578039  Accession:33041099     Age  :44 Years
Patient Name: TOGONIDZE, ALEXANDER           Sex  :Male
Home Phone :                                 Work :(   )   -
Admitting MD: MELVIN  WRIGHT NP              Phone:
Attending MD: MELVIN  WRIGHT NP              Phone:
Referring MD:                               Phone:
Ordering MD :                               Phone:


Tech       : LORI A FORTNER L.V.N.     Verifier:LORI A FORTNER L.V.N.
Collection Time: 08/01/2011 08:00
Result Time   : 08/03/2011 08:00
Report Time   : 08/03/2011 08:00
Comment:


Test              Result      Abn    Normal Range    Units
-----------------------------------------------------------------------
MFG                                    -
LOT #                                  -
DOSE                                   -
SITE                                   -
ROUTE                                  -
PPD READ            0                  -
REFUS SIGN                             -



This document has been sent for signature, but has not yet been reviewed
```

c:\documents and settings\kljeffer\local settings\temp\165511206.tif printed by mivap. (Page 1 of 1)

SL Scanned by SNELSON, EDNA D, CCA in facility MICHAEL (MI) on 08/03/2011 15:26

Because for I run out of my medicine for
week rush, I still have rush and I need
some more medicine so can you make me
apoitment with doctor, please don't send me to
see a TV doctor because my Guck of English I
have hard time to communicate, I need to see
doctor in a person.
                    thank You

Name _Alex Togonidze_   No _1578039_   Unit _M8_

Living Quarters _40-33 b_      Work Assignment _Sudet_

DISPOSITION: (Inmate will not write in this space)

                    J. Smalleyawa
                    Nursing S/C
                    Scheduled

                              RECEIVED 1200
                              AUG 03 2011
                              MI-MEDICAL

☆I-60 (Rev 11-90)

Problems for ALEXANDER TOGONIDZE

Pearl

| ? | Problem Description | Category / Subcategory | Group | ICD-9 | First Observed | Status | Problem ID |
|---|---|---|---|---|---|---|---|
| | HYPERTENSION (HTN) | CHRONIC CARE \ | PRIMARY | 401.1 | 07/01/2010 12:16 | ACTIVE | 131648702 |
| | HYPERLIPIDEMIA | \ | PRIMARY | 272.4 | 07/01/2010 12:16 | ACTIVE | 131648734 |
| | DEPRESSIVE DISORDER NOS | MENTAL HEALTH \ | PRIMARY | 311 | 07/27/2009 15:46 | ACTIVE | 132360700 |
| | MENTAL HEALTH CARS 2 | \ | PRIMARY | MHC2 | 11/24/2010 14:40 | ACTIVE | 137016034 |
| | OBSERVATION- COND NOT FOUND | \ | PRIMARY | V71 | 01/06/2011 12:58 | ACTIVE | 138589823 |
| | MEDICAL CARS 3 | CARS \ | PRIMARY | MC3 | 01/11/2011 11:23 | ACTIVE | 138771051 |
| | CID ASSESSMENT | \ | PRIMARY | CID ASMT | 07/23/2009 14:14 | INACTIVE | 118609685 |
| | SITUATIONAL PROBLEMS | MENTAL HEALTH \ | PRIMARY | MHSIT | 08/10/2009 11:16 | ACTIVE | 119338202 |
| | MENTAL STATUS EXAM | MENTAL HEALTH \ | PRIMARY | MHSE | 07/27/2009 15:46 | INACTIVE | 119390093 |
| | HIV HIGH RISK SCREENING COMPLETED | CID \ | PRIMARY | V77.99 | 07/06/2009 08:14 | ACTIVE | 117780753 |
| | TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) | CID \ | PRIMARY | 011. | 07/06/2009 08:14 | ACTIVE | 117780755 |
| | VARICELLA, POSSIBLY SUSCEPTIBLE | CID \ | PRIMARY | 052.90 | 07/06/2009 08:14 | INACTIVE | 117780757 |
| | AGE | \ | PRIMARY | 797. | 07/07/2009 07:15 | ACTIVE | 117832748 |
| | PHYSICAL EXAMINATION | \ | PRIMARY | V70.7 | 07/06/2009 06:02 | ACTIVE | 117777086 |
| | DENTAL CARS 1 | CARS \ | PRIMARY | DC1 | 07/07/2009 09:17 | ACTIVE | 117841312 |
| | ALLERGIES | \ | PRIMARY | 477.9 | 04/27/2011 10:47 | ACTIVE | 142783268 |
| | DIABETES, TYPE II (ADULT), NON-INSULIN DEPENDENT | CHRONIC CARE \ | PRIMARY | 250.0 | 07/14/2011 03:38 | ACTIVE | 145683564 |

McCollum/ Togonidze-48

Plaintiffs' MSJ Appx. 3441














*addition*

*I-11200-08-11*

