UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 196



I-11453-08-11

## Administrative Incident Review
## AD-02.15
August 12, 2011

INCIDENT NUMBER: I-11453-08-11

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
John B. Connally Jr. Unit

Received

√ SEP 8 2011 √

EAC

| TO: | *Emergency Action Center* | | |
|---|---|---|---|
| THRU: | Eileen Kennedy Region IV Director | | |
| SUBJECT: | Offender Death | | |
| PERSONS INVOLVED: | Marcus, Kelly | Offender | 1128380 |
| | Orosco, Sammy | Employee | SS# |
| | Torres, Miguel | Employee | SS# |
| | Guerra, Raul | Employee | SS# |

On Friday August 12, 2011 at 0330 hours Officer Orosco, Sammy COIV noticed that offender Marcus, Kelly 1128380, housed in 19 Building Y-pod 09 cell did not get up for the breakfast meal. The offender was unresponsive in his bunk, lying on his stomach. Officer Orosco initiated the Incident command System and requested for a supervisor and Medical Staff. Sgt. Miguel Torres and Officer Raul Guerra responded to the bunk and positioned offender Marcus on his back, Officer Orosco discovered that the offender had no pulse and was not breathing. He began life saving measures after he noticed the offender was not breathing. Officer R. Guerra retrieved the one-way valve and mask from 19 Picket and gave breaths to offender Marcus while Officer Orosco conducted chest compressions. Sgt. Torres assumed on Scene commander of the incident. Sgt. Torres alternated with Officer Orosco conducting chest compressions, and with Officer Guerra giving breaths. 0333 Licensed Vocational Nurse Terry Sauceda contacted EMS to respond to the Connally Unit due to an unresponsive offender that is not breathing and has no pulse. Sgt. John Randall responded from 4 Building as Officer Theresa Munoz COIII arrived on scene with a video camera. Sgt. Randall instructed Officer Munoz to begin recording video footage. At 0338 Licensed Vocational Nurse Shirley Pfeil and Registered Nurse Vidaurri, V. arrived on scene at 19 Building Y-Pod 9 bunk with a gurney, and an Automated External Defibulator (AED). Upon medical staff's arrival with the AED it was placed on the offender and it recommended no shock, so chest compressions and breaths continued. Lt. Hipolito Rodriguez arrived and gave a brief description of the situation. Life saving measures continued as the offender was placed on the gurney and taken the unit infirmary. Officer Guitron, Thomas administered chest compressions while the offender was enroute to the Unit Infirmary. At 0355 hours EMS
I-11453-08-11

arrived at the Infirmary and attempted to start an IV but was unsuccessful, EMS relieved Connally Unit Medical staff and continued CPR. Restraints were placed on the offender and the offender was placed in the EMS van. At 0415 hours EMS departed the infirmary. At 0434 EMS arrived at Otto Kaiser Memorial Hospital and an AED was placed on the offender and a shock was administered with no results. At 0436 hours at Otto Kaiser Memorial Hospital Dr. Trevino pronounced the offender deceased and stopped life saving measures. At 0445 hours the Connally Unit was contacted and Captain Roy White was notified that the offender had deceased. All staff involved were offered Crisis Response Intervention Support Program but declined. At approximately 0445 hours the Justice of the Peace Stewart was contacted. At this time the Otto Kaiser Hospital medical staff would not comment on what is believed to be the diagnosis or reason or cause of the offenders death. The Medical facts for the death of the offender are unknown until the autopsy results are finalized. At 0450 Captain Roy White informed Assistant Warden Calvin Davis that offender Marcus had deceased. At 0500 hours the Justice of Peace Stewart was notified. The Office of Inspector General Cardenas was informed at 0515 hours. Senior Warden Kenny Bright was informed at 0518 hours. Region IV director was notified at 0518 hours. Chaplain Briley was informed at 0533 hours. H. Ahmad from Carnes Funeral Home was contacted at 0700 hours. Captain White contacted the Theresa Alford with the Emergency Action Center at 0745 hours. Chaplain Briley contacted Chaplain Varghese and attempts were made to contact the next of kin. The Arlington Police Department assisted in contacting the next of kin due to the contact numbers being incorrect. At 1220 hours Chaplain Varghese contacted the next of kin, Brother Kristopher Marcus. The offenders' family did not claim the body.

| Notifications: | | | |
|---|---|---|---|
| | Captain | R. White | 0445 hours |
| | Duty Warden | C. Davis | 0450 hours |
| | Just of Peace | Stewart | 0500 hours |
| | OIG | Cardenas | 0515 hours |
| | Senior Warden | K. Bright | 0518 hours |
| | Region IV Dir | E. Kennedy | 0518 hours |
| | Chaplain | R. Briley | 0533 hours |
| | Carnes Funeral home | H. Ahmad | 0700 hours |
| | EAC | Theresa Alford | 0745 hours |

**EMPLOYEE ACTION/INACTION:** All employee actions were appropriate and within TDCJ Policy and Procedures.

**ATTACHMENTS:**
1. TNG
2. E-Mail
3. RM-03
4. Travel Card
5. Photos
6. Employee Statements
7. RM-04
8. Autopsy Order Form
9. Transport Order Form
10. Death Notification E-mail and worksheet

I-11453-08-11

I-11453-08-11

ADMINISTRATIVE REVIEW:

Warden's Comments:
Offender Marcus, Kelly TDCJ # 1128380 was pronounced deceased at the Otto Kaiser
Memorial Hospital in Kenedy, Tx.  Security as well as Medical Staff acted accordingly to
administer medical treatment to Offender Marcus. His cause of death is still unknown.

_____          8-25-2011
Kenny Bright, Warden II                   Date

Regional Director's Comments:

_____          9-6-11
Eileen Kennedy, Region IV Director        Date

**Administrative Review**
**Region IV Director's Office**

**Incident Number: I-11453-08-11**
**Unit:**              **Connally Unit**

**Regional Director's Comments:**

Correctional staff acted in accordance to established policy and procedure in responding
to the aid of Offender Marcus, Kelly #1128380.

Although the cause of death appears to be cardio pulmonary arrest determination will be
made upon completion of the autopsy results.

OIG Investigator, Jim Cardenas has been assigned this death in custody investigation
case # 2011.03288 and is currently in the course of conclusion.

There is no staff misconduct to report in this incident.

_E. Kennedy_                          9-6-11
**E. Kennedy, Region IV Director**            **Date**

I-11453-08-11

```
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
^^^ REQUESTOR: R2H7830  WHITE, ROY          CONNALLY UNIT                ^^^
^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^
          S Y S M   O U T B A S K E T   P R I N T                         ^^^

MESSAGE ID: 003326      DATE: 08/12/11  TIME: 08:59am  PRIORITY: 000

SUBJECT:  I-11453-08-11 OFFENDER DEATH


EAC USE ONLY: DATE REPORTED:................TIME REPORTED:...........

EMERGENCY ACTION CENTER INCIDENT NO: I - 11453 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M - 00000 - 00 - 00
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: CY   REGION IV  DATE OCCURRED: 08 / 12 / 2011  TIME OCCURRED: 0436a
SPECIFIC LOCATION: OTTO KAISER MEMORIAL HOSPITAL
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. MIGUEL TORRES
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: LT. HIPOLITO RODRIGUEZ
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES   NO
WAS INCIDENT RACIALLY MOTIVATED:   YES  X NO



                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)   TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-W
  MARCUS, KELLY                 1128399    G2     B    M    34   N    W




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: OTTO KAISER MEMORIAL HOSPITAL
TREATMENT: CPR DEFIBULATOR
                      EMPLOYEE INFORMATION
NAME (LAST, FIRST M)           SSN        RACE  SEX   AGE       RANK
  TORRES, MIGUEL                           H    M     29    SERGEANT
  RODRIGUEZ, HIPOLITO                      H    M     34    LIEUTENANT
  OROSCO, SAMMY                            H    M     31    COIV

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: NONE

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 12 / 2011  TIME: 04 : 36 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. TREVINO
COUNTY WHERE DEATH OCCURRED: KARNES
```

I-11453-08-11

PRELIMINARY CAUSE OF DEATH: UNKNOWN AT THIS TIME
NEXT OF KIN NOTIFIED   YES X NO   DATE:    /    /      TIME:      ;
NAME OF NOK: LEA MARCUS (WIFE)       DALE MARCUS (BROTHER)  DARLENE MARCUS (MO)
HUNTSVILLE FUNERAL HOME NOTIFIED N YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

                    DESCRIPTION OF WEAPON(S) CONTRABAND

  NONE


                          CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE       .            AUTHORIZATION



WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO  INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO

                    IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEAT/BEAT DETECTION SYSTEMS
DUSK ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.P. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:  NONE


WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT:
     ON FRIDAY AUGUST 13, 2011 AT 0330 HOURS OFFICER OROSCO, SAMMY 2019
NOTICED THAT OFFENDER MARCUS, KELLY 1128380 DID NOT GET UP FOR THE BREAKFAST
MEAL. THE OFFENDER WAS UNRESPONSIVE. OFFICER OROSCO INITIATED THE INCIDENT
COMMAND SYSTEM AND REQUESTED FOR A SUPERVISOR AND MEDICAL STAFF. SGT. MIGUEL
TORRES RESPONDED. OFFICER OROSCO BEGAN LIFE SAVING MEASURES AFTER HE NOTICED
THE OFFENDER WAS NOT BREATHING, BY CONDUCTING CHEST COMPRESSIONS. SGT. TORRES
ARRIVED AND ASSUMED ON SCENE COMMANDER. SGT. TORRES RELIEVED OFFICER OROSCO
CONDUCTING CHEST COMPRESSIONS. OFFICER PAUL GUERRA ARRIVED AND RELIEVED SGT.
TORRES CONDUCTING CHEST COMPRESSIONS AND USED THE ONE WAY VALVE. AT 0333
LICENSED VOCATIONAL NURSE TERRY SAUCEDA CONTACTED EMS TO RESPOND TO THE
CONNALLY UNIT. AT 0338 LICENSED VOCATIONAL NURSE HELLEN PEGIL AND REGISTERED
NURSE TYRAURRI, V. ARRIVED ON SCENE AT 19 Y 2 CELL WITH A GURNEY, AND AN AED.
OFFICER OROSCO FOUND THE OFFENDER LYING ON HIS STOMACH INITIALLY WHEN HE
ATTEMPTED TO WAKE THE OFFENDER, AND SGT. TORRES ASSISTED MOVING HIM TO HIS
BACK TO CONDUCT LIFE SAVING MEASURES. UPON MEDICAL STAFF'S ARRIVAL THE AED
WAS PLACED ON THE OFFENDER AND IT RECOMMENDED NO SHOCK SO CHEST COMPRESSIONS

I-11453-08-11

AND BREATHS CONTINUED. OFFICER THERESA MUNOZ COTIT RESPONDED AND ARRIVED ON SCENE WITH A VIDEO CAMERA AND BEGAN RECORDING. LT. HIPOLITO RODRIGUEZ ARRIVED AND GAVE A BRIEF DISCRIPTION OF THE SITUATION. LIFE SAVING MEASURES CONTINUED  THE OFFENDER WAS PLACED ON THE GURNEY AND TAKEN THE UNIT INFIRMARY. AT THE INFIRMARY EMS ARRIVED AND ATTEMPTED TO START AN IV BUT WAS UNSUCCESSFUL. RESTRAINTS WERE PLACED ON THE OFFENDER AND THE OFFENDER WAS PLACED IN THE EMS VAN. AT 0415 HOURS EMS DEPARTED THE INFIRMARY. AT 0434 HOURS AT OTTO KAISER MEMORIAL HOSPITAL DR. TREVINO PRONOUNCED THE OFFENDER DECEASED AND STOPPED LIFE SAVING MEASURES. AT 0445 HOURS THE CONNALLY UNIT WAS CONTACTED AND CAPTAIN ROY WHITE WAS NOTIFIED OF THE DECEASED OFFENDER. AT APPROXIMATLEY 0445 HOURS THE JUSTICE OF THE PEACE STEWART WAS CONTACTED AT THIS TIME THE OTTO KAISER HOSPITAL MEDICAL STAFF WILL NOT COMMENT ON THE WHAT IS BELIEVED TO BE THE DIAGNOSIS OR REASON OF THE CAUSE OF THE OFFENDERS DEATH. THE MEDICAL STAFF WITH NOT COMMENT UNTIL THE AUTOPSY RESULTS ARE FINALIZED. THE CONNALLY UNIT CHAPLAIN BRILEY WAS CONTACTED AT 0533 HOURS AND ATTEMPTED TO CONTACT NEXT OF KIN, AND IS SEEKING HELP OF THE LOCAL LAW ENFORCEMENT IN ARLINGTON TO NOTIFY NEXT OF KIN. UPDATES WILL BE SENT AS THEY BECOME AVAILABLE.

NOTIFICATIONS:

| | | |
|---|---|---|
| CAPTAIN | R. WHITE | 0445 HOURS |
| DUTY WARDEN | C. DAVIS | 0450 HOURS |
| JUST OF PEACE | STEWART | 0450 HOURS |
| OIG | CARDENAS | 0515 HOURS |
| SENIOR WARDEN | K. BRIGHT | 0518 HOURS |
| RESION TV DIR | E. KENNEDY | 0518 HOURS |
| CHAPLAIN | R. BRILEY | 0533 HOURS |
| KARNES FUN HOME | N. AHMAD | 0700 HOURS |
| EAC | THERESA ALFORD | 0745 HOURS |

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: CAPTAIN ROY WHITE                          DATE: 08 / 12 / 2011
AUTHORIZED BY: SENIOR WARDEN K. BRIGHT

Sent to:    EAC                    (list)                          (to)

I-11453-08-11

```
******************************************************************
*** REQUESTOR: RWH7830 - WHITE, ROY          CONNALLY UNIT      ***
******************************************************************
***              S Y S M   I N B A S K E T   P R I N T        ***
```

MESSAGE ID: 009399     DATE: 08/12/11  TIME: 04:30pm  PRIORITY: 000

TO:        RWH7830 - WHITE, ROY
           CAPTAIN
           CONNALLY UNIT
           899 FM 632
           KENEDY, TX 78119


FROM:      AM00015 - ALSOBROOK, MICHAEL
           LIEUTENANT
           CONNALLY UNIT
           899 FM 632
           KENEDY, TX 78119


SUBJECT:   UPDATE I-11453-08-11



TO: EMERGENCY ACTION CENTER
    HQEAC01
    HUNTSVILLE, TEXAS

FROM: LIEUTENANT MICHAEL ALSOBROOK
      JOHN B. CONNALLY UNIT
      KENEDY, TEXAS

SUBJECT: UPDATE I-11453-08-11
         OFFENDER DEATH

THIS IS AN UPDATE ON THE PREVIOUSLY REPORTED DEATH OF OFFENDER MARCUS,
KELLY TDCJ #1128380 WHO WAS PRONOUNCED DECEASED ON 08-12-2011 AT OTTO
KAISER MEMORIAL HOSPITAL IN KENEDY, TEXAS.

MR. JOE LUNA FROM CARNES FUNERAL HOME ARRIVED AT OTTO KAISER MEMORIAL
HOSPITAL AND DEPARTED WITH THE BODY AT APPROXIMATELY 1145 HOURS.

ALSO, UNIT CHAPLAIN J. VARGHESE DID MAKE CONTACT WITH THE NEXT OF KIN,
CHRISTOPHER MARCUS (BROTHER) WITH THE ASSISTANCE OF THE ARLINGTON
POLICE DEPARTMENT AND THE FAMILY WILL NOT CLAIM THE BODY. CHAPLAIN
VARGHESE MADE CONTACT WITH THE FAMILY AT 1230 HOURS.

IF ANY ADDITIONAL INFORMATION BECOMES AVAILABLE AN ADDITIONAL UPDATE
WILL BE SENT TO THE EMERGENCY ACTION CENTER AT HQEAC01.

SENT BY: MICHAEL ALSOBROOK, LIEUTENANT
         JOHN B. CONNALLY JR. UNIT

AUTHORITY: KENNETH R. BRIGHT, SENIOR WARDEN
           JOHN B. CONNALLY JR. UNIT

Sent to:    CYDAILY              (list)                  (to)        **I-11453-08-11**
            CYEAC                (list)                  (to)
            HQEAC01              CENTER, EMERGENCY ACTION (to)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER
## SERIOUS INCIDENT REPORT FORM

I-11453-08-11

EAC # I-11453-08-11

| Type of Incident | Unit Code | Date / Time Reported | Reported By |
|---|---|---|---|
| Offender Death | CY | 08/12/2011 at 0745 hours | Cpt. R. White |

| Date / Time Occurred | Specific Location | Gang Related | Gang Identification |
|---|---|---|---|
| 08/12/2011 at 0436 hours | Otto Kaiser Memorial Hospital | N/A | N/A |

**WAS INCIDENT RACIALLY MOTIVATED**      ☐ Yes      ☒ No

## EMPLOYEE INFORMATION

| Name | S.S.N. # | Race | Sex | Age | Rank |
|---|---|---|---|---|---|
| Orosco, Sammy | | H | M | 30 | COIV |
| Torres, Miguel | | H | M | 28 | Sergeant |
| Rodriguez, Hipolito | | H | M | 38 | Lieutenant |
| Guitron, Thomas | | H | M | 24 | COIII |
| Guerra, Raul | | H | M | 30 | COIV |

Were Employee's transferred to a Hospital ☒ Yes ☐ No  Name of Hospital Otto Kaiser

## OFFENDER INFORMATION

| Name | TDCJ # | Race / Sex | Age | Custody Code | Injuries | A / V |
|---|---|---|---|---|---|---|
| Marcus, Kelly | 1128380 | B/M | 36 | G2 | None | V |

Were Offender's transferred to a Hospital ☒ Yes ☐ No  Name of Hospital None

## INFORMATION ON DECEASED

| Name | TDCJ # | Race/ Sex | Age | Custody Code | Injuries | A / V |
|---|---|---|---|---|---|---|
| Marcus, Kelly | 1128380 | B/M | 36 | G2 | None | V |

Date / Time Victim Pronounced Deceased 08/12/2011 at 0436 hours.

Name of Person Pronouncing Victim Deceased. Dr. Trevino

Preliminary Cause of Death. Unknown

Motive for Assault / Death. Unknown

Next of Kin Notified? ☒ Yes ☐ No | Date / Time / By Whom? 08/12/2011 1230 hours Brother Marcus, Kristopher.

