# Off-Unit Transport Documentation

- I-056 *Inmate Transfer Roster*
- Transport of Offender Form

## Transport of Offender

This form will be completed by the Lieutenant on duty each time an offender is transported off unit to include when a unit vehicle is loaned to other units. This form will be turned into the Building Major's Office.

Date: **8-13-11**  Van # (If Applicable): **152096**  Incident Number (If Applicable): **I-11520-08-11**

| Offender(s) Information | | | |
|---|---|---|---|
| Name | James, Kenneth | TDCJ # | 1726849 |
| Name | | TDCJ # | |

**Reason/Cause for Transport**

Reason:
☐ Scheduled Appointment ☑ Emergency ☐ Pick-up ☐ Other

Cause (Injury, Assault, etc.):
Medical emergency

**Off-Unit Location**

☑ Palestine Regional Medical Center ☐ Beto Medical HUB ☐ UT Health Science Center
☐ ETMC Tyler ☐ Hospital Galveston ☐ Other:_____
☐ Skyview Unit ☐ Mother Frances Hospital   If to a free-word medical facility, follow OMT instructions below!
☐ OMT Command Center called at 888-456-5556 ☐ OMT Command Center Fax Sent/Or Email to HQTN002

**Free-World Hospital Contact Person**

| Name | | Title | | Time | |
|---|---|---|---|---|---|

**Method of Transport**

☐ Unit Van ☑ EMS

**Transport Officer Information**

| Name | R. Burt | Rank | COV |
|---|---|---|---|
| Name | K. Mangan | Rank | COV |
| Name | | Rank | |

**Departure/Return Information**

Date/Time Out: 8-13-11 / 0340   Date/Time In (if returned during same shift): N/A

Offender Returned to Unit: ☐ Yes ☑ No

**Vehicle Security (Complete this section when transporting by Unit Van)**

Every transfer vehicle shall be checked for external and internal security before any offenders are loaded on the vehicle. In addition to the routine searches, (I.e. searching for contraband and items that pose a security risk) the following items will be checked. Transfer Officer will initial once completed and prior to departing the unit.

| | | |
|---|---|---|
| Initial Each Item when Completed | KB | All bars and screens over windows as well as between the officer and offender compartments shall be checked to ensure that none are loose or missing. |
| | KB | All security bars, screens, cages and locks are working properly and nothing is loose or missing. |
| | KB | The vehicle shall be checked to ensure that it contains a fire extinguisher. |
| | KB | The vehicle tires shall be given a visual inspection including the spare and jack. |
| | KB | The 2-way radio shall be checked to ensure that it is operating properly. |

**Offender Search/Restraint Procedures**

Supervisor and the Transfer Officers will Sign, Print Name and Title indicating completion of each of the following:

| | Supervisor (Print, Sign, Rank) | Transfer Officer (Print, Sign, Rank) |
|---|---|---|
| The offender will be strip-searched by one (1) of the Transfer Officers under the direct supervision of a security supervisor. | Whitf / WHITFIELD, Lt | R. Burt / R Burt COV |
| Under the direct supervision of a security supervisor, the restraints (leg irons, restraint belt, leg chain, handcuffs and handcuff restraint box) will be placed on the offender by one (1) of the Transfer Officers. The supervisor will check all restraints to ensure the offender is properly secured. | Whitf / WHITFIELD, Lt | R. Burt / R Burt COV |
| The Transfer Officer and security supervisor shall review the transporting offenders' travel card for any security precaution designators (escape/assault history) and any other similar criteria relevant to security. | Whitf / WHITFIELD Lt | R. Burt / R Burt COV |

Lieutenant's Printed Name/Signature: Whitfield / Lt Whitf

Revision: 10/01/2010

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### INMATE TRANSFER ROSTER

Transferring Unit:  Prepare five (5) copies of this roster for each unit that is to receive men.  Send original and duplicate with men being transferred.  Triplicate:  Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records.  Quadruplicate:  Attach to your file copy of the daily strength report.  Fifth copy:  Inmate record section.

Receiving Unit:  You must receive two copies of this form with each group of men transferred to your Unit.  Original attach to your daily strength report.

