c:\documents and settings\kbmaxwel\local settings\temp\166251432.tif printed by mivap. (Page 1 of

Scanned by ROBERSON, TRACI L, CCA in facilty BETO 1 08\\) on 08/17/2011 08:42

# Documentation

- Nursing Triage Form
- Date: 8/13/11  Time 024⁵  Facility Gurney
- Name of offender Patient Wrax Kennuth/James
- TDCJ # 1726849
- Name of Security Officer Calling Sgt Flower
- Patient's Age _____  Sex Mal
- Presenting Problems/Symptoms T-108° incoherent
  Instructed to send pt to Beto
  _____
- Protocol used: (List protocol name, and page number):
  1. Heat Related  Page 281 1l
  2. _____
  3. _____
  4. _____
  5. Other_____
- Problem·   X Emergent      _____ Urgent       _____ Non-Urgent
    **(Immediately)**        **(2 hrs)**      **(Pass Issued / Fill out Sick Call Request)**
- Circle Correct Information
- **Telephone Triage**
- 1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
- 2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
- 3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
- 4. Other as ordered by a provider: Schotox NP
- Additional Comments Pt was sent to 911 from Gurney Per Security
- Signature of nurse LMc Dougomith
- Revision 07/18/10

utilization Quinn call 14 0310
#Cert l#778732

J. Robison 07/18/10

#778732
Syt called
Back Ory os
Send Pt
911 from
Gurney

Plaintiffs' MSJ Appx. 3640

McCollum/ James2- 145

c:\documents and settings\kbmaxwel\local settings\temp\166264125.tif printed by mivap. (Page 1 of

Scanned by WARDELL, KERRI J. in facility GURNEY (ND) on 08/17/2011 09:26

```
MC00045 /NDU2/HS04       TEXAS DEPARTMENT OF CRIMINAL JUSTICE        11:10:19
                         HEALTH SUMMARY FOR CLASSIFICATION           08/15/2011

   NAME: JAMES,KENNETH WAYNE              DOB: 11/25/1958        P U L H E S
   TDCJ#: 01726849  SID#: 03298658        WGT: 254 LBS           ------------
   UNIT:        HOUSING:                  HGT: 5'10"             |3|1|1|1|1|1|

   JOB:                                                         |E|A|A|A|A|A|

                                                                |P| | | | | |

                                                                 ------------
```

I.   FACILITY ASSIGNMENT (CHECK ONE)
X  A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?    X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)              B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION                      X  1. NO RESTRICTION
__ 2. SINGLE CELL ONLY                    __ 2. LOWER ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH
      LIKE MEDICAL CONDITION
__ 4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)             D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION                      __ 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY                   __ 2. PHOP ORDERED
                                          __ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__ 1. MEDICALLY UNASSIGNED          __ 15.NO FOOD SERVICE
__ 2. PSYCHIATRICALLY UNASSIGNED    __ 16.NO REPETITIVE USE OF HANDS
__ 3. SEDENTARY WORK ONLY           __ 17.NO WALK WET/UNEVEN SURFACES
__ 4. FOUR HOUR WORK RESTRICTION    __ 18.DO NOT ASSIGN TO MEDICAL
__ 6. EXCUSE FROM SCHOOL            __ 19.NO WORK IN DIRECT SUNLIGHT
__ 7. LIMITED STANDING              __ 20.NO TEMPERATURE EXTREMES
__ 8. NO WALKING > ___ YARDS        __ 21.NO HUMIDITY EXTREMES
__ 9. NO LIFTING > ___ LBS.         __ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 10.NO BENDING AT WAIST           __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
00 11.NO REPETITIVE SQUATTING       __ 24.NO WORK REQUIRING SAFETY BOOTS
00 12.NO CLIMBING                   __ 25.NO WORK AROUND MACHINE WITH MOVING PART

__ 13.LIMITED SITTING               __ 26.NO WORK EXPOSURE TO LOUD NOISES
00 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X  A. NO RESTRICTIONS
__ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL TTHAT APPLY)
X  A. NO RESTRICTION         C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X  A. NO RESTRICTION             __ C. WHEELCHAIR VAN
__ B. EMS AMBULANCE              __ D. MULTI-PATIENT VEHICLE(MPV)

SMITH/NEW          PA        08/15/2011      _____
PRINTED NAME AND TITLE OF REVIEWER   DATE       SIGNATURE OF REVIEWER

c:\documents and settings\kbmaxwel\local settings\temp\166024232.tif printed by mivap. (Page 1 of

Scanned by LASITER, SHERRY L. CCA in facility GURNEY (ND) on 08/12/2011 12:25

# CLINIC NOTES

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### INSTITUTIONAL DIVISION

Name: _James, Kennouth_

TDCJ No: _1126649_

Unit: _____ Joe F. Gurney

| Date & Time | | Notes |
|---|---|---|
| 8/10/11 | | Texas Uniform Health Status Update from previous corrections facility reviewed. |
| 1200 | | Current Medications / Formulary Substitutions Indicated Below Include: |
| | ☐ | Chart to Mental Health Services for Medication Rx |
| H/O following: | ☐ | Enteric Coated Aspirin 81mg 1 QD x 30 days x 11 RF KOP |
| ☐ HTN | ☐ | Atenolol 50mg #_____ QD x 30 days x 11 RF |
| ☐ NIDDM | ☒ | Enalipril _10_ mg #_9_ q _BID_ x 30 days x 11 RF |
| ☐ IDDM | ☐ | Amlodipine _____ mg 1 QD x 30 days x 11 RF |
| ☐ CAD | ☐ | Lopressor _____ mg #_____ q _____ x 30 days x 11 RF |
| ☐ Seizure | ☐ | Tenex _____ mg 1 QD x 30 days x 11 RF |
| ☐ HCV | ☒ | Hydrochlorothiazide _25_ mg 1 QD x 30 days x 11 RF |
| | ☐ | Insulin 70/30 _____ units AM; _____ units PM x 30 days x 11 RF |
| | ☐ | Insulin Regular Sliding Scale per Policy x 30 days x 11 RF |
| ☐ HIV | ☐ | Insulin NPH _____ units AM; _____ units PM x 30 days x 11 RF |
| ☐ Asthma | ☐ | Glipizide _____ mg #_____, q _____ x 30 days x 11 RF |
| ☐ Thyroid | ☐ | Metformin _____ mg Bid x 30 days x 11 RF |
| ☐ GERD | ☐ | Dilantin 100mg #_____, q _____ x 30 days x 11 RF |
| ☐ Psych | ☐ | Tegretol 200mg #_____, q _____ x 30 days x 11 RF |
| ☐ Pos PPD | ☐ | Divalproex Sodium ☐ 250mg ☐ 500mg #_____, q _____ x 30 days x 11 RF |
| | ☐ | Albuterol MDI 2 Puffs Bid PRN x 90 days x 3 RF KOP |
| | ☐ | Ibuprofen _____ mg 1 Bid PRN x 30 days KOP SFQ |
| | ☐ | Zantac 150mg #_____ Bid x 30 days x 11 RF KOP |
| | ☐ | INH 300mg & B6 50mg; 1 each QD x 30 days x 8 RF – Notify CID of Patient's TB Status |
| | ☐ | Pravastatin 20mg 1 QD x 30 days x 11 RF |
| | ☐ | Diet for Health w/ PM Snack x 180 days x 1 RF – Issue Identifying Wrist Band |
| | ☐ | Please inform Patient if medication change to appropriate formulary agents per policy |
| | | Pravastatin 60mg 1 PO QHS x 30 days |
| | | Inderal 10mg 1 PO BID x 30 days |

c:\documents and settings\kbmaxwel\local settings\temp\166024234.tif printed by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in facility GURNEY (ND) on 08/12/2011 12:25

Page 1 of 2

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.   NAME: _James_   _Kennett_   _W._   DOB: _11/25/58_ AGE: _52_
Last   First   MI

STATE ID# _3298658_   RACE: _B_   SEX: Male _✓_ Female ____

COUNTY/TDCJ# _118420_   WT: _275_ HT: _5'11_

II.  CURRENT/CHRONIC HEALTH PROBLEMS
A. Health Problems
- ___ 1. None
- ___ 2. Asthma
- ___ 3. Pregnancy
- ___ 4. Dental Priority
- ___ 5. Diabetes
- ___ 6. Drug Abuse
- _✓_ 7. Alcoholism
- _✓_ 8. Orthopedic Problems
- ___ 9. Cardiovascular/Heart Trouble
- ___ 10. Suicidal
- ___ 11. Mental Retardation
- _✓_ 12. Mental Illness (Specify diagnosis) ____
   _Depression_
- ___ 13. Recent Surgery
- ___ 14. Seizures
- ___ 15. Dialysis
- _✓_ 16. Hypertension
- _✓_ 17. CARE System Y/N○

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.

B. Preventive Medicine
- _✓_ 1. Tuberculosis Status
   Skin Test:  Date Given: __/__/__  Date Read: __/__/__  Results ____ mm*
   X-Ray:  Date: _5/31/11_  ___ Normal  _✓_ Abnormal  *  Anti-TB Treatment? No ___ Yes _*_
- ___ 2. Hepatitis: A ___ B ___ C ___ Other: ____
- ___ 3. HIV Antibody:  Test Date: __/__/__  Results: Neg ___ Pos ___ CD4: ___ Data __/__/__
- ___ 4. Syphilis: Date: __/__/__  Type: ___  Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.

C. Other Health Care Problems: _Titanium Rod in back & bone spurs_

III. SPECIAL NEEDS (Check all that apply)
A. Housing Restrictions
- _✓_ 1. None
- ___ 2. Skilled Nursing Facility
- ___ 3. Extended Care Facility
- ___ 4. Psychiatric Inpatient Facility
- ___ 5. Respiratory Isolation
- ___ 6. Other:

B. Transportation
- _✓_ 1. Routine
- ___ 2. Crutches/Cane
- ___ 3. Ambulance
- ___ 4. Wheelchair/Wheelchair Van
- ___ 5. Prosthesis:

C. Pending Specialty Clinic Appointment
   None _✓_  Type ____

D. ALLERGIES
   NKA

IV.  CURRENT PRESCRIBED MEDICATIONS   None ____

| Medication | Dosage | Frequency |
| --- | --- | --- |
| HCTZ | 25 mg | QAM |
| Cyclobenzaprine | 10 mg | BID |
| Lisinopril | 10 mg | BID |
| Neurontin | 600 mg | BID |
| Naproxen | 500 mg | BID |
| Ultram | 50 mg | BID |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _____, LVN   DATE: _8_ _10_ _11_
Signature/Title

PHONE NUMBER: 251-753-2555   FACILITY: _Holloway County Jail_

c:\documents and settings\kbmaxwel\local settings\temp\166024235.tif printed by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in facility GURNEY (IND) on 08/12/2011 12:25

Page 2 of 2

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: James    Kenneth    W    DOB: 11/26/58  AGE: 52
   Last      First      MI
   STATE ID# 3298658    RACE: B    SEX: Male ✓  Female _____
   COUNTY/TDCJ# 118420    WT: 275  HT: 5'11

II. CURRENT/CHRONIC HEALTH PROBLEMS
    A. Health Problems
       ___ 1. None
       ___ 2. Asthma
       ___ 3. Pregnancy
       ___ 4. Dental Priority
       ___ 5. Diabetes
       ___ 6. Drug Abuse
       ___ 7. Alcoholism
       ✓ 8. Orthopedic Problems
       ___ 9. Cardiovascular/Heart Trouble
       ___ 10. Suicidal
       ___ 11. Mental Retardation
       ✓ 12. Mental Illness (Specify diagnosis) _____
           Depression
       ___ 13. Recent Surgery
       ___ 14. Seizures
       ___ 15. Dialysis
       ✓ 16. Hypertension
       ___ 17. CARE System  Y (N)

       *NOTE: When screening substance abuse facility clients,
       please contact the TDCJ-ID Health Services Liaison at
       (936)437-3589 for clients with any chronic disease
       symptoms deemed unstable.*

    B. Preventive Medicine
       ✓ 1. Tuberculosis Status
          Skin Test:  Date Given: __/__/__  Date Read: __/__/__  Results _____mm*
          X-Ray:  Date: 5/31/11  Normal ___  Abnormal ✓  Anti-TB Treatment? No ___  Yes *
       ___ 2. Hepatitis: A ___ B ___ C ___  Other: _____
       ___ 3. HIV Antibody:  Test Date: __/__/__  Results: Neg ___  Pos ___  CD4: ____  Date __/__/__
       ___ 4. Syphilis: Date: __/__/__  Type: ___  Treatment Completed: ___ Yes ___ No

       *NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
       please attach tuberculosis record.*

    C. Other Health Care Problems: Titanium rod in back c bone spurs

III. SPECIAL NEEDS (Check that apply)
     A. Housing Restrictions
        ✓ 1. None
        ___ 2. Skilled Nursing Facility
        ___ 3. Extended Care Facility
        ___ 4. Psychiatric Inpatient Facility
        ___ 5. Respiratory Isolation
        ___ 6. Other:

     B. Transportation
        ✓ 1. Routine
        ___ 2. Crutches/Cane
        ___ 3. Ambulance
        ___ 4. Wheelchair/Wheelchair Van
        ___ 5. Prosthesis:

     C. Pending Specialty Clinic Appointment
        None ✓  Type _____

     D. ALLERGIES

        NKA

IV. CURRENT PRESCRIBED MEDICATIONS    None _____

| Medication | Dosage | Frequency |
|---|---|---|
| Inderal | 10 mg | BID |
| | | |
| | | |
| | | |
| | | |
| | | |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: Noll Gib, LVN    DATE: 8/10/11
                 Signature/Title
PHONE NUMBER: 254-757-2955    FACILITY: McLennan County Jail

c:\documents and settings\kbmaxwel\local settings\temp\166121943.tif printed by mivap. (Page 1 of

Scanned by BARRERA, COURTNEY L, CCA in facility GURNEY (IND) on 08/15/2011 12:03

**CORRECTIONAL MANAGED CARE**
**INTAKE HISTORY AND HEALTH SCREENING**

**I. IDENTIFICATION**

Name: **JAMES, KENNETH**   DOB: **11/25/58**   Previous TDCJ #'s: **1611682**

County: **MCLENNAN**   Education: *College*   Occupation: *Disability*

**II. FAMILY HISTORY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18. INH Prophylaxis | | YES | NO | |
| 2 Cancer | YES | NO | 19 Intravenous Drug Abuse | | YES | NO | |
| 3 Diabetes | YES | NO | 20. Kidney Disease | | YES | NO | |
| 4 Heart Disease | YES | NO | 21. Liver Disease | | YES | NO | |
| 5 High Blood Pressure *Mother* | YES | NO | 22. Mental Illness | | YES | NO | |
| 6 Tuberculosis | YES | NO | 23. Non Intravenous Drug Abuse/Alcoholism | | YES | NO | |
| | | | 24. Peptic Ulcers | | YES | NO | |

**III. PERSONAL HISTORY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 Asthma/Emphysema | YES | NO | 25. Rheumatic Fever | | YES | NO | |
| 2 Back Injury *2002 + 2004* | YES | NO | 26. Rheumatism/Arthritis | | YES | NO | |
| 3 Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 27. Seasonal Allergies | | YES | NO | |
| 4 Cancer | YES | NO | 28. Sexually Transmitted Diseases | | YES | NO | |
| 5 Cavities | YES | NO | 29. Smoker | | YES | NO | |
| 6 Depression/Suicide Attempt | YES | NO | 30. Tetanus Immunization Date | | YES | NO | |
| 7 Diabetes | YES | NO | 31. Tuberculosis | | YES | NO | |
| 8 Drug/ Food Allergies | YES | NO | 32. Unprotected Sex w/Multiple Partners | | YES | NO | |
| 9 Epilepsy/Seizures | YES | NO | 33. Other: | | | | |
| 10 Glasses/Hearing Aid | YES | NO | **IV. OBSTETRIC/GYNECOLOGICAL HX** | | | N/A | |
| 11 Gum disease | YES | NO | 1. Date of last menstrual period: | | | | |
| 12 Head Injury | YES | NO | 2. Number of pregnancies/live births | | | | |
| 13 Heart Disease/Angina | YES | NO | 3. History of Problem pregnancy | | | | |
| 14 Hepatitis | YES | NO | 4. Date of last pap smear. | | | | |
| 15 High Blood Pressure | YES | NO | 5. Date of last mammogram. | | | | |
| 16 HIV + / AIDS | YES | NO | 6. History of birth control methods (IUD, pills, etc.) | | | | |
| Prior HIV Test Date: | | | | | | | |
| 17 Homosexual/Bisexual Acitivities | YES | NO | | | | | |

A.   If YES to any of the above indicate family member or self, give date and treatment received:
_____

B.   History of hospitalization?   YES   NO   Please list the DATE, HOSPITAL, CONDITION:
_____

C.   Do you have any current medical, mental health or dental complaints? YES NO If yes, what? *Pain - lower back, RHleg*

