UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 198



Received
✓ SEP 16 2011 ✓
EAC

**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

**Incident Number: I-11924-08-11**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**George Beto Unit**

**August 30, 2011**

RECEIVED
AUG 2011
REGION 2
DIRECTOR

TO:              Emergency Action Center

THRU:            Mr. Robert Eason Region II Director

SUBJECT:         Offender Death (Pending Autopsy)

PERSON (S)
INVOLVED:        Offender Alvarado, Daniel # 1517660
                 Offender Alvarado was a (44) forty-four year old Hispanic male, assigned to the Texas
                 Department of Criminal Justice – Correctional Institutional Division for one count of
                 Aggravated Sexual Assault, and one count of Indecency with a Child. He was serving
                 (2) two, (20) twenty year sentences concurrently from Victoria County.  At the time of
                 this incident, Offender Alvarado was assigned to P-202 a G-2 custody housing on the
                 George Beto Unit.

SUMMARY:         On August 20, 2011 at 10:28 hours Offender Alvarado, Daniel # 1517660 a 44 year old
                 Hispanic male was pronounced deceased at the Palestine Regional Medical Center
                 Emergency Room with the cause of death initially listed cardiac arrest pending
                 autopsy.

                 On 08/20/11 at approximately 09:20 hours Officer Gwendolyn Mason CO 3 who was
                 assigned to M-wing was conducting a cross count for P-wing, during the count process
                 she observed Offender Alvarado, Daniel # 1517660 laying on top bunk in P-202 cell.
                 Officer Mason called out to the offender to ensure she was counting an offender, but he
                 did not respond. Officer Mason then hit the bunk in an effort to wake him up, but he
                 still did not respond. Officer Mason then initiated ICS by going down to one row to
                 notify the CCO, Officer Gwendolyn Crist CO 3 who called for a supervisor and
                 medical staff to respond to P-wing due to the offender being unresponsive.

### Incident Number: I-11924-08-11

Upon the arrival of sufficient staff the cell door opened then Officer Mason along with Nurse Huff RN entered the cell. Nurse Huff conducted a vital sign check and she noted no vital signs so she instructed staff to assist in placing the offender on a back board and lower him to the floor of the cell where CPR was started with Nurse Walton giving rescue breaths with the Ambu bag as the AED was connected. The AED did not list any heart rate, but it did not indicate any shocks. Offender Alvarado was then carried on the backboard down to a waiting gurney and escorted to the Beto Emergency Room with CPR continuing during the transport. Upon his arrival at the unit infirmary the medical staff took over the life saving measures with the assistance of security staff to do compressions. The offender's temperature was taken and it was 105 degrees so the medical staff began treating Offender Alvarado for heat related illness along with CPR. Upon the arrival of the ambulance the EMT's took over treatment with the assistance of unit staff as they changed to their equipment. Offender Alvarado was then transported to Palestine Regional Medical Center emergency room.

Upon his arrival at the PRMC emergency room he was treated by the ER staff under the direction of Dr. R. Wagner. At 10:28 hours Dr. Wagner instructed his staff to stop all life saving measures and he pronounced Offender Alvarado deceased with the initial cause of death being listed as cardiac arrest pending autopsy. The emergency room staff contacted Judge Carl Davis, the Justice of the Peace on call due to the need for a autopsy.

At the time of the initial discovery of the unresponsive offender Lt. Culpepper began notifying the pertinent listed below:

| Unit Duty Warden | B. Gordy | 09:30 hours |
|---|---|---|
| O.I.G. Investigator | S. Warren | 09:53 hours |
| Senior Warden | K. Scott | 09:54 hours |
| Regional Director | R. Eason | 09:55 hours |
| Use of Force | P. McClendon | 10:00 hours |

Sgt. Kennedy was present in the emergency room and he notified Lt. Culpepper that the offender was deceased. Lt. Culpepper who had previously notified unit administration of the initial incident began notifying them of the death of Offender Alvarado. Upon the arrival of Officer McClendon at the unit he notified the Carnes Funeral Home at 12:15 hours and they stated that they would dispatch a van.

At 11:28 hours Chaplain Kiser made contact with the next of kin, Santos Alvarado (brother) and informed him of the death. Mr. Alvarado stated that the family would claim the body and he was informed on the steps to take. He was also informed that an autopsy would be conducted due to the unknown cause of death.

## Incident Number: I-11924-08-11

Investigator Warren from the Office of the Inspector General had been notified and upon her arrival at the hospital she started her investigation. Judge Davis also arrived at the hospital and started his inquest into the death. Judge Davis listed the time of death on his documentation as 10:29 hours and he ordered an autopsy. Judge Davis completed his documentation for the autopsy and transport of the body then he left the hospital. When she completed at the hospital Investigator Warren proceeded to the unit.

At 13:10 hours Officer McClendon contacted E.A.C. and obtained incident number I-11924-08-11 and an E-mail detailing the incident was sent.

During the investigation of this incident the offender's temperature was checked with a reading of 105 degrees at approximately 09:40 hours. The high temperature prompted the medical staff to incorporate treatment for possible heat related injury in the protocol. It should be noted that the unit cell block temperature was 93 degrees on (3) three row, and 91 degrees on (1) one and (2) two row at 09:35 hours on the date of this incident.

Following the incident Officer Brittany Williams CO 3 was interviewed about the offender's actions since she was assigned to the housing area for this date. Officer Williams stated that she relieved third shift and conducted her initial count Offender Alvarado was up and moving around in his cell. Officer Williams stated that during her counts and regular rounds she observed Offender Alvarado was conscious and asleep from time to time. Officer Williams stated that when she left the wing to change wings for their regular cross wing counts with Officer Mason she was pretty sure that the offender was asleep in the top bunk. Upon the review of the on-wing video cameras Officer Williams did not make regular rounds after her initial count of the wing and the regular wing activities. Officer Williams is being charged with a violation of Level 2, Code 20 failure to follow posted rules, policies, and procedures. At the time of this letter the disciplinary process has not been completed.

Officer Gwendolyn Mason CO 3 was also interviewed and she stated that she changed wings with Officer Williams for the cross count and when she got to P-202 cell the offender was laying on the top bunk and she did not see him moving so she called out to him to respond. Officer Mason then stated that she then hit the bunk in an effort to wake the offender and prove that it was a living breathing person. Officer Mason stated that due to the current emphasis on handling unresponsive offenders she immediately initiated ICS by going down to one row to tell Officer Crist the CCO to call for a supervisor and medical staff. Officer Crist stated that she went back to the cell and continued to try to wake the offender until medical and additional staff arrived and entered the cell. .

At 16:35 hours staff from the Carnes Funeral Home arrived at the PRMC to pick up the body. Once all the documentation was completed the funeral home staff left the hospital at 16:50 hours in route to UTMB in Galveston for the autopsy.

**Incident Number: I-11924-08-11**

Following the incident all of the staff involved was offered CRSIP, none requested any assistance, but all were informed that the CRISP staff was available if they needed any assistance.

At the time of this letter the results from the autopsy have not been released so no official cause of death has been given.

ATTACHMENTS:

| | |
|---|---|
| Report by: | Capt. Gilbert Ennis |
| Report by: | Lt. James Culpepper |
| Report by: | Sgt. Marcus Kennedy |
| Report by: | Officer Austin Padgett CO 4 |
| Report by: | Officer Gwendolyn Mason CO 3 |
| Report by: | Officer Gwendolyn Crist CO 3 |
| Report by: | Officer Brittany Williams CO 3 |
| Report by: | Nurse Shirley Huff RN |
| Report by: | Nurse Nancy Walton LVN |
| Report by: | Mr. James Hinson P.T.D. |
| Report by: | Offender Photos x 2 |
| Report by: | Offender Transport Order |
| Report by: | Offender Autopsy Order |
| Report by: | Chaplain's Documents |
| Report by: | Travel Card |
| Report by: | EAC Report |
| Report by: | TNG 93 |

EMPLOYEE
ACTION/INACTION:   All staff actions were not appropriate and disciplinary actions are pending.

ADMINISTRATIVE
REVIEW:                I. Warden's/Administrative Supervisor's Comments:

All incidents with unresponsive offenders will be handled within policy and any failure to do so will result in appropriate disciplinary action. All offender deaths will be reported, documented and investigated in compliance with A.D. 03:29. Full cooperation will be given to The Office of the Inspector General in their investigations into these incidents. The unit is taking extra precautions with all offenders as related to the heat to include passing out extra water and moving offenders with heat related medical conditions to housing on one or two row.

Signature & Date _____*Warden B Scott* 8/30/201_____

**Senior Warden K. Scott**

Incident: I-11924-08-11 / Offender Death / Beto Unit.

Regional Director/Assistant Director's Comments:

An investigation into the offender death reported by the Beto Unit indicated that employee action or in-action may have been a contributing factor in the incident. All employees' actions during this incident were not in accordance with agency policy and procedures.

On August 20, 2011, at or about 0920 hours, CO III, Gwendolyn Mason was conducting count on P wing and observed Offender Daniel Alvarado TDCJ #1517660 non-responsive. Officer Mason initiated the Incident Command System. Staff responded to the location. RN, Shirley Huff entered the cell and checked the offender's vital signs with negative results. CPR was initiated. The AED was applied but did not advise to shock. The offender was taken by gurney to the unit medical department, life saving measures was continued. The offender's body temperature was 105 degrees. Emergency Medical Services arrived and continued life saving measures. The offender was transported to Palestine Regional Medical Center. At 1028 hours, Dr. R. Wagner instructed emergency room staff to stop all life saving measures. Offender Alvarado was pronounced deceased with an initial cause of death listed as cardiac arrest.

