UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 199

 **Texas Department of Criminal Justice**

**Brad Livingston**
Executive Director

**DATE:** October 2012

**TO:** William L. Stephens
Deputy Director Prison/Jail Management

**THRU:** Robert Eason
Director
Region II

**FROM:** Susan Bauer
Assistant Regional Director
Region II

JAN 4 2013

## REGION II 90 DAY FOLLOW UP

**UNIT:** Joe F. Gurney Transfer Facility

**INCIDENT#:** I-11026-08-12

**DATE OF INCIDENT:** August 03, 2012

**TYPE OF INCIDENT:** Offender Death

**SYNOPSIS OF INCIDENT:** On August 3, 2012 at approximately 1805 hours, COIII Staycee Gibson was notified by an unidentified offender that an offender in B1-109 needed medical treatment. Officer Gibson notified COV Damian Clark who responded. Upon arrival to bunk 109 Officer Clark observed Offender Adams, Rodney #1797921, lying on the bunk and appeared to be having a seizure. Officer Gibson initiated the Incident Command System.

Medical staff arrived and Offender Adams was placed on a gurney and escorted to unit infirmary. An examination was conducted by LVN Cynthia Wilbanks. The offender's temperature was taken and Offender Adams core temperature was 109.9 degrees. LVN Wilbanks called 911 and requested an ambulance. Offender Adams was covered with ice packs in an attempt to bring his core temperature down. EMS staff transported Offender Adams to Palestine Regional Medical Center in Palestine, Texas. Offender Adams was placed on life support with a preliminary diagnosis of heat stroke and care flighted to East Texas Medical Center in Tyler, Texas.

At ETMC Offender Adams was admitted into ICU where he remained on life support and received extensive medical procedures such as blood and plasma transfusions; however, Offender Adams condition continued to deteriorate.

On August 03, 2012, at approximately 2012 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams, the daughter of Offender Adams. Chaplain Taylor informed Ms Adams of the condition of her father and that Warden Goings had given permission for family members to visit with their father.

On August 04, 2012, at approximately 1741 hours, Dr. David Jones pronounced Offender Adams deceased. The cause of death is pending the results of an autopsy. At approximately 1808 hours, Senior Warden Reginald Goings was notified of the death. At approximately 1813 hours, Office of the Inspector General, Investigator Mark Owens, was contacted. Investigator Owens proceeded to ETMC and initiated a preliminary investigation, with assigned case number #2012-02955. At approximately 1823 hours, Justice of the Peace Mitch Shamburger, in consultation with Dr Jones, concurred with the death pronouncement. At approximately 2050 hours, Lieutenant Terry Bagley arrived at ETMC and took photographs of Offender Adams. Lieutenant Bagley remained with Offender Adams to ensure agency policies regarding the handling of deceased offenders were adhered to. On August 05, 2012 at approximately 0015 hours, Kevin Cole, a representative of the Carnes Funeral Home arrived at ETMC and took possession of the remains.

On August 04, 2012, at approximately 1830 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams again. Ms Adams was informed of the death Offender Adams. Ms Adams stated the she would claim the body and did not object to an autopsy.

A unit investigation was initiated in this incident. A review of the available records reveals that on August 02, 2012, Offender Adams arrived at the Gurney Unit from Wise County. Offender Adams was issued a Styrofoam cup for his use during the process through intake. The Styrofoam cup was to remain with him for use during his stay at the Gurney Unit. During the intake process it was noted that Offender Adams had bruising to the left side of his face and a scrape on his chin. The injuries were sustained while in the care of Wise County Sheriff's Department. According to Offender Adams' county records, Offender Adams passed out on the evening of July 29, 2012, at approximately 2355 hours. This resulted in the injuries to his face. His Blood sugar was taken and noted to be 71. Offender Adams was given an orange to eat and instructed to eat breakfast the following morning and then go to medical for treatment. Offender Adams was seen and treated on July 30, 2012. This Information was verified by Sergeant Lance Larson from the Wise County Sheriff's Department. Offender Adams did not register a comment or complaint in regard to his injuries to any staff member on the Gurney Unit. Offender Adams did not report any medical conditions to staff during the intake process. After reviewing the meal scanners it was noted that Offender Adams did eat two meals, one on August 02, 2012 at 1625 hours and one on August 03, 2012 at 1649 hours. The outside air temperature at the time of this incident was 102 degrees Fahrenheit with the humidity at 38 percent for a heat index of 110 degrees Fahrenheit. The dorm temperate was 91.6 degrees Fahrenheit.

The Gurney Unit is taking the following steps to prevent heat related illness: staff are conducting wellness check every thirty minutes. Signs have been posted reminding offenders to stay hydrated. Fresh ice water is put in the dorms three times a day in General Population. Ice water is offered to offenders in Separation Housing twice a day during first shift. Ice water is served to General Population during each meal. Hot water in the showers has been turned off so offenders may cool down in the showers. The purge fans in each dormitory are operated continually to increase air flow. Each dorm has had four additional industrial fans added. There is no outside recreation when the outside temperature is 95 degrees or higher. Offenders are allowed to wear commissary purchased shorts and t-shirts while in the dayrooms. Ice coolers are located in the Receiving Department so newly received offenders may start to hydrate immediately upon their arrival. All newly received offenders are issued Styrofoam cups.

Furthermore, both staff and offenders are trained on heat awareness and precautions in accordance with AD10.54, Temperature Extremes in the Work Place.

Incident: I-11026-08-12 / Offender Death / Joe F. Gurney Transfer Facility

Regional Director / Assistant Regional Director Comments:

On August 3, 2012 at approximately 1805 hours, COIII Staycee Gibson was notified by an unidentified offender that an offender in B1-109 needed medical treatment. Officer Gibson notified COV Damian Clark who responded. Upon arrival to bunk 109 Officer Clark observed Offender Adams, Rodney #1797921, lying on the bunk and appeared to be having a seizure. Officer Gibson initiated the Incident Command System.

Medical staff arrived and Offender Adams was placed on a gurney and escorted to unit infirmary. An examination was conducted by LVN Cynthia Wilbanks. The offender's temperature was taken and Offender Adams core temperature was 109.9 degrees. LVN Wilbanks called 911 and requested an ambulance. Offender Adams was covered with ice packs in an attempt to bring his core temperature down. EMS staff transported Offender Adams to Palestine Regional Medical Center in Palestine, Texas. Offender Adams was placed on life support with a preliminary diagnosis of heat stroke and care flighted to East Texas Medical Center in Tyler, Texas.

At ETMC Offender Adams was admitted into ICU where he remained on life support and received extensive medical procedures such as blood and plasma transfusions; however, Offender Adams condition continued to deteriorate.

On August 03, 2012, at approximately 2012 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams, the daughter of Offender Adams. Chaplain Taylor informed Ms Adams of the condition of her father and that Warden Goings had given permission for family members to visit with their father.

On August 04, 2012, at approximately 1741 hours, Dr. David Jones pronounced Offender Adams deceased. The cause of death is pending the results of an autopsy. At approximately 1808 hours, Senior Warden Reginald Goings was notified of the death. At approximately 1813 hours, Office of the Inspector General, Investigator Mark Owens, was contacted. Investigator Owens proceeded to ETMC and initiated a preliminary investigation, with assigned case number #2012-02955. At approximately 1823 hours, Justice of the Peace Mitch Shamburger, in consultation with Dr Jones, concurred with the death pronouncement. At approximately 2050 hours, Lieutenant Terry Bagley arrived at ETMC and took photographs of Offender Adams. Lieutenant Bagley remained with Offender Adams to ensure agency policies regarding the handling of deceased offenders were adhered to. On August 05, 2012 at approximately 0015 hours, Kevin Cole, a representative of the Carnes Funeral Home arrived at ETMC and took possession of the remains.

On August 04, 2012, at approximately 1830 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams again. Ms Adams was informed of the death Offender Adams. Ms Adams stated the she would claim the body and did not object to an autopsy.

A unit investigation was initiated in this incident. A review of the available records reveals that on August 02, 2012, Offender Adams arrived at the Gurney Unit from Wise County. Offender Adams was issued a Styrofoam cup for his use during the process

through intake. The Styrofoam cup was to remain with him for use during his stay at the Gurney Unit. During the intake process it was noted that Offender Adams had bruising to the left side of his face and a scrape on his chin. The injuries were sustained while in the care of Wise County Sheriff's Department. According to Offender Adams' county records, Offender Adams passed out on the evening of July 29, 2012, at approximately 2355 hours. This resulted in the injuries to his face. His Blood sugar was taken and noted to be 71. Offender Adams was given an orange to eat and instructed to eat breakfast the following morning and then go to medical for treatment. Offender Adams was seen and treated on July 30, 2012. This Information was verified by Sergeant Lance Larson from the Wise County Sheriff's Department. Offender Adams did not register a comment or complaint in regard to his injuries to any staff member on the Gurney Unit. Offender Adams did not report any medical conditions to staff during the intake process. After reviewing the meal scanners it was noted that Offender Adams did eat two meals, one on August 02, 2012 at 1625 hours and one on August 03, 2012 at 1649 hours. The outside air temperature at the time of this incident was 102 degrees Fahrenheit with the humidity at 38 percent for a heat index of 110 degrees Fahrenheit. The dorm temperate was 91.6 degrees Fahrenheit.

The Gurney Unit is taking the following steps to prevent heat related illness: staff are conducting wellness check every thirty minutes. Signs have been posted reminding offenders to stay hydrated. Fresh ice water is put in the dorms three times a day in General Population. Ice water is offered to offenders in Separation Housing twice a day during first shift. Ice water is served to General Population during each meal. Hot water in the showers has been turned off so offenders may cool down in the showers. The purge fans in each dormitory are operated continually to increase air flow. Each dorm has had four additional industrial fans added. There is no outside recreation when the outside temperature is 95 degrees or higher. Offenders are allowed to wear commissary purchased shorts and t-shirts while in the dayrooms. Ice coolers are located in the Receiving Department so newly received offenders may start to hydrate immediately upon their arrival. All newly received offenders are issued Styrofoam cups. Furthermore, both staff and offenders are trained on heat awareness and precautions in accordance with AD10.54, Temperature Extremes in the Work Place.

This office will review this report for updates in 90 days.

