I - 11026-08-12

```
***************************************************************************
*** REQUESTOR: JST1660 - STEVENSON, JUDY      EMERGENCY ACTION CENTER   **
***************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                  **
```

MESSAGE ID: 021460      DATE: 08/05/12  TIME: 08:01   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      TTA4090 - TAYLOR, THOMAS
           CHAPLAIN II
           GURNEY UNIT

SUBJECT:   DEATH NOTIFICATION


```
**********************DEATH NOTIFICATION**********************
```
INMATE: ADAMS, RODNEY           TDCJ# 1797921
DATE OF DEATH: 08/04/2012
CUSTODY: G2        STATUS: ACTIVE      RACE: W/M        DOB: 10/02/66 AGE: 45
CAUSE OF DEATH: PENDING AUTOPSY     TIME: 1750 HR DOCTOR: D. JONES
PLACE OF DEATH: ETMC TYLER
DUTY WARDEN: R. GOINGS               TIME: 1808 HRS
JUSTICE OF THE PEACE: M. SCHAMBURGER TIME: 1807 HRS
TDCJ-ID-IAD: MARK OWENS              TIME: 1813 HRS
CARNES FUNERAL HOME: ELI MARQUEZ     TIME: 1823 HRS
CHAPLAIN: THOMAS TAYLOR              TIME: 1825 HRS
EAC: TERESA ALFORD I-11026-0812      TIME: 2151 HRS
APPROVAL OF AUTOPSY BY N.O.K.   ( X )YES  (   )NO   (   ) UNABLE TO CONTACT
N.O.K. ASHLEY ADAMS         TIME 1830     HRS   PHONE 940 368-8985
ADDRESS: 303 EDNA STREET        FAMILY WILL( X ) WILL NOT(   ) CLAIM BODY
ADDRESS: WEATHERFORD TX 76086
LOCATION OF BODY: CARNES FUNERAL HOME
LOCATION OF INMATE PROPERTY: NONE


Sent to:   HSMA016          DEATH RECS/CAROLYN MCMILLIAN   (to)
           HVWAR01          HUNTSVILLE_WARDENS_OFFICE      (to)
           CHAPSUP          KELLUM, MERLINE               (to)
           HQEAC01          CENTER, EMERGENCY ACTION      (to)
           CAS7772          ASHWORTH, CARISE D. "CARI"    (to)
           KEN2430          ENLOE, KELLY                  (to)
           RG08509          GOINGS, REGINALD              (to)
           PRA3069          RAYFORD, JERRY                (to)
           MGR7512          GRAHAM, MIKE                  (to)
           EBR1993          BROWN, ERNEST                 (to)
           TTA4090          TAYLOR, THOMAS                (to)
```

# SUPERVISOR'S INVESTIGATION OF EMPLOYEE/OFFENDER INJURY

| Last Name of Injured | First Name | MI | SSN/TDCJ# | Date Of Injury |
|---|---|---|---|---|
| Adams | Rodney | | 1797921 | 8-3-12 |

| Time Of Injury | Unit Of Assignment | Use of Force | EAC# | Date of Report |
|---|---|---|---|---|
| 1820 | ND | ☒No ☐Yes UOF# M | I-11026-0812 | 8-3-12 |

## Department of Assignment (Table 2) (Check ONLY One)

- ☐ 01 Administration*
- ☐ 02 Ag Administration*
- ☐ 03 Chaplaincy*
- ☐ 04 Classification*
- ☐ 05 Clerical*
- ☐ 06 Construction-Facilities
- ☐ 07 Counsel Substitute*
- ☐ 08 Counselor*
- ☐ 09 Education-Windham*
- ☐ 10 Food Service
- ☐ 11 Grievance*
- ☐ 12 Health Services*
- ☐ 13 Industry
- ☐ 14 Internal Affairs*
- ☐ 15 Laundry/Necessities
- ☐ 16 Operations & Maintenance
- ☐ 17 Parole*
- ☐ 18 Security*
- ☐ 19 Supply
- ☐ 20 Training*
- ☐ 21 Transportation*
- ☐ 22 Yard/Utility
- ☐ 23 Dog Kennel/Horse Barn
- ☐ 24 Community Work Proj
- ☐ 25 Field Force
- ☒ 26 Non-Occupational
- ☐ 27 Recreational
- ☐ 28 Suppt Services Inmate

*Not Applicable for offenders – Department of Assignment for offenders is Non-occupational or Recreational unless injury occurs on-the-job.

## Location Of Injury (Table 3) (Check ONLY One)

- ☐ 01 Admin. Area/Office
- ☐ 02 Backgate
- ☐ 03 Barber Shop
- ☐ 04 Boiler Room
- ☐ 05 Ad Seg Cell
- ☐ 06 Gen Pop Cell
- ☐ 07 Hi-Sec Cell
- ☐ 08 Cellblock Run
- ☐ 09 Closet/Utility Room
- ☐ 10 Clubhouse
- ☐ 11 Commissary
- ☐ 12 Community Work Projects
- ☐ 13 Craft Shop
- ☐ 14 Day Room/Lounge
- ☐ 15 Dining Hall/Kitchen
- ☒ 16 Dormitory/BOQ
- ☐ 17 Education Area/Classroom
- ☐ 18 Farm Shop
- ☐ 19 Field
- ☐ 20 Firing Range
- ☐ 21 Garage/Tractor Shed
- ☐ 22 Grounds/Yard-Inside Fence
- ☐ 23 Grounds/Yard-Outside Fence
- ☐ 24 Hallway/Walkway/Corridor/Foyer
- ☐ 25 Highway/Road/Street
- ☐ 26 Hospital/Clinic/Infirmary/Lab
- ☐ 27 Industrial Area
- ☐ 28 Intake Area
- ☐ 29 Laundry
- ☐ 30 Library
- ☐ 31 Loading Dock/Porch
- ☐ 32 Mailroom
- ☐ 33 Maintenance Shop/Work Area
- ☐ 34 Nursery/Greenhouse
- ☐ 35 Parking Lot
- ☐ 36 Picket Tower/Central Control
- ☐ 37 Ramp/Elevator
- ☐ 38 Recreation Yard/Gym
- ☐ 39 Roof
- ☐ 40 Sallyport/Vestibule
- ☐ 41 Salvage Area/Storage Yard
- ☐ 42 Shower
- ☐ 43 Sidewalk
- ☐ 44 Stable/Barn/Kennel
- ☐ 45 Steps/Stairway/Ladder
- ☐ 46 Supply/Necessities
- ☐ 47 Swimming Pool Area
- ☐ 48 Toilet/Restroom
- ☐ 49 Transportation Vehicle (Bus/Van, etc.)
- ☐ 50 Turnout Area
- ☐ 51 Visitation
- ☐ 52 Vocational Trades/Workshop
- ☐ 53 Warehouse/Storage Area

## Cause Of Injury (Table 5) (Check ONLY One)

- ☐ 01 Offender Assault
- ☐ 02 Intentionally Self-Inflicted
- ☐ 03 Employee on Employee Assault
- ☐ 06 Animal Bite
- ☐ 07 Bodily Reaction
- ☐ 08 Caught In, On or Between
- ☐ 09 Contact with Chemicals
- ☐ 10 Contact with Electrical Current
- ☐ 11 Contact w/ Temperature Ext
- ☐ 12 Fall on Different Level
- ☐ 13 Fall on Same Level
- ☐ 14 Horse Related
- ☐ 15 Insect Bite
- ☐ 16 Medical Condition
- ☐ 17 Over-Exertion
- ☐ 18 Environmental Hazards
- ☐ 19 Slip/Trip, Not a Fall
- ☐ 20 Struck Against
- ☐ 21 Struck By
- ☐ 22 Vehicular
- ☒ 23 Weather Related

## Type Of Injury (Table 6) (Check ONLY One)

- ☐ 01 Abrasion
- ☐ 02 Amputation
- ☐ 03 Bite
- ☐ 04 Bruise/Discoloration
- ☐ 05 Burn
- ☐ 06 Contusion
- ☐ 07 Cut
- ☐ 08 Dermatitis/Rash
- ☐ 09 Dislocation
- ☐ 10 Dizziness, Faintness
- ☐ 11 Foreign Object In Eye
- ☐ 12 Fracture
- ☐ 13 Frostbite
- ☐ 14 Hearing Loss
- ☐ 15 Heart Attack/Chest Pains
- ☒ 16 Heat Exhaustion/Cramps/Stroke
- ☐ 17 Hernia
- ☐ 18 Infection
- ☐ 19 Inflammation
- ☐ 20 Internal Injuries
- ☐ 21 Nausea
- ☐ 22 Puncture
- ☐ 23 Rupture
- ☐ 24 Scratch
- ☐ 25 Shock
- ☐ 26 Sprain
- ☐ 27 Sting
- ☐ 28 Strain
- ☐ 30 Exposure to Communicable Disease
- ☐ 31 Closed Head Injury
- ☐ 32 Open Head Injury
- ☐ 29 Other(Specify)_____

RM-03  Rev (2/04)        **Complete Front & Back and Deliver to Unit Risk Manager no later than end of Shift.**        Page 1 of 2

## Body Part Injured (Table 7) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Abdominal/Stomach | ☐ 07 Ear(s) | ☐ 13 Head | ☐ 19 Shoulder(s) |
| ☐ 02 Ankle(s) | ☐ 08 Eye(s) | ☐ 14 Hips | ☐ 20 Wrist(s) |
| ☐ 03 Arm(s),Elbows, Forearms | ☐ 09 Face, Mouth, Jaw, Teeth | ☐ 15 Internal | ☐ 21 Pelvis |
| ☐ 04 Back | ☐ 10 Foot, Feet, Toes | ☐ 16 Knee(s) | ☐ 22 Genitals |
| ☐ 05 Buttocks | ☐ 11 Groin | ☐ 17 Leg(s) | |
| ☐ 06 Chest, Ribs | ☐ 12 Hand(s), Finger(s) | ☐ 18 Neck | |

**Describe How and Why the injury occurred, including activity engaged in (i.e., carrying, lifting, etc.):**

Offender was taken from B-1 bld to the infirmary with very hot and dry skin. He had a posible heat exhaustion/ heat stroke

## Unsafe Condition (Table 10) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Congested Area | ☐ 11 Lighting | ☐ 22 Unsafe Material |
| ☐ 02 Electrical Hazard | ☐ 12 Mislabeled/Unlabeled Chemicals | ☐ 23 Unsafe Vehicle |
| ☐ 03 Excessive Noise | ☐ 14 Open Trench/Hole/Ditch/Drop-Off | ☐ 24 Unsafe/Defective Hand or Electric Tools |
| ☐ 04 Harmful Animals/Insects/Reptiles | ☐ 15 Poisonous Vegetation | ☐ 25 Unshored Trench/Excavation, etc. |
| ☐ 05 Health Hazards (i.e.,Fumes, Dust) | ☐ 16 Protruding Object | ☐ 26 Walkway/Sidewalk/Pavement |
| ☐ 06 Improper Housekeeping | ☐ 17 Rough/Sharp Objects | ☐ 28 Overexposure to Weather Conditions |
| ☐ 07 Improperly Stored Chemicals | ☐ 18 Slipping or Tripping Hazards | ☒ 13 No Unsafe Condition |
| ☐ 08 Inadequate or No Warning Signs | ☐ 19 Steps/Stairs/Ladder or Other Working Surfaces | ☐ 27 Other (Specify) |
| ☐ 09 Inadequate Ventilation | ☐ 20 Unguarded Machine, Belts, Pulley, Roller | |
| ☐ 10 Layout or Design | ☐ 21 Unsafe Equipment | |

## Unsafe Act (Table 11) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Improper Lifting | ☐ 12 Unobservant, Inattentive, Unaware | ☐ 23 Working w/o Adequate Lighting |
| ☐ 02 Improper Handling | ☐ 13 Operating/Working at Unsafe Speed | ☐ 24 Working in Confined Space w/o Safeguard |
| ☐ 03 Failure to Use/Wear PPE | ☐ 14 Operating w/o Proper Authority | ☐ 25 Failure to Warn of Known Hazards |
| ☐ 04 Failure to Wear Appropriate Dress | ☐ 15 Disabling/Removing Safety Devices | ☐ 26 Entering Unauthorized Area |
| ☐ 05 Unsafe Driving Techniques | ☐ 16 Improper Placing or Storing | ☐ 29 Failure to Notify Authority of Illness/Injury |
| ☐ 06 Using Unsafe/Defective Tool/Equipt/Material | ☐ 17 Improper Mixing or Storing | ☐ 30 Offender Assault |
| ☐ 07 Using Wrong Tool/Material/Equipment | ☐ 18 Working/Walking Under Suspended Load | ☐ 31 Self-Mutilation |
| ☐ 08 Taking Shortcut, Not Using Established Route | ☐ 19 Did not Use Handrail/Grab Bar | ☐ 32 Exceeded Physical Limitations |
| ☐ 09 Contact with Electrical Source | ☐ 20 Repairing/Servicing Moving Object | ☒ 27 No Unsafe Act |
| ☐ 10 Unnecessary Exposure to Hazards | ☐ 21 Failure to Use a Lockout Device | ☐ 28 Other(Specify) |
| ☐ 11 Horseplay | ☐ 22 Riding Moving Equipt Not For Passengers | |

## Recommended Corrective Action (Table 12) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Counseling | ☐ 02 Disciplinary | ☐ 03 Enhance Security Procedures |
| ☒ 04 None Applicable | ☐ 05 Training | ☐ 06 Repair or Eliminate Condition |

## Corrective Action Taken (Table 13) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Counseled | ☐ 02 Disciplined | ☐ 03 Enhanced Security Procedures |
| ☒ 04 None Taken | ☐ 05 Training Conducted | ☐ 06 Repair Completed or Condition Eliminated |
| DATE CORRECTIVE ACTION TAKEN  8/3/12 | | ☐ 07 Work Order Issued |

| Dept Supv  Singer L | Signature  Lh Sy | Date  8/3/12 | Phone  (   ) |
|---|---|---|---|

RM-03 Rev (2/04)                                                                                   Page 2 of 2

PMcoGolluimns SAadaemss-5590

# Injury Report

**To:**   **Unit Risk Manager**
(The RM-04 shall be forwarded directly to the Unit Risk Manager by 8:00 a.m. the following work day.)

