TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

REASON FOR CONSULTATION
Critical care and ventilator management.

HISTORY OF PRESENT ILLNESS
The patient is an unfortunate 45-year-old male who looks very much older than his stated age with a history of chronic alcoholism. He has been incarcerated since March. He was recently transferred to a facility the 2nd. Prior to his transfer he was hit by another inmate causing a left periorbital ecchymosis and laceration. Approximately 30 minutes after dinner patient was reported to be found to a guard unresponsive with agonal breathing. He was being held by inmates that were surrounding him who stated that he'd had a seizure and they were holding him "to keep him from hitting anything." Patient was then brought to the Emergency Room where he was found to have some upper and lower GI bleeding and hypotension. He was intubated and brought to the Emergency Room. His temperature had been 107.9 on arrival. The most recent temperature we've obtained here after arriving to the ICU in Tyler is 99.2 degrees and this is without any cooling measures performed. Thus far I have given patient one liter of IV fluids. He has had multiple bags of fresh frozen, currently receiving platelets and blood. He continues to profusely bleed. His PT and PTT is extremely high, unreadable and his repeats are pending. Fibrin split products were elevated indicating a possible TTP. Multiple differentials have come to mind. He has been on Seroquel for depression and his mother states approximately one month ago, it was recently increased from 300 to 500. Overall the patient is critically ill. He is on multiple pressors including Neo, Levo and vasopressin at this point. Profuse lower GI bleeding is being contained in a Flexi-seal that is continuous. Patient continues to have hypotension despite fluid bolus, despite multiple pressures, despite blood products being infused. I have discussed the severity of the situation with his mother and his daughter who are aware of the severity and at this point in time they want us to continue efforts. If patient dose have a cardiac arrest, the patient is not to receive CPR according to his mother.

PAST MEDICAL HISTORY

1. Coronary artery disease. He had an MI at a younger age.
2. GERD.
3. Bloody stools since April.

**CONSULTATION REPORT**
**Page 1 of 5**

PMcCollum/SAdams-1884

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

   4.  Depression.

PAST SURGICAL HISTORY
Multiple known surgeries including bilateral hip surgery, GI surgery in 2011, back surgery and neck surgery in 2012.

SOCIAL HISTORY
He has been incarcerated since March.  He is a one pack per day smoker. Heavy drinker up until the time of the incarceration at approximately 8-12 beers per day.

ALLERGIES
NONE REPORTED

MEDICATIONS
Per mother includes,

   1.  Seroquel 500 mg.
   2.  Lisinopril dose unknown.
   3.  Gabapentin dose unknown.

FAMILY HISTORY
Unknown.

REVIEW OF SYSTEMS
Unable to obtain as he is currently intubated.

ANCILLARY DATA
Initially received in Palestine includes drug tox screen which is negative. His initial chemistries showed a sodium of 130, potassium 5.9, chloride 98. C02 23.  His glucose was 105, BUN 24 and a creatinine elevated at 2.2.  His AST was 40, ALT 30.  Alkaline phosphatase was 117.  His initial CKMB was 0.8.  Alcohol level was nil.  His CBC showed a white count of 7,000, hemoglobin 12 and a hematocrit of 37 with a platelet count of 183.  His differential showed 33% segs and 1% bands.  CT of the head without IV contrast showed no acute intracranial abnormalities.  Urinalysis was unremarkable.  Platelets were within normal range at 183.

Ancillary data here in Tyler includes ABGs on arrival showing a pH 7.15, pC02 45, p02 83.4 and a bicarb of 15.6 on assist control of 14, 650 and 5

**CONSULTATION REPORT**
**Page 2 of 5**

PMcCollum/Adams-1845

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

of PEEP.  A repeat ABGs just obtained showed a pH 7.16, pCO2 47, pO2 of 300 with a bicarb of 16.8, base excess of -11 on assist control, 14, 655 and 100%.  Changes made to the vent were an increased respiratory rate of 22 and a reduced FIO2 of 50%.  His ionized calcium was 0.8.  He has been given two amps of calcium gluconate.

His cardiac enzymes on arrival showed a CK 1,321, CKMB 16.8, troponin 38.  His BNP was 8.  His chemistries on arrival showed a sodium of 137, potassium 4.5, chloride 106, CO2 18, glucose 108.  BUN 31, creatinine down trending to 1.58 from his original presenting of 2.2.  His AST elevated at 271.  Total bilirubin 1.8, direct bilirubin 0.85.  His calcium is 6.6 and blood albumen 2.7.  Fibrinogen degradation products were more than 40.  His CBC showed a white count of 19,000, hemoglobin 11 and hematocrit 34 with a platelet count of 57 with 59% segs and 12% bands.  His chest x-ray showed an ET tube in good position.  His NG tube is in good position otherwise no abnormalities.

CT of the head as stated above from Palestine.  Coags are pending.

Current IV medications infusing include Levophed, vasopressin, neo-synephrine and patient had received a liter of normal saline which he continues to receive normal saline at 200 cc's per hour along with the bicarb drip 100 cc's, 5% and 100 cc's per hour.  Central line was just placed by Dr. Jones.

ASSESSMENT AND PLAN

    1.  Shock, multifactorial in nature, questionably septic shock as well as hypovolemic shock.
2.  Acute respiratory failure receiving mechanical ventilatory support.
3.  Shock liver secondary to #1.
4.  Elevated troponin with a cardiac history.
5.  Acute renal failure.
6.  Severe acute anemia blood loss.
7.  History of heavy alcohol abuse.
8.  Severe upper and lower GI bleed.

IMPRESSION AND PLAN

    1.  He has already received multiple antibiotics including vancomycin,

**CONSULTATION REPORT**
**Page 3 of 5**

PMcCollum/SAdams-1856

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

Zosyn and clindamycin which we are continuing routinely.   Blood cultures, urine cultures and sputum cultures have been obtained and we are following. Continue bicarb drip.  Continue aggressive fluid resuscitation.
2.  Acute respiratory failure with mechanical ventilatory support. Continue vent support with a metabolic acidosis.  Continue bicarb.  We have increased his respiratory rate.  Will follow.
3.  Elevated troponin with a history of coronary artery disease and MI in the past.  Will follow cardiac enzymes, obtain echocardiogram.
4.  Severe hypotension and metabolic acidosis.  Maintain pressures.  We will add steroids.
5.  Hypocalcemia.  Correct electrolytes per protocol and follow.
6.  Acute renal failure secondary to the above.  Aggressive IV fluids and follow I's and O's, creatinine.
7.  Acute anemia with blood loss with coagulopathy.  Transfusing fresh frozen platelets and blood rapidly following his H H.
8.  History of alcohol abuse with history of GI bleeding in the past.  If patient makes it through to night, we will need GI evaluation for possible scoping.
9.  Severe upper and lower GI bleed supported with transfusions, possibly currently a DIC/TTP.   Continue supportive and aggressive care as stated above.
10.  Shock liver secondary to the above.

Overall patient's prognosis is very poor and critical in nature.  This was discussed with the family.  Patient wishes to continue current care with no CPR if patient goes into a cardiac arrest.

Total critical care time with patient approximately one hour and 45 minutes.  Patient is seen by myself as well as Dr. Jones and Dr. Jones will add an addendum.  He agrees and collaborates with the plan as stated above.

Dictated by: Christine Porter, ACNP

cc:

**CONSULTATION REPORT**
**Page 4 of 5**

McCollum/Adams-1367

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

TR: cay      JOB#: 111877210
DD: 08/04/2012 03:35 A
DT: 08/04/2012 08:25 A


Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:52 -05:00

**CONSULTATION REPORT**
**Page 5 of 5**

PMcCollum/SAdams-1878

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY   129-03-84   M   045Y
43328731                    ETMC TYLER
DOB: 10/02/1966

43328731

Palestine Reginal Medical Center
**TRANSFER RECOMMENDED**
Consent to Transfer Form

ADAMS, RODNEY
PRE ER                Admit: 08/03/12
01/01/66   M/46          L.ER
MR# L000199921 TODIF.PAUL URBAN
Acct# L00104029459

## A. PHYSICIAN ASSESSMENT AND CERTIFICATION

I have assessed the individual and have determined the individual's condition to be:

1. ____ The individual does not have an Emergency Medical Condition. This is a non-emergency transfer.

2. ____ The individual has an Emergency Medical Condition which has been stabilized such that within reasonable medical probability, no material deterioration of the individual's condition or the condition of the unborn child(ren) is likely to result from transfer.

3. ____ The individual has an Emergency Medical Condition which has not stabilized, however I believe that the potential benefits from a transfer outweigh the risks.

## B. TRANSFER CONSENT OR REFUSAL

I acknowledge that my medical condition has been assessed and explained to me by the Emergency Department physician and/or my attending physician who has recommended that I be transferred to the service of Dr. _Zachry_ at _ETMC-Tyler_.
The potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred have been explained to me and I fully understand them. With this knowledge and understanding, I hereby:

*(Mark Only One)*   ☐ **CONSENT TO BE TRANSFERRED**   ☐ **REFUSE TO BE TRANSFERRED**

## C. Privately Owned Vehicle Against Medical Advice

I elect to provide my own transportation and decline medical transportation for the transfer.  I am aware of the risks and release the physician, this hospital and its agents from any liability related to transportation to the receiving facility.

Patient's initials _____

_[signature]_                          _unable to sign_
Witness                                Signature of individual or legally
                                       responsible individual signing on individual's behalf

_8/3/12_   _2015_                      _____
Date       Time                        Relationship to individual

Revised 7/01

PMC/ETMC/SAdams-1389

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
                                        ADAMS, RODNEY
                                        43328731   129-03-84  M  045Y
                                        DOB: 10/02/1966        ETMC TYLER
                                        43328731
```

PALESTINE REGIONAL MEDICAL CENTE

| ADAMS, RODNEY | | Serv | FC | Loc | Room | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|---|
| Account No: L00104029459 | | | 11 | L.ER | | REG ER | 08/03/12 | 1913 | L000199921 |

| Soc Sec No   DOB   Age      Sex  MS  Race  Religion | |
|---|---|
| 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   01/01/66  46        M   U    W | UNEMPLOYED |
| Address: PO BOX 6400 | UNKNOWN |
| TENNESSEE COLONY,TX 75861 | PALESTINE,TX 75801 |
| Home Ph: 903-928-3118     County: ANDERSON COUNTY | Work Phone: 903-999-9999 |
| Language: ENGLISH      Country: USA | Occupation: |
| UTMB,UTMB            SS#: 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 | UNEMPLOYED |
| Address: 301 UNIVERSITY BLVD 1008 | UNKNOWN |
| GALVESTON,TX 77555         #1797921 | PALESTINE,TX 75801 |
| Home Ph: 800-605-8165     County: | Work Phone: 903-999-9999 |
| Relationship to Patient: WARD OF COURT | Occupation: |
| | |
| Address:                  SS#: | |
| | Work Phone: |
| Home Ph: | Occupation: |
| Relationship to Patient: | WARDEN,GURNEY UNIT |
| | PO BOX 6400 |
| | TENNESSEE COLONY,TX 75861 |
| | Home Phone:903-928-3118  Work Phone: |
| Home Phone:      Work Phone: | Relationship to Patient: WC |

| UTMB MANAGED CARE | Policy # 1797921 | Treat/Precert - PRE CERT # |
|---|---|---|
| 301 UNIVERSITY BLVD | Coverage # 0 | Ins Verif |
| GALVESTON TX 77555-1008 | Subscriber ADAMS,RODNEY | Pro Review    Not Required |
| Phone: 409-747-2653 | Rel to Pt SELF/SAME AS PA DOB 01/01/1966 | |
| | Group PO696997084 - | |

| | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| Phone | Rel to Pt          DOB | |
| | Group | |

| | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| Phone | Rel to Pt          DOB | |
| | Group | |

| | TOOTE,PAUL URBAN         0334 |
|---|---|
| NO LOCAL PHYSICIAN | |

| EMERGENCY ROOM    EM    AMB    PRADMTJG    FEVER | |
|---|---|

Critical - Tyler                    * CT of head - black eye
T- 107₀   - 1.81 - 6 - S0₂ 97%      7 S2
Trop. 1.59.
Vent.                                       ST
  wt. 100 kg        WS-L    75/50 ~ 70  Printed By: PRADMTJG  08/03/12 1924

| Unit Number | L000199921 | 1947) UTMB Ray | Account Number | L00104029459 |
|---|---|---|---|---|

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

06/10/2012 SUN 1:05 FAX 903 531 8819 Firs ADAMS, RODNEY                              ☑001/001
12/30/2011 FRI 16:30  FAX          43328731   129-03-84   M  045Y            ☑001/001
                                   DOB: 10/02/1966            ETMC TYLER

43328731

## ETMC PATIENT TRANSFER HAND OVER COMMUNICATION

### To Be Completed by the Transferring Physician

**FAX to: FirstComm - 903.531.8819**  Date: 8/3/12  Time: 2000

**Patient Information:**

**S**ituation:  Transferring Facility: _PRMC_

Reason for Transfer: _Critical_

Diagnosis: _Resp failure, MI, Hyperthermia_

Current Vital signs: Temp: _107?_  BP: _90/50_  P: _170_  R: _Vent_  SPO2: ___

**B**ackground:

Medications: _Versed 1_

Abnormal Labs: _Trop 1.57_

Diagnostic Read by Radiologist: (✓) Yes ( ) No   Radiologist's Name: _O'Neill_

**A**ssessment:  Major Drips: _Levophed, Dobutamine, NS._

Interventions (i.e. sutures, chest tubes): _Ventilator_

**R**ecommendation:  Transfer to (ED)  ICU   Floor   Other   (circle)

Mode of transport:  Air  (include patient weight: _100_ kg/lbs)   Ground

Name of Transferring Physician: _Dr. Toote_    Phone: _903-731-1153_
---------------------------Questions please call: ~~903~~
                                   903 535-6267

## NOT PART OF MEDICAL RECORD

Apr 09/JFM

PMC0016/SAdams-1201

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

Palestine Regional Medical Center
2900 South Loop 256
Palestine, TX 75801

PAGE 1

Johnny L. Haley, MD

LAB RESULTS Broadcast REPORT

Name:  ADAMS,RODNEY                    Age/Sex: 46/M        Attend Dr: TOOTE,PAUL URBAN
Acct#: L00104029459 Unit#: L000199921  DOB: 01/01/66
Reg:   08/03/12    Disch:              Status: REG ER       Location:

Specimen: 0803:PAR:CU00004S Req#: 00605006  Collected: 08/03/12-1925 By: PRNURSB
Status: COMP                                Received: 08/03/12-1945 By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|------|--------|------|-----------|----------|
| *U DRUG SCRN* | | | | |
| >   U METHADONE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U COCAINE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U CANNABINOIDS | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U BARBITURATE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U BENZODIAZEPEN | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U OPIATES | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U AMPHETAMINE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U PHENCYCLIDINE | NEG | | NEGATIVE | 08/03/12-2012 |

*Specimen analysis was performed without chain of custody  *
*handling.                                                 *
*These results should be used for medical purposes only and*
*not for any legal or employment evaluative purposes.      *

*This test is for screening purposes only. Clinical
consideration and professional judgement must be applied to
any drug of abuse test results, particularly in evaluating a
preliminary positive result.  A specimen may contain a
measurable amount of drug metabolite and still be considered
negative. In order to obtain a confirmed
analytical result, a more specific chemical method is
needed. The confirmatory test must be ordered by the
attending medical provider. Positive results will not be
confirmed by an alternate procedure unless ordered.*

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB: 10/02/1966        ETMC TYLER

43328731

**TEMPORARY REPORT COPY**
** END OF REPORT **

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
ADAMS, RODNEY
43328731  129-03-84  M  045Y
DOB: 10/02/1968    ETMC TYLER

43328731
```

| | |
|---|---|
| | :ine Regional Medical Center |
| | :900 South Loop 256 |
| | 'alestine, TX 75801 |

PAGE 1

Johnny L. Haley, MD

RESULTS Broadcast REPORT

| | | | |
|---|---|---|---|
| **Name:** ADAMS,RODNEY | **Age/Sex:** 46/M | **Attend Dr:** TOOTE,PAUL URBAN | |
| **Acct#:** L00104029459 **Unit#:** L000199921 | **DOB:** 01/01/66 | | |
| **Reg:** 08/03/12 **Disch:** | **Status:** REG ER | **Location:** | |

**Specimen:** 0803:PAR:C00079S  **Req#:** 00605006  **Collected:** 08/03/12-1930 **By:** PRNURAW
**Status:** COMP                                **Received:** 08/03/12-1945 **By:** PRLABTDB
**Ordering Dr:** TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *CMP* | | | | |
| > NA | 130 | L | 136-145 mmol/L | |
| | | | | 08/03/12-2014 |
| > K | 5.9 | H | 3.5-5.1 mmol/L | |
| | | | | 08/03/12-2014 |
| > CL | 98 | | 98-107 mmol/L | |
| | | | | 08/03/12-2014 |
| > CO2 | 23 | | 21-32 mmol/L | |
| | | | | 08/03/12-2014 |
| > ANION GAP | 14.9 | | 4.8-21.0 mmol/L | |
| | | | | 08/03/12-2014 |
| > GLUCOSE | 105 | | 70-110 mg/dL | |
| | | | | 08/03/12-2014 |
| > BUN | 24 | H | 7-18 mg/dL | 08/03/12-2014 |
| > CREATININE | 2.2 | H | 0.8-1.3 mg/dL | |
| | | | | 08/03/12-2014 |
| > TOTAL PROTEIN | 7.0 | | 6.4-8.2 g/dL | |
| | | | | 08/03/12-2014 |
| > ALBUMIN | 3.2 | | 3.2-4.7 g/dL | |
| | | | | 08/03/12-2014 |
| > CALCIUM | 7.3 | L | 8.5-10.1 mg/dL | |
| | | | | 08/03/12-2014 |
| > BILI TOTAL | 0.9 | | 0.2-1.0 mg/dL | |
| | | | | 08/03/12-2014 |
| > AST | 40 | H | 15-37 U/L | 08/03/12-2014 |
| > ALT | 30 | | 12-78 U/L | 08/03/12-2014 |

*Please make note of the New Reference Range of ALT.*
*This change incorporates the new ALT"I"*
*(International Standardization of ALT)*

| | | | | |
|---|---|---|---|---|
| > ALK PHOS | 117 | | 50-136 U/L | 08/03/12-2014 |
| > CK | 165 | | 39-308 U/L | 08/03/12-2014 |
| > OSMOLALITY CALC | 274 | | 270-290 | 08/03/12-2014 |

*OSMOLALITY IS A CALCULATED RESULT BASED ON THE SODIUM,*
*GLUCOSE AND BUN RESULTS.*

| | | | | |
|---|---|---|---|---|
| > CKMB | 0.8 | | 0.0-3.6 ng/mL | |
| | | | | 08/03/12-2014 |
| > ETOH | < 10 | | mg/dL | 08/03/12-2014 |

*Texas legal limit for intoxication = 0.08 % = 80 mg/dL*
*To convert mg/dL to percent, move the decimal point three places*
*   to the left.  ie   10 mg/dL = 0.01 %*

**TEMPORARY REPORT COPY**
**** END OF REPORT ****

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
                    Palestine Regional Medical Center              PAGE 1
                          2900 South Loop 256
                          Palestine, TX 75801                 Johnny L. Haley, MD

                       LAB RESULTS Broadcast REPORT
```

```
Name:  ADAMS,RODNEY              Age/Sex: 46/M        Attend Dr: TOOTE,PAUL URBAN
Acct#: L00104029459  Unit#: L000199921  DOB: 01/01/66
Reg:   08/03/12    Disch:            Status:  REG ER     Location:
```

