UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 200

**AFFIDAVIT**

STATE OF TEXAS                                       §
                                                     §
COUNTY OF WALKER                                     §

BEFORE ME, the undersigned authority; personally appeared Peggy Brock, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is Peggy Brock. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated."

"I am the employed as an Emergency Action Center Officer of the Texas Department of Criminal Justice ("TDCJ"), located in Huntsville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business on each and every incident recorded at the Emergency Action Center of the Texas Department of Criminal Justice ("TDCJ").

"I have reviewed the request for records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody.  I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ.  The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here."

Attached are copies of the records of offender  **Hinojosa, Albert, TDCJ # 1802681,** described as **EAC Report and Administrative Review on the death of the above listed offender.   Cause Number:  3:12-CV-2037   USDC-ND DALLAS** which were requested**.**

_____
Peggy Brock, Emergency Action Center Officer

SWORN TO AND SUBSCRIBED BEFORE ME on June 19, 2013, by the said Peggy Brock, to certify which, witness my hand and seal of office.

CONNIE JO GONGRE
Notary Public, State of Texas
My Commission Expires
JULY 7, 2014

Notary without Bond

_____
Notary Public in and for the State of Texas

I-12391-08-12



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Brad Livingston
Executive Director

R.C. Thaler
Director, Correctional Institutions Division

P.O. Box 99   Huntsville, Texas  77342

RECEIVED
SEP 1 0 2012
RECEIVED

INCIDENT
NUMBER:           I-12391-08-12

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**Garza West Unit**
August 29, 2012

TO:               Emergency Action Center

THRU:             Eileen Kennedy - Region IV Director

SUBJECT:          Offender Death

OFFENDERS
INVOLVED:         Offender Hinojosa, Albert      H/M/44/NR      TDCJ# 1082681
                  Aggravated Assault / 10 years / Nueces County

SUMMARY:          On Monday August 27, 2012 the Garza West Unit received Offender Hinojosa,
                  Albert TDCJ #1082681 H/M/44/NR from Nueces County doing 10 years for
                  aggravated assault. Offender Hinojosa was in the process of completing his
                  Offender Intake processing and Orientation. During this process Offender
                  Hinojosa was housed in W8-A6 dormitory.

                  In the early morning hours Of August 29, 2012 at approximately 0001 hours,
                  Officer Adela Quintanilla CO IV initiated the incident command system
                  requesting additional staff and supervisor to respond to W8 section in regards to
                  Offender Hinojosa possibly having a seizure. Sergeant Ruben Villegas responded
                  to the area of the incident and evaluated Offender Hinojosa. Sergeant Villegas
                  did notice that Offender Hinojosa was still breathing and informed Lieutenant
                  Eismael Ruiz of the situation. At approximately 0024 hours Lieutenant Ruiz
                  called via state phone 911 Emergency Response. At approximately 0035 hours
                  Angel Care Ambulance Service arrived and placed Offender Hinojosa in the
                  ambulance and began to assess him. Duty Warden Ronald Givens was notified of
                  the situation at approximately 0035 hours by Lieutenant Ruiz and was informed
                  that Offender Hinojosa was in critical condition.

E.H. Guterrez, Jr., Senior Warden
Garza East 4304 Hwy 202 Beeville, Texas 78102        Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                                       (361) 358-9890

I-12391-08-12

At approximately 0105 hours Offender Hinojosa was transported to Spohn Bee County Hospital via ambulance. Officer Gamaliel Olvera CO V and Officer James Gutierrez CO V were utilized for the transport. The attending Physician at the emergency room was Doctor Batki.

At approximately 0130 hours Lieutenant Ruiz was contacted by Officer G. Olvera via phone stating Offender Hinojosa stopped breathing. Officer Olvera informed Lieutenant Ruiz life saving measures were performed by the hospital staff to save Offender Hinojosa's life. Offender Hinojosa did not respond to the life saving measures. At approximately 0150 hours Offender Hinojosa was pronounced deceased by the emergency room attending physician Doctor Batki. Prior to Offender Hinojosa being pronounced deceased it was noted that Offender Hinojosa had a high arrhythmia with a high heart that plummeted shortly thereafter. Registered Nurse S. Galvan stated the cause of death was possibly due to cardiac arrest.

Lieutenant Ruiz contacted the Office of the Inspector General on call Investigator Curtis Layman at approximately 0208 hours. Office of the Inspector General Tolleson, Chaden arrived at Christus Spohn Bee Hospital at approximately 0252 hours.

Justice of the Peace J.P. Lyvers was notified at approximately 0255 hours and arrived at the Spohn Bee County Hospital at approximately 0318 hours.

An interview with Officer Olvera, G CO V was conducted an he stated on August 29, 2012 while assigned as Delta 5-8 Rover, he was informed to report to the Garza West Medical U-building for a medical transport. Officer Olvera secured the transportation equipment and proceeded to U-building. Upon arriving in U-building Officer Olvera observed Offender Hinojosa on a gurney in the emergency room. Officer Olvera placed leg restraints on Offender Hinojosa while Sergeant Ruben Villegas placed hand restraints on Offender Hinojosa in preparation for transport. Officer Olvera was given the travel card of Offender Hinojosa as he was being placed in the ambulance. Officer J. Gutierrez secured a firearm and was instructed to ride in the front passenger seat of the ambulance during the transport. At approximately 0120 hours the ambulance transporting Offender Hinojosa arrived at Christus Spohn Bee County Hospital. Officer Olvera stated he continued to provide security on Offender Hinojosa while Officer J. Gutierrez initiated a time line of events. At approximately 0122 hours Officer Olvera stated hospital staff members began life saving measures on Offender Hinojosa. At approximately 0130 hours Doctor D. Batki requested the hand restraints be removed for the purpose to carry out life saving measures. Lieutenant Ruiz was contacted in response to the request and authorized the procedure. Soon after this time Offender Hinojosa went into cardiac arrest. Chest compressions were initiated by attending medical staff under the direction of Doctor Batki. At approximately 0150 hours Doctor Batki indicated all life saving measures should be halted due to Offender Hinojosa not responding and was declared deceased. Officer Olvera immediately notified Lieutenant Ruiz and informed him Offender Hinojosa was deceased. Officer Olvera removed the leg restraints and Offender Hinojosa was moved at approximately 0202 hours to medical room 8. Warden Ronald Givens arrived at approximately 0158 hours

E.H. Guterrez, Jr., Senior Warden

Garza East 4304 Hwy 202 Beeville, Texas 78102        Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                                    (361) 358-9890

I-12391-08-12

followed by Office of the Inspector General Investigator Tolleson, Chaden, Chaplain S. Longoria arrived at approximately 0230 hours and they were all debriefed. Office of the Inspector General Investigator Tolleson, Chaden requested Officer Olvera assistance in moving Offender Hinojosa so his hands, feet, and back could be photographed.

