







I-12391-08-12



Plaintiffs' MSJ Appx. 3987

McCollum/ Hinojosa-46

I-12391-08-12



HINOJOSA,ALBERT 1802681                                                      I-I2391-08-12

CSJRF500                 T.D.C.J. - INSTITUTIONAL DIVISION         INMATE VISITORS LIST
                         DATE: 08/20/13        TIME: 11:51:35

NAME: HINOJOSA,ALBERT              TDC# 01802681  STAT/CUST: L1   NR UNIT: NG
HSNG ASSIGNMENT: U0A              FR  SEQ: 006 LAST VISITOR LIST CHANGE:
INMATE TYPE: IN

CONTACT VISITS THIS MO:   0 LAST VISIT DATE:            CONTACT VISIT ELIG: N
REGULAR VISITS THIS MO:   0 LAST VISIT DATE:
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST:                    OR SIGNO
PF1=HELP,  PF2=DIS INQUIRY SCREEN,   PF5=DISAPPROVED LIST   PF10=FAMILY PAGE

I-12391-08-12

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: _Warden E. H. Guterrez_____     Date: _8/29/12_____

From: _Chaplain Samuel Longoria_____     Subject: _Offender Death Notification_____

### 1. *Offender Information:*

Name: _Hinojosa, Albert_____ TDCJ#: _1802681_____ Unit: _Garza West_____
Cause of Death: _Unknown_____
Date of Death:_8/29/12_____ Time of Death: _0150_____
Place of Death (unit/hospital): _Spohn Memorial Hospital, Beeville, Texas_____
Certifying Physician/RN/JP: _Batki_____

### 2. *Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):*

Date: _8/29/12_____     Time: _0750_____
Name: _Rene Hinojosa_____     Relationship: _Brother_____
Address: _816 Garcia St._____
City/State/Zip: _Robstown, Texas 78380_____     Tel.: _(361) 443-1363_____

### 3. *Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):*

Yes _____     No _X_     Unable to contact _____     N/A _____

### 4. *Other Family / Friend Contact:*

Date: _____     Time: _____
Name: _____     Relationship: _____
Address: _____
City/State/Zip: _____     Tel.: (_____) _____

### 5. *Sheriff's Office / Police Department Contact:*

Date: _8-29-12_____     Time: _0339_____
SO/PD: _Corpus Christi Police Department_____     Contact Person: _Kay_____

### 6. *Burial Arrangements:*

_____ **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at 409/986-9900.

_X_____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/437-2090) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender Hinojosa, Albert__, TDCJ# 1802681. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

_____ **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

### 7. *Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*

_X_____     Unit Warden;
_X_____     Director of Chaplaincy Operations; and
_X_____     Chaplain's unit file

Chaplain's Signature: _~~Samuel Longoria~~_____     Date: 8-29-12_____

*Chaplaincy Manual Policy 11.04 – Att. B*

I-12391-08-12

## Texas Department of Criminal Justice
## Institutional Division

# Inter-Office Communications

**To:** Warden E. H. Guterrez

**Date:** August 29, 2012

**From:** Chaplain Samuel Longoria

**Subject:** Offender Death Time Line
Hinojosa, Albert TDC 1802681

01:55—Was informed by Lt. Ruiz That Offender Hinojosa, Albert TDC # 1802681

02:30—Arrived at Christus Spohn Hospital, Beeville Tx. Began to obtain information about offender.

0312 Left Christus Spohn..

0330 Attempted to contact next of kin, Terry Guzman. No one answered. Kept trying to contact family to no avail.

0339 Contacted Robstown Police Department. I was notified that the address was under Nueces County jurisdiction and that I needed to contact the Corpus Christi Police Department.

0345 Contacted the Corpus Christi Police Department. Spoke with Kay and informed her of the situation. She informed me she would dispatch an officer to the the address mentioned.

0406 Seargent Guzman with the Corpus Christi Police Department notified Terry Guzman to contact me (Chaplain Longoria) that it was urgent to contact me.

0645 I called Sergent Guzman with the Corpus Christi Police Department to notified Terry Guzman to contact me (Chaplain Longoria) that it was urgent to contact.

0750 Terry Guzman contacted me, and I informed her of her cousins death ( Albert Hinojosa). She informed me that his mother and brother lived a few house down the street and she would have them call me.

0800 I received a call from Rene Hinojosa (brother to offender Albert Hinojosa). I informed him of his brothers death and gave him information to Carnes funeral home. Rene informed me they would not be claiming the body as they could not afford the expenses.

0805 arrived at Garza West and did the paperwork until completion.

