UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br><br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. <br> § 4:14-cv-3253 <br> § JURY DEMAND <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 202



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## OFFICE OF THE INSPECTOR GENERAL

John M. Moriarty
Inspector General

Chris Stallings
Deputy Director

November 18, 2005

Texas Tech University Health Sciences Center
Office of General Counsel
Attn. Joanna Harkey
3601 4th Street, Suite 2B137
Lubbock, Texas 79430

Re: Subpoena Duces Tecum – Charles E. Finke, Jr. #791418

Dear Ms. Joanna Harkey:

In response to a Subpoena received at the Office of the Inspector General on November 3, 2005 issued by the 12th Judicial District Court, Walker County, Texas, (OIG) has one responsive file.

Please find enclosed copy of OIG Criminal Investigation 99-1487.

If further assistance is needed on the matter, please contact this office.

Sincerely,

Flor Banos
Open Records Coordinator
Office of the Inspector General

Enclosures



P.O. Box 4003 • Huntsville, Texas 77342-4003 • Phone (936) 437-6534 • Fax (936) 437-8980 • Email:oig.openrecords@tdcj.state.tx.us

IL-0620 (06/2001)

(23)



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INTERNAL AFFAIRS DIVISION

# OFFENSE/INVESTIGATIVE REPORT

| OFFENSE: | | | CLASSIFICATION: | IAD CASE NUMBER: |
|---|---|---|---|---|
| DEATH IN CUSTODY, 49.18 CCP | | | N/A | **99-1487TDCJ** |

| LOCATION OCCURRED: | COUNTY IN WHICH OFFENSE OCCURRED: | TYPE OF PREMISES: |
|---|---|---|
| 31A ROW, 10 CELL, HUNTSVILLE UNIT | WALKER | STATE PRISON |

| DATE: | TIME: | DAY: | DATE REPORTED: | TIME REPORTED: | RECEIVED BY: |
|---|---|---|---|---|---|
| AUGUST 8, 1999 | 12:20 P.M. | SUNDAY | AUGUST 8, 1999 | 12:36 P.M. | INV MARK COLE |

| PERSON REPORTING OFFENSE: | ADDRESS: |
|---|---|
| WARDEN TIMOTHY NEW | HUNTSVILLE UNIT |

| BUSINESS PHONE: | RESIDENCE PHONE: |
|---|---|
| (409)437-1975 | N/A |

| VICTIM #1 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| FINKE, CHARLES E. (DECEASED) | HUNTSILLE UNIT |

| BUSINESS PHONE: | RESIDENCE PHONE: |
|---|---|
| N/A | N/A |

| OCCUPATION: | | RACE: | SEX: | DOB: | EMPLOYED BY: |
|---|---|---|---|---|---|
| OFFICER, TDCJ-ID# 791418 | | W | M | 06-24-61 | N/A |

| VICTIM #2 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| | |

| BUSINESS PHONE: | RESIDENCE PHONE: |
|---|---|
| | |

| OCCUPATION: | | RACE: | SEX: | DOB: | EMPLOYED BY: |
|---|---|---|---|---|---|
| | | | | | |

| SUBJECT #1 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| | |

| SEX: | RACE: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | TDCJ-ID or SOCIAL SECURITY NUMBER: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| TDCJ EMPLOYEE? | EMPLOYEE JOB TITLE: | EMPLOYEE JOB LOCATION: |
|---|---|---|
| YES ☐ NO ☐ | | |

| TDCJ INMATE? | PAROLEE? | SUBJECT #1 ADDITIONAL INFORMATION: |
|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO ☐ | |

| SUBJECT #2 NAME: (Last, First, MI) | ADDRESS: |
|---|---|
| | |

| RACE: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | TDCJ-ID or SOCIAL SECURITY NUMBER: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TDCJ EMPLOYEE? | EMPLOYEE JOB TITLE: | EMPLOYEE JOB LOCATION: |
|---|---|---|
| YES ☐ NO ☐ | | |

| TDCJ INMATE? | PAROLEE? | SUBJECT #2 ADDITIONAL INFORMATION: |
|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO ☐ | |

| DRUG RELATED? | TYPE: | AMOUNT: |
|---|---|---|
| YES ☐ NO ☐ | | |

| BOOKED? | LOCATION: | BOND: | PROPERTY SEIZED/CONFISCATED? | IF YES, DESCRIBE: |
|---|---|---|---|---|
| YES ☐ NO ☐ | | | YES ☐ NO ☐ | |

**SUMMARY:** ON 08-08-99, OFFENDER FINKE WAS FOUND BY OFFICER JOHNSON LAYING ON THE FLOOR AGAINST THE WALL IN 31A ROW, 10 CELL. JOHNSON WAS UNABLE TO GET FINKE TO RESPOND, REQUESTED ASSISTANCE AND MEDICAL STAFF. MEDICAL STAFF ARRIVED, CPR WAS STARTED AND FINKE WAS TRANSPORTED TO THE INFIRMARY. DR. GALLOWAY PRONOUNCED FINKE DEAD. JP BRADLEY, PCT 2, HELD AN INQUEST AND ORDERED AN AUTOPSY. FINKE WAS TRANSPORTED TO UTMB HOSPITAL, GALVESTON, TX, BY HUNTSVILLE FUNERAL HOME.

| TEAM CHIEF INITIAL _____ GJN | INVESTIGATOR'S SIGNATURE / DATE _X. Alexander_ 9-23-99 |
|---|---|
| CIOB INITIAL _____ | APPROVING AUTHORITY SIGNATURE / DATE _____ 10-3-99 |

IA-02C (Rev.10/97)

Plaintiffs' MSJ Appx. 4014

Texas Department Of Criminal Justice
## INTERNAL AFFAIRS DIVISION

## SUPPLEMENT OFFENSE REPORT

| OFFENSE: | IAD CASE NO.: |
|---|---|
| Death in Custody, 49.18 CCP | 99-1487TDCJ |
| LOCATION: | DATE OF OFFENSE: |
| Huntsville Unit | August 8, 1999 |
| VICTIM: | DATE OF SUPPLEMENT REPORT: |
| FINKE, Charles (Deceased) TDCJ-ID# 791418 | September 23, 1999 |

## CASE NARRATIVE:

At 12:20 p.m., August 8, 1999, Officer Tommie JOHNSON, SS# 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, was notifying all the offenders on 31A Row, to get ready to eat. Officer JOHNSON oberserved Offender Charles FINKE, TDCJ-ID# 791418, getting dressed when he walked by FINKE's cell. When Officer JOHNSON came back by FINKE's cell, he noticed FINKE laying on the floor against the wall. Officer JOHNSON had Officer Leonard CHENEVERT, SS# 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, notify the unit infirmary that an offender was down. Registered Nurse (RN) Mary PAIGE, SS# 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. arrived and started Cardiopulmonary Resuscitation (CPR). FINKE was transported to the unit infirmary. Huntsville/Walker County Emergency Medical Services was notified and responded to the unit infirmary. Doctor Carolyn GALLOWAY, Herman Hospital, was notified of FINKE's condition and ordered CPR stopped.

Justice of the Peace Amy BRADLEY, Precinct 2, arrived at 1:25 p.m., August 8, 1999, and held an inquest and signed an order for autopsy.

Investigator Mark COLE was notified at 12:25 p.m., August 8, 1999, and arrived at the Huntsville Unit at 1:00 p.m.. The investigator examined the body in the unit infirmary. The examination did not disclose any puncture, lacerations, abrasions or ligatures. The proper documentation was obtained and the body was released to representives of the Huntsville Funeral Home at 1:45 p.m.. The next of kin, Mr. Charles FINKE, 9845 Camden Drive, Ventura, CA (father) was notified by Officer TRACEY, Police Department, Ventura, CA, at 1:50 p.m., August 8, 1999.

A review of the Medical Records disclosed that Offender FINKE had a history for a depressive disorder. All complaints, injuries and treatment were documented in the medical records.

