ES/DPOM/03      AD0329-Attachment B          (rev. 4)

## TDCJ AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization from the TDCJ _James V. Allred_ Unit/Facility, to perform an autopsy on the body of the Offender named below. _Cardwell, John #1041651_

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of one _Cardwell John 1041651_ a _White male_, approximately _39_ Years of age, Date of Birth _09-01-1961_ Said Autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse. The deceased was pronounced dead at _1803 P_M. on this _04_ Day of _08_ Year _2001_.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in his Body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

Further, said body shall be transported to _Lubbock County Coroner_ By a representative of _Hampton Vaughn_ Funeral Home of _Wichita Falls_, Texas, Phone Number _940-767-1770_ or an associate of said Funeral Home. Upon completion of the said autopsy, the body should be relinquished to a representative of _Huntsville Funeral Home_ for transportation back to said city.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician
Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX  77340
(936) 437-3631
(936) 437-3638 (fax)

Date of Report: _08/04/2001_   Time: _2030_

Signed on this the _04_ Day of _08_, Year _2001_.

_____
Warden (or designee)

County _Wichita_
City _Wichita Falls_, Texas Zip Code _76301_

End AD-03.29 (rev. 4) Attachment B, TDCJ Autopsy Order

See Attachments A, C, and D

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1-25

ES/DPOM/03    AD0329-Attachment B        (rev. 4)

## TDCJ AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization from the TDCJ _James V Allred_ Unit/Facility, to perform an autopsy on the body of the Offender named below. _Cardwell, John # 1041651_

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of one _Cardwell, John 1041651_, a _White male_, approximately _39_ Years of age, Date of Birth _09-01-1961_. Said Autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse. The deceased was pronounced dead at _2038_ P.M. on this _04_ Day of _08_ Year _2001_.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in his Body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

Further, said body shall be transported to _Lubbock County Corner_ By a representative of _Hampton Vaughn_ Funeral Home of _Wichita Falls_, Texas, Phone Number _940-767-1710_, or an associate of said Funeral Home. Upon completion of the said autopsy, the body should be relinquished to a representative of _Huntsville Funeral Home_ for transportation back to said city.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician
Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631
(936) 437-3638 (fax)

Date of Report: _08/04/2001_   Time: _2030_

Signed on this the _04_ Day of _08_, Year _2001_.

_____
Warden or designee

County _Wichita_
City _Wichita Falls_, Texas Zip Code _76301_

End AD-03.29 (rev. 4) Attachment B, TDCJ Autopsy Order

See Attachments A, C, and D

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1-26

```
******************************************************************
*** REQUESTOR: EIV3792 - IVEY, ERNEST          ALLRED UNIT          ***
******************************************************************
***               S Y S M   O U T B A S K E T   P R I N T           ***

MESSAGE ID: 754724     DATE: 08/04/01  TIME: 10:35pm  PRIORITY: 000

SUBJECT:   I-06318-08-01
```

ON 08-04-2001 AT APPROXIMATELY 1803 HOURS OFFENDER CARDWELL,JOHN
#1041651,A 39 YEAR OLD WHITE MALE IN MINIMUM CUSTODY AT THE JAMES
V. ALLRED UNIT WAS PRONOUNCED DEAD BY DR.PHILLIP CHAPA,M.D. AT THE
UNITED REGIONAL HEALTH CARE SYSTEMS 11TH ST.CAMPUS,C.C.U. ROOM #8.
THE CAUSE OF DEATH IS PENDING THE RESULTS OF AN AUTOPSY ORDERED BY
ASST.WARDEN J. MOONEYHAM BY THE LUBBOCK COUNTY CORONERS
OFFICE,LUBBOCK,TEXAS.THE DUTY WARDEN,O.I.G.,REGION V DIRECTOR,THE
HUNTSVILLE FUNERAL HOME,UNIT CHAPLAIN AND THE NEXT OF KIN WERE
NOTIFIED.THE OFFENDERS FAMILY INTENDS TO CLAIM THE BODY AND HIS
PROPERTY AND HAVE BEEN INFORMED OF THE PROCEDURES IN ORDER TO DO SO.

