# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## MENTAL HEALTH SERVICES

### INDIVIDUAL TREATMENT PLAN

NAME: _Coonan_        TDCJ # _164 16 51_        UNIT: HOLLIDAY  Date: _06/13/2007_

PRIMARY   DSM-IV   AXIS I & II   DIAGNOSTIC   IMPRESSIONS              DSM-IV CODE

AXIS I: _____   _291.74_
AXIS II: _____   _301.90_

### PROBLEMS/SYMPTOMS, GOALS AND TREATMENT PROGRAMS

**1**
GOAL: _____
TREATMENT PROGRAM: _____
FREQUENCY: _____      DURATION: _____
CLINICIANS NAME/TITLE: **MARCIANO LIMSIACO MD.**  SIGNATURE: _____
DATE(S) REVIEWED: _____   DATE RESOLVED: _____
OUTCOME: _____

**2**
GOAL: _____
TREATMENT PROGRAM: _____
FREQUENCY: _____      DURATION: _____
CLINICIANS NAME/TITLE: **STEPHEN GILLILAND MS.**  SIGNATURE: _____
DATE(S) REVIEWED: _____   DATE RESOLVED: _____
OUTCOME: _____

**3**
GOAL: _____
TREATMENT PROGRAM: _____
FREQUENCY: _____      DURATION: _____
CLINICIANS NAME/TITLE: _____   SIGNATURE: _____
DATE(S) REVIEWED: _____   DATE RESOLVED: _____
OUTCOME: _____

**4**
GOAL: _____
TREATMENT PROGRAM: _____
FREQUENCY: _____      DURATION: _____
CLINICIANS NAME/TITLE: _____   SIGNATURE: _____
DATE(S) REVIEWED: _____   DATE RESOLVED: _____
OUTCOME: _____

HSP - 4 (REV 12/97)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-10

DATE INTERVIEWED: 06 / 08 / 01

SCREENER'S INITIALS:

## TDCJ DIAGNOSTIC AND EVALUATION PROCESS
## DIAGNOSTIC SCREENING INTERVIEW

NAME: Cardwell, John Wesley          TDCJ #: 041651

DOB: 9 / 1 / 6          AGE: 37          SEX: ( ) MALE     ( ) FEMALE

PLACE OF BIRTH: Harlingen, TX          RACE: ( ) CAUCASIAN

OLD TDCJ #: 75-232-4002          ( ) AFRICAN-AMER.

PRIOR TDCJ INCARCERATIONS:          YES     NO          ( ) HISPANIC

PRIOR ASSIGNMENT TO CTC:          YES     NO          OTHER:

PRIOR ASSIGNMENT TO MROP:          YES     NO

ON PSYCH. SERVICES CASELOAD:          (YES)     NO

CURRENT OFFENSE: M.O.R. (UI.U) 9 yr

SPECIAL CONSIDERATIONS FOR INTERVIEWS:

( ) NONE

( ) SPANISH-SPEAKING ONLY

( ) HEARING/VISUAL IMPAIRED

( ) WHEELCHAIR/OTHER SIGNIFICANT MOBILITY PROBLEM

( ) SECURITY RISK

( ) OTHER:

FURTHER DIAGNOSTIC EVALUATION RECOMMENDED          ( ) YES     ( ) NO

REASON FOR REFERRAL:

( ) DISPLAYED SYMPTOMS OF PSYCHIATRIC ILLNESS

( ) HISTORY OF MENTAL HEALTH TREATMENT

( ) CURRENT SUICIDAL IDEATION

( ) PRIOR SUICIDAL GESTURE(S)

( ) DISPLAYED UNUSUAL BEHAVIOR

( ) AFFECTIVE DISTRESS NOTED

( ) UNUSUAL NATURE OF OFFENSE

( ) HIGH RISK FOR ADJUSTMENT PROBLEMS

( ) OTHER:

OTHER GENERAL COMMENTS:

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

9 - 11

CED-39 (REV. 594)

YES   NO

1. HOW ARE YOU FEELING? _____ Good

( )   ( ) 2. HAVE YOU EVER HAD ANY KIND OF MENTAL, EMOTIONAL, OR NERVE PROBLEMS?
DID YOU GET ANY TYPE OF COUNSELING?
FROM WHOM DID THEY COME FROM?
WHAT WAS IT FOR? _____ Bipolar
WHEN WAS IT? _____ 1988 — 1990 2yrs
WHERE WAS IT? _____ Millways Austin

( ) 3. HAVE YOU EVER TAKEN MEDICINE(S) PRESCRIBED FOR YOUR:
( ) NERVES ( ) MENTAL PROBLEMS, OR ( ) EMOTIONAL PROBLEMS?
SPECIFY THE MEDICATION: _____ Mellaril Trazadone Depakote
WHEN DID YOU TAKE THIS MEDICATION? _____ 1990 Present
BY WHOM WAS IT PRESCRIBED? _____
( ) PSYCHIATRIST _____ 1988 Present
( ) PHYSICIAN
( ) OTHER: _____
CURRENT PSYCHOTROPIC MEDICATION: _____ Celexa Doc & Pamelar

( )   ( ) 4. HAVE YOU EVER BEEN A PATIENT IN A MENTAL HOSPITAL?
WHY? _____ Evaluation
WHEN? _____ 1993  1 month   1990 2month  1990
WHERE? _____ Charter Austin   ASH   Austin Collier Lane

( )   ( ) 5. HAS ANY MEMBER OF YOUR FAMILY EVER HAD MENTAL OR EMOTIONAL PROBLEMS?
WHAT TYPE? _____ Sister Depression (att Suicide)

( )   ( ) 6. HAVE YOU EVER HAD A HEAD INJURY OR SEIZURE?
SPECIFY: _____ Fell Down Stair at 8yrs

( )   ( ) 7. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE?
HOW MANY TIMES? _____
HOW?  ( ) CUT ARM/WRIST   ( ) HANGING
( ) OD'ed ON _____ OTHER _____ Truck into
WHEN? _____ 1993 (hanging)  1996  Sept-Oct 1993
WHY? _____ Don't Know   Depressed   Marital Problems
WAS MEDICAL ATTENTION REQUIRED? ( ) YES   ( ) NO

( )   ( ) 8. HAVE YOU EVER HURT YOURSELF ON PURPOSE WHEN YOU WERE NOT TRYING TO COMMIT
SUICIDE?
HOW? _____ Hit Things w/ Fist

( )   ( ) 9. ARE YOU THINKING ABOUT HURTING OR KILLING YOURSELF NOW?

( )   ( ) 10. DO YOU HEAR THINGS THAT OTHER PEOPLE DO NOT HEAR?
SPECIFY: _____ Radio Sounds

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-12

## BEHAVIORAL OBSERVATIONS

YES  NO

(✓) ( ) 11. DO YOU SEE THINGS THAT OTHER PEOPLE DO NOT SEE?
SPECIFY: *Shadows*

(✓) ( ) 12. DO YOU BELIEVE THAT YOU HAVE ANY SPECIAL GIFTS OR SUPER POWERS THAT OTHERS DO NOT HAVE?
WHAT KIND? *Pass Messages To other People Talking Without*

13. WHAT KIND OF DRUGS DID YOU EXPERIMENT WITH OR USE ON A REGULAR BASIS?

( ) NONE ( ) BARBITURATES ( ) METHAMPHETAMINE (SPEED)
( ) HEROIN (✓) ACID ( ) INHALANTS *Paint, Gas*
( ) COCAINE ( ) HASH ( ) ALCOHOL
(✓) MARIJUANA (✓) PCP ( ) OTHER *Mushroom*

14. WHAT WAS THE LAST GRADE YOU COMPLETED IN SCHOOL? GRADE *8TH*
WHERE? (✓) USA ( ) MEXICO OTHER: _____
DO YOU HAVE A ( ) HIGH SCHOOL DIPLOMA ( ) GED

( ) (✓) 15. WHILE IN SCHOOL, WERE YOU EVER IN SPECIAL CLASSES?
WHY? _____
WHAT GRADE(S)? _____

(✓) ( ) 16. WERE YOU EVER PLACED IN A JUVENILE DETENTION CENTER, BOYS' HOME, OR OTHER GROUP HOME?
WHY? *McLennan Co. JDC  Runaway*

( ) (✓) 17. HAVE YOU EVER BEEN CONVICTED OF AN OFFENSE COMMONLY CONSIDERED TO BE IN THE CATEGORY OF SEXUAL OFFENSES?
IF YES, SPECIFY: _____

(✓) ( ) 18. HAVE YOU EVER, WITH LITTLE OR NO PROVOCATION, EXPERIENCED LOSS OF CONTROL OF YOURSELF THAT RESULTED IN SERIOUS ASSAULT TO SOMEONE OR DESTRUCTION OF PROPERTY?
*Sometimes*

( ) (✓) 19. HAVE YOU EVER BEEN A VICTIM OF CRIMINAL VIOLENCE? IF YES, SPECIFY:
_____
_____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-13

# BEHAVIORAL OBSERVATIONS

**APPEARANCE:** ( ) UNREMARKABLE   ( ) DISHEVELED   ( ) ODD

**HYGIENE:** ( ) GOOD   ( ) FAIR   ( ) POOR

**INTERACTION:** ( ) COOPERATIVE   ( ) LIMITED   ( ) UNCOOPERATIVE

**MOTOR BEHAVIOR:** ( ) WITHIN NORMAL LIMITS   ( ) RESTLESS   ( ) DID NOT MOVE

**SPEECH:** ( ) CLEAR   ( ) MUMBLES   ( ) SPEECH IMPEDIMENT

**RATE:** ( ) SPONTANEOUS   ( ) FAST

**MOOD:** ( ) WITHIN NORMAL LIMITS   ( ) SAD   ( ) IRRITABLE

( ) UNUSUALLY HAPPY   ( ) ANXIOUS   ( ) FRIGHTENED

**ALERTNESS:** ( ) ALERT   ( ) CONFUSED   ( ) DAZED   ( ) DISTRACTED

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-14

McCollum v Cardwell 4134

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MENTAL HEALTH SERVICES

## INFORMED CONSENT AND LIMITS OF CONFIDENTIALITY

By virtue of my signature on this form, I agree that my participation in mental health treatment is voluntary. I understand that I may discontinue treatment at any time and treatment may not be forced upon me unless I present an imminent threat to myself or others due to a mental disorder. I understand that the clinician providing treatment to me will fully explain the nature of the treatment, the treatment plan, the risks and benefits of treatment and the alternatives to treatment.

I understand the limits of confidentiality as described below:

The contents of a counseling, interview or assessment session are considered to be confidential. Both verbal information and written records about a patient cannot be shared with another party without the written consent of the patient or the patient's legal guardian. Noted exceptions are as follows:

1. When a patient discloses intentions or a plan to harm himself or another person, or to participate in activity which may jeopardize the safety of the institution, the clinician is mandated by law to report this information to the appropriate authorities

2. If a patient states or suggests that a child or vulnerable adult is in danger of abuse, the clinician is required to report this information to the appropriate authorities

3. In the event of a patient's death, the spouse or parents of the patient may have a right to access to the patient's medical records after proper documents are submitted in accordance with policies and procedures

4. TDCJ is required to release records of patients when a court order has been made

5. Information about patients may be disclosed in consultations with other professionals in order to provide the best possible treatment

6. Other health services staff have access to the information contained in the patient's medical record

7. The warden or designee may have access to a patient's medical record in the event of legitimate need

8. Members of the Board of Pardons and Paroles and their designees have access to the medical record.

I have read or had read to me, the above information in a language I understand. I agree that participation in mental health treatment is voluntary and understand the information contained in this form.

