# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

---

**DATE:** 7-21-01   **TIME:** 1955

Order Clarification:
CMVt 850, f 20, Sighs 1.2 4×1,
FiO₂ 70%.
Dr C. Chakmala / S. Johnson, CRT
noted RSnselve RN 7/21/01   C. Chakmale
RSnselve RN 7/22/01 nee

---

**DATE:** 7-22-01   **TIME:** 09155

D/C Cartin hole per nurse
Cartin hole thru N G T to 30 gm
                                              ↑ 1.0

---

**DATE:** 7/22   **TIME:**
① SMAR(lv, Mg, Pou, Urrc acid, Esc in as
② 1 amp sода bicarb IV now,
    repeat 1 amp in 1 hr
③ 40 meg/lcel IV over 4 hr.
④ dc mannoe
⑤ c arterial line

FAXED

Copy of image made to Litigation Support on 06.26.2013 by acm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



DATE: 7-21-01   TIME: 1-00 PM.

- ↑ Tv to 800 ml ( done) go in leave respan
- Scale back & attempt to wean on Norcuron over next several hours, and see whether he can be just managed by dipruvan alone ( which can be titrated up ward).
- JG & when weaned off from Norcuron Do ABGs & Call me
- ↓ clocein to 600 up & PB go 6 hr
- Cxray B & ABG AM in AM.
- Keep HoB ↑ 20-30°
- Lasix 20 mgs & now f C Chakinala
- Serum arterial Ammonia along with ABG tomorrow AM
- Dx Dx

C Chakinala

FAXED

noted Thipton 7/21/01 @ 1320
RT noted \ 7-21-01 @ 1945 - SJensen, CRT

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-13

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-21-06          TIME: 1955

Order Clarification:
CMVV₋ 850, f 20, Sighs 1.2 4x1,
FiO₂ 70%
Dr C. Chakmala / S. Johnson, CRT
_____ C C Chakmai Gg
_____

DATE: 7-22-01          TIME: 09:55

D/C Cautiv hose per nectin
Cautiv hose thru NGT to 30gm
_____ fi.a
_____

DATE: 7/22          TIME:

① SMA12, Ca, mg, Pou, unc acid cb⁺ in as
② 1 amp soda bicarb iv now
   repeat 1 amp in 1hr
③ VC medici iv cvcr 4hn.
④ D/C monocry
⑤ C.d. their train
_____ Russell R.N. 7-22-01 1730 27-14-

FAXED

Compiled & case to Litigation Support on 06.26.2016 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-21-01    TIME: 1-0- Pm.

- ↑ Tv to 800 ml ( dose of to leave resp.
- Scale back & attempt to wean ii
  Norcuron over next several hours,
  and see whether he can be just manag
  by Diprivan alone ( which can be titrat
  -up wards).
- ✓ If & when weaned off from Norcu
  Do ABGs & Call me.
- ✓ ↑ Clexein to 600 mcg L PB q 8 hr
- ~ Cxray & ABGs in AM
- ~ Keep HoB ↑ 20-30°
- ✓ Lasix 20 mcg 2 Nav. / C. Chakma Lq
- ~ Serum arterial ammonia along with ABG
  tomorrow AM SPCRT
- ~ D/c D, amex
                                C. Chakma

DATE:    TIME:

noted rhythm 7/21/01 1930
RT noted 7-21-01 @ 1945 - SJohnson, CRT

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-15

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



DATE: 7/21/01    TIME: (1125°)

TPN changes (additional) : ↑ AA to 5.0%
↑ Dextrose to 13.6%
↑ fat to 3.2%
add 8 units insulin/liter
Rate 100/hr.

V.O. Dr Patel /R. Reeves, CNSD

FAXED
7/16/01 @ 1125°

noted 4hampton 7/21/01 @ 1145

DATE: 7/21/01    TIME: 1130

dc OIC protocol +
T.O. Dr Kruska / Hammonsky

noted by 4hajton 7/21/01 @ 1208

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-16

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY. USE A BALL POINT PEN.



Copy of AOG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-20-01.   TIME:

Repeat ABG's — Wao a Cot me know
the result — Jhon

C. C Co Russela

---

DATE: 2-0-01   TIME: 1400

↑ ut to 300 Dim
add sigh, Yvi e 1.2L
give 1 Amb NA bicarb IV Jhon
u.o. Dr Chakrals (Jhon

FAXED

noted-Hampton 7/20/01@1444
RTNoted) 7-20-01 @ 1835 — S Johnson RT

---

DATE: 7/20/01   TIME: 2120

Ok to use CBN sc coverage for BBGE Q6°

150-200 give 3u Regular insulin
201-250 = 6u Regular insulin
251-300 = 9u   "
301-350 = 12u   "
> 350 = Call physician

FAXED
noted BJ
noted Patrick 7/20-

T.O. Dr. P___
C. Russela RN 7/21/01 Noni

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

22-18

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
CARDWELL, JOHN W.
36-24-04  INI
00011324092   ADM  7/16/01

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/20          TIME: 9:30 AM

Portable abdom sono & hem

Radiologist call me results

D. K mulby will see pt this

weekend for me.

Arterial NH₃ in Am

noted by thampton 7/20/01 @ 0948

---

DATE: 7/20          TIME:

② SMA₁₂ EO₂    mg   PO₄   uric acid, Cbc in am

② On new bag change PTN & CPN

↓ dextrose 8.2%

↓ K PO₄ 35 mEq          } per/liter

↓ KCl 30 mEq

Vit K 1mg /day

crai some

② DC renal dose dopamine drive

② 250 ml NS bolus now CMR

---

DATE:          TIME:

**FAXED**
7/20/01 @ 1128

7/20/01 (1110°)

CPN changes (additional) : ↓ KCL to 10 mEq/l.

↓ Ca gluconate to 4.0 mEq/l.

Add 3.0 units /liter  Reg insulin @

CNSD

**FAXED**
7/20/01
@ 1128

57-19

Copy of OIG case to Litigation Support on 06.26.2012 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



DATE: 7-19-01    TIME:    (cont'd)
- ABGs in AM 110
- Cxray in 4m (upright s. thep)'''
- Keep HOD ↑ 20-30° (to prevent aspiration)
- ↓ O₂ to 45% (done) C. Chakma&

DATE: 7/19/01    TIME: 1245 R
- CT Scan of Head today
                S. Ravi.
noted L. Williamson 7/19 @ 1457

DATE: 7/19/01    TIME: (1835°)
① ΔPPN to modifica CPN° ↑ dextrose to B.2%
   add 1mg vitamin K /day
   113    114  ↑ Ca gluconate to 7mEq/L
⑤ Am lab° triglyceride, prealbumin
   Monday am° prealbumin 115
           T.O. Dr Patel / R. Reeves cNSL

FAXED
7/19/01

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Notation    wsd    7/19/01 @ 2013    22-20

UNITED REGIONAL HEALTH CARE SYSTEM    11TH
ADM 7/16/01
36-24-04 [N]
CARDWELL, JOHN W
SCZCZERBA, ARTHUR J 9061
DOB 9/01/61   039Y
0001132409Z   M

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-18-01      TIME: 12¹⁸₁ₘ

CXR _for_ line plsct

_Noted_ _Tenstens UC_ 7/18 @ 130

MRI 7-19 0180 bl

DATE: 7/19/01      TIME: 0200

1. Lacrilube prn
2. Change BBO's to q6h
vs Dr Urquia

FAXED
0948

_Noted_ L Williamson 7-19 @ 0948

DATE: 7/19/01      TIME:

① Wean Dopamine down

② Add 30 meq KCl to present bag 1 PPN

FAXED
1046

note

27-22

(Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED)
1047

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
36-24-04  INI
CARDWELL, JOHN W  M 70Y
DOB 9/0/6.  ARTHUR
0001132409  ADM 7/18/01

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/18/01   TIME:

① Change IV to
5% D5in + 75 meq NaHCO₃ (bike)
at 125 ml/hr

② Start PPN (as modified)
at 125 ml/L ASAP
t/c other IV when PPN is
started

③ Inj Lasix 500 mg IV now
& then 250 mg daily

④ Inj Diphenhydramine 10 mg SoFt IV
daily x 3

⑤ Imm 14 P, Mg
(BiC) for am

⑥ Inj Lasix 40 mg IV now

⑦ albumin 25 gm q 12° IV
V.C. Dr Nicholi / J Haha
1300   7-18-01

FAXED
FAXED
Copied to DIG case to Litigation Support on 06/26/2013 by scm
(11) UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61   039Y   M
0001324092

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-18-01   TIME: 0100

① ↑ set rate to liq, bpm
② give 1amp bicarb IV ③ AM ABG
T.O. Dr Chakinala / C. Coleman RRT
C. Chakinala

noted S. Hun
100
7-18-00

DATE: 7-18-01   TIME: 6:45 R

① Transfuse 200 of platelets
Laura Chakin

noted S. Hasty 1300
7-18-01

DATE: 7-18-01   TIME:

Consult Anesthesia for Central line
Art line
V.O.D. Chakinal / Sitting
C. Chakinala

FAXED
0750

Noted Mathews RN 7/18 @ 0755

MNL 7-18-01

noted S. Hasty N 1350
27-2 of

Copy of OIG case to Litigation Support on 06.26.2013 9:06am
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061
DOB 9/01/61  089Y  M
00011324092
36-24-04 [N]
ADM 7/16/01
11TH

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7-17-01.     TIME:

Give 2 amps of water & push now
place on siew of 50/ml. & Psv of
10 cmc — CMC

Start him on low dose diprivan @
15-20 mg/kg.

