

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 |N|                            11TH

CARDWELL JOHN W
SZCZERBA, ARTHUR J   9061  ADM 7/16/01
DOB 9/01/61          039Y
00011324092          M

PATIENT CARE RECORD - OBSERVATIONS
SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

United Regional Health
Care System

CODE STATUS _____
ALLERGIES: _____

**GLASGOW COMA SCALE**

| EYE OPENING | Spontaneous | 4 |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL RESPONSE | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensive Words | 2 |
| | None | 1 |
| MOTOR RESPONSE | Obeys Commands | 6 |
| | Localizes Pain | 5 |
| | Withdraws (Pain) | 4 |
| | Flexion (Pain) | 3 |
| | Extension (Pain) | 2 |
| | None | 1 |

**PUPILS / EXTREMITIES**

STRENGTH (Grips)
3 - Strong
2 - Fair
1 - Weak
0 - Absent

PULSES
P = Palpable
D = Doppler
P1 = Weak
P2 = Fair
P3 = Strong
D1 = Monophasic
D2 = Biphasic
D3 = Triphasic

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

DATE: 8/4/01   ROOM# CCU8   1

McCollum Cardwell 298

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J   9061   ADM  7/16/01
DOB 9/01/61      039Y
0001131324092        M

**United Regional Health Care System**

Form # 8330/03(REV. 12/99)

Previous Wt.: _____   Current Wt.: _____

*Residuals are not included in the I & O unless discarded
‡ Indicate with 'V' the first void after d/c of Foley
§ Include liquid stool (cc's) in Output

## INPUT & OUTPUT'S

| | | | | | | | | | | | | | PO | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 6 | 10 | 60 | 20 | | | | | | | | | | | | 07 | | | | | |
| 08 | | | | | | | | | | | | | | | | 08 | | | | | |
| 09 | | | | | | | | | | | | | 120 meds | | | 09 | 5 | | | | |
| 10 | DK DIC | | | | | | | | | | | | | | | 10 | 0 | 125 | | | |
| 11 | 31 | | | | | | | | | | | | | | | 11 | | | | | |
| 12 | | | | | | | | | | | | | 120 meds | | | 12 | 0 | | | | |
| 13 | | | | | | | | | | | | | | | | 13 | 0 | | | | |
| 14 | | | | | | | | | | | | | | | | 14 | 0 | 200 | | | |
| 15 | | | | | | | | | | | | | | | | 15 | | | | | |
| 16 | | | | | | | | | | | | | | | | 16 | | | | | |
| 17 | | | | | | | | | | | | | | | | 17 | | | | | |
| 18 | | | | | | | | | | | | | | | | 18 | | | | | |
| TOTAL | | | | | | | | | | | | | TOTAL 12 INTAKE | | | TOTAL | | TOTAL 12 OUTPUT | | | |

D/C
30X
500bolus
150

| | | | | | | | | | | | | TUBE FEEDING | PO | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | | | | | | | | | | | | | | | 19 | | | | | |
| 20 | | | | | | | | | | | | | | | | 20 | | | | | |
| 21 | | | | | | | | | | | | | | | | 21 | | | | | |
| 22 | | | | | | | | | | | | | | | | 22 | | | | | |
| 23 | | | | | | | | | | | | | | | | 23 | | | | | |
| 00 | | | | | | | | | | | | | | | | 00 | | | | | |
| 01 | | | | | | | | | | | | | | | | 01 | | | | | |
| 02 | | | | | | | | | | | | | | | | 02 | | | | | |
| 03 | | | | | | | | | | | | | | | | 03 | | | | | |
| 04 | | | | | | | | | | | | | | | | 04 | | | | | |
| 05 | | | | | | | | | | | | | | | | 05 | | | | | |
| 06 | | | | | | | | | | | | | | | | 06 | | | | | |
| TOTAL | | | | | | | | | | | | | TOTAL 12 INTAKE | | | TOTAL | | TOTAL 12 OUTPUT | | | |

| TOTAL 24° INTAKE | TOTAL 24° OUTPUT | 24° VARIANCE |
|---|---|---|
| | | |

DATE: _____   ROOM# _____

Copied for Case Litigation Support on 06.26.2013 by smh.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y
00011324092 M

UNITED REGIONAL HEALTH CARE SYSTEM



**United Regional Health**
**Care System**

Form # 8330/03 (REV. 12/99)

## SIGNATURE KEY

| Initials | Name, Title | Initials | Name, Title | Initials | Name, Title |
|---|---|---|---|---|---|
| BR | Blue RN 7a-7P | | | | |
| | | | | | |

## PRN MEDICATION ASSESSMENT    *(Pain Scale: 0=no pain & 10= maximum pain)*

☐ Pt. has PCA or Epidural: See Pain Management 24° Flow Sheet for Documentation R/T Pain Management

| INITIAL ASSESSMENT | | | | | EVALUATION OF INTERVENTION | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Initials | Pain Level | Problem/Focus | Intervention | Time | Initials | Pain Level | Assessment |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## NARRATIVE NOTES

**Nursing Dx Must Be Addressed In Patient Care Record Until Resolved**

| Time | | Intervention & Evaluation |
|---|---|---|
| 0730 | as ass | Pt. lying in bed 30° angle c̄ eyes open but coma toxic. Rotated on Diprivan & Norcuron; dsg 2X2 covering ® eye, pupils approx 2 in diameter & non-reactive. Yellow-white purulent drainage noted OP grossly eyed. LS "junky" c̄ expiratory wheezes & coarse rhonchi despite vigorous suctioning BS⊕ ↑ active. Pt is grossly swollen & ascitic 2+ pitting noted to bilateral ankles. skin cool to touch. Couple assessment done & noted. See ✓ list manily sinus SR-ST 100's. Bectal noted; allmed c̄ quads x4 ® bedside.       Blue RN |
| 0900 | | Norcuron stopped @ this time to run Protonix thru a dedicated line; overall b/l c̄ Pt noted. |
| 1000 | | repositioned Pt for comfort supported c̄ pillows & mouth care given. gag reflex noted Pt has ⊖ purulent yellow drainage fr eyes continues to be fixed ⊖ 2 pupils NR @ 2 skin cool & dry. |
| 1030 | | Foley care done; turn yellow sections cleaned from penis around foley catheter.       BR |
| 1100 | | Diprivan stopped @ this time       BR |
| 1130 | | Residents here for grand rounds ⊕ new ordes — |
| 1230 | | unresponsive to all stimuli including deep pain ⊖ absent reflexes Euro resp 22 in full ⊖ assist c̄ vent       BR |
| 1400 | | Dr Onichola & J. Dea here to see Pt ⊕ new ordes recd       BR |
| 1545 | | BP 68/28 c̄... Resume... Medication Subscriber... MX... Mental Pulse |

UNAUTHORIZED COPYING OR VIEWING PROHIBITED    DATE: 8/4/01    ROOM # 21-68

3

NURSES NOTES (CONTINUED FROM REVERSE SIDE)

weak & thready/ Ø stim D's noted; Ø urine output noted sine 0900 BC
1600 BP 168/30 Pt Denbo-Sweatin' here on visit & notified
NS 500 ml bolus initiated @ this time ————————— BCRN↑
1745 moitor tracry SR-SB 50-60's  1748  moiter trary
agmal  40-50's  1750 Code 99 called  See Code 99 sheet BC
1803 Pt Prononced by Dr P. Cuorra; Allud quards here to
assure respunsibiliy/ pt body/ 1805 STA notified of death
awaitirg STA Rep to retun call ————————— BC

☐ SEE CONTINUED NURSES' SUMMARY

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

87-69

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-80

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-71

See Admission Assessment database for initial admitting assessment

| ASSESSMENT | AM | PM | ASSESSMENT | AM | PM | ASSESSMENT | AM | PM |
|---|---|---|---|---|---|---|---|---|
| Alert | | | Apical Pulse Regular /Irregular | ✓ | | Incision #1 Site | | |
| Cooperative/Uncooperative | | | Capillary Refill: < 2 sec/> 2 sec | ✓ | | Open to Air/Dressing | | |
| Anxious/Restless/Agitated | | | Neck Veins: Flat/Distended | ✓ | | Dressing Dry & Intact /Drainage | | |
| Speech Clear/Slurred | | | | | | | | |
| Breath Sounds: Clear  R/L | | | EKG Rhythm | ST | | Edges: Approximated /Open* | | |
| Crackles  R/L | | | Lead | II | | with: Staples/Sutures/Steri Strips | | |
| Wheezes  R/L | ✓ | | EKG Hi/Lo Alarms On at: | 150/50 | | | | |
| Rhonchi  R/L | | | Pacer:  Temporary/Permanent | | | Redness/Induction/Swelling | | |
| Diminished  R/L | | | Insertion Depth (cm) | | | Drainage: Sang/Serosang/Sero | | |
| Absent  R/L | | | Transvenous/External | | | Purulent | | |
| | | | Epicardial Wires | | | Amount:  Sm/Mod/Lrg | | |
| Resp. Effort:  Regular/Irregular | ✓ | | Pulse Generator On/Off | | | | | |
| Unlabored/Labored | ✓ | | Rate | | | Incision #2 Site | | |
| Accessory Muscle Use | | | MA | | | Open to Air/Dressing | | |
| | | | Demand/Asynchronous | | | Dressing Dry & Intact /Drainage | | |
| Symmetrical Chest Expansion | ✓ | | Leveled with RA | | | | | |
| Denies/Admits SOB or Dyspnea | | | Zeroed & Calibrated | | | Edges: Approximated /Open* | | |
| Cough: Productive/Nonproductive | ✓ | | 1000 U. Heparin | | | with: Staples/Sutures/Steri Strips | | |
| Color  thick yellow | ✓ | | 500 CC. NS Flush | | | | | |
| Tracheostomy | | | A - Line Site: | | | Redness/Induction/Swelling | | |
| Cuff up/down | | | Proper Wave Form | | | Drainage: Sang/Serosang/Sero | | |
| Tube secured in place | ✓ | | MAP HI/LO Alarms On at | | | Purulent | | |
| Ambu at bedside | ✓ | | Drsg dry & Intact | | | Amount:  Sm/Mod/Lrg | | |
| | | | | | | | | |
| ET tube: oral/nasal | | | PA Catheter Site: | | | | | |
| # cm at teeth/lip | | | Insertion Depth (cm) | | | Drain Tube - Site & Type: | | |
| size | | | Proper Waveform | | | Drainage: Sang/Serosang/Sero | | |
| CT # 1 site: | | | Drsg Dry & Intact | | | | | |
| Suction: # cm H2O/Gravity | | | | | | Drain Tube - Site & Type: | | |
| Bubbling | | | CVP Catheter Site: | | | Drainage: Sang/Serosang/Sero | | |
| Fluctuation in chamber | | | Proper Waveform | | | | | |
| Crepitus | | | Drsg Dry & Intact | ✓ | | | | |
| Drainage: Sang/Serosang/Sero | | | IABP Site: | | | IV Access:  Site ® TLC | ✓ | |
| Tubing Connections Secure | | | Ratio I: | | | Patent | | |
| CT Dressing Dry & Intact | | | Proper Augmentation | | | | | |
| | | | Alarm On | | | IV Access:  Site | | |
| CT # 2 site: | | | Drsg Dry & Intact | | | Patent | | |
| Suction: # cm H2O/Gravity | | | Intact/Break in Skin Surface* | ✓ | | | | |
| Bubbling | | | Warm Cool | ✓ | | IV Access:  Site | | |
| Fluctuation in chamber | | | Dry/Clammy/Diaphoretic | ✓ | | Patent | | |
| Crepitus | | | Pink/Pale (✓ nailbeds/mucous membranes) | ✓ | | | | |
| Drainage: Sang/Serosang/Sero | | | Cyanotic/Flushed/Jaundiced | | | Bed in Low Position | ✓ | |
| Tubing Connections Secure | | | | | | Call Light in Reach | ✓ | |
| CT Dressing Dry & Intact | | | Edema - Site  Generalized at | | | Side Rails Up: Upper/Full | ✓ | |
| | | | +1  +2  +3 P=Pitting Pitting | | | POTENTIAL FOR VIOLENCE | Ø | |
| CT # 3 site: | | | | | | | | |
| Suction: # cm H2O/Gravity | | | Urine Color  Amber | ✓ | | Assessors Initials | AP Bl | |
| Bubbling | | | Clear/Cloudy/Bloody | ✓ | | | PA | |
| Fluctuation in chamber | | | Voids/Foley/CBI | | | | | |
| Crepitus | | | Abdomen:  Soft/Firm | | | | | |
| Drainage: Sang/Serosang/Sero | | | Flat/Distended (dimish) | ✓ | | | | |
| Tubing Connections Secure | | | Nontender/Tender | | | | | |
| CT Dressing Dry & Intact | | | Bowel Sounds: Present/Absent | ✓ | | | | |
| | | | Hypoactive/Hyperactive | | | | | |
| CT # 4 site: | | | Expels Flatus | | | | | |
| Suction: # cm H2O/Gravity | | | NGT/PEG (Placement verified) | | | | | |
| Bubbling | | | suction/clamped/feeding | | | | | |
| Fluctuation in chamber | | | Urostomy/Ileostomy/Colostomy | | | | | |
| Crepitus | | | Stoma Pink/Other | | | | | |

BKee RN

RN SIGNATURE                    AP
                               PA

36-24-04  |N|                    11TH
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 8/01/61    039Y
00011324092        M
UNITED REGIONAL HEALTH CARE SYSTEM

8

27-72

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061   ADM  7/16/01
DOB 9/01/81      039Y
00011324092          M

UNITED REGIONAL HEALTH CARE SYSTEM

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/89  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

---

07.24.01        Faculty Note

10:55    Pt examined and chart reviewed. VS stable, still w low
grade T°. No further changes in mental status. Real nice
good notes Dr Lim assessments. I believe his
neurological changes and mainly encephalopathic
due to liver insufficiency and some related to his
head injury. Will continue current management, will
discuss w Dr Dien about his Abd distension.
His prognosis seems guarded now.

