

**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

### HEMATOLOGY

| | | | | | | UNITS | REF RANGE |
|---|---|---|---|---|---|---|---|
| DATE COLL | 07/19/01 | 07/18/01 | 07/17/01 | 07/16/01 | | | |
| TIME COLL | 0415 | 0440 | 0630 | 1905 | | | |

**------CELL COUNT------**

| | | | | | | UNITS | REF RANGE |
|---|---|---|---|---|---|---|---|
| WBC | 13.9H | 14.3H | 5.1 | 11.3H | | K/CMM | (4.8-10.8) |
| RBC | 3.74L | 4.43L | 4.48L | 4.52L | | M/CMM | (4.70-6.10) |
| HGB | 12.7L | 15.1 | 14.8 | 15.2 | | GMS/DL | (14.0-18.0) |
| HCT | 36.7L | 42.0 | 44.3 | 42.0 | | % | (42.0-52.0) |
| MCV | 98.1H | 95.3H | 98.8H | 94.8H | | FL | (80.0-94.0) |
| MCH | 33.8H | 34.2H | 33.1H | 33.6H | | PG | (27.0-31.0) |
| MCHC | 34.5 | 35.8 | 33.5 | 35.4 | | G/DL | (33.0-37.0) |
| PLT | 47L | 8Cf | 25Cf | 113L | | K/CMM | (150-400) |
| RDW | 12.9 | 13.4 | 12.6 | 13.1 | | % | (11.5-14.5) |
| MPV | 7.6 | 8.3 | 8.5 | 8.7 | | UCMM | (7.4-10.4) |

07/18/01  0440    PLT
                  RESULT(S) CALLED TO SCCU, MARK ANTUNEZ @ 07/18/01 06:05.
                  ANALYSIS REPEATED TO VERIFY RESULT(S). REPEAT ANALYSIS RESULT =10,000.

07/17/01  0630    PLT
                  REPEATED THE PLT COUNT AND CALLED TO TANYA HAMPTON/GB 07/17/01 07:40

**------DIFFERENTIAL------**

| PERFORMED: | MANUAL | MANUAL | MANUAL | AUTOMAT | | | |
|---|---|---|---|---|---|---|---|
| BAND | 21H | 34H | 16H | | | % | (1-7) |
| SEG | 75 | 53 | 50 | | | % | (42-78) |
| LYMPH | 4L | 5L | 26 | | | % | (21-51) |
| LYMPHOCYTE | | | | 40 | | % | (20-50) |
| MONO | | 7 | 8 | | | % | (2-9) |
| MONOCYTE | | | | 5 | | % | (2-9) |
| NEUTROPHIL | | | | 55 | | % | (42-78) |
| EOS | | 1L | | | | % | (2-4) |
| EOSINOPHIL | | | | 0L | | % | (1-5) |
| BASOPHIL | | | | 0 | | % | (0-1) |
| NRBC | | | | 4H | | % | |
| DOHLE | OCCASION* | | | | | | |
| POLYCHR | 1+* | | 1+* | | | | |
| BASO STIP | 1+* | | | | | | |

**Footnotes**

L = Low  H = High  C = Critical  * = Abnormal  f = Footnote

Section Index: HEMATOLOGY

PATIENT: CARDWELL, JOHN W                          DATE/TIME: 07/19/01  2200
MEDICAL RECORD #:4(0000)36-24-04                   PAGE: 1   ROOM: SCCU-08

KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page.

Copy certified as reproduced on 08-26-2013 by SZD.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

URINALYSIS

| | | UNITS REF RANGE |
|---|---|---|
| DATE COLL | 07/16/01 | |
| TIME COLL | 1905 | |

**MACROSCOPIC URINALYSIS**

| | | UNITS REF RANGE |
|---|---|---|
| COLOR | Amber * | |
| CHARACTER | Clear * | (CLEAR) |
| SPEC GRAVITY | >=1.030 * | |
| PH | 5.5 * | (4.5-8.0) |
| PROTEIN | NEG | (NEG) |
| GLUCOSE | NEG | (NEG) |
| KETONE | TRACE * | (NEG) |
| BILIRUBIN | SMALL * | (NEG) |
| UROBILINOGEN | =8.0 * | (0.2) |
| ICTOTEST | NEG | (NEG) |
| BLOOD | NEG | (NEG) |
| NITRITE | POS * | (NEG) |
| LEUKOCYTES | NEG | (NEG) |
| COLL METH | CATH | |

**MICROSCOPIC URINALYSIS**

| | | UNITS REF RANGE |
|---|---|---|
| MICROSCOPIC: | PERFORM | |
| WBC | NEG | (0-2) |
| RBC | 0-2 | (0-2) |
| BACTERIA | FEW * | (NONE) |
| MUCUS | HEAVY * | (NONE) |
| SQUAMOUS EPI | NONE | (NONE) |

