```
*************************************************************************
*** REQUESTOR: JMO5616 - MOSSBARGER, J.W.    DARRINGTON UNIT        ***
*************************************************************************
***              S Y S M   I N B A S K E T   P R I N T             ***
```

MESSAGE ID: 099751T     DATE: 07/16/04  TIME: 02:32pm  PRIORITY: 000

TO:       JMO5616 - MOSSBARGER, J.W.
          ASSISTANT WARDEN
          DARRINGTON UNIT
          59 DARRINGTON ROAD
          ROSHARON, TEXAS  77583

FROM:     TFO1382 - FOREMAN, TREASURE
          WARDEN'S SECRETARY
          DARRINGTON UNIT
          59 DARRINGTON ROAD
          ROSHARON, TEXAS  77583

SUBJECT:  ROBERTSON,RICKY #1172218

*** Original Author:  JGO9667 - GOMEZ, JAVIER; 07/16/04 02:28pm

THE ABOVE REFERENCED OFFENDER WAS PLACED ON THE CRITICAL LIST ON
7/16/04 AT 0420 HRS BY DR. MOVVA  DX:OVERDOSE  THE NOK WAS CONTACTED
AT 1350 HRS AS LISTED BELOW.

ROBERTSON,ROY/BRO
21 N. LINCOLN AVE.
NILES,MI 49120
269-683-2393

AUTH: S. WARDEN K. NEGBENEBOR, TDCJ HG
      CHAPLAIN GOMEZ/LW

*** Comments From: TFO1382 - FOREMAN, TREASURE; 07/16/04 02:32pm

Sent to:  JMO5616        MOSSBARGER, J.W.        (to)
          HWE4474        WESTON, HERMAN          (to)
          FRO0763        RODRIGUEZ, FRANK III    (to)
          DACLS16        O'GUIN, JANICE          (to)

*Warden Weston*
*I left another message on*
*Ms. Green's phone.*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CORRECTIONAL MANAGED CARE
CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218     **Date:** 04/05/2004 13:15
**Facility:** LOPEZ

## ■SE SUMMARY

**Problems:**
CONSTIPATION [564.0] first observed 12/23/2003 (Active)
HEADACHE [784.0] first observed 12/23/2003 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 09/09/2003 (Active)
TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) [011.] first observed 06/26/2003 (Active)

**Medications:**
**Allergies:** NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 04/05/2004:** BP: 124 / 73 (Sitting)  Wt. 235 Lbs. Height  Pulse: 63 (Sitting)  Resp.: 18 / min
Temp: 96.8 (Oral)

| Interpreter Used | | Yes | X | No | Name of interpreter: |
|---|---|---|---|---|---|
| | | | | | |

**Chief Complaint:** FOR THE LAST 4 MONTHS BUT WORSE IN THE LAST MONTH; PT CLAIMS HE GETS SOME
PAROXISMAL ANXIETY EPISODES WHERE HE FEELS HE HAS TO GET UP OR STOP WHAT HE IS DOING AND
START DOING SOMETHING ELSE TO CALM HIMSELF DOWN;
 DENIES ANY PANIC EPISODES
CLAIMS H/O BIPOLAR DISORDER YRS AGO BUT HAS NOT TAKEN MEDS FOR OVER 5 YRS
DENIES ANY THOUGHTS OF SELF HARM OR HARM TO OTHERS
O=
■OD MOOD-AFFECT-COGNITION
N■ SPEECH-SENSORIUM
GOOD RECALL-ORIENTATION-CALCULATION
A=
 ANXIETY( NONSPECIFIC ETIOLOGY)
**Plan is as follows:**
REASSURANCE
III-12,25 X -90 DAYS
REFER TO MENTAL HEALTH
F/U 14 DAYS

Electronically Signed by GONZALEZ, MIGUEL  PA on 04/05/2004.
Electronically Signed by MERCADO, STEVEN A M.D.
on 04/05/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218     **Date:** 04/20/2004 10:54
**Facility:** LOPEZ

### ●SE SUMMARY
**Problems:**
BIPOLAR I DISORDER NOS [296.80] first observed 04/16/2004 (Active)
CONSTIPATION [564.0] first observed 12/23/2003 (Active)
HEADACHE [784.0] first observed 12/23/2003 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 09/09/2003 (Active)
TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) [011.] first observed 06/26/2003 (Active)

**Medications:**
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
    *Special Instructions: EQUI=ESKALITH.*

**Allergies:** NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 04/20/2004:** BP: 142 / 78 (Sitting)  Wt. 230 Lbs. Height  Pulse: 64 (Sitting)  Resp.: 18 / min
Temp: 97.9 (Oral)

| Interpreter Used | | Yes | X | No | Name of interpreter: |
|---|---|---|---|---|---|

**Chief Complaint:** F/U ANXIETY ; CLAIMS HE FEELS MUCH BETTER TODAY ON MEDICATION AS PRESCRIBED BY MENTAL HEALTH
**O=**
●YSICAL EXAMINATION= UNREMARKABLE
**A=**
 F/U ANXIETY( UNDER CONTROL)
**H/O HA**
**Plan is as follows:**
REASSURANCE

Started Meds:
    IBUPROFEN 400MG TABS       53746013101         04/20/2004 11:11
        1 TABS ORAL(po) B BID
                Special Instructions:Equi=Motrin.
Kop X 14d
            STOP DATE: 05/04/2004 11:11                    REFILLS:
F/U PRN

●          Electronically Signed by GONZALEZ, MIGUEL  PA on 04/20/2004.
            ##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - MID LEVEL PROVIDER**

**Patient Name:** ROBERTSON, RICKY L        **TDCJ#:** 1172218      **Date:** 05/19/2004 12:07
**Facility:** LOPEX

## ●SE SUMMARY
**Problems:**
ALLERGIES [477.9] first observed 05/17/2004 (Active)
BIPOLAR I DISORDER NOS [296.80] first observed 04/16/2004 (Active)
CONSTIPATION [564.0] first observed 12/23/2003 (Active)
DISORDERS OF EAR NOS [388] first observed 05/17/2004 (Active)
HEADACHE [784.0] first observed 12/23/2003 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 05/07/2004 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 09/09/2003 (Active)
TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) [011.] first observed 06/26/2003 (Active)

**Medications:**
LITHIUM CARBONATE 300MG CAPS,  3 CAPS ORAL(po) BID
    *Special Instructions:* EQUI=ESKALITH.
PSEUDO TABS 30MG TABS,  1 TABS ORAL(po) BID
    *Special Instructions:* EQUI=PSEUDOEPHEDRINE, SUDAFED. KOP X 7D

**Allergies:** NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 05/19/2004:** BP: 144 / 77 (Sitting)  Wt. 232 Lbs. Height  Pulse: 77 (Sitting)  Resp.: 12 / min
Temp: 98.6 (Oral)

| ●me of interpreter, if required: |
|---|

**Chief Complaint:**  moderate difficulty with bm 's for the last wek; last bm = 2 days ago with some difficulty
no other gi disturbance
0=
abd- unremarkable
a=
 mild constipation

**Plan is as follows:**
;elf modify diet as explained

Started Meds:
     METAMUCIL PACKETS          37000074087          05/19/2004 12:20
               1 PACKETS ORAL(po) QD
                         Special Instructions:Equi=Psyllium, Konsyl.
(op X 14d
               STOP DATE: 06/02/2004 12:20                    REFILLS:

'u prn
●

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - MID LEVEL PROVIDER**

**Patient Name:** ROBERTSON, RICKY L        **TDCJ#:** 1172218        **Date:** 05/19/2004 12:07
**Facility:** LOPEZ

Electronically Signed by GONZALEZ, MIGUEL  PA on 05/19/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - MID LEVEL PROVIDER**

Patient Name: **ROBERTSON, RICKY L**          TDCJ#: 1172218      Date: 06/08/2004 14:41
Facility: **LOPEZ**

E SUMMARY
**Problems:**
ALLERGIES [477.9] first observed 05/17/2004 (Active)
BIPOLAR I DISORDER NOS [296.80] first observed 04/16/2004 (Active)
CONSTIPATION [564.0] first observed 12/23/2003 (Active)
DISORDERS OF EAR NOS [388] first observed 05/17/2004 (Active)
HEADACHE [784.0] first observed 12/23/2003 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 05/07/2004 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 09/09/2003 (Active)
TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS) [011.] first observed 06/26/2003 (Active)

**Medications:**
CHLORPROMAZINE HCL 50MG TABS,   2 TABS ORAL(po) BID
     *Special Instructions:* EQUI=THORAZINE. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS,
MAY IMPAIR THE ABILITY TO DRIVE OR OPERATE MACHINERY, THIS STRENGTH RESTRICED FROM
UNIT STOCK, VERY IMPORTANT TO TAKE OR USE THIS EXACTLY AS DIRECTED
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
     *Special Instructions:* EQUI=ESKALITH.

**Allergies:** NO KNOWN ALLERGIES
**Current Lab Tests:**
**most recent vitals from 06/08/2004:** BP: 130 / 80 (Sitting)  Wt. 227 Lbs. Height  Pulse: 85 (Sitting)  Resp.: 16 / min
Temp: 98.2 (Oral)

| Name of interpreter, if required: |
|---|

**Chief Complaint:** C/O POSTURAL OCCASIONAL DIZZINESS AND IS AFRAID HE MIGHT FALL OFF BED
)=
/E- UNREMARKABLE
..
A/O SUBJ DIZZINESS

**Plan is as follows:**
B2- 90D
/U PRN

Electronically Signed by GONZALEZ, MIGUEL  PA on 06/08/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218     **Date:** 05/05/2004 20:30
**Facility:** LOPEZ

**Most recent vitals from 05/05/2004:** BP: 125 / 75 (Sitting)  Wt.  Height  Pulse: 68 (Sitting)  Resp.: 20 / min  Temp: .9 (Oral)

**Current Medications:**
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
       *Special Instructions:* EQUI=ESKALITH.

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:**S) PT STATES HE IS HAVING DIFFICULTY BREATHING, STATES HAS HAD THIS PROBLEN BEFORE.
O) PT. WALKED IN ALERT AND ORIENTED, C/O DIFFICULTY BREATHING, SHIN WARM AND DRY COLOR APPROP. V/S 97.9 -68 -20  BP 125/75. LUNGS CLEAR ON AUSCULTATION, O2 SAT. 98%. PT. STATES HE HAS ALREADY BEEN SEEN FOR THIS PROBLEM. PT. APPEARS NERVOUS, DENIES ANY PAIN OR ANY OTHER DISCOMFORT.
 A) ALTERATION IN COMFORT DUE TO DIFF. BREATHING.

| Name of interpreter, if required: |
|---|

Procedures Ordered:
       NURSING LEVEL1 COMPLETE VISIT: bipolar i disorder nos
       NURSING PATIENT EDUCATION:     bipolar i disorder nos

**Plan is as follows:** INSTRUCTED TO RELAX,CONTINUE WITH HIS MEDS AND TO SUBMIT SCR TO BE SEEN BY PA.

Electronically Signed by MCCLELLAN, BERNAIDA P L.V.N. on 05/05/2004.
Electronically Signed by GONZALEZ, MIGUEL  PA on 05/06/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
### CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218       **Date:** 05/13/2004 19:43
**Facility:** LOPEZ
**Most recent vitals from 05/13/2004:** BP: 135 / 83 (Sitting)  Wt.  Height  Pulse: 78 (Sitting)  Resp.: 20 / min  Temp: 98 (Oral)
**Current Medications:**
LITHIUM CARBONATE 300MG CAPS,  3 CAPS ORAL(po) BID
    *Special Instructions:* EQUI=ESKALITH.

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:** WALK-IN C/O SOB. STATES TOO HOT IN DORM. PATIENT SITTING IN MEDICALL FOR APPROX 15MIN. NO RESP DISTRESS NOTED AT THIS TIME. STATES HE MIGHT HAVE AN APPT. WITH MS. DENNISON TOMORROW.   STATES FEELING BETTER AFTER SITTING IN COOL AREA.  (O) NO RESP DISTRESS NOTED. LUNGS BILATERALLY CLEAR.

| Name of interpreter, if required: |
| --- |

INST PATIENT TO TRY TO STAY OUT OF VERY HOT AREAS AND TO TRY AND RELAX
**Plan is as follows:** E-MAIL MS DENNISON REGARDING  :   PATIENT INFORMED THAT HE HAS APPT THIS WEEK.

**Procedures Ordered:**
        NURSING PATIENT EDUCATION:       bipolar i disorder nos

Electronically Signed by CORONADO, DIANA  R.N. on 05/13/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



c:\temp\00000000.tif printed by mivap. (Page 1 of 1)

J2-10

Scanned by GALVAN, JESUS PCA in facility LOPEZ on 05/16/2004 13:51

PATIENT: Robertson, Ricky   DATE: 5/16/04   TIME IN: 1:15   OUT: 0120   AM/PM

FACILITY: RL   DOB:   AGE: 37 YRS   CALLER: Sgt Zamora

CHIEF COMPLAINT: "c/o difficulty breathing Onset 1 month ago - States he thinks to anxiety

