## UTMB-GALVESTON

PHYSICIAN ORDER SHEET -         SESSION PRINT: 07/16/04

PAGE: 1

# DISCHARGE STATUS:  NONE

## ROBERTSON ,RICKY          708320Q  30001068644

Adm Date: 07/16/04

| | | | |
|---|---|---|---|
| Attending: 06947 ANTWI MD, STEPHEN | Pager: | Svc/Team: ERT | Room/Bed: ER    ER 015    ET |
| Resident: | | Age:  37 yrs 10 mos  25 days  Birth Date:  08/21/1966 | |
| Intern: | | Wt:          kg   Ht:          cm      BSA: | |
| Diagnosis: | | Sex: F  Isol: N   TRANSPORT:          TDC #: 001172218 | |

ALLERGIES/CONTRAINDICATIONS:
NKA-UNVERIFIED

| DEP DESCRIPTION | ORDER # |
|---|---|
| LAB (ER) LITHIUM LEVEL VENOUS ONCE STAT | 19 |
| START DT/TM: 07/16/04 01:10 | |
| (ER) LACTIC ACID PLASMA VENOUS ONCE STAT | 20 |
| START DT/TM: 07/16/04 01:10 | |
| (ER) HEPATIC FUNCTION PANEL VENOUS ONCE STAT | 21 |
| PANEL TESTS ORDERED: | |
| ALB,ALK PHOS,ALT,AST | |
| BILI BU/BC,TOT BILI,TOT PROT | |
| START DT/TM: 07/16/04 01:11 | |

*Sent*
*00*
*0115w*

------- Ordered By: 07674  MOVVA MBBS,SUNIL          191313  @ 07/16/04 01:09 33 ---------

## Confidential: Medical Record Copy - Place in Patient's Chart

01:12 07/16/04 FROM H102,OESESOFA

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*10.4*

## UTMB-GALVESTON

PHYSICIAN ORDER SHEET -          SESSION PRINT: 07/16/04                           PAGE: 2

# DISCHARGE STATUS:

**ROBERTSON ,RICKY**          **708320Q   30001068644**   Adm Date: 07/16/04

Attending: 06947 ANTWI MD, STEPHEN      Pager:          Svc/Team: ERT          Room/Bed: ER    ER 015   ET
Resident:                                                Age: 37 yrs 10 mos  25 days  Birth Date: 08/21/1966
Intern:                                                  Wt:         kg   Ht:        cm    BSA:
Diagnosis:                                               Sex: F  Isol: N   **TRANSPORT:**        TDC #: 001172218

---

**ALLERGIES/CONTRAINDICATIONS:**
NKA-UNVERIFIED

---

| DEP DESCRIPTION | ORDER # |
|---|---|

PHYSICIAN SHEET CONTINUED

**(ER) ACETAMINOPHEN LEVEL VENOUS ONCE STAT**                                           13
START DT/TM: 07/16/04 00:34

**(ER) AMMONIA PLASMA VENOUS ONCE STAT**                                                14
START DT/TM: 07/16/04 00:34

**(ER) DRUG PANEL 3 SERUM VENOUS ONCE STAT**                                            15
START DT/TM: 07/16/04 00:34

**(ER) KETONE SERUM VENOUS ONCE STAT**                                                  16
START DT/TM: 07/16/04 00:34

**(ER) SALICYLATE VENOUS ONCE STAT**                                                    17
START DT/TM: 07/16/04 00:34

**(ER) BLOOD GAS-ARTERIAL ACUTE ARTERIAL ONCE STAT**                                    18
START DT/TM: 07/16/04 00:34

------- Ordered By: 06947   ANTWI MD,STEPHEN          93795     @ 07/16/04 00:32 34 ---------

# Confidential: Medical Record Copy - Place in Patient's Chart

00:34 07/16/04 FROM D119,OESESOFA

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# UTMB-GALVESTON

PHYSICIAN ORDER SHEET -         SESSION PRINT: 07/16/04                    PAGE: 1

## DISCHARGE STATUS:

**ROBERTSON ,RICKY**      **708320Q   30001068644**     Adm Date: 07/16/04

Attending: 06947 ANTWI MD, STEPHEN    Pager:         Svc/Team: ERT          Room/Bed: ER    ER 015   ET
Resident:                                              Age: 37 yrs 10 mos   25 days   Birth Date: 08/21/1966
Intern:                                                Wt:       kg    Ht:        cm    BSA:
Diagnosis:                                             Sex: F  Isol: N   TRANSPORT:         TDC #: 001172218

---

ALLERGIES/CONTRAINDICATIONS:
NKA-UNVERIFIED

---

| DEP DESCRIPTION | ORDER # |
|---|---|
| LAB (ER) TSH (THYROID STIMULATING VENOUS ONCE<br>START DT/TM: 07/16/04 00:32 | 6 |
| (ER) T4 (THYROXINE, TOTAL) VENOUS ONCE<br>START DT/TM: 07/16/04 00:32 | 7 |
| (ER) BASIC METABOLIC PANEL VENOUS ONCE STAT<br>PANEL TESTS ORDERED:<br>    NA,K,CL,CO2,CA,GLU,CREAT,BUN<br>START DT/TM: 07/16/04 00:34 | 1 |
| (ER) CBC - WITH DIFFERENTIAL VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 2 |
| (ER) MAGNESIUM SERUM VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 3 |
| (ER) PHOSPHORUS, SERUM VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 4 |
| (ER) ER URINE DRUG SCREEN  4 CLEAN CATCH/VOIDED ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 5 |
| (ER) PT (PROTHROMBIN TIME) VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 8 |
| (ER) APTT VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 9 |
| (ER) CKMB WITH TOTAL CK VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 10 |
| (ER) TROPONIN I QUANTITATIVE VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 11 |
| (ER) MAGNESIUM SERUM VENOUS ONCE STAT<br>START DT/TM: 07/16/04 00:34 | 12 |

Sent
00$ 13

PHYSICIAN SHEET CONTINUED

## Confidential: Medical Record Copy - Place in Patient's Chart

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.6

| Init. | | | |
|---|---|---|---|
| | **WEIGHT** 226 lb | **AGE** 31 | ☆ USE BALL POINT PEN ☆ |

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT 226 lb | AGE 31 | **NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR!** |
|---|---|---|---|
| | | | ALLERGIES: NKDA |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| 7/16 | IV<br>cardiac monitor<br>foley<br>2 L bolus<br>DANTROLENE 90mg IV X 7 STAT | | |
| | → pharm phase<br>Send Dantrolene<br>Stat to ER EAST STAT | _(signature)_ | |
| | Cefepime 2gm IVPB Stat<br>Vancomycin 1gm IVPB STAT<br>LR 125cc/hr ... NS 125cc / hr | _(signature)_ | |
| 7/16/04<br>1:58 PM | Hold Dantrolene | _(signature)_ | |
| 7/16/04 | 180 m Vecuronium 10mg IV X 7 ... | _(signature)_ | |
| 7/16/04<br>2:45 PM | Dopamine gtt ... Start at 10mcg<br>Titrate to MAP of 65 | _(signature)_ | |

| | |
|---|---|
| 30001068644     708320Q | **PHYSICIAN'S ORDER SHEET** |
| ROBERTSON, RICKY | Medical Record Form 5350-3PT-Rev 1/00 |
| 08/21/1966 CF<br>STAT LABL<br>E<br>HSV:ERT | **The University of Texas Medical Branch Hospitals**<br>**Galveston, Texas** |
| 07/16/04 R 00.30 | Original - Medical Record<br>Yellow - Department<br>Pink - Physician |

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.7

Init.

☆ USE BALL POINT PEN ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! | | |
|---|---|---|---|---|---|
| | | | ALLERGIES: | | |
| DATE/HOUR | | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | | SIGNATURE | DATE/HR |
| | 2 AMP B.ccb | | | | |
| | EKC | | | | |
| | 40 meq Potassium IV | | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

RoberTson Ricky
708320?

**PHYSICIAN'S ORDER SHEET**

Medical Record Form 5350-3PT-Rev 1/00
**The University of Texas Medical Branch Hospitals
Galveston, Texas**

Original - Medical Record
Yellow - Department
**Pink - Physician**

10.8

UTMB FORMS MGT. STRICTLY PROHIBITS CHANGES TO THIS FORM

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

### UTMB-GALVESTON

PAGE: 1

PHYSICIAN ORDER SHEET -        SESSION PRINT: 07/16/04

# DISCHARGE STATUS: NONE

## ROBERTSON ,RICKY          708320Q   30001068644   Adm Date: 07/16/04

| | | |
|---|---|---|
| Attending: 05464 BEARY MD,WILLIAM M | Pager: | Svc/Team: MPU   MICU      Room/Bed: J4A   J4A 05   IA |
| Resident: 07674 MOVVA MBBS,SUNIL | | Age: 37 yrs 10 mos   25 days  Birth Date: 08/21/1966 |
| Intern: | | Wt: 104.  kg   Ht:       cm      BSA: |
| Diagnosis: | | Sex: M  Isol: N   **TRANSPORT:**       TDC #: 001172218 |

ALLERGIES/CONTRAINDICATIONS:
NKA-UNVERIFIED

| DEP DESCRIPTION | ORDER # |
|---|---|
| CON CONSULT: FOOD AND NUTRITION - ASAP SEE COMMENTS | 23 |
| COMMENTS: POSITIVE SCREEN CONSULT: NUTRITIONAL RISK.OD PATIENT | |
| ***************************** FROM: Y73C KHEDERLARIAN RN , BERTHA | |
| START DT/TM: 07/16/04 05:20 | |

------- Ordered By: 05464  BEARY MD,WILLIAM M          @ 07/16/04 05:19 31 ---------

# Confidential: Medical Record Copy - Place in Patient's Chart

05:20 07/16/04 FROM MS01,OBSES0FA

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Init. | | |
|---|---|---|

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| 7/16/07 3:00 PM | ① Levophed DRIP : START 8mcg/min titrate to map ≥ 65 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UN# IN SPACE BELOW

708320Q    ER CARD
ROBERTSON ,RICKY

**PHYSICIAN'S ORDER SHEET**

Medical Record Form 5350-3PT-Rev 1/00
**The University of Texas Medical Branch Hospitals
Galveston, Texas**

Original - Medical Record
Yellow - Department
Pink - Physician

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

UTMB FORMS MGT. STRICTLY PROHIBITS CHANGES TO THIS FORM

Init.

☆ USE BALL POINT PEN ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! ALLERGIES: |
|---|---|---|---|

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| [illegible] 0358 | [illegible] | [illegible] | |

UTMB FORMS MGT. STRICTLY PROHIBITS CHANGES TO THIS FORM

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

7083200 ER CARD
ROBERTSON, RICKY

**PHYSICIAN'S ORDER SHEET**

Medical Record Form 5350-3PT-Rev 1/00
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record
Yellow - Department
Pink - Physician

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1011

# UTMB-GALVESTON

PHYSICIAN ORDER SHEET -         SESSION PRINT: 07/16/04                    PAGE: 1

## DISCHARGE STATUS:  NONE

### ROBERTSON ,RICKY         708320Q  30001068644         Adm Date: 07/16/04

```
Attending: 05464  BEARY MD,WILLIAM M     Pager:          Svc/Team: MPU  MICU      Room/Bed: J4A   J4A 05   IA
Resident:  07674  MOVVA MBBS,SUNIL                       Age:  37 yrs 10 mos  25 days  Birth Date: 08/21/1966
Intern:    08171  WARTHAN MD,MOLLY MAE        207362     Wt: 104.  kg     Ht:        cm     BSA:
Diagnosis:                                               Sex: M  Isol: N    TRANSPORT:          TDC #: 001172218
```

**ALLERGIES/CONTRAINDICATIONS:**
NKA-UNVERIFIED

| DEP DESCRIPTION | ORDER # |
|---|---|
| ADM ADMIT TO: SVC= MPU / TEAM= MICU | 24 |
| ADMIT DT/TM: 07/16/04 03:22 | |
| | |
| CON CONSULT: EEG/EVOKED POTENTIAL - STAT SEE COMMENTS | 25 |
| COMMENTS: 37 Y.O. WM WITH DRUG OD (TCA)POSSIBLE SEPSIS IN POOR | |
| CONDITION.  EVALUATE FOR POSSIBLE SEIZURES. | |
| START DT/TM: 07/16/04 09:18 | |

```
------- Ordered By: 08171  WARTHAN MD,MOLLY MAE      207362  @ 07/16/04 09:17 07 ---------
```

## Confidential: Medical Record Copy - Place in Patient's Chart

09:18 07/16/04 FROM R946,OESESOFA

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Init.

☆ USE BALL POINT PEN ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UN-DER UTMB FORMULARY SYSTEM UNLESS OTHER-WISE SPECIFIED. | WEIGHT 103.7 | AGE 37 | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: NKDA |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| 07/16/06 | Admit Pt to MICU, Dr. Berry | | |
| 4:30 AM | 1° Drug overdose | | |
| | 2° Sepsis | | |
| | Condition :- Poor | | |
| | Nursing : VS q2hr, neuro check q1 hr. | | |
| | I/O, foley cath, A line, NG tube c̄ charcoal lavage | | |
| | Diet : NPO | | |
| | CK, CK-MB, Trop x 1 stat, Chem 10/60 stat, D dimer | | |
| | Labs : CK, CK-MB, Trop q 8 hrs., Chem 10/60 | | |
| | q 1 hrs, CBC w/ diff stat, | | |
| | Comprehensive metabolic panel stat | | |
| | Lactic acid q 6 hrs. ABG stat | | |
| | CBC w/ diff q 12 hrs. | | |
| | BC x 2 now & in AM & will fever spikes | | |
| | ABG q 6 hrs. vancomycin level 12 hrs after Xirsudose | | |
| | PT / PTT q 12 hrs. | | |
| | Pharmacy :- Dopamine drip - titrate to MAP >60 | | |
| | Levophed drip - titrate to MAP >60 | | |
| | Protonix 40 mg iv qd | | |
| | SQ heparin - 5000 u qd bid | | |
| | Vancomycin 1gm q 12 levofloxacin 500mg iv x 1 stat | | |
| | Ceftriaxone 1gm ½ ↓ NS @ 150 cc /hr | | |
| | with 2 amp HCO₃ in every L of iv fluids. | | |
| | 44 meq k Phos IVPB X 1 | | |
| | Pulmo : vent settings | | |
| | PRVC   PEEPS   FiO₂ 100%   RR 16   V₁ 500 | | |
| | O₂ per protocol | | |

001172218
703320Q    CMS 08-21-66
ROBERTSON ,RICKY
30001068644    MPU
I

Medical Record Form 5350-Rev 08/03
**The University of Texas Medical Branch Hospitals**
Galveston, Texas

Original - Medical Record

071604

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10/3

MFG. BY MOORE®    UTMB FORMS MANAGEMENT STRICTLY PROHIBITS CHANGES TO THIS FORM

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NO. 68711

McCollum Robertson 7481

☆ USE BALL POINT PEN ☆

| Init. | | | |
|---|---|---|---|

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UN-DER UTMB FORMULARY SYSTEM UNLESS OTHER-WISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | 103.7 | 37 | |
| | | | ALLERGIES: N K D A |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| | Rad ~ CXR q AM | | |
| | | | |
| | Ident ~ EKG q 6 hrs. | Meuer Men, MD | |
| | | 08171 | |
| | | | |
| 7/16/04 5:00AM | PT/PTT, fibrinogen, | | |
| | FDP x1 stat | | |
| | D-dimer stat | | |
| | Ampicilli~ 2 gm iv x 1 stat | | |
| | Dexamethasone 10 mg iv q 6 hrs. | | |
| | Ceftriaxone 2 gm iv x 1 | | |
| | 7-16-04 | (MOVJA) | |
| | 0500 | | |
| 7/16/04 6:00A | U/A, UCx, | | |
| | U.. U.. N 7-16-04 0600 | | |
| 7/16/04 6:00AM | Stat CXR 1 view | | |
| | Stat KKN | | |
| | 7-16-04 0600 | (MOVJA) | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

```
001172218
  708320Q    CMS 08-21-66
ROBERTSON ,RICKY
30001068644    MPU
I
```

071604

**PHYSICIAN'S ORDER SHEET**

Medical Record Form 5350-Rev 08/03
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10 14

Init.

☆ USE BALL POINT PEN ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| 7/16/04 6:30A | Vent chngs ↓ FiO₂ to 65% | 0630 7-16-04 | |
| 7-16-04 0638 | 12°C | | |
| 7/16/04 | PC/PS  15 cm H₂O  (A) Automode | | |
| 7/16/04 | Dantrolene 10 mg  IV X 1  STAT | | |
| 7/16/04 | Noted | | 7/16 0300 08171 |
| 7/16/04 | R⊘ Complesp elr test  Tylenol 650 mg ⊗ X 1  ASA ↑ | | |
| 7/16/04 | D/C Ampicillin—  Noted | FAXED 7/16/04 1200 | |
| 7/16/04 10:45 | D/C Auto mode  keep PC/PS 15  Amylase & Lipase from blood in lab.  Repeat EKG. | M. Durell | FAXED 7/16/04 1200 |
| 7/16/04 | Noted | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**PHYSICIAN'S ORDER SHEET**

001172218
70832CQ      CMS 08-21-66
ROBERTSON, RICKY      MPU
30001068644

Medical Record Form 5350-Rev 08/03
**The University of Texas Medical Branch Hospitals
Galveston, Texas**

Original - Medical Record

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Init.

☆ USE BALL POINT PEN ☆

| AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNDER UTMB FORMULARY SYSTEM UNLESS OTHERWISE SPECIFIED. | WEIGHT | AGE | NOTE: ALL ORDERS MUST BE SIGNED BY PHYSICIANS. NURSES MUST ACKNOWLEDGE ORDERS WITH SIGNATURE, DATE AND HOUR! |
|---|---|---|---|
| | | | ALLERGIES: |

| DATE/HOUR | ☆ ANTIMICROBIALS MUST BE ORDERED ON SPECIAL FORM 5350-A10 ☆ | SIGNATURE | DATE/HR |
|---|---|---|---|
| 7/16/08 | Tylenol 650 mg i.m x 1 STAT | M~~ | FAXED 7/16/09 |
| 12:15 PM 7/16/09 1215 | Noted AP~~ ~~ (MOVVA) | 120 | |
| 7/16/06 | Dataolene 250 mg Dataolen iv x 1 stat | | |
| 12:30 PM 7/16/09 1300 | Noted AP~~ ~~ M~~ FAXED (MOVVA) | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**PHYSICIAN'S ORDER SHEET**

001172218
008320Q    CMS 08-21-66
ROBERTSON ,RICKY
30001068644        MPU
I

Medical Record Form 5350-Rev 08/03
**The University of Texas Medical Branch Hospitals Galveston, Texas**

Original - Medical Record

MFG. BY MOORE        UTMB FORMS MANAGEMENT STRICTLY PROHIBITS CHANGES TO THIS FORM

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NO. 68711

Copy provided to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/16/04   ROBERTSON ,RICKY        708320Q   30001068644

INCLUSION CRITERIA: ALL ADULT PATIENTS WHO ARE EXPECTED TO BE
                    BEDRIDDEN GREATER THAN 12 HOURS AND EXHIBIT
                    RISK FACTORS FOR THE DEVELOPMENT OF DEEP
                    VEIN THROMBOSIS.

EXCLUSION CRITERIA: HEPARIN THERAPY SHOULD NOT BE
                    ADMINISTERED IN PATIENTS WITH A HISTORY OF
                    BLEEDING DISORDERS(PEPTIC ULCER DISEASE,
                    von WILLEBRAND'S DISEASE, HEMOPHILIA; HEPARIN
                    ALLERGY OR ADVERSE REACTION; INTRACRANIAL DISEASE
                    PROCESS.

| RISK | SCORE | RISK | SCORE |
|------|-------|------|-------|
| AGE 40-60 | | OBESITY(>20% IDEAL BODY WEIGHT) | |
| AGE 61-70(SCORE 2) | | PREVIOUS OR FUTURE IMMOBILITY (>72H) | |
| AGE > 70(SCORE 3) | | PELVIC OR LONG BONE FRACTURE | |
| SURGERY TIME OVER 2H | | SYMPTOMATIC VARICOSE VEINS | |
| SEVERE SEPSIS | | H/O DVT OR PULMONARY EMBOLUS(SCORE 3) | |
| MI | | PREGNANCY/POST-PARTUM LESS THAN 1 MONTH | |
| HI DOSE ESTROGEN USE | | MALIGNANT DZ,(SCORE 2),NO SKIN CA | |
| MULT TRAUMA(SCORE2) | | VENOUS STASIS DISEASE INCL EDEMA, | |
| STROKE | | ULCER STASIS,SYMP VARICOSE VEINS | |
| INFLAM BOWEL DZ | | CONGESTIVE HEART FAILURE | |
| PARALYSIS | | CENTRAL VENOUS ACCESS(SCORE 0) | |
| SPINAL CORD INJURY | | THROMBOPHILIA (SCORE 3) | |

TOTAL RISK FACTOR SCORE  0
PT INCLUDED IN DVT PROPHYLAXIS PROTOCOL?  NO
REASON IF EXCLUDED      PT WILL NOT BE BEDRIDDEN >12H

NOTE: THE CLINICAL PRACTICE GUIDELINE/PROTOCOL IS MEANT TO
      SERVE AS A GUIDELINE FOR ROUTINE PATIENT CARE. WHEN THE CONDITION
      OF THE PATIENT WARRANTS, TREATMENT DECISIONS MUST BE DICTATED
      BY THE SKILL AND JUDGEMENT OF THE HEALTH CARE PROFESSIONAL.

Quality Management
The University of Texas Medical Branch Hospitals
Galveston, Texas
DEEP VEIN THROMBOSIS PROPHYLAXIS
PROTOCOL
Original-Medical Record

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| | |
|---|---|
| Time in Room _____ Name _____ UH # _____ | Allergies: _____ |
| Time of Initial Assessment: _00:34_ | Age/Wt: _____ |
| HISTORY OF PRESENT ILLNESS: | REVIEW OF SYSTEMS: |
| Chief Complaint: _____ | CONSTITUTIONAL: ☐ No Sx ☐ Weakness ☐ Fever |
| | ☐ Chills ☐ Other _____ |
| | EYES: ☐ No Sx ☐ Pain ☐ Vision Chg ☐ Other _____ |
| | ENT: ☐ No Sx ☐ Sore Throat ☐ Nasal Congestion ☐ Other: |
| | CV: ☐ No Sx ☐ Chest Pain ☐ Palpitations |
| | ☐ Other _____ |
| ☑ Hx Limited due to: _____ ☑ Mental State | RESP: ☐ No Sx ☐ SOB ☐ Cough |
| ☐ Condition/Unresponsive | ☐ Other _____ |
| Location: _____ | GI: ☐ No Sx ☐ Abd Pain ☐ Nausea ☐ Vomiting |
| | ☐ Other _____ |
| Quality: ☐ Constant ☐ Intermittent ☐ Burning | GU: ☐ No Sx ☐ Dysuria ☐ Hematuria ☐ Freq ☐ Incont |
| ☐ Dull ☐ Sharp ☐ Stabbing | ☐ Other _____ |
| ☐ Other _____ | MUSCULOSKELETAL: ☐ No Sx |
| Severity: ☐ Mild ☐ Moderate ☐ Severe | ☐ Pain in _____ ☐ Swelling in _____ |
| | ☐ Other _____ |
| Duration: _____ mins/hrs/days/wks/mos/yrs | SKIN: ☐ No ☐ Rash ☐ Other _____ |
| Timing: ☐ Onset: ☐ Sudden ☐ Gradual | NEURO: ☐ No Sx ☐ Headache ☐ Numbness |
| Context: Occurred while _____ | ☐ Other _____ |
| Modifying Factors: Relieved/Worsened by | PSYCH: ☐ No Sx ☐ Depression ☐ Anxiety |
| ☐ Nothing ☐ Rest ☐ Exertion ☐ Food | ☐ Other _____ |
| ☐ Position | ENDOCRINE: ☐ No Sx ☐ Weight gain/loss _____ lbs |
| ☐ Other _____ | ☐ Other _____ |
| Associated Signs and Symptoms: | HEMAT/LYMPH: ☐ No Sx ☐ Swollen Glands |
| ☐ Nausea ☐ Vomiting ☐ SOB ☐ None | ☐ Other _____ |
| ☐ Other _____ | ALLERGIC/IMMUNOL: ☐ No Sx ☐ Hives |
| | ☐ Other _____ |
| PAST MEDICAL HX: ☐ Non-Contributory ☐ HTN | ☐ ROS/PFSH obtained by student/other |
| ☐ Diabetes ☐ CAD ☐ Malignancy | Student signature _____ |
| ☐ Current meds _____ | ☑ Reviewed by Faculty ☑ Performed by Faculty |
| ☐ Other _____ | PROCEDURES: |
| | ☐ Thrombolysis under physician direction/order |
| FAMILY HX: ☐ Non-Contributory ☐ HTN | ☐ Intubation by physician; approach ☐ OT ☐ NT |
| ☐ Diabetes ☐ CAD ☐ Malignancy | Venous access: ☐ periph ☐ central |
| ☐ Other _____ | ☐ Laceration repair: Size ___ cms ☐ simple ☐ interm ☐ complex |
| SOCIAL HX: ☐ Non-Contributory | Location _____ |
| ☐ Tobacco _____ ppd _____ pack yrs | Desc _____ ☐ Splint |
| ☐ ETOH usage _____ | ☐ Other/Re-evaluation _____ |
| ☐ Drug _____ | |
| ☐ Other _____ | |
| If patient ID card or label is unavailable, write date, pt name and UH# in space below | See Procedure Note ☐ |

708320Q    ER CARD
ROBERTSON ,RICKY

**EMERGENCY SERVICES**
**Physician Documentation Form**
Medical Record Form 7005-11/03
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**
Original With Red Bar — Medical Record
White Copy — Billing
Yellow — Emergency Department

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Name _____   UH # _____

| PHYSICAL EXAMINATION: | FACULTY ATTESTATION (Confirm/Revise): |
|---|---|

**PHYSICAL EXAMINATION:**
(+ positive finding; − normal)
Positive finding requires a comment

☐⊟ **CONSTITUTIONAL**   ☐ Revwd Nurse Note
BP _____ P _____ RR _____ T _____ O₂ Sat _____

☐⊟ **EYES** _____

☐⊟ **ENT**   *(handwritten)*

☐⊟ **NECK** _____

☐⊟ **RESPIRATORY**   *(handwritten)*

☐⊟ **CV**   *(handwritten)*

☐⊟ **ABDOMEN/GI**   *(handwritten)*

☐⊟ **GU** _____

☐⊟ **NEURO**   *(handwritten)*

☐⊟ **PSYCH** _____

☐⊟ **MS/EXTREMITIES**   *(handwritten)*

☐⊟ **SKIN** _____

☐⊟ **HEM/LYMPH/IMM**   *(handwritten)*

**MEDICAL DECISION MAKING:**
Additional information obtained from:          Notified
☐ PCP/Consultant _____          ☐ Y  ☐ N
☐ Old Records _____
☐ Other _____

**X-RAY:** _____

**EKG:**
Diagnostic: _____
Non-diagnostic: _____
Chg from prior: ☐ Y  ☐ N
**LABS:**
☐ Normal
☐ Normal except

---

**FACULTY ATTESTATION (Confirm/Revise):**
☑ RN triage note, medicines, allergies, ROS, PFS History reviewed

*(handwritten attestation notes)*

☑ **Critical Care Time** **60** mins Faculty time
(Time spent performing separately billable procedures is excluded.)

**IMPRESSION/PLAN:**

A) Unresponsive
Respiratory Failure

P) Admit to MICU

RESIDENT PRINT NAME/DR#          FACULTY PRINT NAME/DR#

RESIDENT SIGNATURE          FACULTY SIGNATURE

DATE/TIME          DATE/TIME   7/16/04

DISCHARGE TIME          DISCHARGE CONDITION

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page ____ of ____

| OBSERVATIONS/SIGNATURE (PLEASE SIGN AND TIME EACH ENTRY): | TIME | PAIN | BP | PULSE | RR | TEMP | PULSEOX | INT. |
|---|---|---|---|---|---|---|---|---|
| 0235) BP ↓ - cont to make urine | 0235 | | 38/34 | 22 | 16 | 38⁵ | 100 | E |
| pulses. Palp all ext. MD aware | 0245 | | 82/26 | 116 | 14 | 38⁴ | 100 | E |
| Saw. Gld Bolus NS ↑ wide | 0250 | | 94/26 | 102 | 2 | 38⁴ | 100 | E |
| open _____ E | 0300 | | 74/42 | 112 | 20 | 38⁸ | 100 | E |
| 0245) 1 L NS hung wide open | 0305 | | 63/22 | 112 | 24 | | 100 | E |
| TO (L) EJ _____ E | 0310 | | 82/22 | 112 | 24 | 38² | 100 | E |
| 0300) Dop ↑ 15 mcg/Kg/min due | 0320 | | 82/37 | 120 | 22 | | 100 | E |
| TO BP 64/26 map 34. Repeat | 0340 | | 70/21 | 115 | 32 | | 100 | E |
| called to MICU _____ CE | | | | | | | | |

### DIAGNOSTIC & TREATMENT ORDERS

| | TIME ENTERED | COMP. INT. | ORDERS WITH SIGNATURE |
|---|---|---|---|
| 0300) 2 L of NS infused · cont | 0250 | E | Dopamine 800mg/500 |
| guarded · Pulses w/min palp. | | | ml @ 10 mg/Kg/min |
| Body Patient at drawing yellow | | | into Proplant (L) |
| clear urine _____ E | | | Fem Lungh line |
| 0305) BP 63/22 map (32) ↑ dopamine | 0320 | E | ⁻ū Roys Dic a b II |
| TO 20 mcg/Kg/min (pt 68 gel | 0330 | E | levophed 8mcg/min |
| hr) BP (L) Arm 66/26 map (36) | 0340 | E | K⁺ 20mcg IV/B hung |
| 0310) PT TDG record actl wt 226 lb | 0400 | E | K⁺ 20mcg IV/B hung |
| 20 mcg/Kg/min = 77 ml/hour | | | |
| which correction was done — E | | | |
| 0320) 2 L NS hung wide open — E | | | |
| 0335) levo gtt ↑ TO 12 mcg/min E | | | |
| 0350) levo gtt ↑ 20 mcg/min E | | | |
| 0400) Trans Pacted TO MICU ē | | | |
| MD BP ↑ ē Vasopressors E | | | |

| SIGNATURE VERIFICATION | INITIALS |
|---|---|
| _Lucy Elliot RN_ | E |

☐ Continued

| C O N S U L T S | SERVICE | DOCTOR | TIME CALLED | TIME ARRIVED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**CONTINUATION PAGE**
**EMERGENCY SERVICES MEDICAL RECORD**

Medical Record Form 7005B-Rev. 03/01
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record
Yellow - Billing
Pink - Emergency Department

7093200   ER CARD
ROBERTSON , RICKY

Copy of OIG case to Litigation Support on 06.26.2013 by srmk
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

MFG. BY MOORE    UTMB FORMS MGT. (409) 772-9001    STRICTLY PROHIBITS DUPLICATION, REPRODUCTION OR CHANGES TO THIS FORM

Hx: psych   Allergies NKDA

Page 2 of

| OBSERVATIONS/SIGNATURE (PLEASE SIGN AND TIME EACH ENTRY): | TIME | PAIN | BP | PULSE | RR | TEMP | PULSEOX | INT. |
|---|---|---|---|---|---|---|---|---|
| 0024 30 y/o TDC inmate, found down | | | 86/8 | 130 | 29 | | 100 | MR |
| @ham, c̄ T temp, on unit, intubated | | | 120 | | | | | errms |
| in TDC EMS, 7.0 tube R nare, initial BP | 0886 | 86/8 | | 96 | 36 | | 100 | MR |
| 08/20, after 2500 cc fluid up 108/38 | 0817 | | | | | | | |
| cnarrival to UTMB ER, 16G LEJ PTA | 0810 | | 118/86 | 128 | 26 | 38 | 100/2 | E |
| c̄ LR? + 20 GR hand PTA c̄ NG | 0820 | | 138/86 | 124 | 30 | 38 | 102 | E |
| bag #3+4 hanging @ this time, BBS | 0832 | | 128/86 | 124 | 27 | 38 | 100 | E |
| per 2 LA RN, @ CO₂ per PT, Dr Anzi? | | | 130/86 | 125 | 18 | 38 | 98 | MD |

### DIAGNOSTIC & TREATMENT ORDERS

| OBSERVATIONS | TIME ENTERED | COMP. INT. | ORDERS WITH SIGNATURE |
|---|---|---|---|
| Dr Ali @ bedside for eval. pt placed | | | |
| on cardiac mon x 3, on vent, 18G | | | |
| PIV to L hand x 1 by H. talbey RN | 0833 | m | X-ray @ bedside |
| labs drawn & sent, 16 F foley c̄ temp | 0885 | m | vent settings |
| probe placed by G. Elliot RN@ | | | BPM-16   tidal vol 550 |
| clear yellow urine return ~ ms | | | 100%, FiO₂ @ PEEP 5 |
| 0033 Resp PA @ bedside to place | 0039 | ms | 2L bolus NST LR |
| central line, RT tube 1" from | 0047 | ms | 125 cc/hr NST L |
| hub to nare ~ MR | | | per 20GR hand. |
| 0041 Order faxed to pharm ~ MR | 0055 | E | Vancomycin 16 IV PB |
| 0048 3 errms 4 L bags fluid in ~ MR | | E | Ceftriaxone 2gm IV PB |
| 0049 2J saline locked ~ MR | 0048 | ms | Vecuronium 10ms! |
| 0130 Dr Anzi notified of pt I/O, instructed | | | |
| to hold Dantrolene ~ M | | | |
| 0137 pt becoming more movement | | | |
| awaiting CT scan to head- 400ml | | | |
| urine O/P when foley placed - 360ml since now | | | |
| 0140 Pt eyes taped shut ~ MR | | | |
| 0155 pt to CT c̄ RN-RT ~ MR | | | |

### SIGNATURE VERIFICATION | INITIALS

| 0202 Return to ST3 c̄ met nurse div status MR Stratton RN | RN |
| 0208 Awaiting micu admit ~ MR | E |

☐ Continued

| C O N S U L T S | SERVICE | DOCTOR | TIME CALLED | TIME ARRIVED |
|---|---|---|---|---|
| | | | | |

BBS
18-24

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UNIT IN SPACE BELOW

68/20 bag #3+4   108/38
130   NKDA
psych Hx
16L EJ LR
20/LR
7.0 nasal
R nare
@ SCD.

30001068644   7083200

ROBERTSON, BRIAN
ROBERTSON, BRIAN 08/31/1966 CF
STAT LABEL

### CONTINUATION PAGE
### EMERGENCY SERVICES MEDICAL RECORD

Medical Record Form 7005B-Rev. 03/01
The University of Texas Medical Branch Hospitals
Galveston, Texas

Original - Medical Record
Yellow - Billing
Pink - Emergency Department

Copy of PLG case to Litigation Support on 06.26.2013 by slink
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page ____ of ____

| OBSERVATIONS/SIGNATURE (PLEASE SIGN AND TIME EACH ENTRY): | TIME | PAIN | BP | PULSE | RR | TEMP | PULSEOX | INT. |
|---|---|---|---|---|---|---|---|---|
| | 0315 | | | 1N | 30 | | · | SE |
| | 0345 | | 79/30 | | | | | |
| | 0352 | | 110/120 | | 32 | | | E |
| | 040 | | 113/120 | | 32 | 37° | · | E |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### DIAGNOSTIC & TREATMENT ORDERS

| | TIME ENTERED | COMP. INT. | ORDERS WITH SIGNATURE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SIGNATURE VERIFICATION | | INITIALS |
|---|---|---|
| | | E |

☐ Continued

| C O N S U L T S | SERVICE | DOCTOR | TIME CALLED | TIME ARRIVED |
|---|---|---|---|---|
| | | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**CONTINUATION PAGE**
**EMERGENCY SERVICES MEDICAL RECORD**

Medical Record Form 7005B-Rev. 03/01
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record
Yellow - Billing
Pink - Emergency Department

Copy of OIG case to Litigation Support on 06.26.2013 by sop
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7003200    ER CARD
ROBERTSON ,RICKY

MFG. BY MOORE  UTMB FORMS MGT. (409) 747-8001 STRICTLY PROHIBITS DUPLICATION, REPRODUCTION OR CHANGES TO THIS FORM.



EMERGENCY SERVICES PROCEDURE NOTE

Copy of ORS case to Litigation Support on 06.26.2013 by cam.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

7/16/04                    RAN  H&P

3:43 AM

CC :-  unresponsive

HPI :- 39 yo WM w/ PMH of bipolar disorder, borderline
personality disorder and polysubstance abuse, presented to
the ER from TDC after being found unresponsive in
TDC at 22:10 PM (7/15/04), with empty stare and
axillary temp 108, HR 100   98/60  O₂ sat 73⁺ and
intubated 2° to hypoxia.  In the ER pt was unresponsive
to pain & with ⊙ fixed dilated pupils with HR 130  86/18
100% O₂ sat on 40% FiO₂.  Pt had -ve CT head
and was volume resuscitated with rhabdomyolysis + 4 NS.  Pt had
had +ve TCA levels with a no QRS prolongation and was
started on HCO₃.  Pt then developed severe hypotension
with MAP 20-30 and was started on dopamine &
levophed to maintain MAP to 60 and was transferred to
the floor for further mgmt.  Pt started on empiric
cefepime 2 gm & vancomycin 1 gm after obtaining BC.

PMH :  Bipolar disorder with depression                    Meds:
SH :   TDC inmate , PMH of ETOH & Tob use          Lithium Carbonate
FH :   NC                                                                  600 mg bid
ROS :  unable to obtain                                           Chlorpromazine 100 mg
                                                                                     bid
O/E :  VS :- HR 125 , BP 118/39 (on pressors)         ℞ Benztropine 2 mg bid
            T - 37⁵ , O₂ sat 96% on 40% FiO₂              Amiloride 100 mg bid
        ⊙ GE :- pt unresponsive                                  Nortriptyline 75 mg QPM
neck : supple                                                            Other
HEENT:  Pt with nasally intubated
            pupils fixed & dilated
CVS:  S₁ S₂ ⊕  tachycardia ⊕ , Ø murmur
RS :     ↓ BS  and on ® side inflammatory region
Abd :  soft , ND, NT
Ext :  ⊙ edema   excoriations
Skin :  livedo reticularis on  ® hand & forearm
Neuro :  - ve gag   - ve response to pain
            Extensor posturing ⊕

G 87·3'

Labs:— 17.2 ╲ 12.8 ╱ 78        137 ╱ 111 ╱ 24 ╲ 87
                               3.2 / 20 / 2.38

PT 19.8     PTT 50          AGAP  6    7.6 / 0.8 / 1.8

NH₃ — 17      Lactic Acid 8.3

Lithium 1.4        Acetaminophen < 10      Salicylate < 10

Benzo, Barb — +ve
        TCA  660 ↑

       7.35   30   170    16

CT head — —ve acute
CXR —       Patchy opacities in ® mid & lower lung.
EKG:  Sinus tachycardia.

A/P (i)  AMS / Hypotension:  39 yo WM with no sign PMH of
bipolar disorder, found unresponsive in TDC unit
s/p intubation, now with profound hypotension
and unresponsiveness. Pt with fever, ⊖ neck stiffness
—ve Kernigs ⊕ Bab. DR intubated, drug overd ...  Pt c̄
—ve CT head,  ↑ WBC count,  normal anion gap,
mild non gap metabolic acidosis,  ↑ lactic acid level,
coagulopathic  and with ↑ TCA levels.  DD includes
drug overdosage ( TCA) vs meningitis vs
sepsis ( 2°to CAP) vs MI vs PE. Pt now with
profound hypotension on dopamine & levophed.
will obtain BC,  follow pH & lactate levels. Continue
iv fluids,  alkalinization,  and Ab. ( vancomycin,
levofloxacin,  ceftazidime (ceftriaxone ).
Pt with APACHE II score 33. will consider xigris.
Start pt on will obtain cardiac enzymes & D-Dimer.
Start lovenox 100 mg sc q12hrs.  will obtain DIC
panel.

(ii)  Bipolar disorder — pt with bipolar disorder c̄
      depression ... Acute issue ... (crossed out)
(ii)  Respiratory failure:  likely 2°to drug overdose vs sepsis.
      Continue mechanical ventilation & NS.  will add
      lovenox after DIC panel & D-Dimer.
(iii)  Hypotension:  likely 2°to drug overdose vs sepsis
      vs meningitis.  Continue fluid & pressor
      support.  Pt given 6L fluids in EK...

Copy of OIG case to Litigation Support only.
UNAUTHORIZED COPYING OR VIEWING ...

| SECTION I | Must be completed within the 1st hour of admission to inpatient unit or at point of entry as defined by policy. |
|---|---|

## GENERAL INFORMATION

Date: 7-16-04  Time: 0420  of Admission

Admitted from:
- ☐ Home
- ☑ ER
- ☐ MD Office/Clinic
- ☐ Nursing Home
- ☐ Other:

Primary Informant:
- ☐ Patient
- ☐ Family Member:
- ☑ Other: Pt unrespine

Initial Vital Signs:
T 99.5  P 121  R 22  B/P 83/28  ☐ Rt. Arm
Ht _____  Wt in KG 103.7  ☑ Lt. Arm
HC _____ (Neonatal and Pediatric patients under age 2 only)

Allergies: ☐ Yes  ☐ No  ☑ NKA
Medications: _____
  Reaction: _____
Foods: _____
  Reaction: _____
Latex: _____
  Reaction: _____
Other: _____
  Reaction: _____

Completed by: Initials: _____  Date: 7-16-04  Time: 0420

Allergy bracelet applied: ☐ Yes  ☐ N/A  Initials _____
Name Band applied by: Initials _____

CC/Reason for Hospitalization (state in patients own words):
unknown pt unrespine

Primary Language: _____
☐ Speak  ☐ Read  ☐ Write

Highest Level of Education:
- ☐ Elementary-grade:
- ☐ Junior High-grade:
- ☐ High School-grade:
- ☐ College:

Occupation: Pt Unrespine

Age: 37
- ☐ Pediatric Patient  (Refer to Pediatric age-specific assessment addendum)
- ☐ OB  (Refer to OB triage record)
- ☐ Psychiatric Patient (Refer to Psychiatric assessment addendum)

Emergency Contact
Name: Beverly Sissy  713 784 8845
Relationship: Next of Kin
Home #: 713 784 8845  Work #: _____
Mobile #: _____  Pager: _____

## PHYSICIAN NOTIFIED ON ADMISSION

Name of Physician Notified: Dr. Mowa  by _____  Date 7-16-04  Time 0420

## ADVANCE DIRECTIVES AND GUARDIANSHIP

Advance Directives (Not required for pediatric patients)  Pt. Unrespine
Does the patient have:
☐ Yes  ☐ No  Directive to Physician (Living Will) If Yes, document intent:
☐ Yes  ☐ No  Out of Hospital DNR

☐ Yes  ☐ No  Medical Power of Attorney for Healthcare. If yes, who
Name _____  Phone Number _____

If yes to any of the above, copy of document provided?  ☐ Yes  ☐ No  If no, instructed to provide document?  ☐ Yes  ☐ No
Does the patient wish additional information/forms?  ☐ Yes  ☐ No
Patient/Family given Advance Directive Brochure by _____
Request for additional information/forms referred to _____ by _____
Guardianship
Does the patient have a Power of Attorney other than Healthcare?  ☐ Yes  ☐ No
  If so, who _____  Phone _____
Does the patient have a legal guardian?  ☐ Yes  ☐ No
  If so, who _____  Phone _____

## DISPOSITION OF VALUABLES

UTMB Hospitals will not assume responsibility for lost or damaged valuables, clothing or personal items kept in the patient's possession.
Valuables may be deposited in the Cashier's Office for safekeeping upon patient/family request or identified need.
☐ No valuables present upon arrival to unit _____  Comments _____
Hospital Policy explained by _____  Date: 7-16-04  Time: 0420
Patient or Family Representative Signature: Pt. Unrespine  Date: _____  Time: _____

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

001172218
708320Q  CMS 08-21-66
ROBERTSON, RICKY
30001068644  MPU
I

NICU→

### INTERDISCIPLINARY ADMISSION ASSESSMENT

**Note All Actual or Potential Health Care
Concerns on the Interdisciplinary Plan of Care**

Medical Record Form 5090-Rev. 8/2003
**The University of Texas Medical Branch Hospitals
Galveston, Texas**

Copy released to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NUMBER 68503

MFG. BY MOORE  UTMB FORMS MANAGEMENT STRICTLY PROHIBITS CHANGES TO THIS FORM.



## BODY DIAGRAM

Left        Right

R    L    L    R

Front                                                Back

Legend:        Wound(s) = W        Pain = P        IV(s) = X

(Use subscripts if more than one site, i.e. W1, W2, etc.)

Indicate area and shape of any wound, lesion, burns, trauma, etc. in appropriate place on the above figures. Number each and describe below (what it is, size, color, discharge, odor, inflammation, etc.)

# 1  _____ bitdown ntrd _____
# 2  _____
# 3  _____
# 4  _____
# 5  _____
# 6  _____
# 7  _____
# 8  _____
# 9  _____
# 10 _____

Completed by: Initials: _____  Date: _____  Time _____

### SIGNATURES

**Note All Actual or Potential Health Care Concerns on the Interdisciplinary Plan of Care. Refer any unusual and/or unexpected findings to physician.**

| Initials | Signature | Initials | Signature |
|----------|-----------|----------|-----------|
|          |           |          |           |
|          |           |          |           |
|          |           |          |           |
|          |           |          |           |
|          |           |          |           |

Copy of OIG case to Litigation Support on 06.26.2013 by scm
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MR Robertson 7125

## PAIN ASSESSMENT

A. Are you currently experiencing pain? ☐ Yes ☐ No   If yes, complete 1-11.
1. Do you have pain in more than one location? ☐ Yes ☐ No   *Pt wr espine*
2. Location: A _____ B _____ C _____
3. Intensity: Scale used _____ Rating _____
4. Quality (describe pain): _____
5. Onset/Duration: _____
6. Current Treatment: A _____ B _____ C _____
7. Satisfied with treatment? ☐ Yes ☐ No   If no, explain _____
8. What relieves the pain? _____
9. What aggravates the pain? _____
10. What effect does the pain have on your functioning or quality of life? _____
11. What factors are associated with the pain? (N/V, dizzy, etc.): _____

B. Do you have any ongoing (chronic) painful conditions? ☐ Yes ☐ No   If yes, complete 1-7.
1. Describe: _____
2. What effect does the pain have on your functioning or quality of life? _____
3. Is there anything we need to do to continue your current pain management program while you are in the hospital? _____
4. What relieves the pain? _____
5. What aggravates the pain? _____
6. What factors are associated with the pain? (N/V, dizzy, etc.): _____
7. Comfort goal: _____

C. Do you expect as a result of this admission that pain may be a problem for you? ☐ Yes ☐ No
Comfort goal set: _____ Comfort goal documented in plan of care? ☐ Yes ☐ No

Identified needs reported to: Physician _____ Date _____ Time _____

### BRADEN SCALE

| | | | | | Score |
|---|---|---|---|---|---|
| Sensory Perception | 1 Completely Limited | 2 Very Limited | 3 Slightly Limited | 4 No Impairment | |
| Moisture | 1 Constantly Moist | 2 Very Moist | 3 Occasionally Moist | 4 Rarely Moist | 3 |
| Activity | 1 Bedfast | 2 Chair fast | 3 Walks Occasionally | 4 Walks Frequently | 1 |
| Mobility | 1 Completely Mobile | 2 Very Limited | 3 Slightly Impaired | 4 No Limitations | 1 |
| Nutrition | 1 Very Poor | 2 Probably Inadequate | 3 Adequate | 4 Excellent | 1 |
| Friction & Shear | 1 Problem | 2 Potential Problem | 3 No Apparent Problem | | 1 |

A score of 18 or less requires referral to Plan of Care.
Completed by: Initials: _(N)_   Date: 7-16-09   Total Score: 8   Time: 0420

### FALL PREVENTION ASSESSMENT

**FALL PREVENTION ASSESSMENT:** ✓ each risk factor present for this patient

☐ Age over 75
☑ Currently in the ICU
☐ Agitation/confusion/impaired memory/impaired judgement/delirium/dementia
☐ ETOH abuse/withdrawal
☑ Unable or unwilling to follow directions
☐ Prior history of falls

☐ Dizziness, vertigo
☐ Frequent need to toilet/incontinence
☐ Orthostasis/hypovolemia
Other
☐ _____
☐ _____

If ANY of the above boxes are ✓'d, (in behavioral medicine, any two boxes) this patient is *at risk* for falls. The FALL PREVENTION PLAN OF CARE MUST BE IMPLEMENTED (available on POE and frequently used forms)

☐ Anesthesia in past 24 hours
☐ Anticonvulsants/antidepressants/tranquilizers/hypnotics/sedatives
☐ Antihypertensives/diuretics/laxatives
☐ Eye drops
☐ Depression
☐ Muscle weakness or paralysis
☑ Restricted by tubing/equipment (IV, NGT, Foley, etc)
☐ Unsteady gait/Uses cane or walker/Requires assistance for ambulating

☐ History of seizures/neurological diagnosis
☐ Uncorrected poor vision
☐ Decreased hearing
☐ Decreased sensation
☐ Communication impairment
Other
☐ _____
☐ _____

If TWO OR MORE of the above boxes are ✓'d (in behavioral medicine, any three boxes) this patient is *at risk* for falls. The FALL PREVENTION PLAN OF CARE MUST BE IMPLEMENTED (available on POE and frequently used forms)

☐ Patient not at risk for falls   Assessed by: _____ RN   Date: _____ Time: 10

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**SECTION II**  To be completed within twelve (12) hours of admission to inpatient unit or at point of entry as defined by policy.

## PAST MEDICAL HISTORY

Previous illness, injuries (indicate year): _____

Previous hospitalizations/surgeries (indicate year): *Pt [nonresponsive]* _____

Indicate with a (✓) if the patient or patient's family has a history of:

|  | Pt | Family |  | Pt | Family |  | Pt | Family |  | Pt | Family |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diabetes | ☐ | ☐ | Tuberculosis | ☐ | ☐ | Pacemaker | ☐ | ☐ | Night Sweats | ☐ | ☐ | Seizures | ☐ | ☐ |
| Stroke | ☐ | ☐ | Stomach/Intestinal | ☐ | ☐ | Fainting/Dizzy Spells | ☐ | ☐ | Hypertension | ☐ | ☐ | Thyroid Disorder | ☐ | ☐ |
| Rheumatic Disease | ☐ | ☐ | Urinary Problems | ☐ | ☐ | Liver Disease | ☐ | ☐ | Lung Disease | ☐ | ☐ | Bleeding/Clotting | ☐ | ☐ |
| Hepatitis | ☐ | ☐ | Heart Disease/Attack | ☐ | ☐ | GYN Problems | ☐ | ☐ | Asthma | ☐ | ☐ | Other | ☐ | ☐ |
| HIV/AIDS Positive | ☐ | ☐ | Chest Pain | ☐ | ☐ | Psychiatric | ☐ | ☐ | Cancer | ☐ | ☐ | | | |

Pertinent Information related to history: *Pt. [nonresponsive]* _____

Has the patient had exposure to measles or chicken pox within the last 21 days?  ☐ Yes  ☐ No

Has the patient had a blood transfusion?  ☐ Yes  ☐ No  If yes, did the patient have a reaction to the transfusion?  ☐ Yes  ☐ No

Has the patient a history of:

Drug Use?  ☐ Yes  ☐ No  If yes, describe _____

Alcohol Use?  ☐ Yes  ☐ No  If yes, describe _____

Tobacco use (includes dipping)?  ☐ Yes  ☐ No  If yes, how many packs per day? _____

**Current Medications (include over the counter medications, herbal supplements, diet aids and vitamins)**

Is the patient on any research medications?  ☐ Yes  ☐ No  If yes, list below.

Disposition of medication _____

| Medication Name | Amount | How often |
|---|---|---|
| *Unknown* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## FUNCTIONAL INFORMATION

### HEARING SCREEN

Does the patient have any of the following:

☐ Yes  ☐ No  Trouble hearing          ☐ Yes  ☐ No  Patient/family feels patient may have a hearing loss

☐ Yes  ☐ No  Difficulty following spoken instructions

### SPEECH SCREEN

*Pt. [nonresponsive]*

Does the patient have any of the following:

☐ Yes  ☐ No  Patient can communicate needs

☐ Yes  ☐ No  Patient coughs or chokes when eating or drinking

### ACTIVITY SCREEN

Does the patient have difficulty completing any of the following activities alone?

☐ Yes  ☐ No  Bathing          ☐ Yes  ☐ No  Dressing/undressing          ☐ Yes  ☐ No  Toileting

☐ Yes  ☐ No  Feeding          ☐ Yes  ☐ No  Work duties          ☐ Yes  ☐ No  Stair climbing

☐ Yes  ☐ No  Walking          ☐ Yes  ☐ No  Housework

### SENSORY/COMMUNICATION SCREEN

☐ Difficulty with vision, taste, smell, or speech?  ☐ Yes  ☐ No

Exceptions: _____

**Any yes response to above screens requires Physician notification.**

☐ Yes  ☐ No  Glasses. If yes, location _____          ☐ Yes  ☐ No  Contacts. If yes, location _____

☐ Yes  ☐ No  Hearing aid. If yes, location _____          ☐ Yes  ☐ No  Dentures. If yes, location _____

Physician notified by: _____  Date: _____  Time: _____  Method: _____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## NUTRITION SCREEN

Does the patient have any of the following:

☐ Yes ☐ No   **Unplanned** weight loss (> 10 lbs/month)          ☐ Yes ☐ No   Inadequate growth/weight
☐ Yes ☐ No   Severe food allergies/intolerance/avoidance         ☐ Yes ☐ No   Chewing/swallowing difficulties
☐ Yes ☐ No   Greater than 3 days of vomiting/diarrhea            ☐ Yes ☐ No   Religious dietary considerations
☐ Yes ☐ No   Receiving TPN/Tube feedings/supplements
☐ Yes ☐ No   Does not understand or cannot follow special diet
☐ Multidisciplinary Protocol (includes Nutrition Assessment)
**Any yes response requires a nutrition consult.** Consult submitted by _VNW_____ Date _7-16-04_ Time _0420_

## SPIRITUAL/CULTURAL SCREEN

Religious preference (If patient does not wish to discuss, do not continue): _____
Would you like to see a clergy?  ☐ Yes  ☐ No   _VN Known_
Will the patient's spiritual/cultural beliefs or practice impact medical treatment?  ☐ Yes  ☐ No If yes, describe _____
_____

Does the patient have cultural or spiritual concerns or items/resources they require during hospitalization?

☐ Yes  ☐ No   If yes, list: _____

**If yes is checked for any item, consult with Pastoral Care.** Consult submitted by _____ Date_____ Time _____

## ABUSE/NEGLECT SCREEN

No signs of abuse or neglect (abnormal bruises, fractures/injuries not consistent with trauma described, bite marks, burns, malnutrition, dehydration, pressure sores, chronic poor hygiene, repetitive falls, contractures, fear of caregivers). No exceptions ☑

Exceptions: _____
_____
_____

**Any exceptions require a consult with social services.** Consult submitted by _____ Date_____ Time _____

## CASE MANAGER/DISCHARGE PLANNING SCREEN

Not applicable for TDJC patient except OB

Where does the patient plan to go upon discharge? _____
If needed, is there someone available to assist the patient when discharged?  ☐ Yes  ☐ No
    If yes, who? (Name and phone number)_____
Who will provide transportation to take the patient home? (Name and phone number)_____
    How much notice will they need? _____ Are there times of day they cannot pick the patient up? _____
Is the patient currently using medical equipment at home:  ☐ None  ☐ Walker  ☐ Wheelchair  ☐ O₂  ☐ Other _____
Was the patient receiving home health care services prior to admission?  ☐ Yes  ☐ No
    If yes, name of agency_____

### Social Work and Discharge Planning Considerations

Check all that apply  ☐ Transportation difficulties  ☐ Admitted from long term care facility  ☐ Need for temporary guardianship
☐ Home mobility problems (stairs)  ☐ Frail or ADL dependent and living alone  ☐ Medical non-compliance  ☐ Failure to thrive
☐ Suspected or confirmed substance abuse  ☐ Potential fetal demise  ☐ Pregnant and under 17  ☐ Planned infant adoption
☐ No permanent housing/place to go after discharge  ☐ Catastrophic illness  ☐ TDJC offender that will deliver this admission
☐ Multidisciplinary Protocol (includes Social Work Assessment)
**Any check requires Social Work Consult** by whom _____ Date _____ Time_____

## OTHER

Is there anything else that the patient could tell us that would help us meet the patients needs?

_____
_____
_____

Additional comments: _____
_____
_____
_____
_____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.30

## CURRENT REVIEW OF HEALTH STATUS

**Must be completed by a Registered Nurse within 12 hours of arrival**

**The following parameters will be considered normal. Normal findings will be indicated by checking the No Exceptions box. Abnormal finding will be described in the exceptions. Parameters unable to be assessed will be indicated by drawing one line through the parameter.**

**Cardiovascular:** Regular apical pulse. No chest pain. No peripheral edema. Peripheral pulses present in all extremities. Extremities warm and color within patient norm. No calf tenderness. **For Infants:** No bounding pulses. No murmurs.
☐ No exceptions   ☑ See ICU Flow Sheet for Exceptions.
Exceptions: _____

**Respiratory:** Respirations regular and unlabored. Nail beds and mucous membranes pink. Breath sounds clear and equal bilaterally. Cough absent. No sputum.   ☐ No exceptions.   ☑ See ICU Flow Sheet for Exceptions.
Exceptions: _Nail beds dusky, cap refill >3_

**Breasts:** No patient report of lumps, nipple retraction, discharge or bleeding from nipples, or pain.   ☐ No exceptions.
   **Last mammogram** _____
Exceptions: _____N/A_____

**Integumentary:** Skin warm, dry and intact. Skin color within patient's norm. No petechiae or ecchymosis.
☐ No exceptions. If wound(s) present, indicate location on body diagram.   ☐ See ICU Flow Sheet for exceptions.
Exceptions: _Cool to the touch_

**Gastrointestinal:** Abdomen soft, round. No guarding or tenderness. Positive bowel sounds all quads. No nausea, vomiting, diarrhea or constipation. No ostomies. Continent of stool.   ☑ No exceptions.   ☐ See ICU Flow Sheet for exceptions.
Exceptions: _____

**Last bowel movement** ___unknown___
**Psychological/Emotional/Behavioral:** Cooperative. Behavior appropriate for age and situation. Verbalizes adequate sleep. Denies anxiety. **For Infants:** not fussy, agitated, or irritable. **For Children:** easily consoled, positive response to distraction techniques.
☐ No exceptions.   _Pt. unresponsive_
Exceptions: _____

**Neurological:** Alert and oriented x 4. Active ROM all extremities with symmetry of strength. Verbalization clear and understandable. Swallow intact. No evidence of seizure activity. **For Infants:** neonatal reflexes appropriate to age.
☐ No exceptions.   ☑ See ICU Flow Sheet for exceptions.
Exceptions: _Pt unresponsive_

**Genitourinary:** Urine clear, yellow or amber. No c/o dysuria, frequency, urgency or retention. Continent of urine. Bladder not distended. No catheters, drain or ostomies.   ☑ No exceptions.
**Females:** Reports no unusual vaginal bleeding or dysmenorrhea.
   **Gravida** _____ **Para** _____ **LMP** _____ **Last Pap Smear** _____
Exceptions: _____

**Males:** Reports no genital swelling, masses, or prostate problems.   ☑ No exceptions.
Exceptions: _____

**Hydration Status:** Skin turgor elastic, mucous membranes moist. **For Infants:** Anterior and posterior fontanales soft and flat.
☑ No exceptions.
Exceptions: _____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Patient Health Care Concern | ☐ Actual ☑ Potential | | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|
| Impairment of skin integrity | | | | | 7-16-09 | |

| Patient Goal/Measurable Outcome | Date Identified | Initials |
|---|---|---|
| 1. Patient will have no skin breakdown | 7-16-09 | |
| 2. Patient will have no further skin breakdown if pre-existing | | |
| 3. | | |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. Assess skin upon admission then Q/Shift & prn | 7-16-09 | | | | | |
| 2. Keep skin clean & dry, reposition Q 2 hours | | | | | | |
| 3. Perform Braden Scale assessment QOD | | | | | | |
| 4. OOB as indicated if ordered | | | | | | |
| 5. Monitor I&O and nutritional intake | | | | | | |
| 6. Avoid Pressure from cables, tubings, etc. | | | | | | |
| 7. Avoid shearing injury by lifting rather than pulling pt | | | | | | |
| ☐ Continued | | | | | | |

| Patient Health Care Concern | ☐ Actual ☑ Potential | | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|
| Alteration in comfort: PAIN | | | | | 7-16-09 | |

| Patient Goal/Measurable Outcome | Date Identified | Initials |
|---|---|---|
| 1. Patient will understand & utilize 1-10 scale method of quantifying pain | 7-16-09 | |
| 2. Patient will understand the nature of pain and its treatment with analgesics | | |
| 3. Patient will identify a comfort goal of _____ or patient will be free of pain. | | |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. Discuss pain scale with patient. Assess and document with VS. | 7-16-09 | | | | | |
| 2. Administer analgesics as ordered or per PRN sched | | | | | | |
| 3. Assess & evaluate effectiveness of analgesia with patient | | | | | | |
| 4. Discuss pain/analgesia regimen effectiveness with physician | | | | | | |
| 5. Assess for non-verbal pain expression in unconscious or intubated patients | | | | | | |
| 6. Discuss regimen effectiveness with physician | | | | | | |
| 7. Identify and discuss pain relief goals with patient | | | | | | |
| ☐ Continued | | | | | | |

| Initials | Signature | Title | Initials | Signature | Title |
|---|---|---|---|---|---|
| | | | | | N |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UNIT IN SPACE BELOW

001172218
708320Q    CMS 08-21-66
ROBERTSON .RICKY    MPU
30001068644
I

**INTERDISCIPLINARY PLAN OF CARE**

**DEPARTMENT OF**
Medical Record Pilot Form 5091-11/96
The University of Texas Medical Branch Hospitals
Galveston, Texas

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Patient Health Care Concern | ☐ Actual ☑ Potential | | | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| Alteration in nutrition | | | | | | 7-16-04 | (D) |

| Patient Goal/Measurable Outcome | | | | | | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| 1. Patient will maintain adequate nutritional intake as recommended by Dietician | | | | | | 7-16-04 | (D) |
| 2. Patient will be free of signs of malnutrition; i.e. fatigue, anorexia, poor skin turgor | | | | | | ✓ | ✓ |
| 3. Patient's labs will reflect adequate nutrition; i.e. Albumin, Total Prot. Electrolytes WNL | | | | | | ✓ | ✓ |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. Assess pt. nutritional status upon admission | 7-16-04 | (D) | | | | |
| 2. Have Dietary consult within 24 hr of admit | | | | | | |
| 3. Begin diet, enteral feedings, or TPN within 24 hours of admission unless contraindicated. | | | | | | |
| 4. If NPO, consider enteral feeds or TPN | | | | | | |
| 5. Monitor Daily Weight for stability, monitor I&O | | | | | | |
| 6. Provide oral care and hygiene.. | | | | | | |
| 7. Maintain route for enteral feeds on NPO patients | ✓ | ✓ | | | | |
| ☐ Continued | | | | | | |

| Patient Health Care Concern | ☐ Actual ☐ Potential | | | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| Potential for self-harm R/T removal of lines and/or catheters | | | | | | | |

| Patient Goal/Measurable Outcome | | | | | | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| 1. Patient will not DC lines, catheters, ETT. | | | | | | | |
| 2. Patient will regain orientation and ability to understand and comply with treatment while not causing self harm by discontinuing therapy. | | | | | | | |
| 3. | | | | | | | |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. Assess for patient ability to understand & comply with treatment, ie not Dcing lines/catheters. | | | | | | |
| 2. Obtain and maintain order for restraints if needed | | | | | | |
| 3. Implement trial releases with observation when assessment indicates ability to safely comply | | | | | | |
| 4. Reassess need for restraints Q shift & PRN | | | | | | |
| 5. Reassess MS/LOC & ability to understand and comply with therapy wihtout causing self-harm | | | | | | |
| 6. Use sedation and Analgesie as ordered/indicated | | | | | | |
| 7. Document pt data on Restraint flowsheet | | | | | | |
| ☐ Continued | | | | | | |

| Initials | Signature | Title | Initials | Signature | Title |
|---|---|---|---|---|---|
| | | | (D) | [signature] | NCH |
| | | | | | |

V PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

INTERDISCIPLINARY PLAN OF CARE

DEPARTMENT OF
Medical Record Pilot Form 5091-11/96
The University of Texas Medical Branch Hospitals
Galveston, Texas

Orginal -Medical Record

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MR 4-1201

| Patient Health Care Concern | | ☐ Actual | ☑ Potential | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| Alteration in Tissue Perfusion | | | | | | 7-16-09 | (P) |

| Patient Goal/Measurable Outcome | Date Identified | Initials |
|---|---|---|
| 1. Maintain VS & in normal limits | 7-16-09 | (P) |
| 2. Maintain normal ECG | 7-16-09 | (P) |
| 3. | | |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. Monitor VS q 2° | 7-16 | (P) | | | | |
| 2. Monitor ECG as ordered | | | | | | |
| 3. Full assessment q 4° | ✓ | ✓ | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| ☐ Continued | | | | | | |

| Patient Health Care Concern | | ☐ Actual | ☐ Potential | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Patient Goal/Measurable Outcome | Date Identified | Initials |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Plan of Action | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| ☐ Continued | | | | | | |

| Initials | Signature | Title | Initials | Signature | Title |
|---|---|---|---|---|---|
| (P) | R K N | NKSI | | | |
| | | | | | |
| | | | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

001172218
708320Q   CMS 08-21-66
ROBERTSON  RICKY   MPU
30001068644
I

031604

NICU-

**INTERDISCIPLINARY PLAN OF CARE**

Medical Record Form 5091-Rev. 6/03
**The University of Texas Medical Branch Hospitals
Galveston, Texas**

Original-Medical Record

MFG. BY MOORE

UTMB FORMS MANAGEMENT STRICTLY PROHIBITS CHANGES TO THIS FORM.

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NUMBER 68504

Copy of Orig case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.34

| Patient Health Care Concern | | ☐ Actual | ☐ Potential | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| Respiratory Failure or Impending Respiratory Failure | | | | | | 7/16/04 | Hz |
| **Patient Goal/Measurable Outcome** | | | | | | Date Identified | Initials |
| 1. Acceptable pulmonary mechanics | | | | | | 7/16/04 | Hz |
| 2. SpO2, ABG's acceptable | | | | | | 7/16/04 | Hz |
| 3. Respiratory rate, breathing pattern acceptable | | | | | | 7/16/04 | Hz |
| **Plan of Action** | | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
| 1. Ventilatory Support | | 7/16/04 | Hz | | | | |
| 2. ET Tube suction prn | | 7/16/04 | Hz | | | | |
| 3. Pulmonary mechanics prn | | 7/16/04 | Hz | | | | |
| 4. Asses patient as needed including ABG's and Vital signs | | 7/16/04 | Hz | | | | |
| 5. Bipap | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| ☐ Continued | | | | | | | |

| Patient Health Care Concern | | ☐ Actual | ☐ Potential | Date Resolved | Initials | Date Identified | Initials |
|---|---|---|---|---|---|---|---|
| Obstructive disorders | | | | | | | |
| **Patient Goal/Measurable Outcome** | | | | | | Date Identified | Initials |
| 1. SPO2 acceptable-no de-saturation or bradycardia | | | | | | | |
| 2. Acceptable Vital signs | | | | | | | |
| 3. Daytime sleepiness improves or resolves | | | | | | | |
| **Plan of Action** | | Date Initiated | Initials | Date Revised | Initials | Date Complete or D/C | Initials |
| 1. Cpap | | | | | | | |
| 2. Bipap | | | | | | | |
| 3. Oxygen titrated in prn | | | | | | | |
| 4. Continuous pulse oximetry | | | | | | | |
| 5. Maintain acceptable SPO2,ABG's & vital signs | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| ☐ Continued | | | | | | | |

| Initials | Signature | Title | Initials | Signature | Title |
|---|---|---|---|---|---|
| Hz | Hz ganger | CRT | | | |

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, P. NAME AND UHT IN SPACE BELOW

001172   CRS
7083200
ROBERTSON  RICKY   MPU
3000106864
I

171604

**INTERDISCIPLINARY PLAN OF CARE**

Medical Record Form 5091-6/97
The University of Texas Medical Branch Hospita
Galveston, Texas

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Patient: Robertson, Ricky 708320Q**



**MICU Progress Note**
**The University of Texas**
**Medical Branch**
**Galveston, Texas**

7/16/04     10:56 AM

| | | |
|---|---|---|
| | | **MICU Bed 5     Inpatient Note     ICU day 1     Vent Day 1** |
| | | The patient was seen and examined with **Dr. Beary MD** |
| | | **History:** 39 y/o WM with PMH of bipolar d/o, borderline personality d/o, and |
| | | polysubstance abuse presented to ER from TCD after being found unresponsive in |
| | | TDC at 2210 (7/15/04), with empy stare and axillary temp of 108 F, HR=100, |
| | | BP=98/60, O2 sats=73%.  Intubated secondary to hypoxia.  In the ER pt. was |
| | | nonresponsive to pain and with fixed dialated pupils with HR=130, BP=76/18, O2 |
| | | Sats=100% on FIO2=60%.  Pt. had CT head and was volume resuscitated for |
| | | hypotension.  Pt. had TCA levels with no QRS prolongation and was started on HCO3. |
| | | Pt. then developed severe hypotension with MAP 20-30 and was started on dopamine |
| | | and levophed to titrate MAP to 60 and was transferred to the floor for further |
| | | management.  Pt. started on emperic cefepime 2 g and vancomycin 1 g after |
| | | obtaining BCx. |
| | | PMH:  Bipolar D/o with depression |
| | | SH:  TDC inmate, PMH of ETOH and tob. use |
| | | FH:  NC |
| | | ROS:  unable to obtain |
| | | PE in ER: |
| | | VS:  HR=125, BP=118/39 (on pressor), T=37.3, O2 sats =96% on 60% FIO2 |
| | | GE:  on unresponsive |
| | | neck:  supple |
| | | HEENT:  pt nasally intubated pupils fixed and dialated |
| | | CV:  S1S2 normal, tachycardia, no murmurs |
| | | Pul: decreased BS ant. right side inframammary region |
| | | Abd:  soft,NT/ND |
| | | Ext: no pitting edema |
| | | Skin: little excoriations on R. hand and forearm |
| | | Neuro: no gag refles, no responding to stimuli |
| | | |
| | | Meds prior to admission:  Lithium carbonate 600mg BID, chlorapromazine100mg BID, |
| | | Benzytropine 2 mg BID, amantadine 100mg BID, nortriptyline 75 mg QPM, tyenlonol, |
| | | Dantroline 100 mg x1 |
| | | |

**Intern/Resident Signature**  Moley Warthan, MD
                                                      08171

**Page 1 of 3**              Form updated by J. Henderson on 3-17-04

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.36

**Patient: Robertson, Ricky 708320Q**

**★UTMB**
**MICU Progress Note**
The University of Texas
Medical Branch
Galveston, Texas

7/16/04   10:56 AM

| | | |
|---|---|---|
| | | Overnight: |
| | | |
| | | **Current Meds:** Protonix 40 mg IV BID, heparin 5000 mg SC Q8h, Levofloxacin 500 mg IV |

## Examination:

**BP:** 135/41 **P:** 126     **RR:** 36     $T_{current}$: 39.1 $T_{max}$: 37.5 °C

**Vasopressors:** none

**In/Out:** 648/800  over last 24 hours   **Balance:** 0

**Urine:**         over last 24 hours     **Urine output=** **0.0** cc per hour.

| | |
|---|---|
| **General:**pt. intubated and mildly responsive | **ABD:**soft, NT/ND |
| **HEENT:**fixed dialated pupils | **EXTR:**no pitting edema |
| **Neck:**supple | **Neuro:**no gag reflex, unable to access |
| | **Lines:** |
| **Card:**S1S2 n.; tachycardia | **Nutrition:** |
| **Chest:** | |

**Vent Mode:**PRVC **FiO₂:**80 **Rate:**16  **PEEP:**5 $V_t$:500

**ABG** 7.35/30/173/16  **on FiO₂** 100%

**A-a Gradient=** 503                      **P/F Ratio =**173

## Laboratory:

**WBC** 17.2  **Hgb** 12.8  **Platelets** 78  **Diff** 87.3/5.4

**Na** 137  **K** 3.2  **Cl** 111  **CO₂** 20  **BUN** 24  **Cr** 2.38  **Glu** 87  **AG** 6

**Ca** 7.6  **PO₄** .8  **Mg** 1.9=

**Other Labs:** ammonia-17; lactic acid=5.3;  PT= 19.8, PT INR=1.8, PTT=50, T4=6.2

Li level=1.4, acetamino<10, salicylate<10, Benzo <16, barb<2, TCA=660, amphetamines positive, fibrinogen=82, FDP=>20, D dimer>4.0

**Secretions:**

**Intern/Resident Signature**  _Molley Werthan, MD_
08171

**Page 2 of 3**             Form updated by J. Henderson on 3-17-04

10 37

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Patient: Robertson, Ricky 708320Q**


**UTMB**
**MICU Progress Note**
The University of Texas
Medical Branch
Galveston, Texas

7/16/04    10:56 AM

| | | |
|---|---|---|
| | | ECG: |
| | | **CXR:**Patchy opacities in the right mid and lower lung may be pul. edema or |
| | | pneumonia.  The heart size is normal.  The tip of the endotracheal tube is at the level |
| | | of the clavicular heads. |
| | | CT head without contrast:  No intracranial hemorrhage, edema, herniation, |
| | | hydrocephalus or acute infarct is identified.  The basal cisterns are open. No skull |
| | | fracture is identified.  Scant fluid is present in the maxillary and sphenoid sinuses.  A |
| | | right nasal tube is in place.  No acute intracranial abnormality. |
| | | **Assessment and Plan:** |
| | | 1.  1. AMS/hypotension-  39 y/o WM with no significant hx of bipolar d/o found |
| | | unresponsive in TDC unit s/p intubation.  Pt. with fever, no neck stiffness, negative |
| | | kernigs.  PT. with neg. CT of head, increased WBC, normal anion gap, mild non gap |
| | | metabolic acidosis, increased lactic acid level, coagulopathic and with increased TCA |
| | | levels.  Diff DX: include drug overdosage (TCA) vs. meningitis vs. sepsis (secondary to |
| | | CAP) vs. MI vs. PE.  PT now with profound hypotension and on dopamine and levophed. |
| | | WIll obtain Bl. cx., follow lactate levels.  COntinue IV fluids, alkalinization, and |
| | | antibiotics (vancomycin, levofloxacin, ceftriaxone.  Pt. with APACHE II score of 33.  Will |
| | | consider xigris.  Will obtain cardiac enzymes and D-Dimer.  Start levenox 100 mg SC |
| | | Q12.  Following DIC panel. |
| | | 2.  Respiratory failure- Likely secondary to drug overdose vs. sepsis.  Continue |
| | | mechanical ventilation.  WIll add lovenox after DIC panel and D-Dimer. |
| | | 3.  Hypotension-Likely secondary to drug overdose vs. sepsis vs. meningitis.  continue |
| | | IV fluids.  PT. given 6L of fluid in ER.  Also getting HCO3 in IVF for the elevated TCA |
| | | levels. |
| | | Molly Warthan, MD   #08171        W. Beary   #5464 |
| | | |
| | | |

**Intern/Resident Signature**   *Molly Warthan, MD*
08171

**Page 3 of 3**        Form updated by J. Henderson on 3-17-04

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Date | Time | Notes |
|------|------|-------|
| 7/16/04 | | *ICU - Follow On Call.* |
| | 7:30 AM | Please see full H&P by Dr Monva. |
| | | Briefly, 37 y male on antipsychotic treatment |
| | | c̄ Chlorpromazine, lithium & anta amantadine brought |
| | | to ED p̄ being found hyperthermic & unresponsive & |
| | | was intubated nasally. |
| | | O/E: pt. nasally intubated & tachypneic, unrespon- |
| | | BP 110/70 ; P 120  R 32  T 38⁵  Pupils dilated 4 mm |
| | | Heart tachy.  very sluggish |
| | | Lg. coarse BS Ⓑ & BS Ⓡ anter |
| | | Abdn : soft, NT. |
| | | Ext: acc'e |
| | | Labs: significant for leukocytosis c̄ Ⓛ shift. |
| ↑ TCA lwl₆₆₀ | | hyperkalemia, hypophosphatemia, & mixed. |
| | | metabolic / respiratory acidosis c̄ ↑ lactic acid lwl. |
| CT. lwr-ne | | CXR: infiltrate in Ⓡ mid & lwr zones. |
| | | A/P: |
| | | Unresponsiveness in a 37 y ♂ c̄ ↑ TCA level, hyperthermia, |
| | | & shock. ? sec. to drug over dose vs NMS vs |
| | | sepsis. |
| | | - Contin CMV, IVF, Abx. |
| | | - Consider NG lavage/ Charcoal to remove any |
| | | residue. |
| | | - Would d/w faculty potential benefit of APC, |
| | | though septic picture is not driven |
| | | which would make him a less desirable |
| | | candidate for it. |
| | | Jay ___ 18099s. |

S - Subjective    O - Objective    A - Assessment    P - Plan    (1) Diagnostic    (2) Therapeutic    (3) Patient Education
Please sign each entry with status.

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

Ricky Robertson.

**PROGRESS NOTES**

Medical Record Form 5300-Rev. 6/03
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Date | Time | Notes |
|------|------|-------|
| 7/16/04 | 7:00AM | Procedure Note: OPERATOR: Dr SATTAR.<br>- (R) Femil Arterial line:<br>- Indication: BP monitoring. Shock.<br>- Under full sterile condition (R) femoral arterial line placed on first pass s complication.<br>EBL: 5cc.<br><br>_Farooq Sattar, M.D._<br>180998. |
| 7/16/04 | 0745 | Vent update: PRVC, FiO2 = 65%, peep = +5<br>RR = 16, VT = 500. HNguyen CRT |
| 7/16/04 | 930 | Nutrition<br>See Consult section. — Cecil Kim RDU) |
| 7/16/04 | 1505 | Intern Progress Note<br>I spoke with Roy Robertson (pts brother) and his wife Samantha at 1445 to advise them of the status of pt. They were informed that the pts condition was rapidly deteriorating and that death was imminent (with little chance for meaningful recovery). p discussion offline, they called back and authorized DNR status and approval to withhold supportive care. With that approval, those instructions were followed out.<br>[Roy Robertson (269) 683 - 2393]<br>His mother was called earlier today by another physician and she denied all responsibility and authority in pt management.<br><br>_Andy Dogmar MD_<br>#08164 |

S - Subjective    O - Objective    A - Assessment    P - Plan    (1) Diagnostic    (2) Therapeutic    (3) Patient Education
Please sign each entry with status.

PROGRESS NOTES

Copy of OIG case to Litigation Support office. Medical Record Form 5300-Rev. 6/03 (reverse)<br>UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.42

| Date | Time | Notes |
|------|------|-------|
| 7/16/04 | | Death Note |
| 15:10 | | Called to evaluate Pt for no pulse/lack respiration. |
| | | Found Pt pulseless, no resp auscultated after 30s, |
| | | no heart sounds auscultated after 30 s, Pupils fixed and dilated |
| | | no response to painful stimuli, Ø gag reflex, |
| | | Ø corneal reflex |
| | | [signature] 8105 |

S - Subjective   O - Objective   A - Assessment   P - Plan     (1) Diagnostic   (2) Therapeutic   (3) Patient Education
Please sign each entry with status.

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

**PROGRESS NOTES**

001172218
708320Q    CMS 08-21-66
ROBERTSON , RICKY
30001068644      MPU
I

Medical Record Form 5300-Rev. 6/03
**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original - Medical Record

ADDITIONAL FORMS MAY BE OBTAINED FROM MATERIALS MANAGEMENT REORDER NUMBER 68533

MFG. BY MOORE     UTMB STRICTLY PROHIBITS CHANGES TO THIS FORM.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
Date: 07/16/04      Pt. Name: ROBERTSON ,RICKY        UH#: 708320Q
ADMIT STATUS: FULL ADMIT                   CLINIC:
REQUEST FOR CONSULTATION:     FOOD AND NUTRITION
PT TYPE: I  FIN CLASS: T  MG CARE: N  INSURANCE: TDCJ STATE PRISONER
DSC STS: NONE                    Priority:    ASAP
Account#:       30001068644  DOB: 08/21/1966   Room/Bed:    J4A   J4A 05
Adm Date/Time:  07/16/04  03:22              Age/Sex:     37 / M
                                            Service/Team: MPU / MICU

Attend:  05464   BEARY MD,WILLIAM M    Pager:
Resident: 07674  MOVVA MBBS,SUNIL
Intern:

To:      FOOD    FOOD AND NUTRITION     Pager:        Phone: 409-772-9777
From:    05464   BEARY MD,WILLIAM M     Pager:        Unit#: 409-772-4203
         Y73C    KHEDERLARIAN RN , BERTHA
History: ROBERTSON ,RICKY 708320Q MPU   ANTICIPATED D/C DATE
         37 C M 07/16/04
Diag:                                DSC STS: NONE

Reason:  POSITIVE SCREEN CONSULT:
         NUTRITIONAL RISK.OD PATIENT
```

NURSE STATION TELEPHONE NUMBER:
772 - 4203

```
Entered by:      Y73C    BERTHA    KHEDERLARIAN    ORDER #:    23
Entered Date/Time: 07/16/04  05:20
TO ANSWER CONSULT ON LINE SELECT ANSWER/DISPLY CONSULT ON PFUN MENU
CONSULT RESPONSE:
```

Problem: Pt intubated + NPO x today.

Evaluation: Est Ht: 6'2"    wt: 104kg @ 121% IBW

ABW: 91kg    NS @ 50ml/°    meds: protonix

∅ dht placed yet

WRITTEN BY: _Carol Yui RD,CD_    DATE: _7/16/04_   TIME: _9 : 45_

SERVICE: _____FNS_____    EXT#: _____    PAGER: _6452033_

THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS - GALVESTON, TEXAS
REQUEST FOR CONSULTATION - MEDICAL RECORD FORM 5411-11/96
*ORIGINAL - MEDICAL RECORD*

OECNE3FA

CONSULT

1047

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Date: 07/16/04      Pt. Name: ROBERTSON ,RICKY       UH#: 708320Q
Account#: 30001068644        Room/Bed: J4A   J4A 05

REQUEST FOR CONSULTATION:      FOOD AND NUTRITION
----------------------------------------------------------------

Con't Consult Response:

7/16)  137 / 111  24 / 87      Phosphorus 0.8↓
       4.2 / 20  2.30

Goal: ① Meet ≥75% est ntr needs.
      ② Maintain hydration.
      ③ Electrolyte balance + renal fxn wnl

Plan: ① Rec place enteral feeding tube.
      ② Suggest Jevity 1.2 @ 80ml/° goal
      rate (2304 kcal, 107 gm protein, 42 gm fiber,
      + 1546 ml H₂O) when renal fxn return to normal
      ③ Suggest 150 ml H₂O bolus fluids q 3° when pt
       at goal rate. Provide additional Increase fluids as pt transitions
      to goal rate.
      ④ Start at 10ml then ↑10ml q 4-6° as tol.
      ⑤ watch for si/sx of tf intolerance, check
      residuals + keep HOB >30°.
      ⑥ Do not keep NPO > 3-5 days.
      ⑦ will flu q 2x per wk.
      ⑧ If pt c ↓renal fxn suggest Osmolite @85ml/° c 125 ml H₂O bolus q 6°
Est ntr needs: 2275 - 2730 kcal (25-30 kcal/kg),
      55-73 gm protein (0.6-0.8 gm/kg) or 73-91 gm protein
      (0.8-1.0 gm/kg if renal fxn wnl) and 2700 ml fluids
      (30ml/kg)

WRITTEN BY: _____ DATE:__/__/__ TIME:__:__ __

SERVICE: _____ EXT#:_____ PAGER:_____
THE UNIVERSITY OF TEXAS MEDICAL BRANCH HOSPITALS - GALVESTON, TEXAS
REQUEST FOR CONSULTATION - MEDICAL RECORD FORM 5411-11/96
ORIGINAL - MEDICAL RECORD

OECNE5FA

CONSULT

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MR Robertson 1271

Patient Account:  30001068-644
Med. Rec. No.:  **(0000)708320Q**
Patient Name:  **ROBERTSON, RICKY**
Age:  37 YRS  Sex:  M    Race:  C
Admitting Dr.:  BEARY MD,WILLIAM M
Ordering Dr.:  BEARY MD,WILLIAM M
Location:  JOHN SEALY TOWER 4A

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Discharge Summary**

| HEME · COAG |

## HEMATOPATHOLOGY EXT 22249

COLLECTION DATE:  07/16/04  07/16/04
COLLECTION TIME:  0110    0500

| PROCEDURE | REFER RANGE | UNITS | | |
|---|---|---|---|---|
| WBCx10^3 | [4.5-10.5] | /CMM | 17.2H | 20.5H |
| RBCx10^6 | [4.25-5.65]+ | /CMM | 4.33f | 4.35 |
| HGB | [13.5-17.0]+ | G/DL | 12.8Lf | 13.1L |
| HCT | [37.0-50.0]+ | % | 36.8Lf | 37.0 |
| MCV | [82.0-97.0] | FL | 85.0 | 85.1 |
| MCH | [27.0-33.0] | PG | 29.6 | 30.1 |
| MCHC | [31.0-36.2] | % | 34.8 | 35.4 |
| RDW | [11.8-14.1] | % | 13.4 | 12.8 |
| PLTx10^3 | [150-400] | /CMM | 78L | 83L |
| MPV | [7.8-11.2] | FL | 10.8 | 12.3H |

07/16/04 0110  RBCx10^6      REFERENCE RANGE CHANGED DUE TO CHANGE OF SEX AT 16JUL2004 0323.
                             NORMAL LOW FROM       3.90 TO    4.25.  NORMAL HIGH FROM     4.95 TO    5.65.
                             RESULT FLAG NOT CHANGED.
                             FOOTNOTE ADDED ON   07/16/04   AT 0323 BY LAB187
07/16/04 0110  HGB           REFERENCE RANGE CHANGED DUE TO CHANGE OF SEX AT 16JUL2004 0323.
                             NORMAL LOW FROM      11.5 TO     13.5.  NORMAL HIGH FROM    15.5 TO    17.0.
                             RESULT FLAG FROM     TO L.
                             FOOTNOTE ADDED ON   07/16/04   AT 0323 BY LAB187
07/16/04 0110  HCT           REFERENCE RANGE CHANGED DUE TO CHANGE OF SEX AT 16JUL2004 0323.
                             NORMAL LOW FROM      34.0 TO     37.0.  NORMAL HIGH FROM    45.0 TO    50.0.
                             RESULT FLAG FROM     TO L.
                             FOOTNOTE ADDED ON   07/16/04   AT 0323 BY LAB187

### DIFFERENTIAL - MANUAL

| | | | |
|---|---|---|---|
| SEGS | [45-78] | % | 74 |
| BANDS | [0-8] | % | 19H |
| LYMPHS | [20-51] | % | 5L |
| META | [0-2] | % | 1 |
| MYELO | [<    0] | % | 1H |
| NRBC/100WB | [<    0] | | 2H |
| #CELS CNTD | | | 100 |

### DIFFERENTIAL MORPHOLOGY

| | | |
|---|---|---|
| POLYCHROM | 2+ | 2+ |

### DIFFERENTIAL - AUTOMATED

| | | | |
|---|---|---|---|
| GRAN% | [45.0-78.0] | % | 87.3H |
| LYMPH% | [20.0-51.0] | % | 5.4L |
| MONO% | [4.0-12.0] | % | 6.6 |

Legend:
L = Low, H = High, f = Footnote, + = Admit Record Chng

Patient Name:  **ROBERTSON, RICKY**
Med. Rec. No.:  **(0000)708320Q**
Patient Location:  J4A  - 05
Printed Date/Time: 72218
07/24/04 - 000  Page:  1

Medical Record Copy
Do Not Remove From Chart

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Account:    30001068-644
Med. Rec. No.:    **(0000)708320Q**
Patient Name:    **ROBERTSON, RICKY**
Age:   37 YRS   Sex:   M      Race:   C
Admitting Dr.:   BEARY MD,WILLIAM M
Ordering Dr.:   BEARY MD,WILLIAM M
Location:   JOHN SEALY TOWER 4A

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5883
**Discharge Summary**

---

## HEMATOPATHOLOGY  EXT 22249

COLLECTION DATE:  07/16/04   07/16/04
COLLECTION TIME:    0110      0500
PROCEDURE   REFER RANGE      UNITS

### DIFFERENTIAL - AUTOMATED

| PROCEDURE | REFER RANGE | UNITS | | |
|---|---|---|---|---|
| EOS% | [0.0-6.0] | % | 0.5 | |
| BASO% | [0.0-2.0] | % | 0.2 | |
| GRAN#x10^3 | [2.1-7.4] | /CMM | **15.0H** | |
| LYMP#x10^3 | [1.3-4.4] | /CMM | **0.9L** | |
| MONO#x10^3 | [0.2-0.9] | /CMM | **1.1H** | |
| EOS#x10^3 | [0.0-0.4] | /CMM | 0.1 | |
| BASO#x10^3 | [0.0-0.2] | /CMM | 0.0 | |
| IMM GRAN | | **OBSERVED*** | | |

---

## COAGULATION

COLLECTION DATE:  07/16/04   07/16/04
COLLECTION TIME:    0110      0500
PROCEDURE   REFER RANGE      UNITS

| PROCEDURE | REFER RANGE | UNITS | | |
|---|---|---|---|---|
| PROTIME PA | [10.5-13.9] | SEC | **19.8H** | **28.7H** |
| PT INR | | | 1.8 | 2.7 |
| APTT MN NM | | SEC | 28 | 28 |
| APTT PATNT | [22-34] | SEC | **50H** | **102C** |
| FIBRINOGEN | [200-400] | MG/DL | | **82Cf** |
| FDP | [<5] | UG/ML | | **>20*** |
| FDP TYPE | | PLASMA | | |
| D DIMER | [<  .55] | | | **> 4.0f** |

07/16/04  0500   FIBRINOGEN      CRITICAL VALUES (APTT/FIBRINOGEN) CALLED TO EVELYN AT 07/16/04
                                 07:19/LT./READBACK VERIFIED BY LT.

D DIMER (08/23/00 -- Current)
        RESULTS ARE REPORTED IN uG FEU/ml.  FEU = FIBRINOGEN EQUIVALENT UNITS.

Legend:
L = Low, H = High, C = Critical, * = Abnormal, f = Footnote

Patient Name:   **ROBERTSON, RICKY**
Med. Rec. No.:   **(0000)708320Q**
Patient Location:   J4A   - 05
Printed Date /Time:72218
        07/24/04 - 0000   Page:   2

**Medical Record Copy
Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum-Robertson-4-2813

Patient Account:   30001068-644
Med. Rec. No.:   **(0000)708320Q**
Patient Name:   **ROBERTSON, RICKY**
Age:  37 YRS  Sex:  M     Race:  C
Admitting Dr.:  BEARY MD,WILLIAM M
Ordering Dr.:  BEARY MD,WILLIAM M
Location:   JOHN SEALY TOWER 4A

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683
**Discharge Summary**

### CHEMISTRY EXT 29227

|  |  |  | COLLECTION DATE: | 07/16/04 | 07/16/04 | 07/16/04 |
|  |  |  | COLLECTION TIME: | 0030 | 0110 | 0500 |
| PROCEDURE | REFER RANGE | UNITS |  |  |  |  |
| NA | [135-145] | MMOL/L |  |  | 137 | 137 |
| K | [3.5-5.0] | MMOL/L |  |  | **3.2L** | **4.1f** |
| CL | [98-108] | MMOL/L |  |  | **111H** | **112H** |
| CO2 TOTAL | [23-31] | MMOL/L |  |  | **20L** | **19L** |
| AGAP | [2-16] |  |  |  | 6 | 6 |
| BUN | [7-23] | MG/DL |  |  | **24H** | **26H** |
| GLUCOSE | [70-110] | MG/DL |  |  | 87 | **129H** |
| CREATININE | [0.70-1.70] | MG/DL |  |  | **2.38H** | **1.89H** |
| BUN/CREAT |  |  |  |  | 10.1 | 13.8 |
| IONIZED CA | [4.50-5.30] | MG/DL |  |  |  | 4.66 |
| PH SERUM | [7.34-7.45] |  |  |  |  | **7.22L** |
| CALCIUM | [8.6-10.6] | MG/DL |  |  | **7.6L** | **7.5L** |
| PHOSPHORUS | [2.5-5.0] | MG/DL |  |  | **0.8Cf** | **1.4L** |
| MAGNESIUM | [1.7-2.4] | MG/DL |  |  | 1.8 | 1.7 |
| TROPONIN I | [0.00-1.00] | ng/mL |  |  |  | **16.01H** |
| AMMONIA | [9-33] | UMOL/L |  |  | 17 |  |
| LACT ACID | [0.3-2.6] | MMOL/L |  | **5.3Cf** |  | **5.2Cf** |

### ENZYMES

|  |  |  | COLLECTION DATE: | 07/16/04 |
|  |  |  | COLLECTION TIME: | 0500 |
| PROCEDURE | REFER RANGE | UNITS |  |  |
| CK | [33-194] | U/L |  | **7748H** |
| CK-MB | [< 5.0] | ng/mL |  | **63.7H** |
| CKMB INDEX | [0.0-2.5] | % |  | 0.8 |

CKMB INTER 07/16/04 0500 INCREASED CK AND MB WITH NORMAL %MB SUGGESTS STRIATED MUSCLE INJURY WHICH CAN MASK MYOCARDIAL MUSCLE INJURY.

Legend:
L = Low, H = High, C = Critical, f = Footnote
K.............. 07/16/04 0500   SLIGHT HEMOLYSIS PRESENT
PHOSPHORUS..... 07/16/04 0110   CRITICAL VALUE(S) CALLED TO HEATHER ON 07/16/04 01:50 BY LAB217 AND READBACK.
LACT ACID...... 07/16/04 0030   PANIC RESULT CALLED TO EMILY AT 07/16/04 02:42/REPEATED
LACT ACID...... 07/16/04 0500   CRITICAL VALUE(S) CALLED TO EVELYN ON 07/16/04 09:01 BY 429 AND READBACK.

Patient Name:  **ROBERTSON, RICKY**
Med. Rec. No.:  **(0000)708320Q**
Patient Location:   J4A  - 05
Printed Date/Time: 72218
07/24/04 - 0002  Page:  3

**Medical Record Copy
Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum Robertson 2314

Patient Account:  30001068-644
Med. Rec. No.:  **(0000)708320Q**
Patient Name:  **ROBERTSON, RICKY**
Age:  37 YRS  Sex:  M  Race:  C
Admitting Dr.:  BEARY MD,WILLIAM M
Ordering Dr.:  BEARY MD,WILLIAM M
Location:  JOHN SEALY TOWER 4A

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Discharge Summary**

## *URINALYSIS  EXT  23196*

COLLECTION DATE:  07/16/04
COLLECTION TIME:   0500
PROCEDURE  REFER RANGE  UNITS

| COLOR | | | **Amber*** |
| APPEARANCE | | | Clear |
| SP GRAVITY | [1.003-1.030] | | 1.010 |
| PH | [4.8-8.0] | | 8.0 |
| PROTEIN | [NEGATIVE] | | **100mg/dL*** |
| GLU U QUAL | [NEGATIVE] | | NEGATIVE |
| KETONES | [NEGATIVE] | | NEGATIVE |
| BILIRUBIN | [NEGATIVE] | | NEGATIVE |
| BLOOD | [NEGATIVE] | | **250/uL*** |
| UROBILIN | [0-1mg/dL] | | 1 mg/dL |
| NITRITE | [NEGATIVE] | | NEGATIVE |
| LEUK ESTER | [NEGATIVE] | | NEGATIVE |
| | | | |
| RBC/HPF | [0-3] | /HPF | **21H** |
| WBC/HPF | [0-5] | /HPF | 0 |
| BACTERIA | [NEGATIVE] | | **FEW*** |

## *THERAPEUTIC DRUGS  EXT  29227*

COLLECTION DATE:  07/16/04  07/16/04
COLLECTION TIME:   0030    0110
PROCEDURE  REFER RANGE  UNITS
LITHIUM  MMOL/L  **1.4Cf**
LITHIUM (05/09/02 -- Current)
        THERAPUTIC RANGE: 0.6-1.2 MMOL/L
        TOXIC: GREATER THAN 1.2 MMOL/L

LITHIUM TL  HOURS  N/A
ACETAMINOP  ug/mL  **<10***
ACETAMINOP (03/23/04 -- Current)
        THERAPEUTIC RANGE: 10-30 ug/mL
        TOXIC: GREATER THAN 200 ug/mL  @ 4 HOUR POST INGESTION
            OR
            GREATER THAN  50 ug/mL  @ 12 HOUR POST INGESTION
ACETAMIN T  HOURS  **N/A***
SALICYLATE  mg/L  **<10***
SALICYLATE (03/23/04 -- Current)
        THERAPEUTIC RANGE FOR ANALGESIC AND ANTIPYRETIC USE:  20-100 mg/L
        THERAPEUTIC RANGE FOR ANTI INFLAMATORY USE:  100-250 mg/L
        TOXIC RANGE:  GREATER THAN 300 mg/L
SALICYLATE  HOURS  **N/A***

Legend:
H = High, C = Critical, * = Abnormal, f = Footnote
LITHIUM........ 07/16/04 0030   PANIC RESULT CALLED TO EMILY AT 07/16/04 02:41/REPEATED

Patient Name:  **ROBERTSON, RICKY**
Med. Rec. No.:  **(0000)708320Q**
Patient Location:  J4A - 05
Printed Date/Time:  72218
07/24/04 - 0002 Page:  4

**Medical Record Copy
Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/Robertson 1285

Patient Account:   30001068-644
Med. Rec. No.:   **(0000)708320Q**
Patient Name:   **ROBERTSON, RICKY**
Age:   37 YRS   Sex:   M        Race:   C
Admitting Dr.:   BEARY MD,WILLIAM M
Ordering Dr.:   BEARY MD,WILLIAM M
Location:   JOHN SEALY TOWER 4A

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Discharge Summary**

### TOXICOLOGY  EXT  29227

```
                    COLLECTION DATE:   07/16/04
                    COLLECTION TIME:    0110
PROCEDURE   REFER RANGE      UNITS
BENZO S                      NG/ML        <16f
BARB S                       UG/ML         <2f
TRICYCLIC                    NG/ML        660f
```

### TOXICOLOGY  DRUG  SCREEN

| DATE/TIME | PROCEDURE | RESULTS | THRESHOLD | |
|---|---|---|---|---|
| 07/16/04 0110 | | | | |
| | AMP METH | PRESUMPTIVE POSITIVE | SCREEN CUTOFF: | 1000 NG/ML |
| | COC MET | NEGATIVE | SCREEN CUTOFF: | 300 NG/ML |
| | OPIATES | NEGATIVE | SCREEN CUTOFF: | 300 NG/ML |
| | THC | NEGATIVE | SCREEN CUTOFF: | 50 NG/ML |

### SPECIAL  CHEMISTRY  EXT  29227

```
                    COLLECTION DATE:   07/16/04
                    COLLECTION TIME:    0110
PROCEDURE   REFER RANGE      UNITS
T4 TOTAL    [4.7-11.4]       MCG/DL        6.2
T4 TOTAL (Initial -- Current)
        NORMAL RANGE OR EXPECTED VALUES WILL VARY FOR PATIENTS WHO ARE ON OVULATION
        CONTROL DRUGS OR PREGNANT.
```

Legend:
f = Footnote
BENZO S (Initial -- Current)
        SERUM RESULTS OBTAINED USING IMMUNOASSAY DO NOT RULE OUT USE OF ALL DRUGS IN
        A DRUG GROUP DUE TO VARYING CROSS-REACTIVITY WITH THE ANTIBODY.
BARB S (Initial -- Current)
        SERUM RESULTS OBTAINED USING IMMUNOASSAY DO NOT RULE OUT USE OF ALL DRUGS IN
        A DRUG GROUP DUE TO VARYING CROSS-REACTIVITY WITH THE ANTIBODY.
TRICYCLIC (10/16/01 -- Current)
        THE FOLLOWING GUIDELINES ARE RECOMMENDED:
        A TOTAL CONCENTRATION GREATER THAN OR EQUAL TO 200 NG/ML FOR DOXEPIN
        AND METABOLITE OR GREATER THAN OR EQUAL TO 400 NG/ML FOR AMITRIPTYLINE,
        IMIPRAMINE AND METABOLITES MAY INDICATE TOXICITY AND REQUIRE
        QUANTITATION BY HPLC.
        OTHER DRUGS/COMPOUNDS MAY CROSS-REACT WITH THE TCA ANTIBODY.

Patient Name:   **ROBERTSON, RICKY**
Med. Rec. No.:   **(0000)708320Q**
Patient Location:   J4A - 05
Printed Date/Time:72218
        07/24/04 - 000 Page:  5

Page:   5

**Medical Record Copy**
**Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/R. Robertson 4-286

Patient Account:   30001068-644
Med. Rec. No.:   **(0000)708320Q**
Patient Name:   **ROBERTSON, RICKY**
Age:   *37 YRS*   Sex:   M   Race:   C
Admitting Dr.:   BEARY MD,WILLIAM M
Ordering Dr.:   BEARY MD,WILLIAM M
Location:   JOHN SEALY TOWER 4A

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683

**Discharge Summary**

## *MICROBIOLOGY - BLOOD CULTURES*

EXTENSION:   21738

---

BLOOD CULTURE                          ACCESSION # BC-04-13134       COLLECT DATE: 07/16/04 0030
SOURCE: VENOUS BLOOD                                                 RECEIVE DATE: 07/16/04 0938
                                                                     START DATE: 07/16/04 0938

    FINAL REPORT:                              07/23/04 2000

        NO ORGANISMS ISOLATED

---

BLOOD CULTURE                          ACCESSION # BC-04-13135       COLLECT DATE: 07/16/04 0030
SOURCE: VENOUS BLOOD                                                 RECEIVE DATE: 07/16/04 0938
                                                                     START DATE: 07/16/04 0938

    FINAL REPORT:                              07/23/04 2000

        NO ORGANISMS ISOLATED

---

BLOOD CULTURE                          ACCESSION # BC-04-13138       COLLECT DATE: 07/16/04 0530
SOURCE: VENOUS BLOOD                                                 RECEIVE DATE: 07/16/04 0946
        LT HAND PIV                                                  START DATE: 07/16/04 0946

    FINAL REPORT:                              07/23/04 2000

        NO ORGANISMS ISOLATED

---

BLOOD CULTURE                          ACCESSION # BC-04-13139       COLLECT DATE: 07/16/04 0530
SOURCE: VENOUS BLOOD                                                 RECEIVE DATE: 07/16/04 0946
        LT ARM                                                       START DATE: 07/16/04 0946

    FINAL REPORT:                              07/23/04 2000

        NO ORGANISMS ISOLATED

## *MICROBIOLOGY - URINE CULTURES*

EXTENSION:   21738

---

URINE CULTURE                          ACCESSION # 04-198-1978       COLLECT DATE: 07/16/04 0630
SOURCE: URINE, CATHERIZED                                            RECEIVE DATE: 07/16/04 1129
                                                                     START DATE: 07/16/04 1129

    FINAL REPORT:                              07/17/04 0713

        NO AEROBIC ORGANISMS ISOLATED

M
I
C
R
O
B
I
O
L
O
G
Y

Patient Name:   **ROBERTSON, RICKY**
Med. Rec. No.:   **(0000)708320Q**
Patient Location:   J4A   - 05
Printed Date/Time: 72218
                                07/24/04 - 0002   Page:   6

**Medical Record Copy**
**Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
Continued
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10 LPH

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Discharge Summary**

Patient Account:   30001068-644
Med. Rec. No.:   **(0000)708320Q**
Patient Name:   **ROBERTSON, RICKY**
Age:  37 YRS   Sex:  M     Race:  C
Admitting Dr.:  BEARY MD,WILLIAM M
Ordering Dr.:  BEARY MD,WILLIAM M
Location:  JOHN SEALY TOWER 4A

A C U T E   C A R E

## BLOOD GASES

EXTENSION: 21886

| PROCEDURE | REFER RANGE | UNITS | COLLECTION DATE: 07/16/04 | 07/16/04 | 07/16/04 | 07/16/04 |
|---|---|---|---|---|---|---|
| | | | COLLECTION TIME: 0031 | 0520 | 0916 | 0947 |
| PH ART | [7.35-7.45] | | 7.35 | 7.19C | 7.28L | 7.25L |
| PCO2 ART | [35-45] | MM/HG | 30L | 49H | 32L | 32L |
| PO2 ART | [80-100] | MM/HG | 173H | 57L | 71L | 86 |
| HCO3 ART | [22-26] | MEQ/L | 16Cf | 18C | 14C | 13C |

07/16/04 0031 CRITICAL VALUE(S) CALLED TO RT ON 07/16/04 00:48 BY LAB2117 AND READBACK.
07/16/04 0916 TC 40.2
07/16/04 0947 TC 40.5

| | | | | | | |
|---|---|---|---|---|---|---|
| THB ART | [13.5-18.0] | G/DL | | 14.8 | | 16.1 |
| %O2HB ART | [94.0-99.0] | % | | 81.2L | | 91.7L |
| %COHB ART | [0.0-1.5] | % | | 0.2 | | 0.1 |
| %COHB ART (Initial -- Current) | | | | | | |
| | RANGE FOR 00MIN TO 150 YRS: LESS THAN 1.5% FOR NON-SMOKERS | | | | | |
| | 1.5 - 5.0% FOR SMOKERS | | | | | |
| %METHB ART | [0.4-1.5] | % | | 1.1 | | 1.2 |
| VOL%O2 ART | [15.0-23.0] | % | | 16.9 | | 20.7 |
| PH VEN | [7.32-7.42] | | | | | 7.20C |
| PCO2 VEN | [41-51] | MM/HG | | | | 46 |
| PO2 VEN | [25-40] | MM/HG | | | | 39 |
| HCO3 VEN | [24-28] | MEQ/L | | | | 17C |
| THB VEN | [13.5-18.0] | G/DL | | | | 16.4 |
| %O2HB VEN | [52.0-63.0] | % | | | | 48.8L |
| %COHB VEN | [0.0-1.5] | % | | | | 0.2 |
| %METHB VEN | [0.4-1.5] | % | | | | 0.9 |
| VOL%O2 VEN | [6.0-12.0] | MEQ/L | | | | 11.2 |
| NA | [135-153] | MEQ/L | | 141 | | |
| K+ | [3.5-5.0] | MEQ/L | | 3.2L | | |
| AC CA IONZ | [4.50-5.30] | MG/DL | | 4.70 | | |
| GLUCOSE | [70-115] | MG% | | 88 | | |

Legend:
L = Low, H = High, C = Critical, f = Footnote

Patient Name:   **ROBERTSON, RICKY**
Med. Rec. No.:   **(0000)708320Q**
Patient Location:   J4A - 05
Printed Date/2008372218
07/24/04 - 0002  Page:  7

10:50

┌─────────────────────────────┐
│ **Medical Record Copy**     │
│ **Do Not Remove From Chart**│
└─────────────────────────────┘

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Account:   30001068-644
Med. Rec. No.:   **(0000)708320Q**
Patient Name:   **ROBERTSON, RICKY**
Age:   37 YRS  Sex:  M       Race: C
Admitting Dr.:  BEARY MD,WILLIAM M
Ordering Dr.:   BEARY MD,WILLIAM M
Location:  JOHN SEALY TOWER 4A

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Discharge Summary**

## *CANCELLATIONS*

| PROCEDURE: | REASON: | DATE/TIME: | | CANCEL TECH: |
|---|---|---|---|---|
| THYROID STIMULATING HORMONE | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| PHOSPHORUS SERUM | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| CALLED KAREN AT 07/16/04 01:24 SAMPLES HEMOLYZED. LAB2117 | | | | |
| CKMB | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| MAGNESIUM SERUM | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| KETONE, SERUM | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| TROPONIN I | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| BASIC METABOLIC PANEL (80048) | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |
| HEPATIC FUNCTION PANEL (80076) | HEMOLYZED | 07/16/04 | 0110 | LAB2117 |

C
A
N
C
E
L
L
A
T
I
O
N

**Medical Record Copy**
**Do Not Remove From Chart**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name:   **ROBERTSON, RICKY**
Med. Rec. No.:   **(0000)708320Q**
Patient Location:   J4A - 05
Printed Date /Time:72218
07/24/04 - 0002Page:   8

**FALL PREVENTION ASSESSMENT:** √ each risk factor present for this patient

- ☑ Age over 75
- ☑ Currently in the ICU
- ☐ Agitation/confusion/impaired memory/impaired judgement/delirium/dementia
- ☑ ETOH abuse/withdrawal
- ☑ Unable or unwilling to follow directions
- ☐ Prior history of falls
- ☐ Dizziness, vertigo
- ☐ Frequent need to toilet/incontinence
- ☐ Orthostasis/hypovolemia

Other
- ☐ _____
- ☐ _____

If __ANY__ of the above boxes are √'d (in behavioral medicine, any two boxes) this patient is __at risk__ for falls. The FALL PREVENTION PLAN OF CARE MUST BE IMPLEMENTED (available on POE and frequently used forms)

- ☐ Anesthesia in past 24 hours
- ☐ Anticonvulsants/antidepressants/ tranquilizers/hypnotics/sedatives
- ☐ Antihypertensives/diuretics/laxatives
- ☐ Eye drops
- ☐ Depression
- ☐ Muscle weakness or paralysis
- ☑ Restricted by tubing/equipment (IV, NGT, Foley, etc)
- ☐ Unsteady gait/Uses cane or walker/Requires assistance for ambulating
- ☐ History of seizures/neurological diagnosis
- ☐ Uncorrected poor vision
- ☐ Decreased hearing
- ☐ Decreased sensation
- ☐ Communication impairment

Other
- ☐ _____
- ☐ _____

If TWO OR MORE of the above boxes are √'d (in behavioral medicine, any three boxes) this patient is __at risk__ for falls. The FALL PREVENTION PLAN OF CARE MUST BE IMPLEMENTED (available on POE and frequently used forms)

☐    Patient not at risk for falls

Assessed by: _V V_____ RN    Date: _7-16-04_ Time: _0420_

FALL PREVENTION ASSESSMENT

001172218
708320Q    CMS 08-21-66
ROBERTSON ,RICKY
30001068644    MPU
I

Medical Record Form 5310S-Page 1- 04/03
The University of Texas Medical Branch Hospit
Galveston, Texas

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Original Medical Record

McCollum MR Robertson-220

**FALL PREVENTION PLAN OF CARE:** √ all fall precautions initiated for this patient

☑ **Fall prevention sign on door (except ICU/behavioral medicine)**
☑ **Fall prevention (green) armband on patient**

**Bed/Call Light**
- ☐ Bed in low position
- ☐ Bed wheels locked
- ☐ Call light in reach
- ☑ Bed exit alarm activated
- ☑ Side rails up x 2 4

**Communication**
- ☐ Communication board
- ☐ Note pad and pen in reach

**Consults/Positive Screens**
- ☐ Physical Therapy    Date: _____  Time: _____  Received by: _____
- ☐ Speech Therapy     Date: _____  Time: _____  Received by: _____

**Education**
- ☐ Family and patient about fall precautions in hospital
- ☐ Family and patient about fall precautions in home
- ☐ Activity restrictions

**Hearing**
- ☐ Hearing device in place, on and working

**Immediate environment**
- ☐ Minimum equipment in room
- ☐ Pathway to bathroom free of obstacles
- ☐ Room tidy

**Medical condition**
- ☐ Orthostatic blood pressure checks q ___ hrs

**Mobility**
- ☐ Bedside commode
- ☐ Gait belt when up
- ☐ Cane, walker, wheelchair for mobility
- ☐ Minimum number of helpers to get up = ___
- ☐ Non-skid shoes or slippers

**Room**
- ☑ Bathroom light on
- ☐ Room door/window blinds open at all times
- ☐ Room near nurse's station

**Toileting**
- ☐ Bedside commode
- ☐ Toileting schedule q ___ hrs

**Vision**
- ☐ Glasses within reach
- ☐ Nightlight after dark

**Other**
- ☐ Visual check q ___ min/hrs (circle)
- ☐ Patient Safety Assistant
- ☐ Let family/companion accompany patient to tests and treatments
- ☐ _____

Implemented by: _V __ R _____  RN  Date: 7-16-04  Time: 0420

IF PATIENT IS CARE IS UNAVAILABLE WRITE DATE, PT NAME AND UNIT IN SPACE BELOW

**FALL PREVENTION PLAN OF CARE**

Medical Record Form 5310S-Page 2 -04/03
The University of Texas Medical Branch H____
Galveston, Texas

Copy of OIG case to Litigation Support on 06.26.2013 by scm.   Original-Medical Record
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1055

McCollum/ Robertson-222

| | Evaluator's Name | | | Date of Assessment | 7-16 | | | |
|---|---|---|---|---|---|---|---|---|
| **Sensory perception** Ability to respond meaningfully to pressure-related discomfort | **1. Completely limited:** Unresponsive (does not moan, flinch, or grasp) to painful stimuli, due to diminished level of consciousness or sedation. OR limited ability to feel pain over most of body surface. | **2. Very limited:** Responds only to painful stimuli. Cannot communicate discomfort except by moaning or restlessness. OR has a sensory impairment which limits the ability to feel pain or discomfort over 1/2 of the body. | **3. Slightly limited:** Responds to verbal commands but cannot always communicate discomfort or need to be turned. OR has some sensory impairment which limits ability to feel pain or discomfort in 1 or 2 extremities | **4. No impairment** Responds to verbal commands. Has no sensory deficit which would limit ability to feel or voice pain or discomfort. | ) | | | |
| **Moisture** Degree to which skin is exposed to moisture | **1. Constantly moist:** Skin is kept moist almost constantly by perspiration, urine, etc. Dampness is detected every time patient is moved or turned. | **2 Moist** Skin is often but not always moist. Linen must be changed at least once a shift. | **3. Occasionally moist:** Skin is occasionally moist requiring an extra linen change approximately once a day. | **4. Rarely moist:** Skin is usually dry, linen requires changing only at routine intervals. | 1 | | | |
| **Activity** Degree of physical activity. | **1. Bedfast:** Confined to bed. | **2. Chairfast:** Ability to walk severely limited or nonexistent. Cannot bear own weight and/or must be assisted into chair or wheel chair. | **3. Walks occasionally:** Walks occasionally during day, but for very short distances, with or without assistance. Spends majority of each day in bed or chair. | **4. Walks frequently** Walks outside the room at least twice a day and inside room at least once every 2 hours during waking hours. | \ | | | |
| **Mobility** Ability to change and control body position | **1. Completely immobile:** Does not make even slight change in body or extremity position without assistance. | **2. Very limited:** Makes occasional slight changes in body or extremity position but unable to make frequent or significant changes independently. | **3. Slightly limited:** Makes frequent though slight changes in body or extremity position independently. | **4. No limitations:** Makes major and frequent changes in position without assistance. | ) | | | |
| **Nutrition** Usual food intake pattern | **1. Very poor:** Never eats a complete meal. Rarely eats more than 1/3 of any food offered. Eats 2 servings or less of protein (meat or dairy products) per day. Takes fluids poorly. Does not take a liquid dietary supplement. OR is NPO and/or maintained on clear liquids or IV for more than 5 days. | **2. Probably inadequate:** Rarely eats a complete meal and generally eats only about 1/2 of any food offered. Protein intake includes only 3 servings of meat or dairy products per day. Occasionally will take a dietary supplement. OR receives less than optimum amount of liquid diet or tube feeding. | **3. Adequate:** Eats over half of most meals. Eats a total of 4 servings of protein (meat, dairy products) each day. Occasionally will refuse a meal, but will usually take a supplement if offered. OR is on a tube feeding or TPN regimen, which probably meets most of nutritional needs. | **4. Excellent:** Eats most of every meal. Never refuses a meal. Usually eats a total of 4 or more servings of meat and dairy products. Occasionally eats between meals. Does not require supplement. | | | | |
| **Friction and shear** | **1. Problem:** Requires moderate to maximum assistance in moving. Completes lifting without sliding against sheets is impossible. Frequently slides down in bed or chair, requiring frequent repositioning with maximum assistance. Spasticity, contractures, or agitation leads to almost constant friction. | **2. Potential Problem:** Moves feebly or requires minimum assistance. During a move skin probably slides to some extent against sheets, chair, restraints or other devices. Maintains relatively good position in chair or bed most of the time, but occasionally slides down. | **3. No apparent problem:** Moves in bed and in chair independently and has sufficient muscle strength to lift up completely during move. Maintains good position in bed or chair at all times. | | ) | | | |
| ¹NPO: Nothing by mouth.  ²IV: Intravenously.  ³TPN: Total parenteral nutrition   Source: Barbara Braden and Nancy Bergstrom. Copyright, 1988. Reprinted with permission JN98055/2-Rev. 7/93 | | Form 5642- 7/21/94 | | Total score | 8 | | | |

**Braden Scale for Predicting Pressure Sore Risk**

Medical Record Form No. 5642 - Rev. 07/21/1994

The University of Texas Medical Branch Hospitals
Galveston Texas

Original - Medical Record

001172218
708320Q      CMS 08-21-55
ROBERTSON ,RICKY
30001068644      MPU
I

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED