**ADULT INTENSIVE CAR**
Medical Record Form 5648–Rev. 9/0

Date 7-16-04  Age 37  M/F
Religion Unknown  Race Cauc.
Patient Name Robertson, Ricky
UH# 708320 Q
Dx Drug Overdose, Sepsis
Allergies NKDA
Adm. Weight 103.7  Today's Weight
Isolation (Type) I.A.P.
Code Status Full

**Drug Titrations**

| | |
|---|---|
| Dopamine 800mg/500cc | 1 cc = 0.256 mg/kg/min |
| Levophed 32mg/250cc | 1 cc = 0.02mcg/kg/min |
| | 1 cc = |
| | 1 cc = |
| | 1 cc = |
| | 1 cc = |

**RESPIRATORY VALUES**

Ventilatory Support / Blood Gas Values

| TIME | MODE Auto mode | RR-SET | Vt | PIP PEEP | PS | FiO₂ | pH | PaCO₂ | PaO₂ | O₂-HgO | HCO₃ BE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0420 | PRVC 16 | | | 5 | | 100 | | | | | |
| 0520 | PRVC 16 | | | 5 | | 100 | 7.20 | 48 | 57 | | 18 |
| 0630 | PRVC 16 | | | 5 | | 65 | | | | | |

**Pain Level**
(+ or 0-10)
U = Unable to Rate
* = See Narrative

**MAAS**

| | NIBP |
|---|---|
| ⊗ | Cuff BP |
| ⊗ | A-line BP |
| + | MAP |
| (·) | Heart Rate |
| | CPP |
| po | ORAL |
| R | Rectal |
| T | Tympanic |
| F | Foley |
| Ax | Axillary |
| C | Core |

**EKG Legend**
SR = Sinus Rhythm
SB = Sinus Brady
ST = Sinus Tach
AF = Atrial Fibrillation
ATF = Atrial Flutter
SVT = Supra Ventricular Tachycardia
PAC = Premature Atrial Contraction
PVC = Premature Vent. Contraction
VT = Ventricular Tach
PR = Paced Rhythm
HB = Heart Block (1, 2, 3)
JR = Junctional Rhythm
WCT = Wide Complex Tach.

| Temp/Source |
|---|
| Respiration |
| SpO₂/SvO₂ |
| EKG |
| MAP |
| ICP/CPP |
| CVP/PCWP |
| PAS/PAD |
| MPA |
| CO/CI |
| SVR/SI |
| PVR/PVRI |
| AvDO₂/QsQt |
| O₂AVI |
| VO₂I |

**MAAS (Motor Activity Assessment) Scale**

| Score | Description |
|---|---|
| 0 | Unresponsive—Does not move with noxious stimuli**. |
| 1 | Responsive only to noxious stimulus—Opens eyes OR raises eyebrows OR turns head toward stimulus OR moves limbs with noxious stimuli**. |
| 2 | Responsive to touch or name—Opens eyes OR raises eyebrows OR turns head toward stimulus OR moves limbs when touched or name is loudly spoken. |
| 3 | Calm and cooperative—No external stimulus is required to elicit movement and patient is adjusting sheet or clothes purposefully and follows commands. |
| 4 | Restless and Cooperative—No external stimulus is required to elicit movement AND patient is picking at sheets or tubes OR uncovering self and follows commands. |
| 5 | Agitated—No external stimulus is required to elicit movement AND attempting to sit up OR moves limbs out of bed AND does not consistently follow commands (e.g. will lie down when asked but soon reverts back to attempts to sit up or move limbs out of bed). |
| 6 | Dangerously agitated, uncooperative—No external stimulus is required to elicit movement AND patient is pulling at tubes or catheters OR thrashing side to side OR striking at staff OR trying to climb out of bed AND does not calm down when asked. |

*Noxious stimulus, suctioning OR 5 seconds of vigorous orbital, sternal, or nail bed pressure

IF PT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UH# IN SPACE BELOW

001172218
708320Q   CMS 08-21-66
ROBERTSON ,RICKY
3000106B644   MPU
I

MICU-   071604

**LABORATORY VALUES**

| Time | WBC | HGB | HCT | PLT | PT INR | ACT PTT | Time | CPK MB Bands | MBI TROP I | Time | NA+ K+ | CL- |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0520 | 142 5.1 | |







## INTAKE AND OUTPUT

IV Fluids: #1 Levophed, #2 Dopamine, #3 ½ NS 20 KCl

| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | IVPB | Blood | PO / NG | DHT | Hourly Cumulative Totals Input | Hourly Cumulative Totals Output | Urine | NG | BM / Guaiac (+/–) | Other Output | Other Output | CSF / Cumm. Total | Chest Tubes #1 Loc. | Chest Tubes #2 Loc. | Chest Tubes #3 Loc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 425 | | | | | | | | |
| ↑250 | ↑500 | ↑100 | | | | | | | | | | | | | | | | | | | | |
| 131 | 327 | 789 | | | | | | | | | | | | | | | | | | | | |
| 264 | 173 | 211 | | | | | | | | | | | | 375 | | | | | | | | |
| 264 | 173 | 211 | | | | | | | | | | 648 | 800 | 800 | | | | | | | | |

| | 7A–7P | Net | 7P–7A | Net | 24hr TOTAL | Net | Cumulative ICU Total | Net |
|---|---|---|---|---|---|---|---|---|
| IN | | | 648 | ⊖ 152 | 648 | ⊖ 152 | | |
| OUT | | | 800 | | 800 | | | |

| Product | Time | Product | Time | Product | Time | Product | Time | Product |
|---|---|---|---|---|---|---|---|---|
| Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | | | | |
| Product | Time | Product | Time | Product | Time | Product | Time | Product |
| Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | Donor # / Reaction Y/N | | | | |

| | |
|---|---|
| Siderails Up | X4 |
| Bath/Linen Change | |
| Mouth Care/Eye Care | |
| Foley Care/Peri Care | |
| Wash Hair/Shave | |
| Cough/Deep Breathe | |
| Incentive Spirometry | |
| Trach Care | |
| Position Change | |
| Activity | BR |
| Family Visit | |
| Clergy Visit | |
| Alarms Set/Reviewed | |
| TEDS/SCDS | |
| HOB ↑ | >30 |
| Fall Risk Measures | |
| ID Band | |
| Restraints | |

2 Amps Dopamine Levophed

Signature/ Title/Shift/Init.

105

[redacted]

| TREATMENT SECTION | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 02 | 04 | 06 |
| ...erails Up | ✓✓ | | | | | | | | | | ✓ | |
| ...h/Linen Change | | | | | | | | | | | ✓✓ | |
| ...uth Care/Eye Care | | | | | | | | | | | ✓ | |
| ...ey Care/Peri Care | | | | | | | | | | | ✓ | |
| ...sh Hair/Shave | | | | | | | | | | | | |
| ...ugh/Deep Breathe | | | | | | | | | | | ✓ Ted | |
| ...entive Spirometry | | | | | | | | | | | | |
| ...ch Care | | | | | | | | | | | | |
| ...tion Change | | | | | | | | | | R B | B | |
| ...vity  BR | | | | | | | | | | | ✓ | |
| ...nily Visit | | | | | | | | | | N | | |
| ...rgy Visit | | | | | | | | | | N | | |
| ...rms Set/Reviewed | | | | | | | | | | N | | |
| ...DS/SCDS | | | | | | | | | | | | |
| ...B ↑  >30 | | | | | | | | | | | ✓✓ | |
| ...l Risk Measures | | | | | | | ✓ | | | | | |
| ...Band | | | | | | | ✓ | | | | | |
| ...straints | Y/N | | | | | | Y/N | | | | | |

| TIME | PAIN LOC | MEDICATION | DOSE | ROUTE SITE | INIT | PRN | TIME | RESULT | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

IM/SQ SITE CODES
1. Lt. Arm  3. Lt. Abd.  5. Lt. Hip  7. Lt. Thigh
2. Rt. Arm  4. Rt. Abd.  6. Rt. Hip  8. Rt. Thigh

MEDICATION RESULTS
S = Successful   LOC = Location
U = Unsuccessful  *See Nursing
Progress Section

### MEDICATION ADMINISTRATION

| Medication | Dose | Route | 0700–1859 | 1900–0659 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 2 Amps D...0 in ½ NS | 2 Amps | IVPB | | |
| Dopam... | 800/300... | IVPB | | 050 |
| ...ry/tol | 32/250ml | IVPB | | 050 |
| Sinatra | | | | |

**NURSING NOTES—ALL ENTRIES MUST BE TIMED AND SIGNED WITH STATUS**

(0420) Recd this 37 yo from the ER. Pt is comatose to bedside monitor. Dopamine gtt @ 20mg/. Levophed gtt @ 1.5 mg/kg/min. Pt is unresponsive. Intubated PRVC FiO2 100%. MAD noted. Will monitor. [signature] RN

(0540) Dr. Moore and Dr. Werthen @ bedside starting for A-line. [signature] RN. (0600) Dr. Moore and Dr. Werthen unable to start. Will continue to monitor. [signature] RN (0600) Report given to A.M. shift. [signature] RN

ADULT INTENSIVE CARE UNIT FLOW SHEET • DEPT. OF NURSING • MEDICAL RECORD FORM 5648–Rev. 9/02

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1059



[redacted]

| GASTROINTES./NUTRI. Abdomen | Bowel Sounds | 26 NGT/DHT Activity | 27 Check NGT/DHT Position/NARES | 28 NGT Drainage Color | GU 29,30 Mode | Urine Clarity | 31 Color | Time |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 07 |
| | | | | | | | | 08 |
| | | | | | | | | 09 |
| | | | | | | | | 10 |
| | | | | | | | | 11 |
| | | | | | | | | 12 |
| | | | | | | | | 13 |
| | | | | | | | | 14 |
| | | | | | | | | 15 |
| | | | | | | | | 16 |
| | | | | | | | | 17 |
| | | | | | | | | 18 |
| | | | | | | | | 19 |
| | | | | | | | | 20 |
| | | | | | | | | 21 |
| | | | | | | | | 22 |
| | | | | | | | | 23 |
| | | | | | | | | 24 |
| | | | | | | | | 01 |
| | | | | | | | | 02 |
| | | | | | | | | 03 |
| FL S | N | ~ | ~ | | F | CL | A | 04 |
| | | | | | | | | 05 |
| | | | | | | | | 06 |

INVASIVE LINES/TUBES (7A–7P)

| Site | Type | Size | Blood Return | Site Assess | DSG Type | DSG Cond. | Insert Date | DSG Date | Tubing Date | PA Depth | Wave Form | Ø Cal. | SQ Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

INVASIVE LINES/TUBES (7P–7A)

| Site | Type | Size | Blood Return | Site Assess | DSG Type | DSG Cond. | Insert Date | DSG Date | Tubing Date | PA Depth | Wave Form | Ø Cal. | SQ Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (L) H-J | A | 20 | | C | TR | DI | 7/16 | 7/16 | | | | | |
| (R) H-J | A | 18 | | C | TR | S | 7/16 | 7/16 | | | | | |
| (L) Fem | TL | 20 | | C | TR | DI | 7/16 | 7/16 | | | | | |

Burns TBSA % Ø

Total Braden Score 8 Last Done 7-16-04

Specialty Bed Hill Rom Total Care

7 A Shift

1.
2.
3.
4.
5.
6.

7 P Shift

1. Ø labs drawn noted
2.
3.
4.
5.
6.

**GU**
**29 GU Mode**
A = Anuric
V = Void
ST = Straight Cath
C = Condom
F = Foley
SP = Supra Pubic
NT = Nephrostomy
I = Incontinent
O = Other
**30 Urine Clarity**
C = Clear
Cl = Cloudy
S = Sediment
M = Mucous
B = Bloody

**INVASIVE LINES**
**Type**
A = Angiocath
S = Single Lumen
D = Dual Lumen
T = Triple Lumen
Q = Quad Lumen
DI = Dialysis
PC = Portacath
PA = PAcath
I = Introducer
EP = Epidural
Ho = Hohn
Hi = Hickman
G = Groshong
L = LA Line
Pi = PICC Line
V = Ventriculostomy
AL = Arterial Line
PTFE = Dialysis Access
**DSG TYPE**
TR = Transparent Only
TG = Transparent/Gauze
NO = Non Occlusive
**DSG Cond.**
DI = Dry/Intact
SI = Saturated/Intact
N = Not Intact
C = Changed

**Site Assess**
R = Redness
T/B = Thrill/Bruit
I = Infiltrate
D = Draining
B = Bleeding/Bloody
P = Pain
H = Hematoma
C = Clean, Dry, Non-Inflamed
**Waveform**
A = Arterial
T = Atrial
D = Dampened
W = Wedged
V = Ventricular
B = Bolt

**Wound/Type**
B1 = 1st degree
B2 = 2nd degree
B3 = 3rd degree
B4 = 4th degree
DI = Stage I decubitus
DII = Stage II decubitus
DIII = Stage III decubitus
DIV = Stage IV decubitus
A = Abrasion
Do = Donor site
Es = Escharotomies
Exc = Excoriation
G = Graft
INC = Incision
L = Laceration
R = Rash
F = Fasciotomies

**Wound/Skin Description**
A = Approximated
Ce = Cellulitic
Color:
R = Red
B = Black
D = Dusky
Y = Yellow
P = Pink
PU = Purple
C = Cool
Di = Diaphoretic
Dr = Drainage: sm, med, lg
D = Dry
D/I = Dry/intact
Ec = Ecchymotic
E = Eschar
Ex = Exudate
Gr = Granulation
H = Healed
M = Macerated
Mo = Moist
O/A = Open area
P = Petechiae
S = Sloughing
W = Warm

**Dressings**
AB = Abdominal binder
AP = Abdominal pad
ADP = Adaptic
B = Biobrane
DW = Dry wrap
Ga = Gauze
MS = Montgomery straps
OTA = Open to air
PMFMG = Polymyco fine mesh gauze
SR = Scarlet red
SN = Silver nitrate
SMFMG = Silvamyco fine mesh gauze
ST = Staples
SS = Steri strips
Su = Surginet
TR = Transparent
Tu = Tubigrip
W/D = Wet to dry
I = Intact
DNRD = Do not remove drsg
* = See narrative

**Splints/Supports**
BB = Bunny boot
DF = Dorsi flex boots
Ebc = Elbow conformer
HS = Hand splint
KI = Knee immobilizer
HB = Heel lift boot

**Drains**
HV = Hemovac
JP = Jackson Pratt
PR = Penrose
T = T tube
V = Ventriculostomy

| | Dinner | | |
|---|---|---|---|
| 3/4 | 1/4 | 1/2 | 3/4 |
| All | None | NPO | All |
| nack | PM Snack | | |
| 3/4 | 1/4 | 1/2 | 3/4 |
| All | N/A | NPO | All |

Assist
Feeding Bag Change Time

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.60



[redacted]

| | RESPIRATORY ASSESSMENT | | | | | | | | Chest Tube 21 | | | | | | | PERIPHERAL VASCULAR 22 R Arm / L Arm | | | | | | | | R Leg / L Leg | | | | | | | | | | 23 | GASTROINTES./NUT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Chest Expansion | 15 Oxygen Mode | Percent $O_2$ | Size / Depth | 16 Secured | 17 Cough / Suction Y/N | 18,19 Color / Amt. Secretions | 20 Consistency | $cmH_2O$ | Drainage Color / Air Leak Y/N | $cmH_2O$ | Drainage Color / Air Leak Y/N | $cmH_2O$ | Drainage Color / Air Leak Y/N | Time | Color | Temperature | Sensation | Edema Grade | Nail Bed | Cap Refill | Pulse | Grade | Color | Temperature | Sensation | Edema Grade | Nail Bed | Cap Refill | Pulse | Grade | Pulse | Grade | Edema | 24 Abdomen | 25 Bowel Sounds | 26 NGT/DHT Activity | 27 Check NGT/DHT Position/NARES |
| | | | | | | | | | | | | | | | 07 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 08 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 09 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 10 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 11 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 12 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 13 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 14 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 15 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 16 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 17 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 18 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 19 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 20 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 21 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 22 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 23 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 24 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 01 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 02 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 03 | | | | | | | | | | | | | | | | | | | | | | | |
| C | E | N | 100 | | TT | (-)/N | | | | | | | | | 04 | D/D | C/C | UTA | +1/+1 | D/D | >3/>3 | R/R | W/W | D/D | C/C | UTA | +1/+1 | D/D | >3/>3 | DP/DP | W/W | | | G | FL/S | N | | |
| | | | | | | | | | | | | | | | 05 | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | 06 | | | | | | | | | | | | | | | | | | | | | | | |

Mode
Air
ıla
ETT
T
sol T.C.
l FM
-Rebreather
sol FM
le Face Mask
r
ile
ive

**19 Amount**
L = Large
M = Moderate
SM = Small
N = None
**20 Consistency**
TN = Thin
TC = Thick
M = Mucous
F = Frothy
**21 CHEST TUBE**
W = Water Seal
S = Suction
Air Leak Y/N

**18, 21, 28, 31 COLOR**
Y = Yellow
G = Green
BR = Brown
T = Tan
BL = Bloody
BT = Blood Tinged
BLK = Black
W = White
P = Pinkish
C = Clear
S = Serous
SS = Serosanguineous
A = Amber
CG = Coffee Ground
O = Orange
B = Biege

**PERIPHERAL VASCULAR**

**22 Arms/Legs**
**COLOR**
P = Pink
PL = Pale
C = Cynaotic
D = Dusky
R = Ruddy
M = Mottled
J = Jaundice
N = Necrotic
**Temperature**
W = Warm
H = Hot
C = Cool
CD = Cold
M = Moist
D = Dry
**Sensation**
I = Intact
N = Numb
T = Tingling
P = Painful
A = Absent
B = Burning
UTA = Unable to Assess

**Edema Grade**
O = Absent
+1 = Trace
+2 = Mild
+3 = Moderate
+4 = Severe
**Nailbeds**
P = Pink
PL = Pale
D = Dusky
O = Opaque
C = Clubbing
**Cap Refill**
< 3 sec
> 3 sec
> 5 sec
**Pulses (most distal pulse found)**
B = Brachial
R = Radial
F = Femoral
P = Popliteal
DP = Dorsalis Pedis
PT = Post. Tibial
U = Ulnar

**Grade**
B = Bounding
S = Strong
W = Weak
D = Doppler
A = Absent
**23 Edema**
G = General
D = Dependent
S = Sacral
P = Pitting

**GASTROINTESTINAL/NUTRITION**

**24 Abdomen**
S = Soft
F = Firm
FL = Flat
R = Round
D = Distended
O = Obese
T = Tender
NT = Non-tender
**25 Bowel Sounds**
A = Absent
N = Normal
↓ = Hypoactive
↑ = Hyperactive
**26 NGT/DHT Activity**
LIS = Low Intermittent Suction
LCS = Low Continuous Suction
CL = Clamped
CTF = Continuous Tube Feeding
**27 NGT/DHT Check/Nares**
✓ = In place/skin intact
R = Right
L = Left

| Breakfast | Lunch | Dinner |
|---|---|---|
| 1/4 1/2 3/4 | 1/4 1/2 3/4 | 1/4 1/2 3/4 |
| None NPO All | None NPO All | None NPO All |
| **AM Snack** | **Afternoon Snack** | **PM Snack** |
| 1/4 1/2 3/4 | 1/4 1/2 3/4 | 1/4 1/2 3/4 |
| N/A NPO All | N/A NPO All | N/A NPO All |

Diet NPO

Reason NPO Intubated

____ days

TPN Y (N)

o Assist
o Feed
o Self

Feeding Bag Change Time ______

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10.61

| NEUROLOGICAL | | | | | | | | | CARDIOVASCULAR | | | | | | | | RESPIRATOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Column header band: NEUROLOGICAL (1 Level of Consciousness, 2 GCS — Eye Open/Best Verbal/Best Motor/Total, 3 Arm Movement/Leg Movement, 4 Pupils — Size/Reaction, 5 Gag Reflex, 6 Nerve Stimulation / mA); CARDIOVASCULAR (7 Heart Tones, 8 Jugular Vein, 9 Bruit, 10 Temporary Pacemaker / IABP — Rate/R-A/Aug/Diastole/Trigger, 11 Timing Points); RESPIRATOR (12 Respirations, 13 Breath Sounds — L↑ L↓ R↑ RM R↓, 14 Chest Expansion, 15 Oxygen Mode, Percent O₂, Sats)

Time rows (Neurological / Cardiovascular / Respiratory):

07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 18 (all blank)

(Mid-sheet header repeat: R L R L R L ... Breath Sounds L↑ L↓ R↑ RM R↓)

19, 20, 21, 22, 23, 01, 02, 03 (all blank)

Row 04:
- Neurological: N | 15 | 1 1 1 1 5 - 5 - 0
- Cardiovascular: N
- Respiratory: RP C C C C C C ↘ N 100

05, 06 (blank)

## NEUROLOGICAL

**1 Level of Consciousness**
A = Alert
O = Oriented
C = Confused
R = Restless
D = Drowsy
L = Lethargic
S = Sedated
P = Paralyzed
CB = Combative
U = Unresponsive

**2 Glasgow Coma Scale**
**Eyes Open**
4 = Spontaneously
3 = To Verbal
2 = To Pain
1 = Never

**Best Verbal Resp.**
5 = Oriented & Converse/Writes
4 = Disoriented & Converse/Writes
3 = Inappropriate Words
2 = Incomprehensible Sounds
1 = No Response

**Best Motor Resp.**
6 = Obeys Commands
5 = Localizes Pain
4 = Flexion/Withdrawal
3 = Extension to Pain
1 = No Response

**3 Arm/Leg Movement**
0 = No Movement
1 = Muscle Contraction
2 = Weak Contraction & Gravity
3 = Normal Motion & Gravity
4 = Normal Motion & Some Resistance
5 = Normal Motion & Full Resistance

**4 Pupil Reactions**
R = Reacts to Light
+ = Non-Reactive to Light
S = Sluggish
**5 Gag Reflex**
P = Present
A = Absent
U = Unable to assess
**6 Nerve Stimulator** Twitch/mA
+ = Present (1, 2, 3, or 5)
O = Absent

(pupil size dots: 1mm 2mm 3mm 4mm 5mm / 6mm 7mm 8mm)

## CARDIOVASCULAR

**7 Heart Tones**
N = S₁ & S₂
S₃ = S3
S₄ = S4
M = Murmur
R = Rub
D = Distant
8 Jugular Vein
ND = Non-distended
D = Distended
UTA = Unable to Assess
9 Bruit
N = None
UTA = Unable to Assess
**10 IABP**
**AUGMENTATION**
1:1
1:2
1:3
**TRIGGER**
E = ECG
P = Pressure
**BLEEDING**
O = No Bleeding/No Further Bleeding

1 = Mild Bleeding
2 = Moderate Bleeding
3 = Large Bleeding
**DRESSING**
C = Clean/Dry/Intact
S = Saturated with Blood
& Changed
**11 Time/Points**
1. Aortic Valve Opens
2. Unassisted Systole
3. Aortic Valve Closure
4. Unassisted Aortic End Diastolic Pressure
5. Inflation Point
6. Diastolic Augmentation
7. Assisted Aortic End Diastolic Pressure
8. Assisted Systole

## RESPIRATORY ASSESSMENT

**12 Respirations**
R = Regular
U = Nonlabored
D = Deep
S = Shallow
L = Labored
I = Irregular
K = Kusmal
RP = Rapid
C = Cheyne Stokes
**13 Breath Sounds**
C = Clear
FC = Crackles
CC = Coarse Crackles
W = Wheezes
D = Diminished
I = Inspiratory
E = Expiratory
S = Stridor
A = Absent
**14 Chest Expansion**
E = Equal
U = Unequal
A = Accessory Muscles

**15 Oxygen Mode**
RA = Room Air
NC = Cannula
N = Nasal ETT
O = Oral ETT
B = Blowby
T = Trach
ATC = Aerosol T.C.
VFM = Venti FM
NRB = Non-Rebreather
AFM = Aerosol FM
Bi = BiPap
Ci = CPAP
SFM = Simple Face Mask
**16 Secured**
H = Hollister
TT = Trach Tie
T = Tape
W = Wire
S = Suture
**17 Cough**
S = Strong
W = Weak
P = Productive
D = Dry

**19 Amou**
L = Large
M = Mode
SM = Sm
N = None
**20 Consi**
TN = Thir
TC = Thic
W = Muc
F = Froth
**21 CHES**
SM = Sym
**Air Leak**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



# ADULT INTENSIVE CARE

Medical Record Form 5648–Rev. 9/0

Date 7-16-04   Age 37   M/F
Religion UNKNOWN   Race C+c
Patient Name Robertson, Ricky
U#: 708320 Q
Dx Dry overdose vs. Sepsis
Allergies NKDA
Adm. Weight 103.7   Today's Weight 102.14
Isolation (Type) U.P.
Code Status Full

## Drug Titrations

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dopine 800 mg/500cc | 1 cc = 0.256 mg/kg/min | V16.7 Hr | | | | | | | | 120 |
| Lovophet 32 mg/250cc | 1 cc = 0.02 mg/kg/min | 1.54 | 1.82 | | 7.23 | 4.44 | 7.64 | 9.09 | 8.3 | |
| | 1 cc = | | | | | | | | | |
| | 1 cc = | | | | | | | | | |
| | 1 cc = | | | | | | | | | |
| | 1 cc = | | | | | | | | | |

## RESPIRATORY VALUES

### Ventilatory Support / Blood Gas Values

| TIME | MODE | RR-SET | Vt | MV | PIP PEEP | FIO₂ PS | pH | PaCO₂ | PaO₂ | O₂Hgb | HCO₃ BE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | 10 | 600 | | 5/8 | | | | | | |

## Pain Level

Pain Level
(+ or 0-10)
U = Unable to Rate
* = See Narrative

MAAS

EKG Legend
SR = Sinus Rhythm
SB = Sinus Brady
ST = Sinus Tach
AF = Atrial Fibrillation
ATF = Atrial Flutter
SVT = Supra Ventricular Tachycardia
PAC = Premature Atrial Contraction
PVC = Premature Vent. Contraction
VT = Ventricular Tach
PR = Paced Rhythm
HB = Heart Block (1, 2, 3)
JR = Junctional Rhythm
WCT = Wide Complex Tach.

NIBP
Cuff BP
A-line BP
MAP
Heart Rate
CPP
ORAL
Rectal
Tympanic
Foley
Axillary
Core

| Pain Level | 07 | 08 | 09 | 10 | 11 | 12N | 13 | 14 |
|---|---|---|---|---|---|---|---|---|
| MAAS | 0 | | 0 | | 0 | | | 0 |

| | 07 | 08 | 09 | 10 | 11 | 12N | 13 | 14 |
|---|---|---|---|---|---|---|---|---|
| Temp/Source | 37 | | 37 | | 37 | | | 37 |
| Respiration | 32 | | 20 | | 28 | | | 18 |
| SpO₂/SvO₂ | 97 | | 100 | | 100 | | | 95 |
| EKG | ST | | ST | | ST | | | SR |
| MAP | 70 | | 70 | | 69 | | | 59 |
| ICP/CPP | | | | | | | | |
| CVP/PCWP | | | | | | | | |
| PAS/PAD | | | | | | | | |
| MPA | | | | | | | | |
| CO/CI | | | | | | | | |
| SVRI/SI | | | | | | | | |
| PVR/PVRI | | | | | | | | |
| AvDO₂/QsQt | | | | | | | | |
| O₂AVI | | | | | | | | |
| VO₂I | | | | | | | | |

## MAAS (Motor Activity Assessment) Scale

Score   Description
0   Unresponsive—Does not move with noxious stimuli**.
1   Responsive only to noxious stimulus—Opens eyes OR raises eyebrows OR turns head toward stimulus OR moves limbs with noxious stimuli**.
2   Responsive to touch or name—Opens eyes OR raises eyebrows OR turns head toward stimulus OR move limbs when touched or name is loudly spoken.
3   Calm and cooperative—No external stimulus is required to elicit movement AND patient is adjusting sheet or clothes purposefully and follows commands.
4   Restless and Cooperative—No external stimulus is required to elicit movement AND patient is picking at sheets or tubes OR uncovering self and follows commands.
5   Agitated—No external stimulus is required to elicit movement AND attempting to sit up OR moves limbs out of bed AND does not consistently follow commands (e.g. will lie down when asked but soon reverts back to attempts to sit up or move limbs out of bed).
6   Dangerously agitated, uncooperative—No external stimulus is required to elicit movement AND patient is pulling at tubes or catheters OR thrashing side to side OR striking at staff OR trying to climb out of bed AND does not calm down when asked.
** Noxious stimulus, suctioning OR 5 seconds of vigorous orbital, sternal, or nail bed pressure

## LABORATORY VALUES

IF PATIENT ID LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND U## IN SPACE BELOW

708320 Q   CMS 09-21-66
ROBERTSON, RICKY
30001068644   MPU
I

771604

| Time | WBC | HGB | HCT | PLT | PT INR | PTT | ACT | Time | CPK | MB/ | Time | NA+ K+ | CL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0500 | 21 | 13.6 | 37 | 83 | 13.3 2.29 | 49.2 | | 0500 | | | | | |

# R UNIT FLOW SHEET—Department of Nursing
© 2002 The University of Texas Medical Branch Hospitals, Galveston, Texas







## INTAKE AND OUTPUT

| TIME | IV Fluids #1 Levophed | #2 Dopamine | #3 [illegible] | #4 | #5 | #6 | #7 | #8 | IVPB | Blood | PO / NG | DHT | Hourly Cumulative Totals Input | Output | Urine | NG | BM / Guaiac (+/-) | Other Output | | CSF / Cumm. Total | Chest Tubes #1 Loc. | #2 Loc. | #3 Loc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7AM | 131 | 327 | 789 | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | 300 | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | 1000 | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | |
| 12N | | | | | | | | | | | | | | | 300 | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | 700 | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | | |
| 12HR Total | 607 | 759 | 1127 | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | | | | | | | | | |
| 12HR Total | | | | | | | | | | | | | | | | | | | | | | | |

| | 7A–7P | Net | 7P–7A | Net | 24hr TOTAL | Net | Cumulative ICU Total | Net | |
|---|---|---|---|---|---|---|---|---|---|
| IN | | | | | | | | | IN |
| OUT | | | | | | | | | OUT |

| Time | Product | Time | Product | Time | Product | Time | Product | Time | Product |
|---|---|---|---|---|---|---|---|---|---|
| Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N |
| Time | Product | Time | Product | Time | Product | Time | Product | Time | Product |
| Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N | Donor # | Reaction Y/N |

| |
|---|
| Siderails Up |
| Bath/Linen Change |
| Mouth Care/Eye Care |
| Foley Care/Peri Care |
| Wash Hair/Shave |
| Cough/Deep Breathe |
| Incentive Spirometry |
| Trach Care |
| Position Change |
| Activity |
| Family Visit |
| Clergy Visit |
| Alarms Set/Reviewed |
| TEDS/SCDS |
| HOB ↑ |
| |
| |
| Fall Risk Measures |
| ID Band |
| Restraints |

Ceftriaxone
Ampicillin
Decadron
Levophed
Protonix

Atridox
Vantindex
Bicarb

Signature/ Title/Shift/Init. AT

1265

[redacted]

| TREATMENT SECTION | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 02 | 04 | 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| derails Up | / | | / | / | | | | | | | | |
| th/Linen Change | | | | | | | | | | | | |
| outh Care/Eye Care | A̶J̶ | | A̶J̶ | | | | | | | | | |
| ley Care/Peri Care | 1J | | F̶B̶ | | | | | | | | | |
| ash Hair/Shave | | | | | | | | | | | | |
| ough/Deep Breathe | | | | | / | | | | | | | |
| centive Spirometry | | | | | | | | | | | | |
| ach Care | | | | | | | | | | | | |
| sition Change | B | L | B | B | | | | | | | | |
| tivity | R̶p̶ | | | | | | | | | | | |
| mily Visit | | | | | | | | | | | | |
| ergy Visit | X̶T̶ | | | X̶T̶ | | | | | | | | |
| arms Set/Reviewed | /KO | | | | | | | | | | | |
| EDS/SCDS | | | | | | | | | | | | |
| OB ↑ | 2̶0̶ | | 2̶0̶ | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| ll Risk Measures | / | | | | | | | | | | | |
| Band | / | | | | | | | | | | | |
| straints | Y/N | | | | Y/N | | | | | | | |

### PAIN & SEDATION ADMINISTRATION    Daily Comfort Goal _____

| TIME | PAIN LOC | MEDICATION | DOSE | ROUTE SITE | INIT | PRN | TIME | RESULT | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

IM/SQ SITE CODES
1. Lt. Arm  3. Lt. Abd.  5. Lt. Hip  7. Lt. Thigh
2. Rt. Arm  4. Rt. Abd.  6. Rt. Hip  8. Rt. Thigh

MEDICATION RESULTS
S = Successful       LOC = Location
U = Unsuccessful    *See Nursing
                              Progress Section

### MEDICATION ADMINISTRATION

| Medication | Dose | Route | 0700–1859 | 1900–0659 |
|---|---|---|---|---|
| Ceftriaxone | 2 gm | IVPB | 8 KD | |
| Ampicillin | 2 gm | IVPB | 08 KD | |
| Dexamethasone | 10 mg | IVPB | 08 KD H | |
| Levofloxacin | 500 mg | IVPB | 1130 KD | |
| Protonix | 40 mg | IVPB | 12 KD | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Acetadote - Aqua | 50 gm | NGT | 10 KD | |
| Dantrolene | 100 mg | SIVP | 1100 KD | |
| Bicarb | 2 amp | IVPB | 12 KD | |
| nature/Shift/Init. | | | | |

**NURSING NOTES—ALL ENTRIES MUST BE TIMED AND SIGNED WITH STATUS**

0700 Report received as care cont on this 37 y/o C/Me DX – Sepsis on Overdng unconfirmed pt resting on sever 300 vent pt unresponsive to stimuli c agonal breathing VSS on levophed or dopamine will titrate accordingly will cont to monitor

0800 Pt resting unresponsive to all stimulation pupils fixed c no reaction VSS on pressors dopamine & VSS & levophed & see flowsheet for detail doors open light on SPO2 X? movement complete meds given as ordered ?

1000 NGT placed to ① move pt resting unresponsive pt remains on vent. O2sat ↑ 95 ABG done 1 venous entered for CO OX gacol tolerated well VSS levophed flowsheet for detail 1200 Pt remains unresponsive BP ↓ Levophed ↑ pt c agonal breathing pattern Duotoylas given for temp ↑ 32.2 ice packs to axillary, groin + head will cont to monitor 1400 BP ↓ HR ↑ Temp ↑ 742.8 M.D. @ bedside in prep for code no pt monitor reads V-Tach rhythm pt remains unresponsive M.D. in conference c family via phone t determine code status cont to monitor 1430 dopamine restart + weaned levophed Max BP ↓ HR ↑ Temp ↑ M.D. X3 @ bedside code care to bedside for possible code 1510 Pt expired as per M.D. lidocaine levophed + Dopamine Maxed boluses N.S. doses c ⊗ response DNR as per family conns 300 remains EKG = asystole 1630 SWTA called per RN AD has notification pt refused harvesting of organs see Consult for detail flowsheet for detail 1750 TDCJ internal affairs office to bedside for photographing of deceased for notification of state reported pt wash t ready for transport to Morgue UTMB ② 1815

ADULT INTENSIVE CARE UNIT FLOW SHEET · DEPT. OF NURSING · MEDICAL RECORD FORM 5648 Rev. 9/03

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum MR v Robertson 4-285



[redacted]

| …TROINTES./NUTRI. | | | | | GU | | |
|---|---|---|---|---|---|---|---|
| | 25 | 26 | 27 | 28 | 29,30 | 31 | |
| Abdomen | Bowel Sounds | NGT/DHT Activity | Check NGT/DHT Position/NARES | NGT Drainage Color | Mode / Urine Clarity | Color | Time |
| | | | | – | | | 07 |
| S/NT | ↓ | – | –/– | – | F/C | Y | 08 |
| | | | | | | | 09 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| S/NT | ↓ | – | –/– | – | F/C | Y | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |
| | | | | | | | 21 |
| | | | | | | | 22 |
| | | | | | | | 23 |
| | | | | | | | 24 |
| | | | | | | | 01 |
| | | | | | | | 02 |
| | | | | | | | 03 |
| | | | | | | | 04 |
| | | | | | | | 05 |
| | | | | | | | 06 |

**INVASIVE LINES/TUBES (7A–7P)**

| Site | Type / Size | Blood Return / Site Assess | DSG Type / DSG Cond. | Insert Date | DSG Date | Tubing Date | PA Depth / Wave Form | Ø Cal. / SQ Wave |
|---|---|---|---|---|---|---|---|---|
| (L) Fem | TLC / 20 | Y / C | C / C | 7/16 | | | | / |
| (R) Fem | Alc / 20 | Y / C | C / C | 7/16 | | | | / A |

**INVASIVE LINES/TUBES (7P–7A)**

| Site | Type / Size | Blood Return / Site Assess | DSG Type / DSG Cond. | Insert Date | DSG Date | Tubing Date | PA Depth / Wave Form | Ø Cal. / SQ Wave |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Burns TBSA % Ø

Total Braden Score 8 Last Done 7-16-04

Specialty Bed Hill Rom Total Care

7 A Shift

1. [illegible] in skin
2.
3.
4.
5.
6.

7 P Shift

1.
2.
3.
4.
5.
6.

| | Dinner | | | |
|---|---|---|---|---|
| 3/4 | 1/4 | 1/2 | 3/4 | |
| All | None | NPO | All | |
| …nack | PM Snack | | | |
| 3/4 | 1/4 | 1/2 | 3/4 | |
| All | N/A | NPO | All | |

A Feeding Bag Change Time

…o Assist

**GU**
**29 GU Mode**
A = Anuric
V = Void
ST = Straight Cath
C = Condom
F = Foley
SP = Supra Pubic
NT = Nephrostomy
I = Incontinent
O = Other
**30 Urine Clarity**
C = Clear
Cl = Cloudy
S = Sediment
M = Mucous
B = Bloody

**INVASIVE LINES**
**Type**
A = Angiocath
S = Single Lumen
D = Dual Lumen
T = Triple Lumen
Q = Quad Lumen
DI = Dialysis
PC = Portacath
PA = PAcath
I = Introducer
EP = Epidural
Ho = Hohn
Hi = Hickman
G = Groshong
L = LA Line
PI = PICC Line
V = Ventriculostomy
AL = Arterial Line
PTFE = Dialysis Access
**DSG TYPE**
TR = Transparent Only
TG = Transparent/Gauze
NO = Non Occlusive
**DSG Cond.**
DI = Dry/Intact
SI = Saturated/Intact
N = Not Intact
C = Changed

**Site Assess**
R = Redness
T/B = Thrill/Bruit
I = Infiltrate
D = Draining
B = Bleeding/Bloody
P = Pain
H = Hematoma
C = Clean, Dry, Non-Inflamed
**Waveform**
A = Arterial
T = Atrial
D = Dampened
W = Wedged
V = Ventricular
B = Bolt

**Wound/Type**
B1 = 1st degree
B2 = 2nd degree
B3 = 3rd degree
B4 = 4th degree
DI = Stage I decubitus
DII = Stage II decubitus
DIII = Stage III decubitus
DIV = Stage IV decubitus
A = Abrasion
Do = Donor site
Es = Escharotomies
Exc = Excoriation
G = Graft
INC = Incision
L = Laceration
R = Rash
F = Fasciotomies

**Wound/Skin Description**
A = Approximated
Ce = Cellulitic
Color:
R = Red
B = Black
D = Dusky
Y = Yellow
P = Pink
PU = Purple
C = Cool
Di = Diaphoretic
Dr = Drainage: sm, med, lg
D = Dry
D/I = Dry/Intact
Ec = Ecchymotic
E = Eschar
Ex = Exudate
Gr = Granulation
H = Healed
M = Macerated
Mo = Moist
O/A = Open area
P = Petechiae
S = Sloughing
W = Warm

**Dressings**
AB = Abdominal binder
AP = Abdominal pad
ADP = Adaptic
B = Biobrane
DW = Dry wrap
Ga = Gauze
MS = Montgomery straps
OTA = Open to air
PMFMG = Polymyco fine mesh gauze
SR = Scarlet red
SN = Silver nitrate
SMFMG = Silvamyco fine mesh gauze
ST = Staples
SS = Steri strips
Su = Surginet
TR = Transparent
Tu = Tubigrip
W/D = Wet to dry
I = Intact
DNRD = Do not remove drsg
* = See narrative

**Splints/Supports**
BB = Bunny boot
DF = Dorsi flex boots
Ebc = Elbow conformer
HS = Hand splint
KI = Knee immobilizer
HB = Heel lift boot

**Drains**
HV = Hemovac
JP = Jackson Pratt
PR = Penrose
T = T tube
V = Ventriculostomy

10.66

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## RESPIRATORY ASSESSMENT

| 15 | | 16 | 17 | 18,19 | 20 | | | Chest Tube 21 | |
|---|---|---|---|---|---|---|---|---|---|
| Chest Expansion | Oxygen Mode | Percent O₂ | Size | Depth | Secured | Cough | Suction Y/N | Color | Amt. Secretions | Consistency | cmH₂O | Drainage Color | Air Leak Y/N | cmH₂O | Drainage Color | Air Leak Y/N | cmH₂O | Drainage Color | Air Leak Y/N | Time |

## PERIPHERAL VASCULAR

**R Arm / L Arm 22** — Color, Temperature, Sensation, Edema Grade, Nail Bed, Cap Refill, Pulse, Grade

**R Leg / L Leg** — Color, Temperature, Sensation, Edema Grade, Nail Bed, Cap Refill, Pulse, Grade, Pulse, Grade

## GASTROINTES./NUT

| 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|
| Edema | Abdomen | Bowel Sounds | NGT/DHT Activity | Check NGT/DHT Placement/NARES |

Time rows: 07, 08, 09, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 01, 02, 03, 04, 05, 06

### Legend (lower left)

Mode
Air
L = Large
M = Moderate
SM = Small
N = None

19 Amount
L = Large
M = Moderate
SM = Small
N = None

20 Consistency
TN = Thin
TC = Thick
M = Mucous
F = Frothy

16, 21, 23, 31 COLOR
COLOR
P = Pink
BR = Brown
T = Tan
BL = Bloody
BT = Blood Tinged
BLK = Black
W = White
P = Pinkish

21 CHEST TUBE
W = Water Seal
S = Suction
Air Leak Y/N

Y = Yellow
G = Green

C = Clear
C = Serous
SS = Serosanguineous
A = Amber
CG = Coffee Ground
O = Orange
B = Beige

### PERIPHERAL VASCULAR

22 Arms/Legs
COLOR
P = Pink
PL = Pale
C = Cynaotic
D = Dusky
R = Ruddy
M = Mottled
J = Jaundice
N = Necrotic
Temperature
W = Warm
H = Hot
C = Cool
CD = Cold
M = Moist
D = Dry
Sensation
I = Intact
N = Numb
T = Tingling
P = Painful
A = Absent
B = Burning
UTA = Unable to Assess

Edema Grade
O = Absent
+1 = Trace
+2 = Mild
+3 = Moderate
+4 = Severe
Nailbeds
P = Pink
PL = Pale
D = Dusky
O = Opaque
C = Clubbing
Cap Refill
< 3 sec
> 3 sec
> 5 sec
Pulses
(most distal pulse found)
B = Brachial
R = Radial
F = Femoral
P = Popliteal
DP = Dorsalis Pedis
PT = Post. Tibial
U = Ulnar

Grade
B = Bounding
S = Strong
W = Weak
D = Doppler
A = Absent
23 Edema
G = General
D = Dependent
S = Sacral
P = Pitting

### GASTROINTESTINAL/NUTRITION

24 Abdomen
S = Soft
F = Firm
FL = Flat
R = Round
D = Distended
O = Obese
T = Tender
NT = Non-tender
25 Bowel Sounds
A = Absent
N = Normal
H = Hypoactive
+ = Hyperactive
26 NGT/DHT Activity
LIS = Low Intermittent Suction
LCS = Low Continuous Suction
CL = Clamped
CTF = Continuous Tube Feeding
27 NGT/DHT Check/Nares
✓ = In place/skin intact
R = Right
L = Left

| | Breakfast | | | Lunch | | | Dinner | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1/4 | 1/2 | 3/4 | 1/4 | 1/2 | 3/4 | 1/4 | 1/2 | 3/4 |
| | None | NPO | All | None | NPO | All | None | NPO | All |
| | AM Snack | | | Afternoon Snack | | | PM Snack | | |
| | 1/4 | 1/2 | 3/4 | 1/4 | 1/2 | 3/4 | 1/4 | 1/2 | 3/4 |
| | N/A | NPO | All | N/A | NPO | All | N/A | NPO | All |

Diet  NPO

Reason NPO  Intubated  ____ days

TPN Y / N

Feeding
Bag
Change
Time
o Assist
o Feed
o Self

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1069

McCollum Robertson 4-287



**NEUROLOGICAL**

| Time | 1 Level of Consciousness | 2 GCS Eye Open | Best Verbal | Best Motor | Total | 3 Arm Movement R | L | Leg Movement R | L | 4 Pupils Size R | Reaction | Size L | Reaction | 5 Gag Reflex | 6 Nerve Stimulation mA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | | | | | | |
| 08 | U | | ET | 1 | | 0 | 0 | 0 | 0 | 5 | - | 5 | - | 0 | |
| 09 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | U | | ET | 1 | | 0 | 0 | 0 | 0 | 5 | - | 5 | - | 0 | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | | |

**CARDIOVASCULAR**

| Time | 7 Heart Tones | 8 Jugular Vein | 9 Bruit | Temporary Pacemaker Rate / mA | Sens/Mode / Threshold | 10 IABP Aug. / Trigger | Bleeding / Dressing | 11 Timing Points Crisp V @ #5 | #6 > #2 | Crisp V/U @ #7 | #7 < #4 | #8 < #2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | | | |
| 08 | N | ND | | | | | | | | | | |
| 09 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | N | ND | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 01 | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | |

**RESPIRATOR**

| Time | 12 Respirations | 13 Breath Sounds L↑ | L↓ | R↑ | RM | R↓ | 14 Chest Expansion | 15 Oxygen Mode | Percent $O_2$ | Size |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 | | | | | | | | | | |
| 08 | R/U | C | FC | C | C | FC | E | Tr | 60 | |
| 09 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | R/U | C | FC | C | C | C | E | Tr | 60 | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 01 | | | | | | | | | | |
| 02 | | | | | | | | | | |
| 03 | | | | | | | | | | |
| 04 | | | | | | | | | | |
| 05 | | | | | | | | | | |
| 06 | | | | | | | | | | |

**NEUROLOGICAL**

**1 Level of Consciousness**
A = Alert
O = Oriented
C = Confused
R = Restless
D = Drowsy
L = Lethargic
S = Sedated
P = Paralyzed
CB = Combative
U = Unresponsive

**2 Glasgow Coma Scale**

**Eyes Open**
4 = Spontaneously
3 = To Verbal
2 = To Pain
1 = Never

**Best Verbal Resp.**
5 = Oriented & Converse/Writes
4 = Disoriented & Converses/Writes
3 = Inappropriate Words
2 = Incomprehensible Sounds
1 = No Response

**Best Motor Resp.**
6 = Obeys Commands
5 = Localizes Pain
4 = Flexion/Withdrawal
3 = Flexion/Abnormal
2 = Extension to Pain
1 = No Response

**3 Arm/Leg Movement**
0 = No Movement
1 = Muscle Contraction
2 = Weak Contraction s̄ Gravity
3 = Normal Motion s̄ Gravity
4 = Normal Motion c̄ Some Resistance
5 = Normal Motion c̄ Full Resistance

**4 Pupil Reactions**
+ = Reacts to Light
− = Non-Reactive to Light
S = Sluggish

**5 Gag Reflex**
+ = Present
O = Absent
U = Unable to assess

**6 Nerve Stimulator Twitch/mA**
+ = Present (1, 2, 3, 4 or 5)
O = Absent

**CARDIOVASCULAR**

**7 Heart Tones**
N = $S_1$ & $S_2$
S3 = S3
S4 = S4
M = Murmur
R = Rub
D = Distant

**8 Jugular Vein**
ND = Non-distended
D = Distended
UTA = Unable to Assess

**9 Bruit**
C = Carotid R/L
F = Femoral R/L
A = Abdominal
N = None
UTA = Unable to Assess

**10 IABP**
AUGMENTATION
1:1
1:2
1:3
TRIGGER
E = ECG
P = Pressure
BLEEDING
O = No Bleeding/No Further Bleeding
1 = Mild Bleeding
2 = Moderate Bleeding
3 = Large Bleeding
DRESSING
C = Clean/Dry/Intact
S = Saturated with Blood
= Changed

**11 Time/Points**
1. Aortic Valve Opens
2. Unassisted Systole
3. Aortic Valve Closure
4. Unassisted Aortic End Diastolic Pressure
5. Inflation Point
6. Diastolic Augmentation
7. Assisted Aortic End Diastolic Pressure
8. Assisted Systole

**RESPIRATORY ASSESSMENT**

**12 Respirations**
R = Regular
U = Nonlabored
D = Deep
S = Shallow
L = Labored
I = Irregular
K = Kussmal
RP = Rapid
C = Cheyne Stokes

**13 Breath Sounds**
C = Clear
FC = Crackles
CC = Coarse Crackles
W = Wheezes
D = Diminished
I = Inspiratory
E = Expiratory
S = Stridor
A = Absent

**14 Chest Expansion**
E = Equal
U = Unequal
A = Accessory Muscles

**15 Oxygen Mode**
RA = Room Air
NC = Cannula
N = Nasal ETT
O = Oral ETT
B = Blowby
T = Trach
ATC = Aerosol T.C.
VFM = Venti FM
NRB = Non-Rebreather
AFM = Aerosol FM
BI = BiPap
C = CPAP
SFM = Simple Face Mask

**16 Secured**
H = Hollister
TT = Trach Tie
T = Tape
W = Wire
S = Suture

**17 Cough**
S = Strong
W = Weak
P = Productive
D = Dry

**19 Amou**
L = Large
M = Mod
SM = Sm
N = None

**20 Consi**
TN = Thi
TC = Thi
M = Muc
F = Froth

**21 CHES**
W = Wat
S = Suct
Air Leak

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1070



**Pulmonary Care Services  PATIENT / VENTILATOR  ASSESSMENT FORM**

Date: 07/16/04   Vent Day   Vent # 7   Diagnosis: Test 108, Septic Shock

| Time | | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|

Arterial Blood Gas Results / Pulmonary Mechanics

| Time | 0036 | 0520 |
|------|------|------|
| pH | 7.35 | 7.19 |
| PCO2 | 30 | 49 |
| PO2 | 179 | 57 |
| HCO3 | 16 | 18.7 |
| Met Hbg | — | 1.1 |
| O2 | (98) | 100% |

| | Time | | s/A | |
|---|---|---|---|---|
| | Vt | | P/F | |
| | NIP | | f/Vt (pre) | |
| | VC | | f/Vt (post) | |
| | Cdyn | | O2 Index | |
| | Cst | | | |

Airway Management Log

ETT Size = 7.0 mm   Retaped ___ cm   Tape  Holister  Neobar
Secured 1" for 32   Traches   Yes  No   Cuff pressure= ___ CmH2O
Repositioned  R  C  L   Size =

Therapist Signature: _____ CRT

3000106B644   708320Q

ROBERTSON ,RICKY

08/21/1966 CF
STAT LABL
E

07/16/04 R 00.30

Copied in Response to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**PATIENT / VENTILATOR / ASSESSMENT FORM**

The University of Texas Medical Branch Hospitals
Department of Pulmonary Care Services
Galveston, Texas
Medical Record Pilot Form 5651-Rev 6/00
Original -Medical Record

## Ventilation / Oxygen / Therapy Orders & Documentation

*Alarm functional*

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | 02 LPM | Auscultation | | |
|------|--------|--|--|--|------|-------|--|------|--------|--------------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| 0040 | 5-0 | brun | Sm | Thick | 0 | 128 | 125 | 1.0 | Vent | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| (+) ETCO2 | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| 0430 | | | | | | 121 | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| Ambu Bag + mask @ Bedside. | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig.  R Moulven, RT | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| | | | | | | | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| | | | | | | | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| | | | | | | | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| | | | | | | | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |
| Time | Nacl | Color | Amount | Consistency | Cough Effort | Before | After | FI02 | 02 LPM | | Before | After |
| | | | | | | | | | | RUL | | |
| Comments: | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| Therapist's Sig. | | | | | | | | | | LLL | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum, Robert 4-2040



# Pulmonary Care Services  PATIENT / VENTILATOR  ASSESSMENT FORM

Date: 7/16/04  Vent Day 2  Vent # 7  Diagnosis: Septic Shock

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 0725 | 0810 | 020 | 10 v | 1243 | | | | | | |
| | | | | | | | | | | | |
| FiO2 / SpO2 | 65 / 95 | 65 / 95 | 65 / 96 | 60 | 65 / 94 | | | | | | |
| Peak Press. | | | | | | | | | | | |
| Pause Press. / Exp. End Press. | 25 | 25 | 15 / 5 | 5 / 5 | | | | | | | |
| | | | | | | | | | | | |
| PC ^ PEEP / PS ^ PEEP | 0 / 0 | 15 | 15 / 0 | 15 / 0 | | | | | | | |
| | | | | | | | | | | | |
| Measured Frequency | 40 | 39 | 41 | 25 | | | | | | | |
| | | | | | | | | | | | |
| Auto Peep / Pause Time % | 0 / 0 | 0 | | 0 / 0 | | | | | | | |
| | | | | | | | | | | | |
| Set Vt / Insp. Vt | 500 / 445 | 0 / 613 | 455 / | 0 / 604 | | | | | | | |
| Exp Vt / Exp. Min Vent | | | | | | | | | | | |
| Lower MV / Upper MV | 4 / 35 | 4 / 50 | 10 / 30 | 10 / 30 | | | | | | | |
| | | | | | | | | | | | |
| NO PPM / Tank pres | | | | | | | | | | | |
| RT INITIAL STUDENT | | | | | | | | | | | |

PRVC : Peep = 5  FiO2=65  RR=16 , VT=500

## Arterial Blood Gas Results

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Time | 0925 | | | | | | |
| pH | 7.28 | | | | | | |
| PCO2 | 32 | | | | | | |
| PO2 | 71 | | | | | | |
| HCO3 | 14 | | | | | | |
| Met Hbg | .16 | | | | | | |
| ETCO2 | | | | | | | |

## Pulmonary Mechanics

| Time | | Time | |
|---|---|---|---|
| Vt | a/A | | .18 |
| NIP | P/F | | |
| VC | f / Vt (pre) | | |
| Cdyn | f / Vt (post) | | |
| Cst | O2 Index | | |

## Airway Management Log

ETT Size = 7.0  mm  Retaped ___ cm   Tape  Holister  Neobar
Secured  Left Nare ___ cm   Trached  Yes  No   Cuff pressure= ___ CmH2O
Repositioned  R  t  L   Size = ___

Therapist Signature: HA Nguyen CRT

IF PATIENT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UHH IN SPACE BELOW

001172218
CMS 08-21-55
ROBERTSON , RICKY   MPU
3C001268644
I

### PATIENT/VENTILATOR/ASSESSMENT FORM

Medical Record Form 5651–Rev. 2/04

**The University of Texas Medical Branch Hospitals**
**Galveston, Texas**

Original–Medical Record

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Ventilation / Oxygen / Therapy Orders & Documentation

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| 1125 | 100 | pink yellow | Mod | THIN | None | 129 | 124 | 100 | Vent | RUL | CR | CL |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments: Lavage and suction X 3 c 100% FiO2.

Therapist's Sig. HN Nguyen CRT

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| 1243 | 5cc | White | Small | THIN | None | 108 | 116 | 100 | Vent | RUL | CR | CL |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments: Lavage and suction X 3 c 100% FiO2.

Therapist's Sig. HN Nguyen CRT

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| | | | | | | | | | | RUL | | |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments:

Therapist's Sig.

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| | | | | | | | | | | RUL | | |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments:

Therapist's Sig.

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| | | | | | | | | | | RUL | | |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments:

Therapist's Sig.

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| | | | | | | | | | | RUL | | |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments:

Therapist's Sig.

| Time | Sputum | | | | Cough Effort | Pulse | | FI02 | O2 LPM | Auscultation | | |
|------|--------|--|--|--|------|-----|--|----|------|------|--|--|
| | Nacl | Color | Amount | Consistency | | Before | After | | | | Before | After |
| | | | | | | | | | | RUL | | |
| | | | | | | | | | | RML | | |
| | | | | | | | | | | RLL | | |
| | | | | | | | | | | LUL | | |
| | | | | | | | | | | LLL | | |

Comments:

Therapist's Sig.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Pulmonary Care Services Patient Assessment Day Shift

| Neck vein | Chest | Equal | Capillary Refill | | Peripheral Edema | | Input | Output |
|---|---|---|---|---|---|---|---|---|
| Distended | Paradoxical | Barrel | RU  <sec LU  <sec | | Yes | No | cc | cc |
| ● N | Incision | Pigeon | RL  <sec LL  <sec | | | | Clear | Cloudy |
| Skin Tone | Labs | | Na 135-145 | | Bun 8-25 | | Other Data | |
| Warm | WBC 5-10 | | K+ 3.5-5.0 | | Creat. 0.5-1.5 | | Cuff Flow Ins | Yes No |
| Dry | Hgb 12-18 | | Cl 95-105 | | Gluc 10-110 | | Cuff Flow Exp | Yes No |
| Cold | HCT36-45 | | C02 | | AG | | | |
| Clammy | PLT 150-350 | | N 13-22 P 20-28 A 23-31 | | | | | |

| Sputum Culture | CXR |
|---|---|
| | |

**Past Medical History:**

| | |
|---|---|
| Patient is INTuBaTeD | A: Respiratory Failure |
| PRVC, Fio2=65%, RR=16 Peep=+5, VT=500 | P: Continued Vent Support Suction For Airway Clearance Wean as tolerated |

## Pulmonary Care Services Patient Assessment Night Shift

| Neck vein | Chest | Equal | Capillary Refill | | Peripheral Edema | | Input | Output |
|---|---|---|---|---|---|---|---|---|
| Distended | Paradoxical | Barrel | RU  <sec LU  <sec | | Yes | No | cc | cc |
| Y N | Incision | Pigeon | RL  <sec LL  <sec | | | | Clear | Cloudy |
| Skin Tone | Labs | | Na 135-145 | | Bun 8-25 | | Other Data | |
| Warm | WBC 5-10 | | K+ 3.5-5.0 | | Creat. 0.5-1.5 | | Cuff Flow Ins | Yes No |
| Dry | Hgb 12-18 | | Cl 95-105 | | Gluc 10-110 | | Cuff Flow Exp | Yes No |
| Cold | HCT36-45 | | C02 | | AG | | | |
| Clammy | PLT 150-350 | | N 13-22 P 20-28 A 23-31 | | | | | |

| Sputum Culture | CXR |
|---|---|
| | |

**Past Medical History:**

| | |
|---|---|
| | A: |
| | P: |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

01/14/2005  10:02    9364376692              ARCHIVES                        PAGE   02

EMR Chart Printer - Patient: ROBERTSON, RICKY L #:1172218 DOB: 08/21/1966    Page 1 of 3

 **UTMB**          C O R R E C T I O N A L   M A N A G E D   C A R E
                                              I N F O R M A T I O N   S E R V I C E S

User: Shantel Humphrey   --   Back To Patient Search

*Selected Printing Choices For*
**ROBERTSON, RICKY L    #: 1172218    DOB: 08/21/1966**
Display Chart: Date Range: 07/16/2004 - 07/16/04

Patient Labs - 124 Records Found

| Foreign Analyte Desc. | Results | Result Units | Severity | Lab Date | Amended | Discarded |
|---|---|---|---|---|---|---|
| | SEE CHART | 0 | | 07/16/2004 | | |
| | SEE CHART | 0 | | 07/17/2004 | | |
| CKMB ISO INDEX | 0.8 | % | | 07/16/2004 | | |
| MAGNESIUM SERUM | 1.7 | MG/DL | | 07/16/2004 | | |
| PHOSPHORUS SERUM | 1.4 | MG/DL | L | 07/16/2004 | | |
| ANION GAP, BLOOD | 6 | | | 07/16/2004 | | |
| CO2 TOTAL | 19 | MMOL/L | L | 07/16/2004 | | |
| CHLORIDE SERUM | 112 | MMOL/L | H | 07/16/2004 | | |
| POTASSIUM SERUM | 4.1 | MMOL/L | | 07/16/2004 | | |
| GLUCOSE | 129 | MG/DL | H | 07/16/2004 | | |
| BLOOD UREA NITROGEN | 26 | MG/DL | H | 07/16/2004 | | |
| SODIUM SERUM | 137 | MMOL/L | | 07/16/2004 | | |
| CREATININE SERUM | 1.89 | MG/DL | H | 07/16/2004 | | |
| CALCIUM, SERUM | 7.5 | MG/DL | L | 07/16/2004 | | |
| BUN/CREATININE RATIO | 13.8 | | | 07/16/2004 | | |
| ACUTE CARE O2 SAT VENOUS | 48.8 | % | L | 07/16/2004 | | |
| AC O2 CONTENT VENOUS | 11.2 | % | | 07/16/2004 | | |
| ACUTE CARE METHEMO VENOUS | 0.9 | % | | 07/16/2004 | | |
| ACUTE CARE CARBOXYHEMO VENOUS | 0.2 | % | | 07/16/2004 | | |
| ACUTE CARE TOT VENOUS HEMOGLOB | 16.4 | G/DL | | 07/16/2004 | | |
| ACUTE CARE BICARBONATE VENOUS | 17 | MEQ/L | H | 07/16/2004 | | |
| ACUTE CARE PO2 VENOUS | 39 | MM/HG | | 07/16/2004 | | |
| ACUTE CARE PC02, VENOUS | 46 | MM/HG | | 07/16/2004 | | |
| ACUTE CARE PH BLOOD VENOUS | 7.20 | | H | 07/16/2004 | | |
| ACUTE CARE OXYGEN CONTENT | 20.7 | % | | 07/16/2004 | | |
| ACUTE CARE METHEMOGLOBIN | 1.2 | % | | 07/16/2004 | | |
| ACUTE CARE CARBOXYHEMOGLOBIN | 0.1 | % | | 07/16/2004 | | |
| ACUTE CARE OXYGEN SATURATION | 91.7 | % | L | 07/16/2004 | | |
| ACUTE CARE TOTAL HEMOGLOBIN | 16.1 | G/DL | | 07/16/2004 | | |
| ACUTE CARE BICARBONATE | 13 | MEQ/L | H | 07/16/2004 | | |
| ACUTE CARE PO2 ARTERIAL | 86 | MM/HG | | 07/16/2004 | | |
| ACUTE CARE PC02, ARTERIAL | 32 | MM/HG | L | 07/16/2004 | | |
| ACUTE CARE PH BLOOD ARTERIAL | 7.25 | | L | 07/16/2004 | | |
| TOTAL CELLS COUNTED-MANUAL DIF | 100 | | | 07/16/2004 | | |
| NUCLEATED RBCs | 2 | | H | 07/16/2004 | | |
| MYELOCYTE | 1 | % | H | 07/16/2004 | | |
| METAMYELOCYTE | 1 | % | H | 07/16/2004 | | |
| POLYCHROMASIA | 2+ | | | 07/16/2004 | | |
| LYMPHOCYTES | 6 | % | L | 07/16/2004 | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
http://129.109.150.105/utmb  chartruntime/index.cfm UNAUTHORIZED COPYING OR VIEWING PROHIBITED     1/14/2005

McCollum/Robertson-2444

01/14/2005  10:02   9364376692                     ARCHIVES                           PAGE  03

EMR Chart Printer - Patient: ROBERTSON, RICKY L #:1172218 DOB: 08/21/1966        Page 2 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SEGMENTED NEUTROPHILS | 74 | % | | | 07/16/2004 | | |
| BANDS | 19 | % | H | | 07/16/2004 | | |
| TROPONIN I | 16.01 | ng/mL | H | | 07/16/2004 | | |
| CK-MB | 63.7 | ng/mL | H | | 07/16/2004 | | |
| CREATINE KINASE | 7748 | U/L | R | | 07/16/2004 | | |
| ACUTE CARE BICARBONATE | 14 | MEQ/L | H | | 07/16/2004 | | |
| ACUTE CARE PO2 ARTERIAL | 71 | MM/HG | L | | 07/16/2004 | | |
| ACUTE CARE PC02, ARTERIAL | 32 | MM/HG | L | | 07/16/2004 | | |
| ACUTE CARE PH BLOOD ARTERIAL | 7.28 | | L | | 07/16/2004 | | |
| LACTIC ACID PLASMA | 5.2 | MMOL/L | H | | 07/16/2004 | | |
| FDP TYPE | PLASMA | | | | 07/16/2004 | | |
| MDA D-DIMER | > 4.0 | | | | 07/16/2004 | | |
| FIBRIN DEGRADATION PRODUCTS | >20 | UG/ML | ~ | | 07/16/2004 | | |
| NITRITE URINE | NEGATIVE | | | | 07/16/2004 | | |
| RED BLOOD CELLS URINE | 21 | /HPF | H | | 07/16/2004 | | |
| WHITE BLOOD CELLS URINE | 0 | /HPF | | | 07/16/2004 | | |
| LEUKOCYTE ESTERASE URINE | NEGATIVE | | | | 07/16/2004 | | |
| UROBILINOGEN URINE | 1 mg/dL | | | | 07/16/2004 | | |
| BLOOD URINE | 250/uL | | ~ | | 07/16/2004 | | |
| BILIRUBIN URINE | NEGATIVE | | | | 07/16/2004 | | |
| KETONES URINE | NEGATIVE | | | | 07/16/2004 | | |
| GLUCOSE QUALITATIVE U | NEGATIVE | | | | 07/16/2004 | | |
| PROTEIN URINE, URINALYSIS | 100mg/dL | | ~ | | 07/16/2004 | | |
| PH URINE | 8.0 | | | | 07/16/2004 | | |
| SPECIFIC GRAVITY URINE | 1.010 | | | | 07/16/2004 | | |
| APPEARANCE | Clear | | | | 07/16/2004 | | |
| COLOR | Amber | | ~ | | 07/16/2004 | | |
| BACTERIA | FEW | | ~ | | 07/16/2004 | | |
| APTT-PATIENT | 102 | SEC | H | | 07/16/2004 | | |
| PROTIME PATIENT | 28.7 | SEC | H | | 07/16/2004 | | |
| PT INTERNAT'L NORMALIZED RATIO | 2.7 | | | | 07/16/2004 | | |
| APTT MEAN NORMAL | 28 | SEC | | | 07/16/2004 | | |
| FIBRINOGEN | 82 | MG/DL | | | 07/16/2004 | | |
| MEAN PLATELET VOLUME | 12.3 | FL | H | | 07/16/2004 | | |
| RED CELL DISTRIBUTION WIDTH | 12.8 | % | | | 07/16/2004 | | |
| MEAN CORP HGB CONCENTRATION | 35.4 | % | | | 07/16/2004 | | |
| MEAN CORPUSCULAR HGB | 30.1 | PG | | | 07/16/2004 | | |
| MEAN CORPUSCULAR VOLUME | 85.1 | FL | | | 07/16/2004 | | |
| HEMOGLOBIN | 13.1 | G/DL | L | | 07/16/2004 | | |
| RED BLOOD CELL COUNT | 4.35 | /CMM | | | 07/16/2004 | | |
| WHITE BLOOD CELL COUNT | 20.5 | /CMM | H | | 07/16/2004 | | |
| HEMATOCRIT | 37.0 | % | | | 07/16/2004 | | |
| PLATELET COUNT | 83 | /CMM | R | | 07/16/2004 | | |
| | SEE CHART | 0 | | | | | |
| PH SERUM | 7.22 | | L | | 07/16/2004 | | |
| IONIZED CALCIUM | 4.66 | MG/DL | | | 07/16/2004 | | |
| ACUTE CARE IONIZED CALCIUM | 4.70 | MG/DL | | | 07/16/2004 | | |
| ACUTE CARE OXYGEN CONTENT | 16.9 | % | | | 07/16/2004 | | |
| ACUTE CARE METHEMOGLOBIN | 1.1 | % | | | 07/16/2004 | | |
| ACUTE CARE CARBOXYHEMOGLOBIN | 0.2 | % | | | 07/16/2004 | | |
| ACUTE CARE OXYGEN SATURATION | 81.2 | % | L | | 07/16/2004 | | |
| ACUTE CARE TOTAL HEMOGLOBIN | 14.8 | G/DL | | | 07/16/2004 | | |
| ACUTE CARE GLUCOSE | 88 | MG% | | | 07/16/2004 | | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
____ING OR VIEWING PROHIBITED

http://129.109.150.105/utmb_chartprinting/index.cfm                                    1/14/2005

McCollum Robertson 4-2145

01/14/2005  10:02   9364376692                ARCHIVES                                    PAGE  04

EMR Chart Printer - Patient: ROBERTSON, RICKY L #:1172218 DOB: 08/21/1966        Page 3 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACUTE CARE SODIUM | 141 | MEQ/L | | | 07/16/2004 | | |
| ACUTE CARE POTASSIUM | 3.2 | MEQ/L | L | | 07/16/2004 | | |
| ACUTE CARE BICARBONATE | 18 | MEQ/L | H | | 07/16/2004 | | |
| ACUTE CARE PO2 ARTERIAL | 57 | MM/HG | L | | 07/16/2004 | | |
| ACUTE CARE PCO2, ARTERIAL | 49 | MM/HG | H | | 07/16/2004 | | |
| ACUTE CARE PH BLOOD ARTERIAL | 7.19 | | H | | 07/16/2004 | | |
| | SEE CHART | 0 | | | 07/16/2004 | | |
| AMPHETAMINES | SEE CHART | 0 | | | 07/16/2004 | | |
| IMMATURE GRANS FOR AUTODIFF | OBSERVED | | ~ | | 07/16/2004 | | |
| BASOPHILS ABSOLUTE | 0.0 | /CMM | | | 07/16/2004 | | |
| BASOPHIL PERCENT | 0.2 | % | | | 07/16/2004 | | |
| EOSINOPHILS ABSOLUTE | 0.1 | /CMM | | | 07/16/2004 | | |
| EOSINOPHIL PERCENT | 0.5 | % | | | 07/16/2004 | | |
| MONOCYTE ABSOLUTE | 1.1 | /CMM | H | | 07/16/2004 | | |
| MONOCYTE PERCENT | 6.6 | % | | | 07/16/2004 | | |
| LYMPHOCYTE ABSOLUTE | 0.9 | /CMM | L | | 07/16/2004 | | |
| LYMPH PERCENT | 5.4 | % | L | | 07/16/2004 | | |
| GRANULOCYTE PERCENT | 87.3 | % | H | | 07/16/2004 | | |
| POLYCHROMASIA | 2+ | | | | 07/16/2004 | | |
| GRANULOCYTES ABSOLUTE | 15.0 | /CMM | H | | 07/16/2004 | | |
| MEAN PLATELET VOLUME | 10.8 | FL | | | 07/16/2004 | | |
| RED CELL DISTRIBUTION WIDTH | 13.4 | % | | | 07/16/2004 | | |
| MEAN CORP HGB CONCENTRATION | 34.8 | % | | | 07/16/2004 | | |
| MEAN CORPUSCULAR HGB | 29.6 | PG | | | 07/16/2004 | | |
| MEAN CORPUSCULAR VOLUME | 85.0 | FL | | | 07/16/2004 | | |
| HEMOGLOBIN | 12.8 | G/DL | L | | 07/16/2004 | | |
| RED BLOOD CELL COUNT | 4.33 | /CMM | | | 07/16/2004 | | |
| WHITE BLOOD CELL COUNT | 17.2 | /CMM | H | | 07/16/2004 | | |
| HEMATOCRIT | 36.8 | % | L | | 07/16/2004 | | |
| PLATELET COUNT | 78 | /CMM | R | | 07/16/2004 | | |
| | SEE CHART | 0 | | | 07/16/2004 | | |
| PPD | 0 MM | mm | | | 06/23/2004 | | |

**Document Signatures - 0 Records Found**

| Document | Doc # | Visit | Created | Signer | Signed On |
|---|---|---|---|---|---|
| | | | | | |



v.1.6

Copyright © 2005 CORRECTIONAL MANAGED CARE INFORMATION SYSTEMS.
The University of Texas Medical Branch. Please review our privacy policy and Internet guidelines.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

http://129.109.150.105/utmb chartprinting/index.com

1/14/2005   11.2

```
******************************************************************
*** REQUESTOR: DAWAR01 - DARRINGTON_UNIT_INMAT DARRINGTON UNIT      ***
******************************************************************
***                   S Y S M   I N B A S K E T   P R I N T        ***

MESSAGE ID: 092907      DATE: 07/15/04  TIME: 11:29pm  PRIORITY: 000

TO:       DAWAR01 - DARRINGTON_UNIT_INMATE_RECORD
          INMATE RECORDS STAFF
          DARRINGTON UNIT
          59 DARRINGTON ROAD
          ROSHARON, TEXAS 77553


FROM:     DAMEDM1 - DARRINGTON-MEDICAL-RECORDS
          NURSING
          DARRINGTON UNIT
          ROSHARON



SUBJECT:  MEDICAL TRANSFER


                    MEDICAL TRANSFER


          R EMERGENCY                    O ROUTINE

NAME OF INMATE:        ROBERTSON         INMATE NUMBER: RICKY
DIAGNOSIS:             HEAT STROKE
NATURE OF TRANSFER:    SCHEDULED APPOINTMENT
                       X EVALUATION
SENDING PHYSICIAN:     ABRAHAM
ACCEPTING PHYSICIAN:
TRANSPORT TO:          LIFE FLIGHT
TRANSPORTATION MODE ORDERED:   CHAIN BUS       UNIT VAN
                               WHEELCHAIR VAN  AMBULANCE
                       X OTHER LIFE FLIGHT
TRANSPORTATION MODE USED:      CHAIN BUS       UNIT VAN
                               WHEELCHAIR VAN  AMBULANCE
                       X OTHER LIFE FLIGHT
HOUSING:
ACT OF VIOLENCE:       N
UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):
UNIT CONTACT NAME: PRATER
JOB TITLE: LVN
TIME DEPARTED UNIT:    :        DATE DEPARTED UNIT:    /    /
TIME RETURNED:         :        DATE RETURNED:         /    /


   T TO:
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW        CURRENT DATE: 01/13/05
INMTCICS/CSC4350     HOUSING/JOB ASSIGNMENT HISTORY          AND TIME:  5:11:03
59/UC15   INMATE NAME: ROBERTSON,RICKY L          TDCNO: 01172218

HOUSING    |--HOUSING--| INM/HSG    JOB ASGN |----------JOB----------|
  DATE  UNIT |--ASGNMNT--| CUST AUTH   DATE  |------ASSIGNMENT------| AUTH
|----------HOUSING COMMENT----------| |------------JOB  COMMENT------------|

07/15/04  DA  H-2    06 B MH   TR CCJ 07/15/04 TRANSIENT ENROUTE         CCJ
06/30/04  J4  B2B   003   MH   MH KR  06/27/04 UNASGN MENTAL HEALTH      CS
06/29/04  J4  B2A    18   MH   MH RC  05/13/04 JANITOR J2 DORM 1ST       UCC
06/28/04  J4  B1     46   MH   MH KR  04/16/04 UTILITY WORK SQUAD 03     PLC
06/27/04  J4  B1A    51   MH   MH CS  HSM-18
06/09/04  RL  J2    009   G2   G2 PC  01/20/04 KITCHEN HELPER 3RD
05/13/04  RL  J2    010   G2   G2 UCC 01/13/04 KITCHEN (TEMP) 72 HR
02/07/04  RL  H6    017   G2   G2 JG  11/05/03 FULL TIME STUDENT
08/26/03  RL  J6    040   G2   G2     10/09/03 KITCHEN HELPER 1ST
08/20/03  RL  K11   002   G2   G2     10/07/03 KITCHEN HELPER 2ND
08/15/03  NH  B2    029   G2   G2     10/07/03 KITCHEN HELPER 2ND


    MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO  _____
CSIMS010          TEXAS DEPARTMENT OF CRIMINAL JUSTICE       DATE 01/13/05
                       MEDICAL PROFILE INQUIRY               TIME 15:12:20

NAME         ROBERTSON,RICKY L              RACE/SEX     W / M
TDCJ NUMBER  01172218                       DATE OF BIRTH  08/21/1966 AGE 038
UNIT ASSIGNED                               HEIGHT      6   FT. 05 IN.
DATE ASSIGNED 07/16/04                      WEIGHT      215 LBS.  DATE 06/30/03
RSN ASSIGNED  ASSIGNMENT                    BLOOD PRESSURE 127 / 073 DATE 06/30/03
REC/DEP CODE  DX                            MEDICAL  CLASSIFICATION DATE 07/09/04

ALERT CODES  1112 2965

|***|***|***|***|***|***|  UTMB NUMBER
| P | U | L | H | E | S |  HEARING PROBLEMS        N
|---|---|---|---|---|---|  DENTURES                N
| 1 | 1 | 1 | 1 | 1 | 4 |  PROSTHESIS              N
|---|---|---|---|---|---|  HISTORY OF TUBERCULOSIS  N
| A | A | A | A | A | P |  HISTORY OF HEPATITIS     N
|---|---|---|---|---|---|  DNA TEST
| | | | | | T |  DNA AGENCY
|***|***|***|***|***|***|  JOB ASSIGNMENT IN TDCJ  NOT SET UP ON JOB FILE

ENTER 'P' TO PRINT, OR NEXT TDCJ NUMBER _____  OR NEXT SID  _____
PF2 DISPLAY ALERTS CODES  PF3 DISPLAY HISTORY  PF11 RETURN TO MENU  PF12 EXIT
CSIMS012           T.D.C.J. - INSTITUTIONAL DIVISION        DATE 01/13/05
                     MEDICAL ALERT CODE INQUIRY             TIME 15:12:37

NAME ROBERTSON,RICKY L         TDCJ NUMBER 01172218  UTMB NUMBER
ALERT CODE   ALERT DESCRITION
  1112       HIGH RISK HIV SCREENING - COMPLETED
  2965       BIPOLAR I DISORDER, MOST RECENT EPISODE DEPRESSED
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PRESS ENTER TO RETURN TO THE PROFILE OR ENTER 'P' TO PRINT THIS DISPLAY

```
CSIMS014 T E X A S   D E P A R T M E N T   O F   C O R R E C T I O N S
           M E D I C A L   I N F O R M A T I O N     DATE 01/13/05
           H I S T O R Y   I N Q U I R Y              TIME 15:12:48

NAME ROBERTSON,RICKY L           TDC NUMBER  01172218 UTMB NUMBER
                         BLOOD                  P   U   L   H   E   S
 DATE  WEIGHT       DATE  PRESSURE        DATE DCM DCM DCM DCM DCM DCM
063003  215        063003 127/073       070904 1A  1A  1A  1A  1A  4PT
                                        041904 1A  1A  1A  1A  1A  3NT
                                        041604 1A  1A  1A  1A  1A  3NT
                                        063003 1A  1A  1A  1A  1A  1A
                                        063003 1A  1A  1A  1A  1A  1A
```

PRESS ENTER TO RETURN THE PROFILE OR    ENTER 'P' TO PRINT THIS DISPLAY

```
CSHS1802           T.D.C.J. - INSTITUTIONAL DIVISION      DATE: 01/13/05
              HEALTH SUMMARY FOR CLASSIFICATION SYSTEM   TIME: 15:15:41
                              INQUIRY
  TDCJ-ID #: 01172218  SID #: 06651475        P   U   L   H   E   S
  NAME: ROBERTSON,RICKY L                 ---------------------------
  HT 6'05"   WT 215                       | 1 | 1 | 1 | 1 | 1 | 4 |
  DOB: 08 21 1966                         |---|---|---|---|---|---|
  UNIT:        HOUSING:                   | A | A | A | A | A | P |
  JOB:                                    |---|---|---|---|---|---|
                                          |   |   |   |   |   | T |
  RESTRICTIONS                            ---------------------------
  UNIT: NO RESTRICTION          TRUSTY CAMP SUITABLE: Y
  HOUSING: NO RESTRICTION
  BUNK: LOWER ONLY              ROW: NO RESTRICTIONS
  WORK: W19 W20 W21 W23 W25 W26 W27
  DISCIPLINARY PROCESS: CONSULT REPRESENTATIVE OF MENTAL HEALTH

  INDIVIDUALIZED TREATMENT PLAN:
                      PSYCH REPRESENTATIVE REQUIRED
  TRANSPORTATION RESTRICTIONS: NO RESTRICTION
  REVISED BY: D.KNOX                    REVISED DATE: 07 09 2004
  PF1 -HELP  PF3 -MENU  PF4 -ADD PF5 QUICK
```

Copyright ONE case pro Litigation Support op 08-26-2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum v Robertson 4-2449



[redacted]

CSHS1808 T.D.C.J. - INSTITUTIONAL DIVISION DATE: 01/13/05
PAGE NO: 01 HEALTH SUMMARY FOR CLASSIFICATION SYSTEM TIME: 15:16:02
SUMMARY OF TRANSACTIONS
INMATE NAME: ROBERTSON, RICKY L TDCJ-ID #: 01172218

| [redacted]E | RESTRICTION | AUTHORITY |
|---|---|---|
| [redacted]09-2004 | LOWER ONLY | D.KNOX |
| | CONSULT REPRESENTATIVE OF MENTAL HEALTH | |
| | NO WORK IN DIRECT SUNLIGHT | |
| | NO TEMPERATURE EXTREMES | |
| | NO HUMIDITY EXTREMES | |
| | NO WORK WITH CHEMICALS OR IRRITANTS | |
| | NO WORK AROUND MACHINES WITH MOVING PARTS | |
| | NO WORK EXPOSURE TO LOUD NOISES | |
| | NO WORK REQUIRING COMPLEX INSTRUCTIONS | |
| 06-09-2004 | LOWER ONLY | GONZALEZ |
| | NO WORK IN DIRECT SUNLIGHT | |
| | NO TEMPERATURE EXTREMES | |
| | NO HUMIDITY EXTREMES | |
| 04-29-2004 | NO WORK IN DIRECT SUNLIGHT | GONZALEZ, M |

PF1 -HELP PF3 -RETURN TO INQUIRY PF7 -UP PF8 -DOWN PF10 -PRINT
ENTER NEXT REQUEST/OR TDCNO ________ OR SIDNO ________

CSHS1808 T.D.C.J. - INSTITUTIONAL DIVISION DATE: 01/13/05
PAGE NO: 02 HEALTH SUMMARY FOR CLASSIFICATION SYSTEM TIME: 15:16:17
SUMMARY OF TRANSACTIONS
INMATE NAME: ROBERTSON, RICKY L TDCJ-ID #: 01172218

| DATE | RESTRICTION | AUTHORITY |
|---|---|---|
| [redacted]29-2004 | NO WORK IN DIRECT SUNLIGHT | GONZALEZ, M |
| | NO TEMPERATURE EXTREMES | |
| | NO HUMIDITY EXTREMES | |
| 04-19-2004 | NO CLIMBING | LAPOINT |
| | NO WORK IN DIRECT SUNLIGHT | |
| | NO TEMPERATURE EXTREMES | |
| | NO HUMIDITY EXTREMES | |
| | NO WORK AROUND MACHINES WITH MOVING PARTS | |
| 04-16-2004 | NO CLIMBING | FAUST |
| | NO WORK IN DIRECT SUNLIGHT | |
| | NO TEMPERATURE EXTREMES | |
| | NO HUMIDITY EXTREMES | |
| | NO WORK AROUND MACHINES WITH MOVING PARTS | |
| 04-05-2004 | NO CLIMBING | GONZALEZ |

PF1 -HELP PF3 -RETURN TO INQUIRY PF7 -UP PF8 -DOWN PF10 -PRINT
ENTER NEXT REQUEST/OR TDCNO ________ OR SIDNO ________

CSHS1808 T.D.C.J. - INSTITUTIONAL DIVISION DATE: 01/13/05
PAGE NO: 03 HEALTH SUMMARY FOR CLASSIFICATION SYSTEM TIME: 15:16:23
SUMMARY OF TRANSACTIONS
INMATE NAME: ROBERTSON, RICKY L TDCJ-ID #: 01172218

| DATE | RESTRICTION | AUTHORITY |
|---|---|---|
| 04-05-2004 | NO CLIMBING | GONZALEZ |
| | NO WORK AROUND MACHINES WITH MOVING PARTS | |
| [redacted]30-2003 | NO RESTRICTIONS | HERRERA |

[redacted]

132

Find the Weather for any **City, State** or **ZIP Code, or Airport Code** or **Country**

**Features:**  Wunder Photos  NEXRAD Radar  Regional Radar  NEW Zoom Satellite  Maps

Tropical / Hurricane  Marine  Severe  Astronomy  Ski  Education  Favorites  Personal Stat

**Member Benefits:**

**No Ads**
**Weather Email**
**$5 a year**
**Signup Here**

**Email**

**Password**

**Login**

**Print This Page**
**Forecast Flyer**
**Page Prefs**
**Language:**
English
Units: Both
Metric | English
**Show        Yes No**
Favorites
Wunder Photos
Top Photo Banner
**International**
United States
Canada
Mexico
Central America
South America
Northern Asia
Southern Asia
Europe
Australia
Africa
Islands
Antarctica
**Information**
Need Help?
Link to Us

## History for Houston Intercontinent
### on Thursday, July 15, 2004

**Jump to data by:**

Date:  July  15  2004  Go                                    Airport C

Latest visited Airport Codes: KHOU | KLVJ | KIAH

« Previous Day    Daily | Weekly | Monthly | Custom | Trip Planne

**Daily Summary**

|  | Actual | Average (KHOU |
|---|---|---|
| **Temperature** | | |
| Mean Temperature | 88 °F / 31 °C | 84 °F / 28 °C |
| Max Temperature | 99 °F / 37 °C | 94 °F / 34 °C |
| Min Temperature | 78 °F / 25 °C | 73 °F / 22 °C |
| Cooling Degree Days | 24 | 18 |
| Month to date cooling degree days | | 270 |
| Year to date cooling degree days | | 1329 |
| Growing Degree Days | 38 (Base 50) | |
| **Moisture** | | |
| Dew Point | 74 °F / 23 °C | |
| Average Humidity | 60 | |
| Maximum Humidity | 79 | |
| Minimum Humidity | 38 | |
| **Precipitation** | | |
| Precipitation | 0.00 in / 0.00 cm | 0.10 in / 0.25 cm |
| Month to date precipitation | | 1.71 |
| Year to date precipitation | | 25.83 |
| **Pressure** | | |
| Sea Level Pressure | 29.94 / 1014 hPa | |
| **Wind** | | |
| Wind Speed | 6 mph / 10 km/h (SSW) | |
| Max Wind Speed | 8 mph / 13 km/h | |
| Max Gust Speed | - | |
| Visibility | 10 miles / 16 kilometers | |

http://www.wunderground.com/history/airport/KIAH/2004/7/15/DailyHistory.html                1/14/2005

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**About Us**
**Custom Weather**
**Newspaper**
**Weather**
**Advertising**

State Farm®
StateFarm.com

statefarm.com®

- Auto Quotes
- Video Center
- Natural Disasters
- Build a Safer Home
- Other Quotes

Hosting Companies

- Website Hosting Services
- Web Site Hosting
- WebSite Hosting Directory
- Web Hosting By iPowerWeb
- Web Hosting
- Cheap Web Hosting

Online deals!

- Weight Loss
- Vitamins

Loan Directory

- Home Loans
- Mortgage
- Personal Loans

Internet Mall

- Caribbean Vacation
- KIAH DSL
- Broadband Service Providers
- Leather Jackets
- Satellite - GSM Phones
- Bariatric Surgery
- ERP Software
- Magnets
- Inventory Control

Internet Shopping

- Mortgage Refinancing
- Florist and Flowers

Click here for data from the nearest station with official NWS data (KHOU).
Key: T is trace of precipitation, MM is missing value
Source: NWS Daily Summary





Show full METARS (help) - Comma Delimited

| Time (CDT) | Temperature | Dew Point | Humidity | Pressure | Visibility | Wind Direction | Wind Speed |
|---|---|---|---|---|---|---|---|
| 12:53 AM | 82.9 °F / 28.3 °C | 75.0 °F / 23.9 °C | 77% | 29.95 in / 1014.0 hPa | 10.0 miles / 16.1 kilometers | South | 5.8 mph / 9.3 km/h |
| 1:53 AM | 82.9 °F / 28.3 °C | 73.9 °F / 23.3 °C | 74% | 29.94 in / 1013.6 hPa | 10.0 miles / 16.1 kilometers | SW | 8.1 mph / 13.0 km/h |
| 2:53 AM | 82.0 °F / 27.8 °C | 73.0 °F / 22.8 °C | 74% | 29.93 in / 1013.3 hPa | 10.0 miles / 16.1 kilometers | SW | 8.1 mph / 13.0 km/h |
| 3:53 AM | 81.0 °F / 27.2 °C | 73.0 °F / 22.8 °C | 77% | 29.93 in / 1013.4 hPa | 10.0 miles / 16.1 kilometers | WSW | 8.1 mph / 13.0 km/h |
| 4:53 AM | 80.1 °F / 26.7 °C | 73.0 °F / 22.8 °C | 79% | 29.95 in / 1014.0 hPa | 10.0 miles / 16.1 kilometers | WSW | 4.6 mph / 7.4 km/h |
| 5:53 AM | 79.0 °F / 26.1 °C | 72.0 °F / 22.2 °C | 79% | 29.94 in / 1013.8 hPa | 10.0 miles / 16.1 kilometers | WSW | 4.6 mph / 7.4 km/h |
| 6:53 AM | 79.0 °F / 26.1 °C | 71.1 °F / 21.7 °C | 77% | 29.95 in / 1014.2 hPa | 10.0 miles / 16.1 kilometers | West | 4.6 mph / 7.4 km/h |
| 7:53 AM | 81.0 °F / 27.2 °C | 70.0 °F / 21.1 °C | 69% | 29.96 in / 1014.5 hPa | 10.0 miles / 16.1 kilometers | West | 8.1 mph / 13.0 km/h |

http://www.wunderground.com/history/airport/KIAH/2004/7/15/DailyHistory.html                1/14/2005

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| • KIAH Medical Malpractice Attorney | 8:53 AM | 84.0 °F / 28.9 °C | 71.1 °F / 21.7 °C | 65% | 29.97 in / 1014.8 hPa | 10.0 miles / 16.1 kilometers | West | 6.9 mph / 11.1 km/h - |
| • Dial Up Internet Access | 9:53 AM | 88.0 °F / 31.1 °C | 71.1 °F / 21.7 °C | 57% | 29.98 in / 1015.1 hPa | 10.0 miles / 16.1 kilometers | NNW | 5.8 mph / 9.3 km/h - |
| • Wheelchair Lift • Mobility Aids • Cosmetic Surgery | 10:53 AM | 90.0 °F / 32.2 °C | 71.1 °F / 21.7 °C | 54% | 29.97 in / 1014.7 hPa | 10.0 miles / 16.1 kilometers | Calm | Calm - |
| • Lift Chairs • Stair Lifts **Maui Vacation** | 11:53 AM | 93.0 °F / 33.9 °C | 72.0 °F / 22.2 °C | 50% | 29.96 in / 1014.5 hPa | 10.0 miles / 16.1 kilometers | ENE | 4.6 mph / 7.4 km/h - |
| • Maui Weddings • Maui Vacation Travel | 12:53 PM | 93.9 °F / 34.4 °C | 71.1 °F / 21.7 °C | 47% | 29.96 in / 1014.4 hPa | 10.0 miles / 16.1 kilometers | Variable | 4.6 mph / 7.4 km/h - |
| **Reserve Hotels at Discount Rates** • United States Hotels | 1:53 PM | 95.0 °F / 35.0 °C | 71.1 °F / 21.7 °C | 46% | 29.94 in / 1013.7 hPa | 10.0 miles / 16.1 kilometers | Variable | 3.5 mph / 5.6 km/h - |
| • International Hotels • Cheap Hotel Reservations | 2:53 PM | 96.1 °F / 35.6 °C | 66.9 °F / 19.4 °C | 38% | 29.92 in / 1013.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 8.1 mph / 13.0 km/h - |
| **Canadian Pharmacy** • Canada Pharmacy | 3:53 PM | 97.0 °F / 36.1 °C | 69.1 °F / 20.6 °C | 40% | 29.91 in / 1012.7 hPa | 10.0 miles / 16.1 kilometers | ESE | 5.8 mph / 9.3 km/h - |
| • Canada Drugs **Web Hosting** | 4:53 PM | 98.1 °F / 36.7 °C | 70.0 °F / 21.1 °C | 40% | 29.89 in / 1012.2 hPa | 10.0 miles / 16.1 kilometers | ESE | 6.9 mph / 11.1 km/h - |
| • Host Department • Bannerless Free Web Hosting | 5:53 PM | 95.0 °F / 35.0 °C | 70.0 °F / 21.1 °C | 44% | 29.88 in / 1011.8 hPa | 10.0 miles / 16.1 kilometers | ESE | 6.9 mph / 11.1 km/h - |
| **Real Estate Tracker** | 6:53 PM | 95.0 °F / 35.0 °C | 71.1 °F / 21.7 °C | 46% | 29.87 in / 1011.3 hPa | 10.0 miles / 16.1 kilometers | ESE | 6.9 mph / 11.1 km/h - |
| • Real Estate Trackers • Board123.com Internet Directory | 7:53 PM | 90.0 °F / 32.2 °C | 73.9 °F / 23.3 °C | 59% | 29.88 in / 1011.7 hPa | 10.0 miles / 16.1 kilometers | SSW | 3.5 mph / 5.6 km/h - |
| **Dating Services** • Dating | 8:53 PM | 88.0 °F / 31.1 °C | 73.9 °F / 23.3 °C | 63% | 29.88 in / 1011.9 hPa | 10.0 miles / 16.1 kilometers | SSW | 4.6 mph / 7.4 km/h - |
| **College Students** • Greek Fraternity Sorority | 9:53 PM | 86.0 °F / 30.0 °C | 75.0 °F / 23.9 °C | 70% | 29.90 in / 1012.3 hPa | 10.0 miles / 16.1 kilometers | SSW | 4.6 mph / 7.4 km/h - |
| • Custom T-shirts **Search Engine Optimization** | 10:53 PM | 84.9 °F / 29.4 °C | 73.9 °F / 23.3 °C | 69% | 29.91 in / 1012.7 hPa | 10.0 miles / 16.1 kilometers | SW | 4.6 mph / 7.4 km/h - |
| • Seo Company • Search Engine Placement | 11:53 PM | 84.0 °F / 28.9 °C | 73.9 °F / 23.3 °C | 72% | 29.91 in / 1012.7 hPa | 10.0 miles / 16.1 kilometers | SW | 4.6 mph / 7.4 km/h - |

**Google Search**
Search the Net!

Search

**Astronomy**

[Extended View]   [Normal View]   [Help Me]

|  | Sun Rise | Sun S |
|---|---|---|
| July 15, 2004 | | |
| Actual Time | 6:30 AM CDT | 8:23 P |

http://www.wunderground.com/history/airport/KIAH/2004/7/15/DailyHistory.html          1/14/2005

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Weather Underground: History

Powered by Google

**Desktop Gizmo!**



Add a Scrolling
Gizmo to your
Windows Desktop
a
Jan 13 2005 14:28:53

| | | |
|---|---|---|
| Civil Twilight | 6:03 AM CDT | 8:50 P |
| Nautical Twilight | 5:31 AM CDT | 9:22 P |
| Astronomical Twilight | 4:57 AM CDT | 9:57 P |
| Moon | (7/15) 4:39 AM CDT | (7/15) 7:28 P |

Length of Day: 13h 53m
Length Of Visible Light: 14h 47m

**Moon Phase: Waning Crescent**, 3% of moon illuminated

   

| 7 / 15 | 7 / 17 | 7 / 24 | 7 / 31 | 8 / 7 |
|---|---|---|---|---|
| | New | First Quarter | Full | Last Quarter |

## Please Visit Our Sponsors:

  

Meet Locals

Get Travel Tips
Hotel & Travel Guides

  

So,
You Think
You're
Funny?

ZVUE

"I didn't k

purplep

StandUpShop.com

Copyright © 2005 The Weather Undergrou
Contact Us | Help and Support | Advertise He

http://www.wunderground.com/history/airport/KIAH/2004/7/15/DailyHistory.html        1/14/2005

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

14.3

ATTACHMENT A
POLICY #A-08.4

## GUIDELINES FOR COMPLETING THE HEALTH SUMMARY FOR CLASSIFICATION FORM

The purpose of the "Health Summary" form is to provide medical and mental health information for each offender to assist the classification committee in making appropriate assignments. Unit housing, work and transportation restrictions must be based upon orders by a physician, mid-level practitioner, dentist, or psychiatrist and are entered into the HSM-18 computer program. Disciplinary, ITP and mental health restrictions may be based upon recommendation of a psychologist, nurse, physician or mid-level practitioner. Reference the HSM-18 users guide for data entry instructions.

The specific information to be placed in each item of the form is described below:

I. **Facility Assignment** -- The following facility assignments are requested by E-form through the office of the TDCJ Health Services Liaison.

    A. **No Restrictions** -- In terms of health consideration, the offender can be placed on any facility in the system. (This is the default selection).

    B. **Regional Medical Facility (RMF)** -- This means that the offender requires secondary (specialty) care, which is not available at all units.

    C. **Extended Care Facility** -- Designated only by Utilization Review.

    D. **Mental Health Care Facility** -- For offenders needing acute inpatient psychiatric care, mentally retarded sheltered care, or treatment in the aggressive mentally ill offender program.

    E. **Barrier-Free Facility** -- This category is intended for wheelchair bound offenders and must be approved by the Clinical Director of PHOP.

    F. **Single Level Facility** -- This category is for offenders who are physically unable to climb stairs and are therefore unable to access approved programs on a multi-level unit. This category is approved by the Clinical Director of PHOP.

    G. **Suitable for Trustee Camp Assignment** -- Answer this question based on the offender's ability to live in housing removed from the main facility.

    H. **Suitable for SAIP facility** -- Offenders must be able to participate in strenuous physical activity and not require chronic medical attention.

II. **Housing Assignments** - Information to complete these categories should be obtained from the physical exam, doctor's orders, and/or the Individualized Treatment Plan.

    A. **Basic Housing**

        1. **No restrictions** -- This means that from a health standpoint, the offender can be assigned to any available housing.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

150



**ATTACHMENT A**
**POLICY #A-08.4**
Page 2

    2. **Single Cell Only** -- The following types of offenders <u>must</u> be single celled:

        a.   physically handicapped offenders as recommended by their Individualized Treatment Plan;

        b.   offenders at MROP facilities as recommended by their ITP;

        c.   mental health patients at the recommendation of the treating psychiatrist or psychiatric mid-level practitioner.

    3. **Double Cell Only** -- For certain categories of mental health patients, single celling is contraindicated. For example, individuals who are potentially suicidal or who are extremely withdrawn or depressed or those who have a loss of contact with reality should not be isolated in a single cell.

    4. **Special Housing** -- (Housing with patient with like medical condition). See Infection Control Manual. This designation must be entered on all patients who meet the criteria contained in the Infection Control Manual. This is not a housing type (cell block vs. dorm) instruction to classification. This notifies unit classification that if for security reasons an offender must be housed on a cell block and he/she meets specific classification guidelines, that a suitable housing partner must be located by communicating with Health Services.

    5. **Cell Block Only** -- For offenders who are psychiatrically inappropriate for dormitory housing.

B. **Bunk Assignment**

    1. **No Restrictions** -- This means the offender can be assigned either the upper or lower bunk.

    2. **Lower Only** -- This category should be used for anyone whose medical condition makes it difficult to climb into an upper bunk. Examples include small stature, anyone who is feeble or infirm due to age or a condition such as arthritis, amputation, paraplegia, epilepsy, sensory disturbances, obesity, enuresis, significant back pathology (e.g. grade 2 or > spondylolisthesis, symptomatic post surgical pain, etc.), significant CV or Respiratory Disease, etc. (This restriction impacts heavily on facility operations and should be used judiciously).

C. **Row Assignments**

    1. **No Restrictions** -- This means the offender can be placed on any row.

    2. **Ground Floor Only** -- This category should be used for individuals whose medical or mental health condition makes it difficult (or contraindicated) for them to climb stairs or live on a higher row. Examples include offenders whose condition requires a wheel chair, walker, or two crutches; bilateral lower extremity prostheses; severe lower extremity instability without prescription brace; severe CHF and/or CAD with moderate to severe angina; and/or severe COPD (requires respiratory therapy consultation).

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED





ATTACHMENT A
POLICY #A-08.4
Page 3

### III. Work Assignment/Restrictions

A. These categories are intended to reflect restrictions of six days or longer.

B. Indicate all of the following work restrictions that apply:

1. **Medically Unassigned** -- This means the offender should not be given a regular work assignment due to a medical condition. (Offender may attend school).

2. **Psychiatrically Unassigned** -- This means the offender should not be given a regular work assignment due to mental illness. (Offender may attend school).

3. **Sedentary Work Only** -- Assign to work that is limited to a seating position and that does not require strenuous activity.

4. **Four Hour Work Restriction** -- May be assigned to any job commensurate with HSM-18 work restrictions for four hours only. The offender may be then assigned to sedentary work for the remainder of the shift.

5. **Four Hour Limited Work Restriction** -- May be assigned to any job commensurate with HSM-18 work restrictions for four hours daily only.

6. **Excuse From School** -- May not attend regular schooling due to medical or mental health conditions.

7. **Limited Standing** -- Assign to work where offender may elevate lower extremities for 10 minutes each hour. If stricter limitations are necessary, consider "Sedentary Work Only".

8. **No Walking > ___ yards --** Indicate general distances (50, 100, 1000, etc.) which an offender should not exceed on the job due to physical limitations. This number should not be less than the distance required to sustain activities of daily living (distance to chow hall, shower, medical department.)

9. **No Lifting > __ lbs. --** Indicate the number of pounds the offender can safely lift in light of an existing physical impairment.

10. **No Bending at Waist** -- Assign to work not requiring repetitive or frequent bending at waist. This applies to individuals with severe obesity, back problems, vertigo, etc.

11. **No Squatting** -- Assign to work not requiring repetitive or frequent bending of the knees. This applies to individuals with arthritis, internal derangements of the knee, etc.

12. **No Climbing** -- Assign to work not requiring the use of stairs, ladders, step stools, scaffolding, or steep inclines. This applies to individuals with unstable cardiovascular or pulmonary disease, joint problems, seizure disorders, etc.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ATTACHMENT A
POLICY #A-08.4
Page 4

13. **Limited Sitting** -- Assign to work where prolonged sitting is not required.  This applies to individuals with hemorrhoidal disease, fractured coccyx, etc.

14. **No Reaching Over Shoulders** -- This applies to individuals with upper extremity functional restrictions, dislocations, etc.

15. **No Food Service** -- This applies to individuals with diseases that could be transmitted via food products.  Consult the office of Preventive Medicine as needed.

16. **No Repetitive Use of Hands** -- Restrict from work requiring grasping, typing, pulling, etc.  This applies to individuals with multiple digit amputations, joint problems, carpal tunnel syndrome, etc.

17. **No Walking on Wet, Uneven Surfaces** -- Restrict from work on slippery, sticky, or uneven surfaces.

18. **Do Not Assign to Medical** --This applies to individuals who could be compromised by working around medically contaminated matter.

19. **No Work in Direct Sunlight** -- This applies to individuals with vitiligo, photophobia, or who are taking medications that predispose them to sunlight reactions.

20. **No Temperature Extremes** -- This applies to individuals with a history of heat stroke, Renaud's Phenomenon, medication sensitivities, etc.

21. **No Humidity Extremes** -- Restrict from work requiring exposure to very dry or very moist air.  This applies to individuals with asthma.

22. **No Exposure to Environmental Pollutants** -- Restrict from work in areas of high concentration of pollen or dust.  This applies to individuals with susceptible allergic rhinitis or reactive airway disease.  This restriction is to be used based solely on individual symptomatology and is not intended for all asthmatics.

23. **No Work With Chemicals or Irritants** -- Restrict from work exposure to identified irritants such as poison ivy, detergents and irritating fumes, smoke or chemicals.  (Water is considered an irritant if prolonged exposure produces extreme skin reaction or disease.)

24. **No Work Requiring Safety Boots.**

25. **No Work Around Machines With Moving Parts** -- This applies to individuals with seizure disorder or any condition (disease or pharmaceutically induced) which could impair alertness.

26. **No Work Exposure to Loud Noises** -- This applies to individuals who require strict hearing conservation measures, individuals with anxiety disorders, etc.

27. **No Work Requiring Complex Instructions** -- This applies to intellectually impaired offenders.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



ATTACHMENT A
POLICY #A-08.4
Page 5

**IV. Disciplinary Process:**

    A. **No restrictions** -- This means that no special consideration needs to be made for health reasons prior to a disciplinary action being taken.

    B. Consult representative of mental health department before taking disciplinary action -- This category should be checked for diagnosed psychiatric patients, mentally retarded offenders and for individuals with certain psychological problems such as suicidal offenders at the discretion of the mental health team.

**V. Individualized Treatment Plan** - This is the classification committee process which identifies areas of treatment, schooling, vocational training and job plan best suited to the individual rehabilitative effort. This treatment plan can be greatly impacted for offenders with significant physical or mental limitations (e.g., mobility, endurance, environmental or cognitive impairments).

    A. No Restriction -- having no medical or mental health conditions requiring planning input.

    B. Medical Representative Required -- due to significant medical restrictions, input is required.

    C. Mental Health Representative Required -- due to significant mental illness, input is required.

**VI. Transportation Restrictions**

    A. No Restriction -- In terms of physical limitations, the offender may be transported routinely.

    B. EMS Ambulance -- This applies to offenders with chronic medical/physical conditions that require skilled medical attendants during transport. This does not apply to acute conditions requiring urgent/emergent transportation.

    C. Wheelchair Van -- This applies to offenders who are wheelchair confined and can sit up unattended during routine transfers.

    D. Van (Southern Region Only) -- This applies to the established van transportation system in the Southern Region for enfeebled offenders in the southern region who by doctor's order require expeditious transfers between the sending facility and Hospital/Galveston for scheduled specialty clinic appointments.

Reviewed 1/99

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**TEXAS DEPARTMENT**

**OF**

**CRIMINAL JUSTICE**

<u>NUMBER:</u> AD-10.64 (rev. 4)

<u>DATE:</u> July 11, 2003

<u>PAGE:</u> 1 of 10

<u>SUPERSEDES:</u> AD-10.64 (rev. 3)
August 3, 1999

# ADMINISTRATIVE DIRECTIVE

<u>SUBJECT:</u> **TEMPERATURE EXTREMES IN THE TDCJ WORK PLACE**

<u>AUTHORITY:</u> Section 493.006, Texas Government Code

Reference: American Correctional Association (ACA) Standards: 4-4153 and 4-4337

<u>APPLICABILITY:</u> Texas Department of Criminal Justice (TDCJ or Agency)

<u>POLICY:</u>

The purpose of this policy is to establish TDCJ guidelines to assist the unit/facility administration in adapting offender <u>work</u> assignments to temperatures in the work environment that cannot be controlled by the Agency. Guidelines for outside recreation are found in the *Recreation Manual*.

Every reasonable effort shall be made to prevent extreme temperature-related injuries in the workplace. As the TDCJ continues to expand and locate units/facilities throughout the State of Texas, it is apparent the decision of whether to expose offenders to extreme temperature (cold/heat) must be made by the on-site staff.

TDCJ offenders are, at times, required to work in conditions of extreme cold or extreme heat. Frequently, situations may occur that require the work be done regardless of the temperature or weather conditions. Problems of heat stress are more common than those presented by a very cold environment. Procedures and charts are provided to assist unit/facility officials in determining safe working conditions in both high and low temperature extremes. Offenders must be exposed gradually to extreme heat and cold weather conditions. Individuals should be exposed to no more than three (3) to four (4) hours at a time, until acclimated to existing weather conditions. Work periods may then be extended as the individual's physical adjustment occurs. Appropriate clothing must be worn to protect individuals from extreme hot/cold weather conditions at all times.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

160

## PROCEDURES:

Prior to exposing offenders to extreme temperature conditions (cold/heat), the Warden and involved Department Heads will ensure that appropriate measures are instituted which shall prevent cold/heat injury. The Warden and involved Department Heads are encouraged to consult medical staff to ascertain specific hazards. In all cases of temperature-related incidents or injuries, medical personnel must be notified immediately and upon arrival on the scene, the medical personnel shall take control of the situation. The injured individual should be removed from the existing environment by the most expeditious means available to receive proper medical treatment.

I.     Extreme Cold Conditions

    A.     Determination

        1.     The Warden shall use the Wind-Chill Index guidelines (Attachment A) and the local news/weather media for determining the safety of cold weather working conditions.

        2.     Clothing considered appropriate for offenders working in cold weather is thermal underwear, insulated jackets, cotton gloves, insulated hoods, leather gloves, and heavy work shoes and socks. Insulated hoods and leather gloves are generally reserved for offenders assigned to outside work assignments or to non-heated work areas on units/facilities located north of a line formed by Interstate 20 (I-20). Offenders working south of a line formed by I-20, who are required to work outdoors or in non-heated areas during cold conditions, shall also be provided insulated hoods, and leather gloves. The Wind-Chill Index (Attachment A) should be used to determine the need for insulated hoods, and leather gloves south of I-20. Appropriate clothing should be issued even when the index indicates little danger of exposure injury.

        3.     If guidance is needed, the medical department should be contacted to determine appropriate clothing and footwear to prevent cold injury, prior to exposing offenders to cold conditions.

        4.     Care should be taken to prevent perspiration which could soak clothing and thus compromise the insulating value of clothing.

        5.     Layers of clothing should be removed or added according to the effective temperature and the level of physical activity.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

AD-10.64 (rev. 4)
Page 3 of 10

B.      Symptoms

   1.      Hypothermia is a condition where the body loses heat faster than it can produce it.  With the onset of this condition, blood vessels in the skin constrict (tighten) in an attempt to conserve vital internal body heat, thus affecting the hands and feet first.

   2.      If one's body continues to lose heat, involuntary shivers begin.  This reaction is the body's way to produce more heat and is usually the first real warning sign of hypothermia.

   3.      Further heat loss produces speech difficulty, forgetfulness, loss of manual dexterity, collapse, and finally death.

C.      Emergency Treatment

   1.      Bring the injured individual out of the cold and remove wet clothing.

   2.      Wrap the injured individual in warm blankets or clothing.

   3.      If frostbite exists, gently heat the affected area with warm water or warm towels.  Do not rub the affected area, use heating pads, or hot water bottles.

   4.      The medical staff shall continue the treatment upon arrival at the site or when the patient is delivered to their control.

   5.      Apply the "ABC" of life support (open Airway, assist Breathing, and restore Circulation), if necessary.

   6.      If local cold injury is sustained, field personnel should administer the following First Aid procedures immediately.

      a.      Restrict individual from further duties or activities until severity is evaluated.

      b.      Remove all constricting items of clothing and footgear from injured areas.

      c.      Remove wet clothing and insulate individual with dry clothing and blankets, making sure the injured area is covered.

      d.      Do not rupture blisters.

      e.      Encourage consumption of warm, sweetened liquids.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

f.   If a lower extremity is affected, treat as a stretcher patient by slightly elevating the affected lower extremity.

g.   If evacuation from cold requires travel on foot, do not thaw the affected area until the individual reaches medical help.

h.   Transport the individual to definitive medical care as soon as possible.

7.   Types of Hypothermia

Hypothermics are divided into the following three (3) categories, depending on the degree of injury.

a.   First category

Injured individuals are conscious, but cold, with rectal temperature above 90 degrees Fahrenheit.  They should be handled carefully, insulated, and transported to definitive medical care.

b.   Second category

Injured individuals are unconscious and with a rectal temperature of 90 degrees Fahrenheit or below.  They should be handled carefully and insulated from further heat loss.  If available, provide ventilatory assistance with oxygen and administer intravenous fluid.  Then, transport to definitive medical care.

c.   Third category

Injured individuals are those who are comatose with no palpable pulse and no visible respiration.  Although they appear to be dead, the injured individual may have a slight chance of recovery if the rectal temperature is 60.8 degrees Fahrenheit (16 degrees Centigrade) or higher.  If possible, medical personnel should proceed as follows:

(1)   Apply positive pressure ventilation with oxygen.

(2)   Judge the possibility of administering cardiopulmonary resuscitation (CPR).  The decision of whether to administer CPR is probably more situational than medical, yet administration is controversial.  Respiratory effort is lost long before cardiac function; yet, successful resuscitations

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

after an estimated three (3) hours of no heart beat have been reported. The number of successful resuscitations is growing rapidly with better understanding of physiology and more management experience. Consider the following before initiating CPR:

(a)     The difficulty in verifying, in the field, that the heart has stopped;

(b)     The compromise of rescuers to administer procedure during evacuation;

(c)     The ability to continue CPR during rescue;

(d)     The likelihood that chest compression shall fibrillate or stop the slow-beating, sensitive heart; and

(e)     The unlikelihood of continuing circulation by compressing a cold, stiff chest and heart muscle.

(3)     Insulate injured individual and transport to definitive medical care.

II.     Extreme Heat Conditions

A.      Determination

1.      The Warden shall use the Heat and Humidity Matrix (Attachment B) to determine the heat index which is a factor in determining safe hot weather working conditions.

2.      Guidelines to assist the Warden in making the determination can be found in the Heat and Humidity Matrix and by contacting the local news media to confirm specific temperature conditions

3.      When the temperature is over 85 degrees Fahrenheit, the Warden shall determine whether or not the work environment is safe by referring to the Heat and Humidity Matrix (Attachment B). At any point when the heat and humidity index indicates the possibility of heat exhaustion or heatstroke, the Warden will direct that the precautionary measures identified in the Heat and Humidity Matrix (Attachment B) be initiated immediately.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

4.    If the combination of temperature and humidity indicates that at least heat exhaustion is possible, precautionary measures must be implemented as stated in the Heat and Humidity Matrix (Attachment B).

5.    If guidance is needed, the Warden is encouraged to consult medical sources to evaluate the hazards of the effective temperatures, and the hazard of sunburn and other results of ultraviolet radiation, prior to exposing offenders to extremely hot working conditions.

6.    Offenders shall be provided and required to use clothing appropriate to the effective temperatures and the hazards imposed by ultraviolet radiation (usually light-weight, long-sleeved shirts can be used to an advantage in high heat and direct sunlight).  Light hats are also recommended.

7.    Drinking water shall always be available to offenders in conditions of hot weather.  Sodium-containing liquids may be used, according to individual medical advice, depending on a offender's state of acclimatization to hot weather working conditions.

8.    Newly assigned offenders, who may not be acclimated to the heat, should be evaluated medically prior to being subjected to significant heat stress, and should be closely monitored by supervisors for early evidence of heat intolerance.

9.    High water intake, according to the Heat and Humidity Matrix (Attachment B), should be enforced.

10.   Offenders under treatment with diuretics or drugs which inhibit sweating require special medical evaluation prior to assignment to work in extreme heat.

B.    Symptoms

1.    Heat Stroke symptoms are as follows:

a.    Perspiring (sweating) is diminished or absent;

b.    The skin is hot, dry, and flushed; and

c.    Increased body temperatures, which if uncontrolled may lead to delirium, convulsions, and even death. Medical care is urgently needed.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2.      Heat Cramps symptoms include the following:

        a.     Painful, intermittent spasms of the voluntary muscles following hard physical work in a hot environment; and

        b.     Cramps usually occur after heavy perspiring, and often begin at the end of a work shift.

3.      Heat Exhaustion symptoms are as follows:

        a.     Profuse perspiring, weakness, rapid pulse, dizziness, nausea, and headaches;

        b.     The skin is cool and sometimes pale and clammy with perspiration;

        c.     Body temperature is normal or subnormal; and

        d.     Nausea, vomiting, and unconsciousness may occur.

C.    Emergency Treatment

1.      In all cases of temperature-related incidents or injuries, the First Aid process is to be initiated immediately by either security personnel or by other unit/facility staff.

2.      The on-site personnel must immediately begin an attempt to decrease the offender's temperature by placing the offender in a cool area.

3.      Only force oral fluid intake if the offender is conscious and able to safely swallow.

4.      Remove heavy clothing or excess layers of clothing; saturate remaining lightweight clothing with water. Position victim in the shade with air movement past the victim; fan victim if necessary to create air movement.

5.      If ice is available, put ice packs in armpit and groin areas.

6.      All of these measures are to be taken while moving the offender in the most expeditious means available to continue with and obtain proper medical treatment.

7.      Whenever medical staff are on-site, treatment is to continue as directed by the physician or medical staff.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

166

8.    In all cases of temperature related incidents or injuries, medical staff and the unit/facility Risk Management Coordinator shall be notified immediately.

III.  Training

A.    Each Warden must ensure that training in the prevention of temperature extreme injury is provided by the unit/facility Medical Department to all supervisory personnel who manage offenders.

B.    Documentation of completed training by name and social security number shall be maintained by the Manager of Health Services/Facility Health Administrator. A copy of all training rosters shall be provided to the unit/facility Risk Management Coordinator and Human Resources representative (staff training). Additionally, all staff training will be documented on the In-Service Training Record (TNG-99)

C.    A standardized training program shall be developed by the TDCJ Department of Preventive Medicine in conjunction with the UTMB Department of Education and Professional Development.

1.    The initial extreme temperature conditions training is provided in the Pre-Service and In-Service Training sessions.

2.    The training is given in a group setting.

3.    All units/facilities are responsible for conducting an annual refresher standardized training program utilizing unit/facility-based medical staff.

4.    Requests for selected unit/facility training must be addressed to the TDCJ Director of Preventive Medicine.

Ed Owens
Deputy Executive Director

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# WIND-CHILL INDEX

| Wind Speed in MPH | ACTUAL THERMOMETER READING (F) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 40 | 30 | 20 | 10 | 0 | -10 | -20 | -30 | -40 |
| | EQUIVALENT TEMPERATURE (F) | | | | | | | | | |
| CALM | 50 | 40 | 30 | 20 | 10 | 0 | -10 | -20 | -30 | -40 |
| 5 | 48 | 37 | 27 | 16 | 6 | -5 | -15 | -26 | -36 | -47 |
| 10 | 40 | 28 | 16 | 4 | -9 | -21 | -33 | -46 | -58 | -70 |
| 15 | 36 | 22 | 9 | -5 | -18 | -36 | -45 | -58 | -72 | -85 |
| 20 | 32 | 18 | 4 | -10 | -25 | -39 | -53 | -67 | -82 | -96 |
| 25 | 30 | 16 | 0 | -15 | -29 | -44 | -59 | -74 | -88 | -104 |
| 30 | 28 | 13 | -2 | -18 | -33 | -48 | -63 | -79 | -94 | -109 |
| 35 | 27 | 11 | -4 | -20 | -35 | -49 | -67 | -82 | -98 | -113 |
| 40 | 26 | 10 | -6 | -21 | -37 | -53 | -69 | -85 | -100 | -116 |
| Over 40 MPH (little added effect) | LITTLE DANGER (for properly clothed person) | | | INCREASING DANGER | | | GREAT DANGER | | | |
| | | | | (Danger from freezing or exposed flesh) | | | | | | |

The human body senses "cold" as a result of both the air temperature and wind velocity. Cooling of exposed flesh increases rapidly as the wind velocity goes up. Frostbite can occur at relatively mild temperatures if wind penetrates the body insulation. For example, when the actual air temperature of the wind is 40 degrees Fahrenheit (4.4 degrees Celsius) and its velocity is 30 mph (48 km/h), the exposed skin would perceive this situation as an equivalent still air temperature of 13 degrees (-11 degrees Celsius).

Clothing considered appropriate and currently available in the inventory is thermal underwear, insulated coats, cotton gloves, insulated hoods, and the heavy work shoes with socks. Again, caution must be taken when exposure for longer periods of time occurs.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# HEAT and HUMIDITY MATRIX

| Relative Humidity | AIR TEMPERATURE (Degrees Fahrenheit) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 |
| | Apparent Temperature | | | | | | | | | | |
| 0% | 64 | 69 | 73 | 78 | 83 | 87 | *91 | *95 | *99 | *103 | +107 |
| 10% | 65 | 70 | 75 | 80 | 85 | *90 | *95 | *100 | +105 | +111 | +116 |
| 20% | 66 | 72 | 77 | 82 | 87 | *93 | *99 | +105 | +112 | +120 | $130 |
| 30% | 67 | 73 | 78 | 84 | *90 | *96 | *104 | +113 | +123 | $135 | $148 |
| 40% | 68 | 74 | 79 | 86 | *93 | *101 | +110 | +123 | $137 | $151 | |
| 50% | 69 | 75 | 81 | 88 | *96 | +107 | +120 | $135 | $150 | | |
| 60% | 70 | 76 | 82 | *90 | *100 | +114 | $132 | $149 | | | |
| 70% | 70 | 77 | 85 | *93 | +106 | +124 | $144 | | | | |
| 80% | 71 | 78 | 86 | *97 | +113 | $136 | | | | | |
| 90% | 71 | 79 | 88 | *102 | +122 | | | | | | |
| 100% | 72 | 80 | *91 | +108 | | | | | | | |

$ - Heatstroke imminent
+ - Heatstroke possible
* - Heat exhaustion possible

Heat exhaustion:    Staff to ensure adequacy of water intake, look for signs of exhaustion. Five (5) minute rest breaks every hour.

Heatstroke possible:    Staff to promote high water intake, five (5) minute rest break every one-half (1/2) hour-lay down, feet up. Reduce work by one-third (1/3).

Heatstroke imminent:    Secure outside work or reduce work pace by one-half (1/2) to two-thirds (2/3). Ten (10) minute break every one-half (1/2) hour-lay down, feet up. Insist on excessive water intake.

Heat and Humidity:    At high temperatures, the human body normally cools itself through the evaporation of perspiration. But humidity interferes with this process. The table above, from the National Weather Service, shows how discomfort and health risks grow as heat and humidity increase. Remember: Apparent temperatures may run 15 to 30 degrees higher in urban areas with their vast expanses of concrete and asphalt.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



MEDICATION PASS                          06/27/2004

TDC NO.: 01172218              NAME: ROBERTSON,RICKY L
UNIT:   RL          HOUSING LOCATION: DORM J-2          BED: 009

DRUG                    PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
LITHIUM CARBONATE 300MG CAP FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 3 CAPSULES 2 TIMES EVERY DAY FOR 30 DAYS.
CHLORPROMAZINE 100MG TABLET FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.
BENZTROPINE MES 2MG TABLET FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.
AMANTADINE 100MG CAPS  #   FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 CAPSULE 2 TIMES EVERY DAY FOR 30 DAYS.

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

MEDICATION PASS                                    07/07/2004

VEC NO.: 01172212                    NAME: ROBERTSON, RICKY L
UNIT:    34                          HOUSING LOCATION: DORM B2B              BED: 203

DRUG              PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
LITHIUM CARBONATE 300MG CAP FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 3 CAPSULES 2 TIMES EVERY DAY FOR 30 DAYS.
CHLORPROMAZINE 100MG TABLET FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.
BENZTROPINE MES 2MG TABLET  FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.
AMANTADINE 100MG CAPS   #   FAUST,HARRY L   06/25/04 07/24/04  0 11  06/19/05
    TAKE 1 CAPSULE 2 TIMES EVERY DAY FOR 30 DAYS.
NORTRIPTYLINE 75MG CAPSULE  YU,KARL D       06/30/04 07/29/04  0 11  06/24/05
    1 CAP QPM X 30 D FOR DEPRESSION
CHLORPROMAZINE 50MG TAB #   YU,KARL D       07/07/04 08/05/04  0 11  07/01/05
    1 TAB BID  TAKE W/ 100 MG BID--TTL DOSE 150MG BID

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum/ Robertson-272

```
MM       MM  DDDDDDDDD   PPPPPPPPPP   HH      HH  RRRRRRRRRR   PPPPPPPPPP   6666666666   8888888888
MMM     MMM  DDDDDDDDDD  PPPPPPPPPPP  HH      HH  RRRRRRRRRRR  PPPPPPPPPPP  6666666666   888888888888
MMMM   MMMM  DD     DD   PP       PP  HH      HH  RR       RR  PP       PP  66      66   88       88
MM MM MM MM  DD     DD   PP       PP  HH      HH  RR       RR  PP       PP  66           88       88
MM  MMM  MM  DD     DD   PP       PP  HH      HH  RR       RR  PP       PP  66           88       88
MM       MM  DD     DD   PPPPPPPPPPP  HHHHHHHHHHH  RRRRRRRRRR   PPPPPPPPPPP  6666666666   88888888
MM       MM  DD     DD   PPPPPPPPPP   HHHHHHHHHHH  RRRRRRRRRR   PPPPPPPPPP   6666666666   88888888
MM       MM  DD     DD   PP           HH      HH  RR     RR    PP           66      66   88       88
MM       MM  DD     DD   PP           HH      HH  RR      RR   PP           66      66   88       88
MM       MM  DDDDDDDDDD  PP           HH      HH  RR      RR   PP           6666666666   888888888888
MM       MM  DDDDDDDDD   PP           HH      HH  RR       RR  PP           6666666666   8888888888
```

```
JJJJJJJJJJ  000000000000  BBBBBBBBBBB   00000000   9999999999   555555555555   444    6666666666
JJJJJJJJJJ  000000000000  BBBBBBBBBBBB  0000000000  99999999999  555555555555   4444   666666666666
       JJ   00        00  BB        BB  00      00  99        99 55            44 44   66       66
       JJ   00        00  BB        BB  00      00  99        99 55            44 44   66
       JJ   00        00  BB        BB  00      00  99        99 55            44 44   66
       JJ   00        00  BBBBBBBBBB    00  00  00  99999999999  555555555     44444444444  6666666666
       JJ   00        00  BBBBBBBBBBB   00  00  00  99999999999  555555555     44444444444  66       66
       JJ   00        00  BB        BB  00 00   00          99           55          44   66       66
JJ     JJ   00        00  BB        BB  0000    00          99           55          44   66       66
JJ     JJ   00        00  BB        BB  000     00          99           55          44   66       66
JJJJJJJJ    000000000000  BBBBBBBBBBBB  0000000000  99999999999  555555555555        44   666666666666
JJJJJJ      000000000000  BBBBBBBBBBB    00000000   9999999999   555555555555        44   6666666666
```

```
**START*****START*****START*****START*****START*****START*****START*****START***
*                                                                               *
* JOBID:          JOB09546                                                       *
* JOB NAME:       MDPHRP68                                                       *
* USERID:         OPCAPPL                                                        *
* SYSOUT CLASS:   V                                                             *
* OUTPUT GROUP:   2        .00001.00001                                          *
* TITLE:                                                                         *
*                                                                               *
* DESTINATION:    LOCAL                                                          *
* NAME:           DELLA TALLENT                                                  *
* ROOM:                                                                          *
* BUILDING:                                                                      *
* DEPARTMENT:                                                                    *
* ADDRESS:                                                                       *
*                                                                               *
*                                                                               *
*                                                                               *
* PRINT TIME:     07:08:44 AM                                                    *
* PRINT DATE:     01 FEB 2005                                                    *
* PRINTER:        PRT8                                                           *
* SYSTEM ID:      OSP1                                                           *
*                                                                               *
*                                                                               *
**START*****START*****START*****START*****START*****START*****START*****START***
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



```
REPORT NO. PH0413      T. D. C. J.  -  I N S T I T U T I O N A L  D I V I S I O N      01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: PSYLLIUM POWDER PACKETS

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 05/19/2004   RX TIME: 12:47:54   ROUTE: ORAL

START DATE: 05/20/2004   EXPIRE DATE: 06/02/2004

DOSAGE: TAKE 1 PK ORAL POWDER 1 TIME EVERY DAY FOR 14 DAYS-KOP.

     DATE       TIME     TERM    TECHNICIAN
```

```
REPORT NO. PH0413      T. D. C. J.  -  I N S T I T U T I O N A L  D I V I S I O N      01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: LITHIUM CARBONATE 300MG CAP

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 05/21/2004   RX TIME: 18:02:07   ROUTE: ORAL

START DATE: 05/21/2004   EXPIRE DATE: 06/19/2004

DOSAGE: TAKE 3 CAPSULES 2 TIMES EVERY DAY FOR 30 DAYS.

     DATE       TIME     TERM    TECHNICIAN
 A 06/01/2004  06:33:33  RLM4
 A 06/01/2004  18:56:56  RLM4
 A 06/02/2004  06:50:50  RLM4
 A 06/02/2004  19:10:10  RLM4
 A 06/03/2004  06:46:46  RLM4
 A 06/03/2004  19:06:06  RLM4
 A 06/04/2004  06:56:56  RLM4
 A 06/04/2004  19:27:27  RLM4
 A 06/05/2004  10:28:28  RLM4
 A 06/05/2004  17:09:09  RLM4
 A 06/06/2004  10:14:14  RLM4
 A 06/06/2004  17:08:08  RLM4
 A 06/06/2004  17:09:09  RLM4
 A 06/07/2004  06:43:43  RLM4
 A 06/07/2004  19:02:02  RLM4
 A 06/08/2004  06:39:39  RLM4
 A 06/08/2004  19:09:09  RLM4
 A 06/09/2004  07:08:08  RLM4
 A 06/09/2004  19:57:57  RLM4
 A 06/10/2004  06:39:39  RLM4
 A 06/10/2004  20:23:23  RLM4
 A 06/11/2004  10:33:33  RLM4
 A 06/11/2004  17:32:32  RLM4
 A 06/12/2004  10:52:52  RLM4
 A 06/12/2004  17:07:07  RLM4
 A 06/13/2004  10:21:21  RLM4
 A 06/13/2004  17:07:07  RLM4
 A 06/14/2004  06:33:33  RLM4
 A 06/14/2004  18:56:56  RLM4
 A 06/15/2004  06:47:47  RLM4
 A 06/15/2004  18:51:51  RLM4
 A 06/16/2004  06:50:50  RLM4
 A 06/16/2004  19:00:00  RLM4
 A 06/17/2004  06:59:59  RLM4
 A 06/17/2004  20:55:55  RLM4
 A 06/18/2004  06:42:42  RLM4
 A 06/18/2004  18:55:55  RLM4
 A 06/19/2004  10:10:10  RLM4
 A 06/19/2004  16:53:53  RLM4
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



REPORT NO. PH0413      T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N      01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: CHLORPROMAZINE 100MG TABLET

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 05/21/2004  RX TIME: 18:02:53  ROUTE: ORAL

START DATE: 05/21/2004  EXPIRE DATE: 06/19/2004

DOSAGE: TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.

| | DATE | TIME | TERM | TECHNICIAN |
|---|---|---|---|---|
| A | 06/01/2004 | 06:55:33 | RLM4 | |
| A | 06/01/2004 | 18:56:56 | RLM4 | |
| A | 06/02/2004 | 06:50:50 | RLM4 | |
| A | 06/02/2004 | 19:10:10 | RLM4 | |
| A | 06/03/2004 | 06:46:46 | RLM4 | |
| A | 06/03/2004 | 19:06:06 | RLM4 | |
| A | 06/04/2004 | 06:56:56 | RLM4 | |
| A | 06/04/2004 | 19:27:27 | RLM4 | |
| A | 06/05/2004 | 10:28:28 | RLM4 | |
| A | 06/05/2004 | 17:09:09 | RLM4 | |
| A | 06/06/2004 | 10:14:14 | RLM4 | |
| A | 06/06/2004 | 17:08:08 | RLM4 | |
| A | 06/07/2004 | 17:09:09 | RLM4 | |
| A | 06/07/2004 | 06:43:43 | RLM4 | |
| R | 06/07/2004 | 19:02:02 | RLM4 | |
| R | 06/08/2004 | 06:59:59 | RLM4 | |
| A | 06/08/2004 | 19:09:09 | RLM4 | |
| A | 06/09/2004 | 07:08:08 | RLM4 | |
| A | 06/09/2004 | 19:57:57 | RLM4 | |
| A | 06/10/2004 | 06:39:39 | RLM4 | |
| A | 06/10/2004 | 20:23:23 | RLM4 | |
| A | 06/11/2004 | 10:53:33 | RLM4 | |
| A | 06/11/2004 | 17:52:32 | RLM4 | |
| A | 06/12/2004 | 10:52:52 | RLM4 | |
| R | 06/12/2004 | 17:07:07 | RLM4 | |
| R | 06/13/2004 | 10:21:21 | RLM4 | |
| A | 06/13/2004 | 17:07:07 | RLM4 | |
| A | 06/14/2004 | 06:53:33 | RLM4 | |
| A | 06/14/2004 | 18:56:56 | RLM4 | |
| A | 06/15/2004 | 06:47:47 | RLM4 | |
| A | 06/15/2004 | 18:51:51 | RLM4 | |
| A | 06/16/2004 | 06:50:50 | RLM4 | |
| A | 06/16/2004 | 19:00:00 | RLM4 | |
| A | 06/17/2004 | 06:59:59 | RLM4 | |
| A | 06/17/2004 | 20:55:55 | RLM4 | |
| A | 06/18/2004 | 06:42:42 | RLM4 | |
| A | 06/18/2004 | 18:55:55 | RLM4 | |
| A | 06/19/2004 | 10:10:10 | RLM4 | |
| A | 06/19/2004 | 16:53:53 | RLM4 | |

REPORT NO. PH0413      T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N      01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: LITHIUM CARBONATE 300MG CAP

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/15/2004  RX TIME: 25:00:00  ROUTE: ORAL

START DATE: 06/20/2004  EXPIRE DATE: 06/25/2004

DOSAGE: TAKE 3 CAPSULES 2 TIMES EVERY DAY FOR 30 DAYS.

| | DATE | TIME | TERM | TECHNICIAN |
|---|---|---|---|---|
| R | 06/20/2004 | 10:08:08 | RLM4 | |
| R | 06/20/2004 | 16:59:59 | RLM4 | |
| A | 06/21/2004 | 06:44:44 | RLM4 | |
| A | 06/21/2004 | 18:42:42 | RLM4 | |
| A | 06/22/2004 | 06:40:40 | RLM4 | |
| A | 06/22/2004 | 20:56:56 | RLM4 | |
| A | 06/23/2004 | 07:19:19 | RLM4 | |
| A | 06/23/2004 | 19:02:02 | RLM4 | |
| A | 06/24/2004 | 06:36:36 | RLM4 | |
| A | 06/24/2004 | 19:06:06 | RLM4 | |
| A | 06/25/2004 | 06:56:36 | RLM4 | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

REPORT NO. PH0413     T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N     01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: CHLORPROMAZINE 100MG TABLET

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/15/2004   RX TIME: 23:00:01   ROUTE: ORAL

START DATE: 06/20/2004   EXPIRE DATE: 06/25/2004

DOSAGE: TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.

| DATE | TIME | TERM | TECHNICIAN |
|------|------|------|------------|
| A 06/20/2004 | 10:08:08 | RLM4 | |
| A 06/20/2004 | 16:59:59 | RLM4 | |
| A 06/21/2004 | 06:44:44 | RLM4 | |
| A 06/21/2004 | 18:42:42 | RLM4 | |
| A 06/22/2004 | 06:40:40 | RLM4 | |
| A 06/22/2004 | 20:56:56 | RLM4 | |
| A 06/23/2004 | 07:19:19 | RLM4 | |
| A 06/23/2004 | 19:02:02 | RLM4 | |
| A 06/24/2004 | 06:36:36 | RLM4 | |
| A 06/24/2004 | 19:06:06 | RLM4 | |
| A 06/25/2004 | 06:36:36 | RLM4 | |

REPORT NO. PH0413     T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N     01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: LITHIUM CARBONATE 300MG CAP

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/25/2004   RX TIME: 10:29:54   ROUTE: ORAL

START DATE: 06/25/2004   EXPIRE DATE: 07/19/2004

DOSAGE: TAKE 3 CAPSULES 2 TIMES EVERY DAY FOR 30 DAYS.

| DATE | TIME | TERM | TECHNICIAN |
|------|------|------|------------|
| A 06/25/2004 | 18:43:43 | RLM4 | |
| A 06/26/2004 | 10:31:31 | RLM4 | |
| A 06/26/2004 | 18:24:24 | RLM4 | |
| A 06/27/2004 | 10:50:50 | RLM4 | |
| A 06/27/2004 | 17:01:01 | RLM4 | |
| R 06/28/2004 | 08:02:02 | J4MK | |
| R 06/28/2004 | 16:29:29 | J4MK | |
| A 06/29/2004 | 09:33:33 | J4MD | |
| R 06/29/2004 | 16:32:32 | J4MM | |
| A 06/30/2004 | 09:03:03 | J4MB | |
| A 06/30/2004 | 15:06:06 | J4MB | |
| A 07/01/2004 | 07:09:09 | J4MB | |
| A 07/01/2004 | 15:55:55 | J4MB | |
| A 07/02/2004 | 07:35:35 | J4MK | |
| A 07/02/2004 | 17:15:15 | J4MK | |
| A 07/03/2004 | 08:19:19 | J4M1 | |
| A 07/03/2004 | 16:32:32 | J4N1 | |
| A 07/04/2004 | 08:10:10 | J4MB | |
| A 07/04/2004 | 16:05:05 | J4MK | |
| A 07/05/2004 | 07:47:47 | J4MB | |
| A 07/05/2004 | 16:57:57 | J4MB | |
| A 07/06/2004 | 06:58:58 | J4MB | |
| A 07/06/2004 | 16:48:48 | J4MB | |
| A 07/07/2004 | 07:45:45 | J4MB | |
| A 07/07/2004 | 16:45:45 | J4MB | |
| A 07/08/2004 | 08:10:10 | J4MB | |
| A 07/08/2004 | 18:01:01 | J4MB | |
| A 07/09/2004 | 07:21:21 | J4MB | |
| A 07/09/2004 | 16:47:47 | J4MB | |
| A 07/10/2004 | 06:51:51 | J4MB | |
| A 07/10/2004 | 16:59:59 | J4MB | |
| A 07/11/2004 | 07:05:05 | J4MB | |
| A 07/11/2004 | 17:15:15 | J4M1 | |
| A 07/12/2004 | 06:40:40 | J4MB | |
| A 07/12/2004 | 17:04:04 | J4MB | |
| A 07/13/2004 | 09:06:06 | J4MB | |
| A 07/13/2004 | 15:50:50 | J4MB | |
| A 07/14/2004 | 07:15:15 | J4MB | |
| A 07/14/2004 | 17:21:21 | J4M7 | |
| A 07/15/2004 | 11:10:10 | DAMA | |
| A 07/15/2004 | 16:46:46 | DAMA | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED





```
REPORT NO. PH0413        T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N        01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: CHLORPROMAZINE 100MG TABLET

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/25/2004   RX TIME: 10:30:09   ROUTE: ORAL

START DATE: 06/25/2004   EXPIRE DATE: 07/19/2004

DOSAGE: TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.

      DATE        TIME      TERM    TECHNICIAN

  A 06/25/2004  18:43:43   RLM4
  A 06/26/2004  10:31:31   RLM4
  A 06/26/2004  18:24:24   RLM4
  A 06/27/2004  10:58:58   RLM4
  A 06/27/2004  17:01:01   RLM4
  R 06/28/2004  08:02:02   J4MK
  R 06/28/2004  16:29:29   J4MK
  A 06/29/2004  09:33:33   J4MD
  R 06/29/2004  16:52:52   J4MM
  A 06/30/2004  09:03:03   J4MB
  A 06/30/2004  15:06:06   J4MB
  A 07/01/2004  07:09:09   J4MB
  A 07/01/2004  15:55:55   J4MB
  A 07/02/2004  07:55:55   J4MK
  A 07/02/2004  17:15:15   J4MK
  A 07/03/2004  08:19:19   J4M1
  A 07/03/2004  16:32:32   J4M1
  A 07/04/2004  08:10:10   J4MB
  A 07/04/2004  16:05:05   J4MB
  A 07/05/2004  07:47:47   J4MB
  A 07/05/2004  16:57:57   J4MB
  A 07/06/2004  06:58:58   J4MB
  A 07/06/2004  14:48:48   J4MB
  A 07/07/2004  07:45:45   J4MB
  A 07/07/2004  16:45:45   J4MB
  A 07/08/2004  08:10:10   J4MB
  A 07/08/2004  18:01:01   J4MP
  A 07/09/2004  07:21:21   J4MB
  A 07/09/2004  16:47:47   J4MB
  A 07/10/2004  06:51:51   J4MB
  A 07/10/2004  16:39:39   J4MB
  A 07/11/2004  07:05:05   J4MB
  A 07/11/2004  17:15:15   J4MB
  A 07/12/2004  06:40:40   J4MB
  A 07/12/2004  17:04:04   J4MB
  A 07/13/2004  09:06:06   J4MB
  A 07/13/2004  15:50:50   J4MB
  A 07/14/2004  07:15:15   J4MB
  A 07/14/2004  17:21:21   J4M7
  A 07/15/2004  11:10:10   DAMA
  A 07/15/2004  16:46:46   DAMA
```

```
REPORT NO. PH0413        T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N        01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: BENZTROPINE MES 2MG TABLET

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/25/2004   RX TIME: 10:30:27   ROUTE: ORAL

START DATE: 06/25/2004   EXPIRE DATE: 07/19/2004

DOSAGE: TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS.

      DATE        TIME      TERM    TECHNICIAN

  A 06/25/2004  18:43:43   RLM4
  A 06/26/2004  10:31:31   RLM4
  A 06/26/2004  18:24:24   RLM4
  A 06/27/2004  10:58:58   RLM4
  A 06/27/2004  17:01:01   RLM4
  R 06/28/2004  08:02:02   J4MK
  R 06/28/2004  16:29:29   J4MK
  A 06/29/2004  09:33:33   J4MD
  R 06/29/2004  16:52:52   J4MM
  A 06/30/2004  09:03:03   J4MB
  A 06/30/2004  15:06:06   J4MB
  A 07/01/2004  07:09:09   J4MB
  A 07/01/2004  15:55:55   J4MB
  A 07/02/2004  07:55:55   J4MK
  A 07/02/2004  17:15:15   J4MK
  A 07/03/2004  08:19:19   J4M1
  A 07/03/2004  16:32:32   J4M1
  A 07/04/2004  08:10:10   J4MB
  A 07/04/2004  16:05:05   J4MB
  A 07/05/2004  07:47:47   J4MB
  A 07/05/2004  16:57:57   J4MB
  A 07/06/2004  06:58:58   J4MB
  A 07/06/2004  14:48:48   J4MB
  A 07/07/2004  07:45:45   J4MB
  A 07/07/2004  16:45:45   J4MB
  A 07/08/2004  08:10:10   J4MB
  A 07/08/2004  18:01:01   J4MB
  A 07/09/2004  07:21:21   J4MB
  A 07/09/2004  16:47:47   J4MB
  A 07/10/2004  06:51:51   J4MB
  A 07/10/2004  16:39:39   J4MB
  A 07/11/2004  07:05:05   J4MB
  A 07/11/2004  17:15:15   J4M1
  A 07/12/2004  06:40:40   J4MB
  A 07/12/2004  17:04:04   J4MB
  A 07/13/2004  09:06:06   J4MK
  A 07/13/2004  15:50:50   J4MB
  A 07/14/2004  07:15:15   J4MB
  A 07/14/2004  17:21:21   DAMA
  A 07/15/2004  11:10:10   DAMA
  A 07/15/2004  16:46:46   DAMA
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

REPORT NO. PH0413     T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N     01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: AMANTADINE 100MG CAPS #

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/25/2004   RX TIME: 10:34:53   ROUTE: ORAL

START DATE: 06/25/2004   EXPIRE DATE: 07/19/2004

DOSAGE: TAKE 1 CAPSULE 2 TIMES EVERY DAY FOR 30 DAYS.

| | DATE | TIME | TERM | TECHNICIAN |
|---|---|---|---|---|
| A | 06/25/2004 | 18:43:43 | RLM4 |  |
| A | 06/26/2004 | 10:31:31 | RLM4 | |
| A | 06/26/2004 | 18:24:24 | RLM4 | |
| A | 06/27/2004 | 10:58:58 | RLM4 | |
| A | 06/27/2004 | 17:01:01 | RLM4 | |
| A | 06/28/2004 | 08:02:02 | J4MK | |
| R | 06/28/2004 | 16:29:29 | J4MK | |
| A | 06/29/2004 | 09:35:35 | J4MD | |
| R | 06/29/2004 | 16:32:32 | J4MM | |
| A | 06/30/2004 | 09:03:03 | J4MB | |
| A | 06/30/2004 | 15:06:06 | J4MB | |
| A | 07/01/2004 | 07:09:09 | J4MB | |
| A | 07/01/2004 | 15:55:55 | J4MB | |
| A | 07/02/2004 | 07:35:35 | J4MK | |
| A | 07/02/2004 | 17:15:15 | J4MK | |
| A | 07/03/2004 | 08:19:19 | J4M1 | |
| A | 07/03/2004 | 16:32:32 | J4M1 | |
| A | 07/04/2004 | 08:10:10 | J4MB | |
| A | 07/04/2004 | 16:05:05 | J4MK | |
| A | 07/05/2004 | 07:47:47 | J4MB | |
| A | 07/05/2004 | 16:57:57 | J4MB | |
| A | 07/06/2004 | 06:58:58 | J4MB | |
| A | 07/06/2004 | 14:48:48 | J4MB | |
| A | 07/07/2004 | 07:45:45 | J4MB | |
| A | 07/07/2004 | 16:45:45 | J4MD | |
| A | 07/08/2004 | 08:10:10 | J4MB | |
| A | 07/08/2004 | 18:01:01 | J4MP | |
| A | 07/09/2004 | 07:21:21 | J4MB | |
| A | 07/09/2004 | 16:47:47 | J4MB | |
| A | 07/10/2004 | 06:51:51 | J4MB | |
| A | 07/10/2004 | 16:59:59 | J4MB | |
| A | 07/11/2004 | 07:05:05 | J4MB | |
| A | 07/11/2004 | 17:15:15 | J4M1 | |
| A | 07/12/2004 | 06:40:40 | J4MB | |
| A | 07/12/2004 | 17:04:04 | J4MB | |
| A | 07/13/2004 | 09:86:06 | J4MK | |
| A | 07/13/2004 | 15:50:50 | J4MK | |
| A | 07/14/2004 | 07:15:15 | J4MB | |
| A | 07/14/2004 | 17:21:21 | J4M7 | |
| A | 07/15/2004 | 11:10:10 | DAMA | |
| A | 07/15/2004 | 16:46:46 | DAMA | |

REPORT NO. PH0413     T. D. C. J.  -  I N S T I T U T I O N A L   D I V I S I O N     01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: NORTRIPTYLINE 75MG CAPSULE

TDC #: 01172218  NAME: ROBERTSON,RICKY L

RX DATE: 06/30/2004   RX TIME: 11:26:33   ROUTE: ORAL

START DATE: 06/30/2004   EXPIRE DATE: 07/19/2004

DOSAGE: 1 CAP QPM X 30 D FOR DEPRESSION

| | DATE | TIME | TERM | TECHNICIAN |
|---|---|---|---|---|
| A | 06/30/2004 | 15:06:06 | J4MB | |
| A | 07/01/2004 | 15:55:55 | J4MB | |
| A | 07/02/2004 | 17:15:15 | J4MK | |
| A | 07/03/2004 | 16:32:32 | J4M1 | |
| A | 07/04/2004 | 16:05:05 | J4MK | |
| A | 07/05/2004 | 16:57:57 | J4MB | |
| A | 07/06/2004 | 14:48:48 | J4MB | |
| A | 07/07/2004 | 16:46:46 | J4MB | |
| A | 07/08/2004 | 18:01:01 | J4MP | |
| A | 07/09/2004 | 16:47:47 | J4MB | |
| A | 07/10/2004 | 16:59:59 | J4MB | |
| A | 07/11/2004 | 17:15:15 | J4M1 | |
| A | 07/12/2004 | 17:04:04 | J4MB | |
| A | 07/13/2004 | 15:50:50 | J4MK | |
| A | 07/14/2004 | 17:21:21 | J4M7 | |
| A | 07/15/2004 | 16:46:46 | DAMA | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

REPORT NO. PH0413   T. D. C. J. - I N S T I T U T I O N A L   D I V I S I O N   01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: NORTRIPTYLINE 50MG CAPSULE

TDC #: 01172218 NAME: ROBERTSON,RICKY L

RX DATE: 06/30/2004   RX TIME: 11:32:21   ROUTE: ORAL

START DATE: 06/30/2004   EXPIRE DATE: 06/30/2004

DOSAGE: 1 CAP QPM X 30 D FOR DEPRESSION

| DATE | TIME | TERM | TECHNICIAN |
|------|------|------|------------|

---

REPORT NO. PH0413   T. D. C. J. - I N S T I T U T I O N A L   D I V I S I O N   01/31/2005

MEDICATION COMPLIANCE FROM 06/01/2004 THRU 07/15/2004

LABEL NAME: CHLORPROMAZINE 50MG TAB #

TDC #: 01172218 NAME: ROBERTSON,RICKY L

RX DATE: 07/07/2004   RX TIME: 14:32:06   ROUTE: ORAL

START DATE: 07/07/2004   EXPIRE DATE: 07/19/2004

DOSAGE: 1 TAB BID--TAKE W/ 100 MG BID--TTL DOSE 150MG BID

| DATE | TIME | TERM | TECHNICIAN |
|------|------|------|------------|
| A 07/07/2004 | 16:45:45 | J4MB | |
| A 07/08/2004 | 08:10:10 | J4MK | |
| A 07/08/2004 | 18:02:02 | J4MP | |
| A 07/09/2004 | 07:22:22 | J4MB | |
| A 07/09/2004 | 16:47:47 | J4MB | |
| A 07/10/2004 | 06:51:51 | J4MB | |
| A 07/10/2004 | 16:39:39 | J4MB | |
| A 07/11/2004 | 07:05:05 | J4MB | |
| A 07/11/2004 | 17:15:15 | J4MI | |
| A 07/12/2004 | 06:40:40 | J4MB | |
| A 07/12/2004 | 17:04:04 | J4MB | |
| A 07/13/2004 | 09:06:06 | J4MB | |
| A 07/13/2004 | 15:50:50 | J4MK | |
| A 07/14/2004 | 07:15:15 | J4MB | |
| A 07/14/2004 | 17:21:21 | J4M7 | |
| A 07/15/2004 | 11:12:12 | DAMA | |
| A 07/15/2004 | 16:48:48 | DAMA | |

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED