

**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _EVEREST C. MBONU_

GIVEN THIS DATE: _01/12/05_ AT _1652_ O'CLOCK ☐ AM ☑ PM

My name is: _EVEREST C. MBONU_

Date of birth: ▮▮▮▮▮▮ I can be contacted at telephone number: ▮▮▮▮▮▮

and at address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On the 15th of July 2004, Offender Robertson Ricky was a transit inmate and was brought to the Line (H Line) during my shift.

When said offender was brought I duly place him in the cell (H-2-03) and their was no sign of any kind of illness and he did not tell me if he had any illness. I duly provided said offender with sheets and mattress and also gave him his food.

During my security check, I was going into H Line 2 row at 21.15hrs when I observed that offender Robertson Ricky was in a state that needed urgent

**Subscribed And Sworn To Before Me By:**

Signature: _EVEREST C. MBONU_
Printed Name

On this the _12th_ day of _January_, _2005_

_____ Notary Public In and For The State of Texas

**OR**

Witness: _____

Signature: _C Eckat_
Police Officer's Signature

Printed Name: _C. Eckat Dny IL #175_
Printed Name, Rank, and ID Number

Page _1_ of _2_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

220

**Office of the Inspector General**

**(Continuation)**

Voluntary Statement of: *medical attention.*

*Action Taken*

I immediately ran down the stair called the hall boss, officer Ifediobi and told him to call the medical and the Sergent for emmergency immediately.

He did call the medical and the Sergent. When they come, the Sergent also arrived with two other officers, officer Knight and officer Gallegos.

I and Sergent Stephen and the two aforementioned officers immediately put said offender on the stretcher and he was moved to the infirmary.

There was no time said offender showed any sign of illness throughout the period of checks.

Subscribed And Sworn To Before Me By:

Signature

EVEREST C. WABONEE.

Printed Name

On this the 12th day of January, 2005

Notary Public In and For The State of Texas

OR

C Eckert

Police Officer's Signature

C Eckert   Lnltt   #175

Printed Name, Rank, and ID Number

Witness: _____

Signature

_____

Printed Name

Page 2 of 2

AC-0147 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

221



Texas ~~Department~~ of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Clifford D. King_

GIVEN THIS DATE: _1-12-2005_ AT _1050_ O'CLOCK ☑ AM ☐ PM

My name is: _Clifford D. King_

Date of birth: ███████ SSN _____ My telephone number is: ( )

I reside at: _____

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On 7-15-04 at Approximately 2135 hrs I Sgt C King was standing by the control Picket when supervisors were called to H-Line. I arrived at H-Line and went to two Row. I looked inside the cell and seen offender Robertson, Rickey #1172218 laying on the bottom bunk with his back against the wall and his feet hanging off the bunk. Offender Robertson look like he was having a seizure. Sgt Stephens, Ofc. Knight, Ofc. Gallegos, and Ofc. MBoner went in the cell and lifted the offender onto the gurney. The offender was escorted to the medical ER and LVN Prater and LVN Barnes began taking vital signs. The medical staff looked through his medical folder and found no history of seizures, or

Subscribed And Sworn To Before Me By: _Clifford D. King_
                                          Signature

                                        _Clifford D. King_
                                          Printed Name

On this the ~~12th~~ day of _January_, 2005 _____

                                    Notary Public In and For The State of Texas

                                          OR

Witness: _____     _C Eckert_
              Signature             Police Officer's Signature

         _____     _C. Eckert, Inv III, #175_
              Printed Name          Printed Name, Rank, and ID Number

Page _1_ of _2_

CC-0356 (11/2002)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Office of the Inspector General**

**(Continuation)**

Voluntary Statement of: diabetes. The offender is on Mental Health medications. LVN Prater used Ammonia tabs and it had no Affect. She then used a needle to test if the offender felt any pain and it had no Affect. Medical staff took the offenders temperature and it was 108 degrees. So they put ice packs on the offender to try and bring down his temperature. Offender Robertson had his pants down to his ankles so LVN Prater did a visual rectal exam. LVN Prater started an IV on the offender and LVN Barnes called the On-call Doctor. The Doctor told LVN Barnes that the offender needed to be Life Flighted. Southern EMS Arrived and they began running vitals signs and started Another IV. Life Flight Arrived and at 2345 hrs Transported the offender to Hospital Galveston. On 7-16-09 at approximately 0030 hrs I went to the cell with Sgt. Wilson and I found that the offender was a single cell offender with no property And what appeared to look like vomit on the top bunk and mattress. I then secured the cell door and taped it with red tape to prevent Any access into the cell. Also there was no type of Medication inside the cell.

Subscribed And Sworn To Before Me By: _____

Clifford D. King
_____
Signature

Clifford D. King
_____
Printed Name

On this the 12th day of January _____

_____
Notary Public In and For The State of Texas

OR

C Eckert
_____
Police Officer's Signature

C Eckert , Inv II . #175
_____
Printed Name, Rank, and ID Number

Witness: _____
Signature

_____
Printed Name

Page  2  of  2

AC-0147 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

23.1



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF  _HAROLD D. HALEY_

GIVEN THIS DATE:  _1-12-05_          AT  _1:45_          O'CLOCK   ☐ AM  ☒ PM

My name is:  _HAROLD D. HALEY_

Date of birth:  ███████        I can be contacted at telephone number: ( )

and at address:

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

BASED ON INFORMATION IN DARRINGTON UNIT COUNTROOM, OFFENDER
ROBERTSON, RICKY #1172218 ARRIVED AT APPROXIMATELY 6:15 AM
OFFENDER WAS HOUSED IN H2-03 CELL. BASED ON MEDICAL RECORDS,
OFFENDER WAS TAKEN TO PILL LINE & RECEIVED MEDICATION AT
APPROXIMATELY 4:30pm. NO NOTED ACTIVITY BETWEEN 4:30pm AND
9:35pm. BASED ON OFFENDER BEING IN TRANSIT STATUS
OFFENDER DID NOT PARTICIPATE IN RECREATION. AT APPROXIMATELY
9:35pm, I RESPONDED TO H-LINE. I REMEMBER OFFENDER
SITTING ON BUNK LEANING BACK AND BREATHING IRREGULARLY.
SGT. STEPHENS SHOOK OFFENDER AND GOT NO RESPONSE. LVN PRATER
TRIED AMMONIA CAPSULES WITH NO RESPONSE. OFFENDER WAS

Subscribed And Sworn To Before Me By:

_H Haley_
Signature

Printed Name

On this the _12th_ day of _January, 2005_

Notary Public In and For The State of Texas

                                                    OR

Witness: _Michael Stephens_                    _C Eckert_
Signature                                            Police Officer's Signature

_Michael Stephens_                              _C Eckert Inv III #175_
Printed Name                                        Printed Name, Rank, and ID Number

Page  _1_  of  _3_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

250

**Office of the Inspector General**

**(Continuation)**

Voluntary Statement of: PLACED ON BACKBOARD AND THEN CARRIED
TO GURNEY AND TRANSPORTED TO UNIT INFIRMARY. WHILE IN
INFIRMARY AMMONIA CAPSULES WERE AGAIN USED WITH NO
RESULTS. LVN PRATER USED A NEEDLE TO CHECK FOR PAIN
STIMULI. I WAS IN & OUT OF THE UNIT INFIRMARY FOR
REMAINDER OF TIME DUE TO NOTIFYING STAFF. I WAS
ADVISED HIS TEMPERATURE WAS NOTED TO BE 108°. I KNOW
MEDICAL PERSONNEL GATHERED ICE BAGS AND COVERED
OFFENDERS BODY. NOTE - WHEN OFFENDER ARRIVED AT
INFIRMARY I HAD NURSE PRATER EXAMINE THE OFFENDERS
RECTAL AREA DUE TO A POSSIBILITY OF SEXUAL
ASSAULT. (WHEN THE OFFENDER WAS FOUND HIS PANTS
WERE DOWN AROUND HIS ANKLES). LVN PRATER COULD FIND
NO SIGNS OF ANY SEXUAL ASSAULT. SOUTHERN REGION EMS
ARRIVED AND ALSO TREATED OFFENDER. THE DIAGNOSIS WAS
HEAT STROKE AT THIS POINT. I CONTINUED TO NOTIFY STAFF.
I WAS ADVISED THAT OFFENDER HAD STOPPED BREATHING
BUT WAS ASSISTED MY MEDICAL PERSONNEL. LIFE FLIGHT WAS
ORDERED. I HAD SECURITY GO TO THE PARKING LOT AND
SECURE A LANDING ZONE. I LEFT THE INFIRMARY

**Subscribed And Sworn To Before Me By:**

_H. HALEY_
Signature

Printed Name

On this the 12th day of January, 2005

Notary Public In and For The State of Texas

**OR**

Witness: _Michael_
Signature

_C. ECKERT_
Police Officer's Signature

_Michael Stephens_
Printed Name

_C ECKERT, Inv. III, #175_
Printed Name, Rank, and ID Number

Page 2 of 3

AC-0147 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

McCollum Robertson-889

**Office of the Inspector General**

**(Continuation)**

Written Statement of: AND RETURNED WHEN THE OFFENDER WAS BEING MOVED TO THE PARKING LOT TO BE LOADED ON LIFE FLIGHT. I WENT TO THE PARKING LOT ALONG WITH MEDICAL STAFF. MEDICAL STAFF LOADED OFFENDER ONTO HELICOPTER AND LEFT.

CELL HAD BEEN SECURED AS CRIME ~~SCREEN~~ SCENE. IT WAS NOTED THAT OFFENDER HAD NO PROPERTY AND NO CELLMATE.

Subscribed And Sworn To Before Me By: _____

Signature

H. HALEY

Printed Name

On this the 12th day of January, 2005

Notary Public In and For The State of Texas

OR

Witness: _____        C. Eckert

Signature                        Police Officer's Signature

Michael Stephens        C. Eckert, Inv III, #175

Printed Name            Printed Name, Rank, and ID Number

Page 3 of 3

CC-0355 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Michael Stephens_

GIVEN THIS DATE: _01-12-05_   AT _12:00_ O'CLOCK   ☐ AM   ☒ PM

My name is: _Michael Stephens_

Date of birth: ███████   I can be contacted at telephone number: (   )

and at address: _____

_I am not under arrest, nor am I being detained by any law enforcement agency.  I understand that I am free to leave at any time I choose.  I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given._

On 07-15-04 and approximately 2135 hrs I was told by the control picket that there was an emergency on H-line. I immediately responded to H-Line. Officer Mbono who was working H-Line called me to H-203 cell where I observed offender Robertson, Ricky #1172218 lying on the bottom bunk with his feet on the floor. The offender was unresponsive and breathing irregulary and also his body was slightly shaking. I immediately called for medical and a gurney but Nurse Barnes had already arrived. I ordered the door to be opened and Officers Gallegos, Knight, Mbono and myself entered the cell. I gently shook the offender

**Subscribed And Sworn To Before Me By:**

_Michael Stephens_ Signature

_Michael Stephens_ Printed Name

On this the _12th_ day of _January, 2005_

Notary Public In and For The State of Texas

OR

Witness: _AV_ Signature

_AV HALE_ Printed Name

_C Eckert_ Police Officer's Signature

_C. Eckert, Inv III, #175_ Printed Name, Rank, and ID Number

Page _1_ of _2_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

250

## Office of the Inspector General
### (Continuation)

Written Statement of: to check for responsiveness but he did not respond. Nurse Barnes then tried to use an ammonia capsule but the offender still did not respond. Let it be noted that the offender was by himself in the cell. Me and the other Officers then carried the inmate out of the cell, placed him on the backboard, carried him downstairs and placed him on the gurney. Nurse Barnes and myself then escorted the offender on the gurney to the infirmary emergency room. I was then relieved by Lt. Haley and Sgt. King.

Subscribed And Sworn To Before Me By: _Michael Stephens_
Signature
_Michael Stephens_
Printed Name

On this the 12th day of _January, 2005_
Notary Public In and For The State of Texas

OR

Witness: _____
Signature
_H. HALEY_
Printed Name

_C. Echat_
Police Officer's Signature
_C. Echat   Dx #175_
Printed Name, Rank, and ID Number

Page 2 of 2

CC-0355 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Micheal Knight JR_

GIVEN THIS DATE: _1-12-05_ AT _1533 hrs_ O'CLOCK ☐ AM ☑ PM

My name is: _Micheal Knight JR_

Date of birth: ▮▮▮▮▮▮▮  I can be contacted at telephone number: ( )

and at address: _____

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.* At 2155 hrs on 7/15/04. I officer Knight responded to a medical emergency call on H 2-03. Upon entering the cell I observed the offender sitting on his bunk at the far end hands at his side pants around his ankles, leaning over on the desk. He also appeared not to be breathing I helped place the offender on the floor. He was unresponsive. The nurse tried an ammonia pack, he was still unresponsive. Sgt Stephens, officer Gallego officer Mbonu and myself placed the offender on a back board and carried him down the stairs and placed him on a gurney. Sgt Stephens escorted the offender along with myself to the infirmary. This ended my participation and I returned to my assigned duties. Furthermore it should be noted the offender was alone in the cell. This is for your information

Subscribed And Sworn To Before Me By: _____

_Signature_

M. Knight JR
_Printed Name_

On this the _12th_ day of _January, 2005_

_Notary Public In and For The State of Texas_

OR

Witness: _____   C Eckert

_Signature_   _Police Officer's Signature_

_____   C. Eckert, Inv III , #175

_Printed Name_   _Printed Name, Rank, and ID Number_

Page _1_ of _1_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF  FIDEL S GALLEGOS

GIVEN THIS DATE:  1-13-05  AT  1145  O'CLOCK ☑AM ☐ PM

My name is:  FIDEL S GALLEGOS

Date of birth: ███████  I can be contacted at telephone number: ( )

and at address:

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

AT APPROXIMATELY 2135 HRS ON 7-15-04 I WAS ADVISED
THAT THERE WAS A MEDICAL EMERGENCY ON H-LINE, I WENT
INTO H-LINE AND WAS TOLD BY THE LINE OFFICER THAT AN
OFFENDER IN H-2-03 CELL WAS POSSIBLY HAVING A SEIZURE. I
LOOKED INTO H-2-03 CELL AND OBSERVED OFFENDER ROBERTSON,
RICKY TDCJ-ID # 1172218 SITTING ON THE BOTTOM BUNK, THE
OFFENDER AT THE TIME WAS THE ONLY PERSON IN H-2-03
CELL. THE OFFENDER WAS SITTING ON HIS BUNK WITH HIS PANTS
AT HIS ANKLES LEANING TOWARDS THE DESK AT THE FRONT
OF HIS BED. OFFENDER ROBERTSON WAS HAVING DIFFICULT
BREATHING AND WAS NON RESPONSIVE. THE CELL DOOR WAS

Subscribed And Sworn To Before Me By:  *Fidel S Galleg*
                                                       Signature
                                          FIDEL S GALLEGOS
                                                       Printed Name

On this the 13th day of January, 2005
                                          Notary Public In and For The State of Texas

*OR*

Witness: _____   C Eckert
                    Signature                        Police Officer's Signature
          _____   C Eckert, Inv III, #175
                    Printed Name                    Printed Name, Rank, and ID Number

Page  1  of  2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Office of the Inspector General

### (Continuation)

Written Statement of: OPENED AND I STEPPED INTO THE CELL TO HELP OFFICERS KNIGHT, MBONU AND SGT. STEPHENS PLACE THE OFFENDER ON THE FLOOR. THE NURSE THEN DID AN ASSESMENT OF THE OFFENDER AND ORDERED US TO TAKE HIM TO THE MEDICAL DEPARTMENT. I HELD THE OFFENDERS RIGHT SHOULDER AND ARM TO PLACE HIM ON A BACK BOARD. I THEN HELD THE RIGHT SIDE TOP HALF OF THE BACK BOARD TO ASSIST THE OTHER OFFICERS CARRY THE OFFENDER DOWN THE STAIRS. HE WAS THEN PLACED ON A GURNEY AND STRAPPED TO THE GURNEY BY THE NURSE. I WAS THEN ORDERED TO RETURN TO MY DUTIES AND LEFT H-LINE. I DID NOT SEE THE OFFENDER TAKEN OFF H-LINE AND TAKEN TO THE MEDICAL DEPARTMENT.

Subscribed And Sworn To Before Me By:   FIDEL S GALLEGOS
                                                        Signature
                                            Fidel S Dallyn
                                                        Printed Name

On this the 13th day of January, 2005
                                        Notary Public In and For The State of Texas

                                OR

Witness: _____   C. Eckt
              Signature                              Police Officer's Signature
         _____   C. Eckt, Invtt #175
              Printed Name                       Printed Name, Rank, and ID Number

Page 2 of 2

CC-0355 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
**OFFICE OF THE INSPECTOR GENERAL**
**INVESTIGATIONS DEPARTMENT**

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _MARY F. PRATER_

GIVEN THIS DATE: _011305_   AT _1920_   O'CLOCK   ☐ AM ☑ PM

My name is: _M. PRATER_

Date of birth: _031450_   I can be contacted at telephone number: (   )

and at address: _____

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

On July 15, 2004 at approx. 9³⁰pm, Ms. Barnes, LVN, called me from down the hallway to assist her in treating offender Ricky L. Robertson # 1172218 who arrived to medical via stretcher.

Upon seeing the pt. for the first time, this author noted immediately his fixed state & rhythmic, & head movements. Vital signs were established first T-108 axillary but would be 1° higher orally - can't remember why we didn't take orally; blood pressure was 98/40, the top number was ok the normal range being 95-140 but the low number, (the heart at rest), was too low - the normal being 60-90 mm Mercury. Offenders' respirations were 32 per minute & the normal being 16-20 breaths per minute. Normal pulse is 60-80 per min, his was 100.

Subscribed And Sworn To Before Me By: _M. Prater_
Signature

_M. PRATER_
Printed Name

On this the _13ᵗʰ_ day of _January_, _2005_
Notary Public In and For The State of Texas

OR

Witness: _____
Signature

_C. Eckert_
Police Officer's Signature

_____
Printed Name

_C. Eckert IANII #175_
Printed Name, Rank, and ID Number

Page _1_ of _3_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Office of the Inspector General**

(Continuation) 2

Voluntary Statement of: M. PRATER

After the vital signs were taken, this nurse told all of the officers in the room to get ice packs. These plastic bags of ice were placed under his neck, chin, both arm pits, groin & under knees as well as on his abdomen & & back. While the officers were gone this nurse started an IV of normal saline at a wide open rate using # 20 GA intracath to the R posterior hand. After the packing & IV, someone called the on call MD. don't remember if it was me or Ms. Barnes - also the Paramedics were called & arrived in approx. 5 minutes. A pulse ox was taken, (measures how much oxygen the body is getting) & the reading was 73% - normal should be in the ↑ 90's to 100%. The Paramedics were here & began bagging the pt. c ambu bag at the same time, orders were received from Ms. Abraham, PA to ship pt. (via ambulance) to nearest ER which would have been Brighton - Danbury. The paramedics tried unsuccessfully to intubate (tube placed down airway passage to facilate breathing c ambu bag), but that proved unsuccessful. This nurse placed pt. in trendelenberg (feet higher than head), in an attempt to help ↑ his blood pressure. Somewhere during all this, a paramedic

Subscribed And Sworn To Before Me By: _M. Prate._____

Signature

M. PRATER
Printed Name

On this the 13th day of January, 2005

Notary Public In and For The State of Texas

OR

Witness: _____

Signature

C Echert
Police Officer's Signature

C. EcKer, Inv III, # 175
Printed Name, Rank, and ID Number

_____
Printed Name

Page 2 of 3

AC-0147 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Office of the Inspector General

### (Continuation) 3

Voluntary Statement of: M. PRATER

called Life Flight. The first IV bag had emptied - how long
it ran, this one cannot remember, but this author hung
another right away ( normal Saline 0.9%) at a wide open rate.
Life Flight arrived immediately - cannot give a time lapse.
The Life Flight team member took pt's rectal temp which was
103.6 - the normal being 99 F. Pt. was then quickly bundled
up ( wrapped in a blanket with ice to groin area & rolled via
stretcher to awaiting helicopter IV still ↑. —

Subscribed And Sworn To Before Me By: _M. Prater_
Signature

_M. PRATER_
Printed Name

On this the 13th day of January, 2005

Notary Public In and For The State of Texas

OR

Witness: _____
Signature

_C Eckert_
Police Officer's Signature

_C Eckert, Inv III, #175_
Printed Name, Rank, and ID Number

_____
Printed Name

Page 3 of 3

AC-0147 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _MIKE DATTALO_

GIVEN THIS DATE: _1/12/05_   AT _11:00_   O'CLOCK  ☑ AM  ☐ PM

My name is: _MIKE DATTALO_

Date of birth: _11/25/52_   I can be contacted at telephone number: ( )

and at address: _____

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

ON JULY 16, 2004 I WAS CALLED OUT TO THE DARRINGTON
UNIT TO TAKE TEMPERATURE READINGS ON H-LINE.
I ARRIVED ON THE UNIT AT APROXIMATELY 2:00 A.M. AND
RETRIEVED THE TEMPERATURE/HYGROMETER FROM THE INFIRMARY.
TEMPERATURES WERE RANDOMALLY TAKEN ON H-CELLBLOCK AS
FOLLOWS, H-326  80°F 95%H   H-314  86°F 95%H.
H-302  83°F 95%H,  H-227  84°F 90%H. H-213  85°F 95%H.
H-203  86°F 95%H  H-126  84°F 85%H  H-115  85°F 82%H
H-102  85°F 83%H.

Subscribed And Sworn To Before Me By: _____
                                              Signature

                                        MIKE DATTALO
                                          Printed Name

On this the _12th_ day of _January, 2005_
                                    Notary Public In and For The State of Texas

                        OR

Witness: _____     _C Eckert_
              Signature                Police Officer's Signature

         _____     _C ECKert, INV II, #175_
              Printed Name            Printed Name, Rank, and ID Number

Page _1_ of _1_

CC-0355 (02/2003)

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



- Neuroleptic
malignant        3:10
    Syndrome -     pm

overdose vs septis

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



T.D.C.J. - INSTITUTIONAL DIVISION
H WING INMATE LOCATOR REPORT
1,834

| NAME | TDC# | HOUSING | R | ST | HT | WT | JOB DESCRIPTION | S | P | U | C |
|------|------|---------|---|----|----|----|-----------------|---|---|---|---|
| YANCY,REGINALD | 00417798 | H-1-02B | 6 | L3 | 5-05 | 148 | UNASGN PENDING ASSIGN | | | | |
| MORRISON,VINCENT DEA | 01203302 | H-1-02T | B | L3 | 5-09 | 156 | UNASGN PENDING ASSIGN | | | | |
| MALVO,CHARLES A | 00674873 | H-1-03B | B | L3 | 5-09 | 231 | UNASGN PENDING ASSIGN | | | | |
| BROWN,ROY EARL | 00776465 | H-1-04T | B | L3 | 5-10 | 302 | UNASGN PENDING ASSIGN | | | | |
| WILLIAMS,ALVESTER CH | 01153966 | H-1-05B | B | L3 | 5-07 | 157 | UNASGN PENDING ASSIGN | | | | |
| HERNANDEZ,AARON GAYT | 01220466 | H-1-061 | H | L3 | 5-10 | 140 | TRANSIENT ENROUTE | | | | ES |
| ORTIZ,MARCOS LOPEZ | 01049113 | H-1-10B | H | S3 | 5-11 | 185 | TRANSIENT PEND TRANSF | | | | |
| LYNCH,CARLTON | 00513502 | H-1-12 | B | L1 | 6-01 | 142 | TRANSIENT PEND TRANSF | | | | |
| BRINKLEY,JAMES EDWAR | 00815044 | H-1-15B | W | L3 | 5-07 | 151 | PRE-HEARING DETENTION | | | | ES |
| DURR,VIRGIL BERNARD | 00477532 | H-1-19B | B | L3 | 6-00 | 179 | TRANSIENT PENDING LID | | | | |
| SCHULTZ,ALTON BAILEY | 01223663 | H-1-20T | W | | 5-06 | 147 | TRANSIENT ENROUTE | | | | |
| GUTIERREZ,ROBERTO | 01147777 | H-1-21 | H | L3 | 5-09 | 139 | TRANSIENT PENDING LID | | | | |
| MALDONADO,JIMMY | 01068229 | H-1-22B | H | L3 | 5-07 | 180 | TRANSIENT PENDING LID | | | | |
| SALINAS,JOHNNY | 01040385 | H-1-23B | H | L3 | 5-04 | 156 | TRANSIENT PEND TRANSF | | | | |
| WARFIELD,MARCUS MARC | 01181583 | H-1-24B | B | L1 | 5-10 | 204 | UNASGN PENDING ASSIGN | | | | |
| YBARRA,ERNESTO | 00563671 | H-1-25B | H | S4 | 5-03 | 125 | TRANSIENT SEG ENROUTE | | | | |
| ARENAS,JERRY | 00619380 | H-1-26T | H | S3 | 5-02 | 187 | TRANSIENT ENROUTE | | | | |
| TREVINO,RODOLFO REYE | 00678886 | H-1-27B | H | S4 | 5-07 | 157 | UNASGN PENDING ASSIGN | | | | JD  6S-7 transient |
| WALLACE,NATHAN WAYNE | 01220338 | H-2-02B | W | | 5-04 | 130 | TRANSIENT ENROUTE | | | | inactive - ds 8-11-04 |
| GUBA,JAMES HARRY | 00745929 | H-2-04B | B | S3 | 5-05 | 266 | TRANSIENT ENROUTE | | | | inactive - ds 7-16-04 |
| VENTURA,GEORGE | 00604131 | H-2-04T | H | S3 | 5-05 | 127 | TRANSIENT ENROUTE | | | | ML  11--AA-48612.10 |
| P Y,RICKY DALE | 00657072 | H-2-05B | B | L2 | 5-06 | 132 | TRANSIENT ENROUTE | | | | inactive - du 7-16-04 |
| K RI,CHRISTOPHER | 01164323 | H-2-05T | W | L5 | 5-05 | 157 | TRANSIENT ENROUTE | | | | |
| ESCOCHEA,RENE | 01067553 | H-2-06B | H | S3 | 5-07 | 154 | TRANSIENT ENROUTE | | | | |
| SEILS,TOM | 00695191 | H-2-06T | W | S3 | 5-10 | 196 | TRANSIENT ENROUTE | | | | |
| LANE,JAMES EARL | 01102352 | H-2-07B | B | S3 | 6-04 | 197 | TRANSIENT ENROUTE | | | | |
| JONES,STEVIE ELBERT | 00713436 | H-2-07T | B | S3 | 6-00 | 236 | TRANSIENT ENROUTE | | | | |
| CHICAS,NELSON | 01000200 | H-2-08B | H | S3 | 5-10 | 168 | TRANSIENT ENROUTE | | | | |
| CLAWSON,JEREMY DAVID | 00879402 | H-2-08T | W | S3 | 5-08 | 166 | TRANSIENT ENROUTE | | | | |
| WELCH,ROBERT WAYNE | 01157498 | H-2-09B | W | S3 | 5-07 | 140 | TRANSIENT ENROUTE | | | | |
| HAN,THAN VUONG | 00880631 | H-2-09T | W | S3 | 5-07 | 140 | TRANSIENT ENROUTE | | | | |
| SAMPSON,CARLOS DEMON | 01186538 | H-2-11B | B | S2 | 6-01 | 166 | TRANSIENT ENROUTE | | | | |
| WILLIAMS,SHAWN | 01196754 | H-2-11T | B | S2 | 6-02 | 193 | TRANSIENT ENROUTE | | | | |
| KECK,JAMES KEVIN | 00664491 | H-2-12B | W | L1 | 6-00 | 215 | TRANSIENT ENROUTE | | | | |
| RAMIREZ,RAUL | 01238322 | H-2-13B | H | | 5-09 | 208 | TRANSIENT ENROUTE | | | | |
| PUEBLA,CARLOS | 01225084 | H-2-13T | H | | 5-09 | 211 | TRANSIENT ENROUTE | | | | |
| WOODS,CHARLES NAPOLE | 00582531 | H-2-14B | B | S3 | 5-08 | 188 | TRANSIENT ENROUTE | | | | |
| FLEMING,JESSE | 01113947 | H-2-14T | W | L1 | 5-10 | 261 | TRANSIENT ENROUTE | | | | |
| FLORES,PORFIRIO | 01134528 | H-2-15B | H | L2 | 5-04 | 150 | TRANSIENT ENROUTE | | | | |
| BDAY,RANDY ELCE | 01118946 | H-2-15T | W | L1 | 5-08 | 120 | TRANSIENT ENROUTE | | | | |
| CANTU,JUAN EUTIMIO J | 00755427 | H-2-16T | H | S3 | 5-09 | 187 | TRANSIENT ENROUTE | | | | |
| HOWELL,MICHAEL BRENT | 01198100 | H-2-17T | W | S3 | 5-10 | 183 | TRANSIENT ENROUTE | | | | |
| RODRIGUEZ,DANIEL RIC | 01223949 | H-2-19B | H | L1 | 6-02 | 222 | TRANSIENT ENROUTE | | | | |
| GARCIA,JOHANY R | 01123641 | H-2-21B | H | L2 | 5-04 | 165 | TRANSIENT PEND TRANSF | | | | |
| RAVE,JORGE ALFONSO | 00837973 | H-2-22 | H | L3 | 5-09 | 175 | TRANSIENT PEND TRANSF | | | | |
| SCHARRINGHAUSEN,JOHN | 01162053 | H-2-24B | H | L3 | 5-11 | 195 | TRANSIENT PENDING LID | | | | |
| BATISTE,RAYMOND | 00513461 | H-2-25 | B | S3 | 5-11 | 147 | UNASGN PENDING ASSIGN | | | | |
| WARD,BERNARD RUSH | 00830861 | H-2-26 | B | L3 | 5-06 | 187 | TRANSIENT PENDING LID | | | | |
| SHAW,TORRIS LEE | 01159154 | H-2-27 | B | L3 | 6-01 | 232 | TRANSIENT PENDING LID | | | | |
| ORELLANA,ALVIN FREDY | 00771638 | H-3-02 | H | S3 | 5-04 | 132 | TRANSIENT PEND TRANSF | | | | |
| GIDDENS,BRETT GLYNN | 01039830 | H-3-03 | W | L3 | 5-10 | 211 | TRANSIENT PEND TRANSF | | | | |
| LENZY,MARQUIS HALE | 00880491 | H-3-04T | B | L3 | 5-07 | 165 | SPECIAL CELL RESTRICT | | | | |
| CRAWFORD,BUCK DOUGLA | 00855637 | H-3-04 | W | L3 | 6-01 | 199 | TRANSIENT PENDING LID | | | | SR |
| SIVS,JOHN | 00736563 | H-3- | H | | | | UNAUTHORIZED PENDING ASSIGN | | | | 30.0 |

Copy of OIG case to Litigation Support on 06.28.2004 by srm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
UNIT: DARRINGTON            T.D.C.J. - INSTITUTIONAL DIVISION              PAGE   2
                            H  WING INMATE LOCATOR REPORT                  07/14/2004
                                     1,854                                 20:34:09

NAME                 TDC#   HOUSING      R ST HT WT    JOB DESCRIPTION          S  P  D  C

LOPEZ,JOE ALEX       00689281 H-3-09     H L3 5-04 176  UNASGN PENDING ASSIGN
SMITH,RODERICK JAMES 00747225 H-3-11     B S3 6-05 190  UNASGN PENDING ASSIGN
SMITH,SAMUEL EARL    00748281 H-3-14     B L1 6-00 160  PRE-HEARING DETENTION
JOHNSON,LEWIS ANTHON 00712730 H-3-16T    B L3 5-06 148  TRANSIENT PENDING LID
ISREAL,KEITHFUS DARR 00835441 H-3-18     B S3 5-08 193  UNASGN PENDING ASSIGN
WALKER,CLARENCE JOSE 00634197 H-3-20     B L3 5-10 184  UNASGN PENDING ASSIGN
FRANK,ALONZO PAUL    00828582 H-3-21B    B L3 5-06 140  TRANSIENT PEND TRANSF
JOSEPH,DEANDRE DWIGH 01051487 H-3-22T    B L2 5-08 160  TRANSIENT PEND TRANSF
CLARK,DERAL E        00453213 H-3-23B    W S3 5-09 182  TRANSIENT PEND TRANSF
RICE,MARCUS DEWAYNE  00860959 H-3-25B    B L1 5-08 216  UNASGN PENDING ASSIGN
MARTINEZ,EARNEST URI 00471558 H-3-27B    H L3 5-09 214  TRANSIENT PEND TRANSF

TOTAL:    65
```

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

03/14/2004 13:50 FAX                                                    ☑001/001



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DEPARTMENT

## SUPPLEMENT CRIMINAL CASE REPORT

| OFFENSE<br>Death in Custody | | CASE #:<br>04-1679 |
|---|---|---|
| LOCATION:<br>UTMB Galvestor | | DATE OF OFFENSE:<br>07-16-2004 |
| VICTIM:<br>ROBERTSON, Ricky, TDCJ#1172218 | | DATE OF SUPPLEMENT REPORT:<br>03-14-2005 |

On March 14, 2004, at the request of OIG Investigator Colleen Eckert, this investigator interviewed Offender Nathan Wallace, TDCJ #1220328, at the Dawson State Jail Facility, Dallas, Texas. The interview referenced that, on July 15, 2004, Offender Wallace was housed H-2-02, while at the Darrington Unit, Rosharon, Texas.

During an interview with Offender Wallace, he denied that he knew Offender Robertson. He stated that he had been housed at the Darrington Unit, several times in the past, however, he never heard anyone complain of illness or injury.

| INVESTIGATING OFFICER(S) | | | |
|---|---|---|---|
| (1) T. Bykowski | 153 | 3-14-2005 | |
| | ID# | DATE | IS FURTHER INVESTIGATIVE ACTION REQUIRED? |
| (2) | | | |
| | ID# | DATE | ____ YES ____ NO |
| APPROVING SUPERVISOR | ID# | DATE | |

CC-0255 (08/2003)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## SUPPLEMENT CRIMINAL CASE REPORT

| OFFENSE | CASE #: |
|---|---|
| Death in Custody | 04-1679 |
| LOCATION: | DATE OF OFFENSE: |
| UTMB Galveston | 7/16/2004 |
| VICTIM: | DATE OF SUPPLEMENT REPORT: |
| Robertson, Ricky TDCJ # 1172218 | 3/14/2005 |

On March 14, 2005, I interviewed Offender Ricky Peavy, TDCJ # 657072, by telephone. Offender Peavy was assigned to the McConnell Unit. Peavy was asked whether he remembered any unusual activity or any offender being sick or requesting medical attention on July 15, 2004, when he was assigned to the Darrington Unit.

Peavy stated that he did not remember anyone having any medical problems or needing any medical assistance. Peavy stated that he was transferred to Darrington occasionally on his way to and from Hospital Galveston. Peavy stated that the only incident that he recalled was one time when a black female officer worked and he heard an unknown offender ask for his medication. Peavy stated that the incident happened a long time ago and he does not remember anything unusual happening. Peavy stated that he did not know Offender Robertson.

| INVESTIGATING OFFICER(S) | | | |
|---|---|---|---|
| (1) C. Eckert | 175 | 3-14-2005 | |
| | ID# | DATE | IS FURTHER INVESTIGATIVE ACTION REQUIRED? |
| (2) | | | |
| | ID# | DATE | ___ YES  ✓ NO |
| APPROVING SUPERVISOR | ID# | DATE | |

CC-0255 (02/2005)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## SUPPLEMENT CRIMINAL CASE REPORT

| OFFENSE | CASE #: |
|---|---|
| Death in Custody | 04-1679 |
| **LOCATION:** | **DATE OF OFFENSE:** |
| UTMB Galveston | 7/16/2004 |
| **VICTIM:** | **DATE OF SUPPLEMENT REPORT:** |
| Robertson, Ricky TDCJ # 1172218 | 3/29/2005 |

On March 29, 2005 I made contact with Nurse Vesta Barnes and advised her of the reason that I needed to speak with her. I told Barnes that I was completing an investigation into the death of Offender Robertson, which occurred the day after he was taken by Life Flight from the Darrington Unit. Nurse Barnes stated that she was familiar with the death, but may not remember all the times and details.

Nurse Barnes told me that she responded to H Line. Nurse Barnes stated that security was in the cell and the cell door was open. Nurse Barnes stated that she entered the cell and observed Robertson with no shirt on and his pants down. Barnes stated that it was a hot night and Robertson was sweaty. Barnes described that Robertson was sweating like a person would in heat, but not sweating profusely. Nurse Barnes stated that Robertson was breathing rhythmically with his mouth open. Nurse Barnes stated that Robertson did not respond to verbal or painful stimuli. Nurse Barnes stated that Robertson eyes were open in a stare and he did not blink. Nurse Barnes stated that Robertson was immediately placed on a stretcher and did no treatment or further assessment at the cell. Nurse Barnes stated that once Robertson was placed on a stretcher he was taken to the infirmary emergency room. Nurse Barnes stated that she took Robertson's temperature auxiliary and his temperature was 108 degrees. Nurse Barnes stated that they began packing Robertson in ice. Nurse Barnes stated that she was in and out of the room calling the doctor, emergency medical services (EMS), and sending messages. Nurse Barnes stated that Nurse Prater stayed in the room with Robertson and then EMS came to assist. Nurse Barnes stated that she did recall that it was a very hot night, but not unusual for the middle of July, and there were only fans in the cellblock area. Nurse Barnes stated that while at the cell she did not notice anything unusual.

| INVESTIGATING OFFICER(S) | | | |
|---|---|---|---|
| (1) C. Echet | 175 | 3-29-2005 | IS FURTHER INVESTIGATIVE ACTION REQUIRED? |
| | ID# | DATE | |
| (2) | | | |
| | ID# | DATE | YES   ✓ NO |
| APPROVING SUPERVISOR | ID# | DATE | |

CC-0256 (02/2005)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

33.0

DA

# E V I D E N C E

Case No. O4-167A Inventory # _____

Type of offense __Death in custody__

Description of evidence __micro cassette tape__
__- interview w/ nurse Vesta Barnes__

Suspect _____
Victim __Robertson, Ricky__ 1172218

Date and time of recovery _____
__3/29/05      9:45am__

Location of recovery __OIG Reg B__
__Headquarters__

Recovered by __C. Eckert__

## CHAIN OF POSSESSION

Received from __C. Eckert__

By __evidence drop__

Date __4-1-05__ Time __5:00__ AM (PM)

Received from _____

By _____

Date_____ Time_____ AM PM

Received from _____

By _____

Date_____ Time_____ AM PM

IA - 34                                              T0664

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

410

*O I A*

04-1679

Patient Account:  30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name: **ROBERTSON, RICKY**
Age:  37 YRS  DOB: 08/21/66  Sex: M     Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date / Time Admitted :   07/16/04  0322
Copies to :   ANTWI MD,STEPHEN          MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

*117 2218*



**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

Autopsy No.:  AU-04-00193

**AUTOPSY INFORMATION:**
Occupation: Inmate   Birthplace: Unknown  Residence: TDCJ, Huntsville,TX
Date/Time of Death: 07-16-04/1505   Date/Time of Autopsy: 07-19-04/1030
Pathologist/Resident: Olano/Nguyen   Service: TDCJ Med Restriction: NONE
ML-04-348

## FINAL AUTOPSY DIAGNOSIS

I.  **Body as whole: History of bipolar disorder status post treatment with
    nortryptyline, lithium, chlorpromazine, benztropin, and amantadine.
    History of severe hyperthermia, acute renal failure, rhabdomyolysis and
    DIC.  Pre-mortem toxicology screen positive for tricyclics
    (by FPIA: 660 ng/ml) and post-mortem toxicology screen positive for
    tricyclics (qualitative).**                                           C1/C2
    A. **Lungs, bilateral: Acute pulmonary congestion, marked (right lung =
       1290 g, left lung = 1200 g) with alveolar hemorrhage.**             A1
    B. **Kidneys: History of acute renal failure.**                        C3
       1. **Kidneys, bilateral: Autolysis, marked (precludes further
          histologic evaluation.**
    C. **Brain, hemispheres: Mild edema.**                                 A3
       1. **Cerebellum, hemispheres: Acute ischemic changes involving
          Purkinje cells.**                                                A3
    D. **Spleen: Acute congestion.**                                       A4
    E. **Heart: Focal subendocardial hemorrhage.**                         A4

II.  **Other findings:**
     A.  **Thyroid: Colloid cyst.**                                        A5
     B.  **Liver: Macrovesicular fatty metamorphosis, focal.**             A5

RECEIVED

OCT 11 2004

COPIED AND SENT

**\*\*\*TYPE:** *Anatomic(A) or Clinical(C) Diagnosis.*
**IMPORTANCE:** *1-immediate cause of death (COD); 2-underlying COD;*
*3-contributory COD; 4-concomitant, significant; 5-incidental* **\*\*\***

Patient Name:   ROBERTSON, RICKY
Patient Location:   JOHN SEALY TOWER 4A
Room/Bed:  J4A - 05
Printed Date / Time:   10/01/04 - 0819

Page: 1

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING PROHIBITED
Continued...

Patient Account:  30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name:  **ROBERTSON, RICKY**
Age:  37 YRS   DOB: 08/21/66 Sex: M    Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date / Time Admitted :   07/16/04  0322
Copies to :    ANTWI MD,STEPHEN                    MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.: AU-04-00193**

**CLINICAL SUMMARY:**
      This clinical summary is based on information provided by the UTMB medical
chart and TDCJ system.

      The decedent was a 39 year-old Caucasian man with history of bipolar disorder,
borderline personality disorder, and substance abuse.  Prior to his death,
these were the medications which he had been taking: lithium 600 mg BID,
chloropromazine 100 mg BID, benztropin 2 mg BID, amantadine 100 mg BID, and
nortryptyline 75 mg QPM.  On 7/15/04 at 22:10, the patient was found
unresponsive in his cell at TDCJ with hyperthermia (108 F), hypotension
(98/40mmHg), and hypoxemia (O2Sat 73%).  The patient was intubated and
transferred to UTMB emergency department. At our hospital, he developed
hypotension with mean arterial pressure 20-30mmHg which was treated with
dopamine and epinephrine.  The toxicology study indicated a level of TCA of
600 NG/ML.  Additional lab tests revealed the following results: (1) acute
renal insufficiency (Creatinine: 2.38 MG/DL); (2) disseminated intravascular
coagulopathy (PLT=83000 CMM, fibrinogen= 82 MG/DL, PT=19.8 sec, PTT=50sec);
(3) rhabdomyolysis (creatine kinase 7748 U/L, CK-MB= 63.7 ng/ml); (4) lactic
acidosis (pH=7.25, lactic acid = 5.2 MMOL/L); and (5) myocardial damage
(troponin= 16.01 ng/ml).

      The patient was admitted to MICU for altered mental status, hypotension, and
respiratory failure.  His family was informed about the poor prognosis and
agreed with the "do not resuscitate" decision as well as withholding all
medical intervention.  The patient expired at 15:05 on 7/16/04 (14 hours after
symptoms first occurred).

TN /DRB
07/20/04

Patient Name:  *ROBERTSON, RICKY*
Patient Location:  *JOHN SEALY TOWER 4A*
Room/Bed:   *J4A - 05*
Printed Date / Time:   *10/01/04 - 0819*        Page: 2

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR FORWARDING PROHIBITED

Patient Account: 30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name: **ROBERTSON, RICKY**
Age: 37 YRS  DOB: 08/21/66 Sex: M   Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date/Time Admitted: 07/16/04  0322
Copies to:  ANTWI MD,STEPHEN                MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**


**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

**Autopsy No.:  AU-04-00193**

### GROSS DESCRIPTION:

EXTERNAL EXAMINATION:  The body is that of a thirty-nine year old, well nourished, well developed, Caucasian male measuring 193 cm in length. There is rigor mortis present in the knees and elbows, and there is fixed dependent lividity on the posterior surfaces.  The head is normocephalic with abundant long, black scalp hair, a beard and a mustache. The irides are black with equal pupils measuring 4 mm in diameter. The conjunctiva is transparent and the sclera is without lesions. The nares are patent with no exudate. Dentition is moderate in quality.  Buccal membranes are normal with no lesions.  The neck does not reveal any evidence of external trauma. The trachea is midline. Palpation of the neck reveals no lymphadenopathy or thyromegaly. There is normal male hair distribution with sparse hair over the lower extremities. The chest does not have increased anterior-posterior diameter.  The abdomen is flat.  Lymph node enlargement is not present in the supraclavicular, axillary or inguinal regions. The back and extremities are unremarkable. The genitalia are those of a normal circumcised male.

The following medical intervention devices are identified: Nasogastric tube; two triple-lumen venous catheters are found at bilateral groins; two venous catheters are found at bilateral dorsal hands. A "RLP" inscription tattoo is found at right deltoid area. A 1.2 cm longitudinal ulcer is found at the mid-line of the neck and inferior to the thyroid cartilage.

INTERNAL EXAMINATION:  The body is opened using a standard Y - shaped incision, and reveals a 3.8 cm thick panniculus, and the thoracic and abdominal organs in the normal anatomic positions with no adhesions. The left and right pleural cavities contain 5 ml of clear yellow fluid. There are no pleural adhesions. The pericardial sac contains 5 ml of clear, yellow fluid. There are no rib fractures. The thymus is not identified. No thromboemboli are found within the large pulmonary arteries. The abdominal cavity contains 20 ml of yellow, clear fluid. There are no adhesions between loops of bowel.

CARDIOVASCULAR SYSTEM:  Heart:  The heart weighs 435 gm (normal 270-360 gm) and has a normal shape.  The pericardium is smooth, glistening and purple-red.  Fresh sections stained with triphenyl tetrazolium chloride (TTC) show no lesions. The myocardium is homogenous red-brown.  The endocardium is purple-red and smooth. The left ventricular wall is 1.4 cm thick (normal 1.0-1.8 cm) at the junction of the posterior papillary muscle and free wall, and the right ventricle is 0.4 cm thick (normal 0.25-0.3 cm), 2.0 cm below the pulmonic valve annulus, anteriorly. The valve leaflets and cusps are white, delicate and membranous. Valve circumferences measured on the fresh heart are: tricuspid valve 11.5 cm (normal 12-13 cm), pulmonic valve 7.6 cm (normal 8.5-9.0 cm), mitral valve 10.6 cm (normal 10.5-11.0 cm), and aortic valve 8.8 cm (normal 7.7-8.0 cm). The foramen ovale is closed.

Blood vessels:  The coronary circulation is right dominant. The coronary

Patient Name:  ROBERTSON, RICKY
Patient Location:  JOHN SEALY TOWER 4A
Room/Bed:  J4A - 05
Printed Date/Time:  10/01/04 - 0819
Page: 3

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Continued....

Patient Account:  30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name:  **ROBERTSON, RICKY**
Age:   37 YRS   DOB: 08/21/66  Sex: M        Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date/Time Admitted:   07/16/04   0322
Copies to:     ANTWI MD,STEPHEN                    MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**


**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

Autopsy No.:  AU-04-00193

## GROSS DESCRIPTION:

arteries reveal mild atherosclerotic plaques with up to 40% stenosis of the left anterior descending coronary artery. There is no evidence of hemorrhage or rupture within the plaques. The aorta exhibits no atherosclerotic changes. The celiac, superior and inferior mesenteric, renal and iliac arteries are normal. The superior and inferior vena cavae and their branches are normal in configuration without external compression, and are distended with blood.

RESPIRATORY SYSTEM:  Larynx and trachea:  The laryngeal mucosa is pink and glistening, and the vocal cords are unremarkable.  The tracheal mucosa is pink and unremarkable.

Lungs, bilateral: The right lung weighs 1290 gm, and the left lung weighs 1200 gm (normal R-435 gm; L-385 gm). The pleural surfaces are purple-red and glistening. Lividity is dorsal. The right lung is inflated with formalin before sectioning.  Hilar dissection reveals the bronchial and vascular trees to be of normal configuration, and without lesions.  The hilar nodes are unremarkable. The lung parenchyma is black-red and congested.

GASTROINTESTINAL TRACT: Esophagus:  The esophageal mucosa is autolyzed.  The esophagus is firmly anchored to the diaphragm.

   Tongue:  The tongue is removed, and shows a finely granular surface with no coating.

   Stomach and duodenum:  The stomach contains 30 ml of chyme which is black and starchy.  The wall displays normal rugae, and the mucosa is autolyzed with no lesions.  The duodenum has a tan, glistening mucosa with a normal plical pattern without lesions.  The duodenal mucosa is autolyzed.

   Pancreas:  The pancreas has a normal conformation of the head and tail. It is lobulated and soft.  The pancreatic duct is patent.

   Biliary tract:  The gallbladder is present.  The gallbladder serosa is gray-green and glistening. The gallbladder contains 20 ml of dark green viscous bile and no stones.  The mucosa is dark green, glistening and velvety. The wall measures up to 1.5 mm in thickness, and is unremarkable. The cystic duct, hepatic duct, and common duct are patent, and bile is expressed freely.

   Liver:  The liver weighs 1600 gm (normal 1400-1900 gm).  Glisson's capsule is transparent. The cut surface has a homogenous lobular pattern, cuts with ease and oozes blood.  The surface is yellow consistent with steatosis.

   Small bowel:  The serosa is smooth with no adhesions.  The bowel is not dilated.  The bowel wall measures 0.3 cm thick.  The mucosa is tan and

Patient Name:  *ROBERTSON, RICKY*
Patient Location: *JOHN SEALY TOWER 4A*
Room/Bed:   *J4A - 05*
Printed Date/Time:   *10/01/04 - 0819*
Page:  *4*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Account:  30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name:  **ROBERTSON, RICKY**
Age:  37 YRS   DOB: 08/21/66 Sex: M      Race: C
Admitting Dr: BEARY MD,WILLIAM M
Attending Dr: TDCJ MED
Date / Time Admitted :  07/16/04  0322
Copies to :     ANTWI MD,STEPHEN                MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**


**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-04-00193**

### GROSS DESCRIPTION:

glistening with normal plications.  The bowel wall reveals no gross lesions.

Large bowel:  The serosa is smooth with no adhesions.  The lumen contains well formed feces. The bowel wall measures 0.15 cm in thickness.  The mucosa is tan and glistening with no lesions.  There are no diverticula or polyps present.  The appendix is present, and is grossly normal.

Rectum and anus:  No lesions are noted, and no abnormalities of the anal opening are present.

RETICULO-ENDOTHELIAL SYSTEM:  Spleen: The spleen weighs 380 gm (normal 125-195 gm), and the capsule is gray-blue, translucent, and smooth, without capsular fibrosis.  The parenchyma is purple-red and autolyzed with adequate white pulp.  Granulomas are not present.

Lymph nodes: Lymph nodes in the mediastinum, abdomen, and retroperitoneum are unremarkable.

GENITO-URINARY SYSTEM:  Kidneys:  The right kidney weighs 220 gm, and the left 200 gm (normal 125-170 gm).  The capsules strip with ease to reveal brown-yellow cortical surfaces.  The cut surfaces show well demarcated cortico-medullary junctions. The cortex is 0.5 cm in thickness; the medulla is 1.2 cm in thickness. The renal pelvic mucosa is white, dull and has no lesions.  Perihilar adipose tissue is increased. The renal cortex appears to bulge out of the capsule.

Ureters:  The ureters are unobstructed, and measure 0.4 cm in maximal external diameter in the middle third, with a tan, smooth glistening mucosa.  No periureteral fibrosis is noted.  The distal ureters are probe-patent into the bladder.  The ureteral wall is 0.1 cm in thickness.

Bladder: The bladder is not dilated or contracted, and contains 10 ml of yellow urine. The bladder wall is 0.3 cm in thickness. The mucosa is white,pink, and the bladder wall is unremarkable. The trigone has a normal conformation.

Prostate:  The prostate is granular and and tan-gray. The cut surface reveals normal glandular architecture.  The seminal vesicles are unremarkable.

Testes:  The right testis weighs 28.7 gm, and the left 30.4 gm (normal 20-25 gm).  The tunica albuginea is tan-white and glistening.  The cut surface reveals a soft, tan-yellow parenchyma with tubules which string with ease.

ENDOCRINE SYSTEM: Thyroid:  The thyroid weighs 46.5 gm (normal 10-22 gm), and is red-brown, bosselated and glistening.  The cut surface is homogeneous,

*Patient Name:* ~~ROBERTSON, RICKY~~
*Patient Location:* *JOHN SEALY TOWER 4A*
*Room/Bed:* *J4A - 05*
*Printed Date / Time:* *10/01/04 - 0819*

*Page:* 5

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Continued...

*Patient Account:* 30001068-644
*Med. Rec. No.:* (0000)708320Q
*Patient Name:* **ROBERTSON, RICKY**
*Age:* 37 YRS   *DOB:* 08/21/66 *Sex:* M      *Race:* C
*Admitting Dr.:* BEARY MD,WILLIAM M
*Attending Dr.:* TDCJ MED
*Date / Time Admitted :*   07/16/04   0322
*Copies to :*     ANTWI MD,STEPHEN              MOVVA MBBS,SUNIL

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-04-00193**

### GROSS DESCRIPTION:
translucent, red-brown.

Adrenals:  The right adrenal weighs 12.4 gm, and the left 13.1 gm (normal
5-6 gm).  The adrenals have a normal conformation and position.  Cut surface
reveals 1.5 cm thick firm golden yellow-brown cortices, with gray soft
medullae.

BRAIN AND SPINAL CORD: Reflection of the scalp reveals no hemorrhage. The
calvaria and base of the skull show no fracture. The dura mater is normal. The
brain weighs 1680 gm (normal 1200-1400 gm). The gyri and sulci display mild
edema. The circle of Willis, basilar, and vertebral arteries show no
atherosclerosis. No indentation or herniation of the cingulate gyri, unci or
molding of the cerebellar tonsils are noted. The brain is fixed in formalin
for later examination by a neuropathologist (see neuropathology report).

SPINAL CORD:  The spinal cord is removed, and gross examination reveals no
lesions. The spinal cord is fixed in formalin for later examination by a
neuropathologist (see neuropathology report).

PITUITARY GLAND:  The pituitary gland is removed, and is fixed in formalin for
subsequent examination by a neuropathologist.

Blood and vitreous samples were retained. Samples of liver, kidney, heart,
lung, and spleen were frozen for potential further examination. Samples of
blood were submitted for toxicological analysis.

TN /DRB
07/20/04

*Patient Name:*  ROBERTSON, RICKY
*Patient Location:*  JOHN SEALY TOWER 4A
*Room/Bed:*   J4A - 05
*Printed Date / Time:*   10/01/04 - 0819              *Page:*  6

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Continued.....

McCollum Robertson 4-332

Patient Account: 30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name: **ROBERTSON, RICKY**
Age: 37 YRS   DOB: 08/21/66 Sex: M      Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date / Time Admitted: 07/16/04  0322
Copies to:      ANTWI MD,STEPHEN                    MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## FINAL AUTOPSY REPORT
### Autopsy Office (409)772-2858

**Autopsy No.:  AU-04-00193**

### MICROSCOPIC DESCRIPTION:

Testis, slide 3, right, slide 4, left, (2 H&E): No pathological changes

Bladder, slide 12, (1 H&E): Mucosal autolysis. Submucosa and muscularis propria appear normal.

Kidneys, slide 13, right; slide 14, left, (1 H&E): Marked autolysis of renal tubules. Glomeruli and blood vessels appear normal. Interstitium appears normal.

Prostate, slide 6, (1 H&E): Glandular autolysis. Stroma appears normal.

Heart, slide 4, left ventricle; slide 5, interventricular septum; slide 8, right ventricle, (2 H&E): Focal subendocardial hemorrhage and focal interstitial fibrosis (slide 4).

Left anterior descending coronary artery, slide 8, (1 H&E): Atherosclerotic plaque.

Lungs, slide 10, right; slide 11, left, (2 H&E): Acute pulmonary congestion and acute alveolar hemorrhage.

Gastrointestinal system, slide 7, esophagus; slide 7, stomach, slide 15, small and large intestines, (2 H&E): Autolysis

Liver, slide 9, (1 H&E): Macrovesicular fatty metamorphosis.

Pancreas, slide 12, (1 H&E): Autolysis

Adrenals, slide 1, left; slide 3, right, (2 H&E): No pathological changes

Thyroid, slide 2, (1 H&E): Small colloid cyst with no evidence of inflammation, fibrosis or calcification. Rest of the gland appears normal. There is no evidence of inflammation or hyperplasia.

Spleen, slide 2, (1 H&E): Ocassional neutrophils in the red pulp. White pulp is within normal limits.

Bone, vertebral body, slide 16, (1 H&E): No pathological changes

SUMMARY OF POST-MORTEM LABORATORY DATA

1. Toxicology screen, blood: Positive for nortryptyline.

Patient Name:   ROBERTSON, RICKY
Patient Location: JOHN SEALY TOWER 4A
Room/Bed:   J4A - 05
Printed Date / Time:   10/01/04 - 0819
Page:  7

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR REUSING PROHIBITED

McCollum v Robertson 2663

Patient Account: 30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name: **ROBERTSON, RICKY**
Age: 37 YRS   DOB: 08/21/66   Sex: M          Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date/Time Admitted: 07/16/04   0322
Copies to: ANTWI MD,STEPHEN

MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

Autopsy No.: **AU-04-00193**

**MICROSCOPIC DESCRIPTION:**

TN /DRB
08/20/04

---

Patient Name: *ROBERTSON, RICKY*
Patient Location: *JOHN SEALY TOWER 4A*
Room/Bed:  *J4A - 05*
Printed Date/Time: *10/01/04 - 0819*

Copy of OIG case to Litigation Support on 06.26.2013 by SGM
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Continued....

Page: 8

McCollum MR pg 4-864

Patient Account: 30001068-644
Med. Rec. No.: (0000)708320Q
Patient Name: **ROBERTSON, RICKY**
Age: 37 YRS  DOB: 08/21/66 Sex: M    Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date / Time Admitted: : 07/16/04  0322
Copies to :    ANTWI MD,STEPHEN                     MOVVA MBBS,SUNIL

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## NEUROPATHOLOGY CONSULTATION
### Neuropath Office (409)772-2881

ML-04-348                                    **Autopsy No.: AU-04-00193**

**CLINICAL HISTORY:**
The decedent was a thirty-nine year-old Caucasian man with history of bipolar
disorder, borderline personality disorder, and substance abuse.  Prior to his
death, these were the medications that he had been taking: lithium 600 mg
BID, chloropromazine 100 mg BID, benztropin 2 mg BID, amantadine 100 mg BID,
and nortryptyline 75 mg QPM.  On 7/15/04 at 22:10, he was found
unresponsive in his cell at TDCJ with hyperthermia (108F), hypotension
(98/40mmHg), and hypoxemia (O2Sat 73%).  The patient was intubated and
transferred to UTMB emergency department. At our hospital, he developed
hypotension with mean arterial pressure 20-30mmHg which was treated with
dopamine and epinephrine.  The toxicology study indicated TCA 600 NG/ML.
Additional lab test indicate the following results: (1) acute renal
insufficiency (creatinine 2.38 MG/DL); (2) disseminated intravascular
coagulopathy (PLT=83000 CMM, fibrinogen= 82 MG/DL, PT=19.8 sec, PTT=50sec);
(3) rhabdomyolysis (creatinine kinase 7748 U/L, CK-MB= 63.7 ng/ml); (4) lactic
acidosis (pH=7.25, lactic acid = 5.2 MMOL/L); and (5) myocardial damage
(troponin= 16.01 ng/ml).

The patient was admitted to MICU for altered mental status, hypotension, and
respiratory failure.  His family was informed about the poor prognosis and
agreed with the "do not resuscitate" decision as well as withholding all
medical intervention.  The patient expired at 15:05 on 7/16/04 (14 hours after
symptoms first occurred).  The main findings at the autopsy include bilateral
pulmonary edema, hepatic steatosis, mild edema of the brain, probable acute
tubular necrosis of the kidneys, and subendothelial hemorrhage of the heart.
The main cause of dead is cardiac arrest secondary to tricyclic antidepressant
overdose.  The manner of death is natural.

Pathologist/Resident: Olano/Nguyen


**GROSS DESCRIPTION:**
Submitted for neuropathologic examination are brain, convrxity dura, spinal
cord with spinal dura (15 cm segment) not including conus medullaris/filum
terminale, and pituitary gland.

The dura is grossly unremarkable. There is no evidence of significant jaundice
staining. There is no evidence of masses or calcifications/ossifications.
There is no evidence of thrombosis of the superior sagittal sinus.

The weight of the unfixed brain at the time of autopsy is 1680 gm. External
examination reveals no evidence of arachnoid hemorrhage, exudate, focal
softening, discoloration, sulcal widening, swelling or herniation. The
leptomeninges are thin and transparent. The major cerebral arteries have no
significant atherosclerosis. The circle of Willis has a normal symmetric
pattern, and no aneurysms or other malformations are identified.

Patient Name:
Patient Location:
Room/Bed:
Printed Date / Time: ROBERTSON, RICKY
JOHN SEALY TOWER #4 Age:
J4A - 05

Copy of OIG case to Litigation Support on 06.26.2013by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Patient Account:*  30001068-644
*Med. Rec. No.:*  (0000)708320Q
*Patient Name:*  **ROBERTSON, RICKY**
*Age:*  37 YRS  *DOB:* 08/21/66 *Sex:* M   *Race:* C
*Admitting Dr.:* BEARY MD,WILLIAM M
*Attending Dr.:* TDCJ MED
*Date / Time Admitted:*  07/16/04  0322
*Copies to:*   ANTWI MD,STEPHEN

MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## NEUROPATHOLOGY CONSULTATION
**Neuropath Office (409)772-2881**

**Autopsy No.:  AU-04-00193**

### GROSS DESCRIPTION:

The hemispheres are sliced coronally, revealing normal anatomic development, normal size ventricles and normally thick cortical ribbon with distinct gray-white junction. No gross lesions are identified in the hemispheres. The brainstem and cerebellum are sliced transversely, revealing normal anatomic development, normal pigmentation of substantia nigra and locus ceruleus, and no evidence of gross lesions.

The spinal dura is opened anteriorly, revealing no evidence of extradural, subdural or arachnoid hemorrhage, or malformations. THe substance of teh spinal cord is fragmented superiorly, probably due to mechanical artifact, but will be examined microscopically to rule out cavitation. The spinal cord is sliced transversely at approximately 1 cm intervals, revealing normal development and no evidence of parenchymal lesions.

The pituitary gland is intact and normally developed, without external hemorrhages or other lesions. The horizontal cut surface reveals a homogeneous posterior lobe and a variegated anterior lobe with no evidence of internal lesions.

DICTATED BY: GERALD A. CAMPBELL, M.D., PATHOLOGIST
08/13/04

### SECTIONS TAKEN:
B1: Pituitary; B2: Left frontal; B3: Left hippocampus; B4: Cerebellar vermis; B5: Spinal cord

### FINAL DIAGNOSES:
A. Brain and cranial dura:
  1. Cerebellum, Purkinje cells: Acute ischemic change

B. Spinal cord and spinal dura (15 cm thoracolumbar segment):
  1. No abnormalities

C. Pituitary gland:
  1. No abnormalities

**GERALD A. CAMPBELL, M.D., PATHOLOGIST**
**Division of Neuropathology .**

*Patient Name:*
*Patient Location:*
*Room/Bed:*
*Printed Date / Time:* **ROBERTSON, RICKY**
**JOHN SEALY TOWER** *Page:*
*J4A - 05*

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Patient Account:* 30001068-644
*Med. Rec. No.:* **(0000)708320Q**
*Patient Name:* **ROBERTSON, RICKY**
*Age:* 37 YRS   *DOB:* 08/21/66 *Sex:* M        *Race:* C
*Admiting Dr.:* BEARY MD,WILLIAM M
*Attending Dr.:* TDCJ MED
*Date / Time Admitted :*   07/16/04   0322
*Copies to :*   ANTWI MD,STEPHEN

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

MOVVA MBBS,SUNIL
(Electronic Signature).

**Gross:** 08/13/04
**Final:** 08/15/04

*Patient Name:*
*Patient Location:*
*Room/Bed:*
*Printed Date / Time* **ROBERTSON, RICKY**
**JOHN SEALY TOWER #4** *Age:*
**J4A - 05**

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Account:  30001068-644
Med. Rec. No.: **(0000)708320Q**
Patient Name: **ROBERTSON, RICKY**
Age: 37 YRS   DOB: 08/21/66 Sex: M      Race: C
Admitting Dr.: BEARY MD,WILLIAM M
Attending Dr.: TDCJ MED
Date/Time Admitted:   07/16/04  0322
Copies to :    ANTWI MD,STEPHEN          MOVVA MBBS,SUNIL

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

**FINAL AUTOPSY REPORT**
**Autopsy Office (409)772-2858**

**Autopsy No.: AU-04-00193**

### CLINICOPATHOLOGIC CORRELATION:

The decedent was a 39 year-old Caucasian male with history of psychiatric disorders, substance abuse, and severe hyperthermia. He developed altered mental status, severe hypotension, respiratory failure, disseminated intravascular coagulopathy, rhabdomyolysis, and acute renal failure.

The decedent's clinical history and laboratory data meet the definition of severe hyperthermia (T: > 105.8F) leading to heat stroke. Known complications of heat stroke include severe rhabdomyolysis leading to acute renal failure, disseminated intravascular coagulation and multiorgan failure as demonstrated in this case (renal and pulmonary failure, and ischemic damage of the CNS). Marked elevation of creatine kinase and laboratory evidence of renal failure and DIC were documented pre-mortem. Post-mortem demonstration of acute tubular necrosis and fibrin microthrombi was not possible, most likely due to severe autolysis.

Pre-mortem analysis of serum revealed a toxic level of tricyclic antidepressants (660 ng/ml). Levels of tricyclics in lethal cases are usually above 1000-2000 ng/ml. The decedent was also on several other medications including amantadine and chlorpromazine which along with the tricyclics are known risk factors for developing hyperthermia and heat stroke because of their effects on heat dissipating mechanisms in the body.

In summary, this 39-year-old man died of complications of severe hyperthermia and heat stroke. An important contributing factor was a toxic level of tricyclics in serum. The manner of death is accidental.

References:

1. Yoder E. Disorders due to heat and cold. In Cecil Textbook of Medicine. Goldman L, Bennet JC (Eds). 21st Edition. 2000:512-515. WB Saunders Pub, Philadelphia.

2. Simon HB. Hyperthermia. New England Journal of Medicine.1993;329:483.

TN /TN
08/30/04

JUAN P. OLANO, M.D., PATHOLOGIST          (Electronic Signature)
THONG NGUYEN, D.O.
09/27/04

Patient Name: **ROBERTSON, RICKY**
Patient Location: **JOHN SEALY TOWER 4A**
Room/Bed: **J4A -05**
Printed Date/Time: **10/01/04 - 0819**

Page: 9

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED **END OF REPORT** PROHIBITED

# AMERITOX

9930 W. Hwy 80  Midland, TX 79706
Tel (866) 287-7584  Fax (432) 561-8619



## Toxicological Laboratory Report

Name: Ricky Robertson                      Case Number: AU04193

Medical Examiner: Dr. Aronson              Company Name: University of Texas Medical Branch

**Drugs of Abuse Screen**
    Urine Tricyclic antidepressants                           Positive

**Common Basic Screen**
    Serum Nortriptyline                                       Positive*
    Serum Doxepin                                             Negative
    Serum Desipramine                                         Negative
    Serum Imipramine                                          Negative
    Serum Cyclobenzaprine, Clomipramine                       Negative
    Serum Amitriptyline                                       Negative

**Quantitative Tests**
    Serum Alcohol, Ethyl                                      Negative
    Serum Alcohol, n-propanol, acetone, methanol, isopropyl   Negative

**Other Tests**
    Serum Salicylate, spot test                               Negative
    Urine Acetaminophen screen                                Negative

*Quantity not sufficient for requested analysis.

Joseph R. Monforte, Ph.D., DABFT
Laboratory Co-Director

AUG 1 9 2004
Date

Tuesday, Aug 17 2004 14:48:10
Page 1 of 1

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

36.0

McCollum v Robertson 4370



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

36.1

McCollum MR Robertson 1-2731



Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## SUPPLEMENT CRIMINAL CASE REPORT

| OFFENSE | CASE #: |
|---|---|
| Death in Custody | 04-1679 |
| LOCATION: | DATE OF OFFENSE: |
| UTMB Galveston | 7/16/2004 |
| VICTIM: | DATE OF SUPPLEMENT REPORT: |
| Robertson, Ricky TDCJ # 1172218 | 1/11/2005 |

On January 11, 2005, I telephoned Doctor Juan Olano, Pathologist, with the University of Texas Medical Branch-Autopsy Division. Doctor Olano performed the autopsy on Offender Robertson. Doctor Olano was asked about the conflict in the reporting of the manner of death. Doctor Olano stated that Neuropathology Consultation listed the clinical history and the causes known to that department. Many of the things listed as contributing factors were caused when his body shut down from the hyperthermia. The overall autopsy, including toxicology, revealed a broader picture of the cause of death. The cause of death was listed as severe hyperthermia and heat stroke. Doctor Olano stated that this was due to environmental (outside) temperatures, which produced the accidental manner of death.  Doctor Olano stated that some anti-depressant and anti-psychotic medications leave the person taking these medications at a high risk of heat stroke. Doctor Olano stated that a normal person with high outside temperatures (100 degrees or higher), exercise, and limited or no fluid intake would be susceptible to heat stroke. Those taking these medications while exercising, lower temperatures (high 90's), and/or dehydration could have the same effect. Doctor Olano stated that the medications "mess up" heat loss mechanisms in the body. Doctor Olano stated that extreme dehydration causes a person to sweat profusely to bring down the body temperature, and at some point a person will stop sweating. Doctor Olano stated that at this point the body temperature would rise. Doctor Olano stated that there was no evidence to support an overdose. Doctor Olano stated that the tricyclic serum level was at 660 ng/ml, which was a toxic, but not lethal level. Doctor Olano stated that the serum level at the time of death was probably lower before death. Doctor Olano stated that medications were not measured post mortem because there was not enough serum to quantitative.

| INVESTIGATING OFFICER(S) | | | |
|---|---|---|---|
| (1) | ID# 175 | DATE 1/11/2005 | IS FURTHER INVESTIGATIVE ACTION REQUIRED? |
| (2) | ID# | DATE | ____ YES ____ NO |
| APPROVING SUPERVISOR | ID# | DATE | |

CC-0255 (02/2005)

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

370



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL
INVESTIGATIONS DIVISION

## CRIMINAL CASE TRACKING DISPOSITION

Case #: 04-1679

Offense Date: 7-16-2004

Unit of Occurrence: Jester IV / Darrington

OIG Investigator: Colleen Eckert

| To: | Please Return To: |
|---|---|
| Phil Hall<br>Brazoria County District Attorney's Office<br>111 East Locust<br>Angleton, Texas 77515 | Joe Nesmith<br>Region III Captain<br>1400 FM 655<br>Rosharon, Texas 77583 |

Defendant Name:   Multiple Defendants ☐   , deceased

Robertson, Ricky

Last   First   MI

| Race | Sex | Age | Date of Birth |
|---|---|---|---|
| B | M | 37 | 8/21/1966 |

TDCJ Identification #  1172218   SID #:  06651475

### CHARGES FILED

1. Offender Death in Custody   CCP. 49.18
2.
3.

### Presented to Prosecutor / District Attorney

Date: _____   ☐ Accepted   ☐ Declined

By: _____   ☐ D.A. ☐ SPU   County: _____
*(Prosecutor's/D.A.'s Signature)*

_____   Plea:   ☐ Nolo Contendere ☐ Not Guilty ☐ Guilty
*(Prosecutor's/D.A.'s Printed Name)*   ☐ Dismissed   Reason: _____

Remarks: _____

### Presented to Grand Jury

Date: _____   ☐ True Billed ☐ No Billed   Cause # _____

Remarks: _____

### Trial Result / Disposition

Date: _____

Plea:   ☐ Nolo Contendere ☐ Not Guilty ☐ Guilty ☐ Dismissed   Reason: _____

Remarks: _____

### Final Charges

☐ Same   ☐ Reduced to:   ☐ Other:

1.
2.
3.

Years TDCJ _____   and/or   Fine: $ _____   Probation: _____

☐ Concurrent   ☐ Consecutive

Remarks: _____

Copy of OIG case to Litigation Support on 06.26.2013 by scm.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED