Miscellaneous Documentation

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Log Book #: _____

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**Disposition of Confiscated Offender Property**

**Section I: Identification Information** *[To be completed by staff confiscating property]*

Offender (Printed Name): Hudson, Douglas   TDCJ#: 1722540   Unit: NU   Housing Location: 11K

Confiscation Date & Time: 1/25/11 085?   Confiscating Officer (Print Name): Thorn   Property Officer/ Designee (Print Name): Thorn   Date & Time Rec'd Property Room: 1/25/11 085?

NOTE: If items are confiscated from a common area, √ the "Unclaimed Property" box and document the disposition in Section VI.   ☐ Unclaimed Property

**Section II: Confiscation Information** *[If dangerous contraband, the offender does not sign or receive a copy of this form]*

REASON FOR CONFISCATION:   ☐ Dangerous   To Evidence Box/OIG (enter date/time): _____

☐ Non-Dangerous   ☐ Altered   ☐ Solitary   ☐ PHD   ☐ Bench Warrant   ☐ Parole   ☐ Escape   ☒ Death

☐ Offender Requested Disposition   ☐ Restriction (Disc/Medical/Prop/Committee)   ☐ Ad Seg Level ____   ☐ Death Row Level ____

☐ Improperly Stored   ☐ Ownership Questioned*   ☐ Excessive Amounts *(quantity more than permitted by policy)*   (*See NOTE in Section I below)

LIST ITEMS/COMMENTS: 3 pictures, Legal work _____

NOTE: If extra space is needed to list items, use a PROP-05 and reference control # here: _____

**Section III: Offender Notification** *[Staff must obtain offender signature, and sign to document notification has been provided to offender]*

If you disagree with this decision to confiscate these items, it is your responsibility to notify property staff of your intention to pursue the matter through the Offender Grievance Procedure.

Offender (Signature): X Med unable to sign (ventilator)   Date: 7-25-11

Staff Delivering Notice (Print name): M. Thorn   Signature/Date: M. Thorn

NOTE TO OFFENDER: If confiscation is due to one of these reasons, you have 7 days to eliminate excess or prove ownership.

**Section IV: Property Returned to Offender** *[Staff must note reason for return of property]*

☐ Established Ownership.   ☐ Eliminated Excess   ☐ Storage Space Available   ☐ Bench Warrant Property Requested   ☐ Parole Property Requested

☐ Restriction Lifted   ☐ Promotion to Death Row Level ____   ☐ Promotion to Ad Seg Level ____

Offender Signature: _____   Staff Returning Property (Print Name/Date): _____

**Section V: Offender Requests Disposition** *[Offender must select the method(s) of disposition and enter signature/date]*

I want my property to be disposed of as noted below:

OPTION 1:   ☐ Mail to the individual shown below from my visitor list. (NOTE: Postage must be received within 60 days or TDCJ will dispose of property. If a package is returned as undeliverable, or is refused by addressee, TDCJ will dispose of the property):

Visitor (Print Name/Address): _____

STAFF ACTION: Property items delivered to Mailroom by (Print name): _____   Signature/Date: _____

Mailroom Staff receiving property (Print name): _____   Signature/Date: _____

OPTION 2:   ☒ Give to the individual shown below from my visitor list at the time of a visit (NOTE: Visit must occur within 60 days or TDCJ will dispose of property):

Visitor (Print Name/Address): X

STAFF ACTION: Property released during visitation by (Print name): X   Signature/Date: ?

Visitor receiving property (Print name): _____   Signature/Date: _____

OPTION 3:   ☐ I request that TDCJ make appropriate disposition of this property.

Offender (Print name & TDCJ #): X   Signature/Date: X

**Section VI: TDCJ Disposition of Property** *[To be completed by Property Room Staff and Witness]*

The above listed property has been disposed of in the following manner, if necessary to process multiple items, more than one option may be used:

☐ Destroyed *(Witness required)*:   ☐ Recyclable Item *(Complete the PROP-10)*:   ☐ Donated to *(Charitable Organization)*: _____

Property Room Staff (Print name): _____

Staff Witness to Destruction of Property (Print name): _____   Signature/Date: _____

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR USE IS PROHIBITED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
**Offender Intake Inventory**

### Section I: Offender Information

| Offender *(Printed name):* Hudson Douglas | TDCJ#: 172250-1 | Unit: NC |
|---|---|---|

County
Delivering Offender: Johnson

☑ Newly-Received   ☐ BW Return
☐ Emer Absence Return

Printed Name/Signature
of Intake Staff: M Thorn / M Ju          Date: 7-20-11

Identification documents sent to records:  ☐ Driver's License  ☐ Social Security Card  ☐ Birth Certificate  ☐ Other

### Section II: Acknowledgement of Receipt of TDCJ Property Information (PROP-01)

I have received a TDCJ Offender Orientation Handbook and a list of authorized property limitations. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement will generally be paid at a rate not to exceed $50 per item.

Offender Signature/Date: Douglas Earl Hudson          Staff: _____

Initials/Date: M.T.    7-20-11

### Section III: Acknowledgement of Receipt of TDCJ Property Information (PROP-01)

| Jewelry Items | IN | Denied due to Excessive Value/Size | Other Items | IN | Comments |
|---|---|---|---|---|---|
| Wedding Ring | | | Religious Text | | |
| Wrist Watch | | | Religious Items | | |

| Shoes | IN | Size | | | |
|---|---|---|---|---|---|
| Personal Shoes *(If state-issued size unavailable)* | | | Substance Abuse Literature | | |
| | | | Photographs | ✓ | |
| **Health Care Devices** | **IN** | | Legal Material | ✓ | |
| Prescription Eyeglasses | ✓ | | Shower Shoes | | |
| Prescription Sunglasses | | | | | |
| Contact lenses *(Until Health Services issues eyeglasses)* | | | | | |
| Other: | | | | | |

### Section IV: Registered Property Authorized for Returning Bench Warranted Offender.
**NOTE:** Offender must present a valid Registered Property Receipt for each item.

| Item | IN | Item | IN | Item | IN | Item | IN | Item | IN |
|---|---|---|---|---|---|---|---|---|---|
| Personal Shoes | | Typewriter | | Hair Dryer | | AM/FM/Booster | | Alarm Clock | |
| Radio | | Hotpot | | Wrist Watch | | Multi Outlet Adapter | | Health Care Devices | |
| Fan | | Curling Iron | | Wedding Ring | | Clamp-On Lamp | | Religious Items | |

### Section V: Unauthorized Property at Intake *(Enter applicable method of disposition code: Mailed=MD, Visitor Pickup=VP, Donated=DN or Destroyed=DS)*

| Item | Disposition Code | Item | Disposition Code | Item | Disposition Code |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Printed Name/Signature
of Staff Witness to Disposition: _____          Date: _____

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# REQUEST FOR PLACEMENT ON VISITORS LIST

Name: DOUGLAS EARL HUDSON   TDCJ Number: [illegible]   Unit: GURNEY   Date: 7-21-11

I am (Check one): ☐ Married - Legal   ☐ Married - Common-Law   ☐ Separated   ☐ Divorced   ☐ Widowed   ☑ Single

## PLEASE PLACE THE FOLLOWING NAMES ON MY VISITORS LIST:

**1. Name:** Edna Hudson   Age 93   Relationship: Mother   Phone # 817-213-[illegible]
Address: 2006 Debra Lane Mansfield TX 76063
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**2. Name:** Sid Hudson SR.   Age 67   Relationship: Brother   Phone #
Address: 103 Choctaw Hwy Hillsboro TX 76645
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**3. Name:** Ada Blake Hudson   Age 64   Relationship: Sister-in-law   Phone #
Address: 103 Choctaw Hwy Hillsboro TX 76645
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**4. Name:** Pat Harris   Age 28   Relationship: Sister   Phone #
Address: Rivertend River Haukins Family Member
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**5. Name:** Patricia Kay   Age 48   Relationship: Sister   Phone #
Address: 4101 Hubbard Lake Lufkin TX
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**6. Name:** Jody Hudson   Age 6   Relationship: Brother
Address: 1165 CR 613 Alvarado TX 76009   Phone #
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supe
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**7. Name:** CADE Hudson   Age 26   Relationship: Son
Address: 4101 Hubbard Lake Burleson TX   Phone #
What is your interest in visiting this person? Family Member
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supe
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**8. Name:** Aretta Hudson   Age 20   Relationship:   Phone #
Address: 15385 FM 917 Alvarado TX 76009   Friend
What is your interest in visiting this person? Friend
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Sup
Is this individual an ex-offender? ☐ Yes ☑ No • Remove person from Visitors List ☐ Yes
☑ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**9. Name:**   Age   Relationship:   Phone #
Address:
What is your interest in visiting this person?
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Sup
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes
☐ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

**10. Name:**   Age   Relationship:   Phone #
Address:
What is your interest in visiting this person?
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Sup
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes
☐ Approved (Add to Visitors List)   ☐ Denied (Do not Add to Visitors List)

Warden or Designee (Print/Sign/Date): Douglas Earl Hudson

PO-1 (May 2008)
Front Page

Copy of OIG case to Litigation Support on 04.18.2013 by cs.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
*** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** ***
*** REQUESTOR: YBA3025 - BAXLEY, TERRY          GURNEY UNIT                    ***
*** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** ***
***          S Y S M    O U T B A S K E T    P R I N T                         ***

MESSAGE ID: 891206      DATE: 07/25/11  TIME: 05:30am  PRIORITY: 000

SUBJECT:   OFFENDER TRANSPORT


ON 07-24-2011 AT 1800 OFFENDER HUDSON,DOUGLAS #1722504 A G2 CUSTODY
OFFENDER SERVING A 25 YEAR SENTENCE FOR INJ-3RD OR MORE OUT OF JOHNSON
COUNTY WAS TRANSPORTED TO THE BETO UNIT MEDICAL DEPARTMENT AT 1800
HOURS. OFFENDER HUDSON IS A WHITE MALE, 6'1" TALL WEIGHING 338
POUNDS  SECURITY WAS MAINTAINED BY OFFICER SENESAC,PAUL COIV, OFFICER
VICKWARE,PAMELA COIV AND OFFICER MYEROCK,DONALD COIV. BETO MEDICAL
DETERMINED THAT THIS OFFENDER NEEDED TO BE TRANSPORTED VIA AMBULANCE TO
PALESTINE REGIONAL HOSPITAL, WHERE HE WOULD BE LIFE FLIGHTED TO EMIP IN
TYLER. AT 1930 OFFICER ROBERTSON, RICHARD COV, AND OFFICER ROBERTSON,
THERESA COV MAINTAINED SECURITY OF OFFENDER HUDSON FROM BETO MEDICAL TO
PALESTINE REGIONAL VIA AMBULANCE. DUE TO OFFENDER HUDSON'S CONDITION
HE WAS UNABLE TO BE LIFE FLIGHTED  ONCE AT PALESTINE REGIONAL HOSPITAL
OFFENDER HUDSON WAS PLACED IN INTENSIVE CARE ROOM #10  OFFICERS
ROBERTSON, RICHARD COV AND OFFICER ROBERTSON, THERESA COV MAINTAINED
SECURITY AT THE HOSPITAL. MEDICAL STAFF AT PALESTINE REGIONAL HOSPITAL
DETERMINED THAT OFFENDER HUDSON SUFFERED FROM A PNEUMONIA INDUCED
HEART ATTACK


LT. TERRY BAXLEY
2B SHIFT SUPERVISOR


Sent to:  BM10703          -- MILLER, DENNIS              (le)
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



| | | | |
|---|---|---|---|
| Unit Name: | GURNEY | Current Status: | Discharged |
| Region: | 2 | Admit Date: | 07/24/2011 |
| Last: | HUDSON | Admit Time: | 10:43 PM |
| First: | DOUGLAS | Room Number: | ICU 10 |
| TDCJ#: | 1722604 | Hospital Discharge Date: | 07/25/2011 |
| Gender: | Male | Hospital Discharge Time: | 10:39 PM |
| Custody: | G2 | Mode of Transport Discharge: | |
| SPRD Indicator: | None | Discharge Destination: | DECEASED 16:56 7/25/11 |
| Reason for Transport: | ER | Status: | Non-active |
| Mode of Transport: | Ambulance | | |
| | | Date Discharged: | |
| Supervisor: | | Supervisor ID: | CAPT. LUMPKIN |
| Date Departed Unit: | 07/24/2011 | | |
| Time Dept. From Unit: | 7:45 PM | | |
| Supervisor Out: | LT. BAGLY | | |
| Forwarded Facility: | Palestine Regional Medical Center | | |
| Address: | 2900 S Loop 256 | City: Palestine | Phone: 903-731-1000 |
| | | Comment: | ADMIT PER LT BAGLY |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
Sent to:   APPRV-CHAIN              (list)                    (

CSVIS036/CVIS03A        TEXAS DEPARTMENT OF CRIMINAL JUSTICE      2011/07/25
WRCM119 /XND19                FAMILY TRACKING PAGE                07:11:42

 TDCJ NO:   SID NO:   NAME:                           UNIT:
 01733504  01487724  HUDSON,DOUGLAS EARL              WD

SEL NAME             ADDRESS              CITY         REL    ALERT CODE
 _  HUDSON,JOSEPH H   DECEASED)            DECEASED     P5/FA
 _  HUDSON,BESSIE     DECEASED)            DECEASED     P5/MO
 _  BROWN,MATTHEW     DECEASED)            DECEASED     M9/FA
 _  BROWN,KATIE       DECEASED)            DECEASED     M9/MO
 _  HUDSON,JD         DECEASED)            DECEASED     FA
 _  HUDSON,EDNA       200 E. TEMPLE LANE   MANSFIELD    MO
 _  HARRIS,PATSY      100 RIVERBEND RAVEN  HAWKINS      SIS
 _  KEY,PATRICIA      401 HUBBARD LN       LIPAN        SIS
 _  HUDSON,JLD,JR     1103 CORSICANA HWY   HILLSBORO    BRO
 _  HUDSON,TONY       CP A13               ALVARADO     BRO
 _  HUDSON,RITA J     11529 E. FM RD 917A  ALVARADO     X/WIF
 _  HUDSON,CADE       2405 SANDSTONE RD    BURLESON     SON
 _  HUDSON,CASS       UNKNOWN              KELLER       SON

FAMILY PAGE LAST UPDATED BY:  SARAH HARRISON     2011-07-22
USER NOT AUTHORIZED FOR THIS SYSTEM
PF1=HELP  PF3=PREV  PF4=REFRESH  PF6=ADD  PF7=BKW  PF8=FWD  PF9=PRINT PF12=MENU
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5060                    OIG - Hudson 117

```
CRIMF500          T.D.C.J. - INSTITUTIONAL DIVISION    INMATE VISITORS LIST
                 DATE: 07/25/11     TIME: 07:09:55

NAME: HUDSON,DOUGLAS EARL          TDC# 01722504  STAT/CUST: L1    II UNIT: RO
PSNG ASSIGNMENT: DORM D-8      82  BED: 029 LAST VISITOR LIST CHANGE: 02 22 1
INMATE TYPE: TF
HUDSON,EDNA                         MO    200 E. DEBBIE LANE,MANSFIELD,TX
HUDSON,RITA J                       X/W/F 11529 E  FM RD 917ADD,ALVARADO,TX
HARRIS,PATSY                        SIS   100 RIVERBEND RAVEN,HAWKINS,TX
KEY,PATRICIA                        SIS   401 HUBBARD LN,LIPAN,TX
HUDSON,CADE                         SON   3405 SANDSTONE RD,BURLESON,TX
HUDSON,J D.,JR                      BRO   1702 CORSICANA HWY,HILLSBORO,TX
HUDSON,TONY                         BRO   CR 613,ALVARADO,TX
HUDSON,ADA B                        SIL   1702 CORSICANA HWY,HILLSBORO,TX



              1 CONTACT VISIT PER WEEK
CONTACT VISITS THIS MO:  0 LAST VISIT DATE: 03 14 08    CONTACT VISIT ELIG: N
REGULAR VISITS THIS MO:  0 LAST VISIT DATE: 04 28 96
SPECIAL VISITS THIS MO:  0 LAST VISIT DATE: 12 22 95
ENTER NEXT TDCND, CODE, OR REQUEST: _____         OR SIDNO _____
PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST    PF10=FAMILY PAGE
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# ORIGINAL

## PALESTINE REGIONAL MEDICAL CENTER

PATIENT'S NAME:          HUDSON, DOUGLAS
MEDICAL RECORD #:        193935
ADMITTING PHYS:          TAPATI GHOSH, M.D.
ADMISSION DATE:          07/24/2011
DOB:                     ███████
ROOM #:                  LICU-0

### HISTORY AND PHYSICAL

**PRIMARY CARE PHYSICIAN:**   No local physician.

**CHIEF COMPLAINT:**      CARDIAC ARREST.

**HISTORY OF PRESENT ILLNESS:** This is a 62-year-old Caucasian male with past medical history of coronary artery disease, paroxysmal ventricular tachycardia and hypertension who was noted at 17:55 today to be in seizure activity in his dorm at the prison. EMS was called at 19:00 and the patient was transferred to the infirmary with a temperature of 105, blood pressure 98/45, oxygen saturation of 88% on room air. He was talking to the officers during transport and at 2046 while he was being loaded he became unresponsive and fell forward. An EKG was done, and the patient was noted to be in atrial fibrillation with RVR at 236 beats per minute. The patient was diaphoretic with a distended abdomen. His mouth was suctioned with thick yellow mucus and strings of bloody sputum. The patient arrived in the Emergency Room at 2045 and CPR was in progress. The patient was on with continuous CPR in asystole and PEA x36 minutes. The patient was transferred to the Intensive Care Unit with intubation. Blood pressure 136/80, pulse 151, oxygen saturation 91% on 100% nonrebreather mask and sinus tachycardia rhythm.

I spoke with the Emergency Room physician and reviewed Emergency Room records including code sheets, reviewed records from the correctional facility that the patient was transferred from for this history and physical.

**EMERGENCY ROOM COURSE:** The patient was seen by Dr. Thomas in the Emergency Room in asystole upon arrival. The patient was given atropine 1 milligram (mg) x3 and epinephrine 1 milligram (mg) x6 and epinephrine 2 milligrams (mg) x1, sodium bicarbonate 1 amp x2. Attempts at intubation x2. A 16 French oral gastric tube was in place. Central line was placed to right internal jugular.

**PAST MEDICAL HISTORY:**
1. CORONARY ARTERY DISEASE.
2. PAROXYSMAL VENTRICULAR TACHYCARDIA.
3. CELLULITIS AND ABSCESS OF TOE.
4. NEGATIVE PPD.

**PAST SURGICAL HISTORY:** Unknown.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HUDSON, DOUGLAS
HISTORY AND PHYSICAL- 105
Page 2

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:**
1. Lopressor 50 milligrams (mg) daily.
2. ASA 325 milligrams (mg) daily.
3. Elavil 100 milligrams (mg) at bedtime.

**FAMILY HISTORY:** Unknown.

**SOCIAL HISTORY:** The patient is a prisoner. Other history is unknown.

**REVIEW OF SYSTEMS:** Unable to obtain due to intubation and sedation.

**PHYSICAL EXAM:**

GENERAL: This is a 62-year-old Caucasian male sedated and intubated.

VITAL SIGNS: Blood pressure 136/80, pulse 151. Oxygen saturation 91% on 100% nonrebreather, respirations 17 per respirator, weight is 226, height is 6 foot 5 inches.

HEENT: Eyes: Sclerae are anicteric and conjunctivae are pale. Pupils are dilated and fixed. Head is atraumatic and normocephalic. External inspection of ears and nose shows no scarring, lesions or masses. Mouth with intubation and orogastric tube with blood per section.

NECK: Supple and symmetric.

RESPIRATORY: Auscultation of lungs reveals bilateral lower lobe rhonchi and rales.

CARDIAC: Regular rate and rhythm. Tachycardic with no murmurs, gallops or rubs. Point of maximal impulse is nondisplaced. There is no evidence of JVD. Peripheral pulses are thready but palpable and equal bilaterally.

GASTROINTESTINAL: The abdomen is distended with ascites. No organomegaly is noted. Bowel sounds are absent.

LYMPHATICS: No lymphadenopathy to anterior or posterior cervical lymph nodes.

SKIN: Skin is warm, dry and intact with poor turgor. CRT is less than 2 seconds with no clubbing of nail beds noted.

MUSCULOSKELETAL/EXTREMITIES: Examination of joints, bones, muscles to head and neck, bilateral upper and lower extremities with stable joints and no bony enlargement noted.

NEUROLOGIC: Patient's gag reflex is present with suction. Pupils are fixed and dilated. Babinski is not present; otherwise unable to assess.

**LABORATORY AND DIAGNOSTIC FINDINGS:** CBC: White blood cell count 16.6, RBCs 3.79, hemoglobin 12.4, hematocrit 36.5, neutrophils 70%, lymphocytes 19.7%. PT 14.8 and INR 1.4. CMP: Sodium 140, potassium 3.0, bicarbonate 22, anion gap 18, glucose 170, BUN 24, creatinine 2.2, albumin 2.7, calcium 6.5, AST 115, ALT 118,

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HUDSON, DOUGLAS
HISTORY AND PHYSICAL- 105
Page 3

alkaline phosphatase 89. CK MB 0.9, troponin 0.50. ABG pH 7.22, pCO2 47, HCO 317,
BE -11.

Chest x-ray shows very poor quality.  We will await Radiology review.

IMPRESSION:
1.  CARDIAC ARREST, UNKNOWN ETIOLOGY.
2.  RESPIRATORY FAILURE.
3.  RESPIRATORY ACIDOSIS.
4.  BILATERAL PNEUMONIA.
5.  HYPERTENSION.
6.  CORONARY ARTERY DISEASE.

PLAN:
1.  The patient is admitted to the Intensive Care Unit.  The patient guarded, poor
    condition.
2.  Dr. Chick is to manage ventilator.
3.  Vital signs per Intensive Care Unit protocol.
4.  Obtained donor status of patient.
5.  Monitor lab including serial cardiac enzymes x3.  A.M. labs to be repeated and
    modifications made as necessary.
6.  Repeat a chest x-ray in A.M.
7.  Dobutamine drip per protocol to maintain blood pressure.
8.  Deep venous thrombosis (DVT) prophylaxis will be provided.
9.  Further evaluation and management will depend on the patient's clinical course.

HISTORY AND PHYSICAL ADDENDUM
(Surgical Patients Only)

[ ]   NO CHANGES
      The attached History and Physical assessment (completed within the past 30 days) has been
      reviewed and the contents accurately reflect the patient's condition today without any additions or
      revisions to the original document.  (If the History and Physical was obtained > 30 days ago, a new
      complete History must be obtained and documented.)

[ ]   UPDATE NOTED
      The attached History and Physical has been reviewed and its contents accurately reflect the

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HUDSON, DOUGLAS
HISTORY AND PHYSICAL- 105
Page 4

    patient's condition with the listed additions or revisions.

TAPATI GHOSH, M.D.
Dictated by: KARLA MORROW, NP

Date                    Time

cc:

Trans: kz105 DD: 07/25/2011 01:12:03 CST DT: 07/25/2011 08:02:39 CST
Job #: 3611844/7943786
Voice Original ID: 213422 REV: 0

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Hudson Ondray_   MRN/Booking: _1722504_   Date: _7/24/11_
Facility: _Beto_
Most recent vitals from _1908_   BP: _98/45_   Wt: _____   Height: _____   Pulse: _220_
Resp: _24_   Temp: _9 104.304_
Allergies: _____
Medications: _____

| Patient Language: _creole_ | Name of Interpreter, if required: |

| Date: | Time: | | ☐ Stable |
|---|---|---|---|
| ☐ Ambulatory | | | ☐ Guarded |
| ☐ W/C | | | ☑ Serious |
| ☑ Stretcher | | | ☐ Critical |
| ☐ Carried | | | |

CHIEF COMPLAINT/LOCATION/ONSET:

_non-responsive_

SIGNIFICANT MEDICAL HISTORY:

| ☑ | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Location: | | Onset: | |
|---|---|---|---|
| Duration: | | | |
| Aggravating Factors: | | | |
| Alleviating Factors: | | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | | Intermittent | Other: |
| Radiating: | No | Yes | Location: | |

| Eye Opening | Best Verbal Response | Best Motor Response |
|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time/Initials | | | Eye Response | | Verbal Response | | Motor Response | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _____  TDCJ#: _____  Date: _____
Facility: _____

| Apical Pulse | Respirations | ☐ Denies Problems | ☐ Cold | ☐ Alert |
|---|---|---|---|---|
| ☐ Regular | ☐ Normal | ☐ Nausea | ☐ Warm | ☐ Oriented X __ |
| ☑ Irregular | ☐ Shallow | ☐ Vomiting | ☐ Hot | ☐ Confused |
| ☐ JVD | ☐ Labored | ☐ Diarrhea | ☐ Dry | ☐ Lethargic |
| | ☐ Nasal Flaring | ☐ Rectal Bleeding | ☐ Moist | ☐ Unresponsive |

**Peripheral Pulses**
Upper
☐ R ☐ L
Lower
☐ R ☐ L

☐ Grunting — ☐ Constipation — ☐ Diaphoretic
☐ Retractions — ☐ Incontinent — ☐ Normal
☐ Hyperventilating — — ☐ Pale — **Arm Strength**
☐ Use of accessory — Last BM ____ — ☐ Mottled — ☐ R L ☐ Normal
muscles — Date — ☐ Cyanotic — ☐ R L ☐ Weak
— — ☐ Jaundiced — ☐ R L ☐ Flaccid

**Bleeding**
☐ None
☐ Controlled
☐ Excessive

**Lungs**
☐ R L ☐ Clear
☐ R L ☐ Crackles
☐ R L ☐ Wheezes
☐ R L ☐ Diminish
☐ R L ☐ Absent

**Abdomen**
☐ Soft
☐ Firm
☐ Distended
☐ Obese
☐ Tender ____
☐ Rebound

☐ Flushed — **Leg Strength**
☐ Intact — ☐ R L ☐ Normal
— ☐ R L ☐ Weak
— ☐ R L ☐ Flaccid

Location: _____

Est. Blood Loss ____ cc

**Bowel Sounds**
☐ Normoactive
☐ Hyperactive
☐ Hypoactive
☐ Absent
☐ NG/G tube

☐ Deformity — **Pupil**
☐ Swelling — ☐ Equal
— ☐ Unequal
Location _____ — ☐ R L ☐ Reactive
**ROM** — ☐ R L ☐ Non-reactive
☐ Full — ☐ R L ☐ Dilated
☐ Limited — ☐ R L ☐ Constricted
☐ Absent — ☐ R L ☐ Fixed

**Capillary Refill**
☐ Normal
☐ Delayed

**Burning**
☐ Burning
☐ Frequency
☐ Urine Odor
☐ Hematuria
☐ Incontinent
☐ Anuric
☐ Vag. Discharge
☐ Vag. Bleeding
☐ Catheter

**Edema**
Upper  R  L
0  1+ 2+ 3+

Lower  R  L
0  1+ 2+ 3+

Name of Provider Notified: _____   Time: _____
Provider Orders:  *Call*

_____

_____

_____

_____

Orders read back and verified:  Signature: _____

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Hudson, Ray_  DOC JN: 1722504  Date: 7/24/1

Facility: _____

Details of abnormal findings and ongoing assessment and care.

| | |
|---|---|
| 1920 T64/11 -97°  B₂ 142/47  223  O₂Sat 97% | |
| with a Rebreather — Breath Sounds | |
| 1940  unable Equal — No Bowel Sounds | |
| 1940  1925  AED pads applied - No | |
| shock Requir | |
| EKG Shows atrial flutter | |

| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
|------|------|-----|-------|------|------|-------|-----|----------|
| | | | | | | 126.0 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best | * Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit. |
|------|--------------|--------------|--------------|-------------------------|---|
| | | | | | |
| | | | | | |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: _____   TDCJ#: _____   Date: _____
Facility:

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |

| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
|--------|----------|-------|-----|------|------|----------|----|----|
| Lt hand | hand | 18 |  | Open | 1900 |  | IV | Emesis |
| Rt hand | hand | 18 |  | Open | 1900 |  | NG | NG |
|  |  |  |  |  |  |  | Other: | Other: |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90%
or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.

| ☐ | Cell |  | Date: | Time: |
|---|------|---|-------|-------|
| ☐ | TDCJ Infirmary -- Facility: | ☐ | Improved |  |
| ☐ | Local ER | ☐ | Stable |  |
| ☐ | Hospital Galveston | ☐ | Unstable |  |
| ☐ | Other: | ☐ | Deceased |  |

| ☐ | Van |  | Date: | Time: |
|---|-----|---|-------|-------|
| ☐ | Local EMS | ☐ | N/A |  |
| ☐ | 911 Transfer | ☐ | Yes |  |
| ☐ | UTMB EMS | ☐ | No |  |
| ☐ | Other: | PRE-CERTIFICATION #: | | |

PECC Contact Name (UTMB ONLY):          UR CONTACT:
Time Contacted:

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

4

07/24/2011  23:49    9193643°  30              PECC                    PAGE  01

# FAX COVER SHEET



_Working together to work wonders._

BETO UNIT
P.O. BOX 128
TENNESSEE COLONY, TX 75861
Fax Number: 903-928-3147

TO: _Joshua_

FROM: _Terry_

PHONE:   903-928-2217 _ext_ _3340_

FAX NUMBER:   903-928-3147

DATE: _7/24/11_

TOTAL # PAGES  (INCLUDING COVER) _21_

COMMENTS:

**HIPPA Confidentiality Notice**

Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being faxed after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message in error, please notify the sender immediately to arrange for return or destruction of these documents.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011   23:49   9193643°¹ 38          PECC                          PAGE  02

## Correctional Managed Care
### Urgent / Emergent Care Record

**Patient Name:** HUDSON, DOUGLAS E  **TDCJ#:** 1722604  **Date:** 07/24/2011 19:55  **Facility:** GURNEY (ND)
**Most recent vitals from 9/19/2006;** BP: 124 / 82 (Sitting) ; Wt: 226 Lbs.; Height: 75 In.; Pulse: 87 (Sitting) ; Resp: 16 / min; Temp: 38.4 (Oral)
**Allergies:** NO KNOWN ALLERGIES
**Medications**
ELAVIL # 100MG,  1 TABS ORAL QHS
    *Special Instructions:* JAIL INTAKE
ECOTRIN EC 325MG,  1 TABS ORAL QD
LOPRESSOR 50MG,  1 TABS ORAL QAM

| Patient Language: ENGLISH  Name of interpreter, if required: | | |
|---|---|---|
| CONSULTED WITH J. FIELDS RN | | |

| Date: 7/24/11 | Time: 1900 | | Stable | |
|---|---|---|---|---|
| | Ambulatory | | Guarded | |
| | W/C | | Serious | |
| x | Stretcher | x | Critical | |
| | Carried | | | |

| CHIEF COMPLAINT/LOCATION/ONSET: | 1800 GURNEY UNIT CALLED STATES THEY HAD AN OFFENDER THAT WAS TALKING THEN NON-RESPONCIVE THEN TALKING AGAIN AND THEY THINK IT MAY BE HEAT RELATED.BECAUSE HE IS VERY HOT |
|---|---|
| OFFENDER ARRIVED AT BETO1 AT 1900 | |

| SIGNIFICANT MEDICAL HISTORY: | HTN |
|---|---|

| 0N/A | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | Onset: | | | | |
| Duration: | | | | | | | | | | |
| Aggravating Factors: | | | | | | | | | | |
| Alleviating Factors: | | | | | | | | | | |
| Pain Character: | Dull | | Sharp | | Throbbing | | Other: | | | |
| Frequency: | Constant | | Intermittent | | | Other: | | | | |
| Radiating: | No | | Yes | | Location: | | | | | |

JSM-16                                                                      1 of 4

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5073               OIG - Hudson 130

07/24/2011  23:48   9193643°  °0          PECC                    PAGE  ?8

## Correctional Managed Care
## Urgent / Emergent Care Record

Patient Name:  HUDSON, DOUGLAS E   TDCJ#:  1722504   Date:  07/24/2011 19:55  Facility:  GURNEY (ND)

| Eye Opening | Best Verbal Response | Best Motor Response |
|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| | | | | |
|---|---|---|---|---|
| 1900 | DS | 0 | 0 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |

| Apical Pulse | | Respirations | | Denies Problems | | Cold | Alert | | |
|---|---|---|---|---|---|---|---|---|---|
| | Regular | | Normal | | Nausea | | Warm | | Oriented X: |
| X | Irregular | | Shallow | | Vomiting | X | Hot | | Confused |
| | JVD | X | Labored | | Diarrhea | X | Dry | | Lethargic |
| Peripheral Pulses | | X | Nasal Flaring | | Rectal Bleeding | | Moist | X | Unresponsive |
| Upper | | | Grunting | | Constipation | | Diaphoretic | Arm Strength | |
| X | R | L | X | Retractions | | Incontinent | | Normal | R | L | Normal |
| Lower | | | Hyperventilating | | | Date | | Pale | | R | L | Weak |
| X | R | L | X | Use of accessory | | Last BM: | N/A | | Mottled | X | R | L | X | Flaccid |
| Bleeding | | | muscles | | Abdomen | | Cyanotic | Leg Strength | |
| X | None | | Lungs | | Soft | | Jaundiced | | R | L | Normal |
| | Controlled | | R | L | Clear | | Firm | | Flushed | | R | L | Weak |
| | Excessive | X | R | L | X | Crackles | | Distended | X | Intact | X | R | L | X | Flaccid |
| Location: | | R | L | Wheezes | X | Obese | | X | Pupile | |
| Est. Blood Loss | | R | L | Diminish | | Tender | | Deformity | X | Equal |
| cc: | 0 | R | L | Absent | Location: | | Swelling | | Unequal |
| Capillary Refill | | | X | | Rebound | | Location | R | L | Reactive |
| X | Normal | | Burning | | Bowel Sounds | | ROM | | R | L | Nonreactive |
| X | Delayed | | Frequency | | Normoactive | | Full | | R | L | Dilated |
| Edema | | Urine Odor | | Hyperactive | | Limited | | R | L | Constricted |
| Upper | | Hematuria | | Hypoactive | X | Absent | X | R | L | X | Fixed |
| 0  1+ 2+ 3+ | | Incontinent | X | Absent | | | | |
| 0 | R | | L | 0 | Anuric | | NG/G tube | | | |
| Lower | | Vag. Discharge | | | | | |
| 0  1+ 2+ 3+ | | Vag. Bleeding | | | D. STEELY LVN | | 1900 |
| 0 | R | | L | 0 | Catheter | | | | |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

i5M-16                                                                    2 of 4

07/24/2011  23:49  9193643912338          PECC                    PAGE  04

## Correctional Managed Care
## Urgent / Emergent Care Record

Patient Name:  HUDSON, DOUGLAS E  TDCJ#:  1722504  Date: 07/24/2011 19:55  Facility:  GURNEY (ND)

| Name of Provider Notified: | JUDY ULBERG NP, | Time: | 1910 | |
|---|---|---|---|---|
| Provider Orders: | TO TRANSFER TO THE NEAREST HOSPITAL AND COME HOT | | | Details of abnormal findings and ongoing assessment and care. |

Orders obtained  and read back/verified by:  (Name)

| 1900 | WALKED OUT THE BACK DOOR WITH A  STRETCHER TO BRING OFFENDER INTO MEDICAL,THE OFFENDER WAS SITTING SIDEWAYS ON A SET AND WHEN THE VAN DOOR OPEN OFFENDERS HEAD FELL FORWARD AND HE WAS NON-RESPONSIVE. THE SECURITY OFFICER WITH OFFENDER STATES HE WAS TALKING TO HIM ALL THE WAY TO BETO. |
|---|---|
| | OFFENDER PLACED ON THE STRETCHER AND BROUGHT TO THE ER. N. WALTON LVN CALLED 911 .VS TAKEN ,A NON REBREATHER O2 MASK PLACED ON AT 15L/MI. |
| 1905 | EKG DONE AND SHOWS ATRIAL FLUTTER, DURING THIS PROCESS IVS WERE BEING STARTED BY ALTSTATT LVN AND N. BETTS LVN |
| | BODY PACK TO EACH AXILLARY AND GROIN |
| 1925 | THE CHEST WAS SHAVED AND AED PADS APPLIED |
| | MOUTH WAS SUCTIONED BY ATSTATT LVN--THICK YELLOW MUCUS WITHSTRINGS OF BLOOD |

| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
|---|---|---|---|---|---|---|---|---|
| 1900 | 104.8 | 98/45 | 220 | 22 | 88% | 123 | | DS |
| 1913 | 104.8 | 110/59 | 211 | 24 | 99% | | | DS |
| 1922 | 104.0 | 122/47 | 223 | 22 | 99% | | | DS |

HSM-18

3 of 4

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49   9193543°° 330          PECC                    PAGE  05

## Correctional Managed Care
## Urgent / Emergent Care Record

Patient Name: HUDSON, DOUGLAS E   TDC #: 1722504   Date: 07/24/2011 19:55  Facility: GURNEY (ND)

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best | |
|------|-------------|-------------|-------------|------------------------|---|
|      | N/A         |             |             |                        | * Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit. |
|      |             |             |             |                        | |
|      |             |             |             |                        | |

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
|      | NONE      |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |

| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | | Urine | |
|--------|----------|-------|-----|------|------|----------|-----|---|-------|---|
| RT. ARM | HAND | 18 |  | OPEN | 1905 | NB | IV | | Emesis | |
| LT ARM | A/C | 18 |  | OPEN | 1905 | TA | NG | | NG | |
|        |      |    |  |      |      |    | Other: | | Other: | |

Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.

| Cell | | | Date: | 7/24/11 | Time: | 1930 |
|------|---|---|-------|---------|-------|------|
| TDCJ Infirmary – Facility: | | | Improved | | | |
| Local ER | | | Stable | | | |
| Hospital Galveston | | | X | Unstable | | |
| X | Other: | | | Deceased | | |

| Van | | | Date: | 7/24/11 | Time: | 1930 BY N. WALTON LVN |
|-----|---|---|-------|---------|-------|------|
| Local EMS | | | N/A | | | |
| 911 Transfer | | | Yes | | | |
| UTMB EMS | | | No | | | |
| Other: | | | PRE-CERTIFICATION #: | | | |
| PECC Contact Name (UTMB ONLY): | | | UR CONTACT: | | | |
| Time Contacted: | | | | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

This document has been sent for signature, but has not yet been reviewed

*[signatures]* R Steele RN   7/24/11
Netto RN   7/24/11
J Arcola R   7/24/11

ISM-18                                                                              4 of 4

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5076                    OIG - Hudson 133

07/24/2011  23:48    919364391330              PECC                        PAGE  05

## Injury Report

To:    **Unit Risk Manager**
       (The RM-04 shall be forwarded directly to the Unit Risk Manager by 8:00 a.m. the following work day.)

From:  **Unit Medical Department**

Officer Name: _____        (use if Officer / Staff Member Injured)
Offender Name  _Hudson, Douglas_              TDCJ #: _172250_
Work Assignment: _____             Housing Assignment: _____
Date & Time of Accident: _1800_    _7/24/11_
Date & Time Reported to Medical: _1900_   _7/24/11_

Type of Injury: (Check One)              Severity of Injury: (Check One)
( )    Work Related                      ( )    Minor - One time treatment or follow-up visits
(X)    Non-Work Related                         the purpose of treatment / observation or minor
( )    Recreational                             scratches, cuts or 1st degree burn
( )    Altercation                       (X)    ★ Serious - Requires treatment e.g. sutures,
( )    Self-Mutilation                          fractures, splints
( )    Use of Force
                    Y ( )    N ( )  Was Dermabond or steri-strips used in place of sutures?

Nature of Injury (cut, scratch, etc. to leg, arm, etc): _____

How Injury Occurred: _Heat_

Extent of Injury: _Unknow_

Treatment Given: _transfer 911 PRMC_

Health Care Provider's Signature: _____

★ Security Supervisor Notified of this Injury:
                                        _____  _____  _____
                                         Name      Date     Time

□ ★ If Serious Injury - Risk Manager Notified
                                        _____  _____  _____
                                         Name      Date     Time

RM-H Rev (03-14-97)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5077              OIG - Hudson 134





HUDSON, DOUGLAS (0)1722504.
GE MAC1200
Male  Caucasian

HR **236** bpm

Measurement Results:
QRS        : 90 ms
QT/QTcB    : 190 / 376 ms
PR         :     ms
P          :     ms
RR/PP      : 256 / 270 ms

Interpretation:
12SL – Interpretation:
*** Poor data quality; interpretation may be adversely effected
Atrial fibrillation with rapid ventricular response with
premature aberrantly conducted complexes
Rightward axis

06.2 MT21 (2)

07/24/2011  23:49   91936435.330   PECG

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011   23:49   919364391330                PECC                        PAGE   03

Problems for DOUGLAS HUDSON E                                                Page1

| ? | Problem Description | Inactive / Chronicity | Class | ICD9 | First Observed | Status | Problem ID |
|---|---|---|---|---|---|---|---|
| | CELLULITIS AND ABSCESS OF TOE | \ | PRIMARY | 681.1 | 03/08/2006 09... | ACTIVE | 49064928 |
| | HIV HIGH RISK SCREENING COMPLETED | \ | PRIMARY | V77.99 | 07/22/2005 13... | ACTIVE | 38289180 |
| | MEDICAL CARE 2 | \ | PRIMARY | M2C2 | 04/06/2005 10... | ACTIVE | 48251096 |
| | NECK DISORDER | \ | PRIMARY | 723.1 | 08/01/2003 12... | ACTIVE | 17433410 |
| | CORONARY ATHEROSCLEROTIC DISEASE (CAD) ... | CHRONIC CARE \ | PRIMARY | 414.0 | 08/01/2003 12... | ACTIVE | 17433414 |
| | DIETARY SURVEILLANCE AND COUNSELING | \ | PRIMARY | V65.3 | 07/01/2005 09... | ACTIVE | 33629574 |
| | | | PRIMARY | | | ACTIVE | |
| | PAROXYSMAL SUPRAVENTRICULAR TACHYCARDIA | \ | PRIMARY | 427.0 | 12/04/2004 12... | ACTIVE | 23267105 |
| | | | | | | ACTIVE | 23267105 |
| | TB CLASS 0 (NO EXPOSURE PULM. TUBER./ULCNS) | CID \ | PRIMARY | 011. | 08/01/2003 12... | ACTIVE | 34583543 |
| | TETANUS TOXOID VACCINATION | CID \ | PRIMARY | V03.7 | 07/22/2005 12... | INACTIVE | 34583714 |
| | | CID \ | PRIMARY | | | ACTIVE | |
| | | | PRIMARY | | | ACTIVE | 47851018 |
| | CARDIAC DYSRHYTHMIAS | \ | PRIMARY | 427 | 03/29/2004 09... | ACTIVE | 53597591 |
| | MENTAL HEALTH CARE 0 | CARE \ | PRIMARY | MHC0 | 01/27/2005 14... | ACTIVE | 44350376 |
| | AGE | \ | PRIMARY | 797. | 03/30/2005 10... | ACTIVE | 47858531 |
| | DENTAL CARE 1 | CARE \ | PRIMARY | DC1 | 04/03/2005 15... | ACTIVE | 48017352 |
| | VARICELLA, POSSIBLY SUSCEPTIBLE | CID \ | PRIMARY | 693.99 | 07/21/2011 09... | INACTIVE | 145046358 |

Business Computer Applications, Inc. Copyright(C) 2004          Page 1 of 1                              7/24/2011 11:42:48 PM
Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011   23:49   9193543°1330                    PECC                                   PAGE  : :

# Case Summary

| | |
|---|---|
| Incident ID: | 20110724182618003219082210 |
| Patient ID: | 1722504 |
| Patient Name: | Hudson, Douglas E |

| | | | | | |
|---|---|---|---|---|---|
| Patient ID: | 1722504 | | Incident ID: | 20110724182618003219082210 | |
| Patient Name: | Hudson, Douglas E | | | | |
| Age at Incident: | 1 Days | Sex: | Male | Race: | Caucasian |
| Birth Date: | 7/24/2011 | Phone Number: | | | |
| Device ID: | 32190821 | | Time Adjustment: | System Adjusted Time | |
| Case Start Date: | 7/24/2011 | | Case Start Time: | 19:22:09 | |

Case Summary:
| | |
|---|---|
| Total Analyses: | 3 |
| Total Shocks: | 0 |
| Total 12-Leads: | 0 |
| Total Time Paced: | 00:00:00 |

Notes:

Comments:
   7/24/2011 19:53:22 [distealy] Gurney

Copyright (c) 1997-2002 Medtronic Physio-Control CorpCopy of CIG case to Litigation Support on 04.18.2013 by ce.    LNCaseReports Version 9.0.0.100
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5081                    OIG - Hudson 138

Event Log

Incident ID: 20110724182618G032190BG210
Patient ID: 1722504
Patient Name: Hudson, Douglas E

| Elapsed Time | Real Time | Description | Device ID | Device Type | HR | SpO2*FR | EtCO2(mmHg)*RR | NIBP(mmHg)*PR | P1(mmHg) | P2(mmHg) |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00:00 | 7/24/2011 19:22:10 | Power On | 32190821 | LPCRP | | | | | | |
| 00:00:04 | 7/24/2011 19:22:14 | Connect Electrodes | 32190821 | LPCRP | | | | | | |
| 00:00:23 | 7/24/2011 19:22:33 | Patient Connected | 32190821 | LPCRP | | | | | | |
| 00:00:27 | 7/24/2011 19:22:37 | Initial Rhythm | 32190821 | LPCRP | | | | | | |
| 00:00:27 | 7/24/2011 19:22:37 | Analysis 1 | 32190821 | LPCRP | | | | | | |
| 00:00:33 | 7/24/2011 19:22:43 | No Shock Advised | 32190821 | LPCRP | | | | | | |
| 00:00:38 | 7/24/2011 19:22:48 | CPR Prompt | 32190821 | LPCRP | | | | | | |
| 00:02:39 | 7/24/2011 19:24:49 | Stop CPR Prompt | 32190821 | LPCRP | | | | | | |
| 00:02:42 | 7/24/2011 19:24:52 | Analysis 2 | 32190821 | LPCRP | | | | | | |
| 00:02:48 | 7/24/2011 19:24:58 | No Shock Advised | 32190821 | LPCRP | | | | | | |
| 00:02:54 | 7/24/2011 19:25:04 | CPR Prompt | 32190821 | LPCRP | | | | | | |
| 00:04:54 | 7/24/2011 19:27:04 | Stop CPR Prompt | 32190821 | LPCRP | | | | | | |
| 00:04:57 | 7/24/2011 19:27:07 | Analysis 3 | 32190821 | LPCRP | | | | | | |
| 00:05:03 | 7/24/2011 19:27:13 | No Shock Advised | 32190821 | LPCRP | | | | | | |
| 00:05:08 | 7/24/2011 19:27:19 | CPR Prompt | 32190821 | LPCRP | | | | | | |
| 00:05:19 | 7/24/2011 19:27:29 | Connect Electrodes | 32190821 | LPCRP | | | | | | |
| 00:05:35 | 7/24/2011 19:27:45 | Power Off | 32190821 | LPCRP | | | | | | |

7/24/2011 2:54 PM
Copyright (c) 1997-2002 Medtronic Physio-Control Corp.

LIFENET BETA 1

Page 1 of 1
LNCaseReports Version 9.0.0.100

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49   91936435   0   PECC   PAGE  12

## Continuous Summary

| | | | |
|---|---|---|---|
| Incident ID: | 2011072418251800321808210 | Device Type: | LPCRP |
| tient ID: | 1722504 | Device ID: | 32180821 |
| Patient Name: | Hudson, Douglas E | Serial Number: | LPCRP32180821 |
| Device Power On: | 7/24/2011 19:22:10 | Device Configuration: | 00000048A2200000000 |
| Speed/Size: | 25mm/sec / x1.0 | Software Revision: | 3202124-027 REV 3.00 |
| Frequency: | Paddles (0.5-21Hz) | | |

*Times have been adjusted, by the system.

19:22:10 Power On
19:22:14 Connect Electrodes
19:22:33 Patient Connected



19:22:37 Initial Rhythm          19:22:40 Nonshockable
  19:22:37 Analysis 1            19:22:40 Segment 2     19:22:42 Nonshockable
    19:22:37 Segment 1                                  19:22:42 No Shock Advised

Combo Pads  Medtronic Physio-Control

19:22:48 CPR Prompt
19:24:49 Stop CPR Prompt

19:24:52 Analysis 2              19:24:55 Nonshockable
  19:24:52 Segment 1            19:24:55 Segment 2
                                  19:24:56 Nonshockable

Combo Pads  Medtronic Physio-Control

19:24:58 No Shock Advised
19:25:04 CPR Prompt
19:27:04 Stop CPR Prompt

19:27:07 Analysis 3             19:27:10 Nonshockable
  19:27:07 Segment 1           19:27:10 Segment 2
                                  19:27:13 Nonshockable

Combo Pads  Medtronic Physio-Control

19:27:13 No Shock Advised
19:27:19 CPR Prompt
19:27:29 Connect Electrodes
19:27:45 Power Off

Plaintiffs' MSJ Appx. 5083          OIG - Hudson 140

07/24/2011  23:49    919364?~ 330           PECC                              PAGE  13

Correctional Managed Care
CID ABSTRACT OF IMMUNIZATION (HSM-2)

Patient Name: HUDSON, DOUGLAS E    TDCJ#: 1722504    Date: 07/23/2011 14:41    Facility: GURNEY (ND)
Age: 62 year    Race: W    Sex: male
Most recent vitals from 9/19/2006: BP: 124 / 82 (Sitting) ; Wt: 226 Lbs.; Height: 75 in.; Pulse: 87 (Sitting) ; Resp: 16 / min; Temp: 36.4 (Oral)
Allergies:   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |

Current Medications:
ELAVIL # 100MG,    1 TABS ORAL QHS
         Special Instructions:   JAIL INTAKE
ECOTRIN EC 325MG,    1 TABS ORAL QD
LOPRESSOR 50MG,    1 TABS ORAL QAM


CID ASSESSMENT
         Immunizations
              TB
                   Manufacturer:  JHP
                   Lot#:   148614
                   Dose:   0.1cc
                   Route:  Intra-dermally
                   Site :   LFA
              TETANUS
                   Manufacturer:  SANOFI PASTEUR
                   Lot#:   U3399AA
                   Dose:   0.5 cc
                   Route:   IM
                   Site:   Left Deltoid
                   Vis Issued dated  8/10/94
              HEPATITIS B VACCINE
                   NOT AVAILABLE AT THIS TIME

Pt. > 40yrs of age hemoccult cards and printed instructions issued per policy




HSM-2  (rev. 2009)


         Electronically Signed by ORLOFF, RUTH I. L.V.N. on 07/23/2011.
         ##And No Others##

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49    919364391330               PECC                          PAGE   14
                                               GURNEY (ND)
                                     DATA CONVERSION DEPARTMENT
                                           07/24/2011 23:40

                                         Patient Demographics

           Last Name:    HUDSON                         First Dialysis Date:
           First Name:   DOUGLAS                        Primary Care Physician:
                  MI:    E                               Attending Physician: UNKNOWN, UNKNOWN
         Maiden Name:
        Date of Birth:   ████████
                 SSN:    000007422
                 MRN:    1722504                         Patient Preferred Pharmacy(s)
     Registration No:    2251698
      Admission Date:    07/21/2011 08:42               No Preference
       Marital Status:
                 Sex:    MALE
              Street:
                City:    PALESTINE
                State:   TX
          Postal Code:   75802
         Emerg Phone:
       Home Phone 1:
       Home Phone 2:
            Home Fax:
         Mobile Phone:
               Pager:
 Primary Email Address:
 Secondary Email Address:
 Tertiary Email Address:
          Next of Kin:
     Next of Kin Phone:
            Employer:
       Employ Status:
          Work Phone:
            Work Fax:
            Religion:
      Place of Worship:
      Religious Leader:
     Functional Status:

                                          Patient Insurance

       Insurance Plan:   TDCJ OFFENDER SELF PAY

               Rank:     Primary                        Elig.   Phone#:
            Phone No:                                   Copay Amount: 0.00
              Fax No:                                   Copay Percent: 0.00
  Coord Benefit Date:
       Policy Holder:    HUDSON, DOUGLAS E
            Relation:    Self
      Policy Number:
          Group Num:
         Group Name:
         Deductible:     0
 Deductible Remaining:   0
      Effective After:   07/21/2011

                             Copy of OIG case to Litigation Support on 04.18.2013 by ce.
                                 UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49    9193647~1330          PECC                          PAGE:  15

## PEARL CLINICAL PATIENT SUMMARY

GURNEY (ND)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

Name:   HUDSON, DOUGLAS E

        PALESTINE, TX 75802

| | | |
|---|---|---|
| Phone: | Work: | |
| MRN: 1722604 | SSN: 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 | Begin/End Range: 08/20/2003 to 07/21/2011 |
| DOB: ▮▮▮▮▮ | Sex: MALE | No. of Admissions: 4 |
| Age: 62 Years | Race: WHITE | First Admission Date: 08/20/2003 |
| Next of Kin: | | Last Admission Date: 07/21/2011 |
| Living will: No | | Date of Death: |
| Language: ENGLISH | | |

Other Providers:   CLARK, CAROL M
                EGAN, CHERYL K
                EGAN, CHERYL K
                UNKNOWN, UNKNOWN

## CULTURE RESULTS

No Culture Results for the date range specified.

CA Clinical Summary for: DOUGLAS E HUDSON          Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
DOB: 09/10/1948    SSN: 000007422    07/24/2011 23:41 PM          Page: 1/7

Plaintiffs' MSJ Appx. 5086              OIG - Hudson 143

07/24/2011  23:49   919364??1330        PECC                    PAGE   16

## PEARL CLINICAL PATIENT SUMMARY
GURNEY (ND)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

_____

### LAB RESULTS for last 3 days - Horizontal

No Lab Results for the date range specified.

### MAJOR PROCEDURES

No Procedures for the date range specified.

### RECENT PROCEDURES / STUDIES

| Date Performed | Facility | Description | CPT Code |
|---|---|---|---|
| 7/25/2011 | GURNEY (ND) | *HEPATITIS B SURFACE ANTIBODY [HBA] (HPHVHPESLDINP) | 86706 |
| 7/25/2011 | GURNEY (ND) | *HIV INTAKE [HIV IN] (INP\0IP2) | 86703 |
| 7/25/2011 | GURNEY (ND) | *RPR-SYPHILIS SCREEN (ADULT/BABY/IP0) | 86592 |
| 3/03/2006 | KYLE (KY) | *HIV PRE RELEASE [HIV PR] (INP) | 86703 |
| 3/2005 | KYLE (KY) | *NURSING LAB SPECIMEN COLLECTED | |
| 3/03/2006 | KYLE (KY) | *NURSING PATIENT EDUCATION | N3391 |
| 3/03/2006 | KYLE (KY) | NURSING C/O VISIT | 99394 |
| 3/15/2006 | KYLE (KY) | CHRONIC CARE OFFICE VISIT | 99214 |
| 3/29/2006 | KYLE (KY) | BRIEF OFFICE VISIT (NO COPAY) | 99201 |
| 3/23/2006 | KYLE (KY) | NURSING LEVEL 1 COMPLETE VISIT | N3391 |
| 3/14/2006 | KYLE (KY) | *NURSING INJECTION | 90799 |
| 3/14/2006 | KYLE (KY) | OCCULT BLOOD, FECES (O OB) [INP] HEMOCCULT | 82270 |
| 3/14/2006 | KYLE (KY) | PPD INJECTION REQUEST/ORDER (IP0IP1) | 90799 |
| 3/01/2006 | HAMILTON (JH) | *CHEMISTRY 8 PANEL (CHEM 8) | 84295 |
| 3/01/2006 | HAMILTON (JH) | *URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES (UA) (HVCNDB8PBIPPSYLE81001 | |
| 3/01/2006 | HAMILTON (JH) | LIPID PANEL (CNDB8FHVPSYLDMCDNBP) | 80061 |
| 3/23/2006 | KYLE (KY) | FOLLOW UP OFFICE VISIT | 99213 |
| 5/29/2006 | KYLE (KY) | NURSING ORAL MEDS | 99070 |
| 5/02/2006 | KYLE (KY) | SURGICAL PROCEDURE | 59199 |
| 4/06/2006 | HAMILTON (JH) | MEDICAL CARS 2 | MC2 |
| 3/22/2006 | HAMILTON (JH) | CHRONIC CARE OFFICE VISIT | 99214 |
| 2006 | HAMILTON (JH) | DIET ORDER-DIET FOR HEALTH (DFH)(IP0BESLDCNBF) | |

CA Clinical Summary for: DOUGLAS E HUDSON        DOB: 09/10/1943   SSN: 000007422   07/24/2011 23:41 PM   Page: 2/7
Copy of OIG Case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5087        OIG - Hudson 144

07/24/2011  23:49     919364??01330              PECC                              PAGE   17

# PeARL CLINICAL PATIENT SUMMARY
GURNEY (MD)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

## RECENT PROCEDURES / STUDIES (Continued)

| Date Performed | Facility | Description | CPT Code |
|---|---|---|---|
| 03/09/2006 | HAMILTON (JH) | BRIEF OFFICE VISIT (NO COPAY) | 99201 |
| 02/15/2006 | HAMILTON (JH) | *LIVER PANEL (LFP) | 80076 |
| 07/01/2005 | DARRINGTON (DA) | CHRONIC CARE OFFICE VISIT | 99214 |
| 12/10/2005 | ELLIS (OE) | BRIEF OFFICE VISIT (NO COPAY) | 99201 |
| 12/07/2005 | ELLIS (OE) | NURSING LEVEL 3 COMPLETE VISIT | N9391 |
| 12/04/2004 | ELLIS (OE) | BRIEF OFFICE VISIT *COPAY* | 99201 |
| 1/29/2004 | ELLIS (OE) | NURSING LEVEL 1 COMPLETE VISIT | N9391 |
| 9/28/2004 | POWLEDGE (B2) | *CHEMISTRY 16 PANEL (CHEM 16) (PSYLDMCDESLD) | 84295 |
| 9/28/2004 | POWLEDGE (B2) | *LIVER PANEL (LFP) | 80076 |
| 9/28/2004 | POWLEDGE (B2) | *URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES [UA] (HVCHD&BPBFPSYLEB1001 | 1001 |
| 8/05/2004 | ELLIS (OE) | *HEPATITIS B SURFACE ANTIGEN [HBS] (BABYHPAHEPHVHPESLD) | 87340 |
| 8/05/2004 | ELLIS (OE) | *HEPATITIS C VIRUS ANTIBODY [HCV] (BABYHPAHEPHVHPESLD) | 86803 |
| 8/05/2004 | ELLIS (OE) | *NURSING PATIENT EDUCATION | N9391 |
| ...7/2004 | POWLEDGE (B2) | NURSING LEVEL 1 COMPLETE VISIT | N9391 |
| 7/06/2004 | POWLEDGE (B2) | CHRONIC CARE OFFICE VISIT | 99214 |
| 7/02/2004 | POWLEDGE (B2) | NURSING CXO VISIT | 99394 |
| 1/25/2004 | POWLEDGE (B2) | *NURSING PATIENT EDUCATION | N9391 |
| 1/25/2004 | POWLEDGE (B2) | NURSING LEVEL 2 COMPLETE VISIT | N9391 |
| 1/05/2004 | CENTRAL (0C) | DENTAL-EXTRACTION [D7] | D7110 |
| 1/30/2004 | CENTRAL (0C) | NURSING LEVEL 3 COMPLETE VISIT | N9391 |
| 1/29/2004 | CENTRAL (0C) | D-FOCUSED EXAM BY SICK CALL REQ *COPAY* (D0) | D0140 |
| 1/29/2004 | CENTRAL (0C) | D-RADIOGRAPH, ONE FILM [D0] | D0220 |
| 1/23/2004 | CENTRAL (0C) | INTERMED OFFICE VISIT (NO COPAY) | 99203 |
| 1/09/2004 | CENTRAL (0C) | *NURSING EKG | N9391 |
| 1/09/2004 | CENTRAL (0C) | *NURSING PATIENT EDUCATION | N9391 |
| 1/09/2004 | CENTRAL (0C) | NURSING LEVEL 1 COMPLETE VISIT | N9391 |

'A Clinical Summary for: DOUGLAS E HUDSON     DOB: 09/10/1948    SSN: 600007422    07/24/2011 23:41 PM    Page: 37
Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49  9193643°1338                    PECC                                    PAGE   18

## PEARL CLINICAL PATIENT SUMMARY

GURNEY (NO)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

### REFERRALS

No Referrals for the date range specified.

### IMMUNIZATION AND VACCINATION STATUS

| Date Performed | Facility | Description |
|---|---|---|
| 08/14/2006 | KYLE (KY) | NURSING INJECTION |

### IMMUNIZATIONS

| Immunization Type | Date Given | Brand Name |
|---|---|---|

### CURRENT MEDICATIONS

| Start Date Time | Auto Stop Date Time | Drug | Dose | | | Last Date Time | Ordered B Remarks |
|---|---|---|---|---|---|---|---|
| 2/2011 09:57 pedal Instruction: | NONE JAIL INTAKE | AMITRIPTYLINE 100MG TABLET # | 1 | TABS | ORA QHS | N/A | OLIVER, JOE H |
| 7/22/2011 09:59 | NONE | ASPIRIN EC 325MG TABLET | 1 | TABS | ORA QD | N/A | SMITH, STEPHEN R |
| 7/22/2011 09:58 | NONE | METOPROLOL 50MG TABLET | 1 | TABS | ORA QAM | N/A | SMITH, STEPHEN R |

### ALLERGIES

| First Observed | Allergen | Reaction | Severity |
|---|---|---|---|
| 1/27/2003 | NO KNOWN ALLERGIES Comment  N/A | | N/A |

### CARS

ENTAL CARS 1
    First Observed:  04/03/2006 15:24        ICD9:  DC1        Diag Group:  PRIMARY        Status:  Active

ENTAL HEALTH CARS 0
    First Observed:  01/27/2006 14:24        ICD9:  MHC0        Diag Group:  PRIMARY        Status:  Active

### CHRONIC CARE

ORONARY ATHEROSCLEROTIC DISEASE (CAD) - CCC
    First Observed:  09/01/2003 12:42        ICD9:  414.0        Diag Group:  PRIMARY        Status:  Active

RTENSION (HTN) - CCC

A Clinical Summary for: DOUGLAS E HUDSON        DOB: 09/10/1948    SSN: 000007422    07/24/2011 23:41 PM    Page: 4/7
Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49     9193643°1'330                    RECC                    PAGE  19

## PEARL CLINICAL PATIENT SUMMARY

GURNEY (ND)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

|  |  |  |  |
|---|---|---|---|
| First Observed: 03/22/2006 12:20 | ICD9: 401.1 | Diag Group: PRIMARY | Status: Active |

### CID

PHYSICAL EXAMINATION
First Observed: 08/22/2003 12:30 | ICD9: V70.7 | Diag Group: PRIMARY | Status: Active

TB CLASS 0 (NO EXPOSURE PULM. TUBERCULOSIS)
First Observed: 08/01/2003 12:40 | ICD9: 011. | Diag Group: PRIMARY | Status: Active

### PROBLEM LIST

AGE
First Observed: 03/30/2006 10:01 | ICD9: 797. | Diag Group: PRIMARY | Status: Active

CARDIAC DYSRHYTHMIAS
First Observed: 03/22/2004 09:23 | ICD9: 427 | Diag Group: PRIMARY | Status: Active

CELLULITIS AND ABSCESS OF TOE
First Observed: 03/09/2006 08:20 | ICD9: 681.1 | Diag Group: PRIMARY | Status: Active

DERMATITIS NOS
First Observed: 12/04/2004 12:18 | ICD9: 692.9 | Diag Group: PRIMARY | Status: Active

DIETARY SURVEILLANCE AND COUNSELING
First Observed: 07/01/2005 09:21 | ICD9: V65.3 | Diag Group: PRIMARY | Status: Active

HIV HIGH RISK SCREENING COMPLETED
First Observed: 07/22/2005 13:56 | ICD9: V77.99 | Diag Group: PRIMARY | Status: Active

INGROWN TOENAIL OR FINGERNAIL
First Observed: 04/18/2006 09:33 | ICD9: 703.0 | Diag Group: PRIMARY | Status: Active

MEDICAL CARS 2
First Observed: 04/05/2006 10:17 | ICD9: MC2 | Diag Group: PRIMARY | Status: Active

NECK DISORDER
First Observed: 08/01/2003 12:41 | ICD9: 723.1 | Diag Group: PRIMARY | Status: Active

PAROXYSMAL SUPRAVENTRICULAR TACHYCARDIA
First Observed: 12/04/2004 12:18 | ICD9: 427.0 | Diag Group: PRIMARY | Status: Active

### CID

TETANUS TOXOID VACCINATION
First Observed: 07/22/2003 12:30 | ICD9: V03.7 | Diag Group: PRIMARY | Status: Inactive

VARICELLA, POSSIBLY SUSCEPTIBLE
First Observed: 07/21/2011 09:46 | ICD9: 052.90 | Diag Group: PRIMARY | Status: Inactive

A Clinical Summary for: DOUGLAS E HUDSON     DOB: 09/10/1948     SSN: 090007422     07/24/2011 23:41 PM     Page: 5/7
Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011   23:49   919364391.330                    PECC                                   PAGE   38

# PEARL CLINICAL PATIENT SUMMARY

GURNEY (ND)   TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

## VITAL SIGNS

| Taken Date Time | Blood Pressure Supine | Sitting | Standing | Pulse Supine | Sitting | Standing | Resp | Weight | Temp |
|---|---|---|---|---|---|---|---|---|---|
| 09/18/2006  10:31 | | 124 / 82 | | | 87 | | 16 | 228 LB | 38.4 - PO |
| 09/15/2006  08:07 | | 152 / 91 | | | 81 | | 16 | 228 LB | 97.8 - PO |
| 08/29/2006  08:45 | | 134 / 86 | | | 90 | | 12 | 225 LB | 98.6 - PO |
| 05/23/2006  16:11 | | 118 / 68 | | | 90 | | 12 | 225 LB | 96.5 - PO |
| 07/14/2006  08:45 | | 124 / 81 | | | 88 | | 16 | 221 LB | 96.7 - PO |
| 07/13/2006  14:45 | | 134 / 65 | | | 89 | | 14 | 220 LB | 96.3 - PO |

## REMINDERS

| Date | Time | Last Appointment for Current Facility:  GURNEY (ND) |
|---|---|---|
| 9-22-2003 11:00 AM | | For:          CHERYL EGAN  ·  MEDICAL |
| | | Reminder:     FOLLOW UP APPOINTMENTS |
| | | Comments: |

| Date | Time | Reminders for Current Facility:  GURNEY (ND) |
|---|---|---|
| 3-01-2011 09:48 AM | | For:          -  CID |
| | | Reminder:     PPD READING STEP 2 |
| | | Comments:     intake 07/20/11 |
| 7-30-2011 09:48 AM | | For:          -  CID |
| | | Reminder:     CID-REVIEW LAB RESULTS |
| | | Comments:     intake 07/20/11 |
| 7-30-2011 09:48 AM | | For:          RUTH ORLOFF  -  CID |
| | | Reminder:     PPD INJECTION STEP 2 |
| | | Comments:     intake 07/20/11 |
| 7-30-2011 09:48 AM | | For:          SHERRY LASITER  -  CID |
| | | Reminder:     A CURRENT REMINDER |
| | | Comments:     hemo |
| 7-25-2011 10:25 AM | | For:          -  DATA CONVERSION DEPARTMENT |
| | | Reminder:     LAB COLLECT SPECIMEN (EMR ORDER) |
| | | Comments:     *RPR-SYPHILIS SCREEN (ADULT/BABY/IPO) (07/25/2011 10:25; Order 32885912-002) |
| 7-25-2011 10:25 AM | | For:          -  DATA CONVERSION DEPARTMENT |
| | | Reminder:     LAB COLLECT SPECIMEN (EMR ORDER) |
| | | Comments:     *HIV INTAKE [HIV IN] [INPIP/OIP2} (07/25/2011 10:25; Order 32885912-001) |
| 7-25-2011 10:25 AM | | For:          -  DATA CONVERSION DEPARTMENT |
| | | Reminder:     LAB COLLECT SPECIMEN (EMR ORDER) |
| | | Comments:     *HEPATITIS B SURFACE ANTIBODY (MBA) (NP/HVHPESLDINP) (07/25/2011 10:25; Order 32 |
| 7-25-2011 09:48 AM | | For:          -  CID |
| | | Reminder:     CID-PPD READING |
| | | Comments:     intake 07/20/11 |

A Clinical Summary for: DOUGLAS E HUDSON        DOB: 09/10/1946   SSN: 000007422   07/24/2011 23:41 PM      Page: 6/7
Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

07/24/2011  23:49   9193643°1 330          PECC          PAGE   01

## PEARL CLINICAL PATIENT SUMMARY
GURNEY (ND)  TENN. COLONY, TX
Sunday , July   24, 2011 23:41 PM

07-25-2011 08:44 AM     For:          - MEDICAL
                        Reminder:     MD/MLP-INTAKE PHYSICAL
                        Comments:     recd 07/20/11  Exam 07/25/11

Date      Time      Past Due Reminders for Current Facility:  GURNEY (ND)

07-23-2011 09:48 AM     For:          - CID
                        Reminder:     PPD INJECTION
                        Comments:     Intake 07/20/11

CA Clinical Summary for: DOUGLAS E HUDSON      Copy of OIG sent to Litigation Support on 04.18.2013 by se.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED