**ORDER PROCEDURE FORM**
**CARDIOVASCULAR EMERGENCIES**

**Palestine Regional Medical Center**

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB [redacted] Sex: M MR#: L000193935
Date In: 7/24/2011 Time: EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

| Order Time | Laboratory | Time Sent | By | Order Time | Radiology | Time Sent | By |
|---|---|---|---|---|---|---|---|
| 2051 | Cardiac Profile | | | 2051 | CXR (PA/LAT - Portable) | | |
| | CBC | | | | | | |
| | BMP CMP | | | | | | |
| | Troponin | | | | | | |
| | Myoglobin | 2122 | | | | | |
| | CPK | | | | | | |
| | Magnesium | | | | Cardiac Testing | | |
| | BNP | | | 2051 | EKG | | |
| 2051 | PT/PTT | | | | ABG | | |
| | | | | | O2 LPM | | |
| | Misc. Orders | | | | | | |
| | Previous Medical Records | | | | Medical Necessity Information: 2122 - T 102.5 | | |
| | Physical Therapy - Eval & Tx | | | | | | |

| Time | Medication | | | | | | | Response | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| 2127 | Tylenol [illegible] IV | ☒ | Dr. Thomas | 2127 | [illegible] | IV | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 2203 | Bicarb [illegible] IV | ☒ | Dr. Thomas | 2205 | [illegible] | IV | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |

| Order Time | IV Solution / Added Medication | Start Time / Device / Size / Location / Attempts / Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|
| | ☒ KVO Device: | 18g bilateral A/C to [illegible] by TSCU. unit | | | | |
| | ☐ IV Fluid: | | | | | |
| | | 2101 Triple lumen Central line to (R) IJ by Dr. Thomas | | | | |

**Procedures and Monitoring**

| | | |
|---|---|---|
| ☒ Cardiac Monitor Rate____ Rhythm______ | ☐ External Pacer | ☐ Urinary Catheter |
| ☒ NIBP Monitor | ☐ Internal Pacer (Temporary) | ☐ Arterial Line Placement |
| ☒ Pulse Oximetry | ☐ Central Line Placement | ☐ NGT Insertion Tube Size___ |
| ☐ Thrombolytic Therapy (Thrombolytic Flow Sheet) | ☐ CVP Monitoring | |
| ☐ Carotid Massage | ☐ CPR | |
| ☐ Cardioversion | ☐ Endotracheal Intubation | |

**Discharge Instructions**

Initials/Signature: | Initials/Signature: [signature] | Initials/Signature: | Initials/Signature: [signature]

PA/ARNP: Physician's Signature: [signature]

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 09/14/04

**ORDER PROCEDURE FORM**
**ADDITIONAL MEDS AND IVS**

Pale. ..ine Regional Medical Center

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB [redacted] Sex: M MR#: L000193935
EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

..ate In: 7/24/2011

| | | | | | | |
|---|---|---|---|---|---|---|
| 2049 | Atropine 1mg IV | 2049 | IV | MS | | |
| 2049 | Epi 1mg IV | 2050 | IV | MS | | |
| 2051 | Epi 1mg IV | 2051 | IV | MS | | |
| 2052 | Atropine 1mg IV | 2053 | IV | MS | | |
| 2054 | Epi 1mg IV | 2054 | IV | MS | | |
| 2055 | Atropine 1mg IV | 2055 | IV | MS | | |
| 2058 | Epi 1mg IV | 2058 | IV | MS | | |
| 2101 | Sodium Bicarb 1amp IV | 2101 | IV | MS | | Verbal Orders by Dr Thomas |
| 2102 | Epi 1mg IV | 2102 | IV | MS | | |
| 2103 | Sodium Bicarb 1amp IV | 2103 | IV | MS | | |
| 2105 | Epi 1mg IV | 2105 | IV | MS | | |
| 2108 | Epi 2mg IV | 2108 | IV | MS | | |

Initials/Signature: [signature] Initials/Signature: Initials/Signature: Initials/Signature:

PA/ARNP: Physician's Signature: [signature]

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 03/05/04

**EMERGENCY DEPARTMENT MEDICATION ADMINISTRATION RECORD**

**Palestine Regional Medical Center**

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#: L000193935
Date In: 7/24/2011 EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

Allergies: NKDA

Page 1

**INFUSION/INJECTION/INTRAVENTION**

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|---|---|---|---|---|---|---|
| A | (R) hand | 18g | | | } on TDC unit | 7-24-11 |
| B | (L) hand | 18g | | | | |

**INFUSION LINE**

IV #1: Solution NS Flow Rate bolus Hydration (Initial) Sequential Concurrent
Start PTA Stop 2225 Ongoing ___ Site (A) B Rate chg/Time ___ Rate chg/Time ___ Nurse [initials]

IV #2: Solution Cordarone 1gm Flow Rate 200 mg/hr Hydration Initial Sequential (Concurrent)
Start 2147 Stop 2225 Ongoing ___ Site (A) B Rate chg/Time ___ Rate chg/Time ___ Nurse [initials]

IV #3: Solution ___ Flow Rate ___ Hydration Initial Sequential Concurrent
Start ___ Stop ___ Ongoing ___ Site: A B Rate chg/Time ___ Rate chg/Time ___ Nurse ___

IV #4: Solution ___ Flow Rate ___ Hydration Initial Sequential Concurrent
Start ___ Stop ___ Ongoing ___ Site: A B Rate chg/Time ___ Rate chg/Time ___ Nurse ___

**INJECTION**

| Medication | Response | Site | Dose | Time | Route | Nurse |
|---|---|---|---|---|---|---|
| Cordarone | Improved Worse Unchanged | A | 300mg | 2140 | IM SUBQ (IV Push) | [initials] |
| atropine | Improved Worse Unchanged | A | 1mg | 2049 | IM SUBQ (IV Push) | [initials] |
| Epi | Improved Worse Unchanged | A | 1mg | 2049 | IM SUBQ (IV Push) | [initials] |
| Epi | Improved Worse Unchanged | A | 1mg | 2051 | IM SUBQ (IV Push) | [initials] |
| atropine | Improved Worse Unchanged | A | 1mg | 2052 | IM SUBQ (IV Push) | [initials] |

**IMMUNIZATIONS**

Influenza (Site) ___ SUBQ/IM Lot# ___ Time ___ VIS Version Given: ___ Nurse ___
Pneumovax (Site) ___ SUBQ/IM Lot# ___ Time ___ VIS Version Given: ___ Nurse ___
Hepatitis (Site) ___ SUBQ/IM Lot# ___ Time ___ VIS Version Given: ___ Nurse ___
Other (Toxoid Name) ___ SUBQ/IM Lot# ___ Time ___ VIS Version Given: ___ Nurse ___
Did the patient have a reaction? (circle one) YES / NO If YES, describe in detail ___

**ORAL, SUBLINGUAL, RECTAL, TOPICAL, OR INHALATION MEDICATIONS**

Medication ___ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ___ Nurse ___
Medication ___ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ___ Nurse ___
Medication ___ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ___ Nurse ___
Medication ___ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ___ Nurse ___
Medication ___ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ___ Nurse ___

**AEROSOL**

Aerosol Medications ___ Time given ___ Patient Response ___ Nurse ___
Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one) YES / NO Nurse ___

[signature] 7/24/11

Nursing #1 Signature Date / Time Nursing #2 Signature Date / Time

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 1/5/2010

EMERGENCY DEPARTMENT
MEDICATION ADMINISTRATION RECORD

Palestine Regional Medical Center

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#: L000193935
Date In: 7/24/2011 EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

Allergies: NKDA-

Page 2

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|---|---|---|---|---|---|---|
| A | See Page | / | | | | |
| B | | | | | | |

IV #1: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ____ Stop ____ Ongoing ____ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ____

IV #2: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ____ Stop ____ Ongoing ____ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ____

IV #3: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ____ Stop ____ Ongoing ____ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ____

IV #4: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ____ Stop ____ Ongoing ____ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ____

Medication EPI 1mg Improved Worse Unchanged Site A Dose 1mg Time 2054 IM SUBQ (IV Push) Nurse [initials]
Medication Atropine Improved Worse Unchanged Site A Dose 1mg Time 2055 IM SUBQ (IV Push) Nurse [initials]
Medication EPI Improved Worse Unchanged Site A Dose 1mg Time 2058 IM SUBQ (IV Push) Nurse [initials]
Medication Sodium Bicarb Improved Worse Unchanged Site A Dose 1amp Time 2101 IM SUBQ (IV Push) Nurse [initials]
Medication EPI Improved Worse Unchanged Site A Dose 1mg Time 2102 IM SUBQ (IV Push) Nurse [initials]

Influenza (Site) ______ SUBQ/IM Lot# ______ Time ____ VIS Version Given: ____ Nurse ____
Pneumovax (Site) ______ SUBQ/IM Lot# ______ Time ____ VIS Version Given: ____ Nurse ____
Hepatitis (Site) ______ SUBQ/IM Lot# ______ Time ____ VIS Version Given: ____ Nurse ____
Other (Toxoid Name) ______ SUBQ/IM Lot# ______ Time ____ VIS Version Given: ____ Nurse ____
Did the patient have a reaction? (circle one) YES / NO If YES, describe in detail ______

Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ____ Nurse ____
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ____ Nurse ____
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ____ Nurse ____
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ____ Nurse ____
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ____ Nurse ____

Aerosol Medications ______ Time given ____ Patient Response ______ Nurse ____
Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one) YES / NO Nurse ____

[signature] 7/24/11
Nursing #1 Signature Date / Time Nursing #2 Signature Date / Time

Copy of OIG Case to Litigation Support on 04/18/2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED.

Rev. 1/5/2010

EMERGENCY DEPARTMENT
MEDICATION ADMINISTRATION RECORD

Palestine Regional Medical Center

Name: HUDSON, DOUGLAS  Pt#: L00103357263
Age: 62YRS DOB [redacted] Sex: M MR#: L000193935
Date In: 7/24/2011  EDP: THOMAS, RONALD  PCP: NO LOCAL DOCTOR

Allergies: NKDA

Page 8

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|---|---|---|---|---|---|---|
| A | See Page 1 | | | | | |
| B | | | | | | |

IV #1: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ______ Stop ______ Ongoing ______ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ______

IV #2: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ______ Stop ______ Ongoing ______ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ______

IV #3: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ______ Stop ______ Ongoing ______ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ______

IV #4: Solution ______ Flow Rate ______ Hydration Initial Sequential Concurrent
Start ______ Stop ______ Ongoing ______ Site: A B Rate chg/Time ______ Rate chg/Time ______ Nurse ______

Medication Cogentin/Decadron Improved Worse Unchanged Site A Dose 1 mg Time 2103 IM SUBQ (IV Push) Nurse MS
Medication Benadryl Improved Worse Unchanged Site A Dose 1 mg Time 2105 IM SUBQ (IV Push) Nurse MS
Medication Benadryl Improved Worse Unchanged Site A Dose 2 mg Time 2108 IM SUBQ (IV Push) Nurse MS
Medication ______ Improved Worse Unchanged Site A Dose ______ Time ______ IM SUBQ IV Push Nurse ______
Medication ______ Improved Worse Unchanged Site A Dose ______ Time ______ IM SUBQ IV Push Nurse ______

Influenza (Site) ______ SUBQ/IM Lot# ______ Time ______ VIS Version Given: ______ Nurse ______
Pneumovax (Site) ______ SUBQ/IM Lot# ______ Time ______ VIS Version Given: ______ Nurse ______
Hepatitis (Site) ______ SUBQ/IM Lot# ______ Time ______ VIS Version Given: ______ Nurse ______
Other (Toxoid Name) ______ SUBQ/IM Lot# ______ Time ______ VIS Version Given: ______ Nurse ______
Did the patient have a reaction?(circle one) YES / NO If YES, describe in detail ______

Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ______ Nurse ______
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ______ Nurse ______
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ______ Nurse ______
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ______ Nurse ______
Medication ______ Improved Worse Unchanged R PO SL INHAL TOPICAL Time given ______ Nurse ______

Aerosol Medications ______ Time given ______ Patient Response ______ Nurse ______
Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment (circle one) YES / NO Nurse ______

[signature] RN 7/24/11
Nursing #1 Signature  Date / Time  Nursing #2 Signature  Date / Time

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 1/5/2010

## *INITIAL ASSESSMENT FORM*

*Palestine Regional Medical Center*

PRIORITY: 1

ESI - 1

DATE: 07/24/2011

Patient: HUDSON, DOUGLAS

DOB: [redacted] AGE: 62YRS Sex: M

EDP: THOMAS, RONALD

PCP: NO LOCAL DOCTOR

Pt#: L0010335?263

MR#: L000193935

Worker's Comp:

Emp. Referred:

Presentation Time: 20:51 Triage Time: 20:51 Arrival Mode: EMS-PRMC

Height: ' " Weight: 225 lbs. 0 oz. 102.27 kgs. LMP: Last Tetanus: Acc By:

Chief Complaint: CARDIAC ARREST

Brief Assessment: FOUND UNRESPONSIVE AT UNIT WITH 104 AX TEMP. WAS BEING TRANSFER BY HELICOPTER FROM OUR PAD AND CODED WHILE LOADING. CPR IN PROGRESS

**Vital Signs**

T: T

P: Regular

R: Unlabored

BP: 000/000

O2: % RA

Pain Intensity Scale: / 10

Pain Location:

| | | | |
|---|---|---|---|
| NIGHT SWEATS | UNK | HEMOPTYSIS | UNK |
| WEIGHT LOSS | UNK | FEVER | UNK |
| ANOREXIA | UNK | | |

| | |
|---|---|
| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| CPR IN PROGRESS | YES |
| DOWN > 10 MINUTES | NO |

Sudden Onset:

Pre-Hospital Treatment: Refer to EMS Call Report.

Pediatric Assessment: N/A

Past Medical History: ABSCESS, SVT

**Allergies:** NKDA

Medicines: AMITRIPTYLINE 100 MG ORAL BEDTIME, METOPROLOL 50 MG ORAL DAILY, ASA 325MG ORAL DAILY,

Nurse Signature: [signature] ALG

Additional Notes:

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev 07/30/09

**EMERGENCY DEPARTMENT**
**ADDITIONAL NURSING NOTES**

**Palestine Regional Medical Center**

The signature of a nurse shall accompany each entry.

Name: HUDSON, DOUGLAS Pt#:L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#:L000193935
EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

ate In: 7/24/2011

| Date | Hour | Notes |
|---|---|---|
| 7/24/11 | 2201 | Dr Thomas notified of PH 7.32 — [illegible] |
| | 2205 | Dr spoke ē T. Morrow [illegible] for |
| | | admit & care accepted — [illegible] |
| | 2210 | Bicarb 2 amps IV given — [illegible] |
| | 2221 | Report called to J. Hunter RN — [illegible] |
| | 2225 | Rocephin 1gm IV ē [illegible] IV [illegible] done |
| | 2227 | Pt transferred to ICU ō 10 [illegible] |
| | | attendant [illegible] — [illegible] |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 03/05/04

**EMERGENCY DEPARTMENT**
**ONGOING NURSING ASSESSMENT**

**Palestine Regional Medical Center**

Name: HUDSON, DOUGLAS P#: L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#: L000193935
Date: 7/24/2011 EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

| | | | |
|---|---|---|---|
| __ Airway Clearance, Ineffective | __ Communication Impaired | __ Infection, Potential | __ Self Care Deficit |
| __ Anxiety | __ Coping, Ineffective | __ Injury, Potential | __ Skin Integrity Impairment |
| __ Breathing Patterns, Ineffective | __ Fluid Volume, Alteration in | __ Knowledge Deficit | __ Thought Processes, Impaired |
| __ Cardiac Output, Decreased | __ Gas Exchange, Impaired | __ Mobility Impaired | __ Thought Processes, Alteration in |
| __ Comfort, Alteration in | __ Hyperthermis (Fever) | __ Non-Compliance | __ Tissue Perfusion, Alteration in |
| __ Other ______ | | __ Other ______ | |

| | Met | Not Met | Int | | Met | Not Met | Int | | Met | Not Met | Int |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ FB REMOVAL | | | | ☐ IMMOBILIZATION / PROPER ALIGNMENT | | | | ☐ IMPROVEMENT OF BREATHING | | | |
| ☐ BLEEDING CONTROL | | | | ☐ DECREASE / PREVENT SWELLING | | | | ☐ STABILIZE PATIENT IN DISTRESS | | | |
| ☐ PAIN CONTROL | | | | ☐ MAINTAIN STABLE HOMEOSTASIS | | | | ☐ meet ENVIRONMENTAL NEEDS | | | |
| ☐ ALLEVIATE N/V | | | | ☐ MAINTAIN SKIN / TISSUE INTEGRITY | | | | ☐ meet PSYCHOSOCIAL NEEDS | | | |
| ☐ FEVER CONTROL | | | | ☐ PREVENT FURTHER INJURY | | | | ☐ meet SELF CARE ABILITY NEEDS | | | |
| ☐ DECREASE ANXIETY | | | | ☐ MAINTAIN / IMPROVE CIRCULATION | | | | ☐ meet EDUCATIONAL NEEDS | | | |
| ☐ SAFETY IN THE ED | | | | ☐ INFECTION CONTROL | | | | ☐ Other | | | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

| Time | Notes | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2051 | DOTT c CPR in progress. Placed on monitors + defib. BVM to nasal ETT ineffective. Dr. Thomas in. See code sheet, and | | | | | | | | | | | |
| 2109 | Pulse returned @ HR 157 B/A 143/83 | | | | | | | | | | | |
| 2113 | EKG done | | | | | | | | | | | |
| 2116 | CXR done | | | | | | | | | | | |
| 2116 | 16 fr OGT inserted c placement via auscultation & connected to LIW | | | | | | | | | | | |
| 2120 | Lab drawn, blood cx x2 drawn | | | | | | | | | | | |
| 2121 | UTMB contacted for admit c authorization rec'd # 347006 | | | | | | | | | | | |
| 2130 | 16 fr foley to gravity c approx 150 ml amber urine return | | | | | | | | | | | |
| 2127 | Dopamine 1gm IV started @ 200mcg/hr | | | | | | | | | | | |
| 2143 | ABG drawn by RT | | | | | | | | | | | |
| 2157 | Dr Thomas notified. OK K 3.0 | | | | | | | | | | | |

Discharged in care of: ______ ☐ Amb ☐ W/C ☐ Stret ☐ Carried
Discharge instructions given to ______ ☐ Verbalized understanding
Admit: Room # ICU 10 to Dr. Uy Ready for Room Time: 2220
Report called at 2221 and given to Josh Hinten
Transfered to ______ ☐ Transfer Verified
Report called at ______ and given to ______
☐ Left without treatment ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☑ Stable ☐ Serious ☐ Expired
Pain Scale: — Pain Location: unable to ...
Patient reports that pain is: ☐ Improved ☐ Unchanged ☐ Worse
Disposition Vitals: T 97.7 P 148 R 15 BP 164/100 O2 93%
Disposition Date: 7/24/11 Time: 2223 Nurse: [signature]

Copy of OIG case to Litigation Staff 2013 by ee.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HUDSON, DOUGLAS
PRE ER
M/62 Admit: 07/24/11
MR# L000193935 THOMAS, RONALD L L.ER
Acct# L00103357263

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.

82

Palestine Regional Medical Center

# EMERGENCY PHYSICIAN RECORD

## ♦Code Blue♦

TIME SEEN: 2051 on arrival ROOM: T-1

HISTORIAN: patient spouse paramedics

TRANSFER FROM: see transfer record

HX / EXAM LIMITED BY: NON VERBAL

**Reason for Code Blue:** full arrest respiratory arrest unresponsive syncopal episode other

**Admitting Diagnosis:**

**Witnessed Arrest?** no yes
noted by: family nurse other

**CPR initiated prior to MD arrival?** no yes By RN

**Down-Time before ACLS:** minutes unknown

**Initial Findings:**
mentation: unresponsive
respirations: no respirations, agonal respirations
pulse: none, weak
rhythm: asystole, vent. fibrillation, PEA brady / tachy
HR / BP
Glucose mg / dl — D-stick glucometer ISTAT — by paramedics / in ED

**Treatment initiated prior to MD arrival:**
oxygen, bag-valve-mask, intubated NASALLY
CPR / thumper, defibrillated x, IV access, IV fluids
epinephrine mg, vasopressin mg, atropine mg, amiodarone mg, sodium bicarb amps, lidocaine mg

## ROS

*CONST*: recent illness, fever / chills
*EYES / ENT*: problems with vision, sore throat
*CVS / RESP*: chest pain, shortness of breath, cough
*LNMP* — preg — post-menop
*GI / GU*: abdominal pain, problems urinating
*MS / SKIN / LYMPH*: joint pain, rash, swollen glands
*NEURO / PSYCH*: dizziness, fainting, anxiety / depression
all systems neg except as marked

*CVS / RESP / NEURO components also addressed in HPI

## PAST HX

agree w/ nurse's note for PFSH / ROS
cardiac disease — diabetes Type I Type 2 — diet / oral / insulin
CVA / TIA deficit — hypertension
old records ordered / summary:

**Medications** none see nurses note — aspirin coumadin clopidogrel
**Allergies** NKDA — see nurses note

## SOCIAL HX
smoker — drug use / abuse — alcohol (recent / heavy / occasional) — occupation INMATE

## FAMILY HX
negative UNK

## INITIAL PHYSICAL EXAM

*See reverse for initial rhythm and interventions*

**GENERAL**: no evidence of trauma — unresponsive

**RESPIRATORY**: breath sounds equal bilaterally, lungs clear — no spontaneous respirations, bag-valve-mask, ET tube, agonal respirations, decreased air movement, wheezes / rales / rhonchi

**CVS**: spontaneous pulse present — no spontaneous pulse, chest compressions (pulse w/ CPR- none poor good), heart sounds absent, irregularly irregular rhythm, extrasystoles (occasional / frequent), JVD present, murmur grade /6 sys / dias, gallop (S3 / S4)

**ABDOMEN**: soft, no mass — distention, hepatomegaly / splenomegaly, mass, guarding

**HEAD / NECK**: atraumatic, pharynx clear — head trauma, c-spine tenderness, tracheal deviation

**NEURO**: pupils reactive — unresponsive / agitated / confused, pupils fixed, dilated, unequal pupils size- R mm L mm, no motor responses, abnormal response to pain (withdraws flexion extension), Babinski reflex (R / L), reflexes absent

Reflexes

**EXTREMITIES**: no signs of trauma — rigidity, pedal edema (R / L)

**SKIN**: no rash — pallor, cyanosis, dependent lividity, decubitus

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## INITIAL EKG MONITOR RHYTHM

asystole (circled)
ventricular fibrillation
ventricular tachycardia
wide complex
narrow complex
tachycardia
bradycardia
rate=
sinus rhythm
atrial fibrillation
heart block 1° 2° 3°

## PROCEDURES & INTERVENTIONS

✓ CPR

✓ Intubated by: ED physician
with #6.0 ET tube curved / straight blade nasal / oral
Premedication: c GLIDE SCOPE
RSI etomidate succinylcholine vecuronium
Post-intubation- Breath sounds
equal R greater than L L greater than R
Pulse Ox: End-tidal CO2 detector

✓ central line placed sterile technique betadine prep
right left internal jugular subclavian femoral

__pacemaker external / transvenous
__defibrillated
__foley catheter

UNABLE to ADVANCE
LARGER ET TUBE DUE
to EDEMA c PLACE
6.0 mm ET TUBE

## LABS, EKG & XRAYS

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | | normal except |
| WBC 16 | Na | CK | WBC |
| Hgb | K 3.2 | CKMB | RBC |
| Hct | CO2 | Troponin 0.50 | bacteria |
| Platelets | Gluc | PT/PTT | dips |
| segs | BUN | INR | |
| bands | Creat | | |

ABGs
time: ___ RA / ___ LO2 pH ___ pCO2 ___ pO2 ___
time: ___ RA / ___ LO2 pH ___ pCO2 ___ pO2 ___

RHYTHM STRIP __NSR __Rate

INITIAL ED EKG
__NML ☐ Interp. by me ☐ Reviewed by me Rate
__NSR __nml intervals __nml axis __nml QRS __nml ST/T

CXR ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
__nml / NAD __no infiltrates __nml heart size __nml mediastinum

CT Scan ☐ Discsd w/ radiologist
__nml / NAD

## PROGRESS

*Also see CPR Flow Sheet*

Time ___ unchanged improved re-examined

__CPR discontinued, patient pronounced dead at ___
◆ AMI - EKG / ASA / ß-Blocker / Thrombolytics / PCI

Discussed with Dr. CARLA MORRIS Additional history from:
will see patient in: ED / hospital / office family caretaker paramedics
Counseled patient / family regarding: __Rx given
lab / rad. results diagnosis need for follow-up __admission orders written
CRIT CARE TIME (excluding separately billable procedures) ___ min

## CLINICAL IMPRESSION

(circle final dx / backslash diff dx)

Cardiopulmonary Resuscitation (circled)
successful unsuccessful
Cardiac Rhythm Disturbance
V. Tach. V. Fib. A. Fib SVT
◆ Myocardial Infarction - acute
Pulmonary Edema
Respiratory Failure
Sudden Death

DISPOSITION- ☐ admitted __POA decubitus / UTI (foley) ☐ Medical Examiner ☐ morgue ☐ transfer
CONDITION- ☐ unchanged ☐ improved ☐ stable ☐ critical ☐ serious ☐ deceased

Care transferred to Dr. ___ Time: ___

PHYSICIAN SIGNATURE [signature]
☐ Template Complete ☐ See Addendum (Dictated / Template #___)

◆ Quality Measure Initiative

Code Blue-82

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**EMERGENCY DEPARTMENT**
**CHEST PAIN NURSING ASSESSMENT**

Pal... ne Regional Medical Center

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#: L000193935
EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR

Date In: 7/24/2011 Time: 2051

Subjective Notes: cardiac arrest while attempting to transfer from Holiday Inn PHI

Pain [illegible]

Location: Quality: ☐Sharp ☐Dull ☐Cramping ☑Burning ☐Aching ( ) Severity Scale: Onset:
Provocation: ☐Other: Aggravating Factors:
Radiating: ☐No ☐Yes (see below) ☐Constant ☐Intermittent Relieving Factors:

Psychosocial [illegible]

Appearance: ☑Clean ☐Unkempt ☐Other
Environment: ☑No steps ☐Few steps ☐Many steps
Mood / Affect / Behavior: ☐Appropriate ☐Depressed ☐Anxious ☐Tearful ☑Other sedated
Nutritional status: ☑Normal ☐Cachetic ☐Obese
Religious / Cultural preference: ☐None (specify)
Caregiver: ☐Self ☐Family member ☐Significant Other ☐Group home
Best learn by: ☐Verbal ☐Written ☐Return demo
Activity level: ☐Ambulates independently ☐Requires assistance ☐Non-ambulatory ☐Performs ADL's independently ☐Requires assistance with ADL's
Learning Barriers: ☐TDD phone ☐Interpreter ☐No ☐Yes ☐Other:

Symptoms [illegible]

Mode of Onset: ☑Sudden ☐Gradual ☐Intermittent Onset: Date: Time: Duration:
Onset > 24 hrs. medical attention was sought? ☐No ☐Yes Date:

**Status at onset**: ☐Rest ☐Exertion ☐Awakened from sleep ☐ ☐

**Radiation**: ☐Substernal ☐Epigastric ☐Left Chest ☐Right Chest ☐Neck / Jaw ☐Back ☐LUE ☐RUE ☐Shoulder ☐

**Quality**: ☐Pressure / Heavy ☐Burning ☐Sharp / Stabbing ☐Constant ☐Intermittent ☐Indigestion ☐Indescribable ☐Ache ☐Crushing ☐

| Relief Measures | Yes | No |
|---|---|---|
| Rest | ☐ | ☐ |
| Food | ☐ | ☐ |
| NTG SL | ☐ | ☐ |
| | ☐ | ☐ |

**Associated signs and symptoms**: ☐Dyspnea ☐Diaphoresis ☐Nausea ☐Vomiting ☐Syncope ☐Near Syncope ☐Palpitations ☐Extreme fatigue ☐ ☐

**Chest discomfort with**: ☐Deep breathing ☐Palpation ☐Changes in position ☐Exercise / Activity ☐ ☐

**PMH from triage**: ABSCESS, SVT

☐High Cholesterol ☐Peripheral Vascular Disease ☐Previous Cardiac Arrest ☐MI Date:
☐Diabetes ☐Angina ☐HTN ☐COPD
☐Pacemaker ☐Family History ☐Smoker: ___ PPD ___ Yrs ☐Other

Procedures: ☐Heart cath ☐Stress Test ☐Angioplasty ☐CABG ☐Other — Date

Physical Assessment (Objective)

**Heart Sound**: ☐WNL ☐Click / Rub ☐Murmur ☐Rub ☐Muffled ☑Other: asystole
Cap Refill: ☑< 2 sec. (Normal) ☐> 2 sec. (Delayed)
Edema: ☑No ☐Yes Location: Degree: ☐1+ ☐2+ ☐3+

**Palpation**
Chest pain with palpation: ☐No ☐Yes Location:
Pulses: Carotid, Brachial, Radial; Femoral, Popliteal, Dorsalis Pedis
S=Strong W=Weak D=Doppler A=Absent

Abdomen: ☐Soft ☑Distended ☐Firm ☐Non-Tender ☐Rigid ☐Tender ☐Rebound Tenderness ☐Other:

Cardiac Rhythm: ☐NSR ☐Sinus Bradycardia ☐Sinus Tachycardia ☐SVT ☑Other: asystole on arrival
Apical Pulse: SpO2: % ☐Room Air ☐02:

System Review
Neurological [illegible]
☐Alert ☐Uncooperative ☐Oriented ☐Combative ☐Restrained ☐Awake but confused ... ☐Sedated
Lung: ☐Clear ☐Wheezing ☐Crackles ☐Rhonchi ☐Decreased ☐Nasal flaring [illegible]

Vital Signs: 20:51 T: P: Regular R: BP: 000/000 Nurse Signature: [signature]

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 03/05/04

(Includes herbals, OTC meds, vitamins, neutrac... ...als) Medical Records

| ADMISSION | | | | DISCHARGE | | |
|---|---|---|---|---|---|---|
| Source ☐Patient ☐Nursing Home ☐Previous Admission ☐H&P ☐Copied from Patient's Labeled Meds ☐ Patient's Pharmacy:___ Other:___ (name) ☐Patient Provided & Verified Medication List Personal Meds: ☐Sent to Pharmacy ☐Sent home with ___ (name) | | | | If Personal Meds Stored in Pharmacy, Obtained and Sent Home With ☐Patient or ☐Other: ___ (name) | | |
| Medication Name Dosage / Frequency / Route<br>Patient is Knowledgeable About Home Meds: ☐Yes ☐No | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | | Continue At Discharge | Next Dose Due At: | Patient Teaching Verified and Teaching Sheets Provided |
| AMITRIPTYLINE<br>100 MG BEDTIME ORAL | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| ASA<br>325MG DAILY ORAL | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| METOPROLOL<br>50 MG DAILY ORAL | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ___ (time) First Dose: @ | | ☐ Yes ☐ No | | |

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: ___

Vaccination Decision (Risk Assessment completed on admission)

☐Pneumococcal vaccine ☐Indicated ☐Not Indicated ☐Administer vaccine per protocol
☐Influenza vaccine ☐Indicated ☐Not Indicated ☐Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time ☐ READ BACK of a: ○ Telephone ○ Verbal Order | Date/Time ☐ READ BACK of a: ○ Telephone ○ Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: 0in. | Weight: 102.27 kg ☒ Estimated ☐ Stated ☐ Actual | Allergies: NKDA- |
|---|---|---|

## Medication Reconciliation

alestine Regional Medical Center

NAME: HUDSON, DOUGLAS AGE: 62
MR#: L000193935 PT#: L00103357263 DATE IN: 7/24/2011
EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR
Referral Physician:

Printed to Litigation Support on 04.18.2013 by ce. UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Pro-MED Forms 7/24/2011 8:56:30 PM "Setting the standard in ED Automation" Page 1 of 1

(Includes herbals, OTC meds, vitamins, neutr... ...cals)

Patient Copy

**ADMISSION**

Source ☐Patient ☐Nursing Home ☐Previous Admission ☐H&P
☐Copied from Patient's Labeled Meds ☐ Patient's Pharmacy: ____________
Other: ____________ (name) ☐Patient Provided & Verified Medication List
Personal Meds: ☐Sent to Pharmacy ☐Sent home with ____________ (name)

**DISCHARGE**

If Personal Meds Stored in Pharmacy, Obtained and Sent Home With ☐ Patient or ☐Other: ____________ (name)

Patient is Knowledgeable About Home Meds: ☐Yes ☐No

| Medication Name Dosage / Frequency / Route | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | Continue At Discharge | Next Dose Due At: | Patient Teaching *Verified and Teaching Sheets Provided* |
|---|---|---|---|---|---|
| AMITRIPTYLINE 100 MG BEDTIME ORAL | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| ASA 325MG DAILY ORAL | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| METOPROLOL 50 MG DAILY ORAL | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No ____ (time) First Dose: @ | ☐ Yes ☐ No | | |

**List New Medications to be Taken**

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: ____________

Vaccination Decision (Risk Assessment completed on admission)
☐Pneumococcal vaccine ☐Indicated ☐Not Indicated ☐Administer vaccine per protocol
☐Influenza vaccine ☐Indicated ☐Not Indicated ☐Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time ☐ READ BACK of a: ○ Telephone ○ Verbal Order | Date/Time ☐ READ BACK of a: ○ Telephone ○ Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: | Weight: 102.27 kg | Allergies: NKDA- |
|---|---|---|
| 0in. | ☒ Estimated ☐ Stated ☐ Actual | |

**Medication Reconciliation**
**alestine Regional Medical Cente**

NAME: HUDSON, DOUGLAS AGE: 62
MR#: L000193935 PT#: L00103357263 DATE IN: 7/24/2011
EDP: THOMAS, RONALD PCP: NO LOCAL DOCTOR
General Physician

Printed for Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**EMERGENC DEPARTMENT**
**FALL / ENTRAPMENT RISK ASSESSMENT**

Palestine Regional Medical Ce r

Name: HUDSON, DOUGLAS Pt#: L00103357263
Age: 62YRS DOB: [redacted] Sex: M MR#: L000193935
EDMD: THOMAS, RONALD PMD: NO LOCAL DOCTOR

Date In: 7/24/2011

FALL / ENTRAPMENT RISK Score less than 10 = low risk Score greater than 10 - high risk for fall (follow hospital protocol)

| | Score | 0 | 1 | 2 | 3 | 4 | 5 | Other |
|---|---|---|---|---|---|---|---|---|
| Age | 2 | Less than 60 | 80 or over | 60 - 69 | 70 - 79 | | | |
| Mental Status | 0 | Oriented or Comotose | | Confused 100% of the time | Unable to follow directions | Nighttime or intermittent confusion | | |
| Elimination | 0 | Continent Independent | Continent | | Requires assistance | | Incontinent | |
| Impairments | 0 | None known | | Vision/glasses or hearing/hearing aid | Confined to bed or chair | Blind or deaf | | |
| BP | 0 | Within normal limits | Systolic BP consistently less than 90 | Dizziness with position changes | | | | |
| Gait / Mobility | 0 | | (1 pt each item) Uses cane/walker Holds furniture Balance problems | | | | | History of recent falls (2 or more in past 6 months) = 7 points |
| Current Medications | 2 | | (1 pt each med) sedatives Narcotics Diuretics, Antihypertensives Benzodiazepines Post-anesthesia Psychotropics Laxatives Cathartics | | | | | |
| Predisposition Conditions | 0 | | (1 pt each item) CVA, Hypertension, Dehydration, Seizures, Arthritis, Parkinson's Disease, Loss of limbs, Post-op 1st 3 days | | | | | |
| Total | 4 | | | | | | | |

**Circle each item that applies. Document points in score column. Total at bottom of page.**

Pro-MED Forms

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 12/6/06 v.1.1

Palestine Regional
MEDICAL CENTER & REHABILITATION HOSPITAL

# CARDIOPULMONARY RESUSCITATION RECORD

HUDSON, DOUGLAS
PRE ER Admit: 07/24/11
M/62 L.ER
MR# L000193935 THOMAS, RONALD L
Acct# L00103357263

ate 7/24/11 Time Event Recog. PTA Location ER T-1 Age 62 Weight 260# Length 6

as Hospital-Wide Resuscitation Response Activated? ☒ Yes ☐ No

ondition when Need for Chest Compression / Defibrillation was Identified? ☐ Pulse (poor perfusion) ☒ Pulseless

itnessed: ☒ Yes ☐ No Indicate all Monitors that were Present at Onset: ☒ ECG ☒ Pulse Ox. ☒ Apnea (PTA)

atient Conscious at Onset: ☒ Yes ☐ No Did the patient with a Pulse Become Pulseless ☒ Yes ☐ No PTA

**Resuscitation Event Ended @** 2109

Status: ☒ Alive ☐ Dead

Reason Resuscitation Ended:
- ☒ Return of Circulation (>20 min.)
- ☐ Medical Futility
- ☐ Advance Directive
- ☐ Efforts Terminated (No Sustained ROC)
- ☐ Restrictions by Family

## AIRWAY / VENTILATION

t Onset: ☐ Spontaneous ☐ Apnea ☐ Agonal ☒ Assisted

ypes of Ventilation: Mouth/Mouth Mouth/Mask
☒ BVM ☒ ETT ☐ Tracheotomy ☐ Other: ____

me of First Assisted Ventilation: PTA

T Intubation: Time 2058 Size 6.0 ETT

By Whom: ERP - Dr Thomas

econdary Confirmation: ☒ Auscultation ☒ Ex. CO2
☐ Other: PCXR

## CIRCULATION

First Documented Rhythm: Asystole

Time Chest Compressions were started: PTA

First Documented Pulseless Rhythm: Asystole

Patient Defibrillated Yes (No)

If Yes, Time of First Shock: ____

AED Applied ☐ Yes ☐ No

AED Shock ☐ Yes ☐ Delivered ☐ 1st Shock

Pacemaker On ☐ Yes ☐ No

## BOLUS - DOSE / ROUTE     INFUSIONS - DOSE / cc PER HOUR

| IME | PULSE SPONTANEOUS/ COMPRESSIONS | SpO2 | DEFIB / CARDIOV JOULES | ATROPINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | ABG's | DOPAMINE | NOREPINEPHRINE | COMMENTS: (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
|---|---|---|---|---|---|---|---|---|---|
| 048 | C | | | | | | | | Received code blue in |
| | C | | | | | | | | progress via EMS, to T-1 |
| | C | | | | | | | | NS hanging - Rt hand IV, NC |
| | C | | | | | | | | to (R) hand |
| 49 | C | | | 1mg | | | | | Intubated nasally. Tube removed, checking placement. |
| | C | | | | | | | | Attempt to intubate c 7.5 tube |
| | C | | | | | | | | Unsuccessful attempt by ERP - |
| 50 | C | | | | | | | | Bagging c 100% O2 via BVM |
| 51 | C | | | | | | | | |
| 52 | C | | | 1mg | | | | | Attempt intubation by ERP. Unsuccessful |

ORDER'S SIGNATURE & ID [signature]

CODE TEAM NURSE'S SIGNATURE [signature]

PHYSICIAN'S PRINTED NAME R Thomas MD

PHYSICIAN'S SIGNATURE [signature] MD

DE BLUE Resus[citation] Record

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Palestine Regional
MEDICAL CENTER & REHABILITATION HOSPITAL

# CARDIOPULMONARY RESUSCITATION RECORD

HUDSON, DOUGLAS
PRF ER Admit: 07/24/11
M/62 L ER
MR# L000193935 THOMAS, RONALD L
Acct# L00103357263

Date______ Time Event Recog.______ Location______ Age______ Weight______ Length______
Was Hospital-Wide Resuscitation Response Activated? ☐ Yes ☐ No
Condition when Need for Chest Compression / Defibrillation was Identified? ☐ Pulse (poor perfusion) ☐ Pulseless
Witnessed: ☐ Yes ☐ No Indicate all Monitors that were Present at Onset: ☐ ECG ☐ Pulse Ox. ☐ Apnea
Patient Conscious at Onset: ☐ Yes ☐ No Did the patient with a Pulse Become Pulseless ☐ Yes ☐ No

Resuscitation Event Ended @ ______
Status: ☐ Alive ☐ Dead
Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.)
☐ Medical Futility
☐ Advance Directive
☐ Efforts Terminated (No Sustained ROC)
☐ Restrictions by Family

## AIRWAY / VENTILATION

Onset: ☐ Spontaneous ☐ Apnea ☐ Agonal ☐ Assisted
Type of Ventilation: Mouth/Mouth Mouth/Mask
☐ BVM ☐ ETT ☐ Tracheotomy ☐ Other:______
Time of First Assisted Ventilation:______
ET Intubation: Time______ Size______
By Whom:______
Secondary Confirmation: ☐ Auscultation ☐ Ex. CO2
☐ Other:______

## CIRCULATION

First Documented Rhythm:______
Time Chest Compressions were started:______
First Documented Pulseless Rhythm:______
Patient Defibrillated Yes No
If Yes, Time of First Shock:______
AED Applied ☐ Yes ☐ No
AED Shock ☐ Yes ☐ Delivered ☐ 1st Shock
Pacemaker On ☐ Yes ☐ No

BOLUS - DOSE / ROUTE INFUSIONS - DOSE / cc PER HOUR

| TIME | PULSE SPONTANEOUS/ COMPRESSIONS | SpO2 | DEFIB / CARDIOV JOULES | ATROPINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | ABG's | DOPAMINE | NOREPINEPHRINE | COMMENTS: (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
|---|---|---|---|---|---|---|---|---|---|
| 51 | / | | | | | | | | |
| 55 | / | | | 1 mg | | | | | Attempt intubation c glidescope by ERP. Unsuccessful |
| | / | | | | | | | | Bagging c 100% O2 via BVM. |
| 57 | / | | | | | | | | Intubated c glidescope, size |
| 58 | / | | | | | | | | 6.0 ETT, Successful. |
| 01 | / | | | | | | | | (R) IJ placed by ERP. Blood |
| | / | | | | | | | | drawn. All meds through CVL |
| 02 | / | | | | | | | | NS @ 2L / hung. |
| 03 | / | | | | | | | | |
| 05 | / | | | | | | | | |
| 08 | / | | | | | | | | |

RECORDER'S SIGNATURE & ID [signature]
CODE TEAM NURSE'S SIGNATURE [signature]
PHYSICIAN'S PRINTED NAME [handwritten] MD
PHYSICIAN'S SIGNATURE [signature] MD

BLUE Resus Record

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR MEMOS PROHIBITED

Palestine Regional Medical Center & Rehabilitation Hospital

# CARDIOPULMONARY RESUSCITATION RECORD

HUDSON, DOUGLAS
PRE ER [redacted] Admit: 07/24/11
M/62 L.ER
MR# L000193935 THOMAS, RONALD E
Acct# L00103357263

te______ Time Event Recog.______ Location______ Age______ Weight______ Length______

is Hospital-Wide Resuscitation Response Activated? ☐ Yes ☐ No

ndition when Need for Chest Compression / Defibrillation was Identified? ☐ Pulse (poor perfusion) ☐ Pulseless

tnessed: ☐ Yes ☐ No Indicate all Monitors that were Present at Onset: ☐ ECG ☐ Pulse Ox. ☐ Apnea

tient Conscious at Onset: ☐ Yes ☐ No Did the patient with a Pulse Become Pulseless ☐ Yes ☐ No

Resuscitation Event Ended @ ______

Status: ☐ Alive ☐ Dead

Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.)
☐ Medical Futility
☐ Advance Directive
☐ Efforts Terminated (No Sustained ROC)
☐ Restrictions by Family

## AIRWAY / VENTILATION

Onset: ☐ Spontaneous ☐ Apnea ☐ Agonal ☐ Assisted

pes of Ventilation: Mouth/Mouth Mouth/Mask

☐ BVM ☐ ETT ☐ Tracheotomy ☐ Other:______

ne of First Assisted Ventilation:______

T Intubation: Time______ Size______

By Whom:______

condary Confirmation: ☐ Auscultation ☐ Ex. CO2

☐ Other:______

## CIRCULATION

First Documented Rhythm:______

Time Chest Compressions were started:______

First Documented Pulseless Rhythm:______

Patient Defibrillated Yes No

If Yes, Time of First Shock:______

AED Applied ☐ Yes ☐ No

AED Shock ☐ Yes ☐ Delivered ☐ 1st Shock

Pacemaker On ☐ Yes ☐ No

BOLUS - DOSE / ROUTE | INFUSIONS - DOSE / cc PER HOUR

| TIME | PULSE SPONTANEOUS/ COMPRESSIONS | SpO2 | DEFIB / CARDIOV JOULES | ATROPINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | ABG's | DOPAMINE | NOREPINEPHRINE | COMMENTS: (i.e.: Peripheral / Central Line Placement, IO, Chest Tube, Vital Signs, Response to Interventions) |
|---|---|---|---|---|---|---|---|---|---|
| 09 | ✓ | 98% | | | | | | | Strong Pulse |
| 13 | ✓ | | | | | | | | pexe |
| 6 | ✓ | | | | | | | | 16 Fr Orogastric tube |
| | | | | | | | | | placed |
| 21 | | | | | | | | | UTMB Managed Care |
| | | | | | | | | | called, Received |
| | | | | | | | | | authorization to admit. |

RECORDER'S SIGNATURE & ID [illegible signature]

CODE TEAM NURSE'S SIGNATURE [illegible signature]

PHYSICIAN'S PRINTED NAME [illegible] Thomas

PHYSICIAN'S SIGNATURE [illegible signature] MD

BLUE Resus Record

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HUDSON, DOUGLAS
PRE ER Admit: 07/24/11
M/62 L.ER
MR# L000193935 THOMAS, RONALD L
Acct# L00103357263

BEYOND THE CALL

6 Date 7/22/11 Flt #

| Disp. | Enroute | Scene | Pt Contact | Depart | Hospital | Available |
|---|---|---|---|---|---|---|
| 1951 | 1955 | 2020 | 2022 | 2046 into ED | | |

**Pt Information** Name

Address City St.

DOB / / Age M / F Last 4 digits of SSN#

**Incident Info** Scene / Transfer ALS / BLS Agency Approx Time of Incident

County Zip code:

**Description of Incident or HPI** Sending Facility Sending MD, DO, NP, PA

Rollover ☐ Auto/Ped ☐ Motorcycle ☐ Helmet ☐ Seatbelt ☐ Airbag ☐ Extr. Time

Pt was reported to start having sz activity @ 1755 in dorm @ prison. EMS called @ 1900 and upon arrival pt core temp 105°F.

**Pt History** 225 kg (lbs) Ideal BW Allergies: Unknown

Pertinent Past History Unknown

Current Meds Unknown

**PTA Treatment** O2 (IV) Immobilization HI (C-collar) Medical control patch Y (N) Physician Name Facility:

Nasal intubation 6.0 @ 20

**PTA MEDS**

| Time | SBP | DBP | Pulse | Resp | SpO2 | ETCO2 | Temp | CRT | Pain | GCS E | V | M | EVENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PTA | 130 | 76 | 212 | Ø | 94 | 35 | 105 | — | — | 1 | 1 | 1 | |
| 30 | 118 | 64 | 230 | Ø | 95 | 37 | — | — | — | 1 | 1 | 1 | |
| 2040 | 96 | 60 | 207 | Ø | 95 | 33 | — | — | — | 1 | 1 | 1 | |
| 2046 | 96 | 54 | 37 | Ø | — | 31 | — | — | — | 1 | 1 | 1 | Pt was being loaded. Pt removed and taken into ED. |

**Vent Settings** Time on Vent: Mode, Rate, TV, FiO2, PEEP, PIP, I:E, Flow

**Pertinent Positives Physical Exam** Blood Glucose: 127

| | |
|---|---|
| NEURO | Unresponsive |
| SKIN | Hot, diaphoretic |
| HEENT | 6.0 ETT @ nare 6.0 @ 20 cm |
| NECK | C-collar placed |
| CHEST | Rhonchi |
| CARDIAC | Rapid A.fib |
| ABDOMEN | distended |
| PELVIS | stable |
| BACK | clear |
| EXTREMITY | Ø pulses Ø mottled |

| Time | Site | Sol | Gage | Admix /Rate /Conc. |
|---|---|---|---|---|
| PTA | (R) AC | NS | 18 | w/o |
| 2024 | (L) AC | NS | 18 | w/o |

| Time | MED | Dose / Conc. | Effect |
|---|---|---|---|
| | Versed | 10 mg | (+) |
| | Roc. | 100 mg | (+) |
| | Fentanyl | 100 mcg | (+) |
| | Amiodarone | 150 mg / 10 min | None |

**Additional Treatment Rendered** Pt coded while being loaded into A/C. Pt moved from helipad to ED. Pt care released to ED staff. Assisted c CPR. Pt has ROSC and plan is to admit pt to ICU. G. Helton FPC

**I/O** PTA I: 2000 O: —
Inflight I: 65 O: —
Total estimated blood loss: —

LAB:

Transfer of Care: Facility Name: 2 Department: VS @ destination BP____ RESP____ HR:____ Temp:____

Time: 2047 ETT verified by: W Thomas cm@lip 20 IV's patent Y/N

FCM 1 G. Helton FPC Report Rec'd By [signature] Left @ rec. Hosp CT X-Rays

FCM 2 L. Murphy CFRN Rec. Physician Patient belongings: Ø

Copy of OIG case # litigation Support on 04.18.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

NOTE: ALL TRANSPORTS *REQUIRE* COMPLETED FORM TO BE LEFT AT RECEIEIVNG FACILITY AT TIME OF TRANSFER. 9/30/10

White/ Rec Facility • Yellow/ PHT

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: ______________ TDCJ#: ______________ Date: __________
Facility:

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
|---|---|---|---|---|---|---|---|---|
| L hand | hand | 18 | | open | 1900 | | IV | Emesis |
| Rt hand | hand | 18 | | open | 1900 | | NG | NG |
| | | | | | | | Other: | Other: |

IV Per A. [illegible] LVN

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.

| | | | |
|---|---|---|---|
| ☐ | Cell | Date: | Time: |
| ☐ | TDCJ Infirmary – Facility: | ☐ | Improved |
| ☐ | Local ER | ☐ | Stable |
| ☐ | Hospital Galveston | ☐ | Unstable |
| ☐ | Other: | ☐ | Deceased |
| ☐ | Van | Date: | Time: |
| ☐ | Local EMS | ☐ | N/A |
| ☐ | 911 Transfer | ☐ | Yes |
| ☐ | UTMB EMS | ☐ | No |
| ☐ | Other: | PRE-CERTIFICATION #: | |
| PECC Contact Name (UTMB ONLY): | | UR CONTACT: | |
| Time Contacted: | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

[signature] ______________ ______

______________ ______

______________ ______

______________ ______

______________ ______

______________ ______

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ESO Solutions Reporting

# Palestine Regional Medical Cnt

## Patient Care Record

**Name:** Hudson, Douglas **Incident #:** 11205-18 (Draft) **Date:** 07/24/2011 Patient 1 of 1

### Patient Information

| | | | | | |
|---|---|---|---|---|---|
| **First Name** | Douglas | **Middle Name** | E | **Last Name** | Hudson |
| **DOB** | [redacted] | **Age** | 62 Years 10 Months 14 Days | **Gender** | Male |
| **Country** | UNITED STATES | **Address** | 1391 FM 3328 | | |
| **City** | Tennessee Colony | **State** | Texas | **Zip Code** | 75861 |
| **SSN** | 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 | **Telephone** | (903) 928-2311 | | |
| **Drv. License** | | **DL State** | | **Weight** | 102 kgs 225 lbs |

### Clinical Impression

**Primary Impression**

Altered Level of Consciousness

**Secondary Impression**

Hyperthermia

**Supporting Signs & Symptoms**

Level of Consciousness - Unconscious

Environmental - Heat Stroke

Cardiac - Tachycardia

**Injury Details**

Excessive Heat

### Med HX / Allergies / Meds

| Past History | Allergy | Present Medication |
|---|---|---|
| Unknown | NKDA | Unknown |

### Vital Signs

| Time | AVPU | BP | Pulse | RR | SPO2 | ETCO2 | BG | Temp | GCS | RTS | Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1948 | U | 148 / 96 A | 236 R | 32 R | 94 O2 | | | | 3-1,1,1 | | 0 - 1 |
| 1955 | U | 145 / 94 A | 210 R | 30 R | 99 O2 | 36 | 122 | | 3-1,1,1 | | 0 - 1 |
| 1959 | U | 142 / 95 A | 198 R | 30 R | 99 O2 | 31 | | | 3-1,1,1 | | 0 - 1 |
| 2004 | U | 142 / 95 A | 200 R | 30 R | 100 O2 | 33 | | | 3-1,1,1 | | 0 - 1 |
| 2010 | | 142 / 86 | 188 | 26 | 100 | 36 | | | | | |
| 2012 | U | 154 / 88 A | 154 R | 28 V | 100 O2 | 32 | | | 3-1,1,1 | | 0 - 1 |
| 2015 | U | 154 / 88 A | 192 R | 26 R | 100 O2 | 30 | | | 3-1,1,1 | | 0 - 1 |
| 2023 | U | 130 / 79 A | 104 R | 30 R | 99 O2 | 34 | | | 3-1,1,1 | | 0 - 1 |
| 2034 | U | 120 / 53 A | 200 R | 28 R | 99 O2 | | | | 3-1,1,1 | | 0 - 1 |
| 2037 | | / | | | 96 | | | | | | |

### 3-Lead ECG/12 Lead Interpretation

| Time | ECG |
|---|---|
| 1948 | Supraventricular Tachycardia |
| 1955 | Supraventricular Tachycardia |
| 1959 | Supraventricular Tachycardia |
| 2004 | Supraventricular Tachycardia |
| 2012 | Supraventricular Tachycardia |
| 2015 | Supraventricular Tachycardia |
| 2023 | Sinus Tachycardia |
| 2034 | Supraventricular Tachycardia |

| Time | 12 Lead Interpretation |
|---|---|

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| Time | 12 Lead Interpretation |
|---|---|
| 1959 | SVT no noted ST elevation |
| 2012 | SVT no noted ST elevation possible A fib rythym |
| 2034 | SVT no noted ST elevation |

**Flow Chart**

| Time | Treatment | Provider |
|---|---|---|
| 2006 | Adenosine Dose:6 mg Route: Intravenous Response: Unchanged | St.Clair Doug |
| 2011 | Adenosine Dose:12 mg Route: Intravenous Response: Improved | St.Clair Doug |
| 2026 | Adenosine Dose:12 mg Route: Intravenous Response: Improved | St.Clair Doug |

**Endotracheal Tube Verification**

N/A

**First Responder Treatment Prior to Arrival**

| Aid Prior To Arrival By | Aid Prior To Arrival Type | Comments |
|---|---|---|

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Assessment

| Category | Abnormalities | Comments |
|---|---|---|
| Skin | Skin: Hot | pale dry hot to touch turg good |
| Heent | Head/Face : Other Neck : Other | tracheal tugging, pupils fixed non reative, somewhat gag reflex noted, OPA somewhat tolerated but unable to orally intubate due to gag reflex |
| Chest | Chest : Accessory Muscles Usage | lung sds clear bilate |
| Back | No Abnormalities | |
| Abdomen | No Abnormalities | |
| Pelvis/GU/ | No Abnormalities | |
| Extremities | Other : LA, RA, LL, RL | all ext limp no injuries observed |
| Mental Status | Mental Status: Unresponsive Not Oriented to: Person, Place, Time, Event | |
| Neurologic | Neurological: Other | unconscious unresponsive |

## Narrative

Called to TDCJ-Beto Unit to pt unconscious breathing w/ temp of approx. 105 degrees, they attempting IV's & ice...... Note extremely hot day over 100 degrees........... Arrived to find this approx. 55 y/o M pt unconscious unresponsive except for partial gag reflex, pt breathing labored deep, pt lying in semi fowlers position on gurney in the infirmary on O2 via NRB @ 15 LPM, 2 IV's in place bilate 18 g w/ .9% NS @ w/o rate approx. 1 litre of fluid has been given, pt also has large ice packs placed in his groin area & under his arm pits, these were left in place throughout transport, pt is pale very hot dry skin away from ice areas, turg good, no noted injuries, arms & legs limp,pt appears to be approx. 225 lbs., lung sds clear bilate, Nurses state this pt was brought from another TDCJ Unit, TDCJ Gurney Unit, & arrived @ 1900 hrs unconscious unresponsive breathing w/ a body core temp of 105 degrees, When I asked them hx they state they don't know anything else including when this started how long pt may have been unconscious, how he or where he was found & also they state that he is a new inmate & they do not know any previous hx including pt hx, meds or allergies, also note pt does have somewhat of a gag reflex........... Continued O2 via NRB @ 15 lpm, OPA inserted & some gag reflex noted but was kept in place & somewhat tolerated, suctioned pt, ecg applied showing SVT reg @ approx. 236 rate, 2 .9% NS IV's in place via 18g L dorsal hand & R forearm (note these are not needleless IV tubing set ups), approx 1 litre has been given at this time, ice packs kept in place groin area & arm pits, attempted oral intubation but unsuccessful due to gag reflex, suctioned pt, pt nasally intubated @ 1936 hrs w/ #6.0 ETT placed @ 20 verified w/ bilate lung sds good air movement in & out of ETT, capnography showing good wave forms & readings, pt O2 sat increased & color improved, began ventilating pt w/ 100% O2 & resp eased, tube secured, also note C-Collar was placed onto pt & again reverified good ETT placement, ecg shows SVT reg which has slowed to approx. 196 rate reg, 12 Lead showing same w/ no noted ST elevation, contacted M/C, Dr Thomas & he requested pt be flown to a higher level trauma Center, helicopter, PHI, was immediately requested & told to meet us at PRMC-LZ, informed TDCJ Correctional staff that pt would be flown so that they could make arrangements, began transport code 3 to PRMC-LZ, pt given Adenosine 6 mg fast IVP @ 2004 hrs, no noted chg, Adenosine 12 mg given IVP @ 2010 hrs, pt converted to sinus tach reg @ approx. 110 rate briefly but then converted back to SVT @ approx. 190 rate, Flight crew arrived & I quickly gave pt report & let them quickly eval pt & we then both agreed to give last Adenosine, Adenosine 12 mg given IVP @ 2025 hrs & again rythym converted briefly to ST reg @ approx. 106 rate & then back again to SVT @ approx. 190 rate, pt was then moved to PHI helicopter & care was turned over to flight crew, approx. 6-8 mins later I was requested back to helicopter to assist flight crew to move pt from helicopter & into PRMC-ER @ 2046 hrs due to serious pt chg............

## Specialty Patients

**Spinal Restriction**

| | Yes | No |
|---|---|---|
| Unreliable Patient Exam? | ☐ | ☑ |
| Distracting Injury? | ☐ | ☑ |
| Abnormal Sensation/Motor? | ☐ | ☑ |
| Spinal Pain/Injury? | ☐ | ☑ |

**Cardiac Arrest**

Cardiac Arrest : Yes, After EMS Arrival

Cardiac Arrest Etiology : Presumed Cardiac

Witness Arrest By ☐ Bystander ☐ Healthcare Provider ☐ Not Witn

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| | | | |
|---|---|---|---|
| **Estimated Time of Arrest :** 2-4 Minutes | | | |
| **AED Used Prior to Arrival** | [ ] Yes | [ ] No | |
| **AED Used By** | | | |
| **CPR Initiated By** | [ ] Bystander | [ ] Family | [x] EMS |
| | [ ] HealthCare Provider | [ ] Law Enforcement | [ ] Other |
| **Resuscitation Attempted** | Attempted Defibrillation | Not Attempted - Considered Futile | [x] Attempted Ventilation |
| | Not Attempted - DNROrders | [x] Initiated Compressions | Not Attempted Signs of |
| **Initial Monitored Rhythm :** PEA | | | |
| **Return of Spontaneous Circulation (ROSC) :** Yes,Prior to ED and at ED | | | |
| **Rhythm At Destination :** PEA | | | |
| **Expired In Field** | [ ] Yes | [ ] No | |
| **Resuscitation Discontinued :** 21:09 07/24/2011 | | | |
| **Discontinuation Reason :** Return of Spontaneous Circulation (pulse or BP noted) | | | |
| **Pronouncement** | Time: 0000 | Physician: | |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location | TDCJ BETO UNIT | Disposition | Transport Lights/Sirens | Call Received | 19:02:00 |
| Address | 1391 FM 3328 | Transport Due To | Protocol | Dispatched | 19:03:00 |
| City | Tennessee Colony | Treatment Level | Advanced Life Support | En Route | 19:03:00 |
| State | Texas | Physician/RN | PHI M/C | On Scene | 19:20:00 |
| County | Anderson | Receiving Report | | At Patient | |
| Zip | 75861 | | | | |
| Medic Unit | Medic 39 | Destination | Palestine Regional Med Center -LZ | Depart Scene | 19:42:00 |
| Run Type | 911 call | | | At Destination | 20:03:00 |
| Priority Scene | Lights/Sirens | Address | 2900 S Loop 256 | Incident Close | |
| Requested By | Physician | City | Palestine | | |
| | | State | Texas | | |
| | | Zip | 75801 | | |

**Crew Members**

| Personnel | Employee Number | Position | Certification |
|---|---|---|---|
| St.Clair Doug | 115 | Lead Medic | Paramedic |
| Jacobs Wendy | 149 | Driver | EMT |

**Insurance Details**

| | | | | | |
|---|---|---|---|---|---|
| Insured's Name | Douglas Hudson | Medicare | | Job Related Injury | ☐ |
| Relationship To Insured | Self | Medicaid | | Employer | |
| Address | 1391 FM 3328 | | | Contact | |
| City | Tennessee Colony | Primary Insurance | UTMB Managed Care | Phone | |
| State | Texas | Policy# | | | |
| Zip | 75861 | Group# | | Next of Kin Name | TDCJ Beto Unit Warden |
| | | | | Relationship to Patient | Other |
| | | Secondary Insurance | | Address | 1391 FM 3328 |
| | | Policy# | | City | Tennessee Colony |
| | | Group# | | State | Texas |
| | | | | Zip | 75861 |
| | | | | Phone | (903) 928-2217 |

CARM OIG-CO UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Palestine Regional
MEDICAL CENTER & REHABILITATION HOSPITAL

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Physician's Orders |
|---|---|---|
| 7/25/11 | 1450 | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| | | - Discussion with family members and Dr. Chick |
| | | made. Family decided to withdraw all life |
| | | support. Dr. Chick agrees with family decision. |
| | | He suggests Hospice referral. |
| | | - Withdraw / Discontinue Mechanical Ventilatory support |
| | | - Discontinue Dopamine, Dobutamine and Levophed |
| | | - Extubate patient. Place on $O_2$ via nasal cannula |
| | | - Ativan 2 mg IVP prn for seizure/agitation |
| | | - Refer to Hospice as suggested by Dr. Chick |
| | | - Keep IV heplocked. |
| | | - Discontinue Foley catheter |
| | | 07/25/2011 1540 [illegible] RN |
| | | Cesar Uy, M.D. Apogee Physicians |

Allergies & Sensitivities ☐ NKA

PATIENT ID

HUDSON, DOUGLAS
Admit: 07/24/11
ADM IN [redacted] M/62 ICU-0
MR# L000193935 GHOSH, TAPATI
Acct# L00103357263

Weight | Height | Diagnosis

Copy of OIG case to Litigation Support on 04.18.2013 by
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Physician's Orders

Palestine Regional
MEDICAL CENTER & REHABILITATION HOSPITAL

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Physician's Orders |
|---|---|---|
| | | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| 07/25/2011 | 1025 | 1. Hold Lovenox d/t coagulopathy. |
| | | TORBC DR Uy / MWOLFN |
| | | 07/25/2011 1040 MWOLFN — Cesar Uy, M.D. Apogee Physicians 7/25/14 |
| 07/25/2011 | 1040 | 1. EKG Now. |
| | | TORBC DR Uy / MWOLFN |
| | | 07/25/2011 1050 MWOLFN — Cesar Uy, M.D. Apogee Physicians 7/25/14 |
| 07/25/2011 | 1110 | 1. PT, PTT, Fibrinogen @ 1700 today. |
| | | TORBC DR Unick / MWOLFN |
| | | Noted [illegible] |
| 7/25/11 | 1420 | — Problem: Rash |
| | | — Benadryl 25 mg IV now then Q6h prn for rash |
| | | — Hypotears - 2 drops each eye Q 2 h |
| | | 07/25/2011 1432 MWOLFN — Cesar Uy, M.D. Apogee Physicians |

Allergies & Sensitivities ☐ NKA

PATIENT ID
HUDSON, DOUGLAS
ADM IN [redacted] M/62 Admit: 07/24/11 L.ICU-0
MR# L000193935 GHOSH, TAPATI
Acct# L00103357263

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Physician's Orders



Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.

| Date | Time | Physician's Orders |
|---|---|---|
| | | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| 07/25/11 | 0900 | PT/INR, PTT and Fibrinogen stat - may use 0500 blood in lab |
| | | Echo this am |
| | | TORB: Dr. Uy [illegible] |
| 7-25-11 | | Digoxin 0.5 mg IV now |
| | | " 0.25 mg in 2 h |
| | | Starting in am digoxin 0.125 mg qd IV |
| | | 07/25/2011 1004 [illegible] |
| 7/25/11 | 1000 | - Please obtain [illegible] TSH, BNP added to labs drawn earlier |
| | | - Obtain UA and Urine drug screen |
| | | - No aspirin due to thrombocytopenia |
| | | - No beta-blocker or ACE-I due to hypotension |
| | | - Discontinue Rocephin & Azithromax |
| | | - Start Zosyn 2.25 gram IVPB now, then Q6h |
| | | - Start Ciprofloxacin 400 g IVPB now, then Q24h |
| | | - Start Vancomycin 1 gram IVPB now, then Q24h |
| | | - Vancomycin trough level prior to every 3rd dose |
| | | - Hold Vancomycin infusion for trough > 15 |
| | | - Sputum culture / gram stain (from aspirate) |
| | | - D/C medication list |
| | | - Strict I & O |
| | | - Send viral hepatitis serology (A, B, C) |

Cesar Uy, M.D.
Apogee Physicians

Allergies & Sensitivities ☐ NKA

07/25/2011
1050
[illegible]

PATIENT ID
HUDSON, DOUGLAS
ADM IN Admit: 07/24/11
M/62 L.ICU-0
MR# L000193935 GHOSH, TAPATI
Acct# L00103357263

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

Physician's Orders

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Run Date/Time: 07/25/11 0057 Printed by: PRNURJDM

TRANSFER PHYSICIAN ORDERS
MEDICATION RECONCILIATION ORDER

HUDSON,DOUGLAS

ATTENDING: GHOSH,TAPATI WEIGHT: .00 kg lbs ACCOUNT: L00103357263
MRI ALLERGY: No Known Intolerances (From )
PHA ALLERGY: No Known Intolerances (From )

| ********* Home Medications ********* DRUG NAME | DOSE | FREQUENCY | LAST DOSE | CONT PER PRESCRIBING PHYSICIAN | DO NOT ORDER | CHANGE | RX WRITTEN |
|---|---|---|---|---|---|---|---|
| 1. ASA (ASPIRIN) 325MG | PO | DAILY | | | ✓ | | |
| Change: held due to thrombocytopenia | | | | | | | |
| 2. LOPRESSOR 50MG | PO | DAILY | | | ✓ | | |
| Change: held due to Hypotension | | | | | | | |
| 3. ELAVIL 100MG | PO | AT BEDTIME | | | ✓ | | |
| Change: | | | | | | | |

*** I have reviewed the above Home Medication list ***
*** and reconciled it with other patient medications. ***

| ********* Active Hospital Meds ********* ART DATE / STOP DATE | DRUG NAME / GENERIC NAME | DOSE | ROUTE | SCHEDULE | SIG | RX NUMBER | CONT PER PRESCRIBING PHYSICIAN | DO NOT ORDER | CHANGE | RX WRITTEN |
|---|---|---|---|---|---|---|---|---|---|---|
| | ===== SCHEDULED MEDICATIONS ===== | | | | | | | | | |
| 07/24/11 | ZITHROMAX 500 MG VIAL | 250 ML | IV | 175 MLS/HR | Q24H | 001185150 | | | | |
| 08/23/11 | D5W | | | | | | | | | |
| | ZITHROMAX 500 MG VIAL | 500 MG | | | | | | | | |
| Change: | | | | | | | | ✓ | | |
| 07/26/11 | ROCEPHIN 1000 MG IV | 50 ML | IV | 100 MLS/HR | QDAY | 001185151 | | | | |
| 08/09/11 | D5W | | | | | | | | | |
| | ROCEPHIN 1000 MG IV | 1000 MG | | | | | | ✓ | | |
| Change: | | | | | | | | | | |

*** CHECK MARK TO CONTINE, DISCONTINUE, OR CHANGE MEDICATION ***

Physician Signature [signature] 7/25/11 1003 Date/Time
Cesar Uy, M.D.
Apogee Physicians

HUDSON,DOUGLAS
AC# L00103357263 ADM IN L.IC.
MR# L000193935 ADM 07/24/11
GHOSH,TAPATI
AGE 62 DOB [redacted] SEX M

**************** This is a permanent part of the record. Please do not discard. ****************

PHYSICIAN'S ORDERS

Page: 1 (See Page 2)

Faxed - Pharm 7/25/11 1015

7/25/2011 [handwritten]

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Run Date/Time: 07/25/11 0057 Printed by: FRNURJDM

TRANSFER PHYSICIAN ORDERS
MEDICATION RECONCILIATION ORDER

HUDSON,DOUGLAS

ATTENDING: GHOSH,TAPATI WEIGHT: .00 kg lbs ACCOUNT: L00103357263
MRI ALLERGY: No Known Intolerances (From )
PHA ALLERGY: No Known Intolerances (From )

| ********** Active Hospital Meds ********** START DATE DRUG NAME / STOP DATE GENERIC NAME | DOSE | ROUTE | SCHEDULE | SIG | RX NUMBER | CONT PER PRESCRIBING PHYSICIAN | DO NOT ORDER | CHANGE | RX WRITTEN |
|---|---|---|---|---|---|---|---|---|---|
| 07/24/11 D5-1/2NS/KCL 20MEQ/L IV SOL<br>08/23/11 D5-0.45NACL/POTASSIUM CHLORIDE<br>LABEL COMMENTS: START: +10mmol Phos<br>STOP:<br>ONGOING:<br>Change: | 1000 ML | IV | 150 MLS/HR | .Q6H40M | 001185154 | ✓ | | | |
| 07/24/11 TYLENOL 325 MG TAB<br>08/23/11 ACETAMINOPHEN<br>LABEL COMMENTS: FOR PAIN/ FEVER<br>Change: | 650 MG | PO | PRN | Q4HP | 001185152 | ✓ | | | |
| 07/24/11 PROVENTIL 0.83MG/ML INHALATI<br>08/23/11 ALBUTEROL<br>LABEL COMMENTS: THERAPEUTIC SUB FOR LEVALBUTEROL<br>Change: | 3 ML | IH | PRN | Q4HP | 001185153 | ✓ | | | |
| 07/24/11 DOPAMINE 400 MG/250 ML PREMI<br>08/23/11 DOPAMINE/D5W<br>LABEL COMMENTS: MAINTAIN SBP>100<br>CONCENTRATION = 1.6 MG/ML<br>Change: | 250 MG | IV | PRN | UD | 001185155 | ✓ | | | |

*** CHECK MARK TO CONTINE, DISCONTINUE, OR CHANGE MEDICATION ***

HUDSON,DOUGLAS
AC# L00103357263 ADM IN L.IC. C
MR# L000193935 ADM 07/24/11 SCH
GHOSH,TAPATI
AGE 62 DOB 09/10/48 SEX

Physician Signature [signature] 7/24/11 0030 Date/Time
Cesar Uy, M.D.
Apogee Physicians

******************** This is a permanent part of the record. Please do not discard. ********************

PHYSICIAN'S ORDERS

Page: 2 (See Page 3)

Faxed P. Pruitt 07/25/11 0100

0 7/25/2011 1030 [illegible]

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Run Date/Time: 07/25/11 0057

Printed By: PRNURDM

TRANSFER PHYSICIAN ORDERS
MEDICATION RECONCILIATION ORDER

HUDSON,DOUGLAS

ATTENDING: GHOSH,TAPATI WEIGHT: 60 kg lbs ACCOUNT: L00103357263
MRI ALLERGY: No Known Intolerances (From )
PHA ALLERGY: No Known Intolerances (From )

| Additional Medication Orders: |
|---|
| |
| |
| |
| |
| |

*** CHECK MARK TO CONTINE, DISCONTINUE, OR CHANGE MEDICATION ***

Physician Signature 7/25/11 1200 Date/Time

Cesar Uy, M.D.
Apogee Physicians

HUDSON,DOUGLAS
AC# L00103357263 ADM IN L.ICU 0
MR# L000193935 ADM 07/24/11 SCH
GHOSH,TAPATI
AGE 62 DOB [redacted] SEX M

************** This is a permanent part of the record. Please do not discard. ******************

PHYSICIAN'S ORDERS

Page: 3 (FINAL PAGE)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED