SEPTIC SHOCK ORDERS – Dr. Thomas Chick

PATIENT: _____   DATE: _____   TIME: _____

### CULTURES (prior to antibiotic therapy):

_____ Blood X 2   _____ Urine   _____ Sputum (respiratory secrations)   _____ Stool   _____ Stool for C. dificile
_____ Other

### ANTIMICROBIAL THERAPY (TO BE STARTED WITHIN 3 HRS OF ADMISSION)

Community-acquired pneumonia:
1. _____ Ceftriaxone 1gm IVPB + Azithromycin 500 mg IVPB now and every 24h
2. _____ Levaquin _____ 500 mg _____ 750 mg IVPB now and every 24h
3. _____ Moxifloxacin 400 mg IVPB now and every 24h

Health-care associated pneumonia:
1. _____ Cefepime 1 gm IVPB now and every 8h +
   Gentamicin 5 mg/kg IVPB now and every 24h
2. _____ Piperacillin/Tazobactam 4.5 gm IVPB now and every 6h +
   Gentamicin 5 mg/kg IVPB now and every 24h
3. _____ Gentamicin 5 mg/kg IVPB now and every 24h +
   Ciprofloxacin 400 mg IVPB now and every 8h
4. _____ Piperacillin/Tazobactam 4.5 gm IVPB now and every 6h +
   Ciprofloxacin 400 mg IVPB now and every 8h
5. _____ Aztreonam 2 gm IVPB now and every 8h +
   Gentamicin 5 mg/kg IVPB now and every 24h
6. _____ Vancomycin 20mg/kg ( _____ mg) IVPB now and every 12h.  (Round to nearest 250mg; do not exceed 2 gm/dose)

Intra-abdominal infection:
1. _____ Cefepime 1 gm + Metronidazole 500 mg IVPB now and every 8h.
2. _____ Ciprofloxacin 400 mg + Metronidazole 500 mg IVPB now and every 8h.
3. _____ Piperacillin/Tazobactam 4.5 gm IVPB now and every 6h

Urinary tract infection:
1. _____ Ceftriaxone 1 gm IVPB now and every 24h (community-acquired)
2. _____ Cefepime 1 g IVPB now and every 8h (healthcare-acquired)
3. _____ Ciprofloxacin 400 mg IVPB now and every 12h
4. _____ Other _____

_____ PHARMACY CONSULTATION FOR RENAL FAILURE DOSING

### EARLY GOAL-DIRECTED THERAPY

IV fluids/Medications:

_____ CVP, ABG'S, Central Vanous O2 sat q1 hr. x 4, then q4 hr., tabulate.
_____ Normal saline 500 ml bolus over 30 mins; repeat until CVP 8-12 mmHg in non-mechanically or 12-15 mmHg in mechanically ventilated patients.
_____ IV fluids: _____

If MAP < 65 mmHg despite CVP 8-15 mmHg:
_____ Dopamine 10mcg/kg/min, titrate for MAP 65-90 mmHg
_____ Norepinephrine 5 mcg/min, titrate for MAP 65-90 mmHg CVP determinations q 30 mins until ScvO2>70%
_____ If patient is anemic and ScvO2 is <70% despite CVP 8-15 mmHg with use of vasopressors,
   type & cross _____ units of PRBC's and transfuse to Hct >30%
_____ If CVP is 8-15 mmHg, MAP is 65-90 mmHg and Hct is >30%, but ScvO2 remains <70%, add
   Dobutamine 2,5 mcg/kg/min (max dose 20 mcg/kg/min) until ScvO2 (measured q 30 mins) is >70%.

Glucose control:
_____ Finger stick Blood Sugar every 6hrs.  Administer Humulin R insulin subcutaneously according to sliding scale:

| | |
|---|---|
| <150 | 0 units |
| 151-250 | 4 units |
| 251-350 | 10 units |
| >351 | 18 units |

Lab:
_____ Daily BMP, magnesium and phosphorous.

_____   7-25-11   0900
Thomas W. Chick, MD            Date        Time

HUDSON, DOUGLAS
ADM IN        Admt: 07/24/11
            W/62        L.ICU-D
PRE L00D190935 GHOSH,TAPATI
Attn# L00103357263

ICU 105 Septic Shock Order/Chick

Copy of OIG case to Litigation Support on 04.18.2013 by cs.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 2



**Palestine Regional**
MEDICAL CENTER & REHABILITATION HOSPITAL

HUDSON,   GLAS
ADM IN        M/62      Admit: 07/24/11      ender»
NR# L000193935 GHOSH, TAPATI      L.ICU-0
Acct# L00103357263

«PatientNumber»  «PatientNumber»

## MECHANICAL VENTILATION ORDERS – WITH VAP PROTOCOL

DIAGNOSIS: ___Cardiac arrest___

1. Mode: ____ SIMV ____ CMV ____ PCV ( ____ cm H2O)
2. Tidal volume __550__ ml. Inspiratory flow __60__ L/min. __NA__ I/E.
   __NA__ Inspiratory time, sec. Frequency __15__ b/min.
3. PSV ____ adjust for VT>0.4 L. ____ cm H2O.
4. PEEP ____ cm H2O.
5. FIO2 ____ adjust for SaO2>90%. ____ %
6. Nebs: Albuterol 0.5 mg. Atrovent 0.5 mg. Xopenex ____ mg.
   __q6h__ frequency. ____ continuous.
7. Sedation by protocol: __✓__ Propofol ____ Lorazepam ____ Midazolam
8. Analgesia: __✓__ MS 1-2 mg IV every 60 minutes prn.
   Other analgesia _____
9. Neuromuscular paralysis: Vecuronium Bromide 0.1 mg/kg IV initially, then
   0.01 mg/kg every 30-60 minutes prn agitation not controlled by sedation and analgesia.
   Other neuromuscular paralysis _____
10. After intubation: ____ Chest X-ray. ____ ABGs at 1 hr stable ventilator settings.
11. For hypotension (SBP<90 ). __✓__ bolus NS (100 ) ml. __✓__ Dopamine
    per protocol. __✓__ Dobutamine per protocol. __✓__ Norepinephrine per protocol.
12. ____ Dietary consult.
13. Daily BMP, Magnesium, Phosphorous
14. HOB Elevated 30-45 Degrees
15. LOVENOX 40 mg Subcutaneous      ▢QDAY      ▢BID
16. Nexium 40mg IV      ▢Q 24hrs.      ▢BID
17. SCD's
18. Daily CPAP trial. Hold sedation, neuromuscular paralysis until patient alert, cooperative and able
    to perform weaning tests. ____ PEEP. ____ CPAP ____ PSV adjust for VT> 0.4 L.
    FIO2 adjust for SaO2>90%. If trial is tolerated, ABGs at 1 hour, then resume previous ventilator
    settings.
19. Other orders:
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

_____      7-25-11      0830
Physician Signature              Date          Time

L faxed & Noted
07/25/2011

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Updated 10-6-06

Plaintiffs' MSJ Appx. 5124                    OIG - Hudson 181

**Palestine Regional**
MEDICAL CENTER & REHABILITATION INSTITUTE

*Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.*

| Date | Time | Physician's Orders |
|------|------|--------------------|
| | | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| July 26, 2011 | 0730 | 1. ↓ Tylenol to 650mg PR Q4h PRN pain/fever. TORBC DR Ghosh /MVOUEN |
| | | Fever control PT 37.7 Testy PT MVOUEN /MVOUEN 07/26/11 @7207 Cesar Uy, M.D. Apogee Physicians 7/4/ noted Dr. Ghosh |
| 07/25/2011 | 0755 | 1. ↓ IVF to D5/NS 20KU č 10mMol KPhos- to run 60ml/hr. TORBC DR Chick /MVOUEN ↳ 07/25/2011 0900 MVOUEN |
| 07/25/11 | 0830 | NS 1 Liter bolus stat. TORBC: DR. Chick /P nurse ↳ 07/25/2011 0900 MVOUEN |
| 07/25/11 | 0844 | RBGM NM VBGM stat. TORBC: Dr. Chick /P nurse ↳ faxed 07/25/2011 0900 MVOUEN |
| 07/25/2011 | 0900 | 1. NS 1000ml bolus- give PRN to achieve CVP 12-15. TORBC DR Chick /MVOUEN ↳ 07/25/2011 1405 MVOUEN |

| Allergies & Sensitivities | ☐ NKA | | PATIENT ID |
|---------------------------|-------|---|-----------|
| Weight | Height | Diagnosis | HUDSON, DOUGLAS ADM IN   Admit: 07/24/11   M/62   L.ICU-0 MR# L000193935 GHOSH,TAPA1I Acct# L00103357253 |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Physician's Orders**





HUDSON, DOUGLAS
ADMIN
MR# L000190924 GRUSH, IAPAT
Acct# L06103357263

## PHYSICIAN'S ORDER FOR RESTRAINTS

### *Restraint/Protective Device Ordered*
*(please check all that apply)*

☒ soft limb
☒ two point
☐ four point
☐ vest
☐ mittens
☐ other _____

### *Reason for Restraint*
*(please check all that apply)*

Non Violent/Non Self-Destructive

☒ Invasive Tube/Line Management
☐ Patient Safety/Interfering with Treatment
☐ Surgical/Wound Management

Violent/Self-Destructive

☐ Emergency Behavioral Situation

### *Time Limit*
*(please check one)*

Non Violent/Non Self-Destructive

☒ Maximum 24 hours
☐ _____

Violent/Self-Destructive

☐ 1 hour             ☐ 2 hrs. for Children
☐ 2 hours            ☐ 1 hr. for < 9 yrs.
☐ 4 hours            ☐ 2 hrs. for Adol. 9 – 17 yrs.

Date 07/25/2011        Time 0800

Physicians Signature _____

Palestine Regional Rehabilitation Hospital, 4000 South Loop 256, Palestine, TX 75801   903/723-5000

Copy of Original to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ICU111 – Phys. Order for Restraints

CAR 6/25/08
Reviewed 7/18/2011

**Palestine Regional**
MEDICAL CENTER & REHABILITATION HOSPITAL

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.

| Date | Time | Physician's Orders |
|------|------|--------------------|
| | | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| 7/25/11 | 0235 | D/C Lovenox order |
| | | TORB K. Morrow RN/FNP / |
| 7/25/11 | 0430 | Tylenol 650 mg every 4 hours as needed for pain/fever |
| | | TORB K. Morrow RN/FNP / |
| 7/25/11 | 0520 | EEG this am |
| 7/25/11 | 0700 | Consult Dr. Chick |
| | | Contact warden of pt critical condition |
| 07/25/2011 | 0745 | NS ltr bolus stat. |
| | | May use Levophed to maintain SBP 740. |
| | | Stat Magnesium and Phosphorus from 0500 lab draw. |
| | | Magnesium 2gram IV stat if mg level is ≤2.0 |
| | | TORB: Dr. Chick / |

**Allergies & Sensitivities**

| Weight | Height | Diagnosis |
|--------|--------|-----------|

**Physician's Orders**

HUDSON, DOUGLAS
ADM. TN                    Admit: 07/24/11
                    M/52           L.ICU-0
MR# L000153935  GHOSH, TAPATI
Acct# L00103357253

Copy of OIG case to litigation support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5127          OIG - Hudson 184

 

HUDSON, DOUGLAS
ADM_IN                    Admit: 07/24/11
           M/62              L.ICU-0
MR# L000193936 GHOSH, TAPATI
Acct# L00103357263

## PHYSICIAN'S ORDER FOR RESTRAINTS

### *Restraint/Protective Device Ordered*
*(please check all that apply)*

- ☒ soft limb
- ☐ two point
- ☒ four point
- ☐ vest
- ☐ mittens
- ☐ other _____

### *Reason for Restraint*
*(please check all that apply)*

#### Non Violent/Non Self-Destructive

- ☒ Invasive Tube/Line Management
- ☒ Patient Safety/Interfering with Treatment
- ☐ Surgical/Wound Management

#### Violent/Self-Destructive

- ☐ Emergency Behavioral Situation

### *Time Limit*
*(please check one)*

#### Non Violent/Non Self-Destructive

- ☒ Maximum 24 hours
- ☐ _____

#### Violent/Self-Destructive

- ☐ 1 hour          ☐ 2 hrs. for Children
- ☐ 2 hours         ☐ 1 hr. for < 9 yrs.
- ☐ 4 hours         ☐ 2 hrs. for Adol. 9 – 17 yrs.

Date 7/24/11          Time 2250

Physicians Signature _____

Palestine Regional Rehabilitation Hospital, 4000 South Loop, Palestine, TX 75801   903/723-5000

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ICU111 – Phys. Order for Restraints                    CAR 6/25/08
Reviewed 7/18/2011

**Palestine Regional**
MEDICAL CENTER & PALESTINE REGIONAL MEDICAL CENTER

Authorization is hereby given to dispense the generic equivalent unless otherwise indicated by the physician.

| Date | Time | Physician's Orders |
|------|------|--------------------|
| | | 1. ☐ PLACE IN OUTPATIENT OBSERVATION SERVICES |
| | | ☐ ADMIT TO INPATIENT |
| 7/24/11 | 2320 | Remove Ankle Strahels + replace ē soft restraints. ___ *(signature)* |
| | | Karla Morrow, N.P. Apogee Physicians   Cesar Uy, M.D. Apogee Physicians  7/25/11 08— |
| 7/24/11 | 2345 | Cru Labs: CBC, BMP, ATb6's Serial Cardiac enzymes X 3 q 4h. |
| | | Repeat CXR in am |
| | | Med: DC Dopamine |
| | | Dobutamine gtt + maintain Syst ≥ 100 per protocol ___ *(signature)* |
| | | Karla Morrow, N.P. Apogee Physicians  Cesar Uy, M.D. Apogee Physicians 7/25/11 08—  FAXED |
| 7/25 | 0110 | Lovenox 1 mg/kg up to 100 mg subcutaneous, daily TORB K. Morrow RN, FNP / *(signature)* RN |
| | | Cesar Uy, M.D. Apogee Physicians   Karla Morrow, N.P. Apogee Physicians |
| 7/25 | 0210 | Dopamine drip as needed to maintain SBP >100. TORB K. Morrow RN/FNP / *(signature)* RN |
| | | Signed Vel of ___ RN 0210 7/25/11   Cesar Uy, M.D. Apogee Physicians 7/25/11 08—   Karla Morrow, N.P. Apogee Physicians |

| Allergies & Sensitivities | ☐ NKA | | PATIENT ID |
|---------------------------|-------|--|------------|

HUDSON, DOUG
ADM IN                   Admit: 07/24/11
                M/62       L ICU-0
MRN L000193505, GHOSH, LAPA11
Acct# L00103357263

| Weight | Height | Diagnosis |
|--------|--------|-----------|

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Physician's Orders**



**PALESTINE REGIONAL** MEDICAL CENTER

Pneumonia
Admission Orders
**\*\*CORE MEASURE\*\***
Allergies:



HUDS  DOUGLAS          Admit: 07/24/11
PRE ER
MR#  M/62              L.ER
MR#  L000193935  THOMAS, RONALD L
Acc#  L00103357253

| DATE | TIME | PHYSICIANS ORDERS |
|------|------|-------------------|
| 7/24 /11 | 2/50 | **\*\*Decision to Admit\*\*** time: 2/50    Actual Admit time: |
|  |  | Admit as Inpatient to: Dr. Hudson    ☐ 3-Center ☒ ICU |
|  |  | **\* Administer Pneumococcal Immunization if patient meets defined criteria.** |
|  |  | **\* Administer Influenza Vaccine (October – March) if patient meets defined criteria** |
|  |  | **\* Blood Culture STAT, BMP, Sputum for Gram Stain and culture** |
|  |  | Medications: (Select one choice of IV Antibiotics) |
|  |  | **\* Begin immediately after blood cultures are drawn and before leaving ER.** |
|  |  | **\* Administer first dose of antibiotics in ER or within 4 hours of arrival.** |
|  |  | **Non-ICU** |
|  |  | ☐  Moxifloxacin 400 mg. IV every day |
|  |  | ☐  Ceftriaxone 1 gm IV q day + Azithromycin 500 mg IV q day |
|  |  | **Pseudomonal Risk** – Definition: Bronchiectasis OR Structural Lung Disease and documented history of repeated antibiotics and/or *chronic* corticosteroid use. |
|  |  | ☐  Piperacillin/tazobactam 3.375gm IV q 6 hours + Ciprofoxacin 400 mg IV q 12 hours [Choice of drug should depend on patient history and modified for current medical conditions] |
|  |  | **Pseudomonal risk with beta-lactam allergies:** |
|  |  | ☐  Aztreonam 1 gm IV q 8 hours + Moxifloxacin 400mg IV q day + Gentamicin 80 mg q 8 hours. |
|  |  | **ICU patient** |
|  |  | ☒  Azithromycin 500 mg IV q day + Ceftriaxone 1 gm IV q day |
|  |  | ☐  Azithromycin 500 mg IV q day + Piperacillin/tazobactam 3.375gm IV q 6 hours |
|  |  | ☐  Ciprofoxacin 400 mg IV q 12 + Ceftriaxone 1 gm IV q day |
|  |  | ☐  Ciprofoxacin 400 mg IV q 12 + Piperacillin/tazobactam 3.375gm IV q 6 hours |
|  |  | ☐  Moxifloxacin 400mg IV q day + Ceftriaxone 1 gm IV q day |
|  |  | ☐  Moxifloxacin 400mg IV q day + Piperacillin/tazobactam 3.375gm IV q 6 hours |
|  |  | Tylenol 650 mg every 4 hours as needed for temperature > 100.5 |
|  |  | Consult Dr: |
|  |  | Vital signs routine; weigh on admission    foley to DEPENDENT DRAINAGE |
|  |  | Diet: As tol |
|  |  | IV: D5 1/2 NS @ 150 ml / hr run KCL 20 meq to a LITER |
|  |  | ☐ PA & Lateral Chest X-ray |
|  |  | ☐ EKG if greater than 40 years of age |
|  |  | ☐ O2 Sat: call physician if less than 90% |
|  |  | ☐ O2: DOPAMINE DRIP PRN to maintain SBP >100 |
|  |  | ☒ Ventilator Settings: PER PROTOCOL |
|  |  | Nebulizer with Albuterol 2.5mg  every 4 hours prn for wheezing |
|  |  | Notify Dr:                of admission in a.m., if not previously notified. |
|  |  | Smoking Cessation Counseling, if patient smokes. |
|  |  | Old Chart to floor |
|  |  | Physician's Signature: G. Thomas        Date: 7/24/11 |

Copy of OIG case to Litigation Support as of 4-12 2013 Nate.
UNAUTHORIZED COPYING OF MATERIAL PROHIBITED

c:\documents and settings\whcrank\local settings\temp\164888410.ti printed by mivap. (Page 1 of 2)

Scanned by: MOORE, BRITNYE K, CCA in facility GURNEY (ND) on 07/22/2011 14:19

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

Name: Hudson Dwight

TDCJ No: 1728504

Unit: Joe F. Gurney

| Date & Time | Notes |
|---|---|
| 7/8/11 1700 | Texas Uniform Health Status Update from previous corrections facility reviewed. |
| | Patient will be seen by Mental Heath Provider within 30 days for evaluation and disposition. |
| | Current Psychiatric Medications From County Jail are Indicated Below. |
| | All Medication Orders are Per Dr. Clayton w/ Special Instruction of "County Jail Intake" |
| | This Clinic Note is to be scanned into the EMR and forwarded to Dr. Clayton for co-signature |
| | ☐ Wellbutrin (bupropion) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Desyrel (trazodone HCl) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Celexa (citalopram) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Prozac (fluoxetine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Zoloft (sertraline) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Norpramin (desipramine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Pamelor (nortriptyline) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Risperdal (risperidone) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Abilify (aripiprazole) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Thorazine (chlorpromazine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Prolixin (fluphenazine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Haldol (haloperidol) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Mellaril (thioridazine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Navane (thiothixene) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Atarax (hydroxyzine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Eskalith (lithium) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Neurontin (gabapentin) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Seroquel (quetiapine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Benadryl (diphenhydramine) 50mg # ___ q ___ x 30 days NO REFILLS |
| | ☐ Cogentin (benztropine) ___ mg # ___ q ___ x 30 days NO REFILLS |
| | Elavil 100 mg + Q hs x 30 dp T/o Dr Oliver |

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\whcronk\local settings\temp\164888410.tif printed by mivap. (Page 2 of 2)

Scanned by MOORE, BRITNYE K, CCA in facility GURNEY (ND) on 07/22/2011 14:18

## CLINIC NOTES

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

INSTITUTIONAL DIVISION

Name: Hudson Davidas

TDCJ No: 1722554

Unit: Joe F. Gurney

| Date & Time | Notes |
|---|---|
| 7-20-11 1400 | Texas Uniform Health Status Update from previous corrections facility reviewed. |
| | Current Medications Ordered for Continuity of Care are Indicated Below: |
| | ☐ Chart to Mental Health Services for medication Rx. |
| H/O following: | ☑ Enteric Coated Aspirin 81mg 1 QD x 30 days x 11 RF KOP |
| ☐ HTN | ☐ Atenolol 50mg # ____ QD x 30 days x 11 RF |
| ☐ NIDDM | ☐ Enalipril ____ mg # ____ q ____ x 30 days x 11 RF |
| ☐ IDDM | ☐ Amlodipine ____ mg 1 QD x 30 days x 11 RF |
| ☐ CAD | ☐ Tenex ____ mg 1 QD x 30 days x 11 RF |
| ☐ Seizure | ☐ Hydrochlorothiazide ____ mg 1 QD x 30 days x 11 RF |
| ☐ HCV | ☐ Pravastatin 20mg 1 QD x 30 days x 11 RF |
| ☐ HIV | ☐ Insulin 70/30 ____ units AM; ____ units PM x 30 days x 11 RF |
| ☐ Asthma | ☐ Glyburide ____ mg # ____ q ____ x 30 days x 11 RF |
| ☐ Thyroid | ☐ Metformin ____ mg Bid x 30 days x 11 RF |
| ☐ GERD | ☐ Dilantin 100mg # ____ q ____ x 30 days x 11 RF |
| ☐ Psych | ☐ Tegretol 200mg # ____ q ____ x 30 days x 11 RF |
| ☐ Pos PPD | ☐ Divalproex sodium ☐ 250mg ☐ 500mg # ____ q ____ x 30 days x 11 RF |
| | ☐ Albuterol MDI 2 Puffs Bid PRN x 90 days x 3 RF KOP |
| | ☐ Ibuprofen ____ mg 1 Bid PRN x 30 days KOP SFQ |
| | ☐ Zantac 150mg # ____ Bid x 30 days 11 RF KOP |
| | ☐ INH 300mg & B6 50mg; 1 each QD x 30 days x 8 RF – Notify CID of Patient's TB Status |
| | ☐ Diet for Health w/ PM Snack x 180 days x 1 RF – Issue Identifying Wrist Band |
| | ☐ Please inform Patient if medication change to appropriate formulary agents per policy |

Copy of OIG case to Litigation Support on 04.18.2013 by ca.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\tlrobers\local settings\temp\165016788.tif printed by mivap. (Page 1 of 2)

Scanned by SUTTON, SHAWNA D. in facility GURNEY (ND) on 07/26/2011 08:26          08:26:24 a.m.     07–26–2011          2/3

PALESTINE REGIONAL MEDICAL CENTER

PATIENT NAME:              HUDSON, DOUGLAS
MEDICAL RECORD #:          193935
ADMISSION DATE:            07/24/2011
DISCHARGE DATE:            07/25/2011
ATTENDING PHYS:            GHOSH TAPATI
DOB:

DISCHARGE/DEATH SUMMARY

ATTENDING PHYSICIAN: DR. CESAR UY

PRIMARY CARE PHYSICIAN:  TDC Managed Care

CONSULTING PHYSICIAN: DR. THOMAS CHICK, PULMONARY CRITICAL
CARE MEDICINE.

ADMITTING DIAGNOSIS: CARDIAC ARREST.

DEATH DIAGNOSES:
1. SEPTIC SHOCK WITH MULTI-ORGAN FAILURE.
2. MULTI LOBE PNEUMONIA.
3. SUPRAVENTRICULAR TACHYCARDIA.
4. CORONARY ARTERY DISEASE.
5. HYPERTENSION.
6. ACUTE RESPIRATORY FAILURE.

PROCEDURES PERFORMED:
1. Endotracheal intubation.
2. Echocardiogram.
3. Chest x-ray.

HOSPITAL COURSE:  The patient is a 62-year-old Caucasian man, a TDC inmate with
history of coronary artery disease who was witnessed at the prison to have a seizure-like
activity.  He was transferred to the infirmary and was noted to be hypotensive and
hypoxic on room air.  He was transported to the emergency department, but became
unresponsive enroute.  Upon presentation at the emergency department the patient was in
pulse-less electrical activity.  Advanced cardiac life support was promptly started.  The
patient was revived but had to be placed on vasopressors.  He was promptly transferred to
the intensive care unit on mechanical ventilatory support as well as vasopressors.

Laboratory tests revealed acute renal failure, elevated cardiac enzymes, coagulopathy and
respiratory and metabolic acidosis.  Patient was febrile.  Chest x-ray showed right upper
lobe, left upper lobe and perihilar infiltrates suggestive of pneumonia.  The patient was
comatose.  Due to refractory hypotension he had to be placed on three vasopressors
including Dopamine, Dobutamine and Levophed.  His urine output was marginal.  The

REV 0

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\tiroba─\local settings\temp\165016788.tif ─ nted by mivap. (Page 2 of 2)

Scanned by SUTTON, SHAWNA D. in facility GURNEY (ND) on 07/26/2011 08:38          08:20:38 a.m.   07-26-2011          3 /3

HUDSON, DOUGLAS
DISCHARGE SUMMARY
Page 2

patient's condition, clinical status continued to deteriorate while at the intensive care unit.
Family members were called including his son who was the next of kin. They were
advised regarding the patient's critical condition. Dr. Chick of Pulmonary Critical Care
Medicine was involved in the patient's care as a consultant. He indicated the patient's
grim prognosis. Family members eventually decide to withdraw all life support. The
warden was informed regarding the family's decision. Patient subsequently expired on
07/25/2011 at 1656 hours. Family members were at bedside.

I spent more than 30 minutes in the patient's death care.


CESAR CHUA UY, M.D.


cc:

Trans: ISanb DD: 07/25/2011 17:08:09 CST DT: 07/25/2011 18:44:33 CST
Job #: 8617063/7947331   Original Voice Job ID: 213596 REV: 0

Dictated by: CESAR CHUA UY, M.D.
DD: 07/25/2011 17:08:09 DT: 07/25/2011 18:44:33
Job ID/Document ID: 213596/7947331

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

٤٠72

# E V I D E N C E

Case No. _20 11- 2960_   Inventory # _11- 047_

Type of offense _Death in Custody_

Description of evidence _Compact disc_
_Containing Photographs_

Suspect _N/A_

Victim _Hudson, Douglas Gael # 1722024_

Date and time of recovery _7/26/2011 2:57 pm_

Location of recovery _Removed from Comp File_

Recovered by _[signature] # 197_

## CHAIN OF POSSESSION

Received from _B. Gray_

By _L.H MARS_

Date _7/28/2011_  Time _10:10_   (AM) PM

Received from _____

By _____

Date _____ Time _____ AM PM

Received from _____

By _____

Date _____ Time _____ AM PM

1 - 34

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Correctional Institutions Division

1722504          000          7/20/2011          001

HUDSON, DOUGLAS EARL

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

# INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

| OIG TRANSITORY C.O. (if necessary) | | | | |
|---|---|---|---|---|
| CASE # | EAC # | OFFICIAL DATE & TIME OF DEATH | | AUTOPSY ORDERED? |
| 2011-02960 | L-10459-07-11 | 7/25/204 | 1656 ☐ AM ☒ PM | ☐ YES ☒ NO |

| DECEDENT NAME (Last, First M) | | RACE | SEX | AGE | DOB: |
|---|---|---|---|---|---|
| Hudson, Douglas Earl | | W | M | 62 | ▮▮▮▮ |

| IDENTIFICATION # | UNIT OF ASSIGNMENT | DATE & TIME FOUND |
|---|---|---|
| 1722504 | Gurney | 9/25/2011   1656   ☐ AM ☒ PM |

| PLACE OF DEATH | CITY | COUNTY | ZIP CODE |
|---|---|---|---|
| Palestine Regional Medical Centre | Palestine | Anderson | 75801 |

| J.P. / M.E. NOTIFIED (Name) | PRECINCT # | DATE & TIME J.P. / M.E. NOTIFIED | PHOTOGRAPHY? |
|---|---|---|---|
| Judge Wesley | 4 | 7/25/2011   518   ☐ AM ☒ PM | ☒ YES ☐ NO |

| PLACE OF INQUEST | | DATE & TIME OF INQUEST |
|---|---|---|
| N/A (None) | N/A | N/A   ☐ AM ☐ PM |

## ✳ LOCATION, POSITION and SURROUNDINGS of BODY ✳

Lying on his back wearing hospital gown in Bed (Room #10) of
I.C.U. at PRMC, Covered by sheet

## ✳ SUMMARY of HOW DEATH OCCURRED ✳

Offender Hudson was transported to Palestine Regional Medical Center
from Gurney Unit with Suspected Cardiac arrest. DR. Uy reported cause
of death as Septic shock w/multi organ failure.

| TRANSPORTING FUNERAL HOME | RECEIVING FUNERAL HOME |
|---|---|
| Karnes Funeral Home | Karnes Funeral Home |

| INVESTIGATOR SIGNATURE | TELEPHONE # |
|---|---|
| [signature] | (903) 928-5217   3406 |

Law Enforcement Agency:   TEXAS DEPARTMENT OF CRIMINAL JUSTICE
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX 77342-4003
(936) 437-6735

CC-0265 (07/2005)                                                                 Page 1 of 2

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
(Continued)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME (LAST, First MI) | IDENTIFICATION #: |
|---|---|---|
| 2011.02960 | Hudson, Douglas Earl | 1722504 |

★ CLOTHING WORN BY DECEDENT ★

☐ None          ☐ Pants          ☐ Shoes/Boots          ☐ Jacket

☐ Belt          ☑ Gown/Blouse          ☐ Dress          ☐ Other (list details below)

★ PROPERTY SENT WITH DECEDENT ★

None

★ MEDICAL HISTORY ★

Was death attended?          ☐ Yes ☑ No          Previous history of illness?          ☑ Yes ☐ No

History of suicide?          ☐ Yes ☐ No          HIV?          ☐ Yes ☐ No

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: ( )   - |
|---|---|---|
| PHYSICIAN CONTACTED: (Name) | ADDRESS: | TELEPHONE: ( )   - |

DIAGNOSIS: Coronary Artery Disease, Paroxysmal Ventricular Tachycardia, Cellulitis & Abscess of Toe   (Past Medical)

★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | | TELEPHONE: |
|---|---|---|
| Cade Hudson | 2404 Sandslope Rd  Burleson Tx | (817) 615-3329 |

| NEXT OF KIN NOTIFIED BY: (Name) | TELEPHONE: | DATE & TIME NOTIFIED |
|---|---|---|
| Thomas Taylor | #143  (903) 928-3118 | 7/25/2011  700  ☑ AM ☐ PM |

★ IDENTIFICATION ★          ★ DOCUMENTATION ★

HOW:  ☑ Offender Records          ☐ Fingerprints          ☐ Order for Autopsy          ☑ Clinic Notes (last 72 hrs)

☐ Viewed at Hospital/Scene          ☐ Other          ☑ ER Report (if available)          ☑ Copy of Travel Card

| Verification Made By: | Investigator | REPORT DISTRIBUTION: (include Complete Documentation) |
|---|---|---|
| | Relationship to Decedent: | (1) Case File          (2) J.P.          (3) To Accompany Body |

Copy of OIG case to Litigation Support on 54.18.2813 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| CC-0265 (07/2005) | | Page 2 of 2 |



# CUSTODIAL DEATH REPORT

For reporting requirements and procedure, see Section 39.05 of the Penal Code, Article 49.18(b) (c) of The Code of Criminal Procedure and Article 501.055(b) of The Government Code

Section 39.05 Failure to Report Death of Prisoner:
    (a) A person commits an offense if the person is required to conduct an investigation and file a report by Article 49.18, Code of Criminal Procedure, and the person fails to investigate the death, fails to file the report as required, or fails to include in a filed report facts known or discovered in the investigation.
    (b) A person commits an offense if the person is required by Section 501.055, Government Code, to:
        (1) give notice of the death of an inmate and the person fails to give the notice; or
        (2) conduct an investigation and file a report and the person:
            (A) fails to conduct the investigation or file the report, or
            (B) fails to include in the report facts known to the person or discovered by the person in the investigation.
    (c) An offense under this section is a Class B misdemeanor.

Article 49.18 (a) (b) (c).  Death in Custody
    (a) If a person confined in a penal institution dies, the sheriff or other person in charge of the penal institution shall as soon as practicable inform the justice of the peace of the precinct where the penal institution is located of the death.
    (b) If a person dies while in the custody of a peace officer or as a result of a peace officer's use of force or if a person incarcerated in a jail, correctional facility, or state juvenile facility dies, the director of the law enforcement agency of which the officer is a member or of the facility in which the person was incarcerated shall investigate the death and file a written report of the cause of death with the attorney general no later than the 30th day after the date on which the person in custody or the incarcerated person died.  The director shall make a good faith effort to obtain all facts relevant to the death and include those facts in the report.  The attorney general shall make the report, with the exception of any portion of the report that the attorney general determined is privileged, available to any interested person.
    (c) Subsection (a) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice.  Subsection (b) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice if the death occurs under circumstances described by Section 501.055 (b) (2), Government Code.
    (d) In this article:
        (1) "Correctional facility" means a confinement facility or halfway house operated by or under contract with any division of the Texas Department of Criminal Justice.
        (2) "In the custody of a peace officer" means:
            (A) under arrest by a peace officer, or
            (B) under the physical control or restraint of a peace officer.
        (3) "State juvenile facility" means any facility or halfway house:
            (A) operated by or under contract with the Texas Youth Commission or
            (B) described by Section 51.02 (13) or (14), Family code.

Mail To:  Office of the Attorney General
           Criminal Law Enforcement Division
           P.O. Box 12548
           Austin, Texas 78711-2548
           (512) 463-2170

Date of Report:  07/26/2011

1)     **AGENCY/FACILITY INFORMATION:**

Name of Agency/Facility:  **TDCJ -- Office of the Inspector General**

Address:  **P.O. Box 4003**

City, Zip Code:  **Huntsville, TX  77342-4003**

Telephone: Number:  **(936) 437-5052**
Fax:  **(936) 437-5010**
Signature of Director of

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Custodial Death Report
Page 2

2)     IDENTITY OF DECEASED:
Name of deceased: HUDSON, Douglas Earl     SSN ███████ NOT VERIFIED BY TDCJ)
Race/Ethnic Group:
☐ African-American
☐ Native American
☒ Anglo
☐ Asian ☐ Hispanic
☐ Middle East
☐ Native Hawaiian/Pacific Islander
☐ Other (Specify)

Sex    ☒ Male    DOB: ███████
    ☐ Female Age: 62

3)     DATE OF CUSTODY (arrest, incarceration):
Date: 07/20/2011
Time: Hour: _____ Min _____    am ☐    pm ☐

4)     DATE/TIME OF DEATH:
Month: July     Day: 25     Year: 2011
Time: Hour: 4    Min: 56    am ☐    pm ☒

5)     WHERE DID THE EVENT CAUSING THE DEATH OCCUR?
Street Address: 1385 FM 3328
City: Palestine
County: Anderson

6)     HAS A MEDICAL EXAMINER OR CORONER CONDUCTED AN EVALUATION
TO DETERMINE A CAUSE OF DEATH?
☐ Yes, results are available
☐ Yes, results are pending
☒ No, evaluation pending
☐ No, evaluation not planned

7)     MANNER OF DEATH:
1. ☐ Accidental Injury to self
2. ☐ Accidental Injury by others
3. ☐ Alcohol/Drug Intoxication
4. ☐ Justifiable Homicide
5. ☐ Other Homicide
6. ☐ Suicide
7. ☒ Natural Causes/Illness-Specify Coronary Artery disease, Paroxysmal Ventricular Tachycardia, hypertension
8. ☐ Other-Specify:

8)     MEDICAL CAUSE OF DEATH:    Septic Shock with Multi Organ failure

9)     WAS THE CAUSE OF DEATH THE RESULT OF A PRE-EXISTING MEDICAL CONDITION OR DID THE
DECEASED DEVELOP THE CONDITION AFTER ADMISSION?
1. ☐ Pre-existing medical condition
2. ☐ Deceased developed condition after admission
3. ☐ N/A – cause of death was accidental injury, intoxication, suicide, or homicide.
4 ☒ Don't Know

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2006)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10)  HAD THE DECEASED BEEN    CEIVING TREATMENT FOR THE MEDI    CONDITION AFTER
     ADMISSION TO YOUR JAIL'S JURISDICTION?
     ☐ Not Applicable
     ☐ No
     ☒ Yes-If yes, describe below (include only treatment and medications related to the medical condition that caused the
       deceased's death. Exclude emergency care provided at time of death):
       Elavil, Ecotrin, Lopressor
     _____

     _____

11)  WHAT TYPE OF CUSTODY/FACILITY WAS THE OFFENDER IN/AT PRIOR TO THE TIME OF DEATH?
     ☐ Police Custody (pre-booking)
     ☒ Penitentiary
     ☐ Municipal Jail
     ☐ County Jail

12)  SPECIFIC TYPE OF CUSTODY/FACILITY
     ☐ Custody of Peace Officer during/fleeing arrest
     ☐ Custody of Peace Officer subsequent to arrest
     ☒ TDCJ-ID (Unit):  Gurney
     ☐ Jail-single cell
     ☐ Jail-detox cell
     ☐ Jail-Multiple occupancy cell
     ☐ Jail-holding cell
     ☐ Jail-day room/recreation area
     ☐ Correctional/Rehabilitation Facility
     ☐ Hospital/Infirmary
     ☐ Halfway House/Restitution Center
     ☐ Non-law enforcement detox facility    Name: _____
     ☐ TYC-Facility:
     ☐ TJPC Detention Center:

13)  WHAT WERE THE MOST SERIOUS OFFENSE(S) WITH WHICH THE DECEASED WAS (OR WOULD HAVE BEEN)
     CHARGED WITH AT THE TIME OF DEATH (required)
     1. DWI-Enhanced_____
     2. _____
     3. _____

     ☐ Filed
     ☒ Convicted
     ☐ Probation/Parole
     ☐ Not filed at time of death

     Type of Charges
     ☐ Violent Crime against Persons
     ☐ Child Abuse
     ☐ Serious Crime against Property
     ☒ Alcohol/Drug Offense
     ☐ Other-specify : 

Revised 8/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

13

14) DID THE DECEASED DIE FROM A MEDICAL CONDITION OR FROM INJURIES SUSTAINED AT THE CRIME/ARREST SCENE?
- [ ] Medical condition only
- [ ] Injuries only
- [ ] Both medical condition and injuries
- [x] Don't Know
- [ ] Not Applicable

15) IF INJURED AT THE CRIME/ARREST SCENE, HOW WERE THESE INJURIES SUSTAINED?
- [ ] Inflicted by law enforcement officers
- [ ] Inflicted by others at crime/arrest scene
- [ ] Self-inflicted-accidental
- [ ] Self-inflicted-suicide
- [ ] Unknown
- [x] Not Applicable

16) WAS THE DECEASED UNDER RESTRAINT IN THE TIME LEADING UP TO THE DEATH OR THE EVENTS CAUSING THE DEATH?
- [x] No
- [ ] Yes, if yes, mark which restraint devices were used:
  - [ ] Handcuffs
  - [ ] Leg shackles
  - [ ] Other device-Specify

17) WHAT TYPE OF WEAPON(S) CAUSED THE DEATH?  (MARK ALL THAT APPLY)
- [ ] Handgun
- [ ] Rifle/Shotgun
- [ ] Nightstick or baton
- [ ] Stun gun or tazer
- [ ] Other-specify
- [x] Not applicable

18) AT ANY TIME DURING THE ARREST/INCIDENT DID THE DECEASED: MARK ALL THAT APPLY
- [ ] Appear intoxicated (either alcohol or drugs)
- [ ] Threaten the officer(s) involved?
- [ ] Resist being handcuffed or arrested ?
- [ ] Try to escape/flee from custody?
- [ ] Grab, hit or fight with the officer(s) involved?
- [ ] Use a weapon to threaten or assault the officer(s)   Specify
- [ ] Other – specify
- [x] Not applicable

19) WHERE DID THE DECEASED DIE?
- [ ] At law enforcement facility
- [ ] At the crime/arrest scene
- [x] At medical facility
- [ ] En route to medical facility
- [ ] En route to booking center/police lookup
- [ ] Elsewhere – Specify:

20) WHAT WAS THE TIME AND DATE OF THE DECEASED'S ENTRY INTO THE LAW ENFORCEMENT FACILITY WHERE THE DEATH OCCURRED?
- [ ] N/A

Month: 07      Day: 20      Year: 2011

Time: Hour:      Min:      AM: [ ]      PM: [ ]

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5142                    OIG - Hudson 199

21)   AT THE TIME OF ENTRY INTO THE FACILITY DID THE DECEASED:   MARK ALL THAT APPLY

☐   Appear intoxicated (either alcohol or drugs)?
☐   Exhibit any mental health problems?
☐   Exhibit any medical problems?
☒   Not applicable

22)   IF DEATH WAS AN ACCIDENT OR HOMICIDE, WHO CAUSED THE DEATH?

☐   Deceased
☐   Other detainees
☐   Law enforcement/correctional staff
☐   Other persons-specify
☐   Don't know
☒   Not applicable; cause of death was suicide, intoxication or illness/natural causes

23)   IF DEATH WAS AN ACCIDENT, HOMICIDE OR SUICIDE, WHAT WAS THE MEANS OF DEATH?

☐   Firearm
☐   Blunt instrument
☐   Knife, cutting instrument
☐   Hanging, strangulation
☐   Drug overdose
☐   Other – specify
☒   Not applicable; cause of death was intoxication or illness/natural causes

24)   ATTACH A SUMMARY OF HOW THE DEATH OCCURRED:

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5143                    OIG – Hudson 200



Copy of OIG case to Litigation Support on 04-18-2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.18.2013 by cc
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF800/INY801              COMMITMENT INQUIRY              07/26/11 09:11:23
INMTCICS/BGR7581 /1BP1  TDCJ-ID NO: 01722504 SIDNO: 01487724
NAME: HUDSON,DOUGLAS EARL              APPL:      STATUS: T DQ    L1   #OFF: 06
OLD TDC#: 01182468 CNTY CONV: 126                                        8 ST
OFF-REC:  H5404 PRJ RL: 06-05-2022 REC:  07-20-2011 MAX-TERM:   25Y  0M  0D
PEN-REC: 049.090 MAX-EX: 11-20-2035 BEGIN: 11-20-2010 PAR-ELIG: 10-08-2013
                          INMATE TYPE: TF  HB1433: Y  HB1433 VOTE:
DYNAMIC RISK ASSESSMENT:          TYC:      HB1433 MIN EXP: 06-05-2022
   OFFCD:H54040011 DWI 3RD/M
   3DEG  ENH                                                             81ST
   PENAL:049.090  MS:Y PLEA:G CAUSE:F44561          CNT:00  OFF:03-28-2010
   CC  CNTY OFF:126  CNTY/CRT:126 249 MAX TERM:  25Y  0M  0D  BEG:11-20-2010
   MIN EXP:06-05-2022 MAX:11-20-2035 PAR ELIG:10-08-2013 SENTENCED:06-09-2011
   HB1433:Y  HB1433 VOTE:    HB1433 MIN EXP:                     REST: N
   OFF TDCNO: 01722504                          CTO DATE 01-01-0001
   OFFCD:R54040011 DWI
   3DEG                                                                  73RD
   PENAL:049.040  MS:Y PLEA:G CAUSE:0846817D         CNT:01  OFF:05-22-2002
   CC  CNTY OFF:220  CNTY/CRT:220 297 MAX TERM:  12Y  0M  0D  BEG:07-14-2003
   MIN EXP:10-13-2012 MAX:08-24-2019 PAR ELIG:11-20-2010 SENTENCED:07-28-2003
   HB1433:Y  HB1433 VOTE:    HB1433 MIN EXP:06-01-2008           REST: N
   OFF TDCNO: 01182468              PC SUBSEC: UNK   CTO DATE 01-01-0001
PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____ OR SID _____
```

Copy of CIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF800/IN1801 .            COMMITMENT INQUIRY              07/26/11 09:14:13
INMTCICS/BGR7591 /1BP1  TDCJ-ID NO: 01722504 SIDNO: 01487724
 NAME: HUDSON,DOUGLAS EARL          APPL:        STATUS: T DQ   L1  #OFF: 06
 OLD TDC#: 01182468 CNTY CONV: 126                                      81ST
 OFF-REC:  H5404 PRJ RL: 06-05-2022 REC:   07-20-2011 MAX-TERM:   25Y  0M  0D
 PEN-REC: 049.090 MAX-EX: 11-20-2035 BEGIN: 11-20-2010 PAR-ELIG: 10-08-2013
                           INMATE TYPE: TF  HB1433: Y  HB1433 VOTE:
 DYNAMIC RISK ASSESSMENT:          TYC:      HB1433 MIN EXP: 06-05-2022
   OFFCD:R54040011 DWI
    3DEG                                                             73RD
    PENAL:049.040  MS:Y PLEA:G CAUSE:0896412W          CNT:01  OFF:07-13-2003
    CC  CNTY OFF:220  CNTY/CRT:220 297 MAX TERM:  12Y  0M  0D  BEG:07-15-2003
    MIN EXP:10-14-2012 MAX:08-25-2019 PAR ELIG:11-20-2010 SENTENCED:07-28-2003
    HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:06-02-2008          REST: N
    OFF TDCNO: 01182468              PC SUBSEC: UNK    CTO DATE 01-01-0001
   OFFCD:R54040011 DWI
    3DEG                                                             73RD
    PENAL:049.040  MS:Y PLEA:G CAUSE:0859973D          CNT:01  OFF:09-13-2002
    CC  CNTY OFF:220  CNTY/CRT:220 297 MAX TERM:  12Y  0M  0D  BEG:07-13-2003
    MIN EXP:10-12-2012 MAX:08-23-2019 PAR ELIG:11-20-2010 SENTENCED:07-28-2003
    HB1433:Y  HB1433 VOTE:      HB1433 MIN EXP:05-31-2008          REST: N
    OFF TDCNO: 01182468              PC SUBSEC: UNK    CTO DATE 01-01-0001
 PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____  OR SID _____
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF800/INT801              COMMITMENT INQUIRY                07/26/11 09:13:37
INMTCICS/BGR7581 /1BP1  TDCJ-ID NO: 01722504 SIDNO: 01487724
 NAME: HUDSON,DOUGLAS EARL              APPL:       STATUS: T DQ    L1   #OFF: 06
 OLD TDC#: 01182468 CNTY CONV: 126                                          81ST
 OFF-REC:  H5404 PRJ RL: 06-05-2022 REC:   07-20-2011 MAX-TERM:   25Y  0M  0D
 PEN-REC: 049.090 MAX-EX: 11-20-2035 BEGIN: 11-20-2010 PAR-ELIG: 10-08-2013
                          INMATE TYPE: TF  HB1433: Y  HB1433 VOTE:
 DYNAMIC RISK ASSESSMENT:          TYC:      HB1433 MIN EXP: 06-05-2022
   OFFCD: 54040000 DWI
    DEG                                                               73RD
   PENAL:049.040  MS:Y PLEA:G CAUSE:30271           CNT:00  OFF:08-08-1994
   CC   CNTY OFF:126  CNTY/CRT:126 018 MAX TERM:   5Y  0M  0D  BEG:10-13-1994
   MIN EXP:10-13-1999 MAX:10-13-1999 PAR ELIG:01-01-0001 SENTENCED:05-18-1995
   HB1433:   HB1433 VOTE:    HB1433 MIN EXP:                     REST: N
    OFF TDCNO: 00718310                           DISCHARGED  10-13-1999
   OFFCD: 54040000 DWI
    DEG                                                               70TH
   PENAL:049.040  MS:Y PLEA:G CAUSE:0444923D          CNT:01  OFF:06-14-1991
   CC   CNTY OFF:220  CNTY/CRT:220 297 MAX TERM:    4Y  0M  0D  BEG:01-18-1993
   MIN EXP:05-07-1998 MAX:05-07-1998 PAR ELIG:01-01-0001 SENTENCED:01-25-1993
   HB1433:   HB1433 VOTE:    HB1433 MIN EXP:                     REST: N
    OFF TDCNO: 00058246                           DISCHARGED  05-07-1998
 PF7:UP,PF8:DOWN,PF2:TOP OF LIST,OR NEXT REQUEST/TDC _____  OR STID _____
 END OF OFFENSES; ALL OFFENSES HAVE BEEN DISPLAYED
```

Copy of OIC case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF100       .         TEXAS    PARTMENT OF CRIMINAL JUSTIC.
1BP1    OFFENDER SOCIAL SECURITY NUMBER AND RELIGIOUS PREFERENCE INQUIRY
                    DATE: 07/26/2011    TIME:  09:14:36


 TDC NUMBER   01722504                NAME HUDSON,DOUGLAS EARL


 PRIOR NUMBER 01182468                UNIT


 SOC SEC NBR   ▇▇▇▇▇▇▇ (NOT VERIFIED)


 RELIG.PREF CHRISTIAN  NON DENOM      PRIMARY LANGUAGE ENGLISH


 RELIG. PREFERENCE DATE 07/22/2011 A  SID NUMBER 01487724


 LEGAL C.O.R.      126 JOHNSON        TYC TRANSFER NO


 POB COUNTY, IF TEXAS 220 TARRANT     PLACE OF BIRTH TX TEXAS


 FBI NUMBER  723955J4                 CITIZENSHIP UNITED STATES


 ENTER NEXT REQUEST / OR TDC NUM  _____
                    OR SID NUM  _____
                    OR SSN NUM  ____ - ___ - _____
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF500            T.D.C.  - INSTITUTIONAL DIVISION   INMATE VISITORS LIST
                 DATE: 07/27/11      TIME: 13:06:17

NAME: HUDSON,DOUGLAS EARL         TDC# 01722504  STAT/CUST: L1   IT UNIT:
HSNG ASSIGNMENT:              CELL:    LAST VISITOR LIST CHANGE: 07 28 11
INMATE TYPE: TF
HUDSON,EDNA                    MO    200 E. DEBBIE LANE,MANSFIELD,TX
HUDSON,RITA J                  X/WIF 11528 E. FM RD 917ADO,ALVARADO,TX
HARRIS,PATSY                   SIS   100 RIVERBEND RAVEN,HAWKINS,TX
KEY,PATRICIA                   SIS   401 HUBBARD LN,LIPAN,TX
HUDSON,CADE                    SON   2405 SANDSTONE RD,BURLESON,TX
HUDSON,J.D.,JR                 BRO   1103 CORSICANA HWY,HILLSBORO,TX
HUDSON,TONY                    BRO   CR 613,ALVARADO,TX
HUDSON,ADA G                   SIL   1103 CORSICANA HWY,HILLSBORO,TX




            1 CONTACT VISIT PER WEEK
CONTACT VISITS THIS MO:   0 LAST VISIT DATE: 01 14 06   CONTACT VISIT ELIG. N
REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 04 28 96
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE: 12 23 95
ENTER NEXT TDCNO, CODE, OR REQUEST: _____     OR SIDNO _____
PF1=HELP,   PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST   PF10=FAMILY PAGE
```

Copy of OIG case to Litigation Support on 04.18.2013 by ca.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIMF900/PNI901/ASGN
NAME: HUDSON,DOUGLAS EARL              RACE/SEX:        W/M
TDC NUMBER:     01722504  TYPE: TF     MAX SENTENCE:    0025 00 00
PRIOR NUMBER:   01182468               PRJ REL DATE:    06 05 2022
BIRTH DATE:     09 10 1948 YOP: N      MAX EXP DATE:    11 20 2035
MEDICAL CLASS:
STATUS:         TEMP INACTIVE          APPEAL/PROBATION CODE:
REC/DEP CODE:   DQ
                                       TDC RECEIVE DATE:     07 20 2011
UNIT:
DATE ASSIGNED:  07 24 2011             PAROLE BOARD
RSN  ASSIGNED:  TEMPORARY                VOTED PAROLE ACTION:
INMATE STATUS:  L1 W                     VOTED PAROLE DATE:
STATUS DATE:    07 20 2011
                                       TDC CAL INITIAL PAROLE
SOLITARY STATUS:                       REVIEW DATE:          10 08 2013
                                       HB1433: Y  HB1433 VOTE:
                                       HB1433 MIN EXP DATE:  06 05 2022
DATE: 07 26 2011  TIME: 09115500
HOUSING UNIT:
JOB ASSIGNMENT:  000.607.100-005 UNASGN TRANSIENT
HSNG ASSIGNMENT:                       CUSTODY: IPTC - THERAPEUTIC COMMUN
*'S DENOTE INVALID DATA  ENTER NEXT TDC NUM _____  OR SID NUM _____
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
CSIUCR15/CSUC15     TDC   T CLASSIFICATION REVIEW        URRENT DATE: 0 /2 /11
INMTCICS/BGR7581    HOUSING/JOB ASSIGNMENT HISTORY           AND TIME: 09:1 :05
1BP1/UC15   INMATE NAME: HUDSON,DOUGLAS EARL          TDCNO: 01722504


HOUSING      |--HOUSING--| INM/HSG    JOB ASGN |----------JOB-----------|
   DATE    UNIT |--ASGNMNT--| CUST AUTH   DATE  |------ASSIGNMENT-------  A  H
|----------HOUSING COMMENT-----------| |---------JOB  COMMENT-------|

07/20/11  ND  B8    029 B  T  G2 CTR  07/20/11 TRANSIENT PEND DIAG PRO   R




   NO MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO  _____
PF1-HELP PF3-PREV PF4-CURR    AND/OR SIDNO  _____
```

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5152                    OIG - Hudson 209

STATE OF TEXAS
CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
STATE OF TEXAS          CERTIFICATE OF DEATH          STATE FILE NUMBER  142-11-093582

*(handwritten left margin: 11-32960 A  Region A  B&G  IN32604)*

*(handwritten vertical left margin: Cm)*

| 1. LOCAL NAME OF DECEASED (Include JR/S, First) (First, Middle, Last) | | | | | | | 2. DATE OF DEATH (ACTUAL OR PRESUMED) |
|---|---|---|---|---|---|---|---|
| DOUGLAS EARL HUDSON | | | | | | | 07/23/2011 |

| 3. SEX | 4. AGE-Last Birthday (Years) | 4b. UNDER 1 YR | 4c. UNDER 1 DAY | | 5. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | 09/10/1948 | 62 | Mo | Days | Hours | Min | FORT WORTH, TX |

7. SOCIAL SECURITY NUMBER        8. MARITAL STATUS AT TIME OF DEATH  ☐ Married  9. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage)
☐ Widowed  ☒ Divorced  ☐ Never Married  ☐ Unknown

10a. RESIDENCE-STREET ADDRESS        10b. APT. NO.   10c. CITY OR TOWN
1391 FM 3328                          TENNESSEE COLONY

10d. COUNTY    10e. STATE    10f. ZIP CODE   10g. INSIDE CITY LIMITS?
ANDERSON      TEXAS          75880          ☐ Yes  ☒ No

11. FATHER'S NAME        12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE
J D HUDSON               EDNA BROWN

13. PLACE OF DEATH (CHECK ONLY ONE)
IF DEATH OCCURRED IN A HOSPITAL:  ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:  ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify)

13. COUNTY OF DEATH   13b. CITY, TOWN, OR LOCATION OF DEATH   13c. NAME OF HOSPITAL (if not institution, give street and number)
ANDERSON             PALESTINE, 75801                        PALESTINE REGIONAL MEDICAL CENTER

15. INFORMANT'S NAME & RELATIONSHIP TO DECEASED       16. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISON –
LISA A DCUNHA                                         262 FM 3478 STE B, HUNTSVILLE, TX 77320

17. METHOD OF DISPOSITION      18. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH     21 ☐ Unknown
☐ Burial  ☒ Cremation  ☐ Donation
☐ Entombment  ☐ Removal from state
☐ Other (Specify)                                   PHILLIP E BUSH ,BY ELECTRONIC SIGNATURE – 113663

Section
Block
Lot
Space

22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place)   23. LOCATION (City/Town and State)
TWIN OAKS CREMATORY                                ENIS, TX

24. NAME OF FUNERAL FACILITY   25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code)
GARNES – TDCJ                  3100 GULF FREEWAY, TEXAS CITY, TX 77591

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

27. SIGNATURE OF CERTIFIER                   28. DATE CERTIFIED (MM/DD/YY)   29. LICENSE NUMBER   30. TIME OF DEATH (ACTUAL or presumed)
CESAR C UY JR, BY ELECTRONIC SIGNATURE       07/29/2011               N1184              16:56

31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code)   32. TITLE OF CERTIFIER
CESAR C UY JR, 2900 SOUTH LOOP 256, PALESTINE, TX 75801

| CAUSE OF DEATH | 33. PART I. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH | Approximate interval Onset to death |
|---|---|---|
| | IMMEDIATE CAUSE (Final disease or condition resulting in death) a. SEPTIC SHOCK WITH MULTI-ORGAN FAILURE | 24 HOURS |
| | Due to (or as a consequence of): | |
| | Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST  b. MULTI LOBAR PNEUMONIA WITH RESPIRATORY FAILURE | |
| | Due to (or as a consequence of): | |
| | c. CORONARY ARTERY DISEASE | |
| | Due to (or as a consequence of): | |

PART II. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING
CAUSE GIVEN IN PART I.
HYPERTENSION

34. WAS AN AUTOPSY PERFORMED?  ☒ Yes  ☐ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?  ☐ Yes  ☒ No

36. MANNER OF DEATH          37. DID TOBACCO USE CONTRIBUTE TO DEATH?   38. IF FEMALE:                              39. IF TRANSPORTATION INJURY, SPECIFY:
☒ Natural                    ☐ Yes                                      ☐ Not pregnant within past year          ☐ Driver/Operator
☐ Accident                   ☒ No                                       ☐ Pregnant at time of death              ☐ Passenger
☐ Suicide                    ☐ Probably                                 ☐ Not pregnant, but pregnant within 42 days of death   ☐ Pedestrian
☐ Homicide                   ☐ Unknown                                  ☐ Not pregnant, but pregnant 43 days to one year before death   ☐ Other (Specify)
☐ Pending Investigation                                                 ☐ Unknown if pregnant within past year
☐ Could not be determined

40a. DATE OF INJURY (Mo/Day/Yr)   40b. TIME OF INJURY   40c. PLACE OF INJURY (e.g., Decedent's home, construction site, restaurant, wooded area)   40d. INJURY AT WORK?  ☐ Yes  ☐ No

40e. LOCATION (Street and Number, City, State, Zip Code)                                   40f. COUNTY OF INJURY

41. DESCRIBE HOW INJURY OCCURRED

42a. REGISTRAR FILE NO.   42b. DATE RECEIVED BY LOCAL REGISTRAR   42c. REGISTRAR   REGISTRAR - ANDERSON COUNTY CLERK,   ARU
01-318                    08/02/2011                                              ELECTRONICALLY FILED

SOR NUMBER   U00000995814

VS-112 REV 1/2006

This is a true and correct reproduction of the original record as recorded in this office. Issued under
authority of Section 191.051, Health and Safety Code.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ISSUED   AUG 03 2011

GERALDINE R. HARRIS
STATE REGISTRAR