Patient Account: 20005972-517
Med. Rec. No.: (0150)848436Q
Patient Name: HUDSON, DOUGLAS
Age: 62 YRS    DOB: [redacted]    Sex: M    Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 07/26/11 - 1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

172 2504

11-02960
Region A
BaG

## PROVISIONAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

**AUTOPSY INFORMATION:**
Occupation: INMATE    Birthplace: UNKNOWN    Residence: TEXAS
Date/Time of Death: 7/25/2011 16:56    Date/Time of Autopsy: 7/27/2011
Pathologist/Resident: ARONSON/KOSHY    Service: TDC CONTRACT
Restriction: NONE

***
The on-line version of the final autopsy report is abbreviated. If you would like a copy of the complete final report, or if you have any questions regarding this report, please contact the Autopsy Division Office, (409)772-2858.
***

### PROVISIONAL AUTOPSY DIAGNOSIS

I. Body as a whole: Clinical history of fever (vs hyperthermia) (105 degrees F), hypotension and acute renal failure
   A. Lungs, bilateral: Congestion and edema
   B. Pleural cavities: Pleural effusion (right 150 ml, left 100 ml)
   C. Lungs, bilateral: Hyperemic bronchial mucosa
   D. Brain: Cerebral edema with narrowed sulci
   E. Skin, dorsum of feet: Fine petechial rash
   F. Colon, ascending: Focal areas of mucosal hemorrhage
   G. Spleen: Enlarged and softened (258 grams)

II. Cardiovascular system: History of hypertension
   A. Heart: Cardiomegaly due to biventricular hypertrophy (heart weight 570 grams)
   B. Coronary arteries: Calcific atherosclerosis; decalcificaton and microscopy pending
   C. Lungs, bilateral: Thickened pulmonary arteries suggestive of pulmonary hypertension
      1. Heart, right ventricle: Hypertrophy

III. Other findings:
   A. Thyroid: Thyromegaly, mild (weight 25 grams)
   B. Colon, descending: Diverticulosis, mild
   C. Lungs, apical pleura: Fibrosis

The patient was a 62 year old male TDCJ inmate who was found unconscious, but breathing, in his cell. There is also a report of seizure-like activity but the quality and duration is unknown. His temperature taken at the time was noted to be 105 degrees Fahrenheit. The outdoor temperature on that day was over 100 degrees Fahrenheit. Fluids were started as well as ice packs under his armpits and groin. The patient's skin was noted to be pale, hot and dry. The patient then went into supraventricular tachycardia and was treated with adenosine. The patient was then flown to Palestine Regional Medical Center and upon arrival he was noted to be in Pulseless Electrical Activity for 2-4

** The above diagnoses are based on gross findings and are subject to modification after microscopic study. This report should not be used for insurance or medicolegal purposes. Final report will follow. **

Copy of OIG case to Litigation Support on 04.18.2013 by ce.

Patient Name:
Patient Location:
Room/Bed:
Printed Date/Time: HUDSON, DOUGLAS
AUTOPSY    Page:

Patient Account: 20005972-517
Med. Rec. No.: (0150)848436Q
Patient Name: HUDSON, DOUGLAS
Age: 62 YRS   DOB ▮▮▮▮   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 07/26/11 - 1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## PROVISIONAL AUTOPSY REPORT

Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

minutes. The patient was revived with advanced cardiac life support, placed on pressors, and transferred to the intensive care unit. Laboratory results showed acute renal failure, elevated cardiac enzymes and acidosis. Chest x-ray showed bilateral upper lobe infiltrates suggestive of pneumonia. The patient's condition did not improve and it was decided to withdraw care. The patient expired on 7-25-11 and an autopsy was done 7-27-11.

At autopsy, there were no findings to suggest infection. The lungs were congested and edematous diffusely. There was no gross focal consolidation to suggest pneumonia. The heart was enlarged with biventricular hypertrophy. Findings in the heart and lungs suggested pulmonary hypertension. The brain was swollen. Determination of the cause and manner of death is pending further studies.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
** The above diagnoses are based on gross findings and are subject to modification after microscopic study. This report should not be used for

Patient Name:
Patient Location:
Room/Bed:
Printed Date/Time:
HUDSON, DOUGLAS   Page:
AUTOPSY

Patient Account: 20005972-517
Med. Rec. No.: (0150)8484360
Patient Name: HUDSON, DOUGLAS
Age: 62 YRS   DOB:           Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 07/26/11 - 1158
Copies: JUDITH F. ARONSON, M.D., PATHOLOGIST
07/29/11
JTK/da

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683
Pathology Report

(Electronic Signature)

** The above diagnoses are based on gross findings and are subject to modification after microscopic study. This report should not be used for

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name:
Patient Location:
Room/Bed:
Print: HUDSON, DOUGLAS
AUTOPSY        Page:

Patient Account: 20005972-517
Med. Rec. No.: (0150)848436Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5083

Pathology Report

11-02960
Regim A
BGG

172 2504

## FINAL AUTOPSY REPORT

Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

**AUTOPSY INFORMATION:**
Occupation: INMATE   Birthplace: UNKNOWN   Residence: TEXAS
Date/Time of Death: 7/25/2011 16:56   Date/Time of Autopsy: 7/27/2011
Pathologist/Resident: ARONSON/KOSHY   Service: TDC CONTRACT
Restriction: NONE

\*\*\*
The on-line version of the final autopsy report is abbreviated. If you would like a copy of the complete final report, or if you have any questions regarding this report, please contact the Autopsy Division Office, (409)772-2858.
\*\*\*

## FINAL AUTOPSY DIAGNOSIS

I. Body as a whole: Findings consistent with environmental hyperthermia (body temperature of 105 F; environmental temperature noted to be above 100 F)   A2,C2
   A. Lungs, bilateral: congestion and edema   A4
      1. Lung, right: Focal early bronchopneumonia   A4
   B. Pleural cavities: Pleural effusion (right:150 ml and left: 100 ml)   A4
   C. Bronchi: Submucosal hemorrhage, mild   A4
   D. Brain, cerebral cortex, hippocampus and cerebellum: Extensive acute ischemic change in neurons (global encephalomalacia)   A4
      1. Brain: Edema   A1
   E. Skin, dorsum of feet: Fine petechiae   A4
   F. Colon, ascending: Focal areas of mucosal hemorrhage   A4
   G. Spleen: Congestion   A4
   H. Kidneys, bilateral: Histologic findings consistent with acute tubular necrosis   A4

II. Cardiovascular system: History of hypertension   A3
   A. Heart: Cardiomegaly due to biventricular hypertrophy (heart weight 570 g)   A3
   B. Heart, right coronary artery: atherosclerosis with 75% stenosis of the lumen   A3
   C. Heart, left anterior descending artery: atherosclerosis with 75% stenosis of the lumen   A3
   D. Heart, left circumflex artery: atherosclerosis with 75% stenosis of the lumen   A3

RECEIVED
JT 10 2011 GM
COPIED AND SENT

III. Other findings:
   A. Thyroid: Thyromegaly, mild (weight = 26 g)   A5
   B. Colon, descending: Diverticulosis, mild   A5

\*\*\*TYPE: Anatomic(A) or Clinical(C) Diagnosis.
IMPORTANCE: 1-immediate cause of death (COD); 2-underlying COD; 3-contributory COD; 4-concomitant significant; 5-incidental\*\*\*

Copy of OIG case 10-litigation support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 10/06/11 - 0724

Page: 1

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)848436G
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: ▓▓▓▓   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to :

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5063

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

### FINAL AUTOPSY DIAGNOSIS
C. Lungs, apical pleura: Fibrosis                                          A5
D. Liver: Mixed macro/microvesicular steatosis                             A5

CAUSE OF DEATH: Complications of environmental hyperthermia (heat stroke)
CONTRIBUTORY FACTORS: Atherosclerotic coronary artery disease
MANNER OF DEATH: Accident

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 10/06/11 - 0724

Page: 2

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)8484360Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

**CLINICAL SUMMARY:**

The patient was a 62 year old male TDJC inmate with a past medical history of coronary artery disease and paroxysmal ventricular tachycardia. The patient's medication list included amitriptyline, aspirin, and metoprolol. According to medical records, the patient was prescribed amitriptyline on 7-22-11.

On 7/24/2011, he was found to be unconscious, but breathing, in his cell. There is also a report of seizure-like activity but the quality and duration is unknown. His temperature taken at the time was noted to be 105 degrees Fahrenheit and the temperature outside was over 100 degrees Fahrenheit. Fluids were started and ice packs were placed under his armpits and groin. The patient's skin was noted to be pale, hot and dry. The patient then went into supraventricular tachycardia with a rate of 236 beats per minute and was treated with adenosine. The patient was flown to Palestine Regional Medical Center and upon arrival he was noted to be in Pulseless Electrical Activity for 2-4 minutes. The patient was intubated and revived with advanced cardiac life support, placed on pressors, and transferred to the intensive care unit. Laboratory results showed metabolic and respiratory acidosis, mild leukocytosis, coagulopathy, acute renal failure (BUN = 34 mg/dl and creatinine = 2.7 mg/dl) and elevated cardiac enzymes (CK = 601 U/L, troponin I = 1.05 ng/ml, CKMB = 6.5 mg/ml). Chest x-ray showed bilateral upper lobe infiltrates suggestive of pneumonia. The patient remained comatose, his condition did not improve and it was decided to withdraw care. The patient expired on 7-25-11 and an autopsy was done 7-27-11.

JTK/da
07/29/11

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 10/06/11 - 0724

Page: 3

Patient Account: 20005972-517
Med. Rec. No.: (0150)8484360
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

### GROSS DESCRIPTION:

EXTERNAL EXAMINATION: The decedent, identified by right wrist ID bracelet as "Douglas Hudson", is a well developed, well nourished, white male, measuring approximately 200 cm in length, and weighing approximately 225 lbs according to recent medical records. The general appearance is consistent with the reported age of 62 years. Rigor mortis is present in the arms and legs and there is fixed lividity on the posterior surface of both arms and legs. The head is normocephalic and the patient is bald.

The irides are blue with equal pupils measuring 0.3 cm in diameter. The corneas are cloudy, the conjunctivae are pale, and the sclerae are white. There is blood coming out of the right nare. Dentition is normal. Buccal membranes are normal. The trachea is midline. Palpation of the neck reveals no lymphadenopathy or thyromegaly.

Body hair distribution is normal male. The abdomen is slightly protuberant. Lymph nodes in the supraclavicular, axillary and inguinal regions are not palpable.

The back is remarkable for lividity on the superior and inferior parts. The arms and legs are unremarkable. The genitalia are normal male for the age.

The following evidence of medical intervention is present: There is an approximately 3 x 3 cm bruise on his sternum. There are medically related needle punctures in both the left and right antecubital fossae. There is IV placement in both of the dorsum of both hands. There is a puncture site on the right lateral portion of the neck.

The following marks and scars are present: There is a tattoo of two hearts connected together on the right bicep area. There is a right ankle ID bracelet as well as a right toe ID tag. There are abrasions on the medial side of both feet. There are petechiae on the dorsal surface of both feet.

INTERNAL EXAMINATION: The body is opened using a standard Y shaped incision, to reveal a 4.5 cm thick panniculus and the thoracic and abdominal organs in the normal anatomic positions. The left pleural cavity contains 100 ml of clear red fluid, and the right contains 150 ml of clear red fluid.

The pericardial sac contains 10 ml of clear red fluid. Ribs 4 and 5 are fractured on the left and ribs 3,4,5,6, and 7 are fractured on the right.

The thymus is largely replaced by fat. No thromboemboli are found in the large pulmonary arteries.

The abdominal cavity contains no fluid. There are no peritoneal adhesions.

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Copy of OIG case to Litigation Support on 04.18.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Printed Date / Time: 10/06/11 - 0724

Page: 4

Continued...

Patient Account: 20005972-517
Med. Rec. No.: (0150)848438Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11  1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

**GROSS DESCRIPTION:**

CARDIOVASCULAR SYSTEM: Heart: The heart weighs 570 gm (normal male 270-360) and is normal in shape, but increased in size. The pericardium is stained with blood, but smooth in texture. There is a large amount of epicardial fat largely obscuring the coronary arteries. The heart is examined by transverse serial slicing then opening following the flow of blood. Triphenyl tetrazolium chloride (TTC) staining of a section of myocardium does not demonstrate any acute infarct. The remaining myocardium is homogeneous red-brown. The endocardium is normal. The left ventricular wall measures 1.2 cm thick (normal 1.0-1.8 cm) at the junction of the posterior papillary muscle and free wall, and the right ventricle is 0.5 cm thick (normal 0.25-0.3 cm) 2 cm below the pulmonic valve annulus, anteriorly. The valve leaflets and cusps are white, delicate and membranous.

Valve circumferences measured on the fresh heart are: tricuspid valve 12.5 cm (normal 12-13 cm), pulmonic valve 10.5 cm (normal 8.5-9.0 cm), mitral valve 12.4 cm (normal 10.5-11.0 cm), and aortic valve 9.2 cm (normal 7.7-8.0 cm). The foramen ovale is closed.

Blood vessels: The calcified coronary arteries are removed from the heart and decalcified prior to examination. The coronary circulation is right dominant based on the origin of the posterior descending artery. The apex is supplied by the left anterior descending. The coronary arteries were removed for further examination. Sectioning reveals maximal stenosis of approximately 75% in each of the left anterior descending, right coronary and left circumflex arteries by plaque. No acute plaque changes are seen.

The aorta exhibits approximately 10% surface area involvement with plaques and mild ulceration located in the abdominal portion of the aorta below the renal arteries. The celiac, superior and inferior mesenteric, and renal arteries are normal. The superior and inferior vena cavae and their branches are normal. The portal vein is normal.

RESPIRATORY SYSTEM: Larynx and trachea: The laryngeal mucosa is normal, and the vocal cords are normal. The tracheal mucosa is normal.

Lungs: The right lung weighs 950 gm (normal male 435), and the left 990 gm (normal male 385). The pleural surfaces show anthracotic changes bilaterally and are otherwise smooth and red. Both lungs are enlarged and congested. The left lung is inflated with formalin before sectioning. The bronchial trees are hyperemic. The vascular trees are normal. The hilar nodes are normal. The lung parenchyma is dark red and smooth with fine porosity.

GASTROINTESTINAL TRACT: Esophagus: The esophageal mucosa is normal. The esophagus is firmly anchored to the diaphragm.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed:
Printed Date / Time: 10/06/11 - 0724

Page: 5

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)848436Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS  DOB: [redacted]  Sex: M  Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11  11:58
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

### GROSS DESCRIPTION:

Tongue: The tongue has a finely granular surface with no coating. On sectioning of the tongue there is a small hemorrhage on the right side of the tongue.

Stomach and duodenum: The stomach contains 100 ml of chyme which is black and smooth in consistency. The mucosa is normal except for slight petechial hemorrhages.

The duodenal mucosa is normal.

Pancreas: The pancreas has a normal conformation and is slightly hemorrhagic. The pancreatic duct is patent.

Biliary tract: The gallbladder serosa is gray-green and glistening. The gallbladder contains approximately 30 ml of green smooth bile with no stones. The mucosa is smooth and dark green. The cystic duct, hepatic duct, and common duct are normal, and bile is expressed freely from the ampulla on compressing the gallbladder.

Liver: The liver weighs 1320 gm (normal male 1400-1900). The liver surface is smooth and homogeneous. Glisson's capsule is transparent. The liver is serially sliced to reveal a homogeneous lobular pattern. There is no focal lesion.

Small Bowel: The serosa is smooth and transparent with no adhesions. The bowel is normal throughout. The lumen contains semiliquid material. The mucosa is normal.

Large bowel: The serosa is smooth and transparent with no adhesions. The lumen contains feces. The mucosa contains foci of petechial hemorrhages starting in the ascending colon and going to the transverse colon. The appendix is grossly normal.

The appendix is grossly normal.

Rectum and anus: The rectum and anus are normal.

Reticulo-Endothelial System: Spleen: The spleen weighs 258.1 gm (normal 125-195 gm). It is normal in shape, but increased in size.

Lymph nodes: Lymph nodes in the mediastinum, abdomen and retroperitoneum are unremarkable.

Spine: The spine is normal.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed:
Printed Date / Time: 10/06/11 - 0724

Page: 6

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)8484360
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: ▓▓▓▓   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 07/26/11  1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

### GROSS DESCRIPTION:

Bone marrow: The thoracic and lumbar spine marrow is grossly normal. The trabeculae and cortical bone are normal density.

GENITO-URINARY SYSTEM: Kidneys: The kidneys are symmetric. The right kidney weighs 228 gm and the left 250 gm (normal male 125-170 gm). The capsules strip with ease to reveal a red smooth cortical surfaces. Serial slicing reveals well demarcated cortico-medullary junctions. The cortices are 0.9 cm thick on the right and the cortices range from 0.5 to 1.2 cm on the left, on the right the medullas 1.4 cm thick and on the left the medullae measures 0.9 cm. The pelves and calyces are normal. The renal pelvic mucosa is normal. Perihilar adipose tissue is increased.

Ureters: The ureters are normal throughout their length, measuring 0.3 cm in maximal external diameter. They are probe-patent into the bladder.

Bladder: The bladder is normal. The trigone is normal.

Prostate: The prostate is normal in size, color, consistency, and texture. Serial slicing reveals normal granular surfaces without distinct architecture. The seminal vesicles are normal.

Testes: The right testis weighs 22 gm, and the left 27.6 gm (normal 20-25 gm). The tunica albugineas are tan-white, smooth and glistening. The cut surfaces are soft and tan-yellow, with tubules which string with ease.

ENDOCRINE SYSTEM: Thyroid: The thyroid weighs 28.6 gm (normal 10-22 gm), and is red-brown, bosselated and glistening. The cut surface is homogeneous, translucent, red-brown.

Parathyroids: Two parathyroids on the left side were taken for specimen section they were too small to be weighed.

Adrenal glands: The right adrenal gland weighs 10.3 gm and the left 10.1 gm (normal 5-6 gm). The adrenal glands have a normal conformation and position.

BRAIN AND SPINAL CORD: The scalp, calvarium, base of the skull and dura mater are normal. The brain weighs 1500 gm (normal male 1200-1400). The sulci appear to be obliterated which goes with cerebral edema, the gyri are normal. The circle of Willis, basilar and vertebral arteries show no atherosclerosis. No indentation/herniation of the cingulate gyri, unci or molding of the cerebellar tonsils are noted. The brain is fixed in formalin for later examination by a neuropathologist (see neuropathology report).

SPINAL CORD: The grossly normal spinal cord is fixed in formalin for later

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date/Time: 10/06/11 - 0724

Page: 7

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)846436Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: ▮▮▮▮   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

**GROSS DESCRIPTION:**
examination by a neuropathologist.

PITUITARY GLAND:   The grossly normal pituitary gland is fixed in formalin for subsequent examination by a neuropathologist.

Blood samples were taken for toxicology.  Samples of liver, kidney, heart, lung, and spleen, were frozen for potential further examination.

JTK/da
07/29/11

Copy of OIG case to Litigation Support on 04.18.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed:   -
Printed Date / Time: 10/06/11 - 0724

Page: 8

Continued....

Patient Account: 20005972-517  
Med. Rec. No.: (0150)848480  
Patient Name: HUDSON, DOUGLAS  
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C  
Admitting Dr.: OUTSIDE TDCJ  
Attending Dr.: OUTSIDE TDCJ  
Date/Time Admitted: 07/26/11   1158  
Copies to:

UTMB  
University of Texas Medical Branch  
Galveston, Texas 77555-0543  
(409) 772-1238  
Fax (409) 772-5683  

Pathology Report

**FINAL AUTOPSY REPORT**  
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

### MICROSCOPIC DESCRIPTION:

All slides H and E unless stated otherwise. (Autolysis) after a diagnosis means post mortem decomposition affected the assessment

SKIN, FOOT, slide 1: small hemorrhage in deep dermis; no inflammatory reaction observed

PSOAS MUSCLE, slide 2: Two hypercontracted fibers but none with total loss of cross-striation or overt necrosis; Dr. Gerald Campbell of the University of Texas Medical Branch Department of Pathology was consulted for this slide

RIGHT CORONARY ARTERY, slide 3: atherosclerosis with 75% stenosis of the lumen; minimal foam cells seen; no evidence of thrombosis or hemorrhage

LEFT ANTERIOR DESCENDING ARTERY, slide 4: atherosclerosis with 75% stenosis of the lumen; no evidence of thrombosis or hemorrhage

LEFT CIRCUMFLEX CORONARY ARTERY, slide 5: atherosclerosis with 75% stenosis of the lumen; diffuse concentric thickening; no evidence of thrombosis or hemorrhage

TISSUE SUBMITTED AS PARATHYROID GLAND, slide 6: no parathyroid identified

THYROID, slide 7: No pathologic change

ADRENAL, slide 8: No pathologic change

PANCREAS, slide 9: No pathologic change (autolysis)

TESTIS, slide 10: Active spermatogenesis; No pathologic change

PROSTATE, slide 11: Concretions seen in the lumen of glands; multifocal areas of lymphocytic infiltration consistent with chronic prostatitis

SPLEEN, slide 12: Congestion; no evidence of "septic splenitis"

COLON, slides 13-14: Focal area of lamina propria hemorrhage without inflammation

LIVER, slide 15: Mixed macro/microvesicular steatosis; no evidence of inflammation or tumor

LUNGS slides 16,29 (right); slides 18, 30 (left) (4 H&E, 1 GRAM): Very focal areas of early bronchopneumonia seen in 2 out of a total of 10 random sections of lung. No bacteria are seen on gram stain of slide 16. Uninvolved areas of

Copy of OIG case to Litigation Support on 04.18.2013 by ce.  
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS  
Patient Location: AUTOPSY  
Room/Bed:  
Printed Date/Time: 10/05/11 · 0724

Page: 9

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)8484360
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: ██████   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT

Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

MICROSCOPIC DESCRIPTION:
lung show only congestion.

BRONCHUS, slide 17: Submucosal hemorrhage; no inflammation seen

KIDNEY, right, slide 19 and left slide 20: granular casts within some tubules, consistent with acute tubular necrosis

JEJUNUM, slide 21: No pathologic change

HEART, left, anterior, slide 22: perivascular fibrosis; congestion; no evidence of acute myocardial injury; (autolysis)

HEART, interventricular septum, slide 23: Subendocardial fibrosis; no evidence of acute myocardial injury

HEART, left, posterior, slide 24: multifocal areas of interstitial fibrosis; no evidence of acute myocardial injury

HEART, left ventricle, lateral, slide 25: perivascular fibrosis; no evidence of acute myocardial injury

HEART, right ventricle, slide 26: myocyte hypertrophy; no evidence of acute myocardial injury

VERTEBRA, slide 27: No pathologic change; normal cellularity; all cell lines show normal maturation and number

TONGUE, slide 28: Submucosal hemorrhage; no inflammatory reaction seen


POST-MORTEM TESTS:

Vitreous fluid
Electrolytes (performed at UTMB labs)
Sodium          138 mmol/L
Potassium       12.9 mmol/L
Chloride        113 mmol/L
Urea nitrogen   12 mg/dL
Creatinine      1.3 mg/dL
Osmolality      306 mos/kg

Toxicology (Performed at Aegis Sciences Corp): Pending at time of this report. Results will be reported separately.

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date/Time: 10/06/11 - 0724

Page: 10

Continued

Patient Account: 20005972-517
Med. Rec. No.: (0150)6484360Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [REDACTED]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5680

Pathology Report

**FINAL AUTOPSY REPORT**
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

MICROSCOPIC DESCRIPTION:

JTK/da
09/12/11

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 10/06/11 - 0724

Page: 11

Continued....

Patient Account: 20005972-517
Med. Rec. No.: (0150)8464360
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 07/26/11   1158
Copies to :

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT

Autopsy Office (409) 772-2858

Autopsy No.: AU-11-00155

**CLINICOPATHOLOGIC CORRELATION:**

This patient was a 62 year old male TDCJ inmate who expired in the hospital less than 24 hours after suffering a cardiopulmonary arrest with documented elevated body temperature reading of 105 degrees Fahrenheit. During his brief hospitalization, he developed coagulopathy, acute renal failure, elevated cardiac enzymes, and pulmonary infiltrates. Clinical considerations were pneumonia/sepsis vs. heat stroke.

At autopsy, there were a number of findings characteristic (but not diagnostic of) heat stroke. Multifocal hemorrhages in skin, lung, lamina propria of bowel and bronchi, and tongue correlate with the coagulopathy. The kidneys showed findings consistent with acute tubular necrosis. The brain showed extensive acute ischemic changes and edema, the result of anoxic brain injury from the cardiac arrest. Post-mortem toxicology results are pending at the time of this report and will be reported separately. Analysis of electrolytes from vitreous humor post-mortem did not reveal a dehydration pattern, but this is probably because he received fluids during his hospital treatment.

The lungs showed very focal, microscopic areas of acute bronchopneumonia, which we view as a complication of his arrest and intubation, rather than the cause of his hyperthermia and multi-organ failure.

In this case, the clinical course of elevated temperature, documented high environmental temperatures, clinical features (tachycardia, coagulopathy, renal failure, and coagulopathy) in the absence of any significant infection all support the diagnosis of environmental hyperthermia (heat stroke). It should be noted that the patient was taking amitriptyline which is a medication known to interfere with heat dissipation mechanisms.

Additional autopsy findings include an enlarged and hypertrophic heart (weight = 570 grams) and coronary artery disease. The left anterior descending, right coronary and left circumflex arteries all showed atherosclerosis with approximately 75% luminal obstruction. However, there was no evidence of acute myocardial injury, only some old areas of fibrosis. This fibrosis is not surprising given the patient's long history of coronary artery disease. Incidental findings include mild thyromegaly (weight = 28 grams), colonic diverticulosis, apical lung pleural fibrosis, and a fatty liver.

In summary, it is our opinion that the cause of death is environmental hyperthermia (heat stroke). Contributory factors include atherosclerotic cardiovascular disease, and treatment with amitryptiline. The manner of death is accident.

JTK/da

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: --
Printed Date / Time: 10/06/11 - 0724

Page: 12

Continued

Patient Account: 20005972-517
Med. Rec. No.: (0150)848436Q
Patient Name: HUDSON, DOUGLAS
Age: 63 YRS   DOB: [redacted]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date /Time Admitted: 07/26/11  1158
Copies to:

UTMB
University of Texas Medical Branch
Galveston, Texas 77555-0543
(409) 772-1238
Fax (409) 772-5683

Pathology Report

## FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

Autopsy No.: AU-11-00155

CLINICOPATHOLOGIC CORRELATION:
09/12/11

JUDITH F. ARONSON, M.D., PATHOLOGIST          (Electronic Signature)

10/05/11

Copy of OIG case to Litigation Support on 04.18.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: HUDSON, DOUGLAS
Patient Location: AUTOPSY
Room/Bed: -
Printed Date / Time: 10/06/11 - 0724