Problems for ROBERT WEBB A                                        Pearl

| ? | Problem Description | Category / Subcategor | Group | ICD-9 | First Observed | Status |
|---|---|---|---|---|---|---|
| | OBSERV-SUSPECT COND NEC | \ | PRIMARY | V71.8 | 08/24/2010 14... | ACTIVE |
| | NP - LOWER GASTRO-INTESTINAL SYMPTOMS | NURSE PROTOCOL \ | PRIMARY | HSN-60 | 08/24/2010 14... | INACTIVE |
| | NP - DENTAL COMPLAINTS | NURSE PROTOCOL \ | PRIMARY | HSN-54 | 06/29/2010 09... | INACTIVE |
| | OTHER DENTAL | DENTAL \ | PRIMARY | 525 | 09/01/2010 11... | INACTIVE |
| | OPTOMETRY SERVICES | OPTOMETRY \ | PRIMARY | V65.1 | 10/25/2010 11... | ACTIVE |
| | BORDERLINE INTELLECTUAL FUNCTIONING | MENTAL HEALTH \ | PRIMARY | V62.89 | 10/09/2009 07... | ACTIVE |
| | SKIN ILLNESS | \ | PRIMARY | 709.9 | 12/30/2010 10... | ACTIVE |
| | SCREENING EXAM FOR INFECTION | \ | PRIMARY | V75 | 05/26/2009 10... | INACTIVE |
| | HAND PAIN | \ | PRIMARY | 715.14 | 05/26/2009 07... | ACTIVE |
| | PHYSICAL EXAMINATION | \ | PRIMARY | V70.7 | 05/26/2009 07... | ACTIVE |
| | MEDICAL CARS 1 | CARS \ | PRIMARY | MC1 | 05/26/2009 07... | ACTIVE |
| | PERIO TYPE II | DENTAL \ | PRIMARY | 523.2 | 05/26/2009 09... | INACTIVE |
| | DENTAL CARS 1 | CARS \ | PRIMARY | DC1 | 09/15/2009 07... | ACTIVE |
| | EXTREMITY PAIN | \ | PRIMARY | 729.5 | 12/04/2009 10... | ACTIVE |
| | ADJUSTMENT DISORDER WITH MIXED ANXIETY AND DEPRESSED... | MENTAL HEALTH \ | PRIMARY | 309.28 | 05/20/2009 18... | ACTIVE |
| | ESOPHAGEAL REFLUX | \ | PRIMARY | 530.81 | 02/11/2011 20... | ACTIVE |
| | CID ASSESSMENT | CID \ | PRIMARY | CID ASMT | 04/29/2010 13... | INACTIVE |
| | HEPATITIS C (HEP C) | CHRONIC CARE \ | PRIMARY | 070.51 | 03/15/2010 09... | ACTIVE |
| | VISUAL ACUITY TEST | OPTOMETRY \ | PRIMARY | V72.0 | 10/02/2009 10... | INACTIVE |
| | TETANUS TOXOID VACCINATION | CID \ | PRIMARY | V03.7 | 05/26/2009 10... | INACTIVE |
| | MOOD DISORDER DUE TO [GENERAL MEDICAL CONDITION] | MENTAL HEALTH \ | PRIMARY | 293.83 | 10/30/2009 15... | RULE/OUT |
| | IMPULSE CONTROL DISORDER, UNSPECIFIED | MENTAL HEALTH \ | PRIMARY | 312.30 | 10/30/2009 15... | ACTIVE |
| | MENTAL HEALTH CARS 3 | CARS \ | PRIMARY | MHC3 | 10/09/2009 07... | ACTIVE |
| | TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) | CID \ | PRIMARY | 011.4 | 06/11/2009 08... | INACTIVE |
| | VARICELLA, IMMUNITY | CID \ | PRIMARY | 052.90 | 05/26/2009 10... | INACTIVE |
| | HEPATITIS B VACCINE | CID \ | PRIMARY | V70.01 | 05/26/2009 10... | INACTIVE |
| | MENTAL HEALTH CASE MGMT PROBLEMS AND TRMT OBJECTIVES | MH OTHER \ | SECONDARY | MHCMPTO | 03/05/2009 08... | INACTIVE |
| | DIAGNOSIS DEFERRED ON AXIS II | MENTAL HEALTH \ | SECONDARY | 799.9 | 09/16/2009 10... | INACTIVE |
| | ALCOHOL DEPENDENCE | MENTAL HEALTH \ | SECONDARY | 303.90 | 10/09/2009 07... | INACTIVE |

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5215                           OIG- Webb 41

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_  TDCJ#: _1569761_   Date/Time: _8/4/11 0345_
Facility: _Skyview_

Allergies: _NKDA_

| Patient Language: _English_ | Name of interpreter, if required: _N/A_ |
|---|---|

| MODE OF ARRIVAL: | | CONDITION ON ARRIVAL: |
|---|---|---|
| Date: | Time: | ☐ Stable |
| ☐ Ambulatory | | ☐ Guarded |
| ☐ W/C | | ☐ Serious |
| ☑ Stretcher | | ☑ Critical |
| ☐ Carried | | |

CHIEF COMPLAINT/LOCATION/ONSET: _Unconscious on gurney when nursing staff arrived. Coming down the walk. CPR had already begun immediately. The J staff arrived at EMS when pulses & resps_

SIGNIFICANT MEDICAL HISTORY: _Psych Hx, Card Hx,_

| Quantitative Pain Scale:  Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Qualitative Description of Pain**

| Location: _N/A_ | | Onset: |
|---|---|---|
| Duration: | | |
| Aggravating Factors: | | |
| Alleviating Factors: | | |

| Pain Character: | Dull | Sharp | Throbbing | Other: |
|---|---|---|---|---|
| Frequency: | Constant | Intermittent | Other: | |
| Radiating: | No | Yes | Location: | |

**GLASGOW COMA SCALE**

| Eye Opening | Best Verbal Response | Best Motor Response |
|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 0345 | CA | / | / | / | 3 |
| | | | | | |
| | | | | | |
| | | | | | |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-16

_11.5_

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_   TDCJ#: _1569761_   Date/Time: _8/4/11 0400_ _0345_
Facility: _____

| CARDIAC ☐ NA | PULMONARY ☑ N/A | GI ☑ N/A | SKIN ☐ N/A | NEURO ☐ N/A |
|---|---|---|---|---|
| **Apical Pulse**<br>☐ Regular<br>☐ Irregular<br>☐ JVD | **Respirations**<br>☐ Normal<br>☐ Shallow<br>☐ Labored<br>☐ Nasal Flaring<br>☐ Grunting<br>☐ Retractions<br>☐ Hyperventilating<br>☐ Use of accessory muscles _Ø Resp_ | ☐ Denies Problems<br>☐ Nausea<br>☐ Vomiting<br>☐ Diarrhea<br>☐ Rectal Bleeding<br>☐ Constipation<br>☐ Incontinent<br><br>Last BM ___ Date | ☐ Cold<br>☑ Warm<br>☐ Hot<br>☐ Dry<br>☑ Moist<br>☐ Diaphoretic<br>☐ Normal<br>☐ Pale<br>☐ Mottled<br>☐ Cyanotic<br>☐ Jaundiced<br>☐ Flushed<br>☐ Intact | ☐ Alert<br>☐ Oriented X Ø<br>☐ Confused<br>☐ Lethargic<br>☑ Unresponsive |
| **Peripheral Pulses**<br>Upper ☐ R  L ☐<br>Lower ☐ R  L ☐ | **Lungs**<br>☐ R  L ☐ Clear<br>☐ R  L ☐ Crackles<br>☐ R  L ☐ Wheezes<br>☐ R  L ☐ Diminish<br>☐ R  L ☑ Absent | **Abdomen**<br>☐ Soft<br>☐ Firm<br>☐ Distended<br>☐ Obese<br>☐ Tender<br>☐ Rebound | | **Arm Strength**<br>☐ R  L ☐ Normal<br>☐ R  L ☐ Weak<br>☐ R  L ☐ Flaccid<br>**Leg Strength**<br>☐ R  L ☐ Normal<br>☐ R  L ☐ Weak<br>☐ R  L ☑ Flaccid |
| **Bleeding**<br>☑ None<br>☐ Controlled<br>☐ Excessive<br>Location: _N/A_ | | **Bowel Sounds**<br>☐ Normoactive<br>☐ Hyperactive<br>☐ Hypoactive<br>☐ Absent<br>☐ NG/G tube | **Ortho** ☑ N/A<br>☐ Deformity<br>☐ Swelling<br>Location___<br>**ROM**<br>☐ Full<br>☐ Limited<br>☑ Absent | **Pupils**<br>☐ Equal<br>☐ Unequal<br>☐ R  L ☐ Reactive<br>☐ R  L ☑ Non-reactive<br>☐ R  L ☐ Dilated<br>☐ R  L ☐ Constricted<br>☐ R  L ☐ Fixed |
| Est. Blood Loss _N/A_ cc | **GU** ☑ N/A<br>☐ Burning<br>☐ Frequency<br>☐ Urine Odor<br>☐ Hematuria<br>☐ Incontinent<br>☐ Anuric<br>☐ Vag. Discharge<br>☐ Vag. Bleeding<br>☐ Catheter | | | |
| **Capillary Refill**<br>☐ Normal<br>☐ Delayed | | | | |
| **Edema**<br>Upper R  L<br>0 1+ 2+ 3+<br>Lower R  L<br>0 1+ 2+ 3+ | **Initial Assessment Completed** | | **Signature** _Charlotte Adams RN,C_ | **Time** _0400_ |

**\*\*Contact Provider\*\***

Name of Provider Notified: ___   Time: ___
Provider Orders:

Orders read back and verified:  Signature: ___

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13   Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-16

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: _Webb, Robert_   TDCJ#: _156 9761_   Date/Time: _8/4/11 0400_
Facility: _SKYV_
                                                      _J1 C219_

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 0335 | nurse arrival, CPR in progress by security, this nurse assisted c̄ ventilation, skin warm, no pulse. Continued c̄ CPR en route to 25C. _(illegible)_ | |
| 0340 | EMS here Defib applied Continue c̄ CPR IV attempted a̅ silless. Intubated by EMS. | |
| 0345 | Continue c̄ CPR                    Dr. Clark | |
| 0355 | Pronounced death by Aaron Gardener EMS. | Williams RN Mullen RN |
| 0355 | Monitor on - asystole | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | VITAL SIGNS | | | | | | | |
|------|------|----|-------|------|------|-------|-----|---------|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | PEAK FLOW | | | |
|------|-------------|-------------|-------------|------------------------|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
| | | | | |
| | | | | |
| | | | | |

* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-16                                                                    3

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_ TDCJ#: _1569761_   Date/Time: _8/4/18   0350_
Facility: _____

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|---|---|---|---|---|---|---|---|---|
| MEDICATIONS | | | | | | | | |
| | _See print pass._ | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| I. V. THERAPY | | | | | | | Intake | Output |
|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
| | _None_ | | | | | | IV | Emesis |
| | | | | | | | NG | NG |
| | | | | | | | Other: | Other: |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|---|---|---|---|
| ☐ | Cell | Date: | Time: |
| ☐ | TDCJ Infirmary – Facility: | ☐ | Improved |
| ☐ | Local ER | ☐ | Stable |
| ☐ | Hospital Galveston | ☐ | Unstable |
| ☑ | Other: | ☑ | Deceased |
| **MODE OF TRANSFER:** | | **UTILIZATION REVIEW NOTIFIED:** | |
| ☐ | Van | Date: | Time: |
| ☐ | Local EMS | ☐ | N/A |
| ☐ | 911 Transfer | ☐ | Yes |
| ☐ | UTMB EMS | ☐ | No |
| ☑ | Other: | **PRE-CERTIFICATION #:** | |
| **PECC Contact Name (UTMB ONLY):** | | **UR CONTACT:** | |
| Time Contacted: | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

_Charlotte Adams RN, C_          _CA_
_B Burch RN_                      _BB_
_L Baxter, LVN_                   _LB_
_Sull as RN_                      _YW_

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-16

WEBB,ROBERT A
Medications 08/04/2011 10:13

ALLERGIES

| Allergy | | Reaction: | Severity: |
|---|---|---|---|
| | Comment | | |

| Reaction | | Status | Deletion Reason |
|---|---|---|---|
| | Deleted Date | | |
| NO KNOWN ALLERGIES | | | |
| | N/A | | |

&Active MEDICATIONS

```
CELEXA 40MG TABS      1 TABS ORAL QPM  02/11/2011 20:46 #30
PRILOSEC 20MG CAPS    1 CAPS ORAL BID  11/08/2010 00:01 #60
THORAZINE 200MG TABS  1 TABS ORAL EVENINGS  07/02/2011 00:01 #30
```

Photocopy of OIG Case to:  Litigation Support

Date sent: 4/19/13          Sent by: ce

Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

[1]

119

Problems for ROBERT WEBB A

Pearl

| ? | Problem Description | Category / Subcategor | Group | ICD-9 | First Observed | Status |
|---|---|---|---|---|---|---|
| | OBSERV-SUSPECT COND NEC | \ | PRIMARY | V71.8 | 08/24/2010 14... | ACTIVE |
| | NP - LOWER GASTRO-INTESTINAL SYMPTOMS | NURSE PROTOCOL \ | PRIMARY | HSN-60 | 08/24/2010 14... | INACTIVE |
| | NP - DENTAL COMPLAINTS | NURSE PROTOCOL \ | PRIMARY | HSN-54 | 06/29/2010 09... | INACTIVE |
| | OTHER DENTAL | DENTAL \ | PRIMARY | 525 | 09/01/2010 11... | INACTIVE |
| | OPTOMETRY SERVICES | OPTOMETRY \ | PRIMARY | V65.1 | 10/25/2010 11... | ACTIVE |
| | BORDERLINE INTELLECTUAL FUNCTIONING | MENTAL HEALTH \ | PRIMARY | V62.89 | 10/09/2009 07... | ACTIVE |
| | SKIN ILLNESS | \ | PRIMARY | 709.9 | 12/30/2010 10... | ACTIVE |
| | SCREENING EXAM FOR INFECTION | \ | PRIMARY | V75 | 05/26/2009 10... | INACTIVE |
| | HAND PAIN | \ | PRIMARY | 715.14 | 05/26/2009 07... | ACTIVE |
| | PHYSICAL EXAMINATION | \ | PRIMARY | V70.7 | 05/26/2009 07... | ACTIVE |
| | MEDICAL CARS 1 | CARS \ | PRIMARY | MC1 | 05/26/2009 07... | ACTIVE |
| | PERIO TYPE II | DENTAL \ | PRIMARY | 523.2 | 05/26/2009 09... | INACTIVE |
| | DENTAL CARS 1 | CARS \ | PRIMARY | DC1 | 09/15/2009 07... | ACTIVE |
| | EXTREMITY PAIN | \ | PRIMARY | 729.5 | 12/04/2009 10... | ACTIVE |
| | ADJUSTMENT DISORDER WITH MIXED ANXIETY AND DEPRESSED... | MENTAL HEALTH \ | PRIMARY | 309.28 | 05/20/2009 18... | ACTIVE |
| | ESOPHAGEAL REFLUX | \ | PRIMARY | 530.81 | 02/11/2011 20... | ACTIVE |
| | CID ASSESSMENT | CID \ | PRIMARY | CID ASMT | 04/29/2010 13... | INACTIVE |
| | HEPATITIS C (HEP C) | CHRONIC CARE \ | PRIMARY | 070.51 | 03/15/2010 09... | ACTIVE |
| | VISUAL ACUITY TEST | OPTOMETRY \ | PRIMARY | V72.0 | 10/02/2009 10... | INACTIVE |
| | TETANUS TOXOID VACCINATION | CID \ | PRIMARY | V03.7 | 05/26/2009 10... | INACTIVE |
| | MOOD DISORDER DUE TO [GENERAL MEDICAL CONDITION] | MENTAL HEALTH \ | PRIMARY | 293.83 | 10/30/2009 15... | RULE/OUT |
| | IMPULSE CONTROL DISORDER, UNSPECIFIED | MENTAL HEALTH \ | PRIMARY | 312.30 | 10/30/2009 15... | ACTIVE |
| | MENTAL HEALTH CARS 3 | CARS \ | PRIMARY | MHC3 | 10/09/2009 07... | ACTIVE |
| | TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) | CID \ | PRIMARY | 011.4 | 06/11/2009 08... | INACTIVE |
| | VARICELLA, IMMUNITY | CID \ | PRIMARY | 052.90 | 05/26/2009 10... | INACTIVE |
| | HEPATITIS B VACCINE | CID \ | PRIMARY | V70.01 | 05/26/2009 10... | INACTIVE |
| | MENTAL HEALTH CASE MGMT PROBLEMS AND TRMT OBJECTIVES | MH OTHER\ | SECONDARY | MHGMPTO | 08/05/2009 08... | INACTIVE |
| | DIAGNOSIS DEFERRED ON AXIS II | MENTAL HEALTH \ | SECONDARY | 799.9 | 09/16/2009 10... | INACTIVE |
| | ALCOHOL DEPENDENCE | MENTAL HEALTH \ | SECONDARY | 303.90 | 10/30/2009 15... | INACTIVE |

Photocopy of OIG Case to: Litigation Support
Date: 4/19/13 Sent to:
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Business Computer Applications, Inc, Copyright(C) 2004     Page 1 of 4     08/04/11 10:13:52

Problems for ROBERT WEBB A                                      Pearl

| ? | Problem ID |
|---|------------|
|   | 133661651  |
|   | 134345576  |
|   | 134345581  |
|   | 134345586  |
|   | 135829791  |
|   | 136974806  |
|   | 138310026  |
|   | 116000840  |
|   | 115994522  |
|   | 115994527  |
|   | 115994532  |
|   | 115998896  |
|   | 120830397  |
|   | 123963816  |
|   | 120892076  |
|   | 140016758  |
|   | 129292958  |
|   | 127550092  |
|   | 126364894  |
|   | 126364852  |
|   | 122707557  |
|   | 122707514  |
|   | 121830903  |
|   | 120892151  |
|   | 120892152  |
|   | 120892083  |
|   | 120892078  |
|   | 126364965  |
|   | 126365006  |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Business Computer Applications, Inc, Copyright(C) 2004        Page 2 of 4

08/04/11 10:13:52

Plaintiffs' MSJ Appx. 5222                     OIG- Webb 48

Problems for ROBERT WEBB A

Pearl

| ? | Problem Description | Category / Subcategor | Group | ICD-9 | First Observed | Status |
|---|---|---|---|---|---|---|
| | ADAPTIVE BEHAVIOR SCREEN COMPLETED | MH OTHER \ | SECONDARY | MHABS | 10/08/2009 08... | INACTIVE |
| | MENTAL HEALTH BEHAVIORAL OBSERVATIONS | MH OTHER \ | SECONDARY | V40 | 10/07/2009 06... | INACTIVE |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
    UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/04/11 10:13:52

Plaintiffs' MSJ Appx. 5223                    OIG- Webb 49

Problems for ROBERT WEBB A                                          Pearl

| ? | Problem ID |
|---|-----------|
|   | 126365025 |
|   | 126365032 |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF *Phillip Solly CO5*

GIVEN THIS DATE: *Aug. 4, 2011* AT *0600* O'CLOCK ☒ AM ☐ PM

My name is: *Phillip Solly*

Date of birth: ▮▮▮▮▮▮   I can be contacted at telephone number: ( )

and at address: *Hodge Unit*

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to
leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way
to give this statement, which is true and correct and voluntarily given.* I, Officer Solly, is conducted
a crosscount on C-wing at 0230 and offender Robert Webb was
up talking with his cellmate offender Shehan. At 0315 I began
dropping morning chow. When I arrived to C219 offender Webb
was lying on a mattress on the floor by the cell door. I called
said offender o name, to several times, with no response. That is
when I noticed a puddle of urine around offender Webb.
I stepped out to notify the picket that I needed a radio. When
the radio arrived I began I.C.S, and told offender Johno to
get the life saving response kit with a CPR Mask. So she was
getting the kit, I check for a pulse at the neck and had no
pulse. I then rolled offender Webb off the mattress onto his

Subscribed And Sworn To Before Me By: *Phillip Solly*
                                                        Signature

                                         *Phillip Solly*
                                                  Printed Name

On this the *4th* day of *August 2011*

                                        Notary Public In and For The State of Texas

                              *OR*

Witness: _____   *Jem Mob*
             Signature                           Police Officer's Signature

                                         *Jesse McLeroy Inv 231*
            Printed Name                          Printed Name, Rank, and ID Number

Page *1* of *2*

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13     Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

*12.1*

Office of the Inspector General

(Continuation)

Written Statement of: _Phillip Solly - back and began CPR chest compression;_
Officer Johns arrived with the kit and got the CPR mask out,
and began CPR rescue breaths. Lt. Yancey arrived and began
assisting me with CPR. Medical arrived, and order the offender to
be placed on the gurney down stairs. So Officer Brown, Officer
Sarchet, Lt. Yancey, and myself lifted offender Webb and carried
him down stairs, and placed him on the gurney. I then
climbed on top of the gurney and offender Webb, and continued
with CPR chest compression and CPR rescue breaths. Officer Brown,
Officer Sarchet, Lt. Yancey pushed the gurney to DSC as
I was doing CPR chest compression and CPR Rescue breaths.
When arriving at Skyview DSC, there was a ambulence with
paramedics waiting. At that time I was relieved of CPR
chest compressions and CPR rescue breath by the paramedics.

Subscribed And Sworn To Before Me By: _[signature]_

_Phillip Solly_
Printed Name

On this the _4th_ day of _August 2011_

Notary Public In and For The State of Texas

_OR_

Witness: _____     _[signature]_
Signature                            Police Officer's Signature

_Jesse McBee_
Printed Name

Photocopy of OIG Case for Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page _2_ of _2_

CC-0355 (07/2005)

_12.2_



Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

CRIMINAL CASE
VOLUNTARY STATEMENT

STATEMENT OF **Bobby Burch**

GIVEN THIS DATE: 08/04/11 AT 6:20 O'CLOCK ☑AM ☐PM

My name is: Bobby Burch

Date of birth: ▮▮▮▮▮▮     I can be contacted at telephone number: (    )

and at address: Skyview Unit

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

O/F was found unresponsive in his cell and security &
medical was called. I arrived on the scene with
security. O/F skin was warm and moist. I was unable
to palpate a pulse. CPR in progress continuously
en route to DSC. 911 had been initiated per
Security rank. EMS on scene on arrival at DSC.
Defibrillator applied, CPR continued. EMS assumed
care of O/F.

Subscribed And Sworn To Before Me By:     B Burch
                                          Signature
                                          Bobby Burch
                                          Printed Name

On this the 4th day of August 2011

                                          Notary Public In and For The State of Texas

                    OR

Witness: _____              Jim M S
         Signature                     Police Officer's Signature
                                       Jesse McBerry Inv 231
         Printed Name                  Printed Name, Rank, and ID Number

Page 1 of 1

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13       Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

13.1



Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF  Yvonne Williams

GIVEN THIS DATE:  8/4/11  AT  5⁵⁵  O'CLOCK  ☑ AM ☐ PM

My name is:  Yvonne Williams

Date of birth: ▬▬▬▬▬▬  I can be contacted at telephone number: (   )

and at address:  Skyview Unit

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

330 AM I arrived at JT Hodge, security was in the process of CPR on offender, I assisted c̄ ventilation via ambu bag. CPR was continous to DSC where EMS was waiting. I attempted to start IV, but was unsuccessful. Medical staff continued CPR. Intubation EKG moniting, AED applied by EMS. EMS pronounced death at 0355. offender was warm + moist during CPR, no pulse, no resp.

Subscribed And Sworn To Before Me By:

Signature: Yvonne Williams RN

Printed Name: Yvonne Williams

On this the  4  day of  August 2011

Notary Public In and For The State of Texas

OR

Witness: _____  Police Officer's Signature: Jesse McBerry

Signature

Printed Name: Jesse McBerry IAN 231

Printed Name, Rank, and ID Number

Page  1  of  1

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

19.1



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Lynette Baxter_

GIVEN THIS DATE: _8/4/11_ AT _0555_ O'CLOCK ☒ AM ☐ PM

My name is: _Lynette Baxter_

Date of birth: _1-27-1955_  I can be contacted at telephone number: _(903) 863-2190_

and at address: _Skyview Unit_

_I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given._

_Called to JI @ 0330 for an emergency. Upon arrival security staff and nurse was enroute to DSC administering CPR. Assisted c̄ CPR to DSC where EMS was awaiting. Continued CPR while EMS staff intubated the inmate. CPR continued along c̄ AED until EMS staff called his death @ 0355_

Subscribed And Sworn To Before Me By: _Lynette Baxter_
Signature
_Lynette Baxter_
Printed Name

On this the _4th_ day of _August 2011_

Notary Public In and For The State of Texas

OR

Witness: _____
Signature

_____
Printed Name

_Jim M__
Police Officer's Signature

_Jesse Maberry Inv 231_
Printed Name, Rank, and ID Number

Page _1_ of _1_

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

_15.1_



Texas Department of Criminal Justice
OFFICE OF THE INSPECTOR GENERAL

# CRIMINAL CASE
# VOLUNTARY STATEMENT

STATEMENT OF _Charlotte Adams RN,C_

GIVEN THIS DATE: _8/4/11_ AT _555_ O'CLOCK ☑AM ☐PM

My name is: _Charlotte S Adams RN, C_

Date of birth: ▮▮▮▮▮▮▮   I can be contacted at telephone number: ( _4_ )

and at address: _Skyview Unit_

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

Recd call to go to J-1 for offender who was
unconscious. Met TDCJ officer and RN Williams
coming down the walk, Pt on gurney. CPR was
in progress. Arrived at EMS van and care was
taken over by EMS with assist from Skyview
nurse. Intubation was attempted, as well as AED and
IV therapy. EKG monitor showed pt to be without
pulse. No respiration or pulse was present. Death
was pronounced at 0355am by EMS personnel.

Subscribed And Sworn To Before Me By:                _Charlotte Adams RN,C_
                                                      Signature
                                                     _Charlotte Adams RN,C_
                                                      Printed Name

On this the _4th_ day of _August 2011_

                                                      Notary Public In and For The State of Texas

                              *OR*

Witness: _____          _Jesse M_____
          Signature                          Police Officer's Signature
         _____          _Jesse Mabery  Iw 231_
          Printed Name                       Printed Name, Rank, and ID Number

Page _1_ of _1_

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

_16.1_



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE
## VOLUNTARY STATEMENT

STATEMENT OF _Roy EUGENE SHEhAN   1460 70_

GIVEN THIS DATE: _8 - 4 - 11_ AT _6.15_ O'CLOCK ☑AM ☐ PM

My name is: _Roy EUGENE ShEhAN_

Date of birth: _____    I can be contacted at telephone number: ( )

and at address: _J - C - 219._

*I am not under arrest, nor am I being detained by any law enforcement agency. I understand that I am free to leave at any time I choose. I have not been promised anything, nor have I been forced or coerced in any way to give this statement, which is true and correct and voluntarily given.*

_I am Roy Shehan me and Robert ALLAN WEBB_
_hAVE BEEN cELL MATE FOR 1 YEAR. ME AND_
_ROBERT WERE UP A 8:00 PM AND WE WER TALKING TO_
_A Bout 2:00 AM HE TOLD ME HE WAS FEELING_
_TIERD AND ASK ME TO PUT his BED IN_
_ThE FLOOR A Bout 3:15 AM ThEY ROLD THE DOOR_
_FOR Chow ROBERT WAS STILL IN ThE BEN_
_ThE BOSS NOTUCET his COLOR WAS NOT RIGHT_
_HE STARED CPR. DURING ThE DAY_
_TIME WE ARE ALOWED COLD WAITER._

Subscribed And Sworn To Before Me By:  _Roy Eugene Shehan_
                                                                                          Signature
                                                                        _Roy EUGENE ShEhAN_
                                                                                          Printed Name

On this the _4_ day of _August 2011_

                                                        _____
                                                        Notary Public In and For The State of Texas

                                              OR

Witness: _____              _Bill Jones_
                  Signature                                    Police Officer's Signature

                                                        _Bill Jones  H 322_
                  Printed Name                          Printed Name, Rank, and ID Number

Page _1_ of _2_

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

_17.1_

## Office of the Inspector General

### (Continuation)

Written Statement of: Roy Shehan 1461120

SO WE DONT GET TO HOT. WE HAD ON
SEVEL TIMIES. ASK FOR COLD WATTER.
AND GOT IT WITH NO PROBLEME.
THE BOSSES WERE WALKING THE RUN.
WE DONT COO. TO RECREATION. BECOUSE
WE DONT LIKE A LOT OF PEOPEL.
WE NEVER HAD NO PROBGEMS WITH NO
ONE ONE ON THE WING. HE HAS BEEL.
TAKING HIS MED WE WALK TOGETHER. HE
NEVER SAID. HE HAD A MEDICAL PROBBLEM.
WHEN THE BOSS. STARED. WORKING ON ROBERT
IT WAS 3:15 PM. SECERETY DID EVERY
THING THAT WAS POSOBELE HE WAS LAYING
ON HIS STOMICK

Subscribed And Sworn To Before Me By: Roy Eugene Shehan

_Signature_

Roy EUGENE SHEHAL.

_Printed Name_

On this the 4 day of August 2011

_Notary Public In and For The State of Texas_

OR

Witness: _____   Bill Jones

_Signature_                          _Police Officer's Signature_

Bill Jones H 322

_Printed Name_                       _Printed Name, Rank, and ID Number_

Page 2 of 2

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0355 (07/2005)

11-03110
Region A
JDM

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Health Services Division
Custodial Death Report Information Worksheet

*This form must be completed on all offenders who expire while in the custody of TDCJ*

| | |
|---|---|
| **Offender Name: Webb, Robert** | **TDCJ #: 1569761**     **Facility: Hodge** |
| **Date of Death: 8/4/11 05:05 am** | **Was Autopsy Conducted?**    × Yes    ☐ No |

**Provisional Cause of Death**

01 ☐   Illness/Natural (Exclude AIDS-related): _____

02 ☐   Acquired Immune Deficiency Syndrome (AIDS)

03 ☐   Alcohol/Drug Intoxication

04 ☐   Accidental Injury to Self – Describe: _____

05 ☐   Accidental Injury By Other (e.g. positional asphyxiation during cell extraction):
       Describe: _____

06 ☐   Suicide

07 ☐   Homicide committed by other offender(s)

08 ☐   Other Homicide – Specify: _____

09 ×☐   Other Causes – Specify: _Cardiac Arrest secondary to respiratory arrest secondary to hyperthermia_

**Circumstances Surrounding The Offender's Death**

Was the provisional cause of death the result of a pre-existing medical condition or did the offender develop the condition after admission into TDCJ?

01 ☐   Pre-existing medical condition     02 ☐   Developed condition after admission

   1.   Intoxication at time of custody:    ☐ Not Intoxicated    ☐ Alcohol Only    ☐ Drugs Only
                                          ☐ Drugs and Alcohol    xx Unknown

   2.   Had the offender been receiving treatment by medical/mental health personnel for the medical/mental health condition after admission to your facility?
      •   Include only medical/mental health treatment and medication related to the medical condition that caused the offender's death.Thorazine,Celexa
      •   Exclude emergency care provided at the time of death.
         ☐ Yes – Describe: _____
         ☐ No

     a.   Had deceased ever previously attempted suicide?    ☐ Yes   ☐ No   x☐ Unknown

     b.   Was deceased taking any prescription medication?    x☐ Yes   ☐ No   ☐ Unknown

     c.   Did deceased exhibit medical problems prior to death?    ☐ Yes   x☐ No   ☐ Unknown

     d.   Did deceased exhibit mental problems prior to death?    ☐ Yes   ☐ No   x☐ Unknown

     e.   Is suicide screening utilized at your facility?    x☐ Yes   ☐ No

03 ☐   Not applicable – cause of death was accidental injury, intoxication, suicide, or homicide.

**Complete the following for accidental injury, intoxication, suicide, and homicide deaths *only***

   1.   When did this incident occur?
         ☐ Morning (6 am to 11:59 am)
         ☐ Afternoon (Noon to 5:59 pm)
         ☐ Evening (6 pm to 11:59 pm)
         ☐ Overnight (Midnight to 5:59 am)

   2.   Where did the incident take place?
         ☐ In the offender's cell      ☐ In a temporary holding area/lockup
         ☐ In a common area within the facility (e.g. day room, library, cafeteria, Sunday room, workshop)
         ☐ Outside the prison      ☐ Elsewhere – Specify: _____

**Name of Facility Medical Representative (*required*):** NURY
G. Wright, D.O.

Office of the Inspector General- Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Location: OIG Library Location Sunday
Date sent: 4/18/13    Sent by: ce

18.1

# Admission Summary

| Name | Number | Offense | Sent. | Ed. | GED |
|---|---|---|---|---|---|
| WEBB, Robert Allen (W) | 1569761 | AGGRAVATED ASSAULT WITH DEADLY WEAPON | 9Y | NV 09 | N |

| Max Expir | Minimum Expiration | I.Q. | Age | DOB | Int/By | Religion |
|---|---|---|---|---|---|---|
| 03/28/2018 | 03/28/2018 | 77 | 48 | ▉ | 06/18/2009 DCR / afs | Baptist |

| County: | Harris   Chambers | | |
|---|---|---|---|
| Work Experience: | Truck Driver | Sent. Beg. 03/28/2009 | Date Received 05/20/2009 |
| Vocational Skills: | None | | |

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 3-1REV | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | 19 | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Ref'v | | | L1 EFF: 03/28/2009  W EFF: 03/28/2009 |
| Det Hosp | | | |
| Det Home | | | 9-16-09  HDUCC (01)¾/II  W/A DMR |
| St Trans | | | 2-8-10  (L2C25.1)15 days Rec/p days Comm |
| St Jail | | | 2-9-10 (L2C25.1)15 days Rec/ Comm |
| SubA TF | | | 2-10-10 (L2C25.1) 15 days Rec/ Comm |
| TDCJ-ID | 1 | | 9-20-10 (L2C25.1) Reprimand |
| | | | 9-20-10 (L2C25.1) 7 days Rec/Comm |
| O/Pris | | | 9-21-10  HDUCC (26)¾/II  Delete Trade |

| | ALL POSTINGS (Cont'd.) |
|---|---|
| WEBB, Robert Allen # 1569761 | 9-16-10 (L2C25.1) 15 days Rec/Comm PS |

## Transfers and Assignments

| Date | Place | Work |
|---|---|---|
| 09-16-07 | HD | W/A DMR |

(I) AGGRAVATED ROBBERY (1) (9and and 2-8 years concurrent)
AGGRAVATED ASSAULT WITH A DEADLY WEAPON (1) ROBBERY BY THREATS

**ILLNESS, INJURY OR DEATH - NOTIFY**
Edna Webb (MO)
399 Stone Hing, Houston, TX (713-451-9367)

RACE: WHITE          SEX: MALE          HEIGHT: 05' 11"          WEIGHT: 197

COMPLEXION: RUDDY          EYES:  HAZ          HAIR:  GRY

NATIVITY: Dallas, Dallas Co., TX

MARKS and SCARS:
CUT SCARS ON INSD & OUTSD OF RF ARM, TAT MOON/STARS ON UPPER LFT SIDE OF
BACK, "KEVIN CASEY"/CROSS ON OUTSD OF LF ARM, HRTS ON OUTSD OF RF ARM,
BULLDOG ON OUTSD OF LF ARM, OTHER TATS

DETAINERS:

Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

19 )

CONDUCT

Transfers and Assignments

| Date | Place | Work |
|------|-------|------|
|      |       |      |

AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Institutional Division

1569761          000          5/20/2009          001

WEBB, ROBERT ALLEN

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ee

Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

19.2

Robert Allen
#1569761

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

15 arrests involving 6 violent offense--1 day Polk County Jail for DWI (dismissed, VERIFIED)--60 days Smith County Jail for DWI (dismissed   e served, NOT VERIFIED)--40 days    ris County Jail for DWI (time served, VERIFIED    45 days Harris County Jail for Terroristic Threat (threatened to whip white male girlfriends son, time served, VERIFIED)--365 days Harris County Jail for Assault Causing Bodily Injury (fist fight with Hispanic male, injuries, time served, VERIFIED)--60 days Harris County Jail for Terroristic Threat (threatened adult white male brother, time served VERIFIED)--90 day Van Zandt County for DWI (time served, VERIFIED)--90 days Otter Tail County, MN for DWI (time served, NOT VERIFIED)--6 month adult probation Polk County 1993 Telephone Harassment (called ex wifes boyfriend about the children, revoked, time served VERIFIED)-- 5 years adult probation Harris County 1995 Unauthorized Use Of Motor Vehicle (completed, NOT VERIFIED)--4 year adult probation Otter Tail County, MN 2001 Driving While Impaired (completed, NOT VERIFIED)--X/TDCJ-CID # 705747 on a 4 year sentence from Polk County for 1 count UNAUTHORIZED USE OF MOTOR VEHICLE, 05/17/1995 received at DU, maintained clear record, 05/31/1995 reassigned CN, maintained clear record, 02/01/1996 reassigned HV, maintained clear record, 02/05/1996 released on preparole status to CCA Mineral Wells, TX, maintained clear record, 07/08/1996 released on parole to Polk County; 01/16/1999 discharged upon expiration of sentence while on parole (VERIFIED); as present TDCJ-CID #1569761 was received at NF on 05/20/2009, maintained clear record--claims contact with  ex wife, 3 children, mother, 1 sibling, and 1 stepsibling--claims father deceased--claims 1 marital failure with 3 children involved--claims single--admits 1 suicide attempt at the age of 35 by cutting wrist with knife--refer to Diagnostic & Evaluation Classification Summary--true name: Webb, Robert Allen--AKA: Cowboy--

PRESENT OFFENSE SUMMARY:

The current offense of AGGRAVATED ASSAULT WITH DEADLY WEAPON and AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a basket on the table. Mary Steed confronted the subject and observed him pull a knife and attempt to stab her several times in which he was unsuccessful. After a short struggle the subject was able to break free and take off in his truck and leave the area with the victims money. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to the Chambers County Jail where he was unable to post two $30,000 bond (NOT VERIFIED).

The current offense of ROBBERY BY THREAT involves the subject on 03/28/2009 during the nighttime in Houston, TX entering a Valero Station. The subject walked to the counter and displayed an unknown type of hand gun and demands cash from the register. The clerk told the subject that the police had just left the store and was still in the area. A witness walked into the store. The subject walked over to the witness and displayed his hand gun and demanded the witnesses wallet car keys and cell phone. The witness gave subject his wallet. The subject was also given some cash from the register. The subject then fled the store. The subject had parked his vehicle directly in front of the store and the victim was able to report a license plate. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to Harris County Jail where he was unable to post a $50,000 bond (VERIFIED).

DPS #: 03508485
FBI #: 797572TA3
    #: ████████

JH

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

193



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
OFFICE OF THE INSPECTOR GENERAL

Evidence Details

**Evidence Details:**

| | | | |
|---|---|---|---|
| Tag #: | 2011.03110.0001 | Evidence Type: | Digital Media |
| Evidence Location: | Hodge-HD | Submitted By: | |
| Current Evidence Location: | Hodge-HD | Location Stored: | |
| Date Recovered: | 8/4/11 | Current Location Stored: | Hodge OIG Office |
| Description: | compact disc containing photographs | Date Destroyed: | |

Chain of custody details

| Release / Recovery Date | Released By Name | Released To / Recovered by Name | Release To/ Recovery Location | Release / Recovery Notes |
|---|---|---|---|---|
| 08/04/2011 | | Inv. Jesse Maberry | Hodge-HD | |
| 08/04/2011 | Inv. Jesse Maberry | Inv. John Riggle | Hodge-HD | |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Tuesday, December 6, 2011 1:25 pm

TDCJ - OIG

Page 1 of 1

20.1

Plaintiffs' MSJ Appx. 5237

OIG- Webb 63

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER
## SERIOUS INCIDENT REPORT FORM

EAC I-10978-08-11

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Death | HD | 08-04-11/0600 | Lt. P. Yancey |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08-04-11/0505 | J1 building C-wing cell 219 | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?  ☐ YES  ☒ NO

### EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?  ☐ YES  ☐ NO

### OFFENDER INFORMATION

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Webb, Robert | 1569761 | W/M | 50 | II | n/a | N/A |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?  ☐ YES  ☒ NO     NAME OF HOSPITAL:

### INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A - V |
|---|---|---|---|---|---|---|
| Webb, Robert | 1569761 | w/m | 50 | II | n/a | n/a |
| | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED: 08-04-2011/0505 hrs

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED: Justice of the Peace Tony Johnson

PRELIMINARY CAUSE OF DEATH: undetermined

MOTIVE FOR ASSAULT/DEATH: n/a

NEXT OF KIN NOTIFIED?  ☒ YES  ☐ NO      DATE/TIME/BY WHOM: 8-4-11/0620  Chap. Newton

HUNTSVILLE FUNERAL HOME NOTIFIED?  ☒ YES  ☐ NO      DATE/TIME/BY WHOM: 8-4-11/0625  Lt. Yancey

JUSTICE OF PEACE NOTIFIED?  ☒ YES  ☐ NO      DATE/TIME/BY WHOM: 8-4-11/0416  Capt. Singleton

Photocopy of OIG Case to:  Litigation Support
Date sent:  6/19/13
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPY OR USE PROHIBITED

211

```
*********************************************************************************
*** REQUESTOR: PTA2354   YANCEY, PAUL        SKYVIEW/HODGE COMPLEX        ***
*********************************************************************************
***            S T E M   O U T B A S K E T   P R I N T
***
MESSAGE ID: 506640        DATE: 08/04/11  TIME: 07:50am  PRIORITY: 000

SUBJECT:   J 10676 08 11

EAC USE ONLY: DATE REPORTED:...............  ...  TIME REPORTED:.........

EMERGENCY ACTION CENTER INCIDENT NO:   J  10676   08   11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  N
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HF   REGION II  DATE OCCURRED: 08 / 04 / 2011  TIME OCCURRED: 06:05
SPECIFIC LOCATION: J1 BUILDING C WING CELL 215
INITIAL INCIDENT COMMANDER: (IF APPLICABLE)
RANK/NAME: P. SOLIS  CO3
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: LT  P. YANCEY
LEVEL OF RESPONSE: (INDICATE ALL THAT APPLY)
 X A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED: X YES    NO
WAS INCIDENT RACIALLY MOTIVATED:    YES  X NO


                        OFFENDER INFORMATION
                                            TDCJ NO   CUST  RACE  SEX  AGE  INJ  A V.
OFFENDER NAME (LAST, FIRST M)               1063781    II    W     M   70
 WEBB, ROBERT A


WERE OFFENDERS TRANSFERRED TO A HOSPITAL   YES X NO
BY:   EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL:
TREATMENT:

                        EMPLOYEE INFORMATION
                             SEX    RACE   SEX   AGE      RANK
NAME (LAST, FIRST M)


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT, PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED   YES   NO
WAS A SEXUAL ASSAULT REPRESENTATIVE
```

Photocopy of OIG Case to:  Litigation Support
Date sent:  4/19/13.       Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

212

IF YES NAME/TITLE OF REPRESENTATIVE:

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 06 / 04 / 2011   TIME: 05 : 55 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: J.P. TONY JOHNSON
COUNTY WHERE DEATH OCCURRED: CHEROKEE
PRELIMINARY CAUSE OF DEATH: UNDETERMINED
NEXT OF KIN NOTIFIED X YES   NO   DATE: 06 / 04 / 2011   TIME: 06 : 50
NAME OF NOK: SIDNEY J. WEBB
HUNTSVILLE FUNERAL HOME NOTIFIED X YES   NO
JUSTICE OF PEACE NOTIFIED: X YES   NO

                    DESCRIPTION OF WEAPON(S) CONTRABAND


                    CHEMICAL AGENT INFORMATION
                         LIST TYPE                    AUTHORIZATION
AMOUNT


WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO   INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES       NO X
              IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB RESISTANT VEST
NARCOTIC DETECTOR CANINE
CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT

  THE HODGE ADMINISTRATION IS REPORTING AN OFFENDER DEATH.

  OFFENDER WEBB, ROBERT  1568754 IS A ...

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

A 6 YEAR SENTENCE FOR AGGRAVATED ASSAULT WITH A DEADLY WEAPON OUT OF HARRIS COUNTY AND IS CURRENTLY INTELLECTUALLY IMPAIRED CUSTODY.

ON 8 4 11 AT APPROXIMATELY 0215 HOURS OFFICER R. SOLIT CO3 WAS WAKING OFFENDER ON J1 BUILDING C WING FOR THE MORNING MEAL. WHEN OFFICER SOLIT ARRIVED AT CELL 119 HE NOTICED THAT OFFENDER WEBB, ROBERT 1568581 DID NOT RESPOND TO ORDERS. OFFICER SOLIT CHECKED THE OFFENDER AND DETERMINED THAT HE DID NOT HAVE A PULSE. OFFICER SOLIT CALLED FOR A RESPONSE, MEDICAL, LIFE SAVING RESPONSE KIT, SUPERVISOR AND A GURNEY. OFFICER SOLIT THEN INITIATED CPR UNTIL MEDICAL COULD ARRIVE. A RESPONSE, SUPERVISOR, MEDICAL AND A GURNEY ARRIVED AT THE CELL. STAFF LIFTED THE OFFENDER AND CARRIED HIM DOWN THE STAIRS TO THE GURNEY. EMS WAS NOTIFIED AT APPROXIMATELY 0325. AFTER THE OFFENDER WAS PLACED ON THE GURNEY CHEST COMPRESSIONS RESUMED AND THE OFFENDER WAS TAKEN TO SV 5 INFIRMARY. THE AMBULANCE ARRIVED AT 0340 HOURS AND WAS WAITING WHEN THE OFFENDER ARRIVED AT DSC. ALL ATTEMPTS WERE MADE TO REVIVE THE OFFENDER BUT TO NO AVAIL. PARAMEDIC AARON GOODWIN CALLED THE TIME OF DEATH AT 0355 HOURS.

OFFENDER WEBB'S CELL PARTNER OFFENDER BREHAN, ROY 1461170 WAS PLACED IN SINGLE CELL HOUSING PENDING AN INVESTIGATION, IT APPEARED TO BE NO FOUL PLAY. CELL 119 WAS SECURED UNTIL OIG COULD CLEAR THE CELL. WARDEN GUIDRY (DUTY WARDEN) WAS NOTIFIED AT 0411 HOURS. OIG JESSIE MAYBERRY WAS NOTIFIED AT 0410 HOURS. JUSTICE OF THE PEACE TONY JOHNSON WAS NOTIFIED AT 0413 HOURS. CHAPLIAN ROBERT NEWTON WAS NOTIFIED AT 0415 HOURS. CHAPLAIN NEWTON WAS ABLE TO CONTACT THE NEXT OF KIN. THE OFFENDER'S BROTHER SIDNEY WEBB WAS NOTIFIED AT 0620 HOURS. FAMILY WILL BE CLAIMING THE BODY. OFFICER SOLIT DID RECEIVE GRIEF FROM CHAPLIAN NEWTON FOR THIS INCIDENT. CARNES FUNERAL HOME DID PICK UP THE BODY OF OFFENDER WEBB AT 0555 HOURS. WHEN JUSTICE OF THE PEACE TONY JOHNSON ARRIVED HE DID CHANGE THE TIME OF DEATH FROM 0355 TO 0355 HOURS.

NOTIFICATION: WARDEN T. HAYNES @ 0418
            WARDEN E. GUIDRY @ 0411 (DUTY WARDEN)
            OIG J. MAYBERRY @ 0410
            CHAPLAIN R. NEWTON @ 0415
            JUSTICE OF THE PEACE TONY JOHNSON @ 0413
            RUSK POLICE TERRY PHILLIPS @ 0423
            CARNES FUNERAL HOME  MRS. HOLLT @ 0425
            FAC R. MINOR @ 0500 HRS AND ISSUED  T 10978 08 11

(SEND ADDITIONAL INFORMATION TO HQBATCH_____ AS SUBJECT)

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PREPARED BY: LT. PAUL TANCEY
AUTHORIZED BY: WARDEN KELLY GUIDRY

DATE: 04   04   2013

Sent to:    EAC

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED