### TDCJ/SKYVIEW/HODGE UNIT
### OFFENDER DEATH NOTIFICATION FORM

DATE: 08-04-2011

ASSIGNED UNIT: Hodge_____ DOB:_2-11-61_age 50

NEXT OF KIN NAME:_Sidney Webb_____ Relationship:_Brother
Address: 394 Stonechange, Houston, TX_____ PHONE:_713-451-9367
DATE & TIME OF DEATH: 8-4-2011/0505___ LOCATION:_SV DSC Infirmary
PRONOUNCED DEAD BY:_J.P. Tony Johnson___PHYSICIAN:

DEATH CERTIFIED BY:___N/A__CAUSE OF DEATH:_Undetermined

NOTIFICATIONS:
1. WARDEN Haynes: HOME: 1403 UNIT: 903-683-5781  BLACKBERRY:  903-780-9403
   Time: 0416
2. DUTY WARDEN:_Warden Guidry_____ TIME:_0411 _hrs_____

3. RUSK POLICE DEPT: 903-683-2213      TIME:__0423_____
   PERSON SPOKEN TO:_Terry Phillips

4. JUSTICE OF THE PEACE: 903-683-2271  TIME:_0415_____
   NAME:__Tony Johnson_____

5. OIG: UNIT: Jessie Mayberry HOME: 903-876-2186 TIME:_0410_____
PAGER: 1-800-299-4099  PIN# 3037
   REGIONAL OIG:  MR. CAMPOS  HOME: 903-928-2217  PAGER: 1-800-299-4099
                                                    PIN# 5496

6. CARNES FUNERAL HOME: 936-295-6363 TIME:__0425_____

7. EAC: 936-437-6600  NAME:_B. Minor_____ TIME:_0600 hrs_____
8. UNIT CHAPLAIN: Robert Newton: 903-586-9986 TIME:_0419_hrs_____
          Cell #:  903-721-1249

9. UNIT CLINICAL DIRECTOR:_____N/A_____ TIME:_____
          PAGER: 1-800-299-9946 PIN# 4590180

10. REGION II DIRECTOR: MR. Eason        TIME:____
    OFFICE: 903-928-2623  BLACKBERRY: 903-229-0516    CELL: 903-312-8112

11. EAC MESSAGE#____I-10978-08-11_____
    DATE AND TIME SENT:____08-04-11 / 0730 hours_____

OTHER INFORMATION:_____

_____

_____

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

216

## Admission Summary

| Name | Number | Offense | Sent. | Ed. | GED |
|---|---|---|---|---|---|
| WEBB,<br>Robert Allen (W) | 1569761 | AGGRAVATED ASSAULT<br>WITH A DEADLY WEAPON | 9Y | NV<br>09 | N |

| 03/28/2018 | 03/28/2018 | | | | | | | 77 | 48 | ▮▮▮▮ | 06/18/2009<br>DCR / afs | Baptist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Max Expir | Minimum Expiration | | | | | | | I.Q. | Age | DOB | Int/By | Religion |

| County: | Harris  Chambers | | 03/28/2009 | 05/20/2009 |
|---|---|---|---|---|
| Work Experience: | Truck Driver | | Sent. Beg. | Date Received |
| Vocational Skills: | None | | | |

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Inst | | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Prob Snt | 3-1REV | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Jails | 19 | | L1 EFF: 03/28/2009  W EFF: 03/28/2009 |
| Reft'v | | | |
| Det Hosp | | | 9-16-09  HDUCC (01) 5TH  W/A DMR |
| Det Home | | | 2-8-10  (L2C25.1) 15days Rec/ 10days Comm |
| St Trans | | | 2-9-10 (L2C 25.1) 150 days Rec/ Comm |
| St Jail | | | 2-10-10 (L2C25.1) 150 days Rec/ Comm |
| SubA TF | | | 9-20-10 (L2C25.1) Reprimand |
| TDCJ-ID | 1 | | 9-20-10 (L2C25.1) 7 days Rec/ Comm |
| O/Pris | | | 9-21-10  HDUCC (2b) 5TH  Delete Trade |

| | ALL POSTINGS (Cont'd) |
|---|---|
| WEBB,<br>Robert Allen<br># 1569761 | 9-16-10 (L2C25.1) 15 days Rec/ Comm / Pf |

### Transfers and Assignments

| Date | Place | Work |
|---|---|---|
| 09-16-07 | HD | W/A DMR |

(1) AGGRAVATED ROBBERY (1) (9 and 2-8 years concurrent)
AGGRAVATED ASSAULT WITH A DEADLY WEAPON (1) ROBBERY BY THREATS

ILLNESS, INJURY OR DEATH - NOTIFY
Edna Webb (MO)
399 Stone Hing, Houston, TX (713-451-9367)

RACE: WHITE          SEX: MALE          HEIGHT: 05'11"          WEIGHT: 197

COMPLEXION: RUDDY          EYES: HAZ          HAIR: GRY

NATIVITY: Dallas, Dallas Co., TX          MARKS and SCARS:
CUT SCARS ON INSD & OUTSD OF L FRARM, TAT MONKEY ON UPPER LFT SIDE OF
BACK, "KEVIN CASEY" CROSS ON INSD OF LF ARM, HRTS ON OUTSD OF RF ARM
BULLDOG ON OUTSD OF LL APM, OTHER TATS

DETAINERS:

Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

217

```
------------------------- SYSM   CTRONIC FORMS ENTRY -----------
                                           07:29AM - THU, AUG 04, 2011
USER ID: RNE4480
ENTER COMMAND ===>


*************************DEATH NOTIFICATION*************************


INMATE: WEBB, ROBERT, ALLEN        TDCJ# 1569761

DATE OF DEATH: 08/04/2011

CUSTODY: S3 W       STATUS:           RACE: WHITE      DOB: ██████  AGE: 50

CAUSE OF DEATH:  PENDING            TIME:       DOCTOR:

PLACE OF DEATH:  HODGE UNIT RUSK, TEXAS

DUTY WARDEN: KELLY GUIDRY            TIME: 4:00

JUSTICE OF THE PEACE: TONNY JOHNSON  TIME: 4:15

TDCJ-ID-IAD: JESSE MABERRY           TIME: 4:10

CARNES FUNERAL HOME: HOLLY           TIME: 4:25

CHAPLAIN: ROBERT NEWTON              TIME: 4:19

EAC: BARBRA MINOR                    TIME: 06:00

APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES   (  )NO   (  )  UNABLE TO CONTACT

N.O.K.  SIDNEY WEBB         TIME 5:55      HRS    PHONE  713 451 9367

ADDRESS: 3995 STONEHINGE       FAMILY WILL(  ) WILL NOT(  ) CLAIM BODY

ADDRESS: HOUSTON, TEXAS 77015

LOCATION OF BODY: INROUT TO FUNERAL HOME, TEXAS CITY

LOCATION OF INMATE PROPERTY: SV/HD COMPLEX

COMMANDS: UP DOWN TOP BOTTOM SEND TRANSFER DELETE FINAL COPY PRINT SET{SCR}
```

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.8



CONDUCT

Transfers and Assignments

| Date | Place | Work |
|------|-------|------|
|      |       |      |

AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
Institutional Division

1569761          000          5/29/2009
WEBB, ROBERT ALLEN

Copy of OIG Case to: Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Robert Allen

#1569761

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

15 arrests having 6 violent offense—1 day Polk County Jail for: 'I (dismissed, VERIFIED)—60 days Smith County Jail for DWI (dismissed, time served, NOT VERIFIED)—40 days Harris County Jail for DWI (time served, VERIFIED)—45 days Harris County Jail for Terroristic Threat (threatened to whip white male girlfriends son, time served, VERIFIED)—365 days Harris County Jail for Assault Causing Bodily Injury (fist fight with Hispanic male, injuries, time served, VERIFIED)—60 days Harris County Jail for Terroristic Threat (threatened adult white male brother, time served VERIFIED)—90 day Van Zandt County for DWI (time served, VERIFIED)—90 days Otter Tail County, MN for DWI (time served, NOT VERIFIED)—6 month adult probation Polk County 1993 Telephone Harassment (called ex wifes boyfriend about the children, revoked, time served VERIFIED)— 5 years adult probation Harris County 1995 Unauthorized Use Of Motor Vehicle (completed, NOT VERIFIED)—4 year adult probation Otter Tail County, MN 2001 Driving While Impaired (completed, NOT VERIFIED)—X/TDCJ-CID # 705747 on a 4 year sentence from Polk County for 1 count UNAUTHORIZED USE OF MOTOR VEHICLE, 05/17/1995 received at DU, maintained clear record, 05/31/1995 reassigned CN, maintained clear record, 02/01/1996 reassigned HV, maintained clear record, 02/05/1996 released on preparole status to CCA Mineral Wells, TX, maintained clear record, 07/08/1996 released to Polk County; 01/16/1999 discharged upon expiration of sentence while on parole (VERIFIED); as present TDCJ-CID #1569761 was received at NF on 05/20/2009, maintained clear record—claims contact with  ex wife, 3 children, mother, 1 sibling, and 1 stepsibling—claims father deceased—claims 1 marital failure with 3 children involved—claims single—admits 1 suicide attempt at the age of 35 by cutting wrist with knife—refer to Diagnostic & Evaluation Classification Summary—true name: Webb, Robert Allen—AKA: Cowboy—

PRESENT OFFENSE SUMMARY:

The current offense of AGGRAVATED ASSAULT WITH DEADLY WEAPON and AGGRAVATED ROBBERY involves the subject on 03/23/2008 during the daytime in Baytown, TX going to victim Clyde Steed and his daughter Mary Steed residence. The subject asked Clyde Steed where his hand gun was located and when victim did not answer the subject leaned over the victim Clyde Steed showed him a knife and removed $300 from a basket on the table. Mary Steed confronted the subject and observed him pull a knife and attempt to stab her several times in which he was unsuccessful. After a short struggle the subject was able to break free and take off in his truck and leave the area with the victims money. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to the Chambers County Jail where he was unable to post two $30,000 bond (NOT VERIFIED).

The current offense of ROBBERY BY THREAT involves the subject on 03/28/2009 during the nighttime in Houston, TX entering a Valero Station. The subject walked to the counter and displayed an unknown type of hand gun and demands cash from the register. The clerk told the subject that the police had just left the store and was still in the area. A witness walked into the store. The subject walked over to the witness and displayed his hand gun and demanded the witnesses wallet car keys and cell phone. The witness gave subject his wallet. The subject was also given some cash from the register. The subject then fled the store. The subject had parked his vehicle directly in front of the store and the victim was able to report a license plate. The subject was arrested on 04/09/2008 in Houston, TX while walking down the road. The subject was transported to Harris County Jail where he was unable to post a $50,000 bond (VERIFIED).

DPS #: 03508485
FBI #: 797572TA3

JH

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21/0

Texas Department of Criminal Justice

## Inter-Office Communications

To _Capt. Singleton_                     Date _8-4-11_

From _P. Solly CO5_                Subject _Offender Webb, Robert 1569761_
                                                 _CA219T_

I, Officer Solly, did a crosscount at 0230, and offender Webb,
Robert 1569761 did respond when I attempted to make sure the
said offender was alive. When the officer Johns, Officer Alanez,
and myself began dropping morning chow on C-wing. As I went
to each cell door and talked with each offender to make
sure each offender was O.K., weather or not they went to chow.
When I got to C219, offender Shehan, Roy 1461170 was sitting on
the bottom bunk. I asked offender Shehan if he was O.K, and said
offender stated he was. Offender Webb was lying on a mattress on the
floor near the cell door. I called offender Webb's name several times,
with no response. First is was I noticed urine around said offender. So
I then stepped into the cell and checked said offender for a pulse. Said offender
did not have a pulse. So I ordered offender Shehan to leave the
cell, and stayed out to notify the picket officer, I needed a radio and assistance.
When a radio arrived I began I.C.S. with 7 picket. If I told officer
Johns I needed the life saving response kit and a CPR mask. I then
rolled offender Webb off the mattress & onto his back and began CPR chest
compression. Officer Johns arrived with the life saving kit, I removed
the CPR mask, notified 7 picket that medical was needed. If I then
began life saving rescue breaths on offender Webb, as well as chest
compression. Lt. Yancey arrived and continued with CPR

Photocopy of OIG Case ID: Litigation Support
Date Sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Con't →
2.11

☆SO-4

Texas Department of Criminal Justice

## Inter-Office Communications

To _Capt. Singleton_      Date _8-4-11_

From _P. Solly  C05_      Subject _Offender Webb, Robert 1569761_
                                                           _C219T_

Medical arrived, and ordered that said offender be taken down stairs to the gurney. Officer Brown, Officer Sarchet, Lt. Yancey, and myself lifted said offender, and carried said offender down stairs, and placed said offender on the gurney. So, at that time I climbed on top of said offender and continued with chest compression, as Officer Brown, Officer Sarchet, and Lt. Yancey pushed the gurney to DSC on Skyview. When arriving at DSC an ambulance was waiting with paramedics. I was relieved by the paramedics of CPR chest compression. I was then taken into medical and was checked out by medical, and allowed to cool down.

Photocopy of OIG Case to:  Litigation Support

Date sent: 4/19/13      Sent by: ce

Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_2112_



## Texas Department of Criminal Justice
### Institutional Division
### Inter-Office Communication

TO: _EAC_       DATE: _8/4/11_

FROM: _OFFICER G. SARCHET CO III_   SUBJECT: _OFFENDER WEBB, ROBERT TDCJ # 1569761_

AT APPROXIMATELY 0335 HRS, I PUSHED A GURNEY FROM HODGE MEDICAL TO J-1 BLDG AFTER HEARING ICS CALLED ON RADIO FOR AN UNRESPONSIVE OFFENDER ON C-WING. I WENT UP TO CELL C-219 WHERE I OBSERVED OFFICER P. SOLLY, CO V PERFORMING CPR ON OFFENDER WEBB, ROBERT TDCJ # 1569761. MYSELF, OFFICER SOLLY, OFFICER J. BROWN CO III AND LT. P YANCEY THEN MOVED OFFENDER WEBB TO THE "RUN" OUTSIDE OF HIS CELL BY PICKING HIM UP BY HIS ARMS & LEGS. I HELD THE RIGHT ARM WHILE SUPPORTING HIS HEAD WHILE OFFICER SOLLY HAD HIS LEFT ARM. OFFICER BROWN AND LT. YANCEY HAD THE OFFENDER'S LEGS. WE THEN PICKED UP THE OFFENDER AND CARRIED HIM DOWN STAIRS THE SAME WAY. WE PLACED THE OFFENDER ON THE GURNEY. OFFICER SOLLY KNELT OVER THE OFFENDER PERFORMING CPR WHILE MYSELF, OFFICER BROWN AND LT. YANCEY PUSHED THE GURNEY TO OSC, WHERE EMS WAS WAITING. THE PARAMEDICS THEN MOVED THE OFFENDER TO THEIR GURNEY. I THEN RETURNED TO MY ASSIGNED DUTY POST.

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13     Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21,13

Texas Department of Criminal Justice

## Inter-Office Communications

To _EAC_____   Date _8/14/11_____

From _Broussard, Donnie_   Subject _I-10798-08-11_____

On 8/4/11 at 0310 while dropping chow on
JI C wing, Officer Solly, Ph. 11:A co5 ask
for me to call a supervisor and he needed
a radio so I called SGT Adams Leslie and
asked her to come to JI Because we
had a unresponsive offender, officer Solly
then call Ics, additional staff and Medical
called.

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.14

Texas Department of Criminal Justice

## Inter-Office Communications

To _EAC_                          Date _08-04-11_

From _T. Johns Co II_            Subject _I-10978-08-11_

ON 08-04-11 At Approximately 0310 we
were dropping chow on c-wing, Officer
~~Sot~~ Phillip Solly Co II found offender webb
in c-219 unresponsive. He ASK me to bring
him A rAdio And life saving Kit. I
retrieved those items from the picket And took
them to two row. Officer Solly began CPR
immediately, Sgt Leslie Adams Arrived on
the Scene Along with Additional Staff And
Medical. He wAs then placed on A
gurney And tAken to DSC, I then returned
to normal Activities, _____ Co II

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2415

Texas Department of Criminal Justice

## Inter-Office Communications

To _____    Date _____8/4/11_____

From _____    Subject _____

Shehan, Roy J I C 219  TDCJ # 146 1170 and Webb, Robert
( ill inmate ) were talking from about 8:30 p.m until
2:30 Am. During Count time at 2:30 inmate Webb
stated that he was tired and was going to sleep. Inmate
Webb asked Shehan to remove his mattress from
the top bunk and place the mattress on the floor, because
it was too hot on the top bunk. Both Shehan
and Webb fell asleep.

Officer called for chow around 3:15 A.m. I (shehan)
was sitting on the bunk when the Officer came to
close the cell door. The Officer noticed that Webb's
Color was "Off". The Officer checked the pulse of Webb
and turned him over on his back. The Officer
asked me to leave the cell, while he started Chest
Compressions. The Officer called for Officer Johns
to get the Emergency response Kit.

This statement was taken by Officer G. Symonette
for Offender Shehan, ...

_Roy Shehon._
Roy Shehan

Photocopy of OIG Case to Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

DATE

21.16

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: _Webb, Robert_ TDCJ#: _1569761_   Date/Time: _8/4/11 0345_

Facility: _Skyview_

Allergies: _NKDA_

| Patient Language: _English_ | Name of interpreter, if required: _N/A_ |

| MODE OF ARRIVAL: | | CONDITION ON ARRIVAL: |
|---|---|---|
| Date:            Time: | | ☐ Stable |
| ☐ Ambulatory | | ☐ Guarded |
| ☐ W/C | | ☐ Serious |
| ☒ Stretcher | | ☒ Critical |
| ☐ Carried | | |

CHIEF COMPLAINT/LOCATION/ONSET: _Unconscious on gurney when nurse_
_staff arrived coming down the wing. CPR modalities began_
_immediately TDCJ staff. Arrived at EMS w/weak ⊕ pulse, ⊕ resps._

SIGNIFICANT MEDICAL HISTORY: _✓ Psych Hx, Gerd. HgC_

| Quantitative Pain Scale: Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Qualitative Description of Pain**

| Location: _N/A_ | Onset: |
|---|---|
| Duration: | |

| Aggravating Factors: | |
|---|---|
| Alleviating Factors: | |

| Pain Character: | Dull | Sharp | Throbbing | Other: |
|---|---|---|---|---|
| Frequency: | Constant | Intermittent | Other: | |
| Radiating: | No | Yes | Location: | |

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 0345 | CA | 1 | 1 | | 3 |
| | | | | | |
| | | | | | |
| | | | | | |

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

HSM-16

1

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: _Webb, Robert_ TDCJ#: _1569761_   Date/Time: _8/4/11 0345 0400CA_
Facility: _____

| CARDIAC ☐ NA | PULMONARY ☑ N/A | GI ☐ N/A | SKIN ☐ N/A | NEURO ☑ N/A |
|---|---|---|---|---|
| **Apical Pulse** | **Respirations** | ☐ Denies Problems | ☐ Cold | ☐ Alert |
| ☐ Regular | ☐ Normal | ☐ Nausea | ☑ Warm | ☑ Oriented X |
| ☐ Irregular | ☐ Shallow | ☐ Vomiting | ☐ Hot | ☐ Confused |
| ☐ JVD | ☐ Labored | ☐ Diarrhea | ☐ Dry | ☐ Lethargic |
| | ☐ Nasal Flaring | ☐ Rectal Bleeding | ☑ Moist | ☑ Unresponsive |
| **Peripheral Pulses** | ☐ Grunting | ☐ Constipation | ☐ Diaphoretic | |
| Upper | ☐ Retractions | ☐ Incontinent | ☐ Normal | **Arm Strength** |
| ☐ R   L ☐ | ☐ Hyperventilating | | ☐ Pale | ☐ R  L ☐ Normal |
| Lower | ☐ Use of accessory | Last BM ___ | ☐ Mottled | ☐ R  L ☐ Weak |
| ☐ R   L ☐ | muscles _☐ Resp_ | Date | ☐ Cyanotic | ☐ R  L ☑ Flaccid |
| **Bleeding** | **Lungs** | **Abdomen** | ☐ Jaundiced | **Leg Strength** |
| ☑ None | ☐ R  L ☐  Clear | ☐ Soft | ☐ Flushed | ☐ R  L ☐ Normal |
| ☐ Controlled | ☐ R  L ☐  Crackles | ☐ Firm | ☐ Intact | ☐ R  L ☐ Weak |
| ☐ Excessive | ☐ R  L ☐  Wheezes | ☐ Distended | **Ortho ☑ N/A** | ☐ R  L ☑ Flaccid |
| | ☐ R  L ☐  Diminish | ☐ Obese | | |
| Location: _N/A_ | ☐ R  L ☑  Absent | ☐ Tender | ☐ Deformity | **Pupils** |
| | | ☐ Rebound | ☐ Swelling | ☐ Equal |
| Est. Blood Loss | | **Bowel Sounds** | | ☐ Unequal |
| _N/A_ cc | **GU** ☑ N/A | ☐ Normoactive | Location _____ | ☐ R  L ☐ Reactive |
| | ☐ Burning | ☐ Hyperactive | | ☐ R  L ☐ Non-reactive |
| | ☐ Frequency | ☐ Hypoactive | **ROM** | ☐ R  L ☐ Dilated |
| **Capillary Refill** | ☐ Urine Odor | ☐ Absent | ☐ Full | ☐ R  L ☐ Constricted |
| ☐ Normal | ☐ Hematuria | ☐ NG/G tube | ☐ Limited | ☐ R  L ☐ Fixed |
| ☐ Delayed | ☐ Incontinent | | ☑ Absent | |
| | ☐ Anuric | | | |
| **Edema** | ☐ Vag. Discharge | | | |
| Upper  R  L | ☐ Vag. Bleeding | | | |
| 0  1+  2+  3+ | ☐ Catheter | | | |
| Lower  R  L | **Initial Assessment** | | Signature | Time |
| 0  1+  2+  3+ | **Completed** | | _Charlott Adams RN, C_ | _0400_ |

**\*\*Contact Provider\*\***

Name of Provider Notified: _____   Time: _____

Provider Orders: _____

_____

_____

_____

_____

_____

_____

Orders read back and verified:   Signature: _____

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13      Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED.   2

HSM-16

21.18

Correctional Managed Care
Urgent / Emergent Care Record

Patient Name: _Webb, Robert_ TDCJ#: _156 9761_  Date/Time: _8/4/11 0400_
Facility: _SkyVr_  JIC219

Details of abnormal findings and ongoing assessment and care.

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 0335 | Nurse arrival CPR in progress by security, this nurse assisted c̄ ventilations, skin warm, no pulse. Continued c̄ CPR en route to DSC. _Williams RN_ | |
| 0340 | EMS here Defib applied Continued c̄ CPR IV attempted go pulseless. Intubated by EMS. _Sev, Clark RN_ | |
| 0345 | Continue c̄ CPR | |
| 0355 | Pronounced death by Aaron Goodwin EMS _Williams RN, Clark RN_ | |
| 0355 | Monitor on - asystole | |

| | | VITAL SIGNS | | | | | |
|------|------|------|-------|------|------|------|------|
| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |

| | | PEAK FLOW | | |
|------|------|------|------|------|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |

* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13    Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

3

HSM-16

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: _Webb, Robert_   TDCJ#: _1569761_   Date/Time: _8/4/18  0350_
Facility: _____

| | MEDICATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
| | See print pass | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| I. V. THERAPY | | | | | | | Intake | Output |
|---|---|---|---|---|---|---|---|---|
| Site # , | Location | Gauge | IVF | Rate | Time | Initials | PO | Urine |
| None | | | | | | | IV | Emesis |
| | | | | | | | NG | NG |
| | | | | | | | Other: | Other: |

❖ Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90%
  or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-
  500.

| DISPOSITION OF PATIENT | | CONDITION ON DISCHARGE | |
|---|---|---|---|
| ☐ Cell | | Date: | Time: |
| ☐ TDCJ Infirmary – Facility: | | ☐ Improved | |
| ☐ Local ER | | ☐ Stable | |
| ☐ Hospital Galveston | | ☐ Unstable | |
| ☑ Other: | | ☑ Deceased | |

| MODE OF TRANSFER: | | UTILIZATION REVIEW NOTIFIED: | |
|---|---|---|---|
| ☐ Van | | Date: | Time: |
| ☐ Local EMS | | ☐ N/A | |
| ☐ 911 Transfer | | ☐ Yes | |
| ☐ UTMB EMS | | ☐ No | |
| ☑ Other: | | PRE-CERTIFICATION #: | |
| PECC Contact Name (UTMB ONLY): | | UR CONTACT: | |
| Time Contacted: | | | |

<SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

Charlotte Adams RN, C                    CA
B Burch Lvn                              BB
R Baxter, Lvn                           RB
_____ RN                      YW

Photocopy of OIG Case to: Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED.

HSM-16

Correctional Managed Care
## INPATIENT NURSING PROGRESS NOTE

Patient Name: WEBB, ROBERT A    TDCJ#: 1569761    Date: 08/04/2011 04:37    Facility: HODGE (HD)
Admission Date: 7/7/2011 08:55AM
Age: 50 year  Race: W  Sex: male
Most recent vitals from 6/11/2011: BP: 116 / 69 (Sitting) ; Wt: 179 Lbs.; Height: 71 In.; Pulse: 97 (Sitting) ; Resp: 18 / min; Temp: 96.5 (Oral)
Allergies: NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

Current Medications:
THORAZINE 200MG,    1 TABS ORAL EVENINGS
CELEXA 40MG,    1 TABS ORAL QPM
PRILOSEC 20MG,    1 CAPS ORAL BID

At 0330 medical staff was called to J-1,C219 for pt being unresponsive. Medical met TDCJ staff with gurney and pt on it. CPR had been initiated by TDCJ staff.   CPR was ongoing until arrival at EMS ambulance.   EMS staff took over on arrival. CPR was continued by EMS and nursing staff.   Skin was warm and moist,non responsive unable to obtain vital signs due to ongoing CPR. Pulse was absent, as well as respirations. Pt was intubated, attempted IV therapy unsuccessful and AED was applied to pt and EKG Monitor showed asystole. . Death was pronounced by EMS staff at 0355.   B Sadler RN CM, Christina Moore Practice Manager and Dr. G. Wright provider on call were notified.

Electronically Signed by ADAMS, CHARLOTTE S. R.N. on 08/04/2011.
##And No Others##

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Problems for ROBERT WEBB A

Pearl

| ? | Problem Description | Category / Subcategor | Group | ICD-9 | First Observed | Status |
|---|---|---|---|---|---|---|
| | OBSERV-SUSPECT COND NEC | \ | PRIMARY | V71.8 | 08/24/2010 14... | ACTIVE |
| | NP - LOWER GASTRO-INTESTINAL SYMPTOMS | NURSE PROTOCOL \ | PRIMARY | HSN-60 | 08/24/2010 14... | INACTIVE |
| | NP - DENTAL COMPLAINTS | NURSE PROTOCOL \ | PRIMARY | HSN-54 | 06/29/2010 09... | INACTIVE |
| | OTHER DENTAL | DENTAL \ | PRIMARY | 525 | 09/01/2010 11... | INACTIVE |
| | OPTOMETRY SERVICES | OPTOMETRY \ | PRIMARY | V65.1 | 10/25/2010 11... | ACTIVE |
| | BORDERLINE INTELLECTUAL FUNCTIONING | MENTAL HEALTH \ | PRIMARY | V62.89 | 10/09/2009 07... | ACTIVE |
| | SKIN ILLNESS | | PRIMARY | 709.9 | 12/30/2010 10... | ACTIVE |
| | SCREENING EXAM FOR INFECTION | \ | PRIMARY | V75 | 05/26/2009 10... | INACTIVE |
| | HAND PAIN | | PRIMARY | 715.14 | 05/26/2009 07... | ACTIVE |
| | PHYSICAL EXAMINATION | | PRIMARY | V70.7 | 05/26/2009 07... | ACTIVE |
| | MEDICAL CARS 1 | CARS \ | PRIMARY | MC1 | 05/26/2009 07... | ACTIVE |
| | PERIO TYPE II | DENTAL \ | PRIMARY | 523.2 | 05/26/2009 09... | INACTIVE |
| | DENTAL CARS 1 | CARS \ | PRIMARY | DC1 | 09/15/2009 07... | ACTIVE |
| | EXTREMITY PAIN | \ | PRIMARY | 729.5 | 12/04/2009 10... | ACTIVE |
| | ADJUSTMENT DISORDER WITH MIXED ANXIETY AND DEPRESSED... | MENTAL HEALTH \ | PRIMARY | 309.28 | 05/20/2009 18... | ACTIVE |
| | ESOPHAGEAL REFLUX | | PRIMARY | 530.81 | 02/11/2011 20... | ACTIVE |
| | CID ASSESSMENT | CID \ | PRIMARY | CID-ASMT | 04/29/2010 13... | INACTIVE |
| | HEPATITIS C (HEP C) | CHRONIC CARE \ | PRIMARY | 070.51 | 03/15/2010 09... | ACTIVE |
| | VISUAL ACUITY TEST | OPTOMETRY \ | PRIMARY | V72.0 | 10/02/2009 10... | INACTIVE |
| | TETANUS TOXOID VACCINATION | CID \ | PRIMARY | V03.7 | 05/26/2009 10... | INACTIVE |
| | MOOD DISORDER DUE TO [GENERAL MEDICAL CONDITION] | MENTAL HEALTH \ | PRIMARY | 293.83 | 10/30/2009 15... | RULE/OUT |
| | IMPULSE CONTROL DISORDER, UNSPECIFIED | MENTAL HEALTH \ | PRIMARY | 312.30 | 10/30/2009 15... | ACTIVE |
| | MENTAL HEALTH CARS 3 | CARS \ | PRIMARY | MHC3 | 10/09/2009 07... | ACTIVE |
| | TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) | CID \ | PRIMARY | 011.4 | 06/11/2009 08... | INACTIVE |
| | VARICELLA, IMMUNITY | CID \ | PRIMARY | 052.90 | 05/26/2009 10... | INACTIVE |
| | HEPATITIS B VACCINE | CID \ | PRIMARY | V70.01 | 05/26/2009 10... | INACTIVE |
| | MENTAL HEALTH CASE MGMT PROBLEMS AND TRMT OBJECTIVES | MH | SECONDARY | MH2 | 08/05/2009 08... | INACTIVE |
| | DIAGNOSIS DEFERRED ON AXIS II | MENTA | SECONDARY | 799.9 | 10/30/2009 15... | INACTIVE |
| | ALCOHOL DEPENDENCE | MENTAL HEALTH \ | SECONDARY | 303.90 | 10/30/2009 15... | INACTIVE |

Photostatcopy of original. UNAUTHORIZED
Date sent: 4/19/13        Sent by: ce
HEALTH the RECORDS General Records Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.22

Correctional Managed Care
## INPATIENT NURSING PROGRESS NOTE

**Patient Name:** WEBB, ROBERT A   **TDCJ#:** 1569761   **Date:** 08/04/2011 04:37   **Facility:** HODGE (HD)
**Admission Date:** 7/7/2011 08:55AM
**Age:** 50 year   **Race:** W   **Sex:** male
**Most recent vitals from 6/11/2011:** BP: 116 / 69 (Sitting) ; Wt: 179 Lbs.; Height: 71 In.; Pulse: 97 (Sitting) ; Resp: 18 / min; Temp: 96.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

Current Medications:
THORAZINE 200MG,    1 TABS ORAL EVENINGS
CELEXA 40MG,    1 TABS ORAL QPM
PRILOSEC 20MG,    1 CAPS ORAL BID

At 0330 medical staff was called to J-1,C219 for pt being unresponsive. Medical met TDCJ staff with gurney and pt on it. CPR had been initiated by TDCJ staff.   CPR was ongoing until arrival at EMS ambulance.   EMS staff took over on arrival. CPR was continued by EMS and nursing staff.   Skin was warm and moist,non responsive unable to obtain vital signs due to ongoing CPR. Pulse was absent, as well as respirations. Pt was intubated, attempted IV therapy unsuccessful and AED was applied to pt and EKG Monitor showed asystole. . Death was pronounced by EMS staff at 0355.   B Sadler RN CM, Christina Moore Practice Manager and Dr. G. Wright provider on call were notified.

Electronically Signed by ADAMS, CHARLOTTE S. R.N. on 08/04/2011.
##And No Others##

Photocopy of OIG Case to:  **Litigation Support**
Date sent: **4/19/13**      Sent by: **ce**
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.23

## Correctional Managed Care
## INPATIENT NURSING PROGRESS NOTE

**Patient Name:** WEBB, ROBERT A    **TDCJ#:** 1569761    **Date:** 08/04/2011 04:37    **Facility:** HODGE (HD)
**Admission Date:** 7/7/2011 08:55AM
**Age:** 50 year   **Race:** W   **Sex:** male
**Most recent vitals from 6/11/2011:** BP: 116 / 69 (Sitting) ; Wt: 179 Lbs.; Height: 71 In.; Pulse: 97 (Sitting) ; Resp: 18 / min; Temp: 96.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

Current Medications:
THORAZINE 200MG,    1 TABS ORAL EVENINGS
CELEXA 40MG,    1 TABS ORAL QPM
PRILOSEC 20MG,    1 CAPS ORAL BID

At 0330 medical staff was called to J-1,C219 for pt being unresponsive. Medical met TDCJ staff with gurney and pt on it. CPR had been initiated by TDCJ staff.   CPR was ongoing until arrival at EMS ambulance.   EMS staff took over on arrival. CPR was continued by EMS and nursing staff.   Skin was warm and moist,non responsive unable to obtain vital signs due to ongoing CPR. Pulse was absent, as well as respirations. Pt was intubated, attempted IV therapy unsuccessful and AED was applied to pt and EKG Monitor showed asystole. . Death was pronounced by EMS staff at 0355.   B Sadler RN CM, Christina Moore Practice Manager and Dr. G. Wright provider on call were notified.

Electronically Signed by ADAMS, CHARLOTTE S. R.N. on 08/04/2011.
##And No Others##

Photocopy of OIG Case to: **Litigation Support**
Date sent: **4/19/13**    Sent by: **ce**
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.24

AD 03.29 (rev. 7)
Attachment C

## Texas Department of Criminal Justice

### AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name _Robert Allen Webb_   TDCJ # _____

Date of Birth _2/11/1961_   Race _W_   Sex _✓_ Male _____ Female

Offender Pronounced Dead at _5:05 A.m._ on _8/4/2011_
(print time, include am or pm)   (print day, month, and year)

Location of Death _____ Unit _Hodge Unit_   _____ Other _____
(print unit name)   (print hospital or facility name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examination of the urine, blood, and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs, if any, are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, shall be transported to _Galveston UTMB_ (location of autopsy) by a representative or associate of _Carnes_ Funeral Home, located in _Texas City_,
Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at _1-888-822-7637_ (phone number), for transport.

Please forward a copy of preliminary findings and reports to:
TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Room 162
Huntsville, Texas 77340
(936) 437-3631 (phone) or (936) 437-3638 (fax)

_LT. Paul Yancey_

Warden (or designee)

County _____

City _____, Texas _____

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
(zip code)

Tony Johnson
Justice of the Peace Pct. #2
Inquest Report

Name: Robert Allen Webb

Address: 379 FM 2972 W  Rusk, Texas

Date of Birth: ████████████   S.S. # ████████████

Date of Inquest: 8/4/2011   Time of Inquest: 5:05 Am

Place of Inquest: Hodge Unit TDC

Date of Death: 8-4-2011   Time of Death: _____

Place of Death: 379 Fm 2972 w  Rusk, Texas

Description of Deceased: Dressed in Shorts

Cause of Death: Autopsy ordered

Witnesses: Lt Paul Yancey   office 903-683-5781 #1667

Law Enforcement: Inv Jesse Maberry TDCJ-OIG

Funeral Home: Carnes Funeral Home   Autopsy Ordered?: _____

Medical History:   Medications:

                        Ch

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2.26

Brousseir
R

8/3/11  PAGE  55
08/02/2011
10:59:35

T.D.C.J. - INSTITUTIONAL DIVISION
L2 JOB TURNOUT BY JOB AND HOUSE FOR 08/03/2011
950

IT: HOUSE
ICR360

|  | | F | WORK | | |-------WORK------- |LAYINS/ED. CLASS| |
| ME | TDCJI0# | P RESTRICTION & HOUSING | CU | IN |OUT | IN |OUT | TYPE  FR-TO TIME |

* JANITOR HD J-1  3RD | | | | | II |2233|2245| | | INF-LI 07:30-07:45

JENTES,ROMUALD 01468982 F 07 | | H B1A-08M
| | | 08 )590YBS |
| | | 11 12 17 19 |
| | | 20 21 24 25 |

ESSIONS,RULEN 01374403 F 12 16 | B C1-04B | | II |_0_|_ | |_0_| | CLASS 17:30-20:00
ACKSON,LEONARD 01636893 F 19 20 21 | B C1-04T | | II | | | | INF-LI 07:30-08:00
ONZALES,JOEL L 01341398 F NONE | W C1-07T | | II |2239|2245| | |
MITH,MORRIS LE 00562553 F 15 18 | B C1-10T | | II |2232|2245| | |
  SECURITY PRECAUTION CODES ) SZ EX | | | ( | | | |
OLBREATH,HUGH  01236105 F 11 12 14 17 | W C1-11B | | II |_0_|_ | |_0_| | CLASS 07:30-10:30
| | | | | | | | EDU-LI 07:30-10:30
| | | W C1-21B | | II |_0_|_ | |_0_| | CLASS 07:30-10:30
OVE,JAMES MICH 01140955 F NONE | | | II |_0_|_ | |_0_| | CLASS 12:00-15:00
| | | B C2-14B | | II |2210|2245| | | INF-LI 12:00-13:00
RVINE,TYLER MA 01605822 F NONE | | | II | | | | | INF-LI 13:00-13:15
| | | W C2-19T | | II |2232|2245| | | INF-LI 10:00-10:15
EBB,ROBERT ALL 01569761 F 15 16 18 | | | | | | | |
OTAL:     9

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2127

HODGE (HD)

Patient Name: WEBB, ROBERT A
MRN: 1569761

===================================================================

BCR NURSING/MEDICAL SCHED (ATC 7 & 8)
Entered On: 08/02/2011 12:20
Entered By: SEELBACH, SEAN S. L.V.N.

I NEED TO SEE YOU. I AM HAVING DIZZY SPELLS. I'M HAVING PROBLEMS WITH USING CHEMICALS. IT IS BREAKING ME OUT.

NSC 8/2/11 - No show NSC 8/2/2011.  Do not reschedule per R. White RN.  May resubmit if problem persists.

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2128

Report #: PHO510                          **Medication Print Pass**          Date/Time: 08/04/2011 05:20 AM
Schema: TDCJ

HODGE (HD)

<u>ALLERGIES:</u>   NO KNOWN ALLERGIES

| PATIENT: WEBB, ROBERT A | MRN: 1569761 | ▓▓▓▓ | HOUSING: C2 CELL 19 |

CHLORPROMAZINE 200MG TABLET                                          RX_ID:          12337978
1 TABS ORAL EVERY EVENING for 30 Days                               REFILLS:        1/11
RX DATE:          06/26/11 01:57:50 PM    RUN START DATE: 08/01/11 12:01:00 AM   RUN END DATE:   08/31/11 12:01:00 AM
ORDERING FACILITY:   HODGE (HD)                                     EXPIRATION DATE: 06/26/12 12:01:00 AM
ORDERING PROVIDER: LOCKE, MATTIE L  NP                   ENTRY USER: ROCKMORE, KATHARYN L  L.V.N.
MEDICATION STATUS: ACTIVE

CITALOPRAM 40MG TABLET                                               RX_ID:          11632027
1 TABS ORAL EVERY EVENING for 30 Days                               REFILLS:        5/11
RX DATE:          02/11/11 08:46:35 PM    RUN START DATE: 07/11/11 08:46:00 PM   RUN END DATE:   08/10/11 08:46:00 PM
ORDERING FACILITY:   HODGE (HD)                                     EXPIRATION DATE: 02/06/12 08:46:00 PM
ORDERING PROVIDER: OLIVER, JOE H  M.D.                   ENTRY USER: OLIVER, JOE H  M.D.
MEDICATION STATUS: ACTIVE

OMEPRAZOLE 20MG CAPSULE                                              RX_ID:          11146874
1 CAPS ORAL TWICE DAILY for 30 Days                                 REFILLS:        8/11
RX DATE:          11/08/10 07:20:54 PM    RUN START DATE: 07/06/11 12:01:00 AM   RUN END DATE:   08/05/11 12:01:00 AM
ORDERING FACILITY:   HODGE (HD)                                     EXPIRATION DATE: 11/03/11 12:01:00 AM
ORDERING PROVIDER: LOFTON, ROBERT  PA-C                  ENTRY USER: ROCKMORE, KATHARYN L  L.V.N.
MEDICATION STATUS: ACTIVE

                                                                                              3

TOTAL FOR    WEBB, ROBERT A

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.29

HODGE CELL BLOCK OFFICER CHECKLIST

Cellblock / Dorm  C Wing                    Date: 8-03-11

1st Shift Officer:  S. Johnson

2nd Shift Officer:  G. Parks

3rd Shift Officer:  T Johnson II

The cellblock officer shall complete security checks each half hour and note the time that each check is
completed.  Areas covered shall include housing areas, dayrooms, showers, and closet areas.  The time
shall be entered in the upper box and the initials of the officer completing the checks shall be entered in the
lower box.  During one of the security checks on each shift, the officer shall check all windows and exterior
doors and note the time completed in the space provided.  On an hourly basis, 10 minutes before the hour,
an ingress/egress will be conducted.

First Shift (0600-1400)

| 0555 | 0628 | 0640 | 0650 | 0600 | 0713 | 09°° | 0930 | 1035 | 1050 | 1110 | 1134 | 1208 | 1280 | 1300 | 1333 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ | SJ |

Windows and Exterior Doors were checked at (time)     0550 am

Second Shift (1400-2200)

| 1400 | 1427 | 1501 | 1523 | 1600 | 1630 | 1702 | 1731 | 1800 | 1829 | 1902 | 1930 | 2001 | 2031 | 2100 | 2130 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | GP | |

Windows and Exterior Doors were checked at (time)     1355 GP

Third Shift (2200-0600)

| 2200 | 2230 | 2300 | 2330 | 0000 | 0300 | 0100 | 0130 | 0200 | 0230 | 0300 | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

Windows and Exterior Doors were checked at (time)

1st Shift Supervisor Signature          2nd Shift Supervisor Signature

Photocopy OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: oc
Office of the Inspector General Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2130

HODGE
24 HOUR FIRE WATCH FORM

Location: J1 CWing                    Date: 8-03-11

| Time | First Shift | Second Shift | Third Shift |
|---|---|---|---|
| 6:00 a.m. | S. Johnson | | |
| 7:00 a.m. | S. Johnson | | |
| 8:00 a.m. | S. Johnson | | |
| 9:00 a.m. | S. Johnson | | |
| 10:00 a.m. | S. Johnson | | |
| 11:00 a.m. | S. Johnson | | |
| 12:00 a.m. | S. Johnson | | |
| 1:00 p.m. | S. Johnson | | |
| 2:00 p.m. | | H. Parks | |
| 3:00 p.m. | | H. Parks | |
| 4:00 p.m. | | H. Parks | |
| 5:00 p.m. | | H. Parks | |
| 6:00 p.m. | | H. Parks | |
| 7:00 p.m. | | H. Parks | |
| 8:00 p.m. | | H. Parks | |
| 9:00 p.m. | | H. Parks | |
| 10:00 p.m. | | | Ochana |
| 11:00 p.m. | | | Ochana |
| 12:00 a.m. | | | Ochana |
| 1:00 a.m. | | | Ochana |
| 2:00 a.m. | | | |
| 3:00 a.m. | | | |
| 4:00 a.m. | | | |
| 5:00 a.m. | | | |

Comments:

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 2

| | |
|---|---|
| **From:** | Jack Jeter/Institutional/TDCJ |
| **To:** | Tommie Haynes/Institutional/TDCJ |
| **cc:** | Kelly Guidry/Institutional/TDCJ@TDCJ, Patrick Cooper/Institutinal/TDCJ@TDCJ |

| | |
|---|---|
| **Date:** | Thursday, August 04, 2011 04:59AM |
| **Subject:** | Offender Death - Robert Webb # 1569761 |

Photocopy of OIG Case to:  Litigation Support
Date sent: **4/19/13**          Sent by: **ce**
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2,32

On August 4, 2011 at approximatley 03:15 a.m., Offender Robert Webb #1569761 was discovered by Officer Phillip Solly CO5 unresponsive in the offenders cell (J1-C219top) when the offenders cell calls were being conducted for the morning meal.  The Officer called for his supervisor and medical who arrived on scene and immediatly begin life saving techniques.  Offender Webb was transported by gurney to the Skyview 5 Diagnostic area were an ambulance had been summoned.  ETMC paramedic Aaron Goodwin pronounced the offender deceased at 03:55 a.m.  The Office of Inspector General was notified as well as the Duty Warden Kelly Guidry.  Captain Gerald Singleton also notified the Justice of the Peace for Cherokee County and is awaiting their arrival to give official death notification. Cause of Death is undetermined at this time.

Offender Webb, Robert #1569761 is a 50 year old White male offender in II custody serving a 9 year sentence out of Harris County. No SPD codes.

Offender Webb was housed in J1 building in cell C-219 top bunk.

Gerald Singleton
Captain of Correctional Officers
Skyview / Hodge Complex

Submitted by :
Jack Jeter
Captain of Correctional Officers
Skyview/Hodge Complex

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CSIMF500                     T.D.C.J. - INSTITUTIONAL DIVISION    INMATE    ITORS LIST
                          DATE: 08/04/11        TIME: 05:24:45


NAME: WEBB,ROBERT ALLEN              TDC# 01569761  STAT/CUST: S3   II UNIT: HD
HSNG ASSIGNMENT: J1C2           II CELL: 19  LAST VISITOR LIST CHANGE: 09 16 10

INMATE TYPE: ID                                                           6120
                                  BRO  394 STONECHANGE,HOUSTON,TX  713-451-9367
WEBB,SIDNEY J
                                  SIS  399 CR 4267,DAYTON,TX
LINKINHOKER,KATHRYN W
                                  SON  404 PVT RD 7235,PALESTINE,TX   903-
WEBB,KEVIN W
                                  DAU  352 FOYDENE ST.,LIVINGSTON,TX
ATKINS,KASEY
                                  DAU  5116 STRANTHER RD.,NORTH ZULCH,TX
WEBB,CHRISTIAN
                                  BIL  103 CR 430,DAYTON,TX
LINKINHOKER,MIKE S
                                  DIL  394  STONEHENGE,HOUSTON,TX
TAYLOR,EDNA
                                  AUNT 10333 CR 290,TYLER,TX
GARRETT,PATRICIA
                                  NEPHW 399 CR 4267,DAYTON,TX
LINKINHOKER,SHAN


              3 CONTACT VISITS PER MONTH

CONTACT VISITS THIS MO:   0 LAST VISIT DATE: 05 08 11   CONTACT VISIT ELIG. Y

REGULAR VISITS THIS MO:   0 LAST VISIT DATE: 07 18 09

SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:

ENTER NEXT TDCNO, CODE, OR REQUEST: _____     OR SIDNO _____

PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST    PF10=FAMILY PAGE

281-830-2939
713-834-2453
6:20

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13        Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

21.34



Webb, Robert #1569761
I-10978-08-11
8-3-11/0515
Taken By: Lt. Yancey

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13          Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Webb, Robert #1569761
I-10978-08-11
8-3-11/0515
Taken By: Lt. Yancey

Photocopy of OIG Case to:  Litigation Support
Date sent: 4/19/13       Sent by: ce
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION

1/11          LIST OF THOSE INMATES WHOSE PSYCHE INDICATOR IS
              2BP, 2BR, 2BT, 3NN, 3NT, 4PP, 4PR OR 4PT

| TDC NO. | NAME.............. | | PULHES | |
|---|---|---|---|---|
| | RICHARDSON,DERRICK H | B205b | 4PT | J1 Shower crew |
| | BELL,KERRY RAY | L107 | 4PT | E+O |
| | WEBB,ROBERT ALLEN | C219T | 4PT | J1 Janitor 3rd |
| | WALTON,MICHAEL DEWAYNE | B219b | 4PT | J1 Janitor 1st |
| | TAYLOR,JAROD | A202T | 4PT | Extra atndt 1st |
| | TRUJILLO,DAVID | L104 | 4PT | E+O |
| | SAUNDERS,ARTHUR E | F106 | 4PT | mROP |
| | HICKS,JAMES EDWARD JR | A107b | 4PT | mROP |
| | LUERA,CRUZ ANTONIO | A102b | 4PT | J1 Janitor shower crew |
| | ROGERS,MICHAEL | F102b | 4PT | mROP |
| | MYERS,BENJAMIN ELIE | K122b | 4PT | J4 Shower crew |
| | KELLY,JOHNNY EUGENE | A114b | 4PT | Counter atndt 2nd |
| | MARQUEZ,JESUS | D204T | 4PT | Kit helper 2nd |
| | LEMOINE,PAUL DAVID | A101b | 4PT | WA med |
| | BELL,CURTIS LEE | C203T | 4PT | Kit helper 1st |
| | MCADAMS,JOEL KIWAN | E103b | 4PT | J2 Janitor 1st |
| | YBARRA,JOSE | C121b | 4PT | mROP |
| | FLORES,JOHN ALBERT | A116T | 4PT | Kit helper 1st |
| | ANAYA,FABIAN | B120T | 4PT | J1 Janitor |
| | OSBORNE,MARION III | K111T | 4PT | J4 Shower Crew |
| | MOSER,CHARLES LAWRENCE | C217b | 4PT | J1 Shower crew |
| | FREEMAN,NATHANIEL | A120b | 4PT | mROP |
| | TURNER,JACOB MICAH | D209T | 4PT | J2 Shower crew |
| | HOOPER,FREDERICK GLENN | B119T | 4PT | J1 Shower crew |
| | DELEON,JOEL | C112T | 4PT | Kit 1st |
| | JOHNSON,ELMER JUNIOR | E117T | 4PT | WA milt |
| | CRUZ,CHRISTOPHER CARL | C105b | 4PT | J1 Shower crew |
| | DOUGLAS,JESSIE CARL JR | D2-76b | 4PT | Cook 1st |
| | GONZALES,JESUS | F109b | 4PT | J2 Janitor 2nd |
| | HAMILTON,ADRIAN | E213b | 4PT | J2 Janitor 1st |
| | AUGHT,JESSE CHARLES | E210T | 4PT | J2 Shower crew |
| | PERRY,MICHAEL | D113T | 4PT | laundry 1st |
| | PODLE,ROBERT EARL | A111T | 4PT | J1 Shower crew |
| | WILLIAMS,JERRY | L213 | 4PT | Struct |
| | JACKSON,LEONARD RAY | C104T | 4PT | J1 Janitor 3rd |
| | SWANSON,ADAM LYNN | E1mC | 4PT | WAssigned |
| | DUCKWORTH,LEONARD ADAM | F101T | 4PT | mROP |
| | HASKINS,RANDALL DON | C110b | 4PT | mROP |
| | BUCKNER,JUSTIN | K115T | 4PT | J4 Shower crew |
| | HUSSLE,WILLIAM BUCKNER | D114T | 4PT | J2 Janitor 2nd |
| | RAIDY,DAVID WAYNE | L122 | 4PT | Struct |
| | SMITH,JERRY LEE | F204 | 4PT | J2 Shower crew |
| | LACY,KEVIN DEMOND | C1-14T | 4PT | Counter attnd 2nd |
| | BERRY,ROBERT ALLEN | B104T | 4PT | " " 1st |
| | VARGAS,MANUEL | C212T | 4PT | J1 Shower crew |
| | CONNER,DALON XAVIER | F204T | 4PT | Counter attn 2nd |
| | HARRIS,JOSHUA DWAYNE | K118b | 4PT | struct
feed |
| | WIGGINS,CARL ANTHONY | C220b | 4PT | J1 Shower Support |
| | MOSE,RODNEY EARL | A110b | 4PT | J1 Shower Cen crew |

Photocopy of the case to: Litigation Support
Date sent:
Office of the Inspector General-Records Release Section
UNAUTHORIZED COPYING OR VIEWING PROHIBITED