UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 208

## BUSINESS RECORDS AFFIDAVIT

STATE OF TEXAS

COUNTY OF Walker

RE:  Cause Number 4:13-CV-3369: Martone v. Livingston

   BEFORE ME, the undersigned authority, personally appeared Cobie Chavers, who, being duly sworn by me, deposed as follows:

   "My name is Cobie Chavers.  I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

   "I am employed as a Program Supervisor with the Office of the Inspector General (OIG) – Texas Department of Criminal Justice.  I am the custodian of the attached records of the OIG.  These records are kept by the OIG in the regular course of business, and it was the regular course of business of the OIG for an employee or representative of the OIG, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The attached record is an exact duplicate of the record on file with the Office of the Inspector General in Criminal Case File No. 2011.03220 concerning Offender Michael David Martone, TDCJ No. 01395315, as of the date of this affidavit.

            _____
            Cobie Chavers
            Program Supervisor
            Office of the Inspector General

   SWORN TO AND SUBSCRIBED before me on this the 19th day of September 2014.

            _____
            NOTARY PUBLIC in and for
            The State of Texas
            Printed Name:  Celia A Eastham
            My commission expires: January 31, 2016

Celia A Eastham
Notary Public - State of Texas
My Commission Expires 1-31-2016

1

SUMMARY INVESTIGATIVE ACTIVITIES:                    CASE #   2011.03220

| DATE & INITIAL | ACTIONS/COMMENTS |
|---|---|
| 04/16/13 Th | rec'd Add. to DC- UPCG #140 |
| 051313 Tm | ready for review - the Cl #140 |
| 5/15/2013 GSH | Returned for corrections w/J |
| 05·15·13 Cm | rec'd for Corrections UPO #140 |
| 05/21/13 Tm | ready for review the Cl #140 |
| 5/22/2013 GSH | Approved & submitted for C/osure w/ |
| 5/28/13 KSG | Sent to Records for Closure. |
| | br |
| RECEIVED MAY 2 9 2013 OFFICE OF THE INSPECTOR GENERAL | |
| | |
| 5/24/2013 kg | Case closed / Admin |
| 6/13/13 CB | Printed case file to OIG/GC in response to a Legislative request from Sylvester Turner. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

AC-0105 (07/2005)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Summary Investigative Activities
### Case Number: 2011.03220

| DATE & INITIAL | ACTION/COMMENTS |
|---|---|
| | **Investigative Activities** |
| 2011-08-10 00:00:00.0 KBS | Assigned to Region-E |
| | Case Assigned to Investigator : KEVIN SHAWAKER |
| | |
| 9.8.11 LEE. | AUDIT. GATHER DOCUMENTS. FINISH ASAP |
| 12.8.11 LEE | AUDIT. READY TO WRITE. |
| 1-17-12 KBS | Case folder to OIG Open Records. 182 |
| 1.18.12 CE | Printed case file to OIG/GC in response to open records request. OR 2012-00013 |
| 1-23-12 KBS | Case file returned. 182 |
| 4.5.12 LEE. | AUDIT. READY TO WRITE. FINALIZE ASAP. |
| 10/15/2012 GxH | Audit - complete by 12/15 |
| 1/31/2013 GxH | Reassigned to TLM |
| 021313 TM | Received case file. File #140 |
| 022513 TM | waiting on Medical Amendment to Death Certificate. File #140 |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Texas Department of Criminal Justice
### OFFICE OF THE INSPECTOR GENERAL

## CRIMINAL CASE INFORMATION WORKSHEET

| 2011.03220 | Huntsville | Aug 8, 2011 | Aug 10, 2011 |
|---|---|---|---|
| Case Number | Unit or Location | Date of Offense | Date Case Opening |

### Victim , Complainant or Witness

| Last Name | First Name | Party Type | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| MARTONE | MICHAEL | Victim | Offender / Parolee | 01395315 | CCP49.18 | | ■ | White | Male | ■ |
| ROUNDTREE | CLIFTON | Witness | Employee | | | Sergeant of Correctional Officers | | Black / African | Male | |
| ELLIS | PATRICIA | Witness | Employee | | | Correctional Officer V | | White | Female | |
| BAKE | GARY | Witness | Employee | | | Correctional Officer IV | | White | Male | |
| SIMMONS | KEVIN | Complainant | Employee | | | Lieutenant of Correctional Officers | | White | Male | |
| PROCTOR | MICHAEL | Witness | Employee | | | Lieutenant of Correctional Officers | | White | Male | |
| COLLARD | KERRY | Witness | Employee | | | Correctional Officer IV | | White | Male | |

### Suspects

| Last Name | First Name | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |
|---|---|---|---|---|---|---|---|---|---|

### SUMMARY OF OFFENSE

*** Potential Litigation ***2011.03220
On August 08, 2011, at 10:22 pm, at the Hermann Memorial Hospital, Dr George Libby pronounced Offender Michael Martone # 1395313 deceased, reporting the preliminary cause of death as a result of heat stroke and cardiac arrest.

Exact Location of Incident : **G-1 Row**
Investigator Initials : **TLM**    Opened By : **KBS**
OIG Region : **Region-E**

1 of 1                                                                                              5/13/2013 2:18 PM

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5279                                        OIG- Martone 1484

AUG-19-2011 15:26 From:

*2011-3220*

*2011-03220*



# CUSTODIAL DEATH REPORT

For reporting requirements and procedure, see Section 39.05 of the Penal Code, Article 49.18(b) (c) of The Code of Criminal Procedure and Article 501.055(b) of The Government Code

Section 39.05 Failure to Report Death of Prisoner:
  (a) A person commits an offense if the person is required to conduct an investigation and file a report by Article 49.18, Code of Criminal Procedure, and the person fails to investigate the death, fails to file the report as required, or fails to include in a filed report facts known or discovered in the investigation
  (b) A person commits an offense if the person is required by Section 501.055, Government Code, to:
    (1) give notice of the death of an inmate and the person fails to give the notice; or
    (2) conduct an investigation and file a report and the person:
      (A) fails to conduct the investigation or file the report, or
      (B) fails to include in the report facts known to the person or discovered by the person in the investigation.
  (c) An offense under this section is a Class B misdemeanor.

Article 49.18 (a) (b) (c).   Death in Custody
  (a) If a person confined in a penal institution dies, the sheriff or other person in charge of the penal institution shall as soon as practicable inform the justice of the peace of the precinct where the penal institution is located of the death.
  (b) If a person dies while in the custody of a peace officer or as a result of a peace officer's use of force or if a person incarcerated in a jail, correctional facility, or state juvenile facility dies, the director of the law enforcement agency of which the officer is a member or of the facility in which the person was incarcerated shall investigate the death and file a written report of the cause of death with the attorney general no later than the 30th day after the date on which the person in custody or the incarcerated person died. The director shall make a good faith effort to obtain all facts relevant to the death and include those facts in the report. The attorney general shall make the report, with the exception of any portion of the report that the attorney general determined is privileged, available to any interested person.
  (c) Subsection (a) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice. Subsection (b) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice if the death occurs under circumstances described by Section 501.055 (b) (2), Government Code.
  (d) In this article:
    (1) "Correctional facility" means a confinement facility or halfway house operated by or under contract with any division of the Texas Department of Criminal Justice.
    (2) "In the custody of a peace officer" means:
      (A) under arrest by a peace officer, or
      (B) under the physical control or restraint of a peace officer.
    (3) "State juvenile facility" means any facility or halfway house:
      (A) operated by or under contract with the Texas Youth Commission or
      (B) described by Section 51.02 (13) or (14), Family code.

> Mail To:   Office of the Attorney General
> Criminal Law Enforcement Division
> P.O. Box 12548
> Austin, Texas 78711-2548
> (512) 463-2170

Date of Report:   August 19, 2011

1)   **AGENCY/FACILITY INFORMATION:**

Name of Agency/Facility:   **TDCJ – Office of the Inspector General**

Address:   **P.O. Box 4003**

City, Zip Code:   **Huntsville, TX 77342-4003**

Telephone; Number:   **(936) 437-5052**
Fax:   **(936) 437-5010**
Signature of Director of

Revised 8/08 Replaces Form of 07/03/ which is obsolete
CC-0257 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5280                    OIG- Martone 1485

AUG-19-2011 15:26 From:

Custodial Death Report
Page 2

**2)  IDENTITY OF DECEASED:**
Name of deceased: **Martone, Micheal**                  SSN ▉▉▉▉▉
Race/Ethnic Group:
☐ African-American
☐ Native American
☒ Anglo
☐ Asian ☐ Hispanic
☐ Middle East
☐ Native Hawaiian/Pacific Islander
☐ Other (Specify)

☒ **Male**   DOB: 7/7/1954
Sex
☐ **Female   Age:** 57

**3)  DATE OF CUSTODY (arrest, incarceration):**
Date: 10/26/2006
Time: Hour: _____   Min _____   am☐   pm☐

**4)  DATE/TIME OF DEATH:**
Month: 8 _____   Day: 8 _____   Year: 2011
Time: Hour: 10   Min: 22   am☐   pm☒

**5)  WHERE DID THE EVENT CAUSING THE DEATH OCCUR?**
Street Address: 815 12TH Street
City: Huntsville
County: TX

**6)  HAS A MEDICAL EXAMINER OR CORONER CONDUCTED AN EVALUATION TO DETERMINE A CAUSE OF DEATH?**
☐ Yes, results are available
☒ Yes, results are pending
☐ No, evaluation pending
☐ No, evaluation not planned

**7)  MANNER OF DEATH:**
1. ☐ Accidental Injury to self
2. ☐ Accidental Injury by others
3. ☐ Alcohol/Drug Intoxication
4. ☐ Justifiable Homicide
5. ☐ Other Homicide
6. ☐ Suicide
7. ☒ Natural Causes/Illness-Specify
8. ☐ Other-Specify:

**8)  MEDICAL CAUSE OF DEATH:**   Pending autopsy results: Cardiac arrest secondary to hyperthermia

**9)  WAS THE CAUSE OF DEATH THE RESULT OF A PRE-EXISTING MEDICAL CONDITION OR DID THE DECEASED DEVELOP THE CONDITION AFTER ADMISSION?**
1. ☐ Pre-existing medical condition
2. ☐ Deceased developed condition after admission
3. ☐ N/A – cause of death was accidental injury, intoxication, suicide, or homicide.
4 ☒ Don't Know

Revised 6/08 Replaces Form of 07/03J which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

AUG-19-2011 15:26 From:

10) **HAD THE DECEASED BEEN RECEIVING TREATMENT FOR THE MEDICAL CONDITION AFTER ADMISSION TO YOUR JAIL'S JURISDICTION?**

☒ Not Applicable
☐ No
☐ Yes- If yes, describe below (Include only treatment and medication related to the medical condition that caused the deceased's death.  Exclude emergency care provided at time of death):

_____

_____

_____

11) **WHAT TYPE OF CUSTODY/FACILITY WAS THE OFFENDER IN/AT PRIOR TO THE TIME OF DEATH?**

☐ Police Custody (pre-booking)
☒ Penitentiary
☐ Municipal Jail
☐ County Jail

12) **SPECIFIC TYPE OF CUSTODY/FACILITY**

☐ Custody of Peace Officer during/fleeing arrest
☐ Custody of Peace Officer subsequent to arrest
☒ TDCJ-ID (Unit):  Huntsville Unit (HV)
☐ Jail-single cell
☐ Jail-detox cell
☐ Jail-Multiple occupancy cell
☐ Jail-holding cell
☐ Jail-day room/recreation area
☐ Correctional/Rehabilitation Facility
☐ Hospital/Infirmary
☐ Halfway House/Restitution Center
☐ Non-law enforcement detox facility    Name: _____
☐ TYC-Facility:
☐ TJPC Detention Center:

13) **WHAT WERE THE MOST SERIOUS OFFENSE(S) WITH WHICH THE DECEASED WAS (OR WOULD HAVE BEEN) CHARGED WITH AT THE TIME OF DEATH (required)**

1. Intox. Manslaughter w/Deadly Weapon _____
2. _____
3. _____

☐ Filed
☒ Convicted
☐ Probation/Parole
☐ Not filed at time of death

**Type of Charges**

☒ Violent Crime against Persons
☐ Child Abuse
☐ Serious Crime against Property
☐ Alcohol/Drug Offense
☐ Other-specify : _____

Revised 6/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5282                          OIG- Martone 1487

AUG-19-2011 15:26 From:

**14)** **DID THE DECEASED DIE FROM A MEDICAL CONDITION OR FROM INJURIES SUSTAINED AT THE CRIME/ARREST SCENE?**
- ☐ Medical condition only
- ☐ Injuries only
- ☐ Both medical condition and injuries
- ☐ Don't Know
- ☒ Not Applicable

**15)** **IF INJURED AT THE CRIME/ARREST SCENE, HOW WERE THESE INJURIES SUSTAINED?**
- ☐ Inflicted by law enforcement officers
- ☐ Inflicted by others at crime/arrest scene
- ☐ Self-inflicted-accidental
- ☐ Self-inflicted-suicide
- ☐ Unknown
- ☒ Not Applicable

**16)** **WAS THE DECEASED UNDER RESTRAINT IN THE TIME LEADING UP TO THE DEATH OR THE EVENTS CAUSING THE DEATH?**
- ☒ No
- ☐ Yes, If yes, mark which restraint devices were used:
  - ☐ Handcuffs
  - ☐ Leg shackles
  - ☐ Other device-Specify

**17)** **WHAT TYPE OF WEAPON(S) CAUSED THE DEATH?  (MARK ALL THAT APPLY)**
- ☐ Handgun
- ☐ Rifle/Shotgun
- ☐ Nightstick or baton
- ☐ Stun gun or tazer
- ☐ Other-specify
- ☒ Not applicable

**18)** **AT ANY TIME DURING THE ARREST/INCIDENT DID THE DECEASED:  MARK ALL THAT APPLY**
- ☐ Appear intoxicated (either alcohol or drugs)
- ☐ Threaten the officer(s) involved?
- ☐ Resist being handcuffed or arrested ?
- ☐ Try to escape/flee from custody?
- ☐ Grab, hit or fight with the officer(s) involved?
- ☐ Use a weapon to threaten or assault the officer(s)  Specify
- ☐ Other -- specify
- ☒ Not applicable

**19)** **WHERE DID THE DECEASED DIE?**
- ☐ At law enforcement facility
- ☐ At the crime/arrest scene
- ☒ At medical facility
- ☐ En route to medical facility
- ☐ En route to booking center/police lookup
- ☐ Elsewhere -- Specify:

**20)** **WHAT WAS THE TIME AND DATE OF THE DECEASED'S ENTRY INTO THE LAW ENFORCEMENT FACILITY WHERE THE DEATH OCCURRED?**
- ☒ N/A

Month: _____  Day: _____  Year: _____

Time: Hour: _____  Min: _____  AM: ☐  PM: ☐

Revised 6/08 Replaces Form of 07/03/ which is obsolete
CC-0207 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5283                    OIG- Martone 1488

AUG-19-2011 15:25 From:

21) **AT THE TIME OF ENTRY INTO THE FACILITY DID THE DECEASED:  MARK ALL THAT APPLY**

- ☐ Appear intoxicated (either alcohol or drugs)?
- ☐ Exhibit any mental health problems?
- ☐ Exhibit any medical problems?
- ☒ Not applicable

22) **IF DEATH WAS AN ACCIDENT OR HOMICIDE, WHO CAUSED THE DEATH?**

- ☐ Deceased
- ☐ Other detainees
- ☐ Law enforcement/correctional staff
- ☐ Other persons-specify
- ☐ Don't know
- ☒ Not applicable; cause of death was suicide, intoxication or illness/natural causes

23) **IF DEATH WAS AN ACCIDENT, HOMICIDE OR SUICIDE, WHAT WAS THE MEANS OF DEATH?**

- ☐ Firearm
- ☐ Blunt instrument
- ☐ Knife, cutting instrument
- ☐ Hanging, strangulation
- ☐ Drug overdose
- ☐ Other -- specify
- ☒ Not applicable; cause of death was intoxication or illness/natural causes

**ATTACH A SUMMARY OF HOW THE DEATH OCCURRED:  On august 8, 2011, at approximately 8:00pm, Offender Martone stepped put of his single-man cell, G-1-4, and then collapsed onto the run, at the Huntsville Unit.  Martone, who was breathing but unresponsive, was taken to the unit infirmary by gurney as a request to 911 assistance was placed.  At 8:20pm, EMS arrival and took over Martone's medical care.  At 8:45pm, Martone was transported by ambulance to the Huntsville Airport and transferred to a waiting LifeFlight helicopter.  Martone was then flown to Memorial Herman Hospital, Houston, TX.  Herman staff took over Martone's emergency care, however, Martone continued to decline and Dr. Libby George, MD, pronounced Martone deceased at 10:22pm.  Pending autopsy results,**
24) **the cause of death was cardiac arrest secondary to hyperthermia.**

Revised 5/08 Replaces Form of 07/03/ which is obsolete
CC-0287 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
OIG- Martone 1489



TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# OFFICE OF THE INSPECTOR GENERAL

### INCIDENT / INVESTIGATION REPORT

| | | | | ORI# **236075C** | CASE #: 2011.03220 |
|---|---|---|---|---|---|

**Incident Data**

| STATUTE 1 | CRIME CLASS | DESCRIPTION: | | | |
|---|---|---|---|---|---|
| CCP49.18 | N/A | Death in Custody (Unattended /Accidental- offender) | | | |
| STATUTE 2 | CRIME CLASS | DESCRIPTION: | | | |
| N/A | | | | | |
| STATUTE 3 | CRIME CLASS | DESCRIPTION: | | | |
| N/A | | | | | |

| DATE OF INCIDENT 8/8/2011 | DAY: Monday | TIME: 10:22 pm | DATE REPORTED: 8/8/2011 | TIME REPORTED 10:48 pm | INVESTIGATED BY: Lacey Mericle, #140 |
|---|---|---|---|---|---|
| LOCATION OF INCIDENT Hermann Memorial Hospital, Houston ,Texas | | | | COUNTY OF OFFENSE :CODE: Harris / 101 | TYPE OF PREMISES: Hospital |

**Reportee**

| PERSON REPORTING INCIDENT: NAME: (LAST, First, MI) SIMMONS, Kevin | | RACE W | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: N/A |
|---|---|---|---|---|---|
| HOME ADDRESS: N/A | | | PRIMARY TELEPHONE # 936-437-7555 | SECONDARY TELEPHONE # N/A | |
| BUSSINESS ADDRESS: Huntsville Unit- 815 12th Street, Huntsville, Texas | | | EMPLOYER Texas Department of Criminal Justice | | |
| OCCUPATION: Lieutenant of Correctional Officers | | | ADDITIONAL INFORMATION N/A | | |

**Victim**

| VICTIM #1: NAME: (LAST, First, MI) MARTONE, Michael David | | DOB: | RACE W | SEX: Male | SOCIAL SECURITY #: | DL OR TDCJ #: TDCJ# 1395315 |
|---|---|---|---|---|---|---|
| HOME ADDRESS: Huntsville Unit- 815 12th Street, Huntsville, Texas | | | | PRIMARY TELEPHONE # N/A | SECONDARY TELEPHONE # N/A | |
| BUSSINESS ADDRESS: N/A | | | | EMPLOYER N/A | | |
| OCCUPATION: N/A | | | | ADDITIONAL INFORMATION deceased offender | | |

**Witness**

| WINTESS #1: NAME: (LAST, First, MI) COLLARD,Kerry | | RACE W | SEX: | SOCIAL SECURITY #: | DL OR TDCJ #: N/A |
|---|---|---|---|---|---|
| HOME ADDRESS: N/A | | | PRIMARY TELEPHONE # 936-437-1555 | SECONDARY TELEPHONE # N/A | |
| BUSSINESS ADDRESS: Huntsville Unit- 815 12th Street, Huntsville, Texas | | | EMPLOYER Texas Department of Criminal Justice | | |
| OCCUPATION: Correctional Officer | | | ADDITIONAL INFORMATION N/A | | |

ADDENDUM ATTACHED NO

**SUMMARY:**
On August 08, 2011, at 10:22 pm, at the Hermann Memorial Hospital, Dr George Libby pronounced Offender Michael Martone # 1395313 deceased, reporting the preliminary cause of death as a result of heat stroke/and cardiac arrest.

| Investigator's Signature | ID# 140 | DATE 052/13 |
|---|---|---|
| Approving Supervisor's Signature | ID# 152 | DATE 5/22/2013 |

CC-0240 (07/2005)                                                                                           Page 1 of 7

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5285

OIG- Martone 1490

INCIDENT/INVESTIGATION REPORT

CASE #: 2011.03220

## ADDITIONAL: VICTIMS, WITNESSES OR NAMED PARTIES

| Witness #02 | | RACE | SEX | SOCIAL SECURITY # | DL OR TDCJ #: |
|---|---|---|---|---|---|
| ROUNDTREE, Clifton | | B | Male | ▮ | N/A |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| N/A | | | 936-437-1555 | N/A | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| Huntsville Unit- 815 12th Street, Huntsville, Texas | Texas Department of Criminal Justice | | | | |
| *OCCUPATION:* | | | | | |
| Sergeant of Correctional Officers | | | | | |

| Witness #03 | DOB: | RACE | SEX | SOCIAL SECURITY # | DL OR TDCJ #: |
|---|---|---|---|---|---|
| PROCTOR, Michael | ▮ | W | Male | ▮ | N/A |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| N/A | | | 936-437-1555 | N/A | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| Huntsville Unit- 815 12th Street, Huntsville, Texas | Texas Department of Criminal Justice | | | | |
| *OCCUPATION:* | | | | | |
| Lieutenant of Correctional Officers | | | | | |

| Witness #04 | | RACE | SEX | SOCIAL SECURITY # | DL OR TDCJ #: |
|---|---|---|---|---|---|
| BLAKE, Gary | ▮ | W | Male | ▮ | N/A |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| N/A | | | 936-437-1555 | N/A | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| Huntsville Unit- 815 12th Street, Huntsville, Texas | Texas Department of Criminal Justice | | | | |
| *OCCUPATION:* | | | | | |
| Correctional Officer | | | | | |

| Witness #05 | DOB: | RACE | SEX | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| ELLIS, Patricia | ▮ | W | Male | ▮ | N/A |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| N/A | | | 936-437-1555 | N/A | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| Huntsville Unit- 815 12th Street, Huntsville, Texas | Texas Department of Criminal Justice | | | | |
| *OCCUPATION:* | | | | | |
| Correctional Officer | | | | | |

| # | DOB: | RACE | SEX | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| N/A | | | | | |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| | | | | | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| | | | | | |
| *OCCUPATION:* | | | | | |

| # | DOB: | RACE | SEX | SOCIAL SECURITY #: | DL OR TDCJ #: |
|---|---|---|---|---|---|
| | | | | | |
| *HOME ADDRESS:* | | | PRIMARY TELEPHONE # | SECONDARY TELEPHONE # | |
| | | | | | |
| *BUSSINESS ADDRESS:* | *EMPLOYER* | | | | |
| | | | | | |
| *OCCUPATION:* | | | | | |

Investigator's Signature

ID# 1460

DATE 08/13

Approving Supervisor's Signature

ID#

DATE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5286

OIG- Martone 1491

INCIDENT/INVESTIGATION REPORT                                                          CASE #: 2011.03220

# SUSPECTS

| SUSPECT #1 (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | | |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | SECONDARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| TDCJ EMPLOYER? ☐ Yes ☐ No | OCCUPATION: | | BUSSINESS ADDRESS: | |
|---|---|---|---|---|

| TDCJ OFFENDER? ☐ Yes ☐ No | PAROLEE? ☐ Yes ☐ No | SID# | FBI# | BIRTH PLACE: | DL OR TDCJ #:: |
|---|---|---|---|---|---|

| SUSPECT #2 (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | SECONDARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| TDCJ EMPLOYEE? ☐ Yes ☐ No | OCCUPATION: | | BUSSINESS ADDRESS: | |
|---|---|---|---|---|

| TDCJ OFFENDER? ☐ Yes ☐ No | PAROLEE? ☐ Yes ☐ No | SID# | FBI# | BIRTH PLACE: | DL OR TDCJ #: |
|---|---|---|---|---|---|

| SUSPECT #3 (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | SECONDARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| TDCJ EMPLOYEE? ☐ Yes ☐ No | OCCUPATION: | | BUSSINESS ADDRESS: | |
|---|---|---|---|---|

| TDCJ OFFENDER? ☐ Yes ☐ No | PAROLEE? ☐ Yes ☐ No | SID# | FBI# | BIRTH PLACE: | DL OR TDCJ #: |
|---|---|---|---|---|---|

| SUSPECT #4 (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | SECONDARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| TDCJ EMPLOYEE? ☐ Yes ☐ No | OCCUPATION: | | BUSSINESS ADDRESS: | |
|---|---|---|---|---|

| TDCJ OFFENDER? ☐ Yes ☐ No | PAROLEE? ☐ Yes ☐ No | SID# | FBI# | BIRTH PLACE: | DL OR TDCJ #: |
|---|---|---|---|---|---|

| SUSPECT #5 (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | SECONDARY TELEPHONE # |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| TDCJ EMPLOYEE? ☐ Yes ☐ No | OCCUPATION: | | BUSSINESS ADDRESS: | |
|---|---|---|---|---|

| TDCJ OFFENDER? ☐ Yes ☐ No | PAROLEE? ☐ Yes ☐ No | SID# | FBI# | BIRTH PLACE: | DL OR TDCJ #: |
|---|---|---|---|---|---|

Investigator's Signature                                        ID# 140              DATE 052113

Approving Supervisor's Signature                                ID#                  DATE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5287                                      OIG- Martone 1492

INCIDENT/INVESTIGATION REPORT _____   ___   _____ CASE #: 2011.03220

## INTRODUCTION:

I, Tabitha Lacey Mericle, am a Criminal Investigator with the Texas Department of Criminal Justice – Office of Inspector General (TDCJ-OIG). I am assigned to the Investigations Division of this agency, Region E, which includes Harris County, Texas, where this incident occurred.

This investigation involves Offender Michael Martone # 1395315, a fifty-seven year old white male offender, serving a twenty-five year sentence for Intoxication Manslaughter with a Deadly Weapon, from Harris County, Texas. Offender Martone was received by TDCJ on October 26, 2006 and was scheduled for discharge from TDCJ on December 30, 2028. Offender Martone's medical history included hypertension, hyperlipidemia, coronary artery disease, hepatitis C virus, seizure disorder and morbid obesity.

## REPORTEE'S STATEMENT:
**KEVIN SIMMONS; Lieutenant of Correctional Officers; Huntsville Unit:**
Lieutenant Simmons reported that on August 08, 2011, at 10:22 pm, at the Hermann Memorial Hospital, Dr George Libby pronounced Offender Michael Martone # 1395313 deceased, reporting the preliminary cause of death as a result of heat stroke and cardiac arrest.

## CRIME SCENE DESCRIPTION:
This incident occurred in the Emergency Room, inside the Hermann Memorial Hospital, which is a public access medical facility located at 6411 Fannin, Houston, Texas. This public access medical facility provides medical treatment to TDCJ offenders, as needed.

## INVESTIGATOR'S NARRATIVE:
On August 08, 2011, at 6:15pm, at the Huntsville Unit, Offender Michael Martone # 1395315 advised security staff that he felt bad and had been feeling bad for the past day or so. The offender was escorted to the unit's infirmary where Registered Nurse Rye assessed Offender Martone's condition. Nurse Rye advised the offender to rest as much as possible to increase his water intake. Offender Martone acknowledged the instructions and was escorted back to his assigned housing.

Later that evening, at 7:30 pm, Officer Kerry Collard observed Offender Martone holding on to a window sill in the housing area's dayroom area, with two offenders assisting Offender Martone by holding him up. Officer Collard requested a supervisor and additional security staff to assist with the situation. The medical department staff had departed the facility for the day and was not available to respond for the call for assistance. Sergeant Clifton Roundtree arrived, assessed the situation and requested a staff member retrieve a wheel chair for Offender Martone. While waiting for the wheel chair, Offender Martone began to go in and out of consciousness, and had a difficult time answering questions.

As the wheel chair arrived, Offender Martone's condition deteriorated further and he lost complete consciousness. The local Emergency Medical Services (EMS) was requested and Offender Martone was placed on a gurney. Lieutenant Michael Proctor noted that Offender Martone had spontaneous breaths and a

| | | |
|---|---|---|
| Investigator's Signature | ID# 140 | DATE 05/2/13 |
| | | |
| Approving Supervisor's Signature | ID# | DATE |

CC 0240 (07/2006)                                                                                        Page 4 of 7

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5288                                    OIG- Martone 1493

INCIDENT/INVESTIGATION REPORT _____     CASE #: 2011.03220

steady pulse. Offender Martone was transported, via gurney, to the unit infirmary area, waiting for the arrival of the local EMS. While in the infirmary area, Lieutenant Proctor noted that Offender Martone still had spontaneous breaths and pulse, but that the offender was very warm to the touch. Lieutenant Proctor instructed Officer Patricia Ellis to obtain ice packs and place them on Offender Martone (under arms areas, on neck area and on groin area) in case this was a heat related incident.

At 8:20 pm, the Huntsville Walker County EMS arrived and assumed care of Offender Martone. The decision was made by the EMS personnel to transport Offender Martone to the Huntsville Municipal Airport, where he would be transported by Life flight Helicopter to the Hermann Memorial Hospital in Houston, Texas. At 8:45 pm, the transport departed the Huntsville Unit, enroute to the airport. At 9:15 pm, the Life Flight transport departed the airport, enroute to the Hermann Memorial Hospital.

At 10:03 pm, upon arrival to the Hermann Memorial Hospital, Offender Martone lost all vital signs and cardiopulmonary resuscitation was initiated. Life saving efforts to revive the offender was continued but unsuccessful. At 10:22 pm, Dr George Libby pronounced Offender Martone deceased, reporting the preliminary cause of death as heat related, pending the autopsy results. Offender Martone's body temperature was 108. The Huntsville Unit reported that at 7:00 pm, the temperature to be 102, humidity 20% and heat index of 99.

Due to extreme temperatures and heat indexes, added precautions were initiated in June 2011. All offenders prescribed psychotropic medication were being housed on the first row of their designated housing areas. Water coolers were placed in every housing area and contained ice water (refilled regularly, as needed). Security staff was trained daily on recognizing the signs and symptoms of heat-related illnesses. Offenders were also provided training on how to stay hydrated during extremely hot weather.

On August 09, 2011, at 8:35 am, Roxanne Martone, Offender Martone's daughter, was notified of his death. She advised that the family would claim Offender Martone's remains and that the family did not object to an autopsy.

On August 10, 2011, Harris County Assistant Medical Examiner, Merrill Hines performed the autopsy (report # ML11-2363) on Offender Martone. Dr Hines determined this death was a result of hyperthermia, with the contributing factors of hypertension and atherosclerotic cardiovascular disease. He ruled the manner of this to be of accidental causes.

On November 10, 2011, the Amendment to Medical Certification of Certificate of Death (state file # 142-11-103310) was certified by Dr Hines and reported the cause of this death as a result of hyperthermia. The manner of this death is listed as accidental causes.

**VICTIM(S):**
**MICHAEL MARTONE # 1395315; deceased offender; Huntsville Unit:**
The victim is the decedent.

| | | | |
|---|---|---|---|
| Investigator's Signature | | ICO     ID# | 052113     DATE |
| Approving Supervisor's Signature | | ID# | DATE |

CC 0240 (07/2005)

INCIDENT/INVESTIGATION REPORT _____    ___    _____    CASE #: 2011.03220

## SUSPECT(S):
**NONE**

## WITNESSES:
**KERRY COLLARD; Correctional Officer; Huntsville Unit:**
Officer Collard reported that on August 08, 2011, at 7:30 pm, he observed Offender Martone holding on to a window sill in the housing area's dayroom area, with two offenders assisting Offender Martone by holding him up. Officer Collard reported that he requested a supervisor and additional security staff to assist with the situation. Officer Collard reported that Sergeant Clifton Roundtree arrived, assessed the situation and requested a staff member retrieve a wheel chair for Offender Martone. While waiting for the wheel chair, Offender Martone began to go in and out of consciousness, and had a difficult time answering questions and while waiting for the wheel chair to arrived, Offender Martone's condition deteriorated further and he lost complete consciousness. Officer Collard reported that Lieutenant Michael Proctor noted that Offender Martone had spontaneous breaths and a steady pulse. Offender Martone was transported, via gurney, to the unit infirmary area, waiting for the arrival of the local EMS.

**CLIFTON ROUNDTREE; Sergeant of Correctional Officers; Huntsville Unit:**
Sergeant Roundtree reported that at 7:30 pm, he responded to a request for assistance, arrived to the location, assessed the situation and requested a staff member retrieve a wheel chair for Offender Martone. While waiting for the wheel chair, Offender Martone began to go in and out of consciousness, and had a difficult time answering questions. As the wheel chair arrived, Offender Martone's condition deteriorated further and he lost complete consciousness. Sergeant Roundtree reported the local Emergency Medical Services (EMS) was requested and that Offender Martone was transported, via gurney, to the unit infirmary area, waiting for the arrival of the local EMS. Sergeant Roundtree reported that while in the infirmary area, Lieutenant Proctor noted that Offender Martone still had spontaneous breaths and pulse, but that the offender was very warm to the touch. Lieutenant Proctor instructed Officer Patricia Ellis to obtain ice packs and place them on Offender Martone (under arms areas, on neck area and on groin area) in case this was a heat related incident.

**MICHAEL PORTER; Lieutenant of Correctional Officers; Huntsville Unit:**
Lieutenant Porter reported that at 7:30 pm, he responded to a request for assistance, arrived to the location, and observed Offender Martone on a gurney. Lieutenant Proctor noted that Offender Martone had spontaneous breaths and a steady pulse. Offender Martone was transported, via gurney, to the unit infirmary area, waiting for the arrival of the local EMS. While in the infirmary area, Lieutenant Proctor noted that Offender Martone still had spontaneous breaths and pulse, but that the offender was very warm to the touch. Lieutenant Proctor instructed Officer Patricia Ellis to obtain ice packs and place them on Offender Martone (under arms areas, on neck area and on groin area) in case this was a heat related incident.

**GARY BAKE; Correctional Officer; Huntsville Unit:**
Officer Blake reported that on August 08, 2011, he accompanied the Life Flight transport of Offender Martone to the Hermann Memorial Hospital, where he witnessed the medical staff pronounce Offender Martone deceased.

| | ID# | DATE |
|---|---|---|
| _Investigator's Signature_ | 140 | 05/2/13 |
| _Approving Supervisor's Signature_ | ID# | DATE |

CC 0240 (07/2005)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5290                OIG- Martone 1495

INCIDENT/INVESTIGATION REPORT _____     CASE #: 2011.03220

**PATRICIA ELLIS; Correctional Officer; Huntsville Unit**:
Officer Ellis reported that on August 08, 2011, she responded with the wheelchair and gurney to the location of the request for assistance. Officer Ellis reported that she also retrieved ice packs to be placed on Offender Martone when in the unit infirmary.

**EVIDENCE:**
**NONE**

**DISPOSITION:**
This investigation is Administratively Closed.

**ATTACHMENTS:**
1. A copy of the Emergency Action Center report # I-11246-08-11 (1.1- 1.9)
2. The Investigator's Report of Custodial Death and the Attorny General's Custodial Death Report (2.1-2.7)
3. A copy of the medical documentation (3.1- 3.69)
4. A copy of the death notifications (4.1- 4.3)
5. A copy of TDCJ's Autopsy Order (5)
6. A copy of the handwritten statement from Officer Kerry collard (6)
7. A copy of the typed statement from Sergeant Clifton Roundtree (7)
8. A copy of the typed statement from Lieutenant Michael Porter (8)
9. A copy of the handwritten statement from Officer Gary Bake (9)
10. A copy of the handwritten statement from Officer Patricia Ellis (10)
11. A copy of TDCJ Health Services Division Custodial Death Report Information Worksheet (11)
12. A copy of the final autopsy report (12.1- 12.11)
13. A copy of the death certificate  (13.1- 13.2)
14. A copy of the TDCJ Travel Card  (14.1- 14.3)
15. A photocopy of photographs taken (15)
16. A copy of the Daily Activity Log for the housing of the location of this incident (16)
17. A copy of the Huntsville Unit Infirmary sign in/ sign out log (17)
18. A copy of the Huntsville Unit's Temperature Log (18)
19. A copy of the Hunsville Municipal Airport's Weather Observations (19)

TLM

_____                    (160          052/13
Investigator's Signature                      ID#            DATE

_____                    _____   _____
Approving Supervisor's Signature              ID#            DATE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5291                    OIG- Martone 1496

```
-------------------- --- SYSM INBASKET MESSAGE ' '/IEW --------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:      KSH8331 - SHAWAKER, KEVIN              Message ID: 980675
From:    KSI8517 - SIMMONS, KEVIN               Date Sent:  08/09/11
Subject: I-11246 08 11              Priority: 000   Time Sent:  02:31am


EAC USE ONLY:  DATE REPORTED:....................TIME REPORTED:.............


EMERGENCY ACTION CENTER INCIDENT NO:  I - 11246 - 08 - 11
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -        -     -
TYPE OF INCIDENT: OFFENDER DEATH
UNIT: HV   REGION 01  DATE OCCURRED: 08 / 08 / 2011  TIME OCCURRED: 2222
SPECIFIC LOCATION: HERMAN MEMORIAL HOSPITAL HOUSTON
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: SGT. C. ROUNDTREE
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME:
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
 X A      B      C      D      E      N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5292                    OIG- Martone 1497

```
-------------------- --- SYSM INBASKET MESSAGE VIEW -------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:     KSH8331 - SHAWAKER, KEVIN              Message ID: 980675
From:   KSI8517 - SIMMONS, KEVIN               Date Sent:  08/09/11
Subject: I-11246 08 11          Priority: 000  Time Sent:  02:31am

GANG IDENTIFICATION: NONE
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:  X YES     NO
WAS INCIDENT RACIALLY MOTIVATED:     YES  X NO




                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)      TDCJ NO     CUST  RACE  SEX  AGE  INJ  A-V
 MARTONE, MICHEAL DAVID            1395315      G2    W    M    57   Y





COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
OIG- Martone 1498

```
-------------------- --- SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:      KSH8331 - SHAWAKER, KEVIN               Message ID: 980675
From:    KSI8517 - SIMMONS, KEVIN                Date Sent:  08/09/11
Subject: I-11246 08 11            Priority: 000  Time Sent:  02:31am



WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY:  EMS   VAN X LIFE FLIGHT
NAME OF HOSPITAL:  HERMAN MEMORIAL HOUSTON
TREATMENT:  CPR

                         EMPLOYEE INFORMATION
NAME (LAST, FIRST M)            SSN     RACE   SEX   AGE      RANK




WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5294                        OIG- Martone 1499

```
-------------------- --- SYSM INBASKET MESSAGE ---VIEW -------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:      KSH8331 - SHAWAKER, KEVIN              Message ID: 980675
From:    KSI8517 - SIMMONS, KEVIN               Date Sent: 08/09/11
Subject: I-11246 08 11            Priority: 000  Time Sent: 02:31am


WAS A RAPE KIT COMPLETED    YES   NO   DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES   NO   DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE:


WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE: 08 / 08 / 2011  TIME: 22 : 22 PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE:  DR. GEORGE, LIBBY
COUNTY WHERE DEATH OCCURRED:  HARRIS
PRELIMINARY CAUSE OF DEATH:  HEAT RELATED
NEXT OF KIN NOTIFIED   YES X NO  DATE:    /   /      TIME:    :
NAME OF NOK:
HUNTSVILLE FUNERAL HOME NOTIFIED    YES X NO
JUSTICE OF PEACE NOTIFIED: X YES    NO



COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5295                    OIG- Martone 1500

```
-------------------- --- SYSM INBASKET MESSAGE REVIEW -------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:     KSH8331 - SHAWAKER, KEVIN            Message ID: 980675
From:   KSI8517 - SIMMONS, KEVIN             Date Sent:  08/09/11
Subject: I-11246 08 11          Priority: 000   Time Sent:  02:31am


             DESCRIPTION OF WEAPON(S) CONTRABAND



                         CHEMICAL AGENT INFORMATION
AMOUNT                        LIST TYPE                AUTHORIZATION



WAS TEAM AUTHORIZED   YES   NO   DECONTAMINATED   YES   NO   INJURIES   YES   NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5296                    OIG- Martone 1501

----------------------- --- SYSM INBASKET MESSAGE VIEW --------------------- 2
User ID: KSH8331                              09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:      KSH8331 - SHAWAKER, KEVIN            Message ID: 980675
From:    KSI8517 - SIMMONS, KEVIN             Date Sent:  08/09/11
Subject: I-11246 08 11         Priority: 000  Time Sent:  02:31am


THIS INCIDENT?
YES      NO


            IF YES, INDICATE APPLICABLE
PARCEL SCANNER
WALK THROUGH METAL DETECTOR
HAND HELD METAL DETECTOR
B.O.S.S. CHAIR
VIDEO SURVEILLANCE
HEARTBEAT DETECTION SYSTEMS
BODY ALARM
PERIMETER FENCE DETECTION SYSTEMS
STAB-RESISTANT VEST
NARCOTIC DETECTOR CANINE


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5297                    OIG- Martone 1502

-------------------- --- SYSM INBASKET MESSAGE REVIEW -------------------- 2
User ID: KSH8331                          09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:     KSH8331 - SHAWAKER, KEVIN              Message ID: 980675
From:   KSI8517 - SIMMONS, KEVIN              Date Sent: 08/09/11
Subject: I-11246 08 11          Priority: 000   Time Sent: 02:31am

CELL PHONE DETECTOR CANINE
PACK CANINES
S.A.R. CANINES
CONTRABAND INTERDICTION SHAKEDOWN TEAM
OTHER:


WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
 ON AUGUST 8TH 2011 AT APPROX 2000 SGT C. ROUNDTREE RESPONDED TO G-1-4 CELL
 WHERE OFFENDER MARTONE WAS COMPLAINING OF DIZZINESS AND SHORTNESS OF BREATH.
 UPON ARRIVING AT THE CELL SGT. ROUNDTREE FOUND OFFENDER MARTONE CONSIOUS AND
 ALERT. AS SGT. ROUNDTREE BEGAN MOVING THE OFFENDER FROM HIS CELL TO MEDICAL T

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5298                    OIG- Martone 1503

```
-------------------- --- SYSM INBASKET MESSAGE ``VIEW --------------------- 2
```

. User ID: KSH8331                                    09:57am - Wed, Aug 10, 2011
Enter Command ===>


To:      KSH8331 - SHAWAKER, KEVIN            Message ID: 980675
From:    KSI8517 - SIMMONS, KEVIN             Date Sent:  08/09/11
Subject: I-11246 08 11          Priority: 000  Time Sent:  02:31am

HE OFFENDER LOST CONSIOUSNESS. SGT. ROUNDTREE INITIATED ICS. LT. PROCTOR
RESPONDED WITH OFFICERS P. ELLIS AND A. QUICK. OFFENDER MARTONE WAS PLACED ON
 A BACKBOARD AND TAKEN OUT OF THE BUILDING TO A GURNEY THAT WAS WAITING
OUTSIDE THE DOOR. THE RADIO PICKET OFFICER CONTACTED 911 AND EMS WAS
ACTIVATED. THE OFFENDER WAS MOVED TO THE HUNSVILLE UNIT INFIRMARY BY GURNEY
TO AWAIT THE ARRIVAL OF EMS. WHILE IN THE INFIRMARY LT. M. PROCTOR NOTICED
THAT THE OFFENDER WAS VERY WARM TO THE TOUCH AND APPLIED ICE PACKS TO THE
OFFENDER IN CASE HE WAS HAVING A HEAT RELATED EMERGENCY. EMS ARRIVED AT
APPROX. 2020 AND BEGAN TREATING THE OFFENDER. A DECISION WAS MADE BY EMS TO
TAKE THE OFFENDER TO THE HUNTSVILLE MUNICIPAL AIRPORT WHERE HE WOULD BE
PLACED ON LIFEFLIGHT HELICOPTER. ONCE THE OFFENDER ARRIVED AT HERMAN MEMORIAL
 IN HOUSTON HE LOST ALL VITAL SIGNS. CPR WAS STARTED AT 2203 AND THE OFFENDER
WAS PRONOUNCED DECEASED BY DR. GEORGE, LIBBY AT 2222. OFFICER GARY BAKE
CO IV NOTIFIED LT. KEVIN SIMMONS OF THE DEATH AT 2235. OFFICER BAKE WAS TOLD

COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5299                    OIG- Martone 1504

```
--------------------  --- SYSM INBASKET MESSAGE REVIEW --------------------  2
User ID: KSH8331                              09:58am - Wed, Aug 10, 2011
Enter Command ===>


To:     KSH8331 - SHAWAKER, KEVIN              Message ID: 980675
From:   KSI8517 - SIMMONS, KEVIN               Date Sent: 08/09/11
Subject: I-11246 08 11          Priority: 000  Time Sent: 02:31am


BY MEDICAL STAFF FROM HERMAN HOSPITAL THAT THE OFFENDER DEATH MAY HAVE

BEEN A RESULT OF HEAT AND THAT THE OFFENDERS BODY TEMPERATURE WAS 108.
AT 1900 THE UNIT RECORDED THE TEMPERATURE AT 102, HUMIDITY AT 20 , AND HEAT
INDEX AT 99. NOTIFICATIONS ARE AS FOLLOWS.
2237 WARDEN JONES NOTIFIED BY LT. SIMMONS
2239 REGION 1 DIRECTOR MR. UPSHAW NOTIFIED BY WARDEN JONES
2245 CHAPLAIN HART NOTIFIED BY LT. SIMMONS
2248 OIG OFFICER KEVIN SHAWACRE NOTIFIED BY LT. SIMMONS
2359 CARNES FUNERAL HOME NOTIFIED BY LT. SIMMONS
0118 EAC NOTIFIED BY LT. SIMMONS
AT THE CURRENT TIME CHAPLAIN HART HAS BEEN UNABLE TO CONTACT NEXT OF KIN AND
IS STILL ATTEMPTING TO MAKE CONTACT.



COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5300                    OIG- Martone 1505



# CUSTODIAL DEATH REPORT

For reporting requirements and procedure, see Section 39.05 of the Penal Code, Article 49.18(b) (c) of The Code of Criminal Procedure and Article 501.055(b) of The Government Code

Section 39.05 Failure to Report Death of Prisoner:
    (a) A person commits an offense if the person is required to conduct an investigation and file a report by Article 49.18, Code of Criminal Procedure, and the person fails to investigate the death, fails to file the report as required, or fails to include in a filed report facts known or discovered in the investigation.
    (b) A person commits an offense if the person is required by Section 501.055, Government Code, to:
        (1) give notice of the death of an inmate and the person fails to give the notice; or
        (2) conduct an investigation and file a report and the person:
            (A) fails to conduct the investigation or file the report, or
            (B) fails to include in the report facts known to the person or discovered by the person in the investigation.
    (c) An offense under this section is a Class B misdemeanor.

Article 49.18 (a) (b) (c).  Death in Custody
    (a) If a person confined in a penal institution dies, the sheriff or other person in charge of the penal institution shall as soon as practicable inform the justice of the peace of the precinct where the penal institution is located of the death.
    (b) If a person dies while in the custody of a peace officer or as a result of a peace officer's use of force or if a person incarcerated in a jail, correctional facility, or state juvenile facility dies, the director of the law enforcement agency of which the officer is a member or of the facility in which the person was incarcerated shall investigate the death and file a written report of the cause of death with the attorney general no later than the 30th day after the date on which the person in custody or the incarcerated person died.  The director shall make a good faith effort to obtain all facts relevant to the death and include those facts in the report.  The attorney general shall make the report, with the exception of any portion of the report that the attorney general determined is privileged, available to any interested person.
    (c) Subsection (a) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice.  Subsection (b) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice if the death occurs under circumstances described by Section 501.055 (b) (2), Government Code.
    (d) In this article:
        (1) "Correctional facility" means a confinement facility or halfway house operated by or under contract with any division of the Texas Department of Criminal Justice.
        (2) "In the custody of a peace officer" means:
            (A) under arrest by a peace officer, or
            (B) under the physical control or restraint of a peace officer.
        (3) "State juvenile facility" means any facility or halfway house:
            (A) operated by or under contract with the Texas Youth Commission or
            (B) described by Section 51.02 (13) or (14), Family code.

> Mail To:   Office of the Attorney General
>            Criminal Law Enforcement Division
>            P.O. Box 12548
>            Austin, Texas 78711-2548
>            (512) 463-2170

**Date of Report:**   August 19, 2011

**1)**   **AGENCY/FACILITY INFORMATION:**

    Name of Agency/Facility:   **TDCJ – Office of the Inspector General**

    Address:   **P.O. Box 4003**

    City, Zip Code:   **Huntsville, TX  77342-4003**

    Telephone: Number:   **(936) 437-5052**
    Fax:   **(936) 437-5010**
    Signature of Director of

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5301                    OIG- Martone 1506

Custodial Death Rep:
Page 2

**2) IDENTITY OF DECEASED:**
Name of deceased: **Martone, Micheal**   SSN ▉▉▉▉▉

Race/Ethnic Group:
☐ African-American
☐ Native American
☒ Anglo
☐ Asian  ☐ Hispanic
☐ Middle East
☐ Native Hawaiian/Pacific Islander
☐ Other (Specify)

Sex   ☒ Male   DOB: ▉▉▉▉▉
☐ Female   Age: 57

**3) DATE OF CUSTODY (arrest, incarceration):**
Date: 10/26/2006
Time: Hour: _____ Min _____   am☐   pm☐

**4) DATE/TIME OF DEATH:**
Month: 8   Day: 8   Year: 2011
Time: Hour: 10   Min: 22   am☐   pm☒

**5) WHERE DID THE EVENT CAUSING THE DEATH OCCUR?**
Street Address: 815 12TH Street
City: Huntsville
County: TX

**6) HAS A MEDICAL EXAMINER OR CORONER CONDUCTED AN EVALUATION TO DETERMINE A CAUSE OF DEATH?**
☐ Yes, results are available
☒ Yes, results are pending
☐ No, evaluation pending
☐ No, evaluation not planned

**7) MANNER OF DEATH:**
1. ☐ Accidental Injury to self
2. ☐ Accidental Injury by others
3. ☐ Alcohol/Drug Intoxication
4. ☐ Justifiable Homicide
5. ☐ Other Homicide
6. ☐ Suicide
7. ☒ Natural Causes/Illness-Specify
8. ☐ Other-Specify:

**8) MEDICAL CAUSE OF DEATH:** Pending autopsy results: Cardiac arrest secondary to hyperthermia

**9) WAS THE CAUSE OF DEATH THE RESULT OF A PRE-EXISTING MEDICAL CONDITION OR DID THE DECEASED DEVELOP THE CONDITION AFTER ADMISSION?**
1. ☐ Pre-existing medical condition
2. ☐ Deceased developed condition after admission
3. ☐ N/A – cause of death was accidental injury, intoxication, suicide, or homicide.
4. ☒ Don't Know

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5302   OIG- Martone 1507



10) **HAD THE DECEASF ̄EEN RECEIVING TREATMENT FOR T ̄ ̄MEDICAL CONDITION AFTER ADMISSION TO YOU⎵ JAIL'S JURISDICTION?**

☒ Not Applicable

☐ No

☐ Yes-If yes, describe below (Include only treatment and medication related to the medical condition that caused the deceased's death.  Exclude emergency care provided at time of death):

_____

_____

_____

11) **WHAT TYPE OF CUSTODY/FACILITY WAS THE OFFENDER IN/AT PRIOR TO THE TIME OF DEATH?**

☐ Police Custody (pre-booking)

☒ Penitentiary

☐ Municipal Jail

☐ County Jail

12) **SPECIFIC TYPE OF CUSTODY/FACILITY**

☐ Custody of Peace Officer during/fleeing arrest

☐ Custody of Peace Officer subsequent to arrest

☒ TDCJ-ID (Unit):  Huntsville Unit (HV)

☐ Jail-single cell

☐ Jail-detox cell

☐ Jail-Multiple occupancy cell

☐ Jail-holding cell

☐ Jail-day room/recreation area

☐ Correctional/Rehabilitation Facility

☐ Hospital/Infirmary

☐ Halfway House/Restitution Center

☐ Non-law enforcement detox facility     Name: _____

☐ TYC-Facility:

☐ TJPC Detention Center:

13) **WHAT WERE THE MOST SERIOUS OFFENSE(S) WITH WHICH THE DECEASED WAS (OR WOULD HAVE BEEN) CHARGED WITH AT THE TIME OF DEATH (required)**

1. Intox. Manslaughter w/Deadly Weapon _____

2. _____

3. _____

☐ Filed

☒ Convicted

☐ Probation/Parole

☐ Not filed at time of death

**Type of Charges**

☒ Violent Crime against Persons

☐ Child Abuse

☐ Serious Crime against Property

☐ Alcohol/Drug Offense

☐ Other-specify :

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5303          OIG- Martone 1508



14) **DID THE DECEASED DIE FROM A MEDICAL CONDITION OR FROM INJURIES SUSTAINED AT THE CRIME/ARREST SCENE?**
- ☐ Medical condition only
- ☐ Injuries only
- ☐ Both medical condition and injuries
- ☐ Don't Know
- ☒ Not Applicable

15) **IF INJURED AT THE CRIME/ARREST SCENE, HOW WERE THESE INJURIES SUSTAINED?**
- ☐ Inflicted by law enforcement officers
- ☐ Inflicted by others at crime/arrest scene
- ☐ Self-inflicted-accidental
- ☐ Self-inflicted-suicide
- ☐ Unknown
- ☒ Not Applicable

16) **WAS THE DECEASED UNDER RESTRAINT IN THE TIME LEADING UP TO THE DEATH OR THE EVENTS CAUSING THE DEATH?**
☒ No    ☐ Yes, If yes, mark which restraint devices were used:
- ☐ Handcuffs
- ☐ Leg shackles
- ☐ Other device-Specify

17) **WHAT TYPE OF WEAPON(S) CAUSED THE DEATH?  (MARK ALL THAT APPLY)**
- ☐ Handgun
- ☐ Rifle/Shotgun
- ☐ Nightstick or baton
- ☐ Stun gun or tazer
- ☐ Other-specify
- ☒ Not applicable

18) **AT ANY TIME DURING THE ARREST/INCIDENT DID THE DECEASED:  MARK ALL THAT APPLY**
- ☐ Appear intoxicated (either alcohol or drugs)
- ☐ Threaten the officer(s) involved?
- ☐ Resist being handcuffed or arrested ?
- ☐ Try to escape/flee from custody?
- ☐ Grab, hit or fight with the officer(s) involved?
- ☐ Use a weapon to threaten or assault the officer(s)  Specify
- ☐ Other – specify
- ☒ Not applicable

19) **WHERE DID THE DECEASED DIE?**
- ☐ At law enforcement facility
- ☐ At the crime/arrest scene
- ☒ At medical facility
- ☐ En route to medical facility
- ☐ En route to booking center/police lookup
- ☐ Elsewhere – Specify:

20) **WHAT WAS THE TIME AND DATE OF THE DECEASED'S ENTRY INTO THE LAW ENFORCEMENT FACILITY WHERE THE DEATH OCCURRED?**
☒ N/A
Month: _____ Day: _____ Year: _____

Time: Hour: _____ Min: _____ AM: ☐    PM: ☐

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5304                OIG- Martone 1509

21) **AT THE TIME OF ENTRY INTO THE FACILITY DID THE DECEASED:  MARK ALL THAT APPLY**

- ☐  Appear intoxicated (either alcohol or drugs)?
- ☐  Exhibit any mental health problems?
- ☐  Exhibit any medical problems?
- ☒  Not applicable

22) **IF DEATH WAS AN ACCIDENT OR HOMICIDE, WHO CAUSED THE DEATH?**
- ☐  Deceased
- ☐  Other detainees
- ☐  Law enforcement/correctional staff
- ☐  Other persons-specify
- ☐  Don't know
- ☒  Not applicable; cause of death was suicide, intoxication or illness/natural causes

23) **IF DEATH WAS AN ACCIDENT, HOMICIDE OR SUICIDE, WHAT WAS THE MEANS OF DEATH?**
- ☐  Firearm
- ☐  Blunt instrument
- ☐  Knife, cutting instrument
- ☐  Hanging, strangulation
- ☐  Drug overdose
- ☐  Other – specify
- ☒  Not applicable; cause of death was intoxication or illness/natural causes

**ATTACH A SUMMARY OF HOW THE DEATH OCCURRED:  On august 8, 2011, at approximately 8:oopm, Offender Martone stepped put of his single-man cell, G-1-4, and then collapsed onto the run, at the Huntsville Unit.  Martone, who was breathing but unresponsive, was taken to the unit infirmary by gurney as a request to 911 assistance was placed.  At 8:20pm, EMS arrivad and took over Martone's medical care.  At 8:45pm, Martone was transported by ambulance to the Huntsville Airport and transferred to a waiting LifeFlight helicopter.  Martone was then flown to Memorial Herman Hospital, Houston, TX.  Herman staff took over Martone's emergency care, however, Martone continued to decline and Dr. Libby George, MD, pronounced Martone deceased at 10:22pm.  Pending autopsy results,**
24) **the cause of death was cardiac arrest secondary to hyperthermia.**

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5305

OIG- Martone 1510



### Texas Department of Crimin. Justice
OFFICE OF THE INSPECTOR GENERAL

## INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

| OIG TRANSITORY #: (if necessary) | | | | |
|---|---|---|---|---|

| CASE #: | EAC #: I- | OFFICIAL DATE & TIME OF DEATH: 8-8-2011  10:22 ☐AM ☒PM | AUTOPSY ORDERED? ☒ YES ☐ NO |
|---|---|---|---|

| DECEDENT NAME: (LAST, First, MI) MARTONE MICHAEL | RACE: W | SEX: M | AGE: 57 | DOB: ▇▇▇▇ |
|---|---|---|---|---|

| IDENTIFICATION #: 1395315 | UNIT OF ASSIGNMENT: HV UNIT | DATE & TIME FOUND: 8-8-2011  8:00 ☐AM ☒PM |
|---|---|---|

| PLACE OF DEATH: Herman Memorial Hospital | CITY: Houston | COUNTY: Harris | ZIP CODE: 77030 |
|---|---|---|---|

| J.P. / M.E. NOTIFIED: (Name) Harris Co M.E. | PRECINCT # | DATE & TIME J.P. / M.E. NOTIFIED ☐AM ☐PM | PHOTOGRAPHS? ☐ YES ☐ NO |
|---|---|---|---|

| PLACE OF INQUEST: Herman Memorial ER RM #10 | DATE & TIME OF INQUEST: 8-9-2011 ☐AM ☐PM |
|---|---|

### ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

MEMORIAL HERMAN ER ROOM #10. OFFENDER MARTONE WAS SUPINE ON A GURNEY COVERED FROM HEAD TO TOE W/A SHEET.

### ★ SUMMARY of HOW DEATH OCCURRED ★

ON 8-8-2011 AT APPROX 8:00 PM OFFENDER MARTONE STEPPED OUT OF HIS SINGLE MAN CELL & COLLAPSED ONTO THE G-1-RUN AT THE HV UNIT. 911/EMS ASSISTANCE WAS REQUESTED & MARTONE WHO WAS BREATHING BUT UNRESPONSIVE, WAS TAKEN BY GURNEY TO THE UNIT INFIRMARY. EMS ARRIVED AT 8:20 PM & TOOK OVER MARTONE'S CARE. AT 8:45 PM EMS TRANSPORTED MARTONE TO THE HUNTSVILLE AIRPORT WHERE LIFEFLIGHT THEN TRANSPORTED MARTONE TO HERMAN MEMORIAL HOSP, HOUSTON TX. AT 10:22 PM DR. LIBBY GEORGE PRONOUNCED MARTONE DECEASED.

| TRANSPORTING FUNERAL HOME: Harris County M.E. | RECEIVING FUNERAL HOME: |
|---|---|

| INVESTIGATOR SIGNATURE: K.B. ▇▇▇▇ ,182 K.B. SHAWVER   Law Enforcement Agency: | TELEPHONE #: (   ) 936-662-4470 |
|---|---|

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX  77342-4003
(936) 437-6735

CC-0265 (07/2005)

Page 1 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5306

OIG- Martone 1511

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
**(Continued)**
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE #: | DECEDENT NAME: *(LAST, First MI)* | IDENTIFICATION #: |
|---|---|---|
| | MARTONE, MICHAEL | TDCJ #1395315 |

### ★ CLOTHING WORN BY DECEDENT ★

- [x] None
- [ ] Pants
- [ ] Shoes/Boots
- [ ] Jacket
- [ ] Belt
- [ ] Gown/Blouse
- [ ] Dress
- [ ] Other (list details below)

### ★ PROPERTY SENT WITH DECEDENT ★

NONE

### ★ MEDICAL HISTORY ★

| | | |
|---|---|---|
| Was death attended? | [ ] Yes [x] No | Previous history of illness? [ ] Yes [ ] No UNK |
| History of suicide? | [ ] Yes [ ] No UNK | HIV? [ ] Yes [ ] No UNK |

| HOSPITAL NAME: | ADDRESS: | TELEPHONE: |
|---|---|---|
| MEMORIAL HERMAN | 6411 FANNIN HOUSTON 77030 | 713-704-4000 |
| PHYSICIAN CONTACTED: *(Name)* | ADDRESS: | TELEPHONE: ( ) - |

**DIAGNOSIS:** PENDING AUTOPSY

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN: | ADDRESS: | TELEPHONE: |
|---|---|---|
| ROXANNE MARTONE (DAU) | 2409 WILLOW TRAIL DEER PARK, TX | (713)231-4343 |

| NEXT OF KIN NOTIFIED BY: *(Name)* | TELEPHONE: | DATE & TIME NOTIFIED: |
|---|---|---|
| CHAPLAIN HART | ( ) - | PENDING  [ ] AM [ ] PM |

### ★ IDENTIFICATION ★

**HOW:**
- [x] Offender Records
- [ ] Fingerprints
- [x] Viewed at Hospital/Scene
- [ ] Other

K. SHAWAKOR                    NONE

*Verification Made By:*     *Relationship to Decedent:*

### ★ DOCUMENTATION ★

- [ ] Order for Autopsy
- [ ] Clinic Notes (last 72 hrs)
- [ ] ER Report (if available)
- [ ] Copy of Travel Card

REPORT DISTRIBUTION: *(Include Complete Documentation)*
(1) Case File    (2) J.P.    (3) To Accompany Body

CC-0265 (07/2005)                                                Page 2 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5307                          OIG- Martone 1512

| Patient # | | HWCEMS Trip Report | Call Number | 3811 | |
|---|---|---|---|---|---|
| Date | 08-08-2011 | | Patient # | ( of 7  Pg  ( of 2 | |

**INFORMATION**

| PT. SSN: | | | NAME | |
|---|---|---|---|---|
| PT. NAME: | Martone, Michael | | ADDRESS | U |
| ADDRESS: | PO # 99 | | CITY/ST/ZIP: | |
| CITY/STATE/ZIP: | Huntsville TX 77370 | | PHONE # | M |
| PHONE #: | 936 295 6371 | | EMPLOYER: | B |
| DOB: | AGE: 57 | | ADDRESS | |
| SEX: MALE  FEMALE | | | CITY/ST/ZIP: | |
| FAMILY DR: UTM B | | | EMP PHONE # | |

**GUARANTOR**

| INSURANCE : | | Scene Location: | Walls unit |
|---|---|---|---|
| GROUP #  POLICY # | | Transported to: | Huntsville airport |
| MEDICARE # | | Mech. Of Injury: | Med |
| MEDICAID # | | | |

| Response Times | | L.F. Times | | Response Information | | Personnel | |
|---|---|---|---|---|---|---|---|
| Dispatch | 2013 | Dispatch | | Response to Scene Code 1  Code III | Starting Mileage | Attendant | J. Loeke |
| Enroute | 2015 | Leave Scene 2033 | | Response to Destination Code 1  Notr  Code III | Ending Mileage 5 | Attendant | P. Green |
| Area: | Arrive Scene 2019 | Arrive Dest 2045  In Service 2050 | | MVC---INV. Police Agency  EMS Unit 580 | | Chauffer | V. Jaunary |
| DISPATCH REASON: | Med | | | CHIEF COMPLAINT: | AMS | | |
| ENVIRONMENT: | Lying Supine on Cot | | | | | | |

| Level of Consciousness | Rate | Quality | L | Breathing | R | Color | Temp | Circulation Condition | Cap Refill (for Pediatrics) | L | Pupils | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alert and Oriented | ☐ < 10 | ☐ Unlabored | ☐ | Clear | ☐ | ☐ Normal | ☐ Normal | ☐ Normal | ☐ < 2 sec | ☐ Reactive | | ☐ |
| Response to Voice | ☐ 10 - 24 | ☐ Labored | ☐ | Wet | ☐ | ☐ Cyanotic | ☐ Hot | ☐ Moist | ☐ 2 - 4 sec | ☐ Sluggish | | ☐ |
| Response to Pain | ☐ > 24 | ☐ Shallow | ☐ | Wheezes | ☐ | ☐ Pale | ☐ Cool | ☐ Diaphoretic | ☐ > 4 sec | ☐ Constricted | | ☐ |
| Unresponsive | ☐ Apneic | ☐ Irregular ☐ Assisted | ☐ | Diminished Absent | ☐ | ☐ Flush | ☐ Cold | | ☐ Absent | ☐ Dilated ☐ Nonreactive | | ☐ |

| Identify the area of injury with the following numbers | | Head | Chest | Abdomen RUQ | Abdomen LUQ |
|---|---|---|---|---|---|
| Amputation Blunt Injury Burn Crush Dislocation / Fracture Gunshot Laceration Pain Puncture / Stab Soft Tissue Injury | | ☐ Normal D C A P B T L S | ☐ Normal | ☐ Normal | ☐ Normal |
| | | **Neck** | ☐ Paradoxical Movement | ☐ Rigidity | ☐ Rigidity |
| | | ☐ Normal ☐ JVD ☐ Tracheal Deviation ☐ Spinal Step Off D C A P B T L S | ☐ Crepitation D C A P B T L S | ☐ Distention ☐ Palpable Mass D C A P B T L S | ☐ Distention ☐ Palpable Mass D C A P B T L S |
| | | | **Pelvis** | **Abdomen RLQ** | **Abdomen LLQ** |
| | | **Back** | ☐ Normal | ☐ Normal | ☐ Normal |
| | | ☐ Normal ☐ Spinal Step Off D C A P B T L S | ☐ Tenderness ☐ Instability ☐ Crepitation D C A P B T L S | ☐ Rigidity ☐ Distention ☐ Palpable Mass D C A P B T L S | ☐ Rigidity ☐ Distention ☐ Palpable Mass D C A P B T L S |

| Right Arm | Left Arm | Right Leg | Left Leg | BTLS | |
|---|---|---|---|---|---|
| ☐ Normal | ☐ Normal | ☐ Normal | ☐ Normal | Deformity | For each area of the body, circle the appropriate BTLS finding (+) |
| ☐ Pulse Absent | ☐ Pulse Absent | ☐ Pulse Absent | ☐ Pulse Absent | Contusions | |
| ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | ☐ Decrease or Absent Sensation | Abrasions | |
| ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | ☐ Decreased or Absent Motor Func. | Penetrations Burns Tenderness Lacerations | **GCS** 5 |

Copy of OIG ease to Litigation Support on 09.19.2014 by ce
UNAUTHORIZED COPYING or VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5308

OIG- Martone 1513

# HUNTSVILLE EMS FLOW SHEET

PAGE 2 OF 2

**PATIENT NAME:** Martone, Michael

**CALL #** 3811

| TIME | B.P. | PULSE | RESP. | SPO2 | PROCEDURES | ATT | EKG | MEDICATION | DOSE | ROUTE | CREW # |
|------|------|-------|-------|------|------------|-----|-----|------------|------|-------|--------|
| 96 | 148 | 16 | 98 | Vitals | | Sinus | O2 | 15L | NRB | 367-2 |
| 98 | 61 | 150 | 16 | 99 | Pt IV R/Hand | | 1000 mlNS | 10gtts | 6 | IV | 367 |
| 102 | 156 | 11 | 99 | Lidocaine 100 mg | | Fent | 200 mcg | Succ | 200m |
| 104 | 77 | 154 | 16 | 99 | Intubated 7.5 ET | | 25 teeth | Fent | blood |
| | | | | | Intub, Breath Sounds Clear x4 | | | | | |
| | | | | | Cap 35 to 45 | | | Versed | 10 mg | 367 |
| | | | | | | | | VEC, 10 mg | |

## HISTORY AND NARRATIVE

Arrived on Scene to find 57 y/o male lying supine on Cot in infirmary, Breathing 16 BPM, unresponsive Officers claim he Collapsed while in his Cell, and they Moved him to the infirmary. Pts Vitals as shown ia, ECG Sinus Tachy @ 110, Pts Pupils Sluggish Pt unresponsive, Pt IV Placed Rt hand 1000 mlns 10gtts @ 6, Moved to ambulance — Pt @ 2310 Entered Amb, Nasal intubation unsuccessful, admin 100mg Lidocain, 200mg Fent, 200 Mg Succ, intubated w/ 7.5 ET Tube @ teeth, Breath Sounds Clear x4, Cap, 35 to 45, Fog Noted, in ET Gast Sounds absent to SAT 99%, Pt trans to Huntsville airport w/o add., Change? Report and Care given to EMS Nurse

**HISTORY:** HTN

**HISTORY:**

**MEDICATIONS:** N/A

**MEDS CONT.:**

**ALLERGIES:** N/A

**NAME OF PROTOCOL FOLLOWED**

**SIGNATURE OF ATTENDANT**

Copy of OIG case to Litigation Support on 09.19.2014 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1514

Fax Server      8  /2011 9:00:34 AM    PAGE 004/    Fax Server

CARDIOPULMONARY ARREST / CRITICAL CARE
## Memorial Hermann Hospital
### Emergency Center

47136147-9367 A   A:08/08/11
MARTONE, MICHAEL
DOB:              57Y M SER:EMR

NAME:
T/06 5   P 127   BP 84/43   R /8   AGE 57 (M) F
WT: 136  ☐ lbs ☐ kg   PULSE OX:   % ROOM # AC2  TIME 2231
CC _Feeling Bad_____

MODE OF ARRIVAL: ☐ POV ☒ Ambulance ☐ Immobilized   PREHOSPITAL ORDERS: ☒ No ☐ Yes

**HPI**  SOURCE: ☐ Patient ☐ Family Member ☐ Friend ☒ EMS: LF          ☒ Nurse's Notes Reviewed
CONTEXT: ☒ Found Unresponsive ☐ Collapsed
ARREST: ☐ Witnessed or ☒ Unwitnessed @ ☐ Home ☐ Business Poises
PRECEDING SIGNS & SYMPTOMS: ☐ None Known ☐ CP ☐ SOB ☐ Seizure ☐ Palpitations ☐ UA ☐ Nausea ☐ Vomiting
CPR: ☐ No ☒ Yes  (☐ Bystander ☒ EMS)
INITIAL EMS EXAM: GCS: 3   CV: ☐ Pulseless ☒ Carotid Pulse Present   PRE-HOSPITAL INTUBATION: ☒ Yes ☐ No
INITIAL TELEMETRY REVEALED: ☐ Asystole ☐ PEA ☐ Bradycardia ☐ V Fib ☐ Pulseless VT  V. Tach → V. Fib
☐ Narrow-Complex Tachycardia ☒ Wide-Complex Tachycardia
PRE-HOSPITAL: IV ACCESS: ☐ None O /8 Gauge   LOCATION: ☒ R ☐ L ☐ B   ☐ AC ☐ FA ☒ Wrist ☐ Hand
MEDICATIONS: ☐ Lidocaine ☐ Narcan ☒ Epinephrine ☐ NaHCO₃ ☐ Atropine ☐ Adenosine Amiodarone 300mg
☐ _____   ROUTE: ☒ IV ☐ ET Tube   DOSE: _____                    & 150mg once 10 min

57 y.o. ♂ arrived via LF s/p unresponsive. pt. intubated by ground EMS
Pt c̄ V. Tach then enter Cardioverted → V. Tach → V. Fib → V. Tach
300mg Amiodarone given & 150 m IV × now to be given Pt c̄ no pulses
on ___ Chest
☐ Unable to obtain additional information from patient.   Reason

**ROS**          ☐ All Other Systems Reviewed And Negative (unless written or circled)
CONST:                     GI:                          PSYCH:
EYES:        WND            GU:                         ENDO:
ENT:                        MS:      WND                HEME/LYMPH:  WND
CV:                         SKIN:                        ALL/IMMUN:
RESP:                       NEURO:                       OTHER:

**PMH**  ADULT ILLNESS: ☐ None ☐ CAD ☐ HTN ☐ CVAs ☐ DM ☐ COPD ☐ AAA ☐ Dysrhythmias  WND

SURGERY: ☐ None ☐ CABG ☐ Angioplasty  WND
IMMUNIZATIONS: ☐ UTD ☐ TEK___   ALLERGIES: ☐ NKDA ☐ PCN ☐ Sulfa
MEDICATIONS: ☐ See Nurse's Note  WND

**FH**  ☐ Negative  WND
**SH**  OCCUPATION: WND   HABITS: Tobacco c̄ WND  ETOH WND  Illicit Drugs WND

**PE**  CONSTITUTIONAL: VITAL SIGNS: ☐ Normal ☐ Abnormal   APPEARANCE: ☐ Well ☒ Ill ☐ Poor Hygiene/Grooming
✓ AIRWAY: ☐ Not Intubated ☒ Intubated
✓ BREATHING: ☐ Agonal ☒ Bagged 7.5 ETT 23 cm @ LIPS
✓ CIRCULATION: ☐ Pulseless ☒ Carotid Pulse Present
SKIN: ☐ Normal ☐ Cyanotic ☐ Cold ☐ Diaphoretic  Hot, to touch
EYES: ☐ Normal ☐ Dilated ☒ Pinpoint  5 mm → 5 mm
ENT: ☒ Normal ☐ Dental Trauma ☐ Emesis
CV: ☐ Normal ☒ Tachycardic ☐ Bradycardic
RESP: ☐ Normal ☐ Unequal Breath Sounds ☐ Crackles ☐ Wheezes  ⌐ crackles when bagged ┐
GI: ☐ Normal ☐ Distended ☒ Pulsatile Mass  absent
MS (includes neck & back): ☐ Normal ☐ RO  ↓ Motor extremities

THE FORIDON GROUP          ED RECORD          CARDIOPULMONARY ARREST / CRITICAL CARE

B0427

Fax Server          8█ █/2011 9:00:34 AM   PAGE 005/^^0   Fax Server

CARDIOPULMONARY ARREST / CRITICAL CARE (Continued)

47136147-9367 A  A:08/08/11
MARTONE, MICHAEL
DOB: ███████    57Y M SER: EMR

HEME / LYMPH: ☐ Normal  ☐ Edema
NEURO: ☐ Normal  ☐ Coma  ☐ GCS: 3

## Medical Decision Making  ☐ Discussed With Family  ☐ Old Chart Requested  FINDINGS:

DDX:        MI   PE   AAA   CVA   Dysrhythmia   Tension PTX   Tamponade   Sepsis   Seizure   OD
LABS PERFORMED:          ☐ Labs Essentially Normal Unless Noted Below  *Hyperkalemia*
☐ CBC:  WBC  Hg  Hct  Plts                                          *Heat stroke*
☐ CHEMISTRIES: Na  K  Cl  HCO₃  BUN  Cr  Glu          ☐ GLUCOSE STICK:      ( ☐ Low  ☐ Elevated )
☐ URINALYSIS: pH  SG  Protein  Glu  WBCs  RBCs  Bacteria
☐ PT / PTT:          ☐ DIGOXIN:              ☐ URINE DRUG SCREEN:
☐ CARDIAC ENZYMES: CK  CK-MB  MB%  Troponin  Myoglobin
☐ ABG:  pH _____ PCO₂ _____ PO₂ _____ O₂ sats _____   ABG INTERPRETATION:
EKG INTERPRETATION: ☐ NSR  ☐ No ST Abnormality
☐ Compared To EKG On ___/___/___ ; ☐ No Significant Change
X-RAY:  ☐ CXR:  ☐ Normal  ☐ Pneumonia  ☐ CMG  ☐ PTX  ☐ Effusion  ☐ Pulm. Edema
   •   ET TUBE PLACEMENT:  ☐ Appropriate
☐ ECHO:  ☐ Normal
☐ CT OF HEAD:  ☐ Normal
                    ☐ Preliminary  /  ☐ Read By Radiologist

## Treatment/Management  ☐ See Procedure Note  ☐ See Addendum  ☐ Total Critical Care Time (>30 mins):
ADDITIONAL PROCEDURES (Done by Physician): ☒ CPR  ☐ Cardioversion  ☐ NGT Insertion  ☐ Foley Insertion  ☐ ABG
   ☐ Venous Cutdown  Other:
RE-EVALUATION  TIME:              ☐ Improved  ☐ Worsened  ☐ No Change

Pt lost pulses p̄ being moved to ED bed. CPR started. Pt given mult
rounds Epi/Atropine; Sodium Bicarb & Calcium Chloride. Pt remained
in asystole/pulseless

CONSULTATION DR: _____ @ _____ Returned @ _____ ; DR: _____ @ _____ Returned @ _____
   To See @  ☐ ED  ☐ Hospital  ☐ Office  Rec.
PA/RN: _____          PHYSICIAN'S SIGNATURE: Marc J Newton

## Attending Physician Note  HISTORY: Cardiac arrest had ROC in route
but arrested shortly after arr
EXAM: TENP 106.5  RIgb CVAB
   C feved B.P.
MEDICAL DECISION MAKING: Con E cont Hmin
Diagnosis: Heat Stroke, cardiac arrest
TREATMENT:

☒ The Patient Was Seen And Examined By Me With The ( ☐ PA / ☒ Resident / ☐ Student) And I Agree With The History / Exam Documented
   ☐ Discharge  ☐ Admit  ☐ Transfer          ☐ Other          CONDITION: ☐ Stable  ☐ Fair  ☒ Critical
         ATTENDING SIGNATURE: _____

THEPOSITIONGROUP™ NAVICATE
■©copyright 1997 The Position Group, Inc.          ED RECORD          CARDIOPULMONARY ARREST / CRITICAL CARE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5311          OIG- Martone 1516

**Emergency Dept. Nursing Reports**

| Document Name: | Emergency Dept Trauma | Date: | 08/08/2011 22:03:00 |
| Performed By: | Beebe, Donald RN | Result Status: | **Modified** |

*Tracking Acuity :* 8/8/2011 22:05

Beebe, Donald RN - 8/8/2011 22:05

*Pregnancy Status :* Pregnancy info not applicable
*Isolation :* No Isolation
*Height Collection Method :* Estimated
*BSA :* 2.5765m2
*Height ft (tmp) :* 5ft
*Height inch (tmp) :* 9.00inch
*Type of Weight Measurement :* Pounds/Ounces
*Height :* 175.26cm
*Weight Collection Method :* Estimated
*Body Mass Index :* 44.40m2
*Weight lbs (tmp) :* 300lb
*Weight :* 136.364kg
*Method of arrival :* Helicopter
*Mode of Arrival :* Stretcher
*Accompanied by :* Self

Beebe, Donald RN - 8/8/2011 22:05

CPR Initiation
*CPR :* Documented on electronic form
*CPR initiated at :* 8/8/2011 22:03
*CPR Initiated Time :* Actual
*CPR Initiation Location :* Post-arrival
*CPR Intervention Rhythm :* Other, wide complex progressing into pea
*Arrest Symptoms :* Pulses absent

Beebe, Donald RN - 8/8/2011 22:05

CPR
ED CPR Vital Signs PG

| Intervention Time : | 2203 | 2204 | 2206 | 2208 |
|---|---|---|---|---|
| CPR Intervention Rhythm : | Asystole (Comment with occasional non-perfusing ECG beat noted [Beebe, Donald RN - 8/8/2011 22:32 ]) | Asystole | Asystole | Asystole |
| CPR Interventions : | Ambu ventilation started, Compressions started | Compressions continued | Compressions started | Ambu ventilation continued, Compressions continued |
| Epinephrine | | | | |

Permanent Patient Record
Memorial Hermann Hospital

MEMORIAL
HERMANN

| Patient: | MARTONE, MICHAEL |
| DOB/Sex: | ▮▮▮▮   Male |
| Physician: | George, Libby Crenshaw |
| Account#: | 471361479367 |
| CPI#: | 47136147 |
| Location: | HH EDER INBOUND |
| Pt Type: | EC Emergency Center |
| Adm/Dc Date: | 08/08/2011 / 08/08/2011 |

Printed: 8/9/2011 3:18 AM                          Page 6 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 3312                        OIG- Martone 1517

Fax Server          8/10/2011 9:00:34 AM   PAGE 016/030   Fax Server

Emergency Dept, Nursing Reports

| (numeric) : | | | | |
|---|---|---|---|---|
| Atropine (numeric) : | | | | 1 |
| CPR Med - Other : | | | | |
| Post-Intervention Rhythm : | | | Asystole | Asystole |
| | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 |

| Intervention Time : | 2210 | 2212 | 2214 | 2216 |
|---|---|---|---|---|
| CPR Intervention Rhythm : | Asystole | Asystole | Asystole | Asystole |
| CPR Interventions : | Ambu ventilation continued, Compressions continued | Ambu ventilation started, Compressions continued | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued |
| Epinephrine (numeric) : | | | 1 | |
| Atropine (numeric) : | 1 | | | 1 |
| CPR Med - Other : | 8.4% Sodium Bicarb 50mEq | 1 gram CACl Beebe, Donald RN - 8/8/2011 22:47 | | |
| Post-Intervention Rhythm : | | | | |
| | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 |

| Intervention Time : | 2218 | 2220 | 2222 |
|---|---|---|---|
| CPR Intervention Rhythm : | Asystole | Asystole | Asystole |
| CPR Interventions : | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued |
| Epinephrine (numeric) : | 1 | | |
| Atropine (numeric) : | | | |
| CPR Med - Other : | | | |
| Post-Intervention Rhythm : | | Asystole | |
| | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 |

CPR Result : Unsuccessful
Pronounced by : Sims II, Marcus Lyne DO
CPR Ended at : 8/8/2011 22:02

Beebe, Donald RN - 8/8/2011 22:32

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | |
|---|---|
| Patient: | MARTONE, MICHAEL |
| DOB/Sex: | ▮▮▮  Male |
| Physician: | George, Libby Crenshaw |
| Account#: | 471361479367 |
| CPI#: | 471361417 |
| Location: | RH EDTR INBOUND |
| Pt Type: | RC Emergency Center |
| Adm/Dc Date: | 08/08/2011 / 08/08/2011 |

Printed: 8/9/2011 3:18 AM                Page 7 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5313                OIG- Martone 1518

c:\documents and settings\robarley\local settings\temp\16585\980.tif printed by mlvap. (Page 2 of 30)

Fax Server          8/10/2011 9.00 34 AM    PAGE 00   30   Fax Server
Scanned by MOSLEY, TONYA H, in facility HUNTSVILLE (HV) on 08/10/2011 09:28



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5314

OIG- Martone 1519

c:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 3 of 30)

Fax Server        8/10/2011  9.00 34 AM    PAGE 0(  )30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

# MEMORIAL HERMANN HEALTHCARE SYSTEM        Patient Registration

| | | | | | |
|---|---|---|---|---|---|
| Patient Type EMERGENCY C EDTR | Location UNKNOWN | Religion UNKNOWN | Pts. Admit By | Admit By WW2 | Print By JENIL 08/09/11  0309 |
| Date Admitted 08/08/11 | Time 21 31 | N.R./Account Number 47136147-9367 | Privacy Code RELEASE | Aname Date | Service EMR | Kind of Class GOVT PROGRAMS | PC PR |
| Discharge Date 08/08/11 | Age 57Y | | Sex M | MS S | Social Security No ###-##-#### | R | Admit By B | Admit Source DUCTOR/ | Acc Loc |

HERMANN HOSPITAL

**PATIENT DEMOGRAPHIC INFO**

| | |
|---|---|
| Patient's Name MARTONE, MICHAEL | VIP |
| Patient's Address (1) 815 12TH ST | |
| Patient's Address (2) | |
| City, State, Zip HUNTSVILLE        TX 77348 | |
| County/County WALKER    Phone 936-437-1975 | |
| Patient's Employer UNEMPLOYED | |
| Employer's Address (1) | |
| City, State, Zip | |
| Employer's Address (2) | |
| Employer's Phone        Ext    LOE. | |
| Occupation | |

| | | |
|---|---|---|
| Patient's Spouse | | |
| Father's Name | | |
| Mother's Name | | |
| Mother's Account Number | - | |
| Name SIMMONS, KEVIN | | Relation IN |
| Employee's Name | | |
| Home Phone    936-437-1975 | | |
| Work Phone | | |
| CHIEF : CARDIAC ARREST | | |
| ADM DX. | | |
| Proc. | | |

**GUARANTOR INFORMATION**

| | |
|---|---|
| Guarantor's Name MARTONE, MICHAEL | |
| CPNI 047136147 | AOB |
| Address (1) 815 12TH ST | |
| Address (2) | |
| City, State, Zip HUNTSVILLE        TX 77348 | |
| Home Phone 936-437-1975    Relation PT | |
| Social Security No ###-##-#### | |
| Guarantor's Employer UNEMPLOYED | |
| Address (1) | |
| Address (2) | |
| City, State, Zip | |
| Work Phone        Ext | |
| Occupation | |
| Effective Date 08/00/11 | |

**MEDICAL**

| | | | |
|---|---|---|---|
| Admitting Physician | GEORGE, LIBBY CRENSHAW | UPIN I25505 | DAY 003861 |
| Attending Physician | GEORGE, LIBBY CRENSHAW NPI1124059027 | UPIN I25505 | DEA 003861 |
| PCP PCP, NONE | | NPI | UPIN OTH000 | DAY 099905 |
| Referring Physician | | NPI | UPIN | DEA |
| Address | | | |
| City, State, Zip | | | |
| Transferring Institution | | | |

| | | | |
|---|---|---|---|
| Last Hospital Activity Date | | | |
| I/P | | Claim Site | |
| O/P | Life Night # | 3627A | MOA    D |
| E/R | Discharge Type | | |

**PRIMARY INSURANCE**

| | | |
|---|---|---|
| Insurance Co PRISONERS NON-HARRIS CREW- PCX | | |
| Insured MARTONE, MICHAEL | | |
| | DUI (if w/ Comp) / / | |
| Cert/Contract 1395315 | | |
| Group# NONE    Eff Date 08/05/11  Contr | | |
| Verified With | Date | |
| Phone SIMMONS, KEVIN    Ext 936-999-9999 | | |
| AOB U    Authorization | | |
| Insurance ID    Deductible | | |
| Mail Claim to HUNTSVILLE UNIT 815 12TH ST HUNTSVILLE        TX 77348 | | |
| Rvw Agcy.    Ph. | | |

**SECONDARY INSURANCE**

| | | |
|---|---|---|
| Insurance Co | | Code |
| Insured | | |
| Cert/Contract | | |
| Group# | Eff Date / / | |
| Verified With | Date | |
| Phone | | Ext |
| AOB | Authorization | |
| Medicare is | Deductible | |
| Mail Claim to | | |
| Rvw Agcy.    Ph. | | |

| | |
|---|---|
| Comment ***MATHERS, MARSHALL##***/YAOB/NINS/NID/MAH | Info by CORRECTIONAL OF |
| MEDIX HOSPITAL HERMANN HOSPITAL | |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5315

OIG- Martone 1520

c:\documents and settings\robarley\local settings\temp\16585980.tif printed by mivap. (Page 4 of 30

Fax Server       8/10/2011 9 00 34 AM       PAGE 00  030    Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

CARDIOPULMONARY ARREST / CRITICAL CARE
**Memorial Hermann Hospital**
Emergency Center

47136147-9367 A  A:08/08/11
MARTONE, MICHAEL
DOB:          57Y M SER:EMR

NAME: T/O₆ 5   P 12 F   BP 84/43   AGE 57 M F   R 18
WT: 136   lbs/kg   PULSE OX:     %   ROOM# Act?   TIME 22:31
CC Feeling Bad

MODE OF ARRIVAL: ☐ POV ☑ Ambulance ☐ Immobilized   PREHOSPITAL ORDERS: ☑ No ☐ Yes

**HPI**  SOURCE: ☐ Patient ☐ Family Member ☐ Friend ☑ EMS   ☑ Nurse's Notes Reviewed
CONTEXT: ☑ Found Unresponsive ☐ Collapsed
ARREST: ☐ Witnessed or ☑ Unwitnessed @ ☐ Home ☐ Business   Prison
PRECEDING SIGNS & SYMPTOMS: ☐ None Known ☐ CP ☐ SOB ☐ Seizure ☐ Palpitations ☐ LIA ☐ Nausea ☐ Vomiting
CPR: ☐ No ☑ Yes ☐ Bystander ☑ EMS
INITIAL EMS EXAM: GCS  3   CV: ☐ Pulseless ☑ Carotid Pulse Present   PRE-HOSPITAL INTUBATION: ☑ Yes ☐ No
INITIAL TELEMETRY REVEALED: ☐ Asystole ☐ PEA ☐ Bradycardia ☐ V Fib ☐ Pulseless VT  V Tach → V. Fib
☐ Narrow-Complex Tachycardia ☑ Wide-Complex Tachycardia

PRE-HOSPITAL: IV ACCESS: ☐ None ☐ 18 Gauge   LOCATION: ☐ AC ☐ L ☐ R ☐ AC ☐ FA ☐ Wrist ☐ Hand
MEDICATIONS: ☐ Lidocaine ☐ Narcan ☐ Epinephrine ☐ NaHCO₃ ☐ Atropine ☐ Adenosine
ROUTE: ☐ IV ☐ ET Tube   DOSE

[handwritten narrative illegible]

**ROS**  ☐ All Other Systems Reviewed And Negative
CONSTL:           GI:              PSYCH:
EYES:             GU:              ENDO:
ENT:              MS:              HEME/LYMPH:
CV:               SKIN:            ALL/IMMUN:
RESP:             NEURO:           OTHER:

**PMH**  ADULT ILLNESS: ☐ None ☐ CAD ☐ HTN ☐ CVAs ☐ DM ☐ COPD ☐ AAA ☐ Dysrhythmias
SURGERY: ☐ None ☐ CABG ☐ Angioplasty
IMMUNIZATIONS: ☐ UTD ☐ TET   ALLERGIES: ☐ NKDA ☐ PCN ☐ Sulfa
MEDICATIONS: ☐ See Nurse's Note

**FH**  ☐ Negative

**SH**  OCCUPATION:         HABITS: Tobacco ☐   ETOH ☐   Illicit Drugs ☐

**PE**  CONSTITUTIONAL VITAL SIGNS: ☐ Normal ☐ Abnormal   APPEARANCE: ☐ Well ☑ Ill ☐ Poor Hygiene/Grooming
✓ AIRWAY: ☐ Not Intubated ☑ Intubated
✓ BREATHING: ☐ Apneal ☑ Bagged
✓ CIRCULATION: ☐ Pulseless ☑ Carotid Pulse Present
SKIN: ☐ Normal ☐ Cyanotic ☐ Cold ☐ Diaphoretic
EYES: ☐ Normal ☐ Dilated ☐ Pinpoint    mm     mm
ENT: ☑ Normal ☐ Dental Trauma ☐ Epistaxis
CV: ☐ Normal ☑ Tachycardic ☐ Bradycardic
RESP: ☐ Normal ☑ Unequal Breath Sounds ☐ Crackles ☐ Wheezes
GI: ☐ Normal ☐ Distended ☐ Pulsatile Mass
MS (includes neck & back): ☐ Normal ☐ ND

THE POSITION GROUP   NAVIGATOR        ED RECORD        CARDIOPULMONARY ARREST / CRITICAL CARE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5316        OIG- Martone 1521

Fax Server          8/10/2011 9:00 34 AM      PAGE 00   030   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

CARDIOPULMONARY ARREST / CRITICAL CARE (Continued)

47136147-9367 A  A:08/08/11
MARTONE, MICHAEL
DOB _____   57Y M SER:HNR

HEME / LYMPH: ☐ Normal ☐ Edema
NEURO: ☐ Normal ☐ Coma  ☐ GCS: 3

**Medical Decision Making**   ☐ Discussed With Family  ☐ Old Chart Requested  FINDINGS:
DDx:    MI  PE  AAA  CVA  Dysrhythmia  Tension PTX  Tamponade  Sepsis  Seizure  OD
LABS PERFORMED:            ☐ Labs Essentially Normal Unless Noted Below  *Hyperkalemia*
☐ CBC:  WBC  Hg  Hct  Plts                                              *Heat stroke*
☐ CHEMISTRIES:  Na  K  Cl  HCO₃  BUN  Cr  Glu              ☐ GLUCOSE STICK         (☐ Low ☐ Elevated)
☐ URINALYSIS: pH  SG  Protein  Glu  WBCs  RBCs  Bacteria
☐ PT / PTT.          ☐ DIGOXIN.            ☐ URINE DRUG SCREEN
☐ CARDIAC ENZYMES: CK  CK-MB  MB%  Troponin  Myoglobin
☐ ABG:  pH____  PCO₂____  PO₂____  O₂ sat____  ABG Interpretation____
EKG INTERPRETATION:  ☐ NSR  ☐ No ST Abnormality
☐ Compared To EKG On ___/___/___ ; ☐ No Significant Change
X-RAY: ☐ CXR:  ☐ Normal  ☐ Pneumonia  ☐ CMG  ☐ PTX  ☐ Effusion  ☐ Pulm. Edema
   • ET TUBE PLACEMENT:  ☐ Appropriate
☐ ECHO:  ☐ Normal
☐ CT OF HEAD:  ☐ Normal
                        ☐ Preliminary /  ☐ Read By Radiologist

**Treatment / Management**   ☐ See Procedure Note  ☐ See Addendum  ☐ Total Critical Care Time (>30 min)
ADDITIONAL PROCEDURES (Done by Physician)  ☒ CPR  ☐ Cardioversion  ☐ NGT Insertion  ☐ Foley Insertion  ☐ ABG
☐ Venous Cutdown  Other _____
RE-EVALUATION  TIME: _____  ☐ Improved  ☐ Worsened  ☐ No Change
Pt lost pulses & being moved to ED bed, CPR started. Pt given multi-
rounds Epi/Atropine, Sodium Bicarb & Calcium Chloride. Pt remained
in asystole / pulseless

CONSULTATION Dr._____ @_____ Returned @_____ ; Dr._____ @_____ Returned @_____
To See @ ☐ ED  ☐ Hospital  ☐ Office  Rea.
PA/ARNP: _____   PHYSICIAN'S SIGNATURE: _Maria 2 _____ RN_

**Attending Physician Note**  HISTORY: Cardiac arrest had ROSC in route
but arrested shortly after arrival
EXAM: Temp 106.5 , Rigid CPAB
      & rigid (B) PM
MEDICAL DECISION MAKING: Care & cont 4 min

Diagnosis: Heat Stroke, cardiac arrest
TREATMENT:

☒ The Patient Was Seen And Examined By Me With The ☐ PA  ☐ Resident  ☐ Student ) And I Agree With The History / Exam Documented
☐ Discharge  ☐ Admit  ☐ Transfer  ☐ Other        CONDITION: ☐ Stable ☐ Fair ☐ Critical
          ATTENDING SIGNATURE: _____

THE FOUNDOON GROUP™ Navigator        ED RECORD        CARDIOPULMONARY ARREST / CRITICAL CARE

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\robarley\local settings\temp\16585798O.tif printed by mivap. (Page 6 of 30)

Fax Server        8/10/2011 9:00 34 AM   PAGE 00  30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1523

Case 4:14-cv-03253   Document 304-18   Filed on 09/08/16 in TXSD   Page 45 of 75

c:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 7 of 30)

Fax Server     8/10/2011 9 00 34 AM    PAGE 00  030   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Fax Server          8/10/2011 9.00 34 AM   PAGE 00  30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Fax Server        8/10/2011 9:00.34 AM    PAGE 009    )0    Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Nurse: Notify Chaplain on-call                    Was patient restrained in the
(pg 10950)                                        past 7 days?  ☐ Yes  ☐ No
                                                  Notify OA

## Section 1: Physician to Complete

Patient Name: _____        Unit/Bed. _ED_      Telephone: _____
Date of Death ___▮▮▮___              Time of Death _2222_  Time Notified: _____
Pronouncing MD _Libby George, M.D_
Attending MD _Libby  George, M.D_
Pager/Telephone: _(713) 704-4060_

**A   Notification**
☒ Yes  ☐ No    Attending physician notified.        ☐ Yes  ☒ No    Family notified
☒ Yes  ☐ No    Death note on chart.

**B   Medical Examiner (713-796-8740)**                    _Johnson -will_
☐ Yes  ☐ No    Determined to be ME's case (required by law suicide, homicide; death within 24 hours of admission,
accident contributed to death; evidence or suspicion of foul play or abuse, or any child six years old or younger.)
☐ If Yes    Medical Examiner notified by _____
Date: _____ Time: _____    ME investigator _____
☐ If No    Name of Texas licensed physician to sign death certificate:
Name: _____    Office Telephone: _____
☐ Yes  ☐ No    Body released to Memorial Hermann hospital.

**C   Autopsy (if not ME's case)**
☐ Yes  ☐ No    Requested by family or physician        ☐ Yes  ☐ No    Family consented.
☐ Yes  ☐ No    Authorization signed by legal next of kin and _two_ witnesses
☐ Yes  ☐ No    Restrictions or "none" noted on authorization

Physician Signature: _____    Date _____    Time: _____

## Section 2: Nurse to Complete

**A.   Notification**
☐ Family to sign funeral home authorization if not a ME case.
☐ Nursing Unit Director notified on weekdays (7 a.m. to 4 p.m.) Director: _____
☐ Operations Administrator notified on evenings (4 p.m. to 7 a.m.) and weekends (24 hours) Page 10800
OA: _Sharon Jo Donald_

**B   Organ and Tissue Donation**
☐ Notify LifeGift at 713-737-8111
LifeGift Coordinator contacted: _8/16 5054    Jenifer Reynolds_
☐ Yes  ☐ No    Consent obtained for organ donation         ☐ Yes  ☐ No    Consent given for tissue donation
☐ Yes  ☒ No    patient candidate for tissue donation

**MEMORIAL HERMANN**

**Decedent Care Checklist**

47136147-9367 X  A:08/08/11
MARTONE, MICHAEL
DOB ▮▮▮▮    57Y M SER·EWR

*0807  6/06  Page 1 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Fax Server          8/10/2011 9 00 34 AM    PAGE 0.   J30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

Document Name   Emergency Dept Pre Arrival          Date   08/08/2011 22 11 24
Performed By    Roche, Donald RN                    Result Status   Auth (Verified)

Emergency Dept Pre Arrival
### Pre-Arrival Summary

Name  POST CPR, MALE                Current Date  8/8/2011 22 11 24 CDT
Gender: Male

Age:
Pre-Arrival Type: EMS
ETA: 8/8/2011 22 09 00 CDT
Primary Care Physician
RFV:
Pre-Arrival User: Shaver, Scott RN
Referring Source:
Location: A

## PreArrival Data

| Vital Signs: | B/P | Pulse | Resp | O₂ Sat | Temp | Allergies |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| Interventions<br><br>Medications<br><br>and<br><br>Miscellaneous<br><br>(IVs, O₂ Meds) | TDC Inmate - being sent to UTMB for Heat Exhaustion<br>Arrested in route x2<br>Divert to MHH |  |  |  |  |  |

Permanent Patient Record              Patient    MARTONE, MICHAEL
Memorial Hermann Hospital             DOB/Sex            Male
                                      Physician  George, Libby Crenshaw
MEMORIAL                              Account#   471361479367
HERMANN                               CPI#       47136147
                                      Location   HH EDER INPOUND
                                      Pt Type    FC Emergency Center
Printed  8/9/2011 3 18 AM            Adm/Dc Date 08/08/2011 / 08/08/2011
                                      Page 1 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1527

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 11 of 30

Emergency Dept. Nursing Reports

| | |
|---|---|
| Document Name   Emergency Dept Triage | Date    08/08/2011 21 58 00 |
| Performed By    LaRoche, Lauren Ashleigh | Result Status   Auth (Verified) |

ED Medical Screening Exam Entered On  8/8/2011 21.58
                    Performed On  8/8/2011 21.58 by LaRoche, Lauren Ashleigh

**Medical Screening Exam**
*Medical Screening Exam Status*  Present
*MSE Performed by*.  LaRoche, Lauren Ashleigh MD

                                    LaRoche, Lauren Ashleigh - 8/8/2011 21.58

| | |
|---|---|
| Document Name   Emergency Dept Triage | Date    08/08/2011 21 31 00 |
| Performed By    Beebe, Donald RN | Result Status   Auth (Verified) |

ED Triage Entered On  8/8/2011 22 20
                    Performed On  8/8/2011 21.31 by Beebe, Donald RN

**Triage**
*Chief Complaint*   transfer for weakness and AMS
*Reason for Visit_ED*   Altered mental status

                                    Beebe, Donald RN - 8/8/2011 22 17

**DCP Generic Code**
*Tracking Acuity*  1  Critical  HH
*Tracking Group*  HH EDHH

                                    Beebe, Donald RN - 8/8/2011 22 17

*Arrival Information Section*   Yes
*Work related injury*.  No
*Allergies verified*  Unknown
*Suicide/Homicide Risk*  None
*Isolation Precautions Order Detail*.  No Isolation
*Vital Signs Assessed*   Yes
*Assessment Review*:  Assessment
*Pregnancy Status*   Pregnancy info not applicable

                                    Beebe, Donald RN - 8/8/2011 22:17

**Tuberculosis Symptoms**
*Bloody Sputum*   No
*Fatigue*  No
*Fever*  No
*Loss of Appetite*   No
*Night Sweats*  No
*Persistent Cough > 3 Weeks*.  No
*Weight Loss*.  No

                                    Beebe, Donald RN - 8/8/2011 22:17

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011  3 18 AM

| | |
|---|---|
| Patient | MARTONE, MICHAEL |
| DOB/Sex | ▮▮▮   Male |
| Physician | George, Libby Crenshaw |
| Account# | 47136147936? |
| CPI# | 47136147 |
| Location | HH EDIR INBOUND |
| Pt Type | IE Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |
| | Page 2 of 21 |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5323                    OIG- Martone 1528

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 12 of 30

Fax Server          8/10/2011 9 00 34 AM    PAGE 01   30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

---

| Document Name | Emergency Dept Triage | Date | 08/08/2011 21 31 00 |
|---|---|---|---|
| Performed By | Beebe, Donald RN | Result Status | Auth (Verified) |

**Arrival Information**
*Method of arrival :* Helicopter
*Mode of Arrival* Stretcher
*Accompanied by :* Self

Beebe, Donald RN - 8/8/2011 22 17

**Review**
*EENT Assessment picklist* Not assessed
*Cardiovascular Assessment picklist* Not assessed
*Respiratory Assessment picklist* Document assessment
*Neurological Assessment picklist :* Document assessment
*Gastrointestinal Assessment picklist* Not assessed
*Genitourinary Assessment picklist :* Not assessed
*Musculoskeletal Assessment picklist* Not assessed
*Integumentary Assessment picklist :* Not assessed

Beebe, Donald RN - 8/8/2011 22 17

**Vital Signs**
*Systolic Blood Pressure* 84mmHg (LOW)
*Diastolic Blood Pressure* 43mmHg (LOW)
*Peripheral Pulse Rate* 127bpm (HI)
*Respiratory Rate* 18BRMIN
*BP Method of Collection* Electronic
*Pain* No
*Temperature Bladder* 106 5DegF (Converted to 41 4DegC) (HI)
*BP Site Laterality :* Left arm
*ED Glasgow Coma Scale Vital :* Yes
*BP Collection Position :* Sitting

Beebe, Donald RN - 8/8/2011 22 17

**ED Ht, Wt, & Alrg**

**Respiratory**
ED Breath Sounds RUL
*RUL :* Clear
*LUL* Clear
*RML* Clear
*LLL* Clear
*RLL* Clear

Beebe, Donald RN - 8/8/2011 22 17

*ED Respiratory comments :* pt on vent

Beebe, Donald RN - 8/8/2011 22.17

**Neurological**
*Neurological Symptoms :* Other unresponsive

Beebe, Donald RN - 8/8/2011 22 17

---

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011 3 18 AM

| | |
|---|---|
| Patient | MARTONE, MICHAEL |
| DOB/sex | Male |
| Phy notes | George, Libby Crenshaw |
| Account# | 471361470367 |
| CPI# | 47136147 |
| Location | HE EDIR INBOUND |
| Pt Type | HE Emergency Center |
| Adm/Dx Date | 08/08/2011 / 08/08/2011 |
| Page 3 of 21 | |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1529

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 13 of 30

Fax Server          8/10/2011 9 00 34 AM    PAGE 0.    .30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

| Document Name | Emergency Dept Assessment | | Date | 08/08/2011 21 31 00 |
| Performed By | Beebe, Donald RN | | Result Status | Auth (Verified) |

**ED Assessment Entered On** 8/8/2011 22:26
Performed On  8/8/2011 21 31  by Beebe, Donald RN

**Review**
*EENT Assessment picklist*   Not assessed
*Cardiovascular Assessment picklist*   Document assessment
*Respiratory Assessment picklist*   Document assessment
*Neurological Assessment picklist*   Document assessment
*Gastrointestinal Assessment picklist*   Not assessed
*Genitourinary Assessment picklist*   Not assessed
*Musculoskeletal Assessment picklist*   Not assessed
*Integumentary Assessment picklist*   Not assessed

Beebe, Donald RN - 8/8/2011 22:22

**ED Ht, Wt, & Alrg**

**Problems and Diagnosis**
Glasgow Coma
*Eye Opening Response Glasgow*   None (1)
*Best Verbal Response Glasgow*   None (1)
*Best Motor Response Glasgow*   Flaccid (1)
*Glasgow Coma Score*  3

Beebe, Donald RN - 8/8/2011 22 22

**Cardiovascular**
*Heart Rhythm*   Regular
*Cardiac Rhythm Assessment Trigger*   Yes

Beebe, Donald RN - 8/8/2011 22:22

**Cardiac Rhythm**
*Monitoring Lead*   II
*Ectopy Description*   Wide complex

Beebe, Donald RN - 8/8/2011 22 22

**Respiratory**
ED Breath Sounds RUL
*RUL*   Clear
*LUL*   Clear
*RML*   Clear
*LLL*   Clear
*RLL*   Clear

Beebe, Donald RN - 8/8/2011 22:22

*ED Respiratory comments*   pt orally intubated PTA with 7 5 ETT secured 23cm at lips

Beebe, Donald RN - 8/8/2011 22:22

**Neurological**
*Neurological Symptoms* ·  Other pt arrived unresponsive

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| Patient | MARTONE, MICHALL |
| DOB/Sex | ████ 4 Male |
| Physician | George, Libby Crenshaw |
| Account# | 471461470367 |
| CPI# | 47136147 |
| Location | HR EDIR INBOUND) |
| Pt Type | EC Emergency Center |
| Adm/Dis Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011 3 18 AM
Page 4 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5325

OIG- Martone 1530____

Fax Server        8/10/2011 9 00 34 AM    PAGE 01   30   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

| Document Name | Emergency Dept Assessment | Date | 08/08/2011 21 31 00 |
| Performed By | Beebe, Donald RN | Result Status | **Auth (Verified)** |

*Level of Consciousness* · Comatose
*Glasgow Coma Scale Assessment* . Yes

Beebe, Donald RN - 8/8/2011 22 22

| Document Name | Emergency Dept Assessment | Date | 08/08/2011 21 31 00 |
| Performed By | Beebe, Donald RN | Result Status | **Auth (Verified)** |

ED Nurses Notes Entered On  8/8/2011 22:30
Performed On. 8/8/2011 21.31 by Beebe, Donald RN

**Nurses Notes**
*Nurses Notes*   pt arrived via lifeflight  ems reports pt was in his prison cell with no AC and c/o weakness  pt was found aprox 1h later w/u and in a wide complex tachycardia, pt was intubated by ems  pt was shocked x1 at 100J with no change, pt was shocked again into a v fib rhythm, pt was shocked into a wide complex tachycardia and initiated on Amiodorone

Beebe, Donald RN - 8/8/2011 22 28

| Document Name | Emergency Dept Timing | Date | 08/08/2011 22 03 00 |
| Performed By | Beebe, Donald RN | Result Status | Modified |

ED CPR Entered On  8/8/2011 22:40
Performed On  8/8/2011 22 03  by Beebe, Donald RN

**Triage**
*Chief Complaint*   pt transfer for weakness
*Reason for Visit*   Altered mental status

Beebe, Donald RN - 8/8/2011 22.05
Beebe, Donald RN - 8/8/2011 22.05

DCP Genetic Code
*Tracking Acuity*   CPR
*Tracking Acuity*   8/8/2011 22 05

Beebe, Donald RN - 8/8/2011 22 47

*Tracking Acuity*   8/8/2011 22 05
*Tracking Acuity*   CPR

Beebe, Donald RN - 8/8/2011 22 32

*Tracking Group*   HH EDHH
*Tracking Acuity*   1 -Critical - HH

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| Patient | MARTONE, MICHAEL |
| DOB/Sex | Male |
| Physician | George, Libby Crenshaw |
| Account# | 4713614790367 |
| CPh | 47136147 |
| Location | HH EDHH INPOUND |
| Pt Type | 04  Emergency Center |
| Adm/Tx Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011 3 18 AM

Page 5 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5326

OIG- Martone 1531

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 15 of 30

Fax Server          8/10/2011 9:00:34 AM   PAGE 0.   /30   Fax Server
Scanned by MOSLEY, TONYA H. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept Nursing Reports

| Document Name | Emergency Dept Trauma | Date | 08/08/2011 22:03:00 |
|---|---|---|---|
| Performed By | Beebe, Donald RN | Result Status | Modified |

*Tracking Acuity*: 8/8/2011 22:05

Beebe, Donald RN - 8/8/2011 22:05

*Pregnancy Status*: Pregnancy info not applicable
*Isolation* : No Isolation
*Height Collection Method*: Estimated
*BSA* : 2.5766m2
*Height ft (tmp)*: 5ft
*Height inch (tmp)*: 9.00inch
*Type of Weight Measurement*: Pounds/Ounces
*Height* : 175.26cm
*Weight Collection Method*: Estimated
*Body Mass Index* : 44.40m2
*Weight lbs (tmp)*: 300lb
*Weight* : 136.364kg
*Method of arrival*: Helicopter
*Mode of Arrival* : Stretcher
*Accompanied by* : Self

Beebe, Donald RN - 8/8/2011 22:05

*CPR Initiation*
*CPR* : Documented on electronic form
*CPR initiated at*: 8/8/2011 22:03
*CPR Initiated Time* : Actual
*CPR Initiation Location* : Post-arrival
*CPR Intervention Rhythm* : Other, wide complex progressing into pea
*Arrest Symptoms* : Pulses absent

Beebe, Donald RN - 8/8/2011 22:05

*CPR*
ED CPR Vital Signs PG

| Intervention Time | 2203 | 2204 | 2206 | 2208 |
|---|---|---|---|---|
| CPR Intervention Rhythm | Asystole (Comment with occasional non-perfusing ECG beat noted [Beebe, Donald RN - 8/8/2011 22:32]) | Asystole | Asystole | Asystole |
| CPR Interventions | Ambu ventilation started, Compressions started | Compressions continued | Compressions started | Ambu ventilation continued, Compressions continued |
| Epinephrine | | | | |

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | |
|---|---|
| Patient | MARTONE, MICHAEL |
| DOB/Sex | ████ Male |
| Physician | George, Libby Crenshaw |
| Account# | 4713614793G7 |
| CPR# | 47136147 |
| Location | HE ED TR INBOUND |
| Pt Type | HE Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011 3:18 AM                    Page 6 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

:\documents and settings\robarley\local settings\temp\165857.980.tif printed by mivap. (Page 16 of 30

Fax Server        8/10/2011 9:00:34 AM     PAGE 01    30    Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

| (numeric) Atropine (numeric) | | | $ | |
|---|---|---|---|---|
| CPR Med - Other Post-Intervention Rhythm | | | Asystole | Asystole |
| | Beebe, Donald RN 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 |

| Intervention Time | 2210 | 2212 | 2214 | 2216 |
|---|---|---|---|---|
| CPR Intervention Rhythm | Asystole | Asystole | Asystole | Asystole |
| CPR Interventions | Ambu ventilation continued, Compressions continued | Ambu ventilation started, Compressions continued | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued |
| Epinephrine (numeric) | | | 1 | |
| Atropine (numeric) | 1 | | | 1 |
| CPR Med - Other | 8.4% Sodium Bicarb 50mEq | 1 gram CACl Beebe, Donald RN - 8/8/2011 22:47 | | |
| Post-Intervention Rhythm | | | | |
| | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 | Beebe, Donald RN - 8/8/2011 22:32 |

| Intervention Time | 2218 | 2220 | 2222 |
|---|---|---|---|
| CPR Intervention Rhythm | Asystole | Asystole | Asystole |
| CPR Interventions | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued | Ambu ventilation continued, Compressions continued |
| Epinephrine (numeric) | 1 | | |
| Atropine (numeric) | | | |
| CPR Med - Other Post-Intervention Rhythm | | Asystole | |
| | Beebe, Donald RN 8/8/2011 22:32 | Beebe, Donald RN 8/8/2011 22:32 | Beebe, Donald RN 8/8/2011 22:32 |

CPR Result: Unsuccessful
Pronounced by: Sims II, Marcus Lynn DO
CPR Ended at: 8/8/2011 22:02

Beebe, Donald RN - 8/8/2011 22:32

Permanent Patient Record
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | |
|---|---|
| Patient | MARTONE, MICHAEL |
| DOB/Sex | ████ Male |
| Physician | George, Libby Crenshaw |
| Account# | 471361470367 |
| CPI# | 471361147 |
| Location | HH ED/IR INBOUND |
| Pt Type | HC Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |
| Page 7 of 21 | |

Printed: 8/9/2011 3:18 AM

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1533

Fax Server      8/10/2011 9 00 34 AM    PAGE 0    )30   Fax Server
Scanned by MOSLEY, TONYA H. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

| Document Name | Emergency Dept Treatments | Date | 08/08/2011 21 31 00 |
|---|---|---|---|
| Performed By | Beebe, Donald RN | Result Status | Auth (Verified) |

ED Patient Care and Status Entered On: 8/8/2011 22:30
Performed On  8/8/2011 21 31 by Beebe, Donald RN

**Patient Care**
*One on One Care.*  X 60 minutes
*Equipment placed on patient* ·  Cardiac monitor, Blood pressure cuff, Pulse ox
*Diet*  NPO
*Safety measures:*  Armband on, Bed in low and locked position, Call light in reach, Side rails up X 2, Other TDC guard with pt

Beebe, Donald RN - 8/8/2011 22:30

| Document Name | Emergency Dept Treatments | Date | 08/08/2011 21 31 00 |
|---|---|---|---|
| Performed By | Beebe, Donald RN | Result Status | Auth (Verified) |

ED Treatments and Procedures Entered On  8/8/2011 22 42
Performed On: 8/8/2011 21 31  by Beebe, Donald RN

**Procedures done**
*Peripheral IV start/dc*   IV Access

Beebe, Donald RN - 8/8/2011 22:41

**IV Access**
IV Start/DC IIG

| Activity | Right Hand IV Site\nOther  inserted\nPTA·\nBeebe, Donald RN\n8/8/2011 22:41 |
|---|---|

| Document Name | Emergency Dept Treatments | Date | 08/08/2011 21 41 00 |
|---|---|---|---|
| Performed By | Beebe, Donald RN | Result Status | Auth (Verified) |

ED Treatments and Procedures Entered On  8/8/2011 22 42
Performed On: 8/8/2011 21 41  by Beebe, Donald RN

**Procedures done**
*ED Tube, urinary pump*   Tube, urinary

Beebe, Donald RN - 8/8/2011 22 42

**Urinary Catheter v2**
*Insertion Prior To Current Admission*   No
*Urinary Indwelling Catheter Activity*   Insert

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| Patient | MARTONE, MICHAEL |
|---|---|
| DOB/Sex | ▮ Male |
| Physician | George, Libby Crenshaw |
| Account# | 47136147956? |
| CPI? | 47136147 |
| Location | RH EDIR INBOUND |
| Pt Type | t4 Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |

Printed 8/9/2011 3 18 AM

Page 8 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5329

OIG- Martone 1534

\:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 18 of 30)

Fax Server       8/10/2011 9 00.34 AM      PAGE 01   30   Fax Server
Scanned by MOSLEY, TONYA R, in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

Document Name   Emergency Dept Treatments          Date      08/08/2011 21 41 00
Performed By     Beebe, Donald RN          Result Status   **Auth (Verified)**

*Urinary Catheter Insertion Date/Time*   8/8/2011 21:41
*Urinary Catheter Insertion Site* .  Urethral
*Urinary Catheter Type Indwelling*   Indwelling/Continuous
*Urinary Catheter Balloon Inflation*   10 mL sterile water
*Urinary Catheter Size*   18 French
*Urinary Catheter Procedure Tolerance*   Good
*Urine Color*   Yellow

                                              Beebe, Donald RN - 8/8/2011 22.42

Document Name   Emergency Dept Treatments          Date      08/08/2011 21 40 00
Performed By     Beebe, Donald RN          Result Status   **Auth (Verified)**

ED Treatments and Procedures Entered On  8/8/2011 22 43
              Performed On  8/8/2011 21 40 by Beebe, Donald RN

**Procedures done**
*Diagnostics done*   Diagnostics
                                              Beebe, Donald RN - 8/8/2011 22 43

**Diagnostics**
*ED EKG Performed* .  Yes
*Time ECG Read Date and Time* .  8/8/2011 21.40
*EKG read by* ·  George, Libby Crenshaw MD
                                              Beebe, Donald RN - 8/8/2011 22 43

Document Name   Emergency Dept History/Social          Date      08/08/2011 22 26 00
Performed By     Beebe, Donald RN          Result Status   **Auth (Verified)**

ED Screening Entered On. 8/8/2011 22.27
              Performed On  8/8/2011 22.26 by Beebe, Donald RN

**Psychosocial**
*Live Safe Env'ron from Phys/Mental Abuse*   Unable to obtain
                                              Beebe, Donald RN - 8/8/2011 22 26

**Morse Fall Risk**
*ED At risk for falls* .  Yes
*Fall Risk Interventions*   Yes
                                              Beebe, Donald RN - 8/8/2011 22 26

**Morse Fall Risk Interventions**
**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | |
|---|---|
| Patient | MARTONE, MICHAEL |
| DOB/Sex | ████  Male |
| Physician | George, Libby Crenshaw |
| Account# | 47136147936? |
| CPI# | 47136147 |
| Location | HE ED1R  INBOUND |
| Pt Type | H  Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011 3 18 AM        Page 9 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5330                          OIG- Martone 1535

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 19 of 30

Fax Server          8/10/2011  9 00 34 AM    PAGE 0.  030   Fax Server
Scanned by MOSLEY, TONYA R in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

---

Document Name    Emergency Dept History/Social              Date    08/08/2011 22 26 00
Performed By     Beebe, Donald RN                    Result Status    Auth (Verified)

*Safety measures*   Armband on, Bed in low and locked position, Call light in reach, Side rails up X 2
                                                    Beebe, Donald RN - 8/8/2011 22:26
**Social Habits v3**
*Cigarette Smoking Last 365 Days*   Unable to obtain
*Exposure to Tobacco Smoke*   Unable to obtain
                                                    Beebe, Donald RN - 8/8/2011 22:25
**Providers**
*Able to obtain provider information*   Yes
*Provider Comments*   TDC
                                                    Beebe, Donald RN - 8/8/2011 22:26
**Advance Directive**
*Advanced Directives*   No
                                                    Beebe, Donald RN - 8/8/2011 22:26
**Health History I V2**
*Health Hx I Section Acknowledged*   Yes
                                                    Beebe, Donald RN - 8/8/2011 22:26
**Health History II V2**
*Health Hx II Section Acknowledged*   Yes
                                                    Beebe, Donald RN - 8/8/2011 22:26
**Health History III V2**
*Health Hx I Section Acknowledged*   Yes
                                                    Beebe, Donald RN - 8/8/2011 22 26
**Problems and Diagnosis**

---

Document Name    Emergency Dept Depart              Date    08/08/2011 22 45 00
Performed By     Beebe, Donald RN                   Result Status    Auth (Verified)

ED Depart Detail Entered On  8/8/2011 22 45
                    Performed On  8/8/2011 22:45 by Beebe, Donald RN

**Depart Log**
*Depart Time ,*  1/1/2011 22:22
*Work related injury ,*  No
*Medical Screening Exam Status*   Present
*Depart Status*   Expired
                                                    Beebe, Donald RN - 8/8/2011 22 45
**Valuables and Belongings at Depart**
*Inventoried Valuables/Belongings*   Yes

**Permanent Patient Record**                    Patient      MARTONE, MICHAEL
Memorial Hermann Hospital                        DOB/Sex      ▮▮▮▮  Male
                                                 Physician    George, Libby Crenshaw
**MEMORIAL**                                     Account#     471361479367
**HERMANN**                                      CPI#         47136147
                                                 Location     HH ED1R INBOUND
                                                 Pt Type      04 Emergency Center
                                                 Adm/Dc Date  08/08/2011 / 08/08/2011
Printed  8/9/2011  3 18 AM                       Page 10 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5331                       _OIG- Martone 1536___

Case 4:14-cv-03253   Document 304-18   Filed on 09/08/16 in TXSD   Page 58 of 75

:\documents and settings\embarley\local settings\temp\165857980.tif printed by mivap. (Page 20 of 30

Fax Server        8/10/2011  9 00 30 AM     PAGE 0.   030    Fax Server
Scanned by MOSLEY, TONYA H. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

Document Name    Emergency Dept Depart           Date     08/08/2011 22 45 00
Performed By     Beebe, Donald RN               Result Status    Auth (Verified)

*Valuables comment*    white pants, shackles and chains

Beebe, Donald RN - 8/8/2011 22.45

Document Name    Emergency Dept Clinical Summary       Date     08/08/2011 22 46 41
Performed By     Beebe, Donald RN               Result Status    Auth (Verified)

Emergency Dept Clinical Summary
## Memorial Hospital Hermann Clinical Summary

### PERSON INFORMATION
Name KILO1687, MALE           Age 57 Years                DOB 7/07/1954 12 00 AM
Sex Male                      Language English

Marital Status Single         Phone 7936437/1975

MRN 47136147                  Visit Id                    Acct# 471361479367
Visit Reason CPR

Enc Type EC Emergency Center  Med Service Emergency Medicine Service

Track Group HH EDHH           Discharge
Tracking Id 71536692          Checkout 8/08/2011 10 45 PM
Checkin 8/08/2011 9 31 PM     Acuity 1 -Critical          Dispo Type ED Expired
Arrival 8/08/2011 9 31 PM     Reg Status                  LOS 000 01 15
Address
  615 12TH ST HUNTSVILLE TX 77348

### POWERFORMS

ED Depart Detail

08/08/11 10 45 pm Performed by Beebe, Donald RN

Entered on 08/08/11 10 46 pm

Permanent Patient Record                Patient    MARTONE, MICHAEL
Memorial Hermann Hospital               DOB/Sex            Male
                                        Physician  George, Tibby Crenshaw
MEMORIAL                                Account#   471361479367
HERMANN                                 CPI#       47136147
                                        Location   HR EDIR  INBOUND
                                        Pt Type    EC Emergency Center
Printed  8/9/2011  3 18 AM              Admt/Dc Date  08/08/2011 / 08/08/2011
                                        Page  11 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5332                     OIG- Martone 1537

Fax Server        8/10/2011 9 00 34 AM    PAGE 02    30    Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

Depart Log
ED Depart Time: 01/03/11 22:22

███████████████████████████████████████████████████

| | |
|---|---|
| Document Name  Emergency Dept Clinical Summary | Date    08/08/2011 22:46:41 |
| Performed By    Beebe, Donald RN | Result Status   **Auth (Verified)** |

ED Work related injury  No
ED Medical Screening Exam Status  Present
ED Depart Status  Expired
Valuables and Belongings at Depart
ED Valuables  Yes
ED Valuables comment  white pants, shackles and chains

## DEPART REASON INCOMPLETE INFORMATION

| Depart Action | Incomplete Reason |
|---|---|
| Diagnosis | Expired |
| Patient Education | Expired |
| Follow-up | Expired |
| Patient Understanding | Expired |

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Sims II, Marcus Lynn DO | ED Resident | 8/08/2011 10:24 PM | |

## VITALS INFORMATION

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011 3 18 AM

| | |
|---|---|
| Patient | **MARTONE, MICHALL** |
| DOB/Sex | ██████ 4  Male |
| Physician | **George, Tibby Crenshaw** |
| Account# | 471361479367 |
| CPI# | 47136147 |
| Location | HH EDER  INPOUND |
| Pt Type | HC Emergency Center |
| Adm/Dc Date | 08/08/2011 / 08/08/2011 |

Page 12 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5333                    OIG- Martone 1538

Fax Server      8/10/2011 9 00 34 AM     PAGE 0.   )30   Fax Server
Scanned by MOSLEY, TONYA H. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

Emergency Dept. Nursing Reports

Document Name   Emergency Dept Clinical Summary        Date      08/08/2011 22 46 41
Performed By     Beebe, Donald RN                     Result Status   Auth (Verified)

| Vital Sign | Triage | Latest |
|---|---|---|
| Oral Temp | | |
| Pulse Rate | | |
| Respiratory Rate | | |
| Oxygen Saturation | | |
| Systolic Blood Pressure | | |
| Diastolic Blood Pressure | | |
| Mean Arterial Pressure | | |

## EVENTS INFORMATION

| Event Name | Event Status | Request Date/Time | Start Date/Time | Complete Date/Time |
|---|---|---|---|---|
| Arrive | Complete | 8/08/2011 9 31 PM | 8/08/2011 9 31 PM | 8/08/2011 9 31 PM |
| Triage | Complete | 8/08/2011 9 31 PM | 8/08/2011 10 09 PM | 8/08/2011 10 09 PM |
| MSE | Complete | 8/08/2011 9 31 PM | 8/08/2011 9 58 PM | 8/08/2011 9 58 PM |
| Bed Assign | Complete | 8/08/2011 9 58 PM | 8/08/2011 9 58 PM | 8/08/2011 9 58 PM |
| Document Med by Rx | Request | 8/08/2011 9 58 PM | | |
| Dr Exam | Complete | 8/08/2011 9 58 PM | 8/08/2011 10 24 PM | 8/08/2011 10 24 PM |
| Full Assessment | Complete | 8/08/2011 9 58 PM | 8/08/2011 10 26 PM | 8/08/2011 10 26 PM |
| Screening | Complete | 8/08/2011 9 58 PM | 8/08/2011 10 27 PM | 8/08/2011 10 27 PM |
| IV Care | Request | 8/08/2011 9 58 PM | | |
| Meds Admin | Request | 8/08/2011 9 58 PM | | |
| MD to Nurse | Request | 8/08/2011 9 58 PM | | |
| Vitals | Complete | 8/08/2011 9 58 PM | 8/08/2011 10 31 PM | 8/08/2011 10 31 PM |
| Lab | Request | 8/08/2011 9 58 PM | | |

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011 3 18 AM

Patient      MARTONE, MICHAEL
DOB/Sex               Male
Physician    George, Libby Crenshaw
Account#     47136147036?
CPI#          47136147
Location     HH EDIK IN2OUND)
Pt Type     HC Emergency Center
Adm/Dc Date   08/08/2011 / 08/08/2011
Page 13 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5334                    OIG- Martone 1539

Fax Server     8/10/2011 9 00 34 AM     PAGE 0    030   Fax Server
Scanned by MOSLEY, TONYA H. in facility HUNTSVILLE (HV) on 08/10/2011 09:28

**Emergency Dept. Nursing Reports**

| X-ray | Request | 8/08/2011 9 58 PM | | |
| Urine Collect | Request | 8/08/2011 9 58 PM | | |
| EKG | Complete | 8/08/2011 9 58 PM | | 8/08/2011 10 44 PM |
| Registration | Cancel | 8/08/2011 9 58 PM | 8/08/2011 10 30 PM | 8/08/2011 10 30 PM |
| Lab | Complete | 8/08/2011 10 26 PM | 8/08/2011 10 26 PM | 8/08/2011 10 26 PM |
| Lab | Complete | 8/08/2011 10 26 PM | 8/08/2011 10 26 PM | 8/08/2011 10 26 PM |
| Courtesy Dr. | Request | 8/08/2011 10 30 PM | | |
| Patient Care | Complete | 8/08/2011 10 30 PM | 8/08/2011 10 30 PM | 8/08/2011 10 30 PM |

## LOCATION INFORMATION

| Arrival | Nurse Unit | Room | Bed |
|---|---|---|---|
| 8/08/2011 9 31 PM | HH EDIR | INBOUND | |
| 8/08/2011 9 58 PM | HH EDHH | AC 21 | A |
| 8/08/2011 9 58 PM | HH EDHH | AC 20 | A |
| 8/08/2011 10 19 PM | HH EDHH | AC 21 | A |
| 8/08/2011 10 46 PM | HH EDHH | CROUT | |

## ORDERS INFORMATION

| Start Time | Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|---|
| 8/08/2011 9 58 PM | Troponin-T | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Chest 1view | Radiology | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 | ECG 12/15 Lead | Cardiology | Completed | 8/08/2011 9 58 PM | LaRoche, Lauren |

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011 3 18 AM

Patient          **MARTONE, MICHAEL**
DOB/Sex                      Male
Physician         **George, Libby Crenshaw**
Account#          47136470367
CPI#             47136147
Location          HH EDIR INBOUND
Pt Type           01 Emergency Center
Adm/Dc Date       08/08/2011 / 08/08/2011
Page 14 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5335

OIG- Martone 1540

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 24 of 30)

**Emergency Dept. Nursing Reports**

| | | | | | |
|---|---|---|---|---|---|
| PM | Only All Units | | | | Ashleigh MD |
| 8/08/2011 9 58 PM | Vital Signs | Patient Care | Ordered | | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Vital Signs | Patient Care | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Pro-Brain Natriuretic Peptide (pro-BNP) | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Prothrombin Time and Partial Thromboplastin Time | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Drug Screen Urine (7 Drugs) | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | CDM ED Chest Pain Quickset | MPP ITD | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | ECG 12/15 Lead Only | Cardiology | Ordered | 8/08/2011 9 58 PM | SYSTEM |
| 8/08/2011 9 58 PM | ED Perform ECG | Emergency Department | Completed | 8/08/2011 10 43 PM | SYSTEM |
| 8/09/2011 12 00 AM | Vital Signs | Patient Care | Ordered | 8/09/2011 12 00 AM | LaRoche, Lauren Ashleigh MD |
| 8/09/2011 4 00 AM | Vital Signs | Patient Care | Ordered | 8/09/2011 4 00 AM | LaRoche, Lauren Ashleigh MD |
| 8/09/2011 8 00 AM | Vital Signs | Patient Care | Ordered | 8/09/2011 8 00 AM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | IV Saline Lock ITD | Emergency Department | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | sodium chloride | Pharmacy | Ordered | 8/08/2011 9 57 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | MD to Nurse Order, Misc | Patient Care | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | MD to Nurse Order Misc | Patient Care | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed 8/9/2011 3 18 AM

Patient       MARTONE, MICHAEL
DOB/Sex                     Male
Physician     George, Libby Crenshaw
Account#      471361479367
CPI#          47136147
Location      HH ED IR INBOUND
Pt Type       FC Emergency Center
Adm/DC Date   08/08/2011 / 08/08/2011
Page 15 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

:\documents and settings\cobarley\local settings\temp\165857980.tif printed by mivap. (Page 25 of 30)

Fax Server          8/10/2011 9 00 34 AM   PAGE 01   /30   Fax Server
Scanned by MOSLEY, TONYA rt in facility HUNTSVILLE (HV) on 08/10/2011 09:29

Emergency Dept  Nursing Reports

| 8/08/2011 9 58 PM | Pulse Oximetry Continuous | Patient Care | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Complete Blood Count w/ Diff and Platelet | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Comprehensive Metabolic Panel | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 9 58 PM | Creatine Kinase | Laboratory | Canceled | 8/08/2011 9 58 PM | George, Libby Crenshaw |
| 8/08/2011 9 58 PM | Creatine Kinase w/ Reflex MB Isoenzyme | Laboratory | Ordered | 8/08/2011 9 58 PM | LaRoche, Lauren Ashleigh MD |
| 8/08/2011 10 11 PM | BILI - GLU TEXT | Laboratory | Completed | 8/08/2011 10 11 PM | SYSTEM |
| 8/08/2011 10 11 PM | Glucose (Point of Care) | Laboratory | Completed | 8/08/2011 10 26 PM | George, Libby Crenshaw MD |

## MEDICAL INFORMATION
Allergy Info

Prescriptions Given

## DISCHARGE INFORMATION
Discharge Disposition ED Expired
Discharge Location

## PATIENT EDUCATION INFORMATION
Instructions

Follow up

## DIAGNOSIS

**Permanent Patient Record**
Memorial Hermann Hospital

MEMORIAL
HERMANN

Printed  8/9/2011 3 18 AM

Patient      **MARTONE, MICHAEL**
DOB/Sex          Male
Physician    George, Libby Crenshaw
Account#     47136147036?
CPI#         47136147
Location     HH ED1K  INBOUND
Pt Type      E C Emergency Center
Adm/Dis Date  08/08/2011 / 08/08/2011
Page 16 of 21



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5337                OIG- Martone 1542

Fax Server        8/10/2011 9.00 34 AM     PAGE 0.   /30   Fax Server
Scanned by MOSLEY, TONYA H, in facility HUNTSVILLE (HV) on 08/10/2011 09:29

**Emergency Dept. Nursing Reports**

Document Name    Emergency Dept Patient Education         Date        08/08/2011 22 46 41
Performed By     Beebe, Donald RN                         Result Status  **Auth (Verified)**

Emergency Dept Patient Education
**MEMORIAL
HERMANN**

**Emergency Department**
*Departamentos de Emergencias*

Southwest (713) 456-5151  TMC  (713)704-4060  Katy (281) 644-7311  Northeast (281) 540-7000
Memorial City (713) 242-3070  Southeast  (281) 929-6282
Woodlands (281) 364-2525  Sugarland (281) 725-5 50  Northwest (713) 867-3335
TW Emergency Center (281)-719 3335

**Discharge Instructions for:** KILO1887, MALE
*Instrucciones para*

**Visit Date:** 8/08/2011 9 31 PM
*Fecha de la visita*

**Care Provided by:**
*Provecdores de cuidado del Departamento de Emergencias*
ED Physicians
None

ED Residents
Sims II Marcus Lynn

**Permanent Patient Record**            Patient     MARTONE, MICHAEL
Memorial Hermann Hospital               DOB/Sex     ▮▮▮▮  Male
                                        Physician   George, Libby Crenshaw
**MEMORIAL**                            Account#    47136147903367
**HERMANN**                             CPII        47136147
                                        Location    RH EDTR INBOUND
                                        Pt Type     IG Emergency Center
Printed  8/9/2011 3 18 AM               Adm/Dx Date 08/08/2011 / 08/08/2011
                                        Page 17 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5338                          OIG- Martone 1543

\:documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 27 of 30

Fax Server       8/10/2011 9 00 34 AM    PAGE 0   030   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:29

**Emergency Dept. Nursing Reports**

| | |
|---|---|
| Document Name   Emergency Dept Patient Education | Date   08/08/2011 22 46 41 |
| Performed By   Beebe, Donald RN | Result Status   Auth (Verified) |

**ED MLPs**
None

**ED Nurses**
None

**For Today's Visit:**
Thank you for using Memorial Hermann Hospital for your care today. It is important for you to know that the examination, treatment and x-ray reading you may have received in the Emergency Care Center today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single Emergency Care Center Visit.

**NOTICE:**
X-rays, EKG's and cultures results are reviewed and become official after you leave. You will be notified if final results vary from what you were told. Please be sure we have your correct local phone number and address.

*AVISO*
*Pruebas de diagnóstico (i.e., rayos-x, ECG's, tomografías CAT, laboratorios y cultivos son revisados por un especialista fuera del Departamento de Emergencias (DE) después que usted ya se ha ido. Se le notificará si el resultado final varía de lo que se le dijo a usted, pero es su responsabilidad el asegurarse que su médico revisa todos los resultados diagnósticos finales obtenidos en su visita al DE*
*Asegúrese, por favor, que tenemos su teléfono y dirección correcta*

Based on the diagnosis of', KILO1687, MALE has been provide the following prescriptions, follow up instructions and educational material.

**Prescriptions:**
*Recetas*

| | |
|---|---|
| **Permanent Patient Record**<br>Memorial Hermann Hospital | Patient   **MARTONE, MICHAEL**<br>DOB/Sex        Male<br>Physician   George, Libby Crenshaw<br>Account#   471361470367<br>CPI#   47136147<br>Location   HH ED ER INBOUND<br>Pt Type   HI Emergency Center<br>Adm/Dc Date   08/08/2011 / 08/08/2011 |
| MEMORIAL<br>HERMANN | |
| Printed  8/9/2011 3 18 AM | Page 18 of 21 |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5339                    OIG- Martone 1544

:\documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 28 of 30)

Fax Server      8/10/2011 9 00 34 AM   PAGE 0   030   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:29

Emergency Dept Nursing Reports

Document Name   Emergency Dept Patient Education          Date    08/08/2011 22 46 41
Performed By    Bube, Donald RN                   Result Status  Auth (Verified)

**PLEASE REFER TO THE GUIDELINES BELOW FOR FOLLOW-UP CARE OF YOUR ILLNESS**
*POR FAVOR REFIERASE A LAS INSTRUCCIONES AQUI MENCIONADAS PARA EL SEGUIMIENTO DE SU ENFERMEDAD*

**Important.** You have been treated on an emergency basis. This is not a substitute for complete medical care. Follow-up is essential

*Importante Usted ha sido tratamiento de emergencia basado en su problema del paciente. Esto no debe considerarse como un sustituto del tratamiento médico completo. Seguimiento con un médico es esencial para completar su tratamiento e identificar algún otro problemas de salud*

**Follow up with below Physician**. Note, an appointment was not made. You will need to call the doctor's office. Call today or as soon as possible for an appointment. Tell them at the doctor's office that you were seen in the Emergency Department. Contact us if you are having problems with follow-up. Your doctor may wish to see your x-rays or test results. Please inquire about this when making your appointment.

*Seguimiento con el medico identificando aqui abajo. El Departamento de Emergencias no ha hecho una cita para usted. Es su responsabilidad llamar la oficina del médico y hacer su propia cita para el cuidado y tratamiento de seguimiento. Llame hoy o lo antes posible para obtener una cita, dígale saber al médico o al personal de la oficina que usted lo vieron en el Departamento de Emergencias. Llame al Departamento de Emergencias si es que tiene problemas con su seguimiento. Es posible que su médico quiera revisar las rayas-x o los resultados de pruebas. Por favor, haga mención de esto al hacer su cita*

**Follow-up Instructions:**
*Instrucciones de seguimiento*

Thanks again for using Memorial Hermann Hospital for your treatment today. The discharge instructions for today's visit are outlined below
Shortly after discharge you will receive a phone survey. Please take the time to answer

**Patient Education Materials:**
*Material educativo dado al paciente*

**Permanent Patient Record**                    Patient      MARTONE, MICHAEL
Memorial Hermann Hospital                        DOB/Sex      ████████  Male
                                                 Physician    George, Libby Crenshaw
MEMORIAL                                          Account#     471361479367
HERMANN                                           C PID        471363347
                                                 Location     HR EDIR INPOUND
                                                 Pt Type      H Emergency Center
Printed  8/9/2011  3 18 AM                        Adm/Dc Date  08/08/2011 / 08/08/2011
                                                 Page 19 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5340                              OIG- Martone 1545

Case 4:14-cv-03253   Document 304-18   Filed on 09/08/16 in TXSD   Page 67 of 75

\:documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 29 of 30

Fax Server        8/10/2011 9 00.34 AM    PAGE 0    030   Fax Server
Scanned by MOSLEY, TONYA R. in facility HUNTSVILLE (HV) on 08/10/2011 09:29

**Emergency Dept. Nursing Reports**

| | |
|---|---|
| Document Name   Emergency Dept Patient Education | Date   08/08/2011 22 46 41 |
| Performed By    Bcabe, Donald RN | Result Status   **Auth (Verified)** |

You have been given instructions  These instructions provide information to help you better understand your illness and follow-up care  Please read carefully and let us know if you have any questions

*El Departamento de Emergencias le ha provisto información para ayudarle a entender su enfermedad y el cuidado de seguimiento necesario  Por favor  lea estas instrucciones con cuidado y dejenos El Departamento de Emergencias le ha provisto información para ayudarle a entender su enfermedad y el cuidado de seguimiento necesario  Por favor  lea estas instrucciones con cuidado y dejenos saber si tiene alguna pregunta*
No instructions were provided

Permanent Patient Record
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | |
|---|---|
| Patient | **MARTONE, MICHAEL** |
| DOB/Sex | Male |
| Physician | **George, Libby Crenshaw** |
| Account# | 471361470367 |
| CPI# | 47136147 |
| Location | RH EDIR INBOUND |
| Pt Type | HC Emergency Center |
| Adm/Dr. Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011  3 18 AM

Page 29 of 31

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5341

OIG- Martone 1546

\:documents and settings\robarley\local settings\temp\165857980.tif printed by mivap. (Page 30 of 30)

Fax Server      8/10/2011 9.00.34 AM    PAGE 0.   /30   Fax Server

Emergency Dept. Nursing Reports

I, KILO1687, MALE, (or responsible party) have been given the above instructions and I understand them. I

| Document Name | Emergency Dept Patient Education | Date | 08/08/2011 22:40:41 |
| Performed By | Beebe, Donald RN | Result Status | Auth (Verified) |

may call the Emergency Department at any time should I have questions or need further assistance

*Yo KILO1687, MALE he recibido las instrucciones mencionadas arriba y las entiendo. Yo puedo llamar al Departamento de Emergencias en cualquier momento si tengo alguna pregunta o necesito asistencia adicional. He dado mi información de contacto correctamente por si fuese necesario notificarme.*

_____   _____   _____   _____
KILO1687, MALE      Date    ED Physician or Nurse    Date
Patient or Responsible Party Signature

An electronic copy of these same discharge instructions is available in HIM Sovera 72 hours post discharge
Only this signature page is scanned to verify patient receipt of this information

Permanent Patient Record
Memorial Hermann Hospital

MEMORIAL
HERMANN

| | Patient | MARTONE, MICHAEL |
| | DOB/Sex | MaL |
| | Physician | George, Libby Crenshaw |
| | Account# | 471361479367 |
| | CPI# | 47136147 |
| | Location | HH EDIR INBOUND |
| | Pt Type | HH Emergency Center |
| | Adm/Tc Date | 08/08/2011 / 08/08/2011 |

Printed  8/9/2011 3:18 AM                           Page 21 of 21

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5342                    OIG- Martone 1547

Correctional Managed Care
MD/MLP - SICK CALL EXAM

**ient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/02/2011 14:56   **Facility:** HUNTSVILLE

**:** 57 year **Race:** W **Sex:** male

**st recent vitals from 8/2/2011:** BP: 159 / 91 (Sitting) ; Wt: 309 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 /
; Temp: 95 (Oral)

**ergies:** HMG-COA REDUCTASE INHIBITORS

**atient Language:**   ENGLISH   **Name of interpreter, if required:**

rent Medications:
OTRIN EC 325MG,   1 TABS ORAL QD
3OTEC 20MG,   1 TABS ORAL BID
TRIN 800MG,   1 TABS ORAL BID
UR 60MG,   1 TABS ORAL QD
PRESSOR 100MG,   1 TABS ORAL BID
PRESSOR 50MG,   1 TABS ORAL BID
      *Special Instructions:* TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
NITEN 10MG,   1 TABS ORAL BID
SPAN 500MG,   1 TABS ORAL DAILY
ROSTAT 0.4MG,   1 TABS SUBLINGUAL SL NTG
      *Special Instructions:* IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
MELOR 50MG,   4 CAPS ORAL QAM
LOSEC 20MG,   1 CAPS ORAL QAM
ANTIN 100MG,   3 CAPS ORAL QD
VIX * 75MG,   1 TABS ORAL DAILY
      *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
TIFICIAL TEARS EYE DROP 1.4%,   2 % OPHTHALMIC BID
ERAL 40MG,   1 TABS ORAL TID
NTAC 150MG,   1 TABS ORAL BID
RESOLINE 50MG,   2 TABS ORAL TID
ORODIURIL 25MG,   1 TABS ORAL QD

**lay's Problem:   skin lesions on chest, arms ; hx of cataracts**

    sores. Hx of chronic folliculitis/abscess
able to see out of right eye
    scattered papule lesions

    dermatitis; cataracts

**n is as follows:   will get VAT then consider referral to HG opthoi for rt eye cataract surgery**

edule with nursing for VAT

rted Meds:
    TRIAMCINOLONE 0.1% CREAM 1LB   45802006535        08/02/2011 15:04
        1 APPLICS TOPICALLY BID
        Special Instructions:Apply Thin Layer Sparingly.
    STOP DATE:              REFILLS: 0

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5343            OIG- Martone 1548

Correctional Managed Care
**MD/MLP - SICK CALL EXAM**

:ient Name: MARTONE, MICHAEL D    TDCJ#: 1395315    Date: 08/02/2011 14:56    Facility: HUNTSVILLE
')

cedures Ordered:
XTENDED OFFICE VISIT (NO COPAY):cataract nos

Electronically Signed by NORWOOD, BARRY W. PA on 08/02/2011.
##And No Others##

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5344                OIG- Martone 1549

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/06/2011 21:34   **Facility:** HUNTSVILLE (HV)
**Age:** 57 year   **Race:** W   **Sex:** male
**Most recent vitals from** 8/2/2011: BP: 159 / 91 (Sitting) ; Wt: 309 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 / min; Temp: 95 (Oral)
**Allergies:** HMG-COA REDUCTASE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
ECOTRIN EC 325MG,  1 TABS ORAL QD
VASOTEC 20MG,   1 TABS ORAL BID
MOTRIN 800MG,   1 TABS ORAL BID
IMDUR 60MG,   1 TABS ORAL QD
LOPRESSOR 100MG,   1 TABS ORAL BID
LOPRESSOR 50MG,   1 TABS ORAL BID
 Special Instructions: TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
LONITEN 10MG,   1 TABS ORAL BID
NIASPAN 500MG,   1 TABS ORAL DAILY
NITROSTAT 0.4MG,   1 TABS SUBLINGUAL SL NTG
 Special Instructions: IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
PAMELOR 50MG,   4 CAPS ORAL QAM
PRILOSEC 20MG,   1 CAPS ORAL QAM
DILANTIN 100MG,   3 CAPS ORAL QD
PLAVIX * 75MG,   1 TABS ORAL DAILY
 Special Instructions: S/P ANGIOPLASTY, [INDEF]
ARTIFICIAL TEARS EYE DROP 1.4%,   2 % OPHTHALMIC BID
INDERAL 40MG,   1 TABS ORAL TID
ZANTAC 150MG,   1 TABS ORAL BID
KENALOG 0.1% CREAM 1LB 0.1%,   1 APPLICS TOPICALLY BID
 Special Instructions: APPLY THIN LAYER SPARINGLY.
APRESOLINE 50MG,   2 TABS ORAL TID
HYDRODIURIL 25MG,   1 TABS ORAL QD

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | x | NO | ███████████ |

**Today's Problem:**
1840
S:  RECEIVED CALL FROM SGT FORD, PT C/O SOB.
1850
O: VIEWED PT ON DMS. HE IS ALERT & SITTING UPRIGHT ON A CHAIR W/O DISTRESS.  AFFECT IS CALM. HIS RESPIRATIONS ARE EVEN AND UNLABORED.  HIS COLOR IS WNL.  HIS SPEECH IS CLEAR. HE SPEAKS IN MULTI-WORD SENTENCES W/O HESITATION OR BREATHLESSNESS.  HE C/O SOB AND DRY MOUTH THAT BEGAN THIS AFTERNOON AROUND 2PM THAT IS INTERMITTENT. HE DOESN'T REPORT PAIN OR DISCOMFORT. HE DENIES COUGH OR NASAL CONGESTION.

A:  NA

Plan is as follows:  ADVISED TO REST AND RELAX AS MUCH AS POSSIBLE.  ALSO TO  INCREASE HIS

1 of 2

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/08/2011 21:34   **Facility:**
HUNTSVILLE (HV)
WATER INTAKE AND DRINK WATER EVERY HOUR THAT HE IS AWAKE.  IF SX'S DON'T IMPROVE OR IF
THEY WORSEN TO NOTIFY SECURITY AND HE WILL BE RE-EVALUATED ON DMS AT THAT TIME.  HE
VERBALIZED UNDERSTANDING AND AGREEMENT TO THE P.O.C.

Electronically Signed by RYE, PATRICIA A. R.N. on 08/08/2011.
##And No Others##



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5346                    OIG- Martone 1551

Report #: PHO510
Schema: TDCJ

**Medication Print Pass**

Date/Time: 08/09/2011 08:12 AM

HUNTSVILLE (HV)

ALLERGIES:   HMG-COA REDUCTASE INHIBITORS

PATIENT: MARTONE, MICHAEL D   MRN: 1395315   DOB:   HOUSING: G-1 CELL 04

NIASPAN 500MG ER TABLET
1 TABS ORAL DAILY for 30 Days
RX DATE:            01/13/11 08:19:19 AM        RUN START DATE: 07/12/11 08:19:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.
MEDICATION STATUS: ACTIVE

RX_ID:          11476375
REFILLS:        6/11
RUN END DATE:   08/11/11 08:19:00 AM
EXPIRATION DATE: 01/08/12 08:19:00 AM
ENTRY USER:  KHOSHDEL, ABBAS M.D.

NORTRIPTYLINE HCL 50MG CAPSULE
4 CAPS ORAL EVERY MORNING for 30 Days
RX DATE:            08/17/10 10:53:40 AM        RUN START DATE: 07/13/11 10:53:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  YAP, ROMEO M.D.
MEDICATION STATUS: ACTIVE

RX_ID:          10698757
REFILLS:        11/11
RUN END DATE:   08/12/11 10:53:00 AM
EXPIRATION DATE: 08/12/11 10:53:00 AM
ENTRY USER:  YAP, ROMEO M.D.

OMEPRAZOLE 20MG CAPSULE
1 CAPS ORAL EVERY MORNING for 30 Days
RX DATE:            02/02/11 09:19:37 AM        RUN START DATE: 08/01/11 09:18:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS: ACTIVE

RX_ID:          11578298
REFILLS:        6/11
RUN END DATE:   08/31/11 09:18:00 AM
EXPIRATION DATE: 01/28/12 09:18:00 AM
ENTRY USER:  WHITE, HANNAH C  L.V.N.

PHENYTOIN SOD 100MG CAPSULE
3 CAPS ORAL DAILY for 30 Days
RX DATE:            10/21/10 10:48:40 AM        RUN START DATE: 07/18/11 10:48:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.
MEDICATION STATUS: ACTIVE

RX_ID:          11054389
REFILLS:        9/11
RUN END DATE:   08/17/11 10:48:00 AM
EXPIRATION DATE: 10/16/11 10:48:00 AM
ENTRY USER:  KHOSHDEL, ABBAS M.D.

PLAVIX 75MG TABLET *
1 TABS ORAL DAILY for 30 Days S/P ANGIOPLASTY, [INDEF]
RX DATE:            12/14/10 01:04:46 PM        RUN START DATE: 07/12/11 01:02:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS: ACTIVE

RX_ID:          11329023
REFILLS:        7/11
RUN END DATE:   08/11/11 01:02:00 PM
EXPIRATION DATE: 12/09/11 01:02:00 PM
ENTRY USER:  NORWOOD, BARRY W  PA

ASPIRIN EC 325MG TABLET
1 TABS ORAL DAILY for 30 Days KOP
RX DATE:            04/04/11 07:59:01 AM        RUN START DATE: 08/02/11 07:58:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS: ACTIVE

RX_ID:          11896703
REFILLS:        4/11
RUN END DATE:   09/01/11 07:58:00 AM
EXPIRATION DATE: 03/29/12 07:58:00 AM
ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N.

ENALAPRIL MALEATE 20MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days KOP
RX DATE:            03/29/11 01:30:56 PM        RUN START DATE: 07/27/11 01:29:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)
ORDERING PROVIDER:  NORWOOD, BARRY W  PA
MEDICATION STATUS: ACTIVE

RX_ID:          11869478
REFILLS:        4/11
RUN END DATE:   08/26/11 01:29:00 PM
EXPIRATION DATE: 03/23/12 01:29:00 PM
ENTRY USER:  VARNER, MARK  R.N.



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5347

OIG- Martone 1552

Report #: PHO510                      **Medication Print Pass**                 Date/Time: 08/09/2011 08:12 AM
Schema: TDCJ

HUNTSVILLE (HV)

<u>ALLERGIES:</u>   HMG-COA REDUCTASE INHIBITORS

| PATIENT: MARTONE, MICHAEL D | MRN: 1395315   DOB: | HOUSING: G-1 CELL 04 |
|---|---|---|

hyDRALazine 50MG TABLET
2 TABS ORAL 3 TIMES DAILY for 30 Days KOP                          RX_ID:              11869474
RX DATE:           03/29/11 01:30:56 PM                             REFILLS:            4/11
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/27/11 01:28:00 PM   RUN END DATE:       08/26/11 01:28:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                           EXPIRATION DATE: 03/23/12 01:28:00 PM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  VARNER, MARK R.N.

hydroCHLOROthiazide 25MG TAB
1 TABS ORAL DAILY for 30 Days KOP                                  RX_ID:              11869497
RX DATE:           03/29/11 01:30:56 PM                             REFILLS:            4/11
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/27/11 01:29:00 PM   RUN END DATE:       08/26/11 01:29:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                           EXPIRATION DATE: 03/23/12 01:29:00 PM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  VARNER, MARK R.N.

IBUPROFEN 800MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days As Needed (PRN) KOP            RX_ID:              12351237
RX DATE:           06/28/11 03:43:56 PM                             REFILLS:            1/2
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/28/11 03:43:00 PM   RUN END DATE:       08/27/11 03:43:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                           EXPIRATION DATE: 09/26/11 03:43:00 PM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  NORWOOD, BARRY W  PA

ISOSORBIDE MN 60MG ER TABLET
1 TABS ORAL DAILY for 30 Days KOP                                  RX_ID:              10891650
RX DATE:           09/23/10 08:10:03 AM                             REFILLS:            10/11
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/20/11 08:09:00 AM   RUN END DATE:       08/19/11 08:09:00 AM
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.                           EXPIRATION DATE: 09/18/11 08:09:00 AM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  KHOSHDEL, ABBAS M.D.

METOPROLOL 100MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days KOP                            RX_ID:              11869464
RX DATE:           03/29/11 01:30:56 PM                             REFILLS:            4/11
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/27/11 01:27:00 PM   RUN END DATE:       08/26/11 01:27:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                           EXPIRATION DATE: 03/23/12 01:27:00 PM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  VARNER, MARK R.N.

METOPROLOL 50MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X   RX_ID:        11894265
EACH DAY KOP                                                        REFILLS:            4/11
RX DATE:           04/02/11 07:16:21 AM                             RUN END DATE:       08/30/11 07:15:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/31/11 07:15:00 AM   EXPIRATION DATE: 03/27/12 07:15:00 AM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                           ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N.
MEDICATION STATUS:  ACTIVE

MINOXIDIL 10MG TABLET
1 TABS ORAL TWICE DAILY for 30 Days KOP                            RX_ID:              10891642
RX DATE:           09/23/10 08:10:03 AM                             REFILLS:            10/11
ORDERING FACILITY:   HUNTSVILLE (HV)        RUN START DATE: 07/20/11 08:08:00 AM   RUN END DATE:       08/19/11 08:08:00 AM
ORDERING PROVIDER:  KHOSHDEL, ABBAS M.D.                           EXPIRATION DATE: 09/18/11 08:08:00 AM
MEDICATION STATUS:  ACTIVE                          ENTRY USER:  KHOSHDEL, ABBAS M.D.

Report #: PHO510                          **Medication Print Pass**                  Date/Time:  08/09/2011 08:12 AM
Schema:  TDCJ

HUNTSVILLE (HV)

ALLERGIES:   HMG-COA REDUCTASE INHIBITORS

PATIENT:  MARTONE, MICHAEL D              MRN: 1395315      DOB:                HOUSING:  G-1 CELL-04

NITROSTAT 0.4MG SL TABLET 25s                                      RX_ID:        11321753
1 TABS SUBLINGUAL EVERY 5 MIN MAX 3/15 MINUTES for 180 Days IF CHEST PAIN NOT   REFILLS:      1/1
RELIEVED IN 15 MINUTES CALL MEDICAL. As Needed (PRN) KOP
RX DATE:            12/13/10 01:31:40 PM      RUN START DATE:  06/11/11 01:29:00 PM     RUN END DATE:      12/08/11 01:29:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                EXPIRATION DATE:  12/08/11 01:29:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N.
MEDICATION STATUS:  ACTIVE

POLYVINYL ALC 1.4% EYE DP 15ML                                     RX_ID:        11933645
2 DROPS OPHTHALMIC TWICE DAILY for 30 Days  KOP                    REFILLS:      4/11
RX DATE:            04/09/11 12:07:38 PM      RUN START DATE:  08/07/11 12:07:00 PM     RUN END DATE:      09/06/11 12:07:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                EXPIRATION DATE:  04/03/12 12:07:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                ENTRY USER:  MCCLESKEY, PEGGY L  L.V.N.
MEDICATION STATUS:  ACTIVE

PROPRANOLOL 40MG TABLET                                            RX_ID:        11054353
1 TABS ORAL 3 TIMES DAILY for 30 Days  KOP                         REFILLS:      9/11
RX DATE:            10/21/10 10:46:26 AM      RUN START DATE:  07/18/11 10:46:00 AM     RUN END DATE:      08/17/11 10:46:00 AM
ORDERING FACILITY:   HUNTSVILLE (HV)                                EXPIRATION DATE:  10/16/11 10:46:00 AM
ORDERING PROVIDER:  KHOSHDEL, ABBAS  M.D.                ENTRY USER:  KHOSHDEL, ABBAS  M.D.
MEDICATION STATUS:  ACTIVE

RANITIDINE 150MG TABLET                                            RX_ID:        12351239
1 TABS ORAL TWICE DAILY for 30 Days  KOP                           REFILLS:      1/11
RX DATE:            06/28/11 03:43:56 PM      RUN START DATE:  07/28/11 03:43:00 PM     RUN END DATE:      08/27/11 03:43:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                EXPIRATION DATE:  06/22/12 03:43:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                ENTRY USER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

TRIAMCINOLONE 0.1% CREAM 1LB                                       RX_ID:        12520908
1 APPLICS TOPICALLY TWICE DAILY for 90 Days APPLY THIN LAYER SPARINGLY. KOP     REFILLS:      0/0
RX DATE:            08/02/11 03:04:07 PM      RUN START DATE:  08/02/11 03:04:00 PM     RUN END DATE:      10/31/11 03:04:00 PM
ORDERING FACILITY:   HUNTSVILLE (HV)                                EXPIRATION DATE:  10/31/11 03:04:00 PM
ORDERING PROVIDER:  NORWOOD, BARRY W  PA                ENTRY USER:  NORWOOD, BARRY W  PA
MEDICATION STATUS:  ACTIVE

TOTAL FOR    MARTONE, MICHAEL D                                                              19

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5349                                OIG- Martone 1554