c:\documents and settings\robarley\local settings\temp\165806297.tif printed by mlvap. (Page 1 of 2)

Scanned by AGOSTINETTI, JENNIFER L, CCA in f.     HUNTSVILLE (HV) on 08/08/2011 13:17

Attachment A                                                                    Policy A-11.1

## DEATH SUMMARY

|                        |                          |
|------------------------|--------------------------|
| Offender Name:         | Martone, Michael         |
| TDCJ #:                | 1395315                  |
| Date of Admission:     | 12/01/2006               |
| Date of Incarceration: | 10/26/2004               |
| Date and Hour of Death:| 08/08/2011 @ 10:22pm     |
| Facility of Assignment:| Huntsville Facility      |
| Place of Death:        | Hermann Memorial Hospital |
|                        | Dr. Libby George         |
|                        |                          |
| Reviewer:              | Abbas Khoshdel, MD       |

**Brief Summary of Medical History and Physical Examination:** 57 year old white male, h/o depression, mild intermittent asthma, HTN, HLD, CAD, HCV, Seizure, and MORBID OBESITY, because of uncontrolled HTN was referred to cardiology on 4/20/11.

**Outpatient Course:** On 08/08/11 at approximately 2000 Sgt. Roundtree responded to G-1-4 cell where offender Martone #1395315 was complaining of dizziness and shortness of breath. Upon arriving at the cell, Sgt. Roundtree found offender Martone conscious and alert. As Sgt. Roundtree began moving the offender from his cell to medical the offender became unresponsive. Sgt. Roundtree initiated ICS and Lt. Proctor responded along with officer Ellis and Quick. Offender Martone was placed on a backboard and taken out of the building to a gurney that was waiting outside. The radio picket officer contacted 911 and EMS was activated. The offender was moved to the Huntsville Unit Infirmary to wait for EMS to arrive. While in the infirmary, Lt. Proctor noticed that the offender was very warm to the touch and applied ice packs to the offender. EMS arrived and began treating the offender. A decision was made by EMS to transport the offender the Huntsville Municipal Airport where he would be transported by Life Flight Helicopter. The ambulance left the unit at 2045 and the life flight helicopter left the airport at approximately 2115. The offender was transported to Hermann Memorial Hospital in Houston, Texas where he lost all vital signs and CPR was started at 2203. At 2222 offender Martone was pronounced deceased by Dr. Libby George. Officer Bake notified Lt. Simmons of the death at 2235. Officer Bake was told by Hermann Memorial Staff that the offender may have died as a result of heat and that the offender's temperature was 108. The Huntsville Unit reported the temperature to be 102, humidity 20% and heat index 99 at 1900.

**Emergency Room Visit(s):** Dead on Arrival to Hermann Hospital ER

**Inpatient Course(s):** None

**Current Medications:**
Ecotrin EC 325MG, 1 tabs oral QD
Vasotec 20MG, 1 tabs oral BID
Motrin 800MG, 1 tabs oral BID
Imdur 60MG, 1 tabs oral QD
Lopressor 100MG, 1 tabs oral BID
Lopressor 50MG, 1 tabs oral BID; *Special Instructions:* Take total of 150mg Lopressor/Metoprolol 2 X each day

**1 | P a g e   ( M a r t o n e   # 1 3 9 5 3 1 5 )**

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1555

Scanned by AGOSTINETTI, JENNIFER L, CCA in fa...   HUNTSVILLE (HV) on 08/09/2011 13:17

Loniten 10MG, 1 tabs oral BID
Niaspan 500MG, 1 tabs oral daily
Nitrostat 0.4MG, 1 tabs sublingual SL NTG *Special Instructions:* If chest pain not relieved in 15 minutes call medical.
Pamelor 50MG,   4 caps oral QAM
Prilosec 20MG,   1 caps oral QAM
Dilantin 100MG,   3 caps oral QD
Plavix * 75MG,   1 tabs oral daily *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
Artificial Tears Eye Drop 1.4%,   2 % Ophthalmic BID
Inderal 40MG,   1 tabs oral TID
Zantac 150MG,   1 tabs oral BID
Kenalog 0.1% CREAM 1LB 0.1%,   1 applics topically BID *Special Instructions:* Apply thin layer sparingly.
Apresoline 50MG,   2 tabs oral TID
Hydrodiuril 25MG,   1 tabs oral QD

<u>Terminal Event</u>: possible heat stroke

<u>Autopsy Findings</u>: Autopsy pending

<u>MD Signature</u>: ___abbaskhoshdelmd_____        <u>Date</u>:
_____8/9/11_____

**2 | P a g e   (M a r t o n e   # 1 3 9 5 3 1 5)**

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5351                          OIG- Martone 1556

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/08/2011 21:34   **Facility:** HUNTSVILLE (HV)
**Age:** 57 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/2/2011:** BP: 159 / 91 (Sitting) ; Wt: 309 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 / min; Temp: 95 (Oral)
**Allergies:** HMG-COA REDUCTASE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
ECOTRIN EC 325MG,  1 TABS ORAL QD
VASOTEC 20MG,  1 TABS ORAL BID
MOTRIN 800MG,  1 TABS ORAL BID
IMDUR 60MG,  1 TABS ORAL QD
LOPRESSOR 100MG,  1 TABS ORAL BID
LOPRESSOR 50MG,  1 TABS ORAL BID
    *Special Instructions:* TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
LONITEN 10MG,  1 TABS ORAL BID
NIASPAN 500MG,  1 TABS ORAL DAILY
NITROSTAT 0.4MG,  1 TABS SUBLINGUAL SL NTG
    *Special Instructions:* IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
PAMELOR 50MG,  4 CAPS ORAL QAM
PRILOSEC 20MG,  1 CAPS ORAL QAM
DILANTIN 100MG,  3 CAPS ORAL QD
PLAVIX * 75MG,  1 TABS ORAL DAILY
    *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
ARTIFICIAL TEARS EYE DROP 1.4%,  2 % OPHTHALMIC BID
INDERAL 40MG,  1 TABS ORAL TID
ZANTAC 150MG,  1 TABS ORAL BID
KENALOG 0.1% CREAM 1LB 0.1%,  1 APPLICS TOPICALLY BID
    *Special Instructions:* APPLY THIN LAYER SPARINGLY.
APRESOLINE 50MG,  2 TABS ORAL TID
HYDRODIURIL 25MG,  1 TABS ORAL QD

| SCR INITIATED? |   | YES | Date Received: |
|---|---|---|---|
|   | x | NO |   |

**Today's Problem:**
1840
S: RECEIVED CALL FROM SGT FORD, PT C/O SOB.
1850
O: VIEWED PT ON DMS.  HE IS ALERT & SITTING UPRIGHT ON A CHAIR W/O DISTRESS.  AFFECT IS CALM. HIS RESPIRATIONS ARE EVEN AND UNLABORED.  HIS COLOR IS WNL.  HIS SPEECH IS CLEAR. HE SPEAKS IN MULTI-WORD SENTENCES W/O HESITATION OR BREATHLESSNESS.  HE C/O SOB AND DRY MOUTH THAT BEGAN THIS AFTERNOON AROUND 2PM THAT IS INTERMITTENT.  HE DOESN'T REPORT PAIN OR DISCOMFORT. HE DENIES COUGH OR NASAL CONGESTION.

A: NA

Plan is as follows:  ADVISED TO REST AND RELAX AS MUCH AS POSSIBLE.  ALSO TO  INCREASE HIS
1 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5352                    OIG- Martone 1557

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:** 08/08/2011 21:34   **Facility:** HUNTSVILLE (HV)
WATER INTAKE AND DRINK WATER EVERY HOUR THAT HE IS AWAKE.  IF SX'S DON'T IMPROVE OR IF THEY WORSEN TO NOTIFY SECURITY AND HE WILL BE RE-EVALUATED ON DMS AT THAT TIME.  HE VERBALIZED UNDERSTANDING AND AGREEMENT TO THE P.O.C.


Electronically Signed by RYE, PATRICIA A. R.N. on 08/08/2011.
##And No Others##

2 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5353                OIG- Martone 1558

Problems for MICHAEL MARTONE D

Pearl

| ? | Problem Description | Category / Subcategory | Group |
|---|---|---|---|
| | PRURITUS AND RELATED CONDITIONS | \ | PRIMARY |
| | OPTOMETRY SERVICES | OPTOMETRY \ | PRIMARY |
| | HYPERLIPIDEMIA | \ | PRIMARY |
| | DERMATITIS NOS | \ | PRIMARY |
| | PRE-SEG/LOCK-UP/UOF PHYSICAL EXAM | \ | PRIMARY |
| | MSSA, METH SUSCEPTIBLE STAPH AUREUS | \ | PRIMARY |
| | HEPATITIS B VACCINE | \ | PRIMARY |
| | NONCOMPLIANCE WITH TREATMENT | \ | PRIMARY |
| | MILD INTERMITTENT ASTHMA | CHRONIC CARE \ | PRIMARY |
| | MENTAL HEALTH PSYCHIATRIC TARGET SYMPTOMS | \ | PRIMARY |
| | MENTAL HEALTH COUNSELING PROBLEMS & TRMT OBJECTIVES | MENTAL HEALTH \ | PRIMARY |
| | POSTTRAUMATIC STRESS DISORDER | MENTAL HEALTH \ | PRIMARY |
| | HYPERTENSION (HTN) - CCC | CHRONIC CARE \ | PRIMARY |
| | VARICELLA, IMMUNITY | \ | PRIMARY |
| | DIAGNOSIS OR CONDITION DEFERRED ON AXIS I | MENTAL HEALTH \ | PRIMARY |
| | BRIEF PSYCHIATRIC RATING SCALE | \ | PRIMARY |
| | HEPATITIS C (HEP C) - CCC | CHRONIC CARE \ | PRIMARY |
| | MENTAL STATUS EXAM | \ | PRIMARY |
| | CORONARY ATHEROSCLEROTIC DISEASE (CAD) - CCC | CHRONIC CARE \ | PRIMARY |
| | SEIZURE DISORDER - CCC | CHRONIC CARE \ | PRIMARY |
| | MEDICAL CARS 3 | CARS \ | PRIMARY |
| | TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) | \ | PRIMARY |

Business Computer Applications, Inc, Copyright (C) 2004
Produced in Case litigation support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5354

8/10/2011 10:33:06 AM

OIG- Martone 1559

Problems for MICHAEL MARTONE D                                                    Pearl

| ? | ICD-9 | First Observed | Status | Problem ID |
|---|-------|---------------|--------|-----------|
| | 698. | 06/28/2010 06:... | ACTIVE | 131466784 |
| | V65.1 | 07/14/2010 10:... | ACTIVE | 132126372 |
| | 272.4 | 07/27/2010 12:... | ACTIVE | 132616262 |
| | 692.9 | 05/02/2007 07:... | ACTIVE | 72175429 |
| | V70.51 | 07/11/2007 05:... | ACTIVE | 74176340 |
| | E845.9 | 09/20/2007 08:... | ACTIVE | 78510945 |
| | V70.01 | 10/25/2007 14:... | INACTIVE | 80731427 |
| | V15.81 | 10/26/2007 10:... | INACTIVE | 80779119 |
| | 493.1 | 12/13/2007 13:... | ACTIVE | 83621548 |
| | MHPTS | 12/18/2006 08:... | ACTIVE | 62226614 |
| | MHCPTO | 12/28/2006 13:... | ACTIVE | 62791600 |
| | 309.81 | 12/18/2006 08:... | INACTIVE | 85237734 |
| | 401.1 | 10/31/2006 08:... | ACTIVE | 59599915 |
| | 052.9 | 10/31/2006 13:... | INACTIVE | 59640765 |
| | 799.9 | 10/26/2006 14:... | INACTIVE | 59616187 |
| | MHBPRS | 10/31/2006 09:... | ACTIVE | 59610682 |
| | 070.51 | 10/31/2006 08:... | ACTIVE | 59599912 |
| | MHSE | 11/06/2006 11:... | ACTIVE | 59954257 |
| | 414.0 | 10/31/2006 08:... | ACTIVE | 59599882 |
| | 780.39 | 10/31/2006 08:... | ACTIVE | 59599917 |
| | MC3 | 10/31/2006 08:... | ACTIVE | 59599919 |
| | 011.2 | 10/31/2006 06:... | INACTIVE | 59594993 |

Business Computer Applications, Inc. Copyright (C) 2004 Litigation Support from 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

8/10/2011 10:33:06 AM

Plaintiffs' MSJ Appx. 5355

OIG- Martone 1560

Problems for MICHAEL MARTONE D

Pearl

| ? | Problem Description | Category / Subcategory | Group |
|---|---|---|---|
| | MENTAL HEALTH BEHAVIORAL OBSERVATIONS | MENTAL HEALTH \ | PRIMARY |
| | DENTAL CARS 1 | \ | PRIMARY |
| | BACKACHE | \ | PRIMARY |
| | MENTAL HEALTH CARS 2 | CARS \ | PRIMARY |
| | SKIN ILLNESS | \ | PRIMARY |
| | MAJOR DEPRESSIVE DISORDER, RECURRENT, SEVERE WITH PSYCHOTIC FEA... | \ | PRIMARY |
| | BRIEF PHYSICAL EXAM | \ | PRIMARY |
| | KNEE PAIN | \ | PRIMARY |
| | CID ASSESSMENT | CID \ | PRIMARY |
| | DEPRESSIVE DISORDER NOS | MENTAL HEALTH \ | PRIMARY |
| | OBSERVATION- COND NOT FOUND | \ | PRIMARY |
| | EXAMINATION FOR NORMAL COMPARISON OR CONTROL IN CLINICAL RESEAR... | \ | PRIMARY |
| | SCREENING EXAM FOR SUSPECTED CONDITION | \ | PRIMARY |
| | CATARACT NOS | \ | PRIMARY |

Business Computer Applications, Inc, Copyright(C) 2004 Copyright 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

8/10/2011 10:33:06 AM

Plaintiffs' MSJ Appx. 5356

OIG- Martone 1561

Problems for MICHAEL MARTONE D                                    Pearl

| ? | ICD-9 | First Observed | Status | Problem ID |
|---|-------|---------------|--------|------------|
|   | MHBO | 11/17/2006 10:... | ACTIVE | 60624844 |
|   | DC1 | 12/04/2006 14:... | ACTIVE | 61483179 |
|   | 724.5 | 02/26/2007 09:... | ACTIVE | 66234632 |
|   | MHC2 | 03/15/2007 16:... | ACTIVE | 67369825 |
|   | 709.9 | 07/24/2008 08:... | ACTIVE | 98206984 |
|   | 296.34 | 10/31/2006 10:... | ACTIVE | 119371661 |
|   | V70.6 | 08/25/2009 08:... | ACTIVE | 120014350 |
|   | 782.8 | 11/18/2009 09:... | ACTIVE | 123388813 |
|   | CID ASMT | 10/21/2009 12:... | INACTIVE | 122304466 |
|   | 311 | 02/08/2010 09:... | ACTIVE | 126232196 |
|   | V71 | 03/22/2010 13:... | ACTIVE | 127798566 |
|   | V70.7 | 03/19/2011 11:... | ACTIVE | 141341312 |
|   | V82.6 | 04/18/2011 13:... | ACTIVE | 142470882 |
|   | 366.9 | 08/02/2011 15:... | ACTIVE | 146388906 |

Business Computer Applications, Inc, Copyright (c) 2004 UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Case 4:14 Litigation Support 04 09.19.2014 by ce.

8/10/2011 10:33:06 AM

Plaintiffs' MSJ Appx. 5357

OIG- Martone 1562

**MARTONE,MICHAEL D**
**Medications 08/10/2011 10:34**

## ALLERGIES

| Allergy | | Reaction: | Severity: |
|---|---|---|---|
| | Comment | | |

| Reaction | | Status | Deletion Reason |
|---|---|---|---|
| | Deleted Date | | |
| HMG-COA REDUCTASE INHIBITORS | | | UNKNOWN |
| | myalgia | | |

## &Active MEDICATIONS

APRESOLINE 50MG TABS    2 TABS ORAL TID 03/29/2011 13:28 #180
ARTIFICIAL TEARS EYE DROP 1.4% DROPS    2 DROPS OPHTHALMIC BID 04/09/2011 12:07 #120
DILANTIN 100MG CAPS    3 CAPS ORAL QD 10/21/2010 10:48 #90
ECOTRIN EC 325MG TABS    1 TABS ORAL QD 04/04/2011 07:58 #30
HYDRODIURIL 25MG TABS    1 TABS ORAL QD 03/29/2011 13:29 #30
IMDUR 60MG TABS    1 TABS ORAL QD 09/23/2010 08:09 #30
INDERAL 40MG TABS    1 TABS ORAL TID 10/21/2010 10:46 #90
KENALOG 0.1% CREAM 1LB 0.1% APPLICS    1 APPLICS TOPICALLY BID 08/02/2011 15:04 #180
     *Special Instructions:      APPLY THIN LAYER SPARINGLY.*
LONITEN 10MG TABS    1 TABS ORAL BID 09/23/2010 08:08 #60
LOPRESSOR 100MG TABS    1 TABS ORAL BID 03/29/2011 13:27 #60
LOPRESSOR 50MG TABS    1 TABS ORAL BID 04/02/2011 07:15 #60
     *Special Instructions:      TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY*
MOTRIN 800MG TABS    1 TABS ORAL BID 06/28/2011 15:43 #60
NIASPAN 500MG TABS    1 TABS ORAL DAILY 01/13/2011 08:19 #30
NITROSTAT 0.4MG TABS    1 TABS SUBLINGUAL SL NTG 12/13/2010 13:29 #1
     *Special Instructions:      IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.*
PAMELOR 50MG CAPS    4 CAPS ORAL QAM 08/17/2010 10:53 #120
PLAVIX * 75MG TABS    1 TABS ORAL DAILY 12/14/2010 13:02 #30
     *Special Instructions:      S/P ANGIOPLASTY, [INDEF]*
PRILOSEC 20MG CAPS    1 CAPS ORAL QAM 02/02/2011 09:18 #30
VASOTEC 20MG TABS    1 TABS ORAL BID 03/29/2011 13:29 #60
ZANTAC 150MG TABS    1 TABS ORAL BID 06/28/2011 15:43 #60

[1]

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5358

OIG- Martone 1563

Lab data imported from UTMB - G    ston; Performed by UTMB/TDCJ - Regional

Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name   : MARTONE, MICHAEL D,
Patient Id     : 1395315
Patient Phone  :
Date of Birth  :
SS#            :  ████████          Sex  : Male
```

```
Ordering
Physician   : KHOSHDEL, ABBAS
Facility    : HUNTSVILLE (HV)
              815 12TH ST
              HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 0001120001082    Requistion: C29239628002
Drawn:07/19/11 04:10    Received:07/19/11 11:42    Reported: 07/19/11 14:28

Procedure: E CMP

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| SODIUM SERUM | 144 | | MMOL/L | 135-145 |
| POTASSIUM SERUM | 3.1 | L | MMOL/L | 3.5-5.0 |
| CHLORIDE SERUM | 111 | H | MMOL/L | 98-108 |
| CARBON DIOXIDE | 18 | L | MMOL/L | 23-31 |
| ANION GAP | 15 | | | 2-16 |
| BLOOD UREA NITROGEN | 13 | | MG/DL | 7-23 |
| GLUCOSE | 116 | H | MG/DL | 70-110 |
| CREATININE | 0.86 | | MG/DL | 0.60-1.25 |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.1-1.1 |
| CALCIUM | 8.8 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.6 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.2 | | G/DL | 3.5-5.0 |
| ALKALINE PHOSPHATASE | 96 | | U/L | 34-122 |
| ALANINE AMINOTRANSFERASE | 77 | H | U/L | 9-51 |
| ASPARTATE AMINOTRANSFERASE | 85 | H | U/L | 13-40 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5359

OIG- Martone 1564

```
Print Date: 07/19/2011 14:38                        Page: 1/1
Electronically Signed by KHOSHDEL, ABBAS M.D. on 07/20/2011.
##And No Others##
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5360                        OIG- Martone 1565

Lab data imported from UTMB - Ga    ston; Performed by UTMB/TDCJ - Regional
Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MARTONE, MICHAEL D,
Patient Id    : 1395315
Patient Phone :
Date of Birth :
SS#           :                    Sex  : Male
```

```
Ordering
Physician     : KHOSHDEL, ABBAS
Facility      : HUNTSVILLE (HV)
                815 12TH ST
                HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0001120001082    Requistion: C29239628005
Drawn:07/19/11 04:10    Received:07/19/11 11:42    Reported: 07/19/11 14:28
```

Procedure: E LIPIDS

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| CHOLESTEROL | 256 | H | MG/DL | 120-200 |
| TRIGLYCERIDE | 170 | | MG/DL | 30-170 |
| HIGH DENSITY LIPOPROTEIN | 40 | | MG/DL | 30-70 |
| LOW DENSITY LIPOPROTEIN CHOL | 182 | H | MG/DL | -<160 |
| HDL CHOLESTEROL RATIO | 6.4 | H | | -<5.0 |
| VLDL | 34 | | MG/DL | 10-60 |

L   Low, H   High, C   Critical, *   Abnormal Alpha

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5361

OIG- Martone 1566

```
Print Date: 07/19/2011 14:38                          Page: 1/1
Electronically Signed by KHOSHDEL, ABBAS M.D. on 07/20/2011.
##And No Others##
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5362                          OIG- Martone 1567

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional

Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name   : MARTONE, MICHAEL D,
Patient Id     : 1395315
Patient Phone  :
Date of Birth  :
SS#            :                  Sex  : Male
```

```
Ordering
Physician      : RUBY, D
Facility       : HUNTSVILLE (HV)
                 815 12TH ST
                 HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0001120001082    Requisition:
Drawn:07/19/11 04:10   Received:07/19/11 11:42    Reported: 07/19/11 14:56

Procedure: E UA MICRO
MICROSCOPIC EXAM DONE?            DONE
SQUAMOUS EPITHELIAL CELLS         FEW
BACTERIA                         MODERATE          *
MUCOUS                           MODERATE
```

L    Low, H    High, C    Critical, *    Abnormal Alpha



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 5363

OIG- Martone 1568

```
Print Date: 07/19/2011 15:08                          Page: 1/1
Electronically Signed by RUBY, D A. NP on 07/20/2011.
##And No Others##
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5364

OIG- Martone 1569

Lab data imported from UTMB - G  eston; Performed by UTMB/TDCJ - Regional
Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MARTONE, MICHAEL D.
Patient Id    : 1395315
Patient Phone :
Date of Birth :
SS#           :           ████        Sex   : Male
```


```
Ordering
Physician     : KHOSHDEL, ABBAS
Facility      : HUNTSVILLE (HV)
                815 12TH ST
                HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0001120001082    Requisition: C29239628004
Drawn:07/19/11 04:10    Received:07/19/11 12:39    Reported: 07/19/11 14:56

Procedure: E UA CHEM

| Test Name | Result | ABN Flag | Reference Range |
|-----------|--------|----------|-----------------|
| COLOR | AMBER | * | |
| APPEARANCE | CLEAR | | |
| URINE SPECIFIC GRAVITY | 1.025 | | |
| URINE PH | 6.5 | | 5.5-7.0 |
| URINE PROTEIN | TRACE | * | NEGATIVE |
| URINE GLUCOSE, QUALITATIVE | NEGATIVE | | NEGATIVE |
| URINE KETONES | NEGATIVE | | NEGATIVE |
| URINE BILIRUBIN | SMALL | * | NEGATIVE |
| URINE BLOOD | NEGATIVE | | NEGATIVE |
| URINE NITRITE | NEGATIVE | | NEGATIVE |
| URINE UROBILINOGEN | 2.0EU/DL | * | <=1.0 |
| REFERENCE UNITS FOR URINE UROBILINOGEN = EU/DL | | | |
| URINE LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE |

L    Low, H    High, C    Critical, *    Abnormal Alpha



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5365

OIG- Martone 1570

Print Date: 07/19/2011 15:08                                    Page: 1/1
Electronically Signed by KHOSHDEL, ABBAS M.D. on 07/20/2011.
##And No Others##

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5366                          OIG- Martone 1571

Lab data imported from UTMB - G    ston; Performed by UTMB/TDCJ - Regional

Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MARTONE, MICHAEL D,
Patient Id    : 1395315
Patient Phone :
Date of Birth :
SS#           : ████████████      Sex  : Male
```

```
Ordering
Physician     : KHOSHDEL, ABBAS
Facility      : HUNTSVILLE (HV)
                815 12TH ST
                HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0001120001082    Requistion: C29239628001
Drawn:07/19/11 04:10    Received:07/19/11 11:42    Reported: 07/19/11 13:57

Procedure: E ADIFF

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| GRANULOCYTE PERCENT | 48.3 | | % | 45.0-78.0 |
| LYMPH PERCENT | 32.6 | | % | 20.0-51.0 |
| MONOCYTE PERCENT | 13.0 | H | % | 4.0-12.0 |
| EOSINOPHIL PERCENT | 5.7 | | % | 0.0-6.0 |
| BASOPHIL PERCENT | 0.4 | | % | 0.0-2.0 |
| GRANULOCYTES ABSOLUTE | 2.4 | | /CMM | 2.1-7.4 |
| LYMPHOCYTE ABSOLUTE | 1.6 | | /CMM | 1.3-4.4 |
| MONOCYTE ABSOLUTE | 0.6 | | /CMM | 0.2-0.9 |
| EOSINOPHILS ABSOLUTE | 0.3 | | /CMM | 0.0-0.4 |
| BASOPHILS ABSOLUTE | 0.0 | | /CMM | 0.0-0.2 |

L    Low,  H    High, C    Critical,  *    Abnormal Alpha

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1572

Print Date: 07/19/2011 14:08                                    Page: 1/1
Electronically Signed by KHOSHDEL, ABBAS M.D. on 07/20/2011.
##And No Others##

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5368                    OIG- Martone 1573

Lab data imported from UTMB - G    ·ston; Performed by UTMB/TDCJ - Regional

Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name   : MARTONE, MICHAEL D,
Patient Id     : 1395315
Patient Phone  :
Date of Birth  :
SS#            :  ████████        Sex  : Male
```

```
Ordering
Physician      : KHOSHDEL, ABBAS
Facility       : HUNTSVILLE (HV)
                 815 12TH ST
                 HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0001120001082    Requistion: C29239628001
Drawn:07/19/11 04:10    Received:07/19/11 11:42    Reported: 07/19/11 13:57

Procedure: E HEME P

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| WHITE BLOOD CELL COUNT | 4.9 | | /CMM | 4.5-10.5 |
| RED BLOOD CELL COUNT | 5.13 | | /CMM | 4.25-5.65 |
| HEMOGLOBIN | 16.0 | | G/DL | 13.5-17.0 |
| HEMATOCRIT | 44.1 | | % | 37.0-50.0 |
| MEAN CORPUSCULAR VOLUME | 86.0 | | FL | 82.0-97.0 |
| MEAN CORPUSCULAR HGB | 31.2 | | PG | 27.0-33.0 |
| MEAN CORP HGB CONCENTRATION | 36.3 | H | % | 31.0-36.2 |
| RED CELL DISTRIBUTION WIDTH | 14.0 | | % | 11.8-14.1 |
| PLATELET COUNT | 212 | | /CMM | 150-400 |
| MEAN PLATELET VOLUME | 13.7 | H | FL | 7.8-11.2 |

L    Low, H    High, C    Critical, *    Abnormal Alpha

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1574

```
Print Date: 07/19/2011 14:08                        Page: 1/1
Electronically Signed by KHOSHDEL, ABBAS M.D. on 07/20/2011.
##And No Others##
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1575

Lab data imported from UTMB - G  ston; Performed by UTMB/TDCJ - Regional
Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-4200 Ext: 3804

```
Patient Name  : MARTONE, MICHAEL D,
Patient Id    : 1395315
Patient Phone :
Date of Birth :
SS#           :  ███████           Sex  : Male
```

```
Ordering
Physician     : RUBY, D
Facility      : HUNTSVILLE (HV)
                815 12TH ST
                HUNTSVILLE  TX  77340
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 0001120001082    Requision: C29318650006
Drawn:07/19/11 04:10    Received:07/19/11 11:42    Reported: 07/19/11 14:28

```
Procedure: E PHYT
DILANTIN                  6.4                   UG/ML
THERAPEUTIC RANGE:    10 - 20 UG/ML
       TOXIC RANGE:    > 20 UG/ML
```

L   Low, H   High, C   Critical, *   Abnormal Alpha

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
OIG- Martone 1576

```
Print Date: 07/19/2011 14:38                        Page: 1/1
Electronically Signed by RUBY, D A. NP on 07/20/2011.
##And No Others##
```

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5372

OIG- Martone 1577

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

**Outpatient Clinical Interview (Psychologist/Psychotherapist)**

**Patient Name:**  MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:**   05/27/2011 12:18**Facility:**   HUNTSVILLE (HV)

Age:56   Race: W   Sex:  male

| Patient Language:  ENGLISH      Name of interpreter, if required: |

**Most recent vitals from 5/16/2011:** BP: 181 / 114 (Sitting) ; Wt: 314 Lbs.; Height: 74 In.; Pulse: 74 (Sitting) ; Resp: 20 / min; Temp: 95.9 (Oral)

**Allergies:**  HMG-COA REDUCTASE INHIBITORS
**Current Medications:**
ECOTRIN EC 325MG,    1 TABS ORAL QD
VASOTEC 20MG,    1 TABS ORAL BID
MOTRIN 800MG,    1 TABS ORAL BID
IMDUR 60MG,    1 TABS ORAL QD
LOPRESSOR 100MG,    1 TABS ORAL BID
LOPRESSOR 50MG,    1 TABS ORAL BID
          *Special Instructions:* TAKE TOTAL OF 150 MG LOPRESSOR / METORPOLOL 2 X EACH DAY
LONITEN 10MG,    1 TABS ORAL BID
NIASPAN 500MG,    1 TABS ORAL DAILY
NITROSTAT 0.4MG,    1 TABS SUBLINGUAL SL NTG
          *Special Instructions:* IF CHEST PAIN NOT RELIEVED IN 15 MINUTES CALL MEDICAL.
PAMELOR 50MG,    4 CAPS ORAL QAM
PRILOSEC 20MG,    1 CAPS ORAL QAM
DILANTIN 100MG,    3 CAPS ORAL QD
PLAVIX * 75MG,    1 TABS ORAL DAILY
          *Special Instructions:* S/P ANGIOPLASTY, [INDEF]
ARTIFICIAL TEARS EYE DROP 1.4%,    2 % OPHTHALMIC BID
INDERAL 40MG,    1 TABS ORAL TID
ZANTAC 150MG,    1 TABS ORAL BID
APRESOLINE 50MG,    2 TABS ORAL TID
HYDRODIURIL 25MG,    1 TABS ORAL QD


Active Problems: *

Cars:
          Medical Cars 3 First Observed 10/31/2006 08:02AM
          Mental Health Cars 2 First Observed 3/15/2007 04:45PM

Chronic Care:
          Hepatitis C (hep C) - Ccc First Observed 10/31/2006 08:01AM
          Coronary Atherosclerotic Disease (cad) - Ccc First Observed 10/31/2006 08:01AM
          Seizure Disorder - Ccc First Observed 10/31/2006 08:02AM
          Hypertension (htn) - Ccc First Observed 10/31/2006 08:02AM
          Mild Intermittent Asthma First Observed 12/13/2007 01:36PM

Mental Health:
          Mental Health Behavioral Observations First Observed 11/17/2006 10:36AM
          Mental Health Counseling Problems & Trmt Objectives First Observed 12/28/2006 01:11PM
          Depressive Disorder Nos First Observed 2/8/2010 09:35AM

Optometry:
          Optometry Services First Observed 7/14/2010 10:43AM

1 of 3

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5373

OIG- Martone 1578

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

**Outpatient Clinical Interview (Psychologist/Psychotherapist)**

**Patient Name:**   MARTONE, MICHAEL D   **TDCJ#:** 1395315   **Date:**   05/27/2011
12:18**Facility**:   HUNTSVILLE (HV)
Not Specified:
      Physical Examination First Observed 10/31/2006 08:01AM
      Brief Psychiatric Rating Scale First Observed 10/31/2006 09:33AM
      Major Depressive Disorder, Recurrent, Severe With Psychotic Features First Observed
10/31/2006 10:11AM
      Mental Status Exam First Observed 11/6/2006 11:38AM
      Dental Cars 1 First Observed 12/4/2006 02:19PM
      Mental Health Psychiatric Target Symptoms First Observed 12/18/2006 08:55AM
      Backache First Observed 2/26/2007 09:12AM
      Dermatitis Nos First Observed 5/2/2007 07:23AM
      Pre-seg/lock-up/uof Physical Exam First Observed 7/11/2007 05:54AM
      Mssa, Meth Susceptible Staph Aureus First Observed 9/20/2007 08:08AM
      Skin Illness First Observed 7/24/2008 08:08AM
      Brief Physical Exam First Observed 8/25/2009 08:37AM
      Knee Pain First Observed 11/18/2009 09:16AM
      Observation- Cond Not Found First Observed 3/22/2010 01:15PM
      Pruritus And Related Conditions First Observed 6/28/2010 06:31AM
      Hyperlipidemia First Observed 7/27/2010 12:24PM
      Examination For Normal Comparison Or Control In Clinical Research First Observed
3/19/2011 11:37AM
      Screening Exam For Suspected Condition First Observed 4/18/2011 01:55PM

## <u>Seen this date at (time):</u> 1125

S:   Offender seen for Clinical Interview as referred by:

____   Results of Intake and Transfer Mental Health Screening

____   Results of the Intake Mental Health Appraisal

X
____   Mental Health Sick Call/Referral Triage          **Date received:** 05.27.2011

____   Staff Referral
X
____   Reason for interview and limits of confidentiality were explained to the offender prior to the
____   interview.   Informed consent has been obtained and documented in this record.

Reason for referral/presenting problem (if SCR state problem on request):

"For over 4 years I was seen every month to share with Mrs.Polman. Since she left no one
has layed me in for my regular monthly meeting. Is there anyone that I can talk to? If not,
what should I do. Sometimes I really struggle around here. I am really struggle around here.
I am really struggling today.

Information from clinical interview: The patient entered the office appropriately dressed. He reports that
he is functioning well and doesn't need any changes in his medication at this time. He states that there
are concerns at home with the family but out of his control. He was informed that he will be seen once this
writer gets to his name. He was advised of the process of seeing the patients on the caseload. At this

2 of 3

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5374                    OIG- Martone 1579

## CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

**Outpatient Clinical Interview (Psychologist/Psychotherapist)**

**Patient Name:**  MARTONE, MICHAEL D  **TDCJ#:** 1395315   **Date:**   05/27/2011
12:18**Facility**:   HUNTSVILLE (HV)
time of transition. He reports that he does understand and would wait for a lay-in. He denies suicidal
ideation and intent.

O:   Mental Status Exam (may use decision tree)
Calm, cooperative and responsive; neat and clean in white state issued uniform; alert and oriented x4;
appropriate eye contact; speech-clear and concise with normal tone, rate and volume; no thoughts or
plans of suicide noted or voiced; no evidence of psychotic symptoms exhibited; rational and coherent;
euthymic with appropriate affect.

A:   Diagnostic Impression
        Axis I:Depressive  Disorder NOS   (311.0)
        Axis II:

P:

Is CARS Current?   Yes

____  No further intervention indicated at this time.   Access to care procedure explained to Offender.
____  Refer offender to                              or consultation with other treatment staff.
        Transfer offender to:
        ____  Crisis management/inpatient care, DDP, PAMIO or other mental health facility or program
        ____  Outpatient mental health observation
____  Schedule for MHE
_X_  Continue to be seen as scheduled
____  Reschedule x

Procedures Ordered:
        MH OP ASSESSMENT/EVALUATION:  depressive disorder nos, mental health cars 2


            Electronically Signed by HAYNES, SHERRY J. MA, LPC, MHM
            on 05/27/2011.
            ##And No Others##

3 of 3

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5375                        OIG- Martone 1580

c:\documents and settings\robarley\local settings\temp\164035434.tif printed by mivap. (Page 1 of 1)

Scanned by AGOSTINETTI, JENNIFER L, CCA in ta.    JUNTSVILLE (HV) on 27/08/2011 12:45

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## HEALTH SERVICES

## REFUSAL OF TREATMENT OR SERVICES

I, **MARTONE, MICHAEL D**, TDCJ-ID Number: **1395315** decline the following services and treatments at the Texas Department of Criminal Justice - Institutional Division: _____

_ref. to see / wait for Dr. apt._

I understand the above documented treatment being refused is for the following condition(s): _____

_Rt kidney pain_

I understand that potential outcome(s) for refusing the treatment for the above documented condition(s) includes but is not limited to the following: _Worsening of symptoms_
_or death_

I do not wish to have this above stated treatment or services.  I assume full responsibility for any and all consequences or personal inconvenience that may arise from refusal of services.

I understand that I may still request these or similar services in the future.

_Michael Martone 139035_

Signature of Inmate/TDCJ –ID #                                    Date

_____

Signature of Witness (if offender unable or unwilling to sign)        Date

Reason unable to sign:

I certify that the above named individual is alert and appears to understand the above listed information.

_____        _7/7/11_

Signature and Title of Medical Personnel Obtaining Refusal        Date

I certify that the above named patient is alert and oriented and has demonstrated comprehension of the above explained condition, treatment, and potential consequences.

J-71.1 Attachment B; HSM-82 (Rev.7/09)                                    1 of 1

X   |||||||||||||||||||||||||||||||||||||||||||||||||||||||||   #

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5376                    OIG- Martone 1581

### OFFENDER DEATH NOTIFICATION WORKSHEET

To:  Warden Jones                          Date:  08/09/2011

From:  Chaplain L. Hart                     Subject:  Offender Death Notification

1. **Offender Information**
   Name:  Last  Martone          First  Michael          Middle  David

   TDCJ#:  01395315          Unit Assigned:  Huntsville

   Cause of Death:  Pending
   Date  of  Death:  (Unit  /  08/08/11
   Hospital):Herman Memorial
   Certifying Physician / Justice of the Peace:  Dr. Libby George

2. **Family Contact:** *In the event of natural causes of death under a physician or registered nurse's care, the priority family order should be spouse, adult children or guardians of minor children, parents and siblings.*
   Date:  08/09/2011  Time:  08:35
   _____ XX  Contacted listed next of kin.
   XXXXXX  Contacted a relative/friend from visiting list or correspondence.
   _____  Contacted _____ Sheriff's Office / Police Dept. (Specify)
   Name:  Roxanne Martone  Date:  08/09/11  Time:  08:35
   **Objection to Autopsy by N.O.K.  YES _____  NO  XXXXX** ¹

3. **Person Contacted**
   Name:  Roxanne Martone          Relationship:  Daughter
   Address/City/St/Zip:  2904 Laurel Ridge,  League City, Texas 77536
   Area Code and Telephone Number:  713/231/4343

4. **Burial Arrangements**
   XXXXX  The family **will claim** the body. The family was instructed to contact the Carnes Funeral Home at **(409) 986-9900**.
   _____  The family **will not claim** the body.  The family was instructed to send fax to **(936) 437-2090** to the Huntsville Unit Warden with the following message: "I am unable to claim the body of _____ TDCJ#_____.  I am requesting that he/she be buried in the prison cemetery."  Name, address, telephone number and relationship to the inmate should be included in the fax.
   _____  **Unable to contact** any family member of friend (detail efforts in IOC to Unit Warden).  Send E-Mail and a fax worksheet **(936-437-2090)** to Huntsville Unit Warden. Burial recommended in the prison cemetery.

5. XXXXX  Send a copy of this worksheet, IOC, E-Form and the next of kin letter to Director of Chaplains. Unit Warden, Chaplain's unit file

   _____          8-9-11
   Chaplain's Signature                 Date

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5377                    OIG- Martone 1582

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION
Huntsville Unit

Shift Lieutenant / Sergeant
OFFENDER DEATH NOTIFICATION FORM

Date: __8-8-11__
Incident Number: __1-1246-08-11__
O.I.G. Number: _____

1.   In the event of an offender death, this section should be completed prior to any notifications.

Offender Name: __Martone, Michael__     TDCJ #: __1395315__

Unit of Assignment: __Huntsville__     Death Occurred: __Herman Memorial Houston__

Cause of Death: __Possible Heat Illness__

Certifying Physician: __Dr George, Libby__
(Use Physician's Full Name)

Justice of the Peace (if warranted): __N/A__

Date and Time of Death: __8-8-11     2222__

Where the body is being held: __Carnes Funeral Home__

2.   Advise the Certifying Physician that an autopsy is desired.

3.   Notifications are to be made as soon after death as is practical:

a.   Duty Warden: __Warden Jones__     Time: __2237__

b.   Senior Warden: __Warden Jones__     Time: __2237__

c.   ~~Huntsville~~ Carnes Funeral Home: __Holly__     Time: __2359__

d.   O.I.G. __Kevin Showacre__     Time: __2248__

e.   Chaplain: __Larry Hart__     Time: __2245__

f.   Region I: __Mr Upshaw__     Time: __2239__

g.   Emergency Action Center (936) 437-6371 Ext. 1463 or 1448

Person Contacted: __K. Crumbley__     Time: __0118__

h.   Send a copy of the EAC E-Mail to the Director of Classification and Records to LBR3466, a copy of this record to (936) 437-6227.

i.   Next of Kin/Relationship: __Roxanne Martone / Daughter__

Address/Phone Number: __302 Biscayne Blvd   El Lago, Tx.__

4.   Make and Attach a photocopy of the deceased offender's Travel Card.

5.   Return original of completed report to the Notification Packet.

Supervisor Signature: _____     Date: __8-9-11__

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
OIG- Martone 1583

# Texas Department of Criminal Justice
## Chaplaincy Department
# Huntsville Unit

### OFFENDER DEATH TIMELINE

**TO:**   **Warden Jones**                     **DATE: 08/09/11**

**FROM:**   **Larry Hart, Chaplain II**

                          **RE:**   **Michael Martone #01395315**

<u>Time</u>

22:45       Notified of death by Lieutenant Simmons
            I was given the name of the next of kin, a daughter, Roxanne Martone and
            her telephone number and began to call this number from my cell phone at
            my home. The daughter's "telephone ring" is a song with the name
            Roxanne in the song and then the voice mail; with a woman's stating, this
            is Roxanne Martone please leave a message. I called the number three
            times until 24:15 and left a voice message twice with my cell phone
            number to call back.

04:50   I arrive on the unit and called again leaving a voice message with my office phone
number to call back.

06:10   Called again leaving a voice message with my office phone number to call back.

06:40   Called again leaving a voice message with my office phone number to call back.

07:10   Called again leaving a voice message with my office phone number to call back.

07:45   Called again leaving a voice message with my office phone number to call back.

**08:35**       Family Members  contacted:
            - Roxanne Martone – 713/231/4343
              **2904 Laurel Ridge**
              **League City, Texas 775306**
            - She did not object to an autopsy
            - The family will claim the body

08:45       Informed Captain Pittman that family members were contacted

10:20       Sent e-form.

**Chaplain Hart**
**Huntsville Unit**

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

A.D. 03.29 (rev. 7)
Attachment C
Page 15 of 21

**Texas Department of Criminal Justice**
**Autopsy Order**

In accordance with Section 501.055 of the Government Code, the following order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

| | |
|---|---|
| Offender Name: _____Martone, Michael_____ | TDCJ#: _1395315_ |
| (Print Name) | |

Date of Birth: ___07/07/54___     Race: ___White___     ☒ Male   ☐ Female

Offender Pronounced dead at _____10:22:00 PM_____ on _____08/08/11_____
                                                    (Print Time, include am or pm)                    (Print Date, month, date, year)

Location of Death:   ☐ Unit _____   ☒ Other   _Herman Memorial Houston_
                                              (Print Unit Name)                                         (Print Location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said Autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood, and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by UTMB Autopsy Service Physicians and/or Associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to __UTMB__ (location of autopsy) by a representative or associate of **Carnes** Funeral Home, located in **Texas City**, Texas. Upon completion of said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (Phone Number): **888-822-7637**, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Room 162
Huntsville, Texas 77340
(936) 437-3631 (phone)          (936) 437-3638 (fax)

_____
Warden (or designee)

County _____Walker_____

City ___Huntsville,___ Texas   Zip Code ___77340___

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To _Capt Casleberry_

Date _8/9/2011_

From _Officer K. Collard_

Subject _Offender Michael Martone_

I officer K. Collard was working G-Line on 8/8/11 around 6:30pm Michael Martone TDCS No 1395315 told me he felt BAd and had been for about a DAY or 2 Throwing up I officer Collard told him to go See medical Now to see what they Could do For him the offender was gone for about 30 min and came Back to the G-Line TANK I asked him what happed He did Not tell me anything He did Not go Back to his cell But Stayed in the dayroom Leaning over talking to himself So I officer Collard sit him on a lockBox around a hour later he fell out I officer Collard Called For Sgt Rowdtree and the offender was not alert but Breathing Sgt Rowdtree me and LT proctor Removed him From the cell Block For medical attion I officer Collard was told to pack the offenders property after the offender left the unit

Kerry Collard
WM

_K. Collard_
8/9/2011

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5381

OIG- Martone 1586

Texas Department of Criminal Justice
CORRECTIONAL INSTITUTIONAL DIVISION

# Inter-Office Communications

To   Lt. M. Proctor

Date   8/8/2011

From   Sgt. C Roundtree

Subject   Offender Martone #1395315

On 8/8/2011, I Sergeant Clifton Roundtree responded to a request for a supervisor to G-line from Officer Kerry Collard about 7:30 pm for an offender who he thought was having a seizure. When I arrived the offender was holding on to the window sill with two other offenders assisting him by holding him up. Offender Martone was conscious and appeared to be having what I thought at first to be a seizure also. I asked the offender if he was alright. He responded with a dazed look, but nodded yes. Knowing that the offender would not be able to stand on his own, I requested a wheelchair to take him to the Huntsville Unit Infirmary to be seen by D.M.S. As we waited for the wheelchair, offender Martone started losing consciousness going in and out. So Officer Collard and I sat offender Martone on a locker box for his safety. When we attempted to sit him down, the offender kept holding on to the window sill mumbling sounds like he thought he was falling back, and I told the offender to let go of the windowsill and sit down. Just before the wheelchair arrived, the offender lost all consciousness, so I requested a gurney and a medical board. At this time, I instructed Sergeant Thomas Ford to call 9-1-1. After the medical board arrived, we laid the offender down and slid him out into the breezeway of Five Building. At this time Lieutenant Michael Proctor and CO 3 Anne Quick arrived on the scene and Lt. Proctor asked me if the offender was breathing, and he checked offender Martone's vitals. I explained to Lt. Proctor my knowledge of the situation of how the offender was awake when I first arrived, and how in about 7 to 8 minutes he became unconscious. Lt. Proctor, Officer Quick, and myself, with some help from 3 other offenders, lifted the offender up and carried him out to the front entrance of Five Building, where we lifted the offender onto the gurney. The offender was wheeled to the infirmary where Officer Joseph Boudreaux, Officer Quick, myself, and Officer Patricia Ellis placed bags of ice on the offender to cool him off while we waited on the paramedics to arrive. The ambulance arrived and they took over the situation.

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5382

OIG- Martone 1587



**Texas Department of Criminal Justice**
INSTITUTIONAL DIVISION

# Inter-Office Communications

**To**   Lieutenant S. Lemler          **Date**   08/09/11

**From**   Lieutenant M. Proctor          **Subject**   Offender Martone, Michael #1395315

On August 8, 2011, at approximately 1935, I, Lieutenant Michael Proctor, responded to a call for a supervisor from Sergeant Clifton Roundtree to the Bottom of Five Building and at G-Line. Upon my arrival, offender Martone, Michael #1395315 was lying on a medical backboard in the entrance to G-Line unconscious but breathing and having a steady pulse. Sergeant Roundtree advised me that he had come to G-Line due to offender Martone possibly having a seizure, and that he had called for a wheelchair to get offender Martone to the Huntsville Unit Infirmary. Sergeant Roundtree further advised me that offender Martone was conscious and somewhat alert when he called for a wheelchair, but that by the time the wheelchair arrived, offender Martone's condition had deteriorated to the point that the offender became unconscious and the incident command system had to be initiated, and Sergeant Thomas Ford called 9-1-1. By this time, Officer Patricia Ellis CO III and Officer Anne Quick CO III arrived with a gurney, which was left at the entrance to Five Building. I again confirmed that offender Martone was breathing and had a steady pulse. Sergeant Roundtree, Officers Ellis and Quick, and myself, along with several offenders, carried offender Martone on the backboard out of Five Building and placed him on the gurney, at which time offender Martone was taken to the infirmary. Once in the infirmary, I told Sgt. Roundtree, Officer Ellis, and Officer Joseph Boudreaux CO IV, who had arrived at the infirmary, to get ice packs, which were placed under offender Martone's arms, on his neck area, and on his groin area, in the event that this incident was heat related, and I again confirmed that offender Martone was breathing and had a steady pulse. At this time, I notified Warden James Jones and advised him of the incident. Paramedics arrived at approximately 2020 and, after their assessment, advised me that they did not believe that the incident was heat related. Offender Martone, who was still breathing, was then placed inside the ambulance and it departed the unit at 2045 en route to the Huntsville airport to be transferred to a Life Flight helicopter in order to be flown to Herman Memorial Hospital. It was at this time that I returned to my normal duties. The Life Flight departed the Huntsville airport at approximately 2115.

Texas Department of Criminal Justice

## Inter-Office Communications

To _Lt. K Simmons_  Date _8-9-11_

From _CO IV G. Bake_  Subject _Offender Death  8-8-11_

On 8-8-11, I, CO IV G. Bake was notified by Lt. K Simmons that I was needed to ride on life flight with an offender to be taken to the hospital. Myself and officer White received our OC cap from the radio picket and traveled to the Huntsville airport. There I received my pistol from the second shift officer and boarded the helicopter with offender Martone at 2115. We landed at Memorial Hermann in Houston at approx 2155. CPR was started on the offender at 2203 and at 2222 offender Martone was pronounced dead by Dr. Cibby George. I notified Lt. Simmons at 2235. I was told by the life flight nurse that offender Martone's core temperature was 108 degrees F. when he was received at Hermann Memorial

CO IV G. Bake



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

☆SO-4

OIG- Martone 1589

Texas Department of Criminal Justice

# Inter-Office Communications

To _Lieutenant Proctor_     Date _8·9·2011_

From _Pellis_          Subject _Offender Martone_

august 8, 2011 at approximately 7:25 pm I officer tricia Ellis coIV was asked by Sergeant Thomas ford to take wheelchair to g-line bottom of five building. I was ~~wor~~king the upper yard at this time. When I arrived to ~~bot~~tom of five building offender Martone, Michael tdcj # 75315 was slightly responsive sitting on a lockerbox in the ~~off~~ender dayroom. I was ordered by Sergeant Clifton Round~~tree~~ ~~to~~ go to the Huntsville Unit Infirmary to get a backboard ~~becaus~~ng with a gurney because the offender would not assist ~~him~~self to the wheelchair. I then went and got the back~~boar~~d and gurney from the HUI. I placed the gurney outside ~~bott~~om of five building and took the backboard to g line ~~whe~~re at this time the offender was unresponsive but still ~~brea~~thing. The offender was placed on the backboard from the ~~help~~ of several offenders, Sgt. Roundtree, and myself. At that ~~time~~ Sgt. Roundtree called for an ambulance and the offender ~~was~~ moved outside of the cell block. Lieutenant Proctor and ~~M~~s. Quick coIII arrived on the scene. The offender was then ~~carri~~ed out of five building by several offenders, Lieutenant ~~Proc~~tor, Sergeant Roundtree, MS. Quick, and myself. At this ~~time~~ the offender was placed on the gurney and strapped ~~i~~n. The offender was then wheeled to the HUI and at ~~thi~~s time instructed officer Joseph Bondreaux coIII and myself ~~Lie~~utenant proctor to get ice to place on offender Martone. ~~Sho~~rtly after this I went to west yard to assist with getting ambulance inside the unit. I then resumed to my ~~nor~~mal duties.

_Pellis_
_8·9·2011_

ɣ0

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs MSJ Appx. 5385                    OIG- Martone 1590

11-03270
Rogim E
KBS

A-11.1 Attachment C

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Health Services Division
#### Custodial Death Report Information Worksheet

*This form must be completed on all offenders who expire while in the custody of TDCJ*

| | | |
|---|---|---|
| **Offender Name: Martone, Michael** | **TDCJ #: 1395315** | **Facility: Huntsville** |

**Date of Death: 08/08/2011 @ 10:22PM**   **Was Autopsy Conducted?** ☐ Yes   ☐ No

**Provisional Cause of Death**

01 ☐ Illness/Natural (Exclude AIDS-related): _____
02 ☐ Acquired Immune Deficiency Syndrome (AIDS)
03 ☐ Alcohol/Drug Intoxication
04 ☐ Accidental Injury to Self – Describe: _____
05 ☐ Accidental Injury By Other (e.g. positional asphyxiation during cell extraction)
   Describe: _____
06 ☐ Suicide
07 ☐ Homicide committed by other offender(s)
08 ☐ Other Homicide – Specify: _____
09 ☐X Other Causes – Specify: __Heat Stroke on Morbid Obese patient with multiple medical problems__

**Circumstances Surrounding The Offender's Death**

Was the provisional cause of death the result of a pre-existing medical condition or did the offender develop the condition after admission into TDCJ?

01 ☐X Pre-existing medical condition      02 ☐ Developed condition after admission
   1. Intoxication at time of custody:   ☐ Not Intoxicated   ☐ Alcohol Only   ☐ Drugs Only
      ☐ Drugs and Alcohol   ☐X Unknown
   2. Had the offender been receiving treatment by medical/mental health personnel for the medical/mental health condition after admission to your facility?
      • Include only medical/mental health treatment and medication related to the medical condition that caused the offender's death.
      • Exclude emergency care provided at the time of death.
      ☐X Yes – Describe:  Polypharmacy & HTN, HLD, CAD, ASTHMA, SZ & HCV, MORBID
      ☐ No
      a. Had deceased ever previously attempted suicide?   ☐ Yes   ☐ No   ☐X Unknown
      b. Was deceased taking any prescription medication?   ☐X Yes   ☐ No   ☐ Unknown
      c. Did deceased exhibit medical problems prior to death?   ☐X Yes   ☐ No   ☐ Unknown
      d. Did deceased exhibit mental problems prior to death?   ☐ Yes   ☐X No   ☐ Unknown
      e. Is suicide screening utilized at your facility?   ☐X Yes   ☐ No
03 ☐ Not applicable – cause of death was accidental injury, intoxication, suicide, or homicide.

**Complete the following for accidental injury, intoxication, suicide, and homicide deaths *only***

   1. When did this incident occur?
      ☐ Morning (6 am to 11:59 am)
      ☐ Afternoon (Noon to 5:59 pm)
      ☐ Evening (6 pm to 11:59 pm)
      ☐ Overnight (Midnight to 5:59 am)
   2. Where did the incident take place?
      ☐ In the offender's cell   ☐ In a temporary holding area/lockup
      ☐ In a common area within the facility (e.g. yard, library, cafeteria, day room, workshop)
      ☐ Outside the prison   ☐ Elsewhere – Specify: _____

**Name of Facility Medical Representative (*required*):**

**Abbas Khoshdel, MD 08/09/2011**

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5386          OIG- Martone 1591

**Luis A. Sanchez, M.D.**
Chief Medical Examiner



Main: (713) 796-9292
Fax: (713) 796-6844

## Harris County Institute of Forensic Sciences

11-03220
Region 2
K BS

AUTOPSY REPORT

Case No. ML11–2363

August 10, 2011

ON THE BODY OF

*1 3 9 5 3 15*

Michael David Martone
Texas Department of Corrections
Huntsville, Texas

CAUSE OF DEATH:  Hyperthermia

CONTRIBUTORY CONDITION:  Hypertensive and atherosclerotic
cardiovascular disease

MANNER OF DEATH:  Accident

DATE OF DEATH:  August 8, 2011

_____          _____
Brandy Shattuck, M.D.                                MMDDYY
**Forensic Pathology Fellow**

Reviewed by:

RECEIVED

NOV 1 0 2011  Cm

COPIED AND SENT

_____          _____
Merrill O. Hines III, M.D.                        MMDDYY
**Assistant Medical Examiner**

1885 Old Spanish Trail, Houston, Texas 77054-2001
www.hctx.net/ifs
Member Institution of the Texas Medical Center
Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Plaintiffs' MSJ Appx. 5387                                OIG- Martone 1592

11/10/2011  9:44  Remote "D  Imprint ID                                                          3/12

ML11-2363

--2--


POSTMORTEM EXAMINATION ON THE BODY OF

Michael David Martone
Texas Department of Corrections
Huntsville, Texas


HISTORY: This 57 year old white man was transported to Memorial Hermann Texas Medical Center Hospital, via Life Flight, arriving at 9:31 p.m. on August 8, 2011, and was pronounced dead at 10:22 p.m. the same day.

AUTOPSY: The autopsy is performed at the Harris County Institute of Forensic Sciences by Forensic Pathology Fellow Brandy Shattuck, M.D., under the supervision of Assistant Medical Examiner Merrill O. Hines III, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 9:45 a.m. on August 10, 2011.

EXTERNAL APPEARANCE: The body is that of a normally developed, obese man clad in white shorts and white underwear. Within the white body bag are a green blanket and a white blanket.

The body weighs 300 pounds, is 75 inches in length, and appears compatible with the reported age of 57 years. Rigor mortis is not developed in the upper and lower extremities, neck, or jaw. Fixed red-purple lividity is posterior. The body is cool secondary to refrigeration.

The scalp hair is brown intermixed with gray and approximately 1/2 inch in length. There is no facial hair. The irides are brown. The corneae are clear, the conjunctivae are congested, and the sclerae are congested. There are no petechiae. The external auditory canals, nares, and oral cavity are free of foreign material. Purge fluid is in the oral cavity. The nasal septum is palpably intact. The lips are without injury. The lower teeth are natural. The upper teeth are absent.

Examination of the neck reveals no evidence of injury. The abdomen is protuberant.

The extremities have symmetric musculature with no hesitation scars or needle tracks.



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5388                          OIG- Martone 1593

Michael David Martone
ML11-2363
-3-

The external genitalia are those of an adult male with descended testicles. The posterior torso is symmetric.

IDENTIFYING MARKS AND SCARS: There are no scars. Multiple tattoos are present: on the right forearm, a Harley-Davidson logo and dragon; on the right upper arm, a dragon; on the left chest, the phrase "BROWN EYED LADY"; on the left arm, a skull with the name "ROXANNE" underneath; on the left forearm, the word "OUTLAW"; on the left wrist, a flower; on the right leg, a cat; on the right chest, an unidentified symbol; and on the left chest, a flower.

EVIDENCE OF THERAPEUTIC INTERVENTION:   An endotracheal tube is positioned appropriately in the mouth. An intravenous catheter is on the posterior aspect of the right hand. Multiple electrocardiogram adhesive electrode pads are on the anterior chest and torso. Defibrillator pads are on the anterior right chest and lateral left chest. A bandage is in the right antecubital fossa overlying a needle puncture mark with associated ecchymosis.

EVIDENCE OF INJURY: A punctate wound is on the right anterior ankle.

INTERNAL EXAMINATION:

BODY CAVITIES: No adhesions are in any of the body cavities. No abnormal collections of fluids are within the body cavities. All internal organs are in the normal anatomic position. The subcutaneous fat layer of the abdominal wall is 3 inches thick.

HEAD (CENTRAL NERVOUS SYSTEM): The subscalp tissues are free of contusions. The calvaria are unremarkable. The dura mater and falx cerebri are intact. There is no epidural, subdural, or subarachnoid hemorrhage. The 1575 gram brain is normal in shape. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical. The structures at the base of the brain, including cranial nerves and blood vessels, are intact. The cerebral cortical ribbon is well-demarcated from the white matter. The deep nuclei and ventricles have the standard configuration with no lesions. Parasagittal views of the cerebellum and transverse views of the brainstem are unremarkable.

NECK: The strap muscles of the neck are without hemorrhage. The tongue has a single 4 millimeter focus of hemorrhage in the deep musculature, without overlying

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Michael David Martone
ML11-2363
-4-

mucosal injury. The hyoid bone and thyroid and cricoid cartilages are intact. The laryngeal mucosa is tan and glistening with no edema. The epiglottis is thin without edema. The atlanto-occipital articulation is stable. No cervical fractures are palpated.

CARDIOVASCULAR SYSTEM: The 550 gram heart has a smooth, glistening epicardial surface with a moderate amount of epicardial fat. The coronary artery system is normally distributed, has patent ostia and a right-dominant distribution. A yellow eccentric atherosclerotic plaque produces approximately 80-90 percent stenosis of the distal left anterior descending coronary artery. The circumflex and right coronary arteries are patent. The myocardium is red-brown, without pallor or fibrosis. The muscle is diffusely soft. The atrial and ventricular septa are intact. The wall thickness of the left ventricle is 1.7 centimeters, the right ventricle 0.3 centimeter, and the septum 1.7 centimeters. The chambers of the heart are not dilated. The endocardial surfaces are smooth and without hemorrhage. The four cardiac valves are thin, freely mobile, and measure as follows: tricuspid valve 13.5 centimeters, pulmonic valve 8.2 centimeters, mitral valve 11.0 centimeters, and aortic valve 7.5 centimeters.

The aorta and its major branches arise normally and follow their usual distribution, with scattered calcific atherosclerosis throughout. The venae cavae and their major tributaries return to the heart in their usual distribution and are free of thrombi.

RESPIRATORY SYSTEM: The 1200 gram right lung and the 1125 gram left lung have normal lobation. The pleural surfaces are smooth and shiny, with abundant anthracotic pigment deposition. The parenchyma is edematous and congested, without masses or hemorrhage. Cut surfaces exude copious amounts of serosanguineous fluid. The bronchi are unremarkable. The vasculature is without thromboemboli.

HEPATOBILIARY SYSTEM: The 1475 gram liver has a smooth, glistening intact capsule covering a dark red-brown, spongy parenchyma, without focal lesions or visible or palpable fibrosis.

The gallbladder contains greater than 30 milliliters of green-brown, viscous bile; the mucosa is velvety with yellow flecks. The extrahepatic biliary tree is patent, without evidence of calculi.

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Michael David Martone
ML11-2363
-5-

ALIMENTARY SYSTEM:  The esophagus is lined by gray-white, smooth mucosa.  The gastric mucosa exhibits the usual rugal folds and the lumen contains approximately 100 milliliters of red, thin fluid with no alcoholic aromatic odor, granular material or intact pills.   The small intestines, colon, and appendix are unremarkable.   The pancreas has a pink-tan lobulated appearance and the ducts are clear.

GENITOURINARY SYSTEM:  The renal capsules are smooth, thin, and semi-transparent. The underlying cortical surfaces are smooth and pale tan.  The cortices are sharply delineated from the medullary pyramids, which are red-purple to tan and unremarkable.  The calyces, pelves, and ureters are unremarkable.  The right kidney weighs 225 grams and the left kidney weighs 250 grams.

The urinary bladder has no urine; the mucosa is pink-white and congested.  The testes, prostate gland, and seminal vesicles are unremarkable.

RETICULOENDOTHELIAL SYSTEM:  The 275 gram spleen has a smooth, intact capsule covering dark red-purple, soft parenchyma; the white pulp is grossly unremarkable. The regional lymph nodes are not enlarged.

ENDOCRINE SYSTEM:  The thyroid gland has a normal shape and size with a uniform red-brown parenchyma.  The parathyroid glands are inconspicuous.  The adrenal cortices are golden yellow and uniformly thin while the medullae are thin and gray. The pituitary gland is unremarkable.

MUSCULOSKELETAL SYSTEM:  The vertebrae, clavicles, sternum, ribs, and pelvis are without fracture or developmental abnormality.   The musculature is normally distributed; a single 1.6 centimeter focus of intramuscular hemorrhage is in the right forearm near the wrist.  The diaphragm is intact.

TOXICOLOGY:  Blood, vitreous fluid, urine, bile, stomach contents, liver and brain are submitted.

HISTOLOGY:   Representative sections of the heart, lungs, liver, kidney, pancreas, spleen, thyroid, adrenal, subcutaneous right arm hemorrhage, and brain are submitted.

MICROBIOLOGY:  Heart blood is submitted for aerobic and anaerobic cultures.

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

11/10/2011  9:44  Remote ID  Imprint ID                                    7/12

Michael David Martone
ML11-2363
-6-

## PATHOLOGIC DIAGNOSES

I. Hyperthermia
   A. History of weakness and light-headedness per nursing visit on
      August 8, 2011
   B. Witnessed collapse in unit, per report
   C. Wide complex tachycardia and hypotensive with Progression to PEA, per
      EMS run sheet
   D. Bladder temperature of 106.5, per medical records
   E. Unit maximum temperature of 105.3 per Huntsville unit temperature
      log

II. Hypertensive and atherosclerotic cardiovascular disease
   A. Cardiomegaly with concentric left ventricular hypertrophy
   B. Myocyte hypertrophy with associated myocardial fibrosis
   C. 80 percent stenosis, left anterior descending coronary artery
   D. Nephro- and arteriolosclerosis

III. Pulmonary anthracosis with emphysema

IV. Clinical history of seizure disorder treated with Dilantin

V. Clinical history of depression treated with nortriptyline

VI. Early decomposition

VII. Ancillary Studies
   A. Microbiology, non-contributory
      1. Blood cultures: Clostridium sordellii consistent with putrefaction
   B. Toxicology, non-contributory
      1. Postmortem toxicology
         a. Ethanol of 0.03 g/dL in heart blood consistent with early
            decomposition; refer to attached toxicology report
         b. Prescribed medications in postmortem blood sample; refer to
            attached toxicology report
      2. Vitreous electrolytes
         a. Non-contributory; elevated potassium consistent with early
            decomposition; no evidence of dehydration in postmortem
            sample



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5392                          OIG- Martone 1597

11/10/2011  9:44  Remote ID  Imprint ID                                    D 8/12

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2001

Brandy Shattuck, M.D.                                            ML11-2363
Forensic Pathology Fellow

## MICROSCOPIC EXAMINATION

LIVER – Autolysis with background fibrosis.

KIDNEY – Sclerotic glomeruli, arteriolosclerosis, nephrosclerosis.

BRAIN – Perivascular clearing with associated pigment.

LUNGS – Atelectasis, congestion, anthracosis, airspace enlargement with alveolar septal destruction.

HEART – Myocyte hypertrophy with associated interstitial and perivascular fibrosis, bacteria without associated inflammation.

PANCREAS – Autolysis with associated fat necrosis.

THYROID – No histopathologic abnormality.

ADRENAL – No histopathologic abnormality.

SPLEEN – No histopathologic abnormality.

SKIN AND SUBCUTANEOUS HEMORRHAGE – Hyperkeratotic epidermis with underlying intramuscular hemorrhage without associated inflammation.


Brandy Shattuck, M.D.                    MMDDYY
Forensic Pathology Fellow

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

11/10/2011  9:44  Remote ID  Imprint ID                                           9/12

## OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
### JOSEPH A. JACHIMCZYK FORENSIC CENTER
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2098

CASE NO: ML11- 2363          DECEDENT'S NAME: Martone, Michael

DOCTOR'S SIGNATURE:



Hosp
ET
Foley
Cold pack
in pants
(R) hand
IV
(R) antecube
bandage

Livor - post/fixed
Rigor ∅
Eyes Brown
Cryptorchid
peteae
Hair Brown by
1/2 inch
Nails
ø intact

Hosp ID
L wrist
Me ID L
wrist

White pants
White underw
Cream + white
blanket

Tattoo
(R) forearm
Harley
Dragon
(R) arm
Dragon
(L) chest
Brown Eyed Leg
(L) arm Skull
Roxane
(L) forearm
outlaw
(L) wrist Sland

(R) leg 7 dot
(R) knee
(L) left finger
navel
tattoos

Page 1 of 1

Not to scale

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1885 Old Spanish Trail

Houston, Texas 77054-2001

Phone: 713-796-6830 Fax: 713-796-6838

## LABORATORY REPORT

### September 22, 2011

**LABORATORY NUMBER:** ML11-2363

**Deceased: MICHAEL DAVID MARTONE**

**Submitted By:**
Brandy Shattuck, M.D.

Forensic Pathology Fellow

Harris County Institute of Forensic Sciences
1885 Old Spanish Trail
Houston, TX 77054

**Agency Number:** ML11-2363

**Submission Date:** August 10, 2011

---

### Specimen: Blood (heart)

| Analyte | Result | Analytical Method |
|---|---|---|
| Ethanol | 0.03 g/dL | Headspace GC |
| Nortriptyline | Presumptive positive | GC/MS |

### Specimen: Vitreous Humor

| Analyte | Result | Analytical Method |
|---|---|---|
| Chloride | 104 mEq/L | Ion Selective Electrode |
| Creatinine | 0.9 mg/dL | Spectrophotometric |
| Glucose | 21 mg/dL | Spectrophotometric |
| Potassium | 12.0 mEq/L | Ion Selective Electrode |
| Sodium | 139 mEq/L | Ion Selective Electrode |
| Urea Nitrogen | 11 mg/dL | Spectrophotometric |

### Specimen: Bile

| Analyte | Result | Analytical Method |
|---|---|---|
| Ethanol, Methanol, Isopropanol, Acetone | None Detected | Headspace GC |

### Specimen: Blood (heart)

| Analyte | Result | Analytical Method |
|---|---|---|
| 7-aminoclonazepam | None Detected | LC/MS/MS |
| Acetone, Methanol, Isopropanol | None Detected | Headspace GC |
| Alprazolam | None Detected | LC/MS/MS |
| Amphetamine | None Detected | Immunoassay |
| Barbiturates | None Detected | Immunoassay |
| Clonazepam | None Detected | LC/MS/MS |
| Cocaine Metabolite | None Detected | Immunoassay |
| Desalkylflurazepam | None Detected | LC/MS/MS |
| Diazepam | None Detected | LC/MS/MS |
| Lorazepam | None Detected | LC/MS/MS |
| Marijuana Metabolite | None Detected | Immunoassay |
| Methadone | None Detected | Immunoassay |
| Methamphetamine | None Detected | Immunoassay |
| Nordiazepam | None Detected | LC/MS/MS |

Medical Examiner's Initial [illegible]

Unless otherwise requested, toxicology specimens will be discarded one year after date of receipt.

This Laboratory is Accredited by ASCLD/LAB-*International* and ABFT.

Page 1 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5395

OIG- Martone 1600



11/10/2011  9:44  Remote ID  Imprint ID                                                          11/12

**LABORATORY NUMBER:  ML11-2363**              **DATE:  September 22, 2011**

Specimen: Blood (heart)

| Analyte | Result | Analytical Method |
|---|---|---|
| Opiates | None Detected | Immunoassay |
| Other Standard Basic Drugs | None Detected | GC/MS |
| Oxazepam | None Detected | LC/MS/MS |
| Phencyclidine | None Detected | Immunoassay |
| Temazepam | None Detected | LC/MS/MS |
| Triazolam | None Detected | LC/MS/MS |

Specimen: Vitreous Humor

| Analyte | Result | Analytical Method |
|---|---|---|
| Ethanol, Methanol, Isopropanol, Acetone | None Detected | Headspace GC |
| Ketones | None Detected | Color Test |

INSTITUTE OF FORENSIC SCIENCES

SEP. 2 2 2011
RECEIVED
RECORDS CUSTODIAN _____

*F. Guale*

Fessessework Guale, DVM, D-ABVT, FTS-ABFT
Assistant Chief Toxicologist
September 20, 2011

*Ashraf Mozayani*

Ashraf Mozayani, Ph.D., D-ABFT,
Chief Toxicologist
September 22, 2011

Medical Examiner's Initial _____

Unless otherwise requested, toxicology specimens will be discarded one year after date of receipt.
This Laboratory is Accredited by ASCLD/LAB-*International* and ABFT.                    Page 2 of 2

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5396                                  OIG- Martone 1601

11/10/2011  9:44  Remote ID  Imprint ID                                    D 12/12

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1885 Old Spanish Trail
Houston, Texas 77054-2001
Phone: 713-796-6830 Fax: 713-796-6838

## LABORATORY SUPPLEMENTAL REPORT

October 24, 2011

**LABORATORY NUMBER:** ML11-2363

**Deceased:** MICHAEL DAVID MARTONE

**Submitted By:**

Brandy Shattuck, M.D.
Forensic Pathology Fellow

Harris County Institute of Forensic Sciences
1885 Old Spanish Trail
Houston, TX 77054

**Agency Number:** ML11-2363

**Submission Date:** August 10, 2011

### Specimen: Blood (heart)

| Analyte | Result | Analytical Method |
|---|---|---|
| Nortriptyline | 1.1 mg/L | GC/MS |
| Phenytoin | 6.2 mg/L | GC/MS |

### Specimen: Stomach Contents

| Analyte | Result | Analytical Method |
|---|---|---|
| Nortriptyline | 3.0 mg/L | GC/MS |

### Specimen: Blood (heart)

| Analyte | Result | Analytical Method |
|---|---|---|
| Amitriptyline | None Detected | GC/MS |

### Specimen: Stomach Contents

| Analyte | Result | Analytical Method |
|---|---|---|
| Amitriptyline | None Detected | GC/MS |

INSTITUTE OF FORENSIC SCIENCES

OCT 2 5 2011

RECEIVED
RECORDS CUSTODIAN _mB_

Lynn DeCuir, B.S., T.C. (N.R.C.C.), FTS-ABFT
Toxicologist
October 22, 2011

Jeff Walterscheid, Ph.D., D-ABFT
Assistant Chief Toxicologist
October 24, 2011

Medical Examiner's Initial

Unless otherwise requested, toxicology specimens will be discarded one year after date of receipt.
This Laboratory is Accredited by ASCLD/LAB-*International* and ABFT.

Page 1 of 1

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5397

OIG- Martone 1602

5127767137                                             11:55:34 a.m.   04-11-2013   3/3

# AMENDMENT TO MEDICAL CERTIFICATION OF CERTIFICATE OF DEATH

**STATE OF TEXAS**                                     STATE FILE NUMBER  142-11-103310

### ENTER NAME OF DECEASED AND PLACE OF DEATH EXACTLY AS SHOWN ON THE ORIGINAL DEATH CERTIFICATE

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | DATE OF DEATH |
|---|---|
| MICHAEL DAVID MARTONE | 08/08/2011 |

| PLACE OF DEATH (CITY OR TOWN AND COUNTY) | IS THE DATE OF DEATH BEING CORRECTED? |
|---|---|
| HERMANN MEMORIAL HOSPITAL, HOUSTON, HARRIS | ☐ Yes  ☒ No |

26. CERTIFIER (Check only one)

☐ Certifying physician.To the best of my knowledge, death occurred due to the cause(s) and manner stated.

☒ Medical Examiner/Justice of the Peace. On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER: | 28. DATE CERTIFIED (Mo/Day/Yr) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| MERRILL O. HINES III, M.D. , BY ELECTRONIC SIGNATURE | 11/10/2011 | M4159 | 10:22 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| MERRILL O. HINES III, M.D.  1885 OLD SPANISH TRAIL, HOUSTON, TX 77054-2098 | ASST. MED. EXAM |

COPY

33. PART 1. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER
TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE
ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON A EACH.

Approximate interval
Onset to death

IMMEDIATE CAUSE (Final
disease or condition ------>
resulting in death)    a. HYPERTHERMIA

Due to (or as a consequence of)

Sequentially list conditions,
if any, leading to the cause
listed on line a. Enter the
UNDERLYING CAUSE
(disease or injury that
initiated the events resulting
in death) LAST.    b.

Due to (or as a consequence of)

c.

Due to (or as a consequence of)

d.

34. WAS AN AUTOPSY PERFORMED?
☒ Yes  ☐ No

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH  BUT NOT RESULTING IN THE UNDERLYING
CAUSE GIVEN IN PART 1.

35. WERE AUTOPSY FINDINGS AVAILABLE TO
COMPLETE THE CAUSE OF DEATH?  ☒ Yes  ☐ No

HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year | ☐ Driver/Operator |
| ☒ Accident | ☐ No | ☐ Pregnant at time of death | ☐ Passenger |
| ☐ Suicide | ☒ Probably | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Pedestrian |
| ☐ Homicide | ☐ Unknown | ☐ Not pregnant, but pregnant 43 days to one year before death | ☐ Other (Specify) |
| ☐ Pending Investigation | | ☐ Unknown if pregnant within the past year | |
| ☐ Could not be determined | | | |

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| 08/08/2011 | 08:00 PM | ☐ Yes  ☒ No | UNIT JAIL |

| 40e. LOCATION (Street and Number, City,State,Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| 815 12TH STREET, HUNTSVILLE, TX 77348 | WALKER |

41. DESCRIBE HOW INJURY OCCURRED

ENVIRONMENTAL HEAT EXPOSURE

| 42a. REGISTRAR FILE NO.: | 42b. DATE FILED | 42c. STATE REGISTRAR |
|---|---|---|
| 0212666 | 11/10/2011 | *Geraldine N. Harris* |

EDR  000001002358

VS-174 REV 1/2006

WARNING
The penalty for knowingly making a false statement in this form can be 2-10 years in prison and
a fine up to $10,000. (Health and Safety Code, Sec. 195.1899)

CAUSE OF DEATH

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5398                              OIG- Martone 1603



'5127767137                                                          11:54:57 a.m.   04-11-2013        2/3

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
AUG 24 2011

**STATE OF TEXAS**          **CERTIFICATE OF DEATH**          **STATE FILE NUMBER** 142-11-103310

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | (Maiden) | 2. DATE OF DEATH - ACTUAL OR PRESUMED |
|---|---|---|---|
| MICHAEL DAVID MARTONE | | | 03/08/2011 |

| 3. SEX | 4. DATE OF BIRTH | 5. AGE–Last Birthday (Years) | IF UNDER 1 YR | IF UNDER 1 DAY | 6. BIRTHPLACE (City & State of Foreign Country) |
|---|---|---|---|---|---|
| MALE | 07/07/1954 | 57 | Mo | Days | Hours | Min | MIAMI, FL |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|---|
| | ☒ Married  ☐ Widowed  ☐ Divorced  ☐ Never Married  ☐ Unknown | DEBRA MACKIN |

| 10a. RESIDENCE STREET ADDRESS | | 10b. APT. NO. | 10c. CITY OR TOWN |
|---|---|---|---|
| 815 12TH STREET | | | HUNTSVILLE |

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| WALKER | TEXAS | 77348 | ☒ Yes  ☐ No |

| 11. FATHER'S NAME | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| RALPH MARTONE | JOAN GASCOINGE |

13. PLACE OF DEATH (CHECK ONLY ONE)

IF DEATH OCCURRED IN A HOSPITAL:  ☐ Inpatient  ☒ ER/Outpatient  ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:  ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| HARRIS | HOUSTON, 77024 | HERMANN MEMORIAL HOSPITAL |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISON - LISA A. D'CUNHA | 262 FM 3478 SUITE B, HUNTSVILLE, TX 77320 |

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21 ☒ Unknown |
|---|---|---|
| ☐ Burial  ☒ Cremation  ☐ Donation | | Section ____ |
| ☐ Entombment  ☐ Removal from state | | Block ____ |
| ☐ Other (Specify) | PHILLIP E BUSH , BY ELECTRONIC SIGNATURE - 113653 | Lot ____ |

| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) | Space ____ |
|---|---|---|
| CREMATE TEXAS CREMATORY | SOUTH HOUSTON, TX | |

| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
|---|---|
| CARNES - TDCJ | 3100 GULF FREEWAY, TEXAS CITY, TX 77591 |

26. CERTIFIER (Check only one)
☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (Mo/Day/Yr) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
|---|---|---|---|
| MERRILL O. HINES III, M.D. , BY ELECTRONIC SIGNATURE | 08/15/2011 | M4159 | 10:22 PM |

| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| MERRILL O. HINES III, M.D., 1885 OLD SPANISH TRAIL, HOUSTON, TX 77054-2098 | ASST. MED. EXAM |

33. PART 1. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH

Approximate interval Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a  PENDING

Due to (or as a consequence of):

Sequentially list conditions if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

b ____  Due to (or as a consequence of):

c ____  Due to (or as a consequence of):

d ____

34. PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH, BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1.

| 34. WAS AN AUTOPSY PERFORMED? | ☒ Yes  ☐ No |
|---|---|
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | ☒ Yes  ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY |
|---|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year | SPECIFY: |
| ☐ Accident | ☐ No | ☐ Pregnant at time of death | ☐ Driver/Operator |
| ☐ Suicide | | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Passenger |
| ☐ Homicide | ☒ Unknown | ☐ Not pregnant, but pregnant 43 days to 1 year before death | ☐ Pedestrian |
| ☒ Pending Investigation | | ☐ Unknown if pregnant within the past year | ☐ Other (Specify) |
| ☐ Could not be determined | | | |

| 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|
| | | ☐ Yes  ☐ No | |

| 40e. LOCATION (Street and Number, City State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|
| | |

41. DESCRIBE HOW INJURY OCCURRED

| 42a. DATE FILE NO | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 0212666 | 08/24/2011 | REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED |

EDR NUMBER  000001002358

*(left margin, vertical text)* TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS UNIT

*(left margin, vertical text)* WARNING: The penalty for knowingly making a false statement on this form can be a 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195, 1989)

*(left margin)* CAUSE OF DEATH

VS-112 REV 1/2006

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5399                    OIG- Martone 1604

13.2

## Admission Summary

| MARTONE, Michael David (W) | 1395315 | INTOX MANSLAUGHTER DDLY WPN | 25Y | IIC | NV 12 | Yes |
|---|---|---|---|---|---|---|
| Name | Number | Offense | Sent. | Class | Ed. | Plea |

| 12/30/2028 | 12/30/2028 | ┄ ┄ ┄ ┄ ┄ ┄ | Not Tested 87 | 52 | ███ | 11/10/2006 RJ /tjs | Methodist |
|---|---|---|---|---|---|---|---|
| Max Expir | Minimum Expiration | | E.A./I.Q. | Age | DOB | Int./By | Religion |

| Harris | | | 03/14/2003 | 10/26/2006 |
|---|---|---|---|---|
| | COUNTY | | Sent. Beg. | Date Received |

Charter Boat Captain

| EMPLOYMENT |
|---|

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 2-1REV | | 70th/72nd/73rd LEGISLATURE - NON-MANDATORY SUPERVISION PROSPECT |
| Jails | 18 | | DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433 |
| Refty | | | NOT ELIGIBLE FOR SB 1167 PER TDCJ-ID BOARD POLICY |
| Det Hosp | | | CALC. PAROLE ELIG. ON CALENDAR TIME |
| Det Home | | | L1 EFF: 03/14/2003   W EFF: 03/14/2003 |
| St Trans | | | |
| St Jail | | | 12-04-06 HV UCC (01) L1/G2 LAUNDRY |
| SubA TF | | | |
| | | | 6-1-07 HV UCC (11) REMAIN G2 |
| TDCJ-ID | 1 | | |
| | | | 3-21-08 HV UCC (05) APPROVE ONE TIME CONTACT 10/# DISAPPROVE CONTACT VISIT |
| O/Pris | 2 | | |
| | | | 5-28-08 HV UCC (06) PROMOTE S3 |

MARTONE,
Michael David
# 1395315

ALL POSTINGS (Cont'd.)

| Transfers and Assignments |
|---|
| Date | Place | Work |
|---|---|---|

INTOX MANSLAUGHTER DDLY WPN (1) (25Y)

ILLNESS, INJURY OR DEATH - NOTIFY
Roxanne Martone (DAU)
2409 Willow Trail, Deer Park, TX   (713-231-4343)

RACE: WHITE                 SEX: MALE      HEIGHT: 06'01"    WEIGHT: 270

COMPLEXION: RUDDY                    EYES: BRO       HAIR: BRO

NATIVITY: Miami, Dade Co., FL                            MARKS and SCARS:
CUT SCAR UNDER CHIN, OPER SCAR FRNT LFT LEG, TAT DEBRA/1029-86/KATY MY
BROWN EYED LADY UPR LFT/RT CHEST, OTHER TATS AND SCARS

DETAINERS:

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5400                                    OIG- Martone 1605

MARTONE,
Michael David
#1395315

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |

## SUMMARY:

Reports indicate 24 arrests involving 1 violent offense--24M adult prob Brazoria Co. 1994 for DWI (revoked to Co. Jail, time served, NOT VERIFIED)--3Y adult prob Columbus, GA 1994 for Forg and Utter US Treasury Check (claims completed, NOT VERIFIED)--XX/ FL State Penitentiary #066525, 15Y sentence for 2 counts of BURG, GRAND THEFT, and 2 counts of GRAND LARCENY, confined to FL State Penitentiary, Lantana, FL, began sentence 1978, maintained clear record, claims rel'd and disch during 1984 (NOT VERIFIED)--X/ FL State Penitentiary # unk, Reception Center, Lake Butler, FL, 2Y sentence for BURG HABIT, confined IM, maintained clear record, transferred Lantana Corr Facility, Lantana, FL, confined 1 1/2Y, parole 10/1986 and claims disch sentence 07/1987 (NOT VERIFIED)--X/ TDCJ-CID #895608, 6Y sentence from Brazoria Co. for 2 counts of FRAUD, 11/29/1999 rec'd NF, 12/06/1999 transferred DU as JD transient, 01/19/2000 transferred HV L1 (min-in), 01/20/2000 asgn CV, 04/04/2000 transferred WR (IPTC) (min-in), 05/07/2000 transferred and asgn JM, 05/11/2000 asgn WR medical release, 01/09/2001 rel'd parole Harris Co., 09/11/2004 disch sentence--as present TDCJ-CID #1395315, rec'd NF 10/26/2006, maintained clear record--claims contact w/ wife, 3 children and 1 half sibling--claims parents deceased--claims 2 marital failures w/ 2 children involved--claims married--refer to D&E Classification Summary--AKA: Capparrelli, Larry; Martone, Michael David--

## PRESENT OFFENSE SUMMARY:

The current offense of INTOXICATED MANSLAUGHTER WITH DEADLY WEAPON involves the subject on 12/20/2002, in Webster, Texas, during the daytime, observed by a witness driving his vehicle from lane to lane nearly side swiping several vehicles on the roadway. The subject lost control of his vehicle and struck a grassy medium, hitting a 41 year old Hispanic female victim (Marlene Gandres) with his vehicle, throwing the victim in the air and the victim struck the subject's windshield killing her instantly. The victim was picking up trash when the subject committed the offense. The subject had a blood test which revealed 0.39 ........ of methadone, 0.10 grams of cocaine and 0.99 milligrams of benzoylecgonine in h' ......... The subject was arrested on the scene by police and pla ..........                                    $20,000 bond (VERIFIED).



352.1

HV
741

142

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5401                    OIG- Martone 1606

MARTONE,
Michael David
#1395315

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

**SUMMARY:**

Reports indicate 24 arrests involving 1 violent offense--24M adult prob Brazoria Co. 1994 for DWI (revoked to Co. Jail, time served, NOT VERIFIED)--3Y adult prob Columbus, GA 1994 for Forg and Utter US Treasury Check (claims completed, NOT VERIFIED)--XX/ FL State Penitentiary #066525, 15Y sentence for 2 counts of BURG, GRAND THEFT, and 2 counts of GRAND LARCENY, confined to FL State Penitentiary, Lantana, FL, began sentence 1978, maintained clear record, claims rel'd and disch during 1984 (NOT VERIFIED)--X/ FL State Penitentiary # unk, Reception Center, Lake Butler, FL, 2Y sentence for BURG HABIT, confined 1M, maintained clear record, transferred Lantana Corr Facility, Lantana, FL, confined 1 1/2Y, parole 10/1986 and claims disch sentence 07/1987 (NOT VERIFIED)--X/ TDCJ-CID #895608, 6Y sentence from Brazoria Co. for 2 counts of FRAUD, 11/29/1999 rec'd NF, 12/06/1999 transferred DU as ID transient, 01/19/2000 transferred HV L1 (min-in), 01/20/2000 asgn CV, 04/04/2000 transferred WR (IPTC) (min-in), 05/07/2000 transferred and asgn JM, 05/11/2000 asgn WR medical release, 01/09/2001 rel'd parole Harris Co., 09/11/2004 disch sentence--as present TDCJ-CID #1395315, rec'd NF 10/26/2006, maintained clear record--claims contact w/ wife, 3 children and 1 half sibling--claims parents deceased--claims 2 marital failures w/ 2 children involved--claims married--refer to D&E Classification Summary--AKA: Capparrelli, Larry; Mantone, Michael David--

**PRESENT OFFENSE SUMMARY:**

The current offense of INTOXICATED MANSLAUGHTER WITH DEADLY WEAPON involves the subject on 12/20/2002, in Webster, Texas, during the daytime, observed by a witness driving his vehicle from lane to lane nearly side swiping several vehicles on the roadway. The subject lost control of his vehicle and struck a grassy medium, hitting a 41 year old Hispanic female victim (Marlene Gandres) with his vehicle, throwing the victim in the air and the victim struck the subject's windshield killing her instantly. The victim was picking up trash when the subject committed the offense. The subject had a blood test which revealed 0.39 milligrams of methadone, 0.10 grams of cocaine and 0.99 milligrams of benzoylecgonine in his blood system and in his body. The subject was arrested on the scene by police and placed in the Harris County Jail, where he was unable to post a $20,000 bond (VERIFIED).

SID #: 05278182
FBI #: 236015M11
SSN #: ███████
DL #: ███████

OIG- Martone 1607

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED


11-03220 Martone
#1395315 HV 001


11-03220 Martone
#1395315 HV 002


11-03220 Martone
#1395315 HV 003


11-03220 Martone
#1395315 HV 004


11-03220 Martone
#1395315 HV 005


11-03220 Martone
#1395315 HV 006


11-03220 Martone
#1395315 HV 007


11-03220 Martone
#1395315 HV 008


11-03220 Martone
#1395315 HV 009


11-03220 Martone
#1395315 HV 010


11-03220 Martone
#1395315 HV 011


11-03220 Martone
#1395315 HV 012



Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Plaintiffs' MSJ Appx. 5403

OIG- Martone 1608

✱ Not a seg area – Used for security checks only

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *Daily Activity Log*

### I. HOUSING AREA

*Instructions:* A *separate* form is to be completed for each status. On the left, enter the date and location information. Place a ✓ in the blank beside the appropriate status and complete additional information for Management Status and Lockdowns. (NOTE: Refer to appropriate Directive or Plan [noted in brackets] for required activities.)

Date: 8-8-11

Unit: HV

Cellblock/Pod: G

Row/Section: 1 & 2

☐ Administrative Segregation   *[Ad Seg Plan]*
☐ Solitary   *[Ad-03.53]*
☐ Management Status (_____ Ad Seg: _____ Solitary)   *[Ad-03.80]*
☐ Lockdown (Incident # _____ ; Week # ___ ; # of Offenders _____ )   *[AD-03.31]*

### II. ROUTINE ACTIVITIES

| | Time Start | Time Finish | IF OFFENDER(S) DID NOT RECEIVE, NOTE EXCEPTIONS (*Instructions:* For Ad.Seg, Solitary, or Management Status – use cell number; for Lockdown Status –use offender number.) | Officer (Print last name; Sign initials) |
|---|---|---|---|---|
| Breakfast (B) | | | | |
| Lunch (L) | | | | |
| Supper (S) | | | | |
| Showers | | | | |
| Recreation | | | | |
| Necessities | | | | |

### III. CELL CLEANLINESS INSPECTIONS

NOTE VIOLATIONS

Time of Inspection:

(*Instructions:* For Ad Seg, Solitary, or Management Status – note by cell number; for Lockdown Status – note using offender number.)

B = Bunk (used for intended purpose, no clutter, etc.)

C = Cell front (uncovered, unobstructed, etc.)

F = Floor (clean, uncluttered, etc.)

N = Necessities (unaltered, clean, etc.)

P = Properly (not altered; properly stored; no excess)

Inspected by:

T = Toilet (clean, not plugged, etc.)

W = Walls/Windows (uncovered, clean, nothing posted, etc.)

### IV. SECURITY CHECKS *(If additional space is needed, record in Section V.)*

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:01 A to 8:00 A | Time | 0005 | 0035 | 0101 | 0134 | 0206 | 0231 | 0303 | 0335 | 0403 | 0432 | 0504 | 0534 | 0602 | 0631 | 0702 | 0729 |
| | Initial | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | RG | AKT | AKT | AKT | AKT |
| 8:01 A to 4:00 P | Time | 0801 | 0832 | 0900 | 0931 | 1001 | 1027 | 1105 | 1130 | 1202 | 1228 | 1352 | 1327 | 1400 | 1430 | 1520 | 1550 |
| | Initial | AKT | AKT | AKT | AKT | AKT | ART | ART | AKT | AKT | AKT | JC | JC | JC | JC | | |
| 4:01 A to 12 Mid | Time | 1600 | 1632 | 1715 | 1745 | 1800 | 1837 | 1910 | 1945 | 2001 | 2032 | 2100 | 2130 | 2200 | 2228 | 2306 | 2333 |
| | Initial | JC | JC | JC | JC | JC | JC | JC | JC | JC | JC | GL | BLW | GL | GL | | |

| | Time | Name |
|---|---|---|
| Supervisor Checks | 0900 | Sgt. C. Linn |
| | | Sgt. C. Linn |

Copy of OIG case to Litigation Support on 09.19.2014 by pg.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

NOTE: Record "Cell Block Activities" (S) in Section V of the form.

Plaintiffs' MSJ Appx. 5404

OIG- Martone 1609

# HUI OFFENDER SIGN IN/ SIGN OUT LOG

| DATE | OFFENDER NAME | TDCJ# | HOUSING | DESTINATION | TIME IN | TIME OUT | OFFICER |
|------|---------------|-------|---------|-------------|---------|----------|---------|
| 8-8-11 | Shoemake | 803467 | A5-8T | CID | 1350 | 1405 | Darby |
| 8-8-11 | Smith | 1360351 | J2-11T | CID | 1356 | 1405 | Darby |
| 8-8-11 | Nguyen | 1583324 | J2-19B | CID | 1406 | 1420 | Darby |
| 8-8-11 | Simpson | 559013 | D2-16.3 | CID | 1406 | 1421 | Darby |
| 8-8-11 | Cheatham | 675400 | K2-2B | CID | 1407 | 1420 | Darby |
| 8-8-11 | Morales | 1249660 | G218T | CID | 1410 | 1421 | Darby |
| 8-8-11 | McKay | 62092 | B2-7B | CID | 1411 | 1420 | Darby |
| 8-8-11 | Ortiz | 679924 | I1-7T | CID | 1411 | 1422 | Darby |
| 8-8-11 | Phillips | 1654006 | A3-5T | CID | 1415 | 1422 | Darby |
| 8-8-11 | Rogers | 489719 | B1-17T | CID | 1420 | 1424 | Darby |
| 8-8-11 | Rogers | 1653911 | F2-23B | CID | 1424 | 1426 | Darby |
| 8-8-11 | Layman | 1516271 | GTO-9B | CID | 1425 | 1444 | Darby |
| 8-8-11 | Petty | 1655276 | A-3-9 | CID | 1430 | 1440 | Darby |
| 8-8-11 | Hernandez | 114853 | F1-5 | Nurse | 1446 | 1530 | Darby |
| 8-8-11 | Quion | 430339 | D3-12B | Nurse | 1505 | 1525 | Darby |
| 8-8-11 | Petton | 126624 | I2-15T | DOT | 1506 | 1518 | Darby |
| 8-8-11 | Carbajal | 1248161 | J1-15B | DOT | 1507 | 1530 | Darby |
| 8-8-11 | Lempar | 1284244 | F1-9 | Nurse | 1520 | 1545 | Darby |
| 8-8-11 | McCulley | 1573041 | I1-5 | Nurse | 1550 | 1552 | Darby |
| 8-8-11 | Santiago | 1661591 | K2-17B | Nurse | 1555 | 1845 | Darby |
| 8-8-11 | Garcia | 1358420 | J1-4T | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Ebnida | 534873 | H22B3 | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Latora | 1453749 | G1-3B | DOT | 1555 | 1845 | Darby |
| 8-8-11 | Lowe | 1711896 | P1-13B | Insulin | 1650 | 1859 | Darby |
| 8-8-11 | Alvarez | 1723403 | E1-18 | Meds | 1710 | 1800 | Darby |
| 8-8-11 | Huff | 1658722 | O2-9B | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Williams | 1478822 | O2-4B | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Randall | 679486 | O1-6 | Insulin | 1729 | 1735 | Darby |
| 8-8-11 | Garcia | 163937 | N1-7 | Insulin | 1729 | 1738 | Darby |
| 8-8-11 | Belmarez | 1636567 | N1-23 | Insulin | 1800 | 1807 | Darby |
| 8-8-11 | Venzant | 1441050 | N2-22B | Insulin | 1800 | 1808 | Darby |
| 8-8-11 | Ivy | 1607105 | N1-5B | Insulin | 1800 | 1810 | Darby |
| 8-8-11 | Dominguez | 146452 | N1-7B | Insulin | 1801 | 1810 | Darby |
| 8-8-11 | Hinds | 1633179 | N1-7B | Insulin | 1801 | 1810 | Darby |
| 8-8-11 | Smith | 606753 | M1-4B | Insulin | 1802 | 1815 | Darby |
| 8-8-11 | Love | 1653336 | M2-5B | Insulin | 1802 | 1824 | Darby |
| 8-8-11 | Peterson | 1427571 | M1-8B | Insulin | 1803 | 1820 | Darby |
| 8-8-11 | Rocha | 152495 | M1-21B | Insulin | 1803 | 1824 | Darby |
| 8-8-11 | Sheppard | 1086327 | M1-23B | Insulin | 1804 | 1830 | Darby |
| 8-8-11 | Shorts | 1636689 | M2-4B | Insulin | 1804 | 1830 | Darby |
| 8-8-11 | Martone | 1395315 | E1-4 | Insulin | 1821 | 1845 | Darby |

Per Warden Lewis this log is to be turned in at the end of each day

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5405

OIG- Martone 1610

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: _Huntsville_

Mon 8-8-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81° | 75% | 85 | Gambrell |
| 7:30 a.m. | 84.0 | 71% | 85 | Greeno |
| 8:30 a.m. | 86.4 | 65% | 90 | Greeno |
| 9:30 a.m. | 87.4 | 57% | 90 | Greeno |
| 10:30 a.m. | 93.0 | 46% | 93 | Greeno |
| 11:30 a.m. | 95.2 | 40% | 101 | Greeno |
| 12:30 p.m. | 97.2 | 35% | 96 | Gambrell |
| 1:30 a.m. | 100.6 | 25% | 99 | Greeno |
| 2:30 p.m. | 101.7 | 20% | 99 | Greeno |
| 3:30 p.m. | 104.4 | 20% | 105 | Greeno |
| 4:30 p.m. | 104.4 | 20% | ** 105 | B. Thomas |
| 5:30 p.m. | 105.3 | 20% | ※ 105 | B. Thomas |
| 6:30 p.m. | 102.9 | 20% | 99 | B. Thomas |

Copy of OIG case to Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Martone 1611

18

www.srh.noaa.gov



**Weather observations for the past three days**

# Huntsville Municipal Airport

Enter Your "City, ST" or zip code [          ] [ Go ]



en español

| D a t e | Time (cdt) | Wind (mph) | Vis. (mi.) | Weather | Sky Cond. | Temperature (°F) | | | | Pressure | | Precipitation (in.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Air | Dwpt | 6 hour Max. | 6 hour Min. | altimeter (in.) | sea level (mb) | 1 hr | 3 hr | 6 hr |
| 09 | 07:53 | S 8 | 10.00 | Mostly Cloudy | BKN008 | 80 | 77 | | | 29.87 | 1010.9 | | | |
| 09 | 06:53 | S 9 | 10.00 | A Few Clouds | FEW020 | 79 | 76 | 82 | 79 | 29.85 | 1010.1 | | | |
| 09 | 05:53 | SW 3 | 10.00 | Overcast | FEW013 OVC022 | 80 | 76 | | | 29.85 | 1010.1 | | | |
| 09 | 04:53 | S 5 | 10.00 | Mostly Cloudy | BKN013 | 80 | 76 | | | 29.84 | 1009.9 | | | |
| 09 | 03:53 | S 8 | 10.00 | Fair | CLR | 81 | 76 | | | 29.84 | 1009.8 | | | |
| 09 | 02:53 | S 13 G 20 | 10.00 | A Few Clouds | FEW017 | 82 | 76 | | | 29.85 | 1010.0 | | | |
| 09 | 01:53 | S 12 | 10.00 | Fair | CLR | 82 | 75 | | | 29.85 | 1010.0 | | | |
| 09 | 00:53 | S 12 G 18 | 10.00 | Fair | CLR | 84 | 73 | 101 | 84 | 29.85 | 1010.1 | | | |
| 08 | 23:53 | S 12 | 10.00 | Fair | CLR | 85 | 72 | | | 29.83 | 1009.5 | | | |
| 08 | 22:53 | S 14 G 23 | 10.00 | Fair | CLR | 88 | 71 | | | 29.82 | 1009.0 | | | |
| 08 | 21:53 | S 12 G 22 | 10.00 | Fair | CLR | 91 | 69 | | | 29.78 | 1007.7 | | | |
| 08 | 20:53 | S 9 | 10.00 | Fair | CLR | 95 | 65 | | | 29.76 | 1007.1 | | | |
| 08 | 19:53 | S 12 G 17 | 10.00 | Fair | CLR | 98 | 64 | | | 29.75 | 1006.8 | | | |
| 08 | 18:53 | S 10 G 21 | 10.00 | Fair | CLR | 101 | 64 | 104 | 96 | 29.75 | 1006.7 | | | |
| 08 | 17:53 | S 7 G 16 | 10.00 | A Few Clouds | FEW085 | 102 | 64 | | | 29.76 | 1006.9 | | | |
| 08 | 16:53 | S 5 G 20 | 10.00 | A Few Clouds | FEW080 | 103 | 63 | | | 29.76 | 1007.2 | | | |
| 08 | 15:53 | S 10 G 20 | 10.00 | Partly Cloudy | SCT080 | 102 | 64 | | | 29.79 | 1007.9 | | | |
| 08 | 14:53 | S 10 G 16 | 10.00 | Fair | CLR | 101 | 64 | | | 29.81 | 1008.9 | | | |
| 08 | 13:53 | SW 10 G 20 | 10.00 | Fair | CLR | 99 | 66 | | | 29.85 | 1010.0 | | | |
| 08 | 12:53 | S 12 G 18 | 10.00 | A Few Clouds | FEW055 | 97 | 68 | 97 | 79 | 29.87 | 1010.8 | | | |
| 08 | 11:53 | SW 9 G 18 | 10.00 | Partly Cloudy | SCT048 | 95 | 70 | | | 29.90 | 1011.9 | | | |
| 08 | 10:53 | SW 8 G 20 | 10.00 | A Few Clouds | FEW034 | 91 | 72 | | | 29.91 | 1012.3 | | | |
| 08 | 09:53 | S 14 G 21 | 10.00 | A Few Clouds | FEW027 | 88 | 74 | | | 29.91 | 1012.2 | | | |
| 08 | 08:53 | S 10 | 10.00 | Mostly Cloudy | BKN015 | 85 | 76 | | | 29.92 | 1012.0 | | | |
| 08 | 07:53 | S 8 | 10.00 | A Few Clouds | FEW022 | 81 | 76 | | | 29.90 | 1012.0 | | | |
| 08 | 06:53 | S 7 | 10.00 | A Few Clouds | FEW014 | 79 | 76 | 85 | 79 | 29.89 | 1011.6 | | | |
| 08 | 05:53 | S 6 | 10.00 | Fair | CLR | 80 | 76 | | | 29.90 | 1011.7 | | | |
| 08 | 04:53 | S 6 | 10.00 | Fair | CLR | 81 | 76 | | | 29.88 | 1011.2 | | | |
| 08 | 03:53 | S 8 | 10.00 | Partly Cloudy | SCT015 | 81 | 76 | | | 29.88 | 1011.1 | | | |
| 08 | 02:53 | S 10 G 17 | 10.00 | Fair | CLR | 82 | 75 | | | 29.88 | 1011.1 | | | |
| 08 | 01:53 | S 13 G 21 | 10.00 | Fair | CLR | 83 | 73 | | | 29.89 | 1011.3 | | | |
| 08 | 00:53 | S 9 | 10.00 | Fair | CLR | 85 | 71 | 101 | 85 | 29.88 | 1011.2 | | | |
| 07 | 23:53 | S 10 | 10.00 | Fair | CLR | 88 | 72 | | | 29.88 | 1011.1 | | | |



Copy of OIG case for Litigation Support on 09.19.2014 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5407

08/09/2011

OIG- Martone 1612