Texas Department of Criminal Justice
CORRECTIONAL INSTITUTIONS DIVISION

# Inter-Office Communications

| To | Lieutenant Toby Whitfield | Date | August 13, 2011 |
|----|---------------------------|------|-----------------|
| From | Torrance Stephens COV | Subject | James, Kenneth #1726849 |

On August 13, 2011 at approximately 0240 hours, I (Officer Torrance Stephens COV) responded to a radio call for a wheelchair to be brought to B1-building by Lieutenant Toby Whitfield. I reported to the unit medical department and retrieved a wheelchair. I then proceeded to B1-building.

When I arrived at B1-building, I entered B3-dormitory to find Offender James, Kenneth #1726849 on his knees by the bench in the dayroom. Sergeant Matthew Seda instructed me to assist the offender into the wheelchair. Officer Ronald Burt COV and I assisted the offender into the wheelchair. I then transported him to the infirmary.

Once at the unit infirmary, Sergeant Tully Flowers notified the Beto unit of the offender's condition. Sergeant Flowers stated that the offender would be transported to the Beto unit by unit van. Shortly afterwards, the offenders blood pressure and temperature was taken by Officer Burt. While preparing the offender for transport, he leaned over in the chair and became unresponsive. Lt. Whitfield then instructed me to move the offender into the unit emergency room.

Lt. Whitfield called central control via radio and request 911 to send an ambulance. Offender James was moved from the wheelchair and placed on the gurney in the ER. Several minutes later, the ambulance arrived and placed the offender on their gurney. The paramedics worked on the offender for a couple of minutes and then escorted him out the back door of the unit medical department.

I then returned to my normal duties.

Torrance Stephens, COV
Joe F. Gurney Transfer Facility

SO-4

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## ASSAILANT INFORMATION

IS THE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL? (☐) YES          (☒) NO

WAS THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?          (☐) YES          (☒) NO

WEAPON INFORMATION

WEAPON(S) (DESCRIBE IN DETAIL): N/A

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |

WAS OFFICE OF INSPECTOR GENERAL NOTIFIED? (☒) YES          (☐) NO

## SUMMARY OF INCIDENT

On 08/13/11 on the Joe F. Gurney Transfer Facility located in Palestine, Texas (Region II), was notified that Offender James, Kenneth 1726849 was pronounced deceased at 0416 hours at Palestine Regional Medical Center Emergency Room.

Offender James, Kenneth 1726849 is a 5'10" 266 pound 52-year old black male in G2 custody, serving a five (5) year sentence for Assault Family Violence Enchanced out of McLennan County, Texas.

At approximately 0240 hours, Officer Glorie Harris COIV notified Lieutenant Toby Whitfield that an offender in B3 dormitory was in the dayroom urinating on himself and couldn't stand up. Lieutenant Whitfield instructed Officers' Kenneth Mangan COIV and Torrance Stephens COV to obtain a wheel chair, respond to B3-dormitory, retrieve Offender James from the dayroom and escort him to the unit medical department.

Officer Stephens and Mangan retrieved the offender from the dayroom and proceeded to the medical department with the offender. At the medical department, Sergeant Tully Flowers notified Registered Nurse McKnight at the Beto Unit of the offender's condition. Mrs. McKnight informed Sergeant Flowers to transport the offender to the Beto Unit for evaluation. While the offender was being prepared for transport, the offender leaned over in the wheel chair and became unresponsive. Sgt. Flowers notified Lt. Whitfield of the offender's current status and Lt. Whitfield instructed the central control officer to call 911 and request emergency services at 0248 hours.

At approximately 0319 hours, the ambulance arrived on the facility and entered the back gate. Once at the unit infirmary, Lt. Whitfield briefed the EMT's of the offender's condition. The EMT's began taking vital signs, 911-operator Sarah Wardell informed Lt. Whitfield that the air ambulance would be utilized for the transport.

The offender was removed from the unit's medical gurney and placed on the ambulance gurney. The offender was moved from the unit emergency room to the ambulance.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Lt. Whitfield notified the Beto Unit that an air ambulance was enroute and the Tennessee Colony Volunteer Fire Department was summons.

Once the offender was in the ambulance, Officer Vincent McKnight COV assisted medical staff on the ambulance with life saving measures by using a B.P. bag.  Medical staff attempted to intubate and an I.V. was started.  The offender's medical condition  continued to decline.

At approximately 0338 hours, the ambulance began to move toward the back gate in preparation for the air ambulance.  While the ambulance was enroute to the back gate, the driver informed Lt. Whitfield that the offender had coded and needed to be transported to the hospital by ambulance immediately instead of waiting for the air ambulance and continued to assist with life saving efforts.

The air ambulance was canceled by the medical staff on board of the ambulance.  Sergeant Matthew Seda and Officer Ronald Burt COV follow the ambulance in a state van to Palestine Regional Medical Center Emergency Room.  Warden Miller is updated on the offender's condition.

At 0410 hours, Sergeant Seda informed Lt. Whitfield that the offender was in the emergency room and life saving measures were still being performed by medical staff in the Emergency Room.  At 0417 hours, Sergeant Seda notified Lt. Whitfield that the offender was deceased.

Offender James was pronounced deceased at 0416 hours, by Medical Doctor Heidi Knowles.  Preliminary results indicated cardiac arrest.

Lt. Whitfield updated Warden Miller on the situation.

At 0442 hours, Office of Inspector General, Mark Owens was notified of the incident.

At 0445 hours, Captain Michael Lumpkins was notified of the incident.

At approximately 0500 hours, Justice of the Peace James Todd arrives at Palestine Regional Medical Center and completed a inquest transport order and the order for autopsy.

At 0505 hours, Jacob Little of Carnes Funeral Home in Texas City was notified of the deceased offender.

At 0511 hours, Mark Owens arrived at Palestine Regional Medical Center exam room #1 and began Investigator's Report of Custodial Death Form and took digital photos of the offender.

At approximately 0605 hours, Warden Miller, Captain Lumpkins and Chaplain Thomas Taylor arrived on the facility.

At 0640 hours, Sergeant Flowers notified Anderson County Sheriff Department that Offender James' body was being held in exam #1 at PRMC until arrangements with Carnes Funeral Home could be made.

At 0655 hours, Sergeant Flowers notified J. Lowery of the Off-Site Medical Transport Command Center, of the incident.

At 0955 hours, Carnes Funeral Home, Dicky Syers arrived at Palestine Regional Medical Center to pick up the body for transport to UTMB-Galveston for an autopsy.  At 1005 hours, Mr. Dicky took possession of the body and departed Palestine Regional Medical Center.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

K. Crumby of the Emergency Action Center was notified of the incident at 0612 hours and incident number I-11520-08-11.

C.R.I.S.P. was offered to all staff members involved and all declined.

PREPARED BY: Lt. Toby Whitfield

AUTHORIZED BY: Warden Dennis Miller

DATE: 08/13/11

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5491                OIG - James 82

# Time Line

- Detailed Time Line

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Time Line

Offender James, Kenneth #1726849          August 13, 2011

| | |
|---|---|
| 0240 | Officer Glorie Harris COIV notified Lt. Toby Whitfield that offender James was urinating on himself and was ill. |
| 0243 | Officer Torrance Stephens COV and Kenneth Mangan COIV respond with a wheelchair and transport the offender to the unit medical department. |
| 0245 | RN McKnight at the Beto unit was notified by Sergeant Tully Flowers of the situation. She advises him to transport the offender to Beto for evaluation. |
| 0247 | Offender Blood Pressure 89/57 and temp. 108 |
| 0248 | Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services. |
| 0250 | RN McKnight is advised that Lt. Whitfield has called 911 to respond. |
| 0251 | Lt. Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and placed on the gurney. Lt. Whitfield checks for a pulse and feels one. |
| 0305 | Sergeant Matthew Seda notifies Warden Dennis Miller of the situation |
| 0306 | Officer Mangan and Officer Ronald Burt are advised that they will be on the transport team |
| 0318 | The ambulance arrives at the back gate. |
| 0319 | The ambulance arrives at the back door of the medical department |
| 0320 | Lt. Whitfield briefs paramedics on the offender's condition. |
| 0323 | Lt. Whitfield receives a phone call from the 911 operator (Sarah Wardell) informs him that an air-ambulance was enroute |
| 0323 | Warden Miller was notified of the air-ambulance. Beto was also noticed. Lt. Whitfield informed central control to notify local volunteer fire departments. |
| 0327 | Paramedics, Lt. Whitfield and Officer Vincent McKnight move the offender from the state's gurney to the paramedic's gurney. |
| 0328 | Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance. The paramedics were attempting to get vital signs again. |
| 0330 | Paramedics request assistance from an officer and Officer McKnight stepped into the ambulance and began assisting with life saving measures. |
| 0333 | Tennessee Colony Volunteer Fire Department arrives at the back gate and set up a perimeter for the air-ambulance to land. |
| 0336 | Lt. Notified that the ETA of the air-ambulance was 5-minutes. |
| 0338 | Lt. Whitfield was notified by a paramedic that the offender had coded and the ambulance needed to depart immediately for the hospital. The ambulance proceeds to the back gate and exits it. |
| 0339 | Lt. Whitfield instructs Sergeant Seda and Officer Burt to follow the ambulance to Palestine Regional Medical Center. They depart the unit behind the EMS. |
| 0340 | Warden Miller is updated on the situation. |
| 0342 | A volunteer fire fighter notifies Sergeant Flowers that the offender was code blue. |
| 0405 | Ambulance arrives at PRMC and is placed in Exam room #1. Medical staff at the ER began to perform life saving measures. |
| 0410 | Sergeant Seda hears a medical staff state they found a pulse and advises Lt. Whitfield. |
| 0416 | Heidi Knowles M.D. pronounces offender James deceased |
| 0417 | Sergeant Seda notifies Lt. Whitfield |
| 0418 | Lt. Whitfield notifies Warden Miller |
| 0435 | (OIG) Mark Owens notified |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

1

Plaintiffs' MSJ Appx. 5493          OIG - James 84

| | |
|------|------------------------------------------------------------------------|
| 0440 | Captain Michael Lumpkins notified |
| 0505 | Jacob Little (Carnes Funeral Home) notified by Lt. Whitfield |
| 0530 | Chaplain Thomas Taylor notified |
| 0605 | Captain Lumpkins arrives on the facility |
| 0610 | Warden Miller arrives on the facility |
| 0620 | Chaplain Taylor arrives on the facility. |
| 0640 | Chaplain Taylor notifies next-of-kin (Mary James-mother) |
| 0645 | Sergeant Tully Flowers notified Anderson Co. Sheriffs Department. |
| 0655 | J. Lowry (Off-Site Medical Transport) is notified. |
| 0700 | Officer John Crawford relieves Sergeant Seda at PRMC |
| 1005 | Dickie Syers (Carnes Funeral Home) takes possession of the body. |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2

Plaintiffs' MSJ Appx. 5494                    OIG - James 85

# Offender Witness Statements

- Inmate Tracking Roster (August 12, 2011)

| Name | Number | Housing |
|------|--------|---------|
| Aguilar, Amado | 1725729 | B3-11 |
| Aguilar, Carlos | 1726403 | B3-54 |
| Balderramos, Joe | 680549 | B3-43 |
| Berkley, Rickey | 1725369 | B3-24 |
| Berkley, Rickey | 1725369 | B3-24 |
| Bishop, Charles | 1726233 | B3-41 |
| Bravo, Mauricio | 1726235 | B3-45 |
| Brewer, Chasen | 1725370 | B3-34 |
| Brown, John | 1726236 | B3-50 |
| Brown, William | 1727462 | B3-14 |
| Butler, Avalon | 1726237 | B3-51 |
| Calicio, Christopher | 1726238 | B3-49 |
| Campos, Jeffrey | 1726239 | B3-52 |
| Caswell, Alton | 1726828 | B3-37 |
| Chanthavong, Dpisth | 1727464 | B3-28 |
| Colson, Jason | 1704593 | B3-40 |
| Cuellar, Ferman | 1709727 | B3-47 |
| Davis, William | 1726242 | B3-53 |
| Dawson, Anthony | 1726272 | B3-46 |
| Dean, Lloyd | 1726841 | B3-01 |
| Fresse, Herbert | 1144502 | B3-22 |
| Gage, Thomas | 1726812 | B3-30 |
| Gordon, Courtney | 1727466 | B3-24 |
| Graciano, Madera | 1724484 | B3-16 |
| Hamilton, David | 1723338 | B3-04 |
| Hanlon, Andy | 1726844 | B3-05 |
| Hernandez, Johnny | 1726846 | B3-31 |
| Hull, Carlos | 1726273 | B3-44 |
| Hutchins, Joseph | 1726848 | B3-33 |
| Jefferson, Gary Lynn | 1726850 | B3-19 |
| Jennings, Terrance | 1725373 | B3-36 |
| Jewell, Tommy | 1726830 | B3-39 |
| Johnson, Carnease | 1726881 | B3-12 |
| Jones, Jimmy | 1725735 | B3-17 |
| Kuyjebdall, Rodney | 1726852 | B3-26 |
| Lara, Rafael | 1726853 | B3-38 |
| Markham, Willie | 1727448 | B3-32 |
| Martinez, Gerardo | 1622528 | B3-03 |
| Moore, Bradford | 1725730 | B3-13 |
| Moore, Marcus | 1725738 | B3-29 |
| Newsom, Clint | 1726834 | B3-06 |
| Pena, Ryan | 1726850 | B3-27 |
| Petty, Ryan | 1600592 | B3-02 |

Copy of OIG case to Litigation Support 04.19.2013 by de.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I-11520-08-11
Offender Witness Statements
Page 2 of 2

| | | |
|---|---|---|
| Pickens, Derrick | 1725363 | B3-18 |
| Pruitt, Robert | 1726822 | B3-08 |
| Richardson, Eddie | 1724493 | B3-09 |
| Rios, Albert | 1564447 | B3-20 |
| Sanders, Casey | 879236 | B3-21 |
| Smith, Kenneth | 1725732 | B3-15 |
| Syrus, Anthony | 1725736 | B3-25 |
| Tarpeh, Konkun | 1725366 | B3-10 |
| Tiller, Michael | 1727480 | B3-35 |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Joseph Hutchins   1726848   B 333

Two Days Ago I watched
him look like He had a Heat
Stroke. Yaa Put Watter In here
Before Yaa Come and Got hem
and Took hem To mad icak/e
You Put hem Back In Heat
The Next Day Then The Next
Day He Is Dead.

( God Bless This man For his Like )
( Sanice he Rescaved ),

Copy of OIG case to Litigation Support on 04.19.2013 by cc.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Chasen Brewer     # 1725370     B3-31

All I saw was James going back and forth to his bunk and bench complain about the heat guard told him to go back he tank one time the second time he got up they gave him ass time.

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Kenneth Smith # 1725732 R-3-15

The Inmate told several officers
that he didn't feel good and they told
him that he would be ok he was sent to
Medical and they sent him Right back

Kenneth Smith

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Gerardo Martinez #1622528

B3-03

LT. Whitfield.

The gentleman in Bunk 23 had asked for medical attention early in the week. Suffer from heat exhaustion. Tonight during count he was lying in bed he looked unresponsive. The officer on duty was walking around him as if he smelled horrible or was infected with something. This was at I.D count time. Later in the night we asked for a mop. It looked like he had urinated on himself.

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Gary Lynn Jefferson #1726850

all I Know is that he was acting like
he had took something to Make him Sick
and he Started acking Crazy Pissing on
his Self and Not responding the a lay he
Should been When We Came in here to
gether from WACO

B 3119

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Date: 8-16-2011

Name: Rickey Berkley Jr.        TDCJ #: 1725369   Bunk: R-3 24

On August 10 2011 Kenneth James came into the tank and a few hours later needed medical attention + Rickey Berkley notified an officer don't know his name but he was white and about 5'7 170 pounds. He went to medical came back and was feeling fine.

On August 12, 2011 around 8:30 or 9:00 pm Mr. James asked me to notify an officer that he was hurting and needed to go to medical Mrs. Edwards called medical and I came back in the tank to tell him medical said to drink water. I helped him with the water to get him to drink it he did. Then around 12:00 Kenneth James started urinating on himself and told me to notify the officers again which I did and they told me they couldn't do anything. So I cleaned up the urine. He was sweating and eyes rolling back in is head Miss Dodd said she couldn't do anything about it. So I told him to get some rest and around 2:00 2:30 am Kenneth said he was hurting again so I told him to go sit on the bench and I went and told the officer Miss Harris and she got on the radio and they came and took him out.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

To Lt whitfeild

B3 = 08

Robert Pruitt    #1726822

I didn't see what happened I was asleep

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

To: U. Whitfield

I didn't see anything, I was asleep.

Andy Harlow # 1726344

3-3-05

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

David Hampton
1725538
B-3 ?
L. Whitfield

I Went to sleep around 12:30 but I woke Up and seen 23 Bunk on the toilet, I guess he didnt make it to the restroom because he urinated on himself and he sat on the bench in the dayroom looking hurt, and another man in here called for a guard to help

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Lt Whitfeild

Ryan Petty  B-3-2  160508

I was Sleeping.

Copy of OIG case to Litigation Support on 04.19.2013 by ec.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TO: 4. Whitfield

I didn't see shit

Anthony Jurus
1725736

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

John Brown T.D.C.# 1726236 B3-50    8/12/11

A offender James fall out his first day on the tank. And on friday night A offender James wasn't feeling good he try to tell them his self but the just pull him off. Then other a offenders try to get the lews attention but they told them to go to bed. Then a offender go to B3-24 to tell the officers that a offender James didn't have nothing sir.

*John Brown*

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TDC
#1724493  B - O - 9

My name is Eddie Richardson This Inmate
was sick he did tell 2 officers That
he was hurting and was hot. They did not
do nothing That was friday. later That nite
he started pissin on his self

WHITE

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Konkun Taepeh  B3-40   1725366

I DIDN'T SEE
NOTHING

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Amado Hernandez #1735729          0311
I Don't Know what you all Talk a
I was a sloop

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

8-13-11

Home   B-3 - 53

William  J  Davis   Tdc # 1726242

Did Not See Nothing

To Lt Wittfield

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CARNEASE Johnson
1726551   B3-12
I ~~Did~~ DIDN'T SEE NOTHING
Lt WHITFIELD

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Bradford Moore 1725730   B-313

Don't know what this about

To Lt. White

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

To Lt Whitfield

William Brown Bunk 14    #172746?

I didn't see anything.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ermenegildo graciano madera
# 1729484
B 3-16

Copy of OIG case to Litigation Support on 04.19.2013 by cc.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I didn't see anyThing.

Jimmy Jones
S3-17

1725735

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27.22

I didn't say SEE anything? but he
told the CO's all the time the
he was hurt. did't do anything
For him but talk shit, Like
Everybody lying Derrick Dickens
1725363? 18 bunk

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Albert Rios #1564447

Marr, I don't know whats going on!

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Case/Sanders 879236 B3:21

I was A sleep Lt i

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

   OIG - James 111

Herbert Fresse #1148502

I didn't see nothing I was sleep.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rodney Kuykendall                    B3-26

I witnessed the man being in pain

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27.27

ANTHONY DAWSON 1726272     #46

I SEEN NOTHING

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I Avalon M. Butler 1726237, I
Know nothing, I see nothing

8-13-2011
Avalon M Butler
Pod 3-5l

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Jeffrey Campos #1726239   B3-52

I was asleep. Didn't see anything.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Carlos Aguilar   1726403   B3 54

Did Not see nothing
to Lt wittfield

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

To Lt Whitfield,

My name is Clint Narron TDC# 1788834
3d was asleep & didn't see anything
B3-06

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Bunk 24

I courtney Gordon #1727466 was sleep
out It is too hot not enough Air

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Ryan Peña 1725737
B-327

I didn't see anything because I was asleep.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Chanthavong Aphisith Chaelee

T.D.C.H 1727464

I. dot Kwon Nothing

B-3, 28

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Warren Upon #1725738
B3-29
I didn't see anything

H. Winfield

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

27 36

17268 72

Thomas A. Gage   B3-30

I didn't see anything

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Johnny Hernandez
TDC # 1726846 B3-31
I didn't see anything

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I was asleep and did not
see anything.

Michael Tiller
#1727480
B335

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Terrance Jennings   B3-36
1725373

I was sleep when events Transspired

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I Dident   see   anything I
Was asleep.

Alton Caswell #B1726828
B-3-37

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rafael A Lara          1726853        B-3-38        8-13-11

I was ~~asleep~~ asleep I didn't
see anything

X Rafael Lara

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I Tommy Jewell didnt see any
thing MY TDC# 1726830 bonk 39

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I JASON cdsen #704596 WAS Asleep., B3-40

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I Charles Bishop   Busk 41. TDC# 1726733
Did not See anything I was Sleep

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

   OIG - James 131

I was asleep didn't see
any thing Joe Balberramos
580579 #benk 43

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

B344

Carlos Hull 1926273

"el white a Seed"
"a white in Bed"

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Mauricio Bravo 1726235- R3-45

I Did Not See ensuing

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

I woke up and seen the man grabbing on the bench in the day room after a few minute he was taken out the dorm in a wheelchair.

Fermin Cuellar III          1709727  B3.47

8.13.11

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Lloyd Dean B3-01    #1726841

To Lt Whitfield,

I was asleep and

didn't know anything happened.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Willie Markham III    1727448    32
I was sleep

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Christopher Isdes #1726238          B.3-49          8/12/11

OFFENDER James Kept complaining about being hot offender in bunk #4 pressed the button 3 different times each time the officers told the offender from bunk 24 that even they needed to just watch over him during count time officer Dodd laughed when offender from bunk 24 told her that offender James had just passed on a towel and was trippen she just asked him to show her his I.D. since it was count time once he tried to give her his I.D. she looked at it and kept walking. Offender James Kept saying that he was hot and it wasn't enough air circulation his first day in the tank he passed out and medical had to be called to wheelchair him to the infermanry he came back and said that he didnt leave his medication that the heat with such lack of air circulation was gonna be a Cuncent problem Tonight (8-12-11) offender from bunk 24 Kept trying to get him help

Isdes

Copy of OIG case to Litigation Support on 04.19.2013 by cc.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

To: Lt. Whitfield

Rickey Beckley Jr# 1725369 Bunk 6-3 24

I didn't see anything

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OFFENDER DEATH NOTIFICATION WORKSHEET

To: __Warden Miller__                                     Date: __August 13, 2011__

From: __Chaplain Thomas Taylor__                 Subject: __Offender Death Notification__

1.  *Offender Information*
    Name: __JAMES, KENNETH WAYNE__
    TDCJ#: __1726849__                          Unit Assigned: __ND__
    Cause of Death: __CARDIAC ARREST__
    Date of Death __08/13/2011 @ 0416 HRS__
    Place of Death: (unit/hospital): __PALESTINE REGIONAL MEDICAL CENTER__
    Certifying Physician/Justice of the Peace: __DR. HEIDI KNOWLES / JAMES E. TODD__

2.  *Family Contact: In the event of natural causes of death under a physician or registered nurse's care, the priority family order should be spouse, adult children or guardians of minor children, parents and siblings.*
    Date: __08/13/2011__                         Time: __0640 HRS__

    _____ Contacted listed next of kin
    ___X___ Contacted a relative/friend from visiting list of correspondence
    _____ Contacted Sheriff's Office / Police Department (specify)
    Name:_____  Date:_____  Time:_____
    Objection to Autopsy by N.O.K.  YES _____    NO __X__

3.  *Person Contacted*
    Name: __MARY L. JAMES__               Relationship: __MOTHER__
    Address/City/St/Zip: __2638 EAST AUBURN ST., LUBBOCK, TX 79903__
    Area Code & Telephone Number: __806-747-3154__

4.  *Burial Arrangements*
    ___X___
    _____ The family **will claim** the body. The family was instructed to call the Carnes Funeral Home 1-855-262-8325.
    _____ The family **will not claim** the body.  The family was instructed to send a fax to 936-437-8073 to the Huntsville Unit Warden with following message.  "I am unable to claim the body of:_____ TDCJ# _____ I am requesting he/she be buried in the prison cemetery".  Name, address, telephone number and relationship to the inmate should be included in the fax.
    _____ Unable **to contact** any family member or friend (detail efforts in IOC to unit warden).  Send E-Mail and fax worksheet to the Huntsville Unit Warden.  Burial recommended in the prison cemetery.

5.  ___X___  Send a copy of this worksheet to (1) the Director of Classification and Records by E-Mail to BST0772 or fax to 936/437-6227 and (2) by fax to the Huntsville Funeral Home at 936/295-9253.

6.  ___X___  Place a copy of the next of kin letter in the Offender Death Notification Packet.

7.  ___X___  Send a copy of this worksheet, IOC, E-Form, and the next of kin letter to the Director of Chaplains.

8.  ___X___  Keep a copy of all paperwork in your file and submit this original to the Offender Death Notification Packet.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Chaplain's Signature: _____*Thomas Taylor*_____   Date: __08/13/2011__

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

## Inter-Office Communications

**To** _WARDEN MILLER_      **Date** _AUGUST 13, 2011_

**From** _Chaplain Thomas Taylor_     Death of Offender
**Subject** _James, Kenneth Wayne #1726849_

On Saturday August 13, 2011, at 0416 hrs Gurney Unit Offender James, Kenneth Wayne #1726849 passed away at Palestine Regional Medical Center. Following is the scenario of events as they happened pertaining to me as the Chaplain on the Gurney Unit. On August 13, 2011 @ 0530 hrs I received a call from Leut. Whitfield informing me that offender James had died. I proceeded to Gurney Unit immediately and began a search for the next of kin. I was able to find a telephone number for offender James' mother at 0635 hrs. I reached Mary L. James (listed as offender James' mother) on the phone at 0640 hrs. I found that she had other relatives in the home with her so I informed her of her son's death and then spoke with her daughter as well. After offering my condolences and prayer, I asked if she knew if the family would claim the deceased for burial. She was unable to give me a firm answer at that time. I gave her the name and number of the Carnes Funeral Home and let her know that the family could contact them concerning burial arrangements. I received a call back from Mrs. James and her daughter at 1200 hrs. saying they would claim. I explained that after the autopsy was completed the body could be released to the funeral home of their choice for them to contact Carnes Funeral Home for more information. Any personal property is to be sent to the next of kin.

The next of kin will be listed as:
**Mrs. Mary L. James**
**2638 E. Auburn St.**
**Lubbock, TX 79903**
**Phone: (806) 747-3154**

SIGNATURE:

cc:    Major RAYFORD
     Director of Chaplaincy
     Director of Classification
     Huntsville Unit/Connie Welch

           Northern Regional Medical Director

Copy of OIG case to Litigation Supplied on 6/21/2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
List of Parties
Inmate Records

           Property Office



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99, Huntsville, Texas 77342-0099

Gary Johnson
Executive Director

AUGUST 13, 2011

MRS. MARY L. JAMES
2638 EAST AUBURN ST.
LUBBOCK, TX 79903

Dear MRS. JAMES & FAMILY                              Re:  #1726549

It is with the deepest sympathy I write this letter and I know I express the feelings of the administrative personnel at this institution. I experienced from each a sense of hurt and loss at your love one's death. I am sure that the same sense of hurt must be stronger among you who loved him in a special way and knew him better than our staff.

Please accept our condolences and prayers as you endeavor to strengthen one another in your loss. We are praying for you and know that the Lord can be a source of strength during the worst of times.

It is customary that the body of any person who dies within the Texas Department of Criminal Justice, Institutional Division, Gurney Unit, will be handled by the Carnes Funeral Home in Texas City, Texas. You may claim or inquire about the body by contacting the Carnes Funeral Home at (855) 262-8325.

Sincerely,

Chaplain Thomas Taylor

CC:  Warden D. Miller
     Director of Chaplaincy
     Director Records & Classification
     Inmate Records
     file

CHAPLAIN Thomas Taylor
PROTESTANT CHAPLAIN

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Gurney Unit 1385 FM 3328
Palestine, Tx 75803

Documentation of family Contact:  Offender Death

Offender (Name)    JAMES, KENNETH W,        TDCJ#        1726849

Date and Time of Death:    AUGUST 13, 2011 @ 0416

Please check the appropriate box below.  This form should be accompanied by an Autopsy Authorization signed by the facility warden.

[ ]   The legal Next-to-Kin was contacted and agrees to an autospy.

[ ]   The legal Next-of-Kin could not be reached within 8 hours of the time of death.

[X]   The legal Next-of-Kin did not object to an autopsy within 8 hours of the time of death.

Signed

_____        _____
Chaplain or Warden                    Date/Time
                                                    08/13/11 @ 1345

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED