```
*****************************************************************************
*** REQUESTOR: TTA4090 - TAYLOR, THOMAS      GURNEY UNIT              ***
*****************************************************************************
***             S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 010819    DATE: 08/13/11  TIME: 01:08pm  PRIORITY: 000

SUBJECT:   DEATH NOTIFICATION


    **********************DEATH NOTIFICATION***********************

  INMATE: JAMES, KENNETH WAYNE          TDCJ# 1726849
  DATE OF DEATH: 08/13/2011
  CUSTODY: L1 W     STATUS: ACTIVE    RACE: W       DOB: 11/25/58 AGE: 52
  CAUSE OF DEATH: CARDIAC ARREST       TIME: 0416 HR DOCTOR: DR. HEIDI KNOWLES
  PLACE OF DEATH: PALESTINE REGIONAL MED. CENTER
  DUTY WARDEN: D. MILLER                TIME: 0417 HRS
  JUSTICE OF THE PEACE: JAMES E. TODD   TIME: 0442 HRS
  TDCJ-ID-IAD: MARK OWENS               TIME: 0435 HRS
  CARNES FUNERAL HOME: JACOB LITTLE     TIME: 0505 HRS
  CHAPLAIN: THOMAS TAYLOR               TIME: 0530 HRS
  EAC: I-11520-08-11                    TIME: 0612 HRS
  APPROVAL OF AUTOPSY BY N.O.K.  ( X )YES  (   )NO   (   ) UNABLE TO CONTACT
  N.O.K. MARY L. JAMES        TIME 0440    HRS.  PHONE 806-747-3154
  ADDRESS: 2438 E. AUBURN ST       FAMILY WILL( X ) WILL NOT(   ) CLAIM BODY
  ADDRESS: LUBBOCK, TX 79903
  LOCATION OF BODY: CARNES FUNERAL HOME
  LOCATION OF INMATE PROPERTY: GURNEY UNIT


Sent to:    HSDA016          DEATH RECS/CAROLYN MCMILLIAN   (to)
            HUVWR01          HUNTSVILLE_WARDENS_OFFICE      (to)
            CHAPSUP          HARDIN, LAVANA                 (to)
            HQEAC01          CENTER, EMERGENCY ACTION       (to)
            CAS7773          ASHWORTH, CARISE               (to)
            KEN2430          ENLOE, KELLY                   (to)
            DMI0702          MILLER, DENNIS                 (to)
            TTA4090          TAYLOR, THOMAS                 (to)
```

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.4

Plaintiffs' MSJ Appx. 5553                    OIG - James 144



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.1



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.2



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.4



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.5



08/13/2011

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.6



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.7



08/13/2011

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

29.8





Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

30.0

```
CSIMF500              T.D.C.J   INSTITUTIONAL DIVISION      INMATE VISITORS LIST
                     DATE: 08/  /11        TIME: 12:49:12

NAME: JAMES,KENNETH WAYNE           TDC# 01726849  STAT/CUST: L1    NR UNIT: N
HSNG ASSIGNMENT: UNASGN        CELL:      LAST VISITOR LIST CHANGE: 03 19 1
INMATE TYPE: TF
JAMES,MARY L                    MO   2638 E AURBURN ST,LUBBOCK,TX
LEWIS,PATRICK                   H/BRO 2611 GLOBE,LUBBOCK,TX
SMITH,MELVA J                   SIS  2638 E AURBURN ST,LUBBOCK,TX
JAMES,KRYSTAL D                 DAU  1510 E CORNELL APT 711,LUBBOCK,T
TAYLOR,LURLENE                  FRND 2506 DATE AVE,LUBBOCK,TX
MANN,AUDRY                      FRND 1301 BAXTON,DESOTA,TX
TAYLOR,LEON                     FRND 2506 DATE,LUBBOCK,TX
MANN,BILLY                      FRND 1301 BAXTON,DESOTA,TX
MANN,AUDREY                     FRND 1301 BAXTON,DESOTA,TX
TAYLOR,LURLENE                  FRND 2506 DATE,LUBBOCK,TX


CONTACT VISITS THIS MO:   0 LAST VISIT DATE:        CONTACT VISIT ELIG. N
REGULAR VISITS THIS MO:   0 LAST VISIT DATE:
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST:                OR SIDNO
PF1=HELP,  PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST    PF10=FAMILY PAGE
```

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_James, Kenneth_ from _Palestine Regional Medical Center_
(Print Offender Name)                (Print Unit/Location)

who died on ___08·13·2011___, and to hold until further notification
(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.


**NOTE:** If an offender death is determined to be from natural cause by a
certified medical physician, the offender's family will be provided the
opportunity to object to an autopsy.

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form, and shall deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_____          Dennis Miller
Signature of Warden/Designee       Printed Name

_____          Heidi Knowles MD
Medical Physician's/Registered Nurse's Signature    Printed Name

Address of Physician/Registered Nurse:
2900 S. Loop 256
Palestine, TX 75801
903·731·1362

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5565          OIG - James 156

# Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _JAMES KENNETH_   TDCJ #: _1726849_
(Print Name)

Date of Birth: ████████   Race: _B_   Sex: ☒ Male   ☐ Female

Offender Pronounced dead at _0416 AM_ on _08-13-2011_
(Print time, include am or pm)   (Print month, date, year)

Location of Death: ☐ Unit _____  ☒ Other _Palestine Regional Medical Center_
(Print Unit Name)   _Palestine, TX_  (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _UTMB GALVESTON_ (location of autopsy) by a representative or associate of _CARNES_ Funeral Home, located in _Texas City_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _855-262-8325_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX  77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_____
Warden (or designee)

County _Anderson_

City _Palestine_, Texas Zip Code _75801_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5566          OIG - James 157

## Transport of Offender

This form will be completed by the Lieutenant on duty each time an offender is transported off unit to include when a unit vehicle is loaned to other units. This form will be turned into the Building Major's Office.

Date: **8-13-11**   Van # (If Applicable): **152096**   Incident Number (If Applicable): **I-11520-08-11**

| Offender(s) Information | | |
|---|---|---|
| Name **James, Kenneth** | TDCJ # | **1726849** |
| Name | TDCJ # | |

**Reason/Cause for Transport**

Reason:
☐ Scheduled Appointment   ☒ Emergency   ☐ Pick-up   ☐ Other      Cause (Injury, Assault, etc.): **medical emergency**

**Off-Unit Location**
☒ Palestine Regional Medical Center   ☐ Beto Medical HUB   ☐ UT Health Science Center
☐ ETMC Tyler   ☐ Hospital Galveston   ☐ Other:
☐ Skyview Unit   ☐ Mother Frances Hospital   If to a free-world medical facility, follow OMT instructions below!
☐ OMT Command Center called at 888-456-5556 ☐ OMT Command Center Fax Sent/Or Email to HQTN002

| Free-World Hospital Contact Person | | | |
|---|---|---|---|
| Name | Title | | Time |

**Method of Transport**
☐ Unit Van   ☒ EMS

| Transport Officer Information | | |
|---|---|---|
| Name **R. Burt** | Rank | **COV** |
| Name **R. Mangan** | Rank | **COV** |
| Name | Rank | |

**Departure/Return Information**

| Date/Time Out: **8-13-11   /   0340** | Date/Time In: (If returned during same shift) **N/A** |
|---|---|

Offender Returned to Unit:  ☐ Yes  ☒ No

**Vehicle Security (Complete this section when transporting by Unit Van)**

Every transfer vehicle shall be checked for external and internal security before any offenders are loaded on the vehicle.  In addition to the routine searches, (i.e. searching for contraband and items that pose a security risk) the following items will be checked.  Transfer Officer will initial once completed and prior to departing the unit.

| Initial Each Item when Completed | | |
|---|---|---|
| | All bars and screens over windows as well as between the officer and offender compartments shall be checked to ensure that none are loose or missing. |
| | All security bars, screens, cages and locks are working properly and nothing is loose or missing. |
| | The vehicle shall be checked to ensure that it contains a fire extinguisher. |
| | The vehicle tires shall be given a visual inspection including the spare and jack. |
| | The 2-way radio shall be checked to ensure that it is operating properly. |

**Offender Search/Restraint Procedures**

Supervisor and the Transfer Officers will Sign, Print Name and Title indicating completion of each of the following:

| | Supervisor (Print, Sign, Rank) | Transfer Officer (Print, Sign, Rank) |
|---|---|---|
| The offender will be strip-searched by one (1) of the Transfer Officers under the direct supervision of a security supervisor. | WHITFIELD, Lt | R. Burt COV |
| Under the direct supervision of a security supervisor, the restraints (leg irons, restraint belt, leg chain, handcuffs and handcuff restraint box) will be placed on the offender by one (1) of the Transfer Officers.  The supervisor will check all restraints to ensure the offender is properly secured. | WHITFIELD, Lt | R. Burt COV |
| The Transfer Officer and security supervisor shall review the transporting offenders' travel card for any security precaution designators (escape/assault history) and any other similar criteria relevant to security. | WHITFIELD, Lt | R. Burt COV |

Lieutenant's Printed Name/Signature: **Whitfield, Lt**

Revision: 10/01/2010

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
*INSTITUTIONAL DIVISION*
INMATE TRANSFER ROSTER

Transferring Unit:  Prepare five (5) copies of this roster for each unit that is to receive men.  Send original and duplicate with men being transferred.  Triplicate:  Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records.  Quadruplicate:  Attach to your file copy of the daily strength report.  Fifth copy:  Inmate record section.

Receiving Unit:  You must receive two copies of this form with each group of men transferred to your Unit.  Original attach to your daily strength report.

Transfer From _Gurney_

Transfer To _PRMC_

EFFECTIVE DATE OF CHANGE

_8-13_ 20 _11_

| Prison Number | Last | Name First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 1726849 | James | Kenneth | | B | | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

_Gurney_                    _8-13_ 20 _11_          _PRMC_

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Date                    Receiving Unit

Interoffice-Correspondence
Danny Washington LVN
08-17-11

This Interoffice Correspondence is in regards to Kenneth James, TDC # 1726849.
On or about 08-12-11, at approximately 1800 hours, I received a call from the B-dorm in
regards to Kenneth James. The officer stated that they had an inmate that was dizzy. I
advised him to have the patient to drink water, stay as cool as possible, and if they
thought that he, the patient needed to come down, to have him come down. By the time
that we left the clinic at the end of the shift, I had not seen this patient.
When we arrived the following day, Security advised us that the patient had passed
away during the night.

Danny Washington LVN

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged a    onfidential and is prepared and distributed    ccordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0.    and 161.033

*final*

## UTMB CORRECTIONAL MANAGED CARE
## FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)

PATIENT NAME:   Kenneth W. James
DATE OF BIRTH:   ███████
DATE OF INCARCERATION: 8/10/2011
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

TDCJ-ID #:   1726849
AGE:  52
DATE RECEIVED ON UNIT

Documentation Reviewed (check all appropriate boxes):

| TDCJ / UTMB Medical Records | x | Physician's Death Summary | | Other: | |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report | | | |
| Video Tape | | Final Autopsy Report | | | |

Persons Interviewed / Title:
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

Administrative Check List:

| | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/2011 |
| Custodial Death Report to UTMB Death Record Technician within 10 days | |
| Death Summary completed within 30 days | |
| Death Certificate completed and signed | |
| Complete Medical Record to Death Record Technician within 30 days | |

## PATIENT CASE SUMMARY (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest

Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Relevant Medical History: HTN, Lumbar ~~CONFIDENTIAL~~ and Inguinal Hernia Repair

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
CONFIDENTIAL/DO NOT COPY

This information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.031 and 161.033.

Summary of Events on the Day of Death:

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – EMS arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 - Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****


Summary of Nursing Actions / Events prior to Death:

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 - Pt seen in medical for Intake physical exam by S. Smith PA
    v/s: BP 170/107, Wt. 254, H 71 in, P 108, R 18, T 96.7
    Ordered: chest x-ray, lab, and EKG
    Restrictions: III

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged a        onfidential and is prepared and distributed        ccordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0__ and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake physical

17:40 to 18:00 approx.– D. Washington LVN received call from B Dorm (Officer Debra Gilmore) about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

Critical Nursing Care Issues:
1.   Was CPR initiated and maintained until assumed by EMS *or patient was pronounced dead?*
   ☐ Yes          ☐ No          x  Not Applicable
   *If CPR was not initiated, Explain:*

2.   Did Nursing notify the Provider?   ☐ Yes      ☐ No      x  Not Applicable
   *If No, Explain:*

3.   Did Nursing function appropriately during the emergent phase?
   ☐ Yes          ☐ No      x  Not Applicable
   *If No, Explain:*

4.   Did Nursing determine any educational opportunities related to this event?  ☐ Yes      x  No
   *Identified Educational Opportunities:*
   1. Remedial education for nursing staff on protocol when receiving call from security concerning patients
   2.
   3.
   4.

5.   Did Nursing determine any corrective action need(s)?          X Yes  No
   *Identified Corrective Action Need(s):*
   1. LVN D. Washington – retake the Protocol Implementation Class
   2. RN McKnight – In-service by Nurse Manager on Telephone Triage Protocol
   3.
   4.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This Information is privileged a: onfidential and is prepared and distributed ccordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0. and 161.033.

Medical Staff Present During Terminal Event (if death occurred on a TDCJ facility):

1. None
2.
3.
4.
5.
6.

Autopsy Findings (or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review): pending

Significant Findings and/or Areas of Concern (not addressed in nursing section):

Possible heat related incident

Corrective Action(s) Implemented:

1. LVN D. Washington – required to enroll and pass Nurse Protocol Implementation Class
2. RN McKnight – required to complete in-service on Telephone Triage Protocol

Committee Members Present at Facility TQM Meeting:

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |
| Name | Title | Date |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

## UTMB CORRECTIONAL MANAGED CARE
## FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)
*(Not to be included in Medical Record)*

PATIENTNAME:   Kenneth W. James                    TDCJ-ID #:   1726849
DATE OF BIRTH: ███████████                         AGE:  52
DATE OF INCARCERATION: 8/10/2011                   DATE RECEIVED ON UNIT
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

Documentation Reviewed (check all appropriate boxes):

| TDCJ / UTMB Medical Records | x | Physician's Death Summary | | Other: | |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report | | | |
| Video Tape | | Final Autopsy Report | | | |

Persons Interviewed / Title:
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

Administrative Check List:

| | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/2011 |
| Custodial Death Report to UTMB Death Record Technician within 10 days | |
| Death Summary completed within 30 days | |
| Death Certificate completed and signed | |
| Complete Medical Record to Death Record Technician within 30 days | |

## PATIENT CASE SUMMARY (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest


Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Relevant Medical History: HTN, Lumbar Laminectomy x 2, Bilateral Inguinal Hernia Repair

*This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.*

Summary of Events on the Day of Death:

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – Ems arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on  offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****

Summary of Nursing Actions / Events prior to Death:

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 – Pt seen in medical for intake physical exam by S. Smith PA
v/s: BP 170/107, Wt. 254. 
Ordered: chest x-ray, lab, and EKG
Restrictions: III – 11.12.14

Copy from original case file maintained as exhibit, printed on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake
physical

17:40 to 18:00 approx. – D. Washington LVN received call from B Dorm (Officer Debra Gilmore)
about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James
was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender
James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical
to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

Critical Nursing Care Issues:

1.   Was CPR initiated and maintained until assumed by EMS or patient was pronounced dead?
     ☐ Yes          ☐ No        x Not Applicable
     If CPR was not initiated, Explain:

2.   Did Nursing notify the Provider?    ☐ Yes      ☐ No       x Not Applicable
     If No, Explain:

3.   Did Nursing function appropriately during the emergent phase?
     ☐ Yes          ☐ No        x Not Applicable
     If No, Explain:

4.   Did Nursing determine any educational opportunities related to this event?   ☐ Yes      x No
     Identified Educational Opportunities:
     1.
     2.
     3.
     4.

5.   Did Nursing determine any corrective action need(s)?
     Identified Corrective Action Need(s):                    ☐ Yes      x No
     1.
     2.
     3.
     4.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Medical Staff Present During Terminal Event** (if death occurred on a TDCJ facility):

1. None
2.
3.
4.
5.
6.

**Autopsy Findings** (or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review): pending

**Significant Findings and/or Areas of Concern** (not addressed in nursing section):

Possible heat related incident

**Corrective Action(s) Implemented:**

None

**Committee Members Present at Facility TQM Meeting:**

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |
| Name | Title | Date |
| Name | Title | Date |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5577                    OIG - James 168



# Documentation

Nursing Triage Form
Date: 8/18/11  Time:
Name of offender Patient: _____  Facility: _____
TDCJ #
Name of Security Officer Calling: Sgt. Flowers
Patient's Age:  Sex: Male  age 81.11
Presenting Problems/Symptoms: 7-109 incoherent
combative is found on the floor

Protocol used: (list protocol name, and page number):
1. Mal Rigidity
2.
3.
4.
5. Other
Problem:  __X__ Emergent (Immediately)   _____ Urgent (2 hrs)   _____ Non-Urgent (Pass Issued / Fill out Sick Call Request)
Circle Correct Information
Telephone Triage
1. Instructions given to security officer to call 911 and transport patient to nearest local community hospital ED.
2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
4. Other as ordered by a provider:
Additional Comments:
Signature of nurse:
Revision 07/18/10

#778732
J. Robison 07/18/10

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw... local settings\temp\166264125.tif ...nted by mivap. (Page 1 of 1

Scanned by WARDELL, KERRI J. in facility GURNEY (ND) on 08/17/2011 09:26

```
MC00045 /NDU2/HS04         TEXAS DEPARTMENT OF CRIMINAL JUSTICE           11:10:19
                           HEALTH SUMMARY FOR CLASSIFICATION              08/15/2011

    NAME: JAMES,KENNETH WAYNE          DOB:  [REDACTED]            P U L H E S
    TDCJ#: 01726849  SID#: 03298658    WGT: 254 LBS             -----------
    UNIT:             HOUSING:          HGT: 5'10"               |3|1|1|1|1|1

    JOB:                                                         |E|A|A|A|A|A

                                                                 |P| | | | |

                                                                -----------
```

I. FACILITY ASSIGNMENT (CHECK ONE)
X  A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?   X YES __NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                    B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION                            X  1. NO RESTRICTION
__ 2. SINGLE CELL ONLY                          __ 2. LOWER ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH
      LIKE MEDICAL CONDITION
__ 4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)                   D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION                            __ 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY                         __ 2. PHOP ORDERED
                                                __ 3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__ 1. MEDICALLY UNASSIGNED          __ 15. NO FOOD SERVICE
__ 2. PSYCHIATRICALLY UNASSIGNED    __ 16. NO REPETITIVE USE OF HANDS
__ 3. SEDENTARY WORK ONLY           __ 17. NO WALK WET/UNEVEN SURFACES
__ 4. FOUR HOUR WORK RESTRICTION    __ 18. DO NOT ASSIGN TO MEDICAL
__ 6. EXCUSE FROM SCHOOL            __ 19. NO WORK IN DIRECT SUNLIGHT
__ 7. LIMITED STANDING              __ 20. NO TEMPERATURE EXTREMES
__ 8. NO WALKING > ___ YARDS        __ 21. NO HUMIDITY EXTREMES
__ 9. NO LIFTING > ___ LBS.         __ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 10. NO BENDING AT WAIST          __ 23. NO WORK WITH CHEMICALS OR IRRITANTS
00 11. NO REPETITIVE SQUATTING      __ 24. NO WORK REQUIRING SAFETY BOOTS
00 12. NO CLIMBING                  __ 25. NO WORK AROUND MACHINE WITH MOVING PART

__ 13. LIMITED SITTING              __ 26. NO WORK EXPOSURE TO LOUD NOISES
00 14. NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
X  A. NO RESTRICTIONS
__ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
X  A. NO RESTRICTION          C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X  A. NO RESTRICTION          __ C. WHEELCHAIR VAN
__ B. EMS AMBULANCE           __ D. MULTI-PATIENT VEHICLE (MPV)

SMITH/NEW ____ PA        08/15/2011
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmax\ local settings\temp\166024232.t   inted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in facility GURNEY (ND) on 08/12/2011 12:25

**CLINIC NOTES**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

INSTITUTIONAL DIVISION

Name: _James Kenneth_
TDCJ No: _1526849_
Unit: _Joe F. Gurney_

| Date & Time | Notes |
|---|---|
| 8/10/11 | Texas Uniform Health Status Update from previous corrections facility reviewed. |
| 1200 | Current Medications / Formulary Substitutions Indicated Below Include: |
| | ☐ Chart to Mental Health Services for Medication Rx |
| H/O following: | ☐ Enteric Coated Aspirin 81mg 1 QD x 30 days x 11 RF KOP |
| ☐ HTN | ☐ Atenolol 50mg # _____ QD x 30 days x 11 RF |
| ☐ NIDDM | ☒ Enalapril _10_ mg # _7_ q _300_ x 30 days x 11 RF |
| ☐ IDDM | ☐ Amlodipine _____ mg 1 QD x 30 days x 11 RF |
| ☐ CAD | ☐ Lopressor _____ mg # _____ q _____ x 30 days x 11 RF |
| ☐ Seizure | ☐ Tenex _____ mg 1 QD x 30 days x 11 RF |
| ☐ HCV | ☒ Hydrochlorothiazide _25_ mg 1 QD x 30 days x 11 RF |
| | ☐ Insulin 70/30 _____ units AM; _____ units PM x 30 days x 11 RF |
| | ☐ Insulin Regular Sliding Scale per Policy x 30 days x 11 RF |
| ☐ HIV | ☐ Insulin NPH _____ units AM; _____ units PM x 30 days x 11 RF |
| ☐ Asthma | ☐ Glipizide _____ mg # _____, q _____ x 30 days x 11 RF |
| ☐ Thyroid | ☐ Metformin _____ mg Bid x 30 days x 11 RF |
| ☐ GERD | ☐ Dilantin 100mg # _____, q _____ x 30 days x 11 RF |
| ☐ Psych | ☐ Tegretol 200mg # _____, q _____ x 30 days x 11 RF |
| ☐ Pos PPD | ☐ Divalproex Sodium ☐ 250mg ☐ 500mg # _____, q _____ x 30 days x 11 RF |
| | ☐ Albuterol MDI 2 Puffs Bid PRN x 90 days x 3 RF KOP |
| | ☐ Ibuprofen _____ mg 1 Bid PRN x 30 days KOP SFQ |
| | ☐ Zantac 150mg # _____ Bid x 30 days x 11 RF KOP |
| | ☐ INH 300mg & B6 50mg; 1 each QD x 30 days x 8 RF – Notify CID of Patient's TB Status |
| | ☐ Pravastatin 20mg 1 QD x 30 days x 11 RF |
| | ☐ Diet for Health w/ PM Snack x 180 days x 1 RF – Issue Identifying Wrist Band |
| | ☐ Please inform Patient if medication change to appropriate formulary agents per policy |
| | _Asa 81mg 1 QD x PO QD RF x 30 days_ |
| | _Inderal 10mg 1 PO BID x 30 days_ |

HSM-1 (Rev. 9/02) Revised 4/8/2005

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw     local settings\temp\166024234.tif   inted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in DeW/GURNEY (ND) on 08/12/2011 12:25

Page 1 of 2

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: James        Kennett        W.    DOB: ███████ AGE: 52
   Last          First          MI

   STATE ID# 3298658        RACE: B   SEX: Male ✓  Female ____

   COUNTY/TDCJ# 118620        WT: 225  HT: 5'11

II. CURRENT/CHRONIC HEALTH PROBLEMS
A. Health Problems
   ___ 1. None
   ___ 2. Asthma
   ___ 3. Pregnancy
   ___ 4. Dental Priority
   ___ 5. Diabetes
   ___ 6. Drug Abuse
   ✓ 7. Alcoholism
   ✓ 8. Orthopedic Problems
   ___ 9. Cardiovascular/Heart Trouble
   ___ 10. Suicidal
   ✓ 11. Mental Retardation
   ✓ 12. Mental Illness (Specify diagnosis) ____
       Depression
   ___ 13. Recent Surgery
   ___ 14. Seizures
   ___ 15. Dialysis
   ✓ 16. Hypertension
   ✓ 17. CARE System  Y/N

*NOTE: When screening substance abuse facility clients,
please contact the TDCJ-ID Health Services Liaison at
(936)437-3589 for clients with any chronic disease
symptoms deemed unstable.

III. SPECIAL NEEDS (Check all that apply)
A. Housing Restrictions
   ✓ 1. None
   ___ 2. Skilled Nursing Facility
   ___ 3. Extended Care Facility
   ✓ 4. Psychiatric Inpatient Facility
   ___ 5. Respiratory Isolation
   ___ 6. Other:

B. Transportation
   ✓ 1. Routine
   ___ 2. Crutches/Cane
   ___ 3. Ambulance
   ___ 4. Wheelchair/Wheelchair Van
   ___ 5. Prosthesis:

C. Pending Specialty Clinic Appointment
   None ✓ Type ____

D. ALLERGIES

   ( NKA )

5. Preventive Medicine
   ✓ 1. Tuberculosis Status
      Skin Test:  Date Given: __/__/__   Date Read: __/__/__   Results _____ mm*
      X-Ray:  Date:  5/31/11  ___ Normal  ✓ Abnormal  ___*   Anti-TB Treatment? No ___ Yes ___*
   ___ 2. Hepatitis: A ___ B ___ C ___ Other: ____
   ___ 3. HIV Antibody:  Test Date: __/__/__   Results: Neg ___   Pos ___   CD4: ___ Date __/__
   ___ 4. Syphilis: Date: __/__/__   Type: ___   Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
please attach tuberculosis record.

   C. Other Health Care Problems: Titanium Rod in back 7 bone spurs

IV. CURRENT PRESCRIBED MEDICATIONS    None ____

| Medication | Dosage | Frequency |
|---|---|---|
| HCTZ | 25 mg | QAm |
| Cyclobenzaprine | 10 mg | BID |
| Lisinopril | 10 mg | BID |
| Neurontin | 600 mg | BID |
| Naproxen | 500 mg | BID |
| Ultram | 50 mg | BID |

*THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: Kari Lyle  LVN        DATE: 8 / 10 / 11
                Signature/Title

PHONE NUMBER: 254-768-2655  FACILITY: McLennan County Jail

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxv   ocal settings\temp\166024235.ti   nted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in facility GURNEY IND) on 08/12/2011 12:25

Page 2 of 2

## TEXAS UNIFORM HEALTH STATUS UPDATE

I. NAME: James          Kenneth       W          DOB: ▮▮▮▮ , AGE: 53
        Last          First          MI
    STATE ID# 3293653          RACE: B  SEX: Male ✓  Female _____
    COUNTY/TDCJ# 118420          WT: 275  HT: 5'11

II. CURRENT/CHRONIC HEALTH PROBLEMS
    A. Health Problems
      ____ 1. None
      ____ 2. Asthma
      ____ 3. Pregnancy
      ____ 4. Dental Priority
      ____ 5. Diabetes
      ____ 6. Drug Abuse
      ✓ 7. Alcoholism
      ✓ 8. Orthopedic Problems
      ____ 9. Cardiovascular/Heart Trouble
      ____ 10. Suicidal
      ____ 11. Mental Retardation
      ✓ 12. Mental Illness (Specify diagnosis) _____ Depression
      ____ 13. Recent Surgery
      ____ 14. Seizures
      ____ 15. Dialysis
      ✓ 16. Hypertension
      ✓ 17. CARE System Y/N

    *NOTE: When screening substance abuse facility clients,
    please contact the TDCJ-ID Health Services Liaison at
    (936)437-3585 for clients with any chronic disease
    symptoms deemed unstable.

    B. Preventive Medicine
      ✓ 1. Tuberculosis Status
        Skin Test:  Date Given: __/__/__  Date Read: __/__/__  Results _____ mm*
        X-Ray: Date 5 31 11  Normal ✓  Abnormal ____  Anti-TB Treatment? No ____  Yes *
      ____ 2. Hepatitis: A ___ B ___ C ___ Other: _____
      ____ 3. HIV Antibody: Test Date: __/__/__  Results: Neg ____  Pos ____  CD4: ____ Date __/__/__
      ____ 4. Syphilis: Date: __/__/__ Type: ____ Treatment Completed: ____Yes ____No

    *NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
    please attach tuberculosis record.

    C. Other Health Care Problems: Titanium rod in back & bone spurs

III. SPECIAL NEEDS (Check all that apply)
    A. Housing Restrictions
      ✓ 1. None
      ____ 2. Skilled Nursing Facility
      ____ 3. Extended Care Facility
      ____ 4. Psychiatric Inpatient Facility
      ____ 5. Respiratory Isolation
      ____ 6. Other:

    B. Transportation
      ✓ 1. Routine
      ____ 2. Crutches/Cane
      ____ 3. Ambulance
      ____ 4. Wheelchair/Wheelchair Van
      ____ 5. Prosthesis: _____

    C. Pending Specialty Clinic Appointment
      None ✓  Type _____

    D. ALLERGIES
      NKA

IV. CURRENT PRESCRIBED MEDICATIONS          None ___

| Medication | Dosage | Frequency |
|---|---|---|
| Inderal | 10 mg | BID |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _____          DATE: 8 / 10 / 11
        Signature/Title
PHONE NUMBER: 254-752-3555  FACILITY: McLennan County Jail

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw     ocal settings\temp\166121943.tif     nted by mivap. (Page 1 of

Scanned by BARRERA, COURTNEY L, CCA in facility GURNEY (IND) on 08/15/2011 12:03

## CORRECTIONAL MANAGED CARE
### INTAKE HISTORY AND HEALTH SCREENING

**I. IDENTIFICATION**

Name: __JAMES, KENNETH__    DOB: ███████    Previous TDCJ #'s: __1611682__

County: __MCLENNAN__    Education: _College_    Occupation: _Disability_

**II. FAMILY HISTORY**

| | | | | | |
|---|---|---|---|---|---|
| 1. Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18. INH Prophylaxis | YES | NO |
| 2. Cancer | YES | NO | 19. Intravenous Drug Abuse | YES | NO |
| 3. Diabetes | YES | NO | 20. Kidney Disease | YES | NO |
| 4. Heart Disease | YES | NO | 21. Liver Disease | YES | NO |
| 5. High Blood Pressure _Mother_ | YES | NO | 22. Mental Illness | YES | NO |
| 6. Tuberculosis | YES | NO | 23. Non Intravenous Drug Abuse/Alcoholism | YES | NO |
| **III. PERSONAL HISTORY** | | | 24. Peptic Ulcers | YES | NO |
| 1. Asthma/Emphysema | YES | NO | 25. Rheumatic Fever | YES | NO |
| 2. Back Injury 2002 + 2004 | YES | NO | 26. Rheumatism/Arthritis | YES | NO |
| 3. Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 27. Seasonal Allergies | YES | NO |
| 4. Cancer | YES | NO | 28. Sexually Transmitted Diseases | YES | NO |
| 5. Cavities | YES | NO | 29. Smoker | YES | NO |
| 6. Depression/Suicide Attempt | YES | NO | 30. Tetanus Immunization Date | YES | NO |
| 7. Diabetes | YES | NO | 31. Tuberculosis | YES | NO |
| 8. Drug/Food Allergies | YES | NO | 32. Unprotected Sex w/Multiple Partners | YES | NO |
| 9. Epilepsy/Seizures | YES | NO | 33. Other | | |
| 10. Glasses/Hearing Aid | YES | NO | **IV. OBSTETRIC/GYNECOLOGICAL HX** | | N/A |
| 11. Gum disease | YES | NO | 1. Date of last menstrual period | | |
| 12. Head Injury | YES | NO | 2. Number of pregnancies/live births | | |
| 13. Heart Disease/Angina | YES | NO | 3. History of  Problem pregnancy | | |
| 14. Hepatitis | YES | NO | 4. Date of last pap smear | | |
| 15. High Blood Pressure | YES | NO | 5. Date of last mammogram | | |
| 16. HIV + / AIDS | YES | NO | 6. History of birth control methods (IUD, pills, etc.) | | |
| Prior HIV Test Date | | | | | |
| 17. Homosexual/Bisexual Activities | YES | NO | | | |

A.   If YES to any of the above indicate family member or self, give date and treatment received:

B.   History of hospitalization?   YES   NO   Please list the DATE, HOSPITAL, CONDITION:

C.   Do you have any current medical, mental health or dental complaints? YES NO If yes, what? _Pain - lowerback & leg_

D.   Have you experienced any of these symptoms: cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
     YES NO  If YES, when?

E.   What illegal drugs have you used? _Mari, cocaine_
     What was the mode(s) of use? (Please circle)   Smoking   Injection   Inhaled   ingested
     What amount and how often did you use drugs and alcohol? _Monthly_
     When was the last time you used drugs or alcohol? _2010_
     Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES   NO

F.   Are you presently taking or supposed to be taking any prescribed medications?   YES NO  If yes, what?
     Reason for taking medications

G.   Observations:   Tremor   YES NO   Sweating   YES NO   Other
     Condition of skin:   Cuts   YES NO   Bruises   YES NO   Other
                         Sores   YES NO   Other
     Body & Movement:   Deformities   YES NO   Impaired Motor Activity   YES NO   Other

H.   BEHAVIOR AND MENTAL STATUS
     Hygiene & Appearance:  Clean, Neat   Dirty, Sloppy   Other
     Orientation (ask questions & document response): What is today's date? _8-10-11_  What time is it? _pm_   What Place is it? _prison_
     Speech:  Normal   Loud   Soft   Mumbling   Other
     Attitude:  Appropriate   Laughing   Crying   Cursing   Quiet   Other

I.   THOUGHT CONTENT (Please circle YES or NO)        J. DISPOSITION
     Are you having current thoughts about suicide or self-injury? YES  NO   Routine Referral to:  Medical   Mental Health   Dental   CID
     Do you see or hear things that others do not hear or see?   YES  NO   Immediate referral to:  Medical   Mental Health   Dental   CID
     Do you have any special powers/abilities?   YES  NO   Release to general population:  Yes   No   Other
     Do you receive personal messages from the TV or radio?   YES  NO
     Do you see any phantom or excessive fears?   YES  NO

Offender Signature: _Kenneth M James_    Date: _08/10/11_

Reviewer Signature: _B. Moore, CCA_  _BM_    Date: _08/10/11_

(BSM-33 (6/06))

_K. Taylor_
_MFR LPC, BP_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Correctional Managed Care
REPORT OF PHYSICAL EXAM

Patient Name: JAMES, KENNETH W   TDCJ#: 1726849   Date: 08/12/2011 11:45   Facility: GURNEY (ND)
Age:  52 year   DOB: ███████   Race:  B   Sex:   male
Most recent vitals from 8/12/2011: BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 in.; Pulse: 108 (Sitting)
Resp: 18 / min; Temp: 96.7 (Oral)
Allergies:   NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

Current Medications: no

Chief Complaint and Notes: Chronic LBP
Significant Past Medical History:   HTN, Lum Lam x 2, bilat Inguinal Hernia repair.

REMARKS (Vision & Hearing)

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
|---|---|---|---|
| Head And Neck | x | | |
| Eyes | x | | |
| Ent | x | | |
| Dental | | | |
| Chest, Breast | x | | |
| Cardiovascular | x | | |
| Hemopoietic/ Lymphatic | x | | |
| Abdomen | x | | |
| Gastrointestinal | x | | |
| Endocrine/ Metabolic | x | | |
| Nutritional | x | | |
| Upper Extremities | x | | |
| Spine | x | | Full ROM |
| Lower Extremities | x | | |
| Skin | x | | |
| Rectal | >50 | | PSA ordered |
| FOBT Fecal Occult Blood Test | | | Cards given |
| GU Genitourinary | x | | |
| Neuro | x | | |
| Ob-Gyn (Pelvic) | N/A | | |

| REMARKS: Reinforced Tylenol at the pill window. Reinforced back rehab exercises with return demo. Bp improved after Clonidine 0.2mg. 129/74. | Designators Codes Modifiers | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|
| | | 3 | 1 | 1 | 1 | 1 | |
| | | E | E | A | A | A | |
| | | P | P | P | P | P | |

HSM-4 (Rev. 5/06)  chaperone

If any component of the physical exam is refused, a refusal form must be completed.

| Refusal Signed: | Yes | | No | |
|---|---|---|---|---|

UTMB CARS   1
Diagnoses  HTN

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Correctional Managed Care
REPORT OF PHYSICAL EXAM

Patient Name: JAMES, KENNETH W    TDCJ#: 1726849    Date: 08/12/2011 11:45    Facility: GURNEY
(ND)
Restrictions:  III-11,12,14.
Orders:
CCC HTN in 30 days
Bp x 7 days.
Procedures Ordered:
        CHEST X RAY 2 VIEW: hypertension (htn) - ccc


Procedures Ordered:
        INTERMED OFFICE VISIT (NO COPAY):        hypertension (htn) - ccc, physical examination, age
        *PSA, SERUM: age
        EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2):        hypertension (htn) - ccc
        *CBC W/DIFF {BABYDMCD PSYLBPSZDBHVCNESLDAHEPHP}:        hypertension (htn) - ccc
        *COMPREHENSIVE METABOLIC PANEL (CMP) {PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLD}
        hypertension (htn) - ccc
        *THYROID STIMULATING HORMONE [TSH] {CNBFPSYLDMCDTPBPDBLEV2}:        hypertension (htn) - ccc
        *URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES [UA] {HVCNDBBPBFPSYLESLD}
        hypertension (htn) - ccc
        LIPID PANEL {CNDBBFHVPSYLDMCDNBP}:        hypertension (htn) - ccc

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5585                    OIG - James 176

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

Patient Name: JAMES, KENNETH W   TDCJ#: 1726849   Date: 08/12/2011 12:28   Facility: GURNEY (ND)
Age: 52 year   Race: B   Sex: male
Most recent vitals from 8/12/2011: BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 in.; Pulse: 108 (Sitting) ; Resp: 18 / min; Temp: 96.7 (Oral)
Allergies:   NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |

Current Medications:
Today's Problem: RECEIVED VERBAL ORDER PER S. SMITH PA:
CLONIDINE 0.2MG  NOW. CLONIDINE 0.2MG GIVEN AT 1155.
   PATIENT IN CLINIC FOR INTAKE PHYSICAL . PATIENT HAS NOT BEEN TO PILL WINDOW  TO PICK UP MEDICATION  SINCE ARRIVAL TO UNIT ON 8-10-2011. BLOOD PRESSURE 170/100 PULSE 108

RECHECKED BLOOD PRESSURE:1230  BLOOD PRESSURE 129/74  PULSE 100

PATIENT  BACK TO PROVIDER  TO CONTINUE INTAKE PHYSICAL.

1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5586                OIG - James 177