STEPHEN R. SMITH, PA

PATIENT:         JAMES,KENNETH W

                 TENNESSEE COLONY, TX  75861
MRN:             1726849
User:            RINEHART, DEBBIE L.V.N.

INDERAL 10MG TABS
Sig:             1 x TABS ORAL TWICE DAILY
Order Date:      08/12/2011 12:42
Start Date:      08/12/2011 12:42
Auto Stop Date:  09/11/2011 12:42

Disp. #:         60  TABS
Refills:         None

Allow Generic - No product selection indicated
Rx Written On:   08/12/2011

This document has been sent for signature, but has not yet been reviewed

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

STEPHEN R. SMITH, PA.

PATIENT:        JAMES,KENNETH W

                TENNESSEE COLONY, TX  75861
MRN:            1726849
User:           RINEHART, DEBBIE L.V.N.

VASOTEC 10MG TABS
Sig:            1 x TABS ORAL TWICE DAILY
Order Date:     08/12/2011 12:38
Start Date:     08/12/2011 12:38
Auto Stop Date: 09/11/2011 12:38

Disp. #:        60   TABS
Refills:        11   Before: 09/11/2011 12:38

Allow Generic - No product selection indicated
Rx Written On:  08/12/2011

This document has been sent for signature, but has not yet been reviewed

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5588                    OIG - James 179

STEPHEN R. SMITH, PA

PATIENT:          .   JAMES,KENNETH W

                      TENNESSEE COLONY, TX  75861
MRN:                  1726849
User:                 RINEHART, DEBBIE L.V.N.

HYDRODIURIL 25MG TABS
Sig:                  1 x TABS ORAL DAILY
Order Date:           08/12/2011 12:40
Start Date:           08/12/2011 12:40
Auto Stop Date:       09/11/2011 12:40

Disp. #:              30  TABS
Refills:              11  Before: 09/11/2011 12:40

Allow Generic - No product selection indicated
Rx Written On:    08/12/2011

This document has been sent for signature, but has not yet been reviewed

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5589                OIG - James 180

08/17/2011  12:41  5837514215  PRMC EMS  PAGE  01
EMS

    

**ESO Solutions Reporting**

**Palestine Regional Medical Cnt**

**Patient Care Record**



| Name: JAMES, KENNETH | Incident #: 11225-06 | Date: 08/13/2011 | Patient 1 of 1 |
|---|---|---|---|

## Patient Information

| First Name | KENNETH | Middle Name | | Last Name | JAMES |
|---|---|---|---|---|---|
| DOB | | Age | 52 Years 8 Months 19 Days | Gender | Male |
| Country | UNITED STATES | Address | 2664 FM 2054 | | |
| City | Tennessee Colony | State | Texas | Zip Code | 75861 |
| SSN | 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 | Telephone | (903) 928-2217 | | |
| Drv. License | | DL State | | Weight | 127 kgs   280 lbs |

## Clinical Impression

**Primary Impression**
Altered Level of Consciousness

**Secondary Impression**
Cardiac Arrest

**Supporting Signs & Symptoms**
Cardiac - Cardiac Arrest

**Injury Details**

## Med HX / Allergies / Meds

| Past History | Allergy | Present Medication |
|---|---|---|
| Denies | NKDA | Unknown |

## Vital Signs

| Time | AVPU | BP | Pulse | RR | SPO2 | ETCO2 | BG | Temp | GCS | RTS | Pain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0335 | U | 80 / 50 A | 145 R | 35 | 67 RA | | | 105.0 | 3-1,1,1 | | |
| 0340 | U | / M | 0 A | 15 R | 69 O2 | 24 | | | 8-1,1,6 | | |
| 0345 | U | 0 / M | 0 A | 15 V | 20 O2 | 12 | | | 3-1,1,1 | | |
| 0350 | U | 0 / M | 0 A | 15 V | 15 O2 | 10 | | | 3-1,1,1 | | |

## 3-Lead ECG/12 Lead Interpretation

| Time | ECG |
|---|---|
| 0335 | Sinus Tachycardia |
| 0340 | Asystole |
| 0345 | Asystole |
| 0350 | Asystole |

| Time | 12 Lead Interpretation |
|---|---|

## Flow Chart

| Time | Treatment | Provider |
|---|---|---|
| 0338 | Airway: Orotracheal Intubation Size: 8ETT Placed At: 23cm Successful | Neel Mark |
| 0340 | EZ-IO(Adult) Site: Right-Tibia Total Fluid Infused: 400ml Successful | Neel Mark |
| 0342 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0342 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |
| 0347 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0347 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |
| 0352 | Atropine Dose:1 mg Response: Unchanged | Neel Mark |
| 0352 | Epinephrine 1:10 Dose:1 mg Response: Unchanged | Neel Mark |

## Endotracheal Tube Verification

| | YES | NO |
|---|---|---|
| Auscultation of Lung Sounds | ✓ | |
| No Epigastric Sounds | ✓ | |
| Positive Chest Rise | ✓ | |
| Misting in Tube | ✓ | |
| Cords Visualized | ✓ | |
| ETCO2 | ✓ | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

https://esorpt1.esosolutions.net/EMSReports/rdPage.aspx?QUID=09f97091-3cbd-4634-ba...   8/17/2011

08/17/2011  12:41   9037314219          PRMC EMS                    PAGE  02

EMS                                                              Page 2 of 4

| First Responder Treatment Prior to Arrival | | |
| Aid Prior To Arrival By | Aid Prior To Arrival Type | Comments |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5591                    OIG - James 182

## Assessment

| Category | Abnormalities | Comments |
|---|---|---|
| Skin | Skin: Hot | DRY |
| Heent | Eyes-Left : Dilated, Pupil Size 6-mm Eyes-Right: Dilated, Pupil Size 6-mm | |
| Chest | Lung Sounds: Wheezing LU, Wheezing LL, Wheezing RU, Wheezing RL | |
| Back | No Abnormalities | |
| Abdomen | No Abnormalities | |
| Pelvis/GU | No Abnormalities | |
| Extremitie | No Abnormalities | |
| Mental Status | Mental Status: Unresponsive | |
| Neurologic | Neurological: Other | UNRESPONSIVE |

## Narrative

DISPATCHED TO A ELEVATED TEMP AND UNRESPONSIVE. FOUND A OBESE 280 POUND UNRESPONSIVE MALE IN THE INFIRMARY AT LOCAL PRISON. INITIAL CONTACT WITH PATIENT HAS HIM UNRESPONSIVE BREATHING ABOUT 40 TIMES WITH AUDBILE WHEEZES FROM ASPIRATION. ACCORDING TO GUARDS 45 MINUTES PRIOR TO FINDING HIM UNRESPONSIVE HE WAS ACTING DELERIOUS AND URINNATING ON THE WALLS. AT NEXT CONTACT PT WAS FOUND UNRESPONSIVE IN CELL AND BROUGHT TO THE INFIRMARY. AT EMS CONTACT PT AGAIN UNRESPONSIVE, AUDBILE WHEEZES. HOT TO TOUCH 105 BY PRISON TEMP, MOVE TO COT QUICK VITALS 85/42, RATE 145 NO SATS. INITIAL INTUBATE WITH BUGI AND 8.0 TUBE WITH 3 MAC BLADE GOOD VISUAL AND PLACEMENT, CO2 AND GOOD WAVE FORM INITIAL SAT 67% AND 27 CO2. EZ-IO RIGHT TIBIA GOOD FLOW. PT MOVED IN ASYSTOLE QUICKLY AFTER PLACEMENT IN TRUCK. CONTINUE TO BAG WITH O2 BY BVM AND START CPR, ATROPINE AND EPI GIVEN WITH NO CHANGES IN THE AYSTOLE. CONTINUE CPR AND BVM WITH O2 NO FURTHER CHANGES RELEASE TO ER.. ADULT I.O. PLACE

## Specialty Patients

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR USE IS PROHIBITED

Plaintiffs' MSJ Appx. 5592                              OIG - James 183

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location | TDCJ MICHAEL UNIT | Disposition | Transport Lights/Sirens | Call Received | 02:58:00 |
| Address | 2664 FM 2054 | Transport Due To | Patient | Dispatched | 02:58:00 |
| City | Tennessee Colony | Treatment Level | Advanced Life Support | En Route | 02:58:00 |
| State | Texas | Physician/RN | KNOWLES | On Scene | 03:30:00 |
| County | Anderson | Receiving Report | | At Patient | 03:32:00 |
| Zip | 75861 | | | Depart Scene | 03:41:00 |
| Medic Unit | Medic 40 | Destination | Palestine Regional Medical Center | At Destination | 03:56:00 |
| Run Type | 911 call | | | Incident Close | 04:06:00 |
| Priority | Lights/Sirens | Address | 2900 South Loop 256 | | |
| Scene Requested By | Other | City | Palestine | | |
| | | State | Texas | | |
| | | Zip | 75801 | | |

### Crew Members

| Personnel | Employee Number | Position | Certification |
|---|---|---|---|
| Neal Mark | 113 | Lead Medic | Paramedic |
| Johnson Bryan | | Driver | EMT |

### Insurance Details

| Insured's Name | KENNETH JAMES | Medicare | | Job Related Injury | ☐ |
|---|---|---|---|---|---|
| Relationship To Insured | | Medicaid | | Employer | |
| Address | 2664 FM 2054 | | | Contact | |
| City | Tennessee Colony | Primary Insurance | UTMB MANAGED CARE | Phone | |
| State | Texas | Policy# | 1726849 | | |
| Zip | 75861 | Group# | PO696997084 | Next of Kin Name | |
| | | | | Relationship to Patient | |
| | | Secondary Insurance | | Address | |
| | | Policy# | | City | |
| | | Group# | | State | |
| | | | | Zip | |
| | | | | Phone | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5593                              OIG - James 184



08/15/2011  08:01   9037311183          PRMC HIM                    PAGE  02/23

PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

JAMES,KENNETH WAYNE                Serv    FC  Loc    Room      Status   Adm Date  Adm Time   Unit #
Account No: L00103392104                    11  L.ER            REG ER   08/13/11  0412       L000194299

Soc Sec No   DOB        Age     Sex HS Race Religion          UNEMPLOYED
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          52         M   U  BL  DECLINED TO ANSWER UNKNOWN
Address:  PO BOX 6400                                         PALESTINE,TX 75801
          TENNESSEE COLONY,TX 75861                           Work Phone: 903-999-9999
Home Ph: 903-928-3118         County: ANDERSON COUNTY         Occupation:
Language: ENGLISH             Country: USA

UTMB,UTMB                                                     UTMB
                              SS#: 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                301 UNIVERSITY BLVD 100B
Address: 301 UNIVERSITY BLVD 100B                             GALVESTON,TX 77555
         GALVESTON,TX 77555                                   Work Phone: 800-605-8165
Home Ph: 800-605-8165         County:                         Occupation:
Relationship to Patient: OTHER

Address                       SS#:

Home Ph:                                                      Work Phone:
Relationship to Patient:                                      Occupation:

WARDEN,GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY,TX 75861
Home Phone: 903-928-3118      Work Phone:                     Home Phone:          Work Phone:
Relationship to Patient: SP                                   Relationship to Patient:

UTMB MANAGED CARE             Policy # 1726849                Treat/Precert - 778732
301 UNIVERSITY BLVD           Coverage # 0                    Ins Verif
GALVESTON TX 77555-100B       Subscriber JAMES,KENNETH WAYNE  Pro Review   Not Required
Phone: 409-747-2653           Rel to Pt  SELF/SAME AS PA  DOB 11/25/1958
                              Group P0696997084 - UTMB

                              Policy #                        Treat/Precert
                              Coverage #                      Ins Verif
                              Subscriber                      Pro Review
Phone                         Rel to Pt           DOB
                              Group

                              Policy #                        Treat/Precert
                              Coverage #                      Ins Verif
                              Subscriber                      Pro Review
Phone                         Rel to Pt           DOB
                              Group

Attending Physician      Admitting Physician                  Emergency Room Physician
                                                              KNOWLES,HEIDI G               1926
NO LOCAL PHYSICIAN

Adm. Source    Priority  Affiliate  Adm Icd By   Reason For Visit
EMERGENCY ROOM   EM       AMB       PRADMAMC     CARDIAC ARREST

                                                             Printed By: PRADMAMC  08/13/11 0423

Unit Number   L000194299         Account Number   L00103392104

Copy of OIG case to Litigation Support
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01   9037311183                    PRMC HIM                    PAGE  23/23

```
RUN DATE: 08/13/11      Palestine Reg Med Ctr  ADM   *LIVE*              PAGE 1
RUN TIME: 0423          IMPORTANT INFORMATION ABOUT SMOKING
RUN USER: PRADMAMC
```

**NAME: JAMES KENNETH WAYNE**        **UNIT#: L000194299**        **ACCT#: L00103392104**

*Smoking cigarettes tops the list of major risk factors of the nation's number one killer —
heart and blood vessel disease. Almost one-fifth of deaths from heart disease are caused
by smoking. There are many diseases and deaths attributed to smoking. Smoking also harms
thousands of nonsmokers who are exposed to cigarette smoke, including infants and children.*

*No matter how much, or how long you've smoked, when you quit smoking, your risk of heart
disease and stroke lessens. In time, your risk can be about the same as if you'd never
smoked!*

**American Heart Association Advice on How to Quit**

**Step One**
-List your reasons to quit and read them several times a day.
-Wrap your cigarette pack with paper and rubber bands. Each time you smoke, write down the
 time of day, how you feel, and how important that cigarette is to you on a scale of 1 to 5.
-Rewrap the pack.

**Step Two**
-Keep reading you list of reasons and add to it if you can.
-Don't carry matches, and keep your cigarettes out of easy reach.
-Each day, try to smoke fewer cigarettes.

**Step Three**
-Continue with Step Two. Set a target date to quit.
-Don't buy a new pack until you finish the one you're smoking.
-Change brands twice during the week, each time for a brand lower in tar and nicotine.
-Try to stop for 48 hours at one time.

**Step Four**
-Quit smoking completely. Throw out all cigarettes and matches. Hide lighters and astrays.
-Stay busy! Go to the movies, exercise, take long walks, go bike riding.
-Avoid situations and 'triggers' you relate with smoking.
-Find healthy substitutes for smoking. Carry sugarless gum or artificially sweetened mints.
 Munch carrots or celery sticks. Try doing crafts or other things with your hands.
-Do deep breathing exercises when you get the urge.

**What if I smoke after I quit?**
It's hard to stay a nonsmoker once you've had a cigarette, so do everything you can to avoid
that 'one'. The urge to smoke will pass. The first 2 to 5 minutes will be the toughest.
If you do smoke after quitting:
-This doesn't mean you're a smoker again— do something now to get back on track.
-Don't punish or blame yourself—tell yourself you're still a nonsmoker.
-Think about why you smoked and decide what to do the next time it comes up.

**What happens after I quit?**
Your senses of smell and taste come back. The annoying 'smoker's cough' goes away. You
breathe much easier. It's easier to climb stairs. You're free from the mess, smell and
burns in clothing. You feel free of 'needing' cigarettes. You'll have less chance of heart
disease, stroke, lung disease, and cancer.

Do you have questions or comments for your doctor or nurse?
Take a few minutes to write you own questions for the next time you see your healthcare
provider.

**How can I learn more?**
Talk to your doctor, nurse or other healthcare professionals. If you have heart disease or
have had a stroke, members of ~~Copy of ~~case in litigation. Support for~~ tobacco 2014 here. It's very important
for them to make changes now to UNAUTHORIZED COPYING, OR VIEWING PROHIBITED

08/15/2011  08:01    9037311103              PRMC HIM                    PAGE  04/20

JAMES,KENNETH WAYNE
PRE ER           Admit: 08/13/11
▉▉▉  M/52         L,ER
MRN L000194299 KNOWLES,HEIDI C
Acct# L00103392104

8.  **PATIENT DIRECTORY PREFERENCE:** I have been informed that unless I object, my name, location within the facility and general condition will be included in the patient directory.

   ☐  I object to having my name, location and general condition listed in the patient directory.

9.  **ELECTION TO REQUEST INTERPRETIVE SERVICES:** In accordance with Sect. 60, of Title VI, the Hospital is committed to ensuring that all patients receive equal access to medical care. To achieve this goal, interpretive services may be utilized or requested at no cost to you.

10.  **PATIENT RIGHTS:** I have received a copy of the Patient Rights. I understand these rights and if I have further questions, I will ask the nursing staff.

11.  **SMOKE FREE FACILITY POLICY:** The Hospital is a smoke free facility. I understand that while I am a patient in the Hospital I may not use tobacco products.

12.  **CONSENT TO PHOTOGRAPH:** Photography still and/or video may be deemed medically necessary by your physician before, during, or after a procedure. This is to provide documentation and will be kept as a part of your medical record.

   ☐  I refuse to be photographed and/or videoed

13.  **ADVANCE DIRECTIVE ACKNOWLEDGMENT:** I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. I understand that the terms of my Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

   ☐  I have executed an Advance Directive, if applicable

   ☐  I have not executed an Advance Directive

   ☐  I would like to formulate an Advance Directive / Receive additional information

I have read and fully understand this Patient Consent and Financial Agreement and been given the opportunity to ask questions. I acknowledge that I either have no questions or that my questions have been answered to my satisfaction.

_____                    5/13/11   0415
Signature of Patient or Legal Representative for Health Care Hospital Services If Other Than Patient        Date and Time

_____
Relationship to Patient

_____                    8/13/11
Reason Individual is Unable to Sign, i.e. Minor or Legally Incompetent        Date and Time
_____
Signature of Witness                                               Date and Time

Palestine Regional Medical Center        Copy of OIG case to Litigation Support on 04.19.2013 by ce.
*Consent for Services*                   UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Page 2 of 2
PR1001A/041411

08/15/2011  08:01    9037311183              PRMC HIM                    PAGE  05/23

## INITIAL ASSESSMENT FORM

**Palestine Regional Medical Center**

PRIORITY:  1

**ESI - 1**

DATE:  08/13/2011

Patient:  **JAMES, KENNETH W**
DOB:  ███████          AGE:  52YRS    Sex  M
EDP:  KNOWLES, HEIDI
PCP:  NO LOCAL DOCTOR

Pt#:  L00103392104
MR#:  L000194299

Worker's Comp:
Emp. Referred:

| Presentation Time: 03:52 | Triage Time: 03:52 | Arrival Mode: EMS-PRMC | |
|---|---|---|---|
| Height: 6 ' 0 '    Weight: 240 lbs.  0  oz, 109.09 kgs. LMP:NA | | Last Tetanus: unknown | Acc By: 3 TDCJ OFFICER! |

| Chief Complaint: CARDIAC ARREST | **Vital Signs** | |
|---|---|---|
| | T: | T |
| Brief Assessment:    PT. BROUGHT FROM TDCJ GURNEY UNIT D/T CARDIAC ARREST | P: | Regular |
| | R: | Unlabored |
| | BP: | 000/000 |
| | O2: | % RA |

| NIGHT SWEATS | UNK | HEMOPTYSIS | UNK | Pain Intensity Scale: | / 10 |
| WEIGHT LOSS | UNK | FEVER | UNK | Pain Location: | |
| ANOREXIA | UNK | | | | |

| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| CPR IN PROGRESS | YES |
| DOWN > 10 MINUTES | UNK |

Sudden Onset:

Pre-Hospital Treatment:    SEE PRMC EMS RUN SHEET

Pediatric Assessment:    N/A

Past Medical History:    UNKNOWN

**Allergies:**  UNKNOWN-

Medicines:    UNKNOWN,

Nurse Signature: _____    SXE

Additional Notes:

_____

_____

_____

_____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev.07/02/08

08/15/2011   08:01   9037311183          PRMC HIM          PAGE   05/29

**Palestine Regional Medical Center**

## EMERGENCY DEPARTMENT
## FALL / ENTRAPMENT RISK ASSESSMENT

Name: JAMES, KENNETH W
Age: 52YRS  DOB: 11/25/1958   Sex: M   Pt#: L00103392104   MRN: L000194299
EDMD: KNOWLES, HEIDI)   PMD: NO LOCAL DOCTOR

Date In: 8/13/2011

**FALL / ENTRAPMENT RISK    Score less than 10 = low risk    Score greater than 10 - high risk for fall (follow hospital protocol)**

| | Score | 0 | 1 | 2 | 3 | 4 | 5 | Other |
|---|---|---|---|---|---|---|---|---|
| Age | (circled) | Less than 60 | 60 or over | | | | | |
| Mental Status | (circled) | Oriented or Comatose | | Confused 100% of the time | Unable to follow directions | Nightime or intermittent confusion | | |
| Elimination | (circled) | Continent Independent | Continent | | Requires assistance | | Incontinent | |
| Impairments | (circled) | None known | | Vision/glasses or hearing/hearing aid | | Blind or deaf | | |
| BP | (circled) | Within normal limits | Systolic BP consistently less than 90 | Dizziness with position changes | | | | |
| Gait / Mobility | (circled) | | (1 pt each item) Uses cane/walker Feels furniture Balance problems | | | | | History of recent falls (2 or more in past 6 months) = 7 points |
| Current Medications | (circled) | | (1 pt each med) sedatives narcotics Diuretics Antihypertensives Benzodiazepines Post-anesthesia Psychotropics Laxatives Cathartics | | | | | |
| Predisposition Conditions | (circled) | | (1 pt each item) CVA, Hypertension, Dehydration, Seizures, Arthritis, Parkinson's Disease, Loss of limbs, Post-op 1st 3 days | | | | | |
| Total | (circled) | | Circle each item that applies. Document points in score column. Total at bottom of page. | | | | | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01  9037311183          PRMC HIM                    PAGE  07/23

**EMERGENCY DEPARTMENT**                    *Palestine Regional Medical Center*
**CHEST PAIN NURSING ASSESSMENT**
                                Name: JAMES, KENNETH W          PT#: L00103392104
                                Age: 52YRS  DOB▮▮▮  Sex: M        MR#: L000194299
Date in: 8/13/2011    Time: 0352    EDP: KNOWLES, HEIDI          PCP: NO LOCAL DOCTOR

**Subjective Notes:** Code Blue, Temp 108 @ Unit

**Pain / Patient descriptor**
Location: _____  Quality: ☐Sharp ☐Dull ☐Cramping ☐Burning ☐Aching   Severity Scale: ___  Onset: ___
Provocation: _unknown_   ☐Other: _____                           Aggravating Factors: _____
Radiating: ☐No ☐Yes (see below)        ☐Constant ☐Intermittent   Relieving Factors: _____

**Psychological**
Appearance: ☐Clean ☐Unkempt ☐Other         Environment: ☒No steps ☐Few steps ☒Many steps
Mood / Affect / Behavior: ☐Appropriate ☐Depressed ☐Anxious   Nutritional status: ☐Normal ☐Cachectic ☐Obese
                         ☐Tearful ☐Other         Religious / Cultural preference: ☒None  (specify) ___
Caregiver: ☐Self ☐Family member ☐Significant Other ☐Group home   Best learn by: ☐Verbal ☐Written ☐Return demo
Activity level: ☐Ambulates independently ☐Requires assistance ☐Non-ambulatory   Learning Barriers: ☐TDD phone ☐Interpreter ☒No ☐Yes
               ☐Performs ADL's independently ☐Requires assistance with ADL's   ☐Other: _____

**Symptoms prior to and after CIAS / Nitroglycerin**
Mode of Onset: ☒Sudden ☐Gradual ☐Intermittent   Onset: Date: 8-13-1  Time: unknown Duration: ___
                                Onset > 24 hrs. medical attention was sought? ☐No ☐Yes   Date: ___

Status at onset          Radiation                Quality                    Relief Measures
☐Rest                   ☐Substernal   ☐Back      ☐Pressure / Heavy  ☐Indigestion              Yes  No
☐Exertion               ☐Epigastric   ☐LUE       ☐Burning           ☐Indescribable    Rest   ☐   ☐
☐Awakened from sleep    ☐Left Chest   ☐RUE       ☐Sharp / Stabbing  ☐Ache             Food   ☐   ☐
☐                       ☐Right Chest  ☐Shoulder  ☐Constant          ☐Crushing         NTG SL ☐   ☐
☐                       ☐Neck / Jaw              ☐Intermittent

Associated signs and    ☐Dyspnea    ☐Nausea      ☐Syncope          ☐Palpitations      ☐
symptoms                ☐Diaphoresis ☐Vomiting   ☐Near Syncope     ☐Extreme fatigue   ☐

Chest discomfort with   ☐Deep breathing ☐Changes in position       ☐
                        ☐Palpation      ☐Exercise / Activity       ☐

**Past Medical (cardiac) and Risk Factors**
PMH from triage    UNKNOWN

☐High Cholesterol            ☐Diabetes        ☐Pacemaker          Procedures:        Date
☐Peripheral Vascular Disease ☐Angina          ☐Family History     ☐Heart cath
☐Previous Cardiac Arrest     ☐HTN             ☐Smoker: ___ PPD ___ Yrs  ☐Stress Test
☐MI  Date:                   ☐COPD            ☐Other              ☐Angioplasty
                                                                   ☐CABG
                                                                   ☐Other

**Physical Assessment (Objective)**
Heart Sound               Palpation _Systole_                      Abdomen:
☐WNL  ☐Click / Rub  _Asystole_  Chest pain with palpation: ☐No ☒Yes  Location: ___   ☐Soft  ☐Distended
☐Murmur  ☐Rub       Pulses: Carotid ___ Femoral ___              ☒Firm  ☐Non-Tender
☐Muffled  ☐Other            Brachial ___ Popliteal ___            ☐Rigid  ☐Tender
Cap Refill: ☐< 2 sec. (Normal) ☐> 2 sec. (Delayed)   Radial ___ Dorsalis Pedis ___   ☐Rebound Tenderness
Edema: ☐No ☐Yes  Location: ___       S=Strong W=Weak D=Doppler A=Absent   ☐Other: ___
       Degree: ☐1+ ☐2+ ☐3+
Cardiac Rhythm: ☐NSR ☐Sinus Bradycardia ☐Sinus Tachycardia ☐SVT ☒Other _Asystole_
Apical Pulse: ___  SpO2: 100% ☐Room Air  ☐ETT

**System Review**
Neurological         Cardiovascular           Respiratory
☐Alert              Skin: ☐Warm ☐Dry ☐Moist ☐Diaphoretic   Airway: ☐Clear  ☐Other _extubated_
☐Oriented X ___     Color: ☐Pink ☐Pale ☐Ashen ☐Flushed     Effort: ☐Unlabored ☐Mildly ☐Severely
☐Cooperative ☐Agitated   ☐Cyanotic ☐Jaundiced              ☐Retractions ☐Stridor ☐Nasal Flaring
☐Awake but confused ☐Restrained                            Lung: ☐Clear ☐Wheezing ☐Crackles
_unresponsive_                                                    ☐Rhonchi ☐Decreased

Vital Signs: 03:52  T: ___  P: ___
                                    Signed _M Katzn RN_

Copy of OIG case to Litigation Support on 04.19.2013 by cen
UNAUTHORIZED COPYING OR VIEWING IS PROHIBITED          Rev. 03.05.04

08/15/2011  08:01   9037311183                PRMC HIM                    PAGE  06/23

## EMERGENCY DEPARTMENT
## ONGOING NURSING ASSESSMENT                    *Palestine Regional Medical Center*

Name: JAMES, KENNETH W                           Pt#: L00103392104
Age: 52YRS   DOB:                  Sex: M         MR#: L000194299
Date: 8/13/2011                  EDP: KNOWLES, HEIDI          PCP: NO LOCAL DOCTOR

### NURSING DIAGNOSIS

| Airway Clearance, Ineffective | Communication Impaired | Infection, Potential | Self Care Deficit |
|---|---|---|---|
| Anxiety | Coping, Ineffective | Injury, Potential | Skin Integrity Impairment |
| Breathing Patterns, Ineffective | Fluid Volume, Alteration in | Knowledge Deficit | Thought Processes, Impaired |
| Cardiac Output, Decreased | Gas Exchange, Impaired | Mobility Impaired | Thought Processes, Alteration in |
| Comfort, Alteration in | Hyperthermia (Fever) | Non-Compliance | Tissue Perfusion, Alteration |
| Other _____ | | Other _____ | |

### THE GOAL / PLAN

|  | Not Met Met Int |  | Not Met Met Int |  | Not Met Met Int |
|---|---|---|---|---|---|
| FB REMOVAL | | IMMOBILIZATION / PROPER ALIGNMENT | | IMPROVEMENT OF BREATHING | |
| BLEEDING CONTROL | | DECREASE / PREVENT SWELLING | | STABILIZE PATIENT IN DISTRESS | |
| PAIN CONTROL | | MAINTAIN STABLE HOMEOSTASIS | | meet ENVIRONMENTAL NEEDS | |
| ALLEVIATE N/V | | MAINTAIN SKIN / TISSUE INTEGRITY | | meet PSYCHOSOCIAL NEEDS | |
| FEVER CONTROL | | PREVENT FURTHER INJURY | | meet SELF CARE ABILITY NEEDS | |
| DECREASE ANXIETY | | MAINTAIN / IMPROVE CIRCULATION | | meet EDUCATIONAL NEEDS | |
| SAFETY IN THE ED | | INFECTION CONTROL | | Other | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

### Nurses Progress Notes

| Time | Notes |
|---|---|
| 0352 | Pt to Rm #1 on cardiac / monitor) |
|  | CPR in progress, pt in asystole = |
|  | Drs in room & Cardio at bedside — |
| 0353 | see code sheet — |
| 0416 | CPR stopped ERP pronounced pt @ this time + |
| 0418 | SWTA notified of death |
| 0430 | Judge Todd paged |
| 0434 | Judge Todd returned call will come to ERA — |
| 0500 | Lee Ann @ Managed Care notified of death |
| 0516 | Judge Todd here — Atty Rep here in ER |
| 0600 | Carnes Funeral Home ETA is 4 hrs — |
| 0952 | Carnes funeral home arrived to pick up remains |
|  | of pt. body released |
|  | to funeral home. — TM |

### Disposition

Discharged in care of: ☐ Amb ☐ W/C ☐ Stret ☐ Carrier
Discharge instructions given to _____ ☐ Verbalized understanding
Admit: Room # _____ to Dr: _____ DECEASED   Ready to Room Time: _____
Report called at _____ and given to _____
Transferred to _____                        ☐ Transfer Verified
Report called at _____ and given to _____
☐ Left without treatment   ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☐ Stable ☐ Serious ☐ Expired
Pain Scale: _____ Pain Location: _____
Patient reports that pain is: ☐ Improved ☐ Unchanged ☐ Worse
_____ P _____ R _____ BP _____ O2 _____
Disposition Date: _____ Time: _____ Nurse: TM Clinton

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  09:01    9037311183              PRMC HIM                    PAGE  09/23

JAMES,KENNETH WAYNE
PRE FD                    Admit: 08/13/11
                M/52              L,ER
MRF L000194290 KNOWLES,HEIDI C
Acct# L00103392104

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

50    Palestine Regional Medical Center
      **EMERGENCY PHYSICIAN RECORD**
      ◆ Cardiopulmonary Resuscitation ◆

TIME SEEN: ___ on arrival  ROOM: ___     ___ EMS Arrival
HISTORIAN:  patient  spouse  paramedics
__ HX / __ EXAM LIMITED BY: ___
TRANSFER FROM: ___        ☐ see transfer record

**HPI**

**Initial complaint(s):**  collapsed  found unresponsive
chest pain  dyspnea  abdominal pain  back pain

**Witnessed arrest?**  no / yes ___
**Bystander CPR?**  no / yes  EMS

**Down-time before ACLS:** ___ minutes  unknown
**Initial findings:** by paramedics
mentation          respirations       pulse
unresponsive       no respirations    none
                   agonal respirations  weak
rhythm ST thin
asystole  D241     HR ___       Glucose ___ mg/dl
vent. fibrillation  BP ___      D-stick glucometer ISTAT
PEA brady/tachy              by paramedics /in ED

**pre-hospital treatment:**
oxygen       CPR / thumper    epinephrine ___ mg
                              vasopressin ___ mg
bag-valve-   defibrillated x  atropine ___ mg
mask         IV access  IO    amiodarone ___ mg
intubated    IV fluid         sodium bicarb ___ amps
                              lidocaine ___ mg

**ROS**
**CONST**                    GI / GU
recent illness / fever       abdominal pain
fever / chills               problems urinating
                             MS / SKIN / LYMPH
**EYES / ENT**               joint pain
problems with vision         rash
sore throat                  swollen glands
**CVS / RESP**               **NEURO / PSYCH**
chest pain                   dizziness
shortness of breath          fainting
cough                        anxiety / depression
LNMP ___ preg  post  menop   ☐ all other systems identified,
                              reviewed, and found neg

* see HPI for additional / associated signs and symptoms

**PAST HX**
☑ Agree w/ triage nurse's note for PFSH / ROS    Unknown
cardiac disease  AMI  CHF  A-Fib    diabetes Type 1  Type 2
CVA / TIA  deficit ___    diet / oral / insulin
___                        hypertension
___ old records ordered / summary: ___

**Medications** ___ none  see nurses note  **Allergies** ___ NKDA
aspirin  coumadin  clopidogrel       see nurses note

**SOCIAL HX** smoker ___   drugs ___
alcohol (recent / heavy / occasional)  occupation ___
**FAMILY HX** ___ negative

---

☑ Vitals Reviewed
**INITIAL PHYSICAL EXAM**
*See reverse for initial rhythm and interventions*

**GENERAL**            ___ unresponsive
__ no evidence
of trauma

**RESPIRATORY**        ___ no spontaneous respirations
__ breath sounds      ___ bag-valve-mask
equal bilaterally     ___ ET tube / bag-valve
__ lungs clear        ___ agonal respirations
                      ___ decreased air movement
                      ___ wheezes / rales / rhonchi

**CVS**                ___ no spontaneous pulse
__ spontaneous        ___ chest compressions
pulse present         ___ rate w/ CPR  none  poor  good
                      ___ heart sounds absent
                      ___ irregularly irregular rhythm
                      ___ extrasystoles ( occasional / frequent )
                      ___ JVD present
                      ___ murmur  grade ___ /6  sys / dias
                      ___ gallop ( S3 / S4 )

**ABDOMEN**            ___ distention
__ soft, no mass      ___ hepatomegaly / splenomegaly
                      ___ mass ___
                      ___ guarding ___

**HEAD / NECK**        ___ head trauma
__ atraumatic         ___ c-spine tenderness
__ pharynx clear      ___ tracheal deviation

**NEURO**              ___ unresponsive / agitated / confused
__ pupils reactive    ___ pupils fixed, dilated
                      ___ unequal pupils
                      ___ size  R ___ mm  L ___ mm

                      ___ no motor responses
                      ___ abnormal response to pain
                      ___ withdraws  flexion  extension
                      ___ Babinski reflex ( R / L )
                      ___ reflexes absent
**Reflexes**

**EXTREMITIES**        ___ rigidity
__ no signs of trauma  ___ pedal edema ( R / L )

**SKIN**               ___ pallor
__ no rash            ___ cyanosis    warm
                      ___ dependent lividity

Copy of OIG Case to Litigation Support on 04.19.2016 by ___
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01   9037311183                    PRMC HIM                    PAGE  10/23

## INITIAL EKG MONITOR RHYTHM

asystole
ventricular fibrillation        wide complex          sinus rhythm
ventricular tachycardia         narrow complex        atrial fibrillation
                                tachycardia           heart block  1°  2°  3°
                                bradycardia
                                rate:_____

## PROCEDURES & INTERVENTIONS

CPR  _____
_____  CVL placed unsuccessful _____
Intubated by: ED physician
with # 7.5 ET tube (curved) straight blade  nasal / (oral)
Premedication:  Ø
RSI          etomidate    succinylcholine    vecuronium
Post-Intubation - Breath sounds
          equal? R greater than L   L greater than R
Pulse Ox _____  End-tidal CO2 detector _____

✓ central line placed  sterile technique  betadine prep  CL _____
(R) / left  internal jugular  subclavian  femoral

_____ pacemaker  external / transvenous
_____ defibrillated
✓ foley catheter

## LABS, EKG & XRAYS

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | | normal except |
| WBC____ | Na____ | CK____ | WBC____ |
| Hgb____ | K____ | CKMB____ | RBC____ |
| Hct____ | CO2____ | Troponin____ | bacteria____ |
| Platelets____ | Gluc____ | PT/PTT____ | dip____ |
| segs____ | BUN____ | INR____ | |
| bands____ | Creat____ | | |

**ABGs**
time____  RA / __LO2  pH____  pCO2____  pO2____
time____  RA / __LO2  pH____  pCO2____  pO2____

RHYTHM STRIP ___ NSR ___  Rate____

**INITIAL ED EKG**
☐ NML  ☐ interp. by me  ☐ Reviewed by me  Rate____
___ NSR  ___ nml intervals  ___ nml axis  ___ nml QRS  ___ nml ST/T

CXR  ☐ interp. by me  ☐ Reviewed by me  ☐ Discard w/ radiologist
___ nml / NAD  ___ no infiltrates  ___ nml heart size  ___ nml mediastinum

## PROGRESS

Also see CPR Flow Sheet
Time _____   unchanged   improved   re-examined
_____

_____

_____

_____ CPR discontinued, patient pronounced dead at _____
+AMI = EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer
___ Dx delayed due to atypical presentation

Discussed with Dr.____      Additional history from:
nml see patient in:  ED / hospital / office    family caretaker  paramedics
Counseled patient / family regarding:         Rx given____
lab / rad. results  diagnosis  need for follow-up    admission orders written
CRIT CARE TIME  (excluding separately billable procedures) _____ min

## CLINICAL IMPRESSION          (circle final dx / backslash diff dx)

Cardiopulmonary Resuscitation        Pulmonary Edema
  successful   (unsuccessful)         Pulseless Electrical Activity
Asystole                             Respiratory Failure
Cardiac Rhythm Disturbance           Sudden Death
  V. Tach  V. Fib.  A. Fib.  SVT
+ Myocardial Infarction - acute      hyperthermia

DISPOSITION-   ☐ admitted  ___ POA  decubitus / UTI (foley)____
               ☑ Medical Examiner  ☐ morgue  ☐ transfer____
CONDITION-     ☐ unchanged  ☐ improved  ☐ stable____
               ☐ critical  ☐ serious  ☑ deceased

Care transferred to Dr.____                          Time:____

PHYSICIAN SIGNATURE- _____
☑ Template Complete  ☐ See Addendum (Dictated / Template # _____)

Cardiopulmonary Resuscitation-50

+ Quality Measure Initiative

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## CARDIOPULMONARY RESUSCITATION RECORD

**Patient:** JAMES, KENNETH WAYNE

Date: 2/13/11   Time Event Recog. 0341   Location: Intake Area   Age: 52   Weight:   Length:

Was Hospital-Wide Resuscitation Response Activated? ☑ Yes ☐ No
Condition when Need for Chest Compression / Defibrillation was identified? ☑ Pulse (poor perfusion) ☐ Pulseless
Witnessed: ☑ Yes ☐ No   Indicate all Monitors that were Present at Onset: ☑ ECG ☑ Pulse Ox ☑ Apnea
Patient Conscious at Onset: ☑ Yes ☐ No   Did the Patient with a Pulse Become Pulseless? ☑ Yes ☐ No

### AIRWAY / VENTILATION
At Onset: ☑ Spontaneous ☐ Apnea ☐ Agonal ☐ Assisted
Types of Ventilation: ☐ Mouth/Mouth ☐ Mouth/Mask
☑ BVM ☑ ET ☐ Tracheotomy ☐ Other
Time of First Assisted Ventilation:
ET Intubation: Time 0355   Size 7.5
By Whom:
Secondary Confirmation: ☑ Auscultation ☑ Ex. CO₂
☐ Other

### CIRCULATION
First Documented Rhythm: PEA
Time Chest Compressions Were Started:
First Documented Pulseless Rhythm:
Patient Defibrillated ☐ Yes ☑ No
If Yes, Time of First Shock:
AED Applied ☑ Yes ☐ No
AED Shock ☐ Delivered ☐ 1st Shock
Pacemaker On ☐ Yes ☑ No

### OUTCOME
Resuscitation
Event Ended @ 0416   Status: ☐ Alive ☑ Dead
Reason Resuscitation Ended:
☐ Return of Circulation (>20 min) ☐ Efforts Terminated
☑ Medical Futility   (No Sustained ROC)
☐ Advance Directives   ☐ Restrictions by Family

| TIME | NRBM/SPONTANEOUS/ASSISTED | PULSE SPONTANEOUS/COMPRESSIONS | BP | RHYTHM | DEFIB / CARDIOV JOULES | AMIODARONE DOSE / IV or IO | ATROPINE DOSE / ROUTE | EPINEPHRINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | VASOPRESSIN DOSE / IV or IO | BOLUS DOSE / ROUTE | INFUSIONS | DOPAMINE | DOBUTAMINE | EPINEPHRINE | NOREPINEPHRINE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0353 | A | C | | | | | | | | | | | | | | | CPR in progress w/ 4 |
| 0355 | A | C | | | | | 1 Amp | | | | | | | | | | new tube ET / Intubation - R |
| 0356 | A | C | | | | | 1 Amp | | | | | | | | | | absent breath sounds L |
| 0357 | A | C | | | | | 1 Amp | 1 Amp | | | | | | | | | tube advice to R mainstem |
| 0401 | A | C | | | | | 1 Amp | 1 Amp | | | | | | | | | Echo 2.6.5 w/ |
| 0401 | A | C | | | | | 1 Amp | | | | | | | | | | proton tube |
| 0405 | A | C | | | | | | | | | | | | | | | CPR cont'd |
| 0405 | A | C | | | | | | | | | | | | | | | 75m ET Emelia 2.6.5 A |
| 0407 | A | C | | | | | 1 Amp | | | | | | | | | | Breath to bed R |
| 0409 | A | C | | | | | 1 Amp | | | | | | | | | | CPR cont'd |
| 0409 | A | C | | | | | | | 1 Amp | | | | | | | | | 7.5m ET Philip 2.6.5 A |
| 0410 | A | C | | | | | | | 1 Amp | | | | | | | | | |

Length

**Patient Name:**
**OUTCOME**

**DOSE to or PER HOUR**

RCU / CODE TEAM NURSE'S SIGNATURE
PROCEDURE'S SIGNATURE R.D
Page ___ of ___

PHYSICIAN'S PRINTED NAME
PHYSICIAN'S SIGNATURE

PRMH / PALESTINE REGIONAL MEDICAL CENTER • 2900 S. LOOP 256 • PALESTINE, TX 75801

Copy of OIG case to Litigation Support on 04.19.2013 by oe.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011 08:01 9037311183 PRMC HIM PAGE 12/23

## CARDIOPULMONARY RESUSCITATION RECORD

Patient Name: JAMES, KENNETH WAYNE
Age: 09/13/11

**CIRCULATION**

**AIRWAY / VENTILATION**

**OUTCOME**

Resuscitation Event Ended @

Reason Resuscitation Ended:
☐ Return of Circulation (>20 min.) ☐ Efforts Terminated
☐ Medical Futility ☐ (No Sustained ROC)
☐ Advance Directives ☐ Restrictions by Family

Status: ☐ Alive ☐ Dead

**COMMENTS:**

| TIME | RESP. SPONTANEOUS/ASSISTED | PULSE SPONTANEOUS/COMPRESSIONS | BP | RHYTHM | DEFIB/CARDIOV JOULES | Ex. CO₂ | BOLUS DOSE / ROUTE | | | | | | INFUSIONS DOSE / cc PER HOUR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | AMIODARONE DOSE / IV or IO | ATROPINE DOSE / ROUTE | EPINEPHRINE DOSE / ROUTE | LIDOCAINE DOSE / ROUTE | VASOPRESSIN DOSE / IV or IO | DOPAMINE | DOBUTAMINE | EPINEPHRINE | NOREPINEPHRINE |

PARH / PALESTINE REGIONAL MEDICAL CENTER

RECORDER'S SIGNATURE & ID

OUTCODE TEAM NURSE'S SIGNATURE

PHYSICIAN'S PRINTED NAME

PHYSICIAN'S SIGNATURE

Page ___ of ___

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01  9037311183                    PRMC HIM                         PAGE  13/23

## ORDER PROCEDURE FORM
## CARDIOVASCULAR EMERGENCIES

**Palestine Regional Medical Center**

Name: JAMES, KENNETH W        PI#: L00103392104
Age: 52YRS   DOB:              Sex: M   MR#: L000194299
EDP: KNOWLES, HEIDI           PCP: NO LOCAL DOCTOR

Date In: 8/13/2011    Time:

| Order Time | Laboratory Tests | Order Sent | By | Disp Time | Radiology | Order Sent | By |
|---|---|---|---|---|---|---|---|
| | Cardiac Profile | ☐ | | | CXR (PA/LAT - Portable) | | |
| | CBC | | | | | | |
| | BMP        CMP | | | | | | |
| | Troponin | | | | | | |
| | Myoglobin | | | | | | |
| | CPK | | | | | | |
| | Magnesium | | | | Cardiopulmonary | | |
| | BNP | | | | EKG | | |
| | PT/PTT | | | | ABG | | |
| | | | | | O2          LPM | | |
| | Misc Orders | | | | Medications/Intubation | | |
| | Previous Medical Records | | | | | | |
| | Physical Therapy - Eval & Tx | | | | | | |

Weight:              Allergies: UNKNOWN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0353 | EPI | ☐ | 0353 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0356 | EPI | ☐ | 0356 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0359 | EPI | ☐ | 0359 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0359 | Sodium Bicarb | ☐ | 0359 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0401 | EPI | ☐ | 0401 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0404 | EPI | ☐ | 0404 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |
| 0407 | EPI | ☐ | 0407 | MC IV | ☐ Improved ☐ Worse ☐ Unchanged | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ KVO Device: | | | | | | | |
| ☐ IV Fluid: | NS ① | PTA | | | | | |
| ☐ | NS ② | 0355 | | | | | |

Procedure/Nursing Actions

| | | | |
|---|---|---|---|
| ☐ Cardiac Monitor   Rate____  Rhythm____ | ☐ External Pacer | ☐ Urinary Catheter | |
| ☐ NIBP Monitor | ☐ Internal Pacer (Temporary) | ☐ Arterial Line Placement | |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ NGT Insertion   Tube Size____ | |
| ☐ Thrombolytic Therapy (Thrombolytic Flow Sheet) | ☐ CVP Monitoring | | |
| ☐ Carotid Massage | ☐ CPR | | |
| ☐ Cardioversion | ☐ Endotracheal Intubation | | |

Discharge Instructions

Initials/Signature:              Initials/Signature:              Initials/Signature:              Initials/Signature:

PA/AHNP:                                                          Physician's Signature:

HEIDI KNOWLES MD #M3818

Copy of OIG case to Litigation Support on 04.19.2013 by ca
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01   9037311183          PRMC HIM                    PAGE  14/23

## EMERGENCY DEPARTMENT
## MEDICATION ADMINISTRATION RECORD
**Palestine Regional Medical Center**

Name: JAMES, KENNETH W          Pt#: L00103392104
Age: 52YRS  DOB:          Sex: M   MR#: L000184299
EDP: KNOWLES, HEIDI          PCP: NO LOCAL DOCTOR

Date In: 8/13/2011

**Allergies:** UNKNOWN

### INFUSION / INJECTION INTERVENTION

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|------|----------|-------|----------|----------|--------------------------|-------------|
| A | R ES | 18 | | MC | | 8-13-11 |
| B | L lea IO | | EMS | | ∅ | |

### INFUSION 15 MIN

| IV #1: Solution NS | Flow Rate Bolus | Hydration | Initial | Sequential | Concurrent |
|---|---|---|---|---|---|
| Start 177 Stop 0410 Ongoing | Site: A / B Rate chg/Time | Rate chg/Time | | | Nurse MC |
| IV #2: Solution NS | Flow Rate Bolus | Hydration | Initial | Sequential | Concurrent |
| Start 0355 Stop 0410 Ongoing | Site: A B Rate chg/Time | Rate chg/Time | | | Nurse MC |
| IV #3: Solution | Flow Rate | Hydration | Initial | Sequential | Concurrent |
| Start ___ Stop ___ Ongoing ___ | Site: A B Rate chg/Time | Rate chg/Time | | | Nurse |
| IV #4: Solution | Flow Rate | Hydration | Initial | Sequential | Concurrent |
| Start ___ Stop ___ Ongoing ___ | Site: A B Rate chg/Time | Rate chg/Time | | | Nurse |

### INJECTION 15 MIN

| Medication EPI | Improved Worse Unchanged | Site B | Dose | Time 0353 | IM SUBQ IV Push | Nurse MC |
|---|---|---|---|---|---|---|
| Medication EPI | Improved Worse Unchanged | Site B | Dose | Time 0356 | IM SUBQ IV Push | Nurse MC |
| Medication EPI | Improved Worse Unchanged | Site A | Dose | Time 0359 | IM SUBQ IV Push | Nurse MC |
| Medication Sodium Bicarb | Improved Worse Unchanged | Site A | Dose | Time 0359 | IM SUBQ IV Push | Nurse MC |
| Medication EPI | Improved Worse Unchanged | Site A | Dose | Time 0401 | IM SUBQ IV Push | Nurse MC |

### VACCINATIONS

| Influenza (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___ | Nurse ___ |
|---|---|---|---|---|
| Pneumovax (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___ | Nurse ___ |
| Hepatitis (Site) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___ | Nurse ___ |
| Other (Toxoid Name) ___ | SUBQ/IM Lot# ___ | Time ___ | VIS Version Given: ___ | Nurse ___ |

Did the patient have a reaction? (circle one) YES / NO If YES, describe in detail

### ALL OTHER MEDICATIONS - ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS

| Medication ___ | Improved Worse Unchanged | R PO SL INHAL | TOPICAL Time given ___ | Nurse ___ |
|---|---|---|---|---|
| Medication ___ | Improved Worse Unchanged | R PO SL INHAL | TOPICAL Time given ___ | Nurse ___ |
| Medication ___ | Improved Worse Unchanged | R PO SL INHAL | TOPICAL Time given ___ | Nurse ___ |
| Medication ___ | Improved Worse Unchanged | R PO SL INHAL | TOPICAL Time given ___ | Nurse ___ |
| Medication ___ | Improved Worse Unchanged | R PO SL INHAL | TOPICAL Time given ___ | Nurse ___ |

### RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL

Aerosol Medications ___ Time given ___ Patient Response ___ Nurse ___

Was the patient / family member in the event of a minor, educated on the use of aerosol treatment (circle one) YES / NO   Nurse ___

Nursing #1 Signature          8-13-11          Date / Time

Copy of OIG case to Litigation Support on 04.10.2013 by cc.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev. 1/5/2016

08/15/2011  08:01   9037311183              PRMC HIM                          PAGE  15/23

*EMERGENCY DEPARTMENT*
*MEDICATION ADMINISTRATION RECORD*          Palestine Regional Medical Center

Name: JAMES, KENNETH W          Pt#: L00103392104
Age: 52YRS   DOB:               MR#: L000194299
Date In: 8/13/2011                          EDP: KNOWLES, HEIDI   Sex: M   PCP: NO LOCAL DOCTOR

**Allergies:** *UNKNOWN*

### INFUSION/INJECTION/INTERVENTION

| Site | Location | Gauge | Attempts | Initials | Complications—Comments | Date / Time |
|------|----------|-------|----------|----------|------------------------|-------------|
| A | Rt es vo | 16 | 2 thy | MC | 2 | 8-13-11 |
| B |  |  |  |  |  |  |

### INFUSION 15 MIN

IV #1: Solution _____    Flow Rate _____   Hydration ____ Initial ____ Sequential ____ Concurrent ____
Start ____ Stop ____ Ongoing ____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____
IV #2: Solution _____    Flow Rate _____   Hydration ____ Initial ____ Sequential ____ Concurrent ____
Start ____ Stop ____ Ongoing ____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____
IV #3: Solution _____    Flow Rate _____   Hydration ____ Initial ____ Sequential ____ Concurrent ____
Start ____ Stop ____ Ongoing ____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____
IV #4: Solution _____    Flow Rate _____   Hydration ____ Initial ( Sequential ____ Concurrent ____
Start ____ Stop ____ Ongoing ____   Site: A  B  Rate chg/Time _____   Rate chg/Time _____   Nurse _____

### INJECTION 15 MIN

Medication _EPI_        Improved  Worse  Unchanged  Site A  Dose ___ Time 0401  IM  SUBQ (IV) Push  Nurse MC
Medication _EPI_        Improved  Worse  Unchanged  Site A  Dose ___ Time 0407  IM  SUBQ (IV) Push  Nurse MC
Medication _Sodium Bicarb_  Improved  Worse  Unchanged  Site A  Dose ___ Time 0408  IM  SUBQ (IV) Push  Nurse MC
Medication _EPI_        Improved  Worse  Unchanged  Site A  Dose ___ Time 0410  IM  SUBQ (IV) Push  Nurse MC
Medication _EPI_        Improved  Worse  Unchanged  Site A  Dose ___ Time 0413  IM  SUBQ (IV) Push  Nurse MC

### VACCINATIONS

Influenza (Site) _____  SUBQ/IM Lot# _____  Time _____  VIS Version Given: _____  Nurse _____
Pneumovax (Site) _____  SUBQ/IM Lot# _____  Time _____  VIS Version Given: _____  Nurse _____
Hepatitis (Site) _____  SUBQ/IM Lot# _____  Time _____  VIS Version Given: _____  Nurse _____
Other (Toxoid Name) _____  SUBQ/IM Lot# _____  Time _____  VIS Version Given: _____  Nurse _____
Did the patient have a reaction? (circle one) YES / NO  If YES, describe in detail _____

### ALL OTHER MEDICATIONS ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS

Medication _____  Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given _____  Nurse _____
Medication _____  Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given _____  Nurse _____
Medication _____  Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given _____  Nurse _____
Medication _____  Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given _____  Nurse _____
Medication _____  Improved  Worse  Unchanged  R  PO  SL  INHAL  TOPICAL Time given _____  Nurse _____

### RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL

Aerosol Medications _____  Time given _____  Patient Response _____  Nurse _____
Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment  (circle one)  YES / NO  Nurse _____

M. Kinten RN          8-13-11
Nursing #1 Signature                                              Date / Time

Copy of OIG case to Litigation Support on 04-19-2013 by co
UNAUTHORIZED COPYING OR VIEWING IS PROHIBITED

Rev. 1/5/2010

08/15/2011  08:01   9037311183          PRMC HIM                    PAGE  16/23



ORDER PROCEDURE FORM
ADDITIONAL MEDS AND IVS                                    Palestine Regional Medical Center

Name: JAMES, KENNETH W                Pt#: L00103392104
Age: 52YRS  DOB:                Sex: M    MR#: L000194299
EDP: KNOWLES, HEIDI           PCP: NO LOCAL DOCTOR

Date In: 8/13/2011

Copy of OIG case to Litigation Support on 04.19.2013 by cc
UNAUTHORIZED COPYING OR SALE IS PROHIBITED

08/15/2011  08:01   9037311183              PRMC HIM                    PAGE   17/23

10/18/2006  18:47   9037312216              THREE CENTER                PAGE   01/01

Palestine Regional Medical Center          JAMES, KENNETH WAYNE
Release of Deceased                        REG IR                Admit: 08/13/11
Organ/Tissue Donation                             M/82                  L.ER
                                           MRB L000194299 KNOWLES,HEIDI C
                                           Acct# L00103392104

### Section 1

All deaths are reported to South Transplant Alliance (STA) 1-800-301-0827.

Name/Title of person making referral: ___Dr. Webb RN___

Time: _0429_  Date: _8/13/11_  Referral #: _238596_

Name of STA contact ___April___

Was the patient determined medically suitable for donation? _____ YES  _✓_ NO

If no, why ? ___D/T incarceration___

**This section MUST be complete before proceeding to the next section.**

### Section 2

If the patient was determined a suitable donor, was it for Organs or Tissues ? _____

Name/Title of designated requestor: _____

Time: _____  Date: _____  Location: _____

Family: Accepted _____ Or Declined _____

Legal Next of Kin: _____

### Section 3

Date of Death: _8/13/11_  Time: _0416_  Pronounced by: _Dr. Knowles_

Deceased: _____ Did _____ Did Not _✓_ Unknown have an infectious disease.

Attending Physician: ___Dr. Knowles___

### Section 4

Family /Guardian asked if they would like an autopsy performed? _____ YES _✓_ NO

Family request a autopsy? _____ YES _✓_ NO

Attending Physician request autopsy? _____ YES _✓_ NO

J.P. request autopsy ? _✓_ YES _____ NO

### Section 5

The undersigned, which represent that he/ she has the legal authority to do so, does hereby authorize and
direct Palestine Regional Medical Center to release the remains of:

(Deceased) ___Kenneth James___ to the

(Funeral home) ___Carnes Funeral Home of Texas City, Texas___

Date: _8/13/11_  Signature: _____  Relation: _SiP_

### Section 6

Received the remains of ___Kenneth W. James___ on _8/13/11_

Released by: _T McClendon RN_

Funeral Home: _Carnes_

Copy of OIG case to Litigation Support on 04.19.2013 by kdw
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01    9037311183              PRMC HIM                        PAGE   18/23

Palestine Regional Med. Center        2900 S. Loop 256              Palestine, TX  75801
Johnny L. Haley                       Software 201 D:[2211]              (903)731-1140

First Name:               _James_      Location:                    Gender:
Last Name:                             Physician:        ,
Patient ID:               _Kennith_    Age:                          Date of Birth:
User Field 1:                          User Field 2:          .     Drawn Date:
Seq #:                                 User Field 3:


Date: 8/13/2011    Sample ID:   ------------     Cass / Pos:  000201     Operator ID: BAK
Time:  3:57:06     Sample Type: CD A No Read     Listname:  37N8D108     Instrument:  AK09152


| | | | |
|---|---|---|---|
| WBC | 8.1 | | 10^3/µL |
| NE % | 40.9 | L | % |
| LY % | 54.6 | H | % |
| MO % | 3.7 | L | % |
| EO % | 0.4 | L | % |
| BA % | 0.4 | | % |
| NRBC % | 0.0 | | % |
| NE # | 3.3 | | 10^3/µL |
| LY # | 4.4 | H | 10^3/µL |
| MO # | 0.3 | | 10^3/µL |
| EO # | 0.0 | L | 10^3/µL |
| BA # | 0.0 | | 10^3/µL |
| NRBC # | 0.0 | | 10^3/µL |

Suspect                    Definitive

WBC Histogram
Imm. NE 1

| | | | |
|---|---|---|---|
| RBC | 5.11 | | 10^6/µL |
| HGB | 14.9 | | g/dL |
| HCT | 45.2 | | % |
| MCV | 88.5 | | fL |
| MCH | 29.2 | | pg |
| MCHC | 33.0 | | g/dL |
| RDW | 14.0 | | % |

RBC Histogram

| | | | |
|---|---|---|---|
| PLT | 94 | L | 10^3/µL |
| MPV | 8.9 | | fL |

PLT Histogram        Platelet Clumps

RET %
RET #
IRF
MRV


Comments:

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
End of Completed Report

08/15/2011  08:01  9037311183          PRMC HIM                    PAGE  19/23



RHYTHM STRIP RECORD

JAMES, KENNETH WAYNE
REG-ER                    Admit: 08/13/11
         M/52          L-ER
MRF L000194299 KNOWLES,HEIDI C
         L00103392104

Copy of OIG case to Litigation Support on 04.19.2013
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01   9037311183          PRMC HIM                    PAGE  20/23



RHYTHM STRIP RECORD

HCA ICU-1270/5

COPY of OIG Case to Litigation Support on 04.19.2013 by
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

JAMES, KENNETH WAYNE
REG ER                    Admit: 08/13/11
            M/52              L.ER
HRM L000194299 KNOWLES,HEIDI C
Acct# L00103392104

08/15/2011  08:01   903731118    PRMC HIM                    PAGE  21/23



| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: ___ | | _____ |
| ATRIAL RATE ___ | | VENT. RATE ___ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: ___ | | _____ |
| ATRIAL RATE ___ | | VENT. RATE ___ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: ___ | | _____ |
| ATRIAL RATE ___ | | VENT. RATE ___ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

REMARKS: _____

JAMES,KENNETH WAYNE
REG ER                    Admit: 08/13/11
          H/52            L.ER
MGR L000194299 KNOWLES,HEIDI C
Acct# L00103392104

RHYTHM STRIP RECORD

HCA ICU-1220/B

Copy of OIG case to Litigation Support on 04.19.2013 by ___
FURTHER COPYING OR VIEWING PROHIBITED



**RHYTHM STRIP RECORD**

HCA ICU-12205

JAMES, KENNETH WAYNE
ECG ER                    Acct#: 08/13/11
HR# L008194209  KNOWLES,HEIDI C   L.ER
Acct# L00103392104

Copy of OIG case to Litigation Support on 04.19.2013 by
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

08/15/2011  08:01  903731118.                    PRMC HIM                        PAGE   29/29



P ► P: REG ○          IRREG ○      R ► R: REG ○              IRREG ○     INTERPRETATION: ___
PR INT: ___  CONSTANT ○  VARI ○     QRS INTERVAL: ___
ATRIAL RATE ___                     VENT. RATE ___            QT INT. ___
ACTION TAKEN:                                      SIGNATURE:                      DATE:

P ► P: REG ○          IRREG ○      R ► R: REG ○              IRREG ○     INTERPRETATION: ___
PR INT: ___  CONSTANT ○  VARI ○     QRS INTERVAL: ___
ATRIAL RATE ___                     VENT. RATE ___            QT INT. ___
ACTION TAKEN:                                      SIGNATURE:                      DATE:

P ► P: REG ○          IRREG ○      R ► R: REG ○              IRREG ○     INTERPRETATION: ___
PR INT: ___  CONSTANT ○  VARI ○     QRS INTERVAL: ___
ATRIAL RATE ___                     VENT. RATE ___            QT INT. ___
ACTION TAKEN:                                      SIGNATURE:                      DATE:

REMARKS: ___

JAMES,KENNETH WAYNE
REG ER          Admit: 08/13/11
          M/52              L ER
PRE L000194299 KNOWLES,HEIDI C
                 d00103392104

Copy of OIG case to Litigation Support on 04.19.2016 by dc
COPYING OR VIEWING PROHIBITED

RHYTHM STRIP RECORD

HCA ICU-1420/3

PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

**JAMES,KENNETH WAYNE**

| | Serv | FC | Loc | Room | Status | Adm Date | Adm Time | |
|---|---|---|---|---|---|---|---|---|
| Account No: L00103392104 | | 11 | L.ER | | REG ER | 08/13/11 | 0412 | .000 9 299 |

**P A T I E N T**

| Soc Sec No | DOB | Age | Sex | MS | Race | Religion |
|---|---|---|---|---|---|---|
| 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 | | 52 | M | U | BL | DECLINED TO ANSWER |

Address:  PO BOX 6400
          TENNESSEE COLONY,TX 75861
Home Ph:  903-928-3118      County: ANDERSON COUNTY
Language: ENGLISH          Country: USA

**P A T I E N T   E M P L O Y E R**
UNEMPLOYED
UNKNOWN
PALESTINE,TX 75801
Work Phone: 903-999-9999
Occupation:

**G U A R A N T O R**
UTMB,UTMB                    SS#: 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
Address:  301 UNIVERSITY BLVD 100B
          GALVESTON,TX 77555
Home Ph:  800-605-8165      County:
Relationship to Patient: OTHER

**G U A R A N T O R   E M P L O Y E R**
UTMB
301 UNIVERSITY BLVD 100B
GALVESTON,TX 77555
Work Phone: 800-605-8165
Occupation:

**O T H E R   G U A R A N T O R**
                             SS#:

Address

Home Ph:
Relationship to Patient:

**O T H E R   G U A R A N T O R   E M P L O Y E R**

Work Phone:
Occupation:

**P E R S O N   T O   N O T I F Y**
WARDEN,GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY,TX 75861
Home Phone: 903-928-3118    Work Phone:
Relationship to Patient: SP

**N E X T   O F   K I N**

Home Phone:           Work Phone:
Relationship to Patient:

**I N S U R A N C E # 1**   Policy # 1726849
UTMB MANAGED CARE          Coverage # 0
301 UNIVERSITY BLVD        Subscriber JAMES,KENNETH WAYNE
GALVESTON TX 77555-1008    Rel to Pt  SELF/SAME AS PA DOB 11/25/1958
Phone: 409-747-2653        Group P06960997084 - UTMB

**A U T H O R I Z A T I O N**
Treat/Precert - 778732
Ins Verif
Pro Review      Not Required

**I N S U R A N C E # 2**   Policy #
                           Coverage #
                           Subscriber
                           Rel to Pt         DOB
Phone                      Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review

**I N S U R A N C E # 3**   Policy #
                           Coverage #
                           Subscriber
                           Rel to Pt         DOB
Phone                      Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | KNOWLES,HEIDI C | 132 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Physician | HCIS |
| NO LOCAL PHYSICIAN | | | | | |

| Admit Source | Priority | Arrival | Admitted By | REASON FOR VISIT: |
|---|---|---|---|---|
| EMERGENCY ROOM | EM | AMB | PRADMAMC | CARDIAC ARREST |

**D I A G N O S I S**

**O P E R A T I O N / P R O C E D U R E**

Printed By: PRADMAMC    08/13/11 0423

| Unit Number | L000194299 | | Account Number | L00103392104 |
|---|---|---|---|---|

of OIG case to Litigation Support on 0
NAUTHORIZED COPYING OR VIEWING PROHIBITED

10/18/2006   18:47   9037312216                    THREE CENTER                          PAGE   01/01

Palestine Regional Medical Center
Release of Deceased
Organ/Tissue Donation

JAMES,KENNETH WAYNE
REG ER                          Admit: 08/13/11
                   M/52              L ER
MR# L000194299 KNOWLES,HEIDI C
Acct# L00103392104

**Section: 1**
All deaths are reported to South Transplant Alliance (STA) 1-800-301-0527.
Name/Title of person making referral: _Lori Webb RN_
Time: _0429_ Date: _8/13/11_ Referral #: _238596_
Name Of STA contact: _April_
Was the patient determined medically suitable for donation? _____ YES ____✓____ NO
If no, why ? _D/T incarceration_

**This section MUST be complete before proceeding to the next section.**
**Section: 2**
If the patient was determined a suitable donor, was it for Organs or Tissues ? _____
Name/Title of designated requestor: _____
Time: _____ Date: _____ Location: _____
Family: Accepted _____ Or Declined _____
Legal Next of Kin: _____

**Section: 3**
Date of Death: _8/13/11_ Time: _0416_ Pronounced by: _DM Knowles_
Deceased: _____ Did ____ Did Not __✓__ Unknown have an infectious disease.
Attending Physician: _DR Knowles_

**Section: 4**
Family /Guardian asked if they would like an autopsy performed? _____ YES __✓__ NO
Family request a autopsy? _____ YES __✓__ NO
Attending Physician request autopsy? _____ YES __✓__ NO
J.P. request autopsy ? __✓__ YES _____ NO

**Section: 5**
The undersigned, which represent that he/ she has the legal authority to do so, does hereby authorize and
direct Palestine Regional Medical Center to release the remains of:
(Deceased) _Kenneth James_ to the
(Funeral home) _Carnes Funeral Home of Texas City Texas_
Date: _8/13/11_ Signature: _____ Relation: _NOK_

**Section: 6**
Received the remains of _____ On _____

Released by: _____     Copy of OIG case to Litigation Support on 04.19.2013 by ce.
                          UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Funeral Home: _____                            Director: _____

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**50**

## Palestine Regional Medical Center
## EMERGENCY PHYSICIAN RECORD
### ♦ Cardiopulmonary Resuscitation ♦

TIME SEEN: ___ ☑ on arrival   ROOM: ___   ___ EMS Arrival
HISTORIAN: patient  spouse  paramedics
__HX / __EXAM LIMITED BY:
TRANSFER FROM: ___   ☐ see transfer record

**HPI**

Initial complaint(s):   collapsed   found unresponsive
chest pain   dyspnea   abdominal pain   back pain

Witnessed arrest?   no / yes
Bystander CPR?   no / yes   EMS

Down-time before ACLS: ___ minutes   unknown
initial findings: by paramedics
mentation          respirations          pulse
unresponsive       no respirations       none
                   agonal respirations   weak
rhythm  ST then
__asystole  0341   HR ___   Glucose ___ mg / dl
__vent. fibrillation  BP ___  D-stick glucometer ISTAT
__PEA  brady / tachy   by paramedics /in ED

pre-hospital treatment:
oxygen   CPR / thumper   epinephrine ___ mg
                         vasopressin ___ mg
bag-valve-  defibrillated x ___   atropine ___ mg
mask   IV access  IO   amiadrone ___ mg
intubated   IV fluids   sodium bicarb ___ amps
                         lidocaine ___ mg

**ROS**
pt intubated PTA
CONST                   GI / GU
recent illness / fever   abdominal pain ___
fever / chills           problems urinating ___
                         MS / SKIN / LYMPH
EYES / ENT               joint pain ___
problems with vision     rash ___
sore throat              swollen glands ___
CVS / RESP               NEURO / PSYCH
chest pain               dizziness ___
shortness of breath      fainting ___
cough                    anxiety / depression ___
LNMP ___ preg  post  menop  ☐ all other systems identified,
                         reviewed, and found neg

• see HPI for additional / associated signs and symptoms

**PAST HX**
☑ Agree w/ triage nurse's note for PFSH / ROS   Unknown
cardiac disease  AMI  CHF  A-Fib   diabetes  Type 1   Type 2 ___
CVA / TIA ___ deficit ___   diet / oral / insulin ___
                           hypertension ___
__old records ordered / summary: ___

Medications ___ none  see nurses note   Allergies ___ NKDA
aspirin  coumadin  clopidogrel      see nurses note

**SOCIAL HX** smoker  Unknown   drugs ___
alcohol (recent / heavy / occasional) ___   occupation  TDC
**FAMILY HX** ___ negative

---

☑ Vitals Reviewed
## INITIAL PHYSICAL EXAM
*See reverse for initial rhythm and interventions*

**GENERAL**
__no evidence   __unresponsive
of trauma

**RESPIRATORY**
__breath sounds        __no spontaneous respirations ___
equal bilaterally      __bag-valve-mask ___
__lungs clear          ☑ ET tube / bag-valve
                       __agonal respirations ___
                       decreased air movement
                       __wheezes / rales / rhonchi

**CVS**
__spontaneous          no spontaneous pulse
pulse present          chest compressions
                       pulse w/ CPR- none poor good
                       __heart sounds absent
                       __irregularly irregular rhythm
                       __extrasystoles ( occasional / frequent
                       __JVD present
                       __murmur  grade ___ /6  sys / dias
                       __gallop ( S3 / S4 )

**ABDOMEN**
__soft, no mass        __distention
                       __hepatomegaly / splenomegaly ___
                       __mass  midline incision scar
                       __guarding  well healed

**HEAD / NECK**
__atraumatic           __head trauma ___
☑ pharynx clear        __c-spine tenderness ___
                       __tracheal deviation ___

**NEURO**
__pupils reactive      __unresponsive / agitated / confused ___
                       pupils fixed, dilated
                       __unequal pupils
                       size-  R ___ mm  L ___ mm


Reflexes

                       __no motor responses ___
                       __abnormal response to pain ___
                       withdraws  flexion  extension
                       __Babinski reflex ( R / L ) ___
                       __reflexes absent ___

**EXTREMITIES**
__no signs of trauma   __rigidity
                       __pedal edema ( R / L )  LE IO in place

**SKIN**
__no rash              __pallor
                       __cyanosis  warm
                       __dependent lividity
                       __decubitus ___

```
CSIMF500              T.D.C.J   INSTITUTIONAL DIVISION       INMATE VISITORS LIST
                       DATE: 08/  /11        TIME: 12:49:12
```

```
NAME: JAMES,KENNETH WAYNE            TDC# 01726849  STAT/CUST: L1    NR UNIT: N
HSNG ASSIGNMENT: UNASGN           CELL:      LAST VISITOR LIST CHANGE: 03 19 1
INMATE TYPE: TF
JAMES,MARY L                    MO    2638 E AURBURN ST,LUBBOCK,TX
LEWIS,PATRICK                   H/BRO 2611 GLOBE,LUBBOCK,TX
SMITH,MELVA J                   SIS   2638 E AURBURN ST,LUBBOCK,TX
JAMES,KRYSTAL D                 DAU   1510 E CORNELL APT 711,LUBBOCK,T
TAYLOR,LURLENE                  FRND  2506 DATE AVE,LUBBOCK,TX
MANN,AUDRY                      FRND  1301 BAXTON,DESOTA,TX
TAYLOR,LEON                     FRND  2506 DATE,LUBBOCK,TX
MANN,BILLY                      FRND  1301 BAXTON,DESOTA,TX
MANN,AUDREY                     FRND  1301 BAXTON,DESOTA,TX
TAYLOR,LURLENE                  FRND  2506 DATE,LUBBOCK,TX
```

```
CONTACT VISITS THIS MO:   0 LAST VISIT DATE:
REGULAR VISITS THIS MO:   0 LAST VISIT DATE:        CONTACT VISIT ELIG. N
SPECIAL VISITS THIS MO:   0 LAST VISIT DATE:
ENTER NEXT TDCNO, CODE, OR REQUEST:                OR SIDNO
PF1=HELP,  PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST  PF10=FAMILY PAGE
```

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Texas Department of Criminal Justice
### TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

James, Kenneth _____ from _Palestine Regional Medical Center_

(Print Offender Name)                    (Print Unit/Location)

who died on __08-13-2011__, and to hold until further notification

(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.

**NOTE:** If an offender death is determined to be from natural cause by a certified medical physician, the offender's family will be provided the opportunity to object to an autopsy.

*Instructions: If death occurs on the unit the Warden shall sign this form authorizing the transport of the remains. If death occurs off the unit the Warden shall sign the form, and shall deliver the form by the most expedient means to the appropriate medical staff at the location of the death.*

_____              Dennis Miller
Signature of Warden/Designee          Printed Name

_____              Heidi Knowles MD
Medical Physician's/Registered Nurse's Signature    Printed Name

Address of Physician/Registered Nurse:

2900 S. Loop 256
Palestine, TX 75801
903-731-1362

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Texas Department of Criminal Justice
### AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _JAMES KENNETH_     TDCJ #: _1726849_
                 (Print Name)

Date of Birth: ██████████     Race: _B_   Sex: ☒ Male   ☐ Female

Offender Pronounced dead at _04/6 AM_ on _08-13-2011_
                   (Print time, include am or pm)      (Print date, month, date, year)

Location of Death: ☐ Unit _____ ☒ Other _Palestine Regional Medical Center_
                (Print Unit Name)           (Print location, i.e. hospital name)
                                              _Palestine, TX_

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _UTMB GALVESTON_ (location of autopsy) by a representative or associate of _CARNES_ Funeral Home, located in _Texas City_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _855-262-8325_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX  77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_____
Warden (or designee)

County _Anderson_

City _Palestine_, Texas Zip Code _75801_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**Transport of Offender**

This form will be completed by the Lieutenant on duty each time an offender is transported off unit to include when a unit vehicle is loaned to other units. This form will be turned into the Building Major's Office.

Date: _8-13-11_   Van # (If Applicable): _152096_   Incident Number (If Applicable): _I-11520-08-11_

| Offender(s) Information | | | |
|---|---|---|---|
| Name _James, Kenneth_ | | TDCJ # | _1726849_ |
| Name | | TDCJ # | |

**Reason/Cause for Transport**

Reason:
☐ Scheduled Appointment  ☒ Emergency  ☐ Pick-up  ☐ Other

Cause (Injury, Assault, etc.):
_medical emergency_

**Off-Unit Location**

☒ Palestine Regional Medical Center  ☐ Beto Medical HUB  ☐ UT Health Science Center
☐ ETMC Tyler  ☐ Hospital Galveston  ☐ Other:
☐ Skyview Unit  ☐ Mother Frances Hospital   If to a free-world medical facility, follow OMT instructions below!
☐ OMT Command Center called at 888-456-5556  ☐ OMT Command Center Fax Sent/Or Email to HQTN002

**Free-World Hospital Contact Person**

| Name | | Title | | Time | |
|---|---|---|---|---|---|

**Method of Transport**

☐ Unit Van  ☒ EMS

| Transport Officer Information | | | |
|---|---|---|---|
| Name _R. Burt_ | | Rank | _COV_ |
| Name _R. Mangan_ | | Rank | _COV_ |
| Name | | Rank | |

**Departure/Return Information**

| Date/Time Out: _8-13-11_ / _0340_ | Date/Time In: (If returned during same shift) _N/A_ |
|---|---|

Offender Returned to Unit: ☐ Yes ☒ No

**Vehicle Security (Complete this section when transporting by Unit Van)**

Every transfer vehicle shall be checked for external and internal security before any offenders are loaded on the vehicle. In addition to the routine searches, (i.e. searching for contraband and items that pose a security risk) the following items will be checked. Transfer Officer will initial once completed and prior to departing the unit.

| Initial Each Item when Completed | | |
|---|---|---|
| | All bars and screens over windows as well as between the officer and offender compartments shall be checked to ensure that none are loose or missing. |
| | All security bars, screens, cages and locks are working properly and nothing is loose or missing. |
| | The vehicle shall be checked to ensure that it contains a fire extinguisher. |
| | The vehicle tires shall be given a visual inspection including the spare and jack. |
| | The 2-way radio shall be checked to ensure that it is operating properly. |

**Offender Search/Restraint Procedures**

Supervisor and the Transfer Officers will Sign, Print Name and Title indicating completion of each of the following:

| | Supervisor (Print, Sign, Rank) | Transfer Officer (Print, Sign, Rank) |
|---|---|---|
| The offender will be strip-searched by one (1) of the Transfer Officers under the direct supervision of a security supervisor. | _Whitfield, Lt_ | _R. Burt_  COV |
| Under the direct supervision of a security supervisor, the restraints (leg irons, restraint belt, leg chain, handcuffs and handcuff restraint box) will be placed on the offender by one (1) of the Transfer Officers. The supervisor will check all restraints to ensure the offender is properly secured. | _Whitfield, Lt_ | _R. Burt_  COV |
| The Transfer Officer and security supervisor shall review the transporting offenders' travel card for any security precaution designators (escape/assault history) and any other similar criteria relevant to security. | _Whitfield, Lt_ | _R. Burt_  COV |

Lieutenant's Printed Name/Signature: _Whitfield Lt_

Revision: 10/01/2010

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### INMATE TRANSFER ROSTER

Transferring Unit:  Prepare five (5) copies of this roster for each unit that is to receive men.  Send original and duplicate with men being transferred.  Triplicate:  Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records.  Quadruplicate:  Attach to your file copy of the daily strength report.  Fifth copy:  Inmate record section.

Receiving Unit:  You must receive two copies of this form with each group of men transferred to your Unit.  Original attach to your daily strength report.

Transfer From _Gurney_

Transfer To _PRMC_

EFFECTIVE DATE OF CHANGE _8 - 13_  20 _11_

| Prison Number | Last | Name First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 1726849 | James | Kenneth | | B | | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

_Gurney_          _8 13_  20 _11_          _PRMC_

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Date                    Receiving Unit

Plaintiffs' MSJ Appx. 5568                    OIG - James 159

Interoffice-Correspondence
Danny Washington LVN
08-17-11


This Interoffice Correspondence is in regards to Kenneth James, TDC # 1726849.
On or about 08-12-11, at approximately 1800 hours, I received a call from the B-dorm in
regards to Kenneth James. The officer stated that they had an inmate that was dizzy. I
advised him to have the patient to drink water, stay as cool as possible, and if they
thought that he, the patient needed to come down, to have him come down. By the time
that we left the clinic at the end of the shift, I had not seen this patient.
When we arrived the following day, Security advised us that the patient had passed
away during the night.


Danny Washington LVN

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged a    onfidential and is prepared and distributed   accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0.   and 161.033

*final*

## UTMB CORRECTIONAL MANAGED CARE
## FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)

PATIENT NAME:   Kenneth W. James                    TDCJ-ID #:   1726849
DATE OF BIRTH:   ████████                           AGE:  52
DATE OF INCARCERATION: 8/10/2011                    DATE RECEIVED ON UNIT
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

Documentation Reviewed (check all appropriate boxes):

| TDCJ / UTMB Medical Records | x | Physician's Death Summary | | Other: | |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report | | | |
| Video Tape | | Final Autopsy Report | | | |

Persons Interviewed / Title:
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

Administrative Check List:

| | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/201 |
| Custodial Death Report to UTMB Death Record Technician within 10 days | |
| Death Summary completed within 30 days | |
| Death Certificate completed and signed | |
| Complete Medical Record to Death Record Technician within 30 days | |

## PATIENT CASE SUMMARY (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest

Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Relevant Medical History: HTN, Lumbar ~~Laminectomy and~~ and Inguinal Hernia Repair

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
ORIGINAL DIRECT COPYING OR lefe and magination

This Information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.031 and 161.033.

Summary of Events on the Day of Death:

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – EMS arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 - Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****


Summary of Nursing Actions / Events prior to Death:

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 - Pt seen in medical for Intake physical exam by S. Smith PA
   v/s: BP 170/107, Wt. 254, H 71 in, P 108, R 18, T 96.7
   Ordered: chest x-ray, lab, and EKG
   Restrictions: III

Copy of OIG case to Litigation Support on 04.19.2013 by ce. UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This Information is privileged a    onfidential and is prepared and distributed    ccordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0... and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake physical

17:40 to 18:00 approx.– D. Washington LVN received call from B Dorm (Officer Debra Gilmore) about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

Critical Nursing Care Issues:
1. Was CPR initiated and maintained until assumed by EMS *or patient was pronounced dead?*
   ☐ Yes          ☐ No          x  Not Applicable
   *If CPR was not initiated, Explain:*

2. Did Nursing notify the Provider?   ☐ Yes      ☐ No        x  Not Applicable
   *If No, Explain:*

3. Did Nursing function appropriately during the emergent phase?
   ☐ Yes          ☐ No        x  Not Applicable
   *If No, Explain:*

4. Did Nursing determine any educational opportunities related to this event?  ☐ Yes        x  No
   *Identified Educational Opportunities:*
   1. Remedial education for nursing staff on protocol when receiving call from security concerning patients
   2.
   3.
   4.

5. Did Nursing determine any corrective action need(s)?                    X  Yes   No
   *Identified Corrective Action Need(s):*
   1. LVN D. Washington – retake the Protocol Implementation Class
   2. RN McKnight – In-service by Nurse Manager on Telephone Triage Protocol
   3.
   4.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.0... and 161.033.

Medical Staff Present During Terminal Event (*if death occurred on a TDCJ facility*):

1. None
2.
3.
4.
5.
6.

Autopsy Findings (*or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review*): pending

Significant Findings and/or Areas of Concern (*not addressed in nursing section*):

Possible heat related incident

Corrective Action(s) Implemented:

1. LVN D. Washington – required to enroll and pass Nurse Protocol Implementation Class
2. RN McKnight – required to complete in-service on Telephone Triage Protocol

Committee Members Present at Facility TQM Meeting:

| Name | Title | Date |
|---|---|---|
| Name | Title | Date |
| Name | Title | Date |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5573                    OIG - James 164

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

## UTMB CORRECTIONAL MANAGED CARE
## FACILITY DEATH REVIEW FOR TOTAL QUALITY MANAGEMENT (TQM)
*(Not to be included in Medical Record)*

PATIENTNAME:   Kenneth W. James                    TDCJ-ID #:   1726849
DATE OF BIRTH: ▇▇▇▇▇▇▇                              AGE:  52
DATE OF INCARCERATION: 8/10/2011                    DATE RECEIVED ON UNIT
8/10/2011
DATE AND TIME OF DEATH: 8/13/2011 @ 04:16 by Dr. Heidi Knowles @ PRMC
FACILITY: Gurney

Documentation Reviewed (check all appropriate boxes):

| TDCJ / UTMB Medical Records | x | Physician's Death Summary | | Other: | |
|---|---|---|---|---|---|
| Community Hospital Records | x | Preliminary Autopsy Report | | | |
| Video Tape | | Final Autopsy Report | | | |

Persons Interviewed / Title:
1. D. Washington LVN
2. D. Rinehart LVN
3. S. Smith PA
4. P. Rayford Major
5.

Administrative Check List:

| | Date Completed: |
|---|---|
| Death Notice to TDCJ Divisional Director of Health Services within 72 hours | 8/13/2011 |
| Custodial Death Report to UTMB Death Record Technician within 10 days | |
| Death Summary completed within 30 days | |
| Death Certificate completed and signed | |
| Complete Medical Record to Death Record Technician within 30 days | |

## PATIENT CASE SUMMARY (may attach Death Summary for items covered in that document):

Current Diagnoses: cardiac arrest

Current Medications:

Vasotec 10 mg - 1 tab bid
Hydrodiuril 25 mg - 1 tab q day
Inderal 10 mg – 1 tab bid

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Relevant Medical History: HTN, Lumbar Laminectomy x 2, Bilateral Inguinal Hernia Repair

This Information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Summary of Events on the Day of Death:**

02:40 – Officer Glorie Harris CO IV notified LT. Whitfield that Offend James was urinating on himself and was ill

0243 – Officer Torrance Stephens CO V and Kenneth Mangan CO IV respond with wheelchair and transport Offender James to the Unit Medical Department

0245 – RN McKnight at the Beto Unit was notified by Sergeant Tully Flowers of Offender James situation. RN McKnight advised to transport Offender James to Beto for evaluation

02:47 – Offender blood pressure taken by security 89/57, T 108

0248 - Lt. Whitfield is notified of the offender's condition and he notifies central control to call 911 for emergency services

0250 – RN McKnight is advised that Lt. Whitfield has called 911 to respond.

0251 – Lt Whitfield arrives at the medical department and he advises Sergeant Seda to move the offender into the emergency room and place on gurney. Lt. Whitfield checks for a pulse and feels one.

0318 – Ems arrives at back gate

0319 – EMS ambulance arrives at the back door of medical department.

0320 - Lt Whitfield briefs paramedics on offender's condition.

0323 – Lt Whitfield receives a phone call from the 911 operator (Sarah Wardell) informing him an air ambulance was en-route.

0327 Offender transferred to EMS gurney

0328 – Offender James was moved from the emergency room to the back door of the medical department and placed in the ambulance.

0330 – Paramedics request assistance from an Officer McKnight to assist with life saving measures.

0338 – Ems departs unit en-route to PRMC with code in progress

0416 – Dr. Heidi Knowles M.D. pronounced Offender James deceased

NOTE : *** ETMC helicopter was 5 minutes out from Gurney but did not transport Offender James due to code in progress****

**Summary of Nursing Actions / Events prior to Death:**

8/10/2011 – Pt received @ back door from county – c/o pain lower back, r- leg

8/12/2011 – 11:45 - Pt seen in medical for intake physical exam by S. Smith PA
v/s: BP 170/107, Wt. 254. Pt. c/o stiff lower back
Ordered: chest x-ray, lab, and EKG
Restrictions: III – 11.12.14

This information is privileged and confidential and is prepared and distributed in accordance with
Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

CCC HTN in 30 days
BP checks x 7 days

11:55 - D Rinehart LVN rec'd verbal order from S Smith PA for Clonidine 0.2 mg now
0.2 mg Clonidine Administered – BP 170/100, P 108

12:30 – recheck blood pressure 129/74, P 100 – pt returned to provider to complete intake physical

17:40 to 18:00 approx.– D. Washington LVN received call from B Dorm (Officer Debra Gilmore) about Offender Kenneth James # 1726849. Mr. Washington LVN states he was informed Offender James was complaining of being dizzy. Mr. Washington states he informed Officer Gilmore to have Offender James drink water, stay as cool as possible, and if they thought Offender James needed to come to medical to have him come down.

19:00 – Clinic closed for the day – Offender James had not reported to medical

Critical Nursing Care Issues:

1. Was CPR initiated and maintained until assumed by EMS or patient was pronounced dead?
   ☐ Yes        ☐ No        x  Not Applicable
   *If CPR was not initiated, Explain:*

2. Did Nursing notify the Provider?        ☐ Yes        ☐ No        x  Not Applicable
   *If No, Explain:*

3. Did Nursing function appropriately during the emergent phase?
   ☐ Yes        ☐ No        x  Not Applicable
   *If No, Explain:*

4. Did Nursing determine any educational opportunities related to this event?  ☐ Yes    x  No
   *Identified Educational Opportunities:*
   1.
   2.
   3.
   4.

5. Did Nursing determine any corrective action need(s)?
   *Identified Corrective Action Need(s):*        ☐ Yes        x  No
   1.
   2.
   3.
   4.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This Information is privileged and confidential and is prepared and distributed in accordance with Vernon's Annotated Civil Statutes, Health and Safety Code, Chapter 161.032 and 161.033.

**Medical Staff Present During Terminal Event** (if death occurred on a TDCJ facility):

1. None
2.
3.
4.
5.
6.

**Autopsy Findings** (or attach autopsy report, enter N/A if autopsy not ordered, enter Pending if ordered but not received at time of review): pending

**Significant Findings and/or Areas of Concern** (not addressed in nursing section):

Possible heat related incident

**Corrective Action(s) Implemented:**

None

**Committee Members Present at Facility TQM Meeting:**

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |
| Name | Title | Date |
| Name | Title | Date |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5577          OIG - James 168



# Documentation

Nursing Triage Form
Date: 8/13/11 Time:
Name of offender Patient ___ Facility ___
TDCJ #
Name of Security Officer Calling ___ Sex ___
Patient's Age
Presenting Problems/Symptoms

Protocol used: (list protocol name, and page number):
1.
2.
3.
4.
5. Other

Problem: ___ Emergent (Immediately) ___ Urgent (2 hrs) ___ Non-Urgent (Pass Issued / Fill out Sick Call Request)
Circle Correct Information

Telephone Triage
1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
4. Other as ordered by a provider:
Additional Comments:
Signature of nurse
Revision 07/18/10

J. Robison 07/18/10

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw... ocal settings\temp\166264125.tif ...nted by mivap. (Page 1 of 1

Scanned by WARDELL, KERRI J. in facility GURNEY (NDI) on 08/17/2011 09:26

MC00045 /NDU2/HS04         TEXAS DEPARTMENT OF CRIMINAL JUSTICE        11:10:19
                           HEALTH SUMMARY FOR CLASSIFICATION          08/15/2011

    NAME: JAMES,KENNETH WAYNE              DOB: ████████          P U L H E S
    TDCJ#: 01726849  SID#: 03298658        WGT: 254 LBS           ------------
    UNIT:          HOUSING:                HGT: 5'10"
                                                                  |3|1|1|1|1|1
    JOB:
                                                                  |E|A|A|A|A|A

                                                                  |P| | | | | |

                                                                  ------------


    I.   FACILITY ASSIGNMENT (CHECK ONE)
    X  A. NO RESTRICTION
    __ B. BARRIER-FREE FACILITY
    __ C. SINGLE LEVEL FACILITY
    __ D. SUITABLE FOR TRUSTEE CAMP?   X YES__NO

    II. HOUSING ASSIGNMENT
    A. BASIC HOUSING (CHECK ONE)                    B. BUNK ASSIGNMENT (CHECK ONE)
    X  1. NO RESTRICTION                            X  1. NO RESTRICTION
    __ 2. SINGLE CELL ONLY                          __ 2. LOWER ONLY
    __ 3. SPECIAL HOUSING (HOUSING WITH
          LIKE MEDICAL CONDITION
    __ 4. CELL BLOCK ONLY
    C. ROW ASSIGNMENT (CHECK ONE)                   D. WHEELCHAIR USE (CHECK ONE)
    X  1. NO RESTRICTION                            __ 1. NO RESTRICTION
    __ 2. GROUND FLOOR ONLY                         __ 2. PHOP ORDERED
                                                    __ 3. UTILITY USE

    III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
    __  1. MEDICALLY UNASSIGNED          __ 15.NO FOOD SERVICE
    __  2. PSYCHIATRICALLY UNASSIGNED    __ 16.NO REPETITIVE USE OF HANDS
    __  3. SEDENTARY WORK ONLY           __ 17.NO WALK WET/UNEVEN SURFACES
    __  4. FOUR HOUR WORK RESTRICTION    __ 18.DO NOT ASSIGN TO MEDICAL
    __  5. EXCUSE FROM SCHOOL            __ 19.NO WORK IN DIRECT SUNLIGHT
    __  6. LIMITED STANDING              __ 20.NO TEMPERATURE EXTREMES
    __  8. NO WALKING > ___ YARDS        __ 21.NO HUMIDITY EXTREMES
    __  9. NO LIFTING > ___ LBS.         __ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
    __ 10.NO BENDING AT WAIST            __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
    00 11.NO REPETITIVE SQUATTING        __ 24.NO WORK REQUIRING SAFETY BOOTS
    00 12.NO CLIMBING                    __ 25.NO WORK AROUND MACHINE WITH MOVING PART

    __ 13.LIMITED SITTING                __ 26.NO WORK EXPOSURE TO LOUD NOISES
    00 14.NO REACHING OVER SHOULDER

    IV. DISCIPLINARY PROCESS (CHECK ONE)
    X  A. NO RESTRICTIONS
    __ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
    __ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

    V.  INDIVIDUALIZED TREATMENT PLAN (CHECK ALL TTHAT APPLY)
    X  A. NO RESTRICTION              C. MENTAL HEALTH REPRESENTATIVE REQUIRED
    __ B. MEDICAL REPRESENTATIVE REQUIRED

    VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
    X  A. NO RESTRICTION              C. WHEELCHAIR VAN
    __ B. EMS AMBULANCE              __ D. MULTI-PATIENT VEHICLE(MPV)

    SMITH/NEW         PA         08/15/2011
    PRINTED NAME AND TITLE OF REVIEWER   DATE        SIGNATURE OF REVIEWER

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmax\ local settings\temp\166024232.t  inted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in facility GURNEY (ND) on 08/12/2011 12:25

## CLINIC NOTES

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### INSTITUTIONAL DIVISION

Name: _James Kenneth_

TDCJ No: _1326849_

Unit: _____ Joe F. Gurney_

| Date & Time | Notes |
|---|---|
| 8/10/11 1200 | Texas Uniform Health Status Update from previous corrections facility reviewed. |
| | Current Medications / Formulary Substitutions Indicated Below Include: |
| ☐ | Chart to Mental Health Services for Medication Rx |
| H/O following: | ☐ Enteric Coated Aspirin 81mg 1 QD x 30 days x 11 RF KOP |
| ☐ HTN | ☐ Atenolol 50mg # _____ QD x 30 days x 11 RF |
| ☐ NIDDM | ☒ Enalapril _10_ mg # _1_ q _500_ x 30 days x 11 RF |
| ☐ IDDM | ☐ Amlodipine _____ mg 1 QD x 30 days x 11 RF |
| ☐ CAD | ☐ Lopressor _____ mg # _____ q _____ x 30 days x 11 RF |
| ☐ Seizure | ☐ Tenex _____ mg 1 QD x 30 days x 11 RF |
| ☐ HCV | ☒ Hydrochlorothiazide _25_ mg 1 QD x 30 days x 11 RF |
| | ☐ Insulin 70/30 _____ units AM; _____ units PM x 30 days x 11 RF |
| | ☐ Insulin Regular Scale per Policy x 30 days x 11 RF |
| ☐ HIV | ☐ Insulin NPH _____ units AM; _____ units PM x 30 days x 11 RF |
| ☐ Asthma | ☐ Glipizide _____ mg # _____, q _____ x 30 days x 11 RF |
| ☐ Thyroid | ☐ Metformin _____ mg Bid x 30 days x 11 RF |
| ☐ GERD | ☐ Dilantin 100mg # _____, q _____ x 30 days x 11 RF |
| ☐ Psych | ☐ Tegretol 200mg # _____, q _____ x 30 days x 11 RF |
| ☐ Pos PPD | ☐ Divalproex Sodium ☐ 250mg ☐ 500mg # _____, q _____ x 30 days x 11 RF |
| | ☐ Albuterol MDI 2 Puffs Bid PRN x 90 days x 3 RF KOP |
| | ☐ Ibuprofen _____ mg 1 Bid PRN x 30 days KOP SFQ |
| | ☐ Zantac 150mg # _____ Bid x 30 days x 11 RF KOP |
| | ☐ INH 300mg & B6 50mg; 1 each QD x 30 days x 8 RF – Notify CID of Patient's TB Status |
| | ☐ Pravastatin 20mg 1 QD x 30 days x 11 RF |
| | ☐ Diet for Health w/ PM Snack x 180 days x 1 RF – Issue Identifying Wrist Band |
| | ☐ Please inform Patient if medication change to appropriate formulary agents per policy |
| | _Prazosin 600mg 1 PO. QHS x 30 days_ |
| | _Inderal 10mg 1 PO BID x 30 days_ |

HSM-1 (Rev 9/02) Revised 4/8/2009

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw    ocal settings\temp\166024234.tif   inted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in Dollr/GURNEY (ND) on 08/12/2011 12:25

Page 1 of 2

# TEXAS UNIFORM HEALTH STATUS UPDATE

I.   NAME: _James_ _Kenneth_ _W._   DOB: ███   AGE: _52_
      Last        First        MI

STATE ID# _3298658_                              RACE: _B_   SEX: Male _✓_ Female ___

COUNTY/TDCJ# _118620_                            WT: _225_  HT: _5'11_

II.  CURRENT/CHRONIC HEALTH PROBLEMS
      A. Health Problems
      ___ 1. None
      ___ 2. Asthma
      ___ 3. Pregnancy
      ___ 4. Dental Priority
      ___ 5. Diabetes
      ___ 6. Drug Abuse
      _✓_ 7. Alcoholism
      _✓_ 8. Orthopedic Problems
      ___ 9. Cardiovascular/Heart Trouble
      ___ 10. Suicidal
      _✓_ 11. Mental Retardation
      _✓_ 12. Mental Illness (Specify diagnosis) _____
             _Depression_
      ___ 13. Recent Surgery
      ___ 14. Seizures
      _✓_ 15. Dialysis
      _✓_ 16. Hypertension
      _✓_ 17. CARE System  Y/ⓃO

III. SPECIAL NEEDS (Check all that apply)
      A. Housing Restrictions
      _✓_ 1. None
      ___ 2. Skilled Nursing Facility
      ___ 3. Extended Care Facility
      _✓_ 4. Psychiatric Inpatient Facility
      ___ 5. Respiratory Isolation
      ___ 6. Other:

      B. Transportation
      _✓_ 1. Routine
      ___ 2. Crutches/Cane
      ___ 3. Ambulance
      ___ 4. Wheelchair/Wheelchair Van
      ___ 5. Prosthesis:

      C. Pending Specialty Clinic Appointment
             None _✓_ Type ___

      D. ALLERGIES _∅_
             (NKA)

*NOTE: When screening substance abuse facility clients,
please contact the TDCJ-ID Health Services Liaison at
(936)437-3589 for clients with any chronic disease
symptoms deemed unstable.

      S. Preventive Medicine
      _✓_ 1. Tuberculosis Status
             Skin Test:  Date Given: __/__/__   Date Read: __/__/__   Results: _____ mm*
             X-Ray:  Date: _5/31/11_  Normal: ___ Abnormal: _✓_   Anti-TB Treatment? No ___  Yes __*
      ___ 2. Hepatitis: A ___ B ___ C ___  Other:
      ___ 3. HIV Antibody:  Test Date: __/__/__   Results: Neg ___   Pos ___   CD4: ___  Date __/__/__
      ___ 4. Syphilis: Date: __/__/__  Type: _____  Treatment Completed: ___ Yes ___ No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
please attach tuberculosis record.

      C. Other Health Care Problems: _Titanium Rod in back 7 bone spurs_

IV.  CURRENT PRESCRIBED MEDICATIONS    None ___

| Medication | Dosage | Frequency |
|---|---|---|
| HCTZ | 25 mg | QAM |
| Cyclobenzaprine | 10 mg | BID |
| Lisinopril | 10 mg | BID |
| Neurontin | 400 mg | BID |
| Naproxen | 500 mg | BID |
| Ultram | 50 mg | BID |

* THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _Lori Lyle LVN_                         DATE: _8_/_10_/_11_
                    Signature/Title

PHONE NUMBER: _151-763-2655_   FACILITY: _Holloway County Jail_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxv    ocal settings\temp\166024235.ti'   inted by mivap. (Page 1 of

Scanned by LASITER, SHERRY L, CCA in jail/iv (GURNEY IND) on 08/12/2011 12:25

Page 2 of 2

## TEXAS UNIFORM HEALTH STATUS UPDATE

I.   NAME: James         Kenneth       W         DOB: ▇▇▇▇▇ , AGE: 52
     Last          First        MI
     STATE ID# 3293653              RACE: B   SEX: Male ✓  Female ___
     COUNTY/TDCJ# 118420                 WT: 275  HT: 5'11

II.  CURRENT/CHRONIC HEALTH PROBLEMS          III.  SPECIAL NEEDS (Check all that apply)
     A. Health Problems                             A. Housing Restrictions
        ___ 1. None                                    ✓ 1. None
        ___ 2. Asthma                                  ___ 2. Skilled Nursing Facility
        ___ 3. Pregnancy                               ___ 3. Extended Care Facility
        ___ 4. Dental Priority                         ___ 4. Psychiatric Inpatient Facility
        ___ 5. Diabetes                                ___ 5. Respiratory Isolation
        ___ 6. Drug Abuse                              ___ 6. Other:
        ✓ 7. Alcoholism
        ✓ 8. Orthopaedic Problems                   B. Transportation
        ___ 9. Cardiovascular/Heart Trouble            ✓ 1. Routine
        ___ 10. Suicidal                               ___ 2. Crutches/Cane
        ___ 11. Mental Retardation                     ___ 3. Ambulance
        ✓ 12. Mental Illness (Specify diagnosis) ___   ___ 4. Wheelchair/Wheelchair Van
            Depression                                 ___ 5. Prosthesis: _____
        ___ 13. Recent Surgery
        ___ 14. Seizures                            C. Pending Specialty Clinic Appointment
        ___ 15. Dialysis                               None ✓  Type _____
        ✓ 16. Hypertension
        ✓ 17. CARE System  Y N                      D. ALLERGIES _____

     *NOTE: When screening substance abuse facility clients,
     please contact the TDCJ-ID Health Services Liaison at            NKA
     (936)437-3585 for clients with any chronic disease
     symptoms deemed unstable.

     B. Preventive Medicine
        ✓ 1. Tuberculosis Status
           Skin Test:  Date Given: __/__/__  Date Read: __/__/__  Results: _____ mm*
           X-Ray:  Date: 5 31 /11  Normal ✓  Abnormal ___  Anti-TB Treatment? No ___  Yes *
        ___ 2. Hepatitis: A ___ B ___ C ___  Other:
        ___ 3. HIV Antibody:  Test Date: __/__/__  Results: Neg ____  Pos ____  CD4: ____  Date __/__/__
        ___ 4. Syphilis: Date: __/__/__ - Type: ____  Treatment Completed: ___ Yes ___ No

     *NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection
     please attach tuberculosis record.

     C. Other Health Care Problems: Titanium rod in back & bone spurs

IV.  CURRENT PRESCRIBED MEDICATIONS    None ____

| Medication | Dosage | Frequency |
|------------|--------|-----------|
| Inderal    | 10 mg  | BID       |
|            |        |           |
|            |        |           |
|            |        |           |
|            |        |           |
|            |        |           |

THIS FORM MUST ACCOMPANY ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _____  DATE: 8 /10 /11
                Signature/Title
PHONE NUMBER: 254-752-3555  FACILITY: McLennan County Jail

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

c:\documents and settings\kbmaxw___ocal settings\temp\166121943.tif ___nted by mivap. (Page 1 of

Scanned by BARRERA, COURTNEY L, CCA in facility GURNEY (IND) on 08/15/2011 12:03

## CORRECTIONAL MANAGED CARE
### INTAKE HISTORY AND HEALTH SCREENING

**I. IDENTIFICATION**

Name: **JAMES, KENNETH**   DOB: ▮▮▮   Previous TDCJ #'s: 1611682

County: MCLENNAN   Education: *College*   Occupation: *Disability*

**II. FAMILY HISTORY**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Blood disease (sickle cell anemia, hemophilia) | YES | NO | 18. INH Prophylaxis | | YES | NO |
| 2. Cancer | YES | NO | 19. Intravenous Drug Abuse | | YES | NO |
| 3. Diabetes | YES | NO | 20. Kidney Disease | | YES | NO |
| 4. Heart Disease | YES | NO | 21. Liver Disease | | YES | NO |
| 5. High Blood Pressure *Mother* | YES | NO | 22. Mental Illness | | YES | NO |
| 6. Tuberculosis | YES | NO | 23. Non Intravenous Drug Abuse/Alcoholism | | YES | NO |
| **III. PERSONAL HISTORY** | | | 24. Peptic Ulcers | | YES | NO |
| 1. Asthma/Emphysema | YES | NO | 25. Rheumatic Fever | | YES | NO |
| 2. Back Injury 2002 + 2004 | YES | NO | 26. Rheumatism/Arthritis | | YES | NO |
| 3. Blood Disease (sickle cell anemia, hemophilia) | YES | NO | 27. Seasonal Allergies | | YES | NO |
| 4. Cancer | YES | NO | 28. Sexually Transmitted Diseases | | YES | NO |
| 5. Cavities | YES | NO | 29. Smoker | | YES | NO |
| 6. Depression/Suicide Attempt | YES | NO | 30. Tetanus Immunization Date | | YES | NO |
| 7. Diabetes | YES | NO | 31. Tuberculosis | | YES | NO |
| 8. Drug/Food Allergies | YES | NO | 32. Unprotected Sex w/Multiple Partners | | YES | NO |
| 9. Epilepsy/Seizures | YES | NO | 33. Other: | | | |
| 10. Glasses/Hearing Aid | YES | NO | **IV. OBSTETRIC/GYNECOLOGICAL HX** | | | N/A |
| 11. Gum disease | YES | NO | 1. Date of last menstrual period: | | | |
| 12. Head Injury | YES | NO | 2. Number of pregnancies/live births: | | | |
| 13. Heart Disease/Angina | YES | NO | 3. History of  Problem pregnancy | | | |
| 14. Hepatitis | YES | NO | 4. Date of last pap smear: | | | |
| 15. High Blood Pressure | YES | NO | 5. Date of last mammogram: | | | |
| 16. HIV + / AIDS | YES | NO | 6. History of birth control methods (IUD, pills, etc.) | | | |
| Prior HIV Test Date: | | | | | | |
| 17. Homosexual/Bisexual Activities | YES | NO | | | | |

A. If YES to any of the above indicate family member or self, give date and treatment received:

B. History of hospitalization?   YES  NO   Please list the DATE, HOSPITAL, CONDITION:

C. Do you have any current medical, mental health or dental complaints YES NO If yes, what? *Pain - lower back & leg*

D. Have you experienced any of these symptoms, cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES NO If YES, when?

E. What illegal drugs have you used? *Mari, Cocaine*
What was the mode(s) of use? (Please circle) Smoking  Injection  Inhaled  ingested
What amount and how often did you use drugs and alcohol? *Monthly*
When was the last time you used drugs or alcohol? 2010
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol?   YES  NO

F. Are you presently taking or supposed to be taking any prescribed medications?   YES  NO  If yes, what?
Reason for taking medications

G. Observations:  Tremor   YES  NO   Sweating   YES  NO
Condition of skin:  Cuts   YES  NO   Bruises   YES  NO
   Sores   YES  NO   Other
Body & Movement:  Deformities   YES  NO   Impaired Motor Activity   YES  NO   Other

H. **BEHAVIOR AND MENTAL STATUS**
Hygiene & Appearance:  ☑ Clean, Neat  ☐ Dirty, Sloppy  ☐ Other
Orientation: (ask questions & document response): What is today's date? 8-10-11  What time is it? pm  What Palce is it? prison
Speech  ☑ Normal  ☐ Loud  ☐ Soft  ☐ Mumbling  ☐ Other
Attitude  ☑ Appropriate  ☐ Laughing  ☐ Crying  ☐ Cursing  ☐ Quiet  ☐ Other

I. **THOUGHT CONTENT** (Please circle YES or NO)
Are you having current thoughts about suicide or self-injury?  YES  NO
Do you see or hear things that others do not hear or see?  YES  NO
Do you have any special powers/abilities?  YES  NO
Do you receive personal messages from the TV or radio?  YES  NO
Do you have any phobias or excessive fears?  YES  NO

J. **DISPOSITION**
Routine Referral to:  ☐ Medical  ☐ Mental Health  ☑ Dental  ☐ CID
Immediate referral to:  ☐ Medical  ☐ Mental Health  ☐ Dental  ☐ CID
Release to general population  ☑ Yes  ☐ No  Other

Offender Signature: *Kenneth M James*   Date: 08/10/11

Reviewer Signature: B. Moore, CCA   Date: 08/10/11

HSM-13 (6/06)

*K. Taylor*
*MHCA LPC, BP*

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Correctional Managed Care
REPORT OF PHYSICAL EXAM

Patient Name: JAMES, KENNETH W   TDCJ#: 1726849   Date: 08/12/2011 11:45   Facility: GURNEY (ND)

Age:  52 year  DOB: ███████  Race:  B  Sex:  male
Most recent vitals from 8/12/2011: BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 in.; Pulse: 108 (Sitting)
Resp: 18 / min; Temp: 96.7 (Oral)
Allergies:  NO KNOWN ALLERGIES

Patient Language:   ENGLISH   Name of interpreter, if required:

Current Medications: no

Chief Complaint and Notes: Chronic LBP
Significant Past Medical History:   HTN, Lum Lam x 2, bilat Inguinal Hernia repair.
REMARKS (Vision & Hearing)

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
|---|---|---|---|
| Head And Neck | x | | |
| Eyes | x | | |
| Ent | x | | |
| Dental | | | |
| Chest, Breast | x | | |
| Cardiovascular | x | | |
| Hemopoietic/ Lymphatic | x | | |
| Abdomen | x | | |
| Gastrointestinal | x | | |
| Endocrine/ Metabolic | x | | |
| Nutritional | x | | |
| Upper Extremities | x | | |
| Spine | x | | Full ROM |
| Lower Extremities | x | | |
| Skin | x | | |
| Rectal | >50 | | PSA ordered |
| FOBT Fecal Occult Blood Test | | | Cards given |
| GU Genitourinary | x | | |
| Neuro | x | | |
| Ob-Gyn (Pelvic) | N/A | | |

REMARKS: Reinforced Tylenol at the pill window.
Reinforced back rehab exercises with return demo.
Bp improved after Clonidine 0.2mg. 129/74.

| | | | Designators Codes Modifiers | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 3 | 1 | 1 | 1 | 1 | |
| | | | | E | E | A | A | A | |
| | | | | P | P | P | P | P | |

RDM-4 (Rev. 5/06)  chaperone

If any component of the physical exam is refused, a refusal form must be completed.
Refusal Signed:   Yes   No

UTMB CARS    1
Diagnoses  HTN

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Correctional Managed Care
REPORT OF PHYSICAL EXAM

Patient Name: JAMES, KENNETH W     TDCJ#: 1726849     Date: 08/12/2011 11:45     Facility: GURNEY (ND)
Restrictions:  III-11,12,14.
Orders:
CCC HTN in 30 days
Bp x 7 days.
Procedures Ordered:
        CHEST X RAY 2 VIEW: hypertension (htn) - ccc


Procedures Ordered:
        INTERMED OFFICE VISIT (NO COPAY):          hypertension (htn) - ccc, physical examination, age
        *PSA, SERUM: age
        EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2):          hypertension (htn) - ccc
        *CBC W/DIFF {BABYDMCD PSYLBPSZDBHVCNESLDAHEPHP}:          hypertension (htn) - ccc
        *COMPREHENSIVE METABOLIC PANEL (CMP) {PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLD}
        hypertension (htn) - ccc
        *THYROID STIMULATING HORMONE [TSH] {CNBFPSYLDMCDTPBPDBLEV2}:          hypertension (htn) - ccc
        *URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES [UA] {HVCNDBBPBFPSYLESLD}
        hypertension (htn) - ccc
        LIPID PANEL {CNDBBFHVPSYLDMCDNBP}:     hypertension (htn) - ccc

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

Patient Name: JAMES, KENNETH W  TDCJ#: 1726849   Date: 08/12/2011 12:28   Facility: GURNEY (ND)
Age: 52 year  Race: B  Sex: male
Most recent vitals from 8/12/2011: BP: 170 / 107 (Sitting) ; Wt: 254 Lbs.; Height: 71 in.; Pulse: 108 (Sitting) ; Resp: 18 / min; Temp: 96.7 (Oral)
Allergies:  NO KNOWN ALLERGIES

Patient Language:   ENGLISH   Name of interpreter, if required:

Current Medications:
Today's Problem: RECEIVED VERBAL ORDER PER S. SMITH PA:
CLONIDINE 0.2MG  NOW. CLONIDINE 0.2MG GIVEN AT 1155.
  PATIENT IN CLINIC FOR INTAKE PHYSICAL . PATIENT HAS NOT BEEN TO PILL WINDOW TO PICK UP MEDICATION  SINCE ARRIVAL TO UNIT ON 8-10-2011. BLOOD PRESSURE 170/100 PULSE 108

RECHECKED BLOOD PRESSURE:1230 BLOOD PRESSURE 129/74 PULSE 100

PATIENT BACK TO PROVIDER TO CONTINUE INTAKE PHYSICAL.

1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## INITIAL EKG MONITOR RHYTHM

asystole
ventricular fibrillation
ventricular tachycardia

wide complex
narrow complex
tachycardia
bradycardia
rate=_____

sinus rhythm
atrial fibrillation
heart block   1° 2° 3°

_____
_____

## PROCEDURES & INTERVENTIONS

✓ CPR   *(handwritten)*
CVL placed *(handwritten)*

✓ intubated by: ED physician
   with # 7.5 ET tube  (curved) straight blade  nasal / (oral)
   Premedication - ∅
   RSI   etomidate   succinylcholine   vecuronium
   Post- intubation - Breath sounds
      equal / R greater than L   L greater than R
   Pulse Ox ___   End-tidal CO2 detector (+) color △

✓ central line placed  sterile technique  betadine prep  *CL cortex*
   (right) / left   internal jugular   subclavian  (femoral)

___ pacemaker  external / transvenous _____
___ defibrillated _____
✓ foley catheter _____
_____

## LABS, EKG & XRAYS

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal  except | normal  except | | normal  except |
| WBC ____ | Na ____ | CK ____ | WBC ____ |
| Hgb ____ | K ____ | CKMB ____ | RBC ____ |
| Hct ____ | CO2 ____ | Troponin ____ | bacteria ____ |
| Platelets ____ | Gluc ____ | PT/PTT ____ | dip: ____ |
| segs ____ | BUN ____ | INR ____ | |
| bands ____ | Creat ____ | | |

**ABGs**
time:_____ RA / ___LO2  pH_____ pCO2_____ pO2_____
time:_____ RA / ___LO2  pH_____ pCO2_____ pO2_____

**RHYTHM STRIP** ___NSR ___ Rate _____

**INITIAL ED EKG**
___NML  ☐ Interp. by me  ☐ Reviewed by me  Rate _____
___NSR  ___nml intervals  ___nml axis  ___nml QRS  ___nml ST/T

**CXR**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Disc'sd w/ radiologist
___nml / NAD  ___no infiltrates  ___nml heart size  ___nml mediastinum

## PROGRESS

*Also see CPR Flow Sheet*
Time ____  unchanged  improved  re-examined
   *Code discontinued* *(handwritten)*
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

___ CPR discontinued, patient pronounced dead at _____
♦ AMI - EKG / ASA / B-Blocker / Thrombolytics / PCI / transfer _____
___ Dx delayed due to atypical presentation

Discussed with Dr. _____    Additional history from:
___ will see patient in:  ED / hospital / office    ___ family  caretaker  paramedics
___ Counseled patient / family  regarding:    ___ Rx given _____
   lab / rad. results  diagnosis  need for follow-up    ___ admission orders written
CRIT CARE TIME  (excluding separately billable procedures) _____ min

## CLINICAL IMPRESSION

*(circle final dx / backslash diff dx)*

Cardiopulmonary Resuscitation →  Pulmonary Edema
   successful  (unsuccessful)    Pulseless Electrical Activity
Asystole    Respiratory Failure
Cardiac Rhythm Disturbance    Sudden Death
   V. Tach.  V. Fib.  A. Fib.  SVT
♦ Myocardial Infarction - acute    *hyperthermia* *(handwritten)*

**DISPOSITION-** ☐ admitted  ___ **POA** decubitus / UTI (foley) _____
   ☑ Medical Examiner  ☐ morgue  ☐ transfer _____
**CONDITION-** ☐ unchanged  ☐ improved  ☐ stable _____
   ☐ critical  ☐ serious  ☑ deceased _____

Care transferred to Dr. _____   Time: _____

**PHYSICIAN SIGNATURE-** *(signature)*
☑ Template Complete   ☐ See Addendum (Dictated / Template # _____ )

Cardiopulmonary Resuscitation-50

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## *INITIAL ASSESSMENT FORM*                    *Palestine Regional Medical Center*

| | |
|---|---|
| PRIORITY: 1 | Patient: **JAMES, KENNETH W** | Pt#: L00103392104 |

**ESI - 1**

DOB: ▮▮▮▮▮   AGE: 52YRS   Sex: M    MR#: L000194299

EDP: KNOWLES, HEIDI

DATE: 08/13/2011    PCP: NO LOCAL DOCTOR

Worker's Comp:
Emp. Referred:

Presentation Time: 03:52        Triage Time: 03:52            Arrival Mode: EMS-PRMC

Height: 6 ' 0 " Weight: 240 lbs. 0 oz. 109.09 kgs. LMP:NA        Last Tetanus: unknown        Acc By: 3 TDCJ OFFICERS

Chief Complaint: CARDIAC ARREST

Brief Assessment: PT. BROUGHT FROM TDCJ GURNEY UNIT D/T CARDIAC ARREST

### Vital Signs
T: T
P: Regular
R: Unlabored
BP: 000/000
O2: % FiA
Pain Intensity Scale: / 10
Pain Location:

| | | | |
|---|---|---|---|
| NIGHT SWEATS | UNK | HEMOPTYSIS | UNK |
| WEIGHT LOSS | UNK | FEVER | UNK |
| ANOREXIA | UNK | | |

| | |
|---|---|
| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| CPR IN PROGRESS | YES |
| DOWN > 10 MINUTES | UNK |

Sudden Onset:

Pre-Hospital Treatment: SEE PRMC EMS RUN SHEET

Pediatric Assessment: N/A

Past Medical History: UNKNOWN

**Allergies: UNKNOWN-**

Medicines: UNKNOWN,

Nurse Signature: _____    SXE

Additional Notes:

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Rev 07/30/09

(Includes herbals, OTC meds, vitamins, neutraceuticals)                                        Medical Records

| ADMISSION | DISCHARGE |
|---|---|
| **Source** □Patient □Nursing Home □Previous Admission □H&P<br>□Copied from Patient's Labeled Meds □ Patient's Pharmacy:_____<br>□Other:_____(name)□Patient Provided & Verified Medication List<br>Personal Meds: □Sent to Pharmacy   □Sent home with_____(name) | If Personal Meds Stored in Pharmacy,<br>Obtained and Sent Home With □ Patient<br>or □Other: _____ (name) |

| Medication Name<br>Dosage / Frequency / Route<br><br><br>Patient is Knowledgeable About Home Meds:□Yes □No | Date/Time<br>Last Taken<br>U=Unknown<br>T=Today<br>Or Record Date | Continue<br>In<br>Hospital | Continue<br>At<br>Discharge | Next Dose<br>Due At: | Patient<br>Teaching<br>Verified and<br>Teaching Sheets<br>Provided |
|---|---|---|---|---|---|
| UNKNOWN | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>_____(time)<br>First Dose: @ | □ Yes □No | | |
| | | □ Yes □No<br>First Dose: @ | □ Yes □No | | |

### List New Medications to be taken

_____
_____
_____
_____

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications.  Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: _____

Vaccination Decision (Risk Assessment completed on admission)
□Pneumococcal vaccine    □Indicated          □Not Indicated        □Administer vaccine per protocol
□Influenza vaccine        □Indicated          □Not Indicated        □Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time      □ READ BACK of a: ○ Telephone  ○ Verbal Order | Date/Time      □ READ BACK of a: ○ Telephone  ○ Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed:  Date/Time/Signature/Title: | Transcribed:  Date/Time/Signature/Title: |
| Noted:  Date/Time/Admission Nurse/Title/Initials: | Noted:  Date/Time/Admission Nurse/Title/Initials: |

**Height:** 6ft. | **Weight:** 109.09 kg  ☒ Estimated  □ Stated □ Actual | **Allergies:** UNKNOWN-

**Medication Reconciliation**
**Palestine Regional Medical Center**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.<br>KNIFE, THEFT or<br>COPYING OR VIEWING PROHIBITED

NAME: JAMES, KENNETH W          AGE:    52
MR#:   L000194299        PT#: L00103392104      DATE IN:  8/13/2011
                                                PCP: NO LOCAL DOCTOR
Referral Physician

Pro-MED Forms   8/13/2011 4:24:00 AM                    "Setting the standard in ED Automation"        Page 1 of 1

(Includes herbals, OTC meds, vitamins, neutrac___als)                                                                    Patient Copy

| ADMISSION | DISCHARGE |
|---|---|

**Source** ☐Patient ☐Nursing Home ☐Previous Admission ☐H&P
☐Copied from Patient's Labeled Meds ☐ Patient's Pharmacy:_____
☐Other: _____ (name)☐Patient Provided & Verified Medication List
Personal Meds: ☐Sent to Pharmacy   ☐Sent home with _____ (name)

If Personal Meds Stored in Pharmacy,
Obtained and Sent Home With ☐ Patient
or ☐Other: _____ (name)

| Medication Name<br>Dosage / Frequency / Route<br><br><br>Patient is Knowledgeable About Home Meds:☐Yes ☐No | Date/Time<br>Last Taken<br>U=Unknown<br>T=Today<br>Or Record Date | Continue<br>In<br>Hospital | Continue<br>At<br>Discharge | Next Dose<br>Due At: | Patient<br>Teaching<br>*Verified and<br>Teaching Sheets<br>Provided* |
|---|---|---|---|---|---|
| UNKNOWN | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No<br>_____ (time)<br>First Dose: @ | ☐ Yes ☐No | | |

**List New Medications to be taken**

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications.  Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications: _____

Vaccination Decision (Risk Assessment completed on admission)
☐Pneumococcal vaccine   ☐Indicated   ☐Not Indicated   ☐Administer vaccine per protocol
☐Influenza vaccine   ☐Indicated   ☐Not Indicated   ☐Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time   ☐ READ BACK of a: ◯ Telephone  ◯Verbal Order | Date/Time   ☐ READ BACK of a: ◯ Telephone  ◯Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed:  Date/Time/Signature/Title: | Transcribed:  Date/Time/Signature/Title: |
| Noted:  Date/Time/Admission Nurse/Title/Initials: | Noted:  Date/Time/Admission Nurse/Title/Initials: |

| **Height:**<br>6ft. | **Weight:** 109.09 kg<br>☒ Estimated<br>☐ Stated ☐ Actual | **Allergies:** UNKNOWN- |
|---|---|---|

**Medication Reconciliation**
alestine Regional Medical Center

NAME: JAMES, KENNETH W                                     AGE:  5?
MR#:  L000194299   PT#: L00103392104   DATE IN: 8/13/2011
KNOWLEDGE...   PCP: NO LOCAL DOCTOR
...PYING OR VIEWING PROHIBITED
Referral Physician

Pre MSD Form ...

Palestine Regional Med. Cente        2900 S. Loop 256              Palestine, TX  75801
Johnny L. Haley                      Software 2D1 D:[2211]         (903)731-1140

First Name:                          Location:                    Gender:
Last Name:                           Physician:       ,
Patient ID:                          Age:                         Date of Birth:
User Field 1:                        User Field 2:                Drawn Date:
Seq #:                               User Field 3:

Date:  8/13/2011    Sample ID:   ----------       Cass / Pos:  000201    Operator ID: BAK
Time:  3:57:06      Sample Type: CD A No Read     Listname:    37N8D108   Instrument:  AK091?2



| | | | Suspect | Definitive |
|---|---|---|---|---|
| WBC | 8.1 | 10^3/µL | | |
| NE % | 40.9 | L | % | Imm. NE 1 |
| LY % | 54.6 | H | % | |
| MO % | 3.7 | L | % | |
| EO % | 0.4 | L | % | |
| BA % | 0.4 | % | | |
| NRBC % | 0.0 | % | | |
| NE # | 3.3 | 10^3/µL | | |
| LY # | 4.4 | H | 10^3/µL | |
| MO # | 0.3 | 10^3/µL | | |
| EO # | 0.0 | L | 10^3/µL | |
| BA # | 0.0 | 10^3/µL | | |
| NRBC # | 0.0 | 10^3/µL | | |

| RBC | 5.11 | 10^6/µL |
|---|---|---|
| HGB | 14.9 | g/dL |
| HCT | 45.2 | % |
| MCV | 88.5 | fL |
| MCH | 29.2 | pg |
| MCHC | 33.0 | g/dL |
| RDW | 14.0 | % |

| PLT | 94 | L | 10^3/µL | Platelet Clumps |
|---|---|---|---|---|
| MPV | 8.9 | | fL | |

RET %
RET #
IRF
MRV

Comments:

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

End of Completed Report



**CODE SUMMARY™**
critical event record

| | | Time | Event | HR | Time |
|---|---|---|---|---|---|
| Power On | 13 Aug 11 03:49:08 | 03:49:08 | Power On | | 04:00:32 |
| Device | 000 | 03:49:08 | Advisory Mode | | 04:02:24 |
| Site | 000 | 03:50:42 | Manual Mode | | 04:03:09 |
| Total Shocks: | 0 | 03:53:07 | Initial Rhythm | | 04:04:06 |
| Total Time Paced | 00:00:00 | 03:54:05 | Vital Signs | --- | 04:04:51 |
| Elapsed Time | 00:28:25 | 03:54:28 | Print 1 | | 04:04:58 |
| | | 03:57:11 | Print 2 | | 04:05:42 |
| | | 03:59:05 | Vital Signs | --- | 04:06:53 |

P ► P: REG ○   IRREG ○          R ► R: REG ○          IRREG ○   INTERPRETATION: _____
PR INT: ___ CONSTANT ○  VARI ○   QRS INTERVAL _____
ATRIAL RATE ___                   VENT. RATE _____   QT INT. ___   _____
ACTION TAKEN: _____                        SIGNATURE: _____   DATE: ___

| Event | HR | Time | Event | HR |
|---|---|---|---|---|
| Print 3 | --- | 04:06:57 | Print 10 | |
| Print 4 | --- | 04:07:26 | Print 11 | |
| Print 5 | --- | 04:07:53 | Print 12 | 22 |
| Vital Signs | 50 | 04:09:05 | Vital Signs | |
| Print 6 | --- | 04:10:04 | Print 13 | |
| Print 7 | --- | 04:11:10 | Print 14 | |
| Print 8 | --- | 04:13:02 | Print 15 | |
| Print 9 | --- | 04:13:54 | Print 16 | --- |

REORDER NO 40457A / 40457B

P ► P: REG ○   IRREG ○          R ► R: REG ○          IRREG ○   INTERPRETATION: _____
PR INT: ___ CONSTANT ○  VARI ○   QRS INTERVAL _____
ATRIAL RATE ___                   VENT. RATE _____   QT INT. ___   _____
ACTION TAKEN: _____                        SIGNATURE: _____   DATE: ___

| Time | Event | HR | Comments |
|---|---|---|---|
| 04:14:05 | Vital Signs | | |
| 04:14:46 | Print 17 | --- | |
| 04:16:13 | Print 18 | --- | |
| 04:16:26 | Print 19 | --- | |
| 04:16:44 | Print 20 | --- | |

REORDER NO 40457A / 40

P ► P: REG ○   IRREG ○          R ► R: REG ○          IRREG ○   INTERPRETATION: _____
PR INT: ___ CONSTANT ○  VARI ○   QRS INTERVAL _____
ATRIAL RATE ___                   VENT. RATE _____   QT INT. ___   _____
ACTION TAKEN: _____                        SIGNATURE: _____   DATE ___

REMARKS: _____
_____
_____

JAMES, KENNETH WAYNE
REG ER          Admit: 08/13/11
         M/52              L ER
MR# L000194299 KNOWLES, HEIDI C
Acct# L00103392104

Copy of OIG case to Litigation Support on 04 19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**RHYTHM STRIP RECORD**



**▼ Initial Rhythm**

Name:
ID:                      881311834908
Patient ID:
Incident:                          Paddles
Age:   Sex:                    13 Aug 11
**Initial Rhythm**              03:53:07

PRINTED IN U.S.A.            X1.0 2.5-30Hz 25mm/sec

P ▶ P: REG ○   IRREG ○        R ▶ R: REG ○        IRREG ○     INTERPRETATION: _____
PR INT: ____ CONSTANT ○ VARI ○   QRS INTERVAL: _____
ATRIAL RATE ____                 VENT. RATE _____   QT INT. _____
ACTION TAKEN:                                SIGNATURE:                DATE

**Print 1 ▼**

881311834908                   Paddles

13 Aug 11
03:54:28

X1.0 2.5-30Hz 25mm/sec                          000 000 3011371

P ▶ P: REG ○   IRREG ○        R ▶ R: REG ○        IRREG ○     INTERPRETATION: _____
PR INT: ____ CONSTANT ○ VARI ○   QRS INTERVAL: _____
ATRIAL RATE ____                 VENT. RATE _____   QT INT. _____
ACTION TAKEN:                                SIGNATURE:                DATE

**Print 2 ▼**

311834908                   Paddles

13 Aug 11
03:57:11

X1.0 2.5-30Hz 25mm/sec                          000 000 3011371-072-0G04K

P ▶ P: REG ○   IRREG ○        R ▶ R: REG ○        IRREG ○     INTERPRETATION: _____
PR INT: ____ CONSTANT ○ VARI ○   QRS INTERVAL: _____
ATRIAL RATE ____                 VENT. RATE _____   QT INT. _____
ACTION TAKEN:                                SIGNATURE:                DATE

REMARKS: _____
_____
_____                              2
_____
                                         JAMES,KENNETH WAYNE
                                         REG ER              Admit: 08/13/11
Copy of OIG case to Litigation Support on 04.19.2013 by ce.        M/52            L.ER
UNAUTHORIZED COPYING OR VIEWING PROHIBITED       MR# L000194299 KNOWLES,HEIDI C
                                         Acct# L00103392104
**RHYTHM STRIP RECORD**



**Print 5** ▼

11034908

Paddles

13 Aug 11
04:03:09

X1.0 2.5-30Hz 25mm/sec                    REORDER NO 40457A 000 000 3011371-072 0C

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: _____ | | |
| ATRIAL RATE | | VENT. RATE _____ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

**Print 6** ▼

311034908

Paddles

13 Aug 11
04:04:51

X1.0 2.5-30Hz 25mm/sec                    REORDER NO 40457A / 40457B 000 000 3011371-072 0G04

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: _____ | | |
| ATRIAL RATE | | VENT. RATE _____ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

**Print 10** ▼

11034908

Paddles

13 Aug 11
04:06:57

X1.0 2.5-30Hz 25mm/sec                    REORDER NO 40457A / 40457B 000 000 3011371-072 0G6

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: _____ |
| PR INT: ___ CONSTANT ○ VARI ○ | | QRS INTERVAL: _____ | | |
| ATRIAL RATE | | VENT. RATE _____ | QT INT. ___ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

REMARKS: _____
_____
_____

JAMES,KENNETH WAYNE        Admit: 08/13/11
REG ER                          M/52              L:ER
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
MR# L000194299 KNOWLES,HEIDI C
Acct# L00103392104

**RHYTHM STRIP RECORD**



**RHYTHM STRIP RECORD**

ID#: 081311034908  13Aug11  4:16:19 HR:---

— Paddles

TED IN U.S.A  X1.0  2.5-30Hz  25mm/sec        000 000 3011371-072 0G04KR04HJGG7R LP1213461273

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: ____ |
| PR INT: ___ CONSTANT ○  VARI ○ | | QRS INTERVAL: ____ | | |
| ATRIAL RATE ____ | | VENT. RATE ____ | QT INT. ____ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

ID#: 081311034908  13Aug11  4:16:40 HR:---

X1.0  1-30Hz  25mm/sec        000 000 3011371-072 0G04KR04HJGG7R LP1213461273

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: ____ |
| PR INT: ___ CONSTANT ○  VARI ○ | | QRS INTERVAL: ____ | | |
| ATRIAL RATE ____ | | VENT. RATE ____ | QT INT. ____ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

| P ▶ P: REG ○ | IRREG ○ | R ▶ R: REG ○ | IRREG ○ | INTERPRETATION: ____ |
| PR INT: ___ CONSTANT ○  VARI ○ | | QRS INTERVAL: ____ | | |
| ATRIAL RATE ____ | | VENT. RATE ____ | QT INT. ____ | |
| ACTION TAKEN: | | | SIGNATURE: | DATE: |

REMARKS: ____

JAMES,KENNETH WAYNE
REG ER              Admit: 08/____
____    M/52         L.B___
Copy of OIG case to Litigation Support on 04.19.2013 by ce. MR# L000194299 KNOWLES,HEIDI C
UNAUTHORIZED COPYING OR VIEWING PROHIBITED  Acct# L00103392104

**RHYTHM STRIP RECORD**