# Texas Department of Criminal Justice
# Correctional Institutional Division

Employee Training Acknowledgement Form

To: Unit Risk Manager                              Date: May 19, 2011

From: Lt. Toby Whitfield                           Subject: Safety Training

☐ Initial Training                                 ☐ Target Training

☒ Monthly Training                                 ☐ Annual Training

Department: Security                               Shift: 2A

Date(s) Training was conducted: 05/01/2011 - 05/31/2011

Length of training: 10 minutes

Conducted by: Lt. Toby Whitfield

Topic: Hot Weather

Main points of discussion:
Increase water intake: at least one gallon should be consumed in extreme heat conditions. Watch for signs of heat stroke, heat exhaustion, and heat cramps. Seek medical attention immediately if you stop sweating or feel dehydrated, dizzy, or get chills. Limit salt intake. Wear long sleeves and a hat; protect as much skin as possible from direct sun exposure. Use sunscreen. Be aware of the heat index and the effects of high humidity.

Number of employees assigned: 62   Number of employees trained: 60

|     | Name                 | Signature |
|-----|----------------------|-----------|
| 1.  | Barber, Cody         |           |
| 2.  | Beumel, Kirk         |           |
| 3.  | Boyd, Gary           |           |
| 4.  | Braisher, Enoch      |           |
| 5.  | Burt, Ronald         |           |
| 6.  | Caldwell, Tricia     |           |
| 7.  | Chamberlain, Patricia|           |
| 8.  | Cox, Lauren          |           |
| 9.  | Derrett, Lawanda     |           |
| 10. | Dodd, Revoyda        |           |

September 2010    Copy of OIG case to Litigation Support on 04.19.2013 by ce.    RM-06-7
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5721                                    OIG - James 312

|     | Name | Signature |
| --- | --- | --- |
| 11. | Douglas, George | *signature* |
| 12. | Douglas, Tina | *signature* |
| 13. | Duncan, James | *signature* |
| 14. | Edwards, Doris | *signature* |
| 15. | Few, Minnie | *signature* |
| 16. | Fitzgerald, Casey | *signature* |
| 17. | George, Ashley | *signature* |
| 18. | Golden, Frankie | *signature* |
| 19. | Harris, Glorie | *signature* |
| 20. | Harrison, Richard | *signature* |
| 21. | Hays, Aaron | *signature* |
| 22. | Henson, Connie | FMLA |
| 23. | Hewlett, Annette | *signature* |
| 24. | Hill, Michael | FMLA |
| 25. | Hollowell, Bessie | *signature* |
| 26. | Hyatt, Albert | *signature* |
| 27. | Johnson, Marcus | *signature* |
| 28. | Kennedy, Oliver | *signature* |
| 29. | Lane, Donna | *signature* |
| 30. | Lane, Terry | *signature* |
| 31. | Mangan, Kenneth | *signature* |
| 32. | Martin, Dena | *signature* |
| 33. | Martin, Steve | *signature* |
| 34. | McKnight, Vincent | *signature* |
| 35. | Melton, Joshua | *signature* |
| 36. | Meyners, Nathanael | *signature* |
| 37. | Milton, Joshua | *signature* |
| 38. | Morrow, Deborah | *signature* |
| 39. | Ndubueze, Nkechinyere | *signature* |
| 40. | Ogungbire, Thomas | *signature* |
| 41. | Parker, Rufus | *signature* |
| 42. | Paul, Joseph | *signature* |
| 43. | Peach, Corey | *signature* |

September 2010

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

RM-06-8

|     | Name | Signature |
| --- | --- | --- |
| 44. | Pedigo, Kimberly | *signature* |
| 45. | Quick, Jimmy | *signature* |
| 46. | Rabb, Timothy | *signature* |
| 47. | Raines, Sarah | S Raines |
| 48. | Rogers, Allesia | *signature* |
| 49. | Russell, Christopher | *signature* |
| 50. | Sandlin, Rickard | *signature* |
| 51. | Schulle, Deborah | *signature* |
| 52. | Sheffler, Kyle | Kyle *signature* |
| 53. | Sherrick, Chase | *signature* |
| 54. | Stephens, Torrance | *signature* |
| 55. | Tatum, Florine | *signature* |
| 56. | Upton, Sammy | *signature* |
| 57. | Williams, Dan | *signature* |
| 58. | Womack, Marion | M. Womack |
| 59. | Wood, Justin | *signature* |
| 60. | | |
| 61. | | |
| 62. | | |
| 63. | | |
| 64. | | |
| 65. | | |
| 66. | | |
| 67. | | |
| 68. | | |
| 69. | | |
| 70. | | |
| 71. | | |
| 72. | | |
| 73. | | |
| 74. | Sgt. Flowers, Tully | Sgt. Flowers |
| 75. | Sgt. Hash, James | Sgt. Hash |
| 76. | Lt. Whitfield, Toby | Lt. Whitfield |

September 2010    Copy of OIG case to Litigation Support on 04.19.2013 by ce.    RM-06-8
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ES/BP08/10        AD10.64- TEMP EXTREMES IN TDCJ (REV. 6)

TEXAS DEPARTMENT           NUMBER: AD-10.64 (REV. 6)

OF                         DATE: NOVEMBER 10, 2008

CRIMINAL JUSTICE    SUPERSEDES: AD-10.64 (REV. 5)
                                SEPTEMBER 19, 2006

ADMINISTRATIVE DIRECTIVE

SUBJECT:      TEMPERATURE EXTREMES IN THE TDCJ WORKPLACE

AUTHORITY:    TEXAS GOVERNMENT CODE §493.006

              REFERENCE: AMERICAN CORRECTIONAL ASSOCIATION (ACA)
              STANDARDS: 4-4153 AND 4-4337

APPLICABILITY: TEXAS DEPARTMENT OF CRIMINAL JUSTICE (TDCJ OR AGENCY)

POLICY:

THE TDCJ SHALL ESTABLISH GUIDELINES TO ASSIST UNIT ADMINISTRATION IN
ADAPTING OFFENDER WORK ASSIGNMENTS TO TEMPERATURES IN THE WORK
ENVIRONMENT THAT CANNOT BE CONTROLLED BY THE AGENCY. GUIDELINES FOR
OUTSIDE RECREATION ARE FOUND IN THE TDCJ RECREATION DEPARTMENT POLICY
MANUAL.

EVERY REASONABLE EFFORT SHALL BE MADE TO PREVENT EXTREME
TEMPERATURE-RELATED INJURIES IN THE WORKPLACE. SINCE THE TDCJ HAS UNITS
THROUGHOUT THE STATE OF TEXAS, THE DECISION TO EXPOSE OFFENDERS TO
EXTREME TEMPERATURE (I.E., COLD/HEAT) SHALL BE MADE BY THE APPROPRIATE
ON-SITE STAFF.

TDCJ OFFENDERS ARE, AT TIMES, REQUIRED TO WORK IN CONDITIONS OF EXTREME
COLD OR EXTREME HEAT. FREQUENTLY, SITUATIONS MAY OCCUR REQUIRING
SPECIFIC WORK BE COMPLETED REGARDLESS OF THE TEMPERATURE OR WEATHER
CONDITIONS.

PROCEDURES:

PRIOR TO EXPOSING OFFENDERS TO EXTREME TEMPERATURE CONDITIONS
(I.E., COLD/HEAT), THE WARDEN AND INVOLVED DEPARTMENT SUPERVISORS SHALL
ENSURE APPROPRIATE MEASURES ARE INSTITUTED WHICH PREVENT EXTREME
TEMPERATURE-RELATED INJURIES. THE WARDEN AND INVOLVED DEPARTMENT
SUPERVISORS ARE ENCOURAGED TO CONSULT MEDICAL STAFF TO ASCERTAIN
SPECIFIC HAZARDS. IN ALL CASES OF TEMPERATURE-RELATED INCIDENTS OR
INJURIES, THE UNIT MEDICAL STAFF AND THE UNIT RISK MANAGER SHALL BE
NOTIFIED IMMEDIATELY. UPON ARRIVAL ON THE SCENE, MEDICAL STAFF SHALL
TAKE CONTROL OF THE INDIVIDUAL'S MEDICAL CARE. THE INJURED OFFENDER
SHALL BE REMOVED FROM THE ENVIRONMENT AT THE MOST EXPEDITIOUS MEANS
AVAILABLE TO RECEIVE PROPER MEDICAL TREATMENT.

   PROCEDURES AND EXPOSURE CHARTS (WIND CHILL INDEX ATTACHMENT A AND
HEAT AND HUMIDITY MATRIX ATTACHMENT B) ARE PROVIDED TO ASSIST
UNIT OFFICIALS IN DETERMINING SAFE WORKING CONDITIONS IN EXTREME
TEMPERATURE CONDITIONS.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

DURING UNIT ASSIGNMENTS, OFFENDERS SHALL BE EXPOSED TO NO MORE

COLD WEATHER - APPROPRIATE CLOTHING SHALL BE WORN TO PROTECT THE

PD-1/PWR/10    AD-10.64 - TEMP EXTREMES IN TDCJ (REV. 3)
OFFENDER FROM EXTREME TEMPERATURE CONDITIONS AT ALL TIMES.



B.  UNIT STAFF SHALL MONITOR THE TEMPERATURE ONCE EVERY HOUR
BETWEEN 6:30 A.M. AND 6:30 P.M. THE TEMPERATURE SHALL BE
ANNOUNCED OVER THE RADIO AND DOCUMENTED ON THE TEMPERATURE LOG
(ATTACHMENT C). IF CONDITIONS WARRANT, THE WARDEN MAY ALSO
REQUEST ADDITIONAL READINGS.

C.  TEMPERATURE LOG

1.  THE WARDEN SHALL DESIGNATE A CENTRAL LOCATION TO MAINTAIN
THE TEMPERATURE LOG.

2.  THE TEMPERATURE LOG SHALL INDICATE THE WIND CHILL OR HEAT
INDEX.

3.  TEMPERATURE INFORMATION IS AVAILABLE THROUGH THE
FOLLOWING:

A.  THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
(NOAA) WEBSITE (WWW.NOAA.GOV);

B.  NOAA WEATHER RADIO;

C.  LOCAL WEATHER RADIO AND TELEVISION STATIONS; OR

D.  ONSITE WEATHER INSTRUMENTATION (IF AVAILABLE).



4.  TEMPERATURE LOGS SHALL BE MAINTAINED IN ACCORDANCE WITH
THE TDCJ RECORDS RETENTION SCHEDULE.

II.  EXTREME COLD CONDITIONS

A.  DETERMINATION

1.  THE WARDEN SHALL USE THE WIND CHILL INDEX, THE LOCAL
NEWS/WEATHER MEDIA AND/OR WEATHER CONDITIONS RECORDED BY
INSTRUMENTS LOCATED AT THE UNIT/PICKET IN DETERMINING THE
SAFETY OF COLD WEATHER WORKING CONDITIONS.

2.  CLOTHING CONSIDERED APPROPRIATE FOR OFFENDERS WORKING IN
COLD WEATHER SHALL INCLUDE: THERMAL UNDERWEAR, INSULATED
JACKETS, COTTON OR LEATHER GLOVES, INSULATED HOODS, WORK
SHOES AND SOCKS. THE WIND CHILL INDEX SHALL BE USED TO
DETERMINE THE NEED FOR INSULATED HOODS AND LEATHER
GLOVES. APPROPRIATE CLOTHING SHALL BE ISSUED EVEN WHEN
THE INDEX INDICATES LITTLE DANGER OF EXPOSURE INJURY.

3.  IF GUIDANCE IS NEEDED, MEDICAL STAFF SHALL BE CONTACTED
TO DETERMINE APPROPRIATE CLOTHING AND TIME LIMITS TO
PREVENT COLD INJURY.

4.  CARE SHALL BE TAKEN TO PREVENT PERSPIRATION WHICH COULD
SOAK CLOTHING AND THUS COMPROMISE THE CLOTHING'S
INSULATING VALUE.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

THE EFFECTIVE TEMPERATURE AND LEVEL OF PHYSICAL ACTIVITY.

1. HYPOTHERMIA IS A CONDITION OCCURRING WHEN THE BODY LOSES

FS/BPOA/10   AD1044- TEMP EXTREMES IN TDCJ (REV. A)



HEAT FASTER THAN THE BODY CAN PRODUCE IT. WITH THE ONSET OF THIS CONDITION, BLOOD VESSELS IN THE SKIN CONSTRICT (I.E., TIGHTEN) IN AN ATTEMPT TO CONSERVE VITAL INTERNAL BODY HEAT, THUS AFFECTING THE HANDS AND FEET FIRST.

2. IF ONE'S BODY CONTINUES TO LOSE HEAT, INVOLUNTARY SHIVERS BEGIN. THIS REACTION IS THE BODY'S WAY TO PRODUCE MORE HEAT AND IS USUALLY THE FIRST REAL WARNING SIGN OF HYPOTHERMIA.

3. FURTHER HEAT LOSS PRODUCES SPEECH DIFFICULTY, FORGETFULNESS, LOSS OF MANUAL DEXTERITY, COLLAPSE AND FINALLY DEATH.

C. TYPES OF HYPOTHERMIA

HYPOTHERMICS ARE DIVIDED INTO THE FOLLOWING THREE (3) CATEGORIES, DEPENDING ON THE DEGREE OF INJURY.

1. CATEGORY ONE

INJURED INDIVIDUALS ARE CONSCIOUS, BUT COLD, WITH A RECTAL TEMPERATURE ABOVE 90 DEGREES FAHRENHEIT ('F). THESE INDIVIDUALS SHALL BE HANDLED CAREFULLY, INSULATED AND TRANSPORTED TO MEDICAL CARE.



2. CATEGORY TWO

INJURED INDIVIDUALS ARE UNCONSCIOUS AND WITH A RECTAL TEMPERATURE OF 90'F OR BELOW. THESE INDIVIDUALS SHALL BE HANDLED CAREFULLY AND INSULATED FROM FURTHER HEAT LOSS. THE INDIVIDUAL SHALL BE TRANSPORTED TO THE UNIT MEDICAL DEPARTMENT FOR ADDITIONAL CARE.

3. CATEGORY THREE

INJURED INDIVIDUALS ARE COMATOSE WITH NO PALPABLE PULSE AND NO VISIBLE RESPIRATION. ALTHOUGH THESE INDIVIDUALS APPEAR TO BE DECEASED, THE INJURED INDIVIDUAL MAY HAVE A SLIGHT CHANCE OF RECOVERY IF THE RECTAL TEMPERATURE IS 90.8'F OR HIGHER. IF POSSIBLE, MEDICAL STAFF SHALL PROCEED AS FOLLOWS:

a. APPLY POSITIVE PRESSURE VENTILATION WITH OXYGEN.

b. JUDGE THE POSSIBILITY OF ADMINISTERING SUCCESSFUL CARDIOPULMONARY RESUSCITATION (CPR). CONSIDERATION SHALL BE GIVEN TO THE FOLLOWING PRIOR TO ADMINISTERING CPR:

(1) THE DIFFICULTY IN VERIFYING THAT THE HEART HAS STOPPED WITHOUT MEDICAL EQUIPMENT;

(2) THE COMPROMISE OF RESCUERS TO ADMINISTER PROCEDURE DURING EVACUATION;

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ED-02/BPP-10 - AD-10.64 - TEMP EXTREMES IN IDCJ (REV.3)
     (5) CONTINUING CIRCULATION BY COMPRESSING A COLD,
         STIFF CHEST AND HEART MUSCLE IS UNLIKELY.

     C.  THE INJURED INDIVIDUAL SHALL BE INSULATED AND
         TRANSPORTED TO A MEDICAL CARE FACILITY.

III.  EXTREME HEAT CONDITIONS

     A.  DETERMINATION

         1.  GUIDELINES ASSISTING THE WARDEN IN MAKING THE
             DETERMINATION CAN BE FOUND IN THE HEAT AND HUMIDITY
             MATRIX. WEATHER CONDITIONS RECORDED BY INSTRUMENTS ON
             THE UNIT, PICKET OR REPORTS BY THE LOCAL NEWS MEDIA SHALL
             BE USED CONFIRMING SPECIFIC TEMPERATURE AND HUMIDITY
             CONDITIONS. WHEN THE TEMPERATURE IS OVER 85°F, THE WARDEN
             SHALL USE THE HEAT AND HUMIDITY MATRIX TO DETERMINE THE
             HEAT INDEX. THE HEAT INDEX SHALL BE USED AS AN INDICATOR
             OF THE RISK FOR HEAT-RELATED INJURY.

         2.  AT ANY POINT WHEN THE HEAT AND HUMIDITY MATRIX INDICATES
             THE POSSIBILITY OF HEAT EXHAUSTION OR HEATSTROKE, THE
             WARDEN SHALL INSTRUCT THE APPROPRIATE STAFF TO
             IMMEDIATELY INITIATE THE PRECAUTIONARY MEASURES
             IDENTIFIED IN THE HEAT AND HUMIDITY MATRIX.

         3.  IF GUIDANCE IS NEEDED, MEDICAL STAFF SHALL BE CONTACTED
             PRIOR TO EXPOSING OFFENDERS TO EXTREMELY HOT WORKING
             CONDITIONS TO EVALUATE THE HAZARDS OF THE CURRENT
             TEMPERATURES AND HUMIDITY, INCLUDING INDOOR WORK AREAS
             (E.G., BOILER ROOM). THE HAZARD OF SUNBURN AND OTHER
             RESULTS OF ULTRAVIOLET (UV) RADIATION SHALL ALSO BE
             CLOSELY MONITORED.

         4.  OFFENDERS SHALL BE PROVIDED AND REQUIRED TO WEAR CLOTHING
             APPROPRIATE FOR THE EFFECTIVE TEMPERATURES AND THE
             HAZARDS IMPOSED BY UV RADIATION (E.G., LIGHT-COLORED HATS
             CAN BE USED TO AN ADVANTAGE IN HIGH HEAT AND DIRECT
             SUNLIGHT).

         5.  DRINKING WATER SHALL ALWAYS BE AVAILABLE TO OFFENDERS IN
             CONDITIONS OF HOT WEATHER. ACCORDING TO INDIVIDUAL
             MEDICAL ADVICE, LIQUIDS CONTAINING SODIUM MAY BE USED
             DEPENDING ON AN OFFENDER'S STATE OF ACCLIMATIZATION TO
             HOT WEATHER CONDITIONS.

         6.  NEWLY ASSIGNED OFFENDERS, WHO MAY NOT BE ACCLIMATED TO
             THE HEAT, SHALL BE MEDICALLY EVALUATED PRIOR TO EXPOSURE
             TO SIGNIFICANT HEAT STRESS AND CLOSELY MONITORED BY
             SUPERVISORS FOR EARLY EVIDENCE OF HEAT INTOLERANCE.

         7.  MINI WATER INTAKE, ACCORDING TO THE HEAT AND HUMIDITY
             MATRIX, SHALL BE ENFORCED.

         8.  OFFENDERS UNDER TREATMENT WITH DIURETICS OR DRUGS
             INHIBITING SWEAT OR MOISTURE LOSS SHALL BE EVALUATED

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

PURPOSE: AD-10.64 TEMP EXTREMES IN TDCJ (REV. 6)



   A. DIMINISHED OR ABSENT PERSPIRATION (SWEATING);

   B. HOT, DRY AND FLUSHED SKIN; AND

   C. INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED
      MAY LEAD TO DELIRIUM, CONVULSIONS AND EVEN DEATH.
      MEDICAL CARE IS URGENTLY NEEDED.

  2. HEAT CRAMP SYMPTOMS INCLUDE:

   A. PAINFUL, INTERMITTENT SPASMS OF THE VOLUNTARY
      MUSCLES FOLLOWING HARD PHYSICAL WORK IN A HOT
      ENVIRONMENT; AND

   B. CRAMPS USUALLY OCCURRING AFTER HEAVY PERSPIRING, AND
      OFTEN BEGINNING AT THE END OF A WORK SHIFT.

  3. HEAT EXHAUSTION SYMPTOMS INCLUDE:

   A. PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS
      AND HEADACHES;

   B. COOL SKIN, SOMETIMES PALE AND CLAMMY, WITH
      PERSPIRATION;

   C. NORMAL OR SUBNORMAL BODY TEMPERATURE; AND



   D. NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.

IV. EMERGENCY TREATMENT:

 A. IN ALL CASES OF TEMPERATURE-RELATED INCIDENTS OF INJURIES:

  1. THE FIRST AID PROCESS SHALL BE INITIATED IMMEDIATELY BY
     SECURITY OR OTHER UNIT STAFF.

  2. MEDICAL STAFF AND THE UNIT RISK MANAGER SHALL BE NOTIFIED
     IMMEDIATELY.

 B. IN EXTREME COLD CONDITIONS, STAFF SHALL:

  1. BRING THE INJURED OFFENDER OUT OF THE COLD AND REMOVE WET
     CLOTHING;

  2. WRAP THE INJURED OFFENDER IN WARM BLANKETS OR CLOTHING;

  3. IF FROSTBITE EXISTS, GENTLY HEAT THE AFFECTED AREA WITH
     WARM WATER OR WARM TOWELS. DO NOT RUB THE AFFECTED AREA.
     A HEATING PAD OR HOT WATER BOTTLES MAY ALSO BE USED TO
     HEAT THE AFFECTED AREA;



  4. CONTINUE THE TREATMENT UPON ARRIVAL AT THE SITE OR WHEN
     THE OFFENDER IS DELIVERED TO MEDICAL STAFF'S CARE;

  5. APPLY THE "ABC" OF LIFE SUPPORT (OPEN AIRWAY, ASSIST
     BREATHING AND RESTORE CIRCULATION) AS NEEDED;



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

  6. IF COLD INJURY IS SUSTAINED, THE FOLLOWING FIRST AID

ADMINISTRATIVE DIRECTIVE IS ATTACHED

AD/03.84(10)        AD-10.64- TEMP EXTREMES IN TDCJ (REV. 6)



       B.  REMOVE ALL CONSTRICTING ITEMS OF CLOTHING AND FOOTGEAR FROM INJURED AREAS;

       C.  REMOVE WET CLOTHING AND INSULATE THE OFFENDER WITH DRY CLOTHING AND BLANKETS, ENSURING THE INJURED AREA IS COVERED;

       D.  DO NOT RUPTURE BLISTERS;

       E.  ENCOURAGE CONSUMPTION OF WARM, SWEETENED LIQUIDS;

       F.  IF A LOWER EXTREMITY IS AFFECTED, TREAT AS A STRETCHER PATIENT BY SLIGHTLY ELEVATING THE AFFECTED LOWER EXTREMITY;

       G.  IF EVACUATION FROM COLD REQUIRES TRAVEL ON FOOT, DO NOT THAW THE AFFECTED AREA UNTIL THE OFFENDER REACHES MEDICAL HELP; AND

       H.  TRANSPORT THE OFFENDER TO MEDICAL CARE AS SOON AS POSSIBLE.

  C.  IN EXTREME HEAT CONDITIONS, STAFF SHALL:

       1.  IMMEDIATELY BEGIN AN ATTEMPT TO DECREASE THE OFFENDER'S TEMPERATURE BY PLACING THE OFFENDER IN A COOL AREA;



       2.  ONLY FORCE ORAL FLUID INTAKE IF THE OFFENDER IS CONSCIOUS AND ABLE TO SAFELY SWALLOW;

       3.  REMOVE HEAVY CLOTHING OR EXCESS LAYERS OF CLOTHING, SATURATE REMAINING LIGHTWEIGHT CLOTHING WITH WATER, POSITION THE OFFENDER IN THE SHADE WITH AIR MOVEMENT PAST THE OFFENDER. FAN THE OFFENDER IF NECESSARY TO CREATE AIR MOVEMENT;

       4.  IF ICE IS AVAILABLE, PLACE ICE PACKS IN ARMPIT AND GROIN AREAS;

       5.  TAKE ALL OF THESE MEASURES WHILE MOVING THE OFFENDER IN THE MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN PROPER MEDICAL TREATMENT; AND

       6.  ADVISE, WHENEVER MEDICAL STAFF ARE ON-SITE, TO CONTINUE TREATMENT AS DIRECTED BY THE PHYSICIAN OR MEDICAL STAFF.

D.  TRAINING

  A.  EACH WARDEN SHALL ENSURE TRAINING IN THE PREVENTION OF TEMPERATURE EXTREME INJURY IS PROVIDED BY UNIT MEDICAL STAFF TO ALL SUPERVISORY PERSONNEL BY THE DEPUTY. COLD TRAINING SHALL BE COMPLETED IN SEPTEMBER, AND HEAT TRAINING SHALL BE COMPLETED IN MAY OF EACH YEAR.



       1.  SUPERVISORS   SHALL

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

AD-10.64 "ANNUAL TEMP EXTREMES IN TDCJ" (REV. 6)



B. A COPY OF ALL TRAINING ROSTERS SHALL BE PROVIDED TO THE UNIT RISK MANAGER AND HUMAN RESOURCES REPRESENTATIVE (STAFF TRAINING). THE UNIT RISK MANAGER SHALL FORWARD A COPY OF THE TRAINING ROSTER TO THE RESPECTIVE REGIONAL RISK MANAGER. THE REGIONAL RISK MANAGER SHALL FORWARD THE TOTAL NUMBER OF EMPLOYEES AND OFFENDERS TRAINED TO THE RISK MANAGEMENT CENTRAL OFFICE.

C. A STANDARDIZED TRAINING PROGRAM SHALL BE DEVELOPED BY THE TDCJ DEPARTMENT OF PREVENTIVE MEDICINE IN CONJUNCTION WITH THE UNIVERSITY OF TEXAS MEDICAL BRANCH (UTMB) DEPARTMENT OF EDUCATION AND PROFESSIONAL DEVELOPMENT.

1. THE INITIAL EXTREME TEMPERATURE CONDITIONS TRAINING IS PROVIDED IN THE PRE-SERVICE TRAINING SESSIONS, AND ADDITIONAL TRAINING SHALL BE PROVIDED IN ANNUAL IN-SERVICE TRAINING SESSIONS.

2. THE TRAINING IS GIVEN IN A GROUP SETTING.

3. ALL UNITS ARE RESPONSIBLE FOR CONDUCTING AN ANNUAL STANDARDIZED TRAINING PROGRAM UTILIZING UNIT-BASED MEDICAL STAFF.

4. REQUESTS FOR SELECTED UNIT TRAINING SHALL BE SUBMITTED TO THE DIRECTOR FOR PREVENTIVE MEDICINE.



BRAD LIVINGSTON
EXECUTIVE DIRECTOR

END AD-10.64 (REV. 6)
CONTACT THE ADMINISTRATIVE REVIEW AND RISK MANAGEMENT DIVISION FOR ATTACHMENTS A, B, AND C.


Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## RECOGNITION OF HEAT ILLNESS

### HEAT EXHAUSTION
- Weakness, anxiety, fatigue, dizziness, headache, nausea
- Profuse sweating, rapid pulse, rapid breathing
- Possible confusion or loss of coordination
- May lead to heat stroke if not treated

### HEAT COLLAPSE
- Sudden collapse, brief duration
- Skin cold and clammy
- May lead to heat stroke if not treated

### HEAT STROKE
- Headache
- Gooseflesh, chills
- Unsteady gait
- Incoherent speech progressing to coma
- Rapid pulse
- Skin hot and dry

## TREATMENT AND PREVENTION

### TREATMENT OF HEAT ILLNESS (ALL TYPES)
- Move person out of direct sunlight into air-conditioned environment if possible
- Remove clothing, maintaining modesty
- Have them drink water if conscious
- Sprinkle water on them; fan them if there is no breeze
- Get medical attention ASAP

### HIGHER RISK FOR HEAT ILLNESS
- Newly assigned to job
- On psychiatric medications
- Over age 60
- High temperature and humidity conditions
- No breeze

### PREVENTION OF HEAT ILLNESS
- Drink at least ½ cup of water ever 15 minutes when working in hot environments
- Take a 5 minute break every 30-60 minutes
- Decrease intensity of work under extreme conditions

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# Texas Department of Criminal Justice
## *INSTITUTIONAL DIVISION*

## Inter-Office Communications

To: ____Whom it May Concern____     Date: 9.16.2011

From: ____Human Resources Office____     Subject: ____Receipt of Information____

I, __REvoyda Dodd__, received the following information from the Human Resources Office, and acknowledge that a copy will be placed in my unit Disciplinary File and Employee Master Human Resources File:

1. Notification of Employee Hearing
2. Guidelines for Employee Hearings
3. Pers 325 Employee Pre Hearing Investigation Report
4. IOC from Lieutenant Minton ( 2 pages )
5. IOC from Officer Dodd
6. IOC from Officer Edwards
7. IOC from Sergeant Seda ( 3 pages )
8. TDCJ Employee Training Acknowledgement Form 05/19/11 ( 3 pages )
9. Admin Directive Temperature Extremes (7 pages)
10. Recognition of Heat Illness

    I understand that receipt of the attached documents is standard operational procedure and that my signature below, confirms receipt of this packet. I will retain this original IOC and return a copy to Human Resources, Gurney Facility.

Signature __Revoyda Dodd__     Date __9.16.11__

Witness _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED