UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

**APPENDIX TO PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Ex. Title | |
|---|---|---|
| 1. | Summary of Undisputed TDCJ Heat Stroke Deaths (1998-2012) | 3 |
| 2. | Autopsy of Archie White | 5 |
| 3. | Autopsy of Anselmo Lopez | 12 |
| 4. | Autopsy of James Moore | 22 |
| 5. | Autopsy of Charles Finke | 32 |
| 6. | Autopsy of John Cardwell | 43 |
| 7. | Autopsy of Ricky Robertson | 51 |
| 8. | Autopsy of James Shriver | 65 |
| 9. | Autopsy of Dionicio Robles | 78 |

| 10. | Autopsy of Douglas Hudson | 91 |
|-----|---------------------------|-----|
| 11. | Autopsy of Larry McCollum | 105 |
| 12. | Autopsy of Larry McCollum (legible) | 113 |
| 13. | Autopsy of Thomas Meyers | 120 |
| 14. | Autopsy of Robert Webb | 131 |
| 15. | Autopsy of Charles Cook | 144 |
| 16. | Autopsy of Michael Martone | 155 |
| 17. | Autopsy of Alexander Togonidze | 167 |
| 18. | Autopsy of Kenneth James | 180 |
| 19. | Autopsy of Kelly Marcus | 194 |
| 20. | Autopsy of Daniel Alvarado | 207 |
| 21. | Autopsy of Rodney Adams | 220 |
| 22. | Autopsy of Albert Hinojosa | 229 |
| 23. | Morbidity and Mortality Worksheet for William Roberts | 243 |
| 24. | Email from Dr. R. Williams to Dr. C. Adams re: "details of possible heat-related issue" (Aug. 9, 2011) | 247 |
| 25. | Email from Davis to Dr. Linthicum re: "Possible Heat-Related Deaths 2011-Report" (June 14, 2013) | 252 |
| 26. | Email from Cacciatore to Archie re: "Close call" (July 11, 2011) | 253 |
| 27. | Autopsy of Curtis Jackson | 255 |
| 28. | Autopsy of Jeffrey Jones | 257 |
| 29. | Autopsy of Emma Johnson | 273 |
| 30. | Autopsy of James Boggus | 283 |
| 31. | Class Certification Hearing Transcript in Bailey v. Livingston (June 2, 2016) | 293 |

| 32. | Preliminary Injunction Hearing Transcript in Bailey v. Livingston (May 26, 2016) | 309 |
|---|---|---|
| 33. | Pretrial Hearing Transcript, March 3, 2016 | 322 |
| 34. | Livingston and TDCJ's Answer in Cole v. Livingston, Doc. 265 | 329 |
| 35. | Livingston and TDCJ's Motion for Summary Judgment in Cole v. Livingston, Doc. 326 | 336 |
| 36. | Livingston and TDCJ's 2nd Amd. Answer in Cole v. Livingston, Doc. 432 | 448 |
| 37. | Declaration of Stephanie Kingrey | 533 |
| 38. | Declaration of Santos Rogriguez | 641 |
| 39. | Declaration of Ronald Chase | 644 |
| 40. | Declaration of David Deaton | 649 |
| 41. | Declaration of Edward Crocket | 654 |
| 42. | Declaration of David Gleason | 658 |
| 43. | Declaration of Leonard Russell | 662 |
| 44. | Mediation Agreement in McCollum v. Livingston | 668 |
| 45. | C.V. of James Balsamo, Ph.D. | 673 |
| 46. | Expert Report of James Balsamo, Ph.D. | 675 |
| 47. | C.V. of Ron Brown, P.E. | 695 |
| 48. | Expert Report of Ron Brown, P.E. | 711 |
| 49. | C.V. of Lt. Roger Clark (ret.) | 714 |
| 50. | Expert Report of Lt. Roger Clark (ret.) | 720 |
| 51. | Exhibits to Report of Lt. Clark | 727 |
| 52. | C.V. of Dr. Susanne Vassallo, M.D. | 743 |
| 53. | Expert Report of Dr. Susanne Vassallo, M.D. | 762 |

| 54. | McLennan Co. Uniform Health Status Update – L. McCollum | 776 |
|---|---|---|
| 55. | TDCJ Psychological Screening Form – L. McCollum | 788 |
| 56. | UTMB Clinic Notes – L. McCollum (July 17, 2011) | 790 |
| 57. | Nursing Triage Form – L. McCollum (July 22, 2011) | 795 |
| 58. | Health Services Archive Records – L. McCollum | 797 |
| 59. | Hutchins Fire Department Records – L. McCollum | 800 |
| 60. | Parkland Hospital Records – L. McCollum | 1151 |
| 61. | UTMB Intake Triage Form – L. McCollum (July 15, 2011) | 1158 |
| 62. | UTMB Medical Records – L. McCollum (2011) | 1214 |
| 63. | UTMB Medication Administration Record – L. McCollum (2011) | 1217 |
| 64. | Hutchins Unit Temperature Logs (July 15, 2011 through July 22, 2011) | 1248 |
| 65. | Livingston Response to 1st Set of Requests for Production and Interrogatories (Dec. 21, 2012) | 1250 |
| 66. | Pringle Responses to 1st Set of Requests for Production and Interrogatories (Dec. 21, 2012) | 1259 |
| 67. | TDCJ Responses to 5th Set of Requests for Production and Admissions (July 17, 2013) | 1266 |
| 68. | Livingston's Responses to Webb's Second Requests for Admission (May 5, 2014) | 1273 |
| 69. | Correctional Institution Division Directors Meeting  Agenda (Aug. 2010) | 1279 |
| 70. | Correctional Institution Division Directors Meeting Agenda (July 2011) | 1311 |
| 71. | Correctional Institution Division Directors Meeting  Agenda (April 2012) | 1324 |
| 72. | Correctional Institution Division Directors Meeting Minutes (Apr. 2012) | 1336 |

| 73. | 2011 Report of Patients with Chronic Illnesses (Ex. 4A to G. Adams Depo.) | 1356 |
|---|---|---|
| 74. | Carrizales, Steve Grievance with Response (May 2012) | 1368 |
| 75. | Reed, Thomas Grievance with Response (Sept. 2012) | 1375 |
| 76. | Hutchins Air Handler Work Order (Aug. 2012) | 1378 |
| 77. | TDCJ Byrd Unit Profile | 1381 |
| 78. | TDCJ Health Summary for Classification – L. McCollum (2004) | 1383 |
| 79. | TDCJ Unit Directory | 1386 |
| 80. | Memo from Livingston to Garcia – Policy Review for "Temperature Extremes in the Workplace" (Dec. 1999) | 1388 |
| 81. | Hutchins Unit Heat Training Roster (2011) | 1393 |
| 82. | Training Rosters for Sanders, Tate, and Richard Clark (2011) | 1395 |
| 83. | TDCJ Survey of Units with Air Conditioning | 1398 |
| 84. | Photograph of L. McCollum | 1403 |
| 85. | Photograph of L. McCollum | 1406 |
| 86. | Photograph of L. McCollum | 1411 |
| 87. | Photograph of L. McCollum | 1413 |
| 88. | TDCJ "Inclement Weather" Policy (v. 2011) | 1415 |
| 89. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 1986) | 1419 |
| 90. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 1993) | 1425 |
| 91. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 1998) | 1435 |
| 92. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 1999) | 1447 |
| 93. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 2003) | 1458 |
| 94. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 2006) | 1469 |
| 95. | TDCJ "Temperature Extremes in the Workplace" Policy (v. 2008) | 1480 |

| 96. | CMHCC "Heat Stress" Policy (v. 2007) | 1492 |
|---|---|---|
| 97. | Heat Precautions Email (2004) | 1501 |
| 98. | Heat Precautions Email (2006) | 1505 |
| 99. | Heat Precautions Email (2007) | 1509 |
| 100. | Heat Precautions Email (2008) | 1513 |
| 101. | Heat Precautions Email (2009) | 1517 |
| 102. | Heat Precautions Email (2010) | 1520 |
| 103. | Heat Precautions Email (2011) | 1523 |
| 104. | Heat Precautions Email (2014) | 1527 |
| 105. | CMHCC "Medical and Mental Health Classification" Policy (v. 2007) | 1532 |
| 106. | TDCJ "Health Summary for Classification" Policy (v. 2007) | 1539 |
| 107. | TDCJ Hutchins Unit "Extreme Heat Precautions" (2012) | 1543 |
| 108. | TDCJ Risk Management "Monthly Executive Summary (2014) | 1546 |
| 109. | TDCJ Risk Management – Department Injury Report Requirements (2014) | 1549 |
| 110. | TDCJ Inmate Property Policy (2005) | 1553 |
| 111. | TDCJ Infirmary Hours of Operation Schedule | 1581 |
| 112. | TDCJ Risk Management Training Circular "Chill Out" (2010) | 1583 |
| 113. | TDCJ Heat Illness Awareness Card | 1590 |
| 114. | UTMB Safety Training – Heat Emergencies (Mary 2010) | 1661 |
| 115. | UTMB Heat Related Illness Training | 1699 |
| 116. | TDCJ AD 10.64 Non-Concurrences from Policy Review (2006) | 1701 |
| 117. | National Weather Service Heat Index | 1703 |
| 118. | NWS Heat Index Equation | 1706 |

| 119. | NWS Dallas/Ft. Worth Annual Consecutive 100° F Days | 1708 |
|---|---|---|
| 120. | NWS Heat Index Calculation for July 15, 2011 | 1716 |
| 121. | Centers for Disease Control – FAQ: Extreme Heat | 1732 |
| 122. | CDC, Morbidity and Mortality Weekly – Wheeler, Heat Illness and Deaths, New York City 2000-2011 | 1736 |
| 123. | NWS – Heat: A Major Killer | 1743 |
| 124. | CDC, Morbidity and Mortality Weekly – Fowler, Heat Related Deaths After an Extreme Event | 1748 |
| 125. | CDC, Morbidity and Mortality Weekly – Luber, Heat Related Deaths – U.S. 1999-2003 | 1752 |
| 126. | CDC, Morbidity and Mortality Weekly – Choudry, Heat Stress Illness Hospitalizations (2001-2010) | 1775 |
| 127. | U.S. Census Bureau – Texas Quick Facts | 1779 |
| 128. | U.S. Census Bureau and Department of Housing and Urban Development, New Residential Home Construction in July 2016 | 1786 |
| 129. | HUD – American Housing Survey 2011 | 1973 |
| 130. | HUD – Housing Quality Standards | 2024 |
| 131. | Environmental Protection Agency, Excessive Heat Guidebook | 2085 |
| 132. | US Energy Information Administration – Residential Energy Consumption Survey | 2089 |
| 133. | Department of Defense – Review of Compliance with President's Executive Order on Detainee Conditions of Confinement (Guantanamo Bay) | 2171 |
| 134. | National Institute of Health – Body Mass Index Table | 2173 |
| 135. | Arizona Department of Corrections – Physical Plant Standards | 2305 |
| 136. | New Mexico Department of Corrections – Physical Plant Requirements | 2313 |
| 137. | Tennessee Corrections Institute – Correctional Facilities | 2353 |

| | Inspection | |
|------|------------------------------------------------------------------------------------|------|
| 138. | Oklahoma Department of Corrections – Standards for Inspection | 2368 |
| 139. | Texas Register 897 (Mar. 14, 1978) | 2375 |
| 140. | Google Maps – Hutchins Unit to Crane Unit Map | 2377 |
| 141. | Northwester Oklahoma State University – Heat Stress in the Work Environment | 2381 |
| 142. | American Corrections Association – Excerpts from Standards for Adult Institutions | 2384 |
| 143. | American Corrections Association – Accreditation Report of Hutchins Unit (2010) | 2538 |
| 144. | American Corrections Association – Temperature Standard | 2540 |
| 145. | American Corrections Association – Hypertension Numbers at Hutchins Unit | 2545 |
| 146. | ASHRAE 44-2004 – Thermal Conditions for Human Occupancy | 2576 |
| 147. | ASHRAE 55-2004 Graph Excerpt | 2578 |
| 148. | ASHRAE 55-1992 Thermal Environmental Conditions for Human Occupancy | 2581 |
| 149. | Email from J. Clark re: "Texas Prisons are Super Hot" (July 2014) | 2583 |
| 150. | Leon, "Heat Stroke," Comprehensive Physiology | 2621 |
| 151. | Wenger, "Human Adaptation to Hot Environments" | 2658 |
| 152. | Greenberg, "The Epidemiology of Heat-Related Deaths in Texas" | 2663 |
| 153. | Rothfusz, "The Heat Index Equation" | 2666 |
| 154. | Affidavit of Scott Gray | 2668 |
| 155. | *Borum v. Swisher Co.*, Doc. 158 (Order Denying Motion for New Trial) | 2691 |
| 156. | Hog Care Modular Buildings | 2694 |

| 157. | Koh, "Climate Controlled Swine Buildings Dismay Inmates' Advocates," Texas Tribune | 2698 |
|---|---|---|
| 158. | Houston Chronicle, "Failure to Communicate" | 2702 |
| 159. | New York Times, "Heat Exhaustion in a Texas Prison" | 2705 |
| 160. | Marshall News Messenger, "Neither Prisoners Nor Pigs Should Get Air Conditioning" | 2709 |
| 161. | Ft. Worth Star-Telegram, "TDCJ Takes a Small Step to Address the Heat Problems in State Prisons" | 2712 |
| 162. | Coleman, "Neal and Clements Units Among Those Without Air Conditioning," KFDA News (2016) | 2717 |
| 163. | Austin American-Statesman, "There's a Difference Bewtween Tough and Brutal" | 2722 |
| 164. | Ward, "Guards to Join Convict Litigation Over Hot State Prisons" | 2727 |
| 165. | Richard Clark Statement | 2729 |
| 166. | McCollum Emergency Action Center Report | 2735 |
| 167. | Email from S. Sanders re: "Off-site Medical Transport (McCollum)" | 2737 |
| 168. | Sanders Statement | 2738 |
| 169. | Tate Statement | 2741 |
| 170. | Office of the Inspector General – Larry McCollum Death Investigation | 2961 |
| 171. | Memo from Pringle to Eason re McCollum's Death | 2965 |
| 172. | Pringle "Time Lines" | 2968 |
| 173. | Email from Gilford to Eubank, "Administrative Review: McCollum" | 2971 |
| 174. | Babbili, Death Summary (L. McCollum) | 2974 |
| 175. | Eason, Regional Director Comments (L. McCollum) | 2976 |

| 176. | Morbidity and Mortality Review – McCollum | 2980 |
|---|---|---|
| 177. | TDCJ Risk Management Reporting – Hutching Heat Injuries | 3008 |
| 178. | TDCJ Risk Management Executive Summary (Aug. 2011) | 3016 |
| 179. | TDCJ Possible Heat Related Illnesses (June 1 to Aug. 10, 2011) | 3022 |
| 180. | B. Caddell EAC Report | 3061 |
| 181. | Email from Davis to Eason "Employee Heat Related Illness" (2013) | 3065 |
| 182. | Email from Scott to Todd re: "Crain Unit Officer Heat Related Illness" | 3067 |
| 183. | Email from Scott re: "Heat related incident" (2014) | 3069 |
| 184. | C. Finke EAC Report | 3100 |
| 185. | Cardwell EAC Report | 3103 |
| 186. | Cardwell EAC Notice | 3105 |
| 187. | Supplement to Cardwell EAC Report | 3111 |
| 188. | Robertson EAC Report | 3114 |
| 189. | Hudson EAC Report | 3126 |
| 190. | Meyers EAC Report | 3235 |
| 191. | Swanson EAC Report | 3238 |
| 192. | Webb EAC Report | 3287 |
| 193. | Cook EAC Report | 3341 |
| 194. | Martone EAC Report | 3395 |
| 195. | Togondize EAC Report | 3455 |
| 196. | Marcus EAC Report | 3497 |
| 197. | James EAC Report | 3705 |
| 198. | Alvarado EAC Report | 3753 |

| 199. | Adams EAC Report | 3942 |
| 200. | Hinojosa EAC Report | 4012 |
| 201. | Moore, White, Lopez Affidavit re EAC Reports | 4014 |
| 202. | Finke OIG Report | 4053 |
| 203. | Cardwell OIG Report | 4568 |
| 204. | Robertson OIG Report | 4944 |
| 205. | Hudson OIG Report | 5172 |
| 206. | OIG Photographs – L. McCollum | 5175 |
| 207. | Webb OIG Report | 5277 |
| 208. | Martone OIG Report | 5410 |
| 209. | James OIG Report | 5735 |
| 210. | Adams OIG Report | 5922 |
| 211. | Memo from Polunsky to W. Scott re: "Heat" (1998) | 5926 |
| 212. | Memo from W. Scott to G. Johnson re "Heat" (1998) | 6023 |
| 213. | Memo from McNutt to Livingston re: "Policy Review: Temperature Extremes in the Workplace" (1999) | 6025 |
| 214. | Memo from Linthicum to Rhoten re: "R. Robertson" | 6028 |
| 215. | Email from Baldwin to Livingston re: "Temperature Extremes in the Workplace" (2006) | 6030 |
| 216. | Memo from Baldwin to Livingston re: "Final Signature on Temperature Extremes in the Workplace" (2006) | 6032 |
| 217. | Email from Baldwin to Livingston re: "Temperature Extremes in the Workplace" (2008) | 6034 |
| 218. | Memo from Linthicum to Livingston, "Heat Related Deaths 2007 to Present" (2009) | 6037 |
| 219. | Email from Linthicum "AC Alternate Location" | 6039 |

| 220. | Memo from Storie to Mj. May "Temperatures on the Dorms" (Aug. 6, 2010) | 6043 |
|------|----------------------------------------------------------------------|------|
| 221. | Memo from Storie to Mj. May "Temperature on the Dorms" (Aug. 9, 2010) | 6046 |
| 222. | Memo from Storie to Mj. May "Temperature on the Dorms" (Aug. 10, 2010) | 6051 |
| 223. | Memo from Storie to Mj. May "Temperature on the Dorms" (Aug. 13, 2010) | 6055 |
| 224. | Email from Executive Director re: Summer Incidents (June 15, 2011) | 6058 |
| 225. | Memo from Storie to Pringle re Dormitory Temperatures (July 13, 2011) | 6060 |
| 226. | Memo from Storie to Mj. May re Hutchins Unit Temperatures (July 22, 2011) | 6062 |
| 227. | Email from Stokes re: "McCollum – Security Could Not Get Him Down Safely" | 6064 |
| 228. | Memo from Storie to Pringle re Dormitory Temperatures (July 29, 2011) | 6067 |
| 229. | Injury Executive Summary Aug. 2011 | 6076 |
| 230. | Memo from Storie to Pringle re Dormitory Temperatures (Aug. 4, 2011) | 6078 |
| 231. | Memo from Pringle re: Inmates with Temperature Restrictions (Aug. 4, 2011) | 6081 |
| 232. | Email from Storie to Pringle re Hutchins Temperatures (Aug. 5, 2011) | 6083 |
| 233. | Email from C. Adams re Serious Heat Injuries (Aug. 5, 2011) | 6091 |
| 234. | Email from Brumley to Crippen re Energy Conservation (Aug. 5, 2011) | 6095 |
| 235. | Email from Moss to Directors re Energy Conservation (Aug. 5, 2011) | 6099 |

| 236. | Email re Heat Illnesses 2010 and 2011 | 6101 |
|---|---|---|
| 237. | Email from R. Williams to Crippen re Heat Deaths and Illnesses (Aug. 5, 2011) | 6108 |
| 238. | Email from Stephens to Thaler re: "Another one" (Re: Togonidze Heat Stroke Death) (Aug. 8, 2011) | 6111 |
| 239. | Email from Pringle to Storie re Hutchins Unit Temperatures (Aug. 10, 2011) | 6113 |
| 240. | Email from R. Williams re: Officers Monitoring Temperatures (Aug. 10, 2011) | 6116 |
| 241. | Email from C. Adams re: Heat Injuries (Aug. 11, 2011) | 6120 |
| 242. | Letter from Rep. S. Turner to Livingston re: Heat Concerns (Aug. 12, 2011) | 6122 |
| 243. | Letter from Livingston to Rep. S. Turner re Heat Concerns (Aug. 16, 2011) | 6125 |
| 244. | Email from Storie to Pringle re Hutchins Temperatures (Aug. 17, 2011) | 6127 |
| 245. | Email from G. Adams re: Air Conditioning Housing Restrictions (Sept. 2011) | 6131 |
| 246. | Email from Buskirk (Means) to Linthicum re: "Update on Possible Heat Related Deaths" (Oct. 20, 2011) | 6133 |
| 247. | Email from R. Williams re: McCollum's Death (Dec. 2011) | 6135 |
| 248. | Email from R. Williams re: 2011 Heat Deaths (with attachments) | 6136 |
| 249. | Email from Noble re: "Acting Out Offenders" due to Heat (June 2012) | 6138 |
| 250. | Pringle Report to EAC re: McCollum | 6140 |
| 251. | Executive Summary of Injuries (Aug. 2012) | 6144 |
| 252. | Email to Linthicum et al. re "Heat Related Illness" (Apr. 15, 2013) | 6151 |

| 253. | Email from J. Clark to Baldwin re: "NY Times" (June 2012) | 6153 |
|---|---|---|
| 254. | Email from Morris to C. Adams re: "Air Conditioner in Infirmary at McConnell" | 6156 |
| 255. | Email from Hall re: "Units with Air Conditioning" (Aug. 2013) | 6161 |
| 256. | Email to Stephens re: ACA Standards on Air Conditioning (Sept. 2013) (with attachments) | 6170 |
| 257. | Email from J. Clark re: "Press Release" on Heat (Sept. 2013) | 6196 |
| 258. | Email from R. Williams to Linthicum re: Seizure Response (2013) | 6200 |
| 259. | Email to UTMB personnel re: Seizure Response (2013) | 6203 |
| 260. | Email to UTMB personnel re: Seizure Response Policy Change (2014) | 6205 |
| 261. | Email from C. Adams to Thompson (with attachments including heat precaution posters) | 6205 |
| 262. | Email from Linthicum to Stephens with list of hyperthermia deaths (June 2014) | 6209 |
| 263. | Email from Linthicum to Farguson re: "AC Work in Progress" | 6210 |
| 264. | Email from Crippen to Clyde re: "Riverside AC Units" | 6212 |
| 265. | Email from McWhorter to Buskirk (Means) "Heat Database" (2009) | 6215 |
| 266. | Email from Holloway re Nursing Standing Orders on Heat (2014) | 6220 |
| 267. | Email from Eubank to Osteen re: Heat Subcommittee Meeting (2014) | 6224 |
| 268. | Email from R. Williams re: Placing Inmates in Air Conditioning (2015) | 6228 |
| 269. | Email from Eason re: Respite Areas (2015) | 6229 |
| 270. | Deposition Excerpts of Dr. Charles Adams (UTMB) | 6242 |
| 271. | Deposition Excerpts of Dr. Glenda Adams (expert witness) | 6255 |

| 272. | Deposition Excerpts of Dr. Glenda Adams (as UTMB Rule 30(b)(6) witness) | 6257 |
|---|---|---|
| 273. | Deposition Excerpts of Ananda Babbili, P.A. | 6258 |
| 274. | Deposition Excerpts of Richard Clark | 6260 |
| 275. | Deposition Excerpts of Lt. Roger Clark (ret.) | 6262 |
| 276. | Deposition Excerpts of Bryan Collier | 6264 |
| 277. | Deposition Excerpts of George Crippen, R.N. | 6266 |
| 278. | Deposition Excerpts of Robert Eason (as TDCJ Rule 30(b)(6) witness) | 6274 |
| 279. | Deposition Excerpts of Gary Eubank, R.N. | 6278 |
| 280. | Deposition Excerpts of Stephanie Kingrey | 6280 |
| 281. | Deposition Excerpts of Dr. Lannette Linthicum, M.D. | 6289 |
| 282. | Deposition Excerpts of Brad Livingston (day 1) | 6292 |
| 283. | Deposition Excerpts of Brad Livingston (day 2) | 6304 |
| 284. | Deposition Excerpts of Mj. Matthew McLarin (as TDCJ Rule 30(b)(6) witness) | 6306 |
| 285. | Deposition Excerpts of Sandra McCollum | 6310 |
| 286. | Deposition Excerpts of Stephen McCollum | 6325 |
| 287. | Deposition Excerpts of Dr. Owen Murray, D.O. | 6405 |
| 288. | Deposition Excerpts of Jeffrey Pringle (Aug. 12, 2013) | 6419 |
| 289. | Deposition Excerpts of Jeffrey Pringle (Feb. 15, 2013) | 6445 |
| 290. | Deposition Excerpts of Dr. Dean Rieger, M.D. | 6452 |
| 291. | Deposition Excerpts of Jerri Denee Robison | 6462 |
| 292. | Deposition Excerpts of Sandrea Sanders | 6473 |
| 293. | Deposition Excerpts of William Stephens | 6598 |

| 294. | Deposition Excerpts of Roy Storie | 6620 |
| 295. | Deposition Excerpts of Karen Tate | 6625 |
| 296. | Deposition Excerpts of Richard Thaler | 6638 |
| 297. | Deposition Excerpts of Frank Traknyak, P.E. | 6668 |
| 298. | Deposition Excerpts of Dr. Susanne Vassallo, M.D. | 6708 |
| 299. | Deposition Excerpts of Tommy Vian (as TDCJ Rule 30(b)(6) witness) | 6719 |
| 300. | Deposition Excerpts of Dr. Robert Williams, M.D. | 6725 |
| 301. | Autopsy of William Roberts | 6733 |
| 302. | Autopsy of Adam Swanson | 6742 |
| 303. | Morbidity and Mortality Reviews of Heat Related Deaths (SEALED) | 6768 |
| 304. | Photographs of "Porta Cooler" in Garza West Unit (SEALED) | 6806 |
| 305. | Photograph of Hutchins Unit – Heat Precaution Posters (SEALED) | 6815 |
| 306. | Photograph of Hutchins Unit – "Recognition of Heat Illness" Poster (SEALED) | 6825 |
| 307. | Photograph of Hutchins Unit – "Stay Hydrated" Poster (SEALED) | 6859 |
| 308. | Photograph of Hutchins Unit – Water Jug (SEALED) | 6882 |
| 309. | Photograph of Hutchins Unit – Water Jug Holder (SEALED) | 6904 |
| 310. | Photograph of Hutchins Unit – McCollum's Dormitory, Sealed Windows (SEALED) | 6935 |
| 311. | Photograph of Hutchins Unit – McCollum's Bunk (SEALED) | 6972 |
| 312. | Photograph of Hutchins Unit – McCollum's Bunk (2nd photo) (SEALED) | 6996 |
| 313. | Photograph of Hutchins Unit – McCollum's Bunk (3rd photo) | 7019 |

| | (SEALED) | |
|------|------------------------------------------------------------------------------------------|------|
| 314. | Photograph of Hutchins Unit – Dayroom Restroom (from McCollum's bunk) (SEALED) | 7040 |
| 315. | Photograph of Hutchins Unit – Fans Nearest McCollum's bunk (SEALED) | 7056 |
| 316. | Photograph of Hutchins Unit – Dayroom in McCollum's Dormitory (SEALED) | 7073 |
| 317. | Photograph of Hutchins Unit – Sealed Window (SEALED) | 7085 |
| 318. | Photograph of Hutchins Unit – Industrial Floor Fan in McCollum's Dormitory (SEALED) | 7151 |
| 319. | Photograph of Hutchins Unit – View of McCollum's Bunk from Control Picket (SEALED) | 7152 |
| 320. | Shriver EAC Report (SEALED) | 7154 |
| 321. | Robles EAC Report (SEALED) | 7157 |
| 322. | Email from McWhorter to Linthicum re Inmate with Heat Illness (Aug. 2010) | 7159 |
| 323. | Aug. 2011 Email re Heat Illnesses at Huntsville Unit | 7161 |
| 324. | Email from Hammond to McWhorter re "Heat related illnesses" (Aug. 23, 2011) | 7163 |
| 325. | Email from Crippen to Eubank re: "Possible Heat Related Issues" (Aug. 15, 2011) (SEALED) | 7165 |
| 326. | Heat Illness List 2012 (SEALED) | 7167 |
| 327. | Heat Illness List 2013 (SEALED) | 7169 |
| 328. | Email with Incident Summaries at Hodge Unit (Aug. 2013) (SEALED) | 7171 |
| 329. | Email with Incident Summaries at McConnell Unit (May 2013) (SEALED) | 7173 |
| 330. | ERROR! | --- |

| 331. | Summary of Inmates with Hypertension, Obesity, and Diabetes (Exhibit 4A to G. Adams Deposition) | 7177 |
|------|--------------------------------------------------------------------------------------------------|------|
| 332. | Swine Barn Ventilation Guide | 7179 |
| 333. | TDCJ Swine Program Management Guide | 7181 |