```
*************************************************************************
*** REQUESTOR: SMU7295 - MURRAY, SARAH        EMERGENCY ACTION CENTER    **
*************************************************************************
***               S Y S M   I N B A S K E T   P R I N T               **

MESSAGE ID: 987906      DATE: 08/09/11  TIME: 17:30    PRIORITY: 009

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      AS00015 - ARCIPRESTE, SAMUEL
           CHAPLAIN I
           MICHAEL UNIT

SUBJECT:   DEATH NOTIFICATION


     ***********************DEATH NOTIFICATION*****************************

 INMATE: TOSONIDZE,ALEXANDER (REVISED TDCJ# 1578039
 DATE OF DEATH: 08/08/2011
 CUSTODY: GP L3    STATUS: S3W       RACE: W/M      DOB: 12/02/66 AGE: 45
 CAUSE OF DEATH: CARDIAC ARREST      TIME: 0815   DOCTOR: G. WRIGHT
 PLACE OF DEATH: MI UNIT INFIRMARY
 DUTY WARDEN:  JODY HEFNER           TIME: 0820
 JUSTICE OF THE PEACE: MR.DAVIS      TIME: 0850
 TDCJ-ID-IAD: TONY ALLISON           TIME: 0810
 CARNES FUNERAL HOME:                TIME: 0825
 CHAPLAIN: CARLOS ARCIPRESTE         TIME: 0835
 EAC: GINGER KELLOGG I-11200-08-11   TIME: 1056
 APPROVAL OF AUTOPSY BY N.O.K.  ( )YES  ( )NO  ( X ) UNABLE TO CONTACT
 N.O.K.  RAZA BEGG (NEPHEW)     TIME  1710    HRS   PHONE  469-774-5727
 ADDRESS: 2116 LEEDS DR.   FAMILY WILL( X ) WILL NOT( ) CLAIM BODY
 ADDRESS: PLANO , TEXAS 75025
 LOCATION OF BODY:
 LOCATION OF INMATE PROPERTY:


 Sent to:     HSMA016           DEATH RECS/CAROLYN MCMILLIAN  (to)
              HVWAR01           HUNTSVILLE_WARDENS_OFFICE     (to)
              CHAPSUP           HARDIN, LAWANA                (to)
              HQEAC01           CENTER, EMERGENCY ACTION      (to)
              CAS7772           ASHWORTH, CARISE              (to)
              KEN2430           ENLOE, KELLY                  (to)
              HOSPICE           (list)                        (to)
```

*addition*

*I-11400-08-11*

```
*************************************************************************
*** REQUESTOR: SMU7295 - MURRAY, SARAH        EMERGENCY ACTION CENTER    **
*************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                   **
```

MESSAGE ID: 979887     DATE: 08/08/11  TIME: 17:04    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      AS00015 - ARCIPRESTE, SAMUEL
           CHAPLAIN I
           MICHAEL UNIT

SUBJECT:   DEATH NOTIFICATION


```
   *********************DEATH NOTIFICATION***********************
```

INMATE: TOGONIDZE,ALEXANDER          TDCJ# 1578039
DATE OF DEATH: 08/08/2011
CUSTODY: GP L3    STATUS: S3W        RACE: W/M      DOB: 13/02/66 AGE: 45
CAUSE OF DEATH: CARDIAC ARREST       TIME: 0815    DOCTOR:  G.WRIGHT
PLACE OF DEATH: MI INFIRMARY
DUTY WARDEN: JODY HEFNER             TIME: 0820
JUSTICE OF THE PEACE: MR.DAVIS       TIME: 0850
TDCJ-ID-IAD: TONY ALLISON            TIME: 0810
CARNES FUNERAL HOME:                 TIME: 0925
CHAPLAIN: CARLOS ARCIPRESTE          TIME: 0835
EAC:   GINGER KELLOGG I-11300-08-11  TIME: 1054
APPROVAL OF AUTOPSY BY N.O.K.  ( )YES  ( )NO  ( X )  UNABLE TO CONTACT
N.O.K.                         TIME       HRS   PHONE
ADDRESS:                       FAMILY WILL( ) WILL NOT( ) CLAIM BODY
ADDRESS:
LOCATION OF BODY:
LOCATION OF INMATE PROPERTY:


Sent to:   HSMA016            DEATH RECS/CAROLYN MCMILLIAN  (to)
           HVWAR01            HUNTSVILLE_WARDENS_OFFICE     (to)
           CHAPSUP            HARDIN, LAWANA                (to)
           HQEAC01            CENTER, EMERGENCY ACTION      (to)
           CAS7772            ASHWORTH, CARISE              (to)
           KEN2430            ENLOE, KELLY                  (to)
           HOSPICE            (list)                        (to)
```



**Fw: Offender Death**

William Stephens to: R.C. Thaler, Oscar Mendoza, Thomas Prasifka, Kathy Cleere                    08/08/2011 11:17 AM

| | |
|---|---|
| From: | William Stephens/Institutional/TDCJ |
| To: | R.C. Thaler/Institutional/TDCJ@TDCJ, Oscar Mendoza/Institutional/TDCJ@TDCJ, Thomas Prasifka/Institutional/TDCJ@TDCJ, Kathy Cleere/Executive_Directors_Office/TDCJ@TDCJ |
| Mail #: | WS-471 |

another one. housing temperature not extreme. may not be heat related.
----- Forwarded by William Stephens/Institutional/TDCJ on 08/08/2011 11:15 AM -----

| | |
|---|---|
| From: | Robert Eason/Institutional/TDCJ |
| To: | William Stephens/Institutional/TDCJ@TDCJ |
| Date: | 08/08/2011 10:45 AM |
| Subject: | Fw: Offender Death |

Boss,

Here's the information on the offender death at Michael we discussed a few minutes ago.

RJE
----- Forwarded by Robert Eason/Institutional/TDCJ on 08/08/2011 10:39 AM -----

| | |
|---|---|
| From: | Todd Foxworth/Institutional/TDCJ |
| To: | Robert Eason/Institutional/TDCJ@TDCJ |
| Cc: | Dwayne Dewberry/Institutional/TDCJ@TDCJ, William Motal/Institutional/TDCJ@TDCJ, Jimmy Bowman/Institutional/TDCJ@TDCJ, Jody Hefner/Institutional/TDCJ@TDCJ, /TDCJ@TDCJ, William Jock/Institutional/TDCJ@TDCJ, Steven Goff/Private_Facilities_Div/TDCJ@TDCJ, Keith January/Institutional/TDCJ@TDCJ, Michael Stephenson/Institutional/TDCJ@TDCJ, Christopher Holman/Institutional/TDCJ@TDCJ |
| Date: | 08/08/2011 10:04 AM |
| Subject: | Offender Death |

Offender Togonidze, Alexander #1578039, W/M, G3 was discovered in his cell on 4 building non responsive at approximately 805am by the correctional officer. ICS was initiated by security staff and medical responded. Subject offender had a pulse and heartbeat. He was transported to the medical department where his condition began to deteriorate. Dr. Wright was at the unit and directed the emergency response. The offender was diagnosed with hypertension, diabetes, he was a seizure patient and had other medical conditions. His core body temperature was 106 degrees when he arrived in the medical dept. An ambient temperature was taken by the Risk Manager in the offender's cell and was recorded as 86.2 degrees and the housing area temperature was 86.5 degrees. The offender reportedly ate breakfast this morning in the chow hall and his cellmate stated he appeared fine at this time. The offenders cellmate was compatible with Offender Togonidze as they were 6 years apart in age and 10lbs difference in weight. It is noted that the offender did own and have a fan in his cell. The Michael unit is placing ice water in all housing areas here 2 to 3 times a day as well as ensuring all fans are operational in the living areas. In addition, the offenders are allowed to wear shorts and t-shirts in the dayrooms. We are currently attempting to reach the next of kin of Offender Tongonidze. OIG is assisting us with this process as the tel #'s we have are producing a fast busy signal. Additional info will be forwarded as received.

=

*TB1 Death*

*Offender Death*
*(CAUSE PENDING).*

```
******************************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY      EMERGENCY ACTION CENTER    **
******************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                      **

MESSAGE ID: 977189      DATE: 08/08/11  TIME: 13:22    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RBU1461 - BUSH, ROBERT
           LIEUTENANT
           MICHAEL UNIT

SUBJECT:   I-11200-08-11
```

EAC USE ONLY:  DATE REPORTED:........*8-8*..........TIME REPORTED:......*1056*......

```
EMERGENCY ACTION CENTER INCIDENT NO:  I - 11200 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - 
TYPE OF INCIDENT: OFFENDER DEATH CARDIAC ARRREST/HEAT RELATED
UNIT: MI   REGION 02  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 08:15
SPECIFIC LOCATION: UNIT INFIRMARY   4D-41
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. ODIAKA, D.
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: CPT. STEPHENSON, M.
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A        B        C        D        E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO
```

```
                          OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
  TOGONIDZE, ALEXANDER            1578039    G3     W     M    45   Y    V
                                                                44
```

```
WERE OFFENDERS TRANSFERRED TO A HOSPITAL    YES X NO
BY:   EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL:
```

TREATMENT:

EMPLOYEE INFORMATION
NAME (LAST, FIRST M)                SSN      RACE   SEX    AGE       RANK


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011  TIME: 08 : 15 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. WRIGHT, G.
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST/HEAT RELATED
NEXT OF KIN NOTIFIED   YES X NO   DATE:   /   /       TIME:    :
NAME OF NOK: IA LASHVILLE
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND


CHEMICAL AGENT INFORMATION
AMOUNT                         LIST TYPE                 AUTHORIZATION


WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES X YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES X     NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS                          X
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

11200

STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
    ON 8/8/11 AT APPROXIMATELY 08:05 HRS. OFFICER WHITLEY J. WAS CONDUCTING
COUNT PROCEDURES AND NOTICED THAT OFFENDER TOGONIDZE, ALEXANDER  1578039
WAS UNRESPONSIVE IN HIS ASSIGNED CELL 4D41B. OFFICER WHITELY IMMEDIATELY
CALLED FOR A SUPERVISOR AND MEDICAL STAFF. SGT. ODIAKA, D. ARRIVED ON SCENE
AND STARTED ICS. MEDICAL STAFF ARRIVED AND THE OFFENDER WAS ESCORTED TO THE
UNIT INFIRMARY AND CPR WAS STARTED IMMEDIATELY BY SECURITY STAFF AND MEDICAL
CELL SIDE. THE CPR CONTINUED AND ALL LIFE SAVING MEASURES INCLUDING THE AED
WAS USED TO TRY TO REVIVE THE OFFENDER TO NO AVAIL. DR. WHRIGHT, S.
PRONOUNCED THE OFFENDER DECEASED AT 08:15 HRS. THE CAUSE OF DEATH WAS
CORE TEMPERATURE READ 106 DEGREES AND THE HEAT HAD A AFFECT ON THE OFFENDERS
HEALTH CONDITIONS LEADING TO CARDIAC ARREST. THE TEMPERATURE IN THE CELL WAS
MEASURED ABOUT THIS TIME AND READ 86 DEGREES. TONY ALLISON OF OIG WAS
CONTACTED AT 08:10 HRS. AND ARRIVED AT THE E/R AT APPROXIMATELY 08:32 HRS.
JUSTICE OF THE PEACE DAVIS ARRIVED ON THE UNIT AT 08:50 HRS. AND AGGREED WITH
THE CAUSE OF DEATH AND SUGGESTED A AUTOPSY. TONY ALLISON PERFORMED A EXAM
OF THE OFFENDER AND ONLY FOUND A FACIAL BRUISE WHICH HE BELIEVED WAS CAUSED
BY THE OFFENDER FALLING. NO FOUL PLAY OR OFFENDER ASSAULT WAS FOUND BY
OFFICER ALLISON. CARNES FUNERAL HOME WAS CONTACTED AT 08:25 HRS. AND ARRIVED
ON THE UNIT AT 11:35 HRS. AND TOOK POSSESSION OF THE BODY AND LEFT THE UNIT
11:50 HRS. GINGER AT EAC WAS CONTACTED AT 10:56 AND ISSUED I-11200-08-11
TO THE INCIDENT. DUTY WARDEN J. HEFFNER WAS NOTIFIED AT 08:20 HRS. THE UNIT
CHAPLAIN IS AT THIS TIME TRYING TO ESTABLISH CONTACT WITH NEXT OF KIN LISTED
IN OFFENDER TOGONIDZE'S RECORDS, AND AT THIS TIME NO CONTACT HAS BEEN
SUCCESSFULL. ALL PERTINENT AUTHORITIES HAVE BEEN CONTACTED.

11200

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. R. BUSH                          DATE: 08 / 08 / 2011
AUTHORIZED BY: MAJOR J. HEFFNER,

Sent to:    INCIDENT              (list)                          (to)

11200