Huntsville Funeral Home Notified? ☒ Yes ☐ No | Date / Time / By Whom? Carnes Funeral Home, Captain Roy White at 0700 hours 08/12/2011.

Justice of The Peace Notified? ☒ Yes ☐ No | Date / Time / By Whom? Steward, by Captain White, 08/12/2011 at 0500 hours.

## ASSAILANT INFORMATION

**Is the Assailant(s) undergoing interrogation by the Office of the Inspector General?** ☐ Yes ☒ No

**Was the Assailant at the location at the time of the discovery?** ☐ Yes ☒ No

### WEAPONS INFORMATION

**Weapon (describe in detail)  None**

### CHEMICAL AGENTS INFORMATION

| Amount | Type | Authorization |
|---|---|---|
| N/A | | |
| NA | | |

**Was Office of the Inspector General Notified?** ☒ Yes ☐ No

### SUMMARY OF INCIDENT

On Friday August 12, 2011 at 0330 hours Officer Orosco, Sammy COIV noticed that offender Marcus, Kelly 1128380, housed in 19 Building Y-pod 09 cell did not get up for the breakfast meal. The offender was unresponsive in his bunk, lying on his stomach. Officer Orosco initiated the Incident command System and requested for a supervisor and Medical Staff. Sgt. Miguel Torres and Officer Raul Guerra responded to the bunk and positioned offender Marcus on his back, Officer Orosco discovered that the offender had no pulse and was not breathing. He began life saving measures after he noticed the offender was not breathing. Officer R. Guerra retrieved the one-way valve and mask from 19 Picket and gave breaths to offender Marcus while Officer Orosco conducted chest compressions. Sgt. Torres assumed on Scene command of the incident. Sgt. Torres alternated with Officer Orosoo conducting chest compressions, and with Officer Guerra giving breaths. 9333 Licensed Vocational Nurse Terry Sauceda contacted EMS to respond to the Connally Unit due to an unresponsive offender that is not breathing and has no pulse. Sgt. John Randall responded from 4 Building as Officer Theresa Munoz COIII arrived on scene with a video camera. Sgt. Randall instructed Officer Munoz to begin recording video footage. At 0338 Licensed Vocational Nurse Shirley Pfeil and Registered Nurse Vidaurri, V. arrived at 19 Building Y-Pod 9 bunk with a gurney, and an Automated External Defibulator (AED). Upon medical staff's arrival with the AED it was placed on the offender and it recommended no shock, so chest compressions and breaths continued. Lt. Hipolito Rodriguez arrived and gave a brief description of the situation. Life saving measures continued as the offender was placed on the gurney and taken the unit infirmary. Officer Guitron, Thomas administered chest compressions while the offender was enroute to the Unit Infirmary. At 0355 hours EMS arrived at the Infirmary and attempted to start an IV but was unsuccessful, EMS relieved Connally Unit Medical staff and continued CPR. Restraints were placed on the offender and the offender was placed in the EMS van. At 0415 hours EMS departed the infirmary. All staff involved were offered Crisis Response Intervention Support Program. At 0434 EMS arrived at Otto Kaiser Memorial Hospital and an AED was placed on the offender and a shock was administered with no results. At 0436 hours at Otto Kaiser Memorial Hospital Dr. Trevino pronounced the offender deceased and stopped life saving measures. At 0445 hours the Connally Unit was contacted and Captain Roy White was notified that the offender had deceased. At approximately 0445 hours the Justice of the Peace Stewart was contacted. At this time the Otto Kaiser Hospital medical staff would not comment on what is believed to be the diagnosis or reason or cause of the offenders death. The Medical facts for the death of the offender are unknown until the autopsy results are finalized. At 0450 Captain Roy White informed Assistant Warden Calvin Davis that offender Marcus had deceased. At 0500 hours the Justice of Peace Stewart was notified. The Office of Inspector General Cardenas was informed at 0515 hours. Senior warden Kenny Bright was informed at 0518 hours. Region IV director was notified at 0518 hours. Chaplain Briley was informed at 0533 hours. H. Ahmad from Carnes Funeral Home was contacted at 0700 hours. Captain White contacted the Theresa Alford with the Emergency Action Center at 0745 hours. Chaplain Briley contacted Chaplain Varghese and attempts were made to contact the next of kin. The Arlington Police Department assisted in contacting the next of kin due to the contact numbers being incorrect. At 1220 hours Chaplain Varghese contacted the next of kin, brother Kristopher Marcus. The offenders' family are not claiming the body.

Notifications:

| | | |
|---|---|---|
| Captain | R. White | 0445 hours |
| Duty Warden | C. Davis | 0450 hours |
| Just of Peace | Stewart | 0500 hours |
| OIG | Cardenas | 0515 hours |
| Senior Warden | K. Bright | 0518 hours |
| Region IV Dir | E. Kennedy | 0518 hours |
| Chaplain | R. Briley | 0533 hours |
| Carnes Funeral home | H. Ahmad | 0700 hours |
| EAC | Theresa Alford | 0745 hours |

**Prepared by:** Lieutenant H. Rodriguez      **Date:** 08/12/2011
**Authorized by:** Captain Roy White

I-11453-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION**

**Inter-Office Communications**

TO: _Cpt. White_                          DATE: _8/12/11_

FROM: _Theresa Munoz COIV 7AGP_    SUBJECT: _offender Marcus, Kelly_
camera operator                                          #1128380

I officer Munoz T COIII was infront of 3 chow hall when ICS
was initiated at 0324. I then went to omgate to retrieve the
video camera and proceeded to 19 Bldg Y dorm when I arrived at approx
3:33am I was ordered by sgt Randall to turn on the video camera.
The supervisor in charge was sgt. M. Torres however he was administering
chest Compressions at this time. officer R. Guerra was using the
CPR mouth piece and facemask. officer S. orosco took over on the
mouthpiece and face mask, and officer R. Guerra moved to chest
compressions to relieve sgt. Torres. medical arrived at approx 339
RN Vadarrie and LVN pheil brought a gurney, A.E.D. and transport
board. LVN pheil applied the A.E.D. the machine stated to not
touch the offender, then that there was no shock administered
and to continue chest Compressions medical then instructed the officers
to slide the transport board under the offender and to strap him on.
They then proceeded to lift the offender and place him on the
gurney for transport, we then proceeded to Medicals Emergency room
and officer Guitron was instructed by LVN pheil to get on the
offender and continue chest compressions while she used the
CPR airway bag. When we arrived in medical LVN Sauceda took
over on chest compressions and mrs. pheil attached an oxygen tube
to the airway bag. RN Vadarrie then attempted to administer
an IV but was unsuccessful 3 times by this time chest compression
were being administered by sgt. Randal. upon arrival of EMS, they
were briefed and they then ordered the officers to move the
offender from Medicals gurney to the EMS gurney. They then
proceeded out to the hallway where they applied hand and leg
restraints to the offender. They then went to medicals 3 back
door where the ambulance was awaiting. They then lifted the
offender into the ambulance and headed to otto kaiser. AT
This time I was instructed by Lt. Rodriguez to turn the camera
off. I then gave the tape to Capt. White and returned
to my assigned duty post.

1

I-11453-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

**Inter-Office Communications**

TO: _____     DATE: 8-12-2011

FROM: Sgt. Lamar King 2A Ad-Seg     SUBJECT: Marcus, Kelly #1128380

At 0349 am I Sgt. L. King was called to respond to 10 building to assist in lifting an offender that was un-responsive and not breathing. I arived at 10 building moments before offender Marcos, Kelly #1128380 was rolled on a stretcher through 10 gate. I held the door to 10 building open to alow the stretcher roll in to the building without restriction. Said offender was rolled into the unit Er where Life saving efforts were continued. When the ambulance arived I ordered the officer assigned to Medical back to open the door and alow the ambulance emt team in to the building. The emt's and their stretcher were escorted to the unit Er. Once they had their stretcher positioned next to the TDCJ stretcher I was asked by one of the Emt's to Jack up the TDCJ stretcher to a elovation equal with their stretcher so that the Offender could be easly transfered to their stretcher. Before we moved the offender from the TDCJ stretcher to the Paromedics stretcher they had us ajust the offenders positioning on the back board so that his weight was spread equaly across the board. The emt Tech then counted down an a group of officers and Medical staff members transfered said offender to the Ambulance stretcher. Said offender was then straped to the stretcher and wheeled out of the unit Er into the hall leading back to the infurmary where the ambulance (as waiting. while in the hall I was ordered by Lt H. Rodri z to apply hand restraints and a black box with leg irons so hat the offender uld be transported securly. The offender was the wheeled out of 10 building and loaded in to the ambulan. At that time then returned to my duty post in 12 b ling. Let it e known that Er stands for the 10 building emergenc r

I-11453-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

**Inter-Office Communications**

TO: _____        DATE: 8-12-11

FROM: R. Guerra COIV        SUBJECT: _____

On 8-12-11 at Approximately 0324 and at 19 Dorm, I (officer Guerra) responded with Sgt. M. Torres to Y-Pod for a non responsive offender. Upon arriving to bunk #9 offender Marcus Kelly (#1128380) was lying on his stomach on his bunk. Officer Orosco, Sgt. Torres, and my self assisted the offender to his left side and observed that said offender was not breathing. Said offender was place on his back and Officer Orosco began CPR. I (Officer Guerra) went to 19 Control and retrieved the CPR Mouth Piece and Face Mask. When I returned to Y-Pod bunk #9 I placed the mouth piece and facemask on said offender and administered two breathes, Officer Orosco then continued with chest compressions. Sgt. Torres relieved Officer Orosco, and continued the chest compressions as I continued the breathes. Officer Orosco relieved myself and took over the breathes as I relieved Sgt. Torres and continued the chest compressions. We continued CPR until medical arrived and placed an AED on said offender. After the AED's assessment said offender was placed on a back brace and strapped into place. Offender Marcus was then lifted and placed onto a medical gurney. Medical staff (RN Vidori and LVN Pheil) then escorted the offender out of 19 with Sgt. Randal and Officer Guitron who had arrived earlier to help. Y-Pod bunk #9 was declared a crime scene until further notice and I officer Guerra secured the scene until properly relieved by Office Hule.

Raul Guerra
Raul Guerra COIV

I-11453-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

**Inter-Office Communications**

TO: _Cpt. White_                    DATE: _8·12·11_

FROM: _Sgt Miguel Torres_         SUBJECT: _Marcus, Kelly # 1128380_

I Sgt M Torres was notified by 19 Bldg Pickett to respond to 19 Bldg Y-1 9 bunk, upon arriving to 9 Bunk I assumed command of the ICS, and then attempted to see if offender Marcus, Kelly # 1128380 would respond to my orders, after no response Officer R. Guerra CO4, S. Orosco CO4 and I Sgt Torres turned the offender onto his left side and then onto his back. Upon I Sgt Torres arriving to 9 bunk said offender was lying on his stomach with both his hands under his chin with a pillow. Upon placing the offender on his back I ordered officer S. Orosco to start chest compressions and officer R. Guerra to retrieve a CPR mouth piece and mask. I Sgt Torres requested for medical assistance and a video camera and operator and a Supervisor. Officer Orosco did chest compressions while officer Guerra used the mouth piece to deliver air to the said offender. After officer Orosco could not do any more compressions I Sgt Torres relieved Officer Orosco while Officer Guerra continued giving air, after I could not give any more chest compressions Officer Guerra took over and Officer Orosco started giving air. Lt. Rodriguez and Video Camera Operator T Munoz CO III arrived, Lt. Rodriguez assumed command of the ICS. Medical arrived with a AED which was applied by LVN Pheil and told us to stand back the machine noted for compressions to continue, Medical then noted for the offender to be placed on the gurney for transport to medical. Sgt Randall, Sgt Torres, R. Orosco, R. Guerra and Guitron, T CO II assisted the offender onto the back brace and we strapped the inmate in, we then lifted and placed onto the gurney. Medical proceded to exit 19 building 4 Pod upon arriving to 19 Pickett medical needed assistance with chest compressions Sgt. Randall ordered Guitron T CO II to get on top of the offender and continue chest compressions and then medical exited the 19 Building. I then returned to my normal job duties

Sgt Miguel Torres 2123

I-11453-08-11

Texas Department of Criminal Justice

# Inter-Office Communications

**To** _____   **Date**  8/12/2011 _____

**From**  Sgt. Randall, John _____   **Subject** _____

At 0331, I Sergeant (Sgt) Randall, John, while assigned as 4Bld sergeant, responded to an Incident Command System (ICS) on 19Bld for a non-responsive offender. When I arrived COIV Orosco, S was administering chest compressions and COIV Guerra, R was administering breaths using a CPR mouth piece and one-way breathing mask on offender Marcus Kelly (TDC#1128380). Sgt. Torres, M was on scene and was requesting medical to respond with gurney and Automated External Defibulator (AED).

After requesting medical, Sgt. Torres took over chest compressions followed by COIV Guerra, at which point COIV Orosco took over breaths. At this point Lt. Rodriguez, H arrived on scene and took control of the ICS, followed by COIII Munos, T who was operating the video camera. Registered Nurse (RN) Vidarie and Licensed Vocational Nurse (LVN) File then arrived on scene with a gurney and AED which was applied by LVN File, and when administered did not deliver a shock rather instructed to continue compressions.

At this point RN Vidarie requested the offender be placed onto a backboard and moved to the gurney for transport to 10Bld medical. Officers Orosco, Guerra, Guitron, Sgt. Torres and I strapped the offender to the board then loaded him onto the gurney.



RN Vidarie and LVN File then maneuvered the gurney out of Y-pod and into the 19Bld corridor where RN Vidarie requested assistance in administering chest compressions. I ordered COII Guitron to climb onto the gurney and straddle the offender to administer compressions while in transport to 10Bld. I then pulled the gurney from 19Bld to 10Bld medical while RN Vidarie and LVN File administered breathe via a CPR airway bag.

We arrived at medical at roughly 0350 at which point I maneuvered the gurney into the Emergency Room (ER) response room and was relieved by medical staff.

A few minutes later, I relieved Lt. Rodregues, H on chest compressions and continued to administer compressions until relieved by medical personnel. After being relieved, I returned to my assigned duty position.



**SO-4**

I-11453-08-11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**

**Inter-Office Communications**

TO: _____     DATE: 8-12-11

FROM: _Sammy Orosco_____     SUBJECT: _____

I officer Sammy Orosco Co.II while letting out for breakfast meal I was notified by Tony Moron IV 1a bldg Dorm Picket to go respond to 19 bldg Y-dorm 9 cubicle when arriving to Y-dorm 9 cubicle I saw offender Marcus, Kelly #1128380 lying on his stomach lying on top of a homemade pillow his arms crossed under his chin, when I noticed offender Marcus, Kelly not responding to my commands and then I taped on the offender shoulder and had no response I initiated ICS, SGT Miguel Torres arrived immediately to the scene and me, SGT Torres, and officer Guerra, Raul assisted the offender to his left side and observed that said offender was not breathing. Said offender was placed on his back and myself ~~officer Guerra~~ began CPR, officer Guerra went to 19 an and retrieved CPR mouth piece and face mask, then officer Guerra arrived to the ~~this~~ scene and started to use the CPR mouth piece and mask while I was doing chest compressions, I got tired and couldnt do anymore and SGT Torres relieved me from doing chest compressions and I relieved officer Guerra from the CPR mouth piece and mask, then officer Guerra relieved SGT Torres from chest compressions while I continued doing CPR mouth piece and mask ~~breathes~~ till medical arrived, and placed a AED on said offender. After the AED's assessment said offender was placed on a back brace and strapped into place and then said offend was then lifted and placed onto a medical gourney and Medical Staff RN Vidor and LVN Pheil escorted the offender out of 19 bldg with SGT Randall and officer Guitron, T Co.II,
Then I S.orosco returned to my working assignment

Sammy Orosco Co.II
5472

I

I-11453-08-11





I-11453-08-11





I-11453-08-11

| MARCUS  Kelly Don (B) | | 1128380 | GRAVATED SEXUAL ASSAULT OF A CHILD UNDER 14 | | 35Y | IB | 09 | Yes. |
|---|---|---|---|---|---|---|---|---|
| Name | | Number | Offense | | Sent. | Class | Ed. | Plea |

| 06/20/2037 | 06/20/2037 | | | | | | Not Tested 111 | 27 | 04/28/1975 | 12/06/2002 AW / ckf | Episcopal NoT Amer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Max Expir | Minimum Expiration | | | | | | E.A./I.Q. | Age | DOB | Int./By | Religion |

| Tarrant | | 06/21/2002 | 11/05/2002 |
|---|---|---|---|
| COUNTY | | Sent. Beg. | Date Received |

Laborer

EMPLOYMENT

| Inst. | Commitments | Escapes |
|---|---|---|
| Juv Prob | | |
| Prob Snt | | |
| Jails | 2 | |
| Ref'y | | |
| Det Hosp | | |
| Det Home | | |
| St Trans | 1 | |
| St Jail | | |
| SubA TF | | |
| TDCJ-ID | | |
| O/Pris | | |

**ALL POSTINGS**

Jail Good Time Credited From Sentence Begin Date

70th/72nd/73rd LEGISLATURE -

DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433

CALC. PAROLE ELIG. ON CALENDAR TIME

L1 EFF: 06/21/2002  W EFF: 06/21/2002

12-11-02 NDucc (01) G2 Janitor

12-16-02 Cmucc (01) G2 DormJan.

5-6-03 cmucc (04) Promote to S3

12-14-03 CmmA 2004 0111 747 (21.0) Rec/Com-45, GTA-30
                                            Reduce S3 to L1

12-18-03 Cmucc Remain L1/G2

6-22-04 CmmA 2004 030 1327 (3.45) Rec/corr.13c
        X-duty 42

| Transfers and Assignments | | |
|---|---|---|
| DATE | UNITS | WORK |

MARCUS, Kelly Don

# 1128380

| 12-16-02 | Cm | DO(2) |
|---|---|---|
| 5-29-03 | Cm | DJ(1) |

**ALL POSTINGS (Cont'd.)**

AGGRAVATED SEXUAL ASSAULT OF A CHILD UNDER 14 (1) (35 years)

ILLNESS, INJURY OR DEATH - NOTIFY
Darlene Marcus (MO)
1716 E. Tucker Blvd, Arlington, TX (817-548-0754)

RACE: BLACK          SEX: MALE        HEIGHT: 05' 09"     WEIGHT: 240

COMPLEXION: DARK                     EYES:  BRN      HAIR:  BLK

NATIVITY: Arlington, Tarrant Co., TX                    MARKS and SCARS:
TAT CHINESE SYMBOL INSD LFT F/ARM, PAMELA TOP OF RT WRIST, CUT SC UPR
CNTR FOREHEAD, CUT SC TOP OF LFT WRIST, OPER SC LFT KNEE

DETAINERS:

I-11453-08-11

```
CS1MV500          T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                  DATE: 03/15/10      TIME: 18:14:28

NAME: MARCUS,KELLY DON          TDC# 01128380  STAT/CUST: S3   GZ UNIT: CY
HSNG ASSIGNMENT: DORM 19Y    GZ  BED: 009 LAST VISITOR LIST CHANGE: 06 05 09
INMATE TYPE: 1D
MARCUS,GENE                     FA   864 MCNEIL ST,MEMPHIS,TN
MARCUS,LEA                      WIF  1615 ENGLAND RD,ARLINGTON,TX
CUNNINGHAM,MARGARET             MG/MO 1615 ENGLAND RD,ARLINGTON,TX
MARCUS,DALE K                   BRO  1615 ENGLAND RD,ARLINGTON,TX
PIRHONEN,PAMELA                 ICMO 109 NICHOLAS ST,PALMER,MI
CAMPBELL,HERMAN                 UNCLE 1134 SHAWNEE TR,GRAND PRAIRIE,TX
GARZA,DIANE                     FRND 2828 61ST ST,GALVESTON,TX
MARCUS,GENE K                   FRND 880 TIMBERLAKE DR #2012,ARLINGTON
MARCUS,SHANDRA W                FRND 2123 GREENWAY,ARLINGTON,TX


VR CHILDREN UNDER 16
            3 CONTACT VISITS PER MONTH
CONTACT VISITS THIS MO:    0 LAST VISIT DATE: 06 26 04     CONTACT VISIT ELIG. Y
REGULAR VISITS THIS MO:    0 LAST VISIT DATE:
SPECIAL VISITS THIS MO:    0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST: _____      OR SIDNO _____
INVALID REQUEST
```





**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Institutional Division

1128380            002      2/23/2008            003
MARCUS, KELLY DON

I-11453-08-11

CL-64

| | Transfers and Assignments | | |
|---|---|---|---|
| DATE | UNIT | WORK | SUMMARY: |
| | #1128380 | | |

**SUMMARY:**

Current DPS report indicates 1 arrest--admits 3 arrests resulting in 1 day Arlington, Texas Jail for Unauthorized Use Of A Motor Vehicle (dismissed)--36 days Shelby County, Tennessee Jail on a Fugitive Warrant from Texas (claims extradited to Texas)--as present TDCJ-ID #1128380, was received at the Gurney State Transfer Facility on 11/05/2002, has maintained a clear record--RAT OF P.O. "I DON'T KNOW"--claims contact with wife, 4 children, and mother--claims sporadic contact with father, claims no contact with 1 child and 1 sib--claims 1 child through illicit relations--claims separated--residence stable--education claims 9--employment claims laborer--home stability poor due to current marital separation and divorce of parents--admits use of MARIJUANA beginning at age 17--admits 1 SUICIDE attempt at age 20 by stabbing his wrist with an ice pick--current offense of AGGRAVATED SEXUAL ASSAULT OF A CHILD UNDER 14 involves the subject DIGITALLY and PENETRATING the VAGINA and ANUS of a 7 year old white female, UNKNOWN injuries were involved--there was no report from the Tarrant County Jail Authorities--refer to D&E Classification Summary--refer to the Additional Information dated 12/06/2002 by AW-- claims TRUE NAME: MARCUS, Kelly Don--

**PROGRAM RECOMMENDATIONS:**

**NONE**

DPS#: 05758896
FBI#: 145064NB4
SSN#: ▆▆▆▆▆▆▆
DL#: 15631968▆

```
CSIUCR04/CSUC04      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/12/11
INMTCICS/RWH7830 CURRENT OFFENSES OF CONVICTION SUMMARY    AND TIME: 05:39:01453-08-11
CY35/UC04                                                   AS OF: 08/12/11
INMATE TDCNO|NAME: 01128380 MARCUS,KELLY DON              FLAT TIME:  0009 01 21
                                                          GOOD TIME:  0008 04 17
MAX SENTENCE:  0035 00 00      PRJ REL DATE:  06/20/2037  WORK TIME:  0004 06 25
SENT BEG DATE: 06/21/02        MAX EXP DATE:  06/20/2037  BONUS TIME: 0000 00 00
                                                          TOTAL TIME: 0022 01 03
*********************************************************************************
 VIOLENT |AGAINST|INJURIES|       |          | SEX  | DRUG |ALCOHOL|     |
 |NON-VIO |PERSON |INVOLVED|ESCAPE| PROBATED|RELATED|RELATED|RELATED|OTHER|
 | VI/NV  |  Y/N  |  Y/N   | Y/N  |   Y/N   |  Y/N  |  Y/N  |  Y/N  | Y/N |
*********************************************************************************
    VI      Y       Y       N       N        Y       N       N      N

COMMENTS: PENT.VAGINA AND ANUS OF 7YO W/FEMALE WITH DIGITS AND PENIS
OFFENSES ON FILE:
AGG SEX ASLT CHILD U/14




ENTER THE NEXT TRANS CODE 04 AND/OR TDCNO _____
PF1-HELP                     AND/OR SIDNO _____
```

I-11453-08-11

# SUPERVISOR'S INVESTIGATION OF EMPLOYEE/OFFENDER INJURY

| 1st Name of Injured | First Name | MI | SSN/TDCJ# | Date Of Injury |
|---|---|---|---|---|
| Kelly | Marcus | An | 1128380 | 8-12-11 |

| Time Of Injury | Unit Of Assignment | Use of Force  ☐No  ☐Yes | EAC# | Date of Report |
|---|---|---|---|---|
| 0330 | C V | UOF# M | I-11453-08-11 | 8-12-11 |

## Department of Assignment (Table 2) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Administration* | ☐ 08 Counselor* | ☐ 15 Laundry/Necessities | ☐ 22 Yard/Utility |
| ☐ 02 Ag Administration* | ☐ 09 Education-Windham* | ☐ 16 Operations & Maintenance | ☐ 23 Dog Kennel/Horse B |
| ☐ 03 Chaplaincy* | ☐ 10 Food Service | ☐ 17 Parole* | ☐ 24 Community Work Pr |
| ☐ 04 Classification* | ☐ 11 Grievance* | ☐ 18 Security* | ☐ 25 Field Force |
| ☐ 05 Clerical* | ☐ 12 Health Services* | ☐ 19 Supply | ☐ 26 Non-Occupational |
| ☐ 06 Construction-Facilities | ☐ 13 Industry | ☐ 20 Training* | ☐ 27 Recreational |
| ☐ 07 Counsel Substitute* | ☐ 14 Internal Affairs* | ☐ 21 Transportation* | ☐ 28 Supp't Services Inmat |

* Not Applicable for offenders – Department of Assignment for offenders is Non-occupational or Recreational unless injury occurs on-the-job.

## Location Of Injury (Table 3) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Admin. Area/Office | ☐ 15 Dining Hall/Kitchen | ☐ 29 Laundry | ☐ 43 Sidewalk |
| ☐ 02 Backgate | ☐ 16 Dormitory/BOQ | ☐ 30 Library | ☐ 44 Stable/Barn/Kennel |
| ☐ 03 Barber Shop | ☐ 17 Education Area/Classroom | ☐ 31 Loading Dock/Porch | ☐ 45 Steps/Stairway/Ladder |
| ☐ 04 Boiler Room | ☐ 18 Farm Shop | ☐ 32 Mailroom | ☐ 46 Supply/Necessities |
| ☐ 05 Ad Seg Cell | ☐ 19 Field | ☐ 33 Maintenance Shop/Work Area | ☐ 47 Swimming Pool Area |
| ☑ 06 Gen Pop Cell | ☐ 20 Firing Range | ☐ 34 Nursery/Greenhouse | ☐ 48 Toilet/Restroom |
| ☐ 07 Hi-Sec Cell | ☐ 21 Garage/Tractor Shed | ☐ 35 Parking Lot | ☐ 49 Transportation Vehicle |
| ☐ 08 Cellblock Run | ☐ 22 Grounds/Yard-Inside Fence | ☐ 36 Picket Tower/Central Control | (Bus/Van, etc.) |
| ☐ 09 Closet/Utility Room | ☐ 23 Grounds/Yard-Outside Fence | ☐ 37 Ramp/Elevator | ☐ 50 Turnout Area |
| ☐ 10 Clubhouse | ☐ 24 Hallway/Walkway/Corridor/Foyer | ☐ 38 Recreation Yard/Gym | ☐ 51 Visitation |
| ☐ 11 Commissary | ☐ 25 Highway/Road/Street | ☐ 39 Roof | ☐ 52 Vocational Trades/Workshop |
| ☐ 12 Community Work Projects | ☐ 26 Hospital/Clinic/Infirmary/Lab | ☐ 40 Sallyport/Vestibule | ☐ 53 Warehouse/Storage Area |
| ☐ 13 Craft Shop | ☐ 27 Industrial Area | ☐ 41 Salvage Area/Storage Yard | |
| ☐ 14 Day Room/Lounge | ☐ 28 Intake Area | ☐ 42 Shower | |

## Cause Of Injury (Table 5) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Offender Assault | ☐ 09 Contact with Chemicals | ☐ 15 Insect Bite | ☐ 21 Struck By |
| ☐ 02 Intentionally Self-Inflicted | ☐ 10 Contact with Electrical Current | ☐ 16 Medical Condition | ☐ 22 Vehicular |
| ☐ 03 Employee on Employee Assault | ☐ 11 Contact w/ Temperature Ext | ☐ 17 Over-Exertion | ☐ 23 Weather Related |
| ☐ 06 Animal Bite | ☐ 12 Fall on Different Level | ☐ 18 Environmental Hazards | ☑ unresponsive not breathing |
| ☐ 07 Bodily Reaction | ☐ 13 Fall on Same Level | ☐ 19 Slip Trip, Not a Fall | |
| ☐ 08 Caught In, On or Between | ☐ 14 Horse Related | ☐ 20 Struck Against | |

## Type Of Injury (Table 6) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Abrasion | ☐ 09 Dislocation | ☐ 17 Hernia | ☐ 25 Shock |
| ☐ 02 Amputation | ☐ 10 Dizziness, Faintness | ☐ 18 Infection | ☐ 26 Sprain |
| ☐ 03 Bite | ☐ 11 Foreign Object in Eye | ☐ 19 Inflammation | ☐ 27 Sting |
| ☐ 24 Bruise Discoloration | ☐ 12 Fracture | ☐ 20 Internal Injuries | ☐ 28 Strain |
| ☐ 05 Burn | ☐ 13 Frostbite | ☐ 21 Nausea | ☐ 30 Exposure to Communicable Disease |
| ☐ 06 Contusion | ☐ 14 Hearing Loss | ☐ 22 Puncture | ☐ 31 Closed Head Injury |
| ☐ 07 Cut | ☐ 15 Heart Attack/Chest Pains | ☐ 23 Rupture | ☐ 32 Open Head Injury |
| ☐ 08 Dermatitis Rash | ☐ 16 Heat Exhaustion Cramps/Stroke | ☐ 24 Scratch | ☑ 29 Other(Specify) not breathing |

Rev. 2.04      Complete Front & Back and Deliver to Unit Fi

I-11453-08-11

```
*************************************************************************
*** REQUESTOR: CYCNT16 - CONNALLY_COUNTROOM    CONNALLY UNIT        ***
*************************************************************************
*                   S Y S M   I N B A S K E T   P R I N T          ***

MESSAGE ID: 003671      DATE: 08/12/11  TIME: 04:35am  PRIORITY: 000

TO:         CYCNT16 - CONNALLY_COUNTROOM
            COUNTROOM SUPERVISOR
            CONNALLY UNIT
            899 FM 632
            KENEDY, TX 78119



FROM:       VVI3241 - VIDAURRI, VIRGINIA
            RN
            CONNALLY UNIT
            899 FM 632
            KENEDY, TX 78119



SUBJECT:    MEDICAL TRANSFER


                        MEDICAL TRANSFER


            X EMERGENCY                          ROUTINE

NAME OF INMATE:       MARCUS, KELLY       INMATE NUMBER: 1128380
DIAGNOSIS:            UNRESPONSIVE, NOT BREATHING
NATURE OF TRANSFER:   SCHEDULED APPOINTMENT
                      X EVALUATION
SENDING PHYSICIAN:    P.WAGNER,RN,FNP
ACCEPTING PHYSICIAN:  ER PHYSICIAN
TRANSPORT TO:         OTTO KAISER HOSPITAL
TRANSPORTATION MODE ORDERED:     CHAIN BUS       UNIT VAN
                                 WHEELCHAIR VAN  X AMBULANCE
                                 OTHER
TRANSPORTATION MODE USED:        CHAIN BUS       UNIT VAN
                                 WHEELCHAIR VAN  X AMBULANCE
                                 OTHER
HOUSING:              19Y-09
ACT OF VIOLENCE:      N
UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):  N
UNIT CONTACT NAME: V. VIDAURRI, RN
JOB TITLE: RN
TIME DEPARTED UNIT:   04 : 10   DATE DEPARTED UNIT: 08 / 12 / 2011
TIME RETURNED:         :        DATE RETURNED:        /     /


SENT TO:             CY OFFSITE
```

I-11453-08-11

```
Sent to:   CM00336           MONROE, CAROL             (to)
           CPU5413           PULLIN, CARMEN            (to)
           CYCLS53           CLASSIFICATION, AD SEG    (to)
           CYUNT33           SAVAGE, PEGGY             (to)
           DGL9798           GLOOR, DEBRA              (to)
           PWA9834           WALLACE, DARREN           (to)
           JBA6890           BARBOSA, JOEL F.          (to)
           CY OFFSITE        (list)                    (to)
```

I-11453-08-11

```
***********************************************************************
*** REQUESTOR: CYCNT16 - CONNALLY_COUNTROOM    CONNALLY UNIT      ***
***********************************************************************
                S Y S M   I N B A S K E T   P R I N T             ***

MESSAGE ID: 003671      DATE: 09/12/11  TIME: 04:25am  PRIORITY: 000

TO:        CYCNT16 - CONNALLY_COUNTROOM
           COUNTROOM SUPERVISOR
           CONNALLY UNIT
           899 FM 632
           KENEDY, TX 78119



FROM:      UVI3241 - VIDAURRI, VIRGINIA
           RN
           CONNALLY UNIT
           899 FM 632
           KENEDY, TX 78119



SUBJECT:   MEDICAL TRANSFER


                      MEDICAL TRANSFER


          X EMERGENCY                        ROUTINE

NAME OF INMATE:       MARCUS, KELLY       INMATE NUMBER: 1128380
DIAGNOSIS:            UNRESPONSIVE, NOT BREATHING
NATURE OF TRANSFER:    SCHEDULED APPOINTMENT
                       X EVALUATION
SENDING PHYSICIAN:     P.WAGNER,RN,FNP
ACCEPTING PHYSICIAN:   ER PHYSICIAN
TRANSPORT TO:          OTTO KAISER HOSPITAL
TRANSPORTATION MODE ORDERED:     CHAIN BUS        UNIT VAN
                                 WHEELCHAIR VAN   X AMBULANCE
                                 OTHER
TRANSPORTATION MODE USED:        CHAIN BUS        UNIT VAN
                                 WHEELCHAIR VAN   X AMBULANCE
                                 OTHER

HOUSING:              19Y-99
ACT OF VIOLENCE:      N
UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):  N
UNIT CONTACT NAME: V. VIDAURRI, RN
JOB TITLE: RN
TIME DEPARTED UNIT:   04 : 10    DATE DEPARTED UNIT: 09 / 12 / 2011
TIME RETURNED:           :       DATE RETURNED:       /    /


SENT TO:            CY OFFSITE
```

I-11453-08-11

```
Sent to:    CHO0336              MONROE, CAROL              (to)
            CPU5413              PULLIN, CARMEN             (to)
            CYCLS53              CLASSIFICATION, AD SEG     (to)
            CYUNT22              SAVAGE, PEGGY             (to)
            DGL9798              GLOOR, DEBRA              (to)
            DWA9834              WALLACE, DARREN           (to)
            JBA6890              BARBOSA, JOEL F.          (to)
            CY OFFSITE           (list)                    (to)
```

08/30/2011  15:46   936-438-8935          TDCJ OIG FUGINET                    PAGE  02/04
Custodial Death Report                                                       Page 1 of 3



**ATTORNEY GENERAL OF TEXAS**
GREG ABBOTT

**·Custodial Death Report**
**Filed: 8-19-2011 10:14 am**
**PA11183P**

---

**Agency/Facility Information**
**Name:** Texas Department Of Criminal Justice
**Address:** 2503 Lake Road, Suite 5
**City, Zip:** Huntsville, 77340
**Phone:** 936-437-5116
**Director:** Brad Livingston
**Name of Report Filer:** Delana Wilson
**Email of Report Filer:** delana.wilson@tdcj.state.tx.us

**Identity Of Deceased**
**Name:** Kelly Don Marcus
**Race/Ethnicity:** African-American
**Sex:** Male
**DOB:** 04-28-1975
**Age:** 36

**Date Of Custody (arrest, incarceration)**
11-5-2002 12:00 am

**Date Of Death**
8-12-2011 4:30 am

**Where did the event causing the death occur?**
**Address:** 899 FM 632
**City:** Kenedy
**County:** Karnes

**Has a medical examiner or coroner conducted an evaluation to determine a cause of death?**
Yes, results pending

**Apparent Manner Of Death:**
Natural Causes/Illness
**Description:** Possible Cardio Pulmonary Arrest

**Medical Cause Of Death:**
Possible Cardio Pulmonary Arrest

**Was the cause of death the result of a pre-existing medical condition or**

https://www.oag.state.tx.us/criminal/custodial/report_view.php?rid=2114                8/30/2011

08/30/2011  15:46   936-438-8935            TDCJ OIG FUGINET                    PAGE 03/04

Custodial Death Report                                                    Page 2 of 3

**did the deceased develop the condition after admission?**
> Pre-existing medical condition

**Had the deceased been receiving treatment for the medical condition after admission to your jail's jurisdiction?**
> Yes
> **Description:** Unknown

**Type of Custody**
> TDCJ
> **Facility/Unit:** McConnell

**What were the most serious offenses with which the deceased was (or would have been charged with at the time of death)?**
> 1. Agg Aslt of a Child
> **Status:** Convicted

**Type of Charges**
> Violent Crime Against Persons
> Child Abuse

**Did the deceased die from a medical condition or from injuries sustained at the crime/arrest scene?**
> Not applicable

**If injured at the crime/arrest scene, how were these injuries sustained?**
> Not applicable

**Was the deceased under restraint in the time leading up to the death or the events causing the death?**
> No

**At any time during the arrest/incident, did the deceased:**
> Appear intoxicated (either alcohol or drugs)? - No.
> Threaten the officers(s) involved? – No.
> Resist being handcuffed or arrested? - No.
> Try to escape/flee from custody? - No.
> Grab, hit or fight with the officer(s) involved? - No.
> Use a weapon to threaten or assault the officer(s)? - No.
> Other – No.
> Not Applicable - Yes.

**What type of weapon(s) caused the death?**
> Not Applicable

**Where did the deceased die?**
> At medical facility

https://www.oag.state.tx.us/criminal/custodial/report_view.php?rid=2114            8/30/2011

Custodial Death Report                                            Page 3 of 3

### What was the time and date of the deceased's entry into the law enforcement facility where the death occurred?

11-5-2002 12:00 am

### At the time of entry into the facility, did the deceased:

Appear intoxicated (either alcohol or drugs)? - No.
Exhibit any mental health problems? - No.
Exhibit any medical problems? - No.
Not Applicable - Yes.

### If death was an accident or homicide, who caused the death?

Not applicable; cause of death was suicide, intoxication or illness/natural causes

### If death was an accident, homicide or suicide, what was the means of death?

Not applicable; cause of death was intoxication or illness/natural causes

### Summary of How the Death Occurred:

Offender Marcus was found unresponsive, lying on his stomach in his bunk.
Security and Medical Staff responded and provided life saving measures but
to no avail. EMS was summoned adn provided life saving measures, but to
no avail The offender was transported to Otto Kaiser Hospital wwhere he
was pronounced deceased.

09/01/2011  16:42    8305834737                CONNALLY UNIT                    PAGE  03/04

AD 03.29 (rev. 7)
Attachment C

## Texas Department of Criminal Justice

### AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

| | |
|---|---|
| Offender Name _MMas, Kelly_ | TDCJ # _1128380_ |
| Date of Birth _04-28-1975_    Race _B_ | Sex _M_ Male ____ Female |
| Offender Pronounced Dead at _0436 am_ on _08-12-11_ | |
| (print time, include am or pm)    (print day, month, and year) | |
| Location of Death ____ Unit _____ (print unit name) | Other _CHO Kaiser Hospital_ (print hospital or facility name) |

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examination of the urine, blood, and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs, if any, are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, shall be transported to ____Galveston____ (location of autopsy) by a representative or associate of ____Kaynes____ Funeral Home, located in ____Huntsville____, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at _____ (phone number), for transport.

Please forward a copy of preliminary findings and reports to:
TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Room 162
Huntsville, Texas 77340
(936) 437-3631 (phone) or (936) 437-3638 (fax)

_____
Warden (or designee)

County _Karnes_

City _Kennedy_, Texas _78119_ (zip code)

_I-11453-08-11_

**AD-03.29 (rev. 7)**
**Attachment A**

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home
and/or its said agents or staff to make the removal of the said remains of

_Marcus Pelle_ #1128380 from _Otto Kaiser Memorial Chapel_
(Print Offender's Name and TDCJ Number)                    (Print location)

who died on _08-12-11_____, and to hold until further notification
from the Warden of the unit with regards to the approval for an autopsy.

NOTE: If an offender death is determined to be from natural cause by a certified medical physician,
the offender's family will be provided the opportunity to object to an autopsy.

> Instructions: If death occurs on the unit, the Warden shall sign this form authorizing the
> transport of the remains. If death occurs off the unit, the Warden shall sign the form and shall
> deliver the form by the most expedient means to the appropriate medical staff at the location of
> the death.

_____          _____
Signature of Warden or designee                         Printed Name
                                                       Calvin Davis

_____          _____
Medical Physician/Registered Nurse Signature            Printed Name

Address of Physician/Registered Nurse:

_____
_____
_____

I-11453-08-11

```
*****************************************************************************
*** REQUESTOR: JVA3318 - VARGHESE, JOSEPH        CONNALLY UNIT           ***
*****************************************************************************
***                    S Y S M   O U T B A S K E T   P R I N T          ***

MESSAGE ID: 007604      DATE: 08/12/11  TIME: 01:58pm  PRIORITY: 000

SUBJECT:    DEATH NOTIFICATION


***********************DEATH NOTIFICATION*******************************
INMATE: MARCUS, KELLY DON            TDCJ# 1128380
DATE OF DEATH: 08/12/2011
CUSTODY: G2        STATUS: S3W        RACE: B/M       DOB: 04/28/75 AGE: 36
CAUSE OF DEATH: UNKNOWN              TIME: 0436   DOCTOR: TREVINO
PLACE OF DEATH: OTTO KAISER MEMO HOSPITAL, KARNES
DUTY WARDEN: ROY WHITE               TIME: 0445
JUSTICE OF THE PEACE: STEWARD        TIME: 0500
TDCJ-ID-IAD: CARDINES                TIME: 0515
CARNES FUNERAL HOME: 855 262 8325    TIME: 0700
CHAPLAIN: VARGHESE                   TIME: 0555
EAC: I 11453 08 011                  TIME: 0745
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  (  )NO   (  )  UNABLE TO CONTACT
N.O.K. MARCUS DALE KRISTOPHER   TIME 1230    HRS   PHONE 682/227/0972
ADDRESS: 1615 ENGLAND RD TX    FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
ADDRESS: ZIP 76013
LOCATION OF BODY: KARNES FUNERAL HOME 855/262/8325
LOCATION OF INMATE PROPERTY: CY PROPERTY OFFICE


Sent to:   HSMA016            DEATH RECS/CAROLYN MCMILLIAN  (to)
           HVWAR01            HUNTSVILLE_WARDENS_OFFICE     (to)
           CHAPSUP            HARDIN, LAWANA                (to)
           HQEAC01            CENTER, EMERGENCY ACTION      (to)
           CAS7772            ASHWORTH, CARISE              (to)
           KEN2430            ENLOE, KELLY                  (to)
```

*Addition*

*I - 11453-08-11*

```
***********************************************************************
*** REQUESTOR: SSA9698 - SALLEE, STACEY     EMERGENCY ACTION CENTER    **
***********************************************************************
***              S Y S M   I N B A S K E T   P R I N T              **

MESSAGE ID: 009299       DATE: 08/12/11  TIME: 16:30   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      AM00015 - ALSOBROOK, MICHAEL
           LIEUTENANT
           CONNALLY UNIT

SUBJECT:   UPDATE I-11453-08-11
```

TO: EMERGENCY ACTION CENTER
    HQEAC01
    HUNTSVILLE, TEXAS

FROM: LIEUTENANT MICHAEL ALSOBROOK
      JOHN B. CONNALLY UNIT
      KENEDY, TEXAS

SUBJECT: UPDATE I-11453-08-11
         OFFENDER DEATH

THIS IS AN UPDATE ON THE PREVIOUSLY REPORTED DEATH OF OFFENDER MARCUS,
KELLY TDCJ #1128380 WHO WAS PRONOUNCED DECEASED ON 08-12-2011 AT OTTO
KAISER MEMORIAL HOSPITAL IN KENEDY, TEXAS.

MR. JOE LUNA FROM CARNES FUNERAL HOME ARRIVED AT OTTO KAISER MEMORIAL
HOSPITAL AND DEPARTED WITH THE BODY AT APPROXIMATELY 1145 HOURS.

ALSO, UNIT CHAPLAIN J. VARGHESE DID MAKE CONTACT WITH THE NEXT OF KIN,
CHRISTOPHER MARCUS (BROTHER) WITH THE ASSISTANCE OF THE ARLINGTON
POLICE DEPARTMENT AND THE FAMILY WILL NOT CLAIM THE BODY. CHAPLAIN
VARGHESE MADE CONTACT WITH THE FAMILY AT 1230 HOURS.

IF ANY ADDITIONAL INFORMATION BECOMES AVAILABLE AN ADDITIONAL UPDATE
WILL BE SENT TO THE EMERGENCY ACTION CENTER AT HQEAC01.

SENT BY: MICHAEL ALSOBROOK, LIEUTENANT
         JOHN B. CONNALLY JR. UNIT

AUTHORITY: KENNETH R. BRIGHT, SENIOR WARDEN

```
            JOHN B. CONNALLY JR. UNIT

Sent to:    CYDAILY              <list>                    (to)
            CYEAC                <list>                    (to)
            HQEAC01              CENTER, EMERGENCY ACTION   (to)
```

(Addition)
8/12/11

(1145)

2/2



ON DEATH                                                                  am

Addition
I. 11453-08-11

```
***********************************************************************
*** REQUESTOR: SMU7295 - MURRAY, SARAH      EMERGENCY ACTION CENTER    ***
***********************************************************************
***            S Y S M   I N B A S K E T   P R I N T                   ***

MESSAGE ID: 007604      DATE: 08/12/11  TIME: 13:58    PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     JVA3318 - VARGHESE, JOSEPH
          CHAPLAIN I
          CONNALLY UNIT

SUBJECT:  DEATH NOTIFICATION


*********************DEATH NOTIFICATION*************************
INMATE: MARCUS, KELLY DON              TDCJ# 1128380
DATE OF DEATH: 08/12/2011
CUSTODY: G2       STATUS: S3W      RACE: B/M      DOB: 04/28/75 AGE: 36
CAUSE OF DEATH: UNKNOWN            TIME: 0436   DOCTOR: TREVINO
PLACE OF DEATH: OTTO KAISER MEMO HOSPITAL, KARNES
DUTY WARDEN: ROY WHITE             TIME: 0445
JUSTICE OF THE PEACE: STEWARD      TIME: 0500
TDCJ-ID-IAD: CARDINES              TIME: 0515
CARNES FUNERAL HOME: 855 262 8325  TIME: 0700
CHAPLAIN: VARGHESE                 TIME: 0555
EAC: I 11453 08 011                TIME: 0745
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  ) UNABLE TO CONTACT
N.O.K. MARCUS DALE KRISTOPHER  TIME 1230    HRS   PHONE 682/227/0972
ADDRESS: 1615 ENGLAND RD TX    FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
ADDRESS: ZIP 76013
LOCATION OF BODY: KARNES FUNERAL HOME 855/262/8325
LOCATION OF INMATE PROPERTY: CY PROPERTY OFFICE


Sent to:   HSMA016           DEATH RECS/CAROLYN MCMILLIAN   (to)
           HVWAR01           HUNTSVILLE_WARDENS_OFFICE      (to)
           CHAPSUP           HARDIN, LAWANA                 (to)
           HQEAC01           CENTER, EMERGENCY ACTION       (to)
           CAS7772           ASHWORTH, CARISE               (to)
           KEN2430           ENLOE, KELLY                   (to)
```

*TAI DEATH*

*HA*

*Autopsy RULED HEAT*

*Offender Death (Cause Pending)*

```
*************************************************************************
*** REQUESTOR: PSO1305 - BROCK, PEGGY        EMERGENCY ACTION CENTER   **
*************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T            **
MESSAGE ID: 003836      DATE: 08/12/11  TIME: 08:59   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RWH7830 - WHITE, ROY
           CAPTAIN
           CONNALLY UNIT

SUBJECT:   I-11453-08-11 OFFENDER DEATH

EAC USE ONLY:  DATE REPORTED:.....8|12|11.....TIME REPORTED:..0745.....

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11453 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - 00000 - 00 - 00
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: CY   REGION IV  DATE OCCURRED: 08 / 12 / 2011  TIME OCCURRED: 0436A
SPECIFIC LOCATION: OTTO KAISER MEMORIAL HOSPITAL
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)          19Y-9 cell
RANK/NAME: SGT. MIGUEL TORRES
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: LT. HIPOLITO RODRIGUEZ
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                      OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)  TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
  MARCUS, KELLY                1128380  , G2    B    M    36   N    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL  X YES    NO
BY: X EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: OTTO KAISER MEMORIAL HOSPITAL
```

TREATMENT: CPR DEFIBULATOR

EMPLOYEE INFORMATION

| NAME (LAST, FIRST M) | SSN | RACE | SEX | AGE | RANK |
|---|---|---|---|---|---|
| TORRES, MIGUEL | | H | M | 28 | SERGEANT |
| RODRIGUEZ, HIPOLITO | | H | M | 36 | LIEUTENANT |
| OROSCO,SAMMY | | H | M | 31 | COIV |

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: NONE

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 12 / 2011  TIME: 04 : 36 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. TREVINO
COUNTY WHERE DEATH OCCURRED: KARNES
PRELIMINARY CAUSE OF DEATH: UNKNOWN AT THIS TIME
NEXT OF KIN NOTIFIED   YES X NO  DATE:    /    /       TIME:    :
NAME OF NOK: LEA MARCUS (WIFE)     DALE MARCUS (BROTHER)  DARLENE MARCUS (MO)
HUNTSVILLE FUNERAL HOME NOTIFIED H YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

DESCRIPTION OF WEAPON(S) CONTRABAND
  NONE

CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                    AUTHORIZATION

WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO  INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

1453

STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:  NONE

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
        ON FRIDAY AUGUST 12, 2011 AT 0330 HOURS OFFICER OROSCO, SAMMY COIV
NOTICED THAT OFFENDER MARCUS, KELLY 1128380 DID NOT GET UP FOR THE BREAKFAST
MEAL. THE OFFENDER WAS UNRESPONSIVE. OFFICER OROSCO INITIATED THE INCIDENT
COMMAND SYSTEM AND REQUESTED FOR A SUPERVISOR AND MEDICAL STAFF. SGT. MIGUEL
TORRES RESPONDED. OFFICER OROSCO BEGAN LIFE SAVING MEASURES AFTER HE NOTICED
THE OFFENDER WAS NOT BREATHING, BY CONDUCTING CHEST COMPRESSIONS. SGT. TORRES
ARRIVED AND ASSUMED ON SCENE COMMANDER. SGT. TORRES RELIEVED OFFICER OROSCO
CONDUCTING CHEST COMPRESSIONS. OFFICER RAUL GUERRA ARRIVED AND RELIEVED SGT.
TORRES CONDUCTING CHEST COMPRESSIONS AND USED THE ONE WAY VALVE. AT 0333
LICESED VOCATIONAL NURSE TERRY SAUCEDA CONTACTED EMS TO RESPOND TO THE
CONNALLY UNIT. AT 0338 LICENSED VOCATIONAL NURSE SHIRLEY PFEIL AND REGISTERED
NURSE VIDAURRI, V. ARRIVED ON SCENE AT 19 Y 9 CELL WITH A GURNEY, AND AN AED.
OFFICER OROSCO FOUND THE OFFENDER LYING ON HIS STOMACH INITIALLY WHEN HE
ATTEMPTED TO WAKE THE OFFENDER, AND SGT. TORRES ASSISTED MOVING HIM TO HIS
BACK TO CONDUCT LIFE SAVING MEASURES. UPON MEDICAL STAFF'S ARRIVAL THE AED
WAS PLACED ON THE OFFENDER AND IT RECOMENDED NO SHOCK SO CHEST COMPRESSIONS
AND BREATHS CONTINUED. OFFICER THERESA MUNOZ COIII RESPONDED AND ARRIVED ON
SCENE WITH A VIDEO CAMERA AND BEGAN RECORDING. LT. HIPOLITO RODRIGUEZ ARRIVED
AND GAVE A BRIEF DISCRIPTION OF THE SITUATION. LIFE SAVING MEASURES CONTINUED
AS THE OFFENDER WAS PLACED ON THE GURNEY AND TAKEN THE UNIT INFIRMARY.
ONCE AT THE INFIRMARY EMS ARRIVED AND ATTEMPTED TO START AN IV BUT WAS
UNSUCCESSFUL. RESTRAINTS WERE PLACED ON THE OFFENDER AND THE OFFENDER WAS
PLACED IN THE EMS VAN. AT 0415 HOURS EMS DEPARTED THE INFIRMARY. AT 0436
HOURS AT OTTO KAISER MEMORIAL HOSPITAL DR. TREVINO PRONOUNCED THE OFFENDER
DECEASED AND STOPPED LIFE SAVING MEASURES. AT 0445 HOURS THE CONNALLY UNIT
WAS CONTACTED AND CAPTAIN ROY WHITE WAS NOTIFIED OF THE DECEASED OFFENDER.
AT APPROXIMATLEY 0445 HOURS THE JUSTICE OF THE PEACE STEWART WAS CONTACTED.
AT THIS TIME THE OTTO KAISER HOSPITAL MEDICAL STAFF WILL NOT COMMENT ON THE
WHAT IS BELIEVED TO BE THE DIAGNOSIS OR REASON OF THE CAUSE OF THE OFFENDERS
DEATH. THE MEDICAL STAFF WITH NOT COMMENT UNTIL THE AUTOPSY RESULTS ARE
FINALIZED. THE CONNALLY UNIT CHAPLAIN BRILEY WAS CONTACTED AT 0533 HOURS AND
ATTEMPTED TO CONTACT NEXT OF KIN, AND IS SEEKING HELP OF THE LOCAL LAW
ENFORCEMENT IN ARLINGTON TO NOTIFY NEXT OF KIN. UPDATES WILL BE SENT AS THEY
BECOME AVAILABLE.

11453

```
NOTIFICATIONS:      CAPTAIN          R. WHITE 0445 HOURS
                    DUTY WARDEN      C. DAVIS      0450 HOURS
                    JUST OF PEACE    STEWART       0450 HOURS
                    OIG              CARDENAS      0515 HOURS
                    SENIOR WARDEN    K. BRIGHT     0518 HOURS
                    REGION IV DIR    E. KENNEDY    0518 HOURS
                    CHAPLAIN         R. BRILEY     0533 HOURS
                    KARNES FUN HOME  H. AHMAD      0700 HOURS
                    EAC              THERESA ALFORD 0745 HOURS
```

```
(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: CAPTAIN ROY WHITE                    DATE: 08 / 12 / 2011
AUTHORIZED BY: SENIOR WARDEN K. BRIGHT

Sent to:    EAC                  (list)                    (to)
```

*11453*