Transfer From _Gurney_____

Transfer To _PRMC_____

EFFECTIVE DATE OF CHANGE

_8-13_____ 20 _11_

| Prison Number | Name Last | First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 1726849 | James, | Kenneth | | B | | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

_Gurney_____
Shipping Unit

_8-13_____ 20 _11_
Date

_PRMC_____
Receiving Unit

◇I-056

# UTMB Correctional Managed Care Report

- Facility Death Review for Total Quality Management
  - Attachments

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code. Chapter 161.032 and 161.033

*Final*

# UTMB CORRECTIONAL MANAGED CARE
## FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)

PATIENT NAME:   Kenneth W. James          TDCJ-ID #:   1726849
DATE OF BIRTH:   11/25/1958               AGE:  52
DATE OF INCARCERATION: 8/10/2011          DATE RECEIVED ON UNIT
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

**Documentation Reviewed (check all appropriate boxes):**

| TDCJ / UTMB Medical Records | x | Physician's Death Summary | | Other: | |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report | | | |
| Video Tape | | Final Autopsy Report | | | |

**Persons Interviewed / Title:**
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

**Administrative Check List:**

| | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/2011 |
| Custodial Death Report to UTMB Death Record Technician within 10 days | |
| Death Summary completed within 30 days | |
| Death Certificate completed and signed | |
| Complete Medical Record to Death Record Technician within 30 days | |

<u>PATIENT CASE SUMMARY</u> (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest

Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Relevant Medical History: HTN, Lumbar Laminectomy x 2, Bilateral Inguinal Hernia Repair

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161 032 and 161 033

**Summary of Events on the Day of Death:**

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – EMS arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 - Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****


**Summary of Nursing Actions / Events prior to Death:**

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 - Pt seen in medical for Intake physical exam by S. Smith PA
               v/s: BP 170/107, Wt. 254, H 71 in, P 108, R 18, T 96.7
               Ordered: chest x-ray, lab, and EKG
                    Restrictions: III – 11,12,14

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake physical

17:40 to 18:00 approx. – D. Washington LVN received call from B Dorm (Officer Debra Gilmore) about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

Critical Nursing Care Issues:
1.  Was CPR initiated and maintained until assumed by EMS *or* patient was pronounced dead?
☐ Yes      ☐ No      x Not Applicable
*If CPR was not initiated, Explain:*

2.  Did Nursing notify the Provider?  ☐ Yes      ☐ No      x Not Applicable
*If No, Explain:*

3.  Did Nursing function appropriately during the emergent phase?
☐ Yes      ☐ No      x Not Applicable
*If No, Explain:*

4.  Did Nursing determine any educational opportunities related to this event? ☐ Yes   x No
*Identified Educational Opportunities:*
1. Remedial education for nursing staff on protocol when receiving call from security concerning patients
2.
3.
4.

5.  Did Nursing determine any corrective action need(s)?     X Yes  No
*Identified Corrective Action Need(s):*
1. LVN D. Washington – retake the Protocol Implementation Class
2. RN McKnight – In-service by Nurse Manager on Telephone Triage Protocol
3.
4.

This information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Medical Staff Present During Terminal Event** (if death occurred on a TDCJ facility):

1. None
2.
3.
4.
5.
6.

**Autopsy Findings** (or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review): pending

**Significant Findings and/or Areas of Concern** (*not addressed in nursing section*):

Possible heat related incident

**Corrective Action(s) Implemented:**

1. LVN D. Washington – required to enroll and pass Nurse Protocol Implementation Class
2. RN McKnight – required to complete in-service on Telephone Triage Protocol

**Committee Members Present at Facility TQM Meeting:**

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |
| Name | Title | Date |

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code. Chapter 161 032 and 161 033

Name                                          Title                          Date

Name                                          Title                          Date

Name                                          Title                          Date

Name                                          Title                          Date

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

# UTMB CORRECTIONAL MANAGED CARE
# FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)

PATIENTNAME:   Kenneth W. James                     TDCJ-ID #:   1726849
DATE OF BIRTH:   11/25/1958                          AGE:  52
DATE OF INCARCERATION: 8/10/2011                     DATE RECEIVED ON UNIT
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

Documentation Reviewed (check all appropriate boxes):

| TDCJ / UTMB Medical Records | x | Physician's Death Summary |  | Other: |  |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report |  |  |  |
| Video Tape |  | Final Autopsy Report |  |  |  |

Persons Interviewed / Title:
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

Administrative Check List:

|  | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/2011 |
| Custodial Death Report to UTMB Death Record Technician within 10 days |  |
| Death Summary completed within 30 days |  |
| Death Certificate completed and signed |  |
| Complete Medical Record to Death Record Technician within 30 days |  |

<u>PATIENT CASE SUMMARY</u> (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest

Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Relevant Medical History: HTN, Lumbar Laminectomy x 2, Bilateral Inguinal Hernia Repair

Joseph Hutchins    1726848    B333

Two Days Ago I watched

him look Like He had a Heat

Stroke. You Put Watter In here

Before You Came and Got hem

and Took hem To medicakle

You Put hem Back In Here

The Next Day Then The Next

Day He Is Dead.


( God Bless This Man For his Life )
( Sinice he Rescourd).

Chasen Breaux        # 1725370      B3-34
All I saw was James going
back and forth to his bunk and
bench complain about The heat
guard told him to go back hs
bunk one time the second time
he got up thay gave him asstfrnd.

Kenneth Smith #1725732 B-3-15

The Inmate told Several officers
that he didin't feel good and they told
him that he Woul be all he was Sent to
Medical and they Sent him Right back

Kenneth Smith

Gerardo Martinez  #1622528

B3-03

Lt. Whitfield.

The Gentleman in Bunk 23 had asked for Medical Attention/
early in the week. Suffer from Heat Exhaustion. Tonight during
count he was lying in bed he looked unresponsive. The officer
on duty was walking around him as if he smelled horrible
or was infected with something. This was at I.D count Time.
Later in the night we asked for a mop. It looked like he
had urinated on himself.

Gary Lynn Jefferson #1726850

all I Know is that he was acting like
he had took Something to Make him Sick
and he Started acking Crazy Pissing on
his self and not responding the way he
Should been when we Came in here to
gether from Waco

B 3:19

To Lt whitfeild

B3=08

Robert Pruitt   #1726822

I didn't see what happened I was asleep

To: G. Whitfield

I didn't see anything, I was asleep.

Andy Harlow # 1726844

B-3-05

David Hamilton
1723338
B-3.4
L. Whitfield

I Went to sleep around 12:30 but I woke Up
and seen 23 Bunk on the toilet, I guess he didnt make it
to the restroom because he urinated on himself and he
sat on the bench in the dayroom looking hurt, and another
man in here called for a guard to help

Lt Whitfeild

Ryan Petty  B-32 1600592

I Was Sleeping.

To: L. whitfield

I didn't see 8 2,7

Anthony Jurus
1725736
B

John Brown  T.D.C. #1726236  B3-50    8/12/11

A offender James fall out his first day
on the tank. And on friday night A offender
James wasn't feeling good he try to tell
them his self but the just pull him off.
Then onther a offenders try to get the
laws attention but they told them to go to
bed. Then a offender in B3-24 try
to tell the officers that a offender
James didn't have enoug air.

                    John Brown

TDC
#1724493 B-0-9

My name is Eddie Richardson This Inmate
was sick he did tell 2 officers That
he was hurting and was hot. They did not
do nothing That was friday. later That nite
he started pissin on his self

WHITFIELD

Konkun Taepeh  B3-10   172536 U

I DIDN'T SEE
NOTHING

Amado Aguirre #1725729          B311
  – Don't know what you all talkin
I was a sleep

8-13-11

Home   B-3 - 53

William   J   Davis
TDC# 1726242

Did  Not  See  Nothing

To  Lt. Withfield

CARNEASE Johnson
1726881   B3-12
I ~~READ~~ DIDN'T SEE NOTHING
Lt. Whitfield

Bradford Moore 1725730   B-313

Don't know what this about

To Lt. White

Bradford

To   Lt Whitfield

William Brown  Bunk 14   #1727462

I didn't see anything.

ermenegildo graciano madera
# 1729484
B 3-16

I didn't see anyThing.

Jimmy Jones
B3-17
~~1725735~~
1725735

I didn't see SEE Anything ? but he
told the CO's all the time that
he was hurt, didnt do Anything
For him but talk shit, Like
Everybody lying, Derrick Pickens
1725363 ? 'B3' is bunk

Albert Rios #1564447

MATT, I don't know whats going
on.

B7-70

Sgt/Sanders 879236 B3:21

I was A sleep 4 i

Herbert Fresse #1144502

I didn't see nothing I was sleep.

B 3:72

Rodney Kuykendall                    B3-26

I witnessed the man being in pain

ANTHONY DAWSON 1726272    #46

I SEEN NOThING

I Avalon M. Butler 1726237, I
Know nothing, I see nothing

8-13-2011
Avalon M Butler
Pod 3-51

Jeffrey Campos #1726239   B3-52

I was asleep. Didn't see anything.

Carlos Aguilar   1726403   B3 54

~~Did~~ Did Not see nothing
       to Lt wittfield

To Lt Whitfield,

My name is Clint Lawson TDC # 1726839
& I was asleep & didn't see anything.
B3-06

Bunk 24

I courtney Gordon #1727466 was sleep
But It is too hot not enough Air

Ryan Peña 1725937
B-327

I didn't see anything because I was asleep.

Chanthavong Aphsith charlee

T. D. C. # 1727464

I. dot kwon Nothing

B. 3. 28

Marcus Weans #1725738

B3-29

I didn't See anything

H. Winfield

1726812

Thomas A. Gage  B3-30

l'chidnit sa anglin

Johnny Hernandez
TDC # 1726846 B3-31
I didn't see anything

I was asleep and did not
see anything.

Michael Tiller
#1727480
B335

Terrance Jennings B3-36
1725373

I was sleep when events trasspie

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Summary of Events on the Day of Death:**

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – Ems arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****


**Summary of Nursing Actions / Events prior to Death:**

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 - Pt seen in medical for Intake physical exam by S. Smith PA
　　　　　　　v/s: BP 170/107, Wt. 254, H 71 in, P 108, R 18, T 96.7
　　　　　　　Ordered: chest x-ray, lab, and EKG
　　　　　　　　　Restrictions: III – 11,12,14

This Information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake physical

17:40 to 18:00 approx. – D. Washington LVN received call from B Dorm (Officer Debra Gilmore) about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

**Critical Nursing Care Issues:**

1. Was CPR initiated and maintained until assumed by EMS *or* patient was pronounced dead?
   ☐ Yes      ☐ No      x Not Applicable
   *If CPR was not initiated, Explain:*

2. Did Nursing notify the Provider?   ☐ Yes      ☐ No      x Not Applicable
   *If No, Explain:*

3. Did Nursing function appropriately during the emergent phase?
   ☐ Yes      ☐ No      x Not Applicable
   *If No, Explain:*

4. Did Nursing determine any educational opportunities related to this event?   ☐ Yes      x No
   *Identified Educational Opportunities:*
   1.
   2.
   3.
   4.

5. Did Nursing determine any corrective action need(s)?      ☐ Yes      x No
   *Identified Corrective Action Need(s):*
   1.
   2.
   3.
   4.

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Medical Staff Present During Terminal Event (if death occurred on a TDCJ facility):**

1. None
2.
3.
4.
5.
6.

**Autopsy Findings (or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review): pending**

**Significant Findings and/or Areas of Concern (*not addressed in nursing section*):**

Possible heat related incident

**Corrective Action(s) Implemented:**

**None**

**Committee Members Present at Facility TQM Meeting:**

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |
| Name | Title | Date |
| Name | Title | Date |

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

| Name | Title | Date |
| --- | --- | --- |
| Name | Title | Date |
| Name | Title | Date |

Interoffice-Correspondence
Danny Washington LVN
08-17-11

     This Interoffice Correspondence is in regards to Kenneth James, TDC # 1726849.
On or about 08-12-11, at approximately 1800 hours, I received a call from the B-dorm in
regards to Kenneth James. The officer stated that they had an inmate that was dizzy. I
advised him to have the patient to drink water, stay as cool as possible, and if they
thought that he, the patient needed to come down, to have him come down. By the time
that we left the clinic at the end of the shift, I had not seen this patient.
     When we arrived the following day, Security advised us that the patient had passed
away during the night.

Danny Washington LVN