D.   Have you experienced any of those symptoms: cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES NO   If YES, when? _____

E.   What illegal drugs have you used? *Marj, Coaine*
What was the mode(s) of use? (Please circle)  Smoking  Injection  Inhaled  Ingested
What amount and how often did you use drugs and alcohol? *Monthy*
When was the last time you used drugs or alcohol? *2010*
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES NO

F.   Are you presently taking or supposed to be taking any prescribed medications?   YES NO If yes, what? _____
Reason for taking medications

G.   Observations:   Tremor   YES NO   Sweating   YES NO   Other _____
Condition of skin:   Cuts   YES NO   Bruises   YES NO
Sores   YES NO   Other _____
Body & Movement:   Deformities   YES NO   Impaired Motor Activity   YES NO   Other _____

H.   **BEHAVIOR AND MENTAL STATUS**
Hygiene & Appearance:  Clean, Neat   Dirty, Sloppy   Other _____
Orientation (ask questions & document responses): What is todays date? *8-10-11*  What time is it? *am*   What Palce is it? *PRISON*
Speech   Normal   Loud   Soft   Mumbling   Other _____
Attitude  Appropriate   Laughing   Crying   Cursing   Quiet   Other _____

I.   **THOUGHT CONTENT** (Please circle YES or NO)   **J. DISPOSITION**
Are you having current thoughts about suicide or self-injury? YES NO   Routine Referral to:  Medical  Mental Health  Dental  CID
Do you see or hear things that others do not hear or see?   YES NO   Immediate referral to:  Medical  Mental Health  Dental  CID
Do you have any special powers/abilities?   YES NO   Release to general population   Yes   No   Other _____
Do you receive personal messages from the TV or radio?   YES NO
Do you have any phobias or excessive fears?   YES NO

Offender Signature: *Kenneth M James*   Date: 08/10/11

Reviewer Signature:   B. Moore, CCA   Date: 08/10/11

*K. Taylor*
*MFT LPC, PP*

HSM-13 (6-06)

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** JAMES, KENNETH W   **TDCJ#:** 1726849   **Date:** 08/12/2011 11:45   **Facility:** GURNEY (ND)

**Age:** 52 year   **DOB:** 11/25/1958   **Race:** B   **Sex:** male

**Most recent vitals from 8/12/2011:** BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 In.; Pulse: 108 (Sitting) ; Resp: 18 / min; Temp: 96.7 (Oral)

**Allergies:**

| Patient Language: ENGLISH   Name of interpreter, if required: |

**Current Medications:** no

**Chief Complaint and Notes:** Chronic LBP

**Significant Past Medical History:**   HTN, Lum Lam x 2, bilat Inguinal Hernia repair.

| REMARKS (Vision & Hearing) | | | |
|---|---|---|---|
| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
| Head And Neck | x | | |
| Eyes | x | | |
| Ent | x | | |
| Dental | | | |
| Chest, Breast | x | | |
| Cardiovascular | x | | |
| Hemopoietic/ Lymphatic | x | | |
| Abdomen | x | | |
| Gastrointestinal | x | | |
| Endocrine/ Metabolic | x | | |
| Nutritional | x | | |
| Upper Extremities | x | | |
| Spine | x | | Full ROM |
| Lower Extremities | x | | |
| Skin | x | | |
| Rectal | >50 | | PSA ordered. |
| FOBT Fecal Occult Blood Test | | | Cards given |
| GU Genitourinary | x | | |
| Neuro | x | | |
| Ob-Gyn (Pelvic) | N/A | | |

| REMARKS: Reinforced Tylenol at the pill window Reinforced back rehab exercises with return demo. Bp improved after Clonidine 0 2mg. 129/74 | Designators Codes Modifiers | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|
| | | 3 | 1 | 1 | 1 | 1 | |
| | | E | A | A | A | A | |
| | | P | P | P | P | P | |

PCM 4 (Rev 5-05)  chaperone

If any component of the physical exam is refused, a refusal form must be completed

| Refusal Signed | Yes | | No | |

UTMB CARS   1
Diagnoses HTN

1 of 2

Correctional Managed Care
REPORT OF PHYSICAL EXAM

**Patient Name:** JAMES, KENNETH W    **TDCJ#:** 1726849    **Date:** 08/12/2011 11:45    **Facility:** GURNEY (ND)

Restrictions: III-11,12,14.
Orders.
CCC HTN in 30 days
Bp x 7 days.
Procedures Ordered:
　　　CHEST X RAY 2 VIEW: hypertension (htn) - ccc


Procedures Ordered:
　　　INTERMED OFFICE VISIT (NO COPAY):　　　hypertension (htn) - ccc, physical examination, age
　　　*PSA, SERUM: age
　　　EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2):　　　hypertension (htn) - ccc
　　　*CBC W/DIFF {BABYDMCD PSYLBPSZDBHVCNESLDAHEPHP}:　　　hypertension (htn) - ccc
　　　*COMPREHENSIVE METABOLIC PANEL (CMP) {PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLD}:
　　　hypertension (htn) - ccc
　　　*THYROID STIMULATING HORMONE [TSH] {CNBFPSYLDMCDTPBPDBLEV2}:　　　hypertension (htn) - ccc
　　　*URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES [UA] {HVCNDBBPBFPSYLESLD}:
　　　hypertension (htn) - ccc
　　　LIPID PANEL {CNDBBFHVPSYLDMCDNBP}:　　　hypertension (htn) - ccc

2 of 2

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

**Patient Name:** JAMES, KENNETH W   **TDCJ#:** 1726849   **Date:** 08/12/2011 12:28   **Facility:** GURNEY (ND)
**Age:** 52 year   **Race:** B   **Sex:** male
**Most recent vitals from 8/12/2011:** BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 In.; Pulse: 108 (Sitting) ; Resp: 18 / min; Temp: 96.7 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:  ENGLISH   Name of interpreter, if required: |

Current Medications:
Today's Problem: RECEIVED VERBAL ORDER PER S. SMITH PA:
CLONIDINE 0.2MG  NOW. CLONIDINE 0.2MG GIVEN AT 1155.
  PATIENT IN CLINIC FOR INTAKE PHYSICAL . PATIENT HAS NOT BEEN TO PILL WINDOW  TO PICK UP
MEDICATION  SINCE ARRIVAL TO UNIT ON 8-10-2011. BLOOD PRESSURE 170/100 PULSE 108

RECHECKED BLOOD PRESSURE:1230  BLOOD PRESSURE 129/74  PULSE 100

PATIENT  BACK TO  PROVIDER  TO CONTINUE INTAKE PHYSICAL.

1 of 1

STEPHEN F. SMITH, PA

PATIENT:         JAMES,KENNETH W

                 TENNESSEE COLONY, TX  75861
MRN:             1726845
User:            RINEHART, DEBBIE L.V.N.


INDERAL 1 MG TABS
Sig:             1 x TABS ORAL TWICE DAILY
Order Date:      08/12/2011 12:42
Start Date:      08/12/2011 12:42
Auto Stop Date:  09/11/2011 12:42


Disp. #:         60  TABS
Refills:         None


Allow Generic - No product selection indicated
Rx Written On:   08/12/2011


This document has been sent for signature, but has not yet been reviewed

STEPHEN F. SMITH, PA

PATIENT:        JAMES,KENNETH W

                TENNESSEE COLONY, TX  75861
NPD:            1716849
User:           RINEHART, DEBBIE L.V.N.

TACHDEX (TABS TABS
Fix:            1 x TABS ORAL TWICE DAILY
Order Date:     09/12/2011 12:38
Start Date:     09/12/2011 12:38
Auto Stop Date: 09/11/2011 12:38

Disp. #:        60  TABS
Refills:        11  Before: 09/11/2011 12:38

Allow Generic - No product selection indicated
Rx Written On:  08/12/2011

This document has been sent for signature, but has not yet been reviewed

STEPHEN R. SMITH, PA

PATIENT:        JAMES,KENNETH W

                TENNESSEE COLONY, TX  75841
SSN:            1
User:           RINEHART, DEBBIE L.V.N.

HYDRODIURIL 25MG TABS
Sig:            1 x TABS ORAL DAILY
Order Date:     09/12/2011 12:40
Start Date:     09/12/2011 12:40
Auto Stop Date: 09/11/2011 12:4

Disp. #:        30  TABS
Refills:        11  Before: 09/11/2011 12:40

Allow Generic - No product selection indicated
Rx Written On:  09/12/2011

This document has been sent for signature, but has not yet been received

# EMS Documentation

- Patient Care Record

EMS                                                                 Page 1 of 4

  

## ESO Solutions Reporting

  



## Palestine Regional Medical Cnt
### Patient Care Record

| Name: | JAMES, KENNETH | Incident #: 11225-06 | Date: 08/13/2011 | Patient 1 of |
|---|---|---|---|---|
| | | | 1 | |

### Patient Information

| | | | | | |
|---|---|---|---|---|---|
| First Name | KENNETH | Middle Name | | Last Name | JAMES |
| DOB | 11/25/1958 | Age | 52 Years 8 Months 19 Days | Gender | Male |
| Country | UNITED STATES | Address | 2664 FM 2054 | | |
| City | Tennessee Colony | State | Texas | Zip Code | 75861 |
| SSN | 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 | Telephone | (903) 928-2217 | | |
| Drv. License | | DL State | | Weight | 127 kgs   280 lbs |

### Clinical Impression

| Primary Impression |
|---|
| Altered Level of Consciousness |

| Secondary Impression |
|---|
| Cardiac Arrest |

| Supporting Signs & Symptoms |
|---|
| Cardiac - Cardiac Arrest |

| Injury Details |
|---|

### Med HX / Allergies / Meds

| Past History | Allergy | Present Medication |
|---|---|---|
| Denies | NKDA | Unknown |

### Vital Signs

| Time | AVPU | BP | Pulse | RR | SPO2 | ETCO2 | BG | Temp | GCS | RTS | Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0335 | U | 80 / 50 A | 145 R | 35 I | 67 RA | | | 105.0 | 3-1,1,1 | | |
| 0340 | U | / M | 0 A | 15 R | 69 O2 | 24 | | | 8-1,1,6 | | |
| 0345 | U | 0 / M | 0 A | 15 V | 20 O2 | 12 | | | 3-1,1,1 | | |
| 0350 | U | 0 / M | 0 A | 15 V | 15 O2 | 10 | | | 3-1,1,1 | | |

### 3-Lead ECG/12 Lead Interpretation

| Time | ECG |
|---|---|
| 0335 | Sinus Tachycardia |
| 0340 | Asystole |
| 0345 | Asystole |
| 0350 | Asystole |

| Time | 12 Lead Interpretation |
|---|---|

### Flow Chart

| Time | Treatment | Provider |
|---|---|---|
| 0338 | Airway: Orotracheal Intubation Size: 8ETT Placed At: 23cm Successful | Neel Mark |
| 0340 | EZ-IO(Adult) Site: Right-Tibia Total Fluid Infused: 400ml Successful | Neel Mark |
| 0342 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0342 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |
| 0347 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0347 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |
| 0352 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0352 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |

### Endotracheal Tube Verification

| | YE:NO |
|---|---|
| Auscultation of Lung S | ☑ ☐ |
| No Epigastric Sounds | ☑ ☐ |
| Positive Chest Rise | ☑ ☐ |
| Misting in Tube | ☑ ☐ |
| Cords Visualized | ☑ ☐ |
| ETCO2 | ☑ ☐ |

EMS

| First Responder Treatment Prior to Arrival | | |
|---|---|---|
| Aid Prior To Arrival By | Aid Prior To Arrival Type | Comments |

EMS

## Assessment

| Category | Abnormalities | Comments |
|---|---|---|
| Skin | Skin: Hot | DRY |
| Heent | Eyes-Left : Dilated, Pupil Size 6-mm Eyes-Right: Dilated, Pupil Size 6-mm | |
| Chest | Lung Sounds: Wheezing LU, Wheezing LL, Wheezing RU, Wheezing RL | |
| Back | No Abnormalities | |
| Abdomen | No Abnormalities | |
| Pelvis/GU, | No Abnormalities | |
| Extremitie | No Abnormalities | |
| Mental Status | Mental Status: Unresponsive | |
| Neurologic | Neurological: Other | UNRESPONSIVE |

## Narrative

DISPATCHED TO A ELEVATED TEMP AND UNRESPONSIVE. FOUND A OBESE 280 POUND UNRESPONSIVE MALE IN THE INFIRMARY AT LOCAL PRISON. INITIAL CONTACT WITH PATIENT HAS HIM UNRESPONSIVE BREATHING ABOUT 40 TIMES WITH AUDBILE WHEEZES FROM ASPIRATION. ACCORDING TO GUARDS 45 MINUTES PRIOR TO FINDING HIM UNRESPONSIVE HE WAS ACTING DELERIOUS AND URNINATING ON THE WALLS. AT NEXT CONTACT PT WAS FOUND UNRESPONSIVE IN CELL AND BROUGHT TO THE INFIRMARY. AT EMS CONTACT PT AGAIN UNRESPONSIVE, AUDBILE WHEEZES. HOT TO TOUCH 105 BY PRISON TEMP. MOVE TO COT QUICK VITALS 85/42, RATE 145 NO SATS. INITAL INTUBATE WITH BUGI AND 8.0 TUBE WITH 3 MAC BLADE GOOD VISUAL AND PLACEMENT, CO2 AND GOOD WAVE FORM INITIAL SAT 67% AND 27 CO2. EZ-IO RIGHT TIBA GOOD FLOW. PT MOVED IN ASYSTOLE QUICKLY AFTER PLACEMENT IN TRUCK. CONTINUE TO BAG WITH O2 BY BVM AND START CPR. ATROPINE AND EPI GIVEN WITH NO CHANGES IN THE AYSTOLE. CONTINUE CPR AND BVM WITH O2 NO FURTHER CHANGES RELEASE TO ER.. ADULT I.O. PLACE

## Specialty Patients

## Incident Details

| | |
|---|---|
| Location | TDCJ MICHAEL UNIT |
| Address | 2664 FM 2054 |
| City | Tennessee Colony |
| State | Texas |
| County | Anderson |
| Zip | 75861 |
| Medic Unit | Medic 40 |
| Run Type | 911 call |
| Priority | Lights/Sirens |
| Scene Requested By | Other |

## Destination Details

| | |
|---|---|
| Disposition | Transport Lights/Sirens |
| Transport Due To | Patient |
| Treatment Level | Advanced Life Support |
| Physician/RN Receiving Report | KNOWLES |
| Destination | Palestine Regional Medical Center |
| Address | 2900 South Loop 256 |
| City | Palestine |
| State | Texas |
| Zip | 75801 |

## Incident Times

| | |
|---|---|
| Call Received | 02:58:00 |
| Dispatched | 02:58:00 |
| En Route | 02:58:00 |
| On Scene | 03:30:00 |
| At Patient | 03:32:00 |
| Depart Scene | 03:41:00 |
| At Destination | 03:56:00 |
| Incident Close | 04:06:00 |

## Crew Members

| Personnel | Employee Number | Position | Certification |
|---|---|---|---|
| Neel Mark | 113 | Lead Medic | Paramedic |
| Johnson Bryan | | Driver | EMT |

## Insurance Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Insured's Name | KENNETH JAMES | Medicare | | Job Related Injury | ☐ | |
| Relationship To Insured | | Medicaid | | Employer | | |
| Address | 2664 FM 2054 | | | Contact | | |
| City | Tennessee Colony | Primary Insurance | UTMB MANAGED CARE | Phone | | |
| State | Texas | Policy# | 1726849 | | | |
| Zip | 75861 | Group# | PO696997084 | Next of Kin Name | | |
| | | | | Relationship to Patient | | |
| | | Secondary Insurance | | Address | | |
| | | Policy# | | City | | |
| | | Group# | | State | | |
| | | | | Zip | | |
| | | | | Phone | | |

# Documentation from Palestine Regional Medical Center

- Reports and documentation from medical staff

08/15/2011  08:01   9037311183                    PRMC HIM                           PAGE  02/23

PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

| JAMES,KENNETH WAYNE | Serv | FC | Loc | Room | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|
| Account No: L00103392104 | | 11 | L.ER | | REG ER | 08/13/11 | 0412 | L000194299 |

**PATIENT**
Soc Sec No   DOB      Age    Sex  MS  Race  Religion
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  11/25/58  52    M    U   BL    DECLINED TO ANSWER
Address:  PO BOX 6400
          TENNESSEE COLONY.TX 75861
Home Ph:  903-928-3118   County: ANDERSON COUNTY
Language: ENGLISH         Country: USA

**PATIENT EMPLOYER**
UNEMPLOYED
UNKNOWN
PALESTINE.TX 75801
Work Phone: 903-999-9999
Occupation:

**GUARANTOR**
UTMB.UTMB                    SS#: 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
Address:  301 UNIVERSITY BLVD 1008
          GALVESTON.TX 77555
Home Ph:  800-605-8165    County:
Relationship to Patient: OTHER

**GUARANTOR EMPLOYER**
UTMB
301 UNIVERSITY BLVD 1008
GALVESTON.TX 77555
Work Phone: 800-605-8165
Occupation:

**OTHER GUARANTOR**                SS#:
Address

Home Ph:
Relationship to Patient:

**OTHER GUARANTOR EMPLOYER**

Work Phone:
Occupation:

**PERSON TO NOTIFY**
WARDEN.GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY.TX 75861
Home Phone: 903-928-3118   Work Phone:
Relationship to Patient: SP

**NEXT OF KIN**

Home Phone:          Work Phone:
Relationship to Patient:

**INSURANCE #1**
UTMB MANAGED CARE
301 UNIVERSITY BLVD
GALVESTON.TX 77555-1008
Phone: 409-747-2653

Policy # 1726849
Coverage # 0
Subscriber JAMES,KENNETH WAYNE
Rel to Pt  SELF/SAME AS PA DOB 11/25/1958
Group PO696997084 - UTMB

**AUTHORIZATION**
Treat/Precert - 778732
Ins Verif
Pro Review   Not Required

**INSURANCE 2**

Phone

Policy #
Coverage #
Subscriber
Rel to Pt           DOB
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review

**INSURANCE 3**

Phone

Policy #
Coverage #
Subscriber
Rel to Pt           DOB
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | KNOWLES,HEIDI C | 1926 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Physician | HCIS |
| NO LOCAL PHYSICIAN | | | | | |

| Admit Source | Priority | Arrival | Admitted By | REASON FOR VISIT |
|---|---|---|---|---|
| EMERGENCY ROOM | EM | AMB | PRADMAMC | CARDIAC ARREST |

**DIAGNOSIS**                          **OPERATION / PROCEDURE**

Printed By: PRADMAMC  08/13/11 0423

Unit Number   L000194299                    Account Number   L00103392104

McCollum/MJames-3168

08/15/2011  08:01    9037311183              PRMC HIM                      PAGE  03/23

RUN DATE: 08/13/11        Palestine Reg Med Ctr  ADM   *LIVE*                    PAGE 1
RUN TIME: 0423            IMPORTANT INFORMATION ABOUT SMOKING
RUN USER: PRADMAMC

NAME: JAMES, KENNETH WAYNE            UNIT#: L000194299      ACCT#: L00103392104

*Smoking cigarettes tops the list of major risk factors of the nation's number one killer —
heart and blood vessel disease.  Almost one-fifth of deaths from heart disease are caused
by smoking.  There are many diseases and deaths attributed to smoking.  Smoking also harms
thousands of nonsmokers who are exposed to cigarette smoke, including infants and children.*

*No matter how much, or how long you've smoked, when you quit smoking, your risk of heart
disease and stroke lessens.  In time, your risk can be about the same as if you'd never
smoked!*

**American Heart Association Advice on How to Quit**

**Step One**
-List your reasons to quit and read them several times a day.
-Wrap your cigarette pack with paper and rubber bands.  Each time you smoke, write down the
 time of day, how you feel, and how important that cigarette is to you on a scale of 1 to 5.
-Rewrap the pack.

**Step Two**
-Keep reading you list of reasons and add to it if you can.
-Don't carry matches, and keep your cigarettes out of easy reach.
-Each day, try to smoke fewer cigarettes.

**Step Three**
-Continue with Step Two.  Set a target date to quit.
-Don't buy a new pack until you finish the one you're smoking.
-Change brands twice during the week, each time for a brand lower in tar and nicotine.
-Try to stop for 48 hours at one time.

**Step Four**
-Quit smoking completely.  Throw out all cigarettes and matches.  Hide lighters and astrays.
-Stay busy!  Go to the movies, exercise, take long walks, go bike riding.
-Avoid situations and 'triggers' you relate with smoking.
-Find healthy substitutes for smoking.  Carry sugarless gum or artificially sweetened mints.
 Munch carrots or celery sticks.  Try doing crafts or other things with your hands.
-Do deep breathing exercises when you get the urge.

**What if I smoke after I quit?**
It's hard to stay a nonsmoker once you've had a cigarette, so do everything you can to avoid
that 'one'.  The urge to smoke will pass.  The first 2 to 5 minutes will be the toughest.
If you do smoke after quitting:
-This doesn't mean you're a smoker again— do something now to get back on track.
-Don't punish or blame yourself—tell yourself you're still a nonsmoker.
-Think about why you smoked and decide what to do the next time it comes up.

**What happens after I quit?**
Your senses of smell and taste come back.  The annoying 'smoker's cough' goes away.  You
breathe much easier.  It's easier to climb stairs.  You're free from the mess, smell and
burns in clothing.  You feel free of 'needing' cigarettes.  You'll have less chance of heart
disease, stroke, lung disease, and cancer.

**Do you have questions or comments for your doctor or nurse?**
Take a few minutes to write you own questions for the next time you see your healtcare
provider.

**How can I learn more?**
Talk to your doctor, nurse or other healthcare professionals.  If you have heart disease or
have had a stroke, members of your family also may be at higher risk.  It's very important
for them to make changes now to lower their risk.

08/15/2011  08:01   9037311183                PRMC HIM                        PAGE  04/23

JAMES,KENNETH WAYNE
PRE ER                    Admit: 08/13/11
11/25/58    M/52              L.ER
MR# L000104299 KNOWLES,HEIDI C
Acct# L00103392104

8.  **PATIENT DIRECTORY PREFERENCE:** I have been informed that unless I object, my name, location within the facility and general condition will be included in the patient directory.

☐ I object to having my name, location and general condition listed in the patient directory.

9.  **ELECTION TO REQUEST INTERPRETIVE SERVICES:** In accordance with Sect. 60, of Title VI, the Hospital is committed to ensuring that all patients receive equal access to medical care. To achieve this goal, interpretive services may be utilized or requested at no cost to you.

10. **PATIENT RIGHTS:** I have received a copy of the Patient Rights. I understand these rights and if I have further questions, I will ask the nursing staff.

11. **SMOKE FREE FACILITY POLICY:** The Hospital is a smoke free facility. I understand that while I am a patient at the Hospital I may not use tobacco products.

12. **CONSENT TO PHOTOGRAPH:** Photography still and/or video may be deemed medically necessary by your physician before, during, or after a procedure. This is to provide documentation and will be kept as a part of your medical record.

☐ I refuse to be photographed and/or videoed

13. **ADVANCE DIRECTIVE ACKNOWLEDGMENT:** I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. I understand that the terms of my Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

☐ I have executed an Advance Directive, if applicable

☐ I have not executed an Advance Directive

☐ I would like to formulate an Advance Directive / Receive additional information

**I have read and fully understand this Patient Consent and Financial Agreement and been given the opportunity to ask questions. I acknowledge that I either have no questions or that my questions have been answered to my satisfaction.**

_____                    8/13/11   0415
Signature of Patient or Legal Representative for Health Care Hospital Services If Other Than Patient          Date and Time

_____
Relationship to Patient

_____                    8/13/11
Reason Individual Is Unable to Sign, i.e. Minor or Legally Incompetent          Date and Time

_____
Signature of Witness                                                Date and Time

**Palestine Regional Medical Center**
*Consent for Services*
Page 2 of 2
PR1001A/041411

## INITIAL ASSESSMENT FORM

**Palestine Regional Medical Center**

| | |
|---|---|
| PRIORITY:  **1** | Patient:  **JAMES, KENNETH W** |
| **ESI - 1** | DOB:  11/25/1958       AGE:   52YRS   Sex  M |
| | EDP:  KNOWLES, HEIDI |
| DATE:   08/13/2011 | PCP:  NO LOCAL DOCTOR |

FI#:  L00103392104
MR#:  L000194299

Worker's Comp:
Emp. Referred:

| Presentation Time: 03:52 | Triage Time: 03:52 | Arrival Mode:  EMS-PRMC |
|---|---|---|

| Height: 6 ' 0  Weight: 240 lbs.  0 oz. 109.09 kgs. LMP:NA | Last Tetanus: unknown | Acc By: 3 TDCJ OFFICER! |
|---|---|---|

**Chief Complaint:**  CARDIAC ARREST

**Brief Assessment:**  PT. BROUGHT FROM TDCJ GURNEY UNIT D/T CARDIAC ARREST

### Vital Signs

| | |
|---|---|
| T: | T |
| P: | Regular |
| R: | Unlabored |
| BP: | 000/000 |
| O2: | % RA |

Pain Intensity Scale:            / 10
Pain Location:

| | | | |
|---|---|---|---|
| NIGHT SWEATS | UNK | HEMOPTYSIS | UNK |
| WEIGHT LOSS | UNK | FEVER | UNK |
| ANOREXIA | UNK | | |

| | |
|---|---|
| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| CPR IN PROGRESS | YES |
| DOWN > 10 MINUTES | UNK |

Sudden Onset:

Pre-Hospital Treatment:  SEE PRMC EMS RUN SHEET

Pediatric Assessment:  N/A

Past Medical History:  UNKNOWN

**Allergies:**  UNKNOWN-

Medicines:  UNKNOWN,

Nurse Signature:                                                    SXE

Additional Notes:

Rev 07/30/09

*EMERGENCY DEPARTMENT*
*FALL / ENTRAPMENT RISK ASSESSMENT*

**Palestine Regional Medical Center**

Name:  **JAMES, KENNETH W**          Pt#: L00103392104
Age: 52YRS   DOB: 11/25/1958   Sex: M     MR#:  L000194299
EDMD: KNOWLES, HEIDI              PMD: NO LOCAL DOCTOR

Date In: 8/13/2011

FALL / ENTRAPMENT RISK      Score less than 10 = low risk    Score greater than 10 - high risk for fall (follow hospital protocol)

| | Score | 0 | 1 | 2 | 3 | 4 | 5 | Other |
|---|---|---|---|---|---|---|---|---|
| Age | ◯ | Less than 60 | 80 or over | 60 - 69 | 70 - 79 | | | |
| Mental Status | ◯ | Oriented or Comotose | | Confused 100% of the time | Unable to follow directions | Nighttime or intermittent confusion | | |
| Elimination | ◯ | Continent Independent | Continent | | Requires assistance | | Incontinent | |
| Impairments | ◯ | None known | | Vision/glasses or hearing/hearing aid | Confined to bed or chair | Blind or deaf | | |
| BP | ◯ | Within normal limits | Systolic BP consistently less than 90 | Dizziness with position changes | | | | |
| Gait / Mobility | ◯ | | (1 pt each item) Uses cane/walker Holds furniture Balance problems | | | | | History of recent falls (2 or more in past 6 months) = 7 points |
| Current Medications | ◯ | | (1 pt each med) sedatives Narcotics Diuretics, Antihypertensives Benzodiazepines Post-anesthesia Psychotropics Laxatives Cathartics | | | | | |
| Predisposition Conditions | ◯ | | (1 pt each item) CVA, Hypertension, Dehydration, Seizures, Arthritis, Parkinson's Disease, Loss of limbs, Post-op 1st 3 days | | | | | |
| Total | ◯ | Circle each item that applies.  Document points in score column.  Total at bottom of page. | | | | | | |

Pro-MED Forms

Rev. 12/5/06 v.1.1

McCollum/ James2- 167

08/15/2011   08:01   9037311183          PRMC HIM          PAGE   07/23

## EMERGENCY DEPARTMENT
## CHEST PAIN NURSING ASSESSMENT

**Palestine Regional Medical Center**

Name: JAMES, KENNETH W          Pt#: L00103392104
Age: 52YRS   DOB: 11/25/1958   Sex: M   MR#: L000194299
EDP: KNOWLES, HEIDI   PCP: NO LOCAL DOCTOR

Date In: 8/13/2011   Time: 0352

**Subjective Notes:** Code Blue, Temp 108 @ Unit

**Pain:** ☐Patient denies pain
Location: unsure   Quality: ☐Sharp ☐Dull ☐Cramping ☐Burning ☐Aching   Severity Scale: _____   Onset: _____
Provocation: unsure   ☐Other: _____   Aggravating Factors: _____
Radiating: ☐No ☐Yes (see below)   ☐Constant ☐Intermittent   Relieving Factors: _____

**Psychosocial**
Appearance: ☐Clean ☐Unkempt ☐Other   Environment: ☒No steps ☐Few steps ☐Many steps
Mood / Affect / Behavior: ☐Appropriate ☐Depressed ☐Anxious   Nutritional status: ☒Normal ☐Cachetic ☐Obese
☐Tearful ☐Other   Religious / Cultural preference: ☒None _____(specify)
Caregiver: ☐Self ☐Family member ☐Significant Other ☐Group home   Best learn by: ☐Verbal ☐Written ☐Return demo
Activity level: ☐Ambulates independently ☐Requires assistance ☐Non-ambulatory   Learning Barriers: ☐TDD phone ☐Interpreter ☒No ☐Yes
☐Performs ADL's independently ☐Requires assistance with ADL's   ☐Other: _____

**Symptom prior to arrival** ☐Asymptomatic
Mode of Onset: ☒Sudden ☐Gradual ☐Intermittent   Onset: Date: 8-13-11 Time: unknown Duration: _____
Onset > 24 hrs. medical attention was sought? ☐No ☐Yes   Date: _____

| Status at onset | Radiation | | Quality | | Relief Measures | |
|---|---|---|---|---|---|---|
| | | | | | | Yes No |
| ☒Rest | ☐Substernal | ☐Back | ☐Pressure / Heavy | ☐Indigestion | Rest | ☐ ☐ |
| ☐Exertion | ☐Epigastric | ☐LUE | ☐Burning | ☐Indescribable | Food | ☐ ☐ |
| ☐Awakened from sleep | ☐Left Chest | ☐RUE | ☐Sharp / Stabbing | ☐Ache | NTG SL | ☐ ☐ |
| | ☐Right Chest | ☐Shoulder | ☐Constant | ☐Crushing | | |
| ☐ | ☐Neck / Jaw | ☐ | ☐Intermittent | | | |

**Associated signs and symptoms**
☐Dyspnea ☐Nausea ☐Syncope ☐Palpitations ☐
☐Diaphoresis ☐Vomiting ☐Near Syncope ☐Extreme fatigue ☐

**Chest discomfort with**
☐Deep breathing ☐Changes in position ☐
☐Palpation ☐Exercise / Activity ☐

**Past Medical History and Medications**
PMH from triage   UNKNOWN

☐High Cholesterol   ☐Diabetes   ☐Pacemaker   **Procedures:**   **Date**
☐Peripheral Vascular Disease   ☐Angina   ☐Family History   ☐Heart cath _____
☐Previous Cardiac Arrest   ☐HTN   ☐Smoker: ___ PPD ___ Yrs   ☐Stress Test _____
☐MI  Date: _____   ☐COPD   ☐Other   ☐Angioplasty _____
   ☐CABG _____
   ☐Other _____

**Physical Assessment (Objective)**

**Heart Sound**   **Palpation** Asystole
☐WNL ☐Click / Rub   Chest pain with palpation: ☐No ☒Yes Location: _____   **Abdomen:**
☐Murmur ☐Rub  Asystole   Pulses: Carotid _____ Femoral _____   ☐Soft ☐Distended
☐Muffled ☐Other: _____   Brachial _____ Popliteal _____   ☒Firm ☐Non-Tender
Cap Refill: ☐< 2 sec. (Normal) ☐> 2 sec. (Delayed)   Radial _____ Dorsalis Pedis _____   ☐Rigid ☐Tender
Edema: ☐No ☐Yes Location: _____   S=Strong W=Weak D=Doppler A=Absent   ☐Rebound Tenderness
   Degree: ☐1+ ☐2+ ☐3+   ☐Other: _____

Cardiac Rhythm: ☐NSR ☐Sinus Bradycardia ☐Sinus Tachycardia ☐SVT ☒Other: Asystole
Apical Pulse: _____   SpO2: 100%   ☐Room Air ETT

**System Review**

**Neurological**   **Cardiovascular**   **Respiratory**
☐Alert ☐Uncooperative   Skin: ☒Warm ☐Dry, ☐Moist ☐Diaphoretic   Airway: ☐Clear ☐Other Intubated
☐Oriented X ___ ☐Combative   Color: ☐Pink ☒Pale ☐Ashen ☐Flushed   Effort: ☐Unlabored ☐Mildly ☐Severely
☐Cooperative ☐Agitated   ☐Cyanotic ☐Jaundiced   ☐Retractions ☐Stridor ☐Nasal Flaring
☐Awake but confused ☐Restrained   Lung: ☐Clear ☐Wheezing ☐Crackles
unresponsive   ☐Rhonchi ☐Decreased

Vital Signs: 03:52   T: _____   P: _____   Regular R: _____   BP: 000/000   Nurse Signature: _____ RN

Rev. 03/05/04

08/15/2011  08:01   9037311183          PRMC HIM                    PAGE  08/23

### EMERGENCY DEPARTMENT
### ONGOING NURSING ASSESSMENT

Date: 8/13/2011

Name: JAMES, KENNETH W
Age: 52YRS   DOB: 11/25/1958
EDP: KNOWLES, HEIDI

**Palestine Regional Medical Center**
Pt#: L00103392104
MR#: L000194299
Sex: M
PCP: NO LOCAL DOCTOR

**NURSING DIAGNOSIS:** Number (code) of priority. Each patient must have at least one selected.

| | | | |
|---|---|---|---|
| Airway Clearance, Ineffective | Communication Impaired | Infection, Potential | Self Care Deficit |
| Anxiety | Coping, Ineffective | Injury, Potential | Skin Integrity Impairment |
| Breathing Patterns, Ineffective | Fluid Volume, Alteration in | Knowledge Deficit | Thought Processes, Impaired |
| Cardiac Output, Decreased | Gas Exchange, Impaired | Mobility Impaired | Thought Processes, Alteration in |
| Comfort, Alteration in | Hyperthermia (Fever) | Non-Compliance | Tissue Perfusion, Alteration in |
| Other | Other | Other | |

**The GOALS / PLAN** for this patient is to assist in meeting identified needs and initiate intervention.

| | Not Met Met Int | | | Not Met Met Int | | | Not Met Met Int |
|---|---|---|---|---|---|---|---|
| ☐ FB REMOVAL | | ☐ IMMOBILIZATION / PROPER ALIGNMENT | | ☐ IMPROVEMENT OF BREATHING | | | |
| ☐ BLEEDING CONTROL | | ☐ DECREASE / PREVENT SWELLING | | ☐ STABILIZE PATIENT IN DISTRESS | | | |
| ☐ PAIN CONTROL | | ☐ MAINTAIN STABLE HOMEOSTASIS | | ☐ meet ENVIRONMENTAL NEEDS | | | |
| ☐ ALLEVIATE N/V | | ☐ MAINTAIN SKIN / TISSUE INTEGRITY | | ☐ meet PSYCHOSOCIAL NEEDS | | | |
| ☐ FEVER CONTROL | | ☐ PREVENT FURTHER INJURY | | ☐ meet SELF CARE ABILITY NEEDS | | | |
| ☐ DECREASE ANXIETY | | ☐ MAINTAIN / IMPROVE CIRCULATION | | ☐ meet EDUCATIONAL NEEDS | | | |
| ☐ SAFETY IN THE ED | | ☐ INFECTION CONTROL | | ☐ Other | | | |

Int: N = documentation in nurses notes. other 'codes' per Hospital Policy.

| Time | Nurses Progress Notes | Sig. | Time | |
|---|---|---|---|---|
| 0352 | Pt to Rm #1 on cardiac (monitor) | | | |
| | CPR in progress, pt in asystole | | | |
| | Rpts in room & cardiac at bedside | | | |
| 0353 | see code sheet | R | | |
| 0416 | CPR stopped ERP pronounced pt @ this time | R | | |
| 0423 | SWTA notified of death | R | | |
| 0430 | Judge Todd paged | R | | |
| 0434 | Judge Todd returned call will come to ER | | | |
| 0500 | Lee Ann @ Managed Care notified of death | R | | |
| 0516 | Judge TATH here — OTC Rep here in ER | | | |
| 0600 | Carnes Funeral Home ETA is 4 hrs | | | |
| 0952 | Carnes funeral home arrived to pick up remains | | | |
| | of pt. body released | DECEASED | | |
| | to funeral home — | TM | | |

**Disposition:**
Discharged to _____  ☐ Amb  ☐ W/C  ☐ Strst ☐ Carried
Discharge instructions given to _____ ☐ Verbalized understanding
Admit: Room # _____ to Dr. _____ Ready for Room Time: _____
Report called at _____ and given to _____
Transferred to _____ ☐ Transfer Verified
Report called at _____ and given to _____
☐ Left without treatment   ☐ Left Against Medical Advice
Condition at Disposition: ☐ Improved ☐ Stable ☐ Serious ☒ Expired
Pain Scale: _____ Pain Location: _____
Patient reports that pain is: ☐ Improved ☐ Unchanged ☐ Worse
Disposition Vitals: T _____ P _____ R _____ BP _____ O2 _____
Disposition Date: _____ Time: _____ Nurse: M'Clendon RN

Rev. 03/09/04

08/15/2011  08:01   9037311183                    PRMC HIM                          PAGE  09/23

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

JAMES,KENNETH WAYNE
PRE ER                Admit: 08/13/11
11/25/58  M/52              L.ER
MR# L000194299 KNOWLES,HEIDI C
Acct# L00103392104

50      Palestine Regional Medical Center
**EMERGENCY PHYSICIAN RECORD**
♦ **Cardiopulmonary Resuscitation** ♦

TIME SEEN: ☑ on arrival  ROOM:____  ___ EMS Arrival
HISTORIAN: patient  spouse  paramedics
__ HX / __ EXAM LIMITED BY:_____
TRANSFER FROM:_____  ☐ see transfer record
**HPI**

Initial complaint(s):  collapsed  found unresponsive
chest pain  dyspnea  abdominal pain  back pain

Witnessed arrest?  no / yes
Bystander CPR?  no / yes  EMS

Down-time before ACLS:___ minutes  unknown
initial findings:  by paramedics
mentation   respirations   pulse
unresponsive   no respirations   none
             agonal respirations   (weak)

rhythm  ST then
asystole  0841   HR____   Glucose____ mg/dl
vent. fibrillation  BP____   D-stick glucometer ISTAT
PEA brady/tachy               by paramedics/in ED

pre-hospital treatment:
oxygen   CPR/thumper   epinephrine____ mg
                       vasopressin____ mg
bag-valve-  defibrillated x___  atropine____ mg
mask   IV access  IO   amiodarone____ mg
intubated   IV fluids   sodium bicarb____ amps
                       lidocaine____ mg

**ROS**
CONST                pt intubated   PTA
recent illness/fever   GI/GU
fever/chills         abdominal pain
                     problems urinating
EYES/ENT             MS/SKIN/LYMPH
problems with vision  joint pain
sore throat          rash
CVS/RESP             swollen glands
chest pain           NEURO/PSYCH
shortness of breath  dizziness
cough                fainting
LNMP____ preg post menop   anxiety/depression
                     ☐ all other systems identified,
                     reviewed, and found neg
- see HPI for additional / associated signs and symptoms

**PAST HX**                    unknown
☑ Agree w/ triage nurse's note for PFSH / ROS
cardiac disease AMI CHF A-Fib   diabetes Type 1  Type 2
CVA/TIA  deficit____   diet/oral/insulin____
                       hypertension____
___ old records ordered / summary:

Medications   none  see nurses note   Allergies____ NKDA
aspirin  coumadin  clopidogrel   see nurses note

**SOCIAL HX** smoker  unknown   drugs____
alcohol (recent/heavy/occasional)____   occupation  PISC
**FAMILY HX**  ___ negative               [unclear]

**INITIAL PHYSICAL EXAM**
☑ Vitals Reviewed
See reverse for initial rhythm and interventions
**GENERAL**        ___ unresponsive____
no evidence
of trauma
**RESPIRATORY**    ___ no spontaneous respirations____
breath sounds      bag-valve-mask____
equal bilaterally  ET tube / bag-valve____
lungs clear        agonal respirations____
                   decreased air movement____
                   wheezes / rales / rhonchi____
**CVS**             no spontaneous pulse
spontaneous        chest compressions
pulse present      pulse w/ CPR  none  poor  good
                   heart sounds absent____
                   irregularly irregular rhythm____
                   extrasystoles (occasional/frequent)____
                   JVD present____
                   murmur grade___/6  sys/diast____
                   gallop (S3/S4)____
**ABDOMEN**         ___ distention____
soft, no mass      hepatomegaly / splenomegaly____
                   mass  [handwritten] incision scar
                   guarding  [handwritten]
**HEAD/NECK**      ___ head trauma____
atraumatic         c-spine tenderness____
pharynx clear      tracheal deviation____
**NEURO**          ___ unresponsive / agitated / confused____
pupils reactive    pupils fixed, dilated ☑
                   unequal pupils____
                   size  R___ mm  L___ mm
                   no motor responses____
                   abnormal response to pain____
                   withdraws  flexion  extension
                   Babinski reflex (R/L)____
                   reflexes absent____
**EXTREMITIES**    ___ rigidity  [handwritten]
no signs of trauma  pedal edema (R/L)  @ LE IO in place
**SKIN**           ___ pallor____
no rash            cyanosis  warm
                   dependent lividity____
                   decubitus____

08/15/2011  08:01    9037311183              PRMC HIM                    PAGE  10/23

## INITIAL EKG MONITOR RHYTHM

asystole                wide complex      sinus rhythm
ventricular fibrillation  narrow complex    atrial fibrillation
ventricular tachycardia  tachycardia       heart block   1⁰ 2⁰ 3⁰
                        bradycardia
                        rate____

## PROCEDURES & INTERVENTIONS

CPR _____ attempt by paramedic while ____
_____ arv placed unsuccessful then by me ____
_____ (working) _____
intubated by: ED physician
with # 7.5 ET tube  (curved) straight blade  nasal /oral
Premedication: Ø
RSI  etomidate  succinylcholine  vecuronium
Post-intubation- Breath sounds
equal / R greater than L  L greater than R
Pulse Ox ___ End-tidal CO2 detector ⊕ color Δ

✓ central line placed sterile technique  betadine prep  CL Cortege
(right) / left  internal jugular  subclavian  (femoral)

__ pacemaker external / transvenous _____
__ defibrillated _____
✓ foley catheter _____

## LABS, EKG & XRAYS

| CBC | | Chemistries | | | UA | |
|-----|--|-------------|--|--|----|--|
| normal except | | normal except | | | normal except | |
| WBC | | Na | | CK | WBC | |
| Hgb | | K | | CKMB | RBC | |
| Hct | | CO2 | | Troponin | bacteria | |
| Platelets | | Gluc | | PT/PTT | dip | |
| segs | | BUN | | INR | | |
| bands | | Creat | | | | |

### ABGs
time____ RA / ___ LO2  pH____  pCO2____  pO2____
time____ RA / ___ LO2  pH____  pCO2____  pO2____
RHYTHM STRIP ___ NSR ___ Rate____
INITIAL ED EKG
__ NML  ☐ Interp. by me  ☐ Reviewed by me  Rate____
__ NSR  __ nml intervals  __ nml axis  __ nml QRS  __ nml ST/T

CXR  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
__ nml / NAD  __ no infiltrates  __ nml heart size  __ nml mediastinum

## PROGRESS

Also see CPR Flow Sheet
Time _____  unchanged  improved  re-examined
_____ code discontinued _____

__ CPR discontinued, patient pronounced dead at____
✦AMI = EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer____
__ Dx delayed due to atypical presentation ____

Discussed with Dr.____            Additional history from:
✦ will see patient in:  ED / hospital / office    family  caretaker  paramedics
__ Counseled patient / family  regarding:        __ Rx given____
lab / rad. results  diagnosis  need for follow-up  __ admission orders written
CRIT CARE TIME  (excluding separately billable procedures)  ____ min

## CLINICAL IMPRESSION                (circle final dx / backslash diff dx)

Cardiopulmonary Resuscitation          Pulmonary Edema
  successful  (unsuccessful)            Pulseless Electrical Activity
Asystole                               Respiratory Failure
Cardiac Rhythm Disturbance             Sudden Death
  V. Tach  V. Fib.  A. Fib.  SVT
✦ Myocardial Infarction - acute        hyperthermia

DISPOSITION-  ☐ admitted ___ POA  decubitus / UTI (foley)
              ☑ Medical Examiner  ☐ morgue  ☐ transfer____
CONDITION-    ☐ unchanged  ☐ improved  ☐ stable
              ☐ critical  ☐ serious  ☑ deceased

Care transferred to Dr.____                    Time:____

PHYSICIAN SIGNATURE- _____
☑ Template Complete   ☐ See Addendum (Dictated / Template #____)

Cardiopulmonary Resuscitation-50                    ✦ Quality Measure Initiative

**CARDIOPULMONARY        RESUSCITATION RECORD**

Date 8/13/11  Time Event Recog 0341  Location Ambulance  Age 52  Weight ____  Length ____

PATIENT:
JAMES, KENNETH WAYNE
REG ER                    Admit: 08/13/11
11/25/58   M/52          L:ER
MRF L000194299 KRENLES MEIDI C
Acct# L00103392104

Was Hospital-Wide Resuscitation Response Activated? ☒ Yes  ☐ No
Condition when Need for Chest Compression / Defibrillation was identified? ☐ Pulse (poor perfusion)  ☒ Pulseless
Witnessed? ☒ Yes  ☐ No  Indicate all Monitors that were Present at Onset: ☒ ECG  ☒ Pulse Ox.  ☐ Apnea
Patient Conscious at Onset: ☒ Yes  ☐ No  Did the Patient with a Pulse Become Pulseless? ☒ Yes  ☐ No

Patient Name _____  MR # _____

### AIRWAY / VENTILATION
At Onset: ☒ Spontaneous  ☐ Apnea  ☐ Agonal  ☐ Assisted
Types of Ventilation: ☐ Mouth/Mouth  ☐ Mouth/Mask
☒ BVM  ☒ ETT  ☐ Tracheotomy  ☐ Other:
Time of First Assisted Ventilation: PTA  See Run Sheet
ETT Intubation: Time 0335  Size 7.5m~
By Whom: M. Neel Rn
Secondary Confirmation: ☒ Auscultation  ☒ Ex. CO₂
☐ Other:

### CIRCULATION
First Documented Rhythm: PTA
Time Chest Compressions Were Started: PTA
First Documented Pulseless Rhythm: ____
Patient Defibrillated  ☐ Yes  ☒ No
If Yes, Time of First Shock: ____
AED Applied     ☒ Yes      ☐ No
AED Shock       ☐ Advised  ☐ Delivered  ☐ 1st Shock
Pacemaker On    ☐ Yes      ☒ No

### OUTCOME
Resuscitation
Event Ended @ 0416  Status: ☐ Alive  ☒ Dead
Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.)  ☐ Efforts Terminated
☒ Medical Futility                  (No Sustained ROC)
☐ Advance Directives  ☐ Restrictions by Family

| TIME | RESP. SPONTANEOUS / ASSISTED | PULSE SPONTANEOUS / COMPRESSIONS | BP | RHYTHM | DEFIB / CARDIOV JOULES | AMIODARONE DOSE / IV or IO | ATROPINE DOSE / ROUTE | EPINEPHRINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | VASOPRESSIN DOSE / IV or IO | Adeno Bicarb | DOPAMINE | DOBUTAMINE | EPINEPHRINE | NOREPINEPHRINE | COMMENTS: (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0353 | A | C | | | | | | ↑Amp | | | | | | | | CPR in progress ↓ |
| 0355 | A | C | | | | | | | | | | | | | | lag to ® EJ z bloodrtn -® |
| 0356 | A | C | | | | | | ↑Amp | | | | | | | | NS bolus ↑ R |
| 0359 | A | C | | | | | | ↑Amp | | | ↑Amp | | | | | Central line to R clav ↓ ® |
| 0400 | A | C | | | | | | | | | | | | | | FSBS 265 -® |
| 0401 | A | C | | | | | | ↑Amp | | | | | | | | pt reintubated -® |
| 0404 | A | C | | | | | | ↑Amp | | | | | | | | CPR cont. -® |
| 0405 | A | C | | | | | | | | | | | | | | 7.5m ETT 24 clip z cuts A ® |
| 0407 | A | C | | | | | | ↑Amp | | | ↑Amp | | | | | pt extubated -® |
| 0408 | A | C | | | | | | | | | ↑Amp | | | | | CPR cont. -® |
| 0409 | A | C | | | | | | | | | | | | | | 7.5m ETT 24 clip z cuts A ® |
| 0410 | A | C | | | | | | ↑Amp | | | | | | | | 10m NG tube placed ® checked by aural rate ® |

RECORDER'S SIGNATURE & ID _____    PHYSICIAN'S PRINTED NAME _____

ICU / CODE TEAM NURSE'S SIGNATURE _____    PHYSICIAN'S SIGNATURE _____

Form PG232 (Rev 9/04)   Page ____ of ____

**PRRH / PALESTINE REGIONAL MEDICAL CENTER • 2900 S. LOOP 256 • PALESTINE, TX 75901**

McCollum/ James2- 172

# CARDIOPULMONARY     RESUSCITATION RECORD

08/15/2011    08:01    9037311183    PRMC HIM    PAGE    12/23

McCollum/ James2- 173

PAGE  01

**PATIENT LABEL OR ADDRESSOGRAPH**
JAMES, KENNETH WAYNE
REG ER                          Admit: 08/13/11
11/25/58   M/52               L.ER
HR# L000194299 KNOWLES, HEIDI C
Acct# L00103392104

Date ___ Time Event Recog. ___ Location ___ Age ___ Weight ___ Length ___

Was Hospital-Wide Resuscitation Response Activated? ☐ Yes ☐ No
Condition when Need for Chest Compression / Defibrillation was Identified? ☐ Pulse (poor perfusion) ☐ Pulseless
Witnessed: ☐ Yes ☐ No    Indicate all Monitors that were Present at Onset: ☐ ECG ☐ Pulse Ox ☐ Apnea
Patient Conscious at Onset: ☐ Yes ☐ No    Did the Patient with a Pulse Become Pulseless? ☐ Yes ☐ No

| AIRWAY / VENTILATION | CIRCULATION |
|---|---|
| At Onset: ☐ Spontaneous ☐ Apnea ☐ Agonal ☐ Assisted | First Documented Rhythm: ___ |
| Types of Ventilation: ☐ Mouth/Mouth ☐ Mouth/Mask | Time Chest Compressions Were Started: ___ |
| ☐ BVM ☐ ETT ☐ Tracheotomy ☐ Other: | First Documented Pulseless Rhythm: ___ |
| Time of First Assisted Ventilation: ___ | Patient Defibrillated ☐ Yes ☐ No |
| ETT Intubation: Time ___ Size ___ | If Yes, Time of First Shock: ___ |
| By Whom: ___ | AED Applied ☐ Yes ☐ No |
| Secondary Confirmation: ☐ Auscultation ☐ Ex. CO₂ | AED Shock ☐ Advised ☐ Delivered ☐ 1st Shock |
| ☐ Other: | Pacemaker On ☐ Yes ☐ No |

**OUTCOME**
Resuscitation
Event Ended @ ___    Status: ☐ Alive ☐ Dead
Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.) ☐ Efforts Terminated
☐ Medical Futility                  (No Sustained ROC)
☐ Advance Directives               ☐ Restrictions by Family

Patient Name ___    MR # ___

| | RESP. | PULSE | | | | BOLUS DOSE / ROUTE | | | | | INFUSIONS | DOSE / cc PER HOUR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | SPONTANEOUS/ ASSISTED | SPONTANEOUS/ COMPRESSIONS | BP | RHYTHM | DEFIB / CARDIOV JOULES | AMIODARONE DOSE / IV or IO | ATROPINE DOSE / ROUTE | EPINEPHRINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | VASOPRESSIN DOSE / IV or IO | | DOPAMINE | DOBUTAMINE | EPINEPHRINE | NOREPINEPHRINE | COMMENTS: (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
| 0412 | A | | | | | | | | | | | | | | | Rectal temp 105.3 — ℞ |
| 0413 | A | C | | | | | | Time | | | | | | | | CPR cont — ℞ |
| 0414 | | | | | | | | | | | | | | | | CPR stopped — see note ℞ |

RECORDER'S SIGNATURE & ID ___

ICU / CODE TEAM NURSE'S SIGNATURE ___

PHYSICIAN'S PRINTED NAME ___
PHYSICIAN'S SIGNATURE ___

HEIDI KNOWLES MD

Form 8920Z (Rev 5/04)    Page ___ of ___
**PRRH / PALESTINE REGIONAL MEDICAL CENTER** • 2900 S. LOOP 256 • PALESTINE, TX 75801

08/15/2011  08:01    9037311183              PRMC HIM                    PAGE  13/23

## ORDER PROCEDURE FORM
## CARDIOVASCULAR EMERGENCIES

**Palestine Regional Medical Center**

Name: JAMES, KENNETH W          Pt#: L00103392104
Age: 52YRS   DOB: 11/25/1958    MR#: L000194299
EDP: KNOWLES, HEIDI   Sex: M
PCP: NO LOCAL DOCTOR

Date in: 8/13/2011    Time:

| Laboratory Tests | | Order Sent | By | Other Diagnostic Tests | | | Order Sent | By |
|---|---|---|---|---|---|---|---|---|
| Order/Time | | | | Order/Time | Radiology | | | |
| | | | | | CXR (PA/LAT – Portable) | | | |
| | Cardiac Profile | | | | | | | |
| | CBC | | | | | | | |
| | BMP     CMP | | | | | | | |
| | Troponin | | | | | | | |
| | Myoglobin | | | | | | | |
| | CPK | | | | | | | |
| | Magnesium | | | | Cardiopulmonary | | | |
| | BNP | | | | EKG | | | |
| | PT/PTT | | | | ABG | | | |
| | | | | | O2     LPM | | | |
| | Misc. Orders | | | | | | | |
| | Previous Medical Records | | | | Medical Necessity Information | | | |
| | Physical Therapy - Eval & Tx | | | | | | | |

Weight:                  Allergies: UNKNOWN

| Order/Time | Medications/Dose/Route | IVO | Re-Eval | Time | Admin/Route | Re-Response | | | Order/Time |
|---|---|---|---|---|---|---|---|---|---|
| 0353 | EPI | ☐ | | 0353 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0356 | EPI | ☐ | | 0356 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0359 | EPI | ☐ | | 0359 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0359 | Sodium Bicarb | ☐ | | 0359 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0401 | EPI | ☐ | | 0401 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0404 | EPI | ☐ | | 0404 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |
| 0407 | EPI | ☐ | | 0407 | mL IV | ☐ Improved ☐ Worse ☐ Unchanged | | | |

| Order/Time | IV/A Solution Added Medication | Start/Time | Device/Size/Location/# | Attempts/Amount | Start By | D/C/Time | Amt Infused | D/C By |
|---|---|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | | | | | | |
| | ☐ IV Fluid: NS ① | PTA | | | | | | |
| 0 | NS ② 0355 | | | | | | | |

| Procedure / Nursing Assistance | | | |
|---|---|---|---|
| ☐ Cardiac Monitor  Rate___  Rhythm___ | ☐ External Pacer | ☐ Urinary Catheter |
| ☐ NIBP Monitor | ☐ Internal Pacer (Temporary) | ☐ Arterial Line Placement |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ NGT Insertion  Tube Size___ |
| ☐ Thrombolytic Therapy (Thrombolytic Flow Sheet) | ☐ CVP Monitoring | |
| ☐ Carotid Massage | ☐ CPR | |
| ☐ Cardioversion | ☐ Endotracheal Intubation | |

Discharge Instructions:

| Initials/Signature: | Initials/Signature: | Initials/Signature: |
|---|---|---|
| PA/AP/NP: | Physician's Signature: | HEIDI KNOWLES MD #M3818 |
| | | DEA • BK443590 |

Rev. 09/14/04

08/15/2011  08:01   9037311183                    PRMC HIM                         PAGE  14/23

## EMERGENCY DEPARTMENT
## MEDICATION ADMINISTRATION RECORD

**Palestine Regional Medical Center**

Date In: 8/13/2011

Name: JAMES, KENNETH W
Age: 52YRS   DOB: 11/25/1958   Sex: M
EDP: KNOWLES, HEIDI

Pt#: L00103392104
MR#: L000194299
PCP: NO LOCAL DOCTOR

Allergies:  *UNKNOWN*

### INFUSION & INJECTION INTERVENTION

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|---|---|---|---|---|---|---|
| A | R PS | 16 | | M | | 8-13-11 |
| B | R leg IO | | EMS | | | |

### INFUSION < 15 MIN

| IV #1: Solution NS | Flow Rate Bolus | Hydration  Initial  Sequential  Concurrent |
|---|---|---|
| Start 0414  Stop 0416  Ongoing | Site: A (B)  Rate chg/Time | Rate chg/Time _____  Nurse M |
| IV #2: Solution NS | Flow Rate Bolus | Hydration  Initial  Sequential  Concurrent |
| Start 0355  Stop 0416  Ongoing | Site: (A) B  Rate chg/Time | Rate chg/Time _____  Nurse M |
| IV #3: Solution _____ | Flow Rate _____ | Hydration  Initial  Sequential  Concurrent |
| Start ___ Stop ___ Ongoing ___ | Site: A  B  Rate chg/Time | Rate chg/Time _____  Nurse ___ |
| IV #4: Solution _____ | Flow Rate _____ | Hydration  Initial  Sequential  Concurrent |
| Start ___ Stop ___ Ongoing ___ | Site: A  B  Rate chg/Time | Rate chg/Time _____  Nurse ___ |

### INJECTION < 15 MIN

| Medication EPI | Improved  Worse  Unchanged | Site B | Dose ___ | Time 0353  IM  SUBQ  IV  Push  Nurse M |
|---|---|---|---|---|
| Medication EPI | Improved  Worse  Unchanged | Site B | Dose ___ | Time 0356  IM  SUBQ  IV  Push  Nurse M |
| Medication EPI | Improved  Worse  Unchanged | Site A | Dose ___ | Time 0359  IM  SUBQ  IV  Push  Nurse M |
| Medication Sodium Bicarb | Improved  Worse  Unchanged | Site A | Dose ___ | Time 0359  IM  SUBQ  IV  Push  Nurse M |
| Medication EPI | Improved  Worse  Unchanged | Site A | Dose ___ | Time 0401  IM  SUBQ  IV  Push  Nurse M |

### VACCINATIONS

| Influenza (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___  Nurse ___ |
|---|---|---|---|
| Pneumovax (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___  Nurse ___ |
| Hepatitis (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___  Nurse ___ |
| Other (Toxoid Name) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___  Nurse ___ |

Did the patient have a reaction?(circle one) YES / NO If YES, describe in detail ___

### ALL OTHER MEDICATIONS - ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS

| Medication ___ | Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given ___  Nurse ___ |
|---|---|
| Medication ___ | Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given ___  Nurse ___ |
| Medication ___ | Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given ___  Nurse ___ |
| Medication ___ | Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given ___  Nurse ___ |
| Medication ___ | Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given ___  Nurse ___ |

### RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL

Aerosol Medications ___   Time given ___   Patient Response ___   Nurse ___

Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one)  YES / NO   Nurse ___

Nursing #1 Signature ___   Date / Time  8-13-11
Nursing #2 Signature ___   Date / Time ___

Rev. 1/5/2010

08/15/2011   08:01      9037311183          PRMC HIM                    PAGE   15/23

**_EMERGENCY DEPARTMENT_**          Palestine Regional Medical Center
**_MEDICATION ADMINISTRATION RECORD_**

Name: **JAMES, KENNETH W**                    Pt#: **L00103392104**
Age: **52YRS**   DOB: **11/25/1958**   Sex: **M**   MR#: **L000194299**
EDP: **KNOWLES, HEIDI**      PCP: **NO LOCAL DOCTOR**

Date in: 8/13/2011

Allergies: _UNKNOWN_

### INFUSION & INJECTION INTERVENTION

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|------|----------|-------|----------|----------|--------------------------|-------------|
| A | R ES | 16 | 2 ins | MC | | 8-13-11 |
| B | R ES | 16 | | | | |

### INFUSION - 15 MIN

IV #1: Solution _____   Flow Rate _____   Hydration   Initial   Sequential   Concurrent
   Start _____ Stop _____ Ongoing _____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____

IV #2: Solution _____   Flow Rate _____   Hydration   Initial   Sequential   Concurrent
   Start _____ Stop _____ Ongoing _____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____

IV #3: Solution _____   Flow Rate _____   Hydration   Initial   Sequential   Concurrent
   Start _____ Stop _____ Ongoing _____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____

IV #4: Solution _____   Flow Rate _____   Hydration   Initial   Sequential   Concurrent
   Start _____ Stop _____ Ongoing _____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____

### INJECTION - 15 MIN

| Medication | | Site | Dose | Time | Route | Nurse |
|------------|--|------|------|------|-------|-------|
| EPI | Improved Worse Unchanged | A | | 0404 | IM SUBQ IV Push | MC |
| EPI | Improved Worse Unchanged | A | | 0407 | IM SUBQ IV Push | MC |
| Sodium Bicarb | Improved Worse Unchanged | A | | 0418 | IM SUBQ IV Push | MC |
| EPI | Improved Worse Unchanged | A | | 0410 | IM SUBQ IV Push | MC |
| EPI | Improved Worse Unchanged | A | | 0413 | IM SUBQ IV Push | MC |

### VACCINATIONS

Influenza (Site) _____   SUBQ/IM Lot# _____   Time _____   VIS Version Given: _____   Nurse _____
Pneumovax (Site) _____   SUBQ/IM Lot# _____   Time _____   VIS Version Given: _____   Nurse _____
Hepatitis (Site) _____   SUBQ/IM Lot# _____   Time _____   VIS Version Given: _____   Nurse _____
Other (Toxoid Name) _____   SUBQ/IM Lot# _____   Time _____   VIS Version Given: _____   Nurse _____
Did the patient have a reaction?(circle one) YES / NO If YES, describe in detail _____

### ALL OTHER MEDICATIONS-ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS

Medication _____   Improved Worse Unchanged R  PO  SL  INHAL  TOPICAL Time given _____   Nurse _____
Medication _____   Improved Worse Unchanged R  PO  SL  INHAL  TOPICAL Time given _____   Nurse _____
Medication _____   Improved Worse Unchanged R  PO  SL  INHAL  TOPICAL Time given _____   Nurse _____
Medication _____   Improved Worse Unchanged R  PO  SL  INHAL  TOPICAL Time given _____   Nurse _____
Medication _____   Improved Worse Unchanged R  PO  SL  INHAL  TOPICAL Time given _____   Nurse _____

### RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL

Aerosol Medications: _____   Time given _____   Patient Response _____   Nurse _____
Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one)  YES / NO   •   Nurse _____

| MKnlenKN | 8-13-11 | | |
|----------|---------|--|--|
| Nursing #1 Signature | Date / Time | Nursing #2 Signature | Date / Time |

Rev. 1/5/2010

**ORDER PROCEDURE FORM**
**ADDITIONAL MEDS AND IVS**

Date In: 8/13/2011

**Palestine Regional Medical Center**

Name: JAMES, KENNETH W          Pt#: L00103392104
Age: 52YRS   DOB: 11/25/1958    MR#: L000194299
EDP: KNOWLES, HEIDI             Sex: M
PCP: NO LOCAL DOCTOR

Weight:            Allergy: UNKNOWN

| Time | Medication / Dosage / Route / Site | Comment | Site | Admin | Initials | Given | Comment |
|------|-----|-----|-----|-----|-----|-----|-----|
| 0408 | Sodium Barb | 0408 | IV | me |  |  |  |
| 0410 | 2 PI | 0410 | IV | mL |  |  |  |
| 0413 | EPI | 0413 | IV |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| Order Time | IV Solution / Additive / Amount | Start Time | Device / Size / Location | Attempt | Amount | Site by | Initials | Comment |
|------|-----|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| Time | Nurses Progress Notes & Reassessment | Initials | Time | T | P | R | BP | NG/Emesis Tube | Chest Tube | O2 Sat. | GCS | Pain Scale |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Initials/Signature: | Initials/Signature: | Initials/Signature: |
|------|-----|-----|
| PA/ANP: |  | Physician's Signature: |

Rev. 03/05/04

08/15/2011   08:01      9037311183              PRMC HIM                           PAGE   17/23

10/18/2006   18:47   9037312216              THREE CENTER                         PAGE   01/01

Palestine Regional Medical Center          JAMES, KENNETH WAYNE
Release of Deceased                        REG ER        Admit: 08/13/11
Organ/Tissue Donation                      11/25/58   M/52        L.ER
                                           MR# L000194299 KNOWLES,HEIDI C
                                           Acct# L00103392104

**Section 1**
All deaths are reported to South Transplant Alliance (STA) 1-800-301-0527.
Name/Title of person making referral: _Lori Webb RN_
Time: _0429_ Date: _8/13/11_ Referral #: _238596_
Name Of STA contact: _April_
Was the patient determined medically suitable for donation? _____ YES __✓__ NO
If no, why? _D/T incarceration_

**This section MUST be complete before proceeding to the next section.**
**Section 2**
If the patient was determined a suitable donor, was it for Organs or Tissues ? _____
Name/Title of designated requestor: _____
Time: _____ Date: _____ Location: _____
Family: Accepted _____ Or Declined _____
Legal Next of Kin: _____

**Section 3**
Date of Death: _8/13/11_ Time: _0416_ Pronounced by: _Dr. Knowles_
Deceased: _____ Did _____ Did Not __✓__ Unknown have an infectious disease.
Attending Physician: _Dr. Knowles_

**Section 4**
Family /Guardian asked if they would like an autopsy performed? _____ YES __✓__ NO
Family request a autopsy? _____ YES _____ NO
Attending Physician request autopsy? _____ YES __✓__ NO
J.P. request autopsy ? __✓__ YES _____ NO

**Section 5**
The undersigned, which represent that he/ she has the legal authority to do so, does hereby authorize and
direct Palestine Regional Medical Center to release the remains of:
(Deceased) _Kenneth James_ to the
(Funeral home) _Carnes Funeral Home of Texas City Texas_
Date _8/13/11_ Signature: _____ Relation: _J.P._

**Section 6**
Received the remains of _Kenneth W. James_ On _8/13/11_

Released by: _T McClendon RN_
Funeral Home: _CARNES_              Director: _RD Syers_

Palestine Regional Med. Center      2900 S. Loop 256            Palestine, TX  75801
Johnny L. Haley                     Software 2D1 D:[2211]            (903)731-1140

First Name:                    Location:                     Gender:
Last Name:                     Physician:         ,
Patient ID:                    Age:                          Date of Birth:
User Field 1:                  User Field 2:             ·   Drawn Date:
Seq #:                         User Field 3:


Date:  8/13/2011     Sample ID:    -----------     Cass / Pos:  000201     Operator ID:  BAK
Time:  3:57:06       Sample Type:  CD A No Read     Listname:   37N8D108    Instrument:  AK09152

| | | | | | |
|---|---|---|---|---|---|
| | | | | Suspect | Definitive |
| WBC | 8.1 | | 10^3/uL | | |
| NE % | 40.9 | L | % | Imm. NE 1 | |
| LY % | 54.6 | H | % | | |
| MO % | 3.7 | L | % | | |
| EO % | 0.4 | L | % | | |
| BA % | 0.4 | | % | | |
| NRBC % | 0.0 | | % | | |
| NE # | 3.3 | | 10^3/uL | | |
| LY # | 4.4 | H | 10^3/uL | | |
| MO # | 0.3 | | 10^3/uL | | |
| EO # | 0.0 | L | 10^3/uL | | |
| BA # | 0.0 | | 10^3/uL | | |
| NRBC # | 0.0 | | 10^3/uL | | |
| | | | | | |
| RBC | 5.11 | | 10^6/uL | | |
| HGB | 14.9 | | g/dL | | |
| HCT | 45.2 | | % | | |
| MCV | 88.5 | | fL | | |
| MCH | 29.2 | | pg | | |
| MCHC | 33.0 | | g/dL | | |
| RDW | 14.0 | | % | | |
| | | | | Platelet Clumps | |
| PLT | 94 | L | 10^3/uL | | |
| MPV | 8.9 | | fL | | |

RET %
RET #
IRF
MRV

Comments:


End of Completed Report



CODE SUMMARY™
critical event record

| | | Time | Event | HR | Time |
|---|---|---|---|---|---|
| Power On: | 13 Aug 11 03:49:08 | 03:49:08 | Power On | | 04:00:32 |
| Device: | 000 | 03:49:08 | Advisory Mode | | 04:02:28 |
| Site: | 000 | 03:50:42 | Manual Mode | | 04:03:09 |
| Total Shocks: | 0 | 03:53:07 | Initial Rhythm | | 04:04:05 |
| Total Time Paced: | 00:00:00 | 03:54:05 | Vital Signs | --- | 04:04:51 |
| Elapsed Time: | 00:26:29 | 03:54:20 | Print 1 | | 04:05:59 |
| | | 03:57:17 | Print 2 | | 04:05:42 |
| | | 03:59:05 | Vital Signs | --- | 04:06:53 |

P ▶ P: REG ○ IRREG ○
PR INT: ______ CONSTANT ○ VARI ○
ATRIAL RATE ______

R ▶ R: REG ○ IRREG ○
QRS INTERVAL: ______
VENT. RATE ______ QT INT. ______

INTERPRETATION: ______

ACTION TAKEN: SIGNATURE: DATE:

| Event | HR | Time | Event | HR |
|---|---|---|---|---|
| Print 3 | --- | 04:06:54 | Print 10 | --- |
| Print 4 | --- | 04:07:26 | Print 11 | --- |
| Print 5 | --- | 04:07:53 | Print 12 | 22 |
| Vital Signs | 59 | 04:09:05 | Vital Signs | --- |
| Print 6 | --- | 04:10:04 | Print 13 | --- |
| Print 7 | --- | 04:11:18 | Print 14 | --- |
| Print 8 | --- | 04:13:02 | Print 15 | --- |
| Print 9 | --- | 04:13:54 | Print 16 | --- |

REORDER NO. 40457A / 40457B PRINTED IN U.S.A.

P ▶ P: REG ○ IRREG ○
PR INT: ______ CONSTANT ○ VARI ○
ATRIAL RATE ______

R ▶ R: REG ○ IRREG ○
QRS INTERVAL: ______
VENT. RATE ______ QT INT. ______

INTERPRETATION: ______

ACTION TAKEN: SIGNATURE: DATE:

| Time | Event | HR | Comments |
|---|---|---|---|
| 04:14:08 | Vital Signs | --- | |
| 04:14:40 | Print 17 | --- | |
| 04:16:12 | Print 18 | --- | |
| 04:16:29 | Print 19 | --- | |
| 04:19:44 | Print 20 | --- | |

REORDER NO. 40457A / 40457B

P ▶ P: REG ○ IRREG ○
PR INT: ______ CONSTANT ○ VARI ○
ATRIAL RATE ______

R ▶ R: REG ○ IRREG ○
QRS INTERVAL: ______
VENT. RATE ______ QT INT. ______

INTERPRETATION: ______

ACTION TAKEN: SIGNATURE: DATE:

REMARKS: ______

JAMES, KENNETH WAYNE
REG ER Admit: 08/13/11
11/25/58 M/52 L.ER
MR# L000194299 KNOWLES, HEIDI C
Acct# L00103392104

# RHYTHM STRIP RECORD

HCA ICU-1220/8

08/15/2011  08:01   9037311183            PRMC HIM                    PAGE   20/23



**RHYTHM STRIP RECORD**

HCA ICU-1220/3

JAMES,KENNETH WAYNE
REG ER            Admit: 08/13/11
11/25/58   M/52              L ER
XR# L000194299 KNOWLES,HEIDI C
Acct# L00103392104

08/15/2011  08:01    9037311183           PRMC HIM                    PAGE  21/23



RHYTHM STRIP RECORD

HCA ICU-1220/8

JAMES,KENNETH WAYNE
REG ER                  Admit: 08/13/11
11/25/58   M/52              L. ER
MR# L000194299 KNOWLES,HE101 C
Acct# L00103392104



RHYTHM STRIP RECORD

HCA ICU-1220/3

JAMES,KENNETH WAYNE
REG ER                    Admit: 08/13/11
11/25/58    M/52              L.ER
HNA L000194299 KNOWLES,HEIDI C
Acct# L00103392104



**RHYTHM STRIP RECORD**

HCA ICU-1220/3

JAMES,KENNETH WAYNE
REG ER                 Admit: 08/13/11
11/25/58    M/52              L.ER
MR# L000194299 KNOWLES,HEIDI C
Acct# L00103392104

# Miscellaneous Documentation

- Dorm Temperature Log (August 12, 2011)
- Dorm Temperature Log (August 13, 2011)
- Receiving/Releasing Tracking Form (Carnes Funeral Home)
- Count Sheet (August 13, 2011, Start:  00:01/End:  00:35)
- Offense Report for offender Tucker, Trenton #1606521 – August 13, 2011 (Case #20110356416)
- I-47MA *Disciplinary Report and Hearing Record* for Tucker, Trenton #1606521 – August 15, 2011 (Case #20110356416)
- Offense Report for offender Alaniz, Joel #1641001 – August 13, 2011 (Case #20110356422)
- I-47MA *Disciplinary Report and Hearing Record* for Alaniz, Joel #1641001 – August 15, 2011 (Case #2011356422)

## Joe F. Gurney Unit
### Dorm Temperature Log
Date 8-12-11

| DORM | TIME | TEMP | DORM | TIME | TEMP | DORM | TIME | TEMP | DORM | TIME | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | | | B4 | | | C7 | | | F2 | | |
| A2 | | | B5 | | | C8 | | | F3 | | |
| A3 | | | B6 | | | D1 | | | E3 | | |
| A4 | | | B7 | | | D2 | | | E4 | | |
| A5 | | | B8 | | | D3 | | | K1 | | |
| A6 | | | C1 | | | D4 | | | K2 | | |
| A7 | | | C2 | | | E1 | | | K3 | | |
| A8 | | | C3 | | | E2 | | | K4 | | |
| | | | C4 | | | | | | K5 | | |
| | | | C5 | | | | | | K6 | | |
| | | | C6 | | | | | | K7 | | |
| | | | | | | | | | K8 | | |

**Joe F. Gurney Unit**
**Dorm Temperature Log**
Date 8-13-2011

| DORM | TIME | TEMP | DORM | TIME | TEMP | DORM | TIME | TEMP | DORM | TIME | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 0728 | 88.5 | B-4 | | | C-7 | | | F-2 | 0404 | 90.5 |
| A-2 | 0323 | 88.5 | B-5 | 0336 | 91.5 | C-8 | 0404 | 88.0 | E-3 | 0410 | 90.5 |
| A-3 | 0323 | 90.0 | B-6 | 0336 | 92.0 | D-1 | 0404 | 85.0 | F-4 | 0410 | 90.0 |
| A-3.5 | 0323 | 92.0 | B-8 | 0350 | 91.0 | D-3 | 0448 | 85.5 | K-2 | 0435 | 89.0 |
| A-4 | 0351 | 84.5 | B-7 | 0358 | 91.5 | D-2 | 0482 | 88.0 | K-1 | 0455 | 89.0 |
| A-5 | 0245 | 90.0 | C-1 | 0338 | 89.5 | D-4 | 0423 | 88.5 | K-3 | 0425 | 95.0 |
| A-6 | 0310 | 91.0 | C-3 | 0357 | 89.0 | E-2 | 0427 | 86.5 | K-5 | 0429 | 96.0 |
| A-7 | 0345 | 90.0 | C-2 | 0359 | 89.5 | E-1 | 0428 | 86.5 | K-4 | 0454 | 95.0 |
| A-8 | 0325 | 91.0 | C-4 | 0355 | 84.5 | E-3 | 0420 | 87.0 | K-6 | 0429 | 86.0 |
| B-1 | 0420 | 91.0 | C-5 | 0345 | 88.0 | E-4 | 0430 | 86.0 | K-7 | 0457 | 96.0 |
| B-2 | 0410 | 91.0 | C-6 | 0345 | 87.0 | F-1 | 0404 | 90.0 | K-8 | 0451 | 88.5 |
| B-3 | 0401 | 90.5 | | | | | | | | | |
| SEP | 0424 | 85.5 | | | | | | | | | |

# Receiving / Releasing Tracking Form

Rack/Shelf
_____

Deceased Name: _KENNETH JAMES_   Date of Death: _8-13-11_

Referring Establishment: _TDCJ_   Date of Birth: _11-25-58_   Van # _C_

☑ Remains   ☐ Cremains   ☐ Property (list) _____   Location: _____

Transported by (Company): _CARNES_   Transported from: _PALESTINE TX_   to: _LSH_

__✓__ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Delivered by: _DICKIE SYERS_   Date: _8-13-11_   Time: _____

__✓__ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Received by: _____   Date: _8-13-11_   Time: _____

---

☐ Remains   ☐ Cremains   ☐ Property (list) _____   Location: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Transported by (Company): _____   Transported from: _____   to: _____

Received by: _____   Date: _____   Time: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Released by: _____   Date: _____   Time: _____

---

☐ Remains   ☐ Cremains   ☐ Property (list) _____   Location: _____

Transported by (Company): _____   Transported from: _____   to: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Received by: _____   Date: _____   Time: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Released by: _____   Date: _____   Time: _____

---

☐ Remains   ☐ Cremains   ☐ Property (list) _____   Location: _____

Transported by (Company): _____   Transported from: _____   to: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Received by: _____   Date: _____   Time: _____

____ Body Identified (Toe tag, arm/leg band, ID Tag, etc.)

Released by: _____   Date: _____   Time: _____

| Dorm | A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | B1 | B2 | B3 | B4 | B5 | B6 | B7 | B8 | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | D1 | D2 | D3 | D4 | E1 | E2 | E3 | E4 | F1 | F2 | F3 | F4 | Sep | K1 | K2 | K3 | K4 | K5 | K6 | K7 | K8 | INT | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Back Gate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Backslab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Central | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Cleaning Crew | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Commis. Line | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Commissary | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Education | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Field Force | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Food Service | | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 |
| G-Line | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Gym | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Infirmary | | | | | | | | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 |
| Intake | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Law Library | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Maintenance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Necessity | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Paint Crew | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Pili Line | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Rec. Yards | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Unit Supply | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Visitation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Backgate Jan. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Comm. Serv. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Tractor Drivers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Ad. Seg. Extra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| B1-Extras | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| B2-Extras | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| K-extras | | | | | | | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | | | | | | | | | | | | | | 2 |
| church workers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| Total Out | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 6 |
| Total In | 54 | 50 | 53 | 53 | 48 | 50 | 49 | 43 | 52 | 54 | 52 | 48 | 54 | 53 | 54 | 54 | 53 | 54 | 53 | 53 | 54 | 53 | 51 | | 54 | 54 | 54 | 53 | 50 | 50 | 50 | 53 | 52 | 54 | 52 | | 41 | 6 | 22 | 19 | 9 | 22 | 22 | 22 | 21 | | 2055 |
| Grand Total | 54 | 53 | 53 | | 48 | 50 | 49 | 43 | 53 | 54 | 52 | 48 | 54 | 53 | 54 | 54 | 53 | 54 | 53 | 53 | 54 | 53 | 54 | | 53 | 54 | 54 | 54 | 53 | 50 | 50 | 50 | 53 | 52 | 54 | 52 | 41 | 6 | 22 | 19 | 9 | 22 | 22 | 22 | 21 | | 2061 |
| Total Assigned | 54 | 53 | 53 | | 48 | 50 | 49 | 43 | 53 | 54 | 52 | 48 | 54 | 53 | 54 | 54 | 53 | 54 | 53 | 53 | 54 | 53 | 54 | | 53 | 54 | 54 | 54 | 53 | 50 | 50 | 50 | 53 | 52 | 54 | 52 | 41 | 6 | 22 | 19 | 9 | 22 | 22 | 22 | 21 | | 2061 |
| | A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | B1 | B2 | B3 | B4 | B5 | B6 | B7 | B8 | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | D1 | D2 | D3 | D4 | E1 | E2 | E3 | E4 | F1 | F2 | F3 | F4 | Sep | K1 | K2 | K3 | K4 | K5 | K6 | K7 | K8 | INT | Total |



Time Start: ___00:01___     Signature: ___WHITFIELD___     Date: ___08/13/2011___

Time End: ___00:35___     Title: ___LT.___

*ND-001 (2/11)

McCollum/ James2- 189



TDCJ DISCIPLINARY REPORT AND HEARING RECORD
CASE: 201.0256416 TDCJNO: 01505521 NAME: TUCKER,TRENTON DURAN          EA: J2,5
UNIT: HG SENSI: RE       DAST      JOB: KITCHEN HELPER 2ND          ID: 102
SSSSI: RA  DJSSI: RA  PRIMARY LANGUAGE: ENGLISH  MHMR RESTRICTIONS: NONE
GROC: NA    POR  OFF.DATE: 08/15/11  8:15? AM  LOCATION: TO BLDG LT'S OFFICE

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT LT. OFFICE, OFFENDER: TUCKER,TRENTON
DURAN, TDCJ-ID NO: 01505521, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH
OFFENDER ALANIZ 01641082, BY HITTING OFFENDER ALANIZ IN THE FACE. MOREOVER, THE
FIGHT RESULTED IN INJURIES TO OFFICER ALANIZ THAT REQUIRED TREATMENT OF TO FIRST-
AID.

CHARGING OFFICER: FEW, M                              SHIFT/CARD: 2 A
TIME/DATE NOTIFIED: 1225  8-15-11   OFFENDER NOTIFICATION  IF APPROPRIATE          Jones CST
YOU WILL RECEIVE A HEARING OFFICER 24 HOUR WRITTEN NOTICE AND YOU HAVE BEEN GIVEN A 24 HOUR
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES OR NO, HOW DO YOU
PLEAD? GUILTY OR NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Trenton Tucker          DATE: 8-15-11
BY SIGNING BELOW, YOU AGREE YOU WAIVE YOUR 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X Trenton Tucker          DATE: 8-15-11

HEARING DATE: 8-15-2011  TIME: 12:45 PM  UNIT: ND  FOLDER  A  FILE: 029  DSFILE: 241778
COUNSEL SUBSTITUTE AT HEARING: I. Jones
EXPLAIN BELOW BY NUMBER: (A) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING THE
HEARING, (B) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
48 HOURS PRIOR TO HEARING, (C) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (D) IF ANY WITNESSES OR (E) DOCUMENTATION WAS EXCLUDED FROM
HEARING, (F) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING, (G) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, OF THE OFFENSE DATE AND/OR RELEASE FROM PREHEARING
(SIGNATURE) J) offender elected not to attend and waived 24 hour notice. offender given
an I-217.

OFFENDER STATEMENT: Guilty, No Statement, No Witnesses, No Documentary Evidence.

OFFENSE CODEL
OFFENDER PLEA(G,NG, NONE)   G
FINDINGS:   O  O  NG, NG?
REDUCED TO G.NOR(PRIOR TO DOCKET)   JUDGES   HEARING ATTENDANT
A)     B)     C)     D)     E)     F)     G)
D) CProof Proof   A) Admission of Guilt.  B) Offense Report.  C) In attached Witness Statement.

PUNISHMENT
LOSS OF PRIV.(DAYS)          REPRIMAND          SOLITARY(DAYS)
*RECREATION(DAYS)  45     EXTRA DUTY(HOURS)          REMAIN IN CELL(DAYS)
*COMMISSARY(DAYS)  45     CONTINGENT SUSP. THRU 12-15-2011     REDUCE LOSSE FROM  S4  LL
*PROPERTY(DAYS)          CELL REST(DAYS)          GOOD TIME(DAYS)
          SPECIAL CELL(DAYS)          CHARGES(DAYS)
          SPECIAL CELL(DAYS)          PROBATED
REASON(S) FOR PUNISHMENT:  and prior record 21 on record in the last 120 days. Furthermore acts of physical aggression
cannot be tolerated on the unit or by other agency.
CREDIT TIME SPENT IN PREHEARING DETENTION N/A YES  NO
N/A     PREHEARING DETENTION DATE
Michael W Loghrin   DATE OF RECEIPT OF FINAL COPY     Offender elected not to attend hearing.
HEARING OFFICER SIGNATURE     NAME     REVIEWER SIGNATURE
(FORM I-47) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA.

20110356446

| Informal Resolution App? | | | AUG 15 2011 | Interpreter Required? | Y | Ⓝ |
|---|---|---|---|---|---|---|
| Accusing Officer | Y | Ⓝ | **TEXAS DEPARTMENT OF CRIMINAL JUSTICE** | MHMR Rest? | Y | Ⓝ |
| Supervisor | Y | Ⓝ | **OFFENSE REPORT** | PHD | Y | Ⓝ |

(1) TDCJ-No: 1600521    (2) Offender: Tucker, Trenton    (3) Unit: Gurney

(4) Housing Assign: A1-02      (Last Name, First)    (5) Job Assignment: Kitchen helper 3rd FT

(6) Offense Level, Code Title: Level 2 Code 21.0 Fighting an offender without a weapon No serious injury

OFFENSE DESCRIPTION: On 8-13-11 at 5:15 AM/PM, and at Lt. office
     (7) date    (8) time      (9) Enter Specific Location

Offender Tucker, Trenton      TDCJ No. 1600521

Did engage in a fight without a weapon with offender Alaniz 1641001 by hitting offender Alaniz in the face. Moreover the fight resulted in injuries to Alaniz that required treatment to first aid.

(10) Additional Information:

On the above date and time through investigation in Lt. office I officer Few witnessed both offenders Alaniz 1641001 and Tucker 1600521 admit to fighting on A1 in dayroom.

*(Continue on an additional sheet if necessary)*

(11) Witnesses: NONE

(12) Accusing Officer/Employee: Printed Name/Rank Few CO3

(13) Signature: Few      (14) Shift/Card 2A    (15) Date 8-13-2011    (16) Time 5:35 AM

(17) Approving Supervisor's Printed Name: Tully Flowers      (18) Date 8-13-11

(19) Grading Official (Print) J. Rayford    (20) Rank MJ    (21) Date 8-15-11

(22) Grade: (Circle One) IR  UP  MI (MA) (23) Justification to override Informal Resolution: _____

I-210 (Rev. 04/10)



TDCJ DISCIPLINARY REPORT AND HEARING RECORD
CASE: 20110256422  TDCJNO: 01641001  NAME: ALANIZ, JOEL                    EA:  4, 5
UNIT: ND   HSNG: P1    @10T       JOB: BAKER 3RD                            JG: 100
CLSS: S3  CUST: B2  PRIMARY LANGUAGE: ENGLISH  *HMR RESTRICTIONS:  NONE
GRDE: MA / FJR  OFF.DATE: 08/15/11  05:15 AM  LOCATION: ND BLDG LT'S OFFICE
TYPE: TF
                          OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT LT'S OFFICE, OFFENDER: ALANIZ, JOEL,
TDCJ-ID NO. 01641001, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH OFFENDER
TUCKER 01505521, BY HITTING OFFENDER TUCKER IN THE FACE. MOREOVER, THE FIGHT
DID NOT RESULT IN ANY INJURIES.

CHARGING OFFICER: FEW, M                        SHIFT/CARD: 2-P
                                    OFFENDER NOTIFICATION   IF APPLIED INTERPRETER:
TIME/DATE NOTIFIED: 1228 8-15-11 BY:(PRINT)  Jones CSII
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HRS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES NO  IF NO, HOW DO YOU
PLEAD?  GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE:  X Alaniz Joel     DATE: 8-15-11
BY SIGNING BELOW, YOU GIVE UP YO...
HEARING OFFICER TO PROCEED WITH THE HEARING
OFFENDER WAIVER SIGNATURE:  X Alaniz Joel           DATE: 8-15-11

HEARING DATE: 8-15-2011  TIME: 12:30 pm  UNIT AD FORCE  A  FILE 028  DSFILE 241777
COUNSEL SUBSTITUTE AT HEARING:  L Jones    FOLDER    FILE    DSFILE
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES, (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING /6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE:  Offender served 24 hour notice

OFFENDER STATEMENT: Guilty. No Statements, NO Witness, NO Documentary Evidence at hearing.

DEFENSE PLEA?  G  NG, NONE? |  G
FINDINGS?  G  NG, DE?
REDUCED TO (LESSER)... ...
... BEFORE HEARING...
STIPULATION OF ADMISSION... A) Admission  9) Guilt, B) Offense Report c) SEE attached offender witness
statement, D) See reverse.  NO Witness nor evidence presented at hearing.

                          PUNISHMENT
LOSS OF PRIV (DAYS)....       REPRIMAND............       SOLITARY (DAYS)..........
*RECREATION (DAYS).. 45       EXTRA DUTY (HOURS)...       REMAIN LINE 3..........
*COMMISSARY (DAYS).. 45       CONT. VISIT SUSP. THRU 12-15-11   REDUC. CLASS FROM  S3  54
*PROPERTY (DAYS)....          CELL RESTR (DAYS)...        GOOD TIME LOST (DAYS)..
*                (DAYS)..     SPECIAL CELL RESTR (DAYS)   DAMAGES/C...
SPECIFY FACTUAL REASON FOR PARTICULAR PUNISHMENT IMPOSED: Kind of aggression (guilt) not
relative to the credit 180 days. Furthermore acts of offender aggression (guilt) not
relative to the unit 2 days the agency.

HEARING HELD IN PRE-HEARING DETENTION (DAYS) ...  HEARING LENGTH  5  (MINUTES)
                                                  ...

HEARING OFFICER:  Michael W. Lynham    ...  X Alaniz Joel
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUBSTITUTO SI NO ENTIENDE ESTA FORMA.

| Informal Resolution App? | | |
|---|---|---|
| Accusing Officer | Y | Ⓝ |
| Supervisor | Y | Ⓝ |

2011035642D

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**OFFENSE REPORT**

| | | |
|---|---|---|
| Interpreter Required? | Y | Ⓝ |
| MIIMR Rest? | Y | N |
| PHD | Y | Ⓝ |

(1) TDCJ-No: 1641001   (2) Offender: Alaniz, Joel   (3) Unit: Gurney
(Last Name, First)

(4) Housing Assign: A 1-12   (5) Job Assignment: Baker 3rd   Ⓕ Ⓣ

(6) Offense Level, Code Title: Level 2 Code 21.0 Fighting an offender without a weapon
non-serious injury.

OFFENSE DESCRIPTION: On 8-13-11 at 5:15 (AM) PM, and at Lt. office
(7) date    (8) time    (9) Enter Specific Location

Offender Alaniz, Joel                          TDCJ No. 1641001
did engage in a fight without a weapon with
offender Tucker 1606521 by hitting offender Tucker in the
face. Moreover the fight did not result in any injuries.

(10) Additional Information:
On the above date and time through investigation
in Lt. office I officer Few witnessed both offenders
Alaniz 1641001 and Tucker 1606521 admit to fighting
on A1 in dayroom

(Continue on an additional sheet if necessary)

(11) Witnesses: NONE

(12) Accusing Officer/Employee: Printed Name/Rank Few CO3

(13) Signature: Few    (14) Shift/Card 2A   (15) Date 8-13-11   (16) Time 0530 AM

(17) Approving Supervisor's Printed Name: Tully Flowers    (18) Date 8-13-11

(19) Grading Official (Print) J. Rayford   (20) Rank MY   (21) Date 8-15-2011

(22) Grade: (Circle One) IR  UP  MI  ⓂⒶ (23) Justification to override Informal Resolution: ____

I-210 (Rev. 04/10)

# Corrective Actions

- Employee Performance Log:  Sergeant Matthew Seda
- Employee Performance Log:  Sergeant Tully Flowers

## TDCJ EMPLOYEE PERFORMANCE LOG

Employee Name: Seda, Matthew         SSN: _____

Position Title: Sergeant of Correctional Officers

| Supervisor Comments/Recommended Actions: (e.g. discussion notes, expectations, action plans, time lines and other measures, and records of significant events) | Employee Comments: |
|---|---|
| Observation Dates -  From: 08/17/2011  To: 08/17/2011 | *MS.* |

On August 17, 2011, a review of I-11520-08-11, a report for the death of offender James, Kenneth #1726849 was conducted. During that review, it was noted, in your statement, that at approximately 0020 hours, Officer Doris Edwards, CO V reported that offender James appeared ill and was displaying abnormal behavior. Because you were understandably busy with your duties as it pertained to the unit count and, after confirming that the offender was in a secure area, you instructed Officer Edwards to maintain a visual on the offender and that you would report to the building shortly.

Shortly after this discussion with Officer Edwards, Officer Robert Tatum, CO IV entered the Lieutenant's Office with an offender who works for him in the Food Service Department, and reported that he had injuries consistent with having been involved in a physical altercation. You instruct Officer Tatum to stage the offender outside of the Lieutenant's Office for further investigation upon completion of the unit count.

After the report from Officer Tatum, you receive yet another report from Officer Revoyda Dodd, CO IV about offender James' condition. With the offender in a secure area, you provide her with the same instructions that you provided Officer Edwards.

Upon completion of the unit count, you exited the Lieutenant's Office and make contact with the offender that was involved in the physical altercation. After questioning this offender, you proceed to A1-Building and begin an investigation into that incident, consequently, forgetting about the report about offender James.

The responsibilities of a supervisor can be overwhelming, and especially so for supervisors on shift. It is understandable that with all of the requirements that are made of a supervisor, that you will forget to complete some tasks or follow-up on some minor incidents from time to time. In this case, the abnormal behavior of offender James.

The physical altercation that you proceeded to investigate had

See Next Page

Page 1 of 2

August 17, 2011
Employee Performance Log: Matthew Seda, Sergeant

already occurred and was not ongoing at the time of it's discovery. The issues involving offender James were; however, ongoing at the time of the incident and should have been given priority attention. The investigation into the fight could have been completed afterwards or even forwarded to the relieving shift for completion, if need be. You indicated to me that you did not notify Lt. Toby Whitfield of the report received regarding offender James, which may have allowed Lt. Whitfield to coordinate staff in a manner to address both incidents immediately.

You returned to shift on May 31, 2011, following several months in the Intake/Receiving Department and that assignment was after you were assigned to a shift for just a short while. The responsibilities of the shift supervisor, as you are quickly learning, are more important than those of other supervisors on the unit. Managing staff, the unit operations and the health and safety of the offender population can prove to be challenging and, in most cases you excel at this.

It is impossible to know what would have happened had you been able to report to the building sooner than you had. While you can speculate on what may have happened had you done so, it is more important to focus on what we do know. The investigation into this incident revealed that you forgot to follow-up on the report received from Officer Dodd and Officer Edwards, but, from the moment the incident occurred, you have been truthful and forthcoming in this fact. In addition, you have an excellent history of completing all tasks assigned to you and have always, other than this one incident, promptly followed up on reports from staff or offenders that required you to do so. Your honest admission that you forgot, from the beginning of this investigation, was appreciated and prevented this information from having to be discovered through other information in the investigation which has been known to have happened in the past with other staff in different incidents.

While your actions are unacceptable and are in violation of PD-22, General Rules of Conduct for Employees, specifically, Substandard Duty Performance, those actions were not deliberate or malicious. As a result, rather than formal disciplinary, this entry is being made to impress upon you the importance of following up on reports of any type from staff. Staff may not describe an incident to you correctly on the telephone and you may realize in an investigation that the incident reported was much more serious than had been explained to you. This is why it is important that you address each report from staff and, if your involvement was not needed, address with the responsible staff so that they will know what their correct response should have been without needing supervisor assistance. In addition, if provided vague information on the telephone, additional questioning of the officer may yield additional information that will allow you to respond more appropriately.

Supervisor's Initials: _PgV_   Date: _08|17|2011_
                                   MM/DD/YYYY

Employee's Initials: _MS_   Date: _05-17-2011_
                                   MM/DD/YYYY

The original of this form shall be maintained in a supervisory file in accordance with PD-55, "Management of Employee Files." This form shall not be attached to the employee's performance evaluation. A copy may be placed in an employee's disciplinary file only when it is used to support a disciplinary action taken in accordance

PERS 401 (05/06)

2 of 2

## TDCJ EMPLOYEE PERFORMANCE LOG

Employee Name: Flowers, Tully                    SSN: _____

Position Title: Sergeant of Correctional Officers

| Supervisor Comments/Recommended Actions:<br>(e.g. discussion notes, expectations, action plans, time lines and other measures, and records of significant events) | Employee Comments: |
|---|---|
| Observation Dates -   From: 08/13/2011      To: 08/17/2011 | yes sir |

On August 13, 2011, while responding to the medical emergency of offender James, Kenneth #1726849 and at the medical office of LVN Linda McKnight, you instructed Officer Ronald Burt, CO V to get the vitals of offender James.

You nor Officer Burt are trained or licensed medical professionals and should never take any vitals for an offender who is in need of medical assistance regardless of whether medical staff ask you to do so or not.

This should not be contrued to mean that you should not assist medical when needed. If medical is present and ask you for assistance you should do so. This should also not be construed to mean that you should not provide medical assistance when responding to an emergency when medical staff is not available on the unit, but a response using first-aid or life saving measures does not require that you operate equipment that you are not trained to operate or make medical determinations that you are not trained to make. While you adequately responded to this incident, the response would not have been any less had you not taken the vitals as, regardless of the vitals, the offender was being transported to either Beto Medical or a off-site medical facility.

Other than this slight deviation, your response to and handling of the death of offender James was excellent. You and your staff responded appropriately and should be commended for doing so.

Supervisor's Initials: _Pwrl_   Date: _08/17/2011_            Employee's Initials: _TF_   Date: _8-17-2011_
MM/DD/YYYY                                                    MM/DD/YYYY

The original of this form shall be maintained in a supervisory file in accordance with PD-55, "Management of Employee Files." This form shall not be attached to the employee's performance evaluation. A copy may be placed in an employee's disciplinary file only when it is used to support a disciplinary action taken in accordance with PD-22, "General Rules of Conduct and Disciplinary Action Guidelines for Employees."

Note to Employee: With few exceptions, you are entitled upon request: (1) to be informed about the information the Agency collects about you; and (2) under Sections 552.021 and 552.023 of the Government Code, to receive and review the collected information. Under Section 559.004 of the Government Code, you are also entitled to request, in accordance with the Agency's procedures, that incorrect information that the Agency has collected about you be corrected.

PERS 401 (05/06)

MAJOR INCIDENT CHECKLIST

EAC#: I-11520-08-11 _____     DATE OF INCIDENT: 08/13/2011 _____

| ATTACHMENT | INCLUDED | PENDING | N/A |
|---|---|---|---|
| | | | |
| EMAIL REPORTING INCIDENT TO EAC (CAN BE COPY) | x | | |
| SERIOUS INCIDENT REPORT (TNG 93) MUST BE ORIGINAL WITH 2 SIGNATURES | x | | |
| STATEMENTS, IF APPLICABLE, FROM STAFF & /OR OFFENDERS   (   ) | x | | |
| PHOTOGRAPHS (IDENTIFY BY NAME,   (   ) TDCJ#, DATE, INCIDENT#) MUST BE ORIGINAL | x | | |
| TRAVEL CARD TO INCLUDE CURRENT VISITATION (COPY) | X | | |
| OFFENDER PROTECTION INVESTIGATION WITH UCC ACTION | | | X |
| IF AN OFFENDER DEATH INCLUDE:<br>  a.  TRANSPORT ORDER FORM<br>  b.  AUTOPSY ORDER FORM<br>  c.  CUSTODIAL DEATH REPORT | | | X |
| RM-03 & RM-04 | X | | |
| COPY OF DISCIPLINARY REPORT (IF WRITTEN) | | | X |
| IF TRANSFERRED OFF UNIT COPY OF TRANSPORT ORDER FORM | X | | |
| STG INVESTIGATION IF CONDUCTED & PERTINENT TO INCIDENT | | | X |
| | | | |

- REQUIRED ONLY IN THE EVENT OF AN OFFENDER DEATH.

REVIEWED BY:

MAJOR: _____     DATE: 8-20-2011

ASST. WARDEN: _____     DATE: 8/23/11

WARDEN: _____     DATE: 8-23-11

*Addition!*

*I-11520-08-11*

```
**********************************************************************
*** REQUESTOR: SSA9688 - SALLEE, STACEY      EMERGENCY ACTION CENTER   **
**********************************************************************
***          S Y S M  I N B A S K E T  P R I N T               **

MESSAGE ID: 032557      DATE: 08/17/11  TIME: 14:41    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      RMI9388 - MINTON, RICKY
           LIEUTENANT
           GURNEY UNIT

SUBJECT:   I-11520-08-11(ADDENDUM)


IN THE ORIGINAL REPORT FOR I-11520-08-11, THE FOLLOWING WAS
INADVERTENTLY OMITTED:

OFFENDER JAMES, KENNETH #1726849 IS A UNITED STATES CITIZEN.

DRAFTED BY:    RICKY MINTON, LIEUTENANT
AUTHORIZATION: JERRY RAYFORD, MAJOR

Sent to:   EAC                  (list)                   (to)
```

*TRI*
*Death*

*Offender Death (Cause Pending)* ✓

```
*** ***********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER     EMERGENCY ACTION CENTER    **
*** *********************************************************************
***              S Y S M   I N B A S K E T   P R I N T               **

MESSAGE ID: 010637      DATE: 08/13/11  TIME: 09:08   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      TWH5304 - WHITFIELD, TOBY
           LIEUTENANT
           GURNEY UNIT

SUBJECT:   EAC GENERAL INCIDENT REPORT

EAC USE ONLY:  DATE REPORTED:........8/13/11.......TIME REPORTED:0612......

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11520 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -    -     -   -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: ND   REGION 02  DATE OCCURRED: 08 / 13 / 2011  TIME OCCURRED: 04:16
SPECIFIC LOCATION: PALESTINE REGIONAL MED. CENTER
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A     B     C     D     E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO   CUST  RACE  SEX  AGE  INJ  A-V
 JAMES, KENNETH WAYNE             01726849   MR    B    M    52   N
                                             62




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL MEDICAL CENTER
```

*11520*

TREATMENT: CONDUCTED LIFE SAVING MEASURES IN AN ATTEMPT TO PROTECT DEATH

EMPLOYEE INFORMATION
NAME (LAST, FIRST M)              SSN      RACE   SEX    AGE        RANK
N/A

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 13 / 2011  TIME: 04 : 16 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: HIEDI KNOWLES / M.D.
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST
NEXT OF KIN NOTIFIED X YES    NO  DATE: 08 / 13 / 2011  TIME: 06 : 10
NAME OF NOK: MARY JAMES (MOTHER)
HUNTSVILLE FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND
N/A

CHEMICAL AGENT INFORMATION
AMOUNT                          LIST TYPE                  AUTHORIZATION
N/A                   N/A                          N/A

WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER                          N/A
WALK THROUGH METAL DETECTOR             N/A
HAND HELD METAL DETECTOR                N/A
B.O.S.S. CHAIR                          N/A
VIDEO SURVEILLANCE                      N/A
HEARTBEAT DETECTION SYSTEMS             N/A
BODY ALARM                             N/A
PERIMETER FENCE DETECTION SYSTEMS       N/A

11520

```
STAB-RESISTANT VEST                              N/A
NARCOTIC DETECTOR CANINE                         N/A
CELL PHONE DETECTOR CANINE                       N/A
PACK CANINES                                     N/A
S.A.R. CANINES                                   N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM           N/A
OTHER:  N/A
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 08/13/2011 THE JOE F. GURNEY TRANSFER FACILITY LOCATED IN PALESTINE TEXAS
REGION II, WAS NOTIFIED THAT OFFENDER JAMES, KENNETH  1726236 WAS PRONOUNCED
DECEASED AT 0416 HOURS AT PALESTINE REGIONAL MEDICAL CENTER EMERGENCY ROOM.

OFFENDER JAMES, KENNETH  1726849 IS A 5'10" 266-POUND FIFTY-TWO YEAR OLD
BLACK MALE IN G2-CUSTODY SERVING A 5-YEAR SENTENCE FOR ASSAULT FAMILY
VIOLENCE ENCHANCED OUT OF MCLENNAN COUNTY TEXAS.

AT APPROXIMATELY 0240 HOURS, OFFICER GLORIE HARRIS COIV NOTIFIED LIEUTENANT
TOBY WHITFIELD THAT AN OFFENDER IN B3-DORMITORY WAS IN THE DAYROOM URINATING
ON HIMSELF AND COULDN'T STAND UP.  LIEUTENANT WHITFIELD INSTRUCTED OFFICERS
KENNETH MANGAN COIV AND TORRANCE STEPHENS COV TO OBTAIN A WHEEL CHAIR AND
RESPOND TO B3-DORMITORY AND RETRIEVE OFFENDER JAMES FROM THE DAYROOM AND
ESCORT HIM TO THE UNIT MEDICAL DEPARTMENT.

OFFICER STEPHENS AND MANGAN RETRIEVED THE OFFENDER FROM THE DAYROOM AND
PROCEEDED TO THE MEDICAL DEPARTMENT WITH THE OFFENDER.  AT THE MEDICAL
DEPARTMENT, SERGEANT TULLY FLOWERS NOTIFIED REGISTERED NURSE MCKNIGHT AT THE
BETO UNIT OF THE OFFENDERS CONDITION.  MRS. MCKNIGHT INFORMED SERGEANT FLOWER
TO TRANSPORT THE OFFENDER TO THE BETO UNIT FOR EVAULATION.
WHILE THE OFFENDER WAS BEING PREPARED FOR TRANSPORT, THE OFFENDER LEANED OVER
IN THE WHEEL CHAIR AND BECAME UNRESPONSIVE.  SGT. FLOWERS NOTIFIED LT.
WHITFIELD OF THE OFFENDERS CURRENT STATUS AND LT. WHITFIELD INSTRUCTED THE
CENTRAL CONTROL OFFICER TO CALL 911 AND REQUEST EMERGENCY SERVICES AT 0248.

THE OFFENDER CONTINUED TO BE UNRESPONSIVE.  SERGEANT NOTIFIED WARDEN DENNIS
MILLER OF THE SITUATION.  THE OFFENDER WAS MOVED FROM THE WHEEL CHAIR AND
PLACED ON THE GURNEY IN THE UNIT EMERGENCY ROOM.

AT APPROXIMATELY 0319 HOURS, THE AMBULANCE ARRIVED ON THE FACILITY AND
ENTERED THE BACK GATE.  ONCE AT THE UNIT INFIRMARY, LT. WHITFIELD BRIEFED THE
EMT'S OF THE OFFENDERS CONDITION.  THE EMT'S BEGAN TAKING VITAL SIGNS.
911-OPERATOR SARAH WARDELL INFORMED INFORMED LT. WHITFIELD THAT THE AIR
AMBULANCE WOULD BE UTILIZED FOR THE TRANSPORT.

THE OFFENDER WAS REMOVED FROM THE UNITS MEDICAL GURNEY AND PLACED OF THE
ANBULANCE GURNEY.  THE OFFENDER WAS MOVED FROM THE UNIT EMERGENCY ROOM TO THE
AMBULANCE.

11520

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT TOBY WHITFIELD                DATE: 08 / 13 / 2011
AUTHORIZED BY: WARDEN DENNIS MILLER

Sent to:     EAC                    (list)                        (to)
             TWH5304                WHITFIELD, TOBY               (to)

11520

*I-11520-08-11*

```
**************************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER      EMERGENCY ACTION CENTER    ***
**************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                     ***
```

MESSAGE ID: 010819      DATE: 08/13/11  TIME: 13:08      PRIORITY: 000

TO:      HQEAC01 - CENTER, EMERGENCY ACTION
         GENERAL TERMINAL
         EMERGENCY ACTION CENTER

FROM:    TTA4090 - TAYLOR, THOMAS
         CHAPLAIN II
         GURNEY UNIT

SUBJECT:  DEATH NOTIFICATION


```
    *********************DEATH NOTIFICATION*********************************
```

INMATE: JAMES, KENNETH WAYNE        TDCJ# 1726849
DATE OF DEATH: 08/13/2011
CUSTODY: L1 W      STATUS: ACTIVE      RACE: W        DOB: 11/25/58 AGE: 52
CAUSE OF DEATH: CARDIAC ARREST        TIME: 0416 HR DOCTOR: DR. HEIDI KNOWLES
PLACE OF DEATH: PALESTINE REGIONAL MED. CENTER
DUTY WARDEN: D. MILLER               TIME: 0417 HRS
JUSTICE OF THE PEACE: JAMES E. TODD  TIME: 0442 HRS
TDCJ-ID-IAD: MARK OWENS              TIME: 0435 HRS
CARNES FUNERAL HOME: JACOB LITTLE    TIME: 0505 HRS
CHAPLAIN: THOMAS TAYLOR              TIME: 0530 HRS
EAC: I-11520-08-11                   TIME: 0612 HRS
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (   )NO   (   ) UNABLE TO CONTACT
N.O.K. MARY L. JAMES      TIME 0640    HRS    PHONE 806-747-3154
ADDRESS: 2638 E. AUBURN ST      FAMILY WILL( X ) WILL NOT(   ) CLAIM BODY
ADDRESS: LUBBOCK, TX 79903
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: GURNEY UNIT


Sent to:    HSMA016          DEATH RECS/CAROLYN MCMILLIAN   (to)
            HVWAR01          HUNTSVILLE_WARDENS_OFFICE      (to)
            CHAPSUP          HARDIN, LAWANA                 (to)
            HQEAC01          CENTER, EMERGENCY ACTION       (to)
            CAS7772          ASHWORTH, CARISE               (to)
            KEN2430          ENLOE, KELLY                   (to)
            DMI0702          MILLER, DENNIS                 (to)
            TTA4090          TAYLOR, THOMAS                 (to)



```
*********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER      EMERGENCY ACTION CENTER      **
*********************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                  **
```

MESSAGE ID: 010681      DATE: 08/13/11  TIME: 10:44    PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     TWH5304 - WHITFIELD, TOBY
          LIEUTENANT
          GURNEY UNIT

SUBJECT:  I-11520-08-11/CONTINUATION


   TO: EMERGENCY ACTION CENTER (EAC)
       HUNTSVILLE, TEXAS

FROM: TOBY WHITFIELD, LIEUTENANT
      JOE F. GURNEY TRANSFER FACILITY
      PALESTINE, TEXAS

SUBJECT: I-11520-08-11/CONTINUATION
         OFFENDER DEATH
         JAMES, KENNETH #1726849

LT. WHITFIELD NOTIFIED THE BETO UNIT THAT AN AIR AMBULANCE WAS ENROUTE
AND THE TENNESSEE COLONY VOLUNTEER FIRE DEPARTMENT WAS SUMMONS.

ONCE THE OFFENDER WAS IN THE AMBULANCE, OFFICER VINCENT MCKNIGHT COV
ASSISTED MEDICAL STAFF ON THE AMBULANCE BY USING A B.P. BAG.  MEDICAL
STAFF ATTEMPTED TO INTUBATE THE OFFENDER AND AN I.V. WAS STARTED.  THE
OFFENDERS MEDICAL CONDITION CONTINUED TO DECLINE.

AT APPROXIMATELY 0338 THE AMBULANCE BEGAN TO MOVE TOWARD THE BACK GATE
IN PREPARATION FOR THE AIR AMBULANCE.  WHILE THE AMBULANCE WAS ENROUTE
TO THE BACK GATE, THE DRIVE INFORMED LT. WHITFIELD THAT THE OFFENDER
HAD CODED AND NEEDED TO BE TRANSPORTED TO THE HOSPITAL BY AMBULANCE
IMMEDIATELY INSTEAD OF WAITING FOR THE AIR AMBULANCE.  OFFICER MCKNIGHT
 STAYED IN THE BACK OF THE AMBULANCE AND CONTINUED TO ASSIST WITH LIFE
SAVING EFFORTS.

THE AIR AMBULANCE WAS CANCELED BY THE MEDICAL STAFF ON-BOARD OF THE
THE AMBULANCE.  SERGEANT MATTHEW SEDA AND OFFICER BURT FOLLOW THE
AMBULANCE IN A STATE VAN TO PALESTINE REGIONAL MEDICAL CENTER
EMERGENCY ROOM.  WARDEN MILLER IS UPDATED ON THE OFFENDERS CONDITION.

AT 0410 HOURS, SERGEANT SEDA INFORMED LT. WHITFIELD THAT THE OFFENDER
WAS IN THE EMERGENCY ROOM AND LIFE SAVING MEASURES WERE STILL BEING
PERFORMED BY MEDICAL STAFF IN THE ER.  AT 0417 HOURS, SERGEANT SEDA
NOTIFIED LT. WHITFIELD THAT THE OFFENDER WAS DECEASED.

OFFENDER JAMES WAS PRONOUNCED DECEASED AT 0416 HOURS BY MEDICAL DOCTOR
HEIDI KNOWLES.  PRELIMINARY RESULTS INDICATED CARDIAC ARREST.

LT. WHITFIELD UPDATED WARDEN MILLER ON THE SITUATION.

AT 0442 HOURS, OFFICE OF INSPECTOR GENERAL, MARK OWENS WAS NOTIFIED OF
THE INCIDENT.

AT 0445 HOURS, CAPTAIN MICHAEL LUMPKINS WAS NOTIFIED OF THE INCIDENT.

AT APPROXIMATELY 0500 HOURS, JUSTICE OF THE PEACE JAMES TODD ARRIVES AT
PALESTINE REGIONAL MEDICAL CENTER AND COMPLETED A INQUEST TRANSPORT
ORDER AND THE ORDER FOR AUTOPSY.

AT 0505 HOURS, JACOB LITTLE OF CARNES FUNERAL HOME IN TEXAS CITY WAS
NOTIFIED OF THE DECEASED OFFENDER.

AT 0511 HOURS, MARK OWENS ARRIVED AT PALESTINE REGIONAL MEDICAL CENTER
EXAM ROOM #1 AND BEGAN INVESTIGATOR'S REPORT OF CUSTODIAL DEATH FORM
AND TOOK DIGITAL PHOTOS OF THE OFFENDER.

AT APPROXIMATELY 0605 HOURS, WARDEN MILLER, CAPTAIN LUMPKINS AND
CHAPLAIN THOMAS TAYLOR ARRIVED ON THE FACILITY.

AT 0640 HOURS, CHAPLAIN TAYLOR NOTIFIED MARY JAMES, MOTHER OF OFFENDER
JAMES OF HIS DEATH.

AT 0645 HOURS, SERGEANT FLOWERS NOTIFIED ANDERSON COUNTY SHERIFF
DEPARTMENT THAT OFFENDER JAMES BODY WAS BEING HELD IN EXAM ROOM #1 AT
PRMC UNTIL ARRANGEMENTS WITH CARNES FUNERAL HOME COULD BE MADE.

AT 0655 HOURS, SERGEANT FLOWERS NOTIFIED J. LOWERY OF THE OFF-SITE
MEDICAL COMMAND CENTER, OF THE INCIDENT.

AT 0955 HOURS, CARNES FUNERAL HOME, DICKY SYERS ARRIVED AT PALESTINE
REGIONAL MEDICAL CENTER TO PICK UP THE BODY FOR TRANSPORT TO
UTMB-GALVASTON FOR AN AUTOPSY.  AT 1005 HOURS, MR. DICKY TOOK POSSESSION
OF THE BODY AND DEPARTED PALESTINE REGIONAL MEDICAL CENTER.

K. CRUMBY OF THE EMERGENCY ACTION CENTER WAS NOTIFIED OF THE INCIDENT
AT 0612 HOURS AND INCIDENT NUMBER I-11520-08-11

C.R.I.S.P. WAS OFFERED TO ALL STAFF MEMBERS INVOLVED AND ALL DECLINED.

11520

"ADDITIONAL INFORMATION WILL BE PROVIDED AS IT BECOMES AVAILABLE".

DRAFTED BY:    LIEUTENANT TOBY WHITFIELD
AUTHORIZATION: WARDEN DENNIS MILLER

Sent to:    EAC                    (list)                    (to)
            TWH5304                WHITFIELD, TOBY            (to)

11520