Office of the Inspector General, Investigator S. Warren was notified and initiated an investigation. The case number is pending. Justice of the Peace, Carl Davis ordered an autopsy. The family was contacted and will claim the body. Carnes Funeral Home arrived at 1635 hours and took possession of the body.

On the date of the incident, at 0935 hours, the air temperature in the housing area was 91 degrees. The following heat precautions are taken on the Beto Unit to minimize heat related illnesses: air flow is monitored, all ventilation fans in the area were functioning properly, offenders are allowed to wear commissary shorts and t-shirts in the housing area, and ice water is placed in the housing areas throughout the day. Additionally, both offenders and staff are trained on heat awareness and precautions in accordance with AD 10.64, Temperature Extremes in the Workplace.

It was determined during a review of the on-wing surveillance cameras that CO III, Brittany Williams, who was assigned to P wing, did not make regular security checks. Also, this offender was on the INFOPAC report for Temperature Extreme. Officer Williams did not complete the wellness checks; therefore, she was charged with Level 2 Code 20, Failure to follow posted rules, policies, and procedures. On September 9, 2011, Officer Williams was found guilty and received nine months probation.

This office will review this incident in 90 days.

Signature: _Susan Bauer_ for _____ Date: _8-12-11_
          Robert Eason
          Region II Director

Texas Department of Criminal Justice
## Institutional Division
## Inter-Office Communications

To:  Warden K. Scott                     Date: 08/20/2011

From: Capt. G. Ennis, 1st Shift          Subject: Alverado, Daniel # 1517660

On 8/20/2011 at approximately 0930 hrs I responded to an ICS call to P- wing due to an unresponsive offender in P-202 cell. Upon arrival I observed the medical responders RN Huff and LVN Young along with Officer Mason, Officer Padgett and HUB driver James Hinson initiating life saving measures on Offender Alverado, Daniel # 1517660 with an (AED) automated emergency defibulator. The AED read no shock indicated. Officer Crist, CCO remained as Incident Commander while staff loaded the offender on a backboard and brought him to a waiting gurney on 1 row. Once placed on the gurney the offender was wheeled to the unit infirmary as life saving measures continued. Once in the infirmary Offender Alvarado was placed on an examination table and life saving measures was continued by medical as well as security staff on scene. Medical staff called for an ambulance and approximately 15 minutes later PRMC- EMT arrived and took over treatment. Offender Alvorado was then transported to the PRMC in Palestine, Texas.

SO-4

Texas Department of Criminal Justice
**Institutional Division**
Inter-Office Communications

To: __Warden K. Scott_____     Date: __08/20/2011_____

From: __Lt. J. Culpepper, 1st Shift__     Subject: __I- 11924-08-11_____

On 08/20/2011at approximately 0930 hrs I responded to a call from Captain G. Ennis to respond to an ICS call on P- wing. While in route to P- wing I met Captain Ennis and medical staff transporting Offender Alverado to the Unit Infirmary. I was ordered by Captain Ennis to secure cell P-202 cell as a crime scene. I went to the cell and waited for a chain and lock and then secured the cell. I maintained possession of the key until relieved by 2nd Shift, Lieutenant R. Hazelwood. After securing the cell I reported to the infirmary and began a time line. Warden Gordy (Duty Warden) was present so notification was not needed. All appropriate notifications were made at this time to include Mr. R. Eason, Warden Scott and OIG Investigator Warren. I continued to monitor the time line and assisted medical staff during the CPR process. At approximately 1000 hrs I left the area.

At approximately 1030 hrs I received a call from Sergeant Kennedy indicating that Dr Wagner had ordered staff to stop all life saving measures. I then notified unit administration.

All relevant documentation was provided to Officer McClendon for reporting purposes. I then returned to other duties.

SO-4

### Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

| To | Warden K. Scott | Date | August 29, 2011 |
|---|---|---|---|
| From | Sgt. Marcus Kennedy | Subject | Offender Death P-wing |

On August 20, 2011 at approximately 09:15 I responded to an ICS call on P-Wing 202 for an un-responsive offender. When I arrived the offender was being escorted to the Beto Infirmary.  Staff was doing CPR on the offender and it continued in the infirmary. When the ambulance arrived to pick up the offender and transported him to PRMC I was instructed to go on the transport. Upon arriving to PRMC the offender was placed in trauma room number two. The PRMC emergency room staff treated the offender until the doctor ordered them to stop. Dr. Wagner then pronounced Offender Alvarado, Daniel # 1517660 deceased at 10:28 hours. I made contacted with the unit and informed them about the death. I was instructed to wait with the body until all of the staff had arrived and completed the required documentation. At approximately 14:30 hours we were relieved by 2nd shift officers and we returned to the unit.

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

To   **Warden K. Scott**                     Date   **August 29, 2011**

From   **Officer Austin Padgett CO 4**       Subject   **Offender Death P-wing**

On August 20, 2011 at approximately 09:15 I responded to an ICS call on P-Wing 202 for an un-responsive offender. I arrived as medical was placing the offender on the stretcher, we then escorted the offender to the Beto Infirmary where medical performed CPR on the offender. An ambulance arrived and picked up the said offender and transported him to PRMC. I was sent as one of the security officers on the transport. Upon arriving to PRMC the offender was placed in trauma room number two. The PRMC emergency room staff treated the offender until the doctor ordered them to stop. Dr. Wagner then pronounced Offender Alvarado, Daniel # 1517660 deceased at 10:28 hours. Officer Kennedy was the other officer on the transport and he contacted the unit and informed our supervisor about the death. We waited with the body until approximately 14:30 hours when 2nd shift officers relieved us and we returned to the unit.

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

**To**   Warden K. Scott      **Date**    August 30, 2011

**From**   Gwendolyn Mason CO 3      **Subject**   P Wing incident

I Officer Gwendolyn Mason CO 3 went to P-Wing to cross count and while counting two row I came to P-202 and the Offender Alvarado, Daniel # 1517660 was lying on the top bunk and he did not move when I called him, so I hit his bed and he still did not move. I then notified the Officer Gwendolyn Crist CO 3 the CCO that I had an offender who was unresponsive and I needed ICS called and that medical and supervisors needed to respond. When medical arrived along with additional staff the door was opened and medical entered the cell with me beside the door to check the offender. The offender was placed on a backboard and placed on the floor and checked again then CPR was stated. The offender was then removed him from his cell and placed him on a gurney and took him to the infirmary. I returned back to my duty post after this incident.

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION
# Inter-Office Communications

| | | | |
|---|---|---|---|
| **To** | Warden K. Scott | **Date** | August 22, 2011 |

| | | | |
|---|---|---|---|
| **From** | Officer Brittany Williams CO 3 | **Subject** | P-Wing Incident |

On August 20, 2011, I Officer Williams conducted a security check at approximately 6:45 this morning after relieving 3rd shift. Offender Alvarado, Daniel # 1517660 was up and moving. I then left the wing at 07:00 hours to drop showers in the picket. When I returned to the wing I conducted the security check after dropping M and N wing. I left the wing to do house calls in the picket, and I came back to drop my wing for lay ins, and dayroom. After I did my in for count, I began counting and I counted Offender Alvarado in his house and he appeared to be lying on the top bunk asleep. After counting 1, 2, and 3 rows I left the wing to cross count N-Wing, as I finished the count. I was notified that Officer Mason found the Offender Alvarado unresponsive in P-202, and she called for ICS and additional staff and medical. Please note that on this date we were short in staff, and we didn't have any officers inside the pickets. I did my best to help out my co-workers to get everything done on schedule.

Texas Department of Criminal Justice

# Inter-Office Communications

To _Warden Scott_   Date _8-25-11_

From _Dr. Huff Shirley RN_   Subject _Offender Alvarado Danie_
_# 1517660_

   ON 08/20/2011, AT APPROXIMATELY 0915, A CALL WAS RECEIVED FROM SECURITY STATING THAT AN
OFFENDER ON P-WING WAS UNRESPONSIVE.  AT THAT TIME, MYSELF S. HUFF R.N., N. WALTON LVN
AND J. HINSON (PT. TRANSPORTATION DRIVER) RESPONDED TO P-WING WITH THE STRETCHER.  UPON
ARRIVAL TO THE WING, OFFICER MASON WAS STANDING ON 2 ROW AND SAID THAT THE OFFENDER
WAS IN 202 CELL.  WHEN I GOT TO THE TOP OF THE STAIRS, I HEARD OFFICER MASON SAY THAT THE
OFFENDER WAS ON THE TOP BUNK AND HE WAS DEAD.  AT THAT TIME THE CELL DOOR WAS OPENED
AND I, S. HUFF R.N. STEPPED INTO THE CELL AND CHECKED THE OFFENDER.  I, S. HUFF R.N., SAID THAT
THERE WAS NO PULSE OR RESPIRATIONS.  CPR WAS THEN STARTED.  THE OFFENDER WAS REMOVED
FROM THE TOP BUNK AND PLACED ON THE BACK BOARD.  CPR CONTINUING AS THE OFFENDER WAS
TAKEN DOWN THE STAIRS AND PLACED ON THE STRETCHER.  CPR CONTINUED WHILE THE OFFENDER
WAS TAKEN VIA STRETCHER TO THE EMERGENCY ROOM.  UPON ARRIVAL TO THE EMERGENCY ROOM,
911 WAS CALLED AND THE AMBULANCE WAS DISPATCHED TO THE BETO UNIT.  CPR CONTINUED ALONG
WITH OTHER MEDICALLY NECESSARY PROCEDURES UNTIL THE AMBULANCE ARRIVED AND CARE WAS
TURNED OVED TO PRMC EMT'S.

_Shirley Huff RN_

SO-4

Texas Department of Criminal Justice

## Inter-Office Communications

To _Warden Scott_          Date _08-25-11_

From _Nancy Walton LVN_     Subject _Offender Alvarado, Daniel_
                                    _# 1517660_

ON 08/20/2011, AT APPROXIMATELY 0915, MEDICAL RECEIVED A CALL FROM SECURITY STATING THAT AN OFFENDER ON P-WING WAS UNRESPONSIVE.  AT THAT TIME, MYSELF N. WALTON LVN, S. HUFF RN AND J. HINSON (PT. TRANSPORTATION DRIVER) RESPONDED TO P-WING WITH THE STRETCHER.  UPON ARRIVAL TO WING OFFICER MASON WAS STANDING AT THE FRONT OF 2 ROW AND SAID THAT THE OFFENDER WAS IN 202 CELL.  WHEN I WAS AT THE TOP OF THE STAIRS I DID NOT SEE THE OFFENDER ON THE BOTTOM BUNK AND I HEARD OFFICER MASON SAY THAT THE OFFENDER WAS ON THE TOP BUNK AND THAT HE WAS DEAD.  AT THAT TIME THE CELL DOOR WAS OPENED AND S. HUFF RN STEPPED INSIDE OF THE CELL AND CHECKED THE OFFENDERS PULSE.  MS. HUFF SAID THERE WAS NO PULSE AND THE OFFENDER WAS REMOVED FROM THE TOP BUNK AND PLACED ON THE BACK BOARD. MS. HUFF THEN INSTRUCTED MYSELF TO START RESCUE BREATHS WITH THE AMBU BAG AND SHE BEGAN CHEST COMPRESSIONS.  THE OFFENDER WAS THEN TAKEN DOWN THE STAIRS AND PLACED ON THE STRETCHER.  CPR CONTINUED WHILE THE OFFENDER WAS BEING TAKEN VIA STRETCHER TO THE EMERGENCY ROOM.  UPON ARRIVAL TO THE E.R. 911 WAS CALLED AND AMBULANCE DISPATCHED TO THE BETO UNIT.  CPR CONTINUED ALONG WITH OTHER MEDICALLY NECESSARY PROCEDURES UNTIL AMBULANCE ARRIVED AND CARE WAS TURNED OVER TO EMT.

_Nancy Walton LVN_
_08-25-11_

Texas Department of Criminal Justice

# Inter-Office Communications

To _Warden Scott_          Date _8-25-11_

From _James A. Hinson P.T.D._     Subject _OFFENDER D, ALVARADO_     # 1517

ON 08/20/2011, AT APPROXIMATELY 0915, MEDICAL WAS CALLED TO P-WING BY SECURITY STATING THAT AN OFFENDER WAS UNRESPONSIVE. I J. HINSON (PT. TRANSPORTATION DRIVER) WENT TO P-WING TO ASSIST THE NURSING STAFF. UPON ARRIVAL TO P-WING, I HEARD THE SECURITY OFFICER SAY THAT THE OFFENDER WAS DEAD IN 202 CELL. I THEN SAW RN HUFF GO INSIDE OF CELL 202 AND CHECK THE OFFENDERS PULSE. SHE THEN SAID THAT THERE WAS NOT A PULSE AND I THEN ASSISTED PLACING THE OFFENDER ON THE BACK BOARD AND CARRY THE OFFENDER DOWN THE STAIRS AND TO THE STRETCHER. AT THAT TIME THE STRETCHER WAS THEN TAKEN OFF OF THE WING. WHEN I ARRIVED IN THE E.R., R.N. HUFF WAS DOING CHEST COMPRESSIONS AND I THEN TOOK OVER DOING THE CHEST COMPRESSIONS. CPR CONTINUED UNTIL THE AMBULANCE ARRIVED AND EMT'S TOOK OVER THE MEDICAL CARE OF THE OFFENDER.

_James A. Hinson_
_Patient Transportation Driver_



I-11924-08-11 Offender Death
Offender Alvarado, Daniel # 1517660

CARL E. DAVIS
Justice Of The Peace
Precinct Two

ANDERSON COUNTY COURTHOUSE ANNEX
703 N. MALLARD, STE. 107
Palestine, Texas 75801
Ph. (903) 723-7486
Fax (903) 723-7807

## INQUEST TRANSPORT ORDER

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | ORDER FOR TRANSFER OF DEAD BODY |
| COUNTY OF ANDERSON | * | FROM ANDERSON COUNTY TO |
| JUSTICE COURT, PCT. 2 | * | ANOTHER COUNTY FOR AUTOPSY |

On this day, came on to be heard, evidence in an INQUEST INVESTIGATION HEARING in regard to the death of ALVARADO, DANIEL_____, a Hispanic (female, age 44, date of birth 05/22/67 and said cause of death being either violent, unnatural, or unknown.

Time of Death: 10:24 A.M.   Date of Death: 08/30/11

After considering evidence presented and upon investigation in regard to this death, it is of the OPINION at this time that an autopsy should be had.

BE IT THEREFORE ORDERED, AND DECREED, that CARNES Funeral Home, Texas City, Texas, who has the remains of the deceased, Transport said deceased to UNIVERSITY OF TEXAS MEDICAL BRANCH, IN GALVESTON, TEXAS, as prescribed by law and return said body upon completion of autopsy which is to be performed by authorized or any other pathologist duly licensed to practice pathology in THE STATE OF TEXAS.

ISSUED UNDER MY OFFICIAL SIGNATURE of Office in Anderson County, Texas, on this the 30th day of August, 20 11.

CARL E. DAVIS
Justice Of The Peace, Precinct 2, Place 1
Anderson County, Texas

Comments:_____

_____

Copy of Autopsy to: _____

_____

_____

CARL E. DAVIS
Justice Of The Peace
Precinct Two

ANDERSON COUNTY COURTHOUSE ANNEX
703 N. MALLARD, STE. 107
Palestine, Texas 75801
Ph. (903) 723-7486
Fax (903) 723-7807

## ORDER FOR AUTOPSY

THE STATE OF TEXAS                    *     Alvarado, Daniel
                                            DECEASED

COUNTY OF ANDERSON                    *     5/22/67
                                            DATE OF BIRTH

On this day came to be heard, the INQUEST HEARING INVESTIGATION in regard to the death of Alvarado, Daniel, a Hispanic (female/male) age 44, and the cause of death is violent unnatural or unknown.

After hearing testimony and evidence in regard to the death of the deceased, it is determined by the aftersigning Justice of The Peace that an autopsy on the body of said deceased is necessary so that the cause of death may be ascertained and for other necessary reasons.

BE IT THEREFORE CONSIDERED, ORDERED AND DECREED, that an autopsy be had on the body of the deceased.  There being no Health Officer in and for Anderson County, it is hereby ORDERED that UNIVERSITY OF TEXAS MEDICAL BRANCH, in GALVESTON, TEXAS, or any other physician, duly licensed in Texas and trained in Pathology, shall forthwith perform said autopsy on the body of the deceased, which body is at CARNES          Funeral Home, in TEXAS CITY, TEXAS

ISSUED UNDER MY OFFICIAL SIGNATURE of office in Anderson County, Texas this 20 day of August 20 11.

Time of Death: 10:29 A.M.   Date of Death: 08/20/11

                                        Carl E. Davis, Justice of The Peace
                                        Precinct 2, Place 1

COMMENTS: _____

_____

Copy of Autopsy to: _____

_____

_____

Carnes___   Brazoria___   UT___   Baylor___   Harris___   Veterans_____   Other _TDC_|____   SRS # _2011-122 49_

Name of Deceased _ALVARADO  DANIEL_____   Race _____   Sex _M_   Age _44_   DOB _5/22/1967_

Date of Removal/Delivery _8/20/2011_____   Time of Delivery/Removal_____   Weight_____

Delivered To___ _CSH_____   Date of Death _8/20/2011_   Time of Death _10:28 A_

| | |
|---|---|
| (Use for removal only) Home Address of Deceased _Palestine Regional Hosl._____ | (if removed for Ft. Bend or Brazoria) |
| Address of Removal / Delivery _____ | (if removed, not delivered) |
| Investigator _____   Phone # _____   **Dr or JP** _____ | **Phone#**_____ |
| Time Dispatched _12:30_   Time Arrived _4:35P_   Time Cleared Scene_____   Time Delivered To Destination_____ | |
| Driver _K Cole_____   Assisted by _____ | Body Bag Used_____ |

## Identification of Property and Human Remains

**Type of Property on body:**

X    none _____

_____

**Disposition of Property**

X    none _____

_____

I understand that personal property removed from the premises will be discarded. Any items that I wish to keep will be removed prior to the removal.

Printed Name _CARL  LUCAS_____   *Signature _Carl Lucas_____

Witness _Ken  Cole_____

The undersigned hereby confirms that he/she witnessed the placement of an identification tag on the deceased listed above bearing the same name as listed above and confirms that the remains are those of the deceased listed above.  The undersigned additionally acknowledges all property listed above, and the disposition of such property.

Printed Name _CARL  LUCAS_____   *Signature _Carl Lucas_____

Phone # _409 986 9900_   Organization_____   Date_____
*To be signed by someone other than Funeral Home Employee

The undersigned Funeral Home Employee, confirms that he/she affixed an identification tag bearing the name of the deceased listed above, in the presence of the individual listed immediately above.  The undersigned additionally acknowledges all property listed above, and the disposition of such property.

Printed Name _Kevin Cole_____   **Signature _Ken Cole_____

Phone # _409 986 990_   Organization _Carnes FK_   Date _8/20/2011_
**To be signed by a Funeral Home Employee

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: Warden Kelvin Scott                    Date: August 20, 2011

From: Chaplain Charles Kiser              Subject: Offender Death Notification

**1. Offender Information:**

Name: Alvarado, Daniel                    TDCJ#: 1517600      Unit: Beto
Cause of Death: Cardiac arrest pending Autopsy
Date of Death: August 20, 2011           Time of Death: 1028
Place of Death (unit/hospital): PRMC ER, Palestine, TX
Certifying Physician/RN/JP: Dr. Wagner

**2. Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):**

Date: August 20, 2011           Time: 1128
Name: Santos Alvarado                     Relationship: Brother
Address: 526 Matson Rd.
City/State/Zip: Port Lavaca, TX 77979               Tel.: ( 361  ) 482-9926

**3. Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):**

Yes _____     No _X_     Unable to contact _____     N/A _____

**4. Other Family / Friend Contact:**

Date: _____     Time: _____
Name: _____     Relationship: _____
Address: _____
City/State/Zip: _____     Tel.: ( _____ ) _____

**5. Sheriff's Office / Police Department Contact:**

Date: _____     Time: _____
SO/PD: _____     Contact Person: _____

**6. Burial Arrangements:**

_x_     **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at (409)986-9900.

_____     **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

_____     **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

**7. Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:**

_X_     Unit Warden;
_X_     Director of Chaplaincy Operations; and
_X_     Chaplain's unit file

Chaplain's Signature: _Charles Kiser_               Date: August 20, 2011

*Chaplaincy Manual Policy 11.04 – Att. B*

```
----------------------- SYSM ELECTRONIC FORMS ENTRY ------------------- 4.4
User ID: CKI5977                                    01:36pm - Sat, Aug 20, 20
Enter Command ===>  S

***************************DEATH NOTIFICATION******************************

INMATE: ALVARADO, DANIEL              TDCJ# 1517600
DATE OF DEATH: 08/20/2011
CUSTODY: G2         STATUS: S3        RACE: H           DOB: 05/22/67 AGE: 44
CAUSE OF DEATH: CARD. ARST;PEND. AUT TIME: 1028    DOCTOR: WAGNER
PLACE OF DEATH: PRMC ER, PALESTINE, TX
DUTY WARDEN: GORDY                    TIME: 0930
JUSTICE OF THE PEACE: DAVIS           TIME: 1155
TDCJ-ID-IAD: WARREN                   TIME: 0958
CARNES FUNERAL HOME:                  TIME: 1215
CHAPLAIN: KISER                       TIME: 0935
EAC:                                  TIME: 1310
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES    (  )NO    (  ) UNABLE TO CONTACT
N.O.K. SANTOS ALVARADO         TIME 1128      HRS    PHONE 361-482-9926
ADDRESS: 526 MATSON RD.        FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: PORT LAVACA, TX 77979
LOCATION OF BODY: PRMC, PALESTINE, TX
LOCATION OF INMATE PROPERTY: BETO
COMMANDS: Up Down Top Bottom Send TRansfer DELete FInal Copy Print SET{SCR}
```

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

## Inter-Office Communications

**TO:**   Warden Kelvin Scott                                  **DATE:**   August 20, 2011

**FROM:**   Chaplain C. Kiser                                  **SUBJECT:**   Offender Death

On Saturday August 20, 2011 at approximately Assistant Warden Bryan Gordy notified me of the death of offender Daniel Alvarado (1517600) at Palestine Regional Medical Center. I notified his brother Santos Alvarado (361-482-9926) of the death at 1128 hrs. Mr. Alvarado said that he would need to talk with his family regarding claiming the body for burial as they did not have insurance. At approximately 1308 I received a call from Mr. Alvarado who told me that the family would claim the body for burial along with any property. I gave him the Carnes Funeral Home phone number and received his mailing address.

SO-4
*C:\Documents and Settings\chaplain\My Documents\Word\Blank IOC doc..doc*

Date: 8/20/2011  Offender Name: Alvarado, Daniel _____ TDCJ # 1517600_____

Person Called: Santos Alvarado _____ Time of Call: 1120 _____
Relationship to Offender: Brother _____ Phone Number Called: 361-482-9926 ___
Comments from Conversation: No answer; left message for return call _____
_____
_____
_____

Person Called: Santos Alvarado _____ Time of Call: 1128 _____
Relationship to Offender: Brother _____ Phone Number Called: _____
Comments from Conversation: Received call from Mr. Alvarado.  Told him of death.  He
needs to talk to his family regarding body/funeral arrangements _____
_____
_____

Person Called: Santos Alvarado _____ Time of Call: 1216 _____
Relationship to Offender: Brother _____ Phone Number Called: _____
Comments from Conversation: Received call from Mr. Alvarado.  He asked about costs
for TDCJ to bury offender and process of body going to HG & Carnes Funeral Home.
He will call back for Funeral Home phone number. _____
_____

Person Called: Santos Alvarado _____ Time of Call: 1308 _____
Relationship to Offender: Brother _____ Phone Number Called: _____
Comments from Conversation: Received call from Mr. Alvarado.  Family will claim body &
property.  Received his address; gave Carnes Funeral Home phone number. _____
_____
_____

Person Called: Santos Alvarado _____ Time of Call: 1420 _____
Relationship to Offender: Brother _____ Phone Number Called: _____
Comments from Conversation: Received call from Mr. Alvarado.  His dad wanted to know
about death circumstances, i.e., time, place. _____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____

Date: _____ Offender Name: _____ TDCJ # _____

Person Called: _____ Time of Call: _____
Relationship to Offender: ____ _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____
_____

Person Called: _____ Time of Call: _____
Relationship to Offender: _____ Phone Number Called: _____
Comments from Conversation: _____
_____
_____
_____
_____



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99 • Huntsville, TX 77342-0099

| | | |
|---|---|---|
| Brad Livingston<br>Correctional Institutions Division Director | **August 20, 2011** | Kelvin Scott  Senior Warden<br>George Beto Unit |

Mr. Santos Alvarado
526 Matson Rd.
Port Lavaca, TX 77979

Dear Mr. Alvarado,

On behalf of Warden Scott, myself, and the staff of the Texas Department of Criminal Justice, may I extend to you and your family our heartfelt sympathy in this hour of loss?

As mentioned in our phone conversation, Daniel passed away at approximately 1028 am, Saturday August 20, 2011 at Palestine Regional Medical Center in Palestine, TX. The cause of death was cardiac arrest pending the autopsy results.

This type of loss is never easy. Being separated by the miles and incarceration make it more difficult. May you and your family find comfort and peace in our Lord's promise "I am with you always" as you adjust to this loss. Please know that you and your family are in our hearts and prayers in this time of sorrow.

Sincerely,

*Charles Kiser*

Charles Kiser
Chaplain

Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

## Admission Summary

| | | | NV | |
|---|---|---|---|---|
| ALVARADO, Daniel (H) | 1517660 | AGGRAVATED SEXUAL ASSAULT | 20Y | 09 No |
| Name | Number | Offense | Sent. | Ed. Plea |

| | | | | | Not Tested | | | 08/21/2008 | None | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2027 | 10/11/2027 | — | — | — | 84 | 41 | 05/22/1967 | AZR / jg | | |
| Max Expir | Minimum Expiration | | | | E.A./I.Q. | Age | DOB | Int./By | Religion | |

| Victoria | | 10/11/2007 | 08/11/2008 |
|---|---|---|---|
| | COUNTY | Sent. Beg. | Date Received |

Painter

### EMPLOYMENT

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 2REV | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | 6 | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Refl'y | | | LI  EFF: 10/11/2007  W EFF: 10/11/2007 |
| Det Hosp | | | |
| Det Home | | | |
| St Trans | | | |
| St Jail | | | |
| SubA TF | | | |
| TDCJ-ID | | | |
| O/Pris | | | |

ALVARADO,
Daniel
# 1517660

### ALL POSTINGS (Cont'd.)

### Transfers and Assignments

| Date | Place | Work |
|---|---|---|

(concurrent)
AGGRAVATED SEXUAL ASSAULT (1) INDECENCY WITH CHILD (1) (2-20 years)

### ILLNESS, INJURY OR DEATH - NOTIFY
Arash Saberi  (FRND)
7802  Persimmon  Trail  Austin, Texas  (512-785-478 l)  (512-707-05580)

RACE: HISPANIC        SEX: MALE        HEIGHT: 05'07"        WEIGHT: 180

COMPLEXION: LIGHT BROWN          EYES: BRO        HAIR: BRO

NATIVITY: Victoria, Victoria Co., TX                MARKS and SCARS:
MOLE NOSE, CUT SCAR TOP LFT INDEX FINGER, TAT THREE ROSES ON STEM UPR LFT
BACK, GRIM REAPER OUTSD LFT LEG

all Tattoos recorded 10-31-08 S.T.

DETAINERS:

ALVARADO,
Daniel
#1517660

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

SUMMARY:

7 arrests involving 3 violent offenses---45 days Tarrant County Jail Assault Causing Bodily Injuries (claims during argument, 44 year old white female, ex-girlfriend sister fell to the floor, claims no injuries, county jail time served, VERIFIED)--1 day Victoria County Jail (2) Indecency With Child SEXUAL Contact (would not, could not disclose details, disposition unknown, possible DETN)--2 years adult probation Victoria County 1994 DWI (revoked to County Jail time served, NOT VERIFIED)--6 months adult probation Travis County 1998 Possession Marijuana Less Than Or Equal To 2 Ounces (claims dime bag, revoked to County Jail time served, VERIFIED)--as present TDCJ-CID# 1517660, received NH 08/11/2008, maintained clear records--claims contact with parents, 2 sibling, ex-wife, 1 child--claims 1 marital failure with 1 child involved--claims divorced--admits 4 suicide attempts at age 20-41 years old by overdosing--admitted HOMOSEXUAL--possible DETN Victoria County Indecency With Child SEXUAL Contact (2)--refer to D & E Classification Summary--refer to Additional Information (code: 4, 7. 9B) dated 08/21/2008 by AZR--AKA: "Tweety"--

NFSUA: Metzger, Michael (#1066237)
          Rodriguez, Gabriel III (#1481842)

PRESENT OFFENSE SUMMARY:

The current offense of AGGRAVATED SEXUAL ASSAULT and INDECENCY WITH CHILD involves the subject on 10/01/2006, during the daytime hours in Victoria, Victoria County, Texas, the subject penetrated and FONDLED the VAGINA of the victim, Sadie Martinez, 9 year old white female, the subject girlfriend daughter with his fingers. The incident occurred while the subject was living with the victim mother Annie Martinez for approximately 10 months. Reports indicated that the incident occurred at the victim residence in her room several unknown number of times. The subject placed his hand in the victim underwear and in the swimming pool. The last occurrence that took place was 10/24/2006. The victim made an outcry to her grandmother, Betty Martinez.

VICTIM IMPACT STATEMENT:

A victim impact statement comments was completed by the guardian of the victim, her grandmother, Betty J. Martinez indicating that the victim physical injuries that was need was counseling and sociologically has effected her by loss of sleep, nightmares, no trust, loss of appetite, depression, feeling of helplessness, and other emotional injuries. Reports indicate that the grandmother is suffering from terrible effects from the crime. The subject was later arrested by Victoria County Sheriff Department 10/10/2007 and transported to the Victoria County Jail where he was unable to post an unknown amount of bond (NOT VERIFIED).

DPS #: 05289112
FBI #: 761375AC0
SSN #: 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
DL #: 14132275

CS:MF500          T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                  DATE: 05/20/10      TIME: 10:18:01

NAME: ALVARADO,DANIEL              TDC# 01517660  CUR'T CUST: S3   G2 UNIT: P
HSNG ASSIGNMENT: P C               VR CELL: G4  LAST VISITOR LIST CHANGE: 05 20 10
INMATE TYPE: ID
ALVARADO SR,SANTOS                 FA   706 S DEPOT, VICTORIA, TX
ALVARDO,MARY                       MO   706 S DEPOT, VICTORIA, TX
ALVARDO,MANUEL                     BRO  329 BURKHART, VCT, TX
ALVARDO,SANTOS JR.                 BRO  326 MATSON,PORT LAVACA, TX
HIRSCH,MICHELLE M                  COUSN 309 HICKORY GROVE,LAVERNIA, TX


VR CHILDREN UNDER 16



**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Institutional Division**

1517660          000    8/11/2008          001

**ALVARADO, DANIEL**

  

# Offender Information Details

**For Law Enforcement Agency Use Only**





Return to Search list

**SID Number:**

05289112

**TDCJ Number:**

01517660

**Name:**

ALVARADO,DANIEL

**Race:**

H

**Gender:**

M

**Hair Color:**

BRO

**Eye Color:**

BRO

**Height:**

5'07"

**Weight:**

257 lbs

**Age:**

44

**Current Facility:**

BETO

**View Large Photos**

McCollum v Alvarado-28

**Current Custody:**

G2

**Projected Release Date:**

2027-10-11

**Parole Eligibility Date:**

<u>2017-10-10</u>

**Photo Date:**

2008-08-11

| Aliases: |
|---|
| none |

| Offense History: | | | | | |
|---|---|---|---|---|---|
| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
| 2006-10-01 | AGG SEX ASLT | 2008-07-24 | VICTORIA | 08-3-23,614-D | 20-00-00 |
| 2006-10-01 | INDEC W/CHILD | 2008-07-24 | VICTORIA | 08-3-23,614-D | 20-00-00 |

| Incarceration History: | |
|---|---|
| Date In-Custody | Date Out-of-Custody |
| 2008-08-11 | Still Incarcerated |

Return to Search list

---

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or <u>webadmin@tdcj.state.tx.us</u>. This information is made available to the public and law*

TDCJ Offender Details                                                          Page 3 of 3

*enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

New Offender Search    Return to TDCJ Home Page

```
CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/20/11
INMTCICS/PMC0642     HOUSING/JOB ASSIGNMENT HISTORY           AND TIME: 12:27:48
1AQV/UC15   INMATE NAME: ALVARADO,DANIEL                 TDCNO: 01517660


HOUSING      |--HOUSING--| INM/HSG    JOB ASGN |---------JOB----------|
  DATE   UNIT |--ASGNMNT--|  CUST  AUTH   DATE  |------ASSIGNMENT------| AUTH
|-----------HOUSING COMMENT----------| |-----------JOB  COMMENT-----------|


09/06/10  B   P-2    02 B G2   GA MT   09/06/10 I/S MED SQ 01              MT
09/06/10  B   UNASGN      G2   GA      05/24/10 I/S MED SQ 01              UCC
08/03/10  B   P-2    02   G2   GA MO   05/13/10 TRANSIENT CUSTODY OVERFL MT
05/24/10  B   K-2    03   G2   G2 UCC  G2 OVERFLOW
05/19/10  B   O-2    24   G2   TR MT   04/22/10 UNASGN MEDICAL             UCC
05/13/10  B   O-1A   25   G2   TR MT   04/21/10 TRANSIENT ENROUTE (OVERN DA
05/12/10  B   A-1    09   G2   G2 MT   03/30/10 UNASGN MEDICAL            MED
04/22/10  B   D-2    19   G2   G2 UCC  03/18/10 UNASGN MEDICAL             UCC
04/22/10  HV  UNASGN      G2   TR      03/17/10 TRANSIENT ENROUTE (OVERN DDB
04/21/10  HV  E-1    13 B G2   TR DA   HG MED REL
04/21/10  TL  UNASGN      G2   MD      03/16/10 TRANSIENT ENROUTE (OVERN DDB
                                       ENRT HG


   MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR  AND/OR SIDNO _____
```

```
CSIUCR02/CSUC02      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 08/20/11
INMTCICS/PMC0642     CUSTODY HOUSING ASSIGNMENT HISTORY      AND TIME: 12:36:31
1AQV/UC02
INMATE NAME: ALVARADO,DANIEL                      TDCNO: 01517660


                CUST        HOUSING                  WORKSHEET
   DATE   RCODES CODE UNIT  ASSIGN  CELL OVERRIDE    SEQ. NO.


  020411   35    G2   B     P-2     02               99991
  020910   35    G2   B     A-3     24               99992
  062309   36    G2   B     A-3     12               99993
  052609   36    G2         A-3     12               99994
  021209   06    G2   B     A-3     12               99995
  112508   01    G2   B     UNASGN                   99996
  110308   01    G2   KN    E1      21               99997
  082808   01    G2   NH    B5                       99998




  END OF INFORMATION


ENTER THE NEXT TRANS CODE 11 AND/OR TDCNO  _____
                          AND/OR SIDNO  _____
PF1-HELP,PF3-ADDTL RECS,PF4-PREV RECS, OR SEQ. NO. TO REVIEW WORKSHEET  _____
```

```
CSIUCR07/CSUC07        TEXAS DEPARTMENT OF CRIMINAL JUSTICE      08/20/11
PMC0642  / 1AQV         UNIT CLASSIFICATION REVIEW (UCR)         12:28:01
                       CURRENT INSTITUTIONAL ADJUSTMENT RECORDS
OFFENDER NAME: ALVARADO,DANIEL            TDCJ #: 01517660 SID #: 05289112
ACTIVE DETAINERS: 00 WARRANTS: 00  UNIT: B            CMT:
SEL CODE    ADJ DATE    ADJUSTMENT RECORD DETAILS
 _  OLDOP   11-18-2008   REQ T1CCF W/OUTPT MTL HLTH SERV W/IN UTMB AREA
 _  OLDOP   11-12-2008   POSS DETN VICTORIA CO., INDEC W/CHILD-JSB
 _  OLDOP   10-22-2008   REQ OUTPT MTL HLTH SERVICES-TARPP PER HSL
 _  VR      08-27-2008   CONTACT VISIT RESTRICTION   - CHILDREN UNDER 17
 _  DRUGS   08-21-2008   DRUG ADDICTION-TREATMENT
 _  ALCOH   08-21-2008   ADMITTED ALCOHOLIC-TREATMENT
 _  OLDOP   08-21-2008   PSYCHOLOGICAL PROBLEM
 _  SU      08-21-2008   4X-20-41 YR OLD-OVERDOSE
 _  HO      08-21-2008   ADMITTED HOMOSEXUAL
 _  NFSUA   08-21-2008   01066237 METZGER,MICHAEL A
 _  NFSUA   08-21-2008   01549535 RODRIGUEZ,GABRIEL III



ID STATUS: ACTIVE FOR TDCJ# 01517660
ENTER TRAN CODE __ AND TDCJ# _____ OR SID# _____    PRINTER ID _____
F1=HELP  F4=ALIAS    F6=CODE LIST    F7=UP   F9=PRINT  F10=DETAINERS F12=MENU
F3=PREV                              F8=DOWN           F11=WARRANTS
```

```
CSHS1802              T.D.C.J. - INSTITUTIONAL DIVISION          DATE: 08/20/11
                  HEALTH SUMMARY FOR CLASSIFICATION SYSTEM       TIME: 12:37:44
                                 INQUIRY
     TDCJ-ID #: 01517660  SID #: 05289112           P   U   L   H   E   S
     NAME: ALVARADO,DANIEL                         -------------------------
     HT 5'07"  WT 257                              | 2 | 1 | 1 | 1 | 2 | 3 |
     DOB: 05 22 1967                               |---|---|---|---|---|---|
     UNIT: B        HOUSING: P-2-02B               | B | A | A | A | B | N |
     JOB: I/S MED SQ 01                            |---|---|---|---|---|---|
                                                   | P |   |   |   | P | T |
     RESTRICTIONS                                  -------------------------
     UNIT: NO RESTRICTION                  TRUSTY CAMP SUITABLE: N
     HOUSING: SINGLE CELL ONLY             WHEELCHAIR USE: NO RESTRICTI
     BUNK: NO RESTRICTIONS          ROW: NO RESTRICTIONS
     WORK: W15 W18 W19 W20 W21
     DISCIPLINARY PROCESS: CONSULT REPRESENTATIVE OF MENTAL HEALTH


     INDIVIDUALIZED TREATMENT PLAN:
                               PSYCH REPRESENTATIVE REQUIRED
     TRANSPORTATION RESTRICTIONS: NO RESTRICTION
     REVISED BY: ROE                       REVISED DATE: 05 18 2010
     PF1 -HELP  PF3 -MENU  PF4 -ADDITIONAL INFO  PF7 -UP  PF8 -DOWN
     ENTER NEXT REQUEST:/TDCNO: _____  OR SIDNO: _____
```

```
**************************************************************************
*** REQUESTOR: PMC0642 - MCCLENDON, PAUL        BETO I UNIT          ***
**************************************************************************
***                S Y S M   O U T B A S K E T   P R I N T          ***
```

MESSAGE ID: 049708       DATE: 08/20/11  TIME: 03:16pm  PRIORITY: 000

SUBJECT:   I-11924-08-11 OFFENDER DEATH


EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:.............

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11924 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - N/A    -    -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: B1    REGION II  DATE OCCURRED: 08 / 20 / 2011  TIME OCCURRED: 10:28
SPECIFIC LOCATION: P-WING /P-202/ PRMC E.R.
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: OFFICER GWENDOLYN CRIST CO 3
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):,
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED: Y YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  N NO



                          OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)  TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 ALVARADO,DANIEL               1517660    G2    H     M    44   D    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL Y YES    NO
BY: Y EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL MEDICAL CENTER (PRMC)
TREATMENT: LIFE SAVING MEASURES

                          EMPLOYEE INFORMATION
NAME (LAST, FIRST M)          SSN      RACE  SEX    AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 20 / 2011  TIME: 10 : 28 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. R. WAGNER (PRMC)
COUNTY WHERE DEATH OCCURRED: ANDERSON
```

PRELIMINARY CAUSE OF DEATH: CARDIC ARREST
NEXT OF KIN NOTIFIED Y YES   NO   DATE: 08 / 20 / 2011   TIME: 11 : 28
NAME OF NOK: SANTOS ALVARADO (BROTHER)
HUNTSVILLE FUNERAL HOME NOTIFIED Y YES    NO
JUSTICE OF PEACE NOTIFIED: Y YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND


CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                    AUTHORIZATION


WAS TEAM AUTHORIZED    YES    NO   DECONTAMINATED   YES    NO   INJURIES    YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO N

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 8/20/11 AT APPROXIMATELY 09:20 HOURS OFFICER GWENDOLYN MASON CO 3 OBSERVED
OFFENDER ALVARADO, DANIEL   1517660 LAYING ON THE TOP BUNK AS SHE WAS DOING
A COUNT.OFFICER MASON CALLED OUT TO THE OFFENDER BUT HE DID NOT RESPOND SO
SHE HIT THE BUNK, BUT HE STILL DID NOT RESPOND. OFFICER MASON INITIATED ICS
AND CALLED TO THE CCO, OFFICER CRIST WHO ASSUMED COMMAND OF THE INCIDENT AND
WHEN ADDITIONAL STAFF ARRIVED CAPT. ENNIS HAD THE CELL DOOR OPENED AND STAFF
CHECKED THE OFFENDER'S VITAL SIGNS, WITH NONE BEING NOTED. OFFENDER ALVARADO
WAS TAKEN OFF THE TOP BUNK AND PLACED ON THE FLOOR OF THE CELL AND CPR WAS
STARTED. UPON THE ARRIVAL OF THE MEDICAL STAFF THEY CHECKED THE VITAL SIGNS
AND ATTACHED AN AED WITH NO SHOCKS BEING INDICATED. THE OFFENDER WAS PLACED
ON A BACK BOARD AND CARRIED DOWN TO A GURNEY AND HE WAS TRANSPORTED TO THE
UNIT EMERGENCY ROOM WITH CPR CONTINUING DURING THE TRANSPORT. UPON ARRIVAL
OFFENDER ALVARADO WAS TREATED BY THE UNIT MEDICAL STAFF TO INCLUDE TAKING HIS
TEMPERATURE WHICH WAS 105 DEGREES. THE MEDICAL STAFF BEGAN TREATING HIM FOR
HEAT RELATED ILLNESS ALONG WITH CPR AND FOLLOWING THE AED INSTRUCTIONS. UPON
THE ARRIVAL OF THE EMT'S THEY TOOK OVER THE TREATMENT, BUT SECURITY STAFF

CONTINUED ASSISTING WITH CHEST COMPRESSIONS. OFFENDER ALVARADO WAS THEN TAKEN
TO THE AMBULANCE AND TRANSPORTED TO PALESTINE REGIONAL MEDICAL CENTER. UPON
HIS ARRIVAL AT THE EMERGENCY ROOM HE WAS TREATED BY DR. R. WAGNER AND HIS
STAFF WITH TREATMENT CONTINUING UNTIL AT 10:28 HOURS DR. WAGNER STOPPED ALL
LIFE SAVING MEASURES AND PRONOUNCED THE OFFENDER DECEASED, WITH THE DATE OF
8/20/11 AND TIME OF 10:28 HOURS AS THE OFFICAL TIME OF DEATH. SGT. KENNEDY
WAS PRESENT AT THE EMERGENCY ROOM AND HE CONTACTED THE UNIT AND INFORMED LT.
CULPEPPER AT THE UNIT OF THE DEATH OF OFFENDER ALVARADO AND LT. CULPEPPER
HAD MADE THE FOLLOWING PREVIOUS NOTIFICATIONS:

| | | |
|---|---|---|
| DUTY WARDEN | B.GORDY | 09:30 HOURS |
| CHAPLAIN | C. KISER | 09:35 HOURS |
| O.I.G. | WARREN | 09:53 HOURS |
| USE OF FORCE | P.MCCLENDON | 09:53 HOURS |
| SENIOR WARDEN | K. SCOTT | 09:54 HOURS |
| REGIONAL DIRECTOR | R. EASON | 09:55 HOURS |
| JUSTICE OF PEACE | K. DAVIS | 11:55 HOURS |

UPON THE ARRIVAL OF OFFICER MCCLENDON HE CONTACTED THE CARNES FUNERAL HOME
AT 12:15 HOURS. AT 11:28 HOURS CHAPLAIN KISER MADE CONTACT WITH THE NEXT OF
KIN, SANTOS ALVARADO (BROTHER) WHO STATED THAT THE FAMILY WOULD CLAIM THE
BODY. OFFICER MCCLENDON CONTACTED EAC AT 13:10 HOURS AND THEY ISSUED INCIDENT
NUMBER I-11924-08-11. INVESTIGATOR WARREN PROCEEDED TO THE EMERGENCY ROOM AND
STARTED HER INVESTIGATION INTO THE INCIDENT, AND AT APPROXIMATELY 13:30 HOURS
JUDGE DAVIS STARTED HIS INQUEST INTO THE DEATH. JUDGE DAVIS CONCURRED WITH
THE TIME OF DEATH AND HE ORDERED AN AUTOPSY TO DETERMINE THE CAUSE OF DEATH.
JUDGE DAVIS LEFT THE HOSPITAL AND INVESTIGATOR WARREN COMPLETED HER PART OF
THE INVESTIGATION AND PROCEEDED TO THE UNIT TO CHECK THE CELL WHICH HAD BEEN
SECURED AS A POSSIBLE CRIME SCENE IMMEDIATELY FOLLOWING THE REMOVAL OF THE
OFFENDER. AT THE TIME OF THIS MESSAGE THE INVESTIGATION IS ONGOING. SECURITY
STAFF REMAINS AT THE HOSPITAL WITH THE BODY WAITING FOR THE FUNERAL HOME TO
ARRIVE. ALL PERTINENT ADMINISTRATION HAS BEEN NOTIFED OF THE INCIDENT. IT
SHOULD BE NOTED THAT THE UNIT TEMPERATURE AT 09:30 HOURS WAS LISTED AT 92 DEG
REES WITH A HEAT INDEX OF 98 PERCENT, THE WING TEMPERATURE WAS 93 DEGREES ON
THREE ROW, AND 91 DEGREES ON TWO ROW AND ON ONE ROW AT THE TIME OF THIS
INCIDENT.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: OFFICER PAUL MCCLENDON CO 5                    DATE: 08 / 20 / 2011
AUTHORIZED BY:  WARDEN B. GORDY

Sent to:   DEATH                    (list)                    (to)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER
## SERIOUS INCIDENT REPORT FORM

EAC # I-11924-08-11

| Type of Incident | Unit Code | Date / Time Reported | | Reported By |
|---|---|---|---|---|
| Offender Death | B1 | 8/20/11 | 13:10 | P. McClendon CO 5 |

| Date / Time Occurred | | Specific Location | Gang Related | Gang Identification |
|---|---|---|---|---|
| 8/20/11 | 10:29 | P-202/ PRMC | No | N/A |

WAS INCIDENT RACIALLY MOTIVATED  ☐ Yes  ☒ No

## EMPLOYEE INFORMATION

| Name | S.S.N. # | Race | Sex | Age | Rank |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Were Employee's transferred to a Hospital ☐ Yes  ☐ No  Name of Hospital _____

## OFFENDER INFORMATION

| Name | TDCJ # | Race / Sex | Age | Custody Code | Injuries | A / V |
|---|---|---|---|---|---|---|
| Alvarado, Daniel | 1517660 | Hisp Male | 44 | G-2 | Death | V |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Were Offender's transferred to a Hospital ☒ Yes  ☐ No  Name of Hospital PRMC

## INFORMATION ON DECEASED

| Name | TDCJ # | Race/ Sex | Age | Custody Code | Injuries | A / V |
|---|---|---|---|---|---|---|
| Alvarado, Daniel | 1517660 | Hisp Male | 44 | G-2 | Death | V |
| | | | | | | |
| | | | | | | |

Date / Time Victim Pronounced Deceased 8/20/11, 10:29 hours

Name of Person Pronouncing Victim Deceased. Dr. Wagner

Preliminary Cause of Death. Unknown pending autopsy

Motive for Assault / Death. Unknown

Next of Kin Notified? ☒ Yes  ☐ No | Date / Time / By Whom?8/20/11, 11:28 hours Chaplain Kiser

Carnes Funeral Home Notified? ☒ Yes  ☐ No | Date / Time / By Whom?8/20/11 12:15 P. McClendon

Justice of Peace Notified? ☒ Yes  ☐ No | Date / Time / By Whom?8/20/11, 11:55 PRMC Staff

## ASSAILANT INFORMATION

Is the Assailant(s) undergoing interrogation by the Office of the Inspector General? ☐ Yes ☐ No

Was the Assailant at the location at the time of the discovery? ☐ Yes ☐ No

## WEAPONS INFORMATION

Weapon (describe in detail) <u>N/A</u>

## CHEMICAL AGENTS INFORMATION

| Amount | Type | Authorization |
|--------|------|---------------|
| N/A | | |
| | | |
| | | |

<u>Was Office of the Inspector General Notified?</u> ☒ Yes ☐ No

## SUMMARY OF INCIDENT

**See Attached E-mail**

Prepared by: Paul McClendon CO 3                    Date: <u>8/20/11</u>

Authorized by: Warden B. Gordy

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

**To**  Warden K. Scott

**Date**  August 20, 2011

**From**  Officer Gwendolyn Crist CO 3

**Subject**  P- Wing Incident

I Officer Crist was working as the CCO for M, N, O, & P cell block when Officer Mason informed me that there was an offender in P-202 who was un-responsive, and she needed medical and a supervisor.  I initiated ICS and called central control and requested medical and a supervisor and informed them that I was in command of the situation. Medical staff arrived and a supervisor arrived and they removed the offender from his cell and took him to the unit infirmary. I was later informed that this was Offender Alvarado, Daniel # 1517660 and that he had later died.

### Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

| To | Warden K. Scott | Date | August 20, 2011 |
|---|---|---|---|
| From | Officer Gwendolyn Crist CO 3 | Subject | P- Wing Incident |

I Officer Crist was working as the CCO for M, N, O, & P cell block when Officer Mason informed me that there was an offender in P-202 who was un-responsive, and she needed medical and a supervisor.  I initiated ICS and called central control and requested medical and a supervisor and informed them that I was in command of the situation. Medical staff arrived and a supervisor arrived and they removed the offender from his cell and took him to the unit infirmary. I was later informed that this was Offender Alvarado, Daniel # 1517660 and that he had later died.

09/09/2011  15:07    9039282228                    GEORGE BETO UNIT                    PAGE  02/02

## Texas Department of Criminal Justice
### REPRIMAND FORM

OIG#: _____ EEO# _____
MAUF/MIUF#: _____

Employee Name: __Williams__          __Brittany__    __N__        SSN:  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
               Last               First             MI

Payroll Job Title:  CO III                              Unit/Dept:  George Beto Unit
Date(s) of Violation(s): __08/20/2011__                 Date Pre-Hearing Investigation Completed:  09/07/2011
VIOLATION(S):                                           FINDINGS (check one [1]):  GUILTY
Level:  2    No.  20    Rule Title:   Violation of Statutory Authority/Court      ☒ Yes  ☐ No
                                Order/Rules/Regulations/Policies
Level: ___  No. ___  Rule Title: _____          ☐ Yes  ☒ No

Synopsis of Incident(s):
Officer Williams failed to complete her security checks required by the Wellness Check List. Staff Members were instructed on the
morning of 08/20/2011 regarding Wellness Check procedure during the first shift briefing. A review of the security cameras located on
P-Wing for 08/20/2011 show that Officer Willams arrived at her post at 0620 hrs. and made no security checks until 0708 hr clearly
violating the afore mentioned order.

DISCIPLINARY ACTION:
Is this a subsequent violation(s)?  ☐ Yes  ☒ No  If yes, list applicable previous Rule No. violation(s) and disciplinary date(s):

Check and complete one (1) or more of the following:
☐   NO DISCIPLINE IMPOSED (Provide justification at bottom of page.)
☐   REPRIMAND ONLY
☒   DISCIPLINARY PROBATION: __9__   Calendar Months Beginning: _09/09/2011_ Ending*: _06/08/2012_
*Note to Employee: If you are on a full calendar month of leave without pay during your calendar period of disciplinary probation, including a full calendar month of
suspension without pay, the probation period ending date shall be adjusted by adding one full calendar month to the original ending date. If you are in a career ladder
position, any period of disciplinary probation and an adjusted disciplinary probation ending date shall postpone future career ladder salary adjustments.
☐   SUSPENSION WITHOUT PAY:          Workdays Beginning: _____ Return: _____
☐   REDUCTION IN PAY TO:   $ _____   Beginning: _____ Ending: _____
☐   DEMOTION TO (Title/Salary Group) _____ Beginning: _____ Ending: _____
☐   DISMISSAL RECOMMENDED, WITH FOLLOWING ACTION DURING INTERIM:
      ☐ Involuntary Use of Compensatory Time/Holiday Time
      ☐ Voluntary Use of Overtime/Vacation Time (Attach a copy of PERS 24, Leave Request)
      ☐ Suspension Without Pay
      ☐ Change to Another Job Assignment
      ☐ Administrative Leave (can only be granted by the Executive Director)
DISCIPLINE IS:  ☒ Within  ☐ Above  ☐ Below the guidelines (Provide justification at bottom of page if above or below.)
For violations of Rule No. 24 or 25, check one (1) of the following: This violation ☐ did ☐ did not involve an aggravated use of excessive force.
JUSTIFICATION (If applicable):

Asst. Warden   _Bryan Coy_                    _Bryan Coy_                    _9-9-11_
Reprimanding Authority Name/Title (printed)        Signature                    Date

Employee's Acknowledgment: I have been advised of the procedures of progressive disciplinary actions, and my right to file a grievance. I
acknowledge receipt of a copy of this reprimand and know the original is to be placed in my Master Human Resources File. If recommended
for dismissal, I verify the following are my current address and phone number:

Mailing Address: _____

Phone Number, Including Area Code: _____

Employee Signature: _Brittany Williams_                    Date: _9-9-11_
Note to Employee: With few exceptions, you are entitled upon request: (1) to be informed about the information the Agency collects about you; and (2) under Texas
Government Code §§552.021 and 552.023, to receive and review the collected information. Under Texas Government Code §559.004, you are also entitled to request,
in accordance with the Agency's procedures, that incorrect information the Agency has collected about you be corrected.

Original:  Labor Relations Section, HRHQ (with copy of support documentation)
Copy:  Employee
Copy:  Unit/Department Employee Disciplinary File

PERS 185 (01/09)



I-11924-08-11

```
*************************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY     EMERGENCY ACTION CENTER      *
*************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                    *
```

MESSAGE ID: 049706        DATE: 08/20/11  TIME: 13:44    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      CKI5977 - KISER, CHARLES
           CHAPLAIN II
           BETO I UNIT

SUBJECT:   DEATH NOTIFICATION


```
*************************DEATH NOTIFICATION*************************
```
INMATE: ALVARADO, DANIEL            TDCJ# 1517600
DATE OF DEATH: 08/20/2011
CUSTODY: G2        STATUS: S3      RACE: H        DOB: 05/22/67 AGE: 44
CAUSE OF DEATH: CARD. ARST;PEND. AUT TIME: 1028    DOCTOR: WAGNER
PLACE OF DEATH: PRMC ER, PALESTINE, TX
DUTY WARDEN: GORDY                   TIME: 0930
JUSTICE OF THE PEACE: DAVIS          TIME: 1155
TDCJ-ID-IAD: WARREN                  TIME: 0958
CARNES FUNERAL HOME:                 TIME: 1315
CHAPLAIN: KISER                      TIME: 0935
EAC:                                 TIME: 1310
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  ) UNABLE TO CONTACT
N.O.K. SANTOS ALVARADO        TIME 1138    HRS   PHONE 361-482-9926
ADDRESS: 526 MATSON RD.       FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: PORT LAVACA, TX 77979
LOCATION OF BODY: PRMC, PALESTINE, TX
LOCATION OF INMATE PROPERTY: BETO


Sent to:   HSMA016              DEATH RECS/CAROLYN MCMILLIAN   (to)
           HVWAR01              HUNTSVILLE_WARDENS_OFFICE      (to)
           CHAPSUP              HARDIN, LAWANA                 (to)
           HQEAC01              CENTER, EMERGENCY ACTION       (to)
           CAS7772              ASHWORTH, CARISE               (to)
           KEN2430              ENLOE, KELLY                   (to)
```

*FRL*

*Offender Death*

```
******************************************************************
*** REQUESTOR: SSA9688 - SALLEE, STACEY     EMERGENCY ACTION CENTER    **
******************************************************************
***          S Y S M   I N B A S K E T   P R I N T               **

MESSAGE ID: 049708      DATE: 08/20/11  TIME: 15:16   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      PMC0642 - MCCLENDON, PAUL
           USE OF FORCE OFFICER
           BETO I UNIT

SUBJECT:   I-11924-08-11 OFFENDER DEATH


EAC USE ONLY:  DATE REPORTED:.....8·20·11.......TIME REPORTED:....1310....

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11924 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - N/A  --   --
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: B1   REGION II  DATE OCCURRED: 08 / 20 / 2011  TIME OCCURRED: 10:28
SPECIFIC LOCATION: P-WING /P-202/ PRMC E.R.
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: OFFICER GWENDOLYN CRIST CO 3
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A     B      C.     D     E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  Y YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  N NO



                         OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)    TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
• ALVARADO,DANIEL              • 1517660   • 62  • H   • M  .44   D    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL Y YES    NO
BY: Y EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL MEDICAL CENTER (PRMC)
```

TREATMENT: LIFE SAVING MEASURES

## EMPLOYEE INFORMATION

NAME (LAST, FIRST M)              SSN        RACE    SEX     AGE          RANK

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES    NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES    NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 20 / 2011  TIME: 10 : 28 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. R. WAGNER (PRMC)
COUNTY WHERE DEATH OCCURRED: ANDERSON
PRELIMINARY CAUSE OF DEATH: CARDIC ARREST
NEXT OF KIN NOTIFIED Y YES    NO  DATE: 08 / 20 / 2011  TIME: 11 : 28
NAME OF NOK: SANTOS ALVARADO (BROTHER)
HUNTSVILLE FUNERAL HOME NOTIFIED Y YES    NO
JUSTICE OF PEACE NOTIFIED: Y YES    NO

### DESCRIPTION OF WEAPON(S) CONTRABAND

## CHEMICAL AGENT INFORMATION
AMOUNT                         LIST TYPE                    AUTHORIZATION

WAS TEAM AUTHORIZED    YES    NO    DECONTAMINATED    YES    NO   INJURIES    YES    NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO N

### IF YES, INDICATE APPLICABLE

PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS

STAD-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 8/20/11 AT APPROXIMATELY 09:20 HOURS OFFICER GWENDOLYN MASON CO 3 OBSERVED
OFFENDER ALVARADO, DANIEL   1517660 LAYING ON THE TOP BUNK AS SHE WAS DOING
A COUNT.OFFICER MASON CALLED OUT TO THE OFFENDER BUT HE DID NOT RESPOND SO
SHE HIT THE BUNK, BUT HE STILL DID NOT RESPOND. OFFICER MASON INITIATED ICS
AND CALLED TO THE CCO, OFFICER CRIST WHO ASSUMED COMMAND OF THE INCIDENT AND
WHEN ADDITIONAL STAFF ARRIVED CAPT. ENNIS HAD THE CELL DOOR OPENED AND STAFF
CHECKED THE OFFENDER'S VITAL SIGNS, WITH NONE BEING NOTED. OFFENDER ALVARADO
WAS TAKEN OFF THE TOP BUNK AND PLACED ON THE FLOOR OF THE CELL AND CPR WAS
STARTED. UPON THE ARRIVAL OF THE MEDICAL STAFF THEY CHECKED THE VITAL SIGNS
AND ATTACHED AN AED WITH NO SHOCKS BEING INDICATED. THE OFFENDER WAS PLACED
ON A BACK BOARD AND CARRIED DOWN TO A GURNEY AND HE WAS TRANSPORTED TO THE
UNIT EMERGENCY ROOM WITH CPR CONTINUING DURING THE TRANSPORT. UPON ARRIVAL
OFFENDER ALVARADO WAS TREATED BY THE UNIT MEDICAL STAFF TO INCLUDE TAKING HIS
TEMPERATURE WHICH WAS 105 DEGREES. THE MEDICAL STAFF BEGAN TREATING HIM FOR
HEAT RELATED ILLNESS ALONG WITH CPR AND FOLLOWING THE AED INSTRUCTIONS. UPON
THE ARRIVAL OF THE EMT'S THEY TOOK OVER THE TREATMENT, BUT SECURITY STAFF
CONTINUED ASSISTING WITH CHEST COMPRESSIONS. OFFENDER ALVARADO WAS THEN TAKEN
TO THE AMBULANCE AND TRANSPORTED TO PALESTINE REGIONAL MEDICAL CENTER. UPON
HIS ARRIVAL AT THE EMERGENCY ROOM HE WAS TREATED BY DR. R. WAGNER AND HIS
STAFF WITH TREATMENT CONTINUING UNTIL AT 10:28 HOURS DR. WAGNER STOPPED ALL
LIFE SAVING MEASURES AND PRONOUNCED THE OFFENDER DECEASED, WITH THE DATE OF
8/20/11 AND TIME OF 10:28 HOURS AS THE OFFICAL TIME OF DEATH. SGT. KENNEDY
WAS PRESENT AT THE EMERGENCY ROOM AND HE CONTACTED THE UNIT AND INFORMED LT.
CULPEPPER AT THE UNIT OF THE DEATH OF OFFENDER ALVARADO AND LT. CULPEPPER
HAD MADE THE FOLLOWING PREVIOUS NOTIFICATIONS:

|                   |              |             |
|-------------------|--------------|-------------|
| DUTY WARDEN       | B.GORDY      | 09:30 HOURS |
| CHAPLAIN          | C. KISER     | 09:35 HOURS |
| O.I.G.            | WARREN       | 09:53 HOURS |
| USE OF FORCE      | P.MCCLENDON  | 09:53 HOURS |
| SENIOR WARDEN     | K. SCOTT     | 09:54 HOURS |
| REGIONAL DIRECTOR | R. EASON     | 09:55 HOURS |
| JUSTICE OF PEACE  | K. DAVIS     | 11:55 HOURS |

UPON THE ARRIVAL OF OFFICER MCCLENDON HE CONTACTED THE CARNES FUNERAL HOME
AT 12:15 HOURS. AT 11:28 HOURS CHAPLAIN KISER MADE CONTACT WITH THE NEXT OF
KIN, SANTOS ALVARADO (BROTHER) WHO STATED THAT THE FAMILY WOULD CLAIM THE
BODY. OFFICER MCCLENDON CONTACTED EAC AT 13:10 HOURS AND THEY ISSUED INCIDENT
NUMBER I-11924-08-11. INVESTIGATOR WARREN PROCEEDED TO THE EMERGENCY ROOM AND
STARTED HER INVESTIGATION INTO THE INCIDENT, AND AT APPROXIMATELY 13:30 HOURS

JUDGE DAVIS STARTED HIS INQUEST INTO THE DEATH. JUDGE DAVIS CONCURRED WITH
THE TIME OF DEATH AND HE ORDERED AN AUTOPSY TO DETERMINE THE CAUSE OF DEATH.
JUDGE DAVIS LEFT THE HOSPITAL AND INVESTIGATOR WARREN COMPLETED HER PART OF
THE INVESTIGATION AND PROCEEDED TO THE UNIT TO CHECK THE CELL WHICH HAD BEEN
SECURED AS A POSSIBLE CRIME SCENE IMMEDIATELY FOLLOWING THE REMOVAL OF THE
OFFENDER. AT THE TIME OF THIS MESSAGE THE INVESTIGATION IS ONGOING. SECURITY
STAFF REMAINS AT THE HOSPITAL WITH THE BODY WAITING FOR THE FUNERAL HOME TO
ARRIVE. ALL PERTINENT ADMINISTRATION HAS BEEN NOTFIED OF THE INCIDENT. IT
SHOULD BE NOTED THAT THE UNIT TEMPERATURE AT 09:30 HOURS WAS LISTED AT 92 DEG
REES WITH A HEAT INDEX OF 98 PERCENT, THE WING TEMPERATURE WAS 93 DEGREES ON
THREE ROW, AND 91 DEGREES ON TWO ROW AND ON ONE ROW AT THE TIME OF THIS
INCIDENT.


(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: OFFICER PAUL MCCLENDON CO 5              DATE: 08 / 20 / 2011
AUTHORIZED BY:  WARDEN B. GORDY

Sent to:    DEATH                 (list)                      (to)