Signature: _____ Date: _08-17-2012_
Robert Eason
Region II Director

TR
IW                                                                        TA

*Offender Illness DEATH*
*(Heat)*

```
**********************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA     EMERGENCY ACTION CENTER  **
**********************************************************************
***                S Y S M   I N B A S K E T   P R I N T           **

MESSAGE ID: 019928       DATE: 08/04/12  TIME: 00:46    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      CM00016 - CRUTCHER, MICHAEL
           LIEUTENANT
           GURNEY UNIT                                    wdn notified
                                                          18:50
SUBJECT:   I-11026-08--12

EAC USE ONLY:  DATE REPORTED:......8/3.........TIME REPORTED:....2/57.....

EMERGENCY ACTION CENTER INCIDENT NO:  I - 11026 - 08 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - N/A  -- -
TYPE OF INCIDENT: OFFENDER HEAT RELATED ILLNESS
UNIT: ND    REGION II  DATE OCCURRED: 08 / 03 / 2012  TIME OCCURRED: 1805
SPECIFIC LOCATION: B-BUILDING DORM-1 BUNK-09
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
   A       B       C       D       E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:    YES  X NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 ADAMS, RODNEY                    1797921    G2     W     M   45   N    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL HOSPITAL
TREATMENT: LIFE SUPPORT
```

EMPLOYEE INFORMATION

| NAME (LAST, FIRST M) | SSN | RACE | SEX | AGE | | RANK |
|---|---|---|---|---|---|---|
| N/A | N/A | N | N | NA | N/A | |

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: NA / NA / N/A    TIME: NA : NA PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: N/A
COUNTY WHERE DEATH OCCURRED: N/A
PRELIMINARY CAUSE OF DEATH: N/A
NEXT OF KIN NOTIFIED    YES X NO   DATE: NA /    /        TIME: NA :
NAME OF NOK: N/A
CARNES FUNERAL HOME NOTIFIED    YES X NO
JUSTICE OF PEACE NOTIFIED:    YES X NO

DESCRIPTION OF WEAPON(S) CONTRABAND
N/A
N/A
N/A
N/A

CHEMICAL AGENT INFORMATION

| AMOUNT | LIST TYPE | AUTHORIZATION |
|---|---|---|
| N/A | N/A | N/A |

WAS TEAM AUTHORIZED    YES X NO    DECONTAMINATED    YES X NO    INJURIES    YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

IF YES, INDICATE APPLICABLE

| | |
|---|---|
| PARCEL SCANNER | N/A |
| WALK THROUGH METAL DETECTOR | N/A |
| HAND HELD METAL DETECTOR | N/A |
| B.O.S.S. CHAIR | N/A |
| VIDEO SURVEILLANCE | N/A |
| HEARTBEAT DETECTION SYSTEMS | N/A |
| BODY ALARM | N/A |
| PERIMETER FENCE DETECTION SYSTEMS | N/A |
| STAB-RESISTANT VEST | N/A |
| NARCOTIC DETECTOR CANINE | N/A |
| CELL PHONE DETECTOR CANINE | N/A |
| PACK CANINES | N/A |

S.A.R. CANINES                                    N/A
CADAVER CANINES                                   N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM            N/A
OTHER:  N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
   ON 08-03-2012 AT APPROXIMATELY 1805 HOURS, ON THE JOE F. GURNEY TRANSFER
FACILITY, LOCATED IN REGION II IN PALESTINE, TEXAS, SECURITY STAFF WAS
ALERTED DURING A WELLNESS CHECK THAT OFFENDER ADAMS, RODNEY  1797921 WAS
HAVING A SEIZURE. OFFENDER ADAMS IS HOUSED IN B-1 BUILDING DORM-1 BUNK-09.

OFFENDER ADAMS, RODNEY  1797921 IS A 45 YEAR OLD WHITE MALE IN G2 CUSTODY
SERVING A 4-YEAR SENTENCE OUT OF WISE COUNTY FOR DRIVING WHILE INTOXICATED.
HE IS 6'2" TALL AND WEIGHS 185 POUNDS.

SECURITY STAFF CALLED VIA RADIO FOR A SUPERVISOR, ADDITIONAL STAFF, AND
MEDICAL STAFF TO RESPOND TO B-1 BUILDING. AT 1808 HOURS ADDITIONAL STAFF
ARRIVED ON THE BUILDING. LVN PAMELA GRAVES ARRIVED ON B-1 BUILDING AT 1811
HOURS AND DETERMINED THAT OFFENDER ADAMS WOULD NEED TO BE TRANSPORTED VIA
AMBULANCE TO THE PALESTINE REGIONAL HOSPITAL LOCATED IN PALESTINE, TEXAS. THE
911 CALL WAS MADE AT THAT TIME. OFFENDER ADAMS WAS THEN ESCORTED TO THE UNIT
MEDICAL DEPARTMENT ON A GURNEY.

ONCE IN THE UNIT MEDICAL DEPARTMENT, LVN CYNTHIA WILBANKS EXAMINED OFFENDER
ADAMS AND NOTED AN INTERNAL TEMPERATURE OF 109.9 DEGREES. LVN WILBANKS ALSO
PLACED ICE PACKS ON OFFENDER ADAMS. IT WAS AT THAT TIME THE AMBULANCE ARRIVED
ON THE JOE F. GURNEY UNIT. THE TIME NOTED WAS 1825 HOURS. AT 1845 HOURS THE
AMBULANCE TRANSPORTED OFFENDER ADAMS TO THE PALESTINE REGIONAL HOSPITAL. THE
MEDICAL STAFF AT THE PALESTINE REGIONAL HOSPITAL ASSESSED OFFENDER ADAMS AND
PLACED HIM ON LIFE SUPPORT AT 1920 HOURS. THEY ALSO DETERMINED THAT OFFENDER
ADAMS HAD SUFFERED A HEAT STROKE. MEDICAL STAFF ORDERED OFFENDER ADAMS TO BE
TRANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER, TEXAS VIA LIFE FLIGHT.
OFFENDER ADAMS WAS TRANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER,
TEXAS VIA LIFE FLIGHT. AT THE TIME OF THIS REPORT, OFFENDER ADAMS REMAINS AT
THE EAST TEXAS MEDICAL CENTER. ANY CHANGES TO HIS CONDITION WILL BE FORWARDED
IMMEDIATELY.

LET IT BE NOTED THAT AT THE TIME OF OFFENDER ADAMS'S ILLNESS, THE OUTSIDE
TEMPERATURE WAS RECORDED AT 102 DEGREES WITH A HUMIDITY OF 38 PERCENT. THE
TEMPERATURE INSIDE B-BUILDING DORM-1 WAS RECORDED AT 91.6 DEGREES.

WARDEN REGINALD GOINGS WAS NOTIFIED OF THE SITUATION AT 1850 HOURS. AT 2151
HOURS TERESA ALFORD OF THE EMERGENCY ACTION CENTER WAS NOTIFIED AND ISSUED
INCIDENT NUMBER I-11026-0812.
IT SHOULD ALSO BE NOTED THAT OFFENDER ADAMS'S CONDITION WAS HEAT RELATED AND
NOT DUE TO STAFF OR OFFENDER AGGRESSION.

C.R.I.S.P. WAS OFFERED TO ALL INVOLVED AND ALL REFUSED.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SHANE CRUTCHER                DATE: 08 / 04 / 2012
AUTHORIZED BY: WARDEN REGINALD GOINGS

Sent to:    EAC                    (list)                    (to)

TK
Death

I-11026-08-12

_Update_

*********************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA       EMERGENCY ACTION CENTER     *:
*********************************************************************
***          S Y S M   I N B A S K E T   P R I N T                        *:

MESSAGE ID: 021143        DATE: 08/05/12   TIME: 01:33      PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     CM00016 - CRUTCHER, MICHAEL
          LIEUTENANT
          GURNEY UNIT

SUBJECT:  I-11026-08-12 ADDENDUM


ADDENDUM TO I-11026-08-12:

ON 08-03-2012 AT APPROXIMATELY 1845, OFFENDER ADAMS, RODNEY #1797921,
HOUSED IN B-BUILDING DORM-1 BUNK-09, WAS TRANSPORTED TO THE PALESTINE
REGIONAL HOSPITAL IN PALESTINE, TEXAS. AT 1920 HOURS THE MEDICAL STAFF
AT THE PALESTINE REGIONAL HOSPITAL PLACED OFFENDER ADAMS ON LIFE
SUPPORT AND DETERMINED THAT OFFENDER ADAMS WOULD NEED TO BE TRANSPORTED
TO THE EAST TEXAS MEDICAL CENTER. OFFENDER ADAMS WAS TRANSPORTED TO THE
EAST TEXAS MEDICAL CENTER VIA LIFE FLIGHT AT 2200 HOURS. UPON
OFFENDER ADAMS'S ARRIVAL TO EAST TEXAS MEDICAL CENTER AT 2220 HOURS HE
WAS PLACED IN INTENSIVE CARE UNIT #2262. AT 2155 HOURS, OFFENDER
ADAMS'S NEXT OF KIN, ASHLEY ADAMS, WAS NOTIFIED OF OFFENDER ADAMS'S
CONDITION BY CHAPLAIN THOMAS TAYLOR.

ON 08-04-2012, AT APPROXIMATELY 1741 HOURS, OFFENDER ADAMS PASSED AWAY.
DR. DAVID JONES OF THE EAST TEXAS MEDICAL CENTER PRONOUNCED HIM
DECEASED AT 1750 HOURS. DR. DAVID JONES RULED THE CAUSE OF DEATH WAS
PENDING AUTOPSY, BUT THE PRELIMINARY CAUSE OF DEATH WAS HYPERTHERMIA.
THE NEXT OF KIN, ASHLEY ADAMS WAS CONTACTED AND DID NOT OBJECT TO THE
AUTOPSY BEING PERFORMED BY THE UNIVERSITY OF TEXAS MEDICAL CENTER IN
GALVESTON, TEXAS.

AT 1808 HOURS, WARDEN REGINALD GOINGS WAS CONTACTED AND INFORMED OF
OFFENDER ADAMS'S PASSING. AT 1813 HOURS, MARK OWENS, WITH THE OFFICE OF
THE INSPECTOR GENERAL WAS CALLED AND AT 1823 HOURS, CHAPLAIN THOMAS
TAYLOR WAS ALSO CALLED.

THE JUSTICE OF THE PEACE, MITCH SHAMBURGER, WAS NOTIFIED AT 1807 HOURS
AND AT 1843 HOURS PRONOUNCED OFFENDER ADAMS DECEASED OVER THE PHONE AND
AGREED WITH DR. DAVID JONES'S TIME OF DEATH OF 1750 HOURS.

CARNES FUNERAL HOME REPRESENTATIVE, ELI MARQUEZ, WAS NOTIFIED AT 1823
HOURS. KEVIN COLE, WITH THE CARNES FUNERAL HOME RETRIEVED OFFENDER
ADAMS'S BODY AT 0015 HOURS ON 08-05-2012.

LIEUTENANT SHANE CRUTCHER
JOE F. GURNEY UNIT

Sent to:    EAC                    (list)                    (to)

I- 11026 -08 -11

2

I - 11026 - 08 - 12

```
**************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY      EMERGENCY ACTION CENTER    *
**************************************************************
***          S Y S M   I N B A S K E T   P R I N T                       *
```

MESSAGE ID: 021460       DATE: 08/05/12  TIME: 08:01     PRIORITY: 000

TO:          HQEAC01 - CENTER, EMERGENCY ACTION
             GENERAL TERMINAL
             EMERGENCY ACTION CENTER

FROM:        TTA4090 - TAYLOR, THOMAS
             CHAPLAIN II
             GURNEY UNIT

SUBJECT:     DEATH NOTIFICATION


```
**********************DEATH NOTIFICATION**********************
```

INMATE: ADAMS, RODNEY            TDCJ# 1797921
DATE OF DEATH: 08/04/2012
CUSTODY: G2        STATUS: ACTIVE     RACE: W/M        DOB: 10/02/66 AGE: 45
CAUSE OF DEATH: PENDING AUTOPSY     TIME: 1750 HR DOCTOR: D. JONES
PLACE OF DEATH: ETMC TYLER
DUTY WARDEN: R. GOINGS              TIME: 1808 HRS
JUSTICE OF THE PEACE: M. SCHAMBURGER TIME: 1807 HRS
TDCJ-ID-IAD: MARK OWENS            TIME: 1813 HRS
CARNES FUNERAL HOME: ELI MARQUEZ   TIME: 1823 HRS
CHAPLAIN: THOMAS TAYLOR            TIME: 1825 HRS
EAC: TERESA ALFORD I-11026-0812    TIME: 2151 HRS
APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  )  UNABLE TO CONTACT
N.O.K. ASHLEY ADAMS          TIME 1830     HRS     PHONE 940 368-8985
ADDRESS: 303 EDNA STREET      FAMILY WILL( X ) WILL NOT(  ) CLAIM BODY
ADDRESS: WEATHERFORD TX 76086
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: NONE


Sent to:    HSMA016           DEATH RECS/CAROLYN MCMILLIAN  (to)
            HVWAR01           HUNTSVILLE_WARDENS_OFFICE     (to)
            CHAPSUP           KELLUM, MERLINE              (to)
            HQEAC01           CENTER, EMERGENCY ACTION     (to)
            CAS7772           ASHWORTH, CARISE D. "CARI"   (to)
            KEN2430           ENLOE, KELLY                 (to)
            RGO8509           GOINGS, REGINALD             (to)
            PRA3069           RAYFORD, JERRY               (to)
            MGR7512           GRAHAM, MIKE                 (to)
            EBR1993           BROWN, ERNEST                (to)
            TTA4090           TAYLOR, THOMAS               (to)
```



**Texas Department of Criminal Justice**

———————————————————— Brad Livingston



Administrative Review
**Incident # I-11026-08-12**
Texas Department of Criminal Justice
Correctional Institutions Division
Joe F. Gurney Transfer Facility
August 07, 2012

| | |
|---|---|
| **To:** | Emergency Action Center |
| | Huntsville, Texas |
| **Through:** | Mr. Robert Eason |
| | Region II Director |
| **Subject:** | I-11062-08-12 |
| | Offender Death (Cause Pending) |

**Persons
Involved:** **Offender Adams, Rodney TDCJ-CID #1797921 (Offender Death, Heat Related Illness).**
Offender Adams is a 6'02", 185 lbs, forty-five (45) year, white male in G2 custody, serving a four (4) year sentence for Driving While Intoxicated out of Wise County.

**Summary:** On August 03, 2012, at approximately 1805 hours, Correctional Officer III Staycee Gibson, assigned to the B1 Building Control, was notified by an unidentified offender, via the dorm intercom, in B building 1 dorm that the offender housed in B1-09 bunk required medical assistance. Officer Gibson, via the building intercom, requested that Correctional Officer V Damian Clark, who was assigned as the B1 Building Rover to proceed to 1 dorm. Officer Gibson initiated the Incident Command System (I.C.S.), which included a request for a supervisor, medical staff, and a gurney.

Officer Clark entered 1 Dorm and observed offender Adams lying on B1-09 bunk having what appeared to be a seizure, in that offender Adams was "twitching" and his breathing was labored. Offender Adams skin was hot to the touch. Offender Adams was not responsive to Officer Clark's questions. Officer Clark remained with the offender until Sergeant Michael Black arrived on scene. Medical Staff arrived on the building and offender Adams was placed on a gurney and offender Adams was escorted to the unit medical department.

An examination was conducted by Licensed Vocational Nurse Cynthia Wilbanks. An internal temperature was taken and the thermometer registered offender Adams core temperature at 109.9 degrees Fahrenheit (°F). Nurse Wilbanks immediately called 911 and requested an ambulance to respond to the Gurney unit. Offender Adams was covered with ice packs in an attempt to bring his temperature down. At approximately 1825 hours the ambulance arrived at the Gurney unit and the Emergency Medical Services (E.M.S.) staff began administering medical attention to offender Adams. At approximately 1845 hours the ambulance departed the Gurney unit in route to Palestine Regional Medical Center (P.R.M.C.). Upon arriving at P.R.M.C., a follow-up assessment was conducted and offender Adams was placed on life support with a preliminary diagnosis of heat stroke. The decision was made to transport offender Adams to East Texas Medical Center (E.T.M.C.), via a Life Flight Helicopter. At approximately 2220 hours, the flight arrived at E.T.M.C. and offender Adams was assigned to the intensive care unit (I.C.U.) room #2262. Offender Adams remained on life support. Extensive medical procedures, such blood and plasma replacement therapies were initiated; however, offender Adams continued to deteriorate.

On August 04, 2012, at approximately 1741 hours, Doctor David Jones, M.D., pronounced offender Adams deceased. The cause of death is pending the results of the autopsy. Correctional Officer V Thelma Rodriguez and Correctional Officer V Billy McClaine were maintaining security at the time of the offender's death. At approximately 1808 hours, Senior Warden Reginald Goings was notified of the death. At approximately 1813 hours, Office of the Inspector General (O.I.G.), Investigator Mark Owens, was contacted. Investigator Owens proceeded to E.T.M.C. and initiated a preliminary investigation, with assigned case number #2012-02955. At approximately 1823 hours, Justice of the Peace Mitch Shamburger, in consultation with Dr. Jones, concurred with the death pronouncement. At approximately 2050 hours Lieutenant Terry Bagley arrived at E.T.M.C. and took photographs of the offender and remained to ensure Agency policy regarding the handling of deceased offenders was adhered. On August 05, 2012, at approximately 0015 hours, Kevin Cole, the representative of the Carnes Funeral Home arrived at E.T.M.C. and took possession offender Adams body.

A unit investigation was initiated into this incident. A review of the available records reveals that on August 02, 2012, offender Adams arrived at the Gurney Unit from Wise County. Offender Adams was issued a Styrofoam cup for his use during the process through intake. This cup was to remain with him for use during his stay at the Gurney unit. During the intake process it was noted that offender Adams had bruising to the left side of his face and a scrape on his chin. The injuries were sustained at Wise County Jail as verified by Sergeant Lance Larson, Wise County Sheriff's Office. Offender Adams did not register a comment or complaint in regards to his injuries to any staff member on the Gurney unit. Offender Adams did not report any medical conditions to staff. Offender Adams ate two (2) meals at the Gurney Unit. Once on August 02, 2012 at approximately 1625 hours and on August 03, 2012, at approximately 1649 hours. The outside air temperature at the time of this incident was 102 degrees Fahrenheit (°F) with the humidity at 38 percent for a heat index of 110 degrees °F. The dorm temperature was 91.6 degrees °F.

The next of kin, Ms Ashley Adams (daughter) was contacted twice.  On August 03, 2012, at approximately 2155 hours, the first time she was contacted, it was to inform her of offender Adams condition and to authorize a visit between offender Adams and his family.  On August 04, 2012, at approximately 1830 hours, the second time she was contacted, it was to inform the family of offender Adams' death.  Ms. Adams did not protest the autopsy and stated that the family would claim the body for burial.

**Employee
Action/Inaction:**  An investigation into this incident revealed that employee action/inaction was not a factor.  Staff conducted themselves in a professional manner and recognized the probability of a serious incident when presented with the evidence.  The medical department conducted a physical examination and noted the seriousness of offender Adams condition and took all precautionary measures.  No policy violation or inappropriate actions were identified.  As of August 09, 2012, the autopsy results are pending

**Attachments:**

| | |
|---|---|
| Report by: | Major Incident Checklist |
| Report by: | E-Mail Message 019928 |
| Report by: | E-Mail Message 019676 |
| Report by: | E-Mail Message 021143 |
| Report by: | E-Mail Message 074042 |
| Report by: | TNG-93, Serious Incident Report Form |
| Report by: | Correctional Officer III Staycee Gibson Statement |
| Report by: | Correctional Officer V Damian Clark Statement |
| Report by: | Lieutenant Shane Crutcher Statement x 2 |
| Report by: | Sergeant Michael Black Statement |
| Report by: | Correctional Officer V James Burgess Statement |
| Report by: | Correctional Officer V Barbara Brook Statement |
| Report by: | Correctional Officer V Tony Roy Statement |
| Report by: | Captain Mike Graham Statement |
| Report by: | Lieutenant Terry Bagley Statement |
| Report by: | Correctional Officer V Billy Conaway Statement |
| Report by: | Correctional Officer IV Steve McGee Statement |
| Report by: | Correctional Officer V Thelma Rodriguez Statement |
| Report by: | AA III Jody Pritchard Statement |
| Report by: | Chaplain Thomas Taylor Statement |
| Report by: | Offender Statements x 1 |
| Report by: | Digital Photo's X 7 of Offender Adams, Rodney #1797921 |
| Report by: | Offender Travel Card, Adams, Rodney #1797921 |
| Report by: | RM-03, Offender Adams, Rodney #1797921 |
| Report by: | RM-04, Offender Adams, Rodney #1797921 |
| Report by: | Transport Order Form |

| | |
|---|---|
| Report by: | Autopsy Order form |
| Report by: | O.I.G. Investigators Report of Custodial Death |
| Report by: | Offender Property Inventory (PROP-05) |
| Report by: | Inmate Transfer Roster (I-056) |
| Report by: | Correctional Managed Care Notes |
| Report by: | Outside Temperature Log ND/Gurney |
| Report by: | Wellness Check Log B1 Building |
| Report by: | Dorm Temperature Log (08-03-2012) |
| Report by: | Transport Staff notes |
| Report by: | County Offender Cup Issue Log |
| Report by: | Meal Inquiry by TDCJ-ID |
| Report by: | Email from Sergeant Lance Larson, W.C.S.O. |
| Report by: | East Texas Medical Center Case Notes (Packet) |
| Report by: | Heat Exhaustion/Heat Stroke mitigation procedures |
| Report by: | Licensed Vocational Nurse Cynthia Wilbanks Statement |
| Report by: | Licensed Vocational Nurse Pamela Graves Statement |

**Administrative Review:  Wardens/Administrative Supervisors Comments:**

The staff and supervisors reacted to and investigated this incident in a manner consistent with Agency polices.  Gurney Unit Medical Staff provided a medical assessment of Offender Adam, Rodney #1797921, and acted in the best interest of this offender.  There was no employee negligence identified during this incident.  Prior to this incident the measures enacted by the Gurney Unit to mitigate heat related illness are as follows:

Water coolers and Ice water were located in each housing area.  The Ice was replaced daily at 0900, 1300, and 1700 hours.

Offenders were permitted to wear commissary purchased shorts and t-shirts while in the dormitory, dayroom, and recreation yards.

Purge fans in each dormitory were ran continuously to assist in air—flow.

No outside recreation when outside temperature was 95 degrees °F and climbing.

Newly received offenders are issued a Styrofoam cup with assigned TDCJ number on to use for drinking water.  This issuance is documented by offender signature.

Ice water cooler placed in the Receiving department to start hydrating newly received offender upon their entry onto the Gurney Unit.

Hot water turned off to allow for cooler water temperatures in housing area showers.

Offenders are authorized additional showers in housing areas to keep cool.

Water provided with all offender meals.

Additional procedures will be considered and reviewed to enhance the procedures already in place to further lessen the possibility of a heat related illness.

Signature and Date: _S. Greeny A. F. Artus_   _8-14-12_
Reginald Goings
Senior Warden
Joe F. Gurney Transfer Facility

Incident: I-11026-08-12 / Offender Death / Joe F. Gurney Transfer Facility

Regional Director / Assistant Regional Director Comments:

On August 3, 2012 at approximately 1805 hours, COIII Staycee Gibson was notified by an unidentified offender that an offender in B1-109 needed medical treatment. Officer Gibson notified COV Damian Clark who responded. Upon arrival to bunk 109 Officer Clark observed Offender Adams, Rodney #1797921, lying on the bunk and appeared to be having a seizure. Officer Gibson initiated the Incident Command System.

Medical staff arrived and Offender Adams was placed on a gurney and escorted to unit infirmary. An examination was conducted by LVN Cynthia Wilbanks. The offender's temperature was taken and Offender Adams core temperature was 109.9 degrees. LVN Wilbanks called 911 and requested an ambulance. Offender Adams was covered with ice packs in an attempt to bring his core temperature down. EMS staff transported Offender Adams to Palestine Regional Medical Center in Palestine, Texas. Offender Adams was placed on life support with a preliminary diagnosis of heat stroke and care flighted to East Texas Medical Center in Tyler, Texas.

At ETMC Offender Adams was admitted into ICU where he remained on life support and received extensive medical procedures such as blood and plasma transfusions; however, Offender Adams condition continued to deteriorate.

On August 03, 2012, at approximately 2012 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams, the daughter of Offender Adams. Chaplain Taylor informed Ms Adams of the condition of her father and that Warden Goings had given permission for family members to visit with their father.

On August 04, 2012, at approximately 1741 hours, Dr. David Jones pronounced Offender Adams deceased. The cause of death is pending the results of an autopsy. At approximately 1808 hours, Senior Warden Reginald Goings was notified of the death. At approximately 1813 hours, Office of the Inspector General, Investigator Mark Owens, was contacted. Investigator Owens proceeded to ETMC and initiated a preliminary investigation, with assigned case number #2012-02955. At approximately 1823 hours, Justice of the Peace Mitch Shamburger, in consultation with Dr Jones, concurred with the death pronouncement. At approximately 2050 hours, Lieutenant Terry Bagley arrived at ETMC and took photographs of Offender Adams. Lieutenant Bagley remained with Offender Adams to ensure agency policies regarding the handling of deceased offenders were adhered to. On August 05, 2012 at approximately 0015 hours, Kevin Cole, a representative of the Carnes Funeral Home arrived at ETMC and took possession of the remains.

On August 04, 2012, at approximately 1830 hours, Chaplain Thomas Taylor contacted Ms Ashley Adams again. Ms Adams was informed of the death Offender Adams. Ms Adams stated the she would claim the body and did not object to an autopsy.

A unit investigation was initiated in this incident. A review of the available records reveals that on August 02, 2012, Offender Adams arrived at the Gurney Unit from Wise County. Offender Adams was issued a Styrofoam cup for his use during the process

through intake. The Styrofoam cup was to remain with him for use during his stay at the Gurney Unit. During the intake process it was noted that Offender Adams had bruising to the left side of his face and a scrape on his chin. The injuries were sustained while in the care of Wise County Sheriff's Department. According to Offender Adams' county records, Offender Adams passed out on the evening of July 29, 2012, at approximately 2355 hours. This resulted in the injuries to his face. His Blood sugar was taken and noted to be 71. Offender Adams was given an orange to eat and instructed to eat breakfast the following morning and then go to medical for treatment. Offender Adams was seen and treated on July 30, 2012. This Information was verified by Sergeant Lance Larson from the Wise County Sheriff's Department. Offender Adams did not register a comment or complaint in regard to his injuries to any staff member on the Gurney Unit. Offender Adams did not report any medical conditions to staff during the intake process. After reviewing the meal scanners it was noted that Offender Adams did eat two meals, one on August 02, 2012 at 1625 hours and one on August 03, 2012 at 1649 hours. The outside air temperature at the time of this incident was 102 degrees Fahrenheit with the humidity at 38 percent for a heat index of 110 degrees Fahrenheit. The dorm temperate was 91.6 degrees Fahrenheit.

The Gurney Unit is taking the following steps to prevent heat related illness: staff are conducting wellness check every thirty minutes. Signs have been posted reminding offenders to stay hydrated. Fresh ice water is put in the dorms three times a day in General Population. Ice water is offered to offenders in Separation Housing twice a day during first shift. Ice water is served to General Population during each meal. Hot water in the showers has been turned off so offenders may cool down in the showers. The purge fans in each dormitory are operated continually to increase air flow. Each dorm has had four additional industrial fans added. There is no outside recreation when the outside temperature is 95 degrees or higher. Offenders are allowed to wear commissary purchased shorts and t-shirts while in the dayrooms. Ice coolers are located in the Receiving Department so newly received offenders may start to hydrate immediately upon their arrival. All newly received offenders are issued Styrofoam cups. Furthermore, both staff and offenders are trained on heat awareness and precautions in accordance with AD10.54, Temperature Extremes in the Work Place.

This office will review this report for updates in 90 days.

Signature: _____ Date: 08-17-2012

Robert Eason
Region II Director

MAJOR INCIDENT CHECKLIST

EAC#: __I-11026-08-12_____   DATE OF INCIDENT: __08/03/2012_____

| ATTACHMENT | INCLUDED | PENDING | N/A |
|---|---|---|---|
| | | | |
| EMAIL REPORTING INCIDENT TO EAC (CAN BE COPY) | X | | |
| SERIOUS INCIDENT REPORT (TNG 93) MUST BE ORIGINAL WITH 2 SIGNATURES | X | | |
| STATEMENTS, IF APPLICABLE, FROM STAFF & /OR OFFENDERS **(9)** | X | | |
| PHOTOGRAPHS (IDENTIFY BY NAME, (7) TDCJ#, DATE, INCIDENT#) MUST BE ORIGINAL | X | | |
| TRAVEL CARD TO INCLUDE CURRENT VISITATION (COPY) | X | | |
| OFFENDER PROTECTION INVESTIGATION WITH UCC ACTION | | | X |
| IF AN OFFENDER DEATH INCLUDE: a. TRANSPORT ORDER FORM b. AUTOPSY ORDER FORM c. CUSTODIAL DEATH REPORT | | | X |
| RM-03 & RM-04 | X | | |
| COPY OF DISCIPLINARY REPORT (IF WRITTEN) | X | | |
| IF TRANSFERRED OFF UNIT COPY OF TRANSPORT ORDER FORM | | | X |
| STG INVESTIGATION IF CONDUCTED & PERTINENT TO INCIDENT | | | X |
| | | | |

- REQUIRED ONLY IN THE EVENT OF AN OFFENDER DEATH.

REVIEWED BY:

MAJOR: _____   DATE: _8-7-12____

ASST. WARDEN: _____   DATE: _____

WARDEN: _____   DATE: _8-14-12_____

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

**EAC # I-11026-08-12**

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Heat Related Illness | ND | 08/03/12   2151 hours | Lt. Shane Crutcher |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08/03/12   1805 hours | B-Building Dorm-1 Bunk-09 | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED? (☐) YES    (☒) NO

## EMPLOYEE INFORMATION

| Name | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL? (☐) YES    (☒) NO

## OFFENDER INFORMATION

| Name | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Adams, Rodney | 1797921 | W/M | 45 | G2 | heat stroke | V |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL? (☒) YES    (☐) NO    NAME OF HOSPITAL: E.Texas Medical Center

## INFORMATION ON DECEASED

| Name | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED: N/A

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED: N/A

PRILIMINARY CAUSE OF DEATH:  N/A

MOTIVE FOR ASSAULT/DEATH: N/A

NEXT OF KIN NOTIFIED? (☐) YES    (☒) NO    DATE/TIME/BY WHOM: N/A

HUNTSVILLE FUNERAL HOME NOTIFIED? (☐) YES    (☒) NO    DATE/TIME/BY WHOM: N/A

JUSTICE OF PEACE NOTIFIED?    (☐) YES    (☒) NO    DATE/TIME/BY WHOM: N/A

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL? (☐) YES          (☒) NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?          (☐) YES          (☒) NO

WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL): <u>N/A</u>

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED? (☐) YES          (☒) NO

## SUMMARY OF INCIDENT

On 08-03-2012 at approximately 1805 hours, on the Joe F. Gurney Transfer Facility, located in Region II in Palestine, Texas, security staff was alerted during a wellness check that Offender Adams, Rodney #1797921 was having a seizure. Offender Adams is housed in B-1 Building Dorm-1 Bunk-09.

Offender Adams, Rodney #1797921 is a 45 year old white male in G2 Custody serving a 4-year sentence out of Wise County for Driving While Intoxicated. He is 6'2" tall and weighs 185 pounds.

Security staff called via radio for a supervisor, additional staff, and medical staff to respond to B-1 Building. At 1808 hours additional staff arrived on the building. LVN Pamela Graves arrived on B-1 Building at 1811 hours and determined that Offender Adams would need to be transported via ambulance to the Palestine Regional Hospital located in Palestine, Texas. The 911 call was made at that time. Offender Adams was then escorted to the Unit Medical Department on a gurney.

Once in the Unit Medical Department, LVN Cynthia Wilbanks examined Offender Adams and noted an internal temperature of 109.9 degrees. LVN Wilbanks also placed ice packs on offender Adams. It was at that time the ambulance arrived on the Joe F. Gurney Unit. The time noted was 1825 hours. At 1845 hours the ambulance transported Offender Adams to the Palestine Regional Hospital. The medical staff at the Palestine Regional Hospital assessed Offender Adams and placed him on Life Support at 1920 hours. They also determined that Offender Adams had suffered a heat stroke. Medical staff ordered Offender Adams to be transported to the East Texas Medical Center in Tyler, Texas via Life Flight. Offender Adams was transported to the East Texas Medical Center in Tyler, Texas via Life Flight. At the time of this report, Offender Adams remains at the East Texas Medical Center. Any changes to his condition will be forwarded immediately.

Let it be noted that at the time of Offender Adams's illness, the outside temperature was recorded at 102 degrees with humidity of 38 percent. The temperature inside B-Building Dorm-1 was recorded at 91.6 degrees.

Warden Reginald Goings was notified of the situation at 1850 hours. At 2151 hours Teresa Alford of the Emergency Action Center was notified and issued Incident Number I-11026-08-12.

It should also be noted that Offender Adams's condition was heat related and not due to staff or offender aggression.

C.R.I.S.P. was offered to all involved and all refused.

**PREPARED BY:**  Lieutenant Shane Crutcher                        **DATE:**  08/03/2012

**AUTHORIZED BY:**  Warden Reginald Goings



Texas Department of Criminal Justice
### CORRECTIONAL INSTITUTIONS DIVISION

# Inter-Office Communications

**To**   Whom It May Concern          **Date**   08/03/2012

**From**   Officer Staycee Gibson COIII     **Subject**   Offender Adam, Rodney #1797921

On 08/03/2012 at approximately 1805 hours, I, Officer Staycee Gibson COIII, was assigned as the B-1 Building Picket Officer. I was notified by an offender in Dorm-1 via the intercom that an offender in Dorm-1 was having a seizure. The offender was later identified as Offender Adams, Rodney #1797921 housed in B-Building Dorm-1 Bunk-09. I immediately notified Officer Damian Clark COV, the officer assigned as the B-1 Building Rover. Officer Clark responded to Dorm 1. I requested a supervisor via radio. After entering into Dorm-1 and observing the offender, Officer Clark requested via the radio for a supervisor, additional staff, and medical staff to respond to B-1 Building. A supervisor, additional staff, and medical staff arrived on the building and escorted Offender Adams on a gurney to the Unit Medical Department.

*Staycee Gibson*
CO³
8/3/2012

Page 1 of 1

**SO-4**



Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION

# Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/03/2012 |
|---|---|---|---|
| **From** | Officer Damian Clark COV | **Subject** | Offender Adams, Rodney #1797921 |

On 08/03/2012 at approximately 1805 hours, I, Officer Damian Clark COV, was assigned as the B-1 Building Rover. Officer Staycee Gibson COIII, the officer assigned as the B-1 Building Picket Officer, alerted me that an offender in B-1 Dorm was having a seizure. The offender was later identified as Offender Adams, Rodney #1797921 housed in B1-09. I immediately entered Dorm-1 where I was directed to B1-09. Offender Adams, Rodney #1797921 was lying on his bunk, twitching with labored breathing. Offender Adams's skin was hot to the touch. I then called via radio for a supervisor, additional staff, and medical staff to respond to B-1 Building for an offender who was having a seizure. I remained with the offender until a supervisor, additional staff, and medical staff arrived on the building. Offender Adams was then escorted on a gurney from the building enroute to the Unit Medical Department.

Offender Adams did not have any property to secure other than a pair of eyeglasses.

I resumed my duties.

*Damian Clark*
*COV*  8-03-2012

Page 1 of 1

**SO-4**



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

# Inter-Office Communications

| | | | |
|---|---|---|---|
| **To** | Warden Reginald Goings | **Date** | 08/03/2012 |
| **From** | Lt. Shane Crutcher | **Subject** | I-11026-08-12 |

On 08/03/2012 at approximately 1805 hours, security staff on B-1 Building was alerted during a wellness check that Offender Adams, Rodney #1797921, housed in B-1 Building Dorm-1 Bunk-09, appeared to be having a seizure.

Offender Adams, Rodney #1797921 is a 45 year old white male in G2 custody serving a 4-year sentence out of Wise County for Driving While Intoxicated. He is 6'2" tall and weighs 185 pounds.

Security staff called via radio for a supervisor, additional security staff, and medical staff to respond to B-1 Building. At 1808 hours additional staff arrived on B-1 Building. At 1811 hours LVN Pamela Graves arrived on B-1 Building with a gurney and determined that Offender Adams would need to be transported via ambulance to Palestine Regional Hospital in Palestine, Texas. A call for an ambulance was made at that time. Offender Adams was escorted via the gurney to the Unit Medical Department. Once in the Unit Medical Department, LVN Cynthia Wilbanks examined Offender Adams and noted an internal temperature of 109.9 degrees. LVN Wilbanks also placed ice packs on Offender Adams. The ambulance arrived on the Joe F. Gurney Unit at approximately 1825 hours. At 1845 hours the ambulance transported Offender Adams to the Palestine Regional Hospital. Medical staff at the Palestine Regional Hospital assessed Offender Adams and placed him on Life Support. The time noted was 1920 hours. Medical Staff also determined that he had suffered a heat stroke. Medical staff also decided to transport Offender Adams to the East Texas Medical Center in Tyler, Texas via Life Flight. Offender Adams was transported via Life Flight Helicopter to the East Texas Medical Center. At the time of this report Offender Adams remains at the East Texas Medical Center in Tyler, Texas. Any changes to his condition will be forwarded immediately.

Let it be noted that at the time of Offender Adams's illness the outside temperature was recorded at 102 degrees with humidity of 38 percent. The temperature inside B-Building Dorm-1 was recorded at 91.6 degrees.

Warden Reginald Goings was notified of the situation at 1850 hours. At 2151 hours Teresa Alford with the Emergency Action Center was contacted and issued Incident Number I-11026-08-12.

Page 1 of 1

**SO-4**

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
Joe F. Gurney Unit



# Inter-Office Communications

**To**  Cpt. Manning        **Date**  August 3, 2012

**From**  Lieutenant Michael Crutcher      **Subject**  Offender Adams

      On 8-3-12 at approximately 1805, a call was received requesting additional staff and meical personnel to B-1 building for an offender having a seizure. Sgt. Michael Black immediately responded to B-1 and I went to infirmary to ensure a wheel chair was enroute. Officer Pamela Wickware COV was pushing a wheel chair towards B-1 and via rado, I informed Sgt. Michael Black that a wheel chair was enroute. He then stated, on the radio, that a gurney, rather than a wheel chair, would be needed. As the gurney was being sent, Sgt. Black informed me that the medical staff present on B-1 wanted me to call 9-1-1, which was done immediately. The offender was brought into medical on the gurney and taken into the E.R where, after his temperature was taken, ice was placed in bags and placed around the offender. At this time, E.M.T's arrived and placed the offender their gurney and loaded him into the ambulance. The offender was then taken to Palestine Regional Medical Center.

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
Joe F. Gurney Unit



## Inter-Office Communications

**To**  Cpt. Manning                          **Date**  August 3, 2012

**From**  Sgt. Michael Black                   **Subject**  Offender Adams

On 8-3-12 at approximately 1805, I Sgt. Michael Black responded to a call for assistance on B-1 building, due to an offender having a seizure. When I arrived on B-1 the offender was lying on his bunk and was unresponsive. Officer Pamela Wickware COV was enroute with a wheel chair. I informed Lt. Michael Crutcher that a gurney would be needed instead of a wheelchair. I stayed with the offender until medical arrived. At that time the nurse informed me that, due to the offender's high body temperature, a call needed to be placed to 911. I then informed Lt. Crutcher and 911 was contacted. I remained on B-1 until the offender was escorted out. I then returned to my normal duties.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
Inter-Office Communication

**TO:**  Warden Reginald Goings          .          **DATE:**  August 3, 2012

**FROM:**   Officer James Burgess          **SUBJECT:**   Offender Adams, Rodney#1797921

On August 3, 2012, at approximately 1430 hours, I Officer James Burgess relieved B1 Control Picket to take over my position as Picket Control Officer. Officer Brooke, Barbara and I checked and observed all offender's from 1430 hours until nearly 1745 hours. I did find an offender at chow time that was in distress. A supervisor and nurses came and took him to medical. He lived in B3-03 Nickerson, all the other offender's were OK and went to chow, without any problems. All checks (well-ness) were made. I did not notice offender Adam, Rodney #1797921 in distress when chow returned and he did not complain. During count at 1720, I again did not notice any problems with offender Adams, Rodney #1797921. I was relieved at 1744 hours and did not know of a problem when we were relieved.

Correctional Officer V
James Burgess
First Shift "B" Card

Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION
Joe F. Gurney Unit
## Inter-Office Communications

To      Lieutenant Terry Bagley                      Date      August 9, 2012

From    COV Barbara Brooke     *BB*               Subject   Offender Adams, Rodney 1797921


On August 3, 2012 while conducting the 1700 hour count I, Officer Brooke did not observe any offenders displaying any signs of discomfort nor did any offenders make any complaints of medical distress.  However, at approximately 1615 hours I initiated the Incident Command System via hand held radio requesting a supervisor and medical staff to B1-building 3 dorm due to an offender appeared to be having difficulty breathing.  The offender was identified as offender Nickerson, Charles #1797560.  Sergeant Michael Herrington arrived to the building within minutes after the call and assumed command of the incident.  Medical staff arrived shortly after Sergeant Herrington and offender Nickerson was escorted by wheelchair from the building.

At no time did offender Adams, Rodney 1797921 make any medical complaints to me nor did I observe him having any signs of medical distress while assigned as the B1-building Rover.

*B. Brooke IB*
*8-3-2012*



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

# Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/03/2012 |
|---|---|---|---|
| **From** | Officer Tony Roy COV | **Subject** | Offender Adams, Rodney #1797921 |

On 08/03/2012 at approximately 1845 hours, I, Officer Tony Roy COV, was instructed by my supervisors to maintain security on Offender Adams, Rodney #1797921 in an ambulance as he was being transported to the Palestine Regional Hospital in Palestine, Texas. Upon the arrival of the ambulance to the Palestine Regional Hospital, Offender Adams was examined by medical staff that placed him on Life Support. The time noted was 1920 hours. Medical staff also determined that Offender Adams had suffered a heat stroke. It was also their order that Offender Adams be transported to the East Texas Medical Center in Tyler, Texas via Life Flight. At 2130 hours I was relieved by Officer Richard Perry COIV. I returned to the Joe F. Gurney Unit and resumed my normal duties.

Page 1 of 1

**SO-4**

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
Joe F. Gurney Unit



# Inter-Office Communications

**To**   Reginald Goings, Warden                  **Date**   August 07, 2012

**From**   Mike Graham, Captain                  **Subject**   Adams, Rodney Gerald # 1797921

Offender Adams, Rodney Gerald TDCJ-ID # 1797921 arrived on the Joe F. Gurney Unit from Wise County on August 02, 2012. On August 03, 2012 I departed the unit at approximately 1800 hours and returned to the unit at approximately 1915 hours after being notified offender Adams had been transported from the unit by ambulance with a body core temperature of 109 degrees at approximately 1845 hours.. I was also informed that offender Adams was placed on life support at approximately 1920 hours. I proceeded to the Offender Records Office where I tried to locate offender Adams travel card. I was unable to locate any information on offender Adams. I checked offenders Adams' UCR screens and was able to determine that he was sentenced from county 249. I could not find a county listing readily available in offender records. Lt. Shane Crutcher was able to assist me and identified Wise County as county number 249. I initiated the rotation of newly received offenders assigned to B1 and B2 buildings in the education department by bringing every offender in B-1 building to education in the air-conditioning. Ice water was made available to all the offenders.

No person on duty at this time of day has internet access.. I contacted Chaplain Thomas Taylor at approximately 1945 hours by telephone and informed him of the situation. I explained to him I could not locate a travel card on the offender and there was no information available on the UCR classification screens. Chaplain Taylor went on-line and gave me 940-627-5971 as the phone number to the Wise County Sheriff's Office. I called the number and spoke to Officer Basham, Wise County Jailer, who provided me with the name and address of offender Adams' mother as on file with the Sheriff's Office. Next of Kin on record is:

> Wanda Adams (mother)
> 201 Chisolm Hill Drive
> Rhone, TX 767078
> Ph: 940-353-9526

I notified Warden Goings of the status at approximately 2135 hours and Warden Sperry at 2138 hours. Chaplain Taylor notified me that he made contact with Wanda Adams at approximately 2140 hours. At approximately 2155 hours Chaplain Taylor notified me that there was a new next of kin. She was identified as Ashley Adams, a 22 year old daughter – phone # 940-368-8985. I departed the unit at approximately 2245 hours with no change in offender Adams status.

_Mike Graham_
_Captain_



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

# Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/04/2012 |
| **From** | Lt. Terry Bagley | **Subject** | I-11026-08-12 |

On 08/03/2012 at approximately 1845 Offender Adams, Rodney #1797921, housed in B-Building Dorm-1 Bunk-09, was transported to the Palestine Regional Hospital in Palestine, Texas. At 1920 hours the Medical Staff at the Palestine Regional Hospital placed Offender Adams on Life Support and determined that Offender Adams would need to be transported to the East Texas Medical Center in Tyler, Texas. Offender Adams was transported to the East Texas Medical Center via Life Flight at 2200 hours. Upon Offender Adams's arrival to East Texas Medical Center at 2220 hours he was placed in Intensive Care Unit #2262. At 2155 hours, Offender Adams's next of kin, Ashley Adams, was notified of Offender Adams's condition by Chaplain Thomas Taylor.

On 08/04/2012, at approximately 1741 hours, Offender Adams passed away. Dr. Jones of the East Texas Medical Center pronounced him deceased at 1750 hours. Dr. Jones, David ruled the cause of death was pending autopsy, but the preliminary cause of death was hyperthermia. The next of kin, Ashley Adams was contacted and did not object to the autopsy being performed by the University of Texas Medical Center in Galveston, Texas.

At 1808 hours Warden Reginald Goings was contacted and informed of Offender Adams's passing. At 1813 hours, Mark Owens, with the Office of the Inspector General was called and at 1823 hours, Chaplain Thomas Taylor was also called.

Carnes Funeral Home representative, Eli Marquez, was notified at 1823 hours. Kevin Cole, with the Carnes Funeral Home retrieved Offender Adams's body at 0015 hours on 08/05/2012.

The Justice of the Peace, Mitch Shamburger, was notified at 1807 hours and at 1843 hours pronounced Offender Adams deceased over the phone and agreed with Dr. David Jones's time of death of 1750 hours.

I, Lieutenant Terry Bagley, reported to the East Texas Medical Center in Tyler, Texas at 2050 hours and took photographs of Offender Adams. I remained at the hospital to ensure all procedures were adhered to and all arrangements were made. I then returned to the Joe F. Gurney Unit.

Page 1 of 1

**SO-4**



Texas Department of Criminal Justice
### CORRECTIONAL INSTITUTIONS DIVISION

## Inter-Office Communications

**To**   Whom It May Concern          **Date**   08/05/2012

**From**   Officer Billy Conaway COV          **Subject**   Offender Adams, Rodney #1797921

On 08/04/2012, I, Officer Billy Conaway COV, was instructed to go to East Texas Medical Center with Officer Steven McGee COIV to relieve First Shift Officers, Officer Thelma Rodriguez COV and Officer Billy McClain COV. We arrived at the Intensive Care Unit #2622 of East Texas Medical Center at 1850 hours. The officers instructed Officer McGee and I that Offender Adams, Rodney #1797921 had passed away at 1750 hours. At 2018 hours, Buddy Fletcher, of the Office of the Inspector General arrived. At 2052 hours Lt. Terry Bagley arrived to take photographs of Offender Adams. Buddy Fletcher and Lt. Bagley enter the hospital room and took photographs of the offender. On 08/05/2012 at 0010 hours, Kevin Cole with the Carnes Funeral Home arrived to claim the body of Offender Adam. At 0015 hours OMT was called and informed of the situation. Officer McGee and I returned to the Joe F. Gurney Unit.

*Billy Conaway COV*

Page 1 of 1

**SO-4**



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

# Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/05/2012 |
|---|---|---|---|
| **From** | Officer Steven McGee COIV | **Subject** | Offender Adams, Rodney #1797921 |

On 08/04/2012, I, Officer Steven McGee COIV, was instructed to go to East Texas Medical Center with Officer Billy Conaway COV to relieve Officer Thelma Rodriguez COV and Officer Billy McClain COV the first shift officers assigned to maintain security over Offender Adams, Rodney #1797921. We arrived at the East Texas Medical Center at 1850 hours and reported to Intensive Care Unit #2622. The first shift officers informed Officer Conaway and I that Offender Adams had passed away at 1750 hours. At 2018 hours, Buddy Fletcher, of the Office of the Inspector General arrived at the hospital. Lt. Terry Bagley arrived at the hospital at 2052 hours. Lt. Bagley and Buddy Fletcher enter the hospital room and took photographs of Offender Adams. On 08/05/2012 at 0010 hours, Kevin Cole with the Carnes Funeral Home arrived at the hospital to claim the remains of Offender Adams. At 0015 hours OMT was called and informed of the situation. Officer Conaway and I returned to the Joe F. Gurney Unit.

*Steven McGee COIV*

Page 1 of 1

**SO-4**

Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION
Joe F. Gurney Unit



# Inter-Office Communications

**To**   Cpt. Manning         **Date**    August 4 2012

**From**  Thelma Rodriguez, COV.     **Subject**    Offender Adams

At 6:52 am , myself, Officer Thelma Rodriguez COV, and Officer Billy McClaine COV, arrived at ETMC to relieve the 2cd shift officers.. While at the hospital, I and Officer McClaine relayed information to the unit and maintained security on Offender Adams, #1797921. At approximately 4:58 pm, the hospital staff unplugged all IV drops, at 5:41 pm, the ventilator was turned off and at 5:50 pm, Offender Adams was pronounced dead by Dr. Jones.

*(signature)*
8/4/12

Texas Department of Criminal Justice

# Inter-Office Communications

**To**   Capt. Santee Manning                    **Date**   08-07-2012

**From**   Jody Pritchard AAIII/Intake Department   **Subject**   Offender Adams, Rodney Gerald


On Thursday, August 2, 2012 Offender Adams, Rodney Gerald TDCJ #1797921 was
received with the incoming chain for that afternoon. Offender Adams was processed
in the Photo & ID department which included having his mugshot photograph taken
for use in making a permanent ID card. Offender Adams had his picture taken and
a temporary paper ID was printed. It was noted at this time that Offender Adams
had a bandaid on his face which showed up in the photograph. Offender Adams was
brought back into the Photo & ID office and was rephotographed without the bandaid.
The bandaid was to the left of his left eye in the left temple area. Offender Adams
made the remark that he had forgotten that the bandaid was there as it had been
on his face for three (3) days. The temporary ID photograph was printed and given
to the offender. The permanent ID card was processed and activated for commissary
use as usual. It was not given to the offender as Offender Adams was already off
the unit when he would have been scheduled to receive the ID card.
This is for your information.

Jody Pritchard
AAIII/intake Department
Joe F. Gurney Unit

SO-4

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

# Inter-Office Communications

To     WARDEN GOINGS       Date    **AUGUST 5, 2012**

                                                      Death of Offender

From    Chaplain Thomas Taylor           Subject  ADAMS, RODNEY #1797921

On August 4, 2012 at 1750 hrs Gurney Unit Offender Adams, Rodney # 1797921 passed away at East Texas Medical Center Tyler. Following is the scenario of events as they happened pertaining to me as the Chaplain on the Gurney Unit. On August 3, 2012 @ 1945 hrs Captain Mike Graham notified me that Offender Adams was being transported to ETMC Tyler, but, he had no family information for him. I began a search for information and found Offender had come to us form Wise County and proceeded to get the Wise County Sheriff Dept. information from the Internet. Before I actually called the Sheriff Dept., I was notified of the Offender's emergency contact by Lieutenant Dawkins @ 2125 hrs. At 2130 hrs I was asked to notify emergency contact of Offender Adams' condition and where he was. I called Offender's emergency contact Mrs. Wanda Adams his mother and found the Offender had an adult daughter, Ashley Adams, who was his next of kin. The Offender's mother was very emotional and said she had tried to tell someone her son was very sick when at county, but no one would listen. At 2155 hrs the next of kin, Offender's daughter, Ashley Adams called me back for details. I gave her information concerning her father and told her the warden had granted permission for her to see the Offender. Ms. Ashley Adams said they were leaving to go to Tyler at that time. On August 4, @ 0600 hrs I called Lieutenant Crutcher for an update on the Offender; Lieutenant Crutcher informed me that the family had been to see the Offender and had now returned home. At 1125 hrs Lieutenant Bagley called me with an update; the Offender was not doing well and he would stay in touch. At 1420 hrs I received another update and nothing had changed. On August 4, 2012 @ 1825 hrs I was notified by Lieutenant Bagley that Offender Adams had been pronounce dead at 1750 hrs and I should notify the next of kin. At 1830 hrs I notified next of kin, Ashley Adams, of her father's decease. After offering condolences and prayer, I asked if she objected to an autopsy. Ms. Adams informed me that she did not object to and autopsy and that the family **will claim** the body for burial. I then gave Ashley Adams, offender's daughter, the telephone number to Carnes Funeral Home and informed her that she would need to contact them for all further arrangements concerning the body.

**The next of kin will be listed as:**
**Ms. ASHLEY ADAMS**
**313 EDNA STREET**
**WEATHERFORD, TX 76086**
**Phone:  940 368-8985**

cc:    Warden Goings                               Northern Regional Medical Director
        Regional  Chaplain                          Use of Force – D. Kimble
        Director of Classification/Attn: Janice Simpson        Inmate Records
        Huntsville Unit/Connie Weich                Property Office
                                                 File

**OFFENDER DEATH NOTIFICATION WORKSHEET**

To:   <u>WARDEN GOINGS</u>                     Date:   <u>AUGUST 5,2012</u>

From:  <u>CHAPLAIN TAYLOR</u>                  Subject: <u>Offender Death Notification</u>

1.  *Offender Information:*

     Name: <u>ADAMS, RODNEY</u>          TDCJ#: <u>1797921</u>   Unit: <u>JOE F. GURNEY</u>
     Cause of Death: <u>PRELIMINARY HYPERTHERMIA PENDING AUTOPSY</u>
     Date of Death:<u>08/04/2012</u>                Time of Death: <u>1750 HRS</u>
     Place of Death (unit/hospital): <u>ETMC TYLER</u>
     Certifying Physician/RN/JP: <u>DR. DAVID JONES / JP M. SHAMBURGER</u>

2.  *Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):*

     Date:  <u>08/04/2012</u>              Time: <u>1825 HRS</u>
     Name: <u>ASHLEY ADAMS</u>                  Relationship: <u>DAUGHTER</u>
     Address: <u>313 EDNA STREET</u>
     City/State/Zip: <u>WEATHERFORD, TX  76086</u>              Tel.: <u>(940) 368-8985</u>

3.  *Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):*

     Yes <u>   </u>     No <u>X</u>     **Unable to contact** <u>   </u>     N/A <u>   </u>

4.  *Other Family / Friend Contact:*

     Date: _____   Time: _____
     Name: _____   Relationship: _____
     Address: _____
     City/State/Zip: _____   Tel.: ( _____ ) _____

5.  *Sheriff's Office / Police Department Contact:*

     Date: _____   Time: _____
     SO/PD: _____   Contact Person: _____

6.  *Burial Arrangements:*

     <u>  X  </u>   **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at (409)986-9900.

     <u>       </u>   **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

     <u>       </u>   **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

7.  *Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*

     <u>  X  </u>   Unit Warden;
     <u>  X  </u>   Director of Chaplaincy Operations; and
     <u>  X  </u>   Chaplain's unit file

Chaplain's Signature: _____        Date: <u>08/05/2012</u>

Chaplaincy Manual Policy 11.04    Att. B



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**BRAD LIVINGSTON**
**Executive Director**

P.O. Box 99, Huntsville, Texas 77342-0099

AUGUST 5, 2012

MS. ASHLEY ADAMS
313 EDNA STREET
WEATHERFORD, TX 76086

Dear MS. ADAMS                                    Re: # 01797921

It is with the deepest sympathy I write this letter and I know I express the feelings of the administrative personnel at this institution. I experienced from each a sense of hurt and loss at your love one's death. I am sure that the same sense of hurt must be stronger among you who loved him in a special way and knew him better than our staff.

It is customary that the body of any person who dies within the Texas Department of Criminal Justice, Institutional Division, Gurney Unit, will be handled by the Carnes Funeral Home in Texas City, Texas. You may claim or inquire about the body by contacting the Carnes Funeral Home at (855) 262-8325.

I had also discussed the disposition of any property offender Adams may have had here. As you are aware Mr. Adams arrived on our Unit on August 2. He had no property with him and he acquired none, since he was only here part of two days.

Please know that you and your family are in my prayers.

Sincerely,

Thomas Taylor
Chaplain

CC:  Warden R. Goings
     Regional Chaplain
     Director Records & Classification
     Inmate Records
     File

CHAPLAIN Thomas Taylor                    GURNEY UNIT, 1385 FM 3328
PROTESTANT CHAPLAIN                       PALESTINE, TEXAS 75803
                                          (903) 928-3118

Documentation of family Contact: Offender Death

Offender (Name) _____ADAMS, RODNEY_____   TDCJ# _____1797921_____

Date and Time of Death: _____AUGUST 4, 2012 @1750 HRS_____

Please check the appropriate box below.  This form should be accompanied by an
Autopsy Authorization signed by the facility warden.

[X]   The legal Next-to-Kin was contacted and agrees to an autospy.

[ ]   The legal Next-of-Kin could not be reached within 8 hours of the time of death.

[ ]   The legal Next-of-Kin did not object to an autopsy within 8 hours of the time of
death.

Signed

_Chaplain Tomas J.___     _08/05/2012 @ 0630_
Chaplain or Warden                      Date/Time

**OFFENDER STATEMENT**

Name: Darrion Gardner          TDCJ #: 1795882          Bunk #: 54

When I came back from the Chow Hall I was watching till
then After that I went back over by my bunk I seen him laying
there He Looked ok at First then after about 20 mins I Look
over in saw him Shaking then thats when I knew he wasnt ok
So I push then button in told the Officer I think Something is
wrong with Him thats when they came in an called For help It
was about 4:05pm when everything happen.

Sign: _Darrion Gardner_          Date: 8-3-12

McCollum/ Adams-48






I-11026-08-12
Offender Death
08-04-2012      1750 Hours
Adams, Rodney    #1797921
Photos taken by: Lt. Terry Bagley
On 08-04-2012 @ 2050 Hours

Plaintiffs' MSJ Appx. 3799

McCollum/ Adams–49



**I-11026-08-12**
Offender Death
08-04-2012    1750 Hours
Adams, Rodney    #1797921
Photos taken by: Lt. Terry Bagley
On 08-04-2012 @ 2050 Hours







| NAME | NUMBER | OFFENSE | SENT | AGE | E.D. | A H MD M | EMP. I | 2 | 3 | E.R. S | CLASS | RELIGION |
|------|--------|---------|------|-----|------|----------|--------|---|---|--------|-------|----------|

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

Correctional Institutions Division

1797921          002                  8/2/2012          001

ADAMS, RODNEY GERALD

| TRANSFERS and ASSIGNMENTS | | |
|------|------|------|
| DATE | PLACE | WORK |

CONDUCT:

SUMMARY

COMMIT

| INST | COM. ESCAPES COM. DATA | |
|------|------|------|
| Susp. Sent. | | |
| Det. Home | | COURT |
| Jails | | |
| Reft'y | | Sent. Beg. |
| Mil. Pris. | | |
| T. D. C. J. | | Rec'd |
| Oth. Pris. | | |

MAX. EXP

*TK Death*

*I-11026-08-12*

*Update*

```
*************************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA       EMERGENCY ACTION CENTER    **
*************************************************************************
***           S Y S M   I N B A S K E T   P R I N T                     **
```

MESSAGE ID: 021143        DATE: 08/05/12  TIME: 01:33    PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     CM00016 - CRUTCHER, MICHAEL
          LIEUTENANT
          GURNEY UNIT

SUBJECT:  I-11026-08-12 ADDENDUM


ADDENDUM TO I-11026-08-12:

ON 08-03-2012 AT APPROXIMATELY 1845, OFFENDER ADAMS, RODNEY #1797921,
HOUSED IN B-BUILDING DORM-1 BUNK-09, WAS TRANSPORTED TO THE PALESTINE
REGIONAL HOSPITAL IN PALESTINE, TEXAS. AT 1920 HOURS THE MEDICAL STAFF
AT THE PALESTINE REGIONAL HOSPITAL PLACED OFFENDER ADAMS ON LIFE
SUPPORT AND DETERMINED THAT OFFENDER ADAMS WOULD NEED TO BE TRANSPORTED
TO THE EAST TEXAS MEDICAL CENTER. OFFENDER ADAMS WAS TRANSPORTED TO THE
EAST TEXAS MEDICAL CENTER VIA LIFE FLIGHT AT 2200 HOURS. UPON
OFFENDER ADAMS'S ARRIVAL TO EAST TEXAS MEDICAL CENTER AT 2220 HOURS HE
WAS PLACED IN INTENSIVE CARE UNIT #2262. AT 2155 HOURS, OFFENDER
ADAMS'S NEXT OF KIN, ASHLEY ADAMS, WAS NOTIFIED OF OFFENDER ADAMS'S
CONDITION BY CHAPLAIN THOMAS TAYLOR.

ON 08-04-2012, AT APPROXIMATELY 1741 HOURS, OFFENDER ADAMS PASSED AWAY.
DR. DAVID JONES OF THE EAST TEXAS MEDICAL CENTER PRONOUNCED HIM
DECEASED AT 1750 HOURS. DR. DAVID JONES RULED THE CAUSE OF DEATH WAS
PENDING AUTOPSY, BUT THE PRELIMINARY CAUSE OF DEATH WAS HYPERTHERMIA.
THE NEXT OF KIN, ASHLEY ADAMS WAS CONTACTED AND DID NOT OBJECT TO THE
AUTOPSY BEING PERFORMED BY THE UNIVERSITY OF TEXAS MEDICAL CENTER IN
GALVESTON, TEXAS.

AT 1808 HOURS, WARDEN REGINALD GOINGS WAS CONTACTED AND INFORMED OF
OFFENDER ADAMS'S PASSING. AT 1813 HOURS, MARK OWENS, WITH THE OFFICE OF
THE INSPECTOR GENERAL WAS CALLED AND AT 1823 HOURS, CHAPLAIN THOMAS
TAYLOR WAS ALSO CALLED.

THE JUSTICE OF THE PEACE, MITCH SHAMBURGER, WAS NOTIFIED AT 1807 HOURS
AND AT 1843 HOURS PRONOUNCED OFFENDER ADAMS DECEASED OVER THE PHONE AND
AGREED WITH DR. DAVID JONES'S TIME OF DEATH OF 1750 HOURS.

CARNES FUNERAL HOME REPRESENTATIVE, ELI MARQUEZ, WAS NOTIFIED AT 1823
HOURS. KEVIN COLE, WITH THE CARNES FUNERAL HOME RETRIEVED OFFENDER
ADAMS'S BODY AT 0015 HOURS ON 08-05-2012.

LIEUTENANT SHANE CRUTCHER
JOE F. GURNEY UNIT

Sent to:    EAC                     (list)                       (to)

I- 11026 -08 -11

_IW_
_IW_

_TA_

_Offender Illnes_
_(Heat)_

```
**************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA      EMERGENCY ACTION CENTER     **
**************************************************************
***            S Y S M   I N B A S K E T   P R I N T                **

MESSAGE ID: 019928      DATE: 08/04/12  TIME: 00:46   PRIORITY: 000

TO:       HQEAC01 - CENTER, EMERGENCY ACTION
          GENERAL TERMINAL
          EMERGENCY ACTION CENTER

FROM:     CM00016 - CRUTCHER, MICHAEL
          LIEUTENANT
          GURNEY UNIT
```

_Wdn notified_
_18:50_

```
SUBJECT:   I-11026-08--12
```

EAC USE ONLY:  DATE REPORTED:.......8/3.........TIME REPORTED:...2157....

```
EMERGENCY ACTION CENTER INCIDENT NO:  I - 11026 - 08 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M - N/A  -   -
TYPE OF INCIDENT: OFFENDER HEAT RELATED ILLNESS
UNIT: ND    REGION II   DATE OCCURRED: 08 / 03 / 2012  TIME OCCURRED: 1805
SPECIFIC LOCATION: B-BUILDING DORM-1 BUNK-09
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
    A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:    YES  X NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                      OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)      TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 ADAMS, RODNEY                     1797921     G2    W     M    45   N    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS    VAN   LIFE FLIGHT
NAME OF HOSPITAL: PALESTINE REGIONAL HOSPITAL
TREATMENT: LIFE SUPPORT
```

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)                    SSN        RACE    SEX     AGE          RANK
  N/A                                  N/A          N       N     NA    N/A


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: NA / NA / N/A    TIME: NA : NA PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: N/A
COUNTY WHERE DEATH OCCURRED: N/A
PRELIMINARY CAUSE OF DEATH: N/A
NEXT OF KIN NOTIFIED   YES X NO  DATE: NA /    /       TIME: NA :
NAME OF NOK: N/A
CARNES FUNERAL HOME NOTIFIED   YES X NO
JUSTICE OF PEACE NOTIFIED:   YES X NO

DESCRIPTION OF WEAPON(S) CONTRABAND
  N/A
  N/A
  N/A
  N/A

CHEMICAL AGENT INFORMATION
AMOUNT                     LIST TYPE                    AUTHORIZATION
  N/A                       N/A                          N/A


WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER                           N/A
WALK THROUGH METAL DETECTOR              N/A
HAND HELD METAL DETECTOR                 N/A
B.O.S.S. CHAIR                           N/A
VIDEO SURVEILLANCE                       N/A
HEARTBEAT DETECTION SYSTEMS              N/A
BODY ALARM                               N/A
PERIMETER FENCE DETECTION SYSTEMS        N/A
STAB RESISTANT VEST                      N/A
NARCOTIC DETECTOR CANINE                 N/A
CELL PHONE DETECTOR CANINE               N/A
PACK CANINES                             N/A

```
S.A.R. CANINES                                    N/A
CADAVER CANINES                                   N/A
CONTRABAND INTERDICTION SHAKEDOWN TEAM            N/A
OTHER:  N/A
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
   ON 08-03-2012 AT APPROXIMATELY 1805 HOURS, ON THE JOE F. GURNEY TRANSFER
FACILITY, LOCATED IN REGION II IN PALESTINE, TEXAS, SECURITY STAFF WAS
ALERTED DURING A WELLNESS CHECK THAT OFFENDER ADAMS, RODNEY  1797921 WAS
HAVING A SEIZURE. OFFENDER ADAMS IS HOUSED IN B-1 BUILDING DORM-1 BUNK-09.

OFFENDER ADAMS, RODNEY  1797921 IS A 45 YEAR OLD WHITE MALE IN G2 CUSTODY
SERVING A 4-YEAR SENTENCE OUT OF WISE COUNTY FOR DRIVING WHILE INTOXICATED.
HE IS 6'2" TALL AND WEIGHS 185 POUNDS.

SECURITY STAFF CALLED VIA RADIO FOR A SUPERVISOR, ADDITIONAL STAFF, AND
MEDICAL STAFF TO RESPOND TO B-1 BUILDING. AT 1808 HOURS ADDITIONAL STAFF
ARRIVED ON THE BUILDING. LVN PAMELA GRAVES ARRIVED ON B-1 BUILDING AT 1811
HOURS AND DETERMINED THAT OFFENDER ADAMS WOULD NEED TO BE TRANSPORTED VIA
AMBULANCE TO THE PALESTINE REGIONAL HOSPITAL LOCATED IN PALESTINE, TEXAS. THE
911 CALL WAS MADE AT THAT TIME. OFFENDER ADAMS WAS THEN ESCORTED TO THE UNIT
MEDICAL DEPARTMENT ON A GURNEY.

ONCE IN THE UNIT MEDICAL DEPARTMENT, LVN CYNTHIA WILBANKS EXAMINED OFFENDER
ADAMS AND NOTED AN INTERNAL TEMPERATURE OF 109.9 DEGREES. LVN WILBANKS ALSO
PLACED ICE PACKS ON OFFENDER ADAMS. IT WAS AT THAT TIME THE AMBULANCE ARRIVED
ON THE JOE F. GURNEY UNIT. THE TIME NOTED WAS 1825 HOURS. AT 1845 HOURS THE
AMBULANCE TRANSPORTED OFFENDER ADAMS TO THE PALESTINE REGIONAL HOSPITAL. THE
MEDICAL STAFF AT THE PALESTINE REGIONAL HOSPITAL ASSESSED OFFENDER ADAMS AND
PLACED HIM ON LIFE SUPPORT AT 1920 HOURS. THEY ALSO DETERMINED THAT OFFENDER
ADAMS HAD SUFFERED A HEAT STROKE. MEDICAL STAFF ORDERED OFFENDER ADAMS TO BE
TRANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER, TEXAS VIA LIFE FLIGHT.
OFFENDER ADAMS WAS TRANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER,
TEXAS VIA LIFE FLIGHT. AT THE TIME OF THIS REPORT, OFFENDER ADAMS REMAINS AT
THE EAST TEXAS MEDICAL CENTER. ANY CHANGES TO HIS CONDITION WILL BE FORWARDED
IMMEDIATELY.

LET IT BE NOTED THAT AT THE TIME OF OFFENDER ADAMS'S ILLNESS, THE OUTSIDE
TEMPERATURE WAS RECORDED AT 102 DEGREES WITH A HUMIDITY OF 38 PERCENT. THE
TEMPERATURE INSIDE B-BUILDING DORM-1 WAS RECORDED AT 91.6 DEGREES.

WARDEN REGINALD GOINGS WAS NOTIFIED OF THE SITUATION AT 1850 HOURS. AT 2151
HOURS TERESA ALFORD OF THE EMERGENCY ACTION CENTER WAS NOTIFIED AND ISSUED
INCIDENT NUMBER I-11026-0812.
IT SHOULD ALSO BE NOTED THAT OFFENDER ADAMS'S CONDITION WAS HEAT RELATED AND
NOT DUE TO STAFF OR OFFENDER AGGRESSION.

C.R.I.S.P. WAS OFFERED TO ALL INVOLVED AND ALL REFUSED.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT SHANE CRUTCHER                  DATE: 08 / 04 / 2012
AUTHORIZED BY: WARDEN REGINALD GOINGS

Sent to:    EAC                        (list)                        (to)