**From:**  **Unit Medical Department**

Officer Name: _____   (use if Officer / Staff Member Injured)
                    Last          First

Offender Name  _Adams_  _Rodney_   TDCJ #:  _179 7921_
                    Last          First

Work Assignment: _____   Housing Assignment: _____

Date & Time of Accident:   _08/03/12 @ 18 20_

Date & Time Reported to Medical:  _08/03/12 @ 1820_

**Type of Injury: (Check One)**
( ) Work Related
(✓) Non-Work Related
( ) Recreational
( ) Altercation
( ) Self-Mutilation
( ) Use of Force

**Severity of Injury: (Check One)**
( ) Minor - One time treatment or follow-up visits the purpose of treatment / observation or minor scratches, cuts or 1st degree burn
(✓) ★ Serious - Requires treatment e.g. sutures, fractures, splints

( ) X-Rays Scheduled

Nature of Injury: (cut, scratch, etc. to leg, arm, etc):  _Offender possibly experiencing a heat stroke_

How Injury Occurred:  _heat exhaustion - hyperthermia_

Extent of Injury:  _Skin very hot, dry to touch, Offender not sweating, core temp 109.9_

Treatment Given:  _Ice packs placed behind neck and under armpits and groin, Offender covered in water, fan blown on Offender_

Health Care Provider's Signature:  _Danita Shaws wn_
_IV started to Rt upper arm_

(✓) Security Supervisor Notified of this Injury:  _Lt Crutcher_  _08/03/12_  _1830_
                                                        Name        Date      Time

( ) ★ If Serious Injury - Risk Manager Notified  _____   _____   _____
                                                        Name        Date      Time

RM-04 Rev (08-21-09)

```
****************************************************************************
*** REQUESTOR: KMA2104 - MAXWELL, KELLY        GURNEY UNIT            ***
****************************************************************************
***              S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 020352      DATE: 08/04/12  TIME: 08:39am  PRIORITY: 000

SUBJECT:    MEDICAL TRANSFER


                     MEDICAL TRANSFER


          X EMERGENCY                        ROUTINE

NAME OF INMATE:         ADAMS, RODNEY     INMATE NUMBER: 1797921
DIAGNOSIS:              POSSIBLE HEAT STROKE/ EXHAUSTI
NATURE OF TRANSFER:     O SCHEDULED APPOINTMENT
                        N EVALUATION
SENDING PHYSICIAN:      SCHALER PAC
ACCEPTING PHYSICIAN:    ER PHYSICIAN
TRANSPORT TO:           PALESTINE REGIONAL
TRANSPORTATION MODE ORDERED:      CHAIN BUS         UNIT VAN
                                  WHEELCHAIR VAN   X AMBULANCE
                                  OTHER
TRANSPORTATION MODE USED:         CHAIN BUS         UNIT VAN
                                  WHEELCHAIR VAN   X AMBULANCE
                                  OTHER
HOUSING:                GEN POP
ACT OF VIOLENCE:        N
UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):  N
UNIT CONTACT NAME: GRAVES/ WILBANKS
JOB TITLE: LVN
TIME DEPARTED UNIT:  18 : 38    DATE DEPARTED UNIT: 08 / 03 / 2012
TIME RETURNED:          :       DATE RETURNED:        /    /


SENT TO:

Sent to:    TRANSPORT            <list>                     (to)
```

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Adame Rodney G_  #1797921  from _Gurney Unit 1385 Fm 3328_  _Palestine, Texas 75801_
<span style="font-size:small">(Print Offender Name)</span>                                      <span style="font-size:small">(Print Unit/Location)</span>

who died on _08-04-2017_____ , and to hold until further notification
<span style="font-size:small">(Date of Death)</span>

from the Warden of the unit with regards to the approval for an autopsy.


NOTE:  If an offender death is determined to be from natural cause by a
certified medical physician, the offender's family will be provided the
opportunity to object to an autopsy.

> Instructions:  If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains.  If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.


_____L-7_____          _Terry Bagley_____
Signature of Warden/Designee                    Printed Name


_John R Johnson_____          JOHN S JOHNSON RN
Medical Physician's/Registered Nurse's Signature    Printed Name


Address of Physician/Registered Nurse:
East Texas Medical Center (ETMC)
1000 Beckham
Tyler, Texas 75701

_____

AD-03.29 (rev. 7)
Attachment C
Page 15 of 21

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _Adams  Rodney G._ TDCJ #: _1797921_
(Print Name)

Date of Birth: _10 - 22 - 66_   Race: _W_   Sex: ☑ Male   ☐ Female

Offender Pronounced dead at _5:50 PM_ on _08-04-2012_.
(Print time, include am or pm)   (Print date, month, date, year)

Location of Death: ☐ Unit _____   ☑ Other _East Texas Medical Center_ (BTMC)
(Print Unit Name)   (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _UTMB Galveston_ (location of autopsy) by a representative or associate of _Carnes Funeral home_ Funeral Home, located in _Beaumont_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _855-262-8325_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX  77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_Terry Bagley_ ▸ T Sorliff
Warden (or designee)

County _Smith_

City _Tyler_, Texas Zip Code _75701_



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT
# OF CUSTODIAL DEATH

OIG TRANSITORY #: (if necessary)

| CASE #: | EAC #: | OFFICIAL DATE & TIME OF DEATH: | AUTOPSY ORDERED?: |
|---|---|---|---|
| | I-1026-0812 | 8-4-2012  5:50 ☐ AM ☑ PM | ☑ YES ☐ NO |

| DECEDENT NAME: (LAST, First, MI) | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|
| Adams, Rodney | W | M | 45 | 10-2-66 |

| IDENTIFICATION #: | UNIT OF ASSIGNMENT: | DATE & TIME FOUND: |
|---|---|---|
| 01797921 | Gurney | ☐ AM ☐ PM |

| PLACE OF DEATH: | CITY: | COUNTY: | ZIP CODE: |
|---|---|---|---|
| East Texas Medical Center Tyler | Tyler | Smith | 75701 |

| J.P. / M.E. NOTIFIED: (Name) | PRECINCT: | DATE & TIME J.P. / M.E. NOTIFIED: | PHOTOGRAPHS?: |
|---|---|---|---|
| Thomas Shamburger | 5 | ☐ AM ☐ PM | ☑ YES ☐ NO |

| PLACE OF INQUEST: | DATE & TIME OF INQUEST: |
|---|---|
| | 8-4-2012  6:07 ☐ AM ☑ PM |

## ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

Offender Adams was Found expire on a medical bed at East Texas Medical Center Tyler, Tx. in ICU #2262

## ★ SUMMARY of HOW DEATH OCCURRED ★

Unknown Pending Final Autopsy

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| Cannes Funeral Home | Cannes Funeral Home |

| INVESTIGATOR SIGNATURE: | TELEPHONE #: |
|---|---|
| | (903) 828-2311 |

Law Enforcement Agency: **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**OFFICE OF THE INSPECTOR GENERAL**
**P.O. Box 4003 – Huntsville, TX 77342-4003**
**(936) 437-6735**

CC-0265 (07/2005)                                                              Page 1 of 2

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
### (Continued)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| | Adams, Rodney | 01797921 |

### ★ CLOTHING WORN BY DECEDENT ★

☑ None   ☐ Pants   ☐ Shoes/Boots   ☐ Jacket

☐ Belt   ☐ Gown/Blouse   ☐ Dress   ☐ Other (list details below)

### ★ PROPERTY SENT WITH DECEDENT ★

Order for Autopsy, Copy of travel card, ER report, ~~clinic notes~~

### ★ MEDICAL HISTORY ★

| Was death attended? | ☐ Yes ☑ No | Previous history of illness? | ☐ Yes ☑ No |
|---|---|---|---|
| History of suicide? | ☐ Yes ☑ No | HIV? | ☐ Yes ☑ No |

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| East Texas Medical Center | 1000 South Beckham, Tyler, Tx. 75701 | (903)597-0351 |
| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: |
| David Jones | 1000 South Beckham, Tyler, Tx. 75701 | ( ) - |

DIAGNOSIS: Unknown Pending Final Autopsy

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN | ADDRESS: | TELEPHONE: |
|---|---|---|
| Ashley Adams (Daughter) | 313 Edna St. Weatherford, Tx. 76086 | (940)368-8985 |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED: | |
|---|---|---|---|
| Chaplain | (903)908-3118 | 8-4-2012 | 6:30 ☐ AM ☑ PM |

### ★ IDENTIFICATION ★ | ★ DOCUMENTATION ★

HOW: ☐ Offender Records   ☐ Fingerprints

☑ Viewed at Hospital/Scene   ☐ Other

☑ Order for Autopsy   ☐ Clinic Notes (last 72 hrs)

☑ ER Report (if available)   ☑ Copy of Travel Card

| | |
|---|---|
| Verification Made By: | Relationship to Decedent: |

REPORT DISTRIBUTION: (Include Complete Documentation)
(1) Case File      (2) J.P.      (3) To Accompany Body

CC-0285 (07/2005)                                    Page 2 of 2

*β 107*

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Offender Property Inventory                    CONTROL #

Offender *(Print name)*: Adams, Rodney          TDCJ#: 1797921     Unit: ND

Date of Inventory: 8-4-12     Reason for Inventory: Medical Transport

### Section I: Authorized Offender Property
*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.
**KEY:** "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | | |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | | |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | |
| Hot Sauce | | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | | | Small Nail Clippers (Limit 1) | | |
| Meats | | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | | | |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | | | | | |
| Sweetener | | | ✓ Prescription Eye Glasses | | | Shampoo | | | | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | | | | | |
| Letters | | | *(✓ Only if free world)* | | | Soap/Soap Dish | | | | | |
| Magazines | | | **Jewelry Items** (1 each) | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Material** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, | | | **Other:** (Headband, Hijab, | | | | | |
| **Educational Items** | | | notes, atty letters, carbon paper, writ | | | Kufi, Medicine Bag, Natural | | | | | |
| All Books | | | envelopes, etc. Estimate Qty. | | | Objects, Prayer Rug, Tallith- | | | | | |
| Literature (Pamphlets) | | | **Necessity Items** | | | Prayer Shawl, Turban, | | | | | |
| **Electrical Equipment (1 each)** | | | Gym Shorts-Personal (Limit 4) | | | Wooden Comb, Yarmulke | | | | | |
| ✓ Fan | | | Shoes (Slate-issue, Limit 1 pair) | | | **Stationery Items** | | | **NOTE ITEMS ON OFFENDER'S** | | |
| Headphones | | | Shoes (✓ Personal, limit 1-2 pair) | | | Envelopes | | | **PERSON** (i.e. wedding ring, watch, | | |
| ✓ AM/FM Booster/Antenna | | | Socks-Personal (Limit 4 pair) | | | Greeting Cards | | | shoes, t-shirt, etc.) | | |
| ✓ Hot Pot | | | Thermal Bottom-Personal (Limit 2) | | | Ink Pens | | | | | |
| ✓ Outlet Adapter | | | Thermal Top-Personal (Limit 2) | | | Paper | | | | | |
| ✓ Clamp-on Lamp | | | T-shirt-Personal (Limit 4) | | | Pencils | | | | | |
| ✓ Radio | | | | | | Stamps (60 Max.) | | | | | |
| ✓ Typewriter/Word Processor | | | | | | Tablets | | | | | |

### SECTION II: Staff Acknowledgment of a complete and accurate inventory

*Instructions: If offender is not present during inventory, there must be a staff witness.*

Inventory Staff *(Print name)*: Michael Herrington     Signature/Date: _Sgt Herrington_ 8-4-12

Staff Witness *(Print name)*: Dorena Jones     Signature/Date: _D Jones_ 8-4-12

### SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

**A.** Items Retained by Offender and/or stored in the Property Room (See items marked above)
Offender *(Signature/Date)*: _____     Staff Initials/Date: _____

**B.** Items Returned to Offender (See items marked above)
Offender *(Signature/Date)*: _____     Staff Initials/Date: _____

Instructions on back of Form          Las instrucciones de espalda de forma

PROP-05 (1-1-2005)     Original Offender File; Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### INMATE TRANSFER ROSTER

Transferring Unit:  Prepare five (5) copies of this roster for each unit that is to receive men.  Send original and duplicate with men being transferred.  Triplicate:  Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records.  Quadruplicate:  Attach to your file copy of the daily strength report.  Fifth copy:  Inmate record section.

Receiving Unit:  You must receive two copies of this form with each group of men transferred to your Unit.  Original attach to your daily strength report.

Transfer From  Gurney

Transfer To  PRMC

EFFECTIVE DATE OF CHANGE  8/3/12  20 12

| Prison Number | Name Last | First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 179781 | Adams, | Rodney | | W | | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

Gurney
**Shipping Unit**

8/3  20 12
**Date**

PRMC
**Receiving Unit**

PI-056

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** ADAMS, RODNEY   **TDCJ#:** 1797921   **Date:** 08/03/2012 18:25   **Facility:** GURNEY (ND)
**Most recent vitals from :** BP: ; Wt: ; Height: ; Pulse: ; Resp: ; Temp:
**Allergies:**
**Medications:**

| | | |
|---|---|---|
| <u>BENZTROPINE 1MG TABLET</u><br>1 TABS ORAL TWICE DAILY for 30 Days<br>NO RFS CO JAIL INTAKE | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:52:00AM |
| <u>CYMBALTA 60MG CAPSULE #</u><br>1 CAPS ORAL TWICE DAILY for 30 Days<br>CO JAIL INTAKE NO RFS | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:53:00AM |
| <u>hyDROXyzine PAMOATE 50MG CAP #</u><br>1 CAPS ORAL TWICE DAILY for 30 Days<br>CO JAIL INTAKE NO RFS | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:55:00AM |

| Patient Language:   ENGLISH   Name of interpreter, if required: | |
|---|---|

| MODE OF ARRIVAL: | | CONDITION ON ARRIVAL: | |
|---|---|---|---|
| Date: 08/03/2012 | Time: 1820 | Stable | |
| | Ambulatory | Guarded | |
| | W/C | X | Serious |
| X | Stretcher | | Critical |
| | Carried | | |

**CHIEF COMPLAINT/LOCATION/ONSET:** possible heat stroke / exhaustion, Offender skin very hot+touch, dry, Offender not sweating

**SIGNIFICANT MEDICAL HISTORY:** depression

| Quantitative Pain Scale:  Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | | | | |
|---|---|---|---|---|
| Location: | unknown | | Onset: | |
| Duration: | Offender cannot verbally Respond | | | |
| Aggravating Factors: | | | | |
| Alleviating Factors: | | | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | Intermittent | Other: | |
| Radiating: | No | Yes | Location: | |

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** ADAMS, RODNEY   **TDCJ#:** 1797921   **Date:** 08/03/2012 18:25   **Facility:** GURNEY (ND)

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 1825 | PG | 1 | 1 | 1 | 3 |

**NURSING ASSESSMENT**

| CARDIAC | N/A | PULMONARY | N/A | GI | ☒N/A | SKIN | N/A | NEURO | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| **Apical Pulse** | | **Respirations** | | Denies Problems | | Cold | | **Alert** | | |
| Regular | | Normal | | Nausea | | Warm | | Oriented X: | | |
| ☒ Irregular | | ☒ Shallow | | Vomiting | | ☒ Hot | | Confused | | |
| JVD | | Labored | | Diarrhea | | Dry | | ☒ Lethargic | | |
| **Peripheral Pulses** | | Nasal Flaring | | Rectal Bleeding | | Moist | | Unresponsive | | |
| Upper | | Grunting | | Constipation | | Diaphoretic | | **Arm Strength** | | |
| ☒ R __ L ☒ | | Retractions | | Incontinent | | Normal | R | L | Normal | |
| Lower | | Hyperventilating | | Date | | Pale | R | L | Weak | |
| ☒ R __ L ☒ | | ☒ Use of accessory muscles | | Last BM: unknown | | Mottled | ☒ R | L | Flaccid | |
| **Bleeding** | | **Lungs** | | **Abdomen** | | Cyanotic | | **Leg Strength** | | |
| ☒ None | | R L Clear | | ☒ Soft | | Jaundiced | R | L | Normal | |
| Controlled | | R L Crackles | | Firm | | ☒ Flushed | R | L | Weak | |
| Excessive | | R L Wheezes | | Distended | | ☒ Intact | ☒ R | L | Flaccid | |
| Location: | | R L Diminish | | Obese | | **Ortho** | | N/A | **Pupils** | |
| Est. Blood Loss | | R L Absent | | Tender | | Deformity | | Equal | | |
| cc: | | | | Location: | | Swelling | | Unequal | | |
| **Capillary Refill** | | **GU** | ☒N/A | Rebound | | Location | R | L | ☒ Reactive | |
| Normal | | Burning | | **Bowel Sounds** | | **ROM** | ☒R | L ☒ | Nonreactive | |
| ☒ Delayed | | Frequency | | Normoactive | | Full | ☒ R | L | Dilated | |
| **Edema** | | Urine Odor | | Hyperactive | | Limited | ☒ R | L | Constricted | |
| Upper | | Hematuria | | ☒ Hypoactive | | ☒ Absent | ☒ R | L ☒ | Fixed | |
| 0 1+ 2+ 3+ | | Incontinent | | Absent | | | | | | |
| R __ L | | Anuric | | NG/G tube | | | | **Name** | | **Time** |
| Lower | | Vag. Discharge | | **Initial Assessment** | | | | | | |
| 0 1+ 2+ 3+ | | Vag. Bleeding | | **Completed By:** | | | | Pamela Graves LVN | | 1825 |
| R __ L | | Catheter | | | | | | | | |

**Correctional Managed Care**
**Urgent / Emergent Care Record**

**Patient Name:** ADAMS, RODNEY   **TDCJ#:** 1797921   **Date:** 08/03/2012 18:25   **Facility:** GURNEY (ND)

| **\*\*Contact Provider\*\*** | |
|---|---|
| Name of Provider Notified: G. Schaller PA-C 08/04/12 | Time: 0615 |

Provider Orders: send offender 911 to local ER, Start IV c̄ NS @ 150 mL hr, ICE offender down to armpits, groin, and neck, cover offender body with cool water, Remove all clothing,

Orders obtained and read back/verified by: (Name) _Pamela Graves WN -_

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|---|---|---|
| 1820 | nurse arrived to B-1 doorm, offender found lying on bunk open eyes to verbal stimuli, Responding by withdrawing to sternal rub, offender has no control over muscle movement, PG instructed security to notify Ms Wilbanks to call 911, offender taken to medical per stretcher. — _P Graves WN_ | PG |

| **VITAL SIGNS** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
| 1825 | 109.9 Rect | — | — | — | — | 154 | — | PG |

SM-16

PMcCollumsAdams-721

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

**Name:** Adams, Rodney

**TDCJ No.:** 1797921

**Unit:** Gurney

| Date & Time | Notes |
|---|---|
| 08/03/12 08/03/12 1825 | arrived to medical c̄ offender via stretcher, offender very lethargic, glascow scale of 3, offender has a core temp of 109.9, clothing removed, offender covered with cool water, ice packs placed to armpits, groin, and neck region, IV started to Rt ↑ AC c̄ 20 gauge x 1 stick, placement verified c̄ NS flush s̄ resistance NS started @ 150 mL per hour flow rate, offender has black/bruised area to Lt eye region (surrounding area), offender has been on unit 1 day, offender arrived to Gurney on 08/02/12 medical HX on offender @ this point is very vague, Nursing continue to ice and cover offender with cool water. |
| 1830 | offender core temp now @ 109.1 offender still verbally unresponsive, no physical response to sternal rubs, offender still exhibiting agonal and labored breathing, offender placed on Rt side lying position to prevent aspiration, offender is actively vomiting P waves w̄ |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** Adams, Rodney

**TDCJ No.:** 179 79Ꙩ1

**Unit:** Gurney

| Date & Time | Notes |
|---|---|
| 08/03/1Ꙩ 1835 | ambulance arrived to facility, offender transferred from ER gurney to EMS gurney x 4 people assist. offender muscle tone very flaccid, offender cannot verbally respond, glascow scale still @ 3, ambulance secured offender to gurney, PCruwesown |
| 1838 | offender transferred by EMS to ambulance, offender now off unit, will follow-up with offender upon Return to facility. PCruwesown |
| 08/04/1Ꙩ D620 | — notified G Schallek PA-C of offender change in status and 911 transfer, per G. Schallek PA-C verbal ~~consulted~~ on Consult orders as stated above in nurse note. PCruwes WN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: ADAMS RODNEY   TDCJ#:  1797921   Date: 08/03/2012 18:25   **Facility:**  GURNEY (ND)

## PEAK FLOW

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
|------|-------------|-------------|-------------|------------------------|
|      |             |             |             |                        |
|      |             |             |             |                        |
|      |             |             |             |                        |
|      |             |             |             |                        |

\* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

## MEDICATIONS

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |

| | I. V. THERAPY | | | | | | Intake | | Output | |
|--------|----------|-------|-----|------|------|---------|-----|------|------|------|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | | Urine | |
| 20 g | Rt t AC | 20g | NS | 150m | 1830 | PC | IV | | Emesis | |
| | | | | | | | NG | | NG | |
| | | | | | | | Other: | | Other: | |

❖ **Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.**

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|---|---|---|---|
| | Cell | Date: 08 03 12 Time: 1836 | |
| | TDCJ Infirmary – Facility: | | Improved |
| X | Local ER   via ambulance | | Stable |
| | Hospital Galveston | X | Unstable |
| | Other: | | Deceased |
| **MODE OF TRANSFER:** | | **UTILIZATION REVIEW NOTIFIED:** | |
| | Van | Date: Time: | |
| | Local EMS | | N/A |
| | 911 Transfer | | Yes |
| | UTMB EMS | | No |
| | Other: | **PRE-CERTIFICATION #:** | |
| **PECC Contact Name (UTMB ONLY):** | | **UR CONTACT:** | |
| Time Contacted: | | | |

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes con't |
|------|---------------------|
|      |                     |
|      |                     |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

This document has been sent for signature, but has not yet been reviewed

SM-16

AD-10.64 (rev. 6)
Attachment C
Page 11 of 11

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _ND_

8·3·2012

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 76.7° | 83% | 78° | Brun |
| 7:30 a.m. | 82.1 | 76% | 85.④ | Brun |
| 8:30 a.m. | 84.4 | 72% | 930③ | Brun |
| 9:30 a.m. | 90° | 60% | 100°③ | Brun |
| 10:30 a.m. | 95° | 50% | 107② | Brun |
| 11:30 a.m. | 96° | 49% | 107② | Brun |
| 12:30 p.m. | 101° | 40% | 110°② | Brun |
| 1:30 a.m. | 101° | 37% | 110②② | Thoms J.C. |
| 2:30 p.m. | 103° | 34% | 113°② | Thomas C. |
| 3:30 p.m. | 104° | 34% | 113°② | Thomas, C. |
| 4:30 p.m. | 104° | 34% | 113°② | Thomas, C. |
| 5:30 p.m. | 104° | 35% | 113°② | Thomas, C. |
| 6:30 p.m. | 102° | 38% | 110° | Seneur |

McCollum/ Adams-75

1st Shift B  Supervisor _Sgt J Butler_

2nd Shift B  Supervisor _____

Joe F. Gurney Unit

**Dorm Temperature Log**

Date  08-03-12

1st Shift Officer Recording _R Roberts_

2nd Shift Officer Recording _____

| DORM | TIME | OUTSIDE | D.TEMP | DORM | TIME | OUTSIDE | D.TEMP | DORM | TIME | OUTSIDE | D.TEMP | DORM | TIME | OUTSIDE | D.TEMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 0754 | 8 | 84 | B-4 | 0747 | 79 | 80 | C-7 | 0705 | 83 | 83 | F-2 | 0736 | 82 | 83 |
|  | 1531 | 129 | 104 | 15 | 1626 | 129 | 103 | 2 | 1512 | 129 | 103 |  | 2307 | 96 | 87 |
|  | 2334 | 90 | 90 |  | 2315 | 91 | 91 |  | 2229 | 92 |  |  |  |  |  |
| A-2 | 0800 | 84 | 84 | B-5 | 0752 | 84 | 83 | C-8 | 0736 | 83 | 83 | F-3 | 0737 | 82 | 83 |
|  | 1537 | 129 | 104 |  | 1545 | 129 | 103 |  | 1630 | 129 | 103 |  | 1514 | 129 | 103 |
|  | 2337 | 90 | 91 |  | 2320 | 90 | 91 |  | 2232 | 92 |  |  | 2309 | 88 | 88 |
| A-3 | 0801 | 84 | 85 | B-6 | 0753 | 81 | 83 | D-1 | 0705 | 73 | 76 | F-4 | 0738 | 82 | 83 |
|  | 1540 | 125 | 103 |  | 1547 | 129 | 103 | 1558 | 1088 | 129 | 106 |  | 1517 | 129 | 103 |
|  | 2338 | 90 | 91 |  | 2323 | 90 | 91 |  | 21:40 | 85 | 83 |  | 2312 | 88 | 88 |
| A-4 | 0802 | 84 | 85 | B-7 | 0753 | 81 | 83 | D-2 | 0707 | 73 | 77 | K-1 | 0719 | 83 | 83 |
|  | 1543 | 129 | 103 |  | 1550 | 129 | 103 | 1554 1600 | 1600 | 129 | 104 |  | 1632 | 129 | 101 |
|  | 2341 | 90 | 90 |  | 2321 | 90 | 91 |  | 21:40 | 85 | 82 |  | 2745 | 86 | 84 |
| A-5 | 0804 | 85 | 85 | B-8 | 0754 | 81 | 83 | D-3 | 0708 | 23 | 72 | K-2 | 0730 | 83 | 83 |
|  | 1555 | 125 | 103 |  | 1552 | 129 | 103 | 1600 | 1600 | 129 | 104 |  | 1633 | 129 | 102 |
|  | 2345 | 90 | 89 |  | 2320 | 90 | 91 |  | 21:40 | 85 | 83 |  | 2249 | 86 | 84 |
| A-6 | 0806 | 85 | 85 | C-1 | 0718 | 80 | 80 | D-4 | 0708 | 23 | 78 | K-3 | 0730 | 83 | 83 |
|  | 1528 | 125 | 103 |  | 1618 | 129 | 103 | 1604 | 1604 | 129 | 103 |  | 1634 | 129 | 101 |
|  | 2344 | 90 | 89 |  | 2210 | 89 | 92 |  | 21:40 | 85 | 83 |  | 2249 | 86 | 84 |
| A-7 | 0807 | 85 | 85 | C-2 | 0719 | 80 | 80 | E-1 | 0712 | 28 | 78 | K-4 | 0731 | 83 | 83 |
|  | 1530 | 129 | 103 |  | 1616 | 129 | 103 | 1606 | 1606 | 129 | 103 |  | 1635 | 129 | 91 |
|  | 2344 | 90 | 90 |  | 2212 | 89 | 91 |  | 220 | 90 | 88 |  | 2251 | 86 | 84 |
| A-8 | 0807 | 85 | 85 | C-3 | 0720 | 80 | 87 | E-2 | 0712 | 28 | 79 | K-5 | 0731 | 83 | 83 |
|  | 1532 | 129 | 103 |  | 1618 | 129 | 102 | 1607 | 1607 | 129 | 103 |  | 1636 | 129 | 102 |
|  | 2351 | 90 | 91 |  | 2215 | 89 | 90 |  | 2205 | 90 | 88 |  | 2253 | 86 | 84 |
| B-1 | 0745 | 79 | 79 | C-4 | 0720 | 80 | 81 | E-3 | 0713 | 28 | 79 | K-6 | 0732 | 83 | 83 |
|  | 1525 | 129 | 103 |  | 1620 | 129 | 102 | 1609 | 1609 | 129 | 102 |  | 1637 | 129 | 101 |
|  | 2367 | 91 | 90 |  | 2218 | 89 | 90 |  | 2206 | 90 | 88 |  | 2255 | 86 | 84 |
| B-2 | 0746 | 79 | 80 | C-5 | 0723 | 83 | 83 | E-4 | 0714 | 28 | 79 | K-7 | 0732 | 83 | 83 |
|  | 1523 | 91 | 103 |  | 1622 | 129 | 102 | 1611 | 1611 | 129 | 102 |  | 1638 | 129 | 91 |
|  | 2310 | 91 | 90 |  | 2222 | 92 | 92 |  | 2207 | 90 | 88 |  | 2257 | 86 | 84 |
| B-3 | 0746 | 79 | 80 | C-6 | 0724 | 83 | 83 | F-1 | 0736 | 82 | 82 | K-8 | 0733 | 83 | 83 |
|  | 1519 | 129 | 104 |  | 1624 | 129 | 103 |  | 1510 | 129 | 103 |  | 1655 | 128 | 92 |
|  | 2312 | 91 | 90 |  | 2225 | 92 | 92 |  | 2305 | 88 | 88 |  | 2259 | 86 | 84 |
| SEP |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

REV. 08-2012

**OUTSIDE**-OUTSIDE TEMP @FRONT DOOR

**D. TEMP**-CENTER OF EACH DORM

## Heat Restricted Offender Wellness Check

Officer's working in a housing area will conduct and document wellness checks on offenders with heat restrictions. The names and housing areas of the offenders may be found on INFOPAC report IMS040-H. To better assist staff, the information contained in the INFOPAC report has been consolidated in the attached lay-in report. The correctional officer assigned to the housing area of the offender's on the attached list are responsible for checking on the wellness of these offenders, documenting the time and acknowledging by the officer's initials at each check. This form is conducted on a four day shift cycle and is maintained by both shifts during those days. A supervisor must conduct, at a minimum, one wellness check on the offenders on each housing area once per shift and acknowledge this by entering the time and the supervisor's initials below. This form shall be turned in by Second Shift at the conclusion of the four day cycle and a new form initiated by the relieving card. Wellness checks should be completed and documented no less than every 30 minutes!

Dorm: **B1**   Beginning Date: **08/01/12**   Ending Date: **08/04/12**

McCollum/ Adams-76

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Day 1** | 1st | Time | 0604 | 0638 | 0706 | 0736 | 0656 | 0638 | 0708 | 0930 | 1010 | 1040 | 1106 | 1130 | 1210 | 1242 | 1312 | 1341 | 1407 | 1444 | 1511 | 1557 | 1610 | 1641 | 1709 | 1731 |
| | | Initial | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | Ash | Ash | Ash | Ash | Ash | Ash | Ash | Ash | Ash | Ash | Ash | Ash |
| | 2nd | Time | 1800 | 1830 | 1900 | 1930 | 2000 | 2030 | 2300 | 2130 | 2200 | 2230 | 2300 | 2330 | 2359 | 0028 | 0058 | 0028 | 0057 | 0227 | 0256 | 0326 | 0355 | 0425 | 0455 |
| | | Initial | CD | CD | CD | CD | CD | CD | CD | CD | CD | CD | DB | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM |
| **Day 2** | 1st | Time | 0608 | 0636 | 0706 | 0736 | 0606 | 0836 | 0606 | 0936 | 1007 | 1035 | 1109 | 1140 | 1210 | 1241 | 1312 | 1339 | 1414 | 1445 | 1513 | 1542 | 1617 | 1648 | 1730 | 1760 |
| | | Initial | cm | cm | cm | cm | cm | cm | cm | cm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm | Bm |
| | 2nd | Time | 1800 | 1830 | 1900 | 1929 | 2000 | 2029 | 2100 | 2130 | 2200 | 2229 | 2308 | 2821 | 0000 | 0030 | 0100 | 0130 | 0200 | 0230 | 0330 | 0530 | 0400 | 0430 | 0501 | 0533 |
| | | Initial | FG | FG | FG | FG | FG | FG | FG | FG | FG | FG | JLS | JLS | TWE | TWE | TWE | TWE | TWE | TWE | TWE | JLS | JLS | JLS | JLS |
| **Day 3** | 1st | Time | 0615 | 0645 | 0714 | 0744 | 0814 | 0845 | 0915 | 0944 | 1013 | 1042 | 1102 | 1133 | 1206 | 1236 | 1308 | 1338 | 1402 | 1432 | 1501 | 1538 | 1609 | 1637 | 1700 | 1730 |
| | | Initial | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | cm | DC | DC | WM | WM | WM | DC | WM | WM | WM | WM | WM | WM |
| | 2nd | Time | 1803 | 1827 | 1858 | 1930 | 2001 | 2032 | 2101 | 2133 | 2202 | 2230 | 2300 | 2324 | 0001 | 0030 | 0100 | 0130 | 0200 | 0230 | 0300 | 0330 | 0400 | 0430 | 0500 | 0530 |
| | | Initial | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC | DC | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM | WM |
| **Day 4** | 1st | Time | 0602 | 0643 | 0714 | 07:32 | 0816 | 0843 | 0905 | 0948 | 1016 | 1044 | 1116 | 1146 | 1216 | 1244 | 316 | 1346 | 1416 | 1446 | 1516 | 1546 | 1616 | 1646 | 1716 | 1746 |
| | | Initial | WS | WS | WS | WS | WS | WS | WS | WS | WS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS | CS |
| | 2nd | Time | 1866 | 1829 | 1905 | 1933 | 2004 | 2032 | 2103 | 2127 | 2127 | 2230 | 2301 | 2533 | 0001 | 0031 | 0100 | 0130 | 0200 | 0230 | 0300 | 0330 | 0400 | 0430 | 0500 | 0530 |
| | | Initial | TH | TH | TH | TH | TH | TH | TH | J.T. | J.T. | J.T. | J.T. | J.T. | J.T. | S.T. | S.T. | JC | JC | JC | JC | JC | JC | JC | JC | JC |

### Supervisor Wellness Check on Heat Restricted Offenders
#### (At least once per shift)

| | Day 1 | | Day 2 | | Day 3 | | Day 4 | |
|---|---|---|---|---|---|---|---|---|
| Shift | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
| Time | 0650 | 2225 | 0631 | 2230 | 0631 | 1950 | 0626 | 2200 |
| Initials | FJ | MB | MB | MB | MB | MB | MB | MB |

Rev. 04/2012

**Transport of Offender**

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back gate is noted as well as the destination arrival time. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

| Time | Details |
|------|---------|
| 7:05pm | ARRIVED AT HOSPITAL TRAUMA ROOM |
| 7:06pm | LIFE SUPPORT WAS APPLIED |
| 7:15pm | DR TOOTE CAME INTO THE ROOM |
| 7:30pm | IV AND COOLING BLANKET USED |
| 7:40pm | CAT SCAN |
| 7:50pm | LEFT CAT SCAN |
| 7:55pm | VERY CRITICAL KNOW NOTHING ELSE |
| 8:05pm | NOTIFIED GOING TO TYLER BY AIR |
| 8:45pm | DR TOOTE LET US KNOW THAT IT WAS A HEAT STROKE & SEVERE HYPERTHERMIA AND POSSIBLE HEART ATTACK |
| 9:15pm | NURSE MEGAN CAME IN AND CHECKED TEMP. 103.7 |
| 9:20pm | PHI MEDICAL STAFF ARRIVED AT THE HOSPITAL AND did FLIGHT PREP |
| 9:30pm | OFFICER PERRY RELIEVED OFFICER ROY |
| 9:50pm | LOAD ON HELICOPTER |
| 10:00pm | LEFT PALESTINE |
| 10:20pm | ARRIVED AT ETMC IN TYLER TX |
| 10:24pm | ARRIVED IN ETMC ROOM NURSES NICK, EVAN AN AMANDA TAKEN CARE OF OFFENDER BLOOD PRESSURE 124/81 HEART RATE 129 |
| 10:27pm | HOOKED THE OFFENDER UP TO BREATHING MACHINE IN EMERGENCY ROOM |
| | CONTINUED ON NEXT PAGE |

Revision: 05/01/2012

2

## Transport of Offender

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back gate is noted as well as the destination arrival time. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5558. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

| Time | Details |
|------|---------|
| 10:47 Am | nurse Amanda checked temp 104.4 |
| 10:49 | nurse Amanda checked vitals 41/57 |
| 10:54 | nurse Amanda inserted Rectam tube. |
| 10:57 | Tech leak came in and took x-rays on offenders chest. |
| 11:06 | Dr Mario came in and checked out offenders. |
| 11:36 | Allison came in and checked vitals 47/30 |
| 12:30 | nurse Amanda cave vitimin k 10 units + temp in 103rd |
| 12:40 | Daughter Ashley Arrived |
| 0110 | put Art line in |
| 0145 | moved to ICU Room number 2262 |
| 0200 | mother of offender Arrived. |
| 0205 | nurse Praktishiner kristen Porter came in and checke on offender. |
| 0245 | Dr Jones came in and did a central line. |
| 0315 | Sancy from lab came and drew blood. |
| 0330 | Mother came in and saw offender. |
| 0345 | nurse Johnny Gave two units of blood. |
| 0405 | nurse Johnny came in and changed IV bags. |
| 0430 | nurse Johnny checked IV's and all lines |
| 0455 | Respitory Guy Jonathan came in and hooked up Respitory Machine. |
| 0520 | nurse Johnny hooked up another IV TO Give offender more blood. |
| 0545 | nurse Johnny took temp 97.6 |
| 0615 | nurse Johnny Gave two more units of blood. |
| 0630 | nurse Johnny checked all machines again |
| 0652 | was Released by 1st shift. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Revision: 05/01/2012

3

**Transport of Offender**

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility.  When calling OMT Command Center, obtain the name of the employee you notified.  If additional space is needed, you can use a blank piece of paper written in the below format.  Ensure that the **departure time** from the **unit back gate** is noted as well as the **destination arrival time.**  The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original.  **OMT Command Center: 888-456-5556.** Use continuation forms as necessary.  **Also note time(s) relieved** by on coming shift personnel.

| Time | Details |
|------|---------|
| 0652 | AT 6:52 AM ON 8-4-2012 CO I T. RODRIGUEZ AND MYSELF CO I B. McClAINE REPORTED TO ROOM 2262 ICU DEPARTMENT AND RELIEVED 2ND SHIFT OFFICERS FROM DUTY FROM ETMC TYLER HOSPITAL. OFFICER CO I T. RODRIGUEZ WAS STATIONED IN THE ROOM WITH OFFENDER ADAMS, RODNEY TDC# 1797921, AND I OFFICER CO I B. McClAINE WAS STATIONED OUTSIDE OF ROOM IN CLEAR SIGHT OF THE OFFENDER. ALL DOCUMENTATION OF THINGS THAT TOOK PLACE ALONG WITH NAMES OF WHOM DID SERVICES TO PATIENT AND TIMES WERE LOGGED. AT 4:58 PM ALL IV DRIPS WERE CUT OFF AT 5:41 PM VENTILATOR WAS TURNED OFF. AT 5:50 PM OFFENDER ADAMS WAS PRONOUNCED DECEASED BY DR. JONES |
| | *Billy W. McClaine CO I* |
| | AT 6:36 PM I CO I B. McClAINE RECEIVED A@ CALL FROM OIG MARK OWENS STATING OIG BUDDY FLETCHER WOULD BE HANDLING INQUIRY. AT 6:43 PM I CO I B. McClAINE RECEIVED A CALL FROM JUSTICE OF PEACE SHAMBURGER STATED HE WOULD NOT PHYSICALLY BE COMING TO HOSPITAL BUT WOULD FAX HIS MATERIAL OFF TO UTMB GALVESTON. J.P. ADVISED ME THAT A BEAUMONT TRANSPORT WOULD BE PICKING UP THE BODY FROM HOSPITAL AND DELIVER IT TO UTMB HOSPITAL GALVESTON FOR AUTOPSY |
| | *Billy W. McClaine* |

Revision: 05/01/2012

8/4/12                                                                                                 4

**Transport of Offender**

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the **departure time** from the **unit back gate** is noted as well as the **destination arrival time.** The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. **OMT Command Center: 888-456-5556.** Use continuation forms as necessary. **Also note time(s) relieved** by on coming shift personnel.

Ashley Adams, Mother Wanda

| Time | Details |
|------|---------|
| 0652 | Relieved 2nd shift |
| 0753 | Ofc Lt. Trimble gave update |
| 0756 | Nurse came in and checked all vitals  (Nurse Kim) |
| 0750 | Nurse came in check IV bag, cleaned blood off of Jade. Nut cleaned bandages on him. Took temperature |
| 0758 | Nurse Lidia came in did EKG |
| 0800 | Nurse Kim still changing bandages, did Rectal temperature 94/4 |
| 0826 | Ofc Lt. Trimble Updated Offender Adams Still in Critical Cond. |
| 0907 | Nurse Kim came in and change IV bag. Took Temp 94.9 Checked CNL, we note not keeping any Clothing. |
| 0941 | Nurse Teri came in and drew blood. |
| 0943 | Dr. Jones came in and checked Offender Adams, order a warm it blanket. |
| 1006 | Dr. Corpus came in accessed the offender waiting on HPL to come back (Blood Results), Dr. Issoma contact family. |
| 1019 | Nurse Kim came in reported IV on arm. Used suction to draining out blood out of chest, took Temp 94.5 |
| 1041 | Chaplain Shane came in and inquired about the family and talked to blood doctor. |
| 1043 | Nurse came in and drew blood. |
| 1049 | Nurse Kim took blood pressure 54/35 |
| 1053 | Nurse Kim re-came blood pressure 100/71 |
| 1100 | Nurse Kim checked temp 94.6 |
| 1103 | Nurse Kim came in and did echo sona gram on heart. |
| 1120 | Nurse Kim came in and put on circulation machine on legs |
| 1123 | Nurse Kristen came in and drew blood. Still trying to find Nurse found fluke to iron |
| 1236 | Nurse came in and checked sugar |
| 1255 | Nurse Kim came in checked vitals, cleaned the offender up. Blood pressure 80/13, Temp 94.6 |
| 1:03 | Blood pressure 104/71 |
| 1:26 | Nurse Kim came in gave new more plasma, platelets, 13x3 Blood pressure 103/31 |
| 1:48 | Blood pressure              Temp 96.7 |
| 2:21 | Took blood pressure again 109/16, stopped plasma 3 platelets not working |

Revision: 05/01/2012

5/4/12

5

## Transport of Offender

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the **departure time** from the **unit back gate** is noted as well as the **destination arrival time**. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. **OMT Command Center: 888-456-5556.** Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

"NURSE KIM"    DIC   Coagulation

| Time | Details |
|------|---------|
| 6:44 | Took Temp (Rectal) 94.6 |
| 2:53 | Nurse Kristen came in and cleaned around nose and tube in mouth |
| 3:11 | Nurse came in put heat blower under blanket |
| 3:24 | Nurse came in and took temp 94.4 |
| 3:45 | Nurse Kim came in added paper blanket to blower |
| 3:47 | Nurse Kim took blood pressure 76/46 |
| 3:51 | Michelle (nurse) came in drew blood |
| 4:35 | Capt. Basley came in and took photographs of offender hands |
| 4:55 | Dr. Jones came in accessed the offender, called mother (Wanda) in agreement that stop all drips and no more blood |
| 4:58 | Nurse Kim advised by Dr. Jones to unplug all IV drips |
| 5:33 | Nurse Kim came in ~~he~~ heart rate down to 64, pupils have ~~fixed~~ no reaction took B/P 67/46 |
| 5:41 | Ventilator was turned off |
| 5:50 | Dead (Expired) |
| 6:23 | Chaplain Taylor called inquiring about family. Officer Rodriquez informed him that they were still at home |
| 6:50 PM | B. Conaway & S. McBee relieved 1st shift Sgt COII T. Rodriquez & COII B. McClain. |
| 8:18 PM | Office of the Inspector General Buddy Fletche arrived |
| 8:52 | Lt. Bagly arrived to take pictures |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Mother (Wanda) 940-393-9536
Daughter (Ashley) 940-368-8985, 940-366-0504

PMG#
2862

Revision: 05/01/2012

6

**Transport of Offender**

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the **departure time** from the **unit back gate** is noted as well as the **destination arrival time**. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. **OMT Command Center: 888-456-5556.** Use continuation forms as necessary. **Also** note time(s) relieved by on coming shift personnel.

| Time | Details |
|---|---|
| 8-5-12 - 0010 hrs | Kevin Cole / Carnes funeral home / |
| 8-5-12 0015 | Called OMT (Showery, |
| 8-5-12 0020 | Loaded offender on gurney |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Revision: 05/01/2012

# COUNTY OFFENDER CUP ISSUE LOG

| | | NAME | TDCJ # | DATE | COUNTY |
|---|---|---|---|---|---|
| 1781487 | 1 | Quintanar, R | Refly Qumbr R | 8-2-12 | Kaufman |
| 573210 | 2 | Rhone, C | | | ↓ |
| 1797914 | 3 | Soto, M | Manaul J, C | | |
| 1797915 | 4 | Florence, J | | | Parker |
| 1797916 | 5 | Flowers, D | | | |
| 1797917 | 6 | Henderson, L | | | ↓ |
| | 7 | | | | |
| 1797919 | 8 | Sampley, E | | | ↓ |
| 1797920 | 9 | Harris, W | Will H | | Rockwall |
| 1741623 | 10 | Mendoza, T | | | ↓ |
| 1797921 | 11 | Adams, R | Adam R | | Wise |
| 1797922 | 12 | Delarosa, R | | | ↓ |
| 1797923 | 13 | Guerra, J | | | ↓ |
| | 14 | Perez | | | |
| 1797871 | 15 | Burris, L | Burris | | |
| 1797888 | 16 | Hector, C | | | |
| 1797918 | 17 | Matthew Nance | | 8-2-12 | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | | | | |
| | 21 | | | | |
| | 22 | | | | |
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |

SUPERVISOR: Lt. V Dawkins

```
CBU5T084/CS005A/X08A   TEXAS DEPARTMENT OF CRIMINAL JUSTICE        2012-06-07
UNIT:7L XN047          OFFENDER SERVICES TRACKING SYSTEM           11:39:13
                          MEAL INQUIRY BY TDCJ:D                   PAGE

TDCJ:N 01797161  ADAMS,RODNEY GERALD
DATE: 2012-06-02 THRU 2012-06-03


   DATE      TIME   UNIT                              SIT LIN MEAL PLAN SNACK ENT
---------- -------- ------------------------------    --- --- ---- ---- ----- ---
2012-06-02 16:25:05 NO - JOE F GURNEY                 K1  5L2  03  R             X
2012-06-03 16:49:33 NO - JOE F GURNEY                 K1  5L2  03  R             X
```

08/07/2012  09:23   6273407-                    WISE CO JAIL                    PAGE  01/01

WISE COUNTY S.O.

Larson, Lance  Sergeant



**Edit Narrative**

At shift change last night 7-29-2012 approx 11:55 p.m. trustee Rodney Adams passed out in his dorm and hit his head around the eye area. His blood sugar was taken and it was 71. At this time I asked the inmate if he ate dinner and he said no that he was trying to lose weight. Trustee was given an orange and informed he needed to eat some of his food at meal time and that he needed to see medical this morning. Subject's eye area was cleaned and bandaged.

ATTN: Lt. V. Dawkins

Texas Department of Criminal Justice

## Inter-Office Communications

To _____  Date  8/8/12

From  C. Wilbanks LVN  Subject  Adams, Rodney #1797921

Just after 1800 on 8/3/12 shift change officer Wickware states "they need a wheelchair on B1 dorm, a guy is having a seizure," and she took off with a wheelchair with Mrs. Graves LVN grabbing the jump bag and AED. and taking off behind her to dorm. A couple minutes later officer Roy came running in and said, "we're gonna need a stretcher," and he got it and took off with it. At 1822 Lt. Crutcher told me that Mrs. Graves said to call 911 in which I did. The lady wanted information, & didn't have much to tell her except he is unresponsive and reported to be having a seizure. She said she would get an ambulance in route and that if I got any more information before the ambulance arrived to call her back and I agreed to do so. I then took the gurney out of the ER and got out the pulse oximeter, glucometer, and rectal thermometer. At 1825 Mrs. Graves LVN arrived to medical with the patient on stretcher lying on ① side. He was placed in ER, he was unresponsive. He had on underpants and a shirt which Mrs. Graves LVN cut the shirt off of him and poured pitchers of cool water on him. I took his rectal temp which was 109.9 I then promptly called back 911 and reported the pts. condition and rectal temp at 1826 and was told ambulance was on its way. I got ice packs and applied them to pressure points and someone had turned a fan on him. I continued taking temp with core temp (rectally) ranging from 109.' to 109.9 and continued repositioning ice bags as Mrs. Graves LVN continued with pitchers of water by pouring them over his body. Pt continued to be unresponsive. I walked around to his face and noticed his ① eye was black and blue. Mrs. Graves and I discussed this. The ambulance arrived at 1835 by ER clock. He was placed on EMS stretcher and was out the back door at 1838. Mentioned black eye and security officer showed me his ID picture in cart here. The ID picture revealed the black eye

McCollum v. Adams 867

Texas Department of Criminal Justice

## Inter-Office Communications

To _____   Date 8/8/12 _____

From C Wilbanks LVN _____   Subject Adams, Rodney #1797921

I told this to Mrs. Graves LVN and she went to the backdoor and told EMS about the black eye already being present in the ID picture.

SO-4

Texas Department of Criminal Justice

## **Inter-Office Communications**

To _____   Date 08/08/2012

From P. Graves wN   Subject Rodney Adams # 1797921
heat related incident

On 08/03/12 @ about 1810-1815, medical was
informed of a possible offender actively having
a seizure, officer wickware en route with
wheelchair to B-1 dorm, nurse P Graves WN
en route to B-1 dorm with jump bag and AED,
security officer Roy enroute to medical to
retrieve stretcher, (1815) Ms. Graves WN arrived to
B-1 dorm, nurse P Graves WN offender observed
offender lying in bunk, non verbal with agonal,
labored breathing, nurse called offender by
name, offender looked up @ nurse P Graves WN,
withdrew Lt shoulder to sternal rub. offender
skin very hot to the touch, offender not sweating,
skin dry, nurse P Graves WN notified security
to immediately call Ms. Wilbanks in medical
to call 911 for immediate emergency
transfer to local ER due to offender's
poor health status at the given time ⟶

SO-4

Texas Department of Criminal Justice

## Inter-Office Communications

To _____     Date  08/08/2012

From  P. Graves  LVN     Subject  Rodney Adams #1797121
                                   heat related death

of this incident. Offender has a black/purple bruised eye to lt orbital region, no blood coming from ear or nasal orfices, offender transferred to medical stretcher x 4 person assist, offender secured to Gurney stretcher, and transferred to on site medical facility, the time was about 1820 on arrival to medical. Offender shirt removed by Pgraves LVN and C Wilbanks LVN, pants had been removed in B-1 dorm by nurse Pgraves before transfer, offender kept on rt side lying position due to vomiting up greenish-thet clear liquid, offender has glascow coma scale of 3, offender iced @ pressue pulse point, fan placed blowing directly on offender, cold water poured over offender, offender has core temp 109.9 →

SO-4

Texas Department of Criminal Justice

## Inter-Office Communications

To _____    Date 08/08/2012

From P Graves WN    Subject Rodney Adams # 179742
heat related death. —

offender still verbally unresponsive, noted
agonal labored breathing, @ 1835 ambulance
on site. for offender transfer, offender
transferred to EMS Gurney x 4 person
assist, offender still exhibiting agonal
labored breathing, care relenquished to
Intrepid EMS service, offender out
the back door of medical @ 1838. ———
P Graves wn ———

eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

HISTORY AND PHYSICAL
The patient was seen in the emergency room.  The patient actually was
transferred from an outlying institution.  The patient actually is a
45-year-old white male who was actually incarcerated and was found down.
By the time the patient had presented to the emergency room locally he
apparently had a core temperature of 108 and was unresponsive. The patient
was then stabilized.  He was intubated, had IV fluid resuscitation.
Continued to have an increased temperature of 108 and was completely
unresponsive. In speaking with the police officers that were with him, they
state that the patient was in a transfer facility and apparently 54 other
inmates were there.  Apparently the patient was up and about and had gotten
something to eat and came back.  He said he was a little bit dizzy and
wanted to change up bunks and then when he went to lie down, they state
that about 30 minutes later they found him seizing and then he became
unresponsive.

PAST MEDICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY
Inability to obtain. As far as medical records as to whether this patient
has any other history of hypertension or diabetes, no records were brought
over from the transfer unit.

DATA
As far as his data, he did have a CT scan of his head and this was at 7:43
p.m. at the other institution which showed no intracranial bleed.  No
masses.  There was no old CT for comparison.  He had a tox screen there
that was negative for marijuana, amphetamines, PCP, cocaine.

LABORATORY DATA AT THE OUTLYING INSTITUTION
Hemoglobin 12.6, hematocrit 37.9, platelet count 183.  Platelets estimate
were adequate.  He had 33 segs, 1 band, 57 lymphs, 4 monos.  The patient
had a sodium of 131, potassium 5.9, chloride 98.  $CO_2$ 23, anion gap 14.9,
BUN 24, creatinine 2.2, total protein 7, albumin 3.0.  Calcium 7.3, AST 40,
and ALT 30.  He had an alk phos of 117, CK 165.  Osmolality calculated was
274, CK-MB 0.8.  ETOH was less than 10.

PHYSICAL EXAMINATION

**HISTORY AND PHYSICAL**
**Page 1 of 4**

eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

### EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
### HISTORY AND PHYSICAL

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

VITAL SIGNS: Basically, the patient on arrival here, temperature core was still up at 104. The patient was intubated. He had what looks like a traumatic intubation because he had a lot of increased blood about his orifice. He was saturating at 95% to 100% on a ventilator. The patient is unresponsive with dilated pupils bilaterally. Core temperature is still up at 104.
HEENT: Cervical collar is in place.
LUNGS: Diminished breath sounds throughout but clear. No rhonchi, no wheezes.
ABDOMEN: Benign.
RECTAL: Foley was in place.
SKIN: There was no evidence for ecchymotic areas or contusions of the abdomen.
EXTREMITIES: Are cool, pale.
GENITALIA: He has a Foley catheter in place. Urine is actually light in color and no real evidence for infection.

He did have an EKG in the outlying institution that showed supraventricular tachycardia at 189 beats/minute. A followup EKG monitor here still shows sinus tach at 110. Followup EKG is ordered.

LABORATORY DATA SINCE HE ACTUALLY ENDED UP HERE AT THIS INSTITUTION Followup CT is pending. The patient has a rectal temperature of 104.4. Pulse is still 168. Blood pressure is 96/61; 100% saturation on current settings. His ABG on arrival: pCO2 of 45, pO2 of 90.6, total hemoglobin 1.4, sodium 34.7, potassium 5.0. Laboratory data significant for creatinine kinase now at 11:23 p.m. of 13.21. CK-MB of 16.8%, troponin of 38. He has a BUN of 31, creatinine 1.5, AST 271. He has bilirubin of 1.8, direct bilirubin of 0.85. He has total protein of 5.8, albumin 2.7, calcium 6.6. He has a white blood count now of 19.8, hemoglobin 11.5, platelet count of 57, bands of 12 and enucleated red blood cells of 10. The patient is still unresponsive.

The patient was treated with Zosyn in the emergency room.

ASSESSMENT AND PLAN

1. Mental status. The patient was noted to be seizing. At this point the patient is unresponsive. Both pupils are dilated. Patient with significantly elevated core temperature at 108. Questionable if this

**HISTORY AND PHYSICAL**
**Page 2 of 4**

eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## TEXAS
## HISTORY AND PHYSICAL

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

patient had a stroke, heat stroke, and then seizure, and then subsequent unresponsiveness. The first CT of the head was unremarkable. There was no evidence for brain swelling. At this point in time, the patient has had a significant amount of fluid resuscitation, so a followup CT without contrast has been initiated. Consult was also made to PSOT; was called in when the patient came in at 11:00 to this institution by Dr. Marino with Christine Porter being called.

2. Acute renal failure noted with elevation of his BUN and creatinine. Will continue IV fluid resuscitation. the patient will have his followup CT of the head.

3. Gastrointestinal. Patient with elevated transaminases consistent with shock liver. In addition, patient with DIC panel positive for _____ product from the patient most likely with multi-organ system shutdown.

4. Elevation of cardiac enzymes again, most likely with shocky organ systems. Will plan for an echo in the morning and evaluate LV-function, and when the patient has dilated, cardiomyopathy.

5. As far as his neuro status, will have neuro checks and then will also plan for an EEG in the morning to assess brain function.

6. Rectal Foley is in place, continue.

7. Supraventricular tachycardia noted. Could this patient have presented with a supraventricular tachycardia and then with decreased blood pressure? Will plan to have to have a followup EKG now if he is still having increased significant tachycardia. Will plan to go head and start a Cardizem drip.

8. Since there is some significant acidosis followup ABG with pH now of 7.15. Patient will be treated with 2 amps of bicarb. An ABG will be rechecked.

The family has now appeared and we will talk to the family before the patient goes up.

cc:

TR: dff      JOB#: 111877202

**HISTORY AND PHYSICAL**
**Page 3 of 4**

PMcCollums Adams-334

eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DD: 08/04/2012 01:04 A
DT: 08/04/2012 03:32 A

**HISTORY AND PHYSICAL**
**Page 4 of 4**

McCollums Adams-3945

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

REASON FOR CONSULTATION
Critical care and ventilator management.

HISTORY OF PRESENT ILLNESS
The patient is an unfortunate 45-year-old male who looks very much older than his stated age with a history of chronic alcoholism. He has been incarcerated since March. He was recently transferred to a facility the 2nd. Prior to his transfer he was hit by another inmate causing a left periorbital ecchymosis and laceration. Approximately 30 minutes after dinner patient was reported to be found to a guard unresponsive with agonal breathing. He was being held by inmates that were surrounding him who stated that he'd had a seizure and they were holding him "to keep him from hitting anything." Patient was then brought to the Emergency Room where he was found to have some upper and lower GI bleeding and hypotension. He was intubated and brought to the Emergency Room. His temperature had been 107.9 on arrival. The most recent temperature we've obtained here after arriving to the ICU in Tyler is 99.2 degrees and this is without any cooling measures performed. Thus far I have given patient one liter of IV fluids. He has had multiple bags of fresh frozen, currently receiving platelets and blood. He continues to profusely bleed. His PT and PTT is extremely high, unreadable and his repeats are pending. Fibrin split products were elevated indicating a possible TTP. Multiple differentials have come to mind. He has been on Seroquel for depression and his mother states approximately one month ago, it was recently increased from 300 to 500. Overall the patient is critically ill. He is on multiple pressors including Neo, Levo and vasopressin at this point. Profuse lower GI bleeding is being contained in a Flexi-seal that is continuous. Patient continues to have hypotension despite fluid bolus, despite multiple pressures, despite blood products being infused. I have discussed the severity of the situation with his mother and his daughter who are aware of the severity and at this point in time they want us to continue efforts. If patient dose have a cardiac arrest, the patient is not to receive CPR according to his mother.

PAST MEDICAL HISTORY

1. Coronary artery disease. He had an MI at a younger age.
2. GERD.
3. Bloody stools since April.

**CONSULTATION REPORT**
**Page 1 of 5**

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384 ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

    4. Depression.

PAST SURGICAL HISTORY
Multiple known surgeries including bilateral hip surgery, GI surgery in
2011, back surgery and neck surgery in 2012.

SOCIAL HISTORY
He has been incarcerated since March. He is a one pack per day smoker.
Heavy drinker up until the time of the incarceration at approximately 8-12
beers per day.

ALLERGIES
NONE REPORTED

MEDICATIONS
Per mother includes,

    1. Seroquel 500 mg.
    2. Lisinopril dose unknown.
    3. Gabapentin dose unknown.

FAMILY HISTORY
Unknown.

REVIEW OF SYSTEMS
Unable to obtain as he is currently intubated.

ANCILLARY DATA
Initially received in Palestine includes drug tox screen which is negative.
His initial chemistries showed a sodium of 130, potassium 5.9, chloride 98.
C02 23. His glucose was 105, BUN 24 and a creatinine elevated at 2.2. His
AST was 40, ALT 30. Alkaline phosphatase was 117. His initial CKMB was
0.8. Alcohol level was nil. His CBC showed a white count of 7,000,
hemoglobin 12 and a hematocrit of 37 with a platelet count of 183. His
differential showed 33% segs and 1% bands. CT of the head without IV
contrast showed no acute intracranial abnormalities. Urinalysis was
unremarkable. Platelets were within normal range at 183.

Ancillary data here in Tyler includes ABGs on arrival showing a pH 7.15,
pC02 45, p02 83.4 and a bicarb of 15.6 on assist control of 14, 650 and 5

**CONSULTATION REPORT**
**Page 2 of 5**

PMcCollums Adams-9617

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384 ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

of PEEP. A repeat ABGs just obtained showed a pH 7.16, pC02 47, p02 of 300 with a bicarb of 16.8, base excess of -11 on assist control, 14, 655 and 100%. Changes made to the vent were an increased respiratory rate of 22 and a reduced FI02 of 50%. His ionized calcium was 0.8. He has been given two amps of calcium gluconate.

His cardiac enzymes on arrival showed a CK 1,321, CKMB 16.8, troponin 38. His BNP was 8. His chemistries on arrival showed a sodium of 137, potassium 4.5, chloride 106, C02 18, glucose 108. BUN 31, creatinine down trending to 1.58 from his original presenting of 2.2. His AST elevated at 271. Total bilirubin 1.8, direct bilirubin 0.85. His calcium is 6.6 and blood albumen 2.7. Fibrinogen degradation products were more than 40. His CBC showed a white count of 19,000, hemoglobin 11 and hematocrit 34 with a platelet count of 57 with 59% segs and 12% bands. His chest x-ray showed an ET tube in good position. His NG tube is in good position otherwise no abnormalities.

CT of the head as stated above from Palestine. Coags are pending.

Current IV medications infusing include Levophed, vasopressin, neo-synephrine and patient had received a liter of normal saline which he continues to receive normal saline at 200 cc's per hour along with the bicarb drip 100 cc's, 5% and 100 cc's per hour. Central line was just placed by Dr. Jones.

ASSESSMENT AND PLAN

    1. Shock, multifactorial in nature, questionably septic shock as well as hypovolemic shock.
2. Acute respiratory failure receiving mechanical ventilatory support.
3. Shock liver secondary to #1.
4. Elevated troponin with a cardiac history.
5. Acute renal failure.
6. Severe acute anemia blood loss.
7. History of heavy alcohol abuse.
8. Severe upper and lower GI bleed.

IMPRESSION AND PLAN

    1. He has already received multiple antibiotics including vancomycin,

**CONSULTATION REPORT**
**Page 3 of 5**

McCollums Adams-3748

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## CONSULTATION REPORT

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

Zosyn and clindamycin which we are continuing routinely. Blood cultures, urine cultures and sputum cultures have been obtained and we are following. Continue bicarb drip. Continue aggressive fluid resuscitation.
2. Acute respiratory failure with mechanical ventilatory support. Continue vent support with a metabolic acidosis. Continue bicarb. We have increased his respiratory rate. Will follow.
3. Elevated troponin with a history of coronary artery disease and MI in the past. Will follow cardiac enzymes, obtain echocardiogram.
4. Severe hypotension and metabolic acidosis. Maintain pressures. We will add steroids.
5. Hypocalcemia. Correct electrolytes per protocol and follow.
6. Acute renal failure secondary to the above. Aggressive IV fluids and follow I's and O's, creatinine.
7. Acute anemia with blood loss with coagulopathy. Transfusing fresh frozen platelets and blood rapidly following his H H.
8. History of alcohol abuse with history of GI bleeding in the past. If patient makes it through to night, we will need GI evaluation for possible scoping.
9. Severe upper and lower GI bleed supported with transfusions, possibly currently a DIC/TTP. Continue supportive and aggressive care as stated above.
10. Shock liver secondary to the above.

Overall patient's prognosis is very poor and critical in nature. This was discussed with the family. Patient wishes to continue current care with no CPR if patient goes into a cardiac arrest.

Total critical care time with patient approximately one hour and 45 minutes. Patient is seen by myself as well as Dr. Jones and Dr. Jones will add an addendum. He agrees and collaborates with the plan as stated above.

Dictated by: Christine Porter, ACNP

cc:

**CONSULTATION REPORT**
**Page 4 of 5**

McCollums Adams-9819

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

TR: cay      JOB#: 111877210
DD: 08/04/2012 03:35 A
DT: 08/04/2012 08:25 A

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:52 -05:00

**CONSULTATION REPORT**
**Page 5 of 5**

ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER,**
**TEXAS**
**PULMONARY**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

DATE OF PROCEDURE
08/04/2012

PROCEDURE PERFORMED
Right femoral triple lumen central line placement.

TECHNIQUE IN DETAIL
After informed consent, the patient's right femoral region was prepped and
draped in the usual sterile fashion. 1% Xylocaine was used for local
anesthesia. Using the modified Seldinger technique, the right femoral vein
was cannulated without difficulty. A guidewire was placed and the needle
was removed. Over the guidewire, a dilator was placed. This was then
removed and a triple lumen catheter was placed over the guidewire into
position without difficulty. The guidewire was removed. All ports were
aspirated and flushed. The catheter was then sutured into position.
Sterile dressing was applied. The patient tolerated the procedure well.


Procedure was performed by Dr. David Jones with adequate placement of a
right femoral triple lumen. Sutured in place without any difficulty. No
complications.


Dictated by Christine Porter, ACNP



cc:


TR: ddp      JOB#: 111877211
DD: 08/04/2012 03:47 A
DT: 08/04/2012 10:33 A



Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:58 -05:00
**PULMONARY**
**Page 1 of 2**

PMcCollum/Adams-1001

ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

**PULMONARY**
**Page 2 of 2**

PHoCoTkuMSAdanps-1952

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## CONSULTATION REPORT

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF CONSULTATION
08/04/2012

REFERRING PHYSICIAN
Dr. David Jones.

INDICATION
Coagulation/coagulopathy.

HISTORY OF PRESENT ILLNESS
A very unfortunate situation of a 45 year-old inmate who was apparently
perfectly well. He had lunch. After lunch apparently the fellow inmates in
the holding tank noted that he was having seizures. They grabbed him to
keep him from hurting himself. He was evaluated and noted to have a high
temperature of 108 degrees. He was ultimately brought here where he was
also noted to have a temperature that high which rapidly came down. He was
admitted in the middle of the night to the hospitalists service and Dr.
Jones saw the patient in consultation.

The patient has received 6 units of fresh frozen plasma, 6 units of
platelets and 4 units of red cells. He continues to bleed profusely through
a rectal tube. He has been unresponsive with sluggish pupil, glarey
response, and hypotensive.

In terms of any prior relevant history he was on Seroquel and his dose has
recently been increased from 300 to 500 mg. He had been in the county jail
and had been removed from there to be taken to the holding tank for the
state penitentiary. His mother, whom I spoke to on the phone, said he was
extremely upset about that; however, he never voiced any suicidal ideation.

He was noted to have a large ecchymosis in his left eye when he presented
to the medical staff at the prison. No one verbalized having witnessed any
altercations.

His mom said that he was a drug addict but quit 7 years ago. He does drink
beer but never heavily.

**CONSULTATION REPORT**
**Page 1 of 3**

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS
Generally good health. Apparently has hypertension, neuropathy, depression.

MEDICATIONS

1. Seroquel 500 mg.
2. Lisinopril unknown dose.
3. Gabapentin unknown dose.

ALLERGIES
NO KNOWN ALLERGIES

PHYSICAL EXAMINATION
VITAL SIGNS: On examination now his blood pressure is 150/30.
GENERAL: He is unresponsive. His pupils are very large and slowly responsive. He has some blood trickling from his mouth. He is intubated.
LUNGS: Diminished breath sounds at the bases.
CARDIOVASCULAR: Regular rate without S3.
ABDOMEN: Distended. No obvious rebound tenderness. There are a few bowel sounds.
EXTREMITIES: No edema.

DATA REVIEWED
CBC with hemoglobin initially 11.5 down to 6.9 and now up to 11 post transfusion. Platelets are 57,000 with repeat pending. White count of 19,800 on admission with a left shift.

Prothrombin time greater than 320. Partial thromboplastin time of 243. D-dimer greater than 69,000. Fibrinogen degradation products greater than 40.

Review of peripheral blood smear demonstrates no schistocytes. There are a few nucleated red cells, particularly in the second specimen, but no sign of any abnormal image or cells.

IMPRESSION
Fulminate disseminated intravascular coagulation (DIC), with no suggestion of TTP. I suspect this is the aftermath of what appears to be an episode of malignant neuroleptic syndrome related to psychotropic drugs but

**CONSULTATION REPORT**
**Page 2 of 3**

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

exacerbated by the extremely hot conditions within the holding tank.

Would consider the possibility the patient could have had sepsis, but the fulminate presentation, very high fevers, and the lack of obvious source make that seem much less likely. At any case at this point the prognosis is extremely poor. I have talked to the patient's mother by phone and shared this with her. She has already accepting the fact that he will virtually certainly die.

RECOMMENDATIONS
I will update coagulation studies and "fill up his tank" with appropriate transfusion of red cells, platelets and fresh frozen plasma. At that point, unless there is significant clinical recover, which I think is extremely unlikely, I would not continue to use precious blood products.

I appreciate the consultation. Will definitely follow the patient with you.

cc:   William Chace Conner, MD

TR: tmv      JOB#:  111877516
DD:  08/04/2012 10:34 A
DT:  08/04/2012 12:42 P

**CONSULTATION REPORT**
**Page 3 of 3**

McCollum/Adams-1045

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ABG (Arterial Blood Gas)-8/4/2012--LB0007-1pg

ETMC - Tyler
1000 S. Beckham Ave.
Tyler, TX  75701
903-597-0351

**ABG Results Report**

| Pt. Name: | ADAMS, RODNEY | MRN: | 1290384 |
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Entity: | 0100 | | |
| Nurs Sta: | POD 1 | Rm/Bed: | M10-A |
| Dx: | | | |
| Alrg: | No Known Allergies | | |

**ABG**

| | Reference Range | 08/03/12 23:19 |
|---|---|---|
| pH | | 7.158 LP |
| PCO2 | mmHg | 45.0 H |
| pO2 | mmHg | 83.4 |
| BE | mmol/L | -12.6 |
| HCO3 | mmol/L | 15.6 |
| O2 SAT | % | 92.6 |
| O2Hb | % | 90.6 L |
| tHb | g/dL | 11.4 L |
| COHb | % | 1.2 |
| MetHb | % | 1.0 |
| Na | mmol/L | 134.7 L |
| K+ | mmol/L | 5.04 H |
| Ca++ | mg/dl | 1.04 LP |
| Vent Mode | | a/c 14 |
| Patient Rate | | 14 |
| Patient Temp | C | 37.0 |

| **Pt Name: ADAMS, RODNEY** | **MRN: 1290384** |
| **Entity Name: Tyler** | |
| **Rm/Bed: M10-A** | Page 1 of 59 |

Laboratory Results Report

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

ORE_X0AQ_0040_ABG.rpt; Version 1.00
Printed By: JS - Job Scheduler
Printed On: 04-Aug-12 01:00

*This Report was generated using Current Entity / Specific Entity(ies). It is possible some
clinical data may not be present, if that clinical data was not associated with a visit.*

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ABG (Arterial Blood Gas)-8/4/2012--LB0007-1pg

ETMC - Tyler
1000 S. Beckham Ave.
Tyler, TX 75701
903-597-0351

**ABG Results Report**

| | | | |
|---|---|---|---|
| **Pt. Name:** | **ADAMS, RODNEY** | **MRN:** | **1290384** |
| **Pt ID:** | 2012058566 | **Acct No:** | 00043328731 |
| **DOB:** | 10/02/1966 | **Age/Sex:** | 45Y/M |
| **Adm DTime:** | 08/03/2012 | **Atn Dr:** | DIX, LISA MD |
| **Entity:** | 0100 | | |
| **Nurs Sta:** | POD 1 | **Rm/Bed:** | M10-A |
| **Dx:** | | | |
| **Alrg:** | No Known Allergies | | |

**ABG**

| | 08/03/12 23:19 |
|---|---|
| Tidal Volume (VT) | 650 |
| PEEP | 5.0 |

---

**Pt Name:** ADAMS, RODNEY      MRN: 1290384
**Entity Name:** Tyler
**Rm/Bed:** M10-A      Page 2 of 59

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

Laboratory Results Report
ORE_X0AQ_0040_ABG.rpt; Version 1.00
Printed By: JS - Job Scheduler
Printed On: 04-Aug-12 01:00

*This Report was generated using Current Entity / Specific Entity(ies). It is possible some
clinical data may not be present, if that clinical data was not associated with a visit.*

Page 2 of 2

McCollum/Adams-1067

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Consents-8/4/2012--CO0001-1pg

THIS FORM IS DESIGNED TO COMPLY WITH THE REQUIREMENTS PROMULGATED BY THE TEXAS MEDICAL DISCLOSURE PANEL

PATIENT IDENTIFICATION

ADAMS, RODNEY
43328731    129-03-84  M  045Y
DOB: 10/02/1968
        ETMC Tyler
43328731

**DISCLOSURE AND CONSENT**
**MEDICAL AND SURGICAL PROCEDURES**
**TRANSFUSION OF BLOOD**
**AND BLOOD COMPONENTS**

**ETMC**
East Texas Medical Center

DC-0010
REV. 11/11

*C00001*

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (we) voluntarily request Dr. _____Ivess_____ as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, to treat my condition which has been explained to me as:_____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures:    Transfusion of Blood and Blood Components

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) (do) (do not) consent to the use of blood and blood products as deemed necessary.

I (we) (do) (do not) authorize ETMC and/or my physician to photograph/video or permit other persons to photograph/video my surgery/procedure. I understand a videotape will not be maintained as part of my medical record.

I (we) understand that no warranty or guarantee has been made to me as a result to cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death.

I (we) also realize that the following risks and hazards may occur in connection with this particular procedure:

Fever
Transfusion reaction which may include kidney failure or anemia
A.I.D.S. (Acquired Immune Deficiency Syndrome)
Heart failure
Hepatitis
West Nile Virus
Other infections

I (we) understand that my physician may elect to have additional personnel, which may include but not be limited to, vendor representatives in the operating room to facilitate the surgical procedure.

I (we) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (we) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache and chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedures to be used, and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me, and I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

DATE: 08/04/12   TIME: 1200  ☐ a.m ☐ p.m.    Telphone Consent from parents Mother - Wanda Adams
                                              PATIENT / OTHER LEGALLY RESPONSIBLE PERSON SIGNATURE

WITNESS:  Name:  K. Wiesman RN
          Address:  1000 South Beckham
                    (STREET OR P.O. BOX)
          City, State, Zip:  Tyler, Texas 75701

I have discussed the following with the patient and/or significant other(s): The patient's proposed care, treatment, and services. The potential benefits, risks, and side effects of the patient's proposed care, treatment, and services; the likelihood of the patient achieving his or her goals; and any potential problems that might happen during recuperation. The reasonable alternatives to the patient's proposed care, treatment and services. The risks, benefits, and side effects related to the alternatives and the risks related to not receiving the proposed care, treatment, and services. Circumstances under which information about the patient must be disclosed or reported, and when indicated, limitations on confidentiality of information learned from or about the patient.

DATE:_____ TIME:_____ ☐ a.m ☐ p.m.  **Physician's Signature:** _____

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Consents-8/4/2012--CO0001-1pg

THIS FORM IS DESIGNED TO COMPLY WITH THE REQUIREMENTS PROMULGATED BY THE TEXAS MEDICAL DISCLOSURE PANEL

| PATIENT IDENTIFICATION | DISCLOSURE AND CONSENT MEDICAL AND SURGICAL PROCEDURES ARTERIAL LINE INSERTION | ETMC *East Texas Medical Center* |
|---|---|---|

ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: 10/02/1966   ETMC Tyler

43328731

DC-0013
REV. 2/12

*C00001*

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (we) voluntarily request Dr. _____ as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, to treat my condition which has been explained to me as: _____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _____ Placement of line into artery to monitor blood pressure and obtain blood for testing.

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) (do) (do not) consent to the use of blood and blood products as deemed necessary.

I (we) (do) (do not) authorize ETMC and/or my physician to photograph/video or permit other persons to photograph/video my surgery/procedure. I understand a videotape will not be maintained as part of my medical record.

I (we) understand that no warranty or guarantee has been made to me as a result to cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death.

I (we) also realize that the following risks and hazards may occur in connection with this particular procedure:

Bleeding
Infection
Injury to artery
Blood clot (impairment of circulation)
Loss of limb

I (we) understand that my physician may elect to have additional personnel, which may include but not be limited to, vendor representatives in the operating room to facilitate the surgical procedure.

I (we) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (we) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache and chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedures to be used, and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me, and I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

DATE: 08/04/12   TIME: 1200   ☐ a.m ☑ p.m.

Telephone Consent from patients
mother Wanda Adams

PATIENT / OTHER LEGALLY RESPONSIBLE PERSON SIGNATURE

WITNESS:   Name: _____
Address: 1020 South Beckham
City, State, Zip: Tyler Texas 75701

STREET OR P.O. BOX

I have discussed the following with the patient and/or significant other(s): The patient's proposed care, treatment, and services. The potential benefits, risks, and side effects of the patient's proposed care, treatment, and services; the likelihood of the patient achieving his or her goals; and any potential problems that might happen during recuperation. The reasonable alternatives to the patient's proposed care, treatment and services. The risks, benefits, and side effects related to the alternatives and the risks related to not receiving the proposed care, treatment, and services. Circumstances under which information about the patient must be disclosed or reported, and when indicated, limitations on confidentiality of information learned from or about the patient.

DATE: _____ TIME: _____ ☐ a.m ☐ p.m.  Physician's Signature: _____

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Consents-8/3/2012--CO0001-1pg

*PATIENT IDENTIFICATION*

## TREATMENT AUTHORIZATION AND
## TERMS OF TREATMENT AGREEMENT



East Texas Medical Center
Regional Healthcare System

ADAMS, RODNEY    129-03-84   M  045Y
43328731                    ETMC TYLER
DOB: 10/02/1966
43328731

78386
REV. 2/12



**A. Consent for Surgical and/or Medical Treatment:** I hereby grant permission to the physicians in charge of the case of the above-named patient to employ such surgical, x-ray and technical procedures as they may deem necessary in the diagnosis and treatment of this case.

**B. Accidental Exposure of Healthcare Worker:** I understand that Texas law provides and I agree, if any healthcare worker is exposed to my blood or other bodily fluid, to allow East Texas Medical Center (ETMC) to perform test(s) on my blood or other bodily fluid to determine the presence of any communicable disease, including but not limited to, Hepatitis, Human Immunodeficiency Virus (which is the causative agent of AIDS) and Syphilis. I understand that such testing is necessary to protect those who will be caring for me while I am a patient at ETMC. I understand the results of tests taken under these circumstances do not become a part of my medical record.

**C. Independent Physicians:** ETMC and any other hospital, or entity operated as a part of the East Texas Medical Center Regional Healthcare System (collectively referred to as the "Hospital"), is not responsible for the judgment or conduct or any physician who treats or provides a professional service to me, but rather each physician is an independent contractor who is self-employed and is not the agent, servant, or employee of the Hospital. I further understand that other physicians may be called upon to provide care, either directly (as consultants) or indirectly through professional services (i.e. Radiology, Pathology, EKG Interpretations, Anesthesiology). These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of the Hospital. It is also understood that for emergency services, the Hospital may aid my selection of physicians by an established "on-call" roster provided through each department of the Hospital. These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of the Hospital. I further agree the Hospital is not responsible for the judgment or conduct of any of the physicians identified above.

**D. Authorization to Release Information:** I hereby authorize any physician or hospital who has attended me to furnish the insurance company, third party payer or its representative, any attending or consulting physician, nursing home or facility or other health care facility to which the patient is transferred or later receives treatment, any medical record, x-ray, test record or result or other information requested. A photo copy of this authorization is to be considered valid. I understand this release specifically includes any and all blood and related tests including test results reflecting presence of HIV and HBV and other diseases, all of which I specifically authorize to be released. **For purposes of treatment, I understand that the hospital may access my medication history through an electronic database.**

**E. Authorization to Disclose Information:** Except as otherwise set forth herein or allowed by law, I **do not** authorize the release of any information to others not acknowledged above. I wish to be a "no information" patient, and I realize that flowers, telephone calls and visitors will be refused on my behalf. (Patient's Initials:_____)

**F. Assignment of Benefits:** In consideration of hospital services rendered, I hereby assign and transfer to ETMC, all money due or to become due or payable to me under my insurance policy, or third party payment agreement up to the total amount of my account with ETMC. I will be responsible for and will pay any amount due to ETMC not paid by my insurance company or third party payer, and if the insurance company refuses to pay any amount of my claim, I agree to pay my entire bill to ETMC. I certify the information given by me in applying for payment under Title XVIII of the social Security Act is correct.

**G. Physician's Assignment of Benefits:** I direct insurance benefits be paid directly to physicians with ETMC that provide professional services to me as a result of my hospital stay.

**H. Medicare and Champus/Champva Rights (Medicare/Champus Patients Only):** I acknowledge I have received a copy of the Medicare/Champus Rights. (Patient's Initials: _____)

**I. Personal Valuables:** I understand ETMC maintains a safe for money and valuables, and ETMC, **will not be responsible** for loss of or damage to any property of money unless deposited with ETMC for safekeeping and a written safekeeping receipt is issued by ETMC. (Patient's Initials: _____)

**J. Safety:** I understand, for reasons of safety, personal electrical items are not approved for use in ETMC. Such items include hair dryers, curling irons, hot rollers, radios, tape players, razors, heating pads and the like.

**K. Advance Directive:** I have been given written materials about my rights to accept or refuse medical treatment and my rights to formulate Advance Directives and have acknowledged whether or not I have executed an Advance Directive. I understand that I am not required to have Advance Directives in order to receive medical treatment at this healthcare facility. (Patient's Initials: _____)

**L. No Warranty:** I understand that no warranty or guarantee has been made to me as to result or cure.

**M. Patient Rights:** I have been given written materials about my rights as a patient. (Patient's Initials:

_____     _____     _____
Signature of Patient or Legally Authorized Representative          Date          Time      a.m. / p.m.

_____          _____
Name & Relationship if not Patient               Reason Patient Unable to Sign

_____
Witness

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## CONSULTATION REPORT

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Gary . Gross, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF CONSULTATION
08/04/2012

REFERRING PHYSICIAN
Dr. David Jones.

INDICATION
Coagulation/coagulopathy.

HISTORY OF PRESENT ILLNESS
A very unfortunate situation of a 45 year-old inmate who was apparently
perfectly well. He had lunch. After lunch apparently the fellow inmates in
the holding tank noted that he was having seizures. They grabbed him to
keep him from hurting himself. He was evaluated and noted to have a high
temperature of 108 degrees. He was ultimately brought here where he was
also noted to have a temperature that high which rapidly came down. He was
admitted in the middle of the night to the hospitalists service and Dr.
Jones saw the patient in consultation.

The patient has received 6 units of fresh frozen plasma, 6 units of
platelets and 4 units of red cells. He continues to bleed profusely through
a rectal tube. He has been unresponsive with sluggish pupil, glarey
response, and hypotensive.

In terms of any prior relevant history he was on Seroquel and his dose has
recently been increased from 300 to 500 mg. He had been in the county jail
and had been removed from there to be taken to the holding tank for the
state penitentiary. His mother, whom I spoke to on the phone, said he was
extremely upset about that; however, he never voiced any suicidal ideation.

He was noted to have a large ecchymosis in his left eye when he presented
to the medical staff at the prison. No one verbalized having witnessed any
altercations.

His mom said that he was a drug addict but quit 7 years ago. He does drink
beer but never heavily.

**CONSULTATION REPORT**
**Page 1 of 3**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS
Generally good health. Apparently has hypertension, neuropathy, depression.

MEDICATIONS

1. Seroquel 500 mg.
2. Lisinopril unknown dose.
3. Gabapentin unknown dose.

ALLERGIES
NO KNOWN ALLERGIES

PHYSICAL EXAMINATION
VITAL SIGNS: On examination now his blood pressure is 150/30.
GENERAL: He is unresponsive. His pupils are very large and slowly responsive. He has some blood trickling from his mouth. He is intubated.
LUNGS: Diminished breath sounds at the bases.
CARDIOVASCULAR: Regular rate without S3.
ABDOMEN: Distended. No obvious rebound tenderness. There are a few bowel sounds.
EXTREMITIES: No edema.

DATA REVIEWED
CBC with hemoglobin initially 11.5 down to 6.9 and now up to 11 post transfusion. Platelets are 57,000 with repeat pending. White count of 19,800 on admission with a left shift.

Prothrombin time greater than 320. Partial thromboplastin time of 243. D-dimer greater than 69,000. Fibrinogen degradation products greater than 40.

Review of peripheral blood smear demonstrates no schistocytes. There are a few nucleated red cells, particularly in the second specimen, but no sign of any abnormal image or cells.

IMPRESSION
Fulminate disseminated intravascular coagulation (DIC), with no suggestion of TTP. I suspect this is the aftermath of what appears to be an episode of malignant neuroleptic syndrome related to psychotropic drugs but

**CONSULTATION REPORT**
**Page 2 of 3**

McCollum/Adams-1362

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

exacerbated by the extremely hot conditions within the holding tank.

Would consider the possibility the patient could have had sepsis, but the fulminate presentation, very high fevers, and the lack of obvious source make that seem much less likely. At any case at this point the prognosis is extremely poor. I have talked to the patient's mother by phone and shared this with her. She has already accepting the fact that he will virtually certainly die.

RECOMMENDATIONS
I will update coagulation studies and "fill up his tank" with appropriate transfusion of red cells, platelets and fresh frozen plasma. At that point, unless there is significant clinical recover, which I think is extremely unlikely, I would not continue to use precious blood products.

I appreciate the consultation. Will definitely follow the patient with you.

cc:   William Chace Conner, MD

TR: tmv     JOB#: 111877516
DD: 08/04/2012 10:34 A
DT: 08/04/2012 12:42 P

**CONSULTATION REPORT**
**Page 3 of 3**

PMcColum/SAdams-1823