```
Specimen: 0803:PAR:H00062S  Req#: 00605006  Collected: 08/03/12-1930 By: PRNURAW
Status: COMP                           Received: 08/03/12-1945  By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN
```

| Test | Result | Flag | Reference | Verified |
|------|--------|------|-----------|----------|
| *CBC W/DIFF* | | | | |
| WBC | 7.6 | | 4.8-10.8 K/uL | |
| | | | | 08/03/12-1953 |
| RBC | 4.13 | L | 4.7-6.1 M/uL | |
| | | | | 08/03/12-1953 |
| HGB | 12.6 | L | 14.0-18.0 gm/dL | |
| | | | | 08/03/12-1953 |
| HCT | 37.9 | L | 42-52 % | 08/03/12-1953 |
| MCV | 91.8 | | 80-94 fL | 08/03/12-1953 |
| MCH | 30.5 | | 27-31 pg | 08/03/12-1953 |
| MCHC | 33.2 | | 33-37 g/dL | 08/03/12-1953 |
| RDW | 13.5 | | 11.5-14.5 % | 08/03/12-1953 |
| PLT | 183 | | 130-400 K/uL | |
| | | | | 08/03/12-1953 |
| MPV | 9.8 | | 7.4-10.4 fl | 08/03/12-1953 |
| *MANUAL DIFF* | | | | |
| PLT ESTIMATE | ADEQUATE | | ADEQUATE | 08/03/12-2026 |
| SEGS | 33 | L | 50-70 % | 08/03/12-2026 |
| BAND | 1 | | 0-10 % | 08/03/12-2026 |
| LYMPH | 57 | H | 20-40 % | 08/03/12-2026 |
| MONO | 4 | | 1-6 % | 08/03/12-2026 |
| METAMYELOCYTE | 5 | H | 0-0 % | 08/03/12-2026 |
| ATYPICAL LYMPH | 4 | | | 08/03/12-2026 |

```
ADAMS, RODNEY    129-03-84  M  045Y
43328731                     ETMC TYLER
DOB: 10/02/1966
```

**43328731**

**TEMPORARY REPORT COPY**
**** END OF REPORT ****

PlaintiffsMSJAdams-1234



Male

Room:

| Vent. rate | 189 bpm |
| PR interval | 104 ms |
| QRS duration | 162 ms |
| QT/QTc | 254/450 ms |
| P-R-T axes | * 110 70 |

Sinus tachycardia with short PR
Right axis deviation
Nonspecific intraventricular block
Abnormal ECG

ADAMS, RODNEY
43328731     129-03-84   M  045Y
DOB: 10/02/1966              ETMC TYLER

43328731

Technician:
Test ind:

Referred by:                              Unconfirmed

150 Hz     25.0 mm/s     10.0 mm/mV                    4 by 2.5s + 3 rhythm lds          MAC55 009B.1    I2SL™ V239

Plaintiffs' MSJ Appx. 3875

McCollum/ Adams-124

TY-ADMS, RODNEY-Etch# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23P9

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY
43328731   129-03-84   M  045Y
DOB: 10/02/1966        ETMC TYLER

**43328731**

Date _____

© 1996 - 2008 T-System, Inc.

**NEURO**
P ___ higher fu
Q ___ alert
___ oriented
___ mood
___ no evidence of acute CVA

**cranial nerves**
___ nml as tested
**cerebellar**
___ nml as tested
**peripheral exam**
___ motor nml
___ sensation nml
___ reflexes nml

___ aphasic  expressive / receptive
___ disoriented to  time / place / person
___ speech / cognition abnormalities
___ facial palsy forehead  involved  spared
___ tongue deviation to R / L
___ abnml Romberg / gait / finger-nose test

___ weakness / hemiparesis / hemiplegia

___ pronator drift
___ altered light-touch / pin-prick / 2-pt discrimin
___ tremor
___ abnml movements
___ Babinski reflex
___ asterixis

**NECK**
___ supple
___ non-tender

___ cervical lymphadenopathy*
___ stiff neck / meningismus
___ carotid bruit
___ Kernig's sign / Brudzinski's sign

**RESP / CVS**
___ no resp. distress
___ breath sounds nml
___ reg. rate & rhythm
___ heart sounds nml

___ respiratory distress / apneic
___ wheezes / rales / rhonchi
___ tachycardia / bradycardia / irreg. irreg. rhythm
___ JVD present / decreased pulse(s)
___ murmur   grade ___ /6  sys / dias
___ gallop ( S3 / S4 )
___ guarding / tenderness
___ hepatomegaly / splenomegaly / mass

**ABDOMEN (GI)**
___ non-tender
___ no organomegaly
___ nml bowel sounds*

**SKIN**
___ color nml, no rash
___ warm, dry

___ cyanosis / diaphoresis / pallor / ecchymosis
___ rash / embolic lesions
___ decubitus

**EXTREMITIES (MS)**
___ non-tender
___ nml ROM*
___ no pedal edema

___ tenderness
___ pedal edema
___ Homan's sign / cords

**EKG & XRAYS**

**LABS**

**TREATMENT / PROCEDURE** Time: ___ ☐ Time out performed
D50 Narcan Thiamine
intubated  by ED Physician  pre-oxygenated
RSI protocol  succinylcholine  vecuronium
# ___ nasal / oral  breath sounds equal,  position confmd on CXR

**PROGRESS**
Time ___ unchanged  improved  re-examined

**CLINICAL IMPRESSION**

Alcohol Intoxication                Hepatic Encephalopathy
Chronic Dementia                   Intracerebral / Subarachnoid Bleed
Confusion / Stupor / Coma          Meningitis / Encephalitis / Sepsis
Dehydration / Volume Depletion     Pneumonia
Hypernatremia / Hyponatremia       Seizures / Post-ictal State
Hypoglycemia / Insulin Reaction    Subdural Hematoma
Overdose / Substance Abuse         Syncope
CVA (Stroke)                       Transient Ischemic Attack
  hemorrhagic  non-hemorrhagic     Urinary Tract Infection

**DISPOSITION:** ___ home  ☑ transferred
___ admitted  PQA  decubitus  U/D (foley)
**CONDITION:** ___ unchanged  ☑ improved  ☐ stable
Care transferred to Dr ___                    Time: ___

**RESIDENT / PA / NP:**
**ATTENDING NOTE:** Please see resident / MLP note for details
Resident/PA/NP's history reviewed. Patient interviewed and examined by me.
HPI: ___
My personal exam reveals: ___
___ I agree with assessment and care plan, and confirm the diagnosis(es) above. With exception of ___

**PHYSICIAN SIGNATURE:** ___ RT# ___
☐ Template Complete  ☐ See Addendum (Dictated / Template # ___ )

ADAMS, RODNEY
PRE ER
R1-01/66   M/46
MRN L00010027R1  ROUTE PAD#  ER0020
Acct # L00104029459

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB: 10/02/1966        ETMC Tyler

43328731

ADAMS, RODNEY
PRE ER
...
... L00010??21 TOOTE PAUL ??RAN
Ac: *# L00104029459

## EMERGENCY PHYSICIAN RECORD
### ◆ Altered Mental Status ◆
PQRI – Physician Quality Reporting Initiative

DATE: 8-3-12  TIME: ____ (on arrival) ROOM: T2

___EMS Arrival  ___EMS treatments ordered
HISTORIAN: patient  spouse  (paramedics)  NH records
___HX / ___EXAM LIMITED BY:
TRANSFER FROM: _____  ☐ see transfer record

### HPI

**chief complaint:** ( decreased mental status ) / confusion
low blood sugar / diabetic   fever _____
_____

**onset/duration:** ___ min / hrs / days ago    gradual-onset
_____                             sudden-onset
upon waking   cannot confirm onset   game now        intermittent
better  (continues in ED)  more than 3 hours          constant

**character of altered mental status:**
disoriented / confused / combative / agitated / trouble concentrating
unresponsive / seizure activity / decreased responsiveness
_____

**context:**
nursing home resident / chronic dementia / depression
( found unresponsive ) / unknown duration
by nursing home staff  bystander  family: _____
dextrostick PTA (____)  given D50 / Narcan PTA
                        good / marginal / no response
recent / heavy  alcohol intake  ( beer / wine / liquor )
last drink: _____
drug abuse / overdose _____
trauma  head injury _____
infection / other family members sick _____
new medications

|  | Usually: | Cognition | Gait |
|  |          | alert, oriented x3 | walks w/o assistance |
|  |          | alert but confused | needs to walk |
|  |          | alert but disoriented to time | uses a cane / walker |
|  |          | poor alertness | walks only w/ assistance |

**associated symptoms:**
recent illness            new weakness
fever / chills            decreased ability to stand / walk,
chest pain                weak  difficult  off balance
neck / back pain          cannot walk  cannot stand  falling
trouble breathing         fainting / dizziness
abdominal pain            involuntary movements / seizure
nausea / vomiting         headache

Similar symptoms previously _____

Recently seen / treated by doctor / hospitalized _____

### ROS

EYES/ENT
problems with vision _____
sore throat _____
trouble swallowing _____
CVS / RESP
palpitations _____
cough, _____

GU / GI
problems urinating _____
diarrhea _____
black stools _____
MS / SKIN / LYMPH
joint pain _____
leg / ankle swelling _____
rash _____
swollen glands _____
recent injury _____
PSYCH
anxiety / depression _____

LNMP _____  preg  post- menop ____

☐ all systems neg except as marked

<CONST / CVS / RESP / NEURO components also addressed in HPI>

### PAST HX

confusion / dementia _____
CVA / TIA  deficit _____
diabetes  Type 1   Type 2
     diet / oral / insulin,
head trauma _____
overdose _____
seizure disorder _____
psychiatric disorder _____
  schizoph. / bipolar / depression
___old records ordered / summary

asthma / COPD _____
cardiac disease _____
  AMI  CHF  A-Fib
hepatitis / HIV _____
hyperlipidemia _____
hypertension _____
insect bite _____
GI bleeding _____

Surgeries / Procedures ___none__
appendectomy          hysterectomy / BTL
cardiac bypass / stent          pacemaker
cholecystectomy          tonsillectomy

Immunizations: influenza / pneumovax  UTD / referred to PCP
Medications  ___none  ☐ see nurses note  Allergies ___ NKDA
aspirin  coumadin  clopidogrel          see nurses note

### SOCIAL HX  smoker _____  drugs _____
alcohol ( recent / heavy / occasional )  occupation _____
living situation:  at home  in nursing home _____
### FAMILY HX  CVA  CAD  HTN  cerebral aneurysm ____
☐ Nursing Assessment Reviewed   ☐ Vitals Reviewed

### PHYSICAL EXAM
**General Appearance** – mild / moderate / severe distress
___ no acute distress     lethargic / obtunded
___ alert               apneic _____

HEAD / EENT
___PERRL               scleral icterus / pale conjunctivae
___EOM's intact       unequal pupils  R 4 mm  L 4 mm
___no apparent trauma  post-surgical pupillary defect (R / L)
___ENT inspection nml  EOM palsy _____
___oropharynx nml      abdml funduscopic / papilledema ____
___airway intact       deprsd gag reflex / handles secretions poorly
                        pharyngeal erythema / exudate
                        hemorrhagum / raccoon eyes / Battle's sign
                        tenderness / swelling / ecchymosis
                        dry mucous membranes _____

© 1996 - 2008 T-System, Inc.

**EMERGENCY DEPARTMENT**
**FALL / ENTRAPMENT RISK ASS**

Date In: 8/3/2012

ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: 10/02/1966   ETHC Tyler

43328731

**Palestine Regional Medical Center**

| | |
|---|---|
| Name: **ADAMS, RODNEY** | Pt#: **L00104029459** |
| Age: 46YRS  DOB: 1/1/1966 | Sex: M  MR#: **L000199921** |
| EDMD: TOOTE, PAUL | PMD: NO LOCAL DOCTOR |

**FALL / ENTRAPMENT RISK**   Score less than 10 = low risk   Score greater than 10 - high risk for fall (follow hospital protocol)

| | Score | 0 | 1 | 2 | 3 | 4 | 5 | Other |
|---|---|---|---|---|---|---|---|---|
| Age | ◯ | Less than 60 | 80 or over | 60 - 69 | 70 - 79 | | | |
| Mental Status | ◯ | Oriented or Comotose | | Confused 100% of the time | Unable to follow directions | Nighttime or intermittent confusion | | |
| Elimination | ◯ | Continent Independent | Continent | | Requires assistance | | Incontinent | |
| Impairments | ◯ | None known | | Vision/glasses or hearing/hearing aid | Confined to bed or chair | Blind or deaf | | |
| BP | ◯ | Within normal limits | Systolic BP consistently less than 90 | Dizziness with position changes | | | | |
| Gait / Mobility | ◯ | | (1 pt each item) Uses cane/walker Holds furniture Balance problems | | | | | History of recent falls (2 or more in past 6 months) = 7 points |
| Current Medications | 6 | | (1 pt each med) sedatives Narcotics Diuretics, Antihypertensives Benzodiazepines Post-anesthesia Psychotropics Laxatives Cathartics | | | | | |
| Predisposition Conditions | ◯ | | (1 pt each item) CVA, Hypertension, Dehydration, Seizures, Arthritis, Parkinson's Disease, Loss of limbs, Post-op 1st 3 days | | | | | |
| Total | | Circle each item that applies.  Document points in score column.  Total at bottom of page. | | | | | | |

Pro-MED Forms

Rev. 12/6/06 v.1.1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

McCollum/ Adams-127

Plaintiffs' MSJ Appx. 3878

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

## EMERGENCY DEPARTMENT
## PRIMARY NURSING ASSESSMENT

**Palestine Regional Medical Center**

Name: **ADAMS, RODNEY**   Pt# **L00104029459**
Age: 46YRS   DOB: 01/01/1966   Sex: M   MR#: L000199921
EDP: TOOTE, PAUL   PCP: NO LOCAL DOCTOR

Date In: 8/3/2012   Time: 1910

**Subjective Notes:** _Unresponsive, Elevated Temp_

**Pain**   □ Patient denies pain   _Unable_
Location: ___   Quality: □ Sharp □ Dull □ Cramping □ Burning □ Aching   Severity Scale: ___   Onset: ___
Provocation: ___   □ Other: ___   Aggravating Factors: ___
Radiating: □ No □ Yes (specify) ___   □ Constant □ Intermittent   Relieving Factors: ___

**Psychosocial**
Appearance: □ Clean □ Unkempt □ Other   Environment: □ No steps □ Few steps □ Many steps
Mood / Affect / Behavior: □ Appropriate □ Depressed □ Anxious   Nutritional status: □ Normal □ Cachetic □ Obese
□ Tearful □ Other _unresponsive_   Religious / Cultural preference: □ None (specify) ___
Caregiver: □ Self □ Family member □ Significant Other □ Group home   Best learn by: □ Verbal □ Written □ Return demo
Activity level: □ Ambulates independently □ Requires assistance □ Non-ambulatory   Learning Barriers: □ TDD phone □ Interpreter □ No □ Yes
□ Performs ADL's independently □ Requires assistance with ADL's   □ Other: ___

**Neurological**   _unresponsive_   **Gastrointestinal**   □ Not Assessed
□ Alert □ Oriented X 3 □ Awake but Confused   Abdomen: □ Soft □ Flat □ Rigid □ Distended
□ Uncooperative □ Combative □ Agitated □ Restrained   □ Non-Tender □ Tender (Area) ___
Responds: □ To Verbal □ To Pain □ Unresponsive   Bowel Sounds: □ Present □ Decreased □ Absent
Posturing: □ No □ Decorticate □ Decerebrate   Elimination: □ Normal □ Constipation □ Diarrhea # of Stools: ___

Pupils:
| | Brisk | Sluggish | Fixed | Pinpoint | Dilated |
|---|---|---|---|---|---|
| | | | 2 | | |

**Genitourinary**   □ Not Assessed
Urine: □ Colorless □ Yellow □ Red □ Brown □ Cloudy
□ Anuria □ Dysuria □ Hematuria □ Frequency □ Urgency

Extremities:
| | RUE | LUE | RLE | LLE |
|---|---|---|---|---|
| | NR | NR | NR | NR |

Vaginal D/C: □ No   LMP: _NA_
Penile D/C: □ Yes   Type: ___

Movement: 0=None   1=Barely Breaks Gravity   2=Weak   3=Strong
Sensation: NR=No response DP=Deep pain MP=Mod pain LT=Light touch

**Cardiovascular**
Skin: □ Warm □ Dry □ Cool □ Moist □ Diaphoretic
Color: □ Pink □ Pale □ Ashen □ Flushed □ Cyanotic □ Jaundiced
Capillary Refill: □ <2 Secs (Normal) □ >2 Secs (Delayed)
Turgor: □ Normal □ Decreased

**Musculoskeletal**   □ Not Assessed
Lacerations / Abrasions / Contusions
Location: _Rt B Contusion Lt Eye_
Size: ___
Bleeding: □ Absent □ Present □ Scant □ Moderate □ Heavy □ Pulsating
ROM: □ WNL □ Decreased □ Absent
Edema: □ Absent □ 1+ □ 2+ □ 2+ Deformity □ Yes □ No
Scars: □ Yes □ No   Distal pulses: □ Absent □ Present

Pulses:
| | R | L |
|---|---|---|
| Carotid | | |
| Brachial | | |
| Radial | | |
| Femoral | | |
| Popliteal | | |
| Dorsalis Pedis | | |

S=Strong W=Weak D=Doppler A=Absent

**Respiratory**
Airway: □ Clear □ Other ___
Effort: □ Unlabored □ Labored □ Mildly □ Severely
□ Retractions □ Stridor □ Nasal Flaring
Cough: □ None □ Productive □ Non-Productive

**Pre-Hospital Care**   □ Transport only
□ CPR
□ Intubated
□ Ambu-Assist
□ Mask
□ Nasal Cannula
□ O2 @ ___ lpm ___ %

PASG: □ Not Inflated
□ Legs Inflated
□ Abd Inflated

□ C-Collar
□ Backboard
□ Traction
□ Splint

IV Type ___   Amt Infused ___

| Medication | Amt | Route |
|---|---|---|
| | | |

Lung Sounds:
| | R | L |
|---|---|---|
| Clear | ✓ | ✓ |
| Wheezing | | |
| Crackles | | |
| Rhonchi | | |
| Decreased | | |
| Absent | | |

ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: 10/02/1966   ETMC Tyler
||||||| 43328731 |||||||
43328731

Vital Signs: T: 107.7   P: 181 Regular   R: 6   BP: 095/052   Nurse Signature: ___

Rev. 03/05/04

Page 11 of 23

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

(Includes herbals, OTC meds, vitamins, neutraceuticals)                                              Patient Copy

| ADMISSION | DISCHARGE |
|---|---|
| **Source** □Patient □Nursing Home □Previous Admission □H&P □Copied from Patient's Labeled Meds □ Patient's Pharmacy:_____ □Other:_____ (name)□Patient Provided & Verified Medication List Personal Meds: □ Sent to Pharmacy  □Sent home with _____ (name) | If Personal Meds Stored in Pharmacy, Obtained and Sent Home With □ Patient or □Other: _____ (name) |

| Medication Name Dosage / Frequency / Route  Patient is Knowledgeable About Home Meds:□Yes □No | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | Continue At Discharge | Next Dose Due At: | Patient Teaching *Verified and Teaching Sheets Provided* |
|---|---|---|---|---|---|
| UNKNOWN | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| ADAMS, RODNEY 129-03-84 M 045Y 43328731 ETMC Tyler DOB: 10/02/1966 ‖‖‖‖‖‖ 43328731 | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |
| | | □ Yes □No *(time)* First Dose: @ | □ Yes □No | | |

| **List New Medications to be taken** |
|---|
| |
| |
| |
| |
| |

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications:_____

Vaccination Decision (Risk Assessment completed on admission):
□Pneumococcal vaccine          □Indicated          □Not Indicated          □Administer vaccine per protocol
□Influenza vaccine          □Indicated          □Not Indicated          □Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time          □READ BACK of a: ○ Telephone ○Verbal Order | Date/Time          □READ BACK of a: ○ Telephone ○Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: 0in. | Weight: 100.00 kg ⊠ Estimated □ Stated □ Actual | Allergies: NKDA- |
|---|---|---|

| **Medication Reconcilliation** **Palestine Regional Medical Center** | NAME: ADAMS, RODNEY |  | AGE: 46 |
|---|---|---|---|
| | MR#: L000199921 | PT#: L00104029459 | DATE IN: 8/3/2012 |
| | EDP: TOOTE, PAUL | PCP: NO LOCAL DOCTOR | |
| | Referral Physician | | |

Pro-MED Forms  8/3/2012 7:19:23 PM                    *"Setting the standard in ED Automation"*                    Page 1 of 1

PlacColumbiaSAdams-1280

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

(Includes herbals, OTC meds, vitamins, neutraceuticals)

Medical Records

| ADMISSION | DISCHARGE |
|---|---|
| Source ☐Patient ☐Nursing Home ☐Previous Admission ☐H&P ☐Copied from Patient's Labeled Meds ☐ Patient's Pharmacy: _____ ☐Other: _____ (name) ☐Patient Provided & Verified Medication List Personal Meds: ☐Sent to Pharmacy  ☐Sent home with _____ (name) | If Personal Meds Stored in Pharmacy, Obtained and Sent Home With ☐ Patient or ☐Other: _____ (name) |

| Medication Name Dosage / Frequency / Route    Patient is Knowledgeable About Home Meds:☐Yes ☐No | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | Continue At Discharge | Next Dose Due At: | Patient Teaching *Verified and Teaching Sheets Provided* |
|---|---|---|---|---|---|
| UNKNOWN | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No (time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No First Dose: @ | ☐ Yes ☐No | | |

ADAMS, RODNEY    129-03-84  M  045Y
43328731          ETMC Tyler
DOB: 10/02/1966

43328731

**List New Medications to be taken**

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: _____

Vaccination Decision (Risk Assessment completed on admission)
☐Pneumococcal vaccine          ☐Indicated          ☐Not Indicated          ☐Administer vaccine per protocol
☐Influenza vaccine             ☐Indicated          ☐Not Indicated          ☐Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time          ☐ READ BACK of a: ○ Telephone ○Verbal Order | Date/Time          ☐ READ BACK of a: ○ Telephone ○Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: 0in. | Weight: 100.00 kg ☒Estimated ☐ Stated ☐ Actual | Allergies: NKDA- |
|---|---|---|

**Medication Reconciliation**
alestine Regional Medical Cente

NAME: ADAMS, RODNEY                    AGE:   46
MR#: L000199921     PT#: L00104029459     DATE IN: 8/3/2012
EDP:  TOOTE, PAUL     PCP: NO LOCAL DOCTOR
Referral Physician

Pro-MED Forms   8/3/2012 7:19:23 PM          *"Setting the standard in ED Automation"*          Page 1 of 1

Plaintiffs/SAdams-1881

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

## INITIAL ASSESSMENT FORM

**Palestine Regional Medical Center**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY: | **1** | Patient: | **ADAMS, RODNEY** | | | Pt#: | L00104029459 |
| **ESI - 1** | | DOB: | 01/01/1966 | AGE: | 46YRS | Sex: M | MR#: L000199921 |
| | | EDP: | TOOTE, PAUL | | | Worker's Comp: | |
| DATE: | 08/03/2012 | PCP: | NO LOCAL DOCTOR | | | Emp. Referred: | |

| | | |
|---|---|---|
| Presentation Time: 19:14 | Triage Time: 19:14 | Arrival Mode: EMS-OTHER |

| | | |
|---|---|---|
| Height: | Weight: 220 lbs. 0 oz. 100.00 kgs. LMP: | Last Tetanus: | Acc By: GUARDS |

**Chief Complaint:** FEVER >101 (ADULT)

**Brief Assessment:** IN WITH FEVER UP TO 107, SEIZURE

### Vital Signs

| | | |
|---|---|---|
| T: | 107.7 | R |
| P: | 181 | Regular |
| R: | 6 | Labored |
| BP: | 095/052 | |
| O2: | 77 % RA | |

Pain Intensity Scale:  0  / 10
Pain Location: Unable to Rate

| | | | | |
|---|---|---|---|---|
| NIGHT SWEATS | UNK | HEMOPTYSIS | UNK |
| WEIGHT LOSS | UNK | FEVER | UNK |
| ANOREXIA | UNK | | |

| | |
|---|---|
| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| NAUSEA | NO |
| VOMITING OR DIARRHEA | NO |
| ABDOMINAL PAIN | NO |
| EAR ACHE | NO |
| SORE THROAT | NO |
| OTHER FAMILY MEMBERS ILL | NO |

| | |
|---|---|
| Sudden Onset: | |
| Pre-Hospital Treatment: | Refer to EMS Call Report. |
| Pediatric Assessment: | N/A |
| Past Medical History: | UNKNOWN |

**Allergies:** NKDA-

ADAMS, RODNEY
43328731       129-03-84  M  045Y
DOB: 10/02/1966            ETMC Tyler
43328731

**Medicines:** UNKNOWN,

Nurse Signature: _____ ALG

**Additional Notes:**

Rev 07/30/09

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
ADAMS.RODNEY
PRE ER              Admit: 08/03/12
01/01/66  M/46           L.ER
MR# L000199921 TOOTE.PAUL URBAN
Acct# L00104029459
```

```
----------------------

i-STAT cTnI

Pt:L00104029459
Pt Name:_____

cTnI            1.59 ng/mL

19:32  03AUG12

Operator ID: 002785011603232
Physician:_____

Lot Number: 102P121S02214
Serial: 353711
Version: JAMS133A
CLEW: A24
Custom: 00000000

----------------------
```

```
ADAMS, RODNEY
43328731
DOB: 10/02/1966   129-03-84  M  045Y
                          ETMC Tyler
43328731
```

Page 15 of 23

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

8/3/2012 7:59 PM FROM: Fax   TO: 13037311150   PAGE: 001 OF 001

# American Teleradiology

| Patient Name: | RODNEY ADAMS | DOB: | 01/01/1966 |
| Patient ID: | 199921 | DOS: | 8/3/2012 7:43:00 PM |
| Referring Physician: | TOOTE PAUL | Institution: | Palestine  Regional Medi |

CT Head without intravenous contrast

Clinical Indication: Altered mental status.
Technique: 5 mm axial noncontrasted images obtained from the skull base to the vertex.
Reference: No prior studies for comparison.
Findings:
No focal parenchymal masses, acute intracranial hemorrhage, or acute territorial infarct. No hydrocephalus. No extraaxial fluid collections. Basal cisterns are maintained. Orbits and globes are unremarkable. Mild mucosal thickening within sphenoid and maxillary sinuses.  Mastoid air cells are clear.  No acute osseous abnormalities. Fluid present within the nasopharynx and oropharynx.
Impression:
No acute intracranial abnormalities.

PRELIMINARY REPORT ONLY; PLEASE FOLLOW UP ON FINAL REPORT
CONFIDENTIALITY/PRIVACY NOTICE:
The information contained in this facsimile message is privileged and confidential information intended for the sole use of the individual named above and subject to regulations of HIPAA. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this information in error, please notify the sender immediately at 214-605-1712 and arrange for the deletion of this facsimile

*Thomas O'Neill*

Dr. Thomas J. O'Neill,   M.D.
8/3/2012 7:57:02 PM

Transcribed by:  TO

ADAMS, RODNEY   129-03-84  M  045Y
43328731
DOB: 10/02/1966    ETMC Tyler

43328731

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

## ORDER PROCEDURE FORM
## MEDICAL EMERGENCIES

**Palestine Regional Medical Center**

Name: **ADAMS, RODNEY**  Pt#:**L00104029459**
Age: **46YRS**  DOB: **01/01/1966**  Sex: **M**  MR#:**L000199921**
EDP: **TOOTE, PAUL**  PCP: **NO LOCAL DOCTOR**

Date In: 8/3/2012    Time:_____

| Laboratory Tests | | | | Other Diagnostic Tests | | | |
|---|---|---|---|---|---|---|---|
| Order Time | | Order Sent | By | Order Time | Radiology | Order Sent | By |
| CBC | | | | | CXR (PA/LAT - Portable) | | |
| BMP    CMP | | | | | Abd. (flat & upright) | | |
| Amylase | | | | | CT | | |
| Drug screen (serum), (urine) | | | | | | | |
| ETOH | | | | | | | |
| Liver profile | | | | | | | |
| Magnesium | | | | | | | |
| Glucose (bedside), (serum) | | | | | Cardiopulmonary | | |
| UA | | | | | EKG | | |
| | | | | | ABG | | |
| | | | | | O2 | LPM | | |
| | | | | | Vent | | |
| Misc. Orders | | | | | Medical Necessity Information: | | |
| Previous Medical Records | | | | | | | |
| Physical Therapy - Eval & Tx | | | | | | | |

| Weight: | Allergies: **NKDA-** |
|---|---|
| lbs: 220 | |
| kgs: 100 | |

| Order Time | Medication / Dosage / Route | VO | Read Back | Adm time | Adm by | Site | Time | Reassessment | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☑ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | MC | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | MC | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | TV NS TL | ☐ | | 1925 | MC | LW | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Versed 5mg IV | ☐ | | 1912 | MC | LW | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | Succs 120mg IV | ☐ | | 1912 | MC | LW | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | MC | LW | | ☐ Improved ☐ Worse ☐ Unchanged | | |

| Order Time | IV / Solution / Added Medication | StartTime | Device/Size | Location | Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | 18G | AC | | | EMS | 1920 | 186 | |
| | ☐ IV Fluid:  1 NS | 1935 | | | | | | | | |
| | Ativan 5mg IV | 1925 | | | | | Ativan - 2010 | | | |

## Procedures / Nursing Assistance

| | | |
|---|---|---|
| ☑ Cardiac Monitor: Rate___ Rhythm:___ | ☐ NGT Insertion #___ Fr. | ☐ Endotracheal Intubation |
| ☑ NIBP Monitor | ☐ Gastric Lavage | ☐ Cardioversion |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ Oral Airway Insertion |
| ☐ Urinary Catheter Insertion: #___ Fr. | ☐ CVP Monitoring | ☐ Oropharyngeal Suctioning |
| ☐ CPR | | |

### Discharge Instructions

43328731  129-03-84  M 045Y
DOB: 10/02/1966  ETMC Tyler
43328731

| Initials/Signature: PA/ARNP | Initials/Signature: | Initials/Signature: | Initials/Signature: |
|---|---|---|---|
| | | | Physician's Signature: |

Rev. 09/14/04

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY
PRL ER
01/01/00   M/46              Admit: 08/03.12
MR# L00104021 TOOTE,PAUL URBAN      L ER
Acct# L00104029459

------------------------

i-STAT cTnI

Pt:L00104029459
Pt Name: _____

cTnI        1.59 ng/mL

19:32  03AUG12

Operator ID: 002765011603232
Physician:

Lot Number: 102P121502214
Serial: 353711
Version: JAMS133A
CLEW: A24
Custom: 00000000

------------------------

ADAMS, RODNEY   129-03-84   M  045Y
43328731                ETMC Tyler
DOB: 10/02/1966

43328731

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

Palestine Regional Medical Center                    PAGE 1
2900 South Loop 256
Palestine, TX 75801                        Johnny L. Haley, MD

LAB RESULTS Broadcast REPORT

| Name: ADAMS,RODNEY | | Age/Sex: 46/M | Attend Dr: TOOTE,PAUL URBAN |
|---|---|---|---|
| Acct#: L00104029459 | Unit#: L000199921 | DOB: 01/01/66 | |
| Reg: 08/03/12 | Disch: | Status: REG ER | Location: |

Specimen: 0803:PAR:U00022S  Req#: 00605006  Collected: 08/03/12-1925  By: PRNURSB
Status: COMP                            Received: 08/03/12-1945  By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *UA DIPSTICK* | | | | |
| > UA COLOR | YELLOW | | YELLOW | 08/03/12-2001 |
| > UA APPEARANCE | CLEAR | | CLEAR | 08/03/12-2001 |
| > UA SPEC GRAVITY | 1.015 | | | 08/03/12-2001 |
| > UA PH | 9.0 | | | 08/03/12-2001 |
| > UA GLUCOSE | NORMAL | | NEGATIVE | 08/03/12-2001 |
| > UA BILIRUBIN | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| > UA KETONES | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| > UA BLOOD | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| > UA PROTEIN | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| > UA UROBILINOGEN | NORMAL | | NORMAL | 08/03/12-2001 |
| > UA NITRITE | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| > UA LK ESTERASE | NEGATIVE | | NEGATIVE | 08/03/12-2001 |

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB: 10/02/1966    ETMC Tyler

43328731

**TEMPORARY REPORT COPY**
** END OF REPORT **

PLAINTIFFS' McCollum/Adams-1387

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
RUN DATE: 08/03/12          Palestine Regional Medical  LAB  *LIVE*           PAGE 1
RUN TIME: 1953                        Specimen Inquiry
RUN USER: PRLABTDB
```

| | | | |
|---|---|---|---|
| PATIENT: ADAMS,RODNEY | ACCT #: L00104029459 LOC: L.ER | | U #: L000199921 |
| | AGE/SX: 46/M | ROOM: | REG: 08/03/12 |
| REG DR:  TOOTE,PAUL URBAN | DOB:    01/01/66 | BED: | DIB: |
| | STATUS: REG ER | TLOC: | |

```
SPEC #: 0803:PAR:H00062S    COLL: 08/03/12-1930     STATUS:  RES         REQ #: 00605006
                           RECD: 08/03/12-1945     SUBM DR: TOOTE,PAUL URBAN

ENTERED:  08/03/12-1942                      OTHR DR: NO LOCAL PHYSICIAN
ORDERED:  CBC W/DIFF, MANUAL DIFF
```

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *CBC W/DIFF* | | | | |
| WBC | 7.6 | | 4.8-10.8 K/uL | |
| | | | | 08/03/12-1953 |
| RBC | 4.13 | L | 4.7-6.1 M/uL | |
| | | | | 08/03/12-1953 |
| HGB | 12.6 | L | 14.0-18.0 gm/dL | |
| | | | | 08/03/12-1953 |
| HCT | 37.9 | L | 42-52 % | 08/03/12-1953 |
| MCV | 91.8 | | 80-94 fL | 08/03/12-1953 |
| MCH | 30.5 | | 27-31 pg | 08/03/12-1953 |
| MCHC | 33.2 | | 33-37 g/dL | 08/03/12-1953 |
| RDW | 13.5 | | 11.5-14.5 % | 08/03/12-1953 |
| PLT | 183 | | 130-400 K/uL | |
| | | | | 08/03/12-1953 |
| MPV | 9.8 | | 7.4-10.4 fl | 08/03/12-1953 |
| *MANUAL DIFF* | | | | |
| PLT ESTIMATE | PENDING RESULT(S) | | | |

```
ADAMS, RODNEY
43328731   129-03-84   M  045Y
DOB: 10/02/1966        ETMC Tyler

          43328731
```

** END OF REPORT **

PMAC-IUM/SAdams-1878

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

## EMERGENCY DEPARTMENT
## ONGOING NURSING ASSESSMENT

**Palestine Regional Medical Center**

Date: 8/3/2012     903-535-6260

Name: ADAMS, RODNEY          Pt# L00104029459
Age: 46YRS   DOB:01/01/1966   MR#: L000199921
EDP: TOOTE, PAUL              PCP: NO LOCAL DOCTOR
Sex: M

### NURSING DIAGNOSIS (number in order of priority, each patient may have at least one diagnosis)

| Airway Clearance, Ineffective | Communication Impaired | Infection, Potential | Self Care Deficit |
|---|---|---|---|
| Anxiety | Coping, Ineffective | Injury, Potential | Skin Integrity Impairment |
| Breathing Patterns, Ineffective | Fluid Volume, Alteration in | Knowledge Deficit | Thought Processes, Impaired |
| Cardiac Output, Decreased | Gas Exchange, Impaired | Mobility Impaired | Thought Processes, Alteration in |
| Comfort, Alteration in | Hyperthermia (Fever) | Non-Compliance | Tissue Perfusion, Alteration in |
| Other _____ | | Other _____ | |

The GOAL / PLAN for this patient is to assist in meeting identified _____

ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: 10/02/1966       ETMC Tyler

43328731

| | Not Met | Met | Int | | | | Not Met | Met | Int |
|---|---|---|---|---|---|---|---|---|---|
| ☐ FB REMOVAL | | | | ☐ IMMOBILIZATION | | BREATHING | | | |
| ☐ BLEEDING CONTROL | | | | ☐ DECREASE / PRB | | DISTRESS | | | |
| ☐ PAIN CONTROL | | | | ☐ MAINTAIN STABLI | | NEEDS | | | |
| ☐ ALLEVIATE N/V | | | | ☐ MAINTAIN SKIN / | | | | | |
| ☐ FEVER CONTROL | | | | ☐ PREVENT FURTH. | | | | | |
| ☐ DECREASE ANXIETY | | | | ☐ MAINTAIN / IMPROVE CIRCULATION | | ☐ meet EDUCATIONAL NEEDS | | | |
| ☐ SAFETY IN THE ED | | | | ☐ INFECTION CONTROL | | ☐ Other | | | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

| Time | Nurses Progress Notes / Reassessment | Signature | | | BP | O2 Sat | BREATHING / Cardiac Effects | Cardiac Monitor | Pain / GCS Scale |
|---|---|---|---|---|---|---|---|---|---|
| 1910 | Pt to T2. Cardiac Monitor placed | | | | | | | — | MKRN |
| 1911 | Succs 120 mg | IV | | | | | | — | MKRN |
| 1912 | Versed 5 mg | IV | | | | | | — | MKRN |
| 1914 | Pt intubated c̄ 8.0 ETT. ⊕ color change 24 @ lip | | | | | | | — | MKRN |
| 1920 | IBG ® hand x1 stick c̄ bld/ct ⊕ CX's drawn | | | | | | | — | MKRN |
| 1922 | EKG complete | ☐ Pt stable | | | | | | | MKRN |
| 1925 | Cooling blanket placed | | | | | | | | MKRN |
| 1930 | Rectal Temp 107 | | | | | | | | MKRN |
| 1935 | Ice Packs placed | | | | | | | | MKRN |
| 1940 | Pt to CT c̄ Sm c̄ monitor | | | | | | | — | M |
| 1942 | 2nd NS 1,000 mL Bolus started | | | | | | | — | M |
| 2000 | Arnela Urine WM | | | | | | | | |
| 2005 | Rectal Temp ~ 106.2 WM | | | | | | | | |
| 2025 | BP 82/59 H 161, 100% RR-15 | | | | | | | | |
| 2048 | Meds as ordered ® | | | | | | | | |
| 2110 | Pt cleaned up, New Sheet & Gown put | | | | | | | | |
| | placed ® on cart | | | | | | | | |
| 2130 | Flight crew here return | | | | | | | | |

### Disposition

Discharged in care of: _____  ☐ Amb ☐ W/C ☐ Strel ☐ Carried
Discharge Instructions given to _____  ☐ Verbalized understanding
Admit: Room # _____ to Dr. _____  Ready for Room Time: _____
Report called at _____ and given to _____
Transferred to _____ ETMC _____  ☐ Transfer Verified
Report called at 2155 and given to Lindsay RN
☐ Left without treatment   ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☐ Stable ☐ Serious ☐ Expired
Pain Scale: 0   Pain Location: Intubated
Patient reports that pain is: ☐ Improved ☐ Unchanged ☐ Worse
Disposition Vitals: T 103.7 P 168 R 15 BP 81/69 O₂ 100% WM
Disposition Date 8-3-12 Time: 2130 Nurse: MKRN RN

Rev. 03/08/04

Page 21 of 23

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

### EMERGENCY DEPARTMENT
### MEDICATION ADMINISTRATION RECORD

**Palestine Regional Medical Center**

ADAMS, RODNEY
43328731    129-03-84  M  045Y
DOB: 10/02/1966          ETMC Tyler

Date In: 8/3/2012

Allergies: NKI

ADAMS, RODNEY                      PN:L00104029459
46YRS   DOB:01/01/1966   Sex: M   MR#:L000199921
TOOTE, PAUL              PCP: NO LOCAL DOCTOR

43328731

| INFUSION & INJECTION INTERVENTION | | | | | |
|---|---|---|---|---|---|
| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
| A | CVAC | | | EMS | | |
| B | | 18 | | MC | | 8-3-12 |

| INFUSION > 15 MIN | | | |
|---|---|---|---|
| IV #1: Solution | Flow Rate bolus | Hydration Initial Sequential Concurrent | |
| Start 1730 Stop 2010 Ongoing | Site: A B Rate chg/Time | | Nurse MC |
| IV #2: Solution NS | Flow Rate bolus | Hydration Initial Sequential Concurrent | |
| Start 1942 Stop 2010 Ongoing | Site: A B Rate chg/Time | | Nurse MC |
| IV #3: Solution Arelex | Flow Rate 250cc/hr | Hydration Initial Sequential Concurrent | |
| Start 2010 Stop 2030 Ongoing | Site: A B Rate chg/Time | | Nurse MC |
| IV #4: Solution levophed | Flow Rate 10 mg/hr | Hydration Initial Sequential Concurrent | |
| Start 2021 Stop    Ongoing | Site: A B Rate chg/Time | | Nurse MC |

| INJECTION < 15 MIN | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Medication succs | Improved Worse Unchanged | Site A | Dose 200 | Time 1910 | IM SUBQ IV Push | Nurse MC |
| Medication Versed | Improved Worse Unchanged | Site A | Dose 5mg | Time 1912 | IM SUBQ IV Push | Nurse MC |
| Medication Ativan | Improved Worse Unchanged | Site B | Dose 2mg | Time 1925 | IM SUBQ IV Push | Nurse MC |
| Medication zofran | Improved Worse Unchanged | Site B | Dose 2mg | Time     | IM SUBQ IV Push | Nurse |
| Medication Ativan | Improved Worse Unchanged | Site B | Dose 2mg | Time     | IM SUBQ IV Push | Nurse |

| VACCINATIONS | | | | | |
|---|---|---|---|---|---|
| Influenza (Site) | SUBQ/IM Lot# | Time | VIS Version Given: | Nurse |
| Pneumovax (Site) | SUBQ/IM Lot# | Time | VIS Version Given: | Nurse |
| Hepatitis (Site) | SUBQ/IM Lot# | Time | VIS Version Given: | Nurse |
| Other (Toxoid Name) | SUBQ/IM Lot# | Time | VIS Version Given: | Nurse |

Did the patient have a reaction?(circle one) YES / NO If YES, describe in detail

| ALL OTHER MEDICATIONS - ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS | | | | |
|---|---|---|---|---|
| Medication | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given | Nurse |
| Medication | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given | Nurse |
| Medication | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given | Nurse |
| Medication | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given | Nurse |
| Medication | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given | Nurse |

| RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL | | |
|---|---|---|
| Aerosol Medications | Time given | Patient Response | Nurse |

Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one)  YES / NO      Nurse

Nursing #1 Signature        Date / Time          8-3-12

Nursing #2 Signature        Date / Time

Rev. 1/5/2010

Page 22 of 23

PlaintiffsAdams-1890

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

# INTREPID EMERGENCY MEDICAL SERVICE
## 822 LCR 828
## DONIE, TX 75838
### ( ) 208-0691

| Enr | AS |
|---|---|
| Trans | At Destination | Completed |

| Date | Call Number | PT # of # | Name: Last, First | D.O.B. |
|---|---|---|---|---|

**Chief Complaint**

**ALLERGIES**
☐ NONE ☑ u/k

**Physician**

**MEDS**
☐ NONE ☑ u/k

**MEDICAL HISTORY** ☐ HTN ☐ Nicotine User ☐ Cancer
☐ Allergies ☐ Asthma ☐ Behavorial Disorder ☐ Cardiac ☐ CHF ☐ Communicable Disease ☐ COPD ☐ CVA ☐ Diabetes ☐ Epilepsy ☐ Other ☐ None ☑ UK

| LOC | PRIMARY SURVEY | PUPILS | TEMP | Vital Signs | | | | Vital Signs | | | | O2 SAT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Time | P | R | BP | Time | P | R | BP | |

**CHOOSE ONLY ONE**
☐ Alert/Oriented
☐ Responds to Voice
☐ Responds to Pain
☑ Unresponsive

A ☑ Normal ☐ Partial Obst. ☐ Total Obst.
B ☐ Normal ☐ Labored ☑ Rapid ☑ Shallow ☐ Absent
C ☐ Normal ☑ Weak ☑ Bounding ☐ Irregular ☐ Absent

**PUPILS**
☑ PERTL ☑ Other

**CERVICAL SPINE**
☐ Pain ☐ Numbness ☐ Tenderness ☐ Motor Loss ☐ N/A

**TEMP**
☐ Normal ☑ Warm ☐ Cool ☐ Cold ☐ Hot

**COLOR**
☐ Normal ☑ Pale ☐ Flushed ☐ Mottled ☐ Cyanotic

**SKIN**
☐ Normal ☑ Wet/Diaph.

**WEIGHT**
☑ lbs. ☐ KG

**PAIN SCALE** (10 = Worse)  1  2  3  4  5  6  7  8  9  10

**SKIN TURGOR TEST**
Where | Result

**CO2 LEVEL**
CO2 | Time | CO2 | Time:

Temp (Thermometer):

O2 SAT.
Time
Time
Time

**GLUCOSE**
Time
Time

| | WNL | N/A | ABN. | PHYSICAL EXAM (COMMENTS) |
|---|---|---|---|---|
| NEURO | ☐ | ☐ | ☑ | ☐ Weakness - Location:          ☐ Decr. Sensation - Location: |
| CVA SCALE | ☐ | ☐ | ☑ | ☐ Facial Droop  ☐ Slurred Speech  ☐ Arm Drift |
| HEAD | ☐ | ☐ | ☑ | |
| NECK | ☐ | ☐ | ☑ | ☐ JVD    ☐ TD |
| CHEST | ☐ | ☐ | ☑ | |
| LUNGS | ☑ | ☐ | ☐ | |
| ABDOMEN | ☐ | ☐ | ☑ | |
| BACK / SPINE | ☐ | ☐ | ☑ | |
| PELVIS | ☐ | ☐ | ☐ | |
| EXTREMITIES | ☐ | ☐ | ☑ | ☐ Edema  ☐ Contractures: ___ Upper ___ Lower |

**GLASCOW COMA SCALE**
Best Motor: ___ Time ___
Best Verbal: ___ Time ___
Eye Response: ___ Time ___

**TRAUMA SCORE**
Time ___

**EKG MONITORING:** Rhythm ___ HR ___ R-I ___ **EKG CHANGES** ___

| GENERAL TREATMENT/PROCEDURES / MEDS / IV / O2 | RESULTS OF TREATMENT |
|---|---|
| **TIME** | |
| 50 | |

```
ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB: 10/02/1966        ETMC Tyler
|||||||||||||||||||||||||||||
43328731
```

**Narrative:**

| Signature | Cert. | 2nd Attendant (Dr.) | Cert. | RN / LVN Accepting Pt. |
|---|---|---|---|---|

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

**ED Medication Orders**

**ETMC**
MEMORIAL TRAUMA SYSTEM
East Texas Medical Center
Regional Healthcare System

**ETMC-ER (EMR)**
1000 S. Beckham Ave.
Tyler, TX 75701
1-800-648-8141

Patient: ADAMS, RODNEY
Triage Date: August 3, 2012
DOB: October 2, 1966          Sex: Male
Med Rec#: 1290384             Age: 45 yr
Account#: 43328731

| MEDICATIONS | Time | | Time |
|---|---|---|---|
| ☐ Ativan____mg IV | | | |
| ☐ Zofran____mg IV | | | |
| ☐ Morphine____mg IV | | | |
| ☐ Nubain____mg IV | | | |
| ☐ Dilaudid____mg IV | | | |
| ☐ KCL____mg IV | | | |
| ☐ Protonix____mg IV | | | |
| ☐ Nitropaste____" to chest wall | | | |
| ☐ Nitro SL x3 | | | |
| ☐ ASA____mg po | | | |
| ☐ IV Fluids ____cc/hr KVO WO | | | |
| ☑ NS | | | |
| ☐ LR | | | |
| ☐ Other____ | | | |
| ☐ IV Saline Lock | | | |

NaHCO₃ 2amp gr. IM

Norcum btm 530 12/00 IM

Transfuse 1cpu F.F.P.

Vit K⁺ 10u Sc
Losing 45-65 / р сr
Vancomycin 16 sr / р сr

Avail ICU

Dx. Dit

Ans
Hypobase
Hyperkalemia

ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: 10/02/1966        ETMC TYLER

Physician's Signature: _Colin A. Westup M.D._

Page 1 of 1
Printed 8/3/2012 at 22:59
ADAMS, RODNEY (40 - 55 yr M) Medical Problem - Major

Page 1 of 5

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

**ED Physician Notes**                    Chart by exception.  Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative.

| **ETMC** REGIONAL TRAUMA SYSTEM East Texas Medical Center Regional Medical Center System | **ETMC-ER (EMR)** 1000 S. Beckham Ave. Tyler, TX 75701 1-800-648-8141 | **Patient: ADAMS, RODNEY** **Triage Date: August 3, 2012** **DOB: October 2, 1966    Sex: Male** **Med Rec#: 1290384    Age: 45 yr** **Account#: 43328731** |
|---|---|---|

**Chief Complaint**       **1. Medical Problem - Major**

**Basic Information** /Nav/       Time: 11 / Hx: Pt / Spouse / S.O. / Father / Mother / Child / Guardian / Interp / Other // Amb: BLS ALS // Police

Vital signs:       Per nurse notes / WNL / T _____ P _____ R _____ BP _____ SaO2 _____ % /

Medications:       Per nurse notes / None / Per list / Reconciled /

Allergies - intolerances:       Per nursing notes: substances reactions / NKDA /

Immunizations:       Per nurse notes / Influenza / Pneumococcal / Tetanus:  less_than_5 yrs  5 - 10 yrs  more_than_10 yrs  never /

History limitation:       None / Clinical condition / Physical impairment / Cognitive impairment / Language barrier /

**History of Present Illness**       Pt  Reports found in Prison Cell @ AC ? Oxtion temp 110

T Anrs  Sem @ 04F + Rej rctum and recke temp 10?.

Seul  for for eval + amb

**Duration/Timing**

Symptom duration:       / _____ hrs days wks mos / Since date_____ time_____ /

Symptom course:       None / Resolved / Decreasing / Constant / Increasing / Episodic / Waxing & waning /

Symptom onset:       / Abrupt / Gradual / Unknown /

**Location**

Symptoms:       As noted / Describe /

**Quality/Severity**

Symptom quality:       As noted / Describe /

**Modifying Factors**

Exacerbating:       None / Activity /

Mitigating:       None / Rest /

**Context**

Prior similar symptoms:       None / Describe /

**Assoc Signs & Symps**

Const:       Neg / Fever / Chills / Sweats / Malaise / Gen weakness / Decreased LOC /

**Review of Systems**       See HPI for  - Const

Eye:       Neg / R / L / Pain / Eyelid inflammation / Conjunctival inflammation / Vision change /

ENT:       Neg / R__L_ Ear: pain disch / Nose: congestion disch bleed / Mouth: pain swelling / Throat: pain swelling hoarse /

CV:       Neg / Chest pain / Palpitations / Tachycardia / Bradycardia / Syncope /

Resp:       Neg / SOB at rest / SOB c exercise / Orthopnea / Cough / Wheezing / Stridor /

GI:       Neg / Nausea / Poor PO intake: solids liquids / Vomiting / Hematemesis / Diarrhea /
          Hematochezia / Constipation / Melena / Pain /

GU:       Neg / Dysuria / Hematuria / Discharge / Lesions / R__L_ Testicle: pain mass / Urine: decr incr /

MS:       Neg / R / L / Hand / Shoulder / Arm / Knee / Leg / Neck / Back / General / Stiff / Pain / Chronic / Acute /

Skin:       Neg / Jaundice / Rash / Pruritus /

Neuro:       Neg / Confusion / R__L_ Hearing loss / R__L_ Vision loss / Diplopia /
          Abnl: speech motor sensation balance / HA / Seizure /

Psych:       Neg / Anxiety / Depression / Mania / Ideation: suicidal homicidal delusional / Hallucinations /

Endocrine:       Neg / Polydipsia / Polyuria / Heat - cold intolerance / Cushingoid /

Heme/Lymph:       Neg / Lymphadenopathy / Easy bruising / Prolonged bleeding / Anemia /

Allergy/Immuno:       Neg / Allergies as noted / Recurrent infections / HIV: CD4#_____. Viral Load _____ /

Other significant:       All systems otherwise neg /

**Past Medical History**       See HPI / See dictation / See med record dated _____ /

Med:       Neg / CAD HTN Angina A.Fib MI CHF Mur / Asthma / GERD / CA / CRF / High chol / Hypothyroid / DM: type_1 type_2 /

Surg:       Neg / Not significant / CABG x ___ / PTCA / Stent / Chole / Appy / Hernia /

| | |
|---|---|
| **ED Physician Notes**  copyright LYNX Medical Systems,Inc  2001  N10 | Page 1 of 2 Printed 8/3/2012 at 22:59 |

ADAMS, RODNEY (40 - 55 yr M) Medical Problem - Major

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

**ED Physician Notes**          Chart by exception. Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative.

**ETMC-ER (EMR)**
**1000 S. Beckham Ave.**
**Tyler, TX 75701**
**1-800-648-8141**

ETMC REGIONAL TRAUMA SYSTEM
East Texas Medical Center
Regional Healthcare System

**Patient: ADAMS, RODNEY**
**Triage Date: August 3, 2012**
**DOB: October 2, 1966**          **Sex: Male**
**Med Rec#: 1290384**          **Age: 45 yr**
**Account#: 43328731**

**Family History**
FMH: Not significant / Asthma COPD / CAD / HTN / MI / DM / CA / Seizures / Unknown /

**Social History**
Social concerns: None / Neglect / Abuse / Living situation /
Habits: None / ETOH: occ reg amt _____ per day wk / Tobacco: occ reg ____ ppd x ___ yrs /
Marijuana / Cocaine / Heroin / Amphetamines /
Limited by: Critical condition /

**Examination**
General: NAD / Mild distress / Mod distress / Sev distress /
Skin: WNL / Pale / Jaundice / Cyanotic / Mottled / Diaphoretic / Ashen / Tenting /
Erythema / Petechiae / Macules / Papules / Vesicles / ____ mm cm / Discrete / Confluent /
R / L / Hand / Arm / Lower leg / Thigh / Face / Scalp / Trunk / Genitalia /

**Head**
Scalp: WNL / R / L / Occipital / Parietal / Temporal / Frontal / Erythema / Bruises / Swelling / Tenderness /
Face: WNL / R / L / Infraorbital / Cheek / Maxilla / Ethmoid / Jaw / Erythema / Bruises / Swelling / Tenderness /
Eye: WNL / PERRL / Scleral icterus / Abnl EOM / Nystagmus: hor vert / R__L__Lid Inflammation /
R__L__Conjunctiva inflammation / Abnl pupil: R _____ L _____ / R__L__Papilledema / A - V nicking _____ /
ENT: WNL / R__L__TM: dull red bulging / R__L__Naris: congestion blood / Dry mucous membranes /
Tongue: swelling bruising lesions / Pharynx erythema / R__L__Tonsil: swelling exudate / Absent gag /
Neck: WNL / Supple / Tenderness: spinous process paraspinal / Enlarged thyroid / Stiffness / Painful ROM /
Heart: WNL / Reg rate & rhythm / Bradycardia / Tachycardia / Extra beats / Irregular / S3 / S4 /
Syst mur _____ /6 at _____, rad to _____ / Dias mur _____ /6 at _____, rad to _____ /
Respirations: WNL / Slow / Rapid / Shallow / Labored / Retractions / Access. mus. use / Controlled vent. /
Lungs: WNL / Clear / Diminished_____ / Rhonchi: insp exp _____ / Rales: coarse fine insp exp _____ /
Wheezes: insp exp _____ / Stridor: Insp exp / Pleural rub: insp exp _____ /
Abd: WNL / Obese limiting exam / Soft / Scars_____ / Distended / Abnl bowel sounds_____ / Tenderness ____ /
Guarding / Rebound_____ / Enlarged: liver spleen _____ cm / Mass_____ / Bruit_____ /
Rectal: WNL / Deferred / Tenderness_____ / Hemorrhoids:_____ / Prostate:_____ /
Mass_____ / Abnl color: blood_streaked red black / Heme: pos neg q,c,_ok / Decreased tone /
Genital: WNL / Erythema / Vesicles / Discharge / Tenderness / Ulcer / Mass _____ cm / R / L / Glans / Shaft /
R__L__Scrotum / Testis / Inguinal /
Back: WNL / R / L / Thoracic / Lumbar / Midline / Paraspinous / CVA / Abrasion / Tenderness /
Extremities: WNL / R / L / Hand / Arm / Foot / Ankle / Lower leg / Thigh / Tender / Swelling / Deformity / Edema ___+ /
Neuro: WNL / Alert / O x _____ / Decr LOC / Cognitive dysfunction / Abnl CNS II-XII / Aphasia - Dysarthria /
Motor deficit / Sensory deficit / Abnl cerebellar tests / Abnl gait /
Psych: Appropriate / Flat / Depressed / Anxious / Agitated / Uncooperative / Combative /
Lymph: WNL / R / L / Ant / Post / Neck / Axillary / Inguinal / Generalized /
Enlarged: min mod _____ cm / Tender: mild mod sev / Non-tender /
Perfusion (R/L): WNL / Warm x 4 / Rad: (____/____) / Femoral: (____/____) / Pop: (____/____) /
D. Pedis: (____/____) / Post tib: (____/____) / Cap ref: (___secs/___secs) /

Handwritten annotations: "Critical Intubated", "Bleeding from O.P.", "Dream Hem ⊕", "Cool perfusion."

Critical care:
**Critical Care Note :**
System at risk for life threatening failure: CNS / Upper airway / Respiratory / Cardiac / Circulatory / Hepatic / Renal /
Associated problems: Hypertension / Hypotension / Shock / Hypercarbia / Hypoxia / Bleeding / Dehydration /
Metabolic derangement / Acidosis / Arrhythmia / Infection / Post OP / Drug overdose / Trauma /

| | Time (mins) |
|---|---|
| 1 Procedures/Services** --- Cardiac monitor interp / Venipuncture / Arterial Puncture | 5 |
| CXR interp / NG placement / Vent management / Transcutaneous pacing / Defibrillation | |
| 2 Management: _____ Bedside management / Chart review / Record review / | 70 |
| Case discussion related to critical care / Case documentation / | |
| Net Critical Care time (1 + 2) | 75 |

** Exclusive of separately billed procedures (ET intubation, temporary transvenous pacing, elective cardioversion, chest tube, CPR, pericardiocentesis, tracheostomy, cricothyroidotomy, thrombolysis, IO line, central line, EKG interp)

Physician Signature    Colin A. Marine M.D.

**ED Physician Notes**   copyright LYNX Medical Systems, Inc 2001   N10          ADAMS, RODNEY (40 - 55 yr M) Medical Problem - Major



TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

| ED Physician Notes | Chart by exception.  Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative. |
|---|---|



**ETMC-ER (EMR)**
1000 S. Beckham Ave.
Tyler, TX 75701
1-800-648-8141

**Patient: ADAMS, RODNEY**
**Triage Date: August 3, 2012**
**DOB: October 2, 1966**      **Sex: Male**
**Med Rec#: 1290384**      **Age: 45 yr**
**Account#: 43328731**

| Additional Problem | 1. Arterial Line Placement Note |
|---|---|

Examination                    Limited by:  Clinical condition /

Arterial line:

**Arterial Line Placement Note :**

Indications:  Continuous BP measurement / Repeated arterial blood sampling /

**Preprocedure Verification**
[ ] Correct Pt, Proc, Site
[ ] Time out," Verbal confirm

Approach: R / L / Radial - Allen's test neg / Brachial / Dorsalis pedis / Femoral / _____

Preparation:  Topical Betadine / Sterile drapes / _____

Anesthesia:  None / 1% Lidocaine _____ mL  subQ  in area of placement / _____
_____

Technique:  Percutaneous / Cut down / Catheter size: 18 _____ / Seldinger over wire / _____

Transducer pulse wave:  Good / Poor / _____

Post procedure distal CMS:  Normal / Unchanged / Decreased circulation / Weakness / Numbness / _____
_____

Patient tolerated procedure:  Well / Moderately well / Poorly / _____

Physician Initials: _____

Celia A. Marroquin M.D.

ED Physician Notes    copy right LYNX Medical Systems,Inc 2012  N 10         \DAMS, RODNEY  (40 - 55 yr M) Medical Problem - Major

Page 4 of 5



TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

## ED Course / Workup

Chart by exception.  Circle positive responses - findings.  A backslash ( \ ) indicates a pertinent negative.

**ETMC-ER (EMR)**
1000 S. Beckham Ave.
Tyler, TX 75701
1-800-648-8141

**Patient: ADAMS, RODNEY**
**Triage Date: August 3, 2012**
**DOB: October 2, 1966**           **Sex: Male**
**Med Rec#: 1290384**              **Age: 45 yr**
**43328731**

### Clinical Work-up

| | |
|---|---|
| Cardiac Monitor | Rate_____ / Rhythm: NSR _____ |
| EKG | Rate 169 / Rhythm: NSR _ST_ |
| | PR_NL_ / QRS_____ / Axis: NL ___ / Previous EKG: N / Y / Unchanged_____ |
| CBC | NL except: WBC / Hgb / Hct / Platelets / segs / bands / lymphs / monos / eos |
| Metabolic Profile | NL except: Na / K / Cl / CO2 / Ca / BUN / Creat / Albumin |
| | Total Protein / AST(SGOT) 40 / ALT(SGPT) 30 / Alkaline Phos 117 / Total Bilirubin |
| Cardiac Enzymes | NL except: CK 165 / CKMB .8 / Troponin 1.59 / PT / INR / PTT / Other |
| UA | NL except: WBC / RBCs / bacteria / dip |
| Other Lab | D-Stick / HCG qual / HCG quant / Hemacult / Amylase / Lipase / BNP / D-Dimer |
| Other Lab | I-Stat _____ / Other _____ |
| X-ray | (1) _____ NL (2) _____ NL |
| CT / MRI / US | NL _____ Reason Ordered |

### ED Course (Timing, Reason, Intervention, and Result)

Recheck 1    Unchanged / Improved / Worse
Recheck 2    Unchanged / Improved / Worse

**Calls Placed**    PMD

**Discussion**

Prudent layperson EMC: Y / N     EMTALA EMC: Y / N     Stability: Stable for Discharge / Stable for Transfer / Unstable
Records Reviewed: Nursing Notes / Flow Sheets / EMS / Nursing Home / Prior ED / Inpatient / Inpatient Ordered / Inpatient Unavailable

[ ] AMI - Aspirin at arrival: Y / N / Not indicated / Pt refused
Beta blocker at arrival: Y / N / Not indicated / Pt refused
Consultant _____

### Clinical Impression / Diagnosis

| | | |
|---|---|---|
| (1) Heat Stroke / DIC / Hyperkalemia / Anus / Dehydration / Hypertension | | Resp arrest / Critical Care |
| ___ ABDOMINAL PAIN, SITE NOS | ___ ESSENTIAL HYPERTENSION NOS | ___ MALAISE AND FATIGUE |
| ___ ANEMIA NOS | ___ FACILITY ADMISSION | ___ NAUSEA WITH VOMITING |
| ___ DIABETES, UNCOMP, TYPE II | ___ HEADACHE | ___ URINARY TRACT INFECTION NOS |

### Disposition

| | | |
|---|---|---|
| Location | Home / Admit / NH or ALF / LWBS / AMA / Transf | Follow-up Plan |
| Condition | Improved / Stable / Serious / Expired at _____ | For Work Injuries |
| Prescriptions | Critical | Follow-up Physician |
| | | Instructions |

Limit Activities for _____ Days / Restrict / Referral in _____ Days
No Work for _____ Days / Limited Duty for _____ Days
PMD / On Call MD / Other_____

Counseled                    Clinical Work-up / Diagnosis / Treatment Plan
PA / RN, ACNP-C

**Associate Provider:** _____          PA / RN, ACNP-C

**Attending Physician:** Carol A. Marino M.D. 34182          Completed @ 12:30   Additional Dictation
                                                            Care Assumed at _____

Printed 8/3/2012 at 22:59 - Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eDischarge Summary-8/4/2012-David I. Jones, MD-DC0002-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**DISCHARGE SUMMARY**

**ADAMS, RODNEY**
**MR#: 1290384   ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

DATE OF DEATH
08/04/2012 at 1750 hours.

DISCHARGE DIAGNOSES

    1.  Heatstroke.
    2.  Disseminated intravascular coagulation secondary to above.
    3.  Respiratory failure requiring intubation and mechanical ventilation
secondary to above.
    4.  Refractory shock.
    5.  Severe anemia.
    6.  Thrombocytopenia.
    7.  Severe coagulopathy.
    8.  Obtundation and severe brain injury.

CONSULTATIONS
Dr. Gary Gross, hematology/oncology.

OPERATIONS AND PROCEDURES

    1.  Central venous catheter insertion, right femoral vein.
    2.  Arterial catheter insertion, left radial artery.

DESCRIPTION
This 45-year-old white male who was confined to TDCC in Palestine area
apparently developed severe hyperpyrexia with a temperature of 107.8 and
had collapsed at the prison.  He was found having seizure-like activity by
the inmates.  Apparently, he was retrieved by ambulance and taken to
Palestine where his initial temperature was 107.8.  He was intubated
somewhere en route and stabilized., and then transferred here for higher
level of care.

Upon arrival, he was severely "shocky".  He was started on vasopressor
therapy and admitted to the intensive care unit.  He developed a severe
coagulopathy and diffuse oozing from all orifices.  His hemogram was
severely abnormal.  He was treated with broad spectrum antibiotic coverage
**DISCHARGE SUMMARY**
**Page 1 of 2**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eDischarge Summary-8/4/2012-David I. Jones, MD-DC0002-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**DISCHARGE SUMMARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

and he had been cooled adequately prior to admission.

He had severe neurologic injury and never regained consciousness.  He remained in refractory shock throughout his hospital stay.  He received a large amount of blood product and Dr. Gross was consulted to help with his evaluation.

His mother, the closest relative, indicated that she wanted no further resuscitative efforts late in the day after a large number of blood products were administered and the patient was showing no evident recovery. With that in mind, Dr. Gross and I determined that all ongoing care was futile, and therapy was stopped, specifically vasopressors and then mechanical ventilation, and he expired and was pronounced dead at 1750 hours.

cc:

TR: kxj      JOB#: 111877917
DD: 08/04/2012 05:51 P
DT: 08/04/2012 07:02 P

**DISCHARGE SUMMARY**
**Page 2 of 2**

PMcCollum/SAdams-1478

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eFacesheet-8/3/2012--FA0002-1pg

```
East Texas Medical Center TYLER                       ADMISSION RECORD-0100
==========================================================================
*********************** Patient Information ***************************
Name-ADAMS, RODNEY                DOB-10/02/1966 Age-045Y  Sex-M Race-W
Acc#-00043328731       Med Rec 129-03-84      Admit Date&Time-08/03/2012 23:52
PatientType-I   MedSrv-EMR  NurseStation-POD1  Room#-M10 - A   UserID-TY_SMIK
Address-PO BOX 6400                CtyStZip-TENNESSEE COLONY, TX 75861
Home Phone Number-903-9283118  County-ANDERSON
Employer-INFORMATION NOT COLL    Occupation-
Admitting Doc-(43697)DIX-EMPERADOR, LI  Attending Doc-(43697)DIX-EMPERADOR, LI

************************** Guarantor Information*** ************************
Name-ADAMS, RODNEY                Relation-SELF         Phone903-9283118
Address-PO BOX 6400               CityStZip-TENNESSEE C, TX 75861
Employer-INFORMATION NOT COLL     Phone-

*************************** Emergency Contact1 ****************************
Name-                             Relation-
Address-                          CityStZip-

*************************** Emergency Contact2 ****************************
Name- TDCJ, GURNEY UNIT           Relation-OTHER
Address-PO BOX 6400               CityStZip- TENNESSEE COLONY, TX 758

*************************** Insurance 1 *********************************
Name- UTMB CORRECTIONAL MANAGED CARE  Number- 1960  Phone-
Address- DIBOLL P-P-DIBOLL            CityStZip-GALVESTON, TX 775551008
Subscriber- ADAMS, RODNEY             Soc-Sec-Num-
Group#- DOS08032012                   Policy#-1797921

*************************** Insurance 2 *********************************
Name-                             Number-        Phone-
Address-                          CityStZip-
Subscriber-                       Soc-Sec-Num-
Group#-                           Policy#-
============================= End Of Data ================================
```

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

HISTORY AND PHYSICAL
The patient was seen in the emergency room.  The patient actually was transferred from an outlying institution.  The patient actually is a 45-year-old white male who was actually incarcerated and was found down. By the time the patient had presented to the emergency room locally he apparently had a core temperature of 108 and was unresponsive. The patient was then stabilized.  He was intubated, had IV fluid resuscitation. Continued to have an increased temperature of 108 and was completely unresponsive. In speaking with the police officers that were with him, they state that the patient was in a transfer facility and apparently 54 other inmates were there.  Apparently the patient was up and about and had gotten something to eat and came back.  He said he was a little bit dizzy and wanted to change up bunks and then when he went to lie down, they state that about 30 minutes later they found him seizing and then he became unresponsive.

PAST MEDICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY
Inability to obtain. As far as medical records as to whether this patient has any other history of hypertension or diabetes, no records were brought over from the transfer unit.

DATA
As far as his data, he did have a CT scan of his head and this was at 7:43 p.m. at the other institution which showed no intracranial bleed.  No masses.  There was no old CT for comparison.  He had a tox screen there that was negative for marijuana, amphetamines, PCP, cocaine.

LABORATORY DATA AT THE OUTLYING INSTITUTION
Hemoglobin 12.6, hematocrit 37.9, platelet count 183.  Platelets estimate were adequate.  He had 33 segs, 1 band, 57 lymphs, 4 monos.  The patient had a sodium of 131, potassium 5.9, chloride 98.  $CO_2$ 23, anion gap 14.9, BUN 24, creatinine 2.2, total protein 7, albumin 3.0.  Calcium 7.3, AST 40, and ALT 30.  He had an alk phos of 117, CK 165.  Osmolality calculated was 274, CK-MB 0.8.  ETOH was less than 10.

PHYSICAL EXAMINATION

**HISTORY AND PHYSICAL**
**Page 1 of 4**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

VITAL SIGNS: Basically, the patient on arrival here, temperature core was still up at 104. The patient was intubated. He had what looks like a traumatic intubation because he had a lot of increased blood about his orifice. He was saturating at 95% to 100% on a ventilator. The patient is unresponsive with dilated pupils bilaterally. Core temperature is still up at 104.
HEENT: Cervical collar is in place.
LUNGS: Diminished breath sounds throughout but clear. No rhonchi, no wheezes.
ABDOMEN: Benign.
RECTAL: Foley was in place.
SKIN: There was no evidence for ecchymotic areas or contusions of the abdomen.
EXTREMITIES: Are cool, pale.
GENITALIA: He has a Foley catheter in place. Urine is actually light in color and no real evidence for infection.

He did have an EKG in the outlying institution that showed supraventricular tachycardia at 189 beats/minute. A followup EKG monitor here still shows sinus tach at 110. Followup EKG is ordered.

LABORATORY DATA SINCE HE ACTUALLY ENDED UP HERE AT THIS INSTITUTION Followup CT is pending. The patient has a rectal temperature of 104.4. Pulse is still 168. Blood pressure is 96/61; 100% saturation on current settings. His ABG on arrival: pCO2 of 45, pO2 of 90.6, total hemoglobin 1.4, sodium 34.7, potassium 5.0. Laboratory data significant for creatinine kinase now at 11:23 p.m. of 13.21. CK-MB of 16.8%, troponin of 38. He has a BUN of 31, creatinine 1.5, AST 271. He has bilirubin of 1.8, direct bilirubin of 0.85. He has total protein of 5.8, albumin 2.7, calcium 6.6. He has a white blood count now of 19.8, hemoglobin 11.5, platelet count of 57, bands of 12 and enucleated red blood cells of 10. The patient is still unresponsive.

The patient was treated with Zosyn in the emergency room.

ASSESSMENT AND PLAN

1. Mental status. The patient was noted to be seizing. At this point the patient is unresponsive. Both pupils are dilated. Patient with significantly elevated core temperature at 108. Questionable if this

**HISTORY AND PHYSICAL**
**Page 2 of 4**

PLACColum/SAdanms-1901

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

patient had a stroke, heat stroke, and then seizure, and then subsequent unresponsiveness. The first CT of the head was unremarkable. There was no evidence for brain swelling. At this point in time, the patient has had a significant amount of fluid resuscitation, so a followup CT without contrast has been initiated. Consult was also made to PSOT; was called in when the patient came in at 11:00 to this institution by Dr. Marino with Christine Porter being called.
2. Acute renal failure noted with elevation of his BUN and creatinine. Will continue IV fluid resuscitation. the patient will have his followup CT of the head.
3. Gastrointestinal. Patient with elevated transaminases consistent with shock liver. In addition, patient with DIC panel positive for _____ product from the patient most likely with multi-organ system shutdown.
4. Elevation of cardiac enzymes again, most likely with shocky organ systems. Will plan for an echo in the morning and evaluate LV-function, and when the patient has dilated, cardiomyopathy.
5. As far as his neuro status, will have neuro checks and then will also plan for an EEG in the morning to assess brain function.
6. Rectal Foley is in place, continue.
7. Supraventricular tachycardia noted. Could this patient have presented with a supraventricular tachycardia and then with decreased blood pressure? Will plan to have to have a followup EKG now if he is still having increased significant tachycardia. Will plan to go head and start a Cardizem drip.
8. Since there is some significant acidosis followup ABG with pH now of 7.15. Patient will be treated with 2 amps of bicarb. An ABG will be rechecked.

The family has now appeared and we will talk to the family before the patient goes up.

cc:

TR: dff      JOB#: 111877202

**HISTORY AND PHYSICAL**
**Page 3 of 4**

McCollum/Adams-1502

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eHistory and Physical Report-8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DD: 08/04/2012 01:04 A
DT: 08/04/2012 03:32 A

**HISTORY AND PHYSICAL**
**Page 4 of 4**



**ADAMS, RODNEY**  ID:001290384  04–AUG–2012 07:48:50  ETMC – TYLER–2W B  ROUTINE RECORD

02–OCT–1966 (45 yr)  
Male    Caucasian

Room:2262  
Loc:11

| Vent. rate | 117 | BPM |
| PR interval | 144 | ms |
| QRS duration | 100 | ms |
| QT/QTc | 366/510 | ms |
| P–R–T axes | 67  68 | 46 |

Sinus tachycardia  
Nonspecific T wave abnormality  
Abnormal ECG  
No previous ECGs available

Technician:LIDIA RODRIGUEZ  
Test ind:METABOLIC

Referred by:  SIGAL                    Newly Acquired



25mm/s    10mm/mV    150Hz    7.1.1    12SL 241 HD  CID: 44

SID: 080542102 EID:Newly Acquired EDT:  ORDER:  1731047 ACCOUNT: 00043328731

Page 1 of 1

McCollum/ Adams-153

Plaintiffs' MSJ Appx. 3904

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ePhysician Progress Note-8/4/2012-David I. Jones, MD-PN0014-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF PROGRESS NOTE
08/04/2012

SUBJECTIVE
The patient has continued to do poorly all afternoon. His blood pressure
has drifted down. He is now on multiple pressors including epinephrine,
still with marked hypotension and shock.

OBJECTIVE
He has received a huge amount of blood products throughout the day and even
after all that, his hemoglobin is back down to 5, his platelets are at
60,000, and his coags still are markedly abnormal. He continues to ooze
diffusely. Neurologically he showed no significant change and is
unresponsive.

ASSESSMENT
I have discussed this with his mother who requests that all efforts be
stopped and he be allowed to die. I concur with that given the severity of
his condition and the likelihood of death. I have discussed this with Dr.
Gross who also concurs regarding futility of care.

PLAN
With that in mind, we will stop all pressors and then stop mechanical
ventilation. Do Not Resuscitate status has already been issued, and all
therapies will be stopped at this time.

cc:

TR: mah      JOB#: 111877881
DD: 08/04/2012 04:58 P
DT: 08/04/2012 05:06 P

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:54 -05:00
**TYLER PROGRESS NOTES**
**Page 1 of 2**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ePhysician Progress Note-8/4/2012-David I. Jones, MD-PN0014-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

The patient remains critically ill.  I saw him at 0245 hours last night for quite some time and then I am seeing him again today.  He remains critically ill.

PHYSICAL EXAMINATION
GENERAL:  Currently, he is on mechanical ventilation and is severely ill.
VITAL SIGNS:  His temperature dropped to the 94.5 range.  Blood pressure is 100/82 with a heart rate of 115 and respiratory rate of 24 on mechanical ventilation.  He is quite edematous and has multiple areas of contusion and bleeding.  He is bleeding from different orifices and these are addressed with a tamponade of some sort.
SKIN:  Warm and dry without rash.
HEENT:  Endotracheal tube and nasogastric tube with bleeding around the area and around the mouth.  He has his nasal tamponades or tampons.
NECK:  Supple, but he is still in a cervical collar.
CHEST:  Reveals a few scattered crackles, but otherwise was clear.
HEART:  Regular rhythm and rate without murmur, rub or gallop, but tachycardic.
ABDOMEN:  Large, obese, nontender.
GENITOURINARY:  Foley catheter.
EXTREMITIES:  Mildly edematous.  There is significant swelling of the right forearm, but no evidence of compartment syndrome at this time with good pulses.
NEUROLOGIC:  Reveals him to be minimally responsive.  He is initially fixed and dilated, but his pupils now have been reduced to 2 to 3 mm and they are reactive.  Neurologically I can get no other response from him.

CURRENT VENTILATOR SETTINGS
Assist control of 22, tidal volume 650, PEEP of 5, FiO2 0.50.

FLUIDS
Include D5W at 80, Levophed at 30 mcg/kg/min, _____ at 290 mcg/kg, _____ 0.04 units per minute and a  Protonix drip.

CURRENT LABORATORY
Quite abnormal with a recent blood gas with pH 7.16, pCO2 of 48, PO2 of 300.  CPK is elevated at 1355 with a troponin of 35.  INR is greater than 34 and D-dimer is greater than 69,000.  Hemoglobin is reduced to 11 after transfusion; it was 6.9 earlier.

**TYLER PROGRESS NOTES**
**Page 1 of 2**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #:  10825456

**ETMC**
TYLER
East Texas Medical Center
Regional Healthcare System

**ABO/Rh: O Pos**

Antibody(ies):

Special Needs:

Location: 2WB

Patient ID#:  30996

-------------------------------Product Information-------------------------------

**UNIT No:  32FF88103**

82176

**ABO/Rh:  O Pos**                    CMV:

Product Code: 04730       Red Blood Cells - AS-3 Leukoreduced

Product Expiration Date: 08/28/2012 11:59 PM       # in pool:

Crossmatch Interpretation: Compatible       Tech ID: KDC2       Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

-------------------------------Transfusion Information-------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agreed.

Name: _____       Name: _____
        Signature                              Signature

Pre-Transfusion V/S:   BP: 45/7  Pulse: 106  Resp: 71  Temp: 99.6  O2: 6590 By: _____

Post-Transfusion V/S:  BP: 60/5  Pulse: 170  Resp: 21  Temp: 97.6  O2: _____ By: _____

Transfusion Started: 09  8-4-12  0350       Transfusion Stopped: 09  8-4-12  0615
                    Initial  Date   Time                          Initial  Date   Time

Amount transfused: _300_       Patient observed during transfusion:

-------------------------------------------------------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?       Yes       No
3. Name of physician notified: _____ VS: BP_____ Pulse_____ Resp_____ Temp_____ O2_____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

      Urticaria       Chills       Fever       Hematuria       Shortness of breath
      Other _____

Completed by _____ MD/RN  Date _____ Time _____

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**                        Location: 2WB

Antibody(ies):                         Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

------------------------------Product Information------------------------------

**UNIT No: W035212000042    L**

82427

**ABO/Rh: O Pos**                        CMV:

Product Code: E0336V00  RED BLOOD CELLS|CPD>AS1/500mL/refg|Resi.eu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM          # in pool:

Crossmatch Interpretation: Compatible          Tech ID: KDC2          Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees:

Name:                              Name:
         Signature                              Signature

Pre-Transfusion V/S: BP: 49/36 Pulse: 127 Resp: 21 Temp: 98.4 O2: 67% By:
Post-Transfusion V/S: BP: 6252 Pulse: 122 Resp: 21 Temp:         O2:         By:

Transfusion Started: 77   8-4-12 0350        Transfusion Stopped: 01   8-4-12 0550
                    Initial  Date    Time                        Initial  Date    Time

Amount transfused: 250                Patient observed during transfusion:

------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____ VS: BP_____ Pulse ____ Resp _____ Temp ____ O2 ____
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:
   Urticaria       Chills       Fever       Hematuria       Shortness of breath
   Other

Completed by: J Johnson Rn     MD/RN   Date 8-4-12 Time 0625

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Tyler Air One Patient Record-8/4/2012--ER0005-2pg

**PHI AIR MEDICAL** · BEYOND THE CALL

| Base: | 11 Luflin | | Date | 8/3/12 | | Flt # | |
|---|---|---|---|---|---|---|---|
| | Rec'd | Disp. | Enroute | Scene | Pt Contact | Depart | Hospital | Available |

**Pt. Information**  Name *Rodney Adams*

Address _____ City _____ St. _____

DOB __/__/__  Age ____  M/F   Last 4 digits of SSN# _____

**Incident Info**

| Scene / Transfer | ALS / BLS | Agency _____ | Approx Time of Incident _____ |
| | | County _____ | Zip code: _____ |

**Description of Incident or HPI**

Sending Facility _____  Sending MD, DO, NP, PA _____

Rollover ☐  Auto/Ped ☐  Motorcycle ☐  Helmet ☐  Seatbelt ☐  Airbag ☐  Extr. Time ____

to jail informing HYPERthemic 109 core temp, a/oc.
RSI @ sending. RN states traumatic intubation 8H NGT place

**Pt. History** 280 kg lbs   Ideal BW ____   Allergies: ____

Pertinent Past History ____

Current Meds ____

| PTA Treatment PTA MEDS | O2 | IV | Immobilization H | C-collar | | Medical control patch | Y N | Physician Name Facility: |

| Time PTA | SBP | DBP | Pulse | Resp | SpO2 | ETCO2 | Temp | CRT | Pain | GCS E | V | M | EVENTS | Vent Settings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77 | 49 | 174 | V | 100 | — | 109 | | | | | | | Mode: AC |
| | 75 | 48 | 173 | V | 100 | 40 | | | | 1 | 1 | 5 | | Rate: 14 |
| | 78 | 50 | 171 | V | 99 | 42 | | | | | | | | TV: 600 |
| | 69 | 48 | 174 | V | 99 | 39 | | | | | | | | FIO2: 100 |
| | 89 | 50 | 169 | V | 100 | 40 | | | | | | | | PEEP: 6 |
| | 124 | 68 | 168 | V | 100 | 41 | 10 | | | | | | | PIP: 24 |
| | | | | | | | | | | | | | | I:E: 1:2.5 |
| | | | | | | | | | | | | | | Flow: |

ADAMS, RODNEY
43328731   128-03-84  M  045Y
DOB: 10/02/1966   EMIC Tyler
43328731

**Pertinent Positives Physical Exam**   Blood Glucose:

| | | | Time | Site | Sol | Gage | Admix /Rate /Conc. |
|---|---|---|---|---|---|---|---|
| NEURO | mnvgs to pain | | | D | NS | | |
| SKIN | pale | | | | NS | | |
| HEENT | Bleeding on nose, oropharynx, suctioned | | | | | | |
| NECK | c-collar in place with sedation only | | | | | | |
| CHEST | BBS ctrl | | Med Time | MED | Dose / Conc. | Effect |
| CARDIAC | SVT 170-180 | | | | | |
| ABDOMEN | WD | | | | | |
| PELVIS | stable | | | | | |
| BACK | stable | | | | | |
| EXTREMITY | WNL prior to paralysis | | | | | |

**Additional Treatment Rendered**  sedated, pain meds, paralysis transient
vent, prepump

fire to fire total staff

| | | |
|---|---|---|
| PTA I: 200 O: |
| Inflight I: 750 O: |
| I/O |
| Total estimated blood loss: |

LAB:

| Transfer of Care: Facility Name: _____ | Department: _____ | VS @ destination | BP ____ RESP ____ HR: ____ Temp: ____ |
| Time: ____  ETT verified by: ____  cm@lip | IV's patent? Y/N | |

FCM 1 _____  Rec. Physician _____

FCM 2 _____  Rec. Physician _____

NOTE: ALL TRANSPORTS *REQUIRE* COMPLETED FORM TO BE LEFT AT RECEIEIVNG FACILITY AT TIME OF TRANSFER.   9/30/10

White/ Rec Facility ♦ Yellow/ PHI

Page 1 of 2

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Tyler Air One Patient Record-8/4/2012--ER0005-2pg

 **AIR MEDICAL**

Flight #_____-_____-_____ A/B/C

## PATIENT CONSENT AND ASSIGNMENT OF BENEFITS

As a condition of receiving emergency transport and treatment by PHI Air Medical, L.L.C. (Provider), I hereby agree to the following:

1) **Consent to Treatment:** I consent to transport and treatment by PHI Air Medical, L.L.C. ("Provider") including the administration of blood products and any other treatment deemed necessary in the judgment of the medical crew (the "Services").

2) **Insurance Certification and Authorization:** I accept responsibility for ensuring that all certifications or authorizations required by Medicare, Medicaid or any insurance carrier(s) (collectively, "Insurance Carriers") have been obtained. I recognize that I am responsible for any balance not paid by my insurance carrier for any reason. I agree to sign any documents necessary to authorize Provider to contest any insurance denial.

3) **Guarantee of Payment and Assignment of Benefits:** I agree to pay Provider's charges for the Services, including but not limited to any co-payments, deductibles or other expenses not covered by insurance. All charges shall be due and payable on receipt of invoice. Unpaid accounts shall bear interest at the rate of 12% per annum. I assign and transfer to Provider all my rights in and to: (a) all insurance benefits whether such insurance is owned by me or not) payable as a result of the injury or medical condition that necessitated the Services; (b) any and all proceeds paid or payable to me or on my behalf from any settlement, judgment or other award which is obtained as a result of the injury necessitating the Services; (c) any causes of action which may be assigned according to applicable State law, which I now have or may have in the future against any person or entity arising directly or indirectly from the injury or medical condition which necessitated the Services. I also assign and request payment of authorized Medicare, Medicaid or other government and private health benefits be made directly to Provider, for the present Services and any Services performed in the future.

4) **Release of Liability for Personal Valuables:** I understand and agree that Provider is not responsible for personal belongings brought into the ambulance, including, but not limited to, clothing, personal hygiene products, toiletries, dentures, glasses, prosthetic devices such as hearing aides, artificial limbs, medical assist devices, wallets, purses, credit cards, jewelry and money.

5) **Consent for Release and Use of Information:** I authorize any holder of medical or other information about me to release to Medicare, Medicaid or any other Insurance Carrier or their agents any information needed to determine benefits for this or a related claim, or for any other purpose permitted by law.

6) **Acknowledgement of Receipt of Notice of Privacy Practices:** I acknowledge receipt of Provider's Notice of Privacy Practices.

7) **Release of Police Reports:** I appoint Provider as my attorney in fact under applicable State law for the purpose of obtaining police reports and other data related to the accident or incident for which Services were provided.

8) **Attorney's Fees:** If any action at law or in equity is brought to enforce this Agreement, Provider shall be entitled to recover reasonable attorney's fees, court costs, and any other costs of collection incurred. The undersigned has read this Agreement, has had an opportunity to ask any questions I have, has received satisfactory answers thereto and enters into it voluntarily.

Patient's Signature:_____ Print Name:_____ Date:_____
                                           (Required)                  (Required)

☐ *Patient's condition is such that he/she is physically or mentally incapable of signing then an authorized representative can sign:*

*Reason patient cannot sign:*_____

*(Explanation required whenever patient does not or cannot sign)*

Signing of this for   ADAMS, RODNEY           ...ive does not constitute acceptance of any financial responsibility by the...
            43328731   129-03-84   M   045Y
☐ Copy of file       DOB: 10/02/1966     ETHC Tyler       ...cility Medical Record/patient ID number:

Version 6-phices
Date Revised Jul
White copy – PH

43328731

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**          **Location: POD1**

Antibody(ies):              Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

------------------------------Product Information------------------------------

**UNIT No: W035212176692**

82511

**ABO/Rh:  O Pos**          CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD|XX|<=-18C

Product Expiration Date: 08/05/2012 12:04 AM          # in pool:

Crossmatch Interpretation: Not Required          Tech ID: KDC2          Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____ RN          Name: _____
       Signature                              Signature

Pre-Transfusion V/S: BP: 79/37 Pulse: 130  Resp: 21  Temp: 99.7 O2: ___  By: _____

Post-Transfusion V/S: BP: 66/6 Pulse: 177  Resp: 21  Temp: 99.7 O2: ___  By: _____

Transfusion Started: __ 8-4-18 022d     Transfusion Stopped: __ 8-4-12 0225
                 Initial  Date    Time                    Initial  Date    Time

Amount transfused: 230          Patient observed during transfusion:

------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____ VS: BP ___ Pulse__ Resp___ Temp___ O2___
4. Send completed copy of this form to blood bank with:
   A.     Remainder of unit with recipient set
   B.     10mL lavender top venous blood specimen from patient
   C.     Post transfusion urine sample (voided)
5. Check symptoms:
       Urticaria          Chills          Fever          Hematuria          Shortness of breath
       Other _____

Completed by _____ MD/RN     Date 8-4-12 Time 0705

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #:  10825456

**ABO/Rh: O Pos**                              Location: **POD1**

Antibody(ies):                                 Patient ID#:  30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

------------------------------Product Information------------------------------

UNIT No:  **W035212127087**      E

**ABO/Rh:  O Pos**                              CMV:

81655

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/<=-18C

Product Expiration Date: 08/05/2012 12:04 AM          # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2         Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees:

Name: _____ RN          Name: _____
                Signature                           Signature

Pre-Transfusion V/S:  BP: _____ Pulse: _132_ Resp: _21_ Temp: _99.9_ O2: _____ By: _____

Post-Transfusion V/S:  BP: _____ Pulse: _130_ Resp: _21_ Temp: _99.9_ O2: _____ By: _____

Transfusion Started: ___ _8-4-12_ _0200_   Transfusion Stopped: ___ _8-4-12_ _0219_
               Initial   Date    Time                    Initial   Date    Time

Amount transfused: _245_          Patient observed during transfusion: ✓

------------------------------------------------------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?      Yes      No
3. Name of physician notified: _____ VS: BP _____ Pulse_____ Resp_____ Temp_____ O2 _____
4. Send completed copy of this form to blood bank with:
    A.    Remainder of unit with recipient set
    B.    10mL lavender top venous blood specimen from patient
    C.    Post transfusion urine sample (voided)
5. Check symptoms:

     Urticaria        Chills          Fever           Hematuria        Shortness of breath

     Other _____

Completed by _____      MD/RN   Date _8-4-12_ Time _0705_

Page 1 of 1

PlacCollum/SAdamps-1612

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh:** O Pos

Antibody(ies):

Special Needs:

**ETMC**
TYLER

East Texas Medical Center
Regional Healthcare System

Location: **POD1**

Patient ID#:  30996

-------------------------------Product Information-------------------------------

**UNIT No: W035212142587    R**

82351

**ABO/Rh:** O Neg                    CMV:

Product Code: E2555V00  PLASMA|CPD/XX|<=-18C|Frozen <=24h

Product Expiration Date: 08/05/2012 12:04 AM        # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2        Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

-------------------------------Transfusion Information-------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees:

Name: _____ RN        Name: _____
         Signature                         Signature

Pre-Transfusion V/S: BP: _78/47_ Pulse: _175_ Resp: _71_ Temp: _491.6_ O2: ___ By: ___

Post-Transfusion V/S: BP: _75/48_ Pulse: _190_ Resp: _71_ Temp: _55.1_ O2: ___ By: ___

Transfusion Started: __ _8-4-12_ _22:0_        Transfusion Stopped: __ _8-4-12_ _0215_
                      Initial  Date  Time                              Initial  Date  Time

Amount transfused: _appx 250_ _mL_  Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____ VS: BP____ Pulse____ Resp____ Temp____ O2____
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:
   Urticaria        Chills        Fever        Hematuria        Shortness of breath
   Other _____

Completed by _Johnson M_        MD/RN   Date _8·4·12_ Time _0705_

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

**ABO/Rh: O Pos**                    Location: **POD1**

Antibody(ies):                          Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**

East Texas Medical Center
Regional Healthcare System

------------------------------ Product Information ------------------------------

**UNIT No: W035212127120     7**

81652

**ABO/Rh: O Pos**                    CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/<=-18C

Product Expiration Date: 08/05/2012 12:04 AM          # in pool:

Crossmatch Interpretation: Not Required          Tech ID: KJC2          Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------ Transfusion Information ------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____          Name: _____
              Signature                                      Signature

Pre-Transfusion V/S:  BP: *8 3/5* Pulse: *75* Resp: *21* Temp: *98.9* O2: _____ By: _____
Post-Transfusion V/S:  BP: *94/4* Pulse: *122* Resp: *21* Temp: *98.7* O2: _____ By: _____

Transfusion Started: ____ *8-4-12* *0220*          Transfusion Stopped: ____ *8-4-12* *0241*
                         Initial   Date    Time                              Initial   Date    Time

Amount transfused: *270*                    Patient observed during transfusion: ✓

------------------------------------------------------------------------

**IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:**

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____  VS: BP_____ Pulse_____ Resp_____ Temp_____ O2_____
4. Send completed copy of this form to blood bank with:
     A.   Remainder of unit with recipient set
     B.   10mL lavender top venous blood specimen from patient
     C.   Post transfusion urine sample (voided)
5. Check symptoms:
          Urticaria          Chills          Fever          Hematuria          Shortness of breath
          Other

Completed by _____  MD/RN   Date *8·4-12*   Time *0705*

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Physician Documentation-8/4/2012--ER0014-5pg

---

**ED Physician Notes**                    Chart by exception.  Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative.

| **ETMC** | **ETMC-ER (EMR)** | **Patient: ADAMS, RODNEY** |
|---|---|---|
| REGIONAL TRAUMA SYSTEM | 1000 S. Beckham Ave. | **Triage Date: August 3, 2012** |
| East Texas Medical Center Regional Health care System | Tyler, TX 75701 | **DOB: October 2, 1966**     **Sex: Male** |
| | 1-800-648-8141 | **Med Rec#: 1290384**     **Age: 45 yr** |
| | | **Account#: 43328731** |

**Chief Complaint**           **1. Medical Problem - Major**

**Basic Information**/*154*     Time: //     // Hx: Pt / Spouse / S.O. / Father / Mother / Child / Guardian / Interp / Other // Amb: BLS ALS // Police

Vital signs:              Per nurse notes / WNL / T _____ P _____ R _____ BP _____ SaO2 _____ % /

Medications:            Per nurse notes / None / Per list / Reconciled /

Allergies - intolerances:   Per nursing notes: substances  reactions / NKDA /

Immunizations:          Per nurse notes / Influenza / Pneumococcal / Tetanus:  less_than_5 yrs  5 - 10 yrs  more_than_10 yrs  never /

History limitation:       None / Clinical condition / Physical impairment / Cognitive impairment / Language barrier /

**History of Present Illness**   *Pt    Reports back in Prior Cell  of AC  ¬ Ostium temp 110*
*¬ Anss  pain @  OOF  + Ref column and neck  temp 102.*
*Fever  for  fer  evnt  + auth*

**Duration/Timing**

Symptom duration:        / _____ hrs  days  wks  mos  / Since date_____ time_____ /

Symptom course:         None / Resolved / Decreasing / Constant / Increasing / Episodic / Waxing & waning /

Symptom onset:          / Abrupt / Gradual / Unknown /

**Location**

Symptoms:               As noted / Describe /

**Quality/Severity**

Symptom quality:         As noted / Describe /

**Modifying Factors**

Exacerbating:            None / Activity /

Mitigating:              None / Rest /

**Context**

Prior similar symptoms:    None / Describe /

**Assoc Signs & Symps**

Const:                  Neg / Fever / Chills / Sweats / Malaise / Gen weakness / Decreased LOC /

**Review of Systems**        See HPI for – Const

Eye:                    Neg / R / L / Pain / Eyelid inflammation / Conjunctival inflammation / Vision change /

ENT:                    Neg / R__L_ Ear: pain  disch / Nose: congestion  disch  bleed / Mouth: pain  swelling / Throat: pain  swelling  hoarse /

CV:                     Neg / Chest pain / Palpitations / Tachycardia / Bradycardia / Syncope /

Resp:                   Neg / SOB at rest / SOB c exercise / Orthopnea / Cough / Wheezing / Stridor /

GI:                     Neg / Nausea / Poor PO intake: solids  liquids / Vomiting / Hematemesis / Diarrhea /

                        Hematochezia / Constipation / Melena / Pain /

GU:                     Neg / Dysuria / Hematuria / Discharge / Lesions / R__L__ Testicle: pain  mass / Urine: decr  incr /

MS:                     Neg / R / L / Hand / Shoulder / Arm / Knee / Leg / Neck / Back / General / Stiff / Pain / Chronic / Acute /

Skin:                   Neg / Jaundice / Rash / Pruritus /

Neuro:                  Neg / Confusion / R__L__ Hearing loss / R__L__ Vision loss / Diplopia /

                        Abnl: speech  motor  sensation  balance / HA / Seizure /

Psych:                  Neg / Anxiety / Depression / Mania / Ideation: suicidal  homicidal  delusional / Hallucinations /

Endocrine:              Neg / Polydipsia / Polyuria / Heat - cold  Intolerance / Cushingoid /

Heme/Lymph:             Neg / Lymphadenopathy / Easy bruising / Prolonged bleeding / Anemia /

Allergy/Immuno:         Neg / Allergies as noted / Recurrent infections / HIV: CD4#_____, Viral Load _____ /

Other significant:        All systems otherwise neg /

**Past Medical History**      See HPI / See dictation / See med record dated _____ /

Med:                    Neg / CAD HTN Angina A.Fib MI CHF Mur / Asthma / GERD / CA / CRF / High chol / Hypothyroid / DM: type_1 type_2 /

Surg:                   Neg / Not significant / CABG x _____ / PTCA / Stent / Chole / Appy / Hernia /

---

**ED Physician Notes**   *copyright LYNX Medical Systems, Inc  2001   N10*        ADAMS, RODNEY  (40 - 55 yr M) Medical Problem - Major

PMac Column/SAdams-1645

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ePhysician Progress Note-8/4/2012-David I. Jones, MD-PN0014-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

SUMMARY
He remains severely and critically ill.  His overall prognosis is extremely
poor and this has been communicated to the family.  I will order labs.  I
will ask Dr. Gary Gross, hematology/oncology, to see him today regarding
help with his coagulopathy.

The cause of this is unclear.  It looks like this may be all related to
heat stroke, given his initial temperature of 107.9.  I do not find
evidence at this time to suggest neuroleptic malignant syndrome or TTP.
There is no indication of poisoning at this time.  I suspect that this is
all a consequence of hyperpyrexia initiating a sepsis-type cascade with
severe coagulopathy and resultant findings.  His overall prognosis once
again, it quite poor, but at this time we will continue in the short term.
I will discuss this with his family.

Critical care time 40 minutes.

cc:

TR: kmb      JOB#: 111877581
DD: 08/04/2012 11:21 A
DT: 08/04/2012 01:42 P

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:56 -05:00

**TYLER PROGRESS NOTES**
**Page 2 of 2**

PMcCollum/Adams-1856

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF PROCEDURE
08/04/2012

PROCEDURE PERFORMED
Right femoral triple lumen central line placement.

TECHNIQUE IN DETAIL
After informed consent, the patient's right femoral region was prepped and
draped in the usual sterile fashion. 1% Xylocaine was used for local
anesthesia. Using the modified Seldinger technique, the right femoral vein
was cannulated without difficulty. A guidewire was placed and the needle
was removed. Over the guidewire, a dilator was placed. This was then
removed and a triple lumen catheter was placed over the guidewire into
position without difficulty. The guidewire was removed. All ports were
aspirated and flushed. The catheter was then sutured into position.
Sterile dressing was applied. The patient tolerated the procedure well.


Procedure was performed by Dr. David Jones with adequate placement of a
right femoral triple lumen. Sutured in place without any difficulty. No
complications.


Dictated by Christine Porter, ACNP



cc:


TR: ddp      JOB#: 111877211
DD: 08/04/2012 03:47 A
DT: 08/04/2012 10:33 A


Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:58 -05:00
**PULMONARY**
**Page 1 of 2**

PMcCollum/SAdams-1067

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

**ADAMS, RODNEY**
**MR#:  1290384  ACCOUNT #:  00043328731**
David I. Jones, MD
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

**PULMONARY**
**Page 2 of 2**

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eRadiology Report-8/3/2012-XR Chest 1 View-RA0001-1pg

# East Texas Medical Center

Imaging Services Consultation

1000 South Beckham Tyler Texas. 75701 * (903) 531-8200

Page 1

| | | |
|---|---|---|
| **PATIENT NAME:** ADAMS, RODNEY | **MRN:** 000001290384 | **ACCESSION#:** 6430992 |
| ADAMS, RODNEY | | |
| **SEX:** MALE  **AGE:** 45    **DATE OF BIRTH:** 10/02/1966 | **NS#:** POD1 | **BED:** M10 A |
| **PATIENT TYPE (Major/Minor):** E / E | **ACCT#:** 43328731 | |

***Preliminary Report***

Order Num 90001 by COLIN MARINO on Aug  3 2012 11:00PM

PROCEDURE: XR Chest 1 View

REASON FOR PROCEDURE: PALPITATIONS

PROCEDURE DICTATED:  CHEST ONE VIEW

INDICATIONS:  Palpitations.

RESULTS:  Upright chest reveals endotracheal tube and nasogastric tube are
in good position.  Linear atelectatic changes are seen in both bases.  No
pneumothorax is seen.  Pulmonary vascularity is normal.

IMPRESSION:
Linear atelectatic changes at both bases.  No dense consolidation seen.

Endotracheal tube and nasogastric tube are in good position.
Accession Number: 6430992

Interpreting Physician: JOHN P ANDREWS MD ID#: 000380
Dictated on: Aug  3 2012 11:14PM
Transcribed by / Date:  on
Approved Electronically by / Date:   /

Distribution:
COLIN MARINO, M.D.    ID#: 005219

END OF REPORT

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Nursing Assessment-8/4/2012--ER0012-1pg

**Assessment Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm Date: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch Date: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

## ED Nursing Assessment & Care

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN |
| **Clinical Note** | | | | | | |
| Status | Complete | Complete | Complete | Complete | Complete | Complete |
| ED Room Placement Date | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 |
| IV Prior to Arrival 1 | | | | | Yes | |
| Chief Complaint | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI /SEIZURE | TX HYPERTHERMIA/MI /SEIZURE |
| IV1 - Type | Saline Lock | Saline Lock | | | Saline Lock | |
| Unable to assess patient | | | Yes | | Yes | |
| Chief Complaint | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI /SEIZURE | TX HYPERTHERMIA/MI /SEIZURE |
| Location | Right | Right | | | Right | |
| IV1 - Site | Antecubital | Antecubital | | | Antecubital | |
| BP | | | | | 96/61 | |
| Pulse | | | | | 168 *HH* | |
| Size | 20G | | | | 18G | |
| Respirations | | | | | 14 | |
| O2 Saturation (%) | | | | | 100 | |
| IV Prior to Arrival 2 | | | | | Yes | |
| O2 Delivery Device | | | | | Ventilator | |
| Mode of Arrival Adm | | | | | Air Transport - Non - ETMC | |
| IV #2 Type | Saline Lock | | | | Saline Lock | |
| Accompanied By | | | | | Self | |
| Temperature | | | | | 104.4 F *H* | |

Pt Name: ADAMS, RODNEY
Entity: Tyler
Adm Date: 08/03/2012

MRN: 1290384
Page 1 of 3

Assessment Report
ORE_X0AQ_0010_DSCH_LYNX.rpt version v1.00
Generated By: EDR
Generated On: 04-Aug-12 02:22

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.
    Page  1  of  3

PMC000145damp-1690

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Nursing Assessment-8/4/2012--ER0012-1pg

**Assessment Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm Date: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch Date: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

## ED Nursing Assessment & Care

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill|Amanda|B|RN | Hill|Amanda|B|RN | Hill|Amanda|B|RN | Hill|Amanda|B|RN | Hill|Amanda|B|RN | Hill|Amanda|B|RN |
| **Clinical Note** | | | | | | |
| Status | Complete | Complete | Complete | Complete | Complete | Complete |
| Site | | | | | | Rectal |
| Location | Left | | | | Left | |
| Historian | | | | | Paramedic/EMS Provider | |
| Out of ED Date/Time | | | | 08/04/2012 01:00 | | |
| Patient Disposition | | | | Intensive Care | | |
| IV #2 Site | Forearm | | | | Antecubital | |
| Size | 20G | | | | 18G | |
| Condition on Discharge | | | | Stable | | |
| Triage Level Key | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent |
| Departure Mode | | | | Stretcher | | |
| Escorted By | | | | Law Enforcement | | |
| Triage Date/Time | 08/04/2012 02:17 | 08/04/2012 02:12 | 08/04/2012 00:38 | 08/04/2012 00:16 | 08/03/2012 23:00 | 08/03/2012 22:56 |
| ED Room Placement Date | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 |
| Admit Room No. | | | | 2262 | | |
| Location. | | Radial, Left | | | | |
| Insertion Date | | 08/04/2012 | | | | |
| Tubing Date | | 08/04/2012 | | | | |
| Site Appearance | | No complications | | | | |
| Calibration Performed | | Yes | | | | |

Pt Name: ADAMS, RODNEY
Entity: Tyler
Adm Date: 08/03/2012

MRN: 1290384
Page 2 of 3

Assessment Report
ORE_X0AQ_0010_DSCH_LYNX.rpt version v1.00
Generated By: EDR
Generated On: 04-Aug-12 02:22

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.
Page 2 of 3

PHACOLUM/SAdams-1701

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Nursing Assessment-8/4/2012--ER0012-1pg

**Assessment Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm Date: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch Date: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

## ED Nursing Assessment & Care

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN |
| **Clinical Note** | | | | | | |
| **Status** | Complete | Complete | Complete | Complete | Complete | Complete |
| Dressing | | Intact | | | | |
| Action/Comment | | PLACED BY DR. MARINO | | | | |
| Unit Called | | | | Yes | | |
| Pre-Hospital General Treatment | | | | | See EMS Report | |
| Motor Response | | | | | Localizes to Pain | |

**Pt Name:** ADAMS, RODNEY
**Entity:** Tyler
**Adm Date:** 08/03/2012

MRN: 1290384
Page 3 of 3

Assessment Report
ORE_X0AQ_0010_DSCH_LYNX.rpt version v1.00
**Generated By:** EDR
**Generated On:** 04-Aug-12 02:22

© 2003-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.
Page 3 of 3

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

**Order Type: Admit/Discharge/Transfer**
**Order Sub Type: Admission**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034189 | 08/03/12 23:38<br>08/03/12 23:38 | Admitting Physician - dix | Active | COLIN A MARINO, MD |

Instructions: dix

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034337 | 08/03/12 23:38<br>08/03/12 23:38 | Admit To Medical/Surgical ICU | Active | COLIN A MARINO, MD |

**Order Type: Cardiology**
**Order Sub Type: Echo**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034702 | 08/04/12 00:24<br>08/04/12 00:24 | Echocardiogram Complete | Complete | LISA M DIX, MD |

**Order Type: Cardiology**
**Order Sub Type: EKG**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034188 | 08/03/12 23:27<br>08/03/12 23:27 | EKG STAT Palpitations | Active | COLIN A MARINO, MD |
| 2034703 | 08/04/12 00:24<br>08/04/12 00:24 | EKG Metabolic Abnormalities | Active | LISA M DIX, MD |

**Order Type: Clinical**
**Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034336 | 08/03/12 23:38<br>08/03/12 23:38 | Diagnosis - ams, hyperthermia, dic, | Active | COLIN A MARINO, MD |

Comments: ams, hyperthermia, dic,

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034559 | 08/04/12 00:24<br>08/04/12 00:24 | Diagnosis - DIC, hyperthermia coma | Active | LISA M DIX, MD |

Comments: DIC, hyperthermia coma

**Order Type: Code Status**
**Order Sub Type: Code_Status**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034340 | 08/03/12 23:38<br>08/03/12 23:38 | Code Status Full Code | Active | COLIN A MARINO, MD |
| 2034560 | 08/04/12 00:24<br>08/04/12 00:24 | Full Code | Active | LISA M DIX, MD |

Pt. Name: ADAMS, RODNEY     MRN: 1290384     Orders Report
Entity: Tyler     Page 1 of 8     ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00
Adm Date: 08/03/2012     Generated By: EDR

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.     Generated On: 04-Aug-12 02:22
Crystal Reports © 2012 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 1 of 8

PMcCollum/SAdams-1723

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Consult**
### Order Sub Type: Specialist Service Request

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034911 | 08/04/12 01:18<br>08/04/12 01:18 | Consult: Critical Care - DAVID I JONES, MD called to C | Active | LISA M DIX, MD |

Instructions: called to Christine Porter at 11pm by Dr. Moreno from ER

**Order Type: Dietary**
### Order Sub Type: Oral

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034590 | 08/04/12 00:24<br>08/04/12 00:24 | Diet, NPO | Active | LISA M DIX, MD |

**Order Type: Laboratory**
### Order Sub Type: Chemistry

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033979 | 08/03/12 22:38<br>08/03/12 22:38 | Hepatic Function Panel (Liver) STAT | Complete | COLIN A MARINO, MD |
| 2033982 | 08/03/12 22:36<br>08/03/12 22:36 | CMP STAT | Complete | COLIN A MARINO, MD |
| 2034186 | 08/03/12 23:27<br>08/03/12 23:27 | CKMB (Includes CK,CKMB, Index) STAT | Complete | COLIN A MARINO, MD |
| 2034187 | 08/03/12 23:27<br>08/03/12 23:27 | Troponin-I STAT | Complete | COLIN A MARINO, MD |
| 2034344 | 08/03/12 23:38<br>08/03/12 23:38 | CKMB (Includes CK,CKMB, Index) | Canceled | COLIN A MARINO, MD |
| 2034345 | 08/03/12 23:38<br>08/03/12 23:38 | Troponin-I | Canceled | COLIN A MARINO, MD |
| 2034511 | 08/04/12 05:30<br>08/04/12 05:30 | CKMB (Includes CK,CKMB, Index) | In progress | |
| 2034512 | 08/04/12 05:30<br>08/04/12 05:30 | Troponin-I | In progress | |
| 2034594 | 08/04/12 00:24<br>08/04/12 00:24 | B-Type Natriuretic Peptide (BNP) STAT | Complete | LISA M DIX, MD |
| 2034595 | 08/04/12 00:24<br>08/04/12 00:24 | Lipid Profile STAT | Complete | LISA M DIX, MD |

**Order Type: Laboratory**
### Order Sub Type: Coagulation

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Generated On: 04-Aug-12 02:22

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

PlanColumn/SAdams-1934

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Laboratory**
### Order Sub Type: Coagulation

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033977 | 08/03/12 22:36<br>08/03/12 22:36 | aPTT STAT | In progress | COLIN A MARINO, MD |
| 2033978 | 08/03/12 22:36<br>08/03/12 22:36 | Prothrombin Time (PT) STAT | In progress | COLIN A MARINO, MD |
| 2033980 | 08/03/12 22:36<br>08/03/12 22:36 | D-Dimer, Quantitative STAT | In progress | COLIN A MARINO, MD |
| 2033983 | 08/03/12 22:38<br>08/03/12 22:38 | Fibrinogen Degradation Products (FDP) STAT bleeding | Complete | COLIN A MARINO, MD |

Instructions: bleeding

**Order Type: Laboratory**
### Order Sub Type: Hematology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033981 | 08/03/12 22:36<br>08/03/12 22:36 | CBC STAT | Complete | COLIN A MARINO, MD |
| 2034596 | 08/04/12 00:24<br>08/04/12 00:24 | Sedimentation Rate STAT | Complete | LISA M DIX, MD |

**Order Type: Laboratory**
### Order Sub Type: Microbiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033971 | 08/03/12 22:36<br>08/03/12 22:36 | Culture, Blood STAT Prior to antibiotics | In progress | COLIN A MARINO, MD |
| 2033972 | 08/03/12 22:36<br>08/03/12 22:36 | Culture, Blood STAT Prior to antibiotics | In progress | COLIN A MARINO, MD |
| 2033973 | 08/03/12 22:36<br>08/03/12 22:36 | Culture, Urine STAT | In progress | COLIN A MARINO, MD |
| 2034557 | 08/04/12 00:24<br>08/04/12 00:24 | Culture, Blood | Canceled | LISA M DIX, MD |
| 2034558 | 08/04/12 00:24<br>08/04/12 00:24 | Culture, Blood | Canceled | LISA M DIX, MD |
| 2034597 | 08/04/12 00:24<br>08/04/12 00:24 | Culture, Blood STAT Prior to antibiotics | Canceled | LISA M DIX, MD |
| 2034598 | 08/04/12 00:24<br>08/04/12 00:24 | Culture, Blood STAT Prior to antibiotics | Canceled | LISA M DIX, MD |
| 2034599 | 08/04/12 00:24<br>08/04/12 00:24 | Gram Stain | In progress | LISA M DIX, MD |

| Pt. Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
|---|---|---|
| Entity: Tyler | Page 3 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |
| © 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved. | | Generated On: 04-Aug-12 02:22 |
| Crystal Reports © 2012 Business Objects SA. All rights reserved. | | |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 3 of 8

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

### Order Type: Laboratory
#### Order Sub Type: Transfusion Services

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033974 | 08/03/12 22:36<br>08/03/12 22:36 | Type And Screen STAT | Complete | COLIN A MARINO, MD |
| 2034130 | 08/03/12 23:23<br>08/03/12 23:23 | Blood Product - Fresh Frozen Plasma (FFP) STAT A fa | Complete | COLIN A MARINO, MD |
| 2034741 | 08/04/12 00:42<br>08/04/12 00:42 | Blood Product - Fresh Frozen Plasma (FFP) dic A facto | In progress | LISA M DIX, MD |
| 2034742 | 08/04/12 00:42<br>08/04/12 00:42 | Blood Product - Pheresis Platelet ASAP dic Bleeding in | Complete | LISA M DIX, MD |

### Order Type: Laboratory
#### Order Sub Type: Urinalysis

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034600 | 08/04/12 00:24<br>08/04/12 00:24 | Urinalysis with Microscopic, if indicated | In progress | LISA M DIX, MD |

### Order Type: Medication/IV
#### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034045 | 08/03/12 23:23 | DEXTROSE 5%-WATER (250 ML bag)  NOREPINEPH | Discontinue | |
| 2034086 | 08/03/12 23:23<br>08/03/12 23:50 | DEXTROSE 5%-WATER (250 ML bag)  NOREPINEPH | Discontinue | |
| 2034347 | 08/03/12 23:38 | Protonix 40mgIV Complex Dose Intravenous QD Now F | Active | COLIN A MARINO, MD |
| 2034348 | 08/03/12 23:38 | ONDANSETRON (ZOFRAN) 4 MG = 2 ML Intravenous | Validated | COLIN A MARINO, MD |
| 2034621 | 08/04/12 00:20<br>08/04/12 00:20 | PHENYLEPHRINE 60 MG IN SALINE (250 ML bag)  In | Validated | |
| 2034622 | 08/04/12 00:21<br>08/04/12 00:21 | SODIUM BICARB 8.4% ABBOJECT 100 MEQ = 100 M | Validated | |
| 2034711 | 08/04/12 00:24 | INSULIN, ASPART (NovoLOG) Sliding Scale Subcutan | Validated | LISA M DIX, MD |
| 2034714 | 08/04/12 00:24 | labetalol (laBETalol) 10 mg = 2 mL Intravenous Q1H PF | Active | LISA M DIX, MD |
| 2034717 | 08/04/12 00:24 | ONDANSETRON (ZOFRAN) 4 MG = 2 ML Intravenous | Validated | LISA M DIX, MD |
| 2034745 | 08/04/12 00:42 | dextrose 5% in water (D5W) (1000 mL bag) sodium bic | Active | LISA M DIX, MD |
| 2034751 | 08/04/12 00:42<br>08/04/12 00:42 | sodium bicarbonate (SODIUM BICARB 8.4% ABBOJEC | Active | LISA M DIX, MD |
| 2034884 | 08/04/12 01:35<br>08/04/12 01:35 | DEXTROSE 5%-WATER (250 ML bag)  EPINEPHRINE | Validated | |
| 2035039 | 08/04/12 02:14<br>08/04/12 02:14 | NOREPINEPHRINE (LEVOPHED) 4 MG = 4 ML Intrav | In progress | |

| | | |
|---|---|---|
| Pt. Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
| Entity: Tyler | Page 4 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Generated On: 04-Aug-12 02:22

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

PlanCollum/SAdams-3756

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Medication/IV**
**Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2035086 | 08/04/12 02:15<br>08/04/12 02:15 | VANCOMYCIN 1000 MG = 1 VIAL Intravenous ONCE | In progress | |
| 2035087 | 08/04/12 02:16<br>08/04/12 02:16 | PHENYLEPHRINE (NEOSYNEPHRINE) 50 MG = 5 ML | In progress | |
| 2035088 | 08/04/12 02:17<br>08/04/12 02:17 | PHYTONADIONE (AQUAMEPHYTON) 10 MG = 1 ML | In progress | |

**Order Type: Medication/IV**
**Order Sub Type: Drip IV**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034190 | 08/03/12 23:38 | norepinephrine bitartrate (LEVOPHED) 4 mg in  dextros | Active | COLIN A MARINO, MD |
| 2035096 | 08/04/12 02:22 | vasopressin (PITRESSIN) 50 UNIT in  sodium chloride | Active | MISTI E RILEY, RN |

**Order Type: Medication/IV**
**Order Sub Type: Injectable**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034346 | 08/03/12 23:38 | SODIUM CHLORIDE 0.9% (1000 ML bag)  Intravenous | Validated | COLIN A MARINO, MD |
| 2034623 | 08/04/12 00:22<br>08/04/12 00:52 | PIPERACILLIN-TAZOBACTAM (ZOSYN)  4.5G Intrave | Validated | |
| 2034722 | 08/04/12 00:42 | piperacillin-tazobactam 3.375 g Intravenous Q6H | Active | LISA M DIX, MD |
| 2034723 | 08/04/12 00:42 | clindamycin 900 mg/50 mL D5W Intravenous Q8H | Active | LISA M DIX, MD |
| 2034724 | 08/04/12 00:42<br>08/04/12 00:42 | vancomycin 1000 mg/200 mL D5W Intravenous ONE T | Active | LISA M DIX, MD |

**Order Type: Nursing**
**Order Sub Type: Activity**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034591 | 08/04/12 00:24<br>08/04/12 00:24 | Bedrest: Strict | Active | LISA M DIX, MD |

**Order Type: Nursing**
**Order Sub Type: Assessment**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034579 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Neurological Status every 1 hour | Active | LISA M DIX, MD |
| 2034582 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Patient Weight Daily | Active | LISA M DIX, MD |
| 2034583 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Intake and Output Q1 Hour | Active | LISA M DIX, MD |

| Pt. Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
|---|---|---|
| Entity: Tyler | Page 5 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |
| © 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved. | | Generated On: 04-Aug-12 02:22 |
| Crystal Reports © 2012 Business Objects SA. All rights reserved. | | |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 5 of 8

PM001 MSA-1957

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Nursing**
### Order Sub Type: Communication

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034338 | 08/03/12 23:38<br>08/03/12 23:38 | Notify Attending on arrival to nursing unit | Active | COLIN A MARINO, MD |
| 2034339 | 08/03/12 23:38<br>08/03/12 23:38 | All Care Transfered to Attending MD | Active | COLIN A MARINO, MD |
| 2034342 | 08/03/12 23:38<br>08/03/12 23:38 | Notify if Pulse Oximetry Less than 92% | Active | COLIN A MARINO, MD |
| 2034580 | 08/04/12 00:24<br>08/04/12 00:24 | Titrate O2 via Nasal Cannula for Sat > or equal to 92% | Active | LISA M DIX, MD |
| 2034586 | 08/04/12 00:24<br>08/04/12 00:24 | Urinary Cath Protocol | Active | LISA M DIX, MD |
| 2034587 | 08/04/12 00:24<br>08/04/12 00:24 | Maintain urinary catheter due to strict intake and output | Active | LISA M DIX, MD |
| 2034588 | 08/04/12 00:24<br>08/04/12 00:24 | Maintain urinary catheter due to total bedrest | Active | LISA M DIX, MD |
| 2034589 | 08/04/12 00:24<br>08/04/12 00:24 | Notify attending for abnormal CK / CKMB / Troponin res | Active | LISA M DIX, MD |
| 2034705 | 08/04/12 00:24<br>08/04/12 00:24 | Hypoglycemia Protocol | Active | LISA M DIX, MD |
| 2034706 | 08/04/12 00:24<br>08/04/12 00:24 | Potassium Protocol Nursing Communicaton | Active | LISA M DIX, MD |
| 2034707 | 08/04/12 00:24<br>08/04/12 00:24 | Trauma Electrolyte Protocol | Active | LISA M DIX, MD |
| 2034709 | 08/04/12 00:24<br>08/04/12 00:24 | Oral Care Protocol | Active | LISA M DIX, MD |
| 2034710 | 08/04/12 00:24<br>08/04/12 00:24 | Urinary Cath Protocol | Active | LISA M DIX, MD |
| 2034743 | 08/04/12 00:42<br>08/04/12 00:42 | Transfuse __2___ Units _____ each over 30 minutes | Active | LISA M DIX, MD |

Instructions: each over 30 minutes

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034744 | 08/04/12 00:42<br>08/04/12 00:42 | Post transfusion labs (Specify) Nurse, Order requested | Active | LISA M DIX, MD |

Instructions: Nurse, Order requested lab in OneChart when Transfusion completed.

**Order Type: Nursing**
### Order Sub Type: Precaution

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034577 | 08/04/12 00:24<br>08/04/12 00:24 | Precaution, Aspiration | Active | LISA M DIX, MD |

| | | |
|---|---|---|
| Pt. Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
| Entity: Tyler | Page 6 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |
| © 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved. | | Generated On: 04-Aug-12 02:22 |
| Crystal Reports © 2012 Business Objects SA. All rights reserved. | | |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

PMcColum/SAdams-1978

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | 10/02/1966 | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Nursing**
### Order Sub Type: Treatment

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034578 | 08/04/12 00:24<br>08/04/12 00:24 | Apply Sequential Compression Device | Active | LISA M DIX, MD |
| 2034584 | 08/04/12 00:24<br>08/04/12 00:24 | Place Gastric Tube to Low Intermittent Suction | Active | LISA M DIX, MD |
| 2034585 | 08/04/12 00:24<br>08/04/12 00:24 | Insert Urinary Catheter (Indwelling) | Active | LISA M DIX, MD |
| 2034701 | 08/04/12 00:24<br>08/04/12 00:24 | Saline Lock x 2 | Active | LISA M DIX, MD |
| 2034754 | 08/04/12 00:55<br>08/04/12 00:55 | Apply Cooling Blanket d/c blanket when temp is less tha | Active | LISA M DIX, MD |

Instructions: d/c blanket when temp is less than 100.5

**Order Type: Radiology**
### Order Sub Type: CT Scan

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034721 | 08/04/12 00:42<br>08/04/12 00:42 | CT Head WO Contrast 20% Decrease In BP | Active | LISA M DIX, MD |

**Order Type: Radiology**
### Order Sub Type: DX Radiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033975 | 08/03/12 22:36<br>08/03/12 22:36 | XR Chest 1 View STAT Palpitations | Complete | COLIN A MARINO, MD |
| 2034704 | 08/05/12 05:00<br>08/05/12 05:00 | XR Chest 1 View AM Routine Cardiogenic Shock | Active | LISA M DIX, MD |

**Order Type: Respiratory**
### Order Sub Type: BIPAPCPAP

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034592 | 08/04/12 00:24<br>08/04/12 00:24 | CPAP | Discontinue | LISA M DIX, MD |

**Order Type: Respiratory**
### Order Sub Type: Diagnostic

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033976 | 08/03/12 22:36<br>08/03/12 22:36 | ABG with co-oximetry on room air STAT | Complete | COLIN A MARINO, MD |
| 2034027 | 08/04/12 03:00 | ABG with co-oximetry and Electrolytes Q24H (TIMED) | Active | Allison M Sanders, RRT |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

PlaintiffsMSJApp-1729

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | ADAMS, RODNEY | **MRN:** | 1290384 |
| **Pt ID:** | 2012058566 | **Acct No:** | 00043328731 |
| **DOB:** | 10/02/1966 | **Age/Sex:** | 45Y/M |
| **Adm DTime:** | 08/03/2012 | **Atn Dr:** | DIX, LISA MD |
| **Dsch DTime:** | | | |
| **Entity:** | 0100 - Tyler | | |
| **Dx:** | | | |

**Order Type: Respiratory**
  **Order Sub Type: Diagnostic**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034593 | 08/04/12 00:24<br>08/04/12 00:24 | ABG in 60 minutes and call results | Discontinue | LISA M DIX, MD |
| 2034725 | 08/04/12 00:52<br>08/04/12 00:52 | ABG with Co-oximetry and Electrolytes | Complete | LISA M DIX, MD |

Instructions: after the 100 meq ivp bicarbonate

**Order Type: Respiratory**
  **Order Sub Type: Treatment Respiratory**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034581 | 08/04/12 00:24<br>08/04/12 00:24 | Pulse Oximetry continuous | Discontinue | LISA M DIX, MD |
| 2034708 | 08/04/12 00:24<br>08/04/12 00:24 | Bronchodilator Protocol Treatment | Discontinue | LISA M DIX, MD |
| 2034749 | 08/04/12 00:53 | Bronchodilator Protocol Treatment PRN | Active | Allison M Sanders, RRT |

**Order Type: Respiratory**
  **Order Sub Type: Ventilator**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034028 | 08/04/12 01:00 | tyVentilator - Standard RTQ3H&PRN | In progress | Allison M Sanders, RRT |

**Order Type: Vital Signs**
  **Order Sub Type: Monitoring**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034341 | 08/03/12 23:38<br>08/03/12 23:38 | Vital Signs every 4 hrs | Active | COLIN A MARINO, MD |
| 2034343 | 08/03/12 23:38<br>08/03/12 23:38 | Temperature: Every 4 hrs x 3 then every 8 hrs | Active | COLIN A MARINO, MD |
| 2034576 | 08/04/12 00:24<br>08/04/12 00:24 | Vital Signs per unit protocol | Active | LISA M DIX, MD |

**Pt. Name:** ADAMS, RODNEY  
**Entity:** Tyler  
**Adm Date:** 08/03/2012  

MRN: 1290384  
Page 8 of 8  

Orders Report  
ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00  
Generated By: EDR

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.  
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Generated On: 04-Aug-12 02:22

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

PlacGofUM/SAdams-1750

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Other ED Document-8/4/2012--ER0036-1pg

```
ADAMS, RODNEY
43328731   129-23-84   M   045Y
DOB: 10/02/1988        ETMC Tyler
43328731
```

## Critical Value Verbal Report
### (please print)

Patient's Name: _____

Date received: 8/3/12   Time: 0053

Critical Value Results: Troponin 38.0

☑ Value Read Back

Caregiver's Name: Jeremy B.

Title: RN

Time physician paged: _____

Time of verbal contact w/physician: _____

Name of physician notified: _____

☐ Physician notification not required.

SYS-0044

McCollum/Adams-1801

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Outside Medical Document-8/3/2012--EX0002-3pg

Central Logic - Patient: RODNEY ADAMS                                          Page 1 of 1

## ETMC
East Texas Medical Center
Regional Healthcare System

### FIRSTCOMM TRANSFER REPORT

| SUMMARY: CALL #150008 | Printed on 08/03/2012 20:25 |
|---|---|
| INITIATED by BORUNDA, GABRIEL (08/03/2012 20:02) | Status: OPENED by BORUNDA, GABRIEL (08/03/2012 20:24) |

| TRANSFER | | Case Status: Active |
|---|---|---|

| Patient | | Next of Kin |
|---|---|---|
| ADAMS, RODNEY          Phone  (903) 928-3118<br>PO BOX 6400<br>TENESSEE COLONY, TX<br>75861 | | No information available |

| Patient Detail | Chief Complaint |
|---|---|
| Birthdate 10/02/1966 (45 years)<br>Gender  Male | Major Problem  RESPIRATORY FAILURE, ACUTE MI,<br>HYPERTHERMIA, 107.8, SEIZURE |

| Primary Care Provider | Consult Provider |
|---|---|
| No provider selected | ZACHRY, WILLIAM      Phone  (903) 597-0351<br>ERMD TYLER<br>TYLER, TX |

| Referring Provider | Referring Location |
|---|---|
| TOOTE, PAUL          Phone  (903) 439-4077<br>KOPKINS MEMORIAL<br>SULPHUR SPRINGS, TX | PALESTINE REGIONAL MEDICAL      (903) 731-1000<br>CENTER                          (Phone) |

| Accepting Service and Provider | Accepting Location |
|---|---|
| Accepting Service: Emergency Medicine<br>ZACHRY, WILLIAM   Phone  (903) 597-0351<br>ERMD TYLER<br>TYLER, TX | ETMC TYLER |

| Medical Acceptance | Facility Acceptance | |
|---|---|---|
| Status  Accepted | Status          Accepted | |
| Decision Date 08/03/2012 20:08 | Decision Date    08/03/2012 20:08 | |
| Call Initiated By  Referring MD | Transfer Priority   ED to ED | |

| Transport | | Placement | | |
|---|---|---|---|---|
| Date Initiated   08/03/2012<br>                  20:08 | Type  PALESTINE<br>      EMS | Requested   08/03/2012 20:08    Unit E.D.  Bed ER<br>Assigned    08/03/2012 20:08    Unit E.D.  Bed ER<br>Received    08/03/2012 20:08<br>Projected   08/03/2012 20:08<br>Confirmed   08/03/2012 20:08 | | |

| Notifications |
|---|
| No notifications completed |

129.03.84

http://vmcentralapp1.etmc1.etmc.org/claf/txa/index.cfm?rxRelHost=txa/&&rx=Call-Summa...  8/3/2012

PMC/USA-dams-1832

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Outside Medical Document-8/3/2012--EX0002-3pg

## PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

| ADAMS, RODNEY | | Serv | FC | Loc | Room | | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No: L00104029459 | | | 11 | L.ER | | | REG ER | 08/03/12 | 1913 | L000199921 |

Soc Sec No   DOB   Age   Sex MS  Race Religion
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   01/01/1966  46   M   U   W
Address: PO BOX 6400
TENNESSEE COLONY,TX 75861
Home Ph: 903-928-3118      County: ANDERSON COUNTY
Language: ENGLISH          Country: USA

UNEMPLOYED
UNKNOWN
PALESTINE,TX 75801
Work Phone: 903-999-9999
Occupation:

UTMB,UTMB                  SS# 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
Address: 301 UNIVERSITY BLVD 1008
GALVESTON,TX 77555         #1797921
Home Ph: 800-605-8165      County:
Relationship to Patient: WARD OF COURT

UNEMPLOYED
UNKNOWN
PALESTINE,TX 75801
Work Phone: 903-999-9999
Occupation:

SS#:
Address:

Home Ph:                   Work Phone:
Relationship to Patient:   Occupation:

WARDEN,GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY,TX 75861
Home Phone:                Work Phone:    Home Phone:903-928-3118    Work Phone:
Relationship to Patient:   Work Phone:    Relationship to Patient: WC

UTMB MANAGED CARE          Policy # 1797921           Treat/Precert - PRE CERT #
301 UNIVERSITY BLVD        Coverage # 0               Ins Verif
GALVESTON TX 77555-1008    Subscriber ADAMS,RODNEY    Pro Review    Not Required
Phone: 409-747-2653        Rel to Pt SELF/SAME AS PA DOB 01/01/1966
                           Group P0696997084 -

Policy #                   Treat/Precert
Coverage #                 Ins Verif
Subscriber                 Pro Review
Rel to Pt          DOB
Phone                      Group

Policy #                   Treat/Precert
Coverage #                 Ins Verif
Subscriber                 Pro Review
Rel to Pt          DOB
Phone                      Group

TOOTE,PAUL URBAN           0334
NO LOCAL PHYSICIAN

EMERGENCY ROOM    EM    AMB    PRADMTJG    FEVER

Critical - Tylor
T- 107.8 + 181 - 6 - SO₂97%
Trop 1.59.
vent.
Wt. 100 kg      NS-L

* CT of head  - black eye
          Z 52

75/50 - 170    Printed By: PRADMTJG  08/03/12 1924

| Unit Number | L000199921 | 1947) UTMB-Ray | Account Number | L00104029459 |

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Outside Medical Document-8/3/2012--EX0002-3pg

06/10/2012 SUN 1:05  FAX 903 531 8819 First Comm                    001/001
12/30/2011 FRI 16:30  FAX                                           001/001

# ETMC PATIENT TRANSFER HAND OVER COMMUNICATION

## To Be Completed by the Transferring Physician

FAX to:  FirstComm – 903.531.8819   Date: 8/3/12   Time: 2000

**Patient Information:**

**S**ituation:  Transferring Facility: _PRMC_

Reason for Transfer: _Critical_

Diagnosis: _Resp failure, MI, hypothermia_

Current Vital signs: Temp: _107(E)_ BP: _90/50_ P: _170_ R: _Vent_ SPO2: ___

**B**ackground:

Medications: _Arelix,_

Abnormal Labs: _Trop. 1·ST_

Diagnostic Read by Radiologist( ) Yes ( ) No    Radiologist 's Name: _O'Neill_

**A**ssessment:  Major Drips: _Levophed, Dobutamine, NS._

Interventions (i.e. sutures, chest tubes): _Ventilator_

**R**ecommendation:  Transfer to (ED)  ICU  Floor  Other   (circle)

Mode of transport:  Air  (include patient weight: _100_ kg/lbs)   Ground

Name of Transferring Physician: _Dr Toole_    Phone: _903-731-1153_

------------- Questions please call: ~~903 531 8819~~ ------------------
903 535-6267

## NOT PART OF MEDICAL RECORD

Apr 09/JFM

Page 3 of 3

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**

Antibody(ies):

Special Needs:

**ETMC**
**TYLER**

East Texas Medical Center
Regional Healthcare System

Location: **2WB**

Patient ID#: 30996

------------------Product Information------------------

**UNIT No: W035212184735**

82429

**ABO/Rh: O Pos**                                CMV:

Product Code: E0336V00  RED BLOOD CELLS|CPD>AS1/500mL/refg|ResLeu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM        # in pool:

Crossmatch Interpretation: Compatible        Tech ID: KDC2        Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

------------------Transfusion Information------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees:

Name: _____        Name: _Jeffrey Maglicmb, RN_
              Signature                                    Signature

Pre-Transfusion V/S: BP: _64/52_ Pulse: _119_ Resp: _21_ Temp: _97.8_ O2: _____ By: _____

Post-Transfusion V/S: BP: _114/82_ Pulse: _114_ Resp: _23_ Temp: _94.4_ O2: _?_ By: _____

Transfusion Started: _8-4-12_ _0635_        Transfusion Stopped: _08/04/12_ _0817_
              Initial   Date   Time                      Initial   Date   Time

Amount transfused: _486_        Patient observed during transfusion: _✓_

----------------------------------------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1.  Stop transfusion at once.
2.  Clerical check at bedside?        Yes        No
3.  Name of physician notified: _____ VS: BP____ Pulse____ Resp____ Temp____ O2____
4.  Send completed copy of this form to blood bank with:
    A.    Remainder of unit with recipient set
    B.    10mL lavender top venous blood specimen from patient
    C.    Post transfusion urine sample (voided)
5.  Check symptoms:

    ☐ Urticaria        Chills        Fever        Hematuria        Shortness of breath
    ☐ Other _____

Completed by _____ MD/RN  Date _____ Time _____

MedContinUM/SAdams-1845

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: **43328731**

BB ID #: **NGZ9362**

Sample #: 10825456

**ABO/Rh: O Pos**                    **Location: 2WB**

Antibody(ies):                        Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

-----------------------------Product Information-----------------------------

**UNIT No: W035212151977    K**

82436

**ABO/Rh: O Pos**                    CMV:

Product Code: E0336V00  RED BLOOD CELLS|CPD>AS1/500mL/refg|ResLeu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM          # in pool:

Crossmatch Interpretation: Compatible        Tech ID: KDC2        Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

-----------------------------Transfusion Information-----------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees.

Name: _J. Johnson R_          Name: _Jeffrey Manglant, RN_
      Signature                     Signature

Pre-Transfusion V/S: BP: _94?_ Pulse: _102_ Resp: _21_ Temp: _97.8_ O2: _21_ By: _JJ_
Post-Transfusion V/S: BP: _14/52_ Pulse: _114_ Resp: _23_ Temp: _994_ O2: _7_ By: _JJ_

Transfusion Started: _06/04/12_ _0635_   Transfusion Stopped: _08/04/12_ _0815_
                     Initial  Date  Time                    Initial  Date  Time

Amount transfused: _425_          Patient observed during transfusion: ✓

**IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:**

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____ VS: BP _____ Pulse _____ Resp _____ Temp _____ O2 _____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:
      Urticaria        Chills        Fever        Hematuria        Shortness of breath
      Other _____

Completed by _____ MD/RN   Date ____   Time _____

Page 1 of 1

Plaintiff's/Adams-1856

TY-ADAMS,_RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

**ABO/Rh:** O Pos        **Location: POD1**

Antibody(ies):        Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

------------------------------Product Information------------------------------

**UNIT No:  W035212145438   5**

|||||||||||||| 82650

**ABO/Rh:** O Pos        CMV: anti-CMV Negative

Product Code: E3088V00  Apheresis PLATELETS|ACD-A/XX/20-24C|ResLeu:<5log6|2nd container

Product Expiration Date: 08/05/2012 11:59 PM    # in pool:

Crossmatch Interpretation: Not Required    Tech ID: KDC2      Date/Time: 08/04/2012 01:07 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____      Name: _____

     Signature              Signature

Pre-Transfusion V/S: BP _57/44_ Pulse: _132_ Resp: _21_ Temp: _99.8_ O2: ___ By: ___

Post-Transfusion V/S: BP _89/44_ Pulse: _118_ Resp: _21_ Temp: _98.9_ O2: ___ By: ___

Transfusion Started: ___ _8-4-12_ _0330_    Transfusion Stopped: ___ _8-4-12_ _0705_

    Initial    Date     Time               Initial    Date     Time

Amount transfused: _275_      Patient observed during transfusion:

**IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:**

1. Stop transfusion at once.
2. Clerical check at bedside?    Yes    No
3. Name of physician notified: _____ VS: BP ___ Pulse ___ Resp ___ Temp ___ O2 ___
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:

    Urticaria     Chills      Fever     Hematuria    Shortness of breath

    Other _____

Completed by _____    MD/RN    Date _8-4-12_ Time _0705_

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

ABO/Rh: O Pos                                    Location: **POD1**

Antibody(ies):                                    Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**

East Texas Medical Center
Regional Healthcare System

-------------------------------------------Product Information-------------------------------------------

**UNIT No: W035212145346**

82355

**ABO/Rh: O Pos**                     CMV:

Product Code: E2555V00  PLASMA|CPD/XX/<=-18C|Frozen <=24h

Product Expiration Date: 08/05/2012 12:04 AM        # in pool:

Crossmatch Interpretation: Not Required           Tech ID: KDC2         Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

-------------------------------------------Transfusion Information-------------------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees.

Name: _____ RN                          Name: _____
           Signature                                       Signature

Pre-Transfusion V/S: BP: 99/64 Pulse: 130 Resp: 71 Temp: 99.4 O2: _____ By: _____
Post-Transfusion V/S: BP: 875 Pulse: 125 Resp: 71 Temp: 99.7 O2: _____ By: _____

Transfusion Started: ___ 8-4-12 0227    Transfusion Stopped: ___ 8-4-12 0730
                    Initial  Date  Time                          Initial  Date  Time

Amount transfused: 230 _____          Patient observed during transfusion: _____

-------------------------------------------

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?            Yes        No
3. Name of physician notified: _____ VS: BP ____ Pulse ____ Resp ____ Temp ____ O2 ____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

     Urticaria      Chills        Fever         Hematuria      Shortness of breath

     Other _____

Completed by _____ MD/RN    Date 8-4-12 Time 0705

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

ABO/Rh: O Pos

Antibody(ies):

Special Needs:

Location: **POD1**

Patient ID#: 30996

**ETMC**
*TYLER*

East Texas Medical Center
Regional Healthcare System

--------------------------------------------------Product Information--------------------------------------------------

**UNIT No: W035212176683**    F

82515

**ABO/Rh:  O Pos**                              CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/ =-18C

Product Expiration Date: 08/05/2012 12:04 AM       # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2         Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

--------------------------------------------------Transfusion Information--------------------------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees:

Name: _____ RN          Name: _____
                    Signature                                    Signature

Pre-Transfusion V/S:  BP: 87/68  Pulse: 126  Resp: 21  Temp: 99.7  O2: _____  By: _____

Post-Transfusion V/S:  BP: 86/64  Pulse: 132  Resp: 21  Temp: 99.7  O2: _____  By: _____

Transfusion Started: 99  8-4-12  0232    Transfusion Stopped: 97  8-4-12  0237
                  Initial  Date  Time                              Initial  Date  Time

Amount transfused: 270          Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?      Yes      No
3. Name of physician notified: _____ VS: BP_____ Pulse_____ Resp_____ Temp_____ O2_____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

   Urticaria      Chills      Fever      Hematuria      Shortness of breath

   Other

Completed by _____ MD/RN   Date 8-4-17 Time 0705

Page 1 of 1

PMcCollum/SAdams-1889