An interview with Officer Gutierrez, James CO IV was conducted and he stated at approximately 0001 hours the incident command system was initiated by Officer Adela Quintanilla CO IV. Officer Gutierrez stated he was instructed to Lieutenant Ruiz to report to the Garza West Medical Unit Building. Officer Gutierrez stated he and Officer G. Olvera were assigned as the transportation officer. Officer Gutierrez stated that he was instructed to place the travel belt on Offender Hinojosa but it was not big enough due to size of Offender Hinojosa. At 0045 hours Officer Gutierrez entered the ambulance and waited for medical personnel. Officer Gutierrez stated at approximately 0120 hours the ambulance arrived with Offender Hinojosa to Christus Spohn Bee County Hospital. Officer Gutierrez stated as soon as they arrived to the hospital medical staff started to perform life saving medical procedures under the direction of Doctor Batki. Officer Gutierrez stated Doctor Batki requested hand restraints be removed and Lieutenant Ruiz was contacted to authorize the removal of the hand restraints. Registered Nurse's Senika Galvan and Katherine Apresto began chest compressions switching between themselves every two minutes for approximately twenty minutes. Officer Gutierrez stated at 0150 hours Doctor Batki pronounced Offender Hinojosa deceased. Officer Gutierrez stayed with Offender Hinojosa until approximately 0505 hours when the Karnes Funeral Home came and retrieved the body.

An interview with Officer Adela Quintanilla CO V was conducted and she stated while conducting her security rounds at approximately 2359 hours she was approached by an unknown Offender who stated to her that an Offender in W8 section had fell off his bunk. Officer Quintanilla stated she initiated incident command system requested additional staff, supervisor, and video camera to respond to the area of the incident. Sergeant Ruben Villegas arrived and placed Offender Hinojosa on a gurney and escorted him to the Garza West Medical building.

An interview with Officer Tijerina, Humberto CO III was conducted and he stated at approximately 2359 hours Officer A. Quintanilla was conducting security rounds and was approached by the Offender janitor informing her an Offender was injured in W8 section. Officer Tijerina stated Officer Quintanilla went to further investigate and discovered Offender Hinojosa on the ground. Officer Tijerina stated Officer Quintanilla initiated the incident command system requesting additional staff, video camera, and supervisor to respond to the area of the incident. Officer Tijerina stated Sergeant Ruben Villegas responded and placed Offender Hinojosa on a gurney and escorted him to the Garza West Medical U-building.

An interview with Officer Ruiz, Jesus CO IV was conducted he stated at approximately midnight he had just finished relieving W1-8 officers when he walked out he heard over the hand held radio the incident command system requesting additional staff, video camera and supervisor to respond to W8 section

E.H. Guterrez, Jr., Senior Warden

Garza East 4304 Hwy 202 Beeville, Texas 78102      Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                                      (361) 358-9890

PMcCollM S Hinojosa 934

in regards to an offender falling off his bed. Officer Ruiz stated he responded to the area of the incident and assisted in placing Offender Hinojosa, Albert TDCJ #1802681 on a gurney. Officer Ruiz then escorted Offender Hinojosa to U-building.

An interview with Officer Zambrano, B CO IV was conducted and he stated he observed Sergeant Ruben Villegas and Sergeant Brian Evans assisting Offender Hinojosa onto a gurney. Officer Zambrano stated Offender Hinojosa was not able to verbally communicate.

An interview with Sergeant Brian Evans was conducted and he stated on August 29, 2012 at approximately 0005 hours he responded to an incident command system in regards to an Offender falling off his bunk. Sergeant Evans stated upon his arrival to W8 section he witnessed Offender Hinojosa, Albert TDCJ #1802681 laying on the floor on his back with his legs on his bunk. Sergeant Evans stated Sergeant Ruben Villegas was already on the scene standing over Offender Hinojosa attempting to talk to him. Sergeant Evans stated soon thereafter a gurney arrived and he assisted in placing Offender Hinojosa on the gurney.

An interview with Sergeant Ruben Villegas was conducted and he stated he responded to W8 section in regards to an Offender falling off his bunk. Sergeant Villegas stated upon his arrival he observed Offender Hinojosa, Albert TDCJ #1802681 on the floor next to bunk #6. Sergeant Villegas stated he attempted to talk to Offender Hinojosa but he did not respond to him. Sergeant Villegas placed Offender Hinojosa on his side and he got up and stood with the assistance of him and an unknown Offender. Sergeant Villegas then placed Offender Hinojosa on the gurney and escorted him to the Garza West Medical Department. Sergeant Villegas then stated Lieutenant Eismael Ruiz arrived and attempted to talk to Offender Hinojosa and he would just mumble some words. Sergeant Villegas then called local 911 to take Offender Hinojosa to hospital for further evaluation.

On August 29, 2012 and at approximately 0750 hours, Chaplain Samuel Longoria contacted Offender Hinojosa's next of kin, his brother Rene Hinojosa about Offender Hinojosa's passing.  Mr. Rene Hinojosa advised Chaplain Longoria he did not wish to claim Offender Hinojosa's body.

The following notifications were made within the time frames set by the Texas Department of Criminal Justice. Warden E.H. Guterrez was notified at 0206 hours, Warden Ronald Givens at 0035 hours. Region IV Director Eileen Kennedy was notified at 0210 hours, Major Daniel Fernandez at 0211 hours. Office of the Inspector General Investigator Layman was notified at 0208 hours. Justice of the Peace J.P. Livers was notified at 0255 hours. Carnes Funeral Home was notified by Warden Ronald Givens at 0301 hours. Barbara Minor of the Emergency Action Center was notified at 0329 hours and issued Incident Number I-12391-08-12.

E.H. Guterrez, Jr., Senior Warden
Garza East 4304 Hwy 202 Beeville, Texas 78102      Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                                    (361) 358-9890

I-12391-08-12

EMPLOYEE
ACTION / INACTION: Employee action/inaction was not a contributing factor to this incident.

ATTACHMENTS:      EAC E-Mail #434525
                            TNG-93
                            Staff Witness Statement
                            Offender Witness Statement
                            Photographs
                            Offender Travel Card

ADMINISTRATIVE REVIEW:

        I.        Warden's/Administrative Supervisor's Comments:

                After further review of the incident it was determined that all correctional and non-correctional staff acted in accordance with TDCJ policies and procedures. Office of Inspector General is conducting an ongoing investigation and awaiting the results of Offender Hinojosas' autopsy. The Raul R. Garza West Unit Administration and staff will continue to listen to the needs and monitor the actions of the offender population to provide a safe environment for offenders and staff.

E.H. Guterrez, Jr., Senior Warden
Garza East 4304 Hwy 202 Beeville, Texas 78102       Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                            (361) 358-9890

I-12391-08-12

_____      __September 10, 2012__
Garth Parker / Assistant Warden          Date

E.H. Guterrez, Jr., Senior Warden
Garza East 4304 Hwy 202 Beeville, Texas 78102     Garza West 4250 Hwy 202 Beeville, Texas 78102
(361) 358-9880                 (361) 358-9890

Administrative Review
Region IV Director's Office

> Received
>
> SEP 14 2012
>
> ✓EAC✓

**Incident Number:** I-12391-08-12
**Unit:** Garza West Unit (NH)

**Regional Director's Comments:**

Correctional staff acted in accordance to established policy and procedures in providing immediate medical attention for Offender Hinojosa, Albert #1802681.

On August 29, 2012 and at 0001 hours; Officer Quintanilla, Adela CO IV initiated incident command system. Officer stated that "Offender Hinojosa, Albert #10802681 was having a seizure." At 0105 hours offender was transported to Spohn Bee County Hospital via Angel Care ambulance. Approximately 0130 Offender Hinojosa stop breathing and life saving measures were performed by the hospital staff. At 0150 hours Offender Hinojosa was pronounced deceased by the emergency room attending physician Doctor Batki.

Offender Hinojosa was noted with a high arrhythmia and heart rate that plummeted. Registered Nurse S. Galvan stated that the cause of death was possibly due to cardiac arrest.

Office of the Inspector General Investigator Tolleson, Chaden conducted the initial Custodial Death Report. At this time, a case number has not been issued pending final disposition of Autopsy.

There was no staff misconduct noted in this incident.

_Eileen Kennedy_            _9/13/12_
Eileen Kennedy              Date
Region IV Director

## *SUPERVISORS CHECKLIST*
## *ADMINISTRATIVE REVIEWS*

INCIDENT NUMBER ___I-12391-08-12_____Date/Time: August 29, 2012 @ 0150 hours_____

TYPE OF INCIDENT __Offender Death_____

*The following attachments are required by policy (AD-2.15) to be included in an Administrative Review and should be original documents <u>except where noted.</u>*

___X_____     **Incident Review**

___X_____     *Copy* of initial E.A.C. telex and updates (daily lockdown updates excluded)

___X_____     TNG-93 Incident Report complete, signed by (signed by preparer and reviewer).

___X_____     Staff witness statements complete with signatures/SSN (when applicable)
                       These can be UOF statements (when applicable)

___X_____     Offender witness statements complete with signature/TDCJ# (when applicable)
                       These can be UOF statements (when applicable)

___X_____     Photographs (if taking photos of offenders must provide at least one full front and one full back
                       and at least one of the incident.)
                       (***With copy of*** applicable completed RM-04 or RM-03 completed and signed)

___X_____     *Copy* of Offender Travel Card (when applicable)

___N/A____     *Copy* of Chain of Custody Card (when applicable)

___N/A____     *Copy* of SPP-02 (Revision 2) Offender Protection Investigation Report (when applicable)

___X_____     *Copy* of Custodial Death Report (if applicable)

___X___     *Copy* of Offender Transport Order Form (if applicable)

___X_____     *Copy* of Offender Autopsy Order (if applicable)

___N/A____     *Copy* I-210 disciplinary case completed and attached (when applicable)

___N/A____     Was incident video taped?     Yes. _____     No.____x____
                       If yes, name of video camera operator _____

___N/A____     RO-92 State Vehicle Accident Report (when applicable)

Lt. E. Ruiz     *[signature]*                                          August 29, 2012_____
Shift Supervisor (Printed Name Rank and Signature)     Date
*EAC-04 Form (revised March 26, 2007)*                    *Note: Unit Level Requirements are also listed.*
*8/06*

# Texas Department of Criminal Justice
## OFFENDER DEATH PACKET

Offender's Name:   Hinojosa, Albert                TDCJ #:   1802681

Unit of Assignment:  Garza West  (NH)          Date of Death:   August 29, 2012

Person Compiling Death Packet:   Lt. Eismael Ruiz, Jr.


The following items must be included in the Offender Death Packet.  Use this sheet as a checklist for compiling the packet.

- X  1)  Summary of Offender Death (Administrative Review)
- X  2)  Incident Report
- X  3)  EAC Report
- X  4)  Photocopy of travel card / TDCJ ID Card
- X  5)  Chaplain's Offender Death Notification E-mail
- X  6)  Transport Order Form / Inmate Transfer Roster (I-56)
- X  7)  TDCJ Autopsy Order (if appropriate*)
- NA  8)  TDCJ Organ Donor Form (if appropriate)
- X  9)  Appointment of Agent to Control Disposition of Remains (if appropriate)
- X  10) Custodial Death Report (OIG)
- X  11) Personal Property Receipt
- X  12) Letter to the Family
- X  13) Personal Property Letter
- X  14) Staff Participants/Witnesses
- X  15) Offender Participants/Witnesses/Refusal
- NA  16) Objection to Cremation of Remains Form
- X  17) Offender Photos

*only used if natural attended death

I-12391-08-12

```
***************************************************************************
*** REQUESTOR: ERU9284 - RUIZ, EISMAEL JR.     GARZA WEST UNIT          ***
***************************************************************************
***             S Y S M   O U T B A S K E T   P R I N T                 ***

MESSAGE ID: 156023     DATE: 08/29/12  TIME: 06:02am  PRIORITY: 000

SUBJECT:    OFFENDER HINOJOSA #1802681


EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:..............

EMERGENCY ACTION CENTER INCIDENT NO:  I - 12391 - 08 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -        -    -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: NH   REGION IV  DATE OCCURRED: 08 / 29 / 2012  TIME OCCURRED: 0150
SPECIFIC LOCATION: SPOHN BEE COUNTY HOSPITAL
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. R. VILLEGAS
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  X A     B       C       D       E     N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:   YES  X NO



                            OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)     TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
  HINOJOSA, ALBERT                1802681     NR    H    M    44   N




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS    VAN   LIFE FLIGHT
NAME OF HOSPITAL: SPOHN BEE COUNTY HOSPITAL
TREATMENT: LIFE SAVING MEASURES

                            EMPLOYEE INFORMATION
NAME (LAST, FIRST M)              SSN     RACE   SEX     AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES X NO    DECLINED
```

I-12391-08-12

IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 29 / 2012  TIME: 01 : 50 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. BATKI
COUNTY WHERE DEATH OCCURRED: BEE
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST
NEXT OF KIN NOTIFIED X YES   NO  DATE: 08 / 29 / 2012  TIME: 04 : 06
NAME OF NOK: TERRY GUZMAN
CARNES FUNERAL HOME NOTIFIED X YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

                    DESCRIPTION OF WEAPON(S) CONTRABAND
   N/A


                      CHEMICAL AGENT INFORMATION
   AMOUNT                  LIST TYPE                    AUTHORIZATION
   N/A


WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO  INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO X

                  IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CADAVER CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:  N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
  ON WEDNESDAY, AUGUST 29, 2012 AND AT APPROXIMATELY 0001 HOURS, OFFICER A.
  QUINTANILLA CO IV INITIATED THE INITIATED THE INCIDENT COMMAND SYSTEM AND
  REQUESTED A SUPERVISOR FOR AN UNRESPONSIVE OFFENDER, "A" RESPONDERS, FIRST

I-12391-08-12

AID KIT, VIDEO CAMERA TO W-8 DORM. OFFENDER HINOJOSA ALBERT   1802681
H/M/44/NR WAS IDENTIFIED AS HAVING A POSSIBLE SEIZURE. SGT. R. VILLEGAS
RESPONDED TO THE DORM.

LT. E. RUIZ, JR. (GARZA WEST 2/B) CALLED OVER THE TELEPHONE TO CALL 911 AT
APPROXIMATELY AT 0024 HOURS. ANGEL CARE AMBULANCE SERVICE ARRIVED AT THE
GARZA WEST UNIT AT APPROXIMATELY 0035 HOURS. OFFENDER HINOJOSA WAS PLACED
IN THE AMBULANCE AND THE EMERGENCY TECHNICIANS BEGAN TO ACCESS OFFENDER
HINOJOSA.

DUTY WARDEN RONALD GIVENS WAS NOTIFIED AT APPROXIMATELY 0035 HOURS BY
TELEPHONE BY LT. E. RUIZ, JR. OF THE CRITICAL CONDITION OF OFFENDER HINOJOSA
ALBERT   1802681.

AT 0105 HOURS OFFENDER HINOJOSA WAS TRANSPORTED TO SPOHN BEE COUNTY HOSPITAL,
HOSPITAL VIA AMBULANCE. OFFICER G. OLVERA CO V AND OFFICER J. GUTIERREZ CO V
WERE THE ARMED CORRECTIONAL OFFICERS WHO WERE UTILIZED FOR THE TRANSPORT. THE
ATTENDING PHYSICIAN AT CHRISTUS SPOHN HOSPITAL EMERGENCY ROOM WAS DR. BATKI.

LT. E. RUIZ, JR. WAS CONTACTED BY OFFICER G. OLVERA CO V AT APPROXIMATELY
0130 HOURS THAT OFFENDER HINOJOSA STOPPED BREATHING. OFFICER OLVERA REPORTED
THAT LIFE SAVING MEASURES WERE BEING PERFORMED BY THE EMERGENCY ROOM MEDICAL
STAFF. OFFENDER HINOJOSA ALBERT DID NOT RESPOND TO THE LIFE SAVING MEASURES.
AT APPROXIMATELY 0150 HOURS A MEDICALLY ATTENDED DEATH WAS PRONOUNCED BY THE
EMERGENCY ROOM ATTENDING PHYSICIAN DR. BATKI. PRIOR TO THE PASSING OF
OFFENDER HINJOSA ALBERT   1802681 IT WAS NOTED THAT OFFENDER HINOJOSA HAD A
HIGH ARRHYTHMIA WITH A HIGH HEART RATE AND THEN IT ALL DROPPED. REGISTERED
NURSE S. GALVAN FROM SPOHN BEE COUNTY HOSPITAL STATED THE DEATH OF OFFENDER
HINOJOSA ALBERT   1802681  WAS A RESULT OF A POSSIBLE CARDIAC ARREST.

LT. E. RUIZ, JR. CONTACTED OFFICE OF THE INSPECTOR GENERAL ON CALL OFFICER
LAYMAN AT APPROXIMATELY 0208 HOURS. OIG OFFICER TOLLISON ARRIVED AT SPOHN
BEE COUNTY HOSPITAL AT 0252 HOURS.

JUSTICE OF THE PEACE J. P. LYVERS WAS NOTIFIED AT APPROXIMATELY 0255 HOURS
AND ARRIVED AT SPOHN BEE COUNTY HOSPITAL AT APPROXIMATELY 0318 HOURS.

REGION IV CHAPLIN SAMUEL LONGORIA WAS NOTIFIED BY TELEPHONE AT 0155 HOURS BY
LT. E. RUIZ, JR. CHAPLIN LONGORIA ARRIVED AT SPOHN BEE COUNTY HOSPITAL AT
APPROXIMATELY 0230 HOURS. THE CORPUS CHRISTI POLICE DEPARTMENT DID MAKE
CONTACT WITH THE NEXT OF KIN AT 0406 HOURS. THEY WERE ASKED TO CANTACT
CHAPLIN S. LONGORIA.
THE FOLLOWING NOTIFICATIONS WERE MADE: WARDEN E. H. GUTERREZ WAS NOTIFIED
AT APPROXIMATELY 0206 HOURS. WARDEN RONALD GIVENS WAS NOTIFIED AT
APPROXIMATELY 0035 HOURS. REGION IV DIRECTOR EILEEN KENNEDY WAS NOTIFIED AT
APPROXIMATELY 0210 HOURS. MAJOR DANNY FERNANDEZ WAS NOTIFIED AT APPROXIMATELY
0211 HOURS. OFFICE OF THE INSPECTOR GENERAL OFFICER LAYMAN WAS NOTIFIED AT
APPROXIMATELY 0208 HOURS. JUSTICE OF THE PEACE J. P. LIVERS WAS NOTIFIED AT
APPROXIMATELY 0255 HOURS. KARNES FUNERAL HOME WAS NOTIFIED BY WARDEN R.
GIVENS AT APPROXIMATELY 0301 HOURS AND ARRIVED AT 0505 HOURS AND REMOVED THE
REMAINS OF OFFENDER HINOJOSA AT APPROXIMATELY 0525 HOURS. MS. BARBRA MINOR
OF THE EMERGENCY ACTION CENTER WAS CONTACTED AT APPROXIMATELY 0329 HOURS AND
ISSUED NUMBER, I-12391-08-12 TO THE REPORT.

I-12391-08-12

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. E. RUIZ, JR.                    DATE: 08 / 29 / 2012
AUTHORIZED BY: WARDEN II E. H. GUTERREZ JR.

Sent to:     GARZAEAC              (list)                    (to)

I-12391-08-12

```
***************************************************************************
*** REQUESTOR: ERU9284 - RUIZ, EISMAEL JR.    GARZA WEST UNIT        ***
***************************************************************************
***              S Y S M   O U T B A S K E T   P R I N T            ***

MESSAGE ID: 157058      DATE: 08/29/12  TIME: 08:35am  PRIORITY: 000

SUBJECT:   ADDENDUM OFFENDER DEATH


TO:    ALL CONCERNED
FROM:  LT. E. RUIZ, JR.
SUBJECT: ADDITIONAL INFORMATION

THE FOLLOWING IS ADDITIONAL INFORMATION THAT WAS NOT ADDED TO THE
INITIAL E-MAIL DUE TO NOT HAVE SUFFICIENT TYPING SPACE FOR INCIDENT
I-12391-08-12
DURING THE TIME THAT THE ICS WAS CALLED FOR OFFENDER HINOJOSA #
1802681 THE DORM TEMPERATURE WAS 85 DEGREES. THE OUT SIDE AIR
TEMPERATURE WAS 79 DEGREES AND THE HUMIDITY WAS 74 PERCENT AND THE HEAT
INDEX WAS 86 DEGREES. THE CAUSE OF DEATH WAS NOT THE RESULT OF THE
HEAT.

DURING THE NOTIFICATION OF THE NEXT OF KIN THERE WAS NO CORRECT PHONE
NUMBER AND THE SECOND PHONE NUMBER WAS DISCONNECTED. CHAPLAIN S.
LONGORIA DID HAVE TO MAKE CONTACT WITH THE CORPUS CHRISTI POLICE
DEPARTMENT TO ASSIST HIM IN THE NOTIFICATION PROCESS. A SGT. FROM THE
POLICE DEPARTMENT CONTACTED THE NEXT OF KIN. THE FAMILY WAS ADVISED
TO CONTACT CHAPLAIN LONGORIA FOR MORE INFORMATION.

LT. E. RUIZ, JR.
GARZA WEST 2/8

Sent to:   HQEAC01           CENTER, EMERGENCY ACTION      (to)
           DFE3023           FERNANDEZ, DANIEL             (to)
           CRO8409           ROLLINGS, CONNIE              (to)
```

I-12391-08-12

```
****************************************************************************
*** REQUESTOR: JHA4470 - HALES, JAMES        GARZA WEST UNIT            ***
****************************************************************************
***              S Y S M   O U T B A S K E T   P R I N T               ***

MESSAGE ID: 159616      DATE: 08/29/12  TIME: 11:49am  PRIORITY: 000

SUBJECT:    I-12391-08-12 UPDATE


BE ADVISED THAT ON 08-29-12 AT APPROXIMATELY 0750 HOURS THE NEXT OF KIN
OF OFFENDER HINOJOSA, ALBERT #1802681 HIS BROTHER MR. RENE HINOJOSA
WAS CONTACTED BY CHAPLAIN SAMUEL LONGORIA. MR. HINOJOSA WAS NOTIFIED OF
THE DEATH OF HIS BROTHER IN CUSTODY AND MR. HINOJOSA STATED THE FAMILY
DID NOT WISH TO CLAIM THE BODY OF OFFENDER HINOJOSA.

FROM:CAPTAIN JAMES HALES
AUTH:WARDEN E.H. GUTERREZ

Sent to:   GARZAEAC            (list)                    (to)
```

I-12391-08-12

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER
## SERIOUS INCIDENT REPORT FORM

EAC #:  _____I-12391-08-12_____

Cross Ref #:  _____

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | NH | 08/29/2012 / 0329 | Lt. E. Ruiz, Jr. |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTFICATION |
|---|---|---|---|
| 08/29/2012 / 0001 Hours | Spohn Bee County Hospital | No | No |

WAS THE INCIDENT RACIALLY MOTIVATED?     ( )    Yes     ( x )   NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?   ( )   YES    ( x )   NO    NAME OF HOSPITAL: _____

## OFFENDER INFORMATION

| NAME | TDCJ# | RACE SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Hinojosa, Albert | 1082681 | H/M | 44 | NR | N/A | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?   ( X )   YES    ( )   NO    NAME OF HOSPITAL:  _Spohn Bee County_

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Hinojosa, Albert | 1082681 | H/M | 44 | NR | N/A | N/A |
| | | | | | | |

DATE/TIME VICTIM PRONOUNCED DECEASED:  _August 29, 2012 @ 0150 hours_

NAME OF PERSON PRONOUNCING VICTIM DECEASED:  _Dr. Batki_

PRELIMINARY CAUSE OF DEATH:  _Cardiac Arrest_

MOTIVE FOR ASSAULT/DEATH:  _____ N/A

NEXT OF KIN NOTIFIED:    ( X )  Yes    ( )   NO          DATE/TIME/BY WHOM:  8/29/2012 / 0406 hrs / Corpus Christi Police Department Chaplin Longoria notified family later that morning.

TNG - 93 (rev  06/2004) 1 of 2

I-12391-08-12

| | | | | | |
|---|---|---|---|---|---|
| HUNTSVILLE FUNERAL HOME NOTIFIED: | ( X )  Yes | ( )  NO | DATE/TIME/BY WHOM: | 8/29/2012 / 0301 Warden Ronald Givins |
| JUSTICE OF PEACE NOTIFIED | ( X )  Yes | ( )  NO | DATE/TIME/BY WHOM: | 8/29/2012 / 0255 hrs / RN S. Galvan Spohn Bee County Hospital. |

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL?    ( )  YES        ( X )  NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?    ( )  YES        ( )  NO        ( X )  N/A

## WEAPON INFORMATION

WEAPON (DESCRIBE IN DETAIL):    None

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED?    ( X ) YES        ( ) NO

## SUMMARY OF INCIDENT

On Wednesday, August 29, 2012 and at approximately 0001 hours, Officer A. Quintanilla Co IV initiated the initiated the Incident Command System and requested a supervisor for an unresponsive Offender, "A" responders, first aid kit, video camera to W-8 dorm. Offender Hinojosa Albert # 1082681 H/M/44/NR was identified as having a possible seizure. Sgt. R. Villegas responded to the dorm.

Lt. E. Ruiz, Jr. (Garza West 2/B) called over the telephone to call 911 at approximately at 0024 hours. Angel Care Ambulance Service arrived at the Garza West Unit at approximately 0035 hours. Offender Hinojosa was placed in the ambulance and the emergency technicians began to access Offender Hinojosa.

Duty Warden Ronald Givens was notified at approximately 0035 hours by telephone by Lt. E. Ruiz, Jr. of the critical condition of Offender Hinojosa Albert #1802681.  At 0105 hours Offender Hinojosa was transported to Spohn Bee County Hospital via ambulance. Officer G. Olvera CO V and Officer J. Gutierrez CO V were the Armed Correctional officers who were utilized for the transport. The attending Physician at Christus Spohn Hospital Emergency Room was Dr. Batki.

Lt. E. Ruiz, Jr. was contacted by Officer G. Olvera CO V at approximately 0130 hours and stated that Offender Hinojosa stopped breathing. Officer Olvera reported that life saving measures were being performed by the emergency room medical staff. Offender Hinojosa Albert did not respond to the life saving measures. At approximately 0150 hours a medically attended death was pronounced by the emergency room attending Physician Dr. Batki. Prior to the passing of Offender Hinjosa Albert # 1802681 it was noted that Offender Hinojosa had a high arrhythmia with a high heart rate and then it all dropped. Registered Nurse S. Galvan from Spohn Bee County Hospital stated the death of Offender Hinojosa Albert # 1802681  was a result of a possible Cardiac Arrest.

Lt. E. Ruiz, Jr. contacted Office of the Inspector General on call Officer Layman at approximately 0208 hours. OIG Officer Tollison arrived at Spohn Bee County Hospital at 0252 hours. Justice of the Peace J. P. Lyvers was notified at approximately 0255 hours. and arrived at Spohn Bee County Hospital at approximately 0318 hours

Region IV Chaplin Samuel Longoria was notified by telephone at 0155 hours by Lt. E. Ruiz, Jr. Chaplin Longoria arrived at Spohn Bee County Hospital at approximately 0230 hours. The next of kin for Offender Hinojosa was pending and Chaplin Longoria was attempting to call by telephone. The next of kin Terry Guzman did not have a working telephone number. Chaplin Longoria did contact the Corpus Christi Police Department for assistance in contacting the next of kin for Offender Hinojosa. Contact was made at approximately 0406 hours. the family was informed to contact Chaplin Longoria for more information.

I-12391-08-12

Continuation:

The following notifications were made: Warden E. H. Guterrez was notified at approximately 0206 hours. Warden Ronald Givens was notified at approximately 0035 hours. Region IV Director Eileen Kennedy was notified at approximately 0210 hours. Major Danny Fernandez was notified at approximately 0211 hours.. Office of the Inspector General Officer Layman was notified at approximately 0208 hours. Justice of the Peace J. P. Livers was notified at approximately 0255 hours. Karnes Funeral Home was notified by Warden

R. Givens at approximately 0301 hours. Ms. Barbra Minor of the Emergency Action Center was contacted at approximately 0329 hours and issued number, I-12391-08-12 to the report. Ms. Barbra Minor also stated that an Administrative Review would not be required for this incident but that one may be requested at a later date.

At approximately 0505 hours Officer J. Gutierrez contact Lt. E. Ruiz, Jr. and stated that Carnes Funeral Home had arrived at Spohn Bee County Hospital to retrieve the remains of Offender Hinojosa. Lt. E. Ruiz, Jr. contacted Off Site Medical Transport was notified. Officer J. Jordan was informed that Carnes Funeral Home would be in possession of Offender Hinojosa.

| | | | |
|---|---|---|---|
| Prepared by: | Lieutenant Eismael Ruiz, Jr. | Date: | 08-29-2012 |
| Authorized by: | Captain James Hales | Date: | 9-5-12 |

TNG - 93 (rev. 06/2004) 3 of 2

I-12391-08-12

## Texas Department of Criminal Justice
### CORRECTIONAL INSTITUTIONS DIVISION

## Inter-Office Communications

To:   **Captain C. Gonzalez**                          Date:      29 August 2012

From:  Lt. E. Ruiz, Jr.                             Subject:   Offender Hinojosa Albert #1082681

On Wednesday, August 29, 2012 and at approximately 0001 hours, Officer A. Quintanilla Co IV initiated the initiated the Incident Command System and requested a supervisor for an unresponsive Offender. "A" responders, first aid kit, video camera to W-8 dorm. Offender Hinojosa Albert # 1082681 H/M/44/NR was identified as having a possible seizure. Sgt. R. Villegas responded to the dorm.

Lt. E. Ruiz, Jr. (Garza West 2/B) called over the telephone to call 911 at approximately at 0024 hours. Angel Care Ambulance Service arrived at the Garza West Unit at approximately 0035 hours. Offender Hinojosa was placed in the ambulance and the emergency technicians began to access Offender Hinojosa.

Duty Warden Ronald Givens was notified at approximately 0035 hours by telephone by Lt. E. Ruiz, Jr. of the critical condition of Offender Hinojosa Albert #1802681.

At 0105 hours Offender Hinojosa was transported to Spohn Bee County Hospital via ambulance. Officer G. Olvera CO V and Officer J. Gutierrez CO V were the Armed Correctional officers who were utilized for the transport. The attending Physician at Christus Spohn Hospital Emergency Room was Dr. Batki.

Lt. E. Ruiz, Jr. was contacted by Officer G. Olvera CO V at approximately 0130 hours that Offender Hinojosa stopped breathing. Officer Olvera reported that life saving measures were being performed by the emergency room medical staff. Offender Hinojosa Albert did not respond to the life saving measures. At approximately 0150 hours a medically attended death was pronounced by the emergency room attending Physician Dr. Batki. Prior to the passing of Offender Hinjosa Albert # 1802681 it was noted that Offender Hinojosa had a high arrhythmia with a high heart rate and then it all dropped. Registered Nurse S. Galvan from Spohn Bee County Hospital stated the death of Offender Hinojosa Albert # 1802681 was a result of a possible Cardiac Arrest.

Lt. E. Ruiz, Jr. contacted Office of the Inspector General on call Officer Layman at approximately 0208 hours. OIG Officer Tollison arrived at Spohn Bee County Hospital at 0252 hours.

Justice of the Peace J. P. Lyvers was notified at approximately 0255 hours. and arrived at Spohn Bee County Hospital at approximately 0318 hours

Region IV Chaplin Samuel Longoria was notified by telephone at 0155 hours by Lt. E. Ruiz, Jr. Chaplin Longoria arrived at Spohn Bee County Hospital at approximately 0230 hours. The next of kin for Offender Hinojosa was pending and Chaplin Longoria was attempting to call by telephone. The next of kin Terry Guzman did not have a working telephone number.

The following notifications were made: Warden E. H. Guterrez was notified at approximately 0206 hours. Warden Ronald Givens was notified at approximately 0035 hours. Region IV Director Eileen Kennedy was notified at approximately 0210 hours. Major Danny Fernandez was notified at approximately 0211 hours. Office of the Inspector General Officer Layman was notified at approximately 0208 hours. Justice of the Peace J. P. Livers was notified at approximately 0255 hours. Karnes Funeral Home was notified by Warden R. Givens at approximately 0301 hours. Ms. Barbra Minor of the Emergency Action Center was contacted at approximately 0329 hours and issued number, I-12391-08-12 to the report. Ms. Barbra Minor also stated that an Administrative Review would not be required for this incident but that one may be requested at a later date.

At approximately 0505 hours Officer J. Gutierrez contact Lt. E. Ruiz, Jr. and stated that Carnes Funeral Home had arrived at Spohn Bee County Hospital to retrieve the remains of Offender Hinojosa. Lt. E. Ruiz, Jr. contacted Off Site Medical Transport was notified. Officer J. Jordan was informed that Carnes Funeral Home would be in possession of Offender Hinojosa.

I-12391-08-12

**Texas Department of Criminal Justice**
**CORRECTIONAL INSTITUTIONS DIVISION**

## Inter-Office Communications

To: _____ *All Concerned* _____     Date: _____ *08/29/2012* _____

From: _____ *Lieutenant Eismael Ruiz, Jr.* _____     Subject: _____ *Offender Hinojosa #1802681* _____

*I Lt. E. Ruiz, Jr. reported to the call in U-building. An Incident Command System was called over the two way radio in W 8 A section. Sgt. R. Villegas stated that I needed to meet with him in U-building 2-hall. Upon my arrival I noticed that Sgt. R. Villegas and Officer J. Ruiz were in the hall way with Offender Hinojosa, Albert # 1802681. Offender Hinojosa was unresponsive and looking around and was unable to focus and answer my questions. I ordered for Sgt. Villegas to call Central Control and have the officer call 911. Angel Care Ambulance reported to the Garza West Unit Emergency Entrance at about 0035 hours. Offender Hinojosa was placed in the ambulance and the emergency technicians began to access Offender Hinojosa. It was noted that Offender Hinojosa did have a heart rate of 178 beats per minute. The EMT's did work on Offender Hinojosa for about 30 minutes while in the ER entrance. The ambulance departed the Garza West East Gate at approximately 0105 hours. Officer J. Gutierrez CO V and G. Olvera CO V were the escorting officers who accompanied Offender Hinojosa to Spohn Bee County.*

*I was informed at about 0130 hours that the hand restraints needed to be removed. Officer Olvera did contact me and informed me at about 0145 hours that life saving techniques were being administered. At about 0150 hours I was informed that by Officer Olvera that Offender Hinojosa had passed away. Dr. Batik was the attending physician.*

*I then began to document and make the proper notification and complete an accurate time line of what had transpired.*

*Lt. E. Ruiz, Jr.*
*Garza West 2/B*

I-12391-08-12

## The Texas Department of Criminal Justice
### Correctional Institutions Division

## Inter-Office Communications

To:  Lt. E. Ruiz                          Date:  August 29, 2012

From: Officer COV G. Olvera               Subject: Offender Hinojosa, Albert
                                                   TDCJ# 1802681

At approximately 0025 hours On August 29, 2012, while assigned to Delta 5-8 (1st Rover), I Officer Olvera was called to report to U-Building Emergency Room (ER) hallway for medical transport of Offender Hinojosa to Spohn Bee County Hospital (SBCH). I Officer Olvera secured transport equipment and proceeded to U Building ER hallway where I applied leg restraints to Offender Hinojosa while Sgt. A. Villegas applied the hand restraints. I Officer Olvera was provided with travel card information and photocopy of Offender Hinojosa as he was being loaded onto the transport vehicle where life saving procedures were initiated by ambulance staff. Officer J. Gutierrez secured a firearm and was also assigned to the transport detail riding in the front passenger seat while I Officer Olvera guarded Offender Hinojosa during transport.

At approximately 0120 hours the ambulance transporting Offender Hinojosa arrived at SBCH. I Officer Olvera continued to guard Offender Hinojosa while Officer J. Gutierrez initiated a time line of events after he was moved from the ambulance to the emergency room. At approximately 0122 medical staff listed on the TDCJ Visitor Log began life saving medical procedures on Offender Hinojosa. At approximately 0130 hours Doctor D. Batki requested that the hand restraints be removed for the purpose of carry out life saving measures. Lt. Ruiz was contacted in response to this request and authorized the procedure. Soon after this time Offender Hinojosa went into cardiac arrest and a "code blue" was issued. Nurses attending Offender Hinojosa under the direction Doctor Batki initiated chest compressions and were noted to switch out various times. At approximately 0150 Doctor Batki indicated all life saving measures should be halted due to Offender Hinojosa not responding and was declared deceased. Lt. Ruiz was immediately contacted and informed that Offender Hinojosa was deceased.

I Officer Olvera removed the leg restraints off of Offender Hinojosa and he was moved at approximately 0202, to room 8 by medical staff. It should be noted Warden R. Givens arrived at SBCH at approximately 0158, followed by OIG Tollison. Chaplain S. Longoria arrived at approximately 0230 hours and were all provided with all available data of Offender Hinojosa. OIG Tollison requested assistance from myself, Officer Olvera, and Officer Gutierrez, in moving Offender Hinojosa as his hands, arms, feet, and back were photographed.

I Officer Olvera departed SBCH and returned to my normal duties at Garza West Unit. This is for your information and disposition.

I-12391-08-12

## The Texas Department of Criminal Justice
### Correctional Institutions Division

## Inter-Office Communications

To:   Lt. E. Ruiz_____      Date:  August 29, 2012_____

From:  Officer CO IV J. Gutierrez      Subject:  Offender Hinojosa, Albert
                                                TDCJ# 1802681

On the date listed above and at approximately 0001, Incident Command System (ICS) was
initiated by Officer Quintanilla, A. CO IV.  I was assigned to E1-4 Rover.  I was ordered by
Lt. Ruiz to report to the Emergency Room Hall Way.  Officer Olvera, G. CO V and I was
enroute to the ER Hallway in U Building at approximately 0010 and in the ER hallway at
approximately 0020.  Officer Olvera was instructed to apply the restraints and I was
instructed to apply the belt by Lt. Ruiz.  The belt was too little due to the size of the offender.
At 0045 hours I entered the ambulance and waited for EMS personnel Mr. Sullivan, G. and
Mr. Pena, J. to set up an IV or the offender.  The offender was identified as Offender
Hinojosa, Albert TDCJ#1602681.  We arrived at Christus Spohn Hospital by ambulance at
approximately 0120 hours.  The Emergency Room (ER) Doctor and nurses were waiting
when we arrived and initiated Life Saving Response methods on said offender.  The ER
Doctor was Dr. D. Batki.  Due to Emergency Room procedures Dr. Batki requested the
restraints to be removed.  Lt. Ruiz gave authorization to remove the restraints and Officer
Olvera removed the restraints.  Chest compressions were started by nurse Victoria Lopez
Registered Nurse (RN).  Nurse Senika Galvan RN and Katherine Apresto RN who switched
every 2 minutes to complete the Life Saving Methods for approximately 20 minutes.  Dr.
Batki pronounced the time of death at approximately 0150 hours.  The offender was then
moved to Room 8 by medical staff.  Warden Givens arrived at Spohn Hospital at
approximately 0158, OIG Tollison arrived at approximately 0230, Chaplain S. Longoria
arrived at approximately 0230 hours and given all the information on said offender.  Officer
Olvera and myself assisted OIG Tollison while taking photos of offender Hinojosa by rolling
him forward and backward.

I Officer J. Gutierrez stayed with the offender till approximately the 0505 hours when the
Karnes Funeral Home came and retrieved the body.

I then returned back to the unit and resumed my normal duties.

I-12391-08-12

### Texas Department of Criminal Justice
### Correctional Institutions Division

## Inter-Office Communications

**To:**    Lieutenant Eismael Ruiz                **Date:**    August 29, 2012

**From:**   Officer Quintanilla, A. COV      **Subject:**   Offender Hinojosa, Albert
                                                             #1802681

At 11:59 while I, Officer Quintanilla was in W 1-8 D-Space doing security rounds, was approached by an unknown offender who stated that an inmate out of 8A dorm Bunk #6 had fell off his bunk.  I initiated I.C.S Sgt. Villegas responded and he took command of the situation and arrived with the gurney and response team and they place him on the gurney and I continued with my normal duties.

A. Quintanilla

SO-4

I-12391-08-12

## Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
## Inter-Office Communications

To _Lt Ruiz_          Date _8/29/12_

From _____ COV_    Subject #180 2681 _Hinojosa, Albert_

At 11:59 while I, Officer Quintanilla was in J1-8 D space doing security rounds, was approached by an unknown offender who stated that an inmate out of 8A dorm Bunk #6 had fell off his bunk. I initiated I.C.S. Sgt Viellegas responded and he took command of the situation and arrived with the response team and they placed him on the gurney. F. Quintanilla & I continued with my normal duties.

Sincerely,
F. Quintanilla

SO-4

I-12391-08-12

## Texas Department of Criminal Justice
## Correctional Institutions Division

# Inter-Office Communications

**To:**  Lieutenant Eismael Ruiz

**Date:**  August 29, 2012

**From:**  Officer Tijerina, Humberto COII

**Subject:**  Offender Hinojosa, Albert #1802681

   At 11:59 am Mrs. Quintanilla was making her security rounds.  She enter the d-space and while in the d-space she was approach by one of the janitors and inform her that another offender was hurt.  Mrs. Quintanilla went to check on the offender in 8A dorm bunk number 6.  It was at that she initiated ICS.  Sgt Villegas responsed and the took control of the situation.  He also arrived with grinie and I then returned to my regular duties.

SO-4

I-12391-08-12

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

## Inter-Office Communications

To _____   Date 8/29/12
                             #182681

From H. Tijerina CO II   Subject Hinojosa, Albert

At 11:59am Mrs. Quintanilla was making her security rounds
She enter the d-space and while in the d-space she was
approach by one of the janitors and inform her that another
offender was hurt. Mrs. Quintanilla went to check on the offender
in 8 A dorm bunk number 6. It was at that she initiated ICS.
Sgt. Villagas responsed and the took control of the situation. He also
arrived with grivie and I the returned to my regular duties.

                             Sincerely,

                             H. Tijerina

SO-4

I-12391-08-12

### Texas Department of Criminal Justice
### Correctional Institutions Division

# Inter-Office Communications

To: __Lieutenant Eismael Ruiz__          Date: __August 29, 2012__

From: __Officer Ruiz, Jesus CO IV__          Subject: __Offender Hinojosa, Albert #1802681__

   On August 29, 2012 at approximately midnight, I, Officer Ruiz, J. CO IV had just finished relieving in W1-8 dormitory and I, Officer Ruiz, was walking out of W Building, when I heard ICS called out from W1-8 dormitory, requesting supervisor, additional staff, and a gurney for an offender that had just fell off his bunk and needed medical assistance. I, Officer Ruiz, J. went to U Building to get a gurney and went back to W1-8 Dormitory W8 A Section, and supervisor and additional staff had just arrived to the scene, and I officer Ruiz, J. assisted staff to place offender Hinojosa, A. 1802681 on top of gurney. Said offender was escorted to U Building and 911 service was called out for medical assistance, then I went to East gate to let the ambulance into the unit.

_[signature]_   08-29-12

SO-4

I-12391-08-12

**Texas Department of Criminal Justice**
**CORRECTIONAL INSTITUTIONS DIVISION**

**Inter-Office Communications**

To: _____    Date: 08-29-12

From: CO IV Ruiz Jesus    Subject: _____

On 08-29-12 approximately midnight, 1 officer
Ruiz J. CO IV had just finished releiving in
W1-8 dormitory, and 1 officer Ruiz was
walking out of W building, when I heard
ICS called out from W1-8 dormitory, requesti
supervisor, additional staff and a gurney for
an offender that had just fell off his bunk
and needed medical assistance.
1 officer Ruiz J. went to W building to get
a gurney and went back to W1-8 dormitory
W8 A section, and supervisor and additional staff
had just arrived to the scene, and 1 officer
Ruiz J. assisted staff to place offender
Hinojosa A. 1802681 on top of gurney.
Said offender was escorted to W building
and 911 service was called out for medical
assistance, then 1 went to Eastgate to let the
ambulance into the unit.
08-28-12    2B Garza West

I-12391-08-12

### Texas Department of Criminal Justice
### Correctional Institutions Division

# Inter-Office Communications

**To:**     Lieutenant Eismael Ruiz          **Date:**     August 29, 2012

**From:**     Officer Zambrano, B. COIV          **Subject:**     Offender Hinojosa, Albert #1802681

    I, Officer B. Zambrano CO IV, was assigned as W 1-8 second rover on the 28th of August 2012.  While taking my break at the officer dining room at 2359 hours, I was instructed by Officer Ybarra, F. to respond to W Building for an I.C.S.  When I arrived, I saw Sgt. Villegas and Sgt. Evans assisting Offender Hinojosa onto a stretcher with the help of additional staff.  Hinojosa was unresponsive to verbal discourse at the time.  They escorted the offender out of the dorm on the stretcher, and I returned to my regular duties.



SO-4

I-12391-08-12

### Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

## Inter-Office Communications

To _____   Date 8-29-12

From B. Zambrano COIII   Subject Hinojosa Albert 180205

I, officer B. Zambrano COIII, was assigned as ~~wt-8~~
WT-8 second rover on the 28th of August 2012, while
taking my break at the officer dining room at 1359 hrs
I was instructed by officer Ybarra F, to respond to w building
for an I.C.S. When I arrived, I saw sgt veagas R, and sgt
Evans assisting offender Hinojosa onto a stretcher with the
help of additional staff. Hinojosa was unresponsive to verbal
discourse at the time. They escorted the offender out of the
dorm on the stretcher, and I returned to my regular duties.

B. Zambrano COIII

SO-4

I-12391-08-12

### Texas Department of Criminal Justice
### Correctional Institutions Division

# Inter-Office Communications

| | | | |
|---|---|---|---|
| **To:** | Lieutenant Eismael Ruiz | **Date:** | August 29, 2012 |
| **From:** | Sergeant Brian Evans | **Subject:** | Offender Hinojosa, Albert #1802681 |

On August 29, 2012, at approximately 005 hours, I , Sergeant Brian Evans, responded to an Incident Command System (ICS) called for W8 dorm for an offender that had fallen from his bunk.  When I arrived in W8 Dorm, Offender Hinojosa, Albert #1802681 assigned to W8A-06 bunk was laying on the floor on his back with his legs on his bunk.  Sgt. Ruben Villegas was already in the dorm standing over the offender talking to the offender.  The gurney arrived with the "A" responders and as Sgt. Villegas was instructing the officers on the lifting procedures due to the size of the offender, Offender Hinojosa stood up and with the assistance of an unknown offender from the same dorm, laid on the gurney.  I assisted by holding the gurney in place.  As the gurney was pushed out of W1-8 dorm, I returned to my duties at the searchers desk.

Sgt B Evans
8-29-2012

SO-4

I-12391-08-12

### Texas Department of Criminal Justice
### Correctional Institutions Division

## Inter-Office Communications

**To:**   Lieutenant Eismael Ruiz          **Date:**   August 29, 2012

**From:**   Sergeant R. Villegas          **Subject:**   Offender Hinojosa, Albert #1802681

At approximately 1200 am I Sgt. R. Villegas responded to an I.C.S. to W1-8.  When I entered in 8A Section I found Offender Hinojosa, Albert #1802681 on the floor next to his bunk #6.  I Sgt. R. Villegas started talking to offender Hinojosa and he did respond to me a little.  I Sgt. R. Villegas placed offender on his side at which time he sat up and got up on his feet with a little help from me and an unknown offender.  Offender was then placed in a gurney and taken to the Medical Dept.  I Sgt. Villegas then called Lt. E. Ruiz to meet me at 2 Hall of the Medical Dept.  Lt. Ruiz arrived and tried to talk to Offender Hinojosa and he would just mumble some words.  We then called 911 to the Garza West.  The EMS arrived and offender Hinojosa was taken to Bee County Hospital along with Officer J. Gutierrez COV and Officer G. Olvera COV.

Sgt. R. Villegas

SO-4

I-12391-08-12

**Texas Department of Criminal Justice**
CORRECTIONAL INSTITUTIONS DIVISION
**Inter-Office Communications**

To: _____  Date: 8-29-12

From: Sgt R Villega  Subject: As shift 2

AT Approximately 1200 AM I Sgt R. Villega
Respond to an I.C.S to W1-8. When I entered
W 8 A Section I found offender Hinojosa Absent
# 1802681 on the Floor next to his Bunk #6.
I Sgt R. Villega started talking to offender
Hinojosa and he did respond to me a little.
I Sgt R Villega placed offender on his side
at which time he sat up and got up on his
feet with a little help from me and an
unknown offender. Offender was then placed in
a gurney and taken to the Medical Dept.
I Sgt Villega then called LT E. Ruiz to meet
me at 2nd Hall of the Medical Dept. LT. Ruiz
arrived and tried to talk to offender Hinojosa
and he would just mumble some words. We
then called 911 to the front West. The EMS
arrived and offender Hinojosa was taken to
Hanius 9 and offender Hinojosa with officer's J Fuentecca
Bee County Hospital Along with officer's J Fuentecca
coII and officer G divera coII.

Sgt R. V___

I-12391-08-12

I Bunk #1 was asleep, but when I woke up I Called for Help.

Mr. Jesse R. Villarreal Jr.

1802516

I-12391-08-12

I was Asleep

_Amber S. Ison_

180 26 79

I-12391-08-12

ESTABA DORMIDO   CUANDO ESOS ACIDENTE
PASO.

Jose Luis Carabajo
18-2517.



I-12391-08-12

I WAS ASLEEP

Francus Mendoza

1802683

I-12391-08-12

I bunk #7 was sleeping when accidat
occured

Jesus Canto III
180518

I-12391-08-12

I SAW Bunk #6 WALK Back AND FORTH SAT down on his Bunk And then he FELL OVER.

Lauro Garcia
1802677