1209 this completes time line

I-12391-08-12

# Garza Complex
## Offender Transport Checklist
### Unit _NH_

The Offender Transport Checklist will be completed when an offender is transported from the Garza Complex by Garza Unit staff. A Sergeant or above will be responsible for the completion of the checklist prior to an offender's departure from the complex. This form will be turned into the Major's officer upon completion to be maintained on file.

Date/Time of transport _08-29-12 / 0100_ Destination _Spohn Bee Co. Hospital_

Reason for transport _Medical EMS_

Offender Name/TDCJ# _Hinojosa Albert 1807681_

Pre-Designated Route Verified/Credit Card _Sgt. Villegas_

Travel Card Verified by Supervisor (Print/Sign) _Sgt. Villegas_

Designator Codes/High Risk _N/A_

Offender Disciplinary History _N/A_

Duty Warden/Warden Notified by Supervisor (Print/Sign) _Lut. Ruiz E._

Transport team Officers COIV/COV/Valid Driver's License _G. Olvera COV / Gutierrez J. COV_

Weapons/Ammunition/357 Revolver/6 Rounds _1  357  6 rds_

Communication Method (Cellular Phone/Phone Numbers/Handheld Radio) _cell phone_

Offender Strip Searched By (Print/Sign) _Sgt. Villegas_

Offender Dressed in Coveralls/2Piece Uniform _✓ boxer on_

Leg Irons, Hand Restraints, Belly Chain secured/double locked by (Print/Sign) _Sgt. Villegas_

Black Box Used (Print/Sign for disclaimer) _COV J. Gutierrez_
**Transport Officers were advised that they are required to contact the unit in order to obtain authorization from the Duty Warden/Warden anytime the black box or restraints have to be removed from an offender at a free world hospital, unless it is a direly emergent situation (serious threat of life or death). In the event of an emergency situation, the transport Officers will notify the Duty Warden/Warden as soon as possible.**

Property packed/Inventoried by/Location of Property/Secured away from offender _N/A_

Post Orders Received/Reviewed with Officer by (Supervisor) _COV J. Gutierrez_

Transport Vehicle Searched/Inspected by (Security/Mechanical) _COIV Ruiz J._

Transport Bag Inventoried by (Print) _Sgt. Villegas_

Type of Chemical Agents _Foam_

Other Security Equipment _Plastic cuffs, riot baton_

Off-Site Command Center/Mrs. Rollings (CRO8409) notified/E-mail sent Departure/Return

Transport Officers should report any changes in the offender's behavior or condition, travel status, or vehicle problems to the highest ranking shift supervisor on the facility. We must maintain constant diligence and awareness regarding possible escape attempts, hostage situations, etc. The Shift Supervisor shall immediately notify the Duty Warden of any problems occur on the transport, and direct the Officers to the nearest secure facility or Sheriff's Office.

Supervisors will inspect all restraints prior to an offender's departure to ensure they have been properly applied. Supervisors will also search/inspect the transport vehicle prior to it departing the complex.

Supervisor's Signature (Print/Sign) _Sgt L Villegas_ Date _08-29-12_
Your signature constitutes an acknowledgement that this form has been properly reviewed, and has been accurately completed by a shift supervisor

NH/NI/W6/26.21 ACA08/25/2011

I-12391-08-12

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION
#### INMATE TRANSFER ROSTER

Transferring Unit:  Prepare five (5) copies of this roster for each unit that is to receive men.  Send original and duplicate with men being transferred.  Triplicate:  Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records.  Quadruplicate:  Attach to your file copy of the daily strength report.  Fifth copy:  Inmate record section.

Receiving Unit:  You must receive two copies of this form with each group of men transferred to your Unit.  Original attach to your daily strength report.

Transfer From  Garza West          EFFECTIVE DATE OF CHANGE

Transfer To  Bee Cos. Hospital          08-29-          20 12

| Prison Number | Name Last | First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 1802681 | Hinojosa | Albert | | H | | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

NH          08-29-  20 12          Spohn Bee Co Hosp.

Shipping Unit          Date          Receiving Unit

McCollum Hinojosa 523

I-12391-08-12

AD-03.29 (rev. 7)
Attachment C
Page 15 of 21

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _Albert Hinojosa_     TDCJ #: _1802681_
(Print Name)

Date of Birth: _05/22/1968_     Race: _H_     Sex: ☑ Male     ☐ Female

Offender Pronounced dead at _0150 Am_ on _August 29, 2012_
(Print time, include am or pm)     (Print date, month, date, year)

Location of Death: ☐ Unit _____     ☑ Other _Christis Spohn Hospital_
(Print Unit Name)     (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _Hosp Galveston_ (location of autopsy) by a representative or associate of _Carnes_ Funeral Home, located in _____, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _409-986-5900_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_Donato Garcia_
_Assistant Warden_

_____
Warden (or designee)

County _Bee_
City _Beeville_, Texas Zip Code _78102_

I-12391-08-12

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21



# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Albert Hinojosa_    from _Garza West_ ,
*(Print Offender Name)*                    *(Print Unit/Location)*

who died on _08/29/2012_ , and to hold until further notification
*(Date of Death)*

from the Warden of the unit with regards to the approval for an autopsy.

**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

> *Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form and shall the deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_Signature of Warden/Designee_                _David Bevens / 8-29-2012_
                                          Printed Name

_Senika Galvan RN_        SENIKA GALVAN
Medical Physician's/Registered Nurse's Signature       Printed Name

Address of Physician/Registered Nurse:

_1500 E Houston St._

_Beeville Tx 78102_

I-12391-08-12



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

| OIG TRANSITORY #: (if necessary) | | | | |
|---|---|---|---|---|

| CASE #: | EAC #: | OFFICIAL DATE & TIME OF DEATH: | | AUTOPSY ORDERED? |
|---|---|---|---|---|
| | I- | 8-29-12  1:50 ☐ AM ☐ PM | | ☑ YES ☐ NO |

| DECEDENT NAME: (LAST, First, MI) | | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|---|
| Hinojosa, Albert | | W | M | 44 | 5-22-68 |

| IDENTIFICATION #: | UNIT OF ASSIGNMENT: | DATE & TIME FOUND: |
|---|---|---|
| 1802681 | Garza West, | 12:01 ☑ AM ☐ PM |

| PLACE OF DEATH: | CITY: | COUNTY: | ZIP CODE: |
|---|---|---|---|
| Spohn Hospital | Beeville | Bee | 78102 |

| J.P. / M.E. NOTIFIED: (Name) | PRECINCT #: | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| Joe Leyvers | 4 | 2:55 ☑ AM ☐ PM | ☑ YES ☐ NO |

| PLACE OF INQUEST: | DATE & TIME OF INQUEST: |
|---|---|
| | ☐ AM ☐ PM |

### ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

Spohn hospital, Beeville, TX. E R #8. Laying on a hospital bed face up. Breathing tube located in the mouth. IV located in the right Arm.

### ★ SUMMARY of HOW DEATH OCCURRED ★

Mr. Hinojosa was preparing for bed. TDCJ Officers noticed him having what appeared to be a seizure. An Ambulance was Called and transported him to the hospital. Mr. Hinojosa was pronounced Dead at the hospital.

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| Carnes Funeral Home | Carnes Funeral Home |

| INVESTIGATOR SIGNATURE: | TELEPHONE #: |
|---|---|
| | 409 )-986-9900 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX 77342-4003
(936) 437-6735

CC-0265 (07/2005)                                          Page 1 of 2

I-12391-08-12

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
### (Continued)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME: (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| | Hinojosa, Albert | |

### ★ CLOTHING WORN BY DECEDENT ★

☐ None ☐ Pants ☐ Shoes/Boots ☐ Jacket

☐ Belt ☐ Gown/Blouse ☐ Dress ☒ Other (list details below)

Torn Offender Boxer Shorts.

### ★ PROPERTY SENT WITH DECEDENT ★

None

### ★ MEDICAL HISTORY ★

Was death attended? ☐ Yes ☒ No    Previous history of illness? ☐ Yes ☒ No

History of suicide? ☐ Yes ☒ No    HIV? ☐ Yes ☒ No

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| Christus Spohn | 1500 E Houston Hwy | 361) 354-2c |

| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: |
|---|---|---|
| Dr. Batki | 1500 E Houston Hwy | 361) 354-2c |

DIAGNOSIS: Preliminary: Mr. Hinojosa had an elevated heart rate when he arrived at the hospital and was not breathing regularly. His heart rate then stopped.

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| Pending | | ( ) - |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| | ( ) - | ☐ AM ☐ PM |

### ★ IDENTIFICATION ★    ★ DOCUMENTATION ★

HOW: ☐ Offender Records    ☐ Fingerprints
☒ Viewed at Hospital/Scene    ☐ Other

☒ Order for Autopsy    ☐ Clinic Notes (last 72 hrs)
☒ ER Report (if available)    ☒ Copy of Travel Card

REPORT DISTRIBUTION: (Include Complete Documentation)

| Verification Made By: | Relationship to Decedent: | (1) Case File | (2) J.P. | (3) To Accompany Body |
|---|---|---|---|---|

CC-0265 (07/2005)    Page 2 of 2



I-12391-08-12

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFICE OF THE INSPECTOR GENERAL

John M. Moriarty
Inspector General

## Authorization  For  Autopsy

I, _____JoE Lyvers_____, Justice of the Peace, Precinct # __4__,

_Bee_ County, Texas, hereby authorize _____UTMB_____ or

his/her represenative to perform an autopsy upon the body of _Albert_

_____HinojosA_____ and to remove or retain such parts of

the body or its tissues as may be necessary to determine the cause of death.  After the

autopsy the body should be released to _Carnes_ Funeral Home.

Signature _Joe Lyver_      Date _8-29-2012_

Address _1301 E. Sullivan_      Telephone # _361-287-3476_

_Skidmore, Tx 78389_      _361-542-8771_

*****************************************************************

### Information Concerning Death

Investigator _Chaden Tolleson_   Agency _OIG_

Telephone # _361-362-6310_   Case # _____

Decendent _Albert Hinojosa_ Age _44_ DOBS_/u/68_ Sex _M_ Race _U_

Date/Time of Death _08-29-2012_ _3:18 am_ Date/Time of Injury_____

Place of Injury_____

If Unattended, Date/Time Found_____

Circumstances_____

_____

Special Concerns_____

_____

Please send a copy of the autopsy report to: TDCJ-Office of Inspector General - Attn: Investigator _____
968 Ofstie    Beeville, Texas 78102
Office # 361-362-6310  Fax # 361-362-6314

I-12391-08-12

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Offender Property Inventory**

CONTROL #

Offender (Print name): _Hinojosa, Albert_    TDCJ#: _1802681_    Unit: _N___

Date of Inventory: _08·28·12_    Reason for Inventory: _Death_

## Section I: Authorized Offender Property

Instructions: Enter the quantity in the appropriate column beside the item at time of inventory.
KEY: "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|------|---|---|------|---|---|------|---|---|------|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | | |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | | |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | |
| Hot Sauce | | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | | | Small Nail Clippers (Limit 1) | | |
| Meats | | | * Make-up (10 items) | | | Foot Powder | | | Spoon | | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | _Miscellaneous_ | | |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | | | _Papers_ | | |
| Sweetener | | | * ✓ Prescription Eye Glasses | | ✓ | Shampoo | | | _(bund)_ | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | | | | | |
| Letters _personal_ | | 15 | (✓ Only if free-world) | | | Soap/Soap Dish | | | | | |
| Magazines | | | **Jewelry Items (1 each)** | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Materials** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. Estimate Qty. | | | Other: (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, Tallith-Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| Alt Books _Bible_ | | | | | | | | | | | |
| Literature (Pamphlets) | | | **Necessity Items** | | | **Stationery Items** | | | | | |
| **Electrical Equipment (1 each)** | | | Gym Shorts-Personal (Limit 4) | | | Envelopes | | | | | |
| ✓ Fan | | | Shoes (State-issue, limit 1 pair) | | | Greeting Cards | | | **NOTE ITEMS ON OFFENDER'S PERSON** (i.e. wedding ring, watch, shoes, t-shirt, etc.): | | |
| Headphones | | | Shoes (✓ Personal, limit 1-2 pair) | | | Ink Pens | | | | | |
| ✓ AM/FM Booster/Antenna | | | Socks-Personal (Limit 4 pair) | | | Paper | | | | | |
| ✓ Hot Pot | | | Thermal Bottom-Personal (Limit 2) | | | Pencils | | | | | |
| ✓ Outlet Adapter | | | Thermal Top-Personal (Limit 2) | | | Stamps (60 Max.) | | | | | |
| ✓ Clamp-on Lamp | | | T-shirt-Personal (Limit 4) | | | Tablets | | | | | |
| ✓ Radio | | | | | | | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | | | | | |

## SECTION II: Staff Acknowledgment of a complete and accurate inventory

Instructions: If offender is not present during inventory, there must be a staff witness.

Inventory Staff (Print name): _L. Hester I/m Prop._    Signature/Date: _L Hester 8/29/12_

Staff Witness (Print name): _____    Signature/Date: _____

## SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

A. Items Retained by Offender and/or stored in the Property Room (See items marked above)
   Offender (Signature/Date): _____    Staff Initials/Date: _____

B. Items Returned to Offender (See items marked above)
   Offender (Signature/Date): _____    Staff Initials/Date: _____

Instructions on back of Form    Las instrucciones de espalda de forma

PROP-05 (1-1-2005)    Original Offender File; Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender

I-12391-08-12

 **Texas Department of Criminal Justice**

**Brad Livingston**
Executive Director

August 28, 2012

Rene Hinojosa
816 Garcia St.
Robstown, TX 78380

Dear Mr. Hinojosa and Family:

It is with great sadness that Albert your loved one was taken home at such an early age. It reminds me of Psalm 39: 4 that say's "Lord, make me to know my end, and what is the measure of my days, that I may know how frail I am". His battles and worries are over. May the God that surpasses our understanding give you comfort during this time of sorrow.

Please feel free to call me at 361-362-9048 if I can be of further assistance to the family. My work days and hours are Monday-Friday 8:00 a.m. until 5:00 p.m.

May Heaven smile upon you during this time of healing. Be assured that if you require additional and prayerful support The Texas Department of Criminal Justice Chaplains are willing and available to pray, listen and support your family until you get through this time of bereavement and grief.

In His Service

Chaplain Samuel Longoria

*Our mission is to provide public safety, promote positive change in offender
Behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099

I-12391-08-12



**Texas Department of Criminal Justice**

Brad Livingston
Executive Director

August 29, 2012

Rene Hinojosa
81 6 Garcia Street
Robstown, Texas  78380

RE:    Hnojosa, Albert TDCJ ID # 1802681
         Personal Property

Dear Mr. Hinojosa and Family:

First, allow me to say, I am very sorry for your loss.  It was my responsibility to inventory and store your brother's personal belongings.  It was found that he owned the following:

| | | |
|---|---|---|
| 1. | Letters- Personal | 15 |
| 2. | Books – Bible | 1 |
| 3. | Prescription Eye Glasses – not state issue | 1 |
| 4. | Toothbrush | 1 |
| 5. | Miscellaneous paperwork (bundle) | 1 |

You have the option of allowing the Unit Property Officer to dispose of the property or you may retrieve it through one of the following methods.

1.  Provide postage for the property to be mailed to you.  Should you choose this method, please contact me for information regarding cost of mailing.
2.  Pick up the property.  Should you chose this option, you may do so during regular visitation hours, by appointment only.  (Note: only you or someone specifically designated by you may pick up this property.  It may not be released to anyone not approved and will not be released except by appointment)

This property may be stored in the unit property room for a period not to exceed, 60 days.   After that time, it must be destroyed.  Please contact me within 30 days to make arrangements regarding  this property at the address below or at telephone number 361-358-9890.

Sincerely,

L. Hester
Offender Property Officer

Daniel Fernandez
Major

LH/cr

---

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*

E. H. Guterrez, Jr., Senior Warden

| Garza East Unit | Garza West Unit |
|---|---|
| 4304 Hwy 202 | 4250 Hwy 202 |
| Beeville, Texas 78102 | Beeville, Texas 78102 |

I-12391-08-12

```
*****************************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER       EMERGENCY ACTION CENTER     *
*****************************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                   *
```

MESSAGE ID: 172050     DATE: 08/31/12  TIME: 08:24    PRIORITY: 000

TO:        H0EAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      M8E7093 - TAMEZ, MELISSA
           CORRECTIONAL CLINICAL ASSOC.
           GARZA WEST UNIT

SUBJECT:   DEATH NOTIFICATION


```
*************************DEATH NOTIFICATION*****************************
```

INMATE: HINOJOSA, ALBERT             TDCJ# 1802681
DATE OF DEATH: 08292012
CUSTODY: NR        STATUS:          RACE: H        DOB: 05/22/68 AGE: 44
CAUSE OF DEATH: CARDIAC ARREST       TIME: 1:50    DOCTOR: DR. BATKI
PLACE OF DEATH: BEE COUNTY
DUTY WARDEN: RONALD GIVENS            TIME: 0035
JUSTICE OF THE PEACE: J.P. LYVERS     TIME: 0255
TDCJ-ID-IAD: I-12391-08-12            TIME: 0329
CARNES FUNERAL HOME: TEXAS CITY       TIME: 0301
CHAPLAIN: SAMUEL LONGORIA             TIME: 0230
EAC: I-12391-08-12                    TIME: 0329
APPROVAL OF AUTOPSY BY N.O.K. ( )YES ( X )NO ( ) UNABLE TO CONTACT
N.O.K. TERRY GUZMAN         TIME 0406     HRS     PHONE
ADDRESS:                    FAMILY WILL( ) WILL NOT( X ) CLAIM BODY
ADDRESS:
LOCATION OF BODY:
LOCATION OF INMATE PROPERTY:


Sent to:   HSMA016          DEATH RECS/CAROLYN MCMILLIAN   (to)
           HVWAR01          HUNTSVILLE_WARDENS_OFFICE      (to)
           CHAPSUP          KELLUM, MERLINE                (to)
           H0EAC01          CENTER, EMERGENCY ACTION       (to)
           CAS7772          ASHWORTH, CARISE D. "CARI"     (to)
           KEN2430          ENLOE, KELLY                   (to)
```

```
**************************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER        EMERGENCY ACTION CENTER  **
**************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                    **

MESSAGE ID: 159616      DATE: 08/29/12  TIME: 11:49    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      JHA4470 - HALES, JAMES
           CAPTAIN
           GARZA WEST UNIT

SUBJECT:   I-12391-08-12 UPDATE


BE ADVISED THAT ON 08-29-12 AT APPROXIMATELY 0750 HOURS THE NEXT OF KIN
OF OFFENDER HINOJOSA, ALBERT #1802681 HIS BROTHER MR. RENE HINOJOSA
WAS CONTACTED BY CHAPLAIN SAMUEL LONGORIA. MR. HINOJOSA WAS NOTIFIED OF
THE DEATH OF HIS BROTHER IN CUSTODY AND MR. HINOJOSA STATED THE FAMILY
DID NOT WISH TO CLAIM THE BODY OF OFFENDER HINOJOSA.

FROM:CAPTAIN JAMES HALES
AUTH:WARDEN E.H. GUTERREZ

Sent to:   GARZAEAC              (list)                    (to)
```

*TR Death*

*I  2391-08-12*

```
******************************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER      EMERGENCY ACTION CENTER     *
******************************************************************************
***               S Y S M   I N B A S K E T   P R I N T                    *

MESSAGE ID: 157324       DATE: 08/29/12  TIME: 10:54    PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      SLO1923 - LONGORIA, SAMUEL
           CHAPLAIN III
           REGION IV DIRECTOR'S OFFICE

SUBJECT:   DEATH NOTIFICATION


        ***********************DEATH NOTIFICATION***********************

   INMATE: HINOJOSA, ALBERT            TDCJ# 1802681
   DATE OF DEATH: 08/29/2012
   CUSTODY: NR        STATUS:          RACE: HISPANIC   DOB: 05/22/68 AGE: 44
   CAUSE OF DEATH:                     TIME: 01:50AM DOCTOR: BATKI
   PLACE OF DEATH: CHRISTUS SPOHN HOSPITAL BEEVILLE
   DUTY WARDEN: RONALD GIVENS          TIME: 0035
   JUSTICE OF THE PEACE: JOE LYVERS    TIME: 0255
   TDCJ-ID-IAD: MR. LAYMAN             TIME: 0208
   CARNES FUNERAL HOME:                TIME: 0301
   CHAPLAIN: LONGORIA, SAMUEL          TIME: 155
   EAC:                                TIME:
   APPROVAL OF AUTOPSY BY N.O.K.   ( X )YES   (  )NO   (  ) UNABLE TO CONTACT
   N.O.K. RENE HINOJOSA          TIME 0750   HRS    PHONE 361-443-1363
   ADDRESS: 816 GARCIA ST.       FAMILY WILL(  ) WILL NOT( X ) CLAIM BODY
   ADDRESS: ROBSTOWN TX.78380
   LOCATION OF BODY:
   LOCATION OF INMATE PROPERTY: GARZA WEST PROPERTY ROOM


Sent to:    HSMA016            DEATH RECS/CAROLYN MCMILLIAN   (to)
            HVWAR01            HUNTSVILLE_WARDENS_OFFICE      (to)
            CHAPSUP            KELLUM, MERLINE               (to)
            HQEAC01            CENTER, EMERGENCY ACTION      (to)
            CAS7772            ASHWORTH, CARISE D. "CARI"    (to)
            KEN2430            ENLOE, KELLY                  (to)
            JHA4470            HALES, JAMES                  (to)
            EGU6548            GUTERREZ, E.H. "ERNIE"        (to)
            RGI7509            GIVENS, RONALD                (to)
            SLO1923            LONGORIA, SAMUEL              (to)
```

TRI
Death

I-12391-08-12

```
***********************************************************************
*** REQUESTOR: GKE0144 - KELLOGG, GINGER       EMERGENCY ACTION CENTER  **
***********************************************************************
***            S Y S M   I N B A S K E T   P R I N T                 **

MESSAGE ID: 157058     DATE: 08/29/12  TIME: 08:35    PRIORITY: 000

TO:      HQEAC01 - CENTER, EMERGENCY ACTION
         GENERAL TERMINAL
         EMERGENCY ACTION CENTER

FROM:    ERU9284 - RUIZ, EISMAEL JR.
         2/B LIEUTENANT
         GARZA WEST UNIT

SUBJECT:    ADDENDUM OFFENDER DEATH


TO:    ALL CONCERNED
FROM:   LT. E. RUIZ, JR.
SUBJECT: ADDITIONAL INFORMATION

THE FOLLOWING IS ADDITIONAL INFORMATION THAT WAS NOT ADDED TO THE
INITIAL E-MAIL DUE TO NOT HAVE SUFFICIENT TYPING SPACE FOR INCIDENT
I-12391-08-12
DURING THE TIME THAT THE ICS WAS CALLED FOR OFFENDER HINOJOSA #
1802681 THE DORM TEMPERATURE WAS 85 DEGREES. THE OUT SIDE AIR
TEMPERATURE WAS 79 DEGREES AND THE HUMIDITY WAS 74 PERCENT AND THE HEAT
INDEX WAS 86 DEGREES. THE CAUSE OF DEATH WAS NOT THE RESULT OF THE
HEAT.

DURING THE NOTIFICATION OF THE NEXT OF KIN THERE WAS NO CORRECT PHONE
NUMBER AND THE SECOND PHONE NUMBER WAS DISCONNECTED. CHAPLAIN S.
LONGORIA DID HAVE TO MAKE CONTACT WITH THE CORPUS CHRISTI POLICE
DEPARTMENT TO ASSIST HIM IN THE NOTIFICATION PROCESS. A SGT. FROM THE
POLICE DEPARTMENT CONTACTED THE NEXT OF KIN. THE FAMILY WAS ADVISED
TO CONTACT CHAPLAIN LONGORIA FOR MORE INFORMATION.

LT. E. RUIZ, JR.
GARZA WEST 2/B

Sent to:    HQEAC01            CENTER, EMERGENCY ACTION      (to)
            DFE3023            FERNANDEZ, DANIEL             (to)
            CRO8409            ROLLINGS, CONNIE              (to)
```

Plaintiff's MSJ Appx. 645
McCollum v. Hinojosa

*1M*
*Death*

*Offender Death* ✓

```
******************************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA        EMERGENCY ACTION CENTER    **
******************************************************************************
***             S Y S M   I N B A S K E T   P R I N T                     **

MESSAGE ID: 156023      DATE: 08/29/12  TIME: 06:02   PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      ERU9284 - RUIZ, EISMAEL JR.
           2/B LIEUTENANT
           GARZA WEST UNIT

SUBJECT:   OFFENDER HINOJOSA #1802681

EAC USE ONLY:  DATE REPORTED:......8/29........TIME REPORTED:.0329......

EMERGENCY ACTION CENTER INCIDENT NO:  I - 12391 - 08 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -      -    -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: NH   REGION IV   DATE OCCURRED: 08 / 29 / 2012   TIME OCCURRED: 0150
SPECIFIC LOCATION: SPOHN BEE COUNTY HOSPITAL
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. R. VILLEGAS
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
   X A     B     C     D     E     N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED: X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO



                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)    TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
  HINOJOSA, ALBERT               1802681     NR    H     M    44   N




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: SPOHN BEE COUNTY HOSPITAL
TREATMENT: LIFE SAVING MEASURES
```

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)          SSN      RACE    SEX     AGE       RANK


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 29 / 2012   TIME: 01 : 50 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: DR. BATKI
COUNTY WHERE DEATH OCCURRED: BEE
PRELIMINARY CAUSE OF DEATH: CARDIAC ARREST
NEXT OF KIN NOTIFIED X YES    NO  DATE: 08 / 29 / 2012  TIME: 04 : 06
NAME OF NOK: TERRY GUZMAN
CARNES FUNERAL HOME NOTIFIED X YES    NO
JUSTICE OF PEACE NOTIFIED: X YES    NO

DESCRIPTION OF WEAPON(S) CONTRABAND

 N/A



CHEMICAL AGENT INFORMATION
AMOUNT                    LIST TYPE                AUTHORIZATION
 N/A


WAS TEAM AUTHORIZED    YES X NO    DECONTAMINATED    YES X NO   INJURIES    YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES


*12391*

S.A.R. CANINES
CADAVER CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:  N/A

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON WEDNESDAY, AUGUST 29, 2012 AND AT APPROXIMATELY 0001 HOURS, OFFICER A.
QUINTANILLA CO IV INITIATED THE INITIATED THE INCIDENT COMMAND SYSTEM AND
REQUESTED A SUPERVISOR FOR AN UNRESPONSIVE OFFENDER, "A" RESPONDERS, FIRST
AID KIT, VIDEO CAMERA TO W-8 DORM. OFFENDER HINOJOSA ALBERT   1802681
H/M/44/NR WAS IDENTIFIED AS HAVING A POSSIBLE SEIZURE. SGT. R. VILLEGAS
RESPONDED TO THE DORM.

LT. E. RUIZ, JR. (GARZA WEST 2/B) CALLED OVER THE TELEPHONE TO CALL 911 AT
APPROXIMATELY AT 0024 HOURS. ANGEL CARE AMBULANCE SERVICE ARRIVED AT THE
GARZA WEST UNIT AT APPROXIMATELY 0035 HOURS. OFFENDER HINOJOSA WAS PLACED
IN THE AMBULANCE AND THE EMERGENCY TECHNICIANS BEGAN TO ACCESS OFFENDER
HINOJOSA.

DUTY WARDEN RONALD GIVENS WAS NOTIFIED AT APPROXIMATELY 0035 HOURS BY
TELEPHONE BY LT. E. RUIZ, JR. OF THE CRITICAL CONDITION OF OFFENDER HINOJOSA
ALBERT  1802681.

AT 0105 HOURS OFFENDER HINOJOSA WAS TRANSPORTED TO SPOHN BEE COUNTY HOSPITAL
HOSPITAL VIA AMBULANCE. OFFICER G. OLVERA CO V AND OFFICER J. GUTIERREZ CO V
WERE THE ARMED CORRECTIONAL OFFICERS WHO WERE UTILIZED FOR THE TRANSPORT. THE
ATTENDING PHYSICIAN AT CHRISTUS SPOHN HOSPITAL EMERGENCY ROOM WAS DR. BATKI.

LT. E. RUIZ, JR. WAS CONTACTED BY OFFICER G. OLVERA CO V AT APPROXIMATELY
0130 HOURS THAT OFFENDER HINOJOSA STOPPED BREATHING. OFFICER OLVERA REPORTED
THAT LIFE SAVING MEASURES WERE BEING PERFORMED BY THE EMERGENCY ROOM MEDICAL
STAFF. OFFENDER HINOJOSA ALBERT DID NOT RESPOND TO THE LIFE SAVING MEASURES.
AT APPROXIMATELY 0150 HOURS A MEDICALLY ATTENDED DEATH WAS PRONOUNCED BY THE
EMERGENCY ROOM ATTENDING PHYSICIAN DR. BATKI. PRIOR TO THE PASSING OF
OFFENDER HINJOSA ALBERT   1802681 IT WAS NOTED THAT OFFENDER HINOJOSA HAD A
HIGH ARRHYTHMIA WITH A HIGH HEART RATE AND THEN IT ALL DROPPED. REGISTERED
NURSE S. GALVAN FROM SPOHN BEE COUNTY HOSPITAL STATED THE DEATH OF OFFENDER
HINOJOSA ALBERT    1802681  WAS A RESULT OF A POSSIBLE CARDIAC ARREST.

LT. E. RUIZ, JR. CONTACTED OFFICE OF THE INSPECTOR GENERAL ON CALL OFFICER
LAYMAN AT APPROXIMATELY 0208 HOURS. OIG OFFICER TOLLISON ARRIVED AT SPOHN
BEE COUNTY HOSPITAL AT 0252 HOURS.

JUSTICE OF THE PEACE J. P. LYVERS WAS NOTIFIED AT APPROXIMATELY 0255 HOURS
AND ARRIVED AT SPOHN BEE COUNTY HOSPITAL AT APPROXIMATELY 0318 HOURS.

REGION IV CHAPLIN SAMUEL LONGORIA WAS NOTIFIED BY TELEPHONE AT 0155 HOURS BY
LT. E. RUIZ, JR. CHAPLIN LONGORIA ARRIVED AT SPOHN BEE COUNTY HOSPITAL AT
APPROXIMATELY 0230 HOURS. THE CORPUS CHRISTI POLICE DEPARTMENT DID MAKE

12391

CONTACT WITH THE NEXT OF KIN AT 0406 HOURS. THEY WERE ASKED TO CANTACT
CHAPLIN S. LONGORIA.
THE FOLLOWING NOTIFICATIONS WERE MADE: WARDEN E. H. GUTERREZ WAS NOTIFIED
AT APPROXIMATELY 0206 HOURS. WARDEN RONALD GIVENS WAS NOTIFIED AT
APPROXIMATELY 0035 HOURS. REGION IV DIRECTOR EILEEN KENNEDY WAS NOTIFIED AT
APPROXIMATELY 0210 HOURS. MAJOR DANNY FERNANDEZ WAS NOTIFIED AT APPROXIMATELY
0211 HOURS. OFFICE OF THE INSPECTOR GENERAL OFFICER LAYMAN WAS NOTIFIED AT
APPROXIMATELY 0208 HOURS. JUSTICE OF THE PEACE J. P. LIVERS WAS NOTIFIED AT
APPROXIMATELY 0255 HOURS. KARNES FUNERAL HOME WAS NOTIFIED BY WARDEN R.
GIVENS AT APPROXIMATELY 0301 HOURS AND ARRIVED AT 0505 HOURS AND REMOVED THE
REMAINS OF OFFENDER HINOJOSA AT APPROXIMATELY 0525 HOURS. MS. BARBRA MINOR
OF THE EMERGENCY ACTION CENTER WAS CONTACTED AT APPROXIMATELY 0329 HOURS AND
ISSUED NUMBER, I-12391-08-12 TO THE REPORT.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LT. E. RUIZ, JR.                          DATE: 08 / 29 / 2012
AUTHORIZED BY: WARDEN II E. H. GUTERREZ JR.

Sent to:      GARZAEAC                 (list)                    (to)

12391

McCollum/Hinojosa-68