At 8:27 a.m., August 9, 1999, Doctor Judith ARONSON, Pathologist, Autopsy Service, University of Texas Medical Branch (UTMB), Galveston, Texas, performed the autopsy on Offender FINKE and listed the cause of death as Heat Stroke.

| INVESTIGATING OFFICER(S) | IS FURTHER ACTION REQUIRED? | STATUS OF CASE | CASE DISPOSITION |
|---|---|---|---|
| (1) | [ ] YES  [XX] NO | [XX] Cleared | [ ] Complainant Refused to Prosecute |
| (2) | | [ ] Not Cleared | [ ] Case Presented and Prosecution Refused |
| APPROVING SUPERVISOR | | [ ] Unfounded | [✓] Pending Prosecution |

IA-02CS (Rev. 09/97)

TDCJ-IAD SUPPLEMENT OFFENSE REPORT
IAD CASE NUMBER:   99-1487TDCJ

September 23, 1999
Page 2

## VICTIM(S) STATEMENT:
Deceased.

## SUSPECT(S) STATEMENT:

None.

## WITNESSES:

**JOHNSON, Tommie, SS# 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, COIII, Huntsville Unit:** can testify to seeing FINKE getting dressed and then finding FINKE laying down and calling for assistance.

**CHENEVERT, Leonard, SS# 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, COIII, Huntsville Unit:** can testiy that Officer BABCOCK notified him an offender was down and he called the infirmary.

**BABCOCK, THOMAS, SS# 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, COIII, Huntsville Unit:** can testify that Officer JOHNSON notified him an offender was down and he notified Officer CHENEVERT, who called for assistance.

**PAIGE, Mary, SS# 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, Registered Nurse, Huntsville Unit:**   can testify to responding to the scene and beginning CPR.

**DAVIS, Campbell, TDCJ-ID# 822537, Offender, Huntsville Unit:** can testify that he was the SSI and was handing out water and tea on 31A Row from 7:00 a.m. to 11:00 a.m. on August 8, 1999, and FINKE refused the drinks.

## EVIDENCE:

None

## ATTACHMENTS:

1.   Investigator's Report from Investigator COLE, dated August 8, 1999.

2.   Medical Records for Offender FINKE for seventy-two (72) hours prior to death.

3.   Order for Autopsy, issued by Justice of the Peace Amy BRADLEY, dated August 8, 1999.

4.   Statement of Officer JOHNSON, dated August 8, 1999.

5.   Statement of Officer CHENEVERT, dated August 8, 1999.

6.   Statement of Officer BABCOCK, dated August 8, 1999.

7.   Statement of RN PAIGE, dated August 9, 1999.

8.   Statement of Offender DAVIS, dated August 9, 1999.

9.   Travel Card pertaining to Offender FINKE.

10.   Two (2) photographs of body.

11.   Copy of Autopsy Number AU-99-00224, pertaining to Offender FINKE, dated September 21, 1999.


JWA



**Texas Department Of Criminal Justice**
**INTERNAL AFFAIRS DIVISION**

*99-1487*

**INVESTIGATOR'S REPORT**
**OF CUSTODIAL DEATH**

| IAD TRANSITORY NUMBER (if necessary) |
|---|
| 99-08-01 TDCJ |

| IAD CASE NUMBER | EAC NUMBER | OFFICIAL DATE & TIME OF DEATH | AUTOPSY ORDERED? |
|---|---|---|---|
| 99-1487 | I- | 08/08/99  12:36 AM ☐ P.M. ☒ | YES ☒ NO ☐ |

| DECEDENT NAME (Last, First, MI) | | RACE | SEX | AGE | D.O.B. |
|---|---|---|---|---|---|
| Finke, Charles Edward Jr. | | W | M | 38 | 06/24/61 |

| TDCJ-ID NUMBER | UNIT OF ASSIGNMENT | DATE & TIME FOUND |
|---|---|---|
| 79418 | Huntsville Unit | 08/08/99  12:20 AM ☐ P.M. ☒ |

| PLACE OF DEATH | CITY | COUNTY | ZIP CODE |
|---|---|---|---|
| Huntsville Unit Infirmary | Huntsville, TX | Walker | 77340 |

| J.P./M.E. NOTIFIED (Name) | PRECINCT # | DATE & TIME J.P./M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| ny Bradley | 2 | 08/08/99  1:25 AM ☐ P.M. ☒ | YES ☒ NO ☐ |

| PLACE OF INQUEST | DATE & TIME OF INQUEST |
|---|---|
| Huntsville Unit Infirmary | 08/08/99  1:25 AM ☐ P.M. ☒ |

**★ LOCATION, POSITION and SURROUNDINGS of BODY ★**

Offender in the Huntsville Unit Infirmary on a gurney. Offender had his TDCJ-ID issued pant on backwards.

**★ SUMMARY of HOW DEATH OCCURRED ★**

Offender found in cell 31A10 in Five Building (Single Cell) irresponsive. CPR was initiated. Offender taken to Huntsville Unit Infirmary CPR was continued. Walker County EMS was notified & arrived. CPR was continued. Dr. Carolyn Galloway Herman Hospital was notified & Dr. Galloway order CPR stopped. Offender had 106° temp axillary

| TRANSPORTING FUNERAL HOME | RECEIVING FUNERAL HOME |
|---|---|
| Huntsville Funeral Home | Huntsville Funeral Home |

| INVESTIGATOR SIGNATURE | TELEPHONE NUMBER |
|---|---|
| Ulrich W. Cole | 409-432-1661 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INTERNAL AFFAIRS DIVISION**
P.O. Box 4003 · Huntsville, TX  77342-4003
409/294-6716

IA-60 (Rev.10/97)

Plaintiffs' MSJ Appx. 4018

1,0

# INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
## (Continued)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE                                    INTERNAL AFFAIRS DIVISION

| IAD CASE NUMBER | DECEDENT NAME (Last, First, MI) | TDCJ-ID Number |
|---|---|---|
| 99-1487 | Finke, Charles Edward Jr. | 791418 |

## ★ CLOTHING WORN BY DECEDENT ★

None ☐          Pants ☑          Shoes (Boots) ☑          Jacket ☐

Belt ☐          Gown/Blouse ☐          Dress ☐          Other ☑

1 offwhite colored shirt / 1 grey colored sock / 1 - Black colored Boot

## ★ PROPERTY SENT WITH DECEDENT ★

None

## ★ MEDICAL HISTORY ★

Was Death Attended: Yes ☐   No ☑          Previous History of Illness: Yes ☐   No ☑

History of Suicide: Yes ☐   No ☑          HIV: Yes ☐   No ☑

| HOSPITAL NAME | ADDRESS | TELEPHONE |
|---|---|---|
| | | |

| PHYSICIAN CONTACTED (Name) | ADDRESS | TELEPHONE |
|---|---|---|
| Dr. Carolyn Galloway | Herman Hospital   Houston, TX | |

DIAGNOSIS:

Not Known

## ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN | ADDRESS | RELATIONSHIP |
|---|---|---|
| Norman Finke | 10422 Bolder Court, Ventura, Ca. | Brother |

| NEXT OF KIN NOTIFIED BY | TELEPHONE | DATE & TIME NOTIFIED |
|---|---|---|
| | | /   /          AM ☐ PM ☐ |

## ★ IDENTIFICATION ★

HOW: ☑ Inmate Records          ☐ Fingerprints

☐ Viewed At Hospital/Scene          ☐ Other _____

Identification Made By: Warden Timothy New

Relationship to Decedent: _____

## ★ DOCUMENTATION ★

☑ Order for Autopsy          ☑ Clinic Notes (last 72 hrs)

☑ ER Report (if available)    ☑ Copy of Travel Card

REPORT DISTRIBUTION: (Include Complete Documentation)

(1) Case File          (2) J.P.          (3) To Accompany Body

IA-60A (Rev. 10-97)

Plaintiffs' MSJ Appx. 4019

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** _Linker Charles_
**TDCJ No.:** _791418_
**Unit:** _Jm_

| Date & Time | Notes |
|---|---|
| 6-7-99- | 0830 No sleep deprived EEG Done. Pt slept all night. ate Caffiene free breakfast, alert + cooperitive. _B Howlett Lvn_ |
| 7/20/99 0730 | I/P scheduled for OPTH OPC, see notes under special section of brown chart — _B Johnson vn_ |
| 8/5/99 1500 | I/P to chain out by ___. Blue Chart, Brown Charts, Med MAR released to medical records. — _M Martin Lvn_ |
| 8/8/99 12:05 | Called to 5 bldg for pt "passed out." @ unresponsive & pulse & resp. neck, knees mottled. CPR started in route to Clinic. unable to insert oral airway - mouth stiff. neck + ® sites c̄ stiffness. Connected to monitor. flat linon 3 lead ECG. O2 to ambu for continued CPR. Security rank @ bedside accompanied to Clinic. |
| 8/8/99 12:15 | M. Moseley FNP Called instructed to Call 911. 911 Called. 12:30 Walker County here ē continued CPR. |
| 8/8/99 | 12:30 Dr Carolyn Galloway from Huntsville Hospital pronounced time of death per Paramedic Jeff Fritz, Field Supervisor. _M. ___ RN_ |
| 8/8/99 ___ | 12:50 C. Lengnecker RN DON notified of events. _M. Page, RN_ Security rank following up c̄ notifications. M Page |
| 8/8/99 13:00 | Judge Bradley here. _M Page, RN_ |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

TDCJ
FINKE, CHARLES EUGENE
RACE W SEX M DOB 06-24-61
DATE REC'D 07-18-97
DATE EXAM 07-22-97

Page:
Consolidated _____

## Master Problem List

BY: _____

| No. | Problem Title | Date (1) Onset | Date (2) Active | Resolution of Problem (3) Date, Comment & Initials |
|-----|---------------|----------------|-----------------|---------------------------------------------------|
| 1. | T.B. Class Ø ⟋ II | 7-20-97 | | _illegible_ CPX |
| 2 | Allergic to Penicillin Keflex 995.3 | 7-22-97 | | |
| ③ | Obesity 256 - 600" 2'80. | 7-22-97 | | |
| 4 | Crush injury to (R) index + middle finger | 7-22-97 | | _illegible_ |
| 5 | VBIM OD 20/70 OS 20/50 360 Corrected 20/40  20/30 | 7-22-97 | | |
| ✗ ⑥ | major depressive disorder recurrent _illegible_ | 7/24/97 | | |
| 7 | _illegible_ | 8/5/97 | | |
| 8 | R.P.R. ___ NR ___ | 7/9/97 | | |
| 9 | admit to JMontford Crisis Management | 5/05/99 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. "Date Onset" = Date when Evidence of the problem began.
2. "Date Active" = Date when the problem was recognized or formulated.
3. "Resolution" = Problem no longer considered to be active; A dated, initialed comment amplifies.

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

☆ HSM-11 (Rev. 4/92)

```
                        MEDICATION PASS                    06/10/1999

TDC NO.: 00791418                    NAME: FINKE,CHARLES EDWARD JR
UNIT:    JM                 HOUSING LOCATION: DORM B2              BED: 023


 DRUG                       PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
 VALPROIC ACID 250MG CAP    PETERSON,PHYLLI 05/25/99 06/23/99  0  0  00/00/00
    GIVE 2 CAPS PO Q PM -P
 BENZTROPINE MES 2MG TABLET PETERSON,PHYLLI 05/25/99 06/23/99  0  0  00/00/00
    GIVE 1 TAB PO Q PM -P
 ANTACID CHEWABLE TABLET    PETERSON,PHYLLI 05/25/99 06/23/99  0  0  00/00/00
    CHEW 2 TABS PO TID -P
 HYDROXYZINE 50MG           MATTISON,MYRON  05/26/99 06/24/99  0  0  00/00/00
    GIVE 100MG PO Q PM      (A.23111 E.8/24)
 DOXEPIN 25MG CAPSULE       CHAVEZ,MARINA   06/01/99 06/14/99  0  0  00/00/00
    GIVE 50MG PO Q HS
 CHLORPROMAZINE 100MG TABLET CHAVEZ,MARINA  06/09/99 06/22/99  0  0  00/00/00
    GIVE 1 TAB PO Q PM -P
```

Name: *Finkel Chades*    ID: *79 141*    08-AUG-99 10:27 HUNTSV
25mm/s   10mm/mV   100Hz

| | | | |
|---|---|---|---|
| I | aVR | V1 | V4 |
| II | aVL | V2 | V5 |
| III | aVF | V3 | V6 |
| II | | | |

Jupiter, Florida U.S.A.

II

Name: *Finkel, Chare*    ID: *79 141*    08-AUG-99 10:27
Med:
Age: 38   Ht: 70"   Wt: 260#
Sex:   Race:   Loc: 25   Room:

Cart:   6 Tech:

| | | |
|---|---|---|
| Vent. rate | 0 | BPM |
| PR interval | * | ms |
| QRS duration | 0 | ms |
| QT/QTc | 0/0 | ms |
| P-R-T axes | * 0 | 0 |

Pgm   109A/110    Unconfirmed
                  Referred by:

*** POOR DATA QUALITY, INTERPRETATION MAY BE ADVERSELY AFFECTED

Name: *Finkel Chades*
TDCJ No.: *79141#*
Unit: *Huntsville*

Date & Time

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Plaintiffs' MSJ Appx. 4023

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## EMERGENCY RECORD

DATE: 8/8/99   UNIT: _Drintsmill_   ER NUMBER: 99119

| TIME IN 12⁰⁰ | DR. CALLED 12²⁵ _Mosely FNP_ | MODE OF TRANSPORTATION _Stretcher_ | DR. ARRIVED 12³⁰ Walker Co EMS here | TIME OUT |
|---|---|---|---|---|

NAME (Last, First, Middle): _Finke, Charles_   TDCJ-ID #: _791418_

PATIENT'S UNIT ASSIGNMENT: HU   DOB: 8/24/61   AGE: 38   SEX: M   ALLERGIES: PCN/Reglan

CONDITION: ____ STABLE ____ GUARDED ____ SERIOUS __X__ CRITICAL

NURSE ASSESSMENT: 12²⁰ Called to 5 Bldg for pt "passed out". Unresponsive to verbal command. ⊘ resp ⊘ pulse. Skin mottled on face arms hands. CPR started & continued enroute to Clinic. Unable to insert Oral airway mouth & neck stiff. 12²⁵ M Mosely FNP notified to call 911. 911 called. 12³⁰ Walker Co EMS here & continued CPR. Pt connected to ECG Monitor. Pushed in sce

| | TIME | | 12³⁰ | | | |
|---|---|---|---|---|---|---|
| | TEMP | | 101.4 | | | |
| | B/P | 0 | 114/8 | | | |
| | PULSE | 0 | | | | |
| | RESP | 0 | | | | |

NURSE SIGNATURE: _M. Paquin_

HISTORY: _Major depressive disorder_

EXAMINATION: Found pt lying on back & legs on floor. Unresponsive to verbal command ⊘ resp ⊘ pulse face arms hands mottled. CPR started. Transferred to Clinic per stretcher.

J DATA: ⊘

DIAGNOSIS/IMPRESSION: Unresponsive

TREATMENT/ORDERS: 12²⁵ M. Mosely FNP Called - order to Call CPR 12³⁰ Walker Co EMS here. TO M Mosely FNP/MPaquin 12³⁰ Code called by Dr Carolyn Galloway, Huntsville hospital Jeff Fritz Paramedic Field Supervisor

| TIME | MEDICATION | DOSAGE | ROUTE | GIVEN BY | IV #1 | | TIME STARTED |
|---|---|---|---|---|---|---|---|
| | | | | | SOLUTION ADDITIVE | | |
| | | | | | RATE | | |
| | | | | | SITE | | |
| | | | | | GUAGE | | |
| | | | | | STARTED BY | | |
| | | | | | AMOUNT INFUSED | | |

DISPOSITION OF PATIENT: ____

SIGNATURES: ____
(RN/LVN/PA)        (PHYSICIAN)

**White** (Patient Health Jacket)   **Yellow** (Unit ER)   **Pink** (In-Patient Admission)

HSM - 16 (Rev. 6/92)



*Amy Bradley*

## Justice of the Peace

*Precinct 2*

ORDER FOR AUTOPSY

I, AMY BRADLEY, JUSTICE OF THE PEACE, PCT. TWO, WALKER COUNTY, TEXAS HEREBY ORDER
THE  UTMB - GALVESTON        OR ONE OF HIS DESIGNATED ASSISTANT MEDICAL
EXAMINERS TO PERFORM AN AUTOPSY ON THE BODY OF _Charles E. Tinke Jr._
TDC #791418
WHO DIED ON ___8-8-99___ IN HUNTSVILLE WALKER COUNTY TEXAS.

IT IS UNDERSTOOD THAT DUE CARE WILL BE TAKEN TO AVOID UNNECESSARY DISFIGURATION
OF THE BODY.

DATED THIS _8_ DAY OF _August_ . 19_99_ AT HUNTSVILLE IN
THE STATE OF TEXAS.

_Amy Bradley_
AMY BRADLEY
JUSTICE OF THE PEACE
PCT. TWO
WALKER COUNTY, TEXAS

AUTO-ME.ANY



**Texas Department Of Criminal Justice**
**INTERNAL AFFAIRS DIVISION**

## VOLUNTARY WRITTEN STATEMENT

VOLUNTARY STATEMENT OF  *Tommie L. Johnson*

GIVEN THIS  *8*  DAY OF  *August 8* , 19 *99*

at  *1130*  o'clock  *A*  M. My name is  *Tommie L. Johnson*

My address and telephone number are  *101 mutt young Road Huntsville, Texas*
*77340        409 2916163*

Sunday 1130 Am I officer T. Johnson Co3 was
assigned to 31-A-and-B. Officer Chenevert
was woking 31-A-and-B Keys. Officer Chenevert
told me officer Johnson get all the inmates
Ready For chow. I officer T. Johnson went
to 31-A-10 Cell Inmate Charles, Finkie 791418
to get Ready For chow. Inmate Finkie started
to get Ready and dress putting his clothes on,
For chow. After 2 or 3 minutes I went back
to inmate Finkie cell. The inmate was
Laying back against the wall on his bunk.
I told the inmate to get up 5 or 6 times
he did not move. I told officer Babcock
to call medical we have one down.

WITNESSES:                        PERSON MAKING STATEMENT:

*Dennis Maywald, Jr.*            *Tommie L. Johnson*
                                      Signature

                          Page  *1*  of  *1*  Pages

(A-3) (Rev. 09/97)

Plaintiffs' MSJ Appx. 4026



Texas Department Of Criminal Justice
INTERNAL AFFAIRS DIVISION

**VOLUNTARY WRITTEN STATEMENT**

VOLUNTARY STATEMENT OF *LEONARD D. CHENEVERT 462-02-163?*

GIVEN THIS *9* DAY OF *AUGUST* , 19 *99*

at *11:00* o'clock *AM* M. My name is *LEONARD D. CHENEVERT* .

My address and telephone number are *HUNTSVILLE UNIT*
*10TH STREET, HUNTSVILLE, TX 77340*

*I OFFICER L. CHENEVERT ON AUGUST 8, 1999
WHILE WORKING THE HALLWAY OF 5 BUILDING
ON THE BOTTOM SECTION AT APPROX. 11:30 AM
WAS NOTIFIED BY OFFICER BABCOCK ABOUT
AN INMATE FINKIE, CHARLES #791418 DOWN IN
HIS CELL. I CHENEVERT CALLED MEDICAL IMMEDIATELY
AND OUR SUPERVISOR LT. MAYWALD CAME TO OUR
AREA. I THEN ASSITED MEDICAL TO PICK UP
THE INMATE OUT OF HIS CELL. 31 A10.
MEDICAL STARTED CPR, THEN US (ALL OFFICERS)
CARRIED THE INMATE OUT OF THE CELL BLOCK.
AT THE TANK DOOR, ANOTHER OFFICER TOOK MY
POSITION WITH THE STRECHER. THEN I RESUMED
MY REGULAR DUTIES.*

WITNESSES:

PERSON MAKING STATEMENT:

Signature

Page *1* of *1* Pages

IA-33 (Rev 09/97)



Texas Department Of Criminal Justice
INTERNAL AFFAIRS DIVISION

## VOLUNTARY WRITTEN STATEMENT

VOLUNTARY STATEMENT OF _Thomas Babcock  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_

GIVEN THIS _9th_ DAY OF _August_ , 19 _99_

at _11:30_ o'clock _A_ M. My name is _Thomas Babcock_ .

My address and telephone number are _Huntsville Unit_

I was in the 31A Cell block to escort inmates to Chow. Officer Johnson called to me from 31A10 Cell that an inmate was down and to call medical. I shouted to Officer Chenevert to call for a medical emergency. I went to 31A10 cell and found the inmate lying in an awkward position on his bunk. The door to the cell was still locked, but I picked up the inmate ID, which was on the floor by the cell door.

I precided to get the 22 inmates in the cell block out of the way of the emergency. After medical arrived I took the 22 inmates to the chow hall.

WITNESSES:

_[signature]_

PERSON MAKING STATEMENT:

_Thomas A Babcock_
Signature

Page _1_ of _1_ Pages

IA-33 (Rev. 09/97.



Texas Department Of Criminal Justice
### INTERNAL AFFAIRS DIVISION

## VOLUNTARY WRITTEN STATEMENT

VOLUNTARY STATEMENT OF MARY PAGE    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

GIVEN THIS 8/9/99 DAY OF _____, 19____

at 12³⁵ o'clock pm M. My name is MARY PAGE

My address and telephone number are Huntsville Unit

MP Notified approximately 12³⁰pm that a patient was "passed out" at cell side 3/A-10. Patient unresponsive to Verbal command - no pulse, no respirations noted. Face, neck, arms, hands mottled. Pt lying on bunk on back with his feet on floor. CPR started - unable to insert oral airway / mouth stuff. Pt's head was turned to the left when found. Placed on back board transferred to gurney, then to ER area. CPR continued. Connected to O₂ to Ambu bag, ECG Monitor and a 12 lead ECG done. Lead II and 12 lead ECG - straight line. Lt Maygwald was at cell side. a security officer with doing CPR. 12²⁵pm M. Mosely, RNFNP was called, instructed to call 911 - 911 called. 12³⁰pm Walker County EMS here and continued CPR. Dr. Carolyn Galloway, Hermon Hospital called code @ 12³⁶pm. per Jeff Fritz paramedic field supervisor. Time of death 12:36 pm. 12⁴⁵ C. Longnecker RN DON notified of events. 1325 Judge Bradley here. Body released 1505 to Huntsville Funeral Home.    MP

WITNESSES:

_____

PERSON MAKING STATEMENT:

Mary Page
Signature

Page 1 of 1 Pages

[IA-33 (Rev. 09/97)]



Texas Department Of Criminal Justice
## INTERNAL AFFAIRS DIVISION

## VOLUNTARY WRITTEN STATEMENT

VOLUNTARY STATEMENT OF _Campbell Davis 822537_

GIVEN THIS _9th_ DAY OF _August_ , 19 _99_

at _12:58_ o'clock _P_ M. My name is _Campbell Davis_

My address and telephone number are _Huntsville Unit_

Cmd  I am SSI for rows 31 & 32A at The Walls
Unit. On Sunday, Aug. 8th I was working, having
began at 7:00am. I worked until 11:00am. And then went
To lunch. I returned around 11:40. Shortly after Ofc.
Johnson began pulling inmates out for lunch. I
assume the inmate in 10 cell did not respond. I was
not closeby at the time and did not notice anything
was wrong until a nurse and several officers
arrived, including Lt. Maywald. At that time
I ~~witnessed~~ witnessed the inmate being removed
by stretcher. Cmd
  Cmd That morning I made several trips past
10 cell while carrying out my duties, sweeping
and dispensing water to inmates. I carried
pitchers of water and called out as I walked the
aisle. If an inmate responded, I stopped and gave
him water. If not, I assumed he was asleep.
I was never stopped by 10 cell. I did not notice
anything wrong until they carried him out. Cmd

WITNESSES:                          PERSON MAKING STATEMENT:

_____           _____
                                    Signature

                                    Page _1_ of _1_ Pages

IA-33 (Rev. 09/97)

| FINKE, Charles Edward Jr.   (W) | 791418 | Theft $1,500-$20,000 | 5Y | IIB | 12 | Yes |
|---|---|---|---|---|---|---|
| Name | Number | Offense | Sent. | Class | Ed. | Plea |

| 03-23-2002 | 07-15-1999 | | | | | | | | Not Tested 93 | 36 | 6/24/61 | 7/31/97 JPG/cc | 02-05-97 JEWUAN MA None |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Max Expir | Minimum Expiration | | | | | | | | E.A./I.Q. | Age | DOB | Int./By | Religion |

| Travis | | 3/23/97 | 7/18/97 |
|---|---|---|---|
| | COUNTY | Sent. Beg. | Date Received |

Clerk (IV)   Cook   Laborer

**EMPLOYMENT**

| Inst. | Commits | Escapes |
|---|---|---|
| Prob | | |
| b Snt | 1REV | |
| u ls | 3 | |
| Reft'y | | |
| Det Hosp | | |
| Det Home | | |
| St Trans | 1 | |
| | | |
| Mil Pris | | |
| TDCJ-ID | 2,BW | |
| O/Pris | | |

CONDUCT:
Jail Good Time Credited From Sentence Begin Date
70th/72nd/73rd LEGISLATURE - MANDATORY SUPERVISION PROSPECT
L1 EFF:  03/23/97    W EFF:  03/23/97

07/18/97:  Ret'd Parole from Travis Co. w/new conv.  Rem. of
           sent. as TDCJ-ID #641407 is conc.

**Transfers & Assignments**

| DATE | UNITS | WORK |
|---|---|---|
| | FINKE, Charles Edward Jr. #791418 | |
| 11-4-97 | F1-20B | Schds 2 |
| 11-21-97 | F1, 21T | |
| 12-2-97 | NW29-18 | ERTKM |
| 1-20-99 | 6d | U5I |
| 1-25-99 | rec'd B1-30 | JM U1AMH |
| 2-1-99 | B1-55 | updt |
| 2-8-99 | B2-23 | updt |
| 2-15-99 | updt | WCPG/Jan Pod/10A-2P |
| 2-17-99 | D1-35 | updt |
| 7-19-99 | updt | WKPG155b |
| 3-6-99 | N31 A10 | MSRe/ |

COMMITTEE RECOMMENDATIONS:
10-3-97: Diag (trans) reason for
intake processing per UT AD Rec

Stevenson    L1
11/4/97 SBUCC (01) LI/MI/Re
12-5-97 KN UCC (01) rec: MI
12-15-97 KN UCC (1) rec: MI
12-10-98 KNUCC (66) rec: Promote to S4
Theft Over $1,500-$20,000 (1) (5 years conc.)

ILLNESS, INJURY OR DEATH - NOTIFY:
Norman Finke (BRO)
10422 Bolder Court, Ventura, CA    805-289-1908

RACE: WHITE      SEX: MALE      HEIGHT: 6'0"    WEIGHT: 275

COMPLEXION:  RUDDY      EYES: HZL      HAIR: BRN

NATIVITY: Bitburg, GE                    MARKS & SCARS:

BLIND RT EYE, TAT APRIL/TEARDROP OUTSD RT UPR ARM,
SOF/1 OUTSD LFT UPR ARM, OPER SCAR MID FNGR RT HAND,
OPER SC LWR RT BCK, OTHER TATS AND SCARS

DETAINERS:

Plaintiffs' MSJ Appx. 4031

NSFERS & ASSIGNMENTS  SUMMARY:

CONDUCT

| e | Unit | WORK |

#791418

Current DPS report indicates 5 arrests--admits 7 arrests
resulting in 1 short confinement Bexar County Jail for Robbery
With Deadly Weapon (allegedly robbed massage parlor clerk at
gunpoint, dismissed)--1 short confinement Travis County Jail
for Traffic Violations (time served)--1 short Travis County
Jail for Theft of Service $20-$500 (claims dismissed)--2 year
adult probated sentence McLennan County 1983 for Burglary of
Building (revoked as portion of first TDCJ-ID incarceration)--
XX/TDCJ-ID #397841 on a 4 year sentence from McLennan County
for 1 count of Unauthorized Use of Motor Vehicle, assigned
Coffield Unit, Line Class 1 MINIMUM-IN on 6/18/85, SAT 4
effective 4/17/85 on 7/1/85, assigned Coffield Unit Industrial
on 8/8/85, 8/20/85 RECORDS OFFICE CORRECTION RECEIVED CHANGE
SENTENCE BEGIN DATE FROM 5/14/85 TO 4/17/85, maintained a clear
record and released on Bench Warrant to McLennan County on
8/28/85; 10/1/85 returned from Bench Warrant to McLennan County
with new charges of 2 years concurrent for 1 count Burglary of
Building, assigned Coffield Unit, assigned Coffield Unit
Industrial on 10/16/85, maintained a clear record and released
on Parole to McLennan County on 11/12/85, received CLEMENCY
DISCHARGE on 4/17/89; as TDCJ-ID #641407 originally received
under N-Group #966328 on a 7 year sentence from Llano and
Travis Counties for 1 count each of Burglary of Building and
Theft $750-$20,000, assigned Marlin Detention Center on
12/23/92, maintained a clear record and transferred to TDCJ-ID
on 5/21/93 and assigned TDCJ-ID #641407, assigned Smith Unit
MINIMUM-IN SAT 4 effective 9/29/92 on 6/1/93, approved SSI
clerk mattress factory on 6/21/93, SAT 3W effective 9/29/92 on
8/16/93, MAC 12/93 1.0 on 1/12/94, SAT 2W effective 9/29/92 on
1/18/94, reassigned to Clements Unit for Therapeutic Community
Program on 4/7/94, maintained a clear record and released on
Parole to Travis County 1/19/95; 7/18/97 returned from Parole
from Travis County with a new conviction, remainder of sentence
as TDCJ-ID #641407 is concurrent, received at Holliday State
Transfer Facility, has maintained a clear record--RAT OF P.O.
"STUPIDITY"--claims contact with father, 1 sib, 2 children--
claims mother deceased--claims 1 marital failure with 1 child
involved--claims 1 child through illicit relations--claims
divorced--residence unstable--education claims 12--employment
claims clerk (Institutionally VERIFIED), cook, laborer--home
stability is poor due to death of mother at an early age and
previous marital failure--admits the use of MARIJUANA,
METHAMPHETAMINE beginning at the age of 21--admits the SALE of
MARIJUANA beginning at the age of 21--admits 1 SUICIDE attempt
at the age of 35 by OVERDOSING on VALIUM--current offense of
Theft $1,500-$20,000 involves the subject writing approximately
42 hot checks worth over $4,100 at various grocery and
department stores in Austin, Texas--good jail report from the
Travis County Jail Authorities--refer to D&E Classification
Summary--ALIAS NAME:  FINKE, Chuck; FINKE, Charlie--

THE FOLLOWING IS YOUR APPROVED \   ORS LIST:

```
CSIMF500           T.D.C.J. - INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                   DATE: 10/10/97       TIME: 10:43:28
                   EDWARD
NAME: FINKE,CHARLES EUGENE JR       TDC #: 791418   STAT/CUST: L1   MI UNIT: GR
HSNG ASSIGNMENT: ROW C2          TR CELL: 10   LAST VISITOR LIST CHANGE: 07 22 97
INMATE TYPE: ID
   01  NO REQUESTS MADE                   MO      KW
```

PRESS PF2 KEY TO CORRECT ERRORS OR TO BROWSE VISITORS FOR THE CURRENT MONTH

CHANGES WILL BE MADE ONLY AFTER APPLICATION TO THE UNDERSIGNED:        CONTACT VISIT ELIG. Y
CONTACT VISITS THIS MO:    0 LAST VISIT DATE:
REGULAR VISITS THIS MO:    0 LAST VISIT DATE:
SPECIAL VISITS THIS MO:    0 LAST VISIT DATE:        CHAIRMAN, STATE CLASSIFICATION COMMITTEE
ENTER NEXT TDCNO, WARDEN OR REQUEST: _____   BY: _____

on 5/21/93 and assigned TDCJ-ID #641407, assigned Smith Unit
MINIMUM-IN SAT 4 effective 9/29/92 on 6/1/93, approved SSI
clerk mattress factory on 6/21/93, SAT 3W effective 9/29/92 on
8/16/93, MAC 12/93 1.0 on 1/12/94, SAT 2W effective 9/29/92 on
_____ reassigned to Clements Unit for Therapeutic Community
_____ ed a clear record and released on
_____ d from Parole



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Institutional Division

791418
07/21/97 09:25:09                          07/21/97 09:24:55

ID Number: 791418
Date: 07/21/97
Name: CHARLES EDWARD FINKE JR

CL - 92 (2/91)                                                          J1237

Plaintiffs' MSJ Appx. 4033

| Transfers and Assignments | | | XXXCONDUCTXX    SUMMARY (cont'd.) |
|---|---|---|---|
| Date | Place | Work | |
| FINKE, Charles Edward Jr. | | | NO ENHANCED ADMISSION SUMMARY |
| | #791418 | | |
| | JACKET #1 | | DPS#:  2660443 |
| | | | FBI#:  553915V6 |
| | | | SSN:   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 |
| | | | DL#:   04064337 |

Travis countres for 4 count each of ........
Theft $750-$20,000, assigned to Ferguson Detention Center on
12/23/92, maintained a clear record and transferred to TDCJ-ID

93

*Patient Account:*  20003386-909
*Med. Rec. No.:* **(0150)9012314**
*Patient Name:*  **FINKE JR., CHARLES EDWARD**
*Age:*  38 YRS  *DOB:* 06/24/61 *Sex:* M  *Race:* C
*Admitting Dr.:* ARONSON MD,JUDITH F
*Attending Dr.:*
*Date / Time Admitted :*  08/09/99  0827
*Copies to :*

# UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:** AU-99-00224

**AUTOPSY INFORMATION:**
    Occupation: INMATE     Birthplace: UNKNOWN     Residence: HUNTSVILLE UNIT
    Date/Time of Death: 08/08/99  12:36  Date/Time of Autopsy: 08/09/99  11:00
    Pathologist/Resident: ARONSON/HAQ     Service: OUTSIDE TDCJ
    Restriction: NONE

### FINAL AUTOPSY DIAGNOSIS

| | | |
|---|---|---:|
| I. | Body as a whole: History of hyperthermia and sudden unexpected death. | C1 |
| | A. Lungs, bilateral: Congestion, edema, and multifocal hemorrhage | A1 |
| | B. Heart, epicardium: Multiple petechiae | A3 |
| | C. Blood: Myoglobinemia, consistent with rhabdomyolysis | A1 |
| |    1. Kidneys: Pigmented tubular casts, consistent with acute tubular necrosis | A1 |
| | D. Brain: Mild edema | A2 |
| | E. Brain: History of major depressive disorder, treated with phenothiazine and tricyclic antidepressants | C3 |
| | | |
| II. | Other findings: | |
| | A. Testis, right: Seminoma (3 x 2.5 cm) | A5 |
| | B. Kidney, right: Hydronephrosis, mild | A5 |

**CAUSE OF DEATH:**  Heat stroke
**MANNER OF DEATH:**  Accident

***TYPE: Anatomic(A) or Clinical(C) Diagnosis.*
*IMPORTANCE: 1-immediate cause of death (COD); 2-underlying COD;*
*3-contributory COD; 4-concomitant, significant; 5-incidental ****

*Patient Name:*     **FINKE JR., CHARLES EDWA**
*Patient Location:*  **AUTOPSY**
*Room/Bed:*  -
*Printed Date / Time:*  **09/21/99 - 0930**

*Page: 1*

Continued....

*Patient Account:*  20003386-909
*Med. Rec. No.:* **(0150)9012314**
*Patient Name:*  **FINKE JR., CHARLES EDWARD**
*Age:*  38 YRS  *DOB:* 06/24/61 *Sex:* M    *Race:* C
*Admitting Dr.:* ARONSON MD, JUDITH F
*Attending Dr.:*
*Date / Time Admitted :*   08/09/99   0827
*Copies to :*

# UTMB
## University of Texas Medical Branch
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683

### Pathology Report

## FINAL AUTOPSY REPORT
### Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

## CLINICAL SUMMARY:

The following clinical summary was obtained from TDCJ records and telephone conversation with TDCJ Investigator Mr. Alexander.

Charles Finke was a 38 year old white male, TDCJ inmate with a medical history significant only for depressive disorder.  His most recent medication list indicates that he was prescribed Valproic acid, Benztropine, Hydroxyzine, Doxepin, and Chlorpromazine.  A medical review prior to his scheduled release from prison on 8/9/99 indicated that he had no complaints. He was reportedly found pulseless and apneic in his cell on 8/8/99 at approximately 12:20 pm. He was allegedly last seen alive at 11:45 am on that same day.  At the time of discovery, the skin was mottled, and the arms and jaw had rigor mortis. Resuscitation attempts were made, but the patient could not be revived.  He was declared dead at 12:36 on 8/8/99.  Axillary temperature after packing with ice was noted to be 106 degrees F. A complete autopsy was performed on 8/9/99, approximately 23 hours after his demise.

LH /EJ
08/18/99

*Patient Name:*  **FINKE JR., CHARLES EDWARD**
*Patient Location:* **AUTOPSY**
*Room/Bed:* -
*Printed Date / Time:*   09/21/99 - 0930

Page: 2

Patient Account:  20003386-909
Med. Rec. No.: **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:  38 YRS   DOB: 06/24/61 Sex: M      Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :   08/09/99  0827
Copies to :

# UTMB
## University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
### Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-99-00224

## GROSS DESCRIPTION:

EXTERNAL EXAMINATION: The body is that of a 38 year old, well nourished, well
developed, white male, measuring 187 cm in length, and weighing approximately
95 kg.  There is rigor mortis present in the extremities, and there is fixed
dependent lividity on the back surface. The skin of the head, neck, arms, and
shoulders is purple and mottled.  The head is normocephalic with normal,
blonde short scalp hair.  The irides are brown with equal pupils measuring 3
mm in diameter.  The nares are patent with a little brown fluid exudate.  The
four upper front teeth are missing.  Buccal membranes are pale.  There is
normal male hair distribution with sparse hair over the lower extremities. The
chest does not have increased anterior-posterior diameter.  The abdomen is
flat.  Lymph node enlargement is not present in the supraclavicular, axillary
or inguinal regions.  Multiple petechiae are present on the right arm.  There
is a small (3 mm) abraded skin lesion on the left shoulder. Otherwise, the
extremities are unremarkable.  The genitalia are those of a normal
uncircumcised male. The spine shows moderate scoliosis. There is no external
evidence of significant trauma.

INTERNAL EXAMINATION: The body is opened using a standard Y incision and
reveals a 4.5 cm thick panniculus, and the thoracic and abdominal organs in
the normal anatomic positions.  The left pleural cavity contains < 20 ml
fluid, the right < 20 ml fluid.  There are no pleural adhesions on the right
or left sides.  The pericardial sac contains 50 ml blood stained clear
fluid.  The thymus is not identified.  No thromboemboli are found within the
large pulmonary arteries.  The abdominal cavity contains < 50 ml fluid.  There
are no adhesions between loops of bowel.

CARDIOVASCULAR SYSTEM: Heart: The heart weighs 320 gm.  The pericardium is
smooth, glistening, pale  tan with scattered petechial hemorrhages on the
epicardial surface.  Fresh sections stained with triphenyl tetrazolium
chloride (TTC) show no acute ischemic lesions.  The remaining myocardium is
homogeneous red-brown.  The endocardium is slightly congested diffusely.  The
left ventricle wall  is 1.2 cm thick at the junction of the posterior
papillary muscle and free wall, and the right ventricle is 0.2 cm thick 2 cm
below the pulmonic valve annulus, anteriorly.  The valve leaflets and cusps
are white, delicate and membranous.  Valve circumferences measured on the
fresh heart are: tricuspid valve 11.5 cm, pulmonic valve 8.0 cm, mitral valve
11.5 cm, and aortic valve 7.5 cm.  The foramen ovale is closed.
   Blood vessels: The coronary circulation is right dominant.  The apex is
supplied by the anterior descending coronary artery.  The coronary arteries
reveal mild atherosclerotic plaques with up to 40% stenosis of the right, and
left main located 1 cm from the origin.  There is no evidence of hemorrhage
within the plaques or thrombosis. The aorta exhibits mild atherosclerotic
changes with no ulceration.  The celiac, superior and inferior mesenteric,
renal and iliac arteries are normal.  The superior and inferior vena cavae and

Patient Name:  *FINKE JR., CHARLES EDWARD*
Patient Location: *AUTOPSY*
Room/Bed:  -
Printed Date / Time:  *09/21/99 - 0930*

Patient Account:  20003386-909
Med. Rec. No.: **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:  38 YRS   DOB: 06/24/61   Sex: M      Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :   08/09/99  0827
Copies to :

# UTMB
## University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

## Pathology Report

### FINAL AUTOPSY REPORT
#### Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

## GROSS DESCRIPTION:
their branches are normal in configuration without external compression and
are not distended with blood.

RESPIRATORY SYSTEM: Larynx and trachea: The laryngeal mucosa is white-tan and
smooth and the vocal cords are unremarkable.  The tracheal mucosa is
white-tan, smooth and no lesions.
   Lungs: The weight of the lungs is right 900 gm, left 800 gm.  The pleural
surfaces are tan-red and smooth.  Lividity is dorsal and level of lividity is
50% of lung volume.  The right lung is inflated with formalin and left lung is
examined fresh before sectioning.  Hilar dissection reveals the bronchial and
pulmonary arterial trees to be of normal configuration.  The bronchial mucosa
is diffusely congested and dusky appearing.  The hilar lymph nodes are
unremarkable.  The lung parenchyma is dark red, soft with fine porosity.
Scraping the cut surface with a scalpel blade yields scanty foamy fluid. There
is a peripheral, slightly firm, 1 cm, indistinct pale lesion in the right
middle lobe.

GASTROINTESTINAL TRACT: Esophagus: The esophageal mucosa is white-tan and
smooth.  The esophagus is firmly anchored to the diaphragm.
   Tongue: The tongue is removed and shows a finely granular surface with no
coating.
   Stomach and duodenum: The stomach contains < 100 ml chyme which is pale
brown thick fluid.  The wall displays normal rugae and the mucosa is white-tan
and soft, without lesions.  The duodenum has a tan, glistening mucosa with a
normal plical pattern, without lesions.
   Pancreas: The pancreas has a normal configuration of head and tail.  It
is gray-pink, lobulated and firm.  The pancreatic duct is patent.  The
pancreas cuts with a gritty sensation.
   Biliary tract: The gallbladder is present.  The gallbladder serosa is
gray-green and glistening.  The gallbladder contains 50 ml yellow-brown clear
bile and no stones.  The mucosa is yellow-brown, smooth.  The wall is
unremarkable.  The cystic duct, hepatic duct and common duct are patent, and
bile is expressed freely.
   Liver: The liver weighs 1300 gm.  Glisson's capsule is translucent.  The
cut surface has a homogeneous lobular pattern cuts with ease,  and does not
ooze blood.  The surface is tan-red, firm and display normal architecture
except a white lesion,  size < 1 cm, firm on the surface of the right lobe.
   Small bowel: The serosa is smooth, translucent with no adhesions.  The
mucosa is tan and glistening with normal plications.  The bowel wall reveals
no gross lesions.
   Large bowel: The serosa is smooth, translucent with no adhesions.  The
mucosa is tan, glistening and has no lesions.  There are no diverticula or
polyps present.  The appendix is present and is not obstructed.
   Rectum and anus: No lesions are noted and no abnormalities of the anal
opening are present.

Patient Name:   **FINKE JR., CHARLES EDWARD**
Patient Location: **AUTOPSY**
Room/Bed:     -
Printed Date / Time:   **09/21/99 - 0930**

Page:  4

Continued....

Patient Account:  20003386-909
Med. Rec. No.: **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:  38 YRS  DOB: 06/24/61  Sex: M    Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :   08/09/99  0827
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

### GROSS DESCRIPTION:

RETICULO-ENDOTHELIAL SYSTEM: Spleen: The spleen weighs 170 gm and the capsule
is gray-blue, transparent, smooth without capsular fibrosis or infarcts.  The
spleen is firm and the cut surface oozes blood.  The parenchyma is dark red
and firm with adequate white pulp.
    Lymph nodes: Lymph nodes in the mediastinum, abdomen and retroperitoneum
are unremarkable.  The cut surface shows normal architecture.
    Bone marrow: The thoracic and lumbar spine bone marrow samples show
normal red-tan bone marrow.  The marrow trabeculae  and cortical bone are
unremarkable.

GENITO-URINARY SYSTEM: Kidneys: The right kidney weighs 130 gm and the left
140 gm.  The capsules strip with ease to revealed tan-red, smooth cortical
surfaces.  The cut surfaces show well demarcated cortico-medullary
junctions.  The cortex varies from 0.9 to 1 cm in thickness; the medulla
varies from 4 to 5 cm thickness.  The renal pelvic mucosa is white-tan and
smooth.  The right renal pelvis is slightly enlarged.
    Ureters: The ureters are unobstructed and have a tan, smooth glistening
mucosa.  No periureteral fibrosis is noted.  The distal ureters are
probe-patent into the bladder.
    Bladder: The bladder is not dilated or contracted, and contains 30 ml
clear urine.  The mucosa is white, smooth and the bladder wall is
unremarkable.  A posttrigonal pouch is present.  The trigone has a normal
conformation.
    Prostate: The prostate is white pale, firm.  The cut surface reveals
normal granular surface without distinct architecture.  The seminal vesicles
are unremarkable.
    Testes: The right testis weighs 44.5 gm and the left 27.7 gm.  The tunica
albuginea is tan-white and glistening.  The cut surface reveals a soft,
tan-yellow parenchyma with tubules which string with ease.  The right testis
is infiltrated with a firm poorly circumscribed, firm white tumor, measuring 3
x 2.5 cm.

ENDOCRINE SYSTEM: Thyroid: The thyroid weighs 19.7 gm and is red-brown,
bosselated and glistening.  The cut surface is homogeneous, translucent and
red-brown.
    Parathyroids: There are four golden-brown, soft fragments of tissue
identified as possible parathyroids.
    Adrenals: The right adrenal weighs 15 gm and the left 20 gm.  The
adrenals have a normal conformation  and position.  Cut surface reveals a firm
golden yellow-brown cortices, with gray soft medullae.  The cortical thickness
is brown or golden.

BRAIN AND SPINAL CORD: The gyri and sulci display a normal pattern with mild
edema.  The meninges show no hemorrhage.  The circle of Willis, basilar and

Patient Name:  **FINKE JR., CHARLES EDWARD**
Patient Location: AUTOPSY
Room/Bed:    -
Printed Date / Time:   **09/21/99 - 0930**

*Patient Account:* 20003386-909
*Med. Rec. No.:* **(0150)9012314**
*Patient Name:* **FINKE JR., CHARLES EDWARD**
*Age:* 38 YRS  *DOB:* 06/24/61 *Sex:* M   *Race:* C
*Admitting Dr.:* ARONSON MD,JUDITH F
*Attending Dr.:*
*Date / Time Admitted :*   08/09/99  0827
*Copies to :*

# UTMB
## University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
### Pathology Report

## FINAL AUTOPSY REPORT
### Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

## GROSS DESCRIPTION:

vertebral arteries show mild atherosclerosis.  The brain is fixed in
formalin  for later examination by a neuropathologist (see neuropathology
report).  No indentation of the cingulate gyri, unci or molding of the
cerebellar tonsils are noted.

SPINAL CORD: The spinal cord  is not removed.

PITUITARY GLAND: The pituitary gland is removed and is  fixed in formalin for
subsequent  examination by a neuropathologist.


During the autopsy cultures from the blood were taken for bacteria.  Blood and
vitreous samples were submitted for toxicology and electrolyte tests
respectively.  Samples of liver, kidney, heart, lung and spleen were frozen
for potential further examination.

LH /EJ
08/10/99

*Patient Name:*  *FINKE JR., CHARLES EDWARD*
*Patient Location:* *AUTOPSY*
*Room/Bed:*         -
*Printed Date / Time:*   *09/21/99 - 0930*

*Page:*  6

Patient Account:   20003386-909
Med. Rec. No.:  **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:   38 YRS   DOB: 06/24/61  Sex: M      Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :   08/09/99  0827
Copies to :

# UTMB
## University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.:  AU-99-00224

## MICROSCOPIC DESCRIPTION:

HEART, Slide 2 (1 H&E): Diffuse interstitial edema and focal mild fibrosis is present.  There are a few small hemorrhages in the epicardium.

LUNGS, Slides 4,5, 21-24 (5 H&E): Congestion and hemorrhage in most of the alveoli present.  There are increased lymphocytes around pulmonary arteries and bronchi.  There are dilated interstitial lymphatic vessels and pulmonary alveolar fluid consistent with pulmonary edema.

KIDNEYS, Slide 7 left, Slide 25 right ( 2 H&E): Severe congestion and scattered petechial hemorrhage present.  A few pigmented granular casts present in tubules indicating acute tubular necrosis.

LIVER, Slide 11 (1 H&E): Unremarkable.

TESTIS, Slides 15 & 16 (2 H&E): Clear large and round-to-polyhedral seminoma cells present and divided into poorly demarcated lobules by delicate septa of fibrous tissue.  High magnification shows clear cells with distinct cell membranes and lymphocytes infiltrating the septa.  Adjacent testicular tissue is compressed, fibrotic, and atrophic.

ESOPHAGUS, Slide 8 (1 H&E): Unremarkable.

STOMACH, Slide 9 (1 H&E) and COLON, Slide 10 (1 H&E): Mucosal autolysis, otherwise unremarkable.

THYROID, Slide 1 (1 H&E) and PARATHYROID, Slide 18 (1 H&E):  No pathologic changes.

SPLEEN, Slide 13 (1 H&E):  Congestion and adequate white pulp.

PANCREAS, Slide 12 (1 H&E): Autolyzed.

PROSTATE GLAND, Slide 14, (1 H&E):  Focal chronic inflammation, otherwise no significant pathology.

ADRENAL GLAND, Slide 6 (1 H&E):  Congestion and focal hemorrhage.

POST-MORTEM LABORATORY TESTS:

Toxicology:
Drugs of Abuse Screen:
Urine Tricyclic Antidepressants     Positive

FPIA Screen:

Patient Name:  *FINKE JR., CHARLES EDWARD*
Patient Location: *AUTOPSY*
Room/Bed:        -
Printed Date / Time:  *09/21/99 - 0930*

Page: 7

Continued....

*Patient Account:*  20003386-909
*Med. Rec. No.:* **(0150)9012314**
*Patient Name:*  **FINKE JR., CHARLES EDWARD**
*Age:*  38 YRS  *DOB:* 06/24/61  *Sex:* M      *Race:* C
*Admitting Dr.:* ARONSON MD,JUDITH F
*Attending Dr.:*
*Date / Time Admitted :*   08/09/99   0827
*Copies to :*

# UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT
### Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

**MICROSCOPIC DESCRIPTION:**

| | |
|---|---|
| Serum valproic acid | 28 mcg/ml |

Common Basic Screen:

| | |
|---|---|
| Serum Amitriptyline | Negative |
| Serum Nortriptyline | Negative |
| Serum Doxepin | Negative |
| Serum Desipramine | Trace |
| Serum Imipramine | Negative |

Quantitative Tests:

| | |
|---|---|
| Serum alcohol, ethyl | 0.01% |
| Vitreous alcohol, ethyl | Negative |

Vitreous electrolytes:

| | |
|---|---|
| Glucose | 7 mg/dl |
| Sodium | 134 mEq/L |
| Potassium | 18.5 mEq/L |
| $CO_2$ | 14 meq/L |

Serum Myoglobin: 409045 ng/ml (reference interval, antemortem <110 ng/ml)

Cultures:
Venous blood:          Staphylococcus sp., coagulase negative (probably skin
                       contaminant)

LH /EJ
09/09/99

*Patient Name:*  **FINKE JR., CHARLES EDWARD**
*Patient Location: AUTOPSY*
*Room/Bed:*      -
*Printed Date / Time:*   **09/21/99 -0930**     *Page:* 8

Patient Account:  20003386-909
Med. Rec. No.:  **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:  38 YRS   DOB:  06/24/61  Sex:  M    Race:  C
Admitting Dr.:  ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :  08/09/99   0827
Copies to :

# UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

---

## NEUROPATHOLOGY CONSULTATION
### Neuropath Office (409)772-2881

Autopsy No.:  AU-99-00224

**CLINICAL HISTORY:**
This was a 38-year-old man TDCJ inmate.  He was found unresponsive.  The axillary temperature was reported to be 106 degrees F.

Pathologist/Resident: ARONSON/HAO      Service: OUTSIDE TDCJ

**GROSS DESCRIPTION:**
Brain, pachymeninges and pituitary gland are presented.  The brain is neither substantially atrophied nor swollen.  It is normally formed.  There is a hypoplastic posterior communicating artery, but otherwise the circle of Willis is normally formed.  Atherosclerosis is minimal.  The dura mater does not have any blood or abnormal markings on its surfaces.

When the brain is sliced coronally there are no focal lesions.  There is no hemorrhage.  There are no territorial infarcts.  There is a cavum septum pellucidum.

DICTATED BY: BENJAMIN B. GELMAN, M.D., PATHOLOGIST
08/27/99

**MICROSCOPIC DESCRIPTION:**
The sections confirm the gross impressions.

**SECTIONS TAKEN:**
B1) pituitary; B2) left frontal; B3) left hippocampus; B4) cerebellar vermis;

## FINAL DIAGNOSES:
**1. BRAIN:**
 - No gross abnormalities

**2. DURA MATER:**
 - No gross abnormalities

**3. PITUITARY GLAND:**
 - No gross abnormalities

BENJAMIN B. GELMAN, M.D., PATHOLOGIST
Division of Neuropathology .
(Electronic Signature).

Gross: 08/27/99
Final: 09/07/99

Patient Name:  *FINKE JR., CHARLES EDWARD*
Patient Location: *AUTOPSY*
Room/Bed:  -
Printed Date / Time:  *09/17/99 - 1601*

Page: *1*



Patient Account:  20003386-909
Med. Rec. No.: **(0150)9012314**
Patient Name:  **FINKE JR., CHARLES EDWARD**
Age:   38 YRS   DOB: 06/24/61 Sex: M      Race: C
Admitting Dr.: ARONSON MD,JUDITH F
Attending Dr.:
Date / Time Admitted :   08/09/99  0827
Copies to :

# UTMB
## University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
## Pathology Report

### FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:  AU-99-00224**

## CLINICOPATHOLOGIC CORRELATION:

This inmate died suddenly and unexpectedly in his prison cell.

Autopsy findings support the clinical impression of heat stroke.  Anatomic
findings compatible with this diagnosis are pulmonary hemorrhages and
epicardial petechiae (fatal heat stroke is associated with disseminated
intravascular coagulation),and acute tubular necrosis of the kidneys, with
prominent pigmented casts, consistent with myoglubinuria.  Post-mortem serum
myoglobin levels were extremely elevated, even if post-mortem autolysis is
factored in.  Together with the renal findings, this suggests that there was
significant rhabdomyolysis, a feature of heat stroke (1).  Significantly,
there was no evidence of clinically important coronary artery disease, or any
other potential cause of sudden death. Post-mortem toxicology was negative for
drugs of abuse or alcohol, and showed only the presence of small amounts of
prescription drugs that were noted in his clinical record.  Of note, both
phenothiazines and tricyclic antidepressants have been associated with
abnormalities of thermoregulation (2), and may have predisposed this otherwise
apparently healthy individual to  heat stroke.  Dehydration, which does not
necessarily accompany heatstroke, was ruled out by vitreous electrolyte
studies.

Combining the clinical settings of high body temperature, high ambient
temperature, pulmonary congestion, hemorrhage and edema, acute tubular
necrosis, the evidence of using tricyclic antidepressants and excluding other
possible causes of sudden death, we conclude that this individual died of heat
stroke. The manner of death is accidental.

References:

1. Dematte JE, et al.  Near-fatal heat stroke during the 1995 heat wave in
Chicago. Annals of Internal Medicine, 129:173-181 (1998).

2. Lomax P. and Schonbaum E.  The effects of drugs on thermoregulation during
exposure to hot environments. Progress in Brain Research 115:193-204 (1998).

LH /da
09/08/99

JUDITH F. ARONSON, M.D., PATHOLOGIST          (Electronic Signature)
LEI HAO, M.D.
09/20/99

Patient Name:  *FINKE JR., CHARLES EDWARD*
Patient Location: *AUTOPSY*
Room/Bed:    -
Printed Date / Time:   *09/21/99 - 0930*















offender C. Finke #791418
8-8-99
nuc   1:40pm



offender C. Finke #791418
8-8-99
nuc   1:40pm



offender Charles Finke Jr.
#791418
8-8-99
1:40pm



offender Charles Finke Jr.
#791418
8-8-99
1:40pm

99-1487TDCJ

offender C. Finke # 791418
8-8-99
MLC 1:40pm

offender C. Finke Jr. 791418
8-8-99
MLC 1:40pm

Photographs depicting Offender FINKE, TDCJ-ID# 791418, exposed August 8, 1999, by Investigator Mark COLE.