NOTIFICATIONS:

```
1806  J.D. MOONEYHAM       ASSISTANT WARDEN
1817  T. ANDERSON          CHAPLAIN
1822  T. SMYTH             OFFICER OF THE INSPECTOR GENERAL
1825  J. STEVENSON         EAC
1900  MR. EDWARDS          UNIT HEALTH AUTHORITY
1910  T. CALLAHAN          SHERIFF
1910  B. SMITH             MEDICAL EXAMINER
1915  C. LEE               HUNTSVILLE FUNERAL HOME
1926  R. TREON             WARDEN
1930  DR. POTTER           UNIT HEALTH AUTHORITY
1937  MR. GILBERT          REGIONAL OFFICE
```

```
AUTHORITY: CAPTAIN E. IVEY
           JAMES V. ALLRED UNIT
           IOWA PARK, TEXAS

Sent to:   EAC               (list)              (to)
           JAIOC             (list)              (to)
           EIV3792           IVEY, ERNEST        (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I-27

McCollum v. Cardwell-503

# County of Wichita

OFFICE OF THE     THE STATE OF TEXAS     MEDICAL EXAMINER

Date _08/04/01_

Under provisions of Article 49.25 of the Texas Code of Criminal Procedure, I request that a complete autopsy be preformed by the Lubbock County Medical Examiner's Office in _Lubbock_, Texas, on the remains of _JOHN WESLEY Cardwell_, who died in Wichita County, Texas on the _4th_ day of _August_, 200_1_.

_Grady Smith_
Office of the Medical Examiner
Wichita County, Texas

Case Number _____

This death is being investigated by: (Check One)
____ Medical Examiner Office
____ Wichita Falls Police Department
____ Burkburnett Police Department
____ Iowa Park Police Department
____ Electra Police Department
____ Wichita County Sheriff's Department
____ Other _TDCJ_____

2 - 1

Copy of OIG case to Litigation Support on 06.26... by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum v. Cardwell 524

09/26/2001  13:25   8067431093          FORENSICPATHOLOGY                PAGE   02

# Texas Tech University Health Sciences Center
## Division of Forensic Pathology
3601 4th Street, Mail Stop 8122
Lubbock, Texas  79430-8122
(806) 743-2158

### AUTOPSY EXAMINATION REPORT

**Name:** John Wesley Cardwell            **Case No:** FA01-0541
**Approximate Age:** 39 Years             **Sex:** Male
**Height:** 5 Inches                      **Weight:** Pounds
                                          **Date:** August 6, 2001

**Autopsy Authorized By:**    Judge Grady Smith
                              Justice of the Peace
                              Wichita County, Texas

**CIRCUMSTANCES OF DEATH:** This 39 year old man was incarcerated. He was found unresponsive in his cell. He was diagnosed with heat stroke. He was transported to a hospital where a body temperature of 108.5 F. degrees was recorded on 7-16-01. He remained unresponsive throughout his hospital course. He progressively deteriorated and expired on 8-4-01. He had been transported to this prison facility in the morning of 7-16-01. The National Weather Service recorded a temperature of 103 F at approximately 5PM. The facility had no air conditioning. His skin was hot and dry. In addition, he was prescribed neuroleptic medication for recurrent major depression.

**DIAGNOSES:**

I.      Heat Stroke by clinical history.
        A.  Rhabdomyolysis by clinical history.
        B.  Bronchopneumonia.
        C.  Infarct of prostate.
II.     Mental depression by clinical history.
III.    Chronic alcoholism and drug abuse by clinical history.
        A.  Hepatitis C viral infection by clinical history
        B.  Cirrhosis of the liver.
        C.  Congestive splenomegaly.
IV.     Arteriosclerotic heart disease.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3~1

09/26/2001  13:25    8067431093                FORENSICPATHOLOGY                    PAGE  03

**CAUSE OF DEATH:** Heat Stroke

**CONTRIBUTING CAUSE OF DEATH:** Neuroleptic Medication (Resperidone) Administered for Mental Depression.

**MANNER OF DEATH:** To be determined by the Justice of the Peace.


Robert E. Lyon, D.O.                          Date
Forensic Pathologist
Deputy Medical Examiner

Jerry D. Spencer, M.D.                        Sept 18, 2001
Lubbock County Medical Examiner               Date

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3-2

**AUTOPSY REPORT  FA01-0541**
**CARDWELL, John Wesley**

# AUTOPSY EXAMINATION

**DATE AND TIME:** August 6, 2001 at 9:10 am.

**EXTERNAL EXAMINATION:** The body is that of a 66 inch, 229.6 pound, well developed, well nourished, white man appearing the stated age of 39 years. Rigor mortis is passing. Lividity is posterior, moderately developed, and partially fixed. The torso is cool.

The scalp hair is 1 inch long, black, and straight.  The irides are of indeterminate color.  The conjunctivae have numerous petechiae and small hemorrhages. The globes have moderate chemosis.  The teeth are natural and in good repair.  Facial hair is comprised of a black and gray mustache, and black and gray stubble distributed on the beard region at about 3-5 duration of growth.  The left earlobe has been remotely pierced twice. The body has anasarca. The external genitalia are those of a normally developed, circumcised adult male.  The anterior superior aspect of the left leg has small red crust.  The posterior lateral aspect of the left foot and lateral aspect of the right ankle have occasional, moderate sized, roughly rectangular red-tan cutaneous pressure ulcers penetrating to dermis.  The body has jaundice.

## SCARS:

1. The posterior aspect of the left forearm has a moderate length vertical oriented linear scar.
2. The lateral aspect of the left wrist has a moderate size roughly circular scar.
3. The posterior aspect of the left hand scar has a short thin curvilinear scar.
4. The posterior medial aspect of the right elbow has a horizontally oriented short linear scar.
5. The anterior aspect of the right thigh has an obliquely oriented short linear scar.
6. The left knee has two moderate length, roughly horizontally oriented linear scars.  The posterior aspect of the left forearm has a moderate size circular scar.

## TATTOOS:

1. The left aspect of the chest has a black tattoo of the name Judy with an asterisk on each side of the word, and above this the word and illegible curvilinear black tattoo.
2. The abdomen just to the right and left of the umbilicus each have a tattoo of a black illegible letter.
3. The right aspect of the chest has a black tattoo of a marijuana leaf.
4. The lateral aspect of the left arm has a black tattoo of a heart with a banner.
5. The posterior aspect of the left arm has a black tattoo of an illegible word oriented in a vertical array.

1

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3-3

**AUTOPSY REPORT FA01-0541**
**CARDWELL, John Wesley**

6. The posterior aspect of the right arm has a black tattoo of the word Natasha oriented vertically.
7. The posterior aspect of the left forearm has a black tattoo of a picture of the state of Texas within which is a Mickey Mouse like figure behind jail bars, and stars circumscribe the tattoo.
8. The posterior aspect of the right forearm has a black tattoo of a clown face.
9. The posterior aspect of the right hand has a black tattoo of a small cluster of lines.
10. The superior lateral aspect of the left thigh has a black tattoo of two adjacent letters S.
11. The anterior medial aspect of the left leg has a black tattoo of a spider web with a spider.
12. The medial aspect of the right ankle has a black tattoo of two illegible letters.

## THERAPEUTIC:

1. The left naris has a nasal gastric tube with its terminal end appropriately positioned within the stomach.
2. The anterior aspect of the neck has a tracheotomy tube.
3. The right clavicular region has an intravascular catheter with its terminal end positioned within the superior vena cava and connected to clear plastic bag labeled lytes in hepatosol 8% and a plastic bag labeled 0.9 % sodium chloride solution and containing an estimated 300 ml of remaining clear liquid. The anterior aspect of the right arm, and the anterior lateral aspects of the left wrist and anterior aspect of left 3rd, 4th, and 5th fingers each have a skin puncture (Comment: These findings are consistent with sites of previous intravascular catheters or venipunctures).
4. The anterior aspect of the torso and the anterior lateral aspect of the left forearm has electrocardiogram patches.
5. The right wrist has a clear bracelet bearing the name of the decedent and identification number.
6. The left fourth finger has a pulse oximeter.
7. The penis has a foley catheter with its terminal end appropriately positioned within the urinary bladder and connected to a collecting bag containing a few ml of yellowish green urine
8. The rectum has a catheter connected to a collecting bag containing a few ml of greenish liquid.

## INTERNAL EXAMINATION:

**HEAD:** The scalp has no contusions. The skull has no fractures. There are no epidural or subdural blood accumulations. The brain weighs 1,306 grams. The leptomeninges are thin. The

2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3-4

**AUTOPSY REPORT  FA01-0541**
CARDWELL, John Wesley

cranial nerves have no nodules . The cerebral arteries have no sclerosis. The external and cut
surfaces of the brain are unremarkable.

**NECK:** The cervical spine, the laryngeal cartilages, the hyoid bone, and the strap muscles of the
neck have no injuries.  The upper airways have a red congested mucosa and contain no foreign
material. The tongue has no contusions or bite marks.

**BODY CAVITIES:** The abdominal cavity contains an estimated 800 ml of clear amber liquid.
The right and left chest cavities and pericardial cavity have no liquid accumulations.  The
pneumothorax test is negative bilaterally.  The organs are normally situated, moderately congested
and have no abnormal odors.

**CARDIOVASCULAR:** The aorta is unremarkable. The vena cavea have no thrombi.  The
pulmonary trunk and arteries have no thromboemboli.  The great vessels and the chambers of the
heart are under filled and contain a moderate quantity of dark red liquid and clotted blood.  The
heart weighs 425 grams.   The epicardial surfaces are smooth and have a moderate quantity of fat.
The coronary arteries arise from normally situated, normal size ostia, and distribute in a right
dominant pattern.  The proximal part of the left anterior descending coronary artery has mild
atherosclerosis manifested by yellow soft  eccentric plaque with 20% focal stenosis.  Elsewhere the
main epicardial coronary arteries have mild atherosclerosis without obstruction. The myocardial cut
surfaces are red-brown with no gross evidence of fibrosis or necrosis.  The tricuspid, pulmonary,
mitral, and aortic valves are thin and unremarkable.  The chambers have no dilatation.

**LUNGS:** The left lung weighs 1,065 grams and the right lung weighs 1,184 grams.  The pleural
membranes are thin and unremarkable.  The cut surfaces are reddish-tan, firm and have occasional
tiny to small geographic zones of yellow consolidation.  The pulmonary arteries have no
thromboemboli. The bronchial mucosa is reddish-pink and congested.  No evidence of tumors,
infarcts, emphysematous changes, or pulmonary edema are identified.

**LIVER, GALLBLADDER AND PANCREAS:** The liver weighs 2,474 grams.  The
capsule is thin.  The cut surfaces are tan-green, firm and have micro nodular cirrhosis.  The
gallbladder is distended and contains an estimated 30 ml of thick green bile and has no stones.  The
pancreas has tan lobulated cut surfaces.

**HEMIC AND LYMPHATIC:** The spleen weighs 684 grams.  The capsule is thin.  The cut
surfaces are dark red and partial autolyzed.  The lymph nodes are not enlarged.  The thymus gland is
replaced by fat.   The vertebral marrow is dark red.

3

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3-5

AUTOPSY REPORT  FA01-0541
CARDWELL, John Wesley

**GENITOURINARY:** The left kidney weighs 202 grams and the right kidney weighs 173 grams. The cortical surfaces are smooth. The cut surfaces are red-brown and have the usual corticomedullary pattern.  The ureters have no dilatation.  The urinary bladder is not distended and contains no residual urine.  The prostate is moderately increased in size and the cut surfaces are reddish-tan-yellow, soft, and congested and has no nodules.  The seminal vesicles are unremarkable.  The testes have tan stringy cut surfaces.

**ENDOCRINE:** The pituitary, adrenal, and thyroid glands have no hyperplasia or nodules.

**DIGESTIVE:** The esophagus, stomach, and duodenum have no chronic ulcers.  The stomach contains approximately 25 ml of thin tan nondescript liquid.  The small and large intestines are unremarkable.

**MUSCULOSKELETAL:**   The clavicles, sternum, ribs, spine, and pelvis have no recent fractures.  The musculature is unremarkable.

**MICROSCOPIC DESCRIPTION:**

Lung: Cirrhosis. Collections of large pleomorphic hepatocytes with prominent nucleoli, suggestive of hepatocellular carcinoma.

Prostate: Infarct manifested by necrosis and marked acute inflammation.

Skeletal muscle: Unremarkable.

Lung: Anthracosis.  Bronchopneumonia manifested by pink proteinaceous material and sheets of neutrophils with karryorhexis in alveoli, necrosis of alveolar septa, reactive pneumocytes and fibroblast proliferation.  Organizing thrombus of small vessel.

Heart from posterior wall of left ventricle: Epicardium, myocardium, and endocardium, unremarkable.

## SPECIMENS AND EVIDENCE COLLECTED

1.   Photographs are taken.
2.   Vitreous, blood, bile, urine, gastric contents, liver and brain are retained.
3.   Routine tissue sections are submitted.

4

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2-6

09/26/2001  13:25   8067431093              FORENSICPATHOLOGY                    PAGE  08

**AUTOPSY REPORT  FA01-0541**
**CARDWELL, John Wesley**

<u>CONCLUSION:</u> The lungs had bronchopneumonia. The prostate had an acute infarct. The liver had cirrhosis. The spleen had congestive splenomegaly. The heart had arteriosclerotic heart disease. The clinically suspected myocardial infarct, and pseudomembranous colitis were not confirmed.

Based on all of the available information, John Wesley Cardwell died form heat stroke. Neuroleptic medications suppress central heat loss mechanisms and contribute to heat stroke. Therefore the neuroleptic medication administered for mental depression was a contributing cause of death.

5

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3-7



**Texas Department of Criminal Justice**
INTERNAL AFFAIRS DIVISION

# INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

IAD TRANSITORY NUMBER: (If necessary)

| IAD CASE NUMBER: | EAC NUMBER: | OFFICIAL DATE & TIME OF DEATH: | AUTOPSY ORDERED? |
|---|---|---|---|
| | I-06318-0801 | 08/04/01   6:03 ☐ AM ☒ PM | ☒ YES ☐ NO |

| DECEDENT NAME: (LAST, First, MI) | RACE: | SEX: | AGE: | DOB: |
|---|---|---|---|---|
| Cardwell, John Wesley | Whit | M | 39 | 09/01/1961 |

| TDCJ-ID NUMBER: | UNIT OF ASSIGNMENT: | DATE & TIME FOUND: |
|---|---|---|
| # 1041651 | James V Allred | 08/04/01   6:03 ☐ AM ☒ PM |

| DECEDENT ADDRESS: | CITY: | COUNTY: | ZIP CODE: |
|---|---|---|---|
| United Reg. Health Care Center CCV #8 | Wichita Falls, Tx. | Wichita | 76301 |

| J.P. / M.E. NOTIFIED: (Name) | PRECINCT # | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| M.E. Capt. Grady Smith | N/A | 8/04/01   7:10 ☐ AM ☒ PM | ☒ YES ☐ NO |

| PLACE OF INQUEST: | DATE & TIME OF INQUEST: |
|---|---|
| 11th Street Campus United Reg. Health Care Center | 08/04/01   7:45 ☐ AM ☒ PM |

★ LOCATION, POSITION and SURROUNDINGS of BODY ★

Offender Cardwell was officially pronounced dead at 6:03 p.m. by Dr. Phillip Chappa on 08/04/01 at the 11th Street Campus of URHCC in the Coronary Care Unit, Room #8. Offender Cardwell had been hospitalized since July 16, 2001, subsequent to being found in his cell unresponsive.

★ SUMMARY of HOW DEATH OCCURRED ★

On 08/04/01, at approx. 3:50 p.m., Offender Cardwell went into Cardiac Arrest and subsequent efforts to resuscitate Offender Cardwell were of no avail. Offender Cardwell had been hospitalized since 07/16/01, after being found unresponsive in his cell. Hospital Records indicate Pre-Arrest Diagnosis Heat Stroke - Multi System Failure

| TRANSPORTING FUNERAL HOME: | RECEIVING FUNERAL HOME: |
|---|---|
| Hampton Vaughan Funeral Home | Huntsville Funeral Home |

| INVESTIGATOR SIGNATURE: | TELEPHONE NUMBER: |
|---|---|
| OIG. Inv. II [signature] | OIG # 940 855-7477, ext. #143 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
INTERNAL AFFAIRS DIVISION
P.O. Box 4003 – Huntsville, TX 77342-4003
(936) 437-6716

IA-60 (11/23/1999)

Page 1 of 2

Copy of OIG case to Litigation Support on 06.26.2 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

4-1

# INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
## (Continued)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE                                    INTERNAL AFFAIRS DIVISION

| IAD CASE NUMBER: | DECEDENT NAME (LAST, First MI) | TDCJ-ID Number: |
|---|---|---|
| | *Cardwell, John Wesley* | #1041651 |

## ★ CLOTHING WORN BY DECEDENT ★

- [ ] None
- [ ] Pants
- [ ] Shoes/Boots
- [ ] Jacket
- [ ] Belt
- [x] Gown/Blouse
- [ ] Dress
- [ ] Other (list details below)

## ★ PROPERTY SENT WITH DECEDENT ★

*N/A*

## ★ MEDICAL HISTORY ★

| Was death attended? | [ ] Yes [x] No | Previous history of illness? | [ ] Yes [x] No |
|---|---|---|---|
| History of suicide? | [x] Yes [ ] No | HIV? | [ ] Yes [x] No |

| HOSPITAL NAME: *11th Str. Campus United Reg. Health Care Center* | ADDRESS: *11th Str. Campus United Reg. Health Care Center, W. Falls, Tx.* | TELEPHONE: *940 764-3310* |
|---|---|---|
| PHYSICIAN CONTACTED: (Name) *Dr. Phillip Chappa* | ADDRESS: *#1600 11th Street, W. Falls, Tx. 76301* | TELEPHONE: *940 764-3310* |

DIAGNOSIS:
*Cardiac Arrest*
*Asystole*          *#Pre-Arrest Diagnosis-Heat Stroke-Multi Syste Failure*

## ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: *(Mother) Mittie Messerli* | ADDRESS: *76708 2815 Winsor, Waco, Tx.* | TELEPHONE: *254 754-5467* |
|---|---|---|
| NEXT OF KIN NOTIFIED BY: (Name) *Chaplain Timothy Anderson* | TELEPHONE: *940 855-7477* | DATE & TIME NOTIFIED: *08/04/01  7:55* [ ] AM [x] PM |

## ★ IDENTIFICATION ★          ★ DOCUMENTATION ★

HOW:
- [x] Inmate Records
- [ ] Fingerprints
- [x] Viewed at Hospital/Scene
- [ ] Other

- [x] Order for Autopsy
- [x] ER Report (if available)
- [x] Clinic Notes (last 72 hrs)
- [x] Copy of Travel Card

*OIG Inv. II*
Verification Made By: (Name)          Relationship to Decedent:

REPORT DISTRIBUTION: (Include Complete Documentation)
(1) Case File          (2) J.P.          (3) To Accompany Body

IA-60 (11/23/1999)                                                    Page 2 of 2

Copy of OIG case to Litigation Support on 06.26.20 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

4-2



8-4-2001   CARDWELL, John
#1041651   TEL



8-4-2001      #1041651
CARDWell, John Wesley



8-4-2001      #1041651
CARDWell, John Wesley



8-4-2001      #1041651
CARDWell, John Wesley

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

5-1



8-4-2001      # 1041651
CARDWell, John Wesley



8-4-2001      # 1041651
CARDWell, John Wesley



8-4-2001      # 1041651
CARDWell, John Wesley



8-4-2001      # 1041651
CARDWell, John Wesley

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

5-2

C.D. Photographs of the Autopsy
of offender Cardwell.



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

5-61









UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61        039Y
00011324092       M



United Regional Health
Care System

**MEDICATION ADMINISTRATION RECORD**
**PRN MEDICATIONS**

PATIENT LABEL        Form # 6010/02 (Rev. 7/99)

DIAGNOSIS/SURGERIES: Heat Stroke

ALLERGIES: None

| | | | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 | 8/1 | 8/2 | 8/3 | 8/4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEDICATION ADMINISTRATION** | | | | | | | | | | | | |
| START 7/19 DC | Lacrilube prn | | 200 2e | | | | 1e 2e | 0800 KAG | 0900 KAG 16MT | | | |
| START 7/23 DC | Morphine 2-3 mg IVP q4° prn restlessness, ↑ agitation | | 2155 2e (2mg) | 0900 2e (2mg) | | | 2340 KAG (3mg) | 0400 (3mg) KAG | | | | |
| START 7/23 DC | Norcuron 3-(5)mg IV q3-4° prn Tachypnea | | | | | | | | | | | |
| START DC | NS 3mg IV q 4° | | | | | | | 0845 DMc 1230 DMc 1730 DMc | | | | |
| START DC | | | | | | | | | | | | |
| START DC | | | | | | | | | | | | |

| DATE | SINGLE DOSE AND STAT MEDICATIONS | DATE | TIME | INIT | DATE | SINGLE DOSE AND STAT MEDICATIONS | DATE | TIME | INIT |
|---|---|---|---|---|---|---|---|---|---|
| 7/31 | Motrin 600mg NG x 1 | 7/31 | 0600 | KAG | | | | | |
| 8/2/01 | 9 units Reg Ins to CPN | 8/2/01 | 09 | MT | | | | | |
| 8/3 | Albumin 50gm | 8/3 | 1450 | DMc | | | | | |
| 8/4 | Lasix 20mg IV | 8/4 | 0550 | BL | | | | | |
| 8/4 | Lasix 40mg IVP | 8/4 | 0800 | BL | | | | | |

| DATE | SIGNATURE KEY | INIT | DATE | SIGNATURE KEY | INIT |
|---|---|---|---|---|---|
| 7/24 | M M Wolf Rn | Mam | 7-30 | Z. Grossman  RN | KAG |
| 7/25/01 | S Edwardsha | JO | 8/4 | Melissa Tofa | MT |
| | | | 8/4 | Brown Rn | BL |
| 7/24 | G Farrell Rn | VP | 8-4 | S. Secrist Rn | SC |
| 7-30 01 | Gery Crossman Rn | FC | SITE CODES | | |

| SITE CODES | Anterior Thigh | Posterior Gluteal | Deltoid | Ventro Gluteal |
|---|---|---|---|---|
| | Right = A  Left = B | Right = C  Left = D | Right = E  Left = F | Right = G  Left = H |

☐ CONTINUED ON BACK

Copy of OIG case to Legal Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# of Forms In Use: 6-3

**United Regional Health Care System**

UNITED REGIONAL HEALTH CARE SYSTEM    11TH
36-24-04  [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y       M
00011324092
UNITED REGIONAL HEALTH CARE SYSTEM

## CODE 99 NURSES NOTES

*PRINT NAMES*

| MONTH | DAY | YEAR | TYPE OF EMERGENCY | PHYSICIAN PRESENT | TIME | NURSING STAFF PRESENT | TIME |
|---|---|---|---|---|---|---|---|
| Aug. | 4 | 2001 | ☑CARDIAC ARREST ☐BRADYCARDIA | Dr. Chiapa | 1755 | A. Todd RN | 1750 |
| | | | ☐ASYSTOLE ☐APNEA | Dr. Smeaton | 1755 | B. Lee RN | 1754 |
| | | | ☐V-TACH ☐SEIZURE | Dr. Anwar | 1755 | P. Chambliss | 1750 |

TIME CALLED 1803 1750
TIME BEGUN 1750
TIME ENDED 1750 1803
LOCATION/ROOM NO. CCU #8

CPR Started ✔  TIME 1750

RESPIRATORY THERAPY PRESENT: G. Kellison  TIME 1755

CHAPLAIN ☐YES ☑NO

**PROCEDURES: (CHECK IF PERFORMED)**
Trach in place to 7200

MOUTH-MASK ☐  TIME    AMBU ☑ 1750  TIME    INTUBATION ☐  TIME    TUBE SIZE
IV ☐    ABG ☐    CXR ☐

| Time | 1750 | 1755 | 1800 | 1803 |
|---|---|---|---|---|
| Pulse | 0 | | | |
| Respiration | vent | | | |
| B.P. | 0 | | | |
| Rhythm | Agonal | | | |
| Defib/joules | | | | |
| Epinephrine | | 1755 Bl | 1800 Bl | 1803 Bl |
| Atropine | 1750 Bl | | | |
| Lidocaine | | | | |

IV Drips: cc/mcg

ABG's

Pre Arrest Diagnosis: Heet Stroke / multi system failure

PATIENT SURVIVED: ☐YES ☑NO  TRANSFERRED TO:
CONSULTED PHYSICIAN NOTIFIED: ☑YES ☐NO

RECORDER'S SIGNATURE: Bob Garcia LVN II

Medication Nurse: Brandon Lee RN
Charge Nurse: Andy Todd RN

1. Place original in Patient's Chart.
2. Copy to Nurse Manager
3. Complete Critique

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form 8330/10 (Rev 10/00)

6-4

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-16-01   TIME:

① Admit to CCU Under Residency Program
Attending Dr. Szczerba

② Diagnosis: ① Heat Stroke

③ Condition: Guarder

④ Vitals: per cen, Call ROC if SBP >160 <90 DBP
>90 <60 PR >140 <50 RR >30 <10 T >38.5

⑤ Nursing: Seizure precaution, strict I&O, daily Weight

⑥ Diet: NPO

⑦ I.V Fluids: NS Line 1  500 cc/hr
Line 2  500 cc/hr

⑧ Medication: None

⑨ Allergies: Unknown

⑩ Labs: Cardiac Enzymes & EKG when pt
gets to the floor

Nemni

DATE: 7-16-01   TIME: 2135

- CXR in Am
- Unasyn 3 gr. I.v q 6 hrs.
- Cleocin 900 mg, I.v q 8 hrs
- Obtain Blood Culture "cancel"
- ABG Now please ② DONE CMP
- Δ I.v fluids to: First line KVO  second line
to 200 cc/hr after current bag is finished

FAXED

Copy of OIG Case to Litigators Support on 06:26.20 ... scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY. USE A BALL POINT PEN.



DATE: 7/16/01    TIME: 2330

1. Δ #1 IVF to ½ NS 1000 c̄ 1 amp NaHCO₃ to run at 200 cc/hr.
2. When NaHCO₃ hung, ↑ other IVF of NS @ 999 cc/hr.
3. Repeat 12 lead EKG due to artifact
4. Cardiac enzymes @ midnight.

VO. Dr Hassen / (2 Edmundson)

DATE: 7/17/01    TIME: 0045

1. Stat PCXR
2. Head CT in AM

VO. Dr Hassen / (2 Edmundson)

DATE:    TIME:

NOTED
3 Boxes

Copy of OIG case to Litigation Support on 06.26.20___ by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

6-6