_John Cardwell_
Patient's Name (Printed)

_104 16 5)_
TDCJ #

_John Cardwell_
Patient's Signature

**STEPHEN GILLILAND, M.S.**
Clinician's Name (Printed)

_[Clinician's Signature]_
Clinician's Signature

_06 15 2001_
Date

HSP-3 (Rev. 12/97)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-15

TDCJ 1041651   06

CARDWELL, JOHN WESLEY
RACE W SEX M DOB 09-01-61
DATE REC'D   06-07-01
DATE EXAM   06-11-01

## PATIENT IDENTIFICATION

## HEALTH SERVICES
## DENTAL SERVICES RECORD

## INPROCESSING EXAMINATION

### MISSING TEETH; DISEASES; ABNORMALITIES



### DENTAL/MEDICAL HISTORY

Has a doctor every told you that you have:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| 1. Heart Problems | | ✓ | 9. Uncontrolled Bleeding | | ✓ |
| 2. Heart Murmur | | ✓ | 10. Stomach Ulcers | | ✓ |
| 3. High Blood Pressure | ✓ | | 11. Asthma/Respiratory Problems | | ✓ |
| 4. Diabetes | | ✓ | 12. Allergic to Medications | ✓ | |
| 5. Epilepsy | | ✓ | 13. Taking Medications | ✓ | |
| 6. Artificial Joints/Valves | | ✓ | 14. (Women) Pregnant | | |
| 7. Rheumatic Fever | | ✓ | 15. Other | | ✓ |
| 8. Hepatitis/Liver Disease | | ✓ | | | |

REMARKS:

#8 - C

#13 - Psych Meds
  For HBP

### PROVISIONAL PERIODONTAL TYPE

| CIRCLE ONE | I | II | III | IV |
|---|---|---|---|---|

X-ray used in this examination:  Panograph: ___  Other (specify) ___

If no pano taken during examination complete below:

### EXISTING RESTORATION & TREATMENTS



Serviceable existing prostheses? ___

| OVERALL PRIORITY | | | | | |
|---|---|---|---|---|---|
| CIRCLE ONE | 1 | 2 | 3 | 4 | 5 |

Place of Examination: **HOLLIDAY**

JUN 1 1 2001

Date/Time: ___

Signature of Dentist: DR. MICHAEL KIRKWOOD

7-16

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSD-3(REV.5/97)

McCollum/ Cardwell-137



MEDICATION PASS                                                    06/19/2001

TDC NO.: 01041651              NAME: CARDWELL,JOHN WESLEY
UNIT:   NF                  HOUSING LOCATION: C1              BED: 010

                           PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
DRUG                       DAO,HUNG T       06/11/01 08/09/01  0  2  12/07/01
ENGERIX-B VACCINE 20MCG
    INJECT 1 ML INJECT 1 TIME EVERY 60 DAYS FOR 60 DAYS.
RANITIDINE 150MG TAB       DAO,HUNG T       06/07/01 07/06/01  0  0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
HYDROCHLOROTHIAZIDE 25MG   DAO,HUNG T       06/07/01 07/06/01  0  0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
NORTRIPTYLINE 25MG CAPSULE  LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 2 CAPS EVERY HS (8:00PM) X 30 DAYS
BENZTROPINE MES 2MG TABLET  LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS
RISPERIDONE 2MG TABLET      LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS-(NF#412763)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/ Cardwell-138



MEDICATION PASS                                      06/13/2001

TDC NO.: 01041651              NAME: CARDWELL,JOHN WESLEY
UNIT:  NF              HOUSING LOCATION: DORM K8B           BED: 005

DRUG                       PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
EMBERIX-B VACCINE 20MCG     DAO,HUNG T     06/11/01 08/09/01  0  2  12/07/01
    INJECT 1 ML INJECT 1 TIME EVERY 60 DAYS FOR 60 DAYS.
RANITIDINE 150MG TAB        DAO,HUNG T     06/07/01 07/06/01  0  0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
HYDROCHLOROTHIAZIDE 25MG    DAO,HUNG T     06/07/01 07/06/01  0  0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
RISPERIDONE 2MG TABLET  &   LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS
NORTRIPTYLINE 25MG CAPSULE  LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 2 CAPS EVERY HS (8:00PM) X 30 DAYS
BENZTROPINE MES 2MG TABLET  LIMSIACO,MARCIA 06/13/01 07/12/01  0  2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



MEDICATION PASS                                06/11/2001

TDC NO.: 01041651                 NAME: CARDWELL,JOHN WESLEY
UNIT:   NF           HOUSING LOCATION: DORM K8B          BED: 005

DRUG                    PRESCRIBER     START DT EXP DATE RENEW FINAL EXP
RISPERIDONE 3MG TAB  #   OROCOFSKY,VASAN 06/07/01 06/13/01  0  0  00/00/00
     TAKE 1 TAB EVERY HS (8:00PM) X 7 DAYS
NORTRIPTYLINE 75MG CAPSULE  OROCOFSKY,VASAN 06/07/01 06/13/01  0  0  00/00/00
     TAKE 1 TAB EVERY HS (8:00PM) X 7 DAYS

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/ Cardwell-139



MEDICATION PASS                                    06/11/2001

TDC NO.: 01041651                    NAME: CARDWELL,JOHN WESLEY
UNIT:   NF                HOUSING LOCATION: DORM K8B           BED: 005

DRUG                    PRESCRIBER       START DT EXP DATE RENEW FINAL EXP
RISPERIDONE 3MG TAB  #       ORDCOFSKY,VASAN 06/07/01 06/13/01  0  0 00/00/00
    TAKE 1 TAB EVERY HS (8:00PM) X 7 DAYS
NORTRIPTYLINE 75MG CAPSULE   ORDCOFSKY,VASAN 06/07/01 06/13/01  0  0 00/00/00
    TAKE 1 TAB EVERY HS (8:00PM) X 7 DAYS
ENGERIX-B VACCINE 20MCG      DAO,HUNG T      06/11/01 08/09/01  0  2 12/07/01
    INJECT 1 ML INJECT 1 TIME EVERY 60 DAYS FOR 60 DAYS
RANITIDINE 150MG TAB         DAO,HUNG T      06/07/01 07/06/01  0  0 00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS
HYDROCHLOROTHIAZIDE 25MG     DAO,HUNG T      06/07/01 07/06/01  0  0 00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/ Cardwell-140

MEDICATION PASS                                06/29/2001

)C NO.: 01041651                    NAME: CARDWELL,JOHN WESLEY        CELL: 14
IT:    GR              HOUSING LOCATION: B1

                              PRESCRIBER       START DT EXP DATE RENEW FINAL EXP
RUG
IGERIX-B VACCINE 20MCG     DAO,HUNG T      06/11/01 08/09/01   0   2  12/07/01
    INJECT 1 ML INJECT 1 TIME EVERY 60 DAYS FOR 60 DAYS.
NITIDINE 150MG TAB        DAO,HUNG T        06/07/01 07/06/01   0   0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
(DROCHLOROTHIAZIDE 25MG      DAO,HUNG T  --  06/07/01 07/06/01   0   0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
)RTRIPTYLINE 25MG CAPSULE  LIMSIACO,MARCIA 06/13/01 07/12/01   0   2  09/10/01
    TAKE 2 CAPS EVERY HS (8:00PM) X 30 DAYS
ENZTROPINE MES 2MG TABLET  LIMSIACO,MARCIA 06/13/01 07/12/01   0   2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS
ISPERIDONE 2MG TABLET  ‡  LIMSIACO,MARCIA 06/13/01 07/12/01   0   2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS-(NF‡412763)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-20

McCollum/Cardwell 4141

MEDICATION PASS                                    06/29/2001

TDC NO.: 01041651                        NAME: CARDWELL,JOHN,WESLEY
UNIT:    GR              HOUSING LOCATION: B1                    CELL: 14

DRUG                         PRESCRIBER        START DT EXP DATE RENEW FINAL EXP
ENGERIX-B VACCINE 20MCG      DAO,HUNG T        06/11/01 08/09/01   0   2  12/07/01
    INJECT 1 ML INJECT 1 TIME EVERY 60 DAYS FOR 60 DAYS.
RANITIDINE 150MG TAB         DAO,HUNG T        06/07/01 07/06/01   0   0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
HYDROCHLOROTHIAZIDE 25MG     DAO,HUNG T        06/07/01 07/06/01   0   0  00/00/00
    TAKE 1 TABLET 1 TIME EVERY DAY FOR 30 DAYS.
NORTRIPTYLINE 25MG CAPSULE   LIMSIACO,MARCIA   06/13/01 07/12/01   0   2  09/10/01
    TAKE 2 CAPS EVERY HS (8:00PM) X 30 DAYS
BENZTROPINE MES 2MG TABLET   LIMSIACO,MARCIA   06/13/01 07/12/01   0   2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS
RISPERIDONE 2MG TABLET   #   LIMSIACO,MARCIA   06/13/01 07/12/01   0   2  09/10/01
    TAKE 1 TAB EVERY HS (8:00PM) X 30 DAYS-(NF#412763)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-21

McCollum v. Cardwell 4142

```
**********************************************************************
** REQUESTOR: NFMEDM5 - GILLILAND, STEPHEN   HOLLIDAY UNIT       ***
**********************************************************************
**                 S Y S M   I N B A S K E T   P R I N T         ***

ESSAGE ID: 412763C    DATE: 06/19/01  TIME: 10:05am  PRIORITY: 000

'0:        NFMEDM5 - GILLILAND, STEPHEN
           ASSOCIATE PSYCHOLOGIST IV
           HOLLIDAY UNIT
           295 I-45 N
           HUNTSVILLE, TX 77340-2958


ROM:       J4MEDMK - A2/B2 ADMINISTRATION

           JESTER IV UNIT
           RICHMOND, TEXAS 77469



SUBJECT:   NONFORMULARY CONSULT NF


'0  DR AMADEO
ER  M. PONDROM, PHARM.D.

APPROVAL

CARDWELL, JOHN  1041651 NF
RISPERIDONE UP TO 6 MG/D
ADD, RECURRENT WITH PSYCHOSIS

ROM CO JAIL ON MED, WILL CONT TX

Sent to:  NFMEDM5            GILLILAND, STEPHEN           (to)
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-22

TDCJ 1041651  05

CARDWELL, JOHN WESLEY
RACE W SEX M DOB 09-01-61
DATE REC'D 06-07-01
DATE

Page
Consolidated _____
BY: _____ Date _____

# Master Problem List

| No. | Problem Title | Date (1) Onset | Date (2) Active | Resolution of Problem (3) Date, Comment & Initials |
|---|---|---|---|---|
| 1 | TB CLASS  15ram | 6/3/01 | | CXR Medical |
| 2 | 1112 HIV HIGH RISK SCREENING | 6/11/01 | | |
| 3 | NKDA | 6/1/01 | | |
| 4 | Hep B Vaccine | 6/1/01 | | 6/1/01 |
| 5 | HTN  2019 | 6/1/01 | | |
| 6 | HCV  105A | 6/1/01 | | |
| 7 | | 6/1/01 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. "Date Onset" = Date when Evidence of the problem began.
2. "Date Active" = Date when the problem was recognized or formulated.
3. "Resolution" = Problem no longer considered to be active; A dated, initialed comment amplifies.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED DISTRIBUTION PROHIBITED

**Texas Department of Criminal Justice**
## INSTITUTIONAL DIVISION

723

☆ HSM-11 (Rev. 4/92)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SUMMARY FOR CLASSIFICATION

10:19:14
06/11/2001

NAME: CARDWELL,JOHN WESLEY
TDCJ#: 01041651  SID#: 03055666
UNIT: NF      HOUSING: K8B-005
JOB: UANSGN PROCESSED

DOB: 09/01/1961        P U L H E S
WGT: 213 LBS
HGT: 5'04"            |3|1|1|1|2|3|
                     |E|A|A|A|B|N|
                     |P| | | |P|T|

## I.  UNIT OF ASSIGNMENT (CHECK ONE)
X  A. NO RESTRICTION
__ B. REGIONAL MEDICAL FACILITY
__ C. EXTENDED CARE FACILITY
__ D. PSYCHIATRIC CARE FACILITY

__ E. BARRIER-FREE FACILITY
__ F. SINGLE LEVEL FACILITY
SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
SUITABLE FOR SAIP FACILITY?        X YES__NO

## II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)
X  1. NO RESTRICTION
__ 2. SINGLE CELL ONLY
__ 3. DOUBLE CELL ONLY
__ 4. SPECIAL HOUSING (HOUSING WITH
      PATIENT WITH LIKE MEDICAL CONDITION
__ 5. CELL BLOCK ONLY

B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION
__ 2. LOWER ONLY

C. ROW ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY

## III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__  1. MEDICALLY UNASSIGNED
__  2. PSYCHIATRICALLY UNASSIGNED
__  3. SEDENTARY WORK ONLY
__  4. FOUR HOUR WORK RESTRICTION
__  5. FOUR HOUR LIMITED WORK RESTRICTION
__  6. EXCUSE FROM SCHOOL
__  7. LIMITED STANDING
__  8. NO WALKING > ____ YARDS
__  9. NO LIFTING ( ) ____ LBS.
__ 10. NO BENDING AT WAIST
__ 11. NO SQUATTING
__ 12. NO CLIMBING
__ 13. LIMITED SITTING
__ 14. NO REACHING OVER SHOULDER

__ 15.NO FOOD SERVICE
__ 16.NO REPETITIVE USE OF HANDS
__ 17.NO WALKING ON WET UNEVEN SURFACES
00 18.DO NOT ASSIGN TO MEDICAL
__ 19.NO WORK IN DIRECT SUNLIGHT
00 20.NO TEMPERATURE EXTREMES
__ 21.NO HUMIDITY EXTREMES
__ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
__ 23.NO WORK WITH CHEMICALS OR IRRITANTS
__ 24.NO WORK REQUIRING SAFETY BOOTS
__ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
__ 26.NO WORK EXPOSURE TO LOUD NOISES
__ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS

## IV.  DISCIPLINARY PROCESS (CHECK ONE)
X  A. NO RESTRICTIONS
__ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

## V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
X  A. NO RESTRICTION
__ B. MEDICAL REPRESENTATIVE REQUIRED
__ C. PSYCH REPRESENTATIVE REQUIRED

## VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X  A. NO RESTRICTION
__ B. EMS AMBULANCE
__ C. WHEELCHAIR VAN
__ D. VAN (SOUTHERN REGION ONLY)

A.SHABAAZ        N.P.        06/11/2001
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

HSM-18(REV.11/95)

Copy of OIG case to Litigation Support on 06.26.2013 by stm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-24

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

**ABSTRACT OF IMMUNIZATIONS
TUBERCULIN SKIN TESTS**

NAME: _____
CARDWELL, JOHN WESLEY
TDCJ-ID#: _____
RACE W SEX M DOB 08-01-6
DATE REC'D 06-07-01
DATE EXAM 06-11-01
UNIT: _____

J 1041651 Cm

| DATE GIVEN | MANTOUX P.P.D. | | | | |
|---|---|---|---|---|---|
| | MFG/LOT # | DATE READ | MILLIMETERS OF INDURATION | SIGNATURE/TITLE | |
| 06/11/01 | PARKDALE 01231P | 6/13/01 | 15 mm | H.T.DAO,M.D. | |
| DN RW | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE GIVEN | TETANUS TOXOID VACCINATION & DIPTHERIA | | | |
|---|---|---|---|---|
| | MFG/LOT # | DOSE | REACTION | SIGNATURE/TITLE |
| | | | | |
| | | | | |
| | | | | |

| DATE GIVEN | TETANUS BOOSTERS | | | |
|---|---|---|---|---|
| | MFG/LOT # | DOSE | REACTION | SIGNATURE/TITLE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE GIVEN | OTHER VACCINATIONS | | | | |
|---|---|---|---|---|---|
| | MFG/LOT # | DOSE | TYPE | REACTION | SIGNATURE/TITLE |
| 6/13/01 | 1071 K | 0.5ml | Pneumococal | NR ∅ | D. Little RN |
| 6/11/01 | ENGERIX-B 5183A4 | 20mcg | HEP.B.VAC. | NR | H.T.DAO, MD |
| DN RW | | | | | 7-25 |

Copy of OLG Case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TCCJ  1341871  Cx
CARDWELL JOHN  **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
RACE W TEX MACG TX 01-6 **INSTITUTIONAL DIVISION**
DATE PHTO CR-07
DATE OF RPT

# TUBERCULOSIS HISTORY AND CLASSIFICATION

1.   Age _39_
2.   PPD _15_ mm  Date _6/3/0_
3.   Chest x-ray:  Within normal limits _____  Abnormal _____  Date _____
4.   _NO_ History of previous exposure to TB
       Name _____  Start Date _____  End Date _____
       Name _____  Start Date _____  End Date _____
       Name _____  Start Date _____  End Date _____
5.   History of chemoprophylaxis
       Start date _____  End date _____  # months continuous treatment _____
6.   History of chemotherapy
       Start date _____  End date _____  # months continuous treatment _____
7.   _____ Prolonged steroid therapy
8.   _____ Prolonged immunosuppressive therapy
9.   _____ Reticuloendothelial or hematologic diseases, such as leukemia and/or Hodgkin's Disease
10.  _____ Diabetes Mellitus
11.  _____ Silicosis
12.  _NO_ Post-gastrectomy or other clinical situations associated with malnourishment
13.  _NO_ Chronic hemodialysis
14.  _YES_ Acute hepatitis
15.  _NO_ HIV seropositive
16.  _NO_ Prior IV drug abuse
17.  _NO_ Male to male sexual contact

_____ Class O: No TB exposure, not infected       INMATE NAME:_____
_____ Class 1: TB exposure, no infection
_____ Class 2: TB infection, without disease      TDCJ-ID #:_____
_____ Class 3: TB, current disease
_____ Class 4: TB, no current disease
_____ Class 5: TB suspect

✩HSM-17 (Rev. 2/94)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-26

TDCJ 1043871

CARDWELL, JOHN W. 1043871
RACE W SEX M DOB 1-61
DATE REC'D
DATE EXAM          (Patient I.D.)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION
HEALTH SERVICES

## REPORT OF PHYSICAL EXAMINATION

OCCUPATION: *Carpenter*    HT: 65  WT: 20  TEMP: 98.5  PULSE: 84  RESP: 16

| VISUAL ACUITY | AUDITORY ACUITY | SCREENING | VALIDATION |
|---|---|---|---|
| RT. 20/__ CORR: to 20/__ | RT. WV__/15 SV__15 | SYS: 120/90 | SYS: _____ |
| LT. 20/__ CORR: to 20/__ | LT. WV__/15 SV__15 | DIAS: _____ | DIAS: _____ |

REMARKS (Vision & Hearing)   RT 1°/50
10/Vision RT   LT 1°/40

| CLINICAL EVALUATION | NOTES: DESCRIBE EVERY ABNORMALITY IN DETAIL. CLARITY IN DESCRIPTION OF CLINICAL PICTURE NEEDED. |
|---|---|
| 1. HEAD and NECK | |
| 2. EYES | 39 yow m |
| 3. ENT | 2 - Refraction & hx of glasses |
| 4. DENTAL | |
| 5. CHEST, BREAST | 6 - HTN x 1 mo |
| 6. CARDIOVASCULAR | R Med - HCTZ 25 mg QD |
| 7. HEMOPOIETIC/LYMPHATIC | |
| 8. ABDOMEN | 9 - Reports Reflux |
| 9. GASTROINTESTINAL | R Med - Zantac 150 mg QD |
| 10. ENDOCRINE/METABOLIC | |
| 11. NUTRITIONAL | |
| 12. UPPER EXTREMITIES | 15 - Tattoos T Ext, LLE |
| 13. SPINE | |
| 14. LOWER EXTREMITIES | |
| 15. SKIN | |
| 16. RECTAL; GU | |
| 17. OB-GYN (PELVIC) | |
| 18. NEUROLOGIC | |
| 19. PSYCHIATRIC | |
| 20. COMMENTS ON AVAILABLE LABORATORY DATA: | |
| 21. COMMENTS ON CURRENT MEDICAL REGIMENS: | |
| 22. OTHERS: | |

REMARKS:
P-3EP   2° HTN & HCV

| | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| Designators | 3 | 1 | 1 | 1 | 2 | 1 |
| Codes | E | A | A | B | A |  |
| Modifiers | P | P | P | P | P | P |

CLINICIAN'S SIGNATURE   A. SHABAAZ, N.P.   DATE: 6-11-01   TIME: 7-27   0840

Copy of OIG case to Litigation Support on 06.26.2013 by ACE
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-4  [Rev. 3/97]

TDCJ 1091671

CARDWELL JOHN WESLEY
RACE W TEX M 07 Patient.I.D. 1-61
DATE RECD 05-02
DATE EXAM 06-11-01

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**INSTITUTIONAL DIVISION**
**HEALTH SERVICES**

# MEDICAL HISTORY

## I. IDENTIFICATION

Occupation *Carpenter*     Education *8 GED*     Religion *Penny Costal*

DOB *7-1-61*     County *McLennon*     Previous TDCJ# *752932*

## II. FAMILY HISTORY (Father, Mother, Brothers, Sisters)

| WHO? | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1. Diabetes | F | ✓ | | 13. Hepatitis or Liver Disease | | | ✓ |
| 2. Tuberculosis | | | ✓ | 14. Smoker | *44* | ✓ | |
| 3. Heart Disease | | | ✓ | 15. Kidney Disease | | | ✓ |
| 4. High Blood Pressure | F M | ✓ | | 16. Peptic Ulcers | | | ✓ |
| 5. Cancer | | | ✓ | 17. Rheumatism/Arthritis | | | ✓ |
| 6. Blood Disease (sickle cell anemia, hemophilia, etc.) | | | ✓ | 18. Non Intravenous Drug Abuse / Alcoholism | | ✓ | |
| **III. PERSONAL HISTORY** | | | | 19. Intravenous Drug Use | *coc 94* | | ✓ |
| 1. Heart Disease/Angina | | | ✓ | 20. Glasses/Hearing Aid | | | ✓ |
| 2. High Blood Pressure | | ✓ | | 21. Sexually Transmitted Diseases | | | ✓ |
| 3. Diabetes | | | ✓ | 22. Drug Allergies | | | ✓ |
| 4. Tuberculosis | | | ✓ | 23. Tetanus Immunization    DATE: | | | ✓ |
| 5. INH Prophylaxis | | | ✓ | 24. Prior HIV Test | *on 71* | ✓ | |
| 6. Epilepsy | | | ✓ | 25. Homosexual/Bisexual Activities | | | ✓ |
| 7. Asthma/Emphysema | | | ✓ | 26. Unprotected Sex with Multiple Partners | | | ✓ |
| 8. Cancer | | | ✓ | 27. Other | | | |
| 9. Back Injury/Surgery | | | ✓ | **OBSTETRIC / GYNECOLOGICAL HISTORY** | | | |
| 10. Rheumatic Fever | | | ✓ | 1. Date of last menstrual period: | | | |
| 11. Mental Illness | | ✓ | | 2. Number of pregnancies: | | | |
| 12. Blood Disease (sickle cell anemia, hemophilia, etc.) | | | ✓ | 3. Number of live births: | | | |
| | | | | 4. Date of last pap smear: | | | |
| | | | | 5. Date of last mammogram: | | | |
| | | | | 6. History of birth control methods (Pills, IUD, Diaphragm, etc.) | | | |

## IV. HISTORY OF HOSPITALIZATIONS / CHRONIC ILLNESSES (Additional space on back)

| Date | Hospital/Physician | Condition/Diagnosis |
|---|---|---|
| | NONE | |

Date: *6-11-01*     *6/11/01*

Signature of Examiner: *John Cardwell*
Signature of Reviewer: *J Wilson*

*7-28*

Copy of OIG case to Litigation Support Open Records
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-3 (Rev 8/98)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SERVICES DIVISION
## RECEIVING SCREENING REPORT

A. NAME _Cardwell, John._   TDCJ NO. _1041651_

COUNTY _NF_   D.O.B. _09/04/64_

B. HAVE YOU EVER BEEN TREATED FOR:

| | | | 10. Infectious/Communicable Diseases: | | |
|---|---|---|---|---|---|
| 1. Asthma | YES | NO | Hepatitis | YES | NO |
| 2. Heart Trouble | YES | NO | STD's (Venereal Disease) | YES | NO |
| 3. High Blood Pressure | YES | NO | HIV (Test) | YES | NO |
| 4. Diabetes | YES | NO | Positive | YES | NO |
| 5. Seizures | YES | NO | Tuberculosis | YES | NO |
| 6. Drug Addiction | YES | NO | 11. Pregnant | YES | NO |
| 7. Alcoholism | YES | NO | | | |
| 8. Mental Illness | YES | NO | | | |
| 9. Allergies | YES | NO | | | |

C.   IF YES TO ANY OF THE ABOVE, GIVE DATE AND TREATMENT RECEIVED: _2 on. TB Ø !!_
_#7 Rx 92_
_#8 Bipolar RX_

D.   DO YOU HAVE ANY CURRENT MEDICAL OR DENTAL PROBLEMS THAT NEED ATTENTION NOW?   YES  NO
IF YES; WHAT:

E.   HAVE YOU EXPERIENCED ANY OF THESE SYMPTOMS? COUGH, WEAKNESS, WEIGHT LOSS, FEVERS, NIGHT SWEATS, LOS:
OF APPETITE OR LETHARGY?   YES  NO
IF YES, WHEN?

F.   ARE YOU PRESENTLY TAKING OR SUPPOSED TO BE TAKING ANY PRESCRIBED MEDICATIONS?   YES  NO
IF YES; WHAT: _Resperidone 2mg, Benztropine 2mg, Nortriptyline 25 m_
_Hydrochlorothiazide 25 mg, Ranitidine 150mg, Enalapril 10 20 m_

G.   IS THERE ANY EVIDENCE OF RECENT PHYSICAL INJURY?
IF YES; WHAT:

H.   HOW WERE THESE INJURIES RECEIVED ACCORDING TO THE PATIENT ?

I.   WERE YOU TREATED FOR THESE INJURIES PRIOR TO ADMISSION?   YES  NO
IF YES; GIVE LOCATION:

J.   IS THERE EVIDENCE OR A NEED FOR IMMEDIATE MEDICAL ATTENTION?   YES  NO
IF YES; WHAT:

K.   DOES THE PATIENT DISPLAY INAPPROPRIATE BEHAVIOR?   YES  NO
IF YES; WHAT:

L.   REFERRED TO:   INFIRMARY _____   PSYCH _____   SECURITY _____

IN ACCORDANCE WITH STATE LAW, IF FUTURE VISITS TO A TDCJ FACILITY HEALTH CLINIC MEETS OFFENDER HEALTH CAR
COPAYMENT CRITERIA, I UNDERSTAND THAT MY TRUST FUND WILL BE CHARGED A $3.00 COPAYMENT FEE.  I ALS
UNDERSTAND THAT I WILL BE PROVIDED ACCESS TO HEALTH SERVICES REGARDLESS OF MY ABILITY TO PAY THIS FEE

PATIENT SIGNATURE: X _John W Cardwell_

RECEIVER/SCREENER SIGNATURE: _B. Jones, LVN_   DATE/ TIME: _JUN 25 2001_ / _000_

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-13  (Rev. 10/97)

6

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
# RECEIVING SCREENING REPORT

A. NAME _Cardwell John_          TDCJ NO. _1041651_

COUNTY _Williamson_              D.O.B. _9/1/61_

B. HAVE YOU EVER BEEN TREATED FOR:

|   |   |   |   | YES | NO |   |   | YES | NO |
|---|---|---|---|-----|-----|---|---|-----|-----|
| 1. | Asthma | | | | NO | 10. Infectious/Communicable Diseases: | | | |
| 2. | Heart Trouble | 91 5/01 | | YES | | Hepatitis  C - 72 | | YES | NO |
| 3. | High Blood Pressure | | | YES | | STD's (Venereal Disease) | | YES | NO |
| 4. | Diabetes | | | YES | | HIV (Test) | | YES | NO |
| 5. | Seizures | | | YES | NO | Positive | | YES | NO |
| 6. | Drug Addiction | 92/92 | | YES | NO | Tuberculosis | | YES | NO |
| 7. | Alcoholism | | | YES | | 11. Pregnant | | YES | NO |
| 8. | Mental Illness | 84 | | YES | NO | | | | |
| 9. | Allergies | | | YES | NO | | | | |

C. IF YES TO ANY OF THE ABOVE, GIVE DATE AND TREATMENT RECEIVED: _5/01_
_#2 - LAST TX - 5/01   #6 LAST TX - 5/01_
_#3 - LAST TX - 5/01_

D. DO YOU HAVE ANY CURRENT MEDICAL OR DENTAL PROBLEMS THAT NEED ATTENTION NOW?   (YES) NO
IF YES; WHAT: _CAD HTN PSYCH_

E. HAVE YOU EXPERIENCED ANY OF THESE SYMPTOMS? COUGH, WEAKNESS, WEIGHT LOSS, FEVERS, NIGHT SWEATS, LOSS
OF APPETITE OR LETHARGY?   YES   NO
IF YES; WHEN? _____

F. ARE YOU PRESENTLY TAKING OR SUPPOSED TO BE TAKING ANY PRESCRIBED MEDICATIONS?   (YES) NO  _Last dose 6/5/01_
IF YES; WHAT: _HCTZ Nitro Zantac Pamelor Risperdal_

G. IS THERE ANY EVIDENCE OF RECENT PHYSICAL INJURY?   YES   NO  _2310_
IF YES; WHAT: _____

H. HOW WERE THESE INJURIES RECEIVED ACCORDING TO THE PATIENT ? _____

I. WERE YOU TREATED FOR THESE INJURIES PRIOR TO ADMISSION?   YES   NO
IF YES; GIVE LOCATION: _____

J. IS THERE EVIDENCE OR A NEED FOR IMMEDIATE MEDICAL ATTENTION?   (YES) NO
IF YES; WHAT: _Medication_

K. DOES THE PATIENT DISPLAY INAPPROPRIATE BEHAVIOR?   YES   NO
IF YES; WHAT: _____

L. REFERRED TO:   INFIRMARY _____   PSYCH _✓_   SECURITY _____

IN ACCORDANCE WITH STATE LAW, IF FUTURE VISITS TO A TDCJ FACILITY HEALTH CLINIC MEETS OFFENDER HEALTH CARE
COPAYMENT CRITERIA, I UNDERSTAND THAT MY TRUST FUND WILL BE CHARGED A $3.00 COPAYMENT FEE.  I ALSO
UNDERSTAND THAT I WILL BE PROVIDED ACCESS TO HEALTH SERVICES REGARDLESS OF MY ABILITY TO PAY THIS FEE

PATIENT SIGNATURE: _John Cardwell_

RECEIVER/SCREENER SIGNATURE: _WILLIAMS PA_          DATE/ TIME: _6/7/01_

HSM-13   (Rev. 10/97)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_Rev 7-30_

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SERVICES DIVISION
INDIVIDUAL TREATMENT PLAN

INMATE NAME: _Cardwell John_
TDCJ#: _104 16 57_   DOB: _9-1-61_
UNIT: _____   Race: _W_ Sex: _M_
Clinic: _____   Date: _____ Time: _M_

**SUBJECTIVE:**

_HCV since '74_
_asymptomatic_

Compliance
(Last Complete Dose)

1)
2)
3)
4)

**OBJECTIVE:**   BP: _129/90_   P:      R:
Temp:      Wgt:

5)
6)
7)
8)
9)

**DIAGNOSTIC TESTING:**

**ASSESSMENT:**

HSM-11:   Appropriate   Updated
HSM-18:   Appropriate   Updated

**PLAN:**

**LABS:**

| CBC | Chem | LFT | ALT | HA1C | PT | Dilantin Level | Fasting FSBS 2 times wkly |
|-----|------|-----|-----|------|----|----------------|----------------------------|
| CXR | Cardiac Lipids | | UA | EKG | CD4 | HIV Viral Load | Cholesterol |

Exercise: _Aerobic 3X/wk_

Follow-up:   1   2   3   6
             Weeks   Months

Diet:
DFH   { Extra Snack X   2   3 }
Regular   1   2   3   6
Renal   Weeks   Months

**EDUCATION AND COUNSELING:**

Signature: _____   Date   Time   Stamp:   **A. SHABAAZ, N.P.**
                    _6-11-01   0840_

HSM-70 (8/00)

Copy of OIG case to Litigation Support on 08/20/2013 by s____
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HEALTH SERVICES DIVISION
INDIVIDUAL TREATMENT PLAN

INMATE NAME: _Cardwell, John_

| | |
|---|---|
| TDCJ#: _1041651_ | DOB: _090161_ |
| UNIT: _NF_ | Race: _W_ Sex: _M_ |
| Clinic: _HTN_ | Date: _06/6/01_ Time: _122_ |

**SUBJECTIVE:**

_pt denies hx of chest pain - c/t of tightness_
_ausp ___ tmx - L/t wise eye - Pt denies h/o heart_
_attack - NT is seen by ____ practitioner at Wilkinson_
_Complains: much at ausp on some - at much ___ ausp ____
_bruises + broken - ankles -_

Compliance
(Last Complete Dose)

1)
2)
3)
4)

**OBJECTIVE:** BP: _144/70_ P: _96_ R: _18_
Temp: _97.8_ Wgt: _212_

5)
6)
7)
8)
9)

_both leg _____
_lung: ausp to av_
_liver: ___ av_
_neuro ___ ___ lat -_
_rt s no eczema - Right joint: 2e._

**DIAGNOSTIC TESTING:** _none_

**ASSESSMENT:** _HTN - hx hbp -_
_gastritis_

| | | |
|---|---|---|
| HSM-11: | Appropriate | Updated |
| HSM-18: | Appropriate | Updated |

**PLAN:**

_HCTZ 25 mg po q days  30 days_
_Ranitidine 150 mg po q day ÷ 30 days -_

**LABS:** CBC   Chem6   LFT   ALT   HAIC   PT   Dilantin Level   Fasting FSBS 2 times wkly
CXR   Cardiac Lipids   UA   EKG   CD4   HIV Viral Load   Cholesterol

**Exercise:** _as tolerated_

**Diet:** _____
DFHS   { Extra Snack   X   2   3 }
Regular
Renal

**Follow-up:** 1   2   3   6   _7/6/01_
Weeks   Months

1   2   3   6
Weeks   Months

**EDUCATION AND COUNSELING:** _compliance c med + diet -_
_R ___ _
_+ weight_

| Signature: | Date: | Time: | Stamp: |
|---|---|---|---|
| _____ | _6/7/01_ | _1245_ | **H.T. DAO, M.D.** |

_Noted 6-11-01 C ___ Roddey RN 7-32_

Copy of OIG case to Litigation Support on 06.26.2013 by name
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: CARDWELL, JOHN
Patient Account: 20004757-171
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO,HUNG
Ordering Dr: *DAO,HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

## UTMB LABORATORIES
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

**************************************************************************
U T M B   R E G I O N A L   C H E M I S T R Y
**************************************************************************

06/13/01  0630

| Test | Normal | Abnormal | Units | Range |
|---|---|---|---|---|
| NA | 144 | | MMOL/L | 135-145 |
| K | 3.8 | | MMOL/L | 3.5-5.0 |
| CL | | 110 (H) | MMOL/L | 98-108 |
| CO2 | 23 | | MMOL/L | 23-31 |
| AGAP | 11 | | | 2-16 |
| BUN | 15 | | MG/DL | 7-23 |
| CREATININE | 0.85 | | MG/DL | 0.70-1.70 |
| ALK PHOS | 81 | | U/L | 34-122 |
| AST (SGOT) | | 66 (H) | U/L | 13-40 |
| ALT (SGPT) | | 63 (H) | U/L | 9-51 |
| GGT | | 125 (H) | U/L | 13-58 |
| LDH | | 648 (H) | U/L | 300-600 |
| TOTAL BILI | 0.9 | | MG/DL | 0.1-1.1 |
| TOTAL PROT | | 8.2 (H) | G/DL | 6.0-8.0 |
| ALBUMIN | 4.8 | | G/DL | 3.2-5.2 |

06-14-01

Legend:
H = High

PRINT DATE: 06/14/01  TIME:0504
OTHER ID:
PAGE: 2

7-33

Copy of OIG case to Litigation Support by scm.
UNAUTHORIZED COPYING OF ... PROHIBITED

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: CARDWELL, JOHN
Patient Account: 20004757-171
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO,HUNG
Ordering Dr: *DAO,HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

*****************************************************************************************
U T M B   R E G I O N A L   U R I N A L Y S I S
*****************************************************************************************

|  | 06/13/01  0630 | | | |
|---|---|---|---|---|
| COLOR | YELLOW | | | |
| APPEARANCE | CLEAR | | | |
| SP GRAVITY | | ) 1.030 | | |
| PH | | 7.0 | | 5.5-7.0 |
| PROTEIN | NEGATIVE | | | NEGATIVE |
| GLU U QUAL | NEGATIVE | | | NEGATIVE |
| KETONES | NEGATIVE- | | | NEGATIVE |
| BILIRUBIN | | SMALL | | NEGATIVE |
| BLOOD | NEGATIVE | | | NEGATIVE |
| NITRITE | | POSITIVE | | NEGATIVE |
| UROBILIN | 1 EU/DL | | | <=1.0 |
| LEUK ESTER | NEGATIVE | | | NEGATIVE |
| MICRO EXAM | DONE | | | |
| RBC/HPF | OCCASNL | | | |
| WBC/HPF | RARE | | | |
| BACTERIA | | MODERATE | | |

06-14-01

Legend:
* = Abnormal
END OF REPORT

PRINT DATE: 06/14/01   TIME:0504
OTHER ID:

Copy of OIG case to Litigation ... by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

MEDICAL RECORD COPY

7-34

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: CARDWELL, JOHN
Patient Account: 200B4757-171
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO,HUNG
Ordering Dr: *DAO,HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RHF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

```
**************************************************************************
            U T M B   R E G I O N A L   H E M A T O P A T H O L O G Y
**************************************************************************
```

|  | 06/13/01  0630 |  |  |  |
|---|---|---|---|---|
| WBCx10^3 |  |  | CMM | 4.5-10.5 |
| RBCx10^6 | 4.49 |  | CMM | 4.25-5.65 |
| HGB | 14.7 |  | G/DL | 13.5-17.0 |
| HCT | 41.2 |  |  | 37.0-50.0 |
| MCV | 91.8 |  | L | 82.0-97.0 |
| MCH | 32.7 |  | PG | 27.0-33.0 |
| MCHC | 35.7 |  |  | 31.0-36.2 |
| RDW | 14.1 |  |  | 11.8-14.1 |
| PLTx10^3 |  |  | CMM | 150-400 |
| MPV | 10.3 |  | L | 7.8-11.2 |
| GRAN% | 48.1 |  |  | 45.0-78.0 |
| LYMPH% | 38.4 |  |  | 20.0-51.0 |
| MONO% | 8.1 |  |  | 4.0-12.0 |
| EOS% | 4.7 |  |  | 0.0-6.0 |
| BASO% | 0.7 |  |  | 0.0-2.0 |
| GRAN#x10^3 | 2.1 |  | CMM | 2.1-7.4 |
| LYMPH#x10^3 | 1.7 |  | CMM | 1.3-4.4 |
| MONO#x10^3 | 0.4 |  | CMM | 0.2-0.9 |
| EOS#x10^3 | 0.2 |  | CMM | 0.0-0.4 |
| BASO#x10^3 | 0.0 |  | CMM | 0.0-0.2 |

06 - 14 - 01

Legend:
L = Low

PRINT DATE: 06/14/01   TIME:0504
OTHER ID:

PAGE: 1

7-35

Copy of OIG case to Litigation Support Project 2003 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

MEDICAL RECORD COPY

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: CARDWELL, JOHN
Patient Account: 20004757-142
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: SHABBAZ, A. NP
Ordering Dr: SHABBAZ, A. NP
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
U T M B  G A L V E S T O N  I M M U N O C H E M I S T R Y
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

06/13/01  0630
HCV Ab                                    POSITIVE
HBsAB                                     POSITIVE
HBsAg                    NEGATIVE

Legend:
\*-=Abnormal
END OF REPORT

Copy of OIG case to Litigation
UNAUTHORIZED COPYING PROHIBITED

PRINT DATE: 06/15/01   TIME:0505
OTHER ID:

7-36

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

Patient Name: CARDWELL, JOHN
Patient Account: 20004757-171
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO,HUNG
Ordering Dr: *DAO,HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|
| | | | | |

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

************************************************************************************
U T M B  R E G I O N A L  C H E M I S T R Y
************************************************************************************

|  | 06/13/01 0630 | | | |
|---|---|---|---|---|
| CHOL | 125 | | MG/DL | 120-200 |
| TRIG | 75 | | MG/DL | 30-170 |
| HDL CHOL | 44 | | MG/DL | 30-70 |
| LDL CHOL | 66 | | MG/DL | ( 160 |
| LDLC/HDLC | 1.50 | | | ( 3.55 |
| HDLC RATIO | 2.8 | | | ( 5.0 |
| VLDL | 15 | | MG/DL | 5-60 |

06-15-01

END OF REPORT

PRINT DATE: 06/15/01  TIME:0505
OTHER ID:

Copy of OIG case to Litigation by
UNAUTHORIZED COPYING OF THIS

7-37

Patient Name: CARDWELL, JOHN
Patient Account: 20004757-142
Med. Rec. No: (0202)01041651R
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO, HUNG
Ordering Dr: *DAO, HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

***************************************************************************************
U T M B   G A L V E S T O N   C H E M I S T R Y
***************************************************************************************

                    06/11/01  0700
HIV 1/2 Ab          NEGATIVE

END OF REPORT

PRINT DATE: 06/13/01   TIME:0505
OTHER ID:

Copy of OIG case to Litigation by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

MEDICAL RECORD COPY

Patient Name: CARDWELL, JOHN
Patient Account: 20004741-477
Med. Rec. No: (0202)0104165IR
Age: 39 YRS  Sex: M  Race:
Admitting Dr: *DAO,HUNG
Ordering Dr:  *DAO,HUNG
Result to Physician:
Location: TDCJ - HOLLIDAY UNIT

### UTMB LABORATORIES
University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-6896 X3804

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77340 - Telephone Number (409) 291-6896 EXT:3804

**************************************************************************
U T M B   R E G I O N A L   S E R O L O G Y
**************************************************************************

                    06/11/01  0700
RPR QUAL            NON REAC                                    NON REAC

06 - 13 - 01
                                                                  830
                                                              D

END OF REPORT

                                        PRINT DATE: 06/13/01   TIME:0505
                                        OTHER ID:

Copy of OIG case to Litigation
UNAUTHORIZED COPYING IS PROHIBITED

7 - 39

**MEDICAL RECORD COPY**

Patient Name: _Cardwell, John_

Inmate Number: _104165_

Inmate Location: _NF_

Date of Birth: _9-Feb_ Sex: (M) F   Race: _W_

UTMB Laboratories, Galveston, TX 77555-0743  •  Telephone:
Estelle Regional Laboratory  •  Telephone: (409) 291-6898

Diagnosis:
ICD-9 Code:

Physician
Full Name: _a Shahway /KR_

| Collected Date and Time: | By: | Order Date and Time: _10-11-01 2084_ |
|---|---|---|

☐ ROUTINE  ☐ ASAP  ☐ STAT   Reason for ASAP or STAT:

| Serum Separator Tube | | Lavender Top Tube | | Blue Top Tube | |
|---|---|---|---|---|---|
| Cardiac Panel (Enzymes) | | CBC with Differential | | PT | |
| Cardiac Risk Panel (Lipids) | | CBC without Differential | | APTT | |
| Chem 4 | | Hemoglobin A1C | | **Microbiology** | |
| Chem 6 | | Sedimentation Rate | | AFB (Patient in Isolation __ | |
| Chem 10 | | CD4 | | Source ___ | |
| Glucose: ☐ Random ☐ Fasting ☐ 2 hr. PP | | **Red Top Tube** | | Routine Culture | |
| BUN | | Carbamazepine (Tegretol) | | Source ___ | |
| Creatinine | | Gentamicin ☐ Peak ☐ Trough ☐ Random | | Blood Culture | |
| Hepatitis Panel | | Lithium | | Chlamydia/GC. Probe Sourc | |
| ✓ HCV | | Phenytoin (Dilantin) | | Ova & Parasites | |
| Thyroid Panel | | Phenobarbital | | KOH Prep. Source ___ | |
| Renal Panel | | Valproic Acid | | **Miscellaneous** | |
| Iron Panel | | Vancomycin ☐ Peak ☐ Trough ☐ Random | | _HBV_ | |
| ✓ Liver Panel | | **Urine** | | | |
| Theophylline | | Urinalysis | | | |
| HIV 1 & 2 Antibody | | 24 Hour Urine Collection   Volume: ____ mLs | | | |
| RPR ☐ Initial ☐ Reactive Follow-Up | | | | | |

_Instructions on back._                **CHART**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_7-40_

Patient Name: _Cardwell, John_

Inmate Number: _1041051_

Inmate Location: _NF_

Date of Birth: _9-1-61_   Sex: (M)  F   Race: _W_

UTMB Laboratories, Galveston, TX 77___  743  •  Telephone: 1-800-522-___
Estelle Regional Laboratory  •  Telephone: (409) 291-6896 ext. 3804

Diagnosis:
ICD-9 Code:

Physician
Full Name: _Hurg Dao/KR_

| Collected Date and Time: | By: | Order Date and Time: _6 11-01 C 1245_ |
|---|---|---|

☑ ROUTINE   ☐ ASAP   ☐ STAT   Reason for ASAP or STAT:

| Serum Separator Tube | Lavender Top Tube | Blue Top Tube |
|---|---|---|
| Cardiac Panel (Enzymes) | ☑ CBC with Differential | PT |
| ✓ Cardiac Risk Panel (Lipids) | CBC without Differential | APTT |
| Chem 4 | Hemoglobin A1C | Microbiology |
| ✓ Chem 6 | Sedimentation Rate | AFB (Patient in Isolation _____ Yes |
| Chem 10 | CD4 | Source _____ |
| Glucose: ☐ Random ☐ Fasting ☐ 2 hr. PP | Red Top Tube | Routine Culture |
| BUN | Carbamazepine (Tegretol) | Source _____ |
| Creatinine | Gentamicin ☐ Peak ☐ Trough ☐ Random | Blood Culture |
| Hepatitis Panel | Lithium | Chlamydia/GC. Probe Source ____ |
| HCV | Phenytoin (Dilantin) | Ova & Parasites |
| Thyroid Panel | Phenobarbital | KOH Prep. Source _____ |
| Renal Panel | Valproic Acid | Miscellaneous |
| Iron Panel | Vancomycin ☐ Peak ☐ Trough ☐ Random | |
| Liver Panel | Urine | |
| Theophylline | ✓ Urinalysis | |
| HIV 1 & 2 Antibody | 24 Hour Urine Collection   Volume: _____ mLs | |
| RPR   ☐ Initial   ☐ Reactive Follow-Up | | |

_Instructions on back._   **CHART**   T18

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_7-41_

Patient Name: _Cardwell John_

Inmate Number: _1046513_

Inmate Location: _@ 3_

Date Of Birth: _11-31-61_

**UTMB Laboratories, Galveston, TX 77555-0743** • Telephone: 1-
Estelle Regional Laboratory • Telephone: (409) 291-6896 ε

Diagnosis:
ICD-9 Code: _____

Physician
Full Name: _a Shabany / KR_

Collected
Date and Time: _____   By: _____

Order
Date and Time: _6-11-01 c 0840_

ROUTINE/ASAP/STAT   Reason (ASAP/STAT)

| Group Sample Type | | Sample Type | | Blue/Top Tube | |
|---|---|---|---|---|---|
| ✓ | Cardiac Panel (Enzymes) | ✓ | CBC with Differential | | PT |
| | Cardiac Risk Panel (Lipids) | | CBC without Differential | | APTT |
| | Chem 7 | | Hemoglobin A1C | | **Microbiology** |
| | Chem 6 | | Sedimentation Rate | | AFB (Patient in Isolation __ |
| | Chem 10 | | CD4 | | Source __ |
| | Glucose  ☐ Random  ☐ Fasting  ☐ 2 hr PP | | **Red Top Tube** | | Routine Culture |
| | BUN | | Carbamazepine (Tegretol) | | Source __ |
| | Creatinine | | Gentamicin  ☐ Peak  ☐ Trough  ☐ Random | | Blood Culture |
| | Hepatitis Panel | | Lithium | | Chlamydia/GC. Probe Source |
| ✓ | HCV | | Phenytoin (Dilantin) | | Ova & Parasites |
| | Thyroid Panel | | Phenobarbital | | KOH Prep. Source __ |
| | Renal Panel | | Valproic Acid | | **Miscellaneous** |
| | Iron Panel | | Vancomycin  ☐ Peak  ☐ Trough  ☐ Random | | _HBV_ |
| ✓ | Liver Panel | | **Urine** | | |
| | Theophylline | | Urinalysis | | |
| | HIV 1 & 2 Antibody | | 24 Hour Urine Collection   Volume: ____ mLs | | |
| | RPR  ☐ Initial  ☐ Reactive Follow-up | | | | |

_Instructions on back_                **CHART**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-42

## →RADIOLOGY REQUEST←

Facility _NF_  Date _6/13/01_

NAME _CARDWELL, John_

TDCJ# _1041651_  DOB _9-1-61_  SEX _M_

Date Performed _6 14-01_  R.T. Initials _KG_

Medical History and Indication for Exam:

+ PPD

Requesting Clinician _Dr Day/ D.Little_

### CIRCLE REQUESTED EXAMINATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AC Joints | R | L | Pelvis | | | Cervical Spine | 3-View |
| Clavicle | R | L | Sacrum | | | | 5-View |
| Shoulder | R | L | S.I. Joints | | | Thoracic Spine | |
| Humerus | R | L | Hip | R | L | Lumbar Spine | 3-View |
| Elbow | R | L | Femur | R | L | | 5-View |
| Forearm | R | L | Knee | R | L | Nasal Bone | |
| Wrist | R | L | Leg | R | L | Facial Bones | |
| Hand | R | L | Ankle | R | L | Mandible | |
| Finger_____ | | | Foot | R | L | Sinuses | |
| | | | Toe | R | L | Skull | |

Right column:
Chest 1-View (circled)
Chest 2-View
Ribs
Abdomen 1-View
Abdomen Series
UGI
GB
IVP
OTHER_____

Tentative Impression:

_____  Clinician Signature _____

### CHEST:

No active infiltrate can be identified.  The heart and mediastinum are within normal limits.

J. Dangizer, M.D.
Radiologist

dr:6/15/01
dd6/15/01
dt:6/15/01

jbm

06-19-01

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM - 45 (Rev. 10/99)

McCollum/ Cardwell-165

DOB 7/1/61

NAME: Cardwell, John   TDC# _____   DATE DONE

Age 39



CARDWELL, JOHN          ID: 1041651      07-JUN-2001 19:44 HOLTRN
25mm/s  10mm/mV  100Hz

aVR          V1          V4

aVL          V2          V5

aVF          V3          V6

Copy of OIG case to Litigation Support on or about 12/20/11 by scm.
UNAUTHORIZED COPYING OR COPYING IS PROHIBITED

MARQUETTE ELECTRONICS INC.          JUPITER, FLORIDA U.S.A.

CARDWELL, JOHN                    ID: 1041651          07-JUN-2001 19:44
Med: None
39yr        66in   212lb      Loc: 23 Room:
Sex: M      Race: Cauc        Vent rate        82 BPM
Cert    4   Tech:             PR interval      168 ms
                             QRS duration      98 ms
                             QT/QTc       356/438 ms
                             P-R-T axes    62  16  82
Pgm  110B/110   Unconfirmed
                Referred by: DAO

NORMAL SINUS RHYTHM
NORMAL ECG

Chester (Jerry) O. Jones, PA-C
6-8-01

7-44

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Cardwell, John

**TDCJ No.:** 1041651

**Unit:** JA

Loose Element

| Date & Time | Notes |
|---|---|
| 7/16/01 @ 1805 | Received call from 7 Bldg @ approx 1750 that offender passed out, was unresponsive, breathing - transported to ER. Upon arrival to ER offender hot & dry to touch, pupils fixed & dilated, cyanosis of the neck & head, respirations labored @ 36, axillary temp 106.9, unresponsive to stimuli. O₂ placed on per Dr. Wittippurman, IV started - using 20 gauge angiocath to ® hand x1 attempt c̄ hep lock, NS hung, line patent, #2 IV site to Ⓛ hand c̄ 20 gauge angiocath s̄ difficulty, hep lock applied. Ice packed to offender axillary areas bilat., torso, neck & groin as made available. IV to ® hand disengaged accidentally when moved to obtain VS. Bp 168/149 P 62 R 36. Unable to obtain O₂ sat, could not get reading. Tylenol suppository ordered although already on ambulance gurney unable to administer, boxer had to be cut off to apply ice to groin area. Transported to UTMB via ambulance. Chart not available until offender on gurney. ─────── A. Newman RN |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-45

McCollum/Cardwell 4266

TDCJ HEALTH SERVICES DIVISION
NURSE'S CHAIN REVIEW

NAME: *Cardwell John*                                    TDCJ#: *104165*

**I. OUTGOING CHART REVIEW**     Date _____   Time _____   Facility _____
Transfer to: _____   Allergies: _____
Method and time of travel appropriate:  YES ☐  NO ☐
Date last PPD / CXR ☐ _____   X-Rays sent:  YES ☐  NO ☐  N/A ☐
Current Med Pass on chart:  YES ☐  NO ☐   **DOT:**  YES ☐  NO ☐   Meds sent:  YES ☐  NO ☐  N/A ☐
Health Problems:  Medical ☐   Dental ☐   Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____               Discipline Restrictions:  YES ☐  NO ☐
Crutches ☐  Cane ☐  Walker ☐  Wheelchair ☐  Other ☐ _____
Pending Appts. / Follow-ups: _____
Special Instructions given to transport personnel:  YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time _____

**II. ENROUTE CHART REVIEW**     Date *7-13-01*   Time *2005*   Facility *RB*
Allergies: *NKDA*
On Meds:  YES ☐  NO ☐     **DOT:**  YES ☐  NO ☐     Meds sent:  YES ☐  NO ☐  N/A ☐
Housing Restrictions: _____               Discipline Restrictions:  YES ☐  NO ☐
Treatment / Preps: _____
New Orders: _____

                                New Medications On Computer:  YES ☐  NO ☐
Pending Appointments: _____   Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐
Additional Comments: *HCV +*
Nurse Signature/Date/Time _____  *7/13/01*  Physician/Physician Extender Signature/Date/Time _____

**III. FACILITY OF ASSIGNMENT**     Date *16July01*   Time *0915*   Facility *JA*
DOT:  YES ☐  NO ☐     Allergies: _____
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder |
|-------|-------|-------|------------|
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments /Special Care / Follow-up / Diet / Appointments: _____

Chart for Review to:  CID ☐  Mental Health ☐  Dental ☐     Add to Chronic Clinic:  YES ☐  NO ☐
Restrictions: Housing _____
             Work  (III) #'s _____     Discipline Restrictions:  YES ☐  NO ☐
Nurse Signature/Date/Time _____
Physician/Physician Extender Signature/Date/Time _____

*7-4B*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

**NAME:** Cardwell, John                    **TDCJ#:** 1041651

**I. OUTGOING CHART REVIEW**     Date: _____   Time: _____   Facility: _____
Transfer to: _____                    Allergies: _____
Method and time of travel appropriate: YES ☐  NO ☐     Medical Condition Appropriate for Travel: YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐   Current med pass on chart: YES ☐  NO ☐   DOT: YES ☐  NO ☐
Meds sent:  YES ☐  NO ☐  N/A ☐   Health Problems:  Medical ☐  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____                    Discipline Restrictions:  YES ☐  NO ☐
Crutches ☐  Cane ☐  Walker ☐     Wheelchair ☐  Other ☐
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:     YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time: _____

**II. ENROUTE CHART REVIEW**     Date: 6/29/01   Time: 1110   Facility: GR
On Meds:  YES ☑  NO ☐     Meds rec'd: YES ☐  NO ☐   DOT:  YES ☐  NO ☑   X-rays rec'd:  YES ☐  NO ☑
Housing Restrictions: ∅
Treatment/Preps: ∅

New Orders: ∅

New Medications On Computer:  YES ☐  NO ☐        Pending Appointments: ∅
Chart for Review to:  CID ☐  Mental Health ☑  Dental ☐
Additional Comments: S3NT

Nurse Signature/Date/Time: R Parker RN
6/29/01 (1110)                    Physician-PE Signature/Date/Time:

**III. FACILITY OF ASSIGNMENT:**     Date: _____   Time: _____   Facility: _____
DOT:   YES ☐  NO ☐   Meds rec'd: YES ☐  NO ☐   Date last PPD ☐ / CXR ☐: _____
X-rays rec'd:  YES ☐  NO ☐
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder | |
|-------|-------|-------|-----------|---|
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |
| _____ | ☐ | ☐ | | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments: _____

Chart to Review to:  CID ☐  Mental Health ☐  Dental ☐      Add to Chronic Clinic:  YES ☐  NO ☐
Restrictions: Housing _____          Work _____
Discipline:  YES ☐  NO ☐
Nurse Signature/Date/Time: _____
Physician-PE Signature/Date/Time: _____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSN–I (rev. 10/00)                                        7-47

## TDCJ HEALTH SERVICES DIVISION
### NURSE'S CHAIN REVIEW

**NAME:** Cardwell John     **TDCJ#:** 1041651

---

**I. OUTGOING CHART REVIEW**    Date: _____    Time: _____    Facility: _____
Transfer to: _____    Allergies: _____
Method and time of travel appropriate: YES ☐  NO ☐  Medical Condition Appropriate for Travel: YES ☐  NO ☐
X-rays sent: YES ☐  NO ☐  N/A ☐  Current med pass on chart: YES ☐  NO ☐  **DOT:** YES ☐  NO ☐
Meds sent: YES ☐  NO ☐  N/A ☐  Health Problems: Medical ☑  Dental ☐  Mental ☐
Special Diet: _____
Treatment/Preps: _____

Housing Restrictions: _____    Discipline Restrictions: YES ☐  NO ☐
Crutches ☐  Cane ☐  Walker ☐  Wheelchair ☐  Other ☐
Pending Appts/Follow-ups: _____
Special Instructions given to transport personnel:    YES ☐  NO ☐  N/A ☐
Nurse Signature/Date/Time: _____

---

**II. ENROUTE CHART REVIEW**    Date: 6/25/01   Time: 1130   Facility: Dre 7
On Meds: YES ☑  NO ☐  Meds rec'd: YES ☑  NO ☐  **DOT:** YES ☐  NO ☐  X-rays rec'd: YES ☐  NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____
New Medications On Computer: YES ☑  NO ☐  Pending Appointments: _____
Chart for Review to: CID ☐  Mental Health ☑  Dental ☐
Additional Comments: _____
Nurse Signature/Date/Time: _____ Physician-PE Signature/Date/Time: _____

---

**III. FACILITY OF ASSIGNMENT:**    Date: _____    Time: _____    Facility: _____
**DOT:**   YES ☐  NO ☐  Meds rec'd: YES ☐  NO ☐  Date last PPD ☐ / CXR ☐ : _____
X-rays rec'd:   YES ☐  NO ☐
Health Diagnoses: _____

| Meds: | Rec'd | Exp'd | MD Reorder |
|---|---|---|---|
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments:
_____
_____

Chart to Review to: CID ☐  Mental Health ☐  Dental ☐  Add to Chronic Clinic: YES ☐  NO ☐
Restrictions: Housing _____    Work _____
   Discipline: YES ☐  NO ☐
Nurse Signature/Date/Time: _____
Physician-PE Signature/Date/Time: _____

HSN –1 (rev. 10/00)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-48

DCJ 1041651

CARDWELL, JOHN WESLEY
RACE W SEX M DOB 04-01-61
DATE REC'D 06-07-01
DA**Name**AM 06-11-01

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**TDCJ No.:** _____

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 6-15-01<br>1400 | Pt'd abnl lab results — HCV & Hb sAb (+)<br>Hx HCV. Nept acc appt 7/9/01<br><br>A. SHABAAZ, N.P |
| | Noted 6-15-01 @ 1430 K Roddy RN |
| 6/15/01<br>3w | Lab result!    ALT : 162<br>Hx of Hepatitis B + C    on CC list<br>2 F/U in 7/9/01   as scheduled<br>Noted 6-15-01 @ 1600 K Roddy RN |

Copy of OIG case to Litigation Support on 06.26.2013 by scm,<br>UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

7-49

McCollum v. Cardwell 4220

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

**Name:** Cardwell, John

**TDCJ No.:** 1041651

**Unit:** NF

| Date & Time | Notes |
|---|---|
| 6/20/01 0813 | HIV posttest counseling done for HIV negative test result of 6/11/01. |
| | The patient listened carefully to the counseling and vertalized his |
| | understanding. —— K Johnsnun /cm |

Please sign each entry with status.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM - 1 (Rev. 5/92)

7-50

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** _Cardwell, John_

**TDCJ No.:** _1041651_

**Unit:** _NF_

| Date & Time | Notes |
|---|---|
| | **MENTAL HEALTH SERVICES PSYCHIATRIC CLINIC VITAL SIGNS** |
| | WT. 212  BP 124/88  RESP. 18    P. 88    TEMP. 97 |
| 6/13/01 | |
| | S  tense, disturbed by tremors, muscle aches, rigidity, occasional tortuitous |
| | O  apprehensive, occasionally musical hallucination, tremors (R leg) — akathisia, akinesia, pill rolling, |
| | A  Psych substance abuse. |
| 6/13/01 | Major depression recurrent. |
| | P  DC risperidone, continue Pamelor. |
| | Risperidone 2mg qHS x30days + 2refills |
| | Pamelor 50mg qHS x30 days x 2 refills |
| | Cogentin 2mg qHS #x30 days + 2 refills. |
| | RTC 30 days |
| | M Amador M.D. |
| 6/13/01 1428 | noted ___ Dickson Jen (MH) |
| 6/13/01 | 745 Pneumococcal Vac 0.5ml given Im to LA w/ no SE noted ___ R. Little RN |
| 6/13/01 1550 | Do CXR + PPD 15mm Small w/ no DW R. Little RN  noted 6/13/01 1531 R. Little |
| | noted 6/19/01 @ 1600 RRoddey PA |

Copy of OIG case to Litigation Support on 06/16.2005 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

06-14-01   755

7-51

Please sign each entry with status

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Cardwell, John Wesley

**TDCJ No.:** 104651

**Unit:** NF

| Date & Time | Notes |
|---|---|
| 6/11/01 08:50 | INTAKE PROCESSING (PATIENTS WITH HIGH RISK BEHAVIOR) |
| | NO 1. History of unprotected sex with multiple partners |
| | NO 2. History of homosexual or bisexual activities with multiple partners |
| | Yes 3. History of intravenous drug use & needle sharing partners |
| | Yes 4. HIV pretest counseling done |
| | Yes 5. Verbal consent given for HIV testing |
| | N/A 6. Refusal signed for HIV testing |
| | HIV test (5ml) k/ v.o. Dr Dao / K Johnson rn / CID |
| | noted 6/11/01 0852 K Johnson rn / CID |
| 6/11/01 1700 | Give Pneumococcal Vac 0.5ml Im ✓ cc HPA |
| | V/O Dr Dao / L Little RN   noted 6/11/01 1701 J Hutson |

Please sign each entry with status.   Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM - 1 (Rev. 5/92)

7-52

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

TDCJ 1041651  Ob

CARDWELL, JOHN WESLEY
CE W SEX M DOB 09-01-61

**Name:**
**TDCJ No.** DATE REC'D 06-07-01
**Unit:** DATE EXAM 06-11-01  NF

| Date & Time | Notes |
|---|---|
| 10-11-d 6/11/01 0800 | Administer 3 dose regimen of Hepatitis B Vaccine (20mcg/ml dose) |
| | 1.  1st dose- 1ml  IM on elected day.  6/11/01 |
| | 2.  2nd dose- 1ml IM  2 months later. |
| | 3.  3rd dose- 1ml IM  4 months after the 1st dose. |
| 6-11-01 0840 | V/o DAO / Hughes LVN   A. SHABAAZ, N.P. |
| 6-11-01 0840 | P E done   Prothes  P = 3 MP E = 26   A. SHABAAZ, N.P. |
| | WSM-18   TU 18, 20 |
| Noted | 6-11-01c 0915 K Roddey PA |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-53

McCollum v Cardwell 4124

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _Cardwell John_

**TDCJ No.:** _DOB 654,6, /04/65)_

**Unit:** _NF_

| Date & Time | Notes |
|---|---|
| 06/07/31, 1205 | O/P in Clinic for backdoor from Wmson. Co   C/C HTN X1 month — Took last med. for B/P 06/05/31. See HSM 70 Rgr to provider for further eval. Reps/ge |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-53

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** _____ CARDWELL, JOHN

**TDCJ No.:** _9/1/61_ _104/65/_

**Unit:** _____ HOLLIDAY

| Date & Time | Notes |
|---|---|
| 06 07 01 | **MENTAL HEALTH** |
| 1300 hrs | The offender was received from the county jail on a regimen of psychiatric |
| | medication. The psychiatrist wants the PUHLES changed temporarily to |
| | S3NT to reflect the fact that this offender is on medication. This will assist |
| | Unit Classification in not transferring him to a unit that is not able to deal |
| | an offender on psychiatric medication.   The psychiatrist wants the |
| | medications continued pending the next scheduled consultation clinic. |
| | **PUHLES** Change S-3NT |
| | **DIAGNOSIS:    Deferred** |
| | **MEDICATIONS:** |
| | Jail Medications:     Respiridol        3mg qhs |
| | Pamelor            75mg qhs |
| | Current Orders: ✓  Respiridol        3mg qhs(8pm) x 7 days |
| | Pamelor            75mg qhs(8pm) x 7 days |
| | V/Dr Orocofsky/D Thittle w    noted 6/7/01/310 Thittle |

**Please sign each entry with status.**

HSM - 1 (Rev. 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7-54

McCollum MSJ Cardwell 4226

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF   LARRY BERGER ████████████

GIVEN THIS   5TH   DAY OF   October                    , 200 1

On 7-16-01 at approximately 1750 hours, I was notified by Sgt. March that she had a unresponsive offender on 7 building.  She stated that medical advised that they needed to load him upon the stretcher and come to medical.  I left the count room and walked to medical.  When I arrived at medical, there were 4 medical personal sitting at the desk.  I knew two of the medical personal, LVN Newman and Mrs. Sherman. The two others I didn't pay attention to.  Ms. Newman then stated to me, are you here to get a gurney? She then said why are you looking at me that way.  I must have had a frown.  I then stated; you know we have a unresponsive offender on 7 building.  Ms. Newman then said I'm not going down there.  She did walk with me to get the stretcher.  I advised her I was not here to get it, but when it became obvious that no one was, I retrieved the stretcher.  I then proceeded towards the front of medical where I spoke with Ms. Sherman.  She wanted to know if the offender was faking it!  I advised her I did not know, I was not down there and I did not do any pain compliance techniques to see if he was faking.  At this time, we were at the nurses station.  Ms Sherman then stated: I'll go with you and we started out the door and into the lobby. As we reached the exit door of 10 building she asked if I was going down to the building and I said yes.  Officer Merklin was walking up at that time Ms. Sherman then said: I'll wait here for you.  Officer Merklin and I responded to 7 building.  I viewed an Offender on the floor on a green stretcher that was broken ( Offender Cardwell, John #1041651 ).  I then picked the offender up with assistance of another offender on the other end and placed him on the gurney.  The offender was then wheeled to medical.  The offender was screened by LVN

October 5, 2001
Date

Larry Berger
Signature

Page   1   of   3

CC-0355 (08/2001)

Page 1 of 3

8-1

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Newman, Sherman and Dr. Wipperman.  The offender had a temperature of 106.8 at 1800 hours. I then requested Capt. oglesby to respond to medical.  The offender was treated with ice packs, IV and oxygen.  There was an ambulance that was pulling into the unit for another transport (Pierce, Williams 773279 7G-44B) who had stomach pains.  Dr. Wipperman was telling the ambulance to load up offender Peirce, because the ambulance was from Electra, and the offender needed to go there.  I spoke with the ambulance personal and advised that there was an offender (Cardwell) who had a very temp. of 106.8.  the paramedic advised he could take Cardwell if he was a priority. I then started to unsecure the offender to get him off the gurney.  Dr. Wipperman then asked the paramedic, you can do that? and he said yes they could divert, to W.G.H.  She then said ok then take Cardwell.  At this point, Pierce was already up and off the gurney.  Offender Cardwell was assisted to the gurney, and then to the ambulance.  I then gave a short narrative of the situation. It should be noted that I sent offender Pierce to the infirmary at chow time at approx. 3:45 due to complaints of throwing up water.  Medical advised they would look at him.  I was never informed of any other incidents with this offender, or medical needs.  Offender Cardwell left the unit at approximately 1820 hours in route to W.G.H.  I then Proceeded up to 1 building were Officers were writing their statements.  I spoke with Offender Edwards who stated he was Cardwell's cellie.  Edwards stated that his cellie came into the cell and was acting like he was a psych. patient and was scared.  Cardwell was on the run and in the shower, Edwards states he was acting like he was on heavy meds.  Edwards stated he sat on the bottom bunk and Ms. Stewart got ready to count, and counted.  After she entered 2 section Edwards states his cellie fell off the bunk and would not talk.  Edwards states that when Redder came to do the roster count, he told him he would not respond.

Officer Redder then opened the cell door and attempted to get him to respond without any success.  Officer Redder then requested Sgt. March and advised there was a unresponsive offender.  The desk called medical from there.

I was present during the interview with Retha Stewart.  She advised that she found the offender in the shower on the run.  She said he was acting funny, and seemed to be a psych. patient.  She said that he was given a towel by an offender and was fixing to shower but he got up, walked out of the shower, went, and sat on the end of the run.  She then stated tat she talked him into his cell.  About that time, Capt. Ogelsby took a telephone call from Warden Treon.  Ms Stewart and I stepped outside of the office, at which time she told me that she touched the

_Lang Berg_                10-5-01
                                    Date

Page 2 of 3

8-2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

offender before this and he was very hot.  She told Redder to call Sgt. March twice, and advised she finally went to the D-space sallyport and yelled at the desk officer Morales to have Sgt. March come see her.

Capt. Oglesby finished his telephone call and I advised Officer Stewart she needed to make sure that the Captain was aware of this and it was in her statement as such.  We then reentered the office and Captain Oglesby finished his interview with Ms. Stewart (see IOC).

Officer Redder had already left the unit. I attempted to call his residence, but no answer. A message to call the unit was left on his answering machine to call the unit as soon as possible.

10-5-01
Date

Page 3 of 3

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

∂ - 3

**Texas Department of Criminal Justice**
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

**To:**   Warden R. Treon                                    **Date:**    07-16-01

**From:**   Sgt. F. March                                    **Subject:** Offender Cardwell # 1041651

      On 7/16/01 at approximately 1630, I Sgt. F. March was conducting routine security checks throughout 7 Building during the offender movements.   During this time, the incoming chain and housing moves were being housed by Officer Rodriguez.  At approximately 1710 Officer Pierce stopped me to notify me that an offender in 7H pod was refusing to go back into his cell.  I then went down to 7H pod to investigate the situation.  I talked to this offender for approximately 15 minutes on 7H pod and then returned to 7 desk to call the unit count room to check on any alternate housing locations.  After talking with the count room supervisor, I returned to talk with the offender again at 7 desk area.  At approximately 1735 I received a call from Capt. Oglesby that lasted approximately 2 minutes.  I then started calling around for Officer Rodriguez.  Officer Rodriguez entered 7 Building approximately 1745, and we then talked with the offender refusing housing and eventually convinced him to accept his housing which took approximately 4-5 minutes.  I called and notified the count room that the offender was in his cell.  At approximately 1750 I gathered the building count sheets and other daily paperwork and took them to 1 Bldg.  At approximately 1755, Officer Morales called me at the searchers desk to notify me that there was an offender on 7G unresponsive but breathing and that medical had been notified but refused to come to the building due to lack of staff and that security would have to bring the offender to unit medical.  I informed Officer Morales that I was on my way back to the building.  I arrived on 7 Building at approximately 1800 to see two officers and four offenders attempting to carry Offender Cardwell on a fabric stretcher that was ripping on one side.  I instructed them to put the offender down.  At approximately 1802, I instructed Officer Merklin to run to unit medical and retrieve a rolling gurney which she did,  At approximately 1803 I instructed Officer Shults to get the video camera and keep it on the offender.  I called Lt. Berger and notified him of the situation and watched for the gurney and watched the offender from 7 Bldg. door and desk area.   At approximately 1810 Officer Merklin and Lt. Berger started down 7 Bldg. walkway with the rolling gurney.  I ran to meet them and helped bring the gurney into the building.  The offender was lifted by the stretcher onto the gurney, and Lt. Berger and myself escorted the offender to unit medical where four medical staff were waiting to assist him.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

9-1

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

**CRIMINAL CASE**
**VOLUNTARY STATEMENT**

STATEMENT OF *Priscilla Morales* ▆▆▆▆▆

GIVEN THIS *5th* DAY OF *October* , *2001*

On 07-16-01 at approximately 1750 hours, I received a phone call from Officer Stewart at 7 desk. She was working "G" and informed me that an offender was looking ill and that medical attention might be needed. After I hung up with her I called medical to inform them of the situation and told them I would call back after the rover checked the physical status of the offender. I then called Sgt. March to inform her of the situation and told her I would get back with her with more information. I called Officer Stewart back and she informed me that the offender was breathing but not responding. I called medical back with all the information giving to Miss. Newman. She instructed me to have the officers place the offender on a gurney and bring him to medical due to the fact she was the only nurse on duty. Officer Shults was sent down to "G" pod with the gurney. A few minutes later Officer Stewart called me back and said they needed additional help because the offender was to heavy to be picked up. At that due to the seriousness of the situation, I sent two support staff offenders to assist. At that point they brought the offender out on the stretcher when they had to place him on the floor in front of 7 desk due to the stretcher ripping at the head piece. Sgt. March sent for the rolling stretcher all the while officer Shults was video taping. When the stretcher arrived they placed the offender on the stretcher and rolled him to medical. At that point I went down to the offender's cell to retrieve his property and

*10-5-01*
Date

*P. Morales*
Signature

Page _*1*_ of _*2*_

CC-0355 (06/2004)

Page 1 of 2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*10-1*

VOLUNTARY STATEMENT OF:

his cellmate said all he came with was a bible. I informed him that all his property was inventoried prior to being housed that afternoon and that it would be investigated. He reiterated that all the offender had was a bible. The bible was tagged, and placed in 1 building holding cell. I have no further knowledge of this incident.

*P. Morales*  10-5-01

Date

7-2

Page 2 of 2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

102

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Stewart, Retha_

GIVEN THIS _5_ DAY OF _October_ , _2001_

At approximately 1630, Offender Cardwell TDCJ #1041651 was brought to 7G to be housed in 21B cell. He looked scared and was sitting in the shower. He was taking his shoes off, and the offenders in 7G-1 section were telling him that he would be alright. Offender Edwards went to get him a towel, and Offender Lassiter borrowed some shower slides from an offender in 20 cell. The offenders were telling him to take a shower and calm down. When I, Officer Stewart CO IV, found Offender Caldwell in the shower, he seemed to be very scared and when he spoke, he rambled. I went down to the picket (because you can hardly hear over the speakers). I told Officer Redder to call Sgt. March because something was wrong with the offender. Officer Redder's response was, "So?"

I went back to 3 row 1 section shower, and the offender stood up and was coming out of the shower. He told me that he was going to the bus to get his stuff. These were the first words that I understood. He appeared to be shaky. He came out of the shower with Offender Lassiter sort of guiding him. Offender Lassiter said, "Ms. Stewart, touch his arm. He is burning up." I touched his arm (above the wrist), and it was just that, very hot. Offender Cardwell sat back down in the shower stall, and I went back down to the picket to call the Sgt. I told Officer Redder that the offender was red hot. Officer Redder said, "What do you mean-red hot?" I said, "His skin is very hot. He is talking out of his head. He is sick or something is wrong." I asked him

_10-05-01_
Date
Signature

Page _1_ of _2_

CC-0355 (06/2001)

Page 1 of 2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

VOLUNTARY STATEMENT OF:

to call the Sgt. Officer Redder said, "My advice is to rack him up and count." I said, "Is it 5:15?" Officer Redder said, "Close enough for me!"

I again went to 3 row 1 section shower. I went back to the offender, and he was walking around like he might not know where he was. I thought that he might be a psych. patient needing some meds. and that he was scared.  With the assistance of other offenders, I got the offender out of the shower and racked him up. I went to the floor, got my clipboard, and proceeded with count. I racked up and counted all 3 sections and took my count sheet down front.  Sgt. March was on the phone, so I got Officer Morales' attention and told her to tell the Sergeant that I needed to talk to her. I went into 7G control picket, and Officer Redder began the roster count.  When he got to 21 cell, he motioned for me to call rank. I called the desk and talked to Ms. Morales and told her that Offender Cardwell had passed out.  She hung up, then called me back and asked if the offender was breathing. I told her that he was breathing but not responding.  The desk sent officers and offenders with a gurney to take Offender Cardwell to medical. They carried the offender out.

10 - 05 - 21

Date

Page 2 of 2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

11 - 2

**Texas Department of Criminal Justice**
INSTITUTIONAL DIVISION

# Inter-Office Communications

To: _____ Warden R. Treon _____          Date: _____ July 16, 2001 _____

From: _____ F. Redder, CO IV _____          Subject: _____ Cardwell, John #1041651 _____

   On 07-16-01 at approx. 1630, Offender Cardwell, John #1041651 came onto the wing to move into 21 cell. At the time said offender came in, the rover was doing an out in 3 section. At approximately 1635, the rover went up to three row so the offender could put his mattress and pillow into his cell. Said offender was walking up and down the three row walkway. At approximately 1640, the rover came down to the D-space and told me that she needed a Sgt. to the pod and the said offender was not refusing housing, but that he would not go into his house. I told her to try to get him into his cell again. At no time did she notify me that she needed medical. I did not call a supervisor. At approximately 1645, she went back up to three row and was talking to the offender. The offender went into his cell, and she closed the cell door and came to the D-space. At approximately 1650, she walked to the desk and came back into the D-space. I thought the problem was resolved. At approximately 1710, she got her count sheet and started counting in 1 section. At approx. 1735, I went to 1 section 3 row to do the roster count. When I got to 21 cell, I saw that the offender was laying in the cell floor not responding to my call for his I.D. card. I got the picket to roll the cell door. I then told the other offender in 21 to step out. I then started trying to get said offender to respond. At approximately 1740, I told Officer Stewart that I needed a Sgt. and that the offender was not responding. Officer Shults and Officer Toll arrived on the pod at approximately 1745 with a cloth gurney to carry him from three row. Due to the offender's weight, I told Officer Stewart that we needed more help. Four SSI's showed up. Me, Officer Shults and Officer Toll placed the offender on the gurney, and the four SSI's carried him from the cell to the front of the desk. At that time, the cloth gurney was ripping, so the SSI's placed him on the floor in front of the desk, while Officer Merklin went to medical to retrieve a gurney to roll him to medical. At approximately 1755, Officer Merklin showed up on the building with the gurney and the offender was placed on the gurney and immediately rolled to medical. At approximately 1800, I went to medical to assist. At approximately 1810, I was asked by a nurse to help take off said offender's boots. I then left medical and returned to 7 Building. At approximately 1820 I left 7 Building to turn the roster counts in and then went to medical to talk to the captain. At the time said offender was being rolled to the ambulance. At approximately 1830 I was asked to give the E-mail to the officer leaving. I then left medical. I have no further knowledge of this incident.

TR1.  This is a copy

12-1

Copy of OIG case & Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPY PRODUCTION PROHIBITED

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Randy Shulds_

GIVEN THIS _5_ DAY OF _October_ , _2001_

At 1730 Officer Morales instructed me Officer Shults and Officer Toll to get the medical gurney, go to G pod 21 cell with Officer Redder waiting we loaded offender cardwell on the gurney and call for assistance, four SSI's arrived carried him down from 3rd row and to the building desk. When the gurney ripped, Officer Morales called for a wheeled gurney from the infirmary.  Sgt. March then handed me the video camera I turned it on and recorded offender to the infirmary and ambulance.  Lt. Berger told me to turn off when the rear door of the ambulance closed.

Date _10/5/01_

Signature _Randy K Schulty_

Page _1_ of _1_

CC-0355 (08/2001)

Page 1 of 1

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

13-1