Cxray in AM. ABGs in AM.  CMC

C. C Chakramal,

---

DATE:     TIME:

NOTED
B. Pole

7-17-01.

Δ vent to CMV - 15, Tv-750.
Give 5mg norcuron & bolus.
Give 250cc Saline bolus I.
↑ 1° I l. 250 cc/hr
start on norcuron drip @ 3.5 mg/hr
Keep on low dose diprivan @
5-10 ml/hr (if BP can permit,
↑ dopamine to 10 ug/kg/min for
now & can titrate to syst BP of
90+ mm of Hg.
ABGs in 30-40 min & call me

C C Chakrya

CMC
020
7-18-01

done
CMC

Copy of DMC case to Litigation Support on 06.26.2013 by sef.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/17/01   TIME: 1500 R

Pulmonary consult with
Dr. Chekrala done by residents

S. Ravi.

noted Thompson 7/17/01 @ 1539
RT ) 7-17-01 @ 1:00 — Wiseman RRT

DATE: 7/17   TIME: 7:40 PM

- PCR HCV quantitative
- Lactulose 30 cc per NG 4 days
  $\bar{q}$ 4h
- Lactulose Retention enema 60 cc
  $\bar{q}$ 4h
- Rectal tube prn.
- LFTs $\bar{c}$ GGT   CBC   Arterial NH₃
  PT, PTT $\bar{q}$ D × 4

DATE:   TIME:
- Bedside Glu $\bar{q}$ 4h —
  call of < 75.

FAXED

7·17·01   9·45PM.

D/c PEEP (done)   [signature] 7-17-01
↓ ₂₀ to 50% (done)   2215
ABG₅ Now (done.)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

C. C. Chekrala
2T-2f

(left margin imprint)
UNITED REGIONAL HEALTH CARE SYSTEM   11TH
36-24-04  INI
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061
DOB 9/01/61   039Y   M
00011324092
ADM 7/16/01

IMPRINT

MAY USE FORMULARY DRUG
UNLESS CHECKED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
ADM  7/16/01

36-24-04 [N]
CARDWELL, JOHN W
SCZCERBA, ARTHUR J  9051
DOB 9/01/81  039Y  M
000113124092

---

DATE: 7/17/01   TIME:

(2) *illegible*  CBC

(3) Weigh @ 7am

(4) *illegible*

(5) Hepatitis A, B, C
    HIV

---

DATE: 7-17-01   TIME: 11:20

(1) Consult Dr. Mankodo (done)

(2) Consult Dr. *illegible* (done)

(3) Consult GI specialist *illegible*
    by residents

(4) PT, PTT, SMA-14, CBC *illegible*
    ammonia, *illegible* and *illegible*
    *illegible* products, CBC *illegible*

(5) *illegible*

FAXED

Copy of OIG case to Litigation Support on 06/26/2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/17 2001   TIME: 0755

- DC Pepcid
- Protonix 40 mg IV now + q day
- Ch PH INR
- Fibrinogen and fibrin Degradation
- Products now
- call results to me
- JC Dr ur give _____

DATE: 1120  TIME: _____   _Kasia Thong MD_

noted by thompton 7/17/01 @0803

7/17 2001   0850
 agts + not Ieuronia + C86
wean change vent to cur
T.O. Dr ur give _____
noted by thompton 7/17/01 @ 0853

_Kasia _____ MD_

DATE: 7/17/01  TIME: _____

(1) change IV t
5% D/w + 75 mcg NaHC0₃/L t.

+ 30 mcg KCl/Lt. + 20 mcg
K Pho/Lt.
Rate: 200 ml/hr

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-28

UNITED REGIONAL HEALTH CARE SYSTEM 17TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J
DOB 9/01/61  039Y  9061  ADM 7/16/01
0001132409Z
36-24-04 [N]  M

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/17/01   TIME: 0255 P

*[handwritten orders, illegible]*

---

DATE: 7/17/01   TIME: 0415

1. Give 1 amp D50 IV now.
2. Pepcid 20mg IV qd

TO Dr. Srinivisan / Z Edwards RN

*[handwritten signature] B. Bales*

---

DATE: 7/17/01   TIME: 0215

Run ½ NS c̄ 1 amp bicarb @ 200cc°
DC NS IV fluid
Use Ativan for sedation
VO Dr Srinivasan / L Steen RN

*[handwritten signature] B. Bales*

*[handwritten] dr RN 7/17/01*
27-30

Copy of ULIC case to Litigation Support on 06.28.2013 by rsm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Use pre-punched 5-hole paper when copying
Copy double-sided Head-To Toe

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 8/01/61    039Y
00011324092    M
UNITED REGIONAL HEALTH CARE SYSTEM

# NURSING PLAN OF CARE

**United Regional Health Care System**

RN INITIALS

...lan of Care Will Be Initiated by RN Within 24° of Admission
...ng Dx Must Be Addressed In Patient Care Record Until Resolved

Observations & Interventions  with  Goals & Expected Outcomes

Licensed Clinical Tech to sign initials in appropriate column each shift.
Changes to Plan of Care will be initialed by licensed person.

Restraint/ interventions:

1. **Every 2 hours perform circulatory checks on** restrained or immobilized extremity
2. **Every 2 hours while awake and PRN when indicated:** remove the restraint and perform ROM on all restrained or immobilized extremities, one extremity at a time.
3. **Every 2 hours while awake and PRN when indicated:** reposition
4. **Every 2 hours while awake and PRN when indicated:** encourage coughing and deep breathing
5. **Every 2 hours while awake and PRN when indicated:** offer fluids and opportunity for elimination
6. **Assist patient with meals at unit specific mealtimes and PRN**
7. **Assist patient with ambulating PRN as warranted by** patient's condition
8. **Reassess the patient to determine the continuing need for** the restraint/MPD every shift and PRN for patients with primary med/surg needs
9. **Educate the patient/SO about why the restraints/** is being used, care to be given and how to prevent future use.
10. **Document according to procedure on unit specific** nurse notes.

| DATE | DATE | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|
| 7/30 | 7/31 | 8/ | | | | |
| A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials |
| | | | | | | |
| P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials |
| KAG | KAG | JA | | | | |

Comments: (Include Additions, Deletions, Date Resolved)

Pt on Aquired to Morcoram D'C'd
restraints

Place Preprinted or Handwritten Care Plan Here

| DATE | DATE | DATE | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|
| A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials | A-P Initials |
| | | | | | | |
| P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials | P-A Initials |

Comments: (Include Additions, Deletions, Date Resolved)

| Initials | Name / Title / Shift | Initials | Name / Title / Shift |
|---|---|---|---|
| | | KAG | K. Lodsmann RN |
| | | JH | Janette Harper RN |

3

Rev. 01/97

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-31

See Admission Assessment database for initial admitting assessment

| ASSESSMENT | AM | PM | ASSESSMENT | AM | PM | ASSESSMENT | AM | PM |
|---|---|---|---|---|---|---|---|---|
| Alert   Paralyzed | | ✓ | Apical Pulse Regular /Irregular | | ✓ | Incision #1 Site | | |
| Cooperative/Uncooperative | | | Capillary Refill: < 2 sec/>2 sec | | ✓ | Open to Air/Dressing | | |
| Anxious/Restless/Agitated | | | Neck Veins: Flat/Distended | | ✓ | Dressing Dry & Intact /Drainage | | |
| Speech Clear/Slurred | | | | | | Edges: Approximated /Open* | | |
| Breath Sounds:   Clear   R/L | | | EKG Rhythm   SR-ST  ST | | | with: Staples/Sutures/Steri Strips | | |
| Crackles   R/L | | | Lead   II | | | | | |
| Wheezes   R/L | ✓ | ✓ | EKG Hi/Lo Alarms On at: | | | Redness/Induction/Swelling | | |
| Rhonchi   R/L | | | Pacer:   Temporary/Permanent | | | Drainage: Sang/Serosang/Sero | | |
| Diminished   R/L | | | Insertion Depth (cm) | | | Purulent | | |
| Absent   R/L | | | Transvenous/External | | | Amount:   Sm/Mod/Lrg | | |
| | | | Epicardial Wires | | | | | |
| Resp. Effort:   Regular/Irregular | | | Pulse Generator On/Off | | | Incision #2 Site | | |
| Unlabored/Labored | ✓ | ✓ | Rate | | | Open to Air/Dressing | | |
| Accessory Muscle Use | | | MA | | | Dressing Dry & Intact /Drainage | | |
| Symmetrical Chest Expansion | | | Demand/Asynchronous | | | | | |
| Denies/Admits SOB or Dyspnea | | | Leveled with RA | | | Edges: Approximated /Open* | | |
| Cough: Productive/Nonproductive | | SX | Zeroed & Calibrated | | | with: Staples/Sutures/Steri Strips | | |
| Color   bloody | | | 1000 U. Heparin | | | Redness/Induction/Swelling | | |
| Tracheostomy | | | 500 CC. NS Flush | | | Drainage: Sang/Serosang/Sero | | |
| Cuff up/down | | | A - Line Site: | | | Purulent | | |
| Tube secured in place | | | Proper Wave Form | | | Amount:   Sm/Mod/Lrg | | |
| Ambu at bedside | ✓ | ✓ | MAP HI/LO Alarms On at | | | | | |
| | | | Drsg dry & intact | | | | | |
| ET tube: oral/nasal | | | PA Catheter Site: | | | | | |
| # cm at teeth/lip | | | Insertion Depth (cm) | | | Drain Tube - Site & Type: | | |
| size   Shiley   8 | | | Proper Waveform | | | Drainage: Sang/Serosang/Sero | | |
| CT # 1 site: | | | Drsg Dry & Intact | | | | | |
| Suction: # cm H2O/Gravity | | | CVP Catheter Site: | | | Drain Tube - Site & Type: | | |
| Bubbling | | | Proper Waveform | | | Drainage: Sang/Serosang/Sero | | |
| Fluctuation in chamber | | | Drsg Dry & Intact | | | | | |
| Crepitus | | | IABP Site: | | | IV Access:   Site Ⓡ sc+z | | ✓ |
| Drainage: Sang/Serosang/Sero | | | Ratio I: | | | Patent | | |
| Tubing Connections Secure | | | Proper Augmentation | | | | | |
| CT Dressing Dry & Intact | | | Alarm On | | | IV Access:   Site | | |
| CT # 2 site: | | | Drsg Dry & Intact | | | Patent | | |
| Suction: # cm H2O/Gravity | | | Intact/Break in Skin Surface* | | ✓ | | | |
| Bubbling | | | Warm Cool | | ✓ | IV Access:   Site | | |
| Fluctuation in chamber | | | Dry/Clammy/Diaphoretic | | ✓ | Patent | | |
| Crepitus | | | Pink/Pale (✓ nailbeds/mucous membranes) | | ✓ | | | |
| Drainage: Sang/Serosang/Sero | | | Cyanotic/Flushed/Jaundiced | | | Bed in Low Position | | ✓ |
| Tubing Connections Secure | | | | | | Call Light in Reach | | ✓ |
| CT Dressing Dry & Intact | | | Edema - Site   gen | | | Side Rails Up: Upper/Full | | ✓ |
| CT # 3 site: | | | +1 (+2) +3  P=Pitting | | | POTENTIAL FOR VIOLENCE   no | | |
| Suction: # cm H2O/Gravity | | | | | | | | |
| Bubbling | | | Urine Color   very dk amber tea | | | Assessors Initials   APm | | |
| Fluctuation in chamber | | | Clear/Cloudy/Bloody | | | PA  KAG | | |
| Crepitus | | | Voids/Foley/CBI | | ✓ | | | |
| Drainage: Sang/Serosang/Sero | | | Abdomen:  Soft/Firm | | ✓ | I.P. Chamberlin | | |
| Tubing Connections Secure | | | Flat/Distended | | ✓ | | | |
| CT Dressing Dry & Intact | | | Nontender/Tender | | | | | AP |
| CT # 4 site: | | | Bowel Sounds: Present/Absent | | ✓ | | | |
| Suction: # cm H2O/Gravity | | | Hypoactive/Hyperactive | | | K. Fossmann  RN | | PA |
| Bubbling | | | Expels Flatus | | | RN SIGNATURE | | |
| Fluctuation in chamber | | | NGT/PEG (Placement verified) | | ✓ | | | |
| Crepitus | | | suction/clamped/feeding | | ✓ | | | |
| Drainage: Sang/Serosang/Sero | | | Urostomy/Ileostomy/Colostomy | | | | | |
| Tubing Connections Secure | | | Stoma Pink/Other | | | | | |
| CT Dressing Dry & Intact | | | Rectal tube | | ✓ | | | |

UNITED REGIONAL HEALTH CARE SYSTEM   11TH

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/81   039Y
00011324092   M

6

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-32



UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 |N| 11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y
00011324092 M
UNITED REGIONAL HEALTH CARE SYSTEM

United Regional Health Care System

# PATIENT CARE RECORD - OBSERVATIONS
## SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

CODE STATUS: full
ALLERGIES: NKA

**GLASGOW COMA SCALE**

| | | |
|---|---|---|
| EYE OPENING | Spontaneous | 4 |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL RESPONSE | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensive Words | 2 |
| | None | 1 |
| MOTOR RESPONSE | Obeys Commands | 6 |
| | Localizes Pain | 5 |
| | Withdraws (Pain) | 4 |
| | Flexion (Pain) | 3 |
| | Extension (Pain) | 2 |
| | None | 1 |

**PUPILS** (cm): 1, 2, 3, 4, 5, 6, 7, 8

**EXTREMITIES** — STRENGTH (Grips): 3 - Strong; 2 - Fair; 1 - Weak; 0 - Absent

**PULSES**: P = Palpable; D = Doppler; P1 - Weak; P2 - Fair; P3 - Strong; D1 - Monophasic; D2 - Biphasic; D3 - Triphasic

Temperatures: 08: 99.2; 11: 99.3; 14: 98.7; 17: 98.3; 20: R 98.8; 00: R 99.2; 04: R 98.1

| | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Respirations | | 20 | 19 | 20 | | 20 | | | | 20 | | |
| O2 Sat % | | 95 | 98 | 98 | | 95 | | 97 | | 96 | | |
| CO/CI | | | | | | | | | | | | |
| CVP/PCWP | | | | | | | | | | | | |
| PAP | | | | | | | | | | | | |
| SVR/PVR | | | | | | | | | | | | |
| Eye Opening | | 1 | | 1 | | | | | | | | |
| Verbal Response | | 1 ETT | | 1 ETT | | | | | | | | |
| Motor Response | | 1 | | 1 | | | | | | | | |
| Total (≥ 7 indicates coma) | | 3 | | 3 | | | | | | | | |
| Pupils L | | SL 4 | | 4 | | | | | | | | |
| Pupils R | | SL 4 | | 4 | | | | | | | | |
| Extremities Arm L | | – | | | | | | | | | | |
| Extremities Arm R | | – | | | | | | | | | | |
| Extremities Leg L | | – | | | | | | | | | | |
| Extremities Leg R | | – | | | | | | | | | | |
| Time | | | | | | | | | | | | |
| Radial L | | P1 | | | | | | | | | | |
| Radial R | | P1 | | | | | | | | | | |
| Dorsalis Pedis L | | \| | | | | | | | | | | |
| Dorsalis Pedis R | | \| | | | | | | | | | | |
| Posterior Tibial L | | \| | | | | | | | | | | |
| Posterior Tibial R | | \| | | | | | | | | | | |
| TOF | | 4/4 | | | | | | | | | | |

| | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Respirations | 20 | 24 | 19 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| O2 Sat % | 97 | 98 | 97 | 95 | 94 | 95 | 96 | 96 | 95 | 94 | 95 | 95 |
| CO/CI | | | | | | | | | | | | |
| CVP/PCWP | | | | | | | | | | | | |
| PAP | | | | | | | | | | | | |
| SVR/PVR | | | | | | | | | | | | |
| Eye Opening | | 1 | | | | 1 | | | | 1 | | |
| Verbal Response | | Trach | | | | Trach | | | | Trach | | |
| Motor Response | | 1 | | | | 1 | | | | 1 | | |
| Total (≥ 7 indicates coma) | | 3 | | | | 3 | | | | 3 | | |
| Pupils L | | Sluggish 4 | | | | | | | | | | |
| Pupils R | | Sluggish 4 | | | | | | | | | | |
| Extremities Arm L | | 0 | | | | | | | | | | |
| Extremities Arm R | | 0 | | | | | | | | | | |
| Extremities Leg L | | 0 | | | | | | | | | | |
| Extremities Leg R | | 0 | | | | | | | | | | |
| Time | | 2000 | | | | | | | | | | |
| Radial L | | P2 | | | | | | | | | | |
| Radial R | | P2 | | | | | | | | | | |
| Dorsalis Pedis L | | P2 | | | | | | | | | | |
| Dorsalis Pedis R | | P2 | | | | | | | | | | |
| Posterior Tibial L | | P1 | | | | | | | | | | |
| Posterior Tibial R | | P1 | | | | | | | | | | |
| | | 4/4 | | | | 2/4 | | | | 2/4 | | |

Form # 8330/03 (REV. 12/99) DATE: 7-31-01 ROOM# 8

27-33

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/81      O39Y    M
00011324092
UNITED REGIONAL HEALTH CARE SYSTEM



**United Regional Health Care System**

Form # 8330/03(REV. 12/99)

Previous Wt.: 95 Kg     Current Wt.: _____

*Residuals are not included in the I & O unless discarded  C = Current + Bag + Tubing
‡ Indicate with 'V' the first void after d/c of Foley
§ Include liquid stool (cc's) in Output    B = Bag △     T = Tubing △

## INPUT & OUTPUT'S

| Time | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | cc Scln Site DOSE | PO | Tube Feeding | HOURLY | SUB TOTAL | Time | URINE ‡ | NGT | Rectal Tube | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 80 | 40 | 10 | 5 | | | | | | | | | | | 07 | | | | |
| 08 | | | | | | | | | | | 120 | lactulose | | | 08 | 25 | | | |
| 09 | | | | VP6 100 | | | | | | | | | | | 09 | 75 80 | | | |
| 10 | | | | | | | | | | | | | | | 10 | 80 | | | |
| 11 | | | | | | | | | | | | | | | 11 | | | | |
| 12 | | | | | | | | | | | 150 | lactulose | | | 12 | 115 | | | |
| 13 | | | | | | | | | | | | | | | 13 | | | | |
| 14 | | | | | | | | | | | | | | | 14 | 100 | | | |
| 15 | | | | | | | | | | | | | | | 15 | | | | |
| 16 | | | | | | | | | | | | | | | 16 | 85 | | | |
| 17 | | | | | | | | | | | 150 | | | | 17 | 60 | | | |
| 18 | | | | | | | | | | | | | | | 18 | 85 | | | |
| TOTAL | 363 | 426 | 100 | 111 | 100 | | | | | | 420 | | | | TOTAL | 600 | 350 | 952 | |

TOTAL 12 INTAKE  2236     TOTAL 12 OUTPUT  1800

| Time | C | C | C | C meg | | | | | | | NG | Tube Feeding | HOURLY | SUB TOTAL | Time | URINE ‡ | NGT | Rectal Tube | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 80 | 40 | 10/ hour | 262 meg 75 | | | | | | | | | | | 19 | | | | |
| 20 | | | | | | | | | | | 150 | | | | 20 | 170 | | | |
| 21 | | | | | | | | | | | | | | | 21 | | | | |
| 22 | BT | | | | | | | | | | 60 | | | | 22 | 95 | | | |
| 23 | | T | 8 | 8 | | | | | | | | | | | 23 | | | | |
| 00 | | | | | | | | | | | 150 | | | | 00 | | | | |
| 01 | | | | | | | | | | | | | | | 01 | 105 | | | |
| 02 | | | | | | | | | | | | | | | 02 | | | | |
| 03 | | | | | | | | | | | | | | | 03 | | | | |
| 04 | | | | | | | | | | | 150 | | | | 04 | 130 | | | |
| 05 | | | | | | | | | | | | | | | 05 | | | | |
| 06 | | | BT | | | | | | | | 60 | | | | 06 | 80 | | | |
| TOTAL | 939 | 468 | 117 | 430 | | | | | | | 570 | | | | TOTAL | 580 | 200 | 270 | |

TOTAL 12 INTAKE  2274     TOTAL 12 OUTPUT  1050

| TOTAL 24° INTAKE | 4510 | TOTAL 24° OUTPUT | 24° VARIANCE (+7660) |
|---|---|---|---|

Confidential - Litigation Support EHR 05.26.2013bcw
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

DATE: 7/31/01   ROOM# 27-34   2

McCollumM/Cardwell 265

UNITED REGIONAL HEALTH CARE SYSTEM
**11TH**
**36-24-04** [N]
**CARDWELL, JOHN W**
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61   039Y        M
00011324092

**United Regional Health Care System**

Form # 8330/03 (REV. 12/99)

## SIGNATURE KEY

| Initials | Name, Title | Initials | Name, Title | Initials | Name, Title |
|---|---|---|---|---|---|
| Pmc | P Chamberlain | KAG | Z. Trossmann RN | | |
| | | | | | |
| | | | | | |

## PRN MEDICATION ASSESSMENT
(Pain Scale: 0=no pain & 10= maximum pain)

☐ Pt. has PCA or Epidural: See Pain Management 24° Flow Sheet for Documentation R/T Pain Management

| INITIAL ASSESSMENT | | | | | EVALUATION OF INTERVENTION | | |
|---|---|---|---|---|---|---|---|
| Time | Initials | Pain Level | Problem/Focus | Intervention | Time | Initials | Pain Level | Assessment |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## NARRATIVE NOTES

**Nursing Dx Must Be Addressed In Patient Care Record Until Resolved**

| Time | | Intervention & Evaluation |
|---|---|---|
| 0815 | | Sedated č paralyzed. Skin warm & dry, color jaundiced č very edematous. Tracheostomy to vent. See vent settings. Bilat breath sounds - exp. wheezes. Rhonchi noted. Suction lg amts - bloody secretions. Abdomen extremely distended and firm. Unable to auscultate bowel sounds. NG tube clamped č correct placement checked. Foley patent. Urine is dark. Rectal tube draining lg amt liq stool. Feet and legs also edematous. ® triple lumen patent č IV infusing per IV flowsheet. ————— P Chamberlain |
| 09 | | Repositioned. Suctioned bloody secretions. O₂sat mid to upper 90s- Dave  MS 3mg IV ✓ for ↑ RR - P Chamberlain |
| 10 | | No new changes at this time. ½o fair. ——— P Chamberlain |
| 1230 | | Repositioned, suctioned - remains sedated č paralyzed. Still getting drng from rectal tube. ——— P Chamberlain |
| 14 | | Assess unchanged. O₂sats mid 90s - Dr Charanza here earlier - P.D. notes ✓ ——— P Chamberlain |
| 16 | | Repositioned. Trach care done. Foley care done. ——— Pmc |
| 1800 | | No new changes. O₂ sat mid 90's- ———— Pmc |
| 19 | | Report to Krossman RN ——— P Chamberlain |
| 2000 | | VSS, F/C & Rectal Tube patent, IVF infusing 3 g uards @ BS (prisoner), eye taped shut to prevent drying, severe ascites of abd, cooling blanket on automated control, & Rectal Temp cord in place ↓ |
| 2200 | | CPN hung, no Δ in status noted. ———— KAG |
| 2350 | | VSS, pt, resting quietly, RR even/unlabored ———KAG |
| 01:30 | | no Δ in status noted, VSS, ———— KAG |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED **DATE:** 7/31/01  **ROOM#** 27-35

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 |N|          11TH
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61      039Y
00011324092       M
UNITED REGIONAL HEALTH CARE SYSTEM

Form # 8330/03 (REV. 12/99)

## NURSING INTERVENTIONS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time | 08 | | | | | | | | | |
| O₂ via | 1200 | | | | | | | | | |
| L/M or FIO₂ | 50 75 | | | | | | | | | |
| CMV/SIMV Rate | 22 20 | | | | | | | | | |
| Vt | 800 700 | | | | | | | | | |
| CPAP / PEEP | Ø | | | | | | | | | |
| PSV | Ø | | | | | | | | | |
| PCV | | | | | | | | | | |
| DS | | | | | | | | | | |

## NURSING INTERVENTIONS

| HOUR | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambulation | | | | | | | | | | | | | | | | | | | | | | | | |
| Up to Chair | | | | | | | | | | | | | | | | | | | | | | | | |
| Dangle | | | | | | | | | | | | | | | | | | | | | | | | |
| Turn | | | | | | | | | | | | | | ✓ | | | | ✓ | | | ✓ | | | |
| CDB | | | | | | | | | | | | | | | | | | | | | | | | |
| TED Care Linen Δ | | | | | | | | | | | | | | | | | | | | | | ✓ | | |
| Bath/Shower | | | | | | | | | | | | | | | | | | | | | | ✓ | | |
| Mouth Care | | | | | ✓ | | | | | | | | | | | ✓ | | | | | | ✓ | | |
| Foley Care | | | ✓ | | | | | | | | | | | | | | | | | | | ✓ | | |
| Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral/Naso/Trach/ETT Suctioning | | | | | | | | | | | | | oral/trach | Trach | Trach | Trach | Trach | | oral/tr | | | | | |
| Sputum Amount (Sm/Mod/Lg) | | | | | | | | | | | | | Mod | Mod | Mod | Mod | Mod | | Mod | | | | | |
| Consistency (Th = Thick/T =) | | | | | | | | | | | | | TK | TK | TK | TK | TK | | TK | | | | | |
| Color | | | blood | | | | | | | | | | dirty yellow | clots bloody Tan | clots bloody | clots bloody | clots bloody Tan | | dirty yellow | | | | | |
| HOB degree | | | | | | | | | | | | | 20° | | | | | | | | | | | |

| NGT | | IV INSERTION | | IV SITE CARE | | IABP/A-LINE DC'd | | EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|---|
| Tube Type | | Site | | Site | R7LIJ | By | | IV Pump | x 4 |
| Size | | Gauge | | Patent | yes | Time | | Feed Pump | |
| By | | By | | Drsg Applied | yes | Bleeding | | Oximeter | ✓ |
| Time | | Time | | By | KAG | Hematoma | | Ventilator | ✓ |
| Placement 'd | | Start Kit Used | | Time | 0525 | Site Clean | | Temp Pace | |
| X-Ray | | Injection Site | | **DRAIN DC'd** | | Pressure Drsg | | SCD/K Ped | |
| To Suction | | # Attempts | | Type | | CMS adequate | | Bard | |
| Clamped | | **IV DC'd** | | Site | | **PA CATHETER DC'd** | | IABP | |
| Feeding | | Site | | Drsg Applied | | By | | Camino | |
| D/C'd Time | | Redness | | By | | Time | | Geomatt | |
| **FOLEY/STRAIGHT CATH** | | Bleeding | | Time | | Ectopy | | Hypo/Hyper | |
| Size | | Drainage | | **CT DC'd** | | **EXTUBATION** | | Thermia Unit | ✓ |
| Sterile Tech. Used | | Infiltration | | Site | | Hyperoxygenated | | | |
| By | | Drsg Applied | | By M.D. | | Suctioned | | | |
| Time | | By | | Drsg Applied | | Extubated by | | | |
| D/C'd Time | | Time | | Time | | Time | | | |

| FALL PRECAUTIONS | Initials 7 a-p / 7 p-a | RESTRAINT/M.P.D. | | AM | PM |
|---|---|---|---|---|---|
| NURSING DIAGNOSIS: POTENTIAL FOR INJURY R/T HIGH RISK FOR FALL | | *Requires Further Charting    *Alternative | | | |
| DESIRED OUTCOME: NO FALLS OR INJURY DURING HOSPITAL STAY | KAG | Prisoner | | | |
| Stress fall prevention information with Patient and family once per day and PRN | | Tube Wandering Fall    *Measures | | | |
| Check for Yellow bracelet on Patient once per day | | Aggressive/Assaultive    Time Applied | | | |
| Check for Yellow symbol on chart and kardex once per day | | Type: Wrist | | | x1 |
| Check door open & lighting sufficient to visualize Patient q 4 hours and PRN | | Vest | | | |
| Confirm all side rails up, bed in low position q 4 hours and PRN | | 4 pt. | | | |
| Confirm presence of call light within reach and reinforce use of q 4 | | ✔ Done-Continues  Needs Attended Q 2 hr | | | ✓ |
| Ensure Patient has slippers with rubber soles for out-of-bed activities | | per protocol: | | | ✓ |
| Provide mandatory assistance to BSC or BR prn. Remain with Patient while up to BSC or BR | | *Time Discontinued | | | |
| Provide mandatory assistance with ambulation | | Report given to next shift | | | ✓ |
| Apply reminder belt or posey vest when up to chair as indicated | | | | | |
| Apply bed sensor per nurse discretion.  Check alarms "on" at all times when Patient in bed | | | | | |
| Offer toileting at HS and PRN | | | | 5 | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED  DATE: 7/31/01    27-36    ROOM#

| | I&O | Medsheet &kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings, bags,sites O.K. | A-P init. |
|---|---|---|---|---|---|---|---|
| | | | | | | | P-A init. |
| Sunday 7- | | | | ✓ | | | |
| Monday 7-30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Tuesday | | | | | | | |
| Wednes. 8-1 | | | | | | | |
| Thurs. 8-2 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Friday 7/3 | | | | | | | |
| Saturday | | | | | | | |
| | I&O | Medsheet &Kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings,site Bags,O.K. | |
| Sunday | | | | | | | |
| Monday 7-30 | ✓ | ✓ | ✓ | ✓ | ✓ | | KAG |
| Tuesday 7-31 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Wednes. 8-1 | ✓ | ✓ | ✓ | ✓ | ✓ | MTR | |
| Thursday 8-2 | | | | | | | |
| Friday 8-3 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Saturday 8-4 | | | | | | | |

AM

PM

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 [N]                                    11TH
CARDWELL JOHN W
SZCZERBA ARTHUR J. 9061
DOB 9/01/61      039Y   ADM  7/16/01
00011324092             M

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-37

| | I&O | Medsheet &kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings, bags,sites O.K. | A-P init. / P-A init. |
|---|---|---|---|---|---|---|---|
| Sunday 7/29 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Monday 7/30 | | | | | | | |
| Tuesday 7/24 | ✓ | ✓ | ✓ | ✓ | | ✓ | Thom |
| Wednes. 7/25/01 | | | | | | | |
| Thurs. 7/26/01 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Friday 7/27/01 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Saturday 7-28 | ✓ | ✓ | | | | | |

| | I&O | Medsheet &Kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings,site Bags,O.K. | |
|---|---|---|---|---|---|---|---|
| Sunday 7/29 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Monday 7/30 | | | | | | | |
| Tuesday 7/31 | | | | | | | |
| Wednes. 7/25 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Thursday 7/26 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Friday 7/27 | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Saturday 7/28 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061   ADM 7/16/01
DOB 9/01/61   039I   M
00011324092

27-38

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| AM | I&O | Medsheet &kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings, bags,sites O.K. | A-P init. P-A init. |
|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | |
| Monday | | | | | | | |
| Tuesday | | | | | | | |
| Wednes. | | | | | | | |
| Thurs. 7/19/01 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | mon |
| Friday n/g | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Saturday | | | | | | | |

| *PM* | I&O | Medsheet &Kardex agree | Weights agree | Orders signed off | Meds signed off | Tubings,site Bags,O.K. | |
|---|---|---|---|---|---|---|---|
| Sunday | | | | | | | |
| Monday | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Tuesday | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Wednes. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Thursday 7/19/01 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Friday | | | | | | | |
| Saturday | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-39

United Regional Health
Care System

**MEDICATION ADMINISTRATION RECORD
SCHEDULED MEDICATIONS**

Form # 6010/01 (Rev. 7/99)

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 |N|            11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061   ADM  7/16/01
DOB 9/01/61    039Y
00011324092           M
UNITED REGIONAL HEALTH CARE SYSTEM

| DIAGNOSIS/SURGERIES | | ALLERGIES | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | | |
| START 7/17 DC | Protonix 40mg IVPB QP | 09 | | | | | | | | | | | |
| START 8/20 DC | BB6 ⊼ 6° CPN S/s Insulin 150-200 3u  301-350 12u 201-250 6u  >350 Call 251-300 9u    MD | 00 06 12 18 | | | | | | | | | | | |
| START 7/25 DC | Lactulose 30gm ↓NGT ⨍ 40 | 00 04 08 12 | | | | | | | | | | | |
| START DC | 11    11 | 16 20 | | | | | | | | | | | |
| START 7/28 DC | Flagyl 500mg. Per NG tid | 06 14 22 | | | | | | | | | | | |
| START 8/2 DC | L-Carnitor 990mg. tid Per NGt (Total 2970) | 09 14 21 | | | | | | | | | | | |
| START DC | | | | | | | | | | | | | |
| START DC | | | | | | | | | | | | | |
| START DC | | | | | | | | | | | | | |
| START DC | | | | | | | | | | | | | |

| DATE | SIGNATURE KEY | INIT | DATE | SIGNATURE KEY | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| SITE CODES | Anterior Thigh | | Posterior Gluteal | | Deltoid | | Ventro Gluteal | |
|---|---|---|---|---|---|---|---|---|
| | Right = A | Left = B | Right = C | Left = D | Right = E | Left = F | Right = G | Left = H |

☐ CONTINUED ON BACK

Copy of OIG case to Reyes & Sup't on 06.26.2012 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# of Forms
In Use   27-40

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE 7-21-02   TIME 1955

Order Clarification:
CMVVT 850, f 20, Sighs 1.2 4×1,
FiO₂ 70%,
Dr C. Chakmala / S. Johnson, CRT
noted RSousler RN 7/21/01   C. Chakmala
RSousler RN 7/22/01   MM

DATE 7-22-01   TIME 09:55

D/C canter hose per nurse
↓ canter hose then NGT to 30gm
t₁⁰

DATE 7122   TIME

① SMA-2 [7:30] bl₀, Mg, Po₄, uric acid, Ca in as
② 1 amp soda bicarb IV now,
   repeat 1 amp in 1hr
③ 40 meq/L IV over 4hrs
④ D/C Tranexe
⑤ C. difficile toxin

Russell RN
7-22-01
7:30

noted chamption RN

FAXED

Copy of this case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-41

CARDWELL, JOHN W
SZCZERBA, ARTHUR J
DOB 9/01/61   039Y
0001324092

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
ADM 7/16/01
36-24-04 [N]

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



7-22-01.                    12-09 PM.

- ✓ Continue present Vent settings on i
- ✓ Keep Diprivan @ not more than
     70-75 mg/kg range
- Next time when suctioned send (?)
     ET secretions for Gram stain & C.
- STB(?) in Antibiotic & CXray in AM
- ✓ Please notify GI physicians of ↑ his serum
   arf. Ammonia          /C. Chakmala

FAXED

noted by Chapter 7/22/01 @ 1241

7-22-01                    1330

‑‑ QD ↑ Lactulose 30 gm per NGT QID ✓

PO Dr Mutty / Chmull RN

FAXED

Chmull RN
7-22-01
1330

27-42

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



7-21-01                          1-00 PM

- ↑ TV to 800 ml ( done ) on leave ...
- Scale back & attempt to wean the Norcuron over next several hours, and see whether he can be ... managed by diprivan alone ( which can be titrated up ward ).
- If & when weaned off from Norcuron Do ABGs & Call me ...
- ↑ clonidine to 600 ... & PB given
- Cxray & ABGs in AM.
- Keep HOB ↑ 20-30°
- Lasix 20 mg & now C Chakmala
- Serum arterial ammonia along with ABG tomorrow AM ...
- D/c Diamox
                                    C Chakmala

noted ... 7/21/01 @ 1320
RT noted 7-21-01 @ 1945 — S Johnson CRT

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-43

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

MAY USE FORMULARY DRUG UNLESS CHECKED
IMPRINT

**DATE:** 7-21-01   **TIME:** 1955

Order Clarification:

CMV/VT 850, f 20, Sighs 1.2 4×1,

F₁O₂ 70%,

Dr C. Chakmala / S. Johnson, CRT

_____  C. Chakma

_____

**DATE:** 7-22-01   **TIME:** 09:55

☑ D/C cautor hole per verba

☐ ↓ cautor hole then NGT to 30gm ___
   ↑ 1.0

_____

**DATE:** 7/22   **TIME:**

① SMA12, Ca, mg, Po₄, uric acid, Ca in as

② 1 amp soda bicarb IV now,
   repeat 1 amp in 1hr ✓

③ Vancomycin IV over 4hr ✓

④ D/C Demerol ✓

⑤ stool C. difficile toxin

_____ Russell RN
7-22-01
1730

FAXED

Copy of old case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-44

CARDWELL, JOHN W
SCZCERBA, ARTHUR J  9061
DOB 9/01/61  0SY  M
0001/324092

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
ADM 7/16/01

36-24-04 [N]

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-45

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



DATE: 7/21/01   TIME: (1125°)

TPN changes (additional): ↑ AA to 5.0%
↑ DepNox to 13.6%
↑ fat to 3.2%
add 8 units insulin/liter
rate 100/hr.

V.O. Dr Patel /R. Reeves, CNSD

**FAXED** 7/21/01 @ 1125°

noted 4 Hampton 7/21/01 @ 1145

DATE: 7/21/01   TIME: 1130

dc OIG protocol + ↑
T.O. Dr Kouska / Hammonsla

noted by physician 7/21/01 @ 1208

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-46

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

**DATE:** 7/21/01   **TIME:** 0415

CXR in am — in

S.O. Dr. Chakwals / Barrclain

**DATE:** 7/21   **TIME:**

① ↓ TPN 100 cc/hr    Error

② SMA₂ VM

**DATE:** 7/21   **TIME:**

① SMA₂₆, 100. mg, 804, UVIC oew, cbc in am

② ↓ TPN 100 cc/hr

③ Dic IV albumin

④

FAXED
7/21/01

noted thursten 10/21/01

Copy of URHS case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-47

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
36-24-04  (N)
CARDWELL,JOHN W
SZCZERBA, ARTHUR J
DOB 9/01/61        C09Y   9061  ADM  7/16/01
0001324092        M

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

---

**DATE:** 7-20-01   **TIME:**

Repeat ABGs in an & let me know
the Result - JM

C. C. La Rumba Co.

---

**DATE:** 7-20-01   **TIME:** 1400

↑ O₂ to 300 min
add sighs, 4x e 1.2L
give 1 Amb. NA bicarb IV
v.o. Dr Chakinala (Ky)

FAXED

noted- Hampton 7/20/01 @ 1444
RT Noted) 7-20-01 @ 1835 - SJohnson RT

---

**DATE:** 7/20/01   **TIME:** 2120

Ok to use CPN ss coverage for BBEE Q6°
150-200 give 3u Regular insulin
201-250 = 6u Regular insulin
251-300 = 9u  "
301-350 = 12u  "
> 350 = Call physician

T.O. Dr. Patel / Rouselie R

FAXED

Copy of QIG case and Litigation support on 06.26.2012 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-48

McCollum M Cardwell 279

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
CARDWELL, JOHN W.
36-24-04 (N)
0001324092

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

UNITED REGIONAL HEALTH CARE SYSTEM  11TH

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9051    ADM. 7/16/01.
DOB 9/01/   038Y   M
00011324092

---

**DATE:** 7/20    **TIME:** 9:30 AM

Portable abdom sono ↓ hour
Radiologist call me results
D. K munby will see pt this
weekend for me.
Arterial NH₃ in AM

noted by thompson 7/20/01 @ 0948

---

**DATE:** 7/20    **TIME:**

① SMA12 w/ mg, PO₄, uric acid, CBC in am
② On new bag change PPN → CPN
  - Dextrose 8.2%
  - K PO₄ 35 mEq        } per/liter
  - K cl 30 mEq
  - Vit K 1mg/day
  - crat same
③ D/C renal dose dopamine drip
④ 250 ml NS bolus now one

---

**DATE:**    **TIME:**

FAXED 7/20/01 @1128

7/20/01 (1110°)
CPN changes (additional): ↓KCL to 10 mEq/l.
  ↑ Ca gluconate to 4.0 mEq/l.
  add 3.0 units/liter Reg insulin @
T.O. Dr Patel / R. Reeves, CNSD

FAXED 7/20/01 @1128

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-49

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



DATE: 7-19-01   TIME:   (cont'd)

- ABGs in Am 110
- Cxray in Am ( upright s.llup )
- Keep HOB ↑ 20-30° ( to prevent aspiration)
- ↓ O₂ to 45% (done) C. Chakma

DATE: 7/19/01   TIME: 1245 R

- CT Scan of Head. today

S. Ravi.

noted L. Williamson 7/19 @ 1457

DATE: 7/19/01   TIME: (1835°)

① Δ PPN to modified CPN: ↑ dextrose to 8.2%
  add 7mg vitamin K /day
  ↑ Ca gluconate to 7mEq/L.

⑤ Am labs: triglyceride, prealbumin.
113      114
  Monday am: prealbumin  115

T.O. Dr Patel / R. Reeves cwsc

FAXED 7/19/01

noted L₂ u   noted by RJ Ksamb CLT @ 1950 on 7/19/01   1835°   27-50

Copy of OIG Case on Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.



**DATE** 7/19/11   **TIME**

③ ↓ Albumin to 25 G Q24h

④ change TPN as follows:
  rent bag
  ↑ KCl to 40 meq/L
  ↑ K Phos to 25 meq/L
  ↓ Mg SO4 to 6 meq/L

**DATE**   **TIME**

leave remaining comp same
  Rat : 150 ml/hr
⑤ 7:19 14/11 A, } in am.
  CBC

Br

noted
LWilliamson
7-19 @
AM

**DATE** 7-19-01   **TIME**

ABGs 109
D/c unasyn
↓ Cleocin to 600mg to q12°hr
start on Levaquin 500mg IPB q24h
can we dwn down Norcuron slowly
So that pt can assist the vent a
little up to 20/mf. (Do not d/c)
Keep Dipriven infusion at minimum needed

( a... 27-51

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

**DATE:** 7-18-01   **TIME:** 12⁰⁰

CXR & line plast

MAY USE FORMULARY DRUG UNLESS CHECKED

IMPRINT

---

**DATE:** 7/19/01   **TIME:** 0200

1. Lacrilube prn
2. Change BBD's to q6h

FAXED 0948

noted L Williamson 7-19 @ 0948

---

**DATE:** 7/19/01   **TIME:**

(1) Wean Dopamine down
to < 3 mcg/kg/min by
this pm
(2) Add 30 meq KCl to
present bag of PPN

FAXED

note L Williamson 7-19 @

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-52

UNITED REGIONAL HEALTH CARE SYSTEM
CARDWELL, JOHN W
36-24-04

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

DATE: 7/18/01    TIME:

(1) Change IV to
5% D5½ + 75 meq NaHCO₃ (bin
at 125 ml/hr

(2) Start PPN (per medford)
at 125 ml/L   ASAP
t/c other IV when PPN is
started

(3) Inj Reanox 500 mg IV now
& then 250 mg daily

(4) Inj hydamethydron 10 mg IVP IV
daily x 3

(5) Serum 14 P, Mg
CBC                  in am

(6) Inj Lasix 40 mg IV now

(7) albumin 25 gm q12° IV
VO: Dr Nicholoi /J. Hinks
noted Y nurse 1300   7-18-01
27-53

FAXED 0955

FAXED 1000

Copy of DIC case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED REGIONAL HEALTH CARE SYSTEM  11TH
36-24-04  [N]
CARDWELL, JOHN W.
SZCZERBA, ARTHUR J   9081   ADM   7/16/01
DOB 9/01/61   039Y   M
0001132409Z

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

**DATE:** 7-18-01   **TIME:** 0100

① ↑ set rate to 16 ml bpm

② give 1 amp bicarb IV ③ AM ABG

T.O. Dr Chakinala / C. Coleman RRT

C. Chakinala

noted S. ___ 100
7-18-00

**DATE:** 7-18-01   **TIME:** 6:45 ___

① Transfuse 200 of platelets

Laura Chguin H

noted S. Hosting 1300
7-18-01

**DATE:** 7-18-01   **TIME:** ___

Consult Anesthesia for Central line
+ Art line
V.O.D. Chakinal / S. ___
C. Chakinala

FAXED
0750

Noted. Matthews LVR 7/18C 0755

7-18 ___ noted S. Hal. N/350

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J   9061   ADM 7/16/01
DOB 9/01/16   039Y
00011324092
11TH

MN Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-54

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

**DATE:** 7-17-01    **TIME:**

Give 2 amps of water, & push now
place on Siw of 50/mf. & Psv of
10 cms. — CMC

Start him on low dose diprivan @
15 - 20 ug/Kg.
Cxray in AM. ABGs in AM.   CMC

C. Chakinala

**DATE:**    **TIME:**

Noted/plt
B. Bole

7 - 17 - 01.

Δ vent to Cmv - 15, Tv - 750.
Give 5mg norcuron & bolus.
Give 250 ccs saline bolus I.
↑ I° I & 250 ccs/hr
Start on norcuron drip @ 3-5 ug/Kg
Keep on low dose diprivan @
5 - 10 ml/hr (if BP can permit)
↑ dopamine to 10 ug/Kg/min for
now & can titrate to syst DP of
90+ mm of Hg.
ABGs in 30 - 40 mm & call me

C. Chakinala

CMC
0255
7-18-01

done
CMC

Noted/plt   MNL  L. Edwards RN  7/18/01   J. Noman RRT

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

37-55

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

---

**DATE:** 7/17/01   **TIME:** 1500 R

Pulmonary consult with
Dr. Chakinala done by residents.

S. Ravi.

noted Thompton 7/17/01 @ 1539
PT ) 7-17-01 @ 1400 — Waltman RRT

---

**DATE:** 7/17   **TIME:** 7:40 PM

— PCR HCV quantitative
— Lactulose 30 cc per NG & clamp
    q̄ 4 h
— Lactulose Retention enema 60 cc
    q̄ 4 h
— Rectal tube prn.
— LFTs ō BGT, CBC c̄ Arterial NH₃
    PT, PTT q̄ D X 4

---

**DATE:**   **TIME:**

— Bedside Glu q̄ 4 h —
    call of < 75.

FAXED

---

7-17-01   9-45 PM.

- D/c PEEP    (done)          CMC
- ↓O₂ to 50%    (done)        7-17-01
- ABGs in Nav    (done)       2215
                             C. C Carlsley

27-56

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061 ADM  7/16/01
DOB 9/01/61          0399Y   M
00011324092

IMPRINT

DATE: 7/17/01

(2) [illegible handwritten order]

CBC

(3) Weigh @ 7am

(4) [illegible handwritten order]

(5) Hepatitis A, B, C
HIV

DATE: 7-17-01   TIME: 11:20

(1) Consult Dr. [illegible] (done)
(2) Consult Dr. [illegible] (done)
(3) Consult GI specialist [illegible]
    by residents
(4) [illegible] PT/PTT  SMA[illegible] [illegible]
    ammonia, [illegible] [illegible]
    [illegible] products, CBC [illegible]
(5) Lactulose [illegible] Per [illegible] [illegible]

FAXED
7/17/01
11:51

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED.

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

UNITED REGIONAL HEALTH CARE SYSTEM   11TH

CARDWELL, JOHN W.
52ZZERBA, ARTHUR J. 9061  ADM  7/16/01
DOB 9/01/61  OSGV  039V  M
00011324092

36-24-04 [N]

**DATE:** 7/17   2001   **TIME:** 0755

DC Pepcid

Protonix 40 mg IV now + 8 mg

Qt PH   INR

Fibrinogen and Fibrin Degradation

Products now

call results to me

DC Dr VR give ____

**DATE/TIME** 0803    Xavier Vaglin MD

noted by Thompson 7/17/01 @ 0803

7/17   2001   0850

agt + pt ____ + ___

____ change vent to ___

TO  Dr Vagien ____

noted by Thompson 7/17/01 @ 0853

Xavier Vaglin

7/17/01

(1) change IV to

5% D/W + 75 meq NaHCO₃/LB.

+ 30 meq KCl/LB + 20 meq

KPhos/LB

Rate: 200 ml/hr

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-58



McCollum/ Cardwell-291

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UNITED REGIONAL HEALTHCARE SYSTEM - PHYSICIANS ORDER SHEET

**PHYSICIAN'S DIRECTIONS:** YOUR ORDERS ARE BEING AUTOMATICALLY COPIED, WRITE OR PRINT LEGIBLY.
USE A BALL POINT PEN.

---

DATE: 7/17/01   TIME: 0250 R

_[handwritten entries, illegible]_

---

DATE: 7/17/01   TIME: 0415

1. Give 1 amp D50 IV now.
2. Pepcid 20mg IV qd.

TO Dr. Srinivasan / Z Edwards RN

Noted
B. Bates

---

DATE: 7/17/01   TIME: 0215

Run ½ NS c 1 amp bicarb @ 200cc°
DC NS IV fluid
Use Dipriven for sedation
VO Dr Srinivasan / L Steen RN

_[signature]_ Z Edwards RN  7/17/01

27-60

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_Imprint label:_ 36-24-04 [N] CARDWELL, JOHN W SZCZERBA, ARTHUR J DOB 9/01/61 59Y M 0001132409Z UNITED REGIONAL HEALTHCARE SYSTEM 11TH ADM 7/16/01 9061

UNITED REGIONAL HEALTH CARE SYSTEM                11TH

36-24-04 |N|

CARDWELL, JOHN W
SZCZERBA, ARTHUR J  6061  ADM  7/16/01
DOB  9/01/61      039Y
00011324092        M

UNITED REGIONAL HEALTH CARE SYSTEM

Form # 8330/03 (REV. 12/99)

## NURSING INTERVENTIONS

| Time | 0740 |
| O₂ via | Trach |
| L/M or FIO₂ | 45% |
| CMV/SIMV Rate | 22 |
| Vt | 500 |
| CPAP / PEEP | |
| PSV | |
| PCV | |
| DS | |

## NURSING INTERVENTIONS

| HOUR | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambulation | | | | | | | | | | | | | | | | | | | | | | | | |
| Up to Chair | | | | | | | | | | | | | | | | | | | | | | | | |
| Dangle | | | | | | | | | | | | | | | | | | | | | | | | |
| Turn | | | | ✓ | | | | ✓ | | | | | | | | | | | | | | | | |
| CDB | | | | | | | | | | | | | | | | | | | | | | | | |
| TED Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Bath/Shower | | | | | | | | | | | | | | | | | | | | | | | | |
| Mouth Care | | | | ✓ | | | | | | | | | | | | | | | | | | | | |
| Foley Care | | | | ✓ | | | | | | | | | | | | | | | | | | | | |
| Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral/Naso/Trach/ETT Suctioning | | | | | | | | | | | | | | | | | | | | | | | | |
| Sputum Amount (Sm/Mod/Lg) | | | | | | | | | | | | | | | | | | | | | | | | |
| Consistency (Th = Thick/T =) | | | | | | | | | | | | | | | | | | | | | | | | |
| Color | | | | | | | | | | | | | | | | | | | | | | | | |
| HOB degree | | | | | | | | | | | | | | | | | | | | | | | | |

| NGT | | IV INSERTION | | IV SITE CARE | | IABP/A-LINE DC'd | | EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|---|
| Tube Type | | Site | | Site | | By | | IV Pump | |
| Size | | Gauge | | Patent | | Time | | Feed Pump | |
| By | | By | | Drsg Applied | | Bleeding | | Oximeter | |
| Time | | Time | | By | | Hematoma | | Ventilator | |
| Placement 'd | | Start Kit Used | | Time | | Site Clean | | Temp Pace | |
| X-Ray | | Injection Site | | DRAIN DC'd | | Pressure Drsg | | SCD/K Ped | |
| To Suction | | # Attempts | | Type | | CMS adequate | | Bard | |
| Clamped | | IV DC'd | | Site | | PA CATHETER DC'd | | IABP | |
| Feeding | | Site | | Drsg Applied | | By | | Camino | |
| D/C'd Time | | Redness | | By | | Time | | Geomatt | |
| FOLEY/STRAIGHT CATH | | Bleeding | | Time | | Ectopy | | Hypo/Hyper | |
| Size | | Drainage | | CT DC'd | | EXTUBATION | | Thermia Unit | |
| Sterile Tech. Used | | Infiltration | | Site | | Hyperoxygenated | | | |
| By | | Drsg Applied | | By M.D. | | Suctioned | | | |
| Time | | By | | Drsg Applied | | Extubated by | | | |
| D/C'd Time | | Time | | Time | | Time | | | |

| FALL PRECAUTIONS | Initials | | RESTRAINT/M.P.D. | | | | |
|---|---|---|---|---|---|---|---|
| | 7-p | 7 p-a | | | | AM | PM |
| NURSING DIAGNOSIS: POTENTIAL FOR INJURY R/T HIGH RISK FOR FALL | | | *Requires Further Charting | *Alternative | | | |
| DESIRED OUTCOME: NO FALLS OR INJURY DURING HOSPITAL STAY | | | | | | | |
| Stress fall prevention information with Patient and family once per day and PRN | | | Tube Wandering Fall | *Measures | | | |
| Check for Yellow bracelet on Patient once per day | | | Aggressive/Assaultive | Time Applied | | | |
| Check for Yellow symbol on chart and kardex once per day | | | | Type: Wrist | | | |
| Check door open & lighting sufficient to visualize Patient q 4 hours and PRN | | | | Vest | | | |
| Confirm all side rails up, bed in low position q 4 hours and PRN | | | | 4 pt. | | | |
| Confirm presence of call light within reach and reinforce use of q 4 | | | ✓ Done-Continues   Needs Attended Q 2 hr | | | | |
| Ensure Patient has slippers with rubber soles for out-of-bed activities | | | per protocol: | | | | |
| Provide mandatory assistance to BSC or BR prn. Remain with Patient while up to BSC or BR | | | *Time Discontinued | | | | |
| Provide mandatory assistance with ambulation | | | Report given to next shift | | | | |
| Apply reminder belt or posey vest when up to chair as indicated | | | | | | | |
| Apply bed sensor per nurse discretion.  Check alarms "on" at all times when Patient in bed | | | | | | | |
| Offer toileting at HS and PRN | | | | | | | |

5

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED   DATE: _____

ROOM# 61

**United Regional Health Care System**

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA ARTHUR J  9061  ADM 7/16/01
DOB 6/01/61  039Y  M
00011324092  M
UNITED REGIONAL HEALTH CARE SYSTEM

## CODE 99 NURSES NOTES

*PRINT NAMES*

| MONTH | DAY | YEAR |
|-------|-----|------|
| Aug. | 4 | 2001 |

| TYPE OF EMERGENCY |
|---|
| ☑ CARDIAC ARREST ☐ BRADYCARDIA |
| ☐ ASYSTOLE ☐ APNEA |
| ☐ V-TACH ☐ SEIZURE |
| ☐ V-FIB ☐ _____ |

TIME CALLED 1803 1750
TIME BEGUN 1750
TIME ENDED 1750 1803
LOCATION ROOM NO. CCU #8

CPR Started ✓  TIME 1750

| PHYSICIAN PRESENT | TIME | NURSING STAFF PRESENT | TIME |
|---|---|---|---|
| Dr. Chapper | 1755 | A. Todd RN | 1750 |
| Dr. Smeaton | 1755 | B. Lee RN | 1750 |
| Dr. Anwar | 1755 | P. Chambless | 1750 |

| RESPIRATORY THERAPY PRESENT | TIME |
|---|---|
| G. Kellisch | 1755 |

CHAPLAIN ☐ YES ☑ NO

PROCEDURES: (CHECK IF PERFORMED)

Trach in place to 7200

| | | |
|---|---|---|
| MOUTH-MASK ☐ _____ | AMBU ☑ 1750 | TIME |
| IV ☐ _____ | ABG ☐ _____ | INTUBATION ☐ _____  TUBE SIZE _____ |
| | | CXR ☐ _____ |

| Time | 1750 | 1755 | 1800 | 1803 | | | | | | |
|------|------|------|------|------|---|---|---|---|---|---|
| Pulse | | | | | | | | | | |
| Respiration | vent | | | | | | | | | |
| B.P. | 0 | | | | | | | | | |
| Rhythm | Agonal | | | | | | | | | |
| Defib/Joules | | | | | | | | | | |
| Epinephrine | | 1755 IV | 1800 IV | 1803 IV | | | | | | |
| Atropine | 1750 IV | | | | | | | | | |
| Lidocaine | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| IV Drips: cc/mcg | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| ABG's | | | | | | | | | | |

Pre Arrest Diagnosis: Heat Stroke / multisystem failure

PATIENT SURVIVED: ☐ YES ☑ NO   TRANSFERRED TO: _____

CONSULTED PHYSICIAN NOTIFIED: ☑ YES ☐ NO

RECORDER'S SIGNATURE
Bob Garcia RN II

Medication Nurse  Brenden Lee RN
Charge Nurse  Andy Todd RN

1. Place original in Patient's Chart.
2. Copy to Nurse Manager
3. Complete Critique

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-62

Form 8330/10 (Rev 10/00)

United Regional Health Care System

UNITED REGIONAL HEALTH CARE SYSTEM    11TH

36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061    ADM 7/16/01
DOB 9/01/61    039Y    M
00011324092

UNITED REGIONAL HEALTH CARE SYSTEM

# DISCHARGE SUMMARY

Please follow these instructions carefully.  If you have any questions, please call:
Dr. Dunbo—                    Phone 767-8334    Instructions given to ☐ Patient ☐ Other
Discharge By Dr. Dunbo       Accompanied By _____ Date 8/4/01 Time _____ A P
**Mode** ☐ Ambulatory ☐ With Walker ☐ Wheelchair ☐ Stretcher    Valuables to pt. ☐ Yes ☐ No
☐ See Medication List  ☐ See Food/Drug Interaction Sheet
☐ Prescriptions Given to Patient  ☐ Instructions Given By Physician
**Equipment & Supplies** (List)
☐ None Required ☐ Sent Home With _____
☐ Demonstrates Knowledge & Skill in Care & Management Instructions _____
**Drains/Foleys/Wound Care** (List)
☐ Medical Appliances Removed? ☐ None Required ☐ Sent Home With _____
☐ Demonstrates Knowledge & Skill in Care & Management Instructions _____
**Activity Level** (Limitations & Expectations)
Instructions _____
**Diet** ☐ No Special Instructions ☐ Instructions Given by Dietician
**Follow-Up Care**
☐ No Appointment.  Return Only if Problems Develop.
☐ Return to Doctor _____
☐ Other Health Referral Made to _____
Written Instructions Given to Patient ☐ Yes ☐ No
**Other Instructions & Comments** _____
**Discharge Information**
Belongings Sent With Patient? ☐ Yes ☐ No  **Vital Signs:** B/P Ø  P _____ T _____ R _____
Discharge Destination/Status (Check One) ○ See Transfer Sheet

☐ Home                          ○ Inpatient Hospice
☐ Home With Home Health Care    ○ Outpatient Hospice
○ Nursing Home                  ○ Left Against Medical Advice
○ Rehabilitation Hospital       ✗ Expired
○ Psychiatric Facility          ○ Other _____
○ Acute Care Hospital

_____        / _____
Nurse's Signature                Patient's Signature

**Chart Copy**
Revised:  February, 1993     Copy of OIG case to Litigation Support on 06.26.2013 by scm.
784500740                    UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-63

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W.
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61    039Y
00011324092         M

United Regional Health Care System

.ROUTINE DEATH NOTIFICATION/REQUIRED REQUEST
FOR ORGAN AND TISSUE DONATION

On every death, contact Southwest Transplant Alliance (STA) at 1-800-201-0527 to determine what organs and/or tissues can be donated and to discuss the family approach.

Name of STA contact person: _Evy Goecke RN_

Date/Time of call: _8/4/01    1825_

At the time of routine death notification, the STA representative determined the patient to be: (please check one)

☑ Medically unsuitable for donation.  Please indicate reason for unsuitability provided by the STA representative: _filled out declined due to his history of hepatitis C & being a Prisoner_

☐ Medically suitable for donation.  If patient is suitable then the patient's legal next of kin will be provided the option to donate organs and/or tissues. ✓

Name of designated requester who offered the option of donation to the family:

_____

Name and relationship of family member who was approached for consent:

_____

Did the family agree to donate? _N/A_ ☐ Yes    ☐ No

If yes, a consent form must be completed and placed in the patient's chart.

Name/Title of person completing this form: _Brendan Rue RN_

Date: _8/4/01_   Time: _1825_   Unit: _SCCU_

August 25, 1998

27-64

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ADDRESSOGRAPH
UNITED REGIONAL HEALTH CARE SYSTEM          11TH
36-24-04 [N]
CARDWELL JOHN W
SZCZERBA ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61        039Y
00011324092          M



## United Regional Health Care System

**REPORT OF DEATH**

FORM NO. 8331-74 REV (02/96)

(complete for non-hospital patients)

Name: _____ DOB: _____ Age: _____

Address:_____ City: _____ State: _____

Where body found: _____

Date of Death: _____ Time of Death: _____ Pronounced by: _____
Attending Physician: _____ Service: _____ Police Case? yes  no
Next of Kin - Name: _____ Notified:  yes  no by: _____
Phone:_____ Address: _____ City: _____ State: _____
Information from: _____

### ROUTINE INQUIRY

Next of kin approached for tissue/organ donation:  Yes _____ No _____ State reason: ____

_____

Next of kin/responsible party: _____
Relationship: _____ Accepted: _____ Declined: _____

Nurse's signature: _____

### PERMIT FOR REMOVAL OF BODY

UNITED REGIONAL HEALTH CARE SYSTEM is hereby given permission to deliver the above
body to: _____ mortuary
Witness: _____ Signed: _____
Date: _____ Relationship: _____

### Certification of Removal by Authorized Mortuary

This is to certify that the above body has been removed by:

_____

Date: _____ Time: _____ Signed: _____
(person releasing body to mortician)

Signed:_____
(person receiving body for mortician)
License Number: _____

Name checked:____ Age: ____ Sex: ____ Race: _____ Chart Number: _____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-65