_[signature]_ 525

---

7-24-01        Late Entry

11:00R    Yesterday 7-23-01 at around 13:00R
I contacted Dr. Goodhray office regarding
consult for tracheostomy placement. About
one hour later I received a call back from
Donna Rn Dr. Goodhray's office stating that
Dr. Goodhray had many emergencies and that
he could not place trach. He advised to
call Dr. Mercer or general surgeon on call
to place trach. Dr. Valerio notified who
advised to wait until today to consult for trach.

_Laura Ugarte, M.D._
27-73

Copy of OIG ... Hearing Exhibit Nov 08.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 [N]                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061   ADM  7/16/01
DOB 9/01/61    039Y         M
00011324092

## United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

7/24/01                          Renal

U. output ≈ 3400 ml/24h. ~ had had
the 1600 ml wr 216 dl. hydration or
paralyzed/sedated. Intubated, on vent. ±
encephalopathic? from hepatic failure

Bol 130/72  lungs 9,0°
on CPN. no enteral intake.

Na 146  K 4.2  Cl 108  CO₂ 36  glu/9ᵗ

BUN 36  Cr 0.8
Ca 8.4  P 4.8  Mg 2.5
Bili 9.7  AST 115  ALT 74
Art NH₄ 111

Renal function / electrolyte / fluid bal has
little to add from renal viewpoint.
will _____  _____ Urgencies god /
                                                      27-74

Copyright date to document set 2001.05.25.2019 by scill.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-75

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61     039Y
00011324092          M



# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)          PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

7/23/01                    PGY-I Note                    Hos day = (8)

0650 $^n$   pt is sedated with diprivan - 42 $^{mic}$, had x 2 norcuron

has restrain, has jerky tremor mostly in chest & abdomen.

stool = 1000 cc

VS: BP = 105/62   T = 100.3   P = 106   R = 20 (CMV)   I/O = 4796/4700

Heent: PERLA vers slow & slight, neck = supple   Heart: Tachycardia

RRR, lung: diffuse ronchi, fine crackles in R   abd: very distend

no BS   ext: edema ⊕

lab: pending

Asst: ① ARDS  ② shock liver  ③ hepatic encephalopathy - maybe

④ H/O HTN, Hep c ⊕, ETOH, bipolar dis

plan: waiting for tracheostomy, follow atrial ammonia

F. Koushen

Copy of OIG case in Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

27-76

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM   11TH
36-24-04 [N]
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/81      039Y
00011324092           M

## United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED | |

7/23/01   Neuro
Rx seen + examined
Hx reviewed
Comment diet. # 797561

Imp: ① Heat stroke
           currently heavily sedated c̄
           Dipivan
         ② ARDS
         ③ Hepatic Dysfunction c̄ probable
             Hepatic encephalopathy
         ④ Hx of Hepatitis C

Plans: ① review TE/EG
          ② maintain NH3 level
          ③ Continue c̄ current Rx

Thanks. will follow

Copy of OIG case to Litigation Support on 06.26.2013 by sem.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

27-77

ADDRESSOGRAPH

**United Regional Health Care System**

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

7/23/07
1000 R   PGY₁ notes

Patient is intubated c̄ GCS 3. No response to painful stimuli
O₂ sat dropped to 87%. Improved c̄ bagging for 1-2 min.
Exam:- B.P = 122/74   Pulse = 104,   T = 100.3°F   R/r 28   O₂ sat 87%
I/O = 2501/2620·
Chest- Bilateral ronchi + crepts· Heart:- Regular rythm c̄ tachycardia·
HEENT:- pupils sluggish· Ext- edema· Abdomen :- distended·
Bowel sounds = sluggish·

A/P : ① ARDS   ② shock liver   ③ NEC   ④ heat stroke
      ⑤ LHTN, ETOH, bipolar disease

Plan:- Patient is on protonix, Lactulose, Vancomycin & Flagyl·
Continue same Rₓ·

                                    J. Kuwait

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED DISCLOSURE PROHIBITED
PATIENT'S PROGRESS NOTES

27-78



**United Regional Health Care System**

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

7-23-01  ( cont'd )

AST - 119        ALT - 95        Alk phos  224

T. Bili 9.6          Phos 3.8          Mg 2.3

CBC - WBC 17.7    Hgb-12.7 / Hct - 35.4      Plt - 108K

Discussed c̄ FP Residency program re about
goals ahead c̄ trach.
Continue current vent supportive care
                                        C Chakrinale

7/23/01            PGY-I note
1440R      pt is intubated, sedated with diprivan 42 mic
has watery stool ≈ 425cc, on ventilator with Prate ≈ 20
Had EEG,
        VS: BP≈ 137/68    P= 105    R = 20    Te100.3    O2 Sat = 89%,
                                                (cmv)                    (cmv)
Pt has fasciculations with in chest and abdomen.
HEENT= pupils react vers slight and slow, Heart: tachycardia

Lung= ↓ BS in R L lobe, fine crackles in L Lower lobe, Abd: distended

BS↓  ext edema ⊕

ASST: 1) ARDS   2) Shock liver   3) Necrotizing enterocolitis

4) heat stroke   5) h/o HTN, ETOH, bipolar dis

plan: waiting for EEG result, waiting for ENT consult for
last tracheostomy
                                        F Koushe
                                        27-79

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED REPRODUCTION PROHIBITED
PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 [N]                    11TH
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61          039V
00011324092         M
UNITED REGIONAL HEALTH CARE SYSTEM

## United Regional Health Care System

**PATIENTS PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

7-23-01.

       Pulmonary :—

overall same. Remain sedate c̄ Diprivan

to 75 mg/kg  y'day. 1x had to give norcuron for un

controllable tachypnoea. Since then settled down

c̄ any episodes of tachypnoea.

      sedate, vent dependant  T - 98.6 F,

afebrile.  VSS, Ca - RSR , Rate 100 - 110 /min RP w̄

vop - good,  Ilo 4762/8335  cc̄ last 24 hrs.

      y'day Factilose was red, has continue

diarrhoea.

      But, to-day his stool for c-difficille toxin

screen reported to be tve. Levaquin & clesci

are dfced, and started on Flagyl & vanco

per NGT.

      Pulm. status remain same, still has

tendency for +ve. Chest - bilateral Ry̆t.

diffuse crepertine rounds. Abd - distende

and Bs - poor.

Labs :—

    ABG, pH 7.41 Pco₂ - 43  Po₂ - 69  Hco₂ - 26 BE + 1.9

        Sao₂ - 94 %   on Cmv - 20, Tv - 850 Fio₂ - 70,

   Chem .  TP 6.2/Alb 2.4 , Bun - 26 fcs 0.9 , Gl - 205

        K 3.9           Cl - 106

27-30

Copy of OIG case no. Siddon on 06-19-2013 by scribd
UNAUTHORIZED PATIENTS PROGRESS NOTES PROHIBITED

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 [N]                              11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J    9061  ADM  7/16/01
DOB 9/01/61    039Y
M
00011324092
UNITED REGIONAL HEALTH CARE SYSTEM

**United Regional Health Care System**

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED |

---

7/23            <u>Renal</u>

At ___ on Diprivan. off
Racemun. Low grade temp.
vitals stable. BP stable. Urine
output adequate the balance.
adema ___. NGT 50. Relax 275+950
c diet tre. on parenteral nutrition.
Cr- 205   Bl 92/52   Ih s U762/323 -
___ cnd.   Cn. n o s c
Labs: Na 144, K 2.9, Cl 106, CO₂ 29, Bun 26, cr 0.9
  alb 2.4, cal 8.2, Bli 9.6, ___ ___ , M 2.3, UA 0.8
An l Nos: ① renal fxn remain stable
  urine opt adq. fn balance.  Curoo
  ② BP stable                    (ask for drawn
  ② Bl sliding scale
  ② Nutrition — parenteral
  ② sepsis on Abx
  ② Aspi. Pair on ___
Plan: Continue current mgt
  ' See orders

Copy ___ for Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR RESALE IS PROHIBITED
PATIENT'S PROGRESS NOTES

27-81

ADDRESSOGRAPH



## United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

36-24-04 |N|                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61        039Y
00011324092        M
UNITED REGIONAL HEALTH CARE SYSTEM

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

→ont

7,23,01

decreased distention , ext : edema ⑭

lab : clost dif screc = pos      SMA14 & CBC = pending

Asst

① Shock liver → improving   ② heat stroke   ③ h/o bipolar dis
④ clost dif pos   ⑤ h/o HTN   ⑥ h/o EtOH

plan : maybe needs tracheostomy — continue med

F. Koushan

7.23.01   Faculty Note
11:20    Pt examined and chart reviewed. Ns shown
         Afebril. Not responding after musch paralysing
         med stop x 24 hrs. still on responure. CXR look
         + infiltration. Amans still High. L-Effusible (?)
         Will continue current management. Vancomiasm should be
         given throm the NG Tube. Will discuss w Dr Dion
         about Flagyl IV. Will consult ENT for tracheostomy,
         and Neurology evaluation

                                        32?

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OF THIS SERVICE PROHIBITED
PATIENT'S PROGRESS NOTES

27-82

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL JOHN W
SZCZERBA, ARTHUR J 9061  ADM 7/16/01
DOB 9/01/61        039Y    M
00011324092
UNITED REGIONAL HEALTH CARE SYSTEM

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---------|--|------|----------|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

7-22-01 ( cont'd )

CBc - WBc 15.1K    Hb - 11.6    Hct - 32.5  plt - 98K
continue present vent support
* pt may need tracheostomy (if doesn't improve soon)

C. Chakmak

7,22,01                ROC Note

2150R    pt is intubated with Diprivan 75 mic, no response. CMV R=20
has watery stool trough rectal tube
VS: T 100.4   P=106   R=20 (CMV)   BP=104/54
HEENT= PERLA   Heart= tachycardia RRR   lung= CTA   abd: BS= hypoactive
ext: + edema
Asst&P  ① shock liver   ② heat stroke   ③ h/o bipolar dis
④ h/o HTN

F. Koush

7,23,01                PGY-I Note                HOS= day 2

0520R    pt is intubated sedated paralyzed with diprivan 75, no response
no active bleeding had stool = 1025
VS:  P=104   R=20 (cMV)   BP=92/52   T=98   o2 sat (inc) =94%
I/O =

HEENT: pupils react slighty to light, sclera = icteric
Heart: tachycardia RRR, Lung = CTA   abd: very hypoactive BS

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

→ cont
27-83

PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 8/01/61          039Y
00011324092        M
UNITED REGIONAL HEALTH CARE SYSTEM

**United Regional Health Care System**

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED |

7-22-05

Pulmonary: —

Off Norcuron since y'day. on Dipivan
infusion around 70-75 ug/kg rate. No response to
calling, moves a little c̄ deep pain when he hyper
ventilates to 4po-505/mt.

Febrile, T to 101+, Jaundiced. uop-ok
Ca-ST @ 110-120/mt, BP- low nl, still has
diarrhea. O₂ sat - 90-91%.

on vent, CMV-20, and assist a little
chest - bilateral vesicular Bs, Rales ® lung.
Abd -o x distended, faint Bs+ (wonder whether
he is developing ascites. Ext - o

I/o 4197/5250 - 1053 cc's last 24 hr
Cxray - still c̄ ® lung pneumonia c̄ ® lung slight
congestion.

ABGs   Ph-7.39   Pco₂-36   Po₂-71   Hco₃-21   BE-7.0
So₂-76%  on FIO₂-70%

Rpt art Ammonia - 132 uml/L. (112 on 7/21).
Lactulose enema are dfed - will let GI
Know of ↑ing Ammonia.

Chem-panel   Bun-27/cr0.7 ; Alb 2.8, TP 6.1
GI-169   AST-122   ALT-102   K 3.3
SCr-D bili 2.8 6.26   Phos 3.1   Mg 2.1
27-84

Copy of OIG case records produced on 3-26-2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ADDRESSOGRAPH

36-24-04 |N|                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y      M
00011324092
SZCZERBA, ARTHUR J  9061

# United Regional Health
# Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/89  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | | CASE NO. |
|---|---|---|---|---|
| HOUSE STAFF | | ADMITTED | | DISCHARGED |

---

7122            Renal

Pt examined. on vent. oxygen
sats stable. cvd nl. low grade
temp. wbc stable. BP stable
low side. urine output adequate —u
balance. total 450 +1300. NGT 200.
consultants comments nl.
cu- 205      BP 91/50      Plt 4197/5200
lungs incl.       cyanosis
labs Na 137, K 3.3, cl 108, co2 18, Bu 27, cr 0.8
Alb 2.8, cal 8.7, Ja 3.4, mg 1.4, bil 2.    ast 32u
Ass/Plan: ① renal fxn essentially stable
  urine output adeq.    utoce
  ② Electrolyte stable.  (on K/cor (from dronknes)
  ③ BP stable —low side
  ④ Anemia stable                          ⑤ ↑ ammonia.
  ⑥ sepsis on Abx
  ⑦ Respi failid —on vent
  Plan: Continue current management on
        vent

Copy of OIG case to Litigation Support on 06.26.2014 by scm
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED

PATIENT'S PROGRESS NOTES

27-85

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 [N]                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61     039Y
00011324092        M
UNITED REGIONAL HEALTH CARE SYSTEM

## United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                          PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED |

→ ent

7/22/01

Ass't ① Shock liver → improving  ② heat stroke
③ h/o bipolar dis  ④ h/o HTN

plan: continue close follow up

22 July 2001   Reviewed above —  EKoast...
① 746 R. LFT improved except for
Serum Bilirubin ↑ to 8.3 mg/dL. Has
had poor output of urine, now
receiving Lactulose & has diarrhea
with reduced art ammonia —
PM. Unecess ful — IV Dilaudid
yesterday; however able to d.c.
muscle relaxant.
                                        Burson

7-22-01    GE
09:45      Patient having watery stools and
           this is combination of lactulose
           per NG Tube and lactulose enemas.
           will d/c lactulose enema and give
           lactulose thru NGT

Copy of OIG case by Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

27-86



**United Regional Health Care System**

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W   9061   ADM 7/16/01
SZCZERBA, ARTHUR J   039Y
DOB 9/01/61   M
00011324092
UNITED REGIONAL HEALTH CARE SYSTEM

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/89  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---------|------|----------|
| HOUSE STAFF | ADMITTED | DISCHARGED |

---

7/21/01        PGY-1        ROC

1640R  S:- Patient is sedated, on ventilator.

O.V.S. B.P: 124/84 mmHg, P: 120, T: 100°F, R: 20, O₂sat: 94%, I/O: 5913/5295 (100)

B.S: 205 recieved 6 U reg. insulin

LUNGS: Clean ē aus:, abd: tense (NBS), Heart: RRR

Sedated but had moved arms according to the nurses.

A&P: - Arterial ammonia is 112, hep.C tre.

- His Norcuron is being weaned off, as Dr Chakinala ordered.

- ABGs PH: 7.29, PCO₂: 149.0, PO₂: 66.1, HCO₃: 23.1, SaO₂: 89% /

- Heat Stroke, Cond: much stable than before.

- Shock liver, liver func: getting better.

- H/o HTN — B.P under control

- ARDS — is on ventilator.

- Will continue ē the same plan and follow closely.

7.22.01    pt is sedated (Diprivan 78 mic) intubated cmv

650 R    Rate = 20

VS: Bp = 90/55    p = 110    R = 20    T = 98°    I/O 4197/5250

HEENT: PERLA   Heart = RRR tachycardia   lungs = cTA

abd = soft   BS = normoactive   ext = (+) edema

lab: CBC   15.1 < 11.6 / 32.6 < 98    SMA 14 = pending

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPY OR USE IS PROHIBITED

27-87

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 [N]                              11TH
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061    ADM  7/16/01
DOB 9/01/61      039Y
00011324092      M

UNITED REGIONAL HEALTH CARE SYSTEM

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

7·21-01

Pulmonary :—

Still remain sedate ē Diprivan @ around
18-20 mg / Kg   and  Norcuron @ 2 mg/hr.
Not responsive, but stable, T=98.1°F.
VSS, CV - RSR, ē rate 110+/mf, BP-120/70s, RR-20
and $O_2$ sat in 90s. UOP-good, I/O 5913/5295=
last 24hrs. Still on lactulose, rectal output was
600 cc / last 24 hrs.
Chest - b/l scattered congested round. +
Abd - + sounds,  Ext - 1+ swelly.

Labs :—
ABGs   pH 7.31  $P_{CO_2}$-44.8  $P_{O_2}$-61  $H_{CO_3}$-22.5  BE-4.2
        $Sa_{O_2}$ - 88 %  on  60% $O_2$ , Conv-20, FiO2.75
CBC -   WBC 14.7    Hgb 12.9   Hct - 36.8 plt 64
        PT  - 12.8 / INR 1.02    PTT 22.5 / 29-9
Chem —   G1-208,    T-5. 16.9    D.B. 13.9
        AST - 94    ALT - 188
        phos - 2.4    mg 2.0    UA 1.8
        GGT - 92

Will ↑ Tv, Trey cutting down on Norcuron
& see extubation he would tolerate Tf of t/s
Cxray — Worse ē ? wet lungs vs Late appearance
)  .... call give a small dose
)  ........      C  I  o - h- 27-88

UNAUTHORIZED COPYING PROHIBITED

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061   ADM  7/16/01
DOB 8/01/61  09VY
000011324092   M

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)   PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

2/21        Renal

Pt examined. sedated & paralysed
on vent. oxygen sats stable
hr ~ 60→70%. low grade temp.
Vitals stable. Bp stable. urine
output adequate. fluid balance. on
parenteral nutrition.

wt 206.8   Bp 120/80      I/O 5913/5295

lungs ener.          Cyanosis

Labs: Na 137. K 4.7. Cl 109. CO₂ 25, Bun 20, cr 0.7
Alb 3.2, PO₄ 2.4,           WBC 14.7, hct 36.0

An/Plan: ① renal fun essentials remain
stable. urine output adq. close
② Electrolytes accutosa
③ Bp stable
④ anemic stable.
⑤ arrhythmia → Adrenal
⑥ Respi fail on vent.
Plan: Continue current mgmt
        will

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

27-89

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04  [N]                              11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061   ADM  7/16/01
DOB 9/01/81      039Y
00011324092        M

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | | CASE NO. |
|---------|--|------|--|----------|
| HOUSE STAFF | | ADMITTED | | DISCHARGED |

7-21-01     GE
10:15
WBC 14.700       Patient being seen for D Dean.
Hgb 12.9         patient admitted ē Heat Stroke and
                 consequent hepato cellular injury.
PT 12.3          Liver damage gradually improving
ALT 138          • No new recommendate
AST 2794
135/43
109/25
glu 208

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED DISCLOSURE PROHIBITED    PATIENT'S PROGRESS NOTES

27-90

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y      M
00011324092

# United Regional Health Care System

**PATIENTS PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)          PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | | ADMITTED | DISCHARGED |

→ cont

7/21/01

HEENT: PERLA  Heart = tachy Cardia  RRR   lung = some abdominal
respiration → CTA  abd = normoactive BS  soft · ext = no edema

Lab: CBC 14.7 $<\frac{12.9}{36.8}<$ 64      Pt = 12.3  INR = 1.02   PTT = 22.5

SMA 14 = Alb · 3.2  Bun = 20    a = a.2   g = 208   AST = 94

Cl = 109  Alk · phos = 129   Na = 137   G2 = 25   ALT = 138

Bil = 6·9   GGT = 92

ASSt: ① Heat stroke   ② shock liver   ③ ARDS   ④ h/o HTN
⑤ h/o bipolar dis   ⑥ h/o ETOH

Plan : close follow up

                                          E · Kousla

21 July 2001  Pt. is showing improvement of
07/16 R. liver funct. tests. On ventilator O₂
Sedated c diprovan + paralyzed o
Nurcuron. Platelets improved abd
distention. However BS now normal
Vis Gts Abd — essentially neg.

                                          Burress

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR USE HEREOF IS PROHIBITED
PATIENTS PROGRESS NOTES

27-91

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W.
SZCZERBA, ARTHUR J. 9061 ADM 7/16/01
DOB 9/01/61        039Y
00011324092        M

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69 REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

→ Cont

7/20/01

b/o Bp = $\frac{153}{109}$, I discussed the case with Dr. Ravi and we will

Observe the pt and will check Bp again.

F. Kousher

7/20/01   ROC Note (Pay - Note)

2030R   Pt is on Ventilator.

VS: BP: 144/84   PR: 118   RR: 20   Temp: 99.3°F.

Total 12hr input: → 3115   Total 12 hr output: 2445.

Lungs: clear to auscultation

Heart: S₁S₂ heard. No gallops. No murmurs.

Abdomen: Soft. BS hypoactive, Ext: edema.

Io informed the BP to Dr. Vorgnia.

A&P: Continue the same management.

Hramew.

7/21/01

0650 R

Pt is intubated with CMV   R = 20   FIo₂ = 60   IV = 800

Paralysed & sedated with diprivan = 17 mic   norcuron = 0.35 mic

VS: Bp = $\frac{126}{86}$   T = 99°   P = 110

BP = max diastolic ≥ 93

27-92
continue

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OF THIS PAGE IS PROHIBITED
PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61          059Y
00011324092          M
UNITED REGIONAL HEALTH CARE SYSTEM

# United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)          PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED |

7-20-01.

Pulmonary :—

- overall same, still sedat. & paralyzed
c̄ small dose of norcuron infusion. Has been afebril
- Lives function steadily improving.
- T-ul, Ca-RSR c̄ CR 100~110/mt,
BP-nl, u-o-p-good and I/o 5877/7850 cc
last 24 hrs.  O₂ sat ~ 89-93%
- on CMV-20 now - as his earlier ABGs
this morning showed PH 7.26 Pco₂~58 Po₂~70
tco₂~2½  BE ~6  Sat 90%  on CMV-15.
(hence Rate was ↑ed to 20).
- Chest . b.lat vesicular BS+
Cxray. Some ↑ infiltration Ⓡ lung.
Will repeat ABGs & headgraph vent
CT head scan yiday - negative.
* Labs - ↓ Phos - was ↑ in 2º

/C Chakinala

—————————————————————————————

7/20/01          PGY-I Note
1630 ᴿ   pt is paralyzed with CMV: R=20  FIO₂=50%,  TV= 800ᶜᶜ
HEENT: RERLA  Heart: tachycardia RRR  lung=CTA  Abd: BS=hypoacti
ext= no edema

VS  BP=$\frac{153}{109}$  (at 1500 BP: $\frac{140}{90}$)  P=118  R=20(cmv)  T= 99

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED REPRODUCTION PROHIBITED
PATIENT'S PROGRESS NOTES

22-93
6nt

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 |N| ||||||||||| 11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y
00011324092      M

UNITED REGIONAL HEALTH CARE SYSTEM

## United Regional Health Care System

**PATIENTS PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | ROOM | CASE NO. |
|---|---|---|
| HOUSE STAFF | ADMITTED | DISCHARGED |

7/20   Item/One

Above entries noted.
No evidence of bleeding.
Platelets 49K.   H/H Stable
PT, PTT - Stable
↓ platelets 2° to Hepatic insufficiency
Transfuse PRN for count <20K
No evidence of DIC.
Will begin ___.        Therapy of
Platelets will gradually rise

07-20-01          *Faculty Note.*

1157   Pt. cont. to be on vent. SIMV mode
-sedated & paralysed. Physical findings
& labs outlined in Dr. Kousha note.
Gradual improvement LFT. Platelets -49,
Renal status stable. Consultant notes
appreciated. Continue present management
& adjust therapy based on clinical Δ.
Head CT - negative.

                              Arthur J. Szczerba

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED REPRODUCTION PROHIBITED
PATIENTS PROGRESS NOTES

27-94

McCollum/Cardwell-326

ADDRESSOGRAPH

**United Regional Health Care System**

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 |N|                          11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y
00011324092        M

*PATIENTS PROGRESS NOTES*

FORM NO. 8331/69 REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

Lab :- CBC:

Hct        11.3        15.2        113        RBC 4.52.
                       42.9              differential WNL,

SMA-14 :

Alb-     4.1     glucose - 186     tot bilirubin 1.5
BUN -    18      AST - 152 (8-40)  alk. phosph -73
Creatinine - 2.2   ALT - 114 (8-53)
Calcium - 8.7    Total protein . 8.2.


                         136  104  186
                         5.5  22   18
Lytes:                        2.2

CPK -        280 (45-235)
PT -   13.9   INR - 1.30    PTT   29.3
Drug Screen :-   TCA Screen . > threshold
Urinalysis :-
        U color - amber          U nitrate - true
        Sp grav - > 1.030        RBC - 0-2.
        Ketones - trace          bacteria - few.
        Bilirubin - Small .
        urobilinogen  > 8.0 .                    27-95

Copy of OIG case to Litigation Support on 06.28.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
PATIENTS PROGRESS NOTES

ADDRESSOGRAPH

## United Regional Health Care System

**PATIENT'S PROGRESS NOTES**

FORM NO. 8331/69  REV. (10/95)                    PRINTED BY STANDARD REGISTER U.S.A.

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 |N|                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61   039Y
00011324092           M
UNITED REGIONAL HEALTH CARE SYSTEM

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

Chest x-ray

EKG : Sinus tachycardia ,148/min  axis 154, broad QRS
Complexes.

A/P  Cardiac markers.

|            | 19 15 | 2000 | 4:36 |
|------------|-------|------|------|
| CKMB       | 1.8   | 2.2  | 5.3  |
| Myoglobin  | >500  | >500 |      |
| Troponin 1 - | 0.2 | 0.3  | .21  |

|       | 19:16      |    | 22:00 |
|-------|------------|----|-------|
| ABG   | PH - 7.305 | or 19:76 , 7.347 |
|       | PCO₂ - 31.7 |   | 27.8 |
|       | PO₂ - 225.2 |   | 84.0 m.Hg |

|     | 21:50    | w | 19:36 |
|-----|----------|---|-------|
| CPK | 344 (45-235) , | | 280 |

A/P :    1)  Heat Stroke

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-96

PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 [N] 11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y M
00011324092

# United Regional Health Care System

## PATIENT'S PROGRESS NOTES

FORM NO. 8331/69 REV. (10/95) PRINTED BY STANDARD REGISTER U.S.A.

| SERVICE | | ROOM | CASE NO. |
|---|---|---|---|
| HOUSE STAFF | ADMITTED | | DISCHARGED |

7/16/01.

POA [illegible]

39 yr. wm being admitted for heat stroke. Pt is inmate at Allred prison, was found unconscious/unresponsive around 5 pm. [illegible] [illegible] [illegible] [illegible] to E.R. Pupils fixed, dilated, no response to light. Rectal temp 108.9. Skin dry & hot, no perspiration. Pt has hx of bipolar & major depression on Benztropine, nortriptyline, Risperidal. No hx of CAD, HTN.

O/E: as mentioned above, pt unresponsive, intubated, [illegible] HR 154, BP 81/25 RR 26 T 108.5

Labs: [illegible] 113 SMA, [illegible] Cr 2.2 ALT 114 AST 152 Bili 0.5 Alk phos 73.

EKG: broad QRS nonspecific ST ∆s, tachycardia. CXR - [illegible] [illegible] [illegible] infiltrate.

A/P: heat stroke. Admit to I.C.U., IV fluids, supportive Rx. Pt discussed with Dr. [illegible] [illegible]

Copy of OIG case to Litigation Support on 06.26.2016 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PATIENT'S PROGRESS NOTES

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 [N]   ||||||||||   11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB  9/01/61     039Y
00011324092              M


United Regional Health
Care System

DIABETIC RECORD

FORM NO. 8331/38 (10/97)

| DATE | TIME | INSULIN OR OTHER MEDICATION | SITE/ROUTE | FSBS | COMMENTS | SIGNATURE / TITLE |
|---|---|---|---|---|---|---|
| 7/20/01 | 0530 | ∅ coverage | — | 222 | Skin W/D Reported to Dr. Krusha | R Buscher |
| 7/20/01 | 1200 | ∅ coverage | — | 210 | | K Kavin RN |
| 7/20/01 | 1800 | ∅ coverage | — | 171 | | K Kavin RN |
| 7/21/01 | 0000 | 3units Regular insulin | (7)(L) Arm SQ | 198 | Skin W/D | R Buscher |
| 7/21/01 | 0640 | 3units Regular insulin | (7)(L) Arm SQ | 198 | Skin W/D | R Buscher |
| 7/21 | 1210 | 6 Units | | 205 | | S Temiston (R) |
| 7/21 | 1800 | '. , | | | | |
| 7/22 | 0000 | ∅ coverage | — | 122 | Skin W/D | R Buscher RN |
| 7/22 | 0620 | 6units Regular insulin SQ | r @ Arm | 211 | Skin W/D | R Buscher RN |
| 7/22 | 1200 | 3units Reg Ins | @ arm | 194 | | M RN |
| 7/22 | 1800 | 6units Reg Ins | @ arm | 208 | | C RN |
| 7/23 | 0000 | 6 units regular | 80 Ruf | 226 | Skin W/D | L Steen RN |
| | | NORMAL RANGE BLOOD SUGAR RESULTS = 60 - 130 mg/dl | | | | |



FRONT

R Leg   L Leg
        C   D

Abdomen
            A
            B

BACK

R Arm    L Arm
        E   F

Above Waist
G     H

Below Waist
I     J

Copy of OIG case to Litigation Support on 06.26.2013 by sdm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ADDRESSOGRAPH

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W.
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61    039Y       M
00011324092

United Regional Health
Care System

**DIABETIC RECORD**

FORM NO. 8331/36 (10/97)

| DATE | TIME | INSULIN OR OTHER MEDICATION | SITE/ ROUTE | FSBS | COMMENTS | SIGNATURE / TITLE |
|------|------|------------------------------|-------------|------|----------|-------------------|
| 7/17/01 | 2000 | Ø | | 107 | | Z Edward RN |
| 7/18/01 | 0000 | Ø | | 111 | | Z Edward RN |
| 7/18/01 | 0400 | Ø | | 166 | | Z Edward RN |
| 7/18/01 | 1200 | Ø | E | 159 | | S. Hosting |
| 7/18/01 | 1650 | Ø | | 160 | | S. Haly |
| 7/18/01 | 2015 | Ø | — | 159 | | OBoon RN |
| 7/19/01 | 0015 | Ø | — | 173 | | OBoon R |
| 7/19/01 | 0415 | Ø | — | 182 | | OBoon R |
| 7/19 | 0530 | | | 163 sma | | mom RN |
| 7/19 | 1200 | | | 201 | | mom RN |
| 7/19 | 1800 | | | 175 | Skin w/dry | S. Allison SRN |
| 7/20 | 0030 | | — | 212 | Reported to Dr. kouska @ 0000 | R Zuzelin RN |

**NORMAL RANGE BLOOD SUGAR RESULTS = 60 - 130 mg/dl**

**FRONT**

Abdomen          A
                 B

R Leg   L Leg
   C   D

**BACK**

R Arm   L Arm
   E   F
1
2

**Above Waist**
G       H

**Below Waist**
I       J

Copy of OIG case to Litigation Support on Dec 26.2013 by sent
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



UNITED REGIONAL HEALTH CARE SYSTEM
11TH

egional Health
System

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061  ADM 7/16/01
DOB: 9/01/61      039Y      M
00011324092

United Regional Health Care Sys- 11th St
PHONE: 817-720-0211  FAX: 817-720-0877

Wichita Falls, Texas

--- DUPLICATE LABEL ---

Patient Id: 362404              Bag Id: 0001
Name: CARDWELL, JOHN W.
Loc: CCU-08

                               Order Number: 7
Order Volume: 2600ml           Compound Volume: 2600 ml

Hepatasol 8%          -      4.000%
Dextrose 70%          -     10.000%

--Additives--                   -Dose-
SODIUM CHLORIDE          10.00   mEq/liter
SODIUM ACETATE           40.00   mEq/liter
POTASSIUM CHLORIDE       25.00   mEq/liter
POTASSIUM PHOSPHATE      15.00   mEq/liter
CALCIUM GLUCONATE         3.00   mEq/liter
MAGNESIUM SULFATE         3.00   mEq/liter
HEPARIN, SODIUM        1000.0  unit/liter
MULTI-VIT (MVI-12)       10.00   ml
MTE-5 (CONCENTRATE)       3.00   ml
VIT-K (PHYTONADIONE)      1.00   mg

Prep. By:            Date 07-25-01 Time 16:15:49
Solution Expires at 20:15   on 07-27-01
Delivery Time To Patient: 07-25-01   2000

CPN. HANG BY 2000. FILTER SIZE (MICRON): 0.2
!!!!! URHCS RULE: HANG CPN BY 2000 EACH DAY !!!!!

MEDICATION ADDED
PATIENT           IN
DRUG
AMOUNT              BASE SOLN
ADDED BY
DATE              TIME 205
START TIME    DATE   FLOW RATE
EXP DATE
THIS LABEL MUST BE AFFIXED TO ALL INFUSION
FLUIDS CONTAINING ADDITIONAL MEDICATION.

Place TPN Label
Here

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

FORM NO. 8331/45 (10/97)

United Regional Health
Care System

**INTRAVENOUS RECORD**

36-24-04 [N]                    11TH
CARDWELL JOHN W
SZCZERBA ARTHUR J  9061    ADM  7/16/01
DOB 9/01/61    059Y       M
00011324092
SZCZERBA ARTHUR J  9061

FORM NO. 6331/47 REV. (7/97)

NEEDLELESS SYSTEM USED FOR ALL IV's

| Date | No. Fluid | Time Started | Time Disc. | Rate | Type and Amt. of Fluid | Medications Added | Dressing | Tubing | Extension Tubing | Irac | Site Description | Signature |
|------|-----------|--------------|------------|------|------------------------|-------------------|----------|--------|------------------|------|------------------|-----------|
| 7/21/01 | | 2000 | | 45 | Diprivan 100cc premix Tubing ∆'ed | — | — | | | | Intact | ℄ |
| 7/21/01 | | 2300 | | 40 | Diprivan 100cc premix | — | — | | | | Intact | ℄ |
| 7/21/01 | | 2350 | | 45 | Diprivan 100 cc premix | | | | | | Intact | ℄ |
| 7/22/01 | | 0745 | | 45 | Diprivan 100cc premix | — | | | | | Intact | ℄ |
| 7/22/01 | | 0450 | | 45 | Diprivan 100cc premix | — | | | | | Intact | ℄ |
| 7/22/01 | | 0430 | | 45 | Diprivan 100cc premix | | | | | | Intact | ℄ |

Venipunctures

| Date | Time | Description of Needle | Placement | Hep Loc | DC'd | Comment | IV Start Pack Used | Signature |
|------|------|-----------------------|-----------|---------|------|---------|---------------------|-----------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Patient Name At The Bottom

**INTRAVENOUS RECORD**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-101

United Regional Health Care System

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061  ADM  7/16/01
DOB  9/01/61      039Y
00011324092           M

**INTRAVENOUS RECORD**

FORM NO. 6331/47 REV. (7/87)

NEEDLELESS SYSTEM USED FOR ALL IV's

| Date | No. Fluid | Time Started | Time Disc. | Rate | Type and Amt. of Fluid | Medications Added | Dressing | Tubing | Extension Tubing | Ivac | Site Description | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/20 | | 0100 | | 10 | Norcuron 30mg/100cc | — | | | | | Intact | ℗ |
| 7/20 | | 0530 | | 10 | NS 250cc | Ø | | | | | Intact | ℗ |
| 7/20 | | 0530 | | 3 | Diprivan 50cc | Ø | | | | | Intact | ℗ |
| 7/21/01 | | 0000 | | 4.6 | Dipriван 50cc | Ø | | | | | Intact | ℗ |
| 7/21 | | 0000 | | 10 | Norcuron 30mg/100cc NS | — | | | | | Intact | ℗ |
| 7/21/01 | | 0530 | | 4.1 | Dipriван 50cc | | | | | | Intact | ℗ |

Venipunctures

| Date | Time | Description of Needle | Placement | Hep Loc | DC'd | Comment | IV Start Pack Used | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Patient Name At The Bottom

**INTRAVENOUS RECORD**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-102

UNITED REGIONAL HEALTH CARE SYSTEM

United Regional Health
Care System

**INTRAVENOUS RECORD**

UNITED REGIONAL HEALTH CARE SYSTEM   11TH

36-24-04 [N]
CARDWELL JOHN W
SZCZERBA, ARTHUR J   9061   ADM  7/16/01
DOB 9/01/61        099°        M
00011324092

UNITED REGIONAL HEALTH CARE SYSTEM

FORM NO. 8331/47 REV. (7/97)

NEEDLELESS

| Date | No. Fluid | Time Started | Disc. | Rate | Type and Amt. of Fluid | Medications Added | Dressing | Tubing | Extension Tubing | Ivac | Site Description | Signature |
|------|-----------|--------------|-------|------|------------------------|-------------------|----------|--------|------------------|------|------------------|-----------|
| 7/19 | 0720 | | | | Norcuron 20mg/100cc NS → | | | | | | | mo |
| 7/19 | 000 | | | | Ns 250ml | | | | | | | mom |
| 7/19 | | | | | Dopamine Premix | | | | | | | mo |
| 7/19 | | | | | Diprivan | | | | | | | mo |
| 1/19 | | | | | Norcuron 20mg/100 NS | | | | | | | mo |
| 7/19 | 2000 | 3.3 | | | Diprivan 50cc | ∅ | — AEO | | — | | Intact | © |

**Venipunctures**

| Date | Time | Description of Needle | Placement | Hep Loc | BCN | Comment | IV Open Pack Used | Signature |
|------|------|-----------------------|-----------|---------|-----|---------|-------------------|-----------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Patient Name At The Bottom.

*INTRAVENOUS RECORD*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-103

UNITED REGIONAL HEALTH CARE SYSTEM

**11TH**

36-24-04 [N]

CARDWELL JOHN W
SZCZERBA, ARTHUR J 9061  ADM  7/16/01
DOB  9/01/61        039Y
00011324092         M

United Regional Health
Care System

# INTRAVENOUS RECORD

FORM NO. 8331/47 REV. (7/97)

NEEDLELESS SYSTEM USED FOR ALL IV's

| Date | No. Fluid | Time Started | Time Disc. | Rate | Type and Amt. of Fluid | Medications Added | Dressing | Tubing | Extension Tubing | Ivac | Site Description | Signature |
|------|-----------|--------------|-----------|------|------------------------|-------------------|----------|--------|------------------|------|------------------|-----------|
| 7/17 | | | | | Diprivan 100mL | | | | | | | |
| 7/17 | | | | | D5¼ NS 20K 1 amp NaHCO₃ K Phos | | | | | | | |
| 7/18 | | 0400 | | | ***Nursing REORDER Request*** CARDWELL, JOHN W  SCCU-08  (0000)36-24-04  DEXTROSE 5% IN WATER 1000 mL      1000 mL.  POTASSIUM CHLORIDE 30mEq VIAL    30 mEq / 15 mL  POTASSIUM PHOSPHATE 4.4mEq/mL INJ  20 mEq/4.545 ml  SODIUM BICARBONATE 8.4% VIAL      75 mEq / 75 mL  Order#: 23      Rate: 200 ml/hr | | | | | | | |
| 7/18 | ? | 1015 | | 250 | ***Nursing REORDER Request*** CARDWELL, JOHN W  SCCU-08  (0000)36-24-04  DEXTROSE 5% IN WATER 1000 mL      1000 mL.  POTASSIUM CHLORIDE 30mEq VIAL    30 mEq / 15 mL  POTASSIUM PHOSPHATE 4.4mEq/mL INJ  20 mEq/4.545 ml  SODIUM BICARBONATE 8.4% VIAL      75 mEq / 75 mL  Order#: 23      Rate: 200 | | | | | | | S. Hosley |
| 7/18 | 1200P | | | 12 Scc | ***Nursing REORDER Request*** SCCU-08  CARDWELL, JOHN W  (0000)36-24-04  DEXTROSE 5% IN WATER 1000 mL      1000 mL.  SODIUM BICARBONATE 8.4% VIAL      75 mEq / 75  Order#: 45      Rate: 75  ml/hr  Freq: | | | | | | | S. Hos |
| 7/18 | | | | 1300 | 24 Diprovine | | | | | | | S. Hos |

| | | | | Venipunctures | | | | |
|------|------|---------------------|-----------|--------|---------|-------------------|--------|
| Date | Time | Description of Needle | Placement | Hep Loc | DC'd | Comment | IV Start Pack Used | Signature |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Patient Name At The Bottom .

INTRAVENOUS RECORD

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-104

United Regional Health
Care System

| Date | Number | Time | Flow Rate Ordered | | Primary Set | Extension | Filter | IVAC Tubing | IVAC | Dial A Flow | Dressing Change | Site Description | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# Hyperalimentation
# Flow Sheet

```
United Regional Health Care Sys- 11th St          Wichita Falls, Texas
PHONE: 817-720-0211 FAX: 817-720-0877
                 ---- DUPLICATE LABEL ---

Patient Id: 362404           Bag Id: 0001
Name: CARDWELL, JOHN W.
Loc: CCU-08

Order Volume: 3750ml         Order Number: 3
                             Compound Volume: 3750 ml

Clinisol 15% (Nova          5.000%
Dextrose 70%               13.600%
Intralipid 30%              3.200%

--Additives--               -Dose-
SODIUM CHLORIDE               10.00   mEq/liter
SODIUM ACETATE                40.00   mEq/liter
POTASSIUM CHLORIDE            10.00   mEq/liter
POTASSIUM PHOSPHATE          35.00   mEq/liter
CALCIUM GLUCONATE             4.00   mEq/liter
MAGNESIUM SULFATE             6.00   mEq/liter
HEPARIN, SODIUM             1000.0   unit/liter
MULTI-VIT (MVI-12)           10.00   ml
MTE-5 (CONCENTRATE)           3.00   ml
VIT-K (PHYTONADIONE)          1.00   mg

Prep. By:              Date 07-21-01 Time 14:12:0
Solution Expires at 18:12     on 07-23-01
Delivery Time To Patient: 07-21-01  2000
```

MEDICATION ADDED

CPN. HANG BY 2000. FILTER SIZE (MICRON): 1.2
!!!!! URHCS RULE: HANG CPN BY 2000 EACH DAY !!!!!

Place TPN Label
Here

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

FORM NO. 8331/45 (10/97)



United Regional Health Care System

## Hyperalimentation Flow Sheet

Date | Number | Time | Flow Rate Ordered | Primary Set | Extension | Filler | IVAC Tubing | IVAC | Dial A Flow | Dressing Change | Site Description | Signature

```
United Regional Health Care Sys- 11th St
PHONE: 817-720-0211 FAX: 817-720-0677          Wichita Falls, Texas
            --- DUPLICATE LABEL ---
Patient Id: 362404          Bag Id: 0001
Name: CARDWELL, JOHN W.
Loc: CCU-08
Order Volume: 3750ml          Order Number: 2
                              Compound Volume: 3750 ml
Clinisol 15% (Nova              3.500%
Dextrose 70%                    8.200%
Intralipid 30%                  2.000%

--Additives--                  -Dose-
SODIUM CHLORIDE               10.00  mEq/liter
SODIUM ACETATE                40.00  mEq/liter
POTASSIUM CHLORIDE            10.00  mEq/liter
POTASSIUM PHOSPHATE           35.00  mEq/liter
CALCIUM GLUCONATE             4.00   mEq/liter
MAGNESIUM SULFATE             6.00   mEq/liter
HEPARIN, SODIUM            1000.0    unit/liter
MULTI-VIT (MVI-12)           10.00   ml
MTE-5 (CONCENTRATE)           3.00   ml
VIT-K (PHYTONADIONE)          1.00   mg

Prep. By:               Date 07-20-01 Time 16:09:41
Solution Expires at 20:09   on 07-22-01
Delivery Time To Patient: 07-20-01   2000
```

MEDICATION ADDED

CPN. HANG BY 2000. FILTER SIZE (MICRON): 1.2
!!!!! URHCS RULE: HANG CPN BY 2000 EACH DAY !!!!!

Place TPN Label
Here

Copy of OIG case to Litigation Support on 06.26.2013 by scn.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

FORM NO. 8331/45 (10/97)

UNITED REGIONAL HEALTH CARE SYSTEM

United Regional Health
Care System

36-24-04 [N]                                            11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61  039Y
00011324092           M

## ...eralimentation
## Flow Sheet

| Dat | Num | Tim | Flow Rate | ✓ Primary Set | Extension | Filter | ✓IVAC Tubing | IVAC | Dial A Flow | Dressing Change | Site Description | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

```
United Regional Health Care Sys- 11th St          Wichita Falls, Texas
PHONE: 817-720-0211   FAX: 817-720-0877
                    --- DUPLICATE LABEL ---

  Patient Id: 362404           Bag Id: 0001
  Name: CARDWELL, JOHN W.
  Loc: CCU-08
  Order Volume: 3750ml          Order Number: 1
                                Compound Volume: 3750 ml

  Clinisol 15% (Nova            3.500%
  Dextrose 70%                  8.200%
  Intralipid 30%               2.000%

  --Additives--                    -Dose-
  SODIUM CHLORIDE               10.00  mEq/liter
  SODIUM ACETATE                40.00  mEq/liter
  POTASSIUM CHLORIDE            40.00  mEq/liter
  POTASSIUM PHOSPHATE           25.00  mEq/liter
  CALCIUM GLUCONATE              7.00  mEq/liter
  MAGNESIUM SULFATE              6.00  mEq/liter
  HEPARIN, SODIUM             1000.0 unit/liter
  MULTI-VIT (MVI-12)            10.00  ml
  MTE-5 (CONCENTRATE)            3.00  ml
  VIT-K (PHYTONADIONE)           1.00  mg

  Prep. By:  CR          Date 07-19-01 Time 18:55:30
  Solution Expires at 22:55   on 07-21-01
  Delivery Time To Patient: 07-19-01  2000
```

```
CPN. HANG BY 2000. FILTER SIZE (MICRON): 1.2
!!!!! URHCS RULE: HANG CPN BY 2000 EACH DAY !!!!!
```

Place TPN Label
Here

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

FORM NO. 8331/45 (10/97)

McCollum v. Cardwell 339

UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 |N|

CARDWELL, JOHN W
SZCZERBA, ARTHUR J. 9061   ADM 7/16/01
DOB 9/01/61   039Y
00011324092   M

United Regional Health Care Sys- 11th St
PHONE: 817-720-0211  FAX: 817-720-0877

Wichita Falls, Texas

--- DUPLICATE LABEL ---

Patient Id: 362404          Bag Id: 0001
Name: CARDWELL, JOHN W.
Loc: CCU-08
                          Order Number: 1
Order Volume: 3750ml     Compound Volume: 3750 ml

Travasol 10%        -    3.500%
Dextrose 70%        -    5.000%
Intralipid 30%      -    2.000%

--Additives--                 -Dose-
SODIUM CHLORIDE              10.00   mEq/liter
SODIUM ACETATE              40.00   mEq/liter
POTASSIUM CHLORIDE          20.00   mEq/liter
POTASSIUM PHOSPHATE         15.00   mEq/liter
CALCIUM GLUCONATE            5.00   mEq/liter
MAGNESIUM SULFATE           10.00   mEq/liter
HEPARIN, SODIUM           1000.0   unit/liter
MULTI-VIT (MVI-12)          10.00   ml
MTE-5 (CONCENTRATE)          3.00   ml

Prep. By:          Date 07-18-01 Time 13:39:11
Solution Expires at 17:39   on 07-20-01
Delivery Time To Patient: 07-18-01   1600

PPN. HANG BY 2000. FILTER SIZE (MICRON): 1.2
!!!!! URHCS RULE: HANG PPN BY 2000 EACH DAY !!!!!

Place TPN Label
Here

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

FORM NO. 8331/45 (10/97)



UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y
00011324092 M
UNITED REGIONAL HEALTH CARE SYSTEM

United Regional Health Care System

# PATIENT CARE RECORD - OBSERVATIONS
## SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

CODE STATUS ____
ALLERGIES: ____

| GLASGOW COMA SCALE | | |
|---|---|---|
| EYE OPENING | Spontaneous | 4 |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL RESPONSE | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensive Words | 2 |
| | None | 1 |
| MOTOR RESPONSE | Obeys Commands | 6 |
| | Localizes Pain | 5 |
| | Withdraws (Pain) | 4 |
| | Flexion (Pain) | 3 |
| | Extension (Pain) | 2 |
| | None | 1 |

| PUPILS (cm) | EXTREMITIES |
|---|---|
| 1 | STRENGTH (Grips) |
| 2 | 3 - Strong |
| 3 | 2 - Fair |
| 4 | 1 - Weak |
| 5 | 0 - Absent |
| 6 | PULSES: P = Palpable; D = Doppler; P1 - Weak; P2 - Fair; P3 - Strong |
| 7 | D1 - Monophasic; D2 - Biphasic |
| 8 | D3 - Triphasic |

Temp: 99 98.6 97.3 99.7 99.9 102.4 102.1 101.9

| | | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Respirations | | | | | | | | | | | | | | | | | 32 | 44 | 45 | 50 | 50 | 44 | 32 | 32 |
| | O2 Sat % | | | | | | | | | | | | | | | | | 90 | 88 | 93 | 91 | 89 | 100 | 108 | 98 |
| HEMODYNAMICS | CO/CI | | | | | | | | | | | | | | | | | | | | | | | | |
| | CVP/PCWP | | | | | | | | | | | | | | | | | | | | | | | | |
| | PAP | | | | | | | | | | | | | | | | | | | | | | | | |
| | SVR/PVR | | | | | | | | | | | | | | | | | | | | | | | | |
| NEURO | Eye Opening | | | | | | | | | | | | | | | 1 | | | | 1 | | | | 3 | |
| | Verbal Response | | | | | | | | | | | | | | | 1 | | | | 1 | | | | ETI | |
| | Motor Response | | | | | | | | | | | | | | | 4 | | | | 4 | | | | 4 | |
| | Total (≥ 7 indicates coma) | | | | | | | | | | | | | | | 6 | | | | 6 | | | | 8 | |
| | Pupils L | | | | | | | | | | | | | | | NR5 | | | | R5 | | | | SR4 | |
| | Pupils R | | | | | | | | | | | | | | | NR5 | | | | R4 | | | | R3 | |
| | Extremities Arm L | | | | | | | | | | | | | | | 0 | | | | 1 | | | | 1 | |
| | Extremities Arm R | | | | | | | | | | | | | | | 0 | | | | 1 | | | | 1 | |
| | Extremities Leg L | | | | | | | | | | | | | | | 0 | | | | 0 | | | | 1 | |
| | Extremities Leg R | | | | | | | | | | | | | | | 0 | | | | 1 | | | | 1 | |
| PULSES | Time | | | | | | | | | | | | | | | 2130 | | | | 0100 | | | | | |
| | Radial L | | | | | | | | | | | | | | | P2 | | | | P2 | | | | | |
| | Radial R | | | | | | | | | | | | | | | P2 | | | | P2 | | | | | |
| | Dorsalis Pedis L | | | | | | | | | | | | | | | P1 | | | | P1 | | | | | |
| | Dorsalis Pedis R | | | | | | | | | | | | | | | P1 | | | | P1 | | | | | |
| | Posterior Tibial L | | | | | | | | | | | | | | | P1 | | | | P1 | | | | | |
| | Posterior Tibial R | | | | | | | | | | | | | | | P1 | | | | P1 | | | | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-109

DATE: 7-16-01 ROOM# ICU 8

36-24-04 |N|                    11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61        039Y      M
00011324092

UNITED REGIONAL HEALTH CARE SYSTEM

**United Regional Health Care System**

Form # 8330/03(REV. 12/99)

Previous Wt.: _____   Current Wt.: _____

*Residuals are not included in the I & O unless discarded
‡ Indicate with 'V' the first void after d/c of Foley
§ Include liquid stool (cc's) in Output

## INPUT & OUTPUT'S

| | | | | | | | | | | | | TUBE FEEDING | PO | | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

(Columns: Soln Site CC DOSE repeated)

| 07 | | | | | | | | | | | | | | | | | 07 | | | | |
| 08 | | | | | | | | | | | | | | | | | 08 | | | | |
| 09 | | | | | | | | | | | | | | | | | 09 | | | | |
| 10 | | | | | | | | | | | | | | | | | 10 | | | | |
| 11 | | | | | | | | | | | | | | | | | 11 | | | | |
| 12 | | | | | | | | | | | | | | | | | 12 | | | | |
| 13 | | | | | | | | | | | | | | | | | 13 | | | | |
| 14 | | | | | | | | | | | | | | | | | 14 | | | | |
| 15 | | | | | | | | | | | | | | | | | 15 | | | | |
| 16 | | | | | | | | | | | | | | | | | 16 | | | | |
| 17 | | | | | | | | | | | | | | | | | 17 | | | | |
| 18 | | | | | | | | | | | | | | | | | 18 | | | | |
| TOTAL | | | | | | | | | | | | | | | | | | | | | |

**TOTAL 12 INTAKE**     **TOTAL 12 OUTPUT**

| | NS | NS | Dextrose | | | | | | | | | TUBE FEEDING | PO | | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | Rectal | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 500 | 500 | | | | | | | | | | | | | | | | 19 | | | |
| 20 | | | | | | | | | | | | | | | | | 20 | 75 | | |
| 21 | | | | | | | | | | | | | | | | | 21 | | | |
| 22 | | | | | | | | | | | | | | | | | 22 | 105 | | |
| 23 | | | | | | | | | | | | | | | | | 23 | | | |
| 00 | | | | | | | | | | | | | | | | | 00 | 140 | | |
| 01 | | | | | | | | | | | | | | | | | 01 | 115 | | |
| 02 | | | | | | | | | | | | | | | | | 02 | | | |
| 03 | | | | | | | | | | | | | | | | | 03 | | | |
| 04 | | | | | | | | | | | | | | | | | 04 | | | |
| 05 | | | | | | | | | | | | | | | | | 05 | | | |
| 06 | | | | | | | | | | | | | | | | | 06 | | | |
| TOTAL | 500 363 | | 45 | | | | | | | | | | | | | | | 700 200 | 27-110 | 900 |

Copy of O/G was too light in lic... Scanned on 06-06-2014 by scm...

**TOTAL 12 INTAKE**        **TOTAL 12 OUTPUT**

TOTAL 24° INTAKE  3553        TOTAL 24° OUTPUT  900        24° VARIANCE  +2653



UNITED REGIONAL HEALTH CARE SYSTEM   11TH

**36-24-04** |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB  9/01/61    039Y
00011324092      M

UNITED REGIONAL HEALTH CARE SYSTEM

Form # 8330/03 (REV. 12/99)



United Regional Health
Care System

## SIGNATURE KEY

| Initials | Name, Title | Initials | Name, Title | Initials | Name, Title |
|---|---|---|---|---|---|
| 98 | L Steen RN | 21 | 2 Edwards RN | | |
| | | | | | |
| | | | | | |

## PRN MEDICATION ASSESSMENT

(Pain Scale: 0=no pain & 10 = maximum pain)

☐ Pt. has PCA or Epidural: See Pain Management 24° Flow Sheet for Documentation R/T Pain Management

| INITIAL ASSESSMENT | | | | | EVALUATION OF INTERVENTION | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Initials | Pain Level | Problem/Focus | Intervention | Time | Initials | Pain Level | Assessment |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## NARRATIVE NOTES

**Nursing Dx Must Be Addressed in Patient Care Record Until Resolved**

| Time | | Intervention & Evaluation |
|---|---|---|
| 2030 | | Received from ER via cot unresponsive, VSS. See attached sheet for further assessment. R |
| 2100 | | Resident is here orders received. R |
| 2200 | | pupils slightly reactive, VS + remaining assessment unchanged - had large liquid foul smelling stool - accucheck (neg) - R — (2300) suctioning large amount of bloody phlegm from ET tube. A molish |
| 2330 | | Dr. Naseer here & other residents. Verbal order rec'd for IVF changes. 2 Edwards RN |
| 0045 | | Pt began coughing on amts of bloody sputum in ETT. Resident notified. New orders rec'd. 2 Edwards |
| 0100 | | Pt suctioned for bloody / pink secretion until clear. Lung are coarse ℅ rhonchi & crackles. Pt has ↑↓ petechiae edema. 2 Edwards |
| 0200 | | Residents here. New order rec'd for lab. 2 Edwards |
| 0215 | | New IVF's orders rec'd NS @ 999 cc/hr did. Dopamine gtts initiated. 2 Edwards |
| 0415 | | Pt somewhat restless. Dopamine has helped. Allucor on Swan 14 57. Called to Dr. Srinivasan. New order noted. Also notified of NGT drainage turning dark brown coffee ground consistency. 2 Edwards |
| 0500 | | BBG - 119. BP 85/66. Rechecked manually - accurate. Notified residents. No new orders. 2 Edwards |
| 0615 | | BP's have been 80 ℅ dopply since 0500. Residents aware. order rec'd for Dopamine. Pt this spoke c Dr Srinivasan. Pt has lost / doesn't track ... |

**36-24-04** [N]  **11TH**
**CARDWELL, JOHN W**
SZCZERBA, ARTHUR J  9061  ADM  7/16/01
DOB 9/01/61   039Y
0001324092         M

UNITED REGIONAL HEALTH CARE SYSTEM

Form # 8330/03 (REV. 12/99)

## NURSING INTERVENTIONS

| Time | 10A |
| Oz via | R.T. |
| L/M or FIO2 | 100 |
| CMV/SIMV Rate | |
| Vt | |
| CPAP / PEEP | 5 |
| PSV | 10 |
| PCV | |
| DS | Full |

## NURSING INTERVENTIONS

| HOUR | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambulation | | | | | | | | | | | | | | | | | | | | | | | | |
| Up to Chair | | | | | | | | | | | | | | | | | | | | | | | | |
| Dangle | | | | | | | | | | | | | | | | | | | | | | | | |
| Turn | | | | | | | | | | | | | | | | | | | | | | | | |
| CDB | | | | | | | | | | | | | | | | | | | | | | | | |
| TED Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Bath/Shower | | | | | | | | | | | | | | | | | | | ✓ | | ✓ | | | |
| Mouth Care | | | | | | ✓ | | | | | | | | | | | | | ✓ | | ✓ | | | |
| Foley Care | | | | | | | | | | | | | | | | ✓ | | | | | | | | |
| Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral/Naso/Trach/ETT Suctioning | | | | | | | | | | | | | | ✓ | | | | | | | | | | |
| Sputum Amount (Sm/Mod/Lg) | | | | | | | | | | | | | | M | | | | | | | | | | |
| Consistency (Th = Thick/T =) | | | | | | | | | | | | | | Thick | | | | | | | | | | |
| Color | | | | | | | | | | | | | | | | | | | | | | | | |
| HOB degree | | | | | | | | | | | | | | | | | | | | | | | | |

| NGT | | | IV INSERTION | | | IV SITE CARE | | | IABP/A-LINE DC'd | | | EQUIPMENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tube Type | RN | | Site | RN | | Site | | | By | | | IV Pump | | ✓ |
| Size | | | Gauge | 20 | | Patent | | | Time | | | Feed Pump | | |
| By | | | By | VS | | Drsg Applied | | | Bleeding | | | Oximeter | | ✓ |
| Time | | | Time | 200 | | By | | | Hematoma | | | Ventilator | | ✓ |
| Placement 'd | | | Start Kit Used | NO | | Time | | | Site Clean | | | Temp Pace | | |
| X-Ray | | | Injection Site | LES | | **DRAIN DC'd** | | | Pressure Drsg | | | SCD/K Ped | | ✓ |
| To Suction | | | # Attempts | | | Type | | | CMS adequate | | | Bard | | |
| Clamped | | | **IV DC'd** | | | Site | | | **PA CATHETER DC'd** | | | IABP | | |
| Feeding | | | Site | | | Drsg Applied | | | By | | | Camino | | |
| D/C'd Time | | | Redness | | | By | | | Time | | | Geomatt | | |
| **FOLEY/STRAIGHT CATH** | | | Bleeding | | | Time | | | Ectopy | | | Hypo/Hyper | | |
| Size | | | Drainage | | | **CT DC'd** | | | **EXTUBATION** | | | Thermia Unit | | ✓ |
| Sterile Tech. Used | | | Infiltration | | | Site | | | Hyperoxygenated | | | | | |
| By | | | Drsg Applied | | | By M.D. | | | Suctioned | | | | | |
| Time | | | By | | | Drsg Applied | | | Extubated by | | | | | |
| D/C'd Time | | | Time | | | Time | | | Time | | | | | |

## FALL PRECAUTIONS

| | Initials | | RESTRAINT/M.P.D. | |
|---|---|---|---|---|
| | 7-p | 7-a | | AM | PM |
| NURSING DIAGNOSIS: POTENTIAL FOR INJURY R/T HIGH RISK FOR FALL | | | *Requires Further Charting   *Alternative | |
| DESIRED OUTCOME: NO FALLS OR INJURY DURING HOSPITAL STAY | | | | |
| Stress fall prevention information with Patient and family once per day and PRN | | | Tube Wandering Fall   *Measures | |
| Check for Yellow bracelet on Patient once per day | | | Aggressive/Assaultive   Time Applied | |
| Check for Yellow symbol on chart and kardex once per day | | | Type: Wrist | |
| Check door open & lighting sufficient to visualize Patient q 4 hours and PRN | | | Vest | |
| Confirm all side rails up, bed in low position q 4 hours and PRN | | | 4 pt. | |
| Confirm presence of call light within reach and reinforce use of q 4 | | | ✓ Done-Continues  Needs Attended Q 2 hr | |
| Ensure Patient has slippers with rubber soles for out-of-bed activities | | | per protocol: | |
| Provide mandatory assistance to BSC or BR prn. Remain with Patient while up to BSC or BR | | | *Time Discontinued | |
| Provide mandatory assistance with ambulation | | | Report given to next shift | |
| Apply reminder belt or posey vest when up to chair as indicated | | | | |
| Apply bed sensor per nurse discretion.  Check alarms "on" at all times when Patient in bed | | | | |
| Offer toileting at HS and PRN | | | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y M
00011324092

United Regional Health Care System

# PATIENT CARE RECORD - OBSERVATIONS
## SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

CODE STATUS 61.
ALLERGIES: NKDA

**GLASGOW COMA SCALE**

| | | |
|---|---|---|
| EYE OPENING | Spontaneous | 4 |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL RESPONSE | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensive Words | 2 |
| | None | 1 |
| MOTOR RESPONSE | Obeys Commands | 6 |
| | Localizes Pain | 5 |
| | Withdraws (Pain) | 4 |
| | Flexion (Pain) | 3 |
| | Extension (Pain) | 2 |
| | None | 1 |

**PUPILS** (cm): 1, 2, 3, 4, 5, 6, 7, 8

**EXTREMITIES**
STRENGTH (Grips)
3 - Strong
2 - Fair
1 - Weak
0 - Absent

**PULSES**
P = Palpable
D = Doppler
P1 - Weak
P2 - Fair
P3 - Strong
D1 - Monophasic
D2 - Biphasic
D3 - Triphasic

| | | |
|---|---|---|
| | Respirations / O2 Sat % | |
| HEMODYNAMICS | CO/CI | |
| | CVP/PCWP | |
| | PAP | |
| | SVR/PVR | |
| NEURO | Eye Opening | |
| | Verbal Response | |
| | Motor Response | |
| | Total (≥ 7 indicates coma) | |
| | Pupils L / R | |
| | Extremities Arm L / R | |
| | Extremities Leg L / R | |
| PULSES | Time | 0780, 2000 |
| | Radial L / R | |
| | Dorsalis Pedis L / R | |
| | Posterior Tibial L / R | |

Norcuron gtt

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-113

UNITED REGIONAL HEALTH CARE SYSTEM   11TH

24-04 [N]
RDWELL, JOHN W
SZERBA, ARTHUR J  9061      ADM  7/16/01
B: 9/01/61     039Y
0011324092              M

**United Regional Health Care System**

Form # 8330/03 (REV. 12/99)

Previous Wt.: _____   Current Wt.: 205.0

*Residuals are not included in the I & O unless discarded
‡ Indicate with 'V' the first void after d/c of Foley
§ Include liquid stool (cc's) in Output

## INPUT & OUTPUTS

| | | | | | | | | | | | TUBE FEEDING | PO | | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | | | | | | | 07 | | | |
| 08 | | | | | | | | | | | | | | | | 08 | | | |
| 09 | | | | | | | | | | | | | | | | 09 | | | |
| 10 | | | | | | | | | | | | | | | | 10 | | | |
| 11 | | | | | | | | | | | | | | | | 11 | 1000 | | |
| 12 | | | | | | | | | | | | | | | | 12 | | | |
| 13 | | | | | | | | | | | | | | | | 13 | | | |
| 14 | | | | | | | | | | | | | | | | 14 | | | |
| 15 | | | | | | | | | | | | | | | | 15 | 700 | | |
| 16 | | | | | | | | | | | | | | | | 16 | | | |
| 17 | | | | | | | | | | | | | | | | 17 | | | |
| 18 | | | | | | | | | | | | | | | | 18 | 800 | | |
| **TOTAL** | | | | | | | | | | | | | | TOTAL 12 INTAKE  3037 | | **TOTAL** | TOTAL 12 OUTPUT  3800 | | |
| 19 | | | | | NS | NS | | | | | | NGT | | | | 19 | | | |
| 20 | | | | | 200 | 10 | | | | | | | 60 | | | 20 | 110 | | |
| 21 | | | | | | | | | | | | | | | | 21 | 50 | | |
| 22 | | | | | | | | | | | | | | | | 22 | | | |
| 23 | | | | | | | | | | | | | | | | 23 | | | |
| 00 | | | | | | | | | | | | | 60 | 60 | | 00 | 230 | | |
| 01 | | | | | | | | | | | | | | 30 | | 01 | | | |
| 02 | | | | | | | | | | | | | | | | 02 | 135 | | |
| 03 | | | | | | | | | | | | | | | | 03 | 95 | | |
| 04 | | | | | | | | | | | | | | | | 04 | | | |
| 05 | | | | | | | | | | | | | | | | 05 | | | |
| 06 | | | | | | | | | | | | | | | | 06 | 195 | 150 | |
| **TOTAL** | | | | | | | | | | | | | 120 | 90 | | **TOTAL** | 805 | 150 | 27+114 |

TOTAL 24° INTAKE  7219      TOTAL 24° OUTPUT  4815      24° VARIANCE  (+2404)

TOTAL 12 INTAKE

Copy of OIG Exhibit. Use in other courts on 06.26.2013 by scm.
COPYING PROHIBITED

2

UNITED REGIONAL HEALTH CARE SYSTEM
11TH
36-24-04 |N|
CARDWELL, JOHN W
SZCZERBA; ARTHUR J  9061   ADM  7/16/01
DOB: 9/01/61      039Y     M
00011324092



United Regional Health
Care System

Form # 8330/03 (REV. 12/99)

## SIGNATURE KEY

| Initials | Name, Title | Initials | Name, Title | Initials | Name, Title |
|---|---|---|---|---|---|
| | | | H L Edwards RN | | |

## PRN MEDICATION ASSESSMENT

(Pain Scale: 0=no pain & 10= maximum pain)

☐ Pt. has PCA or Epidural: See Pain Management 24" Flow Sheet for Documentation R/T Pain Management

| INITIAL ASSESSMENT | | | | | EVALUATION OF INTERVENTION | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Initials | Pain Level | Problem/Focus | Intervention | Time | Initials | Pain Level | Assessment |
| | | | | | | | | |

## NARRATIVE NOTES

**Nursing Dx Must Be Addressed In Patient Care Record Until Resolved**

| Time | | Intervention & Evaluation |
|---|---|---|
| 0730 | | turns head toward voice no other response noted. L pupil is 4mm non reactive R 3mm reactive. large amount of frothy pink sputum suctioned. BP 80 syst c Doppler skin is cold & clammy. cyanosis noted to finger tips + toes. Dr Urquia called regarding Plt count of 75 orders receiv... |
| 0815 | | no purposeful response noted — eyes follow movement BP 98 Doppler R pupil sluggish 4mm non reactive, non ... all extremities. |
| 0840 | | Dr Urquia paged regarding lab results ... |
| 0850 | | palpated BP 90 c Doppler. weak grip noted. Pat withdraws 2 fingers on command once then no further commands are followed. Encouraged to relax. |
| 1030 | | awake follows commands remains on bipap & retains. awaiting Dr Chijna — rounds ... agitates BP 110/60 Diprivan started c ... pt weighs Kg/min ... |
| 1145 | | Diprivan ↑ to 11.5mcg c good effect. Pt remains movable but calm ... |
| 1205 | | BP 100 c Doppler Diprivan off Dopamine to Acc a 5 mcg/kg ... |
| 315 | | ... Diprivan ... |

3

Property of OIG... Authorized for Litigation Support on 08-26-2015 by km
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 [N]
CARDWELL, JOHN W
SZCZERBA, ARTHUR J   9061   ADM  7/16/01
DOB: 9/01/51   039Y   M
00011324092

Form # 8330/03 (REV. 12/99)

## NURSING INTERVENTIONS

| | |
|---|---|
| Time | |
| O2 via | |
| L/M or FIO2 | 70 |
| CMV/SIMV Rate | |
| Vt | |
| CPAP / PEEP | 5  5  5 |
| PSV | 20 |
| PCV | 70 |
| DS | |

## NURSING INTERVENTIONS

| HOUR | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambulation | | | | | | | | | | | | | | | | | | | | | | | | |
| Up to Chair | | | | | | | | | | | | | | | | | | | | | | | | |
| Dangle | | | | | | | | | | | | | | | | | | | | | | | | |
| Turn | | | | | | | | | | | | | | | | | | | | | | | | |
| CDB | | | | | | | | | | | | | | | | | | | | | | | | |
| TED Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Bath/Shower | | | | | | | | | | | | | | | | | | | | | | | | |
| Mouth Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Foley Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Trach Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Oral/Naso/Trach/ETT Suctioning | | | | | | | | | | | | | | | | | | | | | | | | |
| Sputum Amount (Sm/Mod/Lg) | | | | | | | | | | | | | | | | | | | | | | | | |
| Consistency (Th = Thick/T =) | | | | | | | | | | | | | | | | | | | | | | | | |
| Color | | | | | | | | | | | | | | | | | | | | | | | | |
| HOB degree | | | | | | | | | | | | | | | | | | | | | | | | |

| NGT | | IV INSERTION | | IV SITE CARE | | IABP/A-LINE DC'd | | EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|---|
| Tube Type | | Site | | Site | | By | | IV Pump | |
| Size | | Gauge | | Patent | | Time | | Feed Pump | |
| By | | By | | Drsg Applied | | Bleeding | | Oximeter | |
| Time | | Time | | By | | Hematoma | | Ventilator | |
| Placement 'd | | Start Kit Used | | Time | | Site Clean | | Temp Pace | |
| X-Ray | | Injection Site | | DRAIN DC'd | | Pressure Drsg | | SCD/K Ped | |
| To Suction | | # Attempts | | Type | | CMS adequate | | Bard | |
| Clamped | | IV DC'd | | Site | | PA CATHETER DC'd | | IABP | |
| Feeding | | Site | | Drsg Applied | | By | | Camino | |
| D/C'd Time | | Redness | | By | | Time | | Gaeltec | |
| FOLEY/STRAIGHT CATH | | Bleeding | | Time | | Ectopy | | Hypo/Hyper | |
| Size | | Drainage | | CT DC'd | | EXTUBATION | | Thermia Unit | |
| Sterile Tech. Used | | Infiltration | | Site | | Hyperoxygenated | | | |
| By | | Drsg Applied | | By M.D. | | Suctioned | | | |
| Time | | By | | Drsg Applied | | Extubated by | | | |
| D/C'd Time | | Time | | Time | | Time | | | |

## FALL PRECAUTIONS

| | Initials | |
|---|---|---|
| | 7-a-p | 7-p-a |

NURSING DIAGNOSIS: POTENTIAL FOR INJURY R/T HIGH RISK FOR FALL
DESIRED OUTCOME: NO FALLS OR INJURY DURING HOSPITAL STAY

| | | |
|---|---|---|
| Stress fall prevention information with Patient and family once per day and PRN | | |
| Check for Yellow bracelet on Patient once per day | | |
| Check for Yellow symbol on chart and kardex once per day | | |
| Check door open & lighting sufficient to visualize Patient q 4 hours and PRN | | |
| Confirm all side rails up, bed in low position q 4 hours and PRN | | |
| Confirm presence of call light within reach and reinforce use of q 4 | | |
| Ensure Patient has slippers with rubber soles for out-of-bed activities | | |
| Provide mandatory assistance to BSC or BR prn. Remain with Patient while up to BSC or BR | | |
| Provide mandatory assistance with ambulation | | |
| Apply reminder belt or posey vest when up to chair as indicated | | |
| Apply bed sensor per nurse discretion.  Check alarms *on* at all times when Patient in bed | | |
| Offer toileting at HS and PRN | | |

## RESTRAINT/M.P.D.

| *Requires Further Charting | *Alternative | AM | PM |
|---|---|---|---|
| Tube Wandering Fall | *Measures | | |
| Aggressive/Assaultive | Time Applied | | |
| | Type: Wrist | | |
| | Vest | | |
| | 4 pt. | | |
| ✔ Done-Continues  Needs Attended Q 2 hr | per protocol: | | |
| | *Time Discontinued | | |
| Report given to next shift | | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 |N| 11TH
CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y
00011324092 M

United Regional Health Care System

# PATIENT CARE RECORD - OBSERVATIONS
## SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

CODE STATUS Full
ALLERGIES: NKA

**GLASGOW COMA SCALE**

| | | |
|---|---|---|
| EYE OPENING | Spontaneous | 4 |
| | To Voice | 3 |
| | To Pain | 2 |
| | None | 1 |
| VERBAL RESPONSE | Oriented | 5 |
| | Confused | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensive Words | 2 |
| | None | 1 |
| MOTOR RESPONSE | Obeys Commands | 6 |
| | Localizes Pain | 5 |
| | Withdraws (Pain) | 4 |
| | Flexion (Pain) | 3 |
| | Extension (Pain) | 2 |
| | None | 1 |

**PUPILS** (cm 1–8)

**EXTREMITIES**
STRENGTH (Grips)
3 - Strong
2 - Fair
1 - Weak
0 - Absent

PULSES
P = Palpable
D = Doppler
P1 - Weak
P2 - Fair
P3 - Strong
D1 - Monophasic
D2 - Biphasic
D3 - Triphasic

Temperatures: 98.6 98.6 97 98 97 97 | 97.4 98.4 97.9

| | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Respirations | 16 | 16 | 16 | 16 | 16 | 16 16 | 16 | 16 | 16 | 16 | 16 | 16 | 17 | 22 | 18 | 20 | 16 | 16 | 18 | 16 | 16 | 16 | 16 | |
| O2 Sat % | 98 | 98 | 97 | 98 | 99 | 100 | 100 | 100 | 100 | 99 | 98 | 97 | 93% | 93% | 93% | 95% | 99% | 100% | 100% | 97% | 98% | 95% | 100% | |
| CO/CI | | | | | | | | | | | | | | | | | | | | | | | | |
| CVP/PCWP | | | | | | | | | | | | | | | | | | | | | | | | |
| PAP | | | | | | | | | | | | | | | | | | | | | | | | |
| SVR/PVR | | | | | | | | | | | | | | | | | | | | | | | | |
| Eye Opening | paralyzed | | | | | | | | | | | | 3 | | | | | 1 | | | | 1 | | |
| Verbal Response | ETT | | | | | | | | | | | | 1 ETT | | | | | 1 | | | | 1 | | |
| Motor Response | paralyzed | | | | | | | | | | | | 6 | | | | | 1 | | | | 1 | | |
| Total (≥ 7 indicates coma) | | | | | | | | | | | | | 10 | | | | | 3 | | | | 3 | | |
| Pupils L | 6 S | | | | | 5 S | | | 5 S | | | | 3 R | | | | | | | | | | | |
| Pupils R | 4 S | | | | | 4 S | | | 3 S | | | | 3 R | | | | | | | | | | | |
| Extremities Arm L | 0 | | | | | | | | | | | | 1 | | | | | | | | | | | |
| Extremities Arm R | 0 | | | | | | | | | | | | 1 | | | | | | | | | | | |
| Extremities Leg L | 0 | | | | | | | | | | | | | | | | | | | | | | | |
| Extremities Leg R | 0 | | | | | | | | | | | | | | | | | | | | | | | |
| Pulses Time | 0730 | | | | | | | | | | | | 2000 | | | | | | | | | | | |
| Radial L | P1 | | | | | | | | | | | | P1 | | | | | | | | | | | |
| Radial R | P1 | | | | | | | | | | | | P1 | | | | | | | | | | | |
| Dorsalis Pedis L | P1 | | | | | | | | | | | | D1 | | | | | | | | | | | |
| Dorsalis Pedis R | P1 | | | | | | | | | | | | D1 | | | | | | | | | | | |
| Posterior Tibial L | P1 | | | | | | | | | | | | D1 | | | | | | | | | | | |
| Posterior Tibial R | P1 | | | | | | | | | | | | D1 | | | | | | | | | | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-117

Form # 8330/03 (REV. 12/99) DATE: 7-28-01 ROOM# 8



Copy of OIG Case to Litigation Support on 06.26.2013 by scm
COPYING PROHIBITED



UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04 |N|                    11TH
CARDWELL, ARTHUR J  9061  ADM  7/16/01
SZOZERBA, ARTHUR J
DOB  9/01/61     039Y     M
00011324092

**United Regional Health Care System**

Form # 8330/03 (REV. 12/99)

## SIGNATURE KEY

| Initials | Name, Title | Initials | Name, Title | Initials | Name, Title |
|---|---|---|---|---|---|
| SH | Sally Hastings RN | | | | |
| Og | Ozon RN | | | | |
| | | | | | |

## PRN MEDICATION ASSESSMENT

(Pain Scale: 0=no pain & 10= maximum pain)

☐ Pt. has PCA or Epidural: See Pain Management 24" Flow Sheet for Documentation R/T Pain Management

| | | | INITIAL ASSESSMENT | | | EVALUATION OF INTERVENTION | |
|---|---|---|---|---|---|---|---|
| Time | Initials | Pain Level | Problem/Focus | Intervention | Time | Initials | Pain Level | Assessment |
| 1900 | Og | A | sedate | | | | |
| 0000 | Og | A | sedated pt | | | | |
| 0400 | Og | A | sedated pt | | | | |

## NARRATIVE NOTES

**Nursing Dx Must Be Addressed In Patient Care Record Until Resolved**

| Time | | Intervention & Evaluation |
|---|---|---|
| 0730 | | Rec'd report assessm, see diff's for details, updated post-op pts. Status critical - neuro paralyzed on Norcuron, sedated & Diprivan 5.9mg & Vit (Ro D) ac & hand, central line art line, pt V ordered by Dr. Urgin, no moved by pt - paralyzed saddle a leg - soft restraint L & R - well checked, updated prn status no response, chol ET-8.0 27 bpm, vent'd JCu bpm. Cont 16, IV 250. suction. Dr. hand, brown reddish suction. NG drn clr brown secretion clamped for - Lactulose, rectal tube clamped for tube. abd lg rounded BS + V, Foley drain amber colored urine. Skin warm & dry, color dark on warm & other two due to edema IV. S.Hastings |
| 0830 | | Dr. Urgin updated on condition, to quads bedside. S.Hastings |
| 0930 | | Dr. Markette paged to update a lab work ordered no? await lab work result. S.Hastings |
| 1100 | | Dr. Challman here - awaiting status - no orders rec'd. S.Hastings |
| 1130 | | Dr. Forthere inserted central line in (R) subclavian - every used pt plan to start Dr. feed super vena cava, IV's moved to Noph lumen & Diprivan to 7mg S.Hastings |
| 1300 | | # pts up, needed treatment Dr. Urgin aware of status S. Hastings |
| 1500 | | Dr. Kouck here done await status & PRN status QL2.5. S.Hastings |
| 1630 | | Dr. Thatskell here no - aware of status, no visus rec'd S.Hastings |
| 1730 | | mother & sister @ bedside updated on status - driver from woods seen. S.H |
| 1830 | | Norcuron off to assess the response to stimuli, allerted to movement - seen toe - no other response cond'm remains critical. S.Hastings |
| 1900 | | Report received from pm shift. Pt an small amount of Diprivan. Pt opens eyes slight on command. Weak hand grips bilat on command... |

UNITED REGIONAL HEALTH CARE SYSTEM

36-24-04 |N|                    11TH
CARDWELL JOHN W
SZCZERBA; ARTHUR J 9061  ADM  7/16/01
DOB 9/01/61    039Y
00011324092          M

Form # 8330/03 (REV. 12/99)

### NURSING INTERVENTIONS

| Time | |
|---|---|
| O2 via | 72m |
| L/M or FIO2 | 50% |
| CMV/SIMV Rate | 16 |
| Vt | 750 |
| CPAP / PEEP | |
| PSV | |
| PCV | |
| DS | |

### NURSING INTERVENTIONS

| HOUR | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ambulation | | | | | | | | | | | | | | | | | | | | | | | | |
| Up to Chair | | | | | | | | | | | | | | | | | | | | | | | | |
| Dangle | | | | | | | | | | | | | | | | | | | | | | | | |
| Turn | | | | | | | | | | | | | √ | | √ | √ | | | | √ | √ | | | |
| CDB | | | | | | | | | | | | | | | | | | | | | | | | |
| TED Care | | | | | | | | | | | | | | | | | | | | | | | | |
| Bath/Shower | | | | | | | | | | | | | | | | | | | | √ | | | | |
| Mouth Care | | | | | | | | | | | | | | | | | | | | √ | | | | |
| Foley Care | | | | | | | | | | | | | | | | | | | | √ | | | | |
| Trach Care | | | | | | | | | | | | | | | | | | | | √ | | | | |
| Oral/Naso/Trach (ETT) Suctioning | | | | | | | | | | | | | √ | | √ | √ | | | | √ | | | | |
| Sputum Amount (Sm/Mod/Lg) | | | | | | | | | | | | | Sm | | Sm | Sm | | | | Sm | | | | |
| Consistency (Th = Thick/T =) | | | | | | | | | | | | | Th | | Th | Th | | | | Th | | | | |
| Color | | | | | | | | | | | | | | | | | | | | | | | | |
| HOB degree | | | | | | | | | | | | | | | | | | | | | | | | |
| CMV / ROM Ventilator | | | | | | | | | | | | | √ | | √ | √ | | √ | | √ | | | √ | |

| NGT | | IV INSERTION | | IV SITE CARE | | IABP/A-LINE DC'd | | EQUIPMENT | |
|---|---|---|---|---|---|---|---|---|---|
| Tube Type | | Site | R Subclav | Site | | By | | IV Pump | |
| Size | | Gauge | Herlib | Patent | | Time | | Feed Pump | |
| By | | By | Dr Ford | Drsg Applied | | Bleeding | | Oximeter | |
| Time | | Time | 1700 | By | | Hematoma | | Ventilator | |
| Placement 'd | | Start Kit Used | | Site Clean | | Bard | |
| X-Ray | | Injection Site | Betadine | DRAIN DC'd | | Pressure Drsg | | SCD/K Ped | |
| To Suction | | # Attempts | | Type | | CMS adequate | | Temp Pace | |
| Clamped | | IV DC'd | | Site | | PA CATHETER DC'd | | IABP | |
| Feeding | | Site | | Drsg Applied | | By | | Camino | |
| D/C'd Time | | Redness | | By | | Time | | Geomatt | |
| FOLEY/STRAIGHT CATH | | Bleeding | | Time | | Ectopy | | Hypo/Hyper | |
| Size | | Drainage | | CT DC'd | | EXTUBATION | | Thermia Unit | |
| Sterile Tech. Used | | Infiltration | | Site | | Hyperoxygenated | | | |
| By | | Drsg Applied | | By M.D. | | Suctioned | | | |
| Time | | By | | Drsg Applied | | Extubated by | | | |
| D/C'd Time | | Time | | Time | | Time | | | |

| FALL PRECAUTIONS | Initials | | RESTRAINT/M.P.D. | | | |
|---|---|---|---|---|---|---|
| | 7 a-p | 7 p-a | | | AM | PM |
| NURSING DIAGNOSIS: POTENTIAL FOR INJURY R/T HIGH RISK FOR FALL | | | *Requires Further Charting | *Alternative | | |
| DESIRED OUTCOME: NO FALLS OR INJURY DURING HOSPITAL STAY | | | | | | |
| Stress fall prevention information with Patient and family once per day and PRN | | | Tube Wandering Fall | *Measures | | |
| Check for Yellow bracelet on Patient once per day | | | Aggressive/Assaultive | Time Applied | | |
| Check for Yellow symbol on chart and kardex once per day | | | | Type: Wrist | √ | √ |
| Check door open & lighting sufficient to visualize Patient q 4 hours and PRN | | | | 4 pt. | | |
| Confirm all side rails up, bed in low position q 4 hours and PRN | | | | Vest | | |
| Confirm presence of call light within reach and reinforce use of q 4 | | | ✓ Done-Continues  Needs Attended Q 2 hr | | | |
| Ensure Patient has slippers with rubber soles for out-of-bed activities | | | | per protocol: | | |
| Provide mandatory assistance to BSC or BR prn.  Remain with Patient while up to BSC or BR | | | | *Time Discontinued | | |
| Provide mandatory assistance with ambulation | | | Report given to next shift | | | |
| Apply reminder belt or posey vest when up to chair as indicated | | | | | | |
| Apply bed sensor per nurse discretion.  Check alarms "on" at all times when Patient in bed | | | | | | |
| Offer toileting at HS and PRN | | | | | | |

Copy of OIG case to Litigation Support on 08.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27 = 120



UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 |N|

CARDWELL, JOHN W
SZCZERBA, ARTHUR J 9061 ADM 7/16/01
DOB 9/01/61 039Y
00011324092 M

United Regional Health Care System

# PATIENT CARE RECORD - OBSERVATIONS
## SPECIALTY CARE
Form # 8330/03 (REV. 12/99)

CODE STATUS: Full
ALLERGIES: NKDA

**GLASGOW COMA SCALE**

EYE OPENING: Spontaneous 4; To Voice 3; To Pain 2; None 1

VERBAL RESPONSE: Oriented 5; Confused 4; Inappropriate Words 3; Incomprehensive Words 2; None 1

MOTOR RESPONSE: Obeys Commands 6; Localizes Pain 5; Withdraws (Pain) 4; Flexion (Pain) 3; Extension (Pain) 2; None 1

**PUPILS** (cm): 1, 2, 3, 4, 5, 6, 7, 8

**EXTREMITIES** — STRENGTH (Grips): 3 - Strong; 2 - Fair; 1 - Weak; 0 - Absent

**PULSES**: P = Palpable; D = Doppler; P1 - Weak; P2 - Fair; P3 - Strong; D1 - Monophasic; D2 - Biphasic; D3 - Triphasic

| | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Respirations | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | | 16 | |
| O2 Sat % | 96 | 96 | 97 | 97 | 97 | 97 | 92 | 91 | 91 | | 92 | |
| HEMODYNAMICS CO/CI | | | | | | | | | | | | |
| CVP/PCWP | | | | | | | | | | | | |
| PAP | | | | | | | | | | | | |
| SVR/PVR | | | | | | | | | | | | |
| NUERO Eye Opening | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Verbal Response | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Motor Response | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| Total (≥ 7 indicates coma) | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | |
| Pupils L | R4 | | | | | | | | | | | |
| Pupils R | R4 | | | | | | | | | | | |
| Extremities Arm L | 0 | | | | | | | | | | | |
| Extremities Arm R | 0 | | | | | | | | | | | |
| Extremities Leg L | 0 | | | | | | | | | | | |
| Extremities Leg R | 0 | | | | | | | | | | | |
| PULSES Time | | | | | | | | | | | | |
| Radial L | P2 | | | | | | | | | | | |
| Radial R | P2 | | | | | | | | | | | |
| Dorsalis Pedis L | D | | | | | | | | | | | |
| Dorsalis Pedis R | D1 | | | | | | | | | | | |
| Posterior Tibial L | D1 | | | | | | | | | | | |
| Posterior Tibial R | D | | | | | | | | | | | |
| TOF | | | 2/4 | | | | | | | | | |

| | 19 | 20 | 21 | 22 | 23 | 00 | 01 | 02 | 03 | 04 | 05 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temp | 99^2 | | 99^2 | 99^1 | | 99^0 | 98^4 | 98^8 | | 98^6 | 98^2 | 9[illegible] |
| Respirations | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 17 | 16 | 16 | 16 |
| O2 Sat % | 92 | 91 | 91 | 90 | 91 | 90 | 90 | 90 | 91 | 91 | 92 | 91 |
| Eye Opening | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Verbal Response | ET-1 | | ET-1 | ETT 1 | ETT-1 | ETT-1 | ETT-1 | ETT-1 | ETT 1 | ETT 1 | ETT 1 | ETT |
| Motor Response | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Total (≥ 7 indicates coma) | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Pupils L | SR4 | | SR4 | | | SR4 | | SR4 | | | SR4 | |
| Pupils R | R4 | | R4 | | | R4 | | R4 | | | R4 | |
| Extremities Arm L | 0 | | 0 | | | 0 | | 0 | | | 0 | |
| Extremities Arm R | 0 | | 0 | | | 0 | | 0 | | | 0 | |
| Extremities Leg L | 0 | | 0 | | | 0 | | 0 | | | 0 | |
| Extremities Leg R | 0 | | 0 | | | 0 | | 0 | | | 0 | |
| PULSES Time | 1920 | | 2115 | | | 0020 | | 0211 | | | 0520 | |
| Radial L | P2 | | P2 | | | P2 | | P2 | | | P2 | |
| Radial R | P2 | | P2 | | | P2 | | P2 | | | P2 | |
| Dorsalis Pedis L | P2 | | P2 | | | P3 | | P2 | | | P2 | |
| Dorsalis Pedis R | P2 | | P2 | | | P3 | | P2 | | | P2 | |
| Posterior Tibial L | P1 | | P1 | | | P1 | | P1 | | | P1 | |
| Posterior Tibial R | P1 | | P1 | | | P1 | | P1 | | | P1 | |

DATE: 7/19/01 ROOM: STICU 8

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UNITED REGIONAL HEALTH CARE SYSTEM

**36-24-04** [N]                    11TH
**CARDWELL, JOHN W**
SZCZERBA, ARTHUR J  9061    ADM  7/16/01
DOB: 9/01/61   039Y
00011324092        M

Form # 8330/03(REV. 12/99)

## United Regional Health Care System

Previous Wt.: _____    Current Wt.: _____

*Residuals are not included in the I & O unless discarded
‡ Indicate with 'V' the first void after d/c of Foley
§ Include liquid stool (cc's) in Output

### INPUT & OUTPUT'S

| | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | Soln Site | TUBE FEEDING | | | HOURLY SUB TOTAL | RESID | | URINE ‡ | NGT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dopamine Premix | Diprivan | NS | Norcuron Bolus | PPN | IVF's | | | | | | | | | | | | | | | | |
| | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | cc DOSE | | JB | tube | | | | | | | |
| 07 | | 2.2 | 10 | 2.5 | 125 | | | | | | | | | | | | | 07 | | | | |
| 08 | | | | | | | | | | | | | | 60 | 120 | | | 08 | 225 | | | |
| 09 | | | | 100 100 | | | | | | | | | | | | | | 09 | 175 125 | | | |
| 10 | 30 | | 12.5 | | | | | | | | | | | | | | | 10 | 200 | | | |
| 11 | 25 | | | | | | | | | | | | | | | | | 11 | 150 | 1050 | | |
| 12 | 25 | | | | | | | | | | | | | 80 | 120 | | | 12 | 150 | | | |
| 13 | | | | | | | | | | | | | | | | | | 13 | 100 | | | |
| 14 | 15 | | | | | | | | | | | | | | | | | 14 | 100 | | | |
| 15 | 50 25 | | 10 | | | | | | | | | | | | | | | 15 | 200 | | | |
| 16 | | | | | | | | | | | | | | | | | | 16 | 275 | 600 | | |
| 17 | | | | | | | | | | | | | 80 | 120 | | | | 17 | 300 | | | |
| 18 | | | | | | | | | | | | | | | | | | 18 | | | | |
| TOTAL | 250 | 150 | | 625 | 545 | 200 | | | | | | | | 220 | 360 | | | TOTAL | 2800 | 600 | 1650 | |

**TOTAL 12 INTAKE** 3075    **TOTAL 12 OUTPUT** 3750

| | Dopamine Premix | Diprivan (IV'd) NS | Norcuron | CAN | TUBE FEEDING | DGT | RT | HOURLY SUB TOTAL | RESID | URINE ‡ | NGT | RT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 89 25 | 3.3 50 | 10 | 10 | 150 0.25kg | | | | | | | | |
| 19 | | | | | | DGT | RT | | | 250 | | 200 | |
| 20 | | | | | | 60 | 120 | | | | | | |
| 21 | | | | | | | | | | 350† | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | 350† | | | |
| 00 | | | | | | 30 | 60 | | | 300 | | 700 | |
| 01 | | | | | | | | | | | | | |
| 02 | | | | | | | | | | 350† | | | |
| 03 | | | | | | | | | | | | | |
| 04 | | 8 6.25 | | | | 60 | 120 | | | 350† | | | |
| 05 | | | | | | | | | | 350† | | | |
| 06 | | 8 6.25 | | | | | | | | 400 | | 400 | |
| TOTAL | 108 | 39 | 295 | 120 | 1800 | | | 150 | 370 | 2700 | 100 | 1300 | 27-122 |

**TOTAL 12 INTAKE**    **TOTAL 12 OUTPUT** 4100

TOTAL 24° INTAKE  5977    TOTAL 24° OUTPUT  7850    24° VARIANCE  (-1973)    21

Print on 08/26/2013 by scm.
WING PROHIBITED