Footnotes
  * Abnormal
Section Index:        URINALYSIS

PATIENT:  CARDWELL, JOHN W             DATE/TIME: 07/19/01   2200
MEDICAL RECORD #:  (0000)36-24-04      PAGE:  2   ROOM: SCCU-08
KEEP 'TIL NEXT REPL   R E P L A C E M E N T   R E P O R T   continued on next page

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-169

Form #784391139 (Rev. 4/01)



**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

CLINICAL LABORATORY REPORT

## CHEMISTRY

### SURVEY 14

| TEST | SODIUM | POTASSIUM | CHLORIDE | CO2 | GLUCOSE | BUN | CREATININE |
|---|---|---|---|---|---|---|---|
| REF RANGE | 135-153 | 3.5-5.3 | 101-111 | 22-30 | 70-110 | 5-25 | 0.5-1.5 |
| UNITS | MEQ/L | MEQ/L | MEQ/L | MMEQ/L | MG/DL | MG/DL | MG/DL |
| 07/19/01  0415 | 136 | 3.5 | 98 L | 27 | 163 H | 20 | 1.2 |
| 07/18/01  0440 | 134 L | 5.0 H | 97 H | 24 L | 156 H | 22 | 1.8 H |
| 07/17/01  0300 | 143 | 3.2 L | 116 H | 18 L | 57 L | 24 | 2.0 H |
| 07/16/01  1905 | 136 | 5.5 H | 104 | 22 | 186 H | 18 | 2.2 H |

| TEST | TOT PROT | ALBUMIN | ALK PHOS | T BIL | AST | ALT | CALCIUM |
|---|---|---|---|---|---|---|---|
| REF RANGE | 5.9-8.3 | 3.2-5.5 | 36-92 | 0.0-1.4 | 8-40 | 8-53 | 8.0-10.4 |
| UNITS | GM/DL | GM/DL | U/L | MG/DL | U/L | U/L | MG/DL |
| 07/19/01  0415 | 6.7 | 3.4 | 55 | 4.7 H | 226 H | 292 H | 7.3 L |
| 07/18/01  0440 | 5.5 L | 2.9 L | 43 | 3.3 H | 550 H | 473 H | 6.5 L |
| 07/17/01  0300 | 6.4 | 3.2 | 57 | 1.8 H | 253 H | 141 H | 7.3 L |
| 07/16/01  1905 | 8.2 | 4.1 | 73 | 1.5 H | 152 H | 114 H | 8.7 |

| TEST | MG |
|---|---|
| REF RANGE | 1.7-2.7 |
| UNITS | MG/DL |
| 07/19/01  0415 | 2.0 |
| 07/18/01  0440 | 1.2 L |
| 07/17/01  0630 | 1.4 L |

## CHEMISTRY

### CHEMISTRY PROFILE

| TEST | PHOS | URIC ACID |
|---|---|---|
| REF RANGE | 2.4-4.7 | 3.4-7.0 |
| UNITS | MG/DL | MG/DL |
| 07/19/01  0415 | 3.1 | |
| 07/18/01  0440 | 4.1 | 9.8 H |
| 07/17/01  0630 | 1.5 L | |

**Footnotes**
L=Low  H=High
Section Index:                          CHEMISTRY      CHEMISTRY

PATIENT:  CARDWELL, JOHN W                DATE/TIME:  07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04          PAGE: 3    ROOM: SCCU-08

KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-170



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

## CLINICAL LABORATORY REPORT

### CHEMISTRY

#### CARDIAC ENZYMES

| TEST | CPK | CKMB-MASS | TROPONIN-I |
|------|-----|-----------|------------|
| REF RANGE | 45-235 | 0.3-4.0 | < .03 |
| UNITS | U/L | ng/mL | ng/mL |
| 07/17/01  0630 | 3394 H | 12.3 Hf | .21 Hf |
| 07/17/01  0020 | 1053 H | 5.3 Hf | .21 Hf |
| 07/16/01  2045 | 344 H | <0.3 f | .23 Hf |
| 07/16/01  1905 | 280 H | | |

CKMB MASS (03/04/98 - Current)
CKMB Mass levels increase rapidly and peak within twelve hours of an acute myocardial infarction. The levels then decline to normal at thirty-six to seventy-two hours. CKMB Mass analysis exhibiting this pattern along with evolutionary changes in the ECG and history of chest pain contribute to a diagnosis of acute myocardial infarction. The removal of interfering entities such as CKBB, macro-CK, and adenylate cyclase in the CKMB Mass analysis provides improved cardiac specificity.

TROPONIN-I (03/12/98 - Current)
Less than 0.03 ng/mL = Normal or Negative (SUGGEST REPEAT AT 2-4 hour interval for confirmation).

0.03 ng/mL - 0.15 ng/mL = Indeterminate, possibly representing minor myocardial damage. Serial draw suggested 2-4 hours later for clarification.

Greater than 0.15 ng/mL = AMI cutoff (Positive). Repeat serial testing suggested at 2-4 hour intervals for confirmation.

Cardiac Troponin-I (cTnI) becomes elevated approximately six hours after the onset of chest pain in an acute myocardial infarction. Its concentration peaks around twelve hours and remains elevated for almost a week after myocardial infarction.

Footnotes
H = High  f = Footnote
Section Index:                                                CHEMISTRY
PATIENT:  CARDWELL, JOHN W                DATE/TIME:  07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04          PAGE:  4   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-171



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

| CHEMISTRY |
|-----------|

ROUTINE CHEMISTRY

| TEST | AMMONIA, ARTERIA | GAMMA GT |
|------|------------------|----------|
| REF RANGE | 10-35 | 10-55 |
| UNITS | umol/L | IU/L |
| 07/19/01  0650 | 60 Hf | |
| 07/19/01  0415 | | 101 H |
| 07/18/01  0645 | 49 Hf | |
| 07/18/01  0440 | | 144 H |
| 07/17/01  0910 | | 133 H |
| 07/17/01  0905 | 63 Hf | |

AMMONIA, ARTERIA (03/06/01 - Current)
    Samples for ammonia determination are extremely labile. Optimal sample
    collection requires the sample to be placed on ice immediately, centrifuged
    as soon as possible for 10 minutes, and analyzed within 30 minutes. Samples
    should not be frozen. Results from samples not collected, processed, and
    analyzed in this manner should be interpreted with caution.

LIVER PROFILE

| TEST | DIRECT BILI |
|------|-------------|
| REF RANGE | 0.0-0.3 |
| UNITS | MG/DL |
| 07/19/01  0415 | 2.1 H |
| 07/18/01  0440 | 1.6 H |

Footnotes
H = High   Hf = Footnote
Section Index:                                      CHEMISTRY

PATIENT: CARDWELL, JOHN W              DATE/TIME: 07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04       PAGE: 5   ROOM: SCCU-08

KEEP TIL NEXT REPL   R E P L A C E M E N T   R E P O R T   continued on next page

Copy of OIG case In Litigation Support on 06-26-2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-172

Form #784391139 (Rev. 4/01)

McCollum McCardwell 4464



**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

| CHEMISTRY |
|---|

THERAPEUTIC DRUG MONITORING

```
TEST                TCA
UNITS               NG/ML
07/16/01  1905      170
TCA (08/14/98  Current)
    THERAPEUTIC RANGE:
    IMIPRAMINE: 150-250 NG/ML
    DESIPRAMINE: 75-160 NG/ML
    AMITRIPTYLINE: 120-250 NG/ML
    NORTRIPTYLINE: 50-150 NG/ML
```

NOTE: THIS METHOD MEASURES TOTAL TRICYCLICS PRESENT.
       THIS METHOD IS NOT RELIABLE FOR QUANTITATIVE MEASUREMENT OF DOXEPIN.

TOXICOLOGY

| TEST | OPIATE SCREEN | BARBITURATE SCR | AMPHET/METAM SC | COCAINE | CANNAB SCR |
|---|---|---|---|---|---|
| REF RANGE | NONE DET | NONE DET | NONE DET | NONE DET | NONE DET |
| 07/16/01  1905 | NONE DET f | NONE DET f | NONE DET f | NONE DET f | NONE DET |

```
OPIATE SCREEN (05/13/99  Current)
    FOR MEDICAL USE ONLY
BARBITURATE SCR (05/13/99  Current)
    FOR MEDICAL USE ONLY
AMPHET/METAM SC (05/13/99  Current)
    FOR MEDICAL USE ONLY
COCAINE (05/13/99  Current)
    FOR MEDICAL USE ONLY
CANNAB SCREEN (05/13/99  Current)
    FOR MEDICAL USE ONLY
```

```
Footnotes
f = Footnote
Section Index:                           CHEMISTRY
PATIENT: CARDWELL, JOHN W        DATE/TIME: 07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04   PAGE: 6   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page..
```

Copy of OIC..ght ith Support on 06.26.2013 by Seji
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-173



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

CHEMISTRY

TOXICOLOGY

| TEST | PCP SCREEN | BENZODIAZ SCR | TCA SCREEN |
|------|-----------|---------------|------------|
| REF RANGE | NONE DET | NONE DET | NONE DET |
| 07/16/01  1905 | NONE DET | NONE DET | >=THRESH |

PCP SCREEN (05/13/99 ... Current)
    FOR MEDICAL USE ONLY
BENZODIAZ SCR (05/13/99 ... Current)
    FOR MEDICAL USE ONLY
TCA SCREEN (02/11/00 ... Current)
    FOR MEDICAL USE ONLY

ABUSE DRUG: This test provides only a preliminary test result. A more
specific, alternate chemical method must be used in order to obtain a
confirmed analytical result. GC/MS is the preferred confirmatory method.

Footnotes
  Abnormal  f= Footnote
Section Index:                                          CHEMISTRY

PATIENT:  CARDWELL, JOHN W                    DATE/TIME:  07/19/01  2200
MEDICAL RECORD #:  (0000)36-24-04             PAGE:  7   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page.

Copy of QIC card to Litigation Support on 06-26-2043 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-174

Form #784391139 (Rev. 4/01)



**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

## COAGULATION

| TEST | PROTIME | AVG_PT CONTROL | INR | PTT | AVG_PTT CONT. | FIBRINO |
|------|---------|----------------|-----|-----|---------------|---------|
| REF RANGE | 10.5-12.5 | | | 20.0-40.0 | | 200-40 |
| UNITS | SEC | SEC | | SEC | SEC | MG/DL |
| 07/19/01  0415 | 13.6 Hf | 11.8 | 1.24 | 30.9 f | 27.9 | |
| 07/18/01  0440 | 17.7 Hf | 11.8 | 2.10 | 38.9 f | 27.9 | 307 |
| 07/17/01  0800 | 15.9 Hf | 11.8 | 1.70 | 43.4 Hf | 27.9 | 180 |
| 07/16/01  1905 | 13.9 Hf | 11.8 | 1.30 | 29.3 f | 27.9 | |

PROTIME (01/31/00 - Current)

| CONDITION | RECOMMENDED INR |
|-----------|-----------------|
| PREVENTION OF DVT | |
| TREATMENT OF DVT | 2.0-3.0 |
| ACUTE MI | 2.0-3.0 |
| PREVENTION OF STROKE | |
| PREVENTION OF REGURRENT MI | 2.0-3.0 |
| REDUCTION OF MORTALITY | 3.0-4.5 |
| ATRIAL FIBRILLATION | 3.0-4.5 |
| PREVENTION OF SYSTEMATIC EMBOLISM | 2.0-3.0 |
| CARDIAC VALVE REPLACEMENT | |
| TISSUE VALVES | 2.0-3.0 |
| MECHANICAL VALVES | 2.5-3.5 |

ADAPTED FROM HIRSH, ET AL: CHEST 1992;102;312S-326S.

PTT (05/05/99 - Current)
A commonly recommended therapeutic range is a PTT ratio of 1.5 to 2.5 times
the control value. Based on a dose of 0.20 U/ml to 0.40 U/ml observed
correlation (CV=8.5%) with current use heparin lots has been acceptable.
For details of heparin response curves, please contact the Coagulation
Department of the Laboratory.

| TEST | FDP |
|------|-----|
| REF RANGE | <10 |
| UNITS | UG/ML |
| 07/18/01  0610 | 10-40 * |
| 07/17/01  0800 | 10-40 * |

**Footnotes**
L = Low, H = High, * = Abnormal, f = Footnote
Section Index: COAGULATION

PATIENT:  CARDWELL, JOHN W                      DATE/TIME:  07/19/01  2200
MEDICAL RECORD #:  (0000) 36-24-04              PAGE:  8   ROOM: SCCU-08

KEEP TIL NEXT REPL       R E P L A C E M E N T   R E P O R T       continued on next page

Copy of OIG case Investigation Support on 08/26/2013 by ssn
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-175

Form #784391139 (Rev. 4/01)



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

SEROLOGY

| TEST | HIV | HBs AG | HBc AB | HEPATITIS C AB |
|------|-----|--------|--------|----------------|
| REF RANGE | NON REAC | NON REAC | NON REAC | NON REAC |
| 07/17/01 1200 | NON REAC f | NON REAC f | NON REAC f | REACTIVE *f |

HIV (08/22/96 -- Current):
This method detects antibodies to both HIV-1 and HIV-2. A non-reactive result indicates that neither HIV-1 or HIV-2 antibodies were present.

HBs AG (07/31/00 -- Current):
Hepatitis B Surface Antigen is a qualitative enzyme immunoassay that should be interpreted as a presumptive screen. Neutralization or another more specific method should confirm samples producing repeatedly reactive results unless the repeatedly reactive result is expected.

HBc AB (01/16/98 -- Current):
Hepatitis B Core Antibody:
IT IS RECOMMENDED THAT PATIENTS EXHIBITING BORDERLINE RESULTS BE MONITORED OVER TIME (APPROXIMATELY 1 WEEK INTERVALS) TO DISTINGUISH RISING IGM ANTI-HBC LEVELS (ASSOCIATED WITH ACUTE HEPATITIS INFECTION) FROM FALLING OR UNCHANGING IGM ANTI-HBC LEVELS (ASSOCIATED WITH RECOVERY).

HEPATITIS C AB 07/17/01 1200
POSITIVE HEPATITIS C ANTIBODY SCREEN WILL BE CONFIRMED BY HCV-RIBA ANALY

HEPATITIS C AB (01/26/99 -- Current):
Negative assay results in individuals with prior exposure to HCV may be due to reduced or absent antibody reactivity to HCV antigens.

Specimens which contain antibodies to either vector or fusion proteins associated with the HCV recombinant antigens may demonstrate false positive results.

Footnotes
* = Abnormal; f = Footnote
Section Index:        SEROLOGY

PATIENT: CARDWELL, JOHN W                    DATE/TIME: 07/19/01 2200
MEDICAL RECORD #: (0000)36-24-04              PAGE: 9   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page

Copy of OIG case to Litigation Support on 06-28-2013 by son
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Form #784391139 (Rev. 4/01)

**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

### BLOOD BANK CURRENT RESULTS

DATE COLL        07/16/01
TIME COLL        1905

ABO RH TYPE      A NEG
ANTIBODY SCREEN    NEG

### BLOOD BANK TRANSFUSED PRODUCTS

| ACCESSION: | PRODUCT: | UNIT NUMBER: | DATE/TIME TRANSFUSED: |
|---|---|---|---|
| | SPLIT PLT PHERESIS LK | 49LP11405 | 07/18/01  1345 |
| | SPLIT PLT PHERESIS LK | 49GP07544 | 07/18/01  1306 |

### BLOOD CULTURES

BLOOD CULTURE            Accession: 11-01-197-1000    Coll Date/Time: 07/16/01 1905
Source: BLOOD                                         Recd Date/Time: 07/16/01 2001
                                                      Proc Date/Time: 07/16/01 2006

PRELIMINARY REPORT
                            07/18/01 0740
NO GROWTH AT 2 DAYS

Section Index: BLOOD CULTURES           BB CUMULATIVE   BB PROD TRANSFU
PATIENT:   CARDWELL, JOHN W                            DATE/TIME:  07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04                       PAGE:  10   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page...

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #78439.1139 (Rev. 4/01)

27-177

McCollum/Cardwell 4409



United Regional Health
Care System

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

BLOOD CULTURES

BLOOD CULTURE                    Accession: 11-01-197-1001      Coll Date/Time: 07/16/01 1905
Source: BLOOD                                                   Recd Date/Time: 07/16/01 2001
                                                                Proc Date/Time: 07/16/01 2006

        PRELIMINARY REPORT              07/18/01  0740

NO GROWTH AT 2 DAYS

Section Index: BLOOD CULTURES

PATIENT:  CARDWELL, JOHN W                    DATE/TIME: 07/19/01  2200
MEDICAL RECORD #: (0000) 36-24-04             PAGE: 11    ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page

Copy of OIG Case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)



United Regional Health
Care System

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

RESPIRATORY CULTURES

SPUTUM CULTURE              Accession: 11-01-197-1036      Coll Date/Time: 07/16/01 1950
Source: SPUTUM                                            Recd Date/Time: 07/16/01 2122
                                                         Proc Date/Time: 07/16/01 2127
                              07/16/01 2145
MANY GRAM POSITIVE COCCI IN CLUSTERS GRAM POSITIVE COCCI
  IN PAIRS
MANY EPITHELIAL CELLS
FREQUENT LEUKOCYTES

                 FINAL REPORT
                    07/18/01 0911
ABUNDANT STAPHYLOCOCCUS AUREUS ISOLATED AFTER 2 DAYS

----SUSCEPTIBILITY TESTING----(LESS EXPENSIVE ANTIMICROBIALS LISTED FIRST)
S AUREUS              MIC      INTERP  MOST COMMON BRAND NAME(S)
  TRIMETH/SULFA       <2/38        S   BACTRIM, SEPTRA
  TETRACYCLINE        <2           S   ACHROMYCIN
  AMPICILLIN          <0.25        S   POLYCILLIN
  ERYTHROMYCIN        <0.25        S   ERYCHROCIN
  RIFAMPIN            <1           S
  GENTAMICIN          <1           S   GARAMYCIN
  NITROFURANTOIN                       MACROBID, MACRODANTIN
  CEFAZOLIN           <8           S   ANCEF, KEFZOL
  CLINDAMYCIN         <0.25        S   CLEOCIN
  OXACILLIN           <0.25        S   PROSTAPHLIN
  VANCOMYCIN          <2           S   VANCOCIN
  AMOX-K-CLAVUL       <4/2         S   AUGMENTIN
  NORFLOXACIN                          NOROXIN
  PENICILLIN          <0.03        S   PEN S
  CIPROFLOXACIN       <1           S   CIPRO
  CEFOTAXIME          <8           S   CLAFORAN
  IMIPENEM            <4           S   CILASTIN, PRIMAXIN
  LEVOFLOXACIN        <2           S

Section Index:           RESPIRATORY CUL

PATIENT: CARDWELL, JOHN W                        DATE/TIME: 07/19/01 2200
MEDICAL RECORD #: (0000)36-24-04                 PAGE: 12   ROOM: SCCU-08
KEEP TIL NEXT REPL    R E P L A C E M E N T   R E P O R T    continued on next page

Copyright OIG Gate to Litigation Support on 09-26-2013 by scmc
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27- 178



**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

TESTING WAS PERFORMED BY THE FOLLOWING LABORATORIES:
URHCS 8TH STREET                    WICHITA FALLS, TX 76301
07/16/01  1905  C BLOOD   (BLOOD CULTURE)
07/16/01  1950  C SPUTUM  (SPUTUM CULTURE)

|  | CANCELLED ORDERS | | |
|---|---|---|---|
| TEST | DATE/TIME SCHEDULED | REASON CANCELLED | CANCEL ID |
| LIVER PAN | 07/20/01  0500 | DUPLICATE | |
| LIVER PAN | 07/19/01  0500 | DUPLICATE | |
| PLATELETS | 07/18/01  0930 | RESCHEDULED | |
| LIVER PAN | 07/18/01  0500 | DUPLICATE | |
| TROPONIN T | 07/17/01  0500 | ORDER ERROR | |
| CKMB MASS | 07/16/01  2025 | RN REQUEST | |
| TROPONIN T | 07/16/01  2025 | RN REQUEST | |
| CPK | 07/16/01  2024 | RN REQUEST | |

Section Index:                     REFERENCE LABS  CANCELLED ORDER

PATIENT:  CARDWELL, JOHN W              DATE/TIME:  07/19/01  2200
MEDICAL RECORD #: (0000)36-24-04        PAGE:  13   ROOM: SCCU-08
KEEP 'TIL NEXT REPL   R E P L A C E M E N T   R E P O R T   * *END OF REPORT* * *

Form #784391139 (Rev. 4/01)                    UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27-179



**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

## HEMATOLOGY

DATE COLL        07/20/01
TIME COLL        0530

UNITS REF RANGE

**- - - CELL COUNT - - -**

| | | UNITS | REF RANGE |
|---|---|---|---|
| WBC | 14.4H | K/CMM | (4.8-10.8) |
| CORRECTED WBC | 14.1Hf | K/CMM | |
| RBC | 3.74L | M/CMM | (4.70-6.10) |
| HGB | 12.8L | GMS/DL | (14.0-18.0) |
| HCT | 36.0L | % | (42.0-52.0) |
| MCV | 96.3H | FL | (80.0-94.0) |
| MCH | 34.2H | PG | (27.0-31.0) |
| MCHC | 35.5 | G/DL | (33.0-37.0) |
| PLT | 49L | K/CMM | (150-400) |
| RDW | 14.5 | | (11.5-14.5) |
| MPV | 7.6 | UCMM | (7.4-10.4) |

CORRECTED WBC (08/30700 - Current)
WBC CORRECTED DUE TO THE PRESENCE OF NRBC.

**- - - DIFFERENTIAL - - -**

PERFORMED:       MANUAL

| | | | |
|---|---|---|---|
| BAND | 16H | % | (1-7) |
| SEG | 76 | % | (42-78) |
| LYMPH | 4L | % | (21-51) |
| MONO | 4 | % | (2-9) |
| NRBC | 2H | % | |
| DOHLE | OCCASION* | | |
| POLYCHR | 1* | | |
| BASO STIP | NOTED* | | |

**Footnotes**
L = Low, H = High, * = Abnormal, f = Footnote

Section Index: HEMATOLOGY

PATIENT: CARDWELL, JOHN W                          DATE/TIME: 07/20/01  2201
MEDICAL RECORD #: (0000)36-24-04                   PAGE:  1   ROOM: SCCU-08

DISCARD AFTER NEXT CUM    C U M U L A T I V E   R E P O R T    continued on next page...

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

07-180



**United Regional Health Care System**

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

C L I N I C A L   L A B O R A T O R Y   R E P O R T

| CHEMISTRY |
| --- |

- - - SURVEY 14 - - -

| TEST | SODIUM | POTASSIUM | CHLORIDE | CO2 | GLUCOSE | BUN |
|---|---|---|---|---|---|---|
| REF RANGE | 135-153 | 3.5-5.3 | 101-111 | 22-30 | 70-110 | 5-25 |
| UNITS | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL |
| 07/20/01  0530 | 134 L | 4.7 | 106 | 24 | 214 H | 18 |

| TEST | CREATININE | TOT PROT | ALBUMIN | ALK PHOS | T BIL | AST | ALT |
|---|---|---|---|---|---|---|---|
| REF RANGE | 0.5-1.5 | 5.9-8.3 | 3.2-5.5 | 36-92 | 0.0-1.4 | 8-40 | 8-53 |
| UNITS | MG/DL | GM/DL | GM/DL | U/L | MG/DL | U/L | U/L |
| 07/20/01  0530 | 0.8 | 7.2 | 3.4 | 110 H | 6.3 H | 106 H | 203 H |

| TEST | CALCIUM | MG |
|---|---|---|
| REF RANGE | 8.0-10.4 | 1.7-2.7 |
| UNITS | MG/DL | MG/DL |
| 07/20/01  0530 | 8.8 | 2.1 |

| CHEMISTRY |
| --- |

- - - CHEMISTRY PROFILE - - -

| TEST | PHOS |
|---|---|
| REF RANGE | 2.4-4.7 |
| UNITS | MG/DL |
| 07/20/01  0530 | 1.9 L |

- - - ROUTINE CHEMISTRY - - -

| TEST | GAMMA GT |
|---|---|
| REF RANGE | 10-55 |
| UNITS | IU/L |
| 07/20/01  0530 | 100 H |

Footnotes
L = Low, H = High

Section Index:     CHEMISTRY     CHEMISTRY

PATIENT: CARDWELL, JOHN W                    DATE/TIME: 07/20/01  2201
MEDICAL RECORD #: (0000)36-24-04             PAGE:  2   ROOM: SCCU-08

DISCARD AFTER NEXT CUM     C U M U L A T I V E   R E P O R T     continued on next page...

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-181

**United Regional Health Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS    SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

| CHEMISTRY |
|---|

----LIPID PROFILE----

| TEST | TRIG |
|---|---|
| REF RANGE | 10-210 |
| UNITS | MG/DL |
| 07/20/01  0530 | 113 |

----LIVER PROFILE----

| TEST | DIRECT BILI |
|---|---|
| REF RANGE | 0.0-0.3 |
| UNITS | MG/DL |
| 07/20/01  0530 | 3.4 H |

**Footnotes**
H = High

Section Index:                    CHEMISTRY

PATIENT: CARDWELL, JOHN W                DATE/TIME: 07/20/01  2201
MEDICAL RECORD #: (0000)36-24-04         PAGE:  3    ROOM: SCCU-08

DISCARD AFTER NEXT CUM      C U M U L A T I V E   R E P O R T      continued on next page...

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-18

**United Regional Health**
**Care System**

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

### COAGULATION

| TEST | PROTIME | AVG PT CONTROL | INR | PTT | AVG PTT CONT |
|------|---------|----------------|-----|-----|--------------|
| REF RANGE | 10.5-12.5 | | | 20.0-40.0 | |
| UNITS | SEC | SEC | | SEC | SEC |
| 07/20/01  0530 | 12.2 f | 11.8 | 1.00 | 25.8 f | 27.9 |

PROTIME (01/31/00 - Current)

| CONDITION | RECOMMENDED INR |
|-----------|-----------------|
| PREVENTION OF DVT | 2.0-3.0 |
| TREATMENT OF DVT | 2.0-3.0 |
| ACUTE MI | |
| PREVENTION OF STROKE | 2.0-3.0 |
| PREVENTION OF RECURRENT MI | 3.0-4.5 |
| REDUCTION OF MORTALITY | 3.0-4.5 |
| ATRIAL FIBRILLATION | |
| PREVENTION OF SYSTEMATIC EMBOLISM | 2.0-3.0 |
| CARDIAC VALVE REPLACEMENT | |
| TISSUE VALVES | 2.0-3.0 |
| MECHANICAL VALVES | 2.5-3.5 |

ADAPTED FROM HIRSH, ET AL; CHEST 1992;102;312S-326S.

PTT (05/05/99 - Current)
A commonly recommended therapeutic range is a PTT ratio of 1.5 to 2.5 times
the control value. Based on a dose of 0.20 U/ml to 0.40 U/ml observed
correlation (CV=8.3%) with current use heparin lots has been acceptable.
For details of heparin response curves, please contact the Coagulation
Department of the Laboratory.

**Footnotes**
f = Footnote

Section Index:                                          COAGULATION

PATIENT: CARDWELL, JOHN W                    DATE/TIME: 07/20/01 2201
MEDICAL RECORD #: (0000)36-24-04             PAGE:  4   ROOM: SCCU-08

DISCARD AFTER NEXT CUM    C U M U L A T I V E   R E P O R T    continued on next page...

Copy of OIG case to Litigation Support on 06.28.2015 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-183

United Regional Health
Care System

FINANCIAL #: 00011324092
AGE: 39 YRS   SEX: M
ADMITTING DR:
RESIDENTS
INPATIENT

1600 11th Street Wichita Falls, TX 76301-4388 (940) 764-7000

C L I N I C A L   L A B O R A T O R Y   R E P O R T

REFERENCE LABS

| TEST | | PREALBUMIN | | | |
|---|---|---|---|---|---|
| REF RANGE | | 17-45 | | | |
| UNITS | | mg/dL | | | |
| 07/20/01   0530 | | <7  * f | | | |

PREALBUMIN (10/15/99 - Current)
REFERENCE RANGE FOR NUTRITIONAL STATUS:
10-15 MG/DL   MILD DEPLETION
5-10 MG/DL   MODERATE DEPLETION
<5 MG/DL   SEVERE DEPLETION

CANCELLED ORDERS

| TEST | DATE/TIME SCHEDULED | REASON CANCELLED | CANCEL ID |
|---|---|---|---|
| LIVER PAN | 07/21/01  0500 | DUPLICATE | |

Footnotes
* Abnormal   f  Footnote

Section Index: REFERENCE LABS   CANCELLED ORDER

PATIENT: CARDWELL, JOHN W                    DATE/TIME: 07/20/01  2201
MEDICAL RECORD #: (0000)36-24-04          PAGE:  5   ROOM: SCCU-08
DISCARD AFTER NEXT CUM   C U M U L A T I V E   R E P O R T   * * *END OF REPORT* * *

Copy of OIG Case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Form #784391139 (Rev. 4/01)

27-187

McCollum/Cardwell 4467

McCollum/ Cardwell-418



07/16/2001  19:04:05

ER 11TH STREET URHCS
Room:
Oper:

UNITED REGIONAL HEALTH CARE SYSTEM
11TH

36-24-04 |N|
CARDWELL JOHN W
CHAPA, PHILLIP E   9061         ADM  7/16/01
DOB  9/01/61    039Y
00011324092          M

COMMENT1

Requested by:

Rate   148
PR     132
QRSD   149
QT     319
QTc    501

--AXIS--
P      Ind.
QRS    154
T      -40

LOC: 2364 2364   Speed:25 mm/sec   Limb:10 mm/mV   Chest:10 mm/mV

McCollum/ Cardwell-419



362404          07/16/2001   19:30:02     CARDWELL JOHN                    ER 11TH STREET URHCS
                39 years     Male

                                                                          Room: ER1
                                                                          Oper: 6927

Rate   144                                                    COMMENT1
PR      91
QRSD   106               UNITED REGIONAL HEALTH CARE SYSTEM
QT     329                                        11TH
QTc    509               36-24-04 |N|
                         CARDWELL, JOHN W                  Requested by:
--AXIS--                 CHAPA, PHILLIP E    9061            DR
P      251               DOB 9/01/61    039Y
QRS    149               00011324092          M
T       52

LOC 12364-2364   Speed 25 mm/sec   Limb 10 mm/mV   Chest 10 mm/mV        F 60~ 0.5-150 Hz W  HP7   00345

Copy of O/G close to Litigation Support on 06/26/2013 by ssm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 4471





36-24-04          07/16/2001   23:45:28     CARDWELL, JOHN                      URHCS ECG DEPT/CCU-1CU
                  39 years     Male                                                        Room: CCU-8
                                                                                           Oper: 8254

Rate   119                                                                 COMMENT1
PR     126                                                                 11 45 PM
QRSD   102
QT     324                                                                 Requested by:
QTc    456                                                                 SZCZERBA

--AXIS--
P      Ind.
QRS    Ind.
T       38

UNITED REGIONAL HEALTH CARE SYSTEM
36-24-04  IN|                        11TH
CARDWELL JOHN W
SZCZERBA ARTHUR J  9061  ADM 7/16/01
DOB 9/01/61       039Y
00011324092              M

McCollum/ Cardwell-421