PATIENT'S STATED PROBLEM - CIRCLE AROUND = POSITIVE   LINE THROUGH = NEGATIVE   QUESTION MARK = UNKNOWN

| PAIN | CHEST PAIN | SKIN BREAK | URINATION | EAR R - L | GYNECOLOGY |
|---|---|---|---|---|---|
| ONSET | ONSET | HOW | PAIN L-M | ONSET | ONSET |
| SITE | DURATION | SITE | ◆ PAIN  SEVERE | PAIN L - M - S | ABD PAIN L-M |
| RADIATE | FREQUENCY | SIZE | SITE | TRAUMA | ◆ ABD PAIN- SEVERE |
| PAIN L - M - S | SITE | WHEN | ONSET | FOREIGN BODY | NORMAL WALK |
| CONSTANT/ OFF ON | ✱ RADIATE | CUT- FOREIGN BODY | DISCHARGE | DISCHARGE L-M-S | HX - PMS/CYST |
| MOVEMENT ↑ ↓ | ✱ ARM - JAW | BITE - PUNCTURE | FREQUENCY - ODOR | 1. COLOR | HX DYSMENORRHEA |
| SHARP | ✱ NECK - BACK | SCRAPE | URGENCY -BURNING | SORE THROAT | HX ENDOMETRIOSIS |
| ROM ↓ | PAIN L - M - S | ROM ↓ | INCONTINENT | HEARING ↓ | BLEEDING L - M |
| | CONSTANT/ OFF ON | BLEEDING  L | BLOOD - HX STONE | COLD - FEVER | ◆ BLEEDING SEVERE |
| ABDOMEN PAIN | ✱DULL - HEAVY | ◆ BLEEDING  M - S | (RETENTION > 6 HRS | | 1. PADS/6 HRS |
| ONSET | ✱SHARP -STABBING | ✱PENETRATING | PAIN -BACK/FLANK | EYE  R - L | 2. CLOTS - TISSUE |
| SITE | INDIGESTION | INJURY | FEVER | ONSET | PREGNANT |
| TRAUMA | ✱ S.O.B. | ✱ NUMBNESS | | ✱ TRAUMA | LMP |
| PAIN L - M | PALPITATIONS | ✱ TINGLING | CONGESTION | PAIN L - M | 1. REG OR IRREG |
| ◆PAIN - SEVERE | WEAK - TIRED | | ONSET | ◆ PAIN SEVERE | DISCHARGE L-M-S |
| CONSTANT/ OFF ON | ✱NO NITRO RELIEF | HEAD INJURY | ◆ S.O.B. | ◆ FOREIGN BODY | 1. COLOR |
| NORMAL GAIT ↓ | CARDIAC HX | HOW | COUGH L-M-S | ✱VISION BLURRED | VAGINAL AREA |
| ◆UNABLE TO WALK | ✱ NAUSEA/ VOMITING | WHEN | 1. PRODUCTIVE | DISCHARGE L-M-S | 1. REDNESS - ODOR |
| ◆SPLINT ABDOMEN | | PAIN L - M | 2. COLOR | 1. COLOR | 2.BURNING-ITCHING |
| DIARRHEA - VOMIT | FEVER  / | ◆ PAIN  SEVERE | SINUS | EYE PAIN | |
| ✱BRIGHT RED BLOOD | ONSET | ✱ UNCONSCIOUS | 1. DISCHARGE | EYE RED | PSYCHIATRIC |
| ◆ DARK TARRY STOOL | PAST | ORIENTED X 3 | 2. COLOR | ALLERGY - FEVER | SYMPTOMS |
| LAST ATE | NOW | ✱ VOMITING ↓ | SNEEZING | LIGHT SENSITIVE | HALLUCINATIONS |
| INDIGESTION | CONSTANT/ OFF ON | ✱ SPEECH SLURRED | HEADACHE | SWELLING | DEPRESSED |
| CONSTIPATION | CHILLS | ✱ EAR DRAINAGE | MUSCLE ACHES | | AGITATED |
| PREGNANT - LMP | ✱ STIFF NECK | ATAXIA - DIZZY | SORE THROAT | INFECTION/WOUND | ✱ SELF INJURIOUS |
| FEVER - CHILLS | 1. CHIN TO CHEST | NECK PAIN | ALLERGY | ONSET | THOUGHTS/BEHAVIOR |
| | 2. TO SHOULDER | NUMB TINGLING | FEVER - CHILLS | SITE | PLAN:  YES   NO |
| RASH/ REACTION | | ✱ CONFUSION | | DRAINAGE | ◆ SELF-MUTILATION |
| ONSET | VOMITING/DIARRHEA | | DIABETES | SWOLLEN-RED | PSYCH ON CALL |
| SITE | ONSET | NEUROLOGY | INSULIN - PILL | PAIN L-M-S | NOTIFIED: |
| SPREAD | ✱6 HRS | ✱ SEIZURE | LAST DOSE | FEVER-CHILLS | NAME: |
| FEVER | LAST TIME | ONSET | LAST ATE | ◆ OVER JOINT | |
| NEW RX | NEW RX | ORIENTED X 3 | BLOOD SUGAR | ◆ MD FACE | TITLE: |
| STING/BITE # | LAST ATE | HEADACHE  L - M | ORIENTED X 3 | | |
| 1.TYPE | NAUSEA - DIZZY | ◆ HEADACHE  SEVERE | ✱ CONFUSED | THROAT | |
| RED - SWOLLEN | ✱BLOOD PRESENT | DIZZY | DIZZY | ONSET | BREATHING |
| ALLERGIC HX | PRIOR HX SAME | ✱ SPEECH SLURRED | ✱UNCONSCIOUS | PAIN L-M-S | PROBLEMS |
| ✱S.O.B.  L - M - S | ◆ RECENT PATTERN | NAUSEA - VOMITING | ✱ VOMITING - FEVER | DIFFICULTY | ONSET |
| ✱FACIAL SWELLING | CHANGE | ◆ WEAKNESS | | SWALLOWING | S.O.B.  L - M |
| ITCHING | | ◆ 1. GENERAL | SKELETAL INJURY | RED THROAT | ✱ S.O.B.  SEVERE |
| RAISED - HIVES | | ✱ 2. ONE SIDE | HOW | SWOLLEN GLANDS | HX OF ASTHMA |
| | | NUMB - TINGLING | SITE | ◆ CHOKING | WHEEZING  L - M |
| NOSEBLEED | | | WHEN | ◆ DROOLING | ✱ WHEEZING SEVERE |
| ONSET | | | PAIN L - M - S | ◆ STIFF NECK | ✱ STRIDOR |
| TRAUMA | | | ✱BONE DEFORMITY | ABLE TO TURN HEAD | COUGH |
| BLOOD  L - M - S | | | ◆ DISLOCATION | COLD - FEVER | FEVER - CHILLS |
| ✱X HYPERTENSION | | | ◆ TINGLING | | HX EMPHYSEMA |
| STOP ATTEMPTS | | | ✱ NUMBNESS | | 1. ANKLE EDEMA |
| | | | ROM - EDEMA ↓ | | 2. CHEST PAIN |
| | | | WEIGHT BEARING ↓ | | |

Have you tried any treatments? None

Hx medical / medications?  None  Lithium

Recent facility treatment?  None

Comments: States he feels his panic attacks are getting worse and has been trying to come in to be eval by psychiatrist. It appears will be eval this AM.

Consult with on-call provider   NO   YES → Telephone orders:

On-call provider signature / Date

Instructed patient and security that if signs and symptoms increase or no improvement within 2 hours to contact security for RN call back   YES   NO

NURSING ACTION /   ✱ ◆ Emergent – Activate 911
DISPOSITION:   ☐ ◆ Urgent –patient/security advised pt. will be seen by healthcare provider within the next 1-2 hours
   ☒ Non-acute – patient/security advised pt. will be scheduled for follow-up nursing evaluation in AM

Instructions understood / accepted by patient / security:   YES   NO   NA

RN Signature:  C. White, RN

THESE GUIDELINES DO NOT REPLACE SOUND NURSING JUDGMENT NOR ARE THEY INTENDED TO STRICTLY APPLY TO ALL PATIENTS.  RN'S ARE EXPECTED TO USE SOUND CLINICAL PRACTICE AND JUDGMENT IN ALL SITUATIONS.   Revised 04/16/200

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218    **Date:** 05/16/2004 13:31
**Facility:** LOPEZ

**Most recent vitals from 05/16/2004:** BP: 155 / 78 (Sitting)  Wt. 235 Lbs. Height  Pulse: 60 (Sitting)  Resp.: 20 / min  Tmp: 98.7 (Oral)

**Current Medications:**
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
    *Special Instructions:* EQUI=ESKALITH.

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:** PT WAS CALLED DOWN DUE TO COMPLAINTS HE HAD EARLIER THIS AM. PT. STATES " I FEEL LIKE MY PANIC ATTACK ARE BECOMING MORE AND MORE FREQUENT. ALSO, I HAVE RINGING IN THE EARS"
O) AWAKE AND ALERT. SKIN WARM AND DRY. IN NO RESP DISTRESS. LUNGS CLEAR THROUGHOUT. O2 SAT 99% ROOM AIR. PEAK FLOWS 500, 520, AND 620. NAIL BEDS PINK. HX. PANIC ATTACKS CURRENTLY TAKING LITHIUM. STATES THE RINGING IN THE EARS HAS BEEN GETTING WORSE. DENIES TAKING ANY ASPIRIN. STATES THAT HE HAS ALSO BEEN WANTING TO COME IN TO BE EVAL. BY THE PSYCHIATRIST
A) KNOWLEDGE DEFICIT

**Name of interpreter, if required:**

**Plan is as follows:** PT REASSURED. INST TO CONCENTRATE ON HIS BREATHING WHEN HE STARTS TO GET ANXIOUS. SCHEDULED FOR PA APPT IN AM FOR EVAL. OF THE RINGING IN THE EARS. VERBALIZES UNDERSTANDING INST. WILL E-MAIL MENTAL HEALTH

**Procedures Ordered:**
        NURSING LEVEL1 COMPLETE VISIT: observation- cond not found
        NURSING COPAY CHARGE $3 (ADD-ON CODE):    observation- cond not found
        NURSING PATIENT EDUCATION:      observation- cond not found

        Electronically Signed by MATA, IDOLISA  R.N. on 05/16/2004.
        ##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218     **Date:** 05/21/2004 11:14
**Facility:** LOPEZ

**Most recent vitals from 05/19/2004:** BP: 144 / 77 (Sitting)  Wt. 232 Lbs. Height  Pulse: 77 (Sitting)  Resp.: 12 / min
Temp: 98.6 (Oral)

**Current Medications:**
CHLORPROMAZINE HCL 50MG TABS,   1 TABS ORAL(po) BID
   *Special Instructions:* EQUI=THORAZINE. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR
THE ABILITY TO DRIVE OR OPERATE MACHINERY, THIS STRENGTH RESTRICED FROM UNIT STOCK, VERY
IMPORTANT TO TAKE OR USE THIS EXACTLY AS DIRECTED
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
   *Special Instructions:* EQUI=ESKALITH.
METAMUCIL  PACKETS,   1 PACKETS ORAL(po) QD
   *Special Instructions:* EQUI=PSYLLIUM, KONSYL. KOP X 14D
PSEUDO TABS 30MG TABS,   1 TABS ORAL(po) BID
   *Special Instructions:* EQUI=PSEUDOEPHEDRINE, SUDAFED. KOP X 7D

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:**  DR.FAUST GAVE VERBAL MEDICATION ORDERS

| Name of interpreter, if required: |
| --- |

**Plan is as follows:** ADMINISTER THORAZINE 50 MG PO X1 NOW
V.O DR.FAUST/ I.MATA,RN

Electronically Signed by MATA, IDOLISA  R.N. on 05/21/2004.
Electronically Signed by FAUST, HARRY L M.D. on 05/21/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218     **Date:** 06/25/2004 07:45
**Facility:** LOPEZ

**Most recent vitals from 06/21/2004:** BP: 158 / 85 (Sitting)  Wt. 227 Lbs. Height  Pulse: 96 (Sitting)  Resp.: 20 / min
Temp: 96 (Oral)

**Current Medications:**
BENZTROPINE MESYLATE 2MG TABS,   1 TABS ORAL(po) BID
    *Special Instructions:* EQUI=COGENTIN. NON-KOP
CHLORPROMAZINE HCL 50MG TABS,   2 TABS ORAL(po) BID
    *Special Instructions:* EQUI=THORAZINE. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR
THE ABILITY TO DRIVE OR OPERATE MACHINERY, THIS STRENGTH RESTRICED FROM UNIT STOCK, VERY
IMPORTANT TO TAKE OR USE THIS EXACTLY AS DIRECTED
LITHIUM CARBONATE 300MG CAPS,   3 CAPS ORAL(po) BID
    *Special Instructions:* EQUI=ESKALITH.
SYMMETREL 100MG CAPS,   1 CAPS ORAL(po) BID
    *Special Instructions:* EQUI=AMANTADINE

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:**
**VERBAL ORDER VIA DMS FROM DR FAUST**

| Name of interpreter, if required: |
|---|

**Plan is as follows:**
   1) **AMANTADINE 100MG BID X 30 DAYS X  11 AR**
   2) **COGENTIN 2MG BID X 30 DAYS X 11 AR.**
      DR. FAUST/ JCANTU, LVN

Electronically Signed by CANTU, JUDITH  L.V.N. on 06/25/2004.
Electronically Signed by FAUST, HARRY L M.D. on 06/25/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CORRECTIONAL MANAGED CARE**
**NURSING ASSESSMENT PROTOCOL FOR**
**PSYCHIATRIC SYMPTOMS**

Patient Name: ROBERTSON, RICKY L TDCJ#: 1172218 Date: 06/27/2004 16:46 Facility: LOPEZ
Most recent vitals from 06/27/2004: BP: 133 / 82 (Sitting)  Wt. 226 Lbs. Height  Pulse: 94 (Sitting)  Resp.: 18 / min Temp: 98.2 (Oral)

Current Medications:
BENZTROPINE MESYLATE 2MG TABS,  1 TABS ORAL(po) BID
    Special Instructions: EQUI=COGENTIN. NON-KOP.
CHLORPROMAZINE HCL 50MG TABS,  2 TABS ORAL(po) BID
    Special Instructions: EQUI=THORAZINE. *NON-KOP, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE
ABILITY TO DRIVE OR OPERATE MACHINERY. THIS STRENGTH RESTRICED FROM UNIT STOCK, VERY IMPORTANT
TO TAKE OR USE THIS EXACTLY AS DIRECTED
LITHIUM CARBONATE 300MG CAPS,  3 CAPS ORAL(po) BID
    Special Instructions: EQUI=ESKALITH.
SYMMETREL 100MG CAPS,  1 CAPS ORAL(po) BID
    Special Instructions: EQUI=AMANTADINE

Allergies:  NO KNOWN ALLERGIES
Name of interpreter, if required:

NP - PSYCHIATRIC SYMPTOMS
    Subjective Data
        1. Chief Complaint (Describe): " EVER SINCE MY MEDICATIONS WERE CHANGED I
HAVE BEEN SEEING SPIDERS AND THINGS THAT ARE NOT THERE"
        2. Significant Medical And Psychiatric History (Describe): BIPOLAR D/O MANINC
        3. Patient Complaint:
            Agiatated (Excess Movement)
            Hallucinations
                Visual
                    Yes SEEING SPIDERS AND CANDY WRAPPERS
        4. Date Of Onset Of Current Symptoms: 6/26/04
        5. Self-Injurious Thoughts/Behavior?
            No
        6. History Of Suicide Attempts?
            No
        7. History Of Self-Mutilation?
            No
        8. Thoughts Of Hurting Others?
            No
    Objective Data
        1. Current Behavior:
            Agitated
        2. Physical Appearance:
            Clean
        3. Currently On Psychiatric Medication?
            Yes
            Compliance:
                Good
        4. History Of Psychiatric Care?
            Yes
        5. Previous Crisis Management Admit?
            No

RN 70 (4-02)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CORRECTIONAL MANAGED CARE**
**NURSING ASSESSMENT PROTOCOL FOR**
**PSYCHIATRIC SYMPTOMS**

Patient Name: ROBERTSON, RICKY L TDCJ#: 1172218 Date: 08/27/2004 16:46 Facility: LOPEZ

      6. Previous Inpatient Admission?
           No
      7. Is Patient Oriented To:
           Person:
                Yes
           Place:
                Yes
           Date:
                Yes
      8. Speech:
           Slow
      9. Motor Activity:
           Agiatated/Restless
      10. Eye Contact:
           Poor
      Comments:

<insert tree here>

**NURSING ACTION: If based upon your collection of the above data, a Registered Nurse's professional judgement is required or you have any question about how to proceed, you must consult with a Registered Nurse while the patient is still on site. Otherwise, proceed with protocol.**
**CALLED MR.GOMEZ,PA/C ORDERS RECEIVED:**
**1) TRANSFER TO J4 FOR STABILIZATION**
**T.O MR.GOMEZ PA/C I.MATA,RN**
**TREATMENT PLAN:**

- Recheck abnormal V/S and report to provider if indicated.

- Refer patient to the Mental Health Services if staff is onsite.
- If no Mental Health Services staff are onsite:
  - If this is non-emergent and there is NO threat to self or others, refer to Mental Health Services the next working day.
  - If there IS a threat to self or others, or patient has deteriorated to level of not functioning appropriately, **IMMEDIATELY** contact on-call psychiatrist.

**PATIENT INSTRUCTIONS:**

- Return to clinic or notify nurse if symptoms worsen.
16:10 SPOKE TO PENNY HASHOP ANP PSYCH ON CALL: ORDERS WERE:
1) TRANSFER TO J4 FOR STABILIZATION WITH RECOMMENDATION FOR DNE
T.O MS.HASHOP ANP/ I.MATA,RN
1615: PT STATING " I AM NOT LEAVING THIS UNIT, I WANT TO SIGN THE PAPER SO THAT I DON'D GO"
16:25: MS.HASHOP NOTIFIED OF PT'S REFUSAL TO LEAVE THE UNIT: ORDERS WERE:
1) CANCEL TRANSFER ORDERS.
2) ADMINISTER THORAZINE 100 MG X1 NOW ALONG WITH THE THORAZINE ORDERED FOR THIS PM.
3) REFER TO PSYCH IN THE AM.
T.O MS.HASHOP ANP/ I.MATA,RN

PT MUMBLING WANTING TO KNOW WHAT IT IS THAT THEY DO THERE AND CONCERNED THAT IF HE LEAVES TO J4 HE WILL NOT COME BACK HERE, NOW STATING THAT IT IS BETTER HE GOES BECAUSE NOW HE KNOW WHY HE IS BEING SENT.

7:00 SPOKE TO MS.HASHOP ANP: ORDERS RECEIVED:
) CANCEL EXTRA THORAZINE 100 MG ORDER.
) TRANSFER TO J4 FOR CRISIS MANAGEMENT
) ADMINISTER EVENING MEDICATION AS ORDERED
: PENNY HASHOP, ANP I.MATA,RN

705: REPORT  CALLED TO J4 SPOKE TO GREG PANIGNDAPAN,RN
ISN 70 (1.02)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# EMERALD CLINICAL PATIENT SUMMARY

LOPEZ  EDINBURG, TX
Sunday , June   27, 2004 17:17 PM

Name:  ROBERTSON,  RICKY L
HCR BOX 1000
BEEVILLE,  TX  78102

Phone:
MRN:  1172218
DOB:  08/21/1966
Age:  37 Years
Next of Kin:
Living will:  No
Language:

Work:
SSN:  ■■■■■■
Sex:  MALE
Race:  WHITE

Begin/End Range:  06/15/2004 to 06/27/2004
No. of Admissions:  5
First Admission Date:  06/15/2004
Last Admission Date:  06/27/2004
Date of Death:

Other Providers:  CANTU, JUDITH
CANTU, JUDITH
CORONADO, DIANA
DENISON, BARBARA J
FAUST, HARRY L
GONZALEZ, MIGUEL
GULLEM, RENE P
LAPOINT, PATRICIA
LAPOINT, PATRICIA
MATA, IDOLISA
MCCLELLAN, BERNAIDA P
MERCADO, STEVEN A
OZUNA, MELISSA
UNKNOWN, UNKNOWN

## INSURANCE INFORMATION

No Insurance information for this patient.

B CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS)
First Observed:  06/26/2003 12:27

## CHRONIC CARE
ICD9:  011.     Diag Group:  PRIMARY          Status:  Active

P - PSYCHIATRIC SYMPTOMS
First Observed:  06/27/2004 16:51

## NURSE PROTOCOL
ICD9:  HSN-70     Diag Group:  SECONDARY          Status:  Active

06/27/2004 17:22 MATA, IDOLISA  R.N.
story (de       Subjective Data: 1. chief complaint (describe): , 2. significant medical and psychiatric

scribe):      3. patient complaint::

story (de       Subjective Data: 1. chief complaint (describe): , 2. significant medical and psychiatric

scribe):     3. patient complaint:: , agiatated (excess movement)
ha

llucinations:
tory (de       Subjective Data: 1. chief complaint (describe): , 2. significant medical and psychiatric

AC Clinical Summary for: RICKY L ROBERTSON          Copy of Original Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED          06/27/2004 17:17 PM

# EMERALD CLINICAL PATIENT SUMMARY

LOPEZ  EDINBURG, TX
Sunday   June    27, 2004 17:17 PM

PSYCHIATRIC SYMPTOMS (continued)

ha                scribe):          3. patient complaint:: , agiatated (excess movement)

                  llucinations:              visual:
history (de        Subjective Data: 1. chief complaint (describe): , 2. significant medical and psychiatric

ha                scribe):          3. patient complaint:: , agiatated (excess movement)

                  llucinations:              visual: , yes
                  5. Self-Injurious Thoughts/Behavior?: no
                  6. History Of Suicide Attempts?: no
                  7. History Of Self-Mutilation?: no
                  8. Thoughts Of Hurting Others?: no
                  Objective Data:          1. current behavior::
                  Objective Data:          1. current behavior:: agitated
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance::
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance:: clean
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance:: clean          3. currently on psychiatric medication?:
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance:: clean          3. currently on psychiatric medication?:

                  yes:
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance:: clean          3. currently on psychiatric medication?:

                  yes:                compliance::
                  Objective Data:          1. current behavior:: agitated                2.
physical appea
                  rance:: clean          3. currently on psychiatric medication?:

                  yes:                compliance:: good
                  4. History Of Psychiatric Care?: yes
                  5. Previous Crisis Management Admit?: no
                  6. Previous Inpatient Admission?: no
                  7. Is Patient Oriented To::          person::
                  7. Is Patient Oriented To::          person:: yes
                  7. Is Patient Oriented To::          person:: yes        place::
                  7. Is Patient Oriented To::          person:: yes        place:: yes
                  7. Is Patient Oriented To::          person:: yes        place:: yes

                  date::
                  7. Is Patient Oriented To::          person:: yes        place:: yes

                  date:: yes
                  8. Speech:: slow

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING IS PROHIBITED

McCollum-Robertson-01981

# EMERALD CLINICAL PATIENT SUMMARY

LOPEZ  EDINBURG, TX
Sunday , June   27, 2004 17:17 PM

PSYCHIATRIC SYMPTOMS (continued)
9. Motor Activity:: agiatated/restless

## PROBLEM LIST

**ALLERGIES**   First Observed:  05/17/2004 11:42   ICD9:  477.9   Diag Group:  PRIMARY   Status:  Active

**BIPOLAR I DISORDER NOS**   First Observed:  04/16/2004 12:00   ICD9:  296.80   Diag Group:  PRIMARY   Status:  Active

**CONSTIPATION**   First Observed:  12/23/2003 11:31   ICD9:  564.0   Diag Group:  PRIMARY   Status:  Active

**DISORDERS OF EAR NOS**   First Observed:  05/17/2004 11:44   ICD9:  388   Diag Group:  PRIMARY   Status:  Active

**HEADACHE**   First Observed:  12/23/2003 11:32   ICD9:  784.0   Diag Group:  PRIMARY   Status:  Active

**OBSERVATION- COND NOT FOUND**   First Observed:  05/07/2004 07:09   ICD9:  V71   Diag Group:  PRIMARY   Status:  Active

**PHYSICAL EXAMINATION**   First Observed:  09/09/2003 11:05   ICD9:  V70.7   Diag Group:  PRIMARY   Status:  Active

## CURRENT MEDICATIONS

| Start Date Time | Auto Stop Date Time | Drug | Dose | | | Last Date Time | Ordered ERemarks |
|---|---|---|---|---|---|---|---|
| 6/25/2004 07:45 | NONE | BENZTROPINE MESYLATE 2MG TABS | 1 | TABS | ORA BID | N/A | FAUST, HARRY L |
| Special Instruction: | EQUI=COGENTIN. NON-KOP | | | | | | |
| 5/21/2004 13:23 | NONE | CHLORPROMAZINE HCL 50MG TABS | 2 | TABS | ORA BID | N/A | FAUST, HARRY L |
| Special Instruction: | EQUI=THORAZINE. *NON-KOP*, MAY CAUSE DROWSINESS OR DIZZINESS, MAY IMPAIR THE ABILITY TO DRIVE OR OPE | | | | | | |
| | RATE MACHINERY, THIS STRENGTH RESTRICED FROM UNIT STOCK, VERY IMPORTANT TO TAKE OR USE | | | | | | |
| THIS EXACTLY | AS DIRECTED | | | | | | |
| 5/21/2004 10:58 | NONE | LITHIUM CARBONATE 300MG CAPS | 3 | CAPS | ORA BID | N/A | FAUST, HARRY L |
| Special Instruction: | EQUI=ESKALITH. | | | | | | |
| 6/25/2004 07:44 | NONE | SYMMETREL 100MG CAPS | 1 | CAPS | ORA BID | N/A | FAUST, HARRY L |
| Special Instruction: | EQUI=AMANTADINE | | | | | | |

IAC Clinical Summary for: RICKY L ROBERTSON
Copy of OIG case to Litigation Support on 06-26-2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED   06/27/2004 17:17 PM



# EMERALD CLINICAL PATIENT SUMMARY
LOPEZ  EDINBURG, TX
Sunday  , June    27, 2004 17:17 PM

## ALLERGIES

| First Observed | Allergen | Reaction | Severity |
|---|---|---|---|
| 07/20/2003 | NO KNOWN ALLERGIES | | N/A |
| | *Comment: N/A* | | |

## REMINDERS

| Date | Time | Last Appointment for Current Facility: LOPEZ |
|---|---|---|
| 06-25-2004 10:30 AM | | For:      -  +DMS |
| | | Reminder:  +DMS PSYCH F/U VISIT (30MIN) |
| | | Comments: |

| Date | Time | Reminders for Current Facility: LOPEZ |
|---|---|---|
| 08-25-2004 02:34 PM | | For:       BARBARA DENISON  -  MENTAL HEALTH |
| | | Reminder:  MH-AIMS |
| | | Comments:  SCHEDULE  AIMS |
| 06-30-2004 07:41 AM | | For:       BARBARA DENISON  -  MENTAL HEALTH |
| | | Reminder:  MH-FOLLOW-UP |
| | | Comments:  F/U PER MED CHANGE |



| Date | Time | Past Due Reminders for Current Facility: LOPEZ |
|---|---|---|
| 6-25-2004 10:30 AM | | For:      -  +DMS |
| | | Reminder:  +DMS PSYCH F/U VISIT (30MIN) |
| | | Comments: |

## PAST ADMISSIONS

| dmit ate | Disch. Date | Discharge Type | MRN | Facility Name | Facility Location | Admitting Physician |
|---|---|---|---|---|---|---|
| /27/2004 | | | 1172218 | LOPEZ | EDINBURG, TX | IDOLISA MATA |
| /25/2004 | 06/25/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | HARRY FAUST |
| '21/2004 | 06/21/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | IDOLISA MATA |
| '16/2004 | 06/16/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | BARBARA DENISON |
| 15/2004 | 06/15/04 | OTHER | 1172218 | LOPEZ | EDINBURG, TX | BARBARA DENISON |
| 38/2004 | 06/08/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | MIGUEL GONZALEZ |
| )2/2004 | 06/02/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | BARBARA DENISON |
| l1/2004 | 06/01/04 | OTHER | 1172218 | LOPEZ | EDINBURG, TX | BARBARA DENISON |
| | 05/25/04 | RELEASED | 1172218 | LOPEZ | EDINBURG, TX | BARBARA DENISON |

4C Clinical Summary for: RICKY L ROBERTSON          Copy of Robertson Litigation Support produced on 06-26-2013 by SCH          06/27/2004 17:17 PM
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



## EMERALD CLINICAL PATIENT SUMMARY
LOPEZ  EDINBURG, TX
Sunday  , June    27, 2004 17:17 PM

| | 05/21/04 | RELEASED | 1172218 | LOPEZ | | EDINBURG, TX | IDOLISA MATA |

### MAJOR PROCEDURES

No Procedures for the date range specified.

### RECENT PROCEDURES / STUDIES

| Date Performed | Facility | Description | CPT Code |
|---|---|---|---|
| 27-JUN-04 | LOPEZ | NURSING LEVEL1 COMPLETE VISIT | N9391 |
| 27-JUN-04 | LOPEZ | NURSING PATIENT EDUCATION | N9391 |
| 25-JUN-04 | LOPEZ | MH OP FOLLOW-UP | 00700 |
| 25-JUN-04 | LOPEZ | TELE PSYCH CONSULT | 90806 |
| 21-JUN-04 | LOPEZ | PPD INJECTION REQUEST/ORDER | 90799 |
| 16-JUN-04 | LOPEZ | MH OP SICK CALL/REFERRAL TRIAGE | 00100 |
| 08-JUN-04 | LOPEZ | FOLLOW UP OFFICE VISIT | 99213 |
| 25-MAY-04 | LOPEZ | MH OP ASSESSMENT/EVALUATION | 15786 |
| 25-MAY-04 | LOPEZ | NURSING EKG | N9391 |
| 19-MAY-04 | LOPEZ | BRIEF OFFICE VISIT (LEVEL 1)* COPAY* | 99201 |
| 17-MAY-04 | LOPEZ | INTERMED OFFICE VISIT - LEVEL 2 (NO COPAY) | 99203 |
| 6-MAY-04 | LOPEZ | NURSING COPAY CHARGE $3 (ADD-ON CODE) | 10060 |
| 7-MAY-04 | LOPEZ | *NURSING INJECTION | 90799 |
| 7-MAY-04 | LOPEZ | CHEMISTRY 10 PANEL (INCLUDES NA,K,CL,TCO2,BUN,GLU,CREAT,CA,PHOS,MG) {CHEM10(4295/L} | |
| 7-MAY-04 | LOPEZ | LITHIUM, SERUM (LITHIUM)  {PSYL} | 80178 |
| 7-MAY-04 | LOPEZ | THYROID STIMULATING HORMONE (TSH)(BFPSYL) | 84443 |
| 5-APR-04 | LOPEZ | EXTENDED OFFICE VISIT (LEVEL 3) *COPAY* | 99205 |
| )-SEP-03 | LOPEZ | BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY) | 99201 |

RAC Clinical Summary for: RICKY L ROBERTSON                    Copy of DCC Correctional Litigation Support on 06-28-2013 by scm.
                                                              UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# EMERALD CLINICAL PATIENT SUMMARY
LOPEZ  EDINBURG, TX
Sunday  , June    27, 2004 17:17 PM

## IMMUNIZATION AND VACCINATION STATUS

| Date Performed | Facility | Description |
|---|---|---|
| 06/21/2004 | LOPEZ | PPD INJECTION REQUEST/ORDER |
| 05/07/2004 | LOPEZ | *NURSING INJECTION |

## REFERRALS

No Referrals for the date range specified.

## CULTURE RESULTS

No Culture Results for the date range specified.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED 06/27/2004 17:17 PM

# EMERALD CLINICAL PATIENT SUMMARY

LOPEZ  EDINBURG, TX
Sunday  , June   27, 2004 17:17 PM

## LAB RESULTS for last 3 dates - Horizontal
### UNCLASSIFIED

|                  | PPD  |
|------------------|------|
| 06/23/2004 13:59 | 0 MM |

## VITAL SIGNS

| Taken Date Time | Supine | Blood Pressure Sitting | Standing | Supine | Pulse Sitting | Standing | Resp | Weight | Temp |
|-----------------|--------|--------|----------|--------|--------|----------|------|--------|------|
| 6/27/2004 16:50 |  | 133 / 82 |  |  | 94 |  | 18 | 226 LB | 98.2 - PO |
| 6/21/2004 08:27 |  | 158 / 85 |  |  | 96 |  | 20 | 227 LB | 96 - PO |
| 6/08/2004 13:15 |  | 130 / 80 |  |  | 85 |  | 16 | 227 LB | 98.2 - PO |
| 5/19/2004 11:15 |  | 144 / 77 |  |  | 77 |  | 12 | 232 LB | 98.6 - PO |
| 5/17/2004 11:35 |  | 134 / 76 |  |  | 67 |  | 20 | 232 LB | 98 - PO |
| 6/16/2004 13:34 |  | 155 / 78 |  |  | 60 |  | 20 | 235 LB | 98.7 - PO |

Clinical Summary for: RICKY L ROBERTSON

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR REPRODUCTION PROHIBITED  06/27/2004 17:17 PM

McCollum - Robertson - 7086




UTMB CORRECTIONAL MANAGED CARE
MENTAL HEALTH SERVICES
DIAGNOSTIC & EVALUATION DISCHARGE SUMMARY

I.        IDENTIFYING DATA

NAME: ROBERTSON, RICKY                          DATE OF ADMISSION: 6/30/2004

TDCJ#: 1172218  B2B-003                          DATE OF DISCHARGE: 7/9/2004

REFERRING FACILITY: RL                          REFERRING CLINICIAN:

II.       REASON FOR ADMISSION

*Decompensation*

III.      REFERRING DIAGNOSIS

AXIS I: 296.8

AXIS II: Deferred

IV.       FINAL D&E DIAGNOSIS

AXIS I: ~~296.8~~ 296.52 *Bipolar I D/o, MRE Depressed, Moderate*

AXIS II: Deferred

AXIS III: Deferred

AXIS IV: Incarceration

AXIS V: 70

V.        DISPOSITION

☐   PATIENT IS IN NEED OF INPATIENT MENTAL HEALTH CARE AT THIS TIME

☒   PATIENT IS NOT IN NEED OF INPATIENT MENTAL HEALTH CARE AT THIS TIME

☐   PATIENT COULD BENEFIT FROM INPATIENT MENTAL HEALTH CARE BUT WILL NOT VOLUNTARILY CONSENT TO
     ADMISSION AND DOES NOT MEET THE INVOLUNTARY COMMITMENT CRITERIA

☐   PATIENT'S CONDITION IMPROVED DURING D&E STAY AND HE/SHE IS ABLE TO RETURN TO THE OUTPATIENT SETTING

VI.       RECOMMENDATIONS (CHECK ALL THAT APPLY)

☐   INITIATE INPATIENT MENTAL HEALTH CARE; TRANSFER TO _____ PROGRAM

☒   INITIATE/CONTINUE OUTPATIENT MENTAL HEALTH CARE

     ☒      MEDICATIONS AS ORDERED

     ☒      COUNSELING/PSYCHOTHERAPY

☐   PATIENT HAS A HISTORY OF POOR MEDICATION COMPLIANCE; MONITOR CLOSELY

☐   MONITOR FOR SIGNS OF DECOMPENSATION & POSSIBLE FUTURE INVOLUNTARY COMMITMENT

☒   OTHER: S3NT; III.19,20,21,23,25,26,27; IV.B, V.C

[signature]                                          7/9/2004

[ ]Daryl Knox, MD, [  ]Karl Yu, PA-C, Psychiatry       DATE
MHS D-2.1 (01/03)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED




**Name:** ROBERTSON, RICKY

**TDCJ No.:** 1172218

**Unit:** J4          B2B-003

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

| Date & Time | Notes |
|---|---|
| 7/9/2004 | D&E Day 7      Therapist: GADBAN/T |
| 9:05 Am. | S: Pt Seen cell side |
| | The patient states, " I was fairly calm and anxiety. I get out in August — Harris Co. I'm going to a half way house. I'm not Suicidal. Denies A/H currently |
| | O: Non agitated. No acute distress |
| | Mood/Affect: euthymic / congruent |
| | Sensorium: Clear |
| | Thought Processes: goal directed |
| | Thought Content: (−) A/H , (−) S I |
| | A: 298.9 |
| | P: See D&E Discharge Summary |
| | D/C to UOA Cont current meds. |
| | [X]Daryl Knox, MD, [  ]Karl D. Yu, PA-C, Psychiatry |

Please sign each entry with status

HSM – 1 (Rev - 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Robertson, Rickey
**TDCJ No.:** 172218
**Unit:** J4

| Date & Time | Notes |
|---|---|
| 7/7/04 [430 | Talked to pt in day room for PE, pt still c/o seeing spiders (hundreds of them) Add Thorazine 50mg BID x 30 d /Tpo cont. Thorazine 100mg +po BID (So total dose is 150mg BID) |

ease sign each entry with status.

1 - 1 (Rev. 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



1   ATTACHMENT A – THIS VI.A

**TEXAS DEPARTMENT**
**OF**
**CRIMINAL JUSTICE**

**INSTITUTIONAL DIVISION**
**Jester IV Psychiatric Facility**
**PSYCHIATRIC EVALUATION**

I:      Identifying Data
II:     Reason for Referral
III:    Chief Complaint
IV:     Pertinent Psychiatric History
V:      Pertinent Medical History
VI:     Pertinent Physical Findings
VII:    Mental Status Examination
VIII:   Summary of Findings
IX:     DSM IV Diagnosis (Axis I-V)
XI:     Recommendation/Interventions
XII:    Prognosis
XIII:   Signature/Date

---

**Inmate Name: Robertson, Ricky**          **TDCJ-ID: 1172218**
**Date of Report: 07/07/04**                **D & E Day 7: 7/9/2004**

---

The patient consents to treatment by the undersigned.
**IDENTIFYING DATA:**
UOA: RL
DOB: 8/21/1966
**REASON FOR REFERRAL:**
Decompensation—see the following note by unit staff on 6/27/04 for reason for referral:
    P - PSYCHIATRIC SYMPTOMS
    Subjective Data
        1. Chief Complaint (Describe): " EVER SINCE MY MEDICATIONS
WERE HANGED I HAVE BEEN SEEING SPIDERS AND THINGS THAT ARE
NOT THERE"
        2. Significant Medical And Psychiatric History (Describe): BIPOLAR D/O
MANINC
        3. Patient Complaint:
            Agiatated (Excess Movement)
            Hallucinations
                Visual
                    Yes SEEING SPIDERS AND CANDY WRAPPERS
    4. Date Of Onset Of Current Symptoms: 6/26/04
    5. Self-Injurious Thoughts/Behavior?
        No
    6. History Of Suicide Attempts?
        No
    7. History Of Self-Mutilation?
        No
    8. Thoughts Of Hurting Others?
        No

**CHIEF COMPLAINT:**
"I have Bipolar, I am now depressed. They changed my meds, and I started to see spiders." "No,
I am not suicidal, I have never been suicidal, and I have never tried to kill myself. I don't want to
hurt others." "They told me I had Bipolar in 1986. I got treatment at the Yipsalantic Hospital in
Yipsalantic, Michigan." "Lithium worked well." "I got depressed about 2 weeks ago, I was
worried if they would paroled me. They still have not decided yet." "I am still seeing spiders,
hundreds of them." "I hear voices, it's not really talking, men and women, their mouth don't
move. It's just noise. So, they don't really tell me anything. It's just noise."

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1

2       ATTACHMENT A – AXIS VI.A

**TEXAS DEPARTMENT**
**OF**
**CRIMINAL JUSTICE**

**INSTITUTIONAL DIVISION**
**Jester IV Psychiatric Facility**
**PSYCHIATRIC EVALUATION**

| | |
|---|---|
| I: | Identifying Data |
| II: | Reason for Referral |
| III: | Chief Complaint |
| IV: | Pertinent Psychiatric History |
| V: | Pertinent Medical History |
| VI: | Pertinent Physical Findings |
| VII: | Mental Status Examination |
| VIII: | Summary of Findings |
| IX: | DSM IV Diagnosis (Axis I-V) |
| XI: | Recommendation/Interventions |
| XII: | Prognosis |
| XIII: | Signature/Date |

---

**Inmate Name: Robertson, Ricky**          **TDCJ-ID: 1172218**
**Date of Report: 07/07/04**               **D & E Day 7: 7/9/2004**

**PERTINENT PSYCHIATRIC HISTORY:**
The referral diagnosis is None

History of Mental Illness:
The pt is a 37-year-old white male inmate who was referred to J4 for the above reason. He states that he was first diagnosed Bipolar D/O in Michigan in 1986. He is more manic than depressed and Lithium usually helps a lot. He also reports auditory and visual hallucination as above. He states that he was hearing voices and Thorazine was added to his regimen, but then he started to see spiders. Amatadine was later added due to his twitching movement w/ Thorazine. He denies ever been abused in any way as a child. He denies ASPD, PTSD symptoms. He denies any suicidal ideation and has never attempted to kill himself.

Depressive Symptoms—pt reports decreased appetite and sleep. No suicidal ideation or attempts
And he does not feel hopeless or helpless. No crying spell.
Manic Symptoms—currently no manic symptoms
Psychotic Symptoms--The patient reports auditory and visual hallucination as described above.
Denies delusion, and denies the following symptoms: Audible thoughts, Voices conversing,
Running commentary, Thought withdrawal, Thought insertion, Thought broadcasting, Made
thoughts, Made sensations, Made actions
Anxiety Symptoms--The patient reports:
Feeling restless "keyed up" "on edge"
Being easily fatigued
Having difficulty concentrating
"Mind going blank"
Having racing thoughts (unpleasant)
Unsatisfying sleep
Palpitations
Sweating
Trembling/shaking
Shortness of breath
Smothering sensations
Feeling of choking

Antisocial Personality Symptoms-- The patient denies these symptoms

Chemical Abuse / Dependence Symptoms
The patient reports history of marijuana use
Alcohol—was a heavy drinker

2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3   ATTACHMENT A – BS VI.A

**TEXAS DEPARTMENT**
**OF**
**CRIMINAL JUSTICE**

**INSTITUTIONAL DIVISION**
**Jester IV Psychiatric Facility**
**PSYCHIATRIC EVALUATION**

I:     Identifying Data
II:    Reason for Referral
III:   Chief Complaint
IV:    Pertinent Psychiatric History
V:     Pertinent Medical History
VI:    Pertinent Physical Findings
VII:   Mental Status Examination
VIII:  Summary of Findings
IX:    DSM IV Diagnosis (Axis I-V)
XI:    Recommendation/Interventions
XII:   Prognosis
XIII:  Signature/Date

---

**Inmate Name: Robertson, Ricky**          **TDCJ-ID: 1172218**
**Date of Report: 07/07/04**               **D & E Day 7: 7/9/2004**

---

**PERTINENT MEDICAL HISTORY:**
No surgeries
No major medical illnesses
No fractures
**FAMILY AND SOCIAL HISTORY:**
See D & E Psychosocial Evaluation
**PERTINENT PHYSICAL FINDINGS:**
Noncontributory
**MENTAL STATUS EXAMINATION:**
**General Appearance, Behavior, and Speech**
Dress: White TDCJ garment
Hygiene: well kempt
Psychomotor activity: not increased/decreased
Behavior: facial expression is appropriate to thought content
Eye contact: good
Speech: spontaneous, not monotonous, normal rate and volume, no abnormality otherwise
**Mood and Affect**
Mood: mildly depressed          Affect: Normal range and intensity, stable and appropriate
**Sensorium and Cognitive Functioning**
Sensorium: clear
Orientation: oriented to time, place, person, and situation
Immediate, Short-term and Long-term memory: intact
Concentration and Persistence: intact
**Intellectual functioning**
Average based on fund of knowledge, complexity of concepts, and vocabulary intellectual
functioning
**Thought Processes**
Thought processes: coherent, logical, goal-directed
Pressuring of thoughts: no pressuring
**Thought Content**
No hallucinations, delusions, suicidal ideation or homicidal ideation
**Judgment: unimpaired**          **Insight: unimpaired**

**SUMMARY OF FINDINGS:**
This is a 38 year-old pt w/ Bipolar D/O, most recent episode depressed, He is now much less
depressed, he has some visual, auditory hallucination. He denies suicidal ideation

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3



4    ATTACHMENT A – RS VI.A

**TEXAS DEPARTMENT
OF
CRIMINAL JUSTICE**

**INSTITUTIONAL DIVISION
Jester IV Psychiatric Facility
PSYCHIATRIC EVALUATION**

| | |
|---|---|
| I: | Identifying Data |
| II: | Reason for Referral |
| III: | Chief Complaint |
| IV: | Pertinent Psychiatric History |
| V: | Pertinent Medical History |
| VI: | Pertinent Physical Findings |
| VII: | Mental Status Examination |
| VIII: | Summary of Findings |
| IX: | DSM IV Diagnosis (Axis I-V) |
| XI: | Recommendation/Interventions |
| XII: | Prognosis |
| XIII: | Signature/Date |

**Inmate Name: Robertson, Ricky**            **TDCJ-ID: 1172218**
**Date of Report: 07/07/04**                  **D & E Day 7: 7/9/2004**

**DSM IV DIAGNOSTIC IMPRESSION:**
Axis I:      296.52 Bipolar I Disorder, Most recent episode Depressed, Moderate
             303.9   Alcohol Dependence
             304.8   Polysubstance Dependence
Axis II:     301.7   Antisocial Personality Disorder
             301.7   Antisocial Personality Disorder with Borderline Features
             301.83 Borderline Personality Disorder
             V62.89 Borderline Intellectual Functioning
Axis III:    No diagnosis
Axis IV:     Incarceration
Axis V:      70

**RECOMMENDATIONS/INTERVENTION:**
PULHES: S3NT
HSM 18: I.A I.D III.19, 20, 21, 23, 25, 26, 27 IV.B V.C
Medications: Continue current medications:
Thorazine 150 mg BID
Lithium 9000 mg BID
Cogentin 2 mg BID
Amatadine 100 mg BID
Laboratory: Recommend UA, CBC w/differential & platelets, Chem10, LFT's, TSH, and EKG
, Lithium Level on return to unit of assignment.
Disposition: Consider discharge to unit of assignment on completion of D&E

**PROGNOSIS WITH TREATMENT:**
Fair with regard to Axis I Psychiatric Disorder

**SIGNATURE/DATE:**

Karl D. Yu, PA-C, Midlevel Practitioner, 07/07/04

4    Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

 

University of Texas Medical Branch Correctional Managed Care
Mental Health Services
**INDIVIDUAL TREATMENT PLAN (ITP)**

B2B-003

**NAME:** ROBERTSON, RICKY                **TDCJ#:** 1172218          **FACILITY:** JESTER IV

| Provider Type | Program | ITP Review Date | Provider Initial |
|---|---|---|---|
| x  Psychiatrist/MLP | _____  Outpatient | | |
| ____  Psychotherapist/Psychologist | _____  Inpatient | | |
| ____  Mental Health Liaison/Social Worker | _____  ASICP | | |
| ____  Occupational Therapist | _____  Step-down | | |
| ____  Music Therapist | | | |
| ____  Recreational Therapist | | | |

**Date ITP Drafted:** _____ 7/9/2004 _____     **ITP Closed Date:** _____

(see clinic note for details)

**Initial DSM IV Diagnosis**                                    **Revised Diagnosis**

Axis I  298.9 _____                 Revision Date _____
Axis II  Deferred _____              Axis I  _____
Axis III  Deferred _____             Axis II  _____
Axis IV  Incarceration _____         Axis III  _____
Axis V  _____                        Axis IV  _____
                                                Axis V  _____

**Patient strengths** _____ Ambulatory, Verbal _____

**Long-term goal(s)** _____ Resolution of Symptoms related to Problem 1 _____

**Problem/focus of intervention (1)** _____ Symptoms related to Axis I Diagnosis _____

Date Identified ____ 7/9/2004 ____ Short-term goal __ Treatment Compliance, Reduction Symptoms r/t Problem 1 ____

Anticipated achievement date __ Indefinite ____ Actual achievement date _____

Treatment/intervention ____ Psychopharmacotherapy _____

**Problem/focus of intervention (2)** _____

Date Identified _____ Short-term goal _____

Anticipated achievement date _____ Actual achievement date _____

Treatment/intervention _____

**Problem/focus of intervention (3)** _____

Date Identified _____ Short-term goal _____

Anticipated achievement date _____ Actual achievement date _____

Treatment/intervention _____

**Provider Name:** [X] Daryl Knox, MD, [  ] Karl D. Yu, PA-C, Psychiatry      **Title:** [  ] MD, [  ] PA-C

**Signature:** _[signature]_                                         **Date:** 7/9/2004

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



B2B-003

**Texas Department of Criminal Justice**
**Mental Health Services**
**ABNORMAL INVOLUNTARY MOVEMENT SCALE**

NAME:   ROBERTSON, RICKY
TDCJ #:  1172218
DATE:   7/9/2004

Complete examination procedure outlined in the instructions before making rating. Rate highest severity observed. Movements occurring upon activation rate one less than those occurring spontaneously.
0 = None  1 = Minimal  2 = Mild  3 = Moderate  4 = Severe

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Muscles of facial expression<br>e.g. movements of forehead, eyebrows, periorbital area, cheeks, include frowning, blinding, smiling, grimacing | 0 | | | | | | | |
| 2. Lips and perioral area<br>e.g. puckering, pouting, smacking | 0 | | | | | | | |
| 3. Jaw<br>e.g. biting, clenching, chewing, mouth opening, lateral movement | 0 | | | | | | | |
| 4. Tongue<br>Rate only increase in movement both in and out of mouth, not inability to sustain movement | 0 | | | | | | | |
| 5. Upper (arms, wrists, hands, fingers)<br>Include chronic movements (i.e. rapid objectively purposeless, irregular, spontaneous); athetoid movements (i.e. slow, irregular, complex, serpentine). DO NOT include tremor (i.e. repetitive, regular, rhythmic). | 0 | | | | | | | |
| 6. Lower (legs, knees, ankles, toes)<br>e.g. lateral knee movement, foot tapping, heel dropping, foot squirming, inversion, and eversion of foot | 0 | | | | | | | |
| 7. Neck shoulders, hips<br>e.g., rocking, twisting, squirming, pelvic gyrations | 0 | | | | | | | |
| 8. Severity of abnormal movements | 0 | | | | | | | |
| 9. Incapacitation due to abnormal movements | 0 | | | | | | | |
| 10. Patient's awareness of abnormal movements<br>Rate only patient's report: No awareness=0  Aware, no distress =1  Aware, mild distress=2  Aware, moderate distress=3 Aware, severe distress=4 | 0 | | | | | | | |
| 11. Current problems with teeth &/or dentures?<br>No=0  Yes=1 | 0 | | | | | | | |
| 12. Does patient usually wear dentures?<br>No=0  Yes=1 | 0 | | | | | | | |
| Comments: | | | | | | | | |
| Please date and sign on the spaces on the right. | | | | | | | | |

HSP-15 (FRONT) (REV. 4/02)

[ ] Karl D. Yu, PA-C
[X] Daryl, Knox,MD7/9/2004

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



B2B-003

Texas Department of Criminal Justice
Mental Health Services
ABNORMAL INVOLUNTARY MOVEMENT SCALE

NAME:   ROBERTSON, RICKY
TDCJ #:  1172218
DATE:    7/9/2004

Complete examination procedure outlined in the instructions before making rating. Rate highest severity observed. Movements occurring upon activation rate one less than those occurring spontaneously.
0 = None   1 = Minimal   2 = Mild   3 = Moderate   4 = Severe

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Muscles of facial expression<br>  e.g. movements of forehead, eyebrows, periorbital area, cheeks, include frowning, blinding, smiling, grimacing | 0 | | | | | | | | |
| 2. Lips and perioral area<br>  e.g. puckering, pouting, smacking | 0 | | | | | | | | |
| 3. Jaw<br>  e.g. biting, clenching, chewing, mouth opening, lateral movement | 0 | | | | | | | | |
| 4. Tongue<br>  Rate only increase in movement both in and out of mouth, not inability to sustain movement | 0 | | | | | | | | |
| 5. Upper (arms, wrists, hands, fingers)<br>  Include chronic movements (i.e. rapid objectively purposeless, irregular, spontaneous); athetoid movements (i.e. slow, irregular, complex, serpentine). DO NOT include tremor (i.e. repetitive, regular, rhythmic). | 0 | | | | | | | | |
| 6. Lower (legs, knees, ankles, toes)<br>  e.g. lateral knee movement, foot tapping, heel dropping, foot squirming, inversion, and eversion of foot | 0 | | | | | | | | |
| 7. Neck shoulders, hips<br>  e.g., rocking, twisting, squirming, pelvic gyrations | 0 | | | | | | | | |
| 8. Severity of abnormal movements | 0 | | | | | | | | |
| 9. Incapacitation due to abnormal movements | 0 | | | | | | | | |
| 10. Patient's awareness of abnormal movements<br>  Rate only patient's report: No awareness=0 Aware, no distress =1 Aware, mild distress=2 Aware, moderate distress=3 Aware, severe distress=4 | 0 | | | | | | | | |
| 11. Current problems with teeth &/or dentures?<br>  No=0   Yes=1 | 0 | | | | | | | | |
| 12. Does patient usually wear dentures?<br>  No=0   Yes=1 | 0 | | | | | | | | |
| Comments: | | | | | | | | | |
| Please date and sign on the spaces on the right. | | | | | | | | | |

HSP-15 (FRONT) (REV. 4/02)

[ ] Karl D. Yu, PA-C
[X] Daryl. Knox.MD7/9/2004

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Name:** ROBERTSON, RICKEY

**TDCJ No.:** 1172218

**Unit:** J4          B2A-18

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

| Date & Time | Notes |
|---|---|
| 6/30/2004 | Initial D&E Psychiatric Assessment          D&E Day 1  ·  Therapist: GADBAN/T |
| 1670 | Referring Diagnosis: Seeing spiders after drug charge (See EMR note 6/27/04)
S: The patient states, " I don't know why they sent me here." "I was seeing spiders then, Not any more." "I am taking Thorazine, Cogentin, Amantadine & Lithium, for Bipolar Manic." "I'm probably depressed Now," "I slept 8 hours." "Not very depressed" "yes sir, I'm feeling fine, I don't need you to change my med." "They said I have Bipolar in '85 in Michigan Prison." |
|  | O:
Mood/Affect: mildly depressed ā congruent affect
Sensorium: clear
Orientation: x 4
Thought Processes: C/G/D
Thought Content: ⊘H/D/SI/HI |
|  | A: 296.5 Bipolar D/o. MRE depressed.
P: Continue D&E Process
Cont all current Meds. |
|  | [   ]Daryl K. Knox, MD, [X]Karl Yu, PA-C, Psychiatry |

6/30/04

Copy of OIG case to Litigation Support on 06/26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MSJ appx 71447

UTMB MANAGED CARE
CID NEWLY ASSIGNED PATIENT CHART REVIEW

NAME: Robertson Reely    TDCJ#: 1172218
FACILITY: J4    DATE: 6·28·04
DOB: 8/21/66    AGE: 37    SEX: m
ALLERGIES: NKDA

| Current TB Class | | |
|---|---|---|

| PPD current: *If no mark Plan line 1* | ✓ | Yes | Currently on TB CPX or TB Therapy: *If yes mark Plan line 11,12,13* | | Yes | No |
|---|---|---|---|---|---|---|
| | | No | | | INH (Isoniazid) | |
| | | | | | RIF (Rifampin) | |
| | | | | | PZA (Pyrazinamide) | |
| | | N/A | | | (EMB) Ethambutol | |
| | | | | | B6 | |
| | | | | | Other: | |

| Length of Prior CPX *(If CPX is less 6 months, mark Plan line 14)* | |
|---|---|
| Last CXR date *(If Class 2, 3, or 4 and no CXR in TDCJ during current incarceration mark Plan line 2)* | |
| Last Tetanus/due date *(if greater than 10 years, mark Plan line 3)* | |
| Date of last flu vaccine | ✓ Not Applicable *(Refer to Policy B-14.3)* |
| Date of last pneumonia vaccine | ✓ Not Applicable *(Refer to Policy B-14.3)* |

| Positive Hepatitis B hx/vaccination: *(If no, mark Plan line 4A)* | | Yes |
|---|---|---|
| | ✓ | No |
| | | Refused |

| If currently receiving the HBV vaccination, next due: *(If receiving mark Plan line 4B)* | |
|---|---|

| Varicella history documented in chart: *(If no, mark Plan line 5)* | ✓ | Yes |
|---|---|---|
| | | No |

| Last PE offered: | 6/30/03 | Due: *(If yes mark Plan line 5; refer to policy E 34.2)* | | Yes |
|---|---|---|---|---|
| | | | ✓ | No |

| RPR: *(If no mark Plan line 9)* | ✓ | Yes | RPR result: | Reactive | |
|---|---|---|---|---|---|
| | | No | | ✓ | Non-Reactive |
| | | Refused | | | |

| Previous HIV testing: *(If not tested, mark Plan line 10)* | | Yes |
|---|---|---|
| | ✓ | No |
| | | Refused |

FEMALE ONLY

| Pap pelvic current: *(If no, mark Plan line 6A; refer policy E34.2)* | | Yes | Mammogram referral needed: *(If yes, mark Plan line 6B; refer to Policy E 34.2* | | Yes |
|---|---|---|---|---|---|
| | | No | | | No |
| | | Not Applicable | | | Not Applicable |

PREGNANT FEMALE

| HCV status: *(If none mark Plan line 7A)* |
|---|
| HbsAG status: *(If none, mark Plan line 7B)* |

Copy of OIG case to Litigation Support on 06.26.2012 by /sgof
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## MEDICAL & MENTAL HEALTH TRANSFER SCREENING

NAME: _Roberton, C_     TDCJ: _177224_     ALLERGIES: _NKDA_

III. Facility of Assignment Health Screening: Date: _____ Time: _____ Facility: _____

Current History of treatment for Health Problems or Chronic Condition?   MEDICAL ☐    DENTAL ☐
       MENTAL HEALTH ☐    SUBSTANCE ABUSE ☐

If yes, describe: _____

Currently taking any medications   Yes ☐   No ☐     PRINT PASS ATTACHED:   Yes ☐   No ☐
Direct Observed Therapy?   Yes ☐   No ☐     Keep On Person?   Yes ☐   No ☐
Do you have a current health care complaint?   MEDICAL ☐    DENTAL ☐    MENTAL HEALTH ☐

If yes, describe: _____

GENERAL APPEARANCE:   Clean ☐   Dirty ☐   Neat ☐   Sloppy ☐
SKIN:   Cuts: Yes ☐ No ☐     Bruises: Yes ☐   No ☐     Sores: Yes ☐   No ☐
PHYSICAL DEFORMITIES:   Yes ☐    No ☐

If yes, describe: _____

OFFENDER'S PRESENT ORIENTATION:    What is today's date? _____   Time? _____
               What place is this? _____

SPEECH:   ☐ Fluent   ☐ Mumbling   ☐ Shouting   ☐ Refuses to Talk   ☐ Other: _____

BEHAVIOR:   ☐ Angry   ☐ Crying   ☐ Cooperative   ☐ Happy   ☐ Other: _____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?   Yes ☐    No ☐ _____
HAVE YOU EVER TRIED TO KILL YOURSELF?   Yes ☐    No ☐ _____

OFFENDER SIGNATURE: _____ DATE: _____

SCREENER SIGNATURE: _____ DATE: _____

IV.    Review of Offender' Health Record _mm_
Date last PPD / CXR = _6/29/03_ ☑ X-rays Rec'd: YES ☐ NO ☑   Meds Rec'd: YES ☐ NO ☑   DOT: YES ☐ NO ☑
Health Problems: _Vision - Psych_

| Meds: | | | |
|---|---|---|---|
| _Lices_ | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| _Cogentin_ | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| _Amerelidin_ } _no meds_ | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| _CPZ_ } _Present_ | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |
| | Rec'd ☐ | Exp'd ☐ | MD Reorder ____ |

Treatments/Special Care/Follow-up/Diets/Appointments:
_____

Add to Chronic Clinic: ☑ Yes ☐ No     Chart for review to: CID ☑
DISPOSITION OF OFFENDER:
No health care needs or immediate referrals to medical necessary ☐
Referral to Medical:    Routine Follow-up ☑    Emergency Medical Services ☐
Referral to Mental Health:   Routine Follow-up ☑    Emergency Mental Health Services ☐
Referral to Dental:    Routine Follow-up ☑    Emergency Dental Services ☐
RELEASE TO GENERAL POPULATION: ☐ Yes ☑ No
Restrictions:   Housing ____ _Lower Only_
        Work   Till: _9-20-04_               Discipline Restrictions:   Yes ☐ No ☑
Nurse Signature Date Time _Graham_ _6/28/04_ _0045_
Physician Extender Signature Date _LM Larson M.D._

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSN-1 ACA-Pilot Draft 3 2003            To Remain in Offender's Health Record

MEDICAL CLEARANCE FOR MENTAL HEALTH TRANSFERS

DATE 6/27/04     TIME 1545     REFERRING UNIT RL     RECEIVING UNIT J4

OFFENDER NAME Robertson, Ricky L     TDCJ # 1172218     AGE/DOB 8/21/66   37

ALLERGIES NKDA          ILLNESSES Bipolar D/O - Manic

INJURIES NONE     PULHES:   P___ U___ L___ H___ E___ S 3NT

| VITAL SIGNS: | | CURRENT MEDICATIONS: | |
|---|---|---|---|
| 6/27/04 | WT 226 | | |
| | TEMP 982 | Lithium 900 BID | |
| | PULSE 94 | Therazine 100 BID | |
| | RESP 18 | Cogentin 2 BID | |
| | BP 133/82 | Amantadine 100 BID | |

PHYSICAL OBSERVATIONS:   (CIRCLE APPROPRIATE RESPONSE)

| SKIN | | GYNECOLOGICAL | |
|---|---|---|---|
| 1. TURGOR | (GOOD) / POOR | 1. PREGNANT | YES / NO / NA |
| 2. LACERATIONS | YES / (NO) | 2. MENSTRUATING | YES / NO / NA |
| 3. CONTUSIONS | YES / (NO) | | |
| 4. BRUISES | YES / (NO) | | |
| RESPIRATORY | | NEUROLOGICAL | |
| 1. BREATH SOUNDS | (CLEAR) / WHEEZING | 1. HEADACHE/DIZZINESS | YES / (NO) |
| 2. DYSPNEA | YES / (NO) | 2. SPEECH | (NORMAL) / SLURRED |
| 3. COUGH/CONGESTION | YES / (NO) | 3. PUPILS | (EQUAL) / UNEQUAL |
| | | 4. GAIT | (NORMAL) / ABNORMAL |
| CARDIOVASCULAR | | COGNITIVE | |
| 1. RHYTHM | (REGULAR) / IRREGULAR | 1. ORIENTATION | (PERSON) / (PLACE) / (TIME) |
| 2. EDEMA | YES / (NO) | 2. COHERENCE | ORGANIZED / ILLOGICAL |
| 3. CHEST PAIN | YES / (NO) | 3. EMOTIONS | SOCIAL / WITHDRAWN |
| 4. BLEEDING TENDENCIES | YES / (NO) | | AGITATED / (LISTLESS) |
| | | | HOSTILE / (COOPERATIVE) |
| GASTROINTESTINAL | | GENITOURINARY | |
| 1. DISTENTION | YES / (NO) | 1. FLANK PAIN | YES / (NO) |
| 2. CONSTIPATION/DIARRHEA | YES / (NO) | 2. BURNING/FREQUENCY | YES / (NO) |
| 3. NAUSEA/VOMITING | YES / (NO) | 3. DISCHARGE | YES / (NO) |
| 4. ABDOMINAL PAIN | YES / (NO) | | |

EXAMINER SIGNATURE _Amata_     TITLE _PA_

DISPOSITION:

☑ MEDICALLY CLEARED FOR TRANSPORT TO INPATIENT/CRISIS MANAGEMENT FACILITY

NAME OF PHYSICIAN/MLP _M. Domiz PAC / Amata PA_

SIGNATURE (OR CO-SIGNATURE IF V.O. OR T.O.)_____

Copy of OIG case to Litigation Support on 08.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

B2B-003

**TEXAS DEPARTMENT**
**OF**
**CRIMINAL JUSTICE**

**DIVISION INSTITUTIONAL**
**Jester IV Psychiatric Facility**

**PSYCHOSOCIAL EVALUATION**

| | | | |
|---|---|---|---|
| I. | Identifying Data | | 1 |
| II. | Reason For Referral | | |
| III. | Chief Complaint | | |
| IV. | Pertinent Mental Health History | | |
| V. | Pertinent Social History | | |
| VI. | Mental Status Exam | | |
| VII. | Results of Psychometrics | | |
| VIII. | Summary of Findings | | |
| IX. | DSM IV Diagnosis | | |
| X. | Recommendations/Interventions | | |
| XII. | Signature/Date | | |

**INMATE NAME: Robertson, Ricky**          **TDCJ#: 1172218**

**IDENTIFYING DATA:**

Patient Name: Robertson, Ricky
TDCJ#: 1172218
Age: 47
Race: Caucasian
Date of Referral to JIV CM: 6/28/04
DOA to D&E: 6/30/04
Examiner: H. Gadban, MA, LPA, LPC

**REASON FOR REFERRAL:**

Robertson was received on Jester IV by way of referral from Lopez unit on 6/28/04. Reason for referral was presented as presentation of agitated behavior and complaints of visual hallucination.  He also verbalized that at his unit he did not want to be around other people.  Following his initial review by the Crisis Management treatment team he was referred to D&E and was voluntarily admitted on 6/30/04.

This psychosocial evaluation was completed in accordance with MHS Policy and Procedure D-2.1.  The purpose of this evaluation was to assess the patient's current mental functioning and to make recommendation for further treatment as appropriate. The patient was informed that this report would be placed in his mental health record and he gave his verbal consent.

**CHIEF COMPLAINTS:**

Robertson was asked to summarize his principle problem that could be a focus of needed help and he stated, "I've been diagnosed with bipolar manic since 86. I'd rather have a cell by myself.  I did not get along with two people at that unit."

**PERTINENT MENTAL HEALTH HISTORY:**

Robertson stated that he was first diagnosed with Bipolar Disorder during his incarceration at Riverside Correctional Facility in Ionia, Michigan.  He stated he was placed on Navane for a brief period of time and then was prescribed Levbid.  He stated following his release from that unit he was supposed to continue psychiatric treatment in the freeworld but he discontinued his medication and did not seek further help.  Since

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



| | | |
|---|---|---|
| **TEXAS DEPARTMENT** | **I.** | **Identifying Data** |
| **OF** | **II.** | **Reason For Referral** |
| **CRIMINAL JUSTICE** | **III.** | **Chief Complaint** |
| | **IV.** | **Pertinent Mental Health History** |
| **DIVISION INSTITUTIONAL** | **V.** | **Pertinent Social History** |
| **Jester IV Psychiatric Facility** | **VI.** | **Mental Status Exam** |
| | **VII.** | **Results of Psychometrics** |
| **PSYCHOSOCIAL EVALUATION** | **VIII.** | **Summary of Findings** |
| | **IX.** | **DSM IV Diagnosis** |
| | **X.** | **Recommendations/Interventions** |
| | **XII.** | **Signature/Date** |

2

---

**INMATE NAME: Robertson, Ricky**          **TDCJ#: 1172218**

his admission to TDCJ he was seen on outpatient basis and was prescribed the following medications; Symmetrel 100mg., Cogentin 2mg., Thorazine 50mg. and Lithium 900mg.

**PERTINENT SOCIAL HISTORY:**

Robertson was born on 8/21/1966 in Lafayette, Indiana.  He was born to an intact family that consisted of both biological parents and one younger brother.  He stated at age two his parents were divorced.  When asked about reason for divorce he stated his mother told him his father was a difficult husband.  He stated his father was never part of his upbringing and he has never seen him since he left the family.  Family psychiatric history was negative.  Family medical history reflects his mother is epileptic and currently receives some disability checks.  Family drug history was positive for alcohol as he stated his maternal uncle died of alcoholism and his father also had a history of alcohol abuse.  Family suicidal history was negative.  Personal history reflects he is currently divorced after having been married for five years at the age of 28.  He stated he has fathered one daughter who is currently 18-years-old and lives on her own.  He stated reason for his divorce was his dislike for medication and dislike for socialization with his wife's family.  Personal medical history reflects no active medical problem other than visual deficits.  Occupationally he stated he worked for himself for eight years selling food and beverages. He also stated he worked for two years in the construction business.  Educationally he reported completing the 12th grade in Michigan and TDCJ record reflects his IQ to be 89.  Drug history was positive for daily abuse of alcohol as well as experimenting with cocaine on a limited basis.  Past history was negative for any form of physical, emotional or sexual abuse.  Past history was also negative for any past suicidal attempts.  Criminal history reflects he is currently serving a three-year-sentence, which began on 5/23/03 with a projected release date of 9/2/04, and maximum release date of 5/22/06.  His crime was Deadly Conduct whereby he threatened to stab a 38-year-old Black male bus driver with a 19-in. sword in a case.  He currently has four minor cases and he is a trustee Line Class S3.

**MENTAL STATUS EXAMINATION:**

Ricky was reluctantly escorted to the dayroom.  He is a 37-year-old Caucasian male who stands 6 ft. 5 in. and weighs approximately 227 lbs.  His statue was upright and his gait was steady and slow.   Attitude and mannerism reflect a polite and cooperative individual.  His eye contact was direct and fairly maintained.  His speech was soft and at a low volume.  His mood was apathetic and his affect was congruent.  When asked to rate his feelings on a scale of 1 – 10 with 10 being the best he stated he felt about 5.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**TEXAS DEPARTMENT**
**OF**
**CRIMINAL JUSTICE**

**DIVISION INSTITUTIONAL**
**Jester IV Psychiatric Facility**

**PSYCHOSOCIAL EVALUATION**

| | | | |
|---|---|---|---|
| I. | Identifying Data | | 3 |
| II. | Reason For Referral | | |
| III. | Chief Complaint | | |
| IV. | Pertinent Mental Health History | | |
| V. | Pertinent Social History | | |
| VI. | Mental Status Exam | | |
| VII. | Results of Psychometrics | | |
| VIII. | Summary of Findings | | |
| IX. | DSM IV Diagnosis | | |
| X. | Recommendations/Interventions | | |
| XII. | Signature/Date | | |

---

**INMATE NAME: Robertson, Ricky          TDCJ#: 1172218**

He denied any active thoughts or plans to harm himself or others but admitted to recent homicidal thoughts without any plans. He reported that he sleeps too much, averaging between 8 – 10 hours a day. He stated his appetite is good and his energy level is low as he states, "I am slow to wake up and start up." Thought flow was organized, coherent and goal directed without any looseness of association or tangential thinking. Thought content did not reflect any active perceptual disturbance at the present time. He admitted to one or two cases of experiencing auditory hallucination in the past. Also, in the recent past, he stated he has experienced visual hallucination of spiders that at times he attempts to step on without finding any. Thought content did not reflect any form of delusional thinking, special preoccupation or obsessive rumination. Cognitively he was oriented to person but not to place or exact time. Recent memory was poor as he recalled only 1:3 objects of 5 minutes delay. Long term memory was fair as he was able to name 3:4 preceding presidents but not in the exact order. Calculation and concentration was good as he completed the Serial 7s and easily spelled the word world backward correctly. Abstract reasoning was poor as he interpreted the proverb about green grass by stating, "It will be better later." As for the proverb about iron he stated, "I've never heard that before." Judgment was poor by history and limited by testing as when asked what would you do if you found a sealed stamped and addressed envelope he stated, "Put it in the mailbox." As for noticing smoke and fire in a theater he stated, "I would look for the fire extinguisher and then look for help and try to locate the manager." Insight into his problem is fair. Overall intellectual functioning appears to be within the normal range.

**RESULTS OF PSYCHOMETRICS:**

Ricky Robertson was administered the PAI. Test results reflect a validity scale with Elevated Negative Impression at a T-score of 96. Given this level of elevation one raised a question about potential distortion. Elevation on the clinic scales was high to Alcohol followed by Schizophrenia, Antisocial and Anxiety Related Disorder. It is important to note that elevation on Schizophrenia does not appear to be consistent with his clinical presentation in the absence of auditory hallucination and delusional thinking. This elevation possibly could be attributed to his desire for social detachment and to be isolated. His anxiety related disorder likewise is also consistent with his clinical presentation as he denied any past traumatic distress. In summary, the PAI reflects an exaggerated clinical picture and inaccurate representation of one's current problems.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TEXAS DEPARTMENT
OF
CRIMINAL JUSTICE

DIVISION INSTITUTIONAL
Jester IV Psychiatric Facility

PSYCHOSOCIAL EVALUATION

| | | |
|---|---|---|
| I. | Identifying Data | 4 |
| II. | Reason For Referral | |
| III. | Chief Complaint | |
| IV. | Pertinent Mental Health History | |
| V. | Pertinent Social History | |
| VI. | Mental Status Exam | |
| VII. | Results of Psychometrics | |
| VIII. | Summary of Findings | |
| IX. | DSM IV Diagnosis | |
| X. | Recommendations/Interventions | |
| XII. | Signature/Date | |

**INMATE NAME: Robertson, Ricky        TDCJ#: 1172218**

## SUMMARY OF FINDINGS:

Robertson was seen this morning for clinical interview, mental status examination and psychometrics.  He stated his principle problem appears to be his desire to be in a single cell and not to be housed in a dorm like setting.  He stated he was first diagnosed with Bipolar Disorder while incarcerated in Michigan but his descriptive symptom does not validate enough symptomology to justify such diagnosis.  Given his description that in the past he has mostly experienced feelings of being down but was able to function presented the possibility of a different diagnosis.

## DSM IV DIAGNOSTIC IMPRESSION:

| | |
|---|---|
| Axis I: | 300.4 Dysthymic Disorder |
| | H/O 296.40 Bipolar I Disorder |
| | 303.90 Alcohol Dependence by History |
| Axis II: | 301.90 Personality Disorder NOS |
| Axis III: | No Active Medical Problem |
| Axis IV: | Moderate, Incarceration |
| Axis V: | Current GAF = 55 |

## RECOMMENDATIONS/INTERVENTIONS:

It is recommended for Robertson to be seen by the attending psychiatrist to evaluate his current status and to adjust his medication accordingly.  On day 7 he should be considered for discharge to his unit of assignment, as it appears to be the least restrictive condition for further care.

## SIGNATURE/DATE:

_H. Gadban_        7/8/04

H. Gadban, MA, LPA, LPC        Date
B1 Pod – D&E Program
Jester IV Psychiatric Facility

HG/lmg        dd: 06/30/04        dt: 07/07/04

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**CLINIC NOTES**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**INSTITUTIONAL DIVISION**

Name: Ricky Robertson

TDCJ No.: 1172218

Unit: J-4

| Date & Time | Notes |
|---|---|
| 6.30-04 13:50 | Initial D and E Assessment: Patient consented to D and E evaluation x 7 working days. |
| | Patient read and signed the Consent to Mental Health Treatment form. Limits of Confidentiality were explained. Patient signed the Release of Information form for freeworld/family contacts. |
| | Informed Consent: Patient informed of assessment plan, risks/benefits, and alternatives to assessment. Patient understands that participation is voluntary and may be discontinued at any time. Se0i. Seen this day for 1st day of D+E → psychosocial evaluation. He is 37 y/o Caucasian male who appears older than his age. He reluctantly agreed to talk stating he had a headache. Chief complaints "I have been diagnosed Bipolar Disorder w/ mania since 1986 & I'd rather be in a cell by myself. Mood was apathetic ruled by him at 5/10 w/o any thoughts or plans for self harm. No hopelessness voiced. Sleep reported to be excessive, w/ good appetite → low energy. Only 2 cases of wakefulness reported/experienced in the past but does not reflect mania. Thought were directed and organized. No active A/H reported. Some recent v/H reported. No delusion reported. Cognitively he was oriented x1 w/ good calculation, poor abstraction → limited judgment. Soc was at the normal range. PPI reflected distortion (Nim = 96) |
| | A- I 300.4 Dysthymic Disorder 4/s of Bipolar Disorder / 303.90 Alcohol Dependence P- Recommend review from the attending and D/C to work on day 7 given the absence of imminent danger to self or others |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MR Robertson-7255




B2B03

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Robertson, Rickey.
**TDCJ No.:** 1172218
**Unit:** J4

| Date & Time | Notes |
|---|---|
| 6-28-04 730 | S/O: Seen the pt in the Seclusion cell for the progress check. Pt is alert oriented x3. Communicate c good eye contact. Pt denies any S/H ideation at this time. A. Calm. P Will Continue monitor & follow up - A. Graham RN |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - HEALTH SERVICES
MENTAL HEALTH OBSERVATION CHECKLIST

B2B02

NAME: Robertson Ricky   TDCJ# 1122224   UNIT: 24   DATE & TIME OF ADMISSION: 6-08-04

CHECK THE APPROPRIATE TYPE:

☑ CRISIS MANAGEMENT          ___ MENTAL HEALTH OBSERVATION          B(A) S( Housing

___ SECLUSION          ___ RESTRAINT

TODAY'S DATE: 6/28/04  0045

ITEMS ALLOWED: (Check appropriate box(es))

___ CLOTHING          ___ REGULAR TRAY          ___ SUICIDE BLANKET

___ UNDERGARMENTS ONLY          ___ PAPER TRAY          ___ WOOL BLANKET

___ MATTRESS          ✓ SACK LUNCH          ___ GOWN

See Shut by

## CODE EXPLANATION

| | |
|---|---|
| 1 | Beating on door/wall |
| 2 | Yelling, screaming |
| 3 | Crying |
| 4 | Laughing |
| 5 | Singing |
| 6 | Mumbling |
| 7 | Talking to self |
| 8 | Talking to others |
| 9 | Standing still |
| 10 | Walking |
| 11 | Sitting or lying |
| 12 | Quiet |
| 13 | Sleeping |
| 14 | Meals/fluids |
| 15 | Bath/shower |
| 16 | Toilet |
| 17 | Restraints loosened |
| 18 | Range of motion |
| 19 | Out-of-cell |
| 20 | Nurse |
| 21 | meds |

### TIME OF VISUAL CHECK

| TIME | CODE/INITIALS | TIME | CODE/INITIALS | TIME | CODE/INITIALS |
|---|---|---|---|---|---|
| 0000 | | 0800 | 11 TH | 1600 | 2-16 TH |
| 0015 | | 0815 | 11 TH | 1615 | 11 TH |
| 0030 | | 0830 | 11 TH | 1630 | 11 TH |
| 0045 | 20a | 0845 | 11 TH | 1645 | 11 TH |
| 0100 | 11 | 0900 | 11 TH | 1700 | 11 TH |
| 0115 | 11 | 0915 | 2-15 TH | 1715 | 11 TH |
| 0130 | | 0930 | 2-16 TH | 1730 | 11 TH |
| 0145 | | 0945 | | 1745 | |
| 0200 | 11 | 1000 | Qt TH | 1800 | |
| 0215 | 11 | 1015 | 11-15 | 1815 | |
| 0230 | | 1030 | 11 TH | 1830 | |
| 0245 | | 1045 | 11 TH | 1845 | |
| 0300 | | 1100 | 11 TH | 1900 | |
| 0315 | | 1115 | 11 TH | 1915 | |
| 0330 | | 1130 | 11 TH | 1930 | |
| 0345 | | 1145 | 2-14 TH | 1945 | |
| 0400 | | 1200 | 11 TH | 2000 | |
| 0415 | | 1215 | 11 TH | 2015 | |
| 0430 | | 1230 | 2-16 TH | 2030 | |
| 0445 | | 1245 | 11 TH | 2045 | |
| 0500 | | 1300 | 11 TH | 2100 | |
| 0515 | | 1315 | 11 TH | 2115 | |
| 0530 | | 1330 | 11 TH | 2130 | |
| 0545 | TH | 1345 | 11 TH | 2145 | |
| 0600 | | 1400 | 11 TH | 2200 | |
| 0615 | 2-14 | 1415 | 11 TH | 2215 | |
| 0630 | 11 | 1430 | 11 TH | 2230 | |
| 0645 | 11 TH | 1445 | 11 TH | 2245 | |
| 0700 | 2-21 TH | 1500 | 11 TH | 2300 | |
| 0715 | 11 TH | 1515 | 11 TH | 2315 | |
| 0730 | 2-16 TH | 1530 | 14 TH | 2330 | |
| 0745 | 11 TH | 1545 | 11 TH | 2345 | |

Printed Name          Initials

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSP-S (Rev. 1-03)

Robertson

# ~ENTAL HEALTH OBSERVATION CHECKLIST
CRIMINAL JUSTICE ~ ALTH SERVICES

N·AME: Gallery   TDCJ#: 117-2218   UNIT: Jester IV   DATE & TIME OF ADMISSION: B2A 158
D&E

**CHECK THE APPROPRIATE TYPE:**

____ CRISIS MANAGEMENT          ____ MENTAL HEALTH OBSERVATION          ____ SUICIDE PRECAUTION

____ SECLUSION          ____ RESTRAINT          ------ASSAULT PRECAUTION

TODAY'S DATE: 6/30/04

**ITEMS ALLOWED: (Check appropriate box(es)**

____ CLOTHING          ____ REGULAR TRAY          ____ SUICIDE BLANKET

____ UNDERGARMENTS ONLY          ____ PAPER TRAY          ____ WOOL BLANKET

____ MATTRESS          ____ SACK LUNCH          ____ GOWN

PLEASE CHECK SHORT TAG

## CODE EXPLANATION

| # | |
|---|---|
| 1 | Seating on doorwall |
| 2 | Yelling, screaming |
| 3 | Crying |
| 4 | Laughing |
| 5 | Singing |
| 6 | Mumbling |
| 7 | Talking to self |
| 8 | Talking to others |
| 9 | Standing still |
| 10 | Walking |
| 11 | Sitting or lying |
| 12 | Quiet |
| 13 | Sleeping |
| 14 | Meals/fluids |
| 15 | Bath/shower |
| 16 | Toilet |
| 17 | Restraints loosened |
| 18 | Range of motion |
| 19 | Out-of-cell |
| 20 | |
| 21 | |

| Printed Name | Initials |
|---|---|
| G. Aeson | GA |
| R. Johnson | RJ |
| McKight | Km |

## TIME OF VISUAL CHECK

| CODE/INITIALS | | CODE/INITIALS | | CODE/INITIALS | |
|---|---|---|---|---|---|
| 0000 | 11 GT | 0800 | 11 Km | 1600 | |
| 0015 | 11 GT | 0815 | Kmil | 1615 | |
| 0030 | 11 GT | 0830 | Kmll | 1630 | |
| 0045 | 11 GT | 0845 | 11 Km | 1645 | |
| 0100 | 11 GT | 0900 | Kmil | 1700 | |
| 0115 | 11 GT | 0915 | | 1715 | |
| 0130 | 11 GT | 0930 | | 1730 | |
| 0145 | 11 GT | 0945 | | 1745 | |
| 0200 | 11 GT | 1000 | | 1800 | |
| 0215 | 11 GT | 1015 | | 1815 | |
| 0230 | 11 GT | 1030 | | 1830 | |
| 0245 | 11 GT | 1045 | | 1845 | |
| 0300 | 11 GT | 1100 | | 1900 | |
| 0315 | 11 GT | 1115 | | 1915 | |
| 0330 | 11 GT | 1130 | | 1930 | |
| 0345 | 11 GT | 1145 | | 1945 | |
| 0400 | 11 | 1200 | | 2000 | |
| 0415 | 11 RJ | 1215 | | 2015 | |
| 0430 | 11 RJ | 1230 | | 2030 | |
| 0445 | 11 RJ | 1245 | | 2045 | |
| 0500 | 11 RJ | 1300 | | 2100 | |
| 0515 | 11 RJ | 1315 | | 2115 | |
| 0530 | 11 RJ | 1330 | | 2130 | |
| 0545 | Km | 1345 | | 2145 | |
| 0600 | Kmil | 1400 | | 2200 | |
| 0615 | Kmil | 1415 | | 2215 | |
| 0630 | Kmil | 1430 | | 2230 | |
| 0645 | 11 Km | 1445 | | 2245 | |
| 0700 | Km | 1500 | | 2300 | |
| 0715 | 11 Km | 1515 | | 2315 | |
| 0730 | Kmil | 1530 | | 2330 | |
| 0745 | 11 Km | 1545 | | 2345 | |

MSP-51 (Rev. 1:03)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

...ALTH SERVICES
# ...ENTAL HEALTH OBSERVATI... CHECKLIST

NAME: Robertson, R. TDCJ# 1172218 UNIT: Jester IV DATE & TIME OF ADMISSION: /

CHECK THE APPROPRIATE TYPE:

____ CRISIS MANAGEMENT ____ MENTAL HEALTH OBSERVATION ____ D&E

____ SECLUSION ____ RESTRAINT ____ SUICIDE PRECAUTION

------ASSAULT PRECAUTION

TODAY'S DATE: 6/29/04

ITEMS ALLOWED: (Check appropriate box(es))

| | | |
|---|---|---|
| ____ CLOTHING | ____ REGULAR TRAY | ____ SUICIDE BLANKET |
| ____ UNDERGARMENTS ONLY | ____ PAPER TRAY | ____ WOOL BLANKET |
| ____ MATTRESS | ____ SACK LUNCH | ____ GOWN |

PLEASE CHECK SHORT TAG

**CODE EXPLANATION**

1. Beating on door/wall
2. Yelling, screaming
3. Crying
4. Laughing
5. Singing
6. Mumbling
7. Talking to self
8. Talking to others
9. Standing still
10. Walking
11. Sitting or lying
12. Quiet
13. Sleeping
14. Meals/fluids
15. Bath/shower
16. Toilet
17. Restraints loosened
18. Range of motion
19. Out-of-cell
20. naked
21. Shower Ref.

**TIME OF VISUAL CHECK**

| Time | CODE/INITIALS | Time | CODE/INITIALS | Time | CODE/INITIALS |
|---|---|---|---|---|---|
| 0000 | 9/20 [illegible] | 0800 | 11 B | 1600 | 11 B |
| 0015 | 9/20 [illegible] | 0815 | 11 B | 1615 | 11 B |
| 0030 | 9/20 [illegible] | 0830 | 11,12 B | 1630 | 11 B |
| 0045 | 9/20 [illegible] | 0845 | 11,12 B | 1645 | 11 B |
| 0100 | 9/20 [illegible] | 0900 | 11 B | 1700 | 11 B |
| 0115 | 9/20 [illegible] | 0915 | 11 B | 1715 | 11 B |
| 0130 | 9/20 [illegible] | 0930 | 11 B | 1730 | 11 B |
| 0145 | 9/20 [illegible] | 0945 | 8,11 B | 1745 | 9 [illegible] |
| 0200 | 9/20 [illegible] | 1000 | 11 B | 1800 | 9 [illegible] |
| 0215 | 11/20 [illegible] | 1015 | 11 B | 1815 | 9 [illegible] |
| 0230 | 11/20 [illegible] | 1030 | 11 B | 1830 | 9 [illegible] |
| 0245 | 11/20 [illegible] | 1045 | 11 B | 1845 | 9 [illegible] |
| 0300 | 11/20 [illegible] | 1100 | 10 B | 1900 | 9 [illegible] |
| 0315 | 11/20 [illegible] | 1115 | 14,8,9 B | 1915 | 9 [illegible] |
| 0330 | 11/20 [illegible] | 1130 | 8,9 B | 1930 | 9 [illegible] |
| 0345 | 11/20 [illegible] | 1145 | 8 B | 1945 | 9 [illegible] |
| 0400 | 11/20 [illegible] | 1200 | 9 B | 2000 | 9 [illegible] |
| 0415 | 3 [illegible] | 1215 | 7,9 B | 2015 | 11 [illegible] |
| 0430 | 3 [illegible] | 1230 | 7,9 B | 2030 | 11 [illegible] |
| 0445 | 3 [illegible] | 1245 | 7,9 B | 2045 | 11 [illegible] |
| 0500 | 3 [illegible] | 1300 | 7,11 B | 2100 | 11 [illegible] |
| 0515 | 3 [illegible] | 1315 | 7,11 B | 2115 | 11 [illegible] |
| 0530 | 3 [illegible] | 1330 | 11 B | 2130 | 11 [illegible] |
| 0545 | 21 B | 1345 | 11 B | 2145 | 11 [illegible] |
| 0600 | 11 B | 1400 | 11 B | 2200 | 11 [illegible] |
| 0615 | 11 B | 1415 | 11 B | 2215 | 11 [illegible] |
| 0630 | 14 B | 1430 | 11 B | 2230 | 11 [illegible] |
| 0645 | 11 B | 1445 | 11 B | 2245 | 11 [illegible] |
| 0700 | 11 B | 1500 | 11 B | 2300 | 11 [illegible] |
| 0715 | 11 B | 1515 | 11 B | 2315 | 11 [illegible] |
| 0730 | 20 B | 1530 | 11 B | 2330 | 11 [illegible] |
| 0745 | 11 B | 1545 | 14 B | 2345 | 11 [illegible] |

| Printed Name | Initials |
|---|---|
| S. Dick | [illegible] |
| B. Bell | BB |

TSP-5 (Rev. 1-03)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UTMB MENTAL HEALTH SERVICES
### CRISIS MANAGEMENT DISCHARGE SUMMARY

NAME *Robertson, Ricky*   TDCJ # *1173218*   UNIT *J-4*

# PRIOR C/M ADMISSIONS _____ # PRIOR INPATIENT ADMISSIONS _____ DATE OF LAST ADMISSION _____

ADMISSION DATE *6/28/04*   UNIT OF ORIGIN *RL*   DISCHARGE DATE *6/29/04*

REASON FOR ADMISSION *Bizarre Behaviors*

PRESENTING SYMPTOMS & COURSE OF STAY *Psychotic / Decompensated*
*Crisis Intervention Counseling x 2 days*

CURRENT MENTAL STATUS & RISK ASSESSMENT *A. Disoriented.*
*Poor ADLs. LOA. Delusional /*
*Paranoid.*

DIAGNOSTIC IMPRESSION   AXIS I *298.9 Psychotic d/o, NOS*
                        AXIS II

RECOMMENDATIONS/PLAN:

☐   ADMIT TO INPATIENT CARE

☑   INITIATE/CONTINUE OUTPATIENT CARE (SPECIFY) *Refer to OTC*

☐   OTHER (SPECIFY) _____

☑   CONSULTATION WITH RECEIVING FACILITY MENTAL HEALTH OR MEDICAL STAFF CONDUCTED WITH
    (NAME) *Ms. LaPointe*

*DM Tyler PhD RP* _____   *6/29/04*
CRISIS MANAGEMENT PSYCHOTHERAPIST SIGNATURE         DATE

ADDITIONAL COMMENTS:

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

 

# CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Robertson, Ricky

**TDCJ No.:** 1172218

**Unit:** J-4

| Date & Time | Notes |
|---|---|
| 6/28/04 1400 | Crisis Management Initial Mental Health Assessment:  Patient consented to crisis intervention counseling X three days.  Patient read and received a copy of the Limits of Confidentiality Form.  The Limits of Confidentiality were explained.  Patient informed of treatment plan, risks/benefits, and alternatives to treatment.  Patient understands that participation is voluntary and may be discontinued at any time.  CM Day #1 S) "Single. Wednesday. Friday. Unit J, Lopez. Satellites talk to me." O) Alert. Ø eye contact. Rambling. Disoriented. LOA. Paranoid thinking. Delusional. Slightly pressured speech. Poor ADLs. Visual hallucinations but can't tell what they are. Rx non compliant? A) Psychotic R/o 298.9 P) CM Protocol. Suicide Precautions. May have suicide blanket, paper gown & sack meals. Will see tomorrow. ————— D Tyler, PhD, RP |
| 6/29/04 1000 | CM Day #2 Pt. referred to MHTE. Discharge summary completed. ————— D Tyler, PhD, RP |

Please sign each entry with status.

**HSM - 1 (Rev. 5/92)**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

**Name:** Robertson, Ricky

**TDCJ No.:** 1172216

**Unit:** JIV PSYCHIATRIC FACILITY

| Date & Time | Notes |
|---|---|
| | PSYCHIATRIC NURSING ADMISSION ASSESSMENT |
| 6/28/04 0045 | MODE OF ARRIVAL: Ambulatory SENDING UNIT: DL DOB: 8-21-66 DURATION OF STAY: CM 3days |
| | Reason for Referral: V-H |
| | Referring Diagnosis: Eval - Psychosis |
| | Chief Complaints: I don't know last couple of days meds not working |
| | T 97 P 98 R 20 BP 132/67 WT 220 HT 6'5" AIMS Score NA CM |
| | Physical Complaints: None |
| | Chronic Illnesses or Injuries: Vision - Psych |
| | Current Medications: Licos CPZ Cogentin Amantin |
| | Medication Allergies: NKDA |
| | Orientation: Time ___ Place ___ Person ___ |
| | Behavioral Responses (circle) (agitated), alert, (tense), sad, euphoric, worried, happy, angry, suspicious, depressed, (anxious) Seems very Preoccupied |
| | Hallucinations (explain) Does thing Sometime - cannot describe |
| | Suicidal / Homicidal (explain) Denies |
| | Delusions (explain) Not able to assess At Slow to respond to Questions |
| | Reason for Admission explained yes Accesss to Medical Care explained yes Duration explained yes |
| | Patient's response yes Maam |
| | Treatments (describe) X |
| | Items allowed S Blanket - Jonnies - Paper Gown |
| | Signature CLuciahRN Date 6/28/04 Time 0045 |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

01/12/2005  09:35   9364376692              ARCHIVES                            PAGE  04

## CORRECTIONAL MANAGED CARE
## NURSING ASSESSMENT PROTOCOL FOR
## PSYCHIATRIC SYMPTOMS

**Patient Name:** ROBERTSON, RICKY L **TDCJ#:** 1172216 **Date:** 06/27/2004 16:46 **Facility:** LOPEZ

**Procedures Ordered:**
**NURSING LEVEL1 COMPLETE VISIT:** np - psychiatric symptoms
**NURSING PATIENT EDUCATION:**       np - psychiatric symptoms

Electronically Signed by MATA, IDOLISA  R.N. on 06/27/2004.
##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

01/12/2005  09:35    9364376692              ARCHIVES                        PAGE  05

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Robertson, Ricky

**TDCJ No.:** 117226

**Unit:** _____

| Date & Time | Notes |
|---|---|
| 7-13-04 14:45 | seen for progress check, states he is doing fine and no longer is depressed. He continues to prefer to stay in his cell. I decline recreation. He showers regularly. |
| | a. No ____ ____ |
| | g. Cont ____ follow up _____ [signature] |
| 7-14-04 | Pt Changed to FHA c̄ meds.  PCA  LEE |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

01/11/2005  14:42   9364376692                    ARCHIVES                              PAGE  02

## HOSPITAL GALVESTON DEATH SUMMARY

ROBERTSON, RICKY                          DATE OF BIRTH:  08/21/1966
TDCJ-ID#:  1172218                        UH#:  70-83-20-Q

DATE OF INCARCERATION:  06/25/03.

LAST UTMB ADMISSION:  07/16/04.

DATE AND HOUR OF DEATH:  07/16/04 at 15:10:00.

PAST MEDICAL HISTORY:  Bipolar disorder, borderline personality
disorder, polysubstance abuse.

TERMINAL EVENT:  The decedent was a 39-year-old white male who
presented to the emergency department after being found unresponsive
in his cell.  The patient received intubation for hypoxemia and
experienced hypotension and was administered dopamine and Levophed.  A
head CAT scan was negative for intracranial hemorrhage or skull
fractures.  The patient's death was pronounced at 15:10:00 on
07/16/04.

AUTOPSY REPORT:  Not applicable.

CAUSE OF DEATH:  Drug overdose versus sepsis versus meningitis.


*Roger D Soloway*
ROGER D. SOLOWAY, MD

RDS/MEDQ  J#: 237852  D: 08/16/2004 21:09:12  T: 08/17/2004 13:31:42


**Original**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

9.471

01/12/2005  09:35  9364376692  ARCHIVES  PAGE  02

C. Comp(0000001.un printed by mvap. (Page 1 of 1)

Scanned by GRINDELE, DIANA CCA in facility DARRINGTON on 07/27/2004 10:50

**EMERGENCY RECORD**

FACILITY: _____                ER NUMBER: 04DA0816

| Last Name: Robertson | First Name: Ricky | MI |
|---|---|---|

Date: 7/15/04    Time: 2230

MODE OF ARRIVAL
Age: 37   DOB: 8/21/66   ☐ Male   ☐ Female
□Ambulatory  □W/C  □Stretcher  □Carried
Condition: □Stable  □Guarded  □Serious  □Critical
Alertness: _____

TDCJ#: 1173816

Chief Complaint/Location Onset:
Unresponsive, empty
Items, Axilla Temp-108

| | TIME | TEMP | PULSE | RESP | B/P | OTHER (O2 Sat, Cardiac Monitor, Pulsox, etc.) |
|---|---|---|---|---|---|---|
| | 2210 | 108° | 100 | 32 | 98/70 | |
| | 2255 | 105° | | | | O2 SAT 72% |
| | 2230 | 99/20 | | 74 | 40/20 | |
| | 2340 | 103° | 100 | 74 | 99/40 | |

Current Medications:
| | Dose | Freq | Last Dose |
|---|---|---|---|
| Lithium Carbonate | 300mg | BID | |
| Chlorpromazine | 100mg | BID | |
| Benztropine mes | 2mg | BID | |
| Trihexy... | 5mg | BID | |
| Nortriptyline | 75mg | QHS | |

NURSE ASSESSMENT: Pt unresponsive, body very hot
to touch. Pt has shallow breathing. Finger
stick - 283. Was found in cell unresponsive.

Triage Nurse Signature: _____ LVN

SIGNIFICANT MEDICAL HISTORY: ? Masked HIV, Bipolar ...

PHYSICAL: Unconsciousness + no response to pain +
+ has a glassy stare. Skin hot to the touch.
No response to verbal +. Pt placed w/ice. IV
NaCl + x 2-R hand L arm. O2 via ambu bag.
Unsuccessful intubation by paramedics.

DIAGNOSIS/IMPRESSION: R/O Heat Stroke

PROVIDERS ORDERS:
Notified By _____  Time: 2300
Send to nearest hospital.
Paramedics called Life-
Flight.
V.O. Ms. Abraham _____ LVN

| Time | Medication/Solution | Dose (Rate) | Site (Route) | Gauge | Amount Infused | Signature |
|---|---|---|---|---|---|---|
| 1900 | NaCl | | R hand | 16g | 700cc | _____ LVN |
| 2300 | NaCl | | L arm | 16g | 200cc | _____ LVN |

Disposition of Patient: ☐ Cell  ☐ TDCJ Infirmary
☐ Local ER  ☐ Hospital Galveston  ☐ Other ____ facility
On Discharge: ☐ Improved  ☐ Stable  ☐ Critical
☐ Deceased  Date: 7/16/04  Time: 2355
Mode of Transfer: Life Flight
☐ Other ____  Date: 7/16/04  Time: 2300
UR Notice: ☐ Yes ☐ No  Date: 7/16/04  Time: 2200
Pre-Certification #: 571294  UR Contact: DIANNE

Provider Signature: _____ RN2
Date: 7/16/04  Time: 2300
RN/LVN Signature: _____ LVN
Date: 07/16/04  Time: 2305

HSM-16 Print (8/01)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

01/12/2005  09:35  9364376692          ARCHIVES              PAGE  03

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** ROBERTSON, RICKY L          **TDCJ#:** 1172218    **Date:** 07/18/2004 18:55
**Facility:** DARRINGTON
**Most recent vitals from 06/27/2004:** BP: 133 / 82 (Sitting) Wt. 226 Lbs. Height  Pulse: 94 (Sitting)  Resp.: 18 / min
Temp: 98.2 (Oral)
**Current Medications:**
**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:** LATE ENTRY FOR: 071504 2330

| Name of Interpreter, if required: |
|---|

Plan is as follows:At approximately 2130 this night,  received a call from F line that offender  needed a stretcher.
Pt. arrvived via stretcher to medical department unresponsive, fixed stare, eyes rolled back in head, rhythmic breathing, no
response to pain/verbal stimuli, skin hot to the touch.  Vital signs: T-108, BP-98/40, R-32, P-100.  O2 Sat: 73%.  Temp was
axillary reading.  Packed pt. in ice immediately, IV NaCl at a rapid drip to R post. hand using a 20 Ga. Angiocath. Blood
Glucose: 283.  Called Dr. Abraham who ordered pt. to be sent to nearest ER.  Called TDCJ ambulance and Paramedics
arrived immediately.  A second IV was attempted to opposite arm but was unsuccessful.  Paramedics attempted to intubate
pt.  Pt. was placed in Trendelenberg and blood pressure went up to  90/60.
Life Flight  arrived.  Second bag of NaCl hung to R IV site.  Pt. breathing via ambu bag.  Temp" 103.6 Rectally.  Pt. was
bundled up by Life Flight Team and quickly wheeled to awaiting chopper to HGER.

          Electronically Signed by PRATER, MARY F L.V.N. on 07/18/2004.
          Electronically Signed by OKOYE, CECILIA  C.N.P. on 07/19/2004.
          ##And No Others##

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
                    ChartRelease -- Request Worksheet
                University of Texas Medical Branch at Galveston
                   PRINTED Fri, Jan 21, 2005   9:03 AM


      PATIENT INFORMATION
      -------------------
      MR Number & Name  708320Q Robertson, Ricky
      Patient Type      I  expired/inpt
      Discharged
      Date of Birth     08/21/1966
      Social Sec. Num.
      Request Type      01 HCP

      REQUESTOR INFORMATION          ACTION
      ---------------------          ------
      Requestor #009581              1. Request Processed: Yes
      office of the inspector general
      1400 Fm 655                    MATERIAL NEEDED
      Rosharon, TX 77583             ---------------
      Telephone:                     W  Whole/Complete Recor


      ACTION INFORMATION             INVOICING INFORMATION
      ------------------             ---------------------
      Date Received 01/18/2005
      Date Needed                       (Not Invoiced.)
      Action Date   01/21/2005
      Total Charges
      Pages Sent
      Assigned To   S SUSAN
      Comments:

VolDD              Loc          Phys #         Loan Dt         Exp Rt Dt
----------         ----         --------       ----------      ----------
VOL    01          0577                        01/20/2005      01/25/2005




      OFFICE OF THE INSPECTOR GENERAL
      1400 FM 655
      ROSHARON TX 77583
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

JAN-14-2005 03:57 PM  OIG-ECKERT          2815953413 2263

# TDCJ
## REQUEST FOR PROTECTED HEALTH INFORMATION (PHI)

**To:  UTMB Hospital Galveston HIM Department**
**Fax:  (409) 772-9200**

RECEIVED
JAN 1 8 2005
By_____

**Patient Name** (print): Ricky L Robertson
**Patient UH #** (print): _____
**Social Security Number:** ▮▮▮▮▮▮▮        **Date of Birth:** 08-21-1966

**TDCJ Division:** Office of the Inspector General
**US Mailing Address:** 1400 FM 655
   **City, State, and zip code:** Rosharon, Texas 77583
**Phone Number & Extension:** 281-595-3413 ext 2263 or 281-595-2095
**Fax Number:** 281-595-2558

The following medical information is being requested in accordance with the Health Insurance Portability and Accountability Act, Title 45, Subsection 164.512(k), which authorizes the disclosure of PHI to correctional institutions for:

   (1) The provision of health care to such individuals;
   (2) The health and safety of such individual or other inmates;
   (3) The health and safety of the officers or employees of or others at the correctional institution;
   (4) The health and safety of such individuals and officers or other persons responsible for the transporting of inmates or their transfer from one institution, facility, or setting to another;
   (5) Law enforcement on the premises of the correctional institution; and
   (6) The administration and maintenance of the safety, security, and good order of the correctional institution.

*(Please provide a detailed description of the particular data and period of time you are requesting)*

☑ Emergency Records _____
☑ Hospital/ Inpatient Records _____
☑ Clinic/ Outpatient Records _____
☑ Laboratory Reports _____
☑ Pathology Reports _____
☑ Radiology Reports _____
☐ Consultation Reports _____
☐ Pharmacology Reports _____
☐ Other (specify) _____ all records ____ 7-15-2004 to 7-16-2004

The information requested will be provided to the requesting Facility in reliance upon UTMB's "Good Faith" belief that TDCJ is requesting the PHI in accordance with the standard stated above.

**Name of Requestor:** Colleen Eckert    **Date:** 01-14-2005
    Investigator
**Signature of Requestor:** Colleen Eckert

HSA-107B (Rev. 5/03)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum-Robertson-7169

ADMISSION FACESHEET

# CORRECTIONAL HEALTH

ROBERTSON ,RICKY                                                    708320Q   30001068644

__REGISTRATION:__

ADMIT DATE: 07/16/04   03:22
   LOCATION: J4A   J4A   05      PATIENT FLAG:   NON UT-MED
   TDCJ#: 001172218

__PATIENT DEMOGRAPHICS:__

P O BOX 99                                                  CITIZEN:   UNKNOWN

HUNTSVILLE      TX    77340        DOB:  08/21/1966  AGE:  37    MARITAL STATUS:  SINGLE
WALKER          236               GENDER:  MALE                 PATIENT SPEAKS:  ENGLISH
                                  RACE:    CAUCASIAN            FAMILY SPEAKS:   ENGLISH

__EMERGENCY CONTACT:__

__DIAGNOSIS:__

            ADMIT SYMPTOMS:   HEAD

__PHYSICIAN INFORMATION:__
            TREATING SERVICE/TEAM:  MPU   MICU

       ADM:              ATT:                RES:          REF:              PCP:
CODE:  06947             05464               07674         99999             99999
NAME:  ANTWI MD,STEPHEN  BEARY MD,WILLIAM M  MOVVA MBBS,SUNIL  HUNTSVILLE UNIT   HUNTSVILLE UNIT
PHONE: 409-772-6576      409-772-2436                      936-295-6371      936-295-6371
FAX:   409-772-9068      409-772-9532
SOURCE: EMERGENCY DEPARTMENT

__PATIENT EMPLOYER INFORMATION:__

__GUARANTOR INFORMATION:__
                                       PATIENT RELATION TO GUARANTOR:   SELF
ROBERTSON ,RICKY
P O BOX 99
HUNTSVILLE      TX    77340                   x

__FINANCIAL/INSURANCE INFORMATION:__
   FINANCIAL CLASS:   TDCJ

            PRECERT:
          INSURANCE:  TDCJ STATE PRISONERS
   PRIORITY/VERIFY:  1 / Y
           GROUP #:
           POLICY #:  001172218
         SUBSCRIBER:  ROBERTSON ,RICKY
   PATIENT RELATION:  SELF
      TO SUBSCRIBER

__COMMENTS:__
   STAT PATIENT           ADMIT FROM ER @ 0322;RR

08/02/04   07:54   *CONFIDENTIAL PATIENT INFORMATION - PLACE IN PATIENT CHART*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.2

### University of Texas Medical Branch at Galveston
### Health Information Management
### Data Management Division

| Patient Name | | Sex | Birthdate | | Age | Medical Record Number | Account Number |
|---|---|---|---|---|---|---|---|
| ROBERTSON, RICKY | | Male | 08/21/1966 | | 37 | 708320Q | 30001068644 |

| Admit Date | Discharge Date | | Coder | Coding Date | | LOS | Disposition |
|---|---|---|---|---|---|---|---|
| 20040716 03:22 AM | 20040716 03:10 PM | | hcsmit | 20040731 12:00 | | 1 | Died/Other |

| Primary Financial Class | Attending Physician | | HCFA Weight | Estimated Reimbursement |
|---|---|---|---|---|
| TDCJ | BEARY MD,WILLIAM MILES | | 3.6000 | 27116.96 |

| DRG Code | DRG Text |
|---|---|
| 475 | RESPIRATORY SYSTEM DIAGNOSIS WITH VENTILATOR SUPPORT |

| Prin. DX | Principal Diagnosis Text |
|---|---|
| 51881 | ACUTE RESPIRATORY FAILURE |

| DX Code | Secondary Diagnosis Text |
|---|---|
| 2764 | MIXED ACID-BASE BALANCE DISORDER |
| 4589 | HYPOTENSION, UNSPECIFIED |
| 2967 | BIPOLAR AFFECTIVE DISORDER, UNSPECIFIED |
| 7806 | FEVER |
| 2768 | HYPOPOTASSEMIA |
| 2753 | DISORDER OF PHOSPHORUS METABOLISM |

| RX Code | Procedure Text | Date | Surgeon |
|---|---|---|---|
| 9671 | CONTINUOUS MECHANICAL VENTILATION FOR LESS THAN 96 CONSECUTIVE | 07/16/04 | ANTWI MD,STEPHEN |
| 3893 | VENOUS CATHETERIZATION | 07/16/04 | ANTWI MD,STEPHEN |
| 3891 | ARTERIAL CATHETERIZATION | 07/16/04 | BEARY MD,WILLIAM MILES |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.3