UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 210

**BUSINESS RECORDS AFFIDAVIT**

STATE OF TEXAS

COUNTY OF Walker

RE:  Stephen McCollum, et al v. TDCJ


BEFORE ME, the undersigned authority, personally appeared Nathan Ward, who, being duly sworn by me, deposed as follows:

"My name is Nathan Ward.  I am over 18 years of age, of sound mind, capable of making this affidavit, and have personal knowledge of the facts herein stated:

"I am employed as a Regional Manager with the Office of the Inspector General (OIG) – Texas Department of Criminal Justice.  I am the custodian of the attached records of the OIG.  These records are kept by the OIG in the regular course of business, and it was the regular course of business of the OIG for an employee or representative of the OIG, with knowledge of the act, event, condition, or opinion, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The attached record is an exact duplicate of the record on file with the Office of the Inspector General in Criminal Case File No. 2012.02955 concerning the death of Offender Rodney Adams, TDCJ No. 01795982, as of the date of this affidavit.


_Nathan Ward_
Nathan Ward
Regional Manager
Office of the Inspector General


SWORN TO AND SUBSCRIBED before me on this the 22nd day of April 2013.


Celia A Eastham
Notary Public · State of Texas
My Commission Expires 1-31-2016

_Celia A Eastham_
NOTARY PUBLIC in and for
The State of Texas
Printed Name:  Celia A Eastham
My commission expires: January 31, 2016

1

Texas Department of Criminal Justice
**OFFICE OF THE INSPECTOR GENERAL**

## CRIMINAL CASE INFORMATION WORKSHEET

| 2012.02955 | Gurney | Aug 4, 2012 | Aug 7, 2012 |
|---|---|---|---|
| Case Number | Unit or Location | Date of Offense | Date Case Opening |

### Victim , Complainant or Witness

| Last Name | First Name | Party Type | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| CRUTCHER | MICHAEL | Named | Employee | | | | | White | Male | |
| ADAMS | RODNEY | Victim | Offender / Parolee | 01797921 | CCP49.18 | | | White | Male | |
| GARDNER | DARRION | Witness | Offender / Parolee | 01795982 | | | | Black / African | Male | |
| GIBSON | STAYCEE | Witness | Employee | | | | | White | Female | |
| CLARK | DAMIAN | Witness | Employee | | | | | White | Male | |
| RODRIGUEZ | THELMA | Witness | Employee | | | | | White | Female | |
| Wilbanks | Cynthia | Witness | Contractor / Volunteer | | | | | | | |
| Graves | Pamela | Witness | Contractor / Volunteer | | | | | | | |

### Suspects

| Last Name | First Name | Person Type | TDCJ Number | Statutes | Rank | DOB | Race | Sex | SSN |
|---|---|---|---|---|---|---|---|---|---|

### SUMMARY OF OFFENSE

On 08-04-2012, at 5:50 pm, Offender Adams, Rodney TDCJ #1797921, a 45 year old white male was pronounced deceased at ETMC Tyler. Offender Adams was transported to ETMC from the Gurney Unit on 08-03-2012, following a possible heat stroke.

**Exact Location of Incident : ETMC, Tyler ICU Room 2262**
**Investigator Initials : MHO     Opened By : MHO**
**OIG Region : Region-A**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

 # CUSTODIAL DEATH REPORT

For reporting requirements and procedure, see Section 39.05 of the Penal Code, Article 49.18(b) (c) of The Code of Criminal Procedure and Article 501.055(b) of The Government Code

Section 39.05 Failure to Report Death of Prisoner:
    (a) A person commits an offense if the person is required to conduct an investigation and file a report by Article 49.18, Code of Criminal Procedure, and the person fails to investigate the death, fails to file the report as required, or fails to include in a filed report facts known or discovered in the investigation.
    (b) A person commits an offense if the person is required by Section 501.055, Government Code, to:
        (1) give notice of the death of an inmate and the person fails to give the notice; or
        (2) conduct an investigation and file a report and the person:
            (A) fails to conduct the investigation or file the report, or
            (B) fails to include in the report facts known to the person or discovered by the person in the investigation.
    (c) An offense under this section is a Class B misdemeanor.

Article 49.18 (a) (b) (c).  Death in Custody
    (a) If a person confined in a penal institution dies, the sheriff or other person in charge of the penal institution shall as soon as practicable inform the justice of the peace of the precinct where the penal institution is located of the death.
    (b) If a person dies while in the custody of a peace officer or as a result of a peace officer's use of force or if a person incarcerated in a jail, correctional facility, or state juvenile facility dies, the director of the law enforcement agency of which the officer is a member or of the facility in which the person was incarcerated shall investigate the death and file a written report of the cause of death with the attorney general no later than the 30th day after the date on which the person in custody or the incarcerated person died.  The director shall make a good faith effort to obtain all facts relevant to the death and include those facts in the report.  The attorney general shall make the report, with the exception of any portion of the report that the attorney general determined is privileged, available to any interested person.
    (c) Subsection (a) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice.  Subsection (b) does not apply to a death that occurs in a facility operated by or under contract with the Texas Department of Criminal Justice if the death occurs under circumstances described by Section 501.055 (b) (2), Government Code.
    (d) In this article:
        (1) "Correctional facility" means a confinement facility or halfway house operated by or under contract with any division of the Texas Department of Criminal Justice.
        (2) "In the custody of a peace officer" means:
            (A) under arrest by a peace officer, or
            (B) under the physical control or restraint of a peace officer.
        (3) "State juvenile facility" means any facility or halfway house:
            (A) operated by or under contract with the Texas Youth Commission or
            (B) described by Section 51.02 (13) or (14), Family code.

> Mail To:   Office of the Attorney General
>            Criminal Law Enforcement Division
>            P.O. Box 12548
>            Austin, Texas 78711-2548
>            (512) 463-2170

**Date of Report:**  08-07-2012

1)      **AGENCY/FACILITY INFORMATION:**

        Name of Agency/Facility:   **TDCJ – Office of the Inspector General**

        Address:           **P.O. Box 4003**

        City, Zip Code:     **Huntsville, TX  77342-4003**

        Telephone: Number:  **(936) 437-5052**
        Fax:            **(936) 437-5010**
        Signature of Director of

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5736           OIG- Adams 2

Custodial Death Report
Page 2

2) **IDENTITY OF DECEASED:**
Name of deceased: **Adams, Rodney**                    SSN **459375190**
Race/Ethnic Group:
- ☐ African-American
- ☐ Native American
- ☒ Anglo
- ☐ Asian  ☐ Hispanic
- ☐ Middle East
- ☐ Native Hawaiian/Pacific Islander
- ☐ Other (Specify)

Sex   ☒ Male   DOB: ███████
      ☐ Female   Age: **45**

3) **DATE OF CUSTODY (arrest, incarceration):**
Date:  **04-10-2012**
Time: Hour: _____ Min _____ am☐  pm☐

4) **DATE/TIME OF DEATH:**
Month: **08**          Day: **04**          Year: **2012**
Time: Hour: **5**    Min: **50**    am☐    pm☒

5) **WHERE DID THE EVENT CAUSING THE DEATH OCCUR?**
Street Address: **1385 FM 3328**
City: **Tennessee Colony**
County: **TX**

6) **HAS A MEDICAL EXAMINER OR CORONER CONDUCTED AN EVALUATION TO DETERMINE A CAUSE OF DEATH?**
- ☐ Yes, results are available
- ☒ Yes, results are pending
- ☐ No, evaluation pending
- ☐ No, evaluation not planned

7) **MANNER OF DEATH:**
1. ☐ Accidental Injury to self
2. ☐ Accidental Injury by others
3. ☐ Alcohol/Drug Intoxication
4. ☐ Justifiable Homicide
5. ☐ Other Homicide
6. ☐ Suicide
7. ☐ Natural Causes/Illness-Specify
8. ☒ Other-Specify: Pending Autpsy

8) **MEDICAL CAUSE OF DEATH:**  **Pending Autopsy**

9) **WAS THE CAUSE OF DEATH THE RESULT OF A PRE-EXISTING MEDICAL CONDITION OR DID THE DECEASED DEVELOP THE CONDITION AFTER ADMISSION?**
1. ☐ Pre-existing medical condition
2. ☒ Deceased developed condition after admission
3. ☐ N/A – cause of death was accidental injury, intoxication, suicide, or homicide.
4. ☐ Don't Know

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

10)  **HAD THE DECEASED BEEN RECEIVING TREATMENT FOR THE MEDICAL CONDITION AFTER ADMISSION TO YOUR JAIL'S JURISDICTION?**
- ☐ Not Applicable
- ☒ No
- ☐ Yes-If yes, describe below (Include only treatment and medication related to the medical condition that caused the deceased's death.  Exclude emergency care provided at time of death):

_____

_____

_____

11)  **WHAT TYPE OF CUSTODY/FACILITY WAS THE OFFENDER IN/AT PRIOR TO THE TIME OF DEATH?**
- ☐ Police Custody (pre-booking)
- ☒ Penitentiary
- ☐ Municipal Jail
- ☐ County Jail

12)  **SPECIFIC TYPE OF CUSTODY/FACILITY**
- ☐ Custody of Peace Officer during/fleeing arrest
- ☐ Custody of Peace Officer subsequent to arrest
- ☒ TDCJ-ID (Unit):  Gurney Unit
- ☐ Jail-single cell
- ☐ Jail-detox cell
- ☐ Jail-Multiple occupancy cell
- ☐ Jail-holding cell
- ☐ Jail-day room/recreation area
- ☐ Correctional/Rehabilitation Facility
- ☐ Hospital/Infirmary
- ☐ Halfway House/Restitution Center
- ☐ Non-law enforcement detox facility     Name: _____
- ☐ TYC-Facility:
- ☐ TJPC Detention Center:

13)  **WHAT WERE THE MOST SERIOUS OFFENSE(S) WITH WHICH THE DECEASED WAS (OR WOULD HAVE BEEN) CHARGED WITH AT THE TIME OF DEATH (required)**

1. DWI _____
2. _____
3. _____

- ☐ Filed
- ☒ Convicted
- ☐ Probation/Parole
- ☐ Not filed at time of death

**Type of Charges**
- ☐ Violent Crime against Persons
- ☐ Child Abuse
- ☐ Serious Crime against Property
- ☒ Alcohol/Drug Offense
- ☐ Other-specify : _____

---

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**14) DID THE DECEASED DIE FROM A MEDICAL CONDITION OR FROM INJURIES SUSTAINED AT THE CRIME/ARREST SCENE?**

- ☒ Medical condition only
- ☐ Injuries only
- ☐ Both medical condition and injuries
- ☐ Don't Know
- ☐ Not Applicable

**15) IF INJURED AT THE CRIME/ARREST SCENE, HOW WERE THESE INJURIES SUSTAINED?**

- ☐ Inflicted by law enforcement officers
- ☐ Inflicted by others at crime/arrest scene
- ☐ Self-inflicted-accidental
- ☐ Self-inflicted-suicide
- ☐ Unknown
- ☒ Not Applicable

**16) WAS THE DECEASED UNDER RESTRAINT IN THE TIME LEADING UP TO THE DEATH OR THE EVENTS CAUSING THE DEATH?**

☒ No   ☐ Yes, If yes, mark which restraint devices were used:
- ☐ Handcuffs
- ☐ Leg shackles
- ☐ Other device-Specify

**17) WHAT TYPE OF WEAPON(S) CAUSED THE DEATH? (MARK ALL THAT APPLY)**

- ☐ Handgun
- ☐ Rifle/Shotgun
- ☐ Nightstick or baton
- ☐ Stun gun or tazer
- ☐ Other-specify
- ☒ Not applicable

**18) AT ANY TIME DURING THE ARREST/INCIDENT DID THE DECEASED: MARK ALL THAT APPLY**

- ☐ Appear intoxicated (either alcohol or drugs)
- ☐ Threaten the officer(s) involved?
- ☐ Resist being handcuffed or arrested ?
- ☐ Try to escape/flee from custody?
- ☐ Grab, hit or fight with the officer(s) involved?
- ☐ Use a weapon to threaten or assault the officer(s)   Specify
- ☐ Other – specify
- ☒ Not applicable

**19) WHERE DID THE DECEASED DIE?**

- ☐ At law enforcement facility
- ☐ At the crime/arrest scene
- ☒ At medical facility
- ☐ En route to medical facility
- ☐ En route to booking center/police lookup
- ☐ Elsewhere – Specify:

**20) WHAT WAS THE TIME AND DATE OF THE DECEASED'S ENTRY INTO THE LAW ENFORCEMENT FACILITY WHERE THE DEATH OCCURRED?**

☒ N/A

Month: _____   Day: _____   Year: _____

Time:  Hour: _____   Min: _____   AM: ☐   PM: ☐

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5739                OIG- Adams 5

21)   AT THE TIME OF ENTRY INTO THE FACILITY DID THE DECEASED:  MARK ALL THAT APPLY

☐   Appear intoxicated (either alcohol or drugs)?
☐   Exhibit any mental health problems?
☐   Exhibit any medical problems?
☒   Not applicable

22)   IF DEATH WAS AN ACCIDENT OR HOMICIDE, WHO CAUSED THE DEATH?
☐   Deceased
☐   Other detainees
☐   Law enforcement/correctional staff
☐   Other persons-specify
☐   Don't know
☒   Not applicable; cause of death was suicide, intoxication or illness/natural causes

23)   IF DEATH WAS AN ACCIDENT, HOMICIDE OR SUICIDE, WHAT WAS THE MEANS OF DEATH?
☐   Firearm
☐   Blunt instrument
☐   Knife, cutting instrument
☐   Hanging, strangulation
☐   Drug overdose
☐   Other – specify
☒   Not applicable; cause of death was intoxication or illness/natural causes

24)   ATTACH A SUMMARY OF HOW THE DEATH OCCURRED:

Revised 5/06 Replaces Form of 07/03/ which is obsolete
CC-0267 (02/2008)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5740                              OIG- Adams 6



## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# OFFICE OF THE INSPECTOR GENERAL
### INCIDENT / INVESTIGATION REPORT

| | | | | | | ORI#: 236075C | CASE #: 2012.02955 |
|---|---|---|---|---|---|---|---|
| **Incident Data** | STATUTE 1: CCP 49.18 | CRIME CLASS: | DESCRIPTION: Death in Custody | | | | |
| | STATUTE 2: | CRIME CLASS: | DESCRIPTION: | | | | |
| | STATUTE 3: | CRIME CLASS: | DESCRIPTION: | | | | |

| DATE OF INCIDENT: 8/4/2012 | DAY: Saturday | TIME: 5:50 pm | DATE REPORTED: 8/4/2012 | TIME REPORTED: 5:50 pm | INVESTIGATED BY: Mark H. Owens |
|---|---|---|---|---|---|
| LOCATION OF INCIDENT: ETMC Tyler | | | COUNTY OF OFFENSE /CODE: Anderson / 001 | | TYPE OF PREMISES: Hospital |

| | PERSON REPORTING INCIDENT: NAME: (LAST, First, MI) CRUTCHER, Michael Shane | DOB: ■ | RACE: W | SEX: Male | SOCIAL SECURITY #: ■ | DL OF TDCJ #: |
|---|---|---|---|---|---|---|
| **Reportee** | HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-2217 | | SECONDARY TELEPHONE #: |
| | BUSINESS ADDRESS: Gurney Unit, 1395 FM 3328; Tennessee Colony, Tex. 75861 | | EMPLOYER: TDCJ-ID | | | |
| | OCCUPATION: Lieutenant of Correctional Officers | | ADDITIONAL INFORMATION: | | | |

| | VICTIM #1: NAME: (LAST, First, MI) ADAMS, Rodney | DOB: ■ | RACE: W | SEX: Male | SOCIAL SECURITY #: ■ | DL OF TDCJ #: 179...'9... |
|---|---|---|---|---|---|---|
| **Victim** | HOME ADDRESS: Gurney Unit, 1395 FM 3328; Tennessee Colony, Tex. 75861 | | | PRIMARY TELEPHONE #: | | SECONDARY TELEP... |
| | BUSINESS ADDRESS: | | EMPLOYER: | | | |
| | OCCUPATION: Deceased | | ADDITIONAL INFORMATION: | | | |

| | WITNESS #1: NAME: (LAST, First, MI) CRUTCHER, Michael Shane | DOB: ■ | RACE: W | SEX: Male | SOCIAL SECURITY #: ■ | DL OF TDCJ #: |
|---|---|---|---|---|---|---|
| **Witness** | HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-2217 | | SECONDARY TELEPHONE #: |
| | BUSINESS ADDRESS: Gurney Unit, 1395 FM 3328; Tennessee Colony, Tex. 75861 | | EMPLOYER: TDCJ-ID | | | |
| | OCCUPATION: Lieutenant of Correctional Officers | | ADDITIONAL INFORMATION: | | | |

ADDENDUM ATTACHED NO

**SUMMARY:**
On 08-03-2012, at approximately 6:05 pm, Offender Adams, Rodney TDCJ #1797921, was found in the B-Building, Dorm 1, Bunk 09, of the Gurney Unit having a seizure. Offender Adams was transferred to Palestine Regional Medical Center via ambulance for a possible heat stroke. Upon arrival to PRMC Offender Adams was stabilized and placed on a ventilator, Offender Adams body core temperature was recorded at 109.9. Offender

| *M. Owens* | | *155* | *11-19-12* |
|---|---|---|---|
| Investigator's Signature | | ID# | DATE |
| *signature* | | *326* | *12-7-12* |
| Approving Supervisor's Signature | | ID# | DATE |

| CC-0240 Draft (05/2011) | Copy of OIG case to Litigation Support on 04.19.2013 by ce. UNAUTHORIZED COPYING OR VIEWING PROHIBITED | Page *1* of *12* |
|---|---|---|

Plaintiffs' MSJ Appx. 5741          OIG- Adams 7

CASE #: 2012.02955

Adams was then transferred to East Texas Medical Center via life flight for further medical treatment.

On 08-04-2012, Offender Adams medical condition continued to decline and at 5:50 pm, Offender Adams, Rodney TDCJ #1797921, was pronounced deceased at East Texas Medical Center Tyler by Dr. David Jones.

| M. Owens | | 155 | 10-19-12 |
| --- | --- | --- | --- |
| Investigator's Signature | | ID# | DATE |

| Approving Supervisor's Signature | | ID# | DATE |
| --- | --- | --- | --- |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.

CC-0240 Draft(05/2011)                    UNAUTHORIZED COPYING OR VIEWING PROHIBITED                 Page 2 of 12

INCIDENT/INVESTIGATION REPORT _____ _____ CASE #: 2012.02955

## ADDITIONAL: VICTIMS, WITNESSES OR NAMED PARTIES

| Witness #2 | DOB: | RACE: B | SEX: Male | SOCIAL SECURITY #: | DL OR T: |
|---|---|---|---|---|---|
| GARDNER, Darrion | | | | | 179598 |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: | SECONDARY TELEPHONE | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| BUSINESS ADDRESS: | | EMPLOYER: | | | |
| OCCUPATION: | | | | | |
| Offender | | | | | |

| Witness #3 | DOB: | RACE: W | SEX: Female | SOCIAL SECURITY #: | DL OR T: |
|---|---|---|---|---|---|
| GIBSON, Staycee | | | | | |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-3118 | SECONDARY TELEPHONE | |
| BUSINESS ADDRESS: | | EMPLOYER: TDCJ-ID | | | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| OCCUPATION: | | | | | |
| Correctional Officer III | | | | | |

| Witness #4 | DOB: | RACE: W | SEX: Male | SOCIAL SECURITY #: | DL OR T: |
|---|---|---|---|---|---|
| CLARK, Damian | | | | | |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-3118 | SECONDARY TELEPHON: | |
| BUSINESS ADDRESS: | | EMPLOYER: TDCJ-ID | | | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| OCCUPATION: | | | | | |
| Correctional Officer V | | | | | |

| Witness #5 | DOB: | RACE: W | SEX: Female | SOCIAL SECURITY #: | DL OR T: |
|---|---|---|---|---|---|
| RODRIGUEZ, Thelma | | | | | |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-3118 | SECONDARY TELEPHON: | |
| BUSINESS ADDRESS: | | EMPLOYER: TDCJ-ID | | | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| OCCUPATION: | | | | | |
| Correctional Officer V | | | | | |

| Witness #6 | DOB: | RACE W | SEX: Female | SOCIAL SECURITY #: | DL OR: |
|---|---|---|---|---|---|
| WILBANKS, Cynthia | | | | | |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-3118 | SECONDARY TELEPHON: | |
| BUSINESS ADDRESS: | | EMPLOYER: UTMB | | | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| OCCUPATION: | | | | | |
| LVN | | | | | |

| Witness #7 | DOB: | RACE: W | SEX: Female | SOCIAL SECURITY #: | DL OR: |
|---|---|---|---|---|---|
| GRAVES, Pamela | | | | | |
| HOME ADDRESS: | | | PRIMARY TELEPHONE #: 903-928-3118 | SECONDARY TELEPHON: | |
| BUSINESS ADDRESS: | | EMPLOYER UTMB | | | |
| Gurney Unit, 1395 FM 3328, Tennessee Colony, Tex. 75861 | | | | | |
| OCCUPATION: | | | | | |
| LVN | | | | | |

_M. Owens_  
Investigator's Signature          ID# _155_          DATE _11-19-12_

Approving Supervisor's Signature          ID#          DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Litigation Support on 04.19.2013 by ce  
UNAUTHORIZED COPYING OR VIEWING PROHIBITED          Page _3_ of _12_

INCIDENT/INVESTIGATION REPORT _____   _____   CASE #: 2012.02955

## SUSPECTS

| SUSPECT #1: (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | | |
| OCCUPATION: | | | | BUSINESS ADDRESS: | | | | | | SECONDARY TELEPHONE #: |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | DRIVERS LICENSE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| TDCJ #: | | SID#: | | FBI#: | | BIRTH PLACE: | | ADDITIONAL INFORMATION: | | |

| SUSPECT #2: (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPATION: | | | | BUSINESS ADDRESS: | | | | | | SECONDARY TELEPHONE #: |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | DRIVERS LICENSE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| TDCJ #: | | SID#: | | FBI#: | | BIRTH PLACE: | | ADDITIONAL INFORMATION: | | |

| SUSPECT #3: (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPATION: | | | | BUSINESS ADDRESS: | | | | | | SECONDARY TELEPHONE #: |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | DRIVERS LICENSE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| TDCJ #: | | SID#: | | FBI#: | | BIRTH PLACE: | | ADDITIONAL INFORMATION: | | |

| SUSPECT #4: (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPATION: | | | | BUSINESS ADDRESS: | | | | | | SECONDARY TELEPHONE #: |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | DRIVERS LICENSE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| TDCJ #: | | SID#: | | FBI#: | | BIRTH PLACE: | | ADDITIONAL INFORMATION: | | |

| SUSPECT #5: (LAST, First, MI) | | | | HOME ADDRESS: | | | | | | PRIMARY TELEPHONE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPATION: | | | | BUSINESS ADDRESS: | | | | | | SECONDARY TELEPHONE #: |

| RACE: | SEX: | DOB: | HEIGHT: | WEIGHT: | BUILD: | HAIR: | EYES: | COMPLEXION: | SOC SEC #: | DRIVERS LICENSE #: |
|---|---|---|---|---|---|---|---|---|---|---|
| TDCJ #: | | SID#: | | FBI#: | | BIRTH PLACE: | | ADDITIONAL INFORMATION: | | |

M. Owens                                    155                11-19-12
Investigator's Signature                     ID#                DATE

Approving Supervisor's Signature             ID#                DATE

CC-0240 Draft(05/2011)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 4 of 12

INCIDENT/INVESTIGATION REPORT                                                                                      CASE #: 2012.02955

## INTRODUCTION:

My name is Mark Owens, I am a commissioned Peace Officer by the Texas Department of Criminal Justice, Office of the Inspector General and currently assigned as a Criminal Investigator, Region A.

## REPORTEE'S STATEMENT:

Lt. Michael Crutcher reported in Emergency Action Center Report I-11026-08-12 that on 08-03-2012, at approximately 6:05 pm, CO III Stayee Gibson was assigned to B1 Building Control. An unidentified offender notified Officer Gibson via the dorm intercom that the offender housed in B1-09 bunk required medical assistance. Officer Gibson alerted CO V Damian Clark the B1 Building rover to proceed to Dorm 1, because an offender needed a wellness check.

Upon arrival, Officer Clark observed an offender on bunk 9 appearing to be having a seizure. Officer Gibson then initiated the Incident Command System, which included a request for a supervisor, medical staff and a gurney.

The offender was identified as Adams, Rodney TDCJ #1797921 a 6' 2", 185 lb, 45 year old, white male. Medical staff arrived and Offender Adams was placed on a gurney and escorted to the unit infirmary.

## CRIME SCENE DESCRIPTION:

This incident initiated at the Texas Department of Criminal Justice, Gurney Unit, located at 1395 FM 3328, Tennessee Colony, Anderson County, Tex. 75861, and concluded in East Texas Medical Center, Tyler ICU Room 2262.

## INVESTIGATOR'S NARRATIVE:

On 08-03-2012, at approximately 6:05 pm, CO III Stayee Gibson was assigned to B1 Building Control. An unidentified offender notified Officer Gibson via the dorm intercom that the offender housed in B-09 bunk required medical assistance. Officer Gibson alerted CO V Damian Clark the B1 Building rover to proceed to Dorm 1, that an offender needed a wellness check.

Upon arrival, Officer Clark observed an offender on bunk 9 appearing to be having a seizure. Officer Gibson then initiated the Incident Command System, which included a request for a supervisor, medical staff and a gurney.

The offender was identified as Adams, Rodney TDCJ #1797921 a 6' 2", 185 lb, 45 year old, white male. Medical staff arrived and Offender Adams was placed on a gurney, and escorted to the unit infirmary.

Offender Gardner provided a written statement that on 08-03-2012, when he came back from the chow hall he went over to his bunk (#54), saw Offender Adams lying on his bunk, and Adams appeared to be all right.

| Investigator's Signature | ID# | DATE |
|---|---|---|
| _M. Owens_ | 155 | 11-19-12 |

| Approving Supervisor's Signature | ID# | DATE |
|---|---|---|

CC-0240 Draft(05/2011)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 5 of 12

INCIDENT/INVESTIGATION REPORT                                                                    CASE #: 2012.02955

Offender Gardner stated approximately 20 minutes later he observed Offender Adams shaking. Offender Gardner stated he knew something was wrong with the offender, went to the intercom, and notified the security officer for help. Offender Gardner stated the officer notified staff and they came to assist Offender Adams.

Officer Gibson Staycee CO III provided a written statement that on 08-03-2012, at approximately 5:05 pm, she was assigned to the B1 Building Picket. Officer Gibson stated an offender in Dorm-1 via the intercom notified her that an offender in Dorm-1 was having a seizure.

Officer Gibson stated the offender was identified as Offender Adams, Rodney TDCJ #1797921 housed in B-Building, Dorm-1, Bunk 9. Officer Gibson further stated she immediately notified Officer Clark, Damian CO V, the officer assigned as the B-1 Building rover, and a supervisor.

Officer Gibson stated Officer Clark entered the dorm and after observing Offender Adams, requested additional staff, and medical staff. Officer Gibson stated medical staff placed Offender Adams on a gurney and escorted the offender to the infirmary.

Officer Clark, Damian CO V provided a written statement that on 08-03-2012, at approximately 6:05 pm, he was assigned as the B-1 Building rover. Officer Clark stated he was notified by Officer Gibson that an offender in B-1, Dorm 1 was having a seizure.

Officer Clark stated he entered the Dorm and was directed to Bunk 9. Officer Clark stated an offender identified as Offender Adams, Rodney TDCJ #1797921 was lying on his bunk, twitching with labored breathing. Officer Clark stated Offender Adams skin was hot to the touch.

Officer Clark stated he requested a supervisor, additional staff and medical to respond to B-1, Dorm 1 for an offender having a seizure. Officer Clark stated he remained with Offender Adams until medical arrived and escorted the offender to the unit medical department.

Lt. Crutcher, Michael Shane provided a written statement that on 08-03-2012, at approximately 6:05 pm, a request for additional staff and medical was received to respond to B-1, Dorm 1. Lt. Crutcher stated at approximately 6:08 pm, additional staff arrived and at approximately 6:11 pm, LVN Graves, Pamela, arrived on B-1 Building with a gurney and determined that Offender Adams would need to be transported to Palestine Regional Medical Center.

Lt. Crutcher stated an ambulance was dispatched from PRMC and Offender Adams was escorted to the unit infirmary. Lt. Crutcher stated once in the unit medical department, LVN Wilbanks, Cynthia, examined Offender Adams and noted an internal temperature of 109.9 degrees. LVN Wilbanks also placed ice packs on Offender Adams in an attempt to lower the offender's temperature.

Lt. Crutcher stated the ambulance arrived on the Gurney Unit at approximately 6:25 pm, and at approximately 6:45 pm, the ambulance departed for PRMC.

| | | |
|---|---|---|
| _M. Owens_ | _155_ | _11-19-12_ |
| Investigator's Signature | ID# | DATE |
| | | |
| Approving Supervisor's Signature | ID# | DATE |
| CC-0240 Draft(05/2011) | | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 6 of 12

Plaintiffs' MSJ Appx. 5746                                   OIG- Adams 12

INCIDENT/INVESTIGATION REPORT _____   CASE #: 20120955

LVN Wilbanks, Cynthia provided a written statement that on 08-03-2012, at approximately 6:00 pm, medical received a request for a wheel chair in B-1, Dorm 1 for an offender having a seizure. LVN Wilbanks stated a couple of minutes later a security officer came in the medical department stated a stretcher was needed instead of a wheel chair and took one to B-1 Building.

LVN Wilbanks stated at approximately 6:22 pm, Lt. Crutcher notified her that, LVN Graves was requesting an ambulance be dispatched from PRMC to the unit. LVN Wilbanks stated 911 was called and an ambulance was dispatched to the Gurney Unit.

LVN Wilbanks stated at approximately 6:25 pm, LVN Graves arrived at the medical department with Offender Adams on a stretcher lying on his left side and unresponsive. LVN Wilbanks stated Offender Adams was dressed in underpants and shirt upon his arrival in medical. LVN Wilbanks stated, LVN Graves cut the shirt off Offender Adams and began to pour pitchers of water over him in an attempt to lower his body temperature.

LVN Wilbanks further stated she took the offender's rectal temperature, which registered 109.9. At approximately 6:26 pm, LVN Wilbanks stated she called 911 and reported the offenders condition and was advised the ambulance was enroute to the unit. LVN Wilbanks stated she placed ice packs on Offender Adams body while LVN Graves continued to pour water over the offender's body.

LVN Wilbanks stated she noted Offender Adams' left eye was badly bruised and after questioning security staff was shown the offenders ID card that revealed the injury was sustained before arriving into TDCJ-ID. At approximately 6:35 pm, EMS arrived at the Gurney Unit Infirmary at which time Offender Adams medical care was relinquished to PRMC EMS.

LVN Graves, Pamela provided a written statement that on 08-03-2012, at approximately 6:10 pm, medical was informed of an offender possibly having a seizure in B-1 Building, Dorm 1.

LVN Graves stated upon arrival she observed Offender Adams lying in his bunk, nonverbal, labored breathing. LVN Graves stated she called the offender by name and the offender looked up at her. LVN Graves further stated the offender's skin was hot to the touch and the offender was not sweating.

LVN Graves stated she advised security to notify LVN Wilbanks in medical, to call 911 for transfer to the local ER due to the offender's medical condition. LVN Graves stated Offender Adams had a black/purple bruised left eye orbital region, no blood coming from ears or nasal orifices.

LVN Graves further stated upon arrival to the medical department Offender Adams shirt was removed and the offender was kept lying on his right side due to the offender vomiting a greenish-thick clear liquid. Offender had a glaucoma scale of 3.

LVN Graves stated ice packs were placed on the offender's pulse points, water was poured over his body and a fan was placed blowing directly on him. LVN Graves stated the offender's core temperature registered 109.9 degrees. LVN Graves stated at approximately 6:35 pm, EMS arrived at the unit and Offender Adams' medical care was relinquished to PRMC EMS.

| | | |
|---|---|---|
| M. Owens | 155 | 11-19-12 |
| Investigator's Signature | ID# | DATE |

Copy of OIG case to Litigation Support on 04.19.2013 by cc
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

| | | |
|---|---|---|
| Approving Supervisor's Signature | ID# | DATE |

CC-0240 Draft(05/2011)                                                                Page 7 of 12

INCIDENT/INVESTIGATION REPORT _____   CASE #: 2012.02955

Upon arriving at Palestine Regional Medical Center, a follow up medical assessment was conducted and Offender Adams was placed on life support with a preliminary diagnosis of heat stroke. PRMC staff ordered Offender Adams transferred to East Texas Medical Center, Tyler via life flight.

At approximately 10:00 pm, life flight arrived at ETMC and Offender Adams was assigned to intensive care unit (ICU) room #2262. Offender Adams remained on life support. Extensive medical procedures, such as blood and plasma replacement therapies were initiated, however Offender Adams' condition continued to deteriorate.

Officer Rodriguez, Thelma CO V, provided a written statement that on 08-04-2012, at approximately 6:52 am, she and Officer McClaine, Billy CO V, arrived at East Texas Medical Center to relieve the 2nd shift officers. Officer Rodriguez stated at approximately 4:58 pm, at the consent of Offender Adams family the hospital staff unplugged all IV drops and at approximately 5:50pm, the ventilator was turned off. Officer Rodriguez stated at 5:50 pm, Offender Adams was pronounced dead by ETMC Doctor David Jones

On 08-04-2012, at approximately 5:40 pm, Doctor David Jones, M.D. pronounced Offender Adams deceased. Dr. Jones listed cause of death, pending the results of the autopsy.

At approximately 6:13 pm, OIG Inv. Mark Owens was notified of Offender Adams death. Inv. Buddy Fletcher responded to ETMC and conducted the preliminary investigation to include photographing the body.

At approximately 6:23 pm, Justice of the Peace Mitch Shamburger, in consultation with Dr. David Jones, concurred with the death pronouncement. Justice of the Peace Shamburger ordered an autopsy to determine the cause of death of Offender Adams.

On 08-05-2012, at approximately 12:15 am, Cole, Kevin, the representative of Carnes Funeral Home arrived at ETMC and took possession of Offender Adams body.

The next of kin, Ms. Ashley Adams (daughter) was contacted twice. On 08-03-2012, at approximately 9:55 pm, was to inform her of Offender Adams condition and to authorize a visit between Offender Adams and his family. On 08-04-2012, at approximately 6:30 pm, was to inform the family of Offender Adams death. Ms. Adams did not protest the autopsy and stated the family would claim the body.

At the time of Offender Adams illness TDCJ temperature records reveal the outside temperature was 102 degrees with humidity at 38 percent for a heat index of 110 degrees. The dorm temperature was listed as 91.6 degrees.

TDCJ temperature records further reported an outside low temperature at 6:30 am, of 76.7 degrees, 83 percent humidity for a heat index of 78 degrees. The records further reflect a high outside temperature at 5:30 pm, of 103 degrees, 35 percent humidity for a heat index of 113 degrees.

| | | |
|---|---|---|
| _M.J. Owens_ | _155_ | _11-19-12_ |
| Investigator's Signature | ID# | DATE |

| | | |
|---|---|---|
| Approving Supervisor's Signature | ID# | DATE |
| CC-0240 Draft(05/2011) | | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page _8_ of _12_

INCIDENT/INVESTIGATION REPORT _____   _____   CASE #: 2012.02955

TDCJ dorm temperature records reported a low temperature at 2:46 am, of 80 degrees. The records further reflect a high dorm temperature at 3:23 pm, of 103 degrees.

On 08-07-2012, contact was made with Sergeant Lance Larson of the Wise County Sheriffs Office in reference to the bruise on the left side of Offender Adams face. Sgt. Larson provided OIG Inv. Mark Owens an email stating on 07-29-2012, at approximately 11:55 pm, trustee Rodney Adams passed out in his dorm and hit his head around the eye area.

Sgt. Larson further stated Offender Adams blood sugar was taken and it was 71. Sgt. Larson stated he ask the inmate if he ate dinner and Adams stated no, that he was trying to lose weight. Sgt. Larson further stated Offender Adams was given an orange and informed he needed to eat some of his food at meal time and that he needed to see medical. Wise County medical staff cleaned and bandaged Offender Adams eye.

A review of Offender Adams prescribed medications revealed Offender Adams was receiving Cogentin 1mg twice daily, Cymbalta 60 mg twice daily, Vistaril 50 mg twice daily.

On 10-31-2012, OIG Inv. Mark Owens received the Final Autopsy Report #AU-12-00167 for Offender Adams. It is the opinion of the medical examiner that the cause of death was hyperthermia resulting in fulminant DIC and hypotensive shock. The manner of death is natural.

**VICTIM(S):**

Adams, Rodney TDCJ #1797921, Deceased:

This investigation involves Offender Adams, Rodney TDCJ #1797921, who was a 45-year-old white male, serving a 4-year sentence out of Wise County for Driving While Intoxicated on 04-10-2012. TDCJ received Offender Adams on 08-02-2012.

**SUSPECT(S):**

None:

**WITNESSES:**

Gardner, Darrion TDCJ #1795982, Gurney Unit:      Offender Gardner provided a written statement that on 08-03-2012, when he came back from the chow hall he went over to his bunk (#54), saw Offender Adams lying on his bunk, and Adams appeared to be all right.

Offender Gardner stated that approximately 20 minutes later he observed Offender Adams shaking. Offender Gardner stated he knew something was wrong with the offender, went to the intercom, and notified the security officer for help. Offender Gardner stated the officer notified staff and they came to assist Offender Adams.

| | | |
|---|---|---|
| _M. Owens_ | _155_ | _11-19-12_ |
| Investigator's Signature | ID# | DATE |
| Approving Supervisor's Signature | ID# | DATE |

Copy of OIG case to Litigation Support on 04.19.2013 by ce
CC-0240 Draft(05/2011)                UNAUTHORIZED COPYING OR VIEWING PROHIBITED              Page  _9_ of _12_

INCIDENT/INVESTIGATION REPORT _____   CASE #: 2012.02955

Gibson, Staycee CO III, Gurney Unit:     Officer Gibson provided a written statement that on 08-03-2012, at approximately 6:05 pm, she was assigned to the B1 Building Picket. Officer Gibson stated an offender in Dorm-1, via the intercom, notified her that an offender in Dorm-1 was having a seizure.

Officer Gibson stated the offender was identified as Offender Adams, Rodney TDCJ #1797921 housed in B-Building, Dorm-1, Bunk 9. Officer Gibson further stated she immediately notified Officer Clark, Damian CO V, the officer assigned as the B-1 Building rover and a supervisor.

Officer Gibson stated Officer Clark entered the dorm and after observing Offender Adams, requested additional staff, and medical staff. Officer Gibson stated medical staff placed Offender Adams on a gurney and escorted the offender to the infirmary.

Clark, Damian CO V, Gurney Unit:     Officer Clark provided a written statement that on 08-03-2012, at approximately 6:05 pm, he was assigned as the B-1 Building rover. Officer Clark stated he was notified by Officer Gibson that an offender in B-1, Dorm 1 was having a seizure.

Officer Clark stated he entered the Dorm and was directed to Bunk 9. Officer Clark stated an offender identified as Offender Adams, Rodney TDCJ #1797921 was lying on his bunk, twitching with labored breathing. Officer Clark stated Offender Adams skin was hot to the touch.

Officer Clark stated he requested a supervisor, additional staff and medical to respond to B-1, Dorm 1 for an offender having a seizure. Officer Clark stated he remained with Offender Adams until medical arrived and escorted the offender to the unit medical department.

Crutcher, Michael Shane Lt., Gurney Unit:     Lt. Crutcher provided a written statement that on 08-03-2012, at approximately 6:05 pm, a request for additional staff and medical was received to respond to B-1 Dorm 1. Lt. Crutcher stated at approximately 6:08 pm, additional staff arrived and at approximately 6:11 pm, LVN Graves, Pamela arrived on B-1 Building with a gurney and determined that Offender Adams would need to be transported to Palestine Regional Medical Center.

Lt. Crutcher stated an ambulance was dispatched from PRMC and Offender Adams was escorted to the unit infirmary. Lt. Crutcher stated once in the unit medical department, LVN Wilbanks, Cynthia examined Offender Adams and noted an internal temperature of 109.9 degrees. LVN Wilbanks also placed ice packs on Offender Adams in an attempt to lower the offender's temperature.

Lt. Crutcher stated the ambulance arrived on the Gurney Unit at approximately 6:25 pm and at approximately 6:45 pm, the ambulance departed for PRMC.

Wilbanks, Cynthia LVN, Gurney Unit:     LVN Wilbanks provided a written statement that on 08-03-2012, at approximately 6:00 pm, medical received a request for a wheel chair in B-1, Dorm 1 for an offender having a seizure. LVN Wilbanks stated a couple of minutes later a security officer came in the medical department stated a stretcher was needed instead of a wheel chair and took one to B-1 Building.

_____   _____   _____
Investigator's Signature                    ID#        DATE
                                            155       11-19-12

_____   _____   _____
Approving Supervisor's Signature             ID#        DATE

CC-0240 Draft(05/2011)
Copy of OIG case to Litigation Support on 04.19.2013 by ce
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Page 10 of 12

INCIDENT/INVESTIGATION REPORT _____   CASE #: 2012.02955

LVN Wilbanks stated at approximately 6:22 pm, Lt. Crutcher notified her that, LVN Graves was requesting an ambulance be dispatched from PRMC to the unit. LVN Wilbanks stated 911 was called and an ambulance was dispatched to the Gurney Unit.

LVN Wilbanks stated at approximately 6:25 pm, LVN Graves arrived at the medical department with Offender Adams on a stretcher lying on his left side and unresponsive. LVN Wilbanks stated Offender Adams was dressed in underpants and shirt upon his arrival in medical. LVN Wilbanks stated, LVN Graves cut the shirt off Offender Adams and began to pour pitchers of water over him in an attempt to lower his body temperature.

LVN Wilbanks further stated she took the offenders rectal temperature, which registered 109.9. At approximately 6:26 pm, LVN Wilbanks stated she call 911 and reported the offenders condition and was advised the ambulance was enroute to the unit. LVN Wilbanks stated she placed ice packs on Offender Adams body while LVN Graves continued to pour water over the offender's body.

LVN Wilbanks stated she noted Offender Adams left eye was badly bruised and after questioning security staff was shown the offenders ID card that revealed the injury was sustained before arriving into TDCJ-ID. At approximately 6:35 pm, EMS arrived at the Gurney Unit Infirmary at which time Offender Adams medical care was relinquished to PRMC EMS.

Graves, Pamela LVN, Gurney Unit:     LVN Graves provided a written statement that on 08-03-2012, at approximately 6:10 pm, medical was informed of an offender possibly having a seizure in B-1 Building, Dorm 1.

LVN Graves stated upon arrival she observed Offender Adams lying in his bunk, nonverbal, labored breathing. LVN Graves stated she called the offender by name and the offender looked up at her. LVN Graves further stated the offender's skin was hot to the touch and the offender was not sweating.

LVN Graves stated she advised security to notify LVN Wilbanks in medical, to call 911 for transfer to the local ER due to the offender's medical condition. LVN Graves stated Offender Adams had a black/purple bruised left eye orbital region, no blood coming from ears or nasal orifices.

LVN Graves further stated upon arrival to the medical department Offender Adams shirt was removed and the offender was kept lying on his right side due to the offender vomiting a greenish-thick clear liquid. Offender had a glaucoma scale of 3.

LVN Graves stated ice packs were placed on the offender's pulse points, water was poured over his body and a fan was placed blowing directly on him. LVN Graves stated the offender's core temperature registered 109.9 degrees. LVN Graves stated at approximately 6:35 pm, EMS arrived at the unit and Offender Adams medical care was relinquished to PRMC EMS.

Rodriguez, Thelma CO V, Gurney Unit:     Officer Rodriguez provided a written statement that on 08-04-2012, at approximately 6:52 am, she and Officer McClaine, Billy CO V, arrived at East Texas Medical Center to relieve the second shift officers. Officer Rodriguez stated at approximately 4:58 pm, the hospital

| | | |
|---|---|---|
| _M. Owens_ | _155_ | _11-19-12_ |
| Investigator's Signature | ID# | DATE |

| | | |
|---|---|---|
| Approving Supervisor's Signature | ID# | DATE |
| CC-0240 Draft(05/2011) | Copy of OIG case to Litigation Support on 04.19.2013 by ce.<br>UNAUTHORIZED COPYING OR VIEWING PROHIBITED | _Page 11 of 12_ |

Plaintiffs' MSJ Appx. 5751          OIG- Adams 17

INCIDENT/INVESTIGATION REPORT _____          CASE #: 2012.02955

staff unplugged all IV drops and at approximately 5:50pm, the ventilator was turned off. Officer Rodriguez stated at 5:50 pm, Offender Adams was pronounced dead by ETMC, Doctor David Jones.

**EVIDENCE:**

Beto Evidence Inventory #12-069 is described a one (1) Compact Disc containing digital photographs of the body of Offender Adams, Rodney TDCJ #1797921. On 11-02-2012, Evidence Custodian Brenda Gray secured Evidence Inventory #12-069 into Beto Evidence.

**DISPOSITION:**

Based on the fact this investigation did not disclose any evidence that Offender Adams death was caused by anything other than natural causes, this case is **Administratively Closed.**

**ATTACHMENTS:**

1.  Emergency Action Center Report #I-11026-08-12
2.  Administrative Incident Review #I-11026-08-12
3.  TDCJ Serious Incident Report
4.  Written Statement, Gardner, Darrion TDCJ #1795982, Gurney Unit
5.  Written Statement, Gibson, Staycee CO III
6.  Written Statement, Clark, Damian CO V
7.  Written Statement, Crutcher, Michael Shane Lt.
8.  Written Statement, Rodriguez, Thelma CO V
9.  Written Statement, Wilbanks, Cynthia LVN
10. Written Statement, Graves, Pamela LVN
11. Wise County Correspondence of Offender Injury
12. TDCJ Temperature Log for 08-03-2012
13. TDCJ Dorm Temperature Log for 08-03-2012
14. TDCJ Injury Report
15. Investigators Report of Custodial Death
16. Justice of the Peace Pct #4, Smith County Autopsy Order
17. TDCJ Autopsy Order
18. TDCJ Transport Authorization for Offender Remains
19. Offender Travel Card
20. Offender Property Inventory
21. Chaplain's Offender Death Notification / Family Contact
22. Evidence Chain of Possession, Inventory #12-069
23. Evidence Release / Receipt Form, Inventory 12-069
24. Digital Photographs of Offender, Inventory #12-069
25. Certificate of Death, File #142-12-107374
26. Provisional Autopsy Report #AU-12-00167
27. Final Autopsy Report #AU-12-00167
28. Offender Medical Records

| | | |
|---|---|---|
| _M. Owens_ | _155_ | _11-19-12_ |
| Investigator's Signature | ID# | DATE |

| | | |
|---|---|---|
| Approving Supervisor's Signature | ID# | DATE |
| CC-0240 Draft(05/2011) | | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page _12 of 12_



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## SUPPLEMENT CRIMINAL CASE REPORT

| OFFENSE | CASE #: |
|---|---|
| Custodial Death | 2012.02955 |
| LOCATION: | DATE OF OFFENSE: |
| East Texas Medical Center Tyler | 8-4-2012 |
| VICTIM: | DATE OF SUPPLEMENT REPORT: |
| Adams, Rodney TDCJ #01797921 | 11-29-2012 |

On 08-04-2012, at approximately 6:13 pm, OIG Inv. Buddy Fletcher was notified by OIG Inv. Mark Owens of Offender Adams, Rodney TDCJ #01797921 death at East Texas Medical Center Tyler.

Inv. Fletch responded to ETMC, ICU Room 2262 and found Offender Adams supine on a medical bed. Inv. Fletcher completed the Investigators Report of Custodial Death and photographed the body of Offender Adams and conducted interviews with security staff.

Smith Co. Pct. 5 Justice of the Peace Thomas Shamburger was notified conducted the inquest and ordered an autopsy at approximately 6:07 pm.

INVESTIGATING OFFICER(S)

(1) _____

ID# _____   DATE _____

IS FURTHER INVESTIGATION
ACTION REQUIRED

(2) _____

ID# _____   DATE _____

_____ YES _____

APPROVING SUPERVISOR _____   ID# _____   DATE _____

CC-0255 (07/2005)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
:*******************************************************************
:EQUESTOR: CM00016 - CRUTCHER, MICHAEL     GURNEY UNIT          ***
:*******************************************************************
                    S Y S M   O U T B A S K E T   P R I N T       ***

  AGE ID: 019928      DATE: 08/04/12  TIME: 12:46am  PRIORITY: 000

  ECT:  I-11026-08-12


 USE ONLY:  DATE REPORTED:...................TIME REPORTED:.............

 GENCY ACTION CENTER INCIDENT NO:  I - 11026 - 08 - 12
 R USE FOR FORCE NUMBER (IF APPLICABLE):  M - N/A  -
  OF INCIDENT: OFFENDER HEAT RELATED ILLNESS
 :: ND   REGION II  DATE OCCURRED: 08 / 03 / 2012  TIME OCCURRED: 1805
 IFIC LOCATION: B-BUILDING DORM-1 BUNK-09
 TIAL INCIDENT COMMANDER:  (IF APPLICABLE)
 /NAME: N/A
 AL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
 K/NAME: N/A
 EL OF RESPONSE:  (INDICATE ALL THAT APPLY)
  A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
 UEST FOR RESPONSE TEAM)
 G IDENTIFICATION: N/A
  OFFICE OF INSPECTOR GENERAL NOTIFIED:   YES  X NO
 : INCIDENT RACIALLY MOTIVATED:    YES  X NO




                       OFFENDER INFORMATION
 FENDER NAME (LAST, FIRST M)      TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
 DAMS, RODNEY                     1797921     G2    W     M    45   N    V




 RE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
 /: X EMS    VAN    LIFE FLIGHT
 AME OF HOSPITAL: PALESTINE REGIONAL HOSPITAL
 REATMENT: LIFE SUPPORT

                       EMPLOYEE INFORMATION
 AME (LAST, FIRST M)        SSN     RACE   SEX    AGE      RANK
 N/A                        N/A      N      N     NA  N/A


 HEN REPORTING AN ALLEGED SEXUAL ASSAULT
 S A RAPE KIT COMPLETED   YES X NO   DECLINED
                         REQUESTED/PROVIDED   YES X NO   DECLINED
```

Copy of OIG case to Litigation Support on 04-19-2012 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

```
<*******************************************************************
   REQUESTOR: CM000016 - CRUTCHER, MICHAEL     GURNEY UNIT              ***
   *******************************************************************
                    S Y S M   O U T B A S K E T   P R I N T             ***

   SAGE ID: 019676     DATE: 08/03/12  TIME: 07:57pm  PRIORITY: 000

   JECT:    HEAT RELATED ILLNESS


   08-03-12 AT APPROXIMATELY 1805 HOURS ON B-BUILDING DORM-1, OFFICER
   SON, STAYCEE COIV, THE OFFICER ASSIGNED AS THE B-1 BUILDING PICKET
   ICER, WAS ALERTED BY AN OFFENDER IN DORM 1 THAT AN OFFENDER IN DORM
   WAS HAVING A SEIZURE. OFFICER GIBSON ALERTED OFFICER CLARK, DAMIAN
   , THE OFFICER ASSIGNED AS THE B1-BUILDING ROVER, THAT AN OFFENDER IN
   M 1 NEEDED A WELLNESS CHECK. OFFICER CLARK ENTERED DORM 1
   EDIATELY. OFFICER CLARK OBSERVED AN OFFENDER ON BUNK 09 APPEARING TO
   E A SEIZURE. OFFICER GIBSON CALLED VIA RADIO FOR A SUPERVISOR,
   ICAL STAFF, AND ADDITIONAL SECURITY STAFF. AT 1808 HOURS LT. SHANE
   TCHER AND SGT. MICHAEL BLACK RESPONDED TO B1 BUILDING. AT 1811 HOURS
   ICAL STAFF, LVN P, GRAVES RESPONDED TO B1 BUILDING WITH A GURNEY.
   GRAVES MADE THE DETERMINATION THAT OFFENDER ADAMS WOULD NEED TO BE
   NSPORTED TO PALESTINE REGIONAL HOSPITAL VIA AMBULANCE. THE 911 CALL
   MADE AT THAT TIME. OFFENDER ADAMS, RODNEY #1797921 HOUSED IN B1-09
   ESCORTED TO THE UNIT MEDICAL DEPARTMENT VIA GURNEY.

   E OFFENDER ADAMS WAS IN THE UNIT MEDICAL DEPARTMENT HE WAS EXAMINED
   LVN WILBANKS. LVN WILBANKS STATED THAT OFFENDER ADAMS HAD AN
   ERNAL TEMPERATURE OF 109.9.

   E AMBULANCE ARRIVED ON THE JOE F. GURNEY UNIT AT 1825 HOURS AND
   FENDER WAS TRANSPORTED TO PALESTINE REGIONAL HOSPITAL AT 1845 HOURS.

   E TEMPERATURES ON THE BUILDING WAS 91.6 INSIDE DORM 1, AND 86.0 AT
   E FRONT DOOR OF B1 BUILDING. THE OUTSIDE TEMPERATURE WAS 102 DEGREES
   TH A 38 PERCENT HUMIDITY.

   1920 HOURS A CALL WAS RECEIVED FROM THE OFFICERS MAINTAINING
   CURITY AT THE HOSPITAL STATING THAT OFFENDER ADAMS HAD BEEN PLACED ON
   FE SUPPORT.

   RTHER UPDATES WILL FOLLOW AS MORE INFORMATION IS RECEIVED.


   . SHANE CRUTCHER
   E F. GURNEY UNIT

   nt to:    KSC2639           SCOTT, KELVIN          (to)
```

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CALL WHO MADE BY THAT TIME, OFFENDER ADAMS WAS THEN ESCORTED TO ... A UNIT

...ICAL DEPARTMENT ON A GURNEY.

...E IN THE UNIT MEDICAL DEPARTMENT, LVN CYNTHIA WILBANKS EXAMINED OFFENDER
...MS AND NOTED AN INTERNAL TEMPERATURE OF 109.9 DEGREES. LVN WILBANKS ALSO
...CED ICE PACKS ON OFFENDER ADAMS. IT WAS AT THAT TIME THE AMBULANCE ARRIVED
...THE JOE F. GURNEY UNIT. THE TIME NOTED WAS 1825 HOURS. AT 1845 HOURS THE
...ULANCE TRANSPORTED OFFENDER ADAMS TO THE PALESTINE REGIONAL HOSPITAL. THE
...DICAL STAFF AT THE PALESTINE REGIONAL HOSPITAL ASSESSED OFFENDER ADAMS AND
...CED HIM ON LIFE SUPPORT AT 1920 HOURS. THEY ALSO DETERMINED THAT OFFENDER
...AMS HAD SUFFERED A HEAT STROKE. MEDICAL STAFF ORDERED OFFENDER ADAMS TO BE
...ANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER, TEXAS VIA LIFE FLIGHT.
...FENDER ADAMS WAS TRANSPORTED TO THE EAST TEXAS MEDICAL CENTER IN TYLER,
...XAS VIA LIFE FLIGHT. AT THE TIME OF THIS REPORT, OFFENDER ADAMS REMAINS AT
...E EAST TEXAS MEDICAL CENTER. ANY CHANGES TO HIS CONDITION WILL BE FORWARDED
...MEDIATELY.

...T IT BE NOTED THAT AT THE TIME OF OFFENDER ADAMS'S ILLNESS, THE OUTSIDE
...MPERATURE WAS RECORDED AT 102 DEGREES WITH A HUMIDITY OF 38 PERCENT. THE
...MPERATURE INSIDE B-BUILDING DORM-1 WAS RECORDED AT 91.6 DEGREES.

...RDEN REGINALD GOINGS WAS NOTIFIED OF THE SITUATION AT 1850 HOURS. AT 2151
...URS TERESA ALFORD OF THE EMERGENCY ACTION CENTER WAS NOTIFIED AND ISSUED
...CIDENT NUMBER I-11026-0812.
...T SHOULD ALSO BE NOTED THAT OFFENDER ADAMS'S CONDITION WAS HEAT RELATED AND
...T DUE TO STAFF OR OFFENDER AGGRESSION.

...R.I.S.P. WAS OFFERED TO ALL INVOLVED AND ALL REFUSED.

...SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
...REPARED BY: LIEUTENANT SHANE CRUTCHER                     DATE: 08 / 04 / 2012
...UTHORIZED BY: WARDEN REGINALD GOINGS

...ent to:    EAC ...              ... (list)                          (to)

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Page 1 of 5

## Texas Department of Criminal Justice

———————————————————— Brad Livingston

Administrative Review
Incident # I-11026-08-12
Texas Department of Criminal Justice
Correctional Institutions Division
Joe F. Gurney Transfer Facility
August 07, 2012

**To:**          Emergency Action Center
                 Huntsville, Texas

**Through:**     Mr. Robert Eason
                 Region II Director

**Subject:**     I-11062-08-12
                 Offender Death (Cause Pending)

**Persons
Involved:**      **Offender Adams, Rodney TDCJ-CID #1797921 (Offender Death, Heat Related
                 Illness).**
                 Offender Adams is a 6'02", 185 lbs, forty-five (45) year, white male in G2 custody,
                 serving a four (4) year sentence for Driving While Intoxicated out of Wise County.

**Summary:**     On August 03, 2012, at approximately 1805 hours, Correctional Officer III Staycee
                 Gibson, assigned to the B1 Building Control, was notified by an unidentified offender,
                 via the dorm intercom, in B building 1 dorm that the offender housed in B1-09 bunk
                 required medical assistance.  Officer Gibson, via the building intercom, requested that
                 Correctional Officer V Damian Clark, who was assigned as the B1 Building Rover to
                 proceed to 1 dorm.  Officer Gibson initiated the Incident Command System (I.C.S.),
                 which included a request for a supervisor, medical staff, and a gurney.

                 Officer Clark entered 1 Dorm and observed offender Adams lying on B1-09 bunk having
                 what appeared to be a seizure, in that offender Adams was "twitching" and his breathing
                 was labored.  Offender Adams skin was hot to the touch.  Offender Adams was not
                 responsive to Officer Clark's questions.  Officer Clark remained with the offender until
                 Sergeant Michael Black arrived on scene.  Medical Staff arrived on the building and
                 offender Adams was placed on a gurney and offender Adams was escorted to the unit
                 medical department.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

An examination was conducted by Licensed Vocational Nurse Cynthia Wilbanks. An internal temperature was taken and the thermometer registered offender Adams core temperature as 109.9 degrees Fahrenheit (°F). Nurse Wilbanks immediately called 911 and requested an ambulance to respond to the Gurney unit. Offender Adams was covered with ice packs in an attempt to bring his temperature down. At approximately 1825 hours the ambulance arrived at the Gurney unit and the Emergency Medical Services (E.M.S.) staff began administering medical attention to offender Adams. At approximately 1845 hours the ambulance departed the Gurney unit in route to Palestine Regional Medical Center (P.R.M.C.). Upon arriving at P.R.M.C., a follow-up assessment was conducted and offender Adams was placed on life support with a preliminary diagnosis of heat stroke. The decision was made to transport offender Adams to East Texas Medical Center (E.T.M.C.), via a Life Flight Helicopter. At approximately 2220 hours, the flight arrived at E.T.M.C. and offender Adams was assigned to the intensive care unit (I.C.U.) room #2262. Offender Adams remained on life support. Extensive medical procedures, such blood and plasma replacement therapies were initiated; however, offender Adams continued to deteriorate.

On August 04, 2012, at approximately 1741 hours, Doctor David Jones, M.D., pronounced offender Adams deceased. The cause of death is pending the results of the autopsy. Correctional Officer V Thelma Rodriguez and Correctional Officer V Billy McClaine were maintaining security at the time of the offender's death. At approximately 1808 hours, Senior Warden Reginald Goings was notified of the death. At approximately 1813 hours, Office of the Inspector General (O.I.G.), Investigator Mark Owens, was contacted. Investigator Owens proceeded to E.T.M.C. and initiated a preliminary investigation, with assigned case number #2012-02955. At approximately 1823 hours, Justice of the Peace Mitch Shamburger, in consultation with Dr. Jones, concurred with the death pronouncement. At approximately 2050 hours Lieutenant Terry Bagley arrived at E.T.M.C. and took photographs of the offender and remained to ensure Agency policy regarding the handling of deceased offenders was adhered. On August 05, 2012, at approximately 0015 hours, Kevin Cole, the representative of the Carnes Funeral Home arrived at E.T.M.C. and took possession offender Adams body.

A unit investigation was initiated into this incident. A review of the available records reveals that on August 02, 2012, offender Adams arrived at the Gurney Unit from Wise County. Offender Adams was issued a Styrofoam cup for his use during the process through intake. This cup was to remain with him for use during his stay at the Gurney unit. During the intake process it was noted that offender Adams had bruising to the left side of his face and a scrape on his chin. The injuries were sustained at Wise County Jail as verified by Sergeant Lance Larson, Wise County Sheriff's Office. Offender Adams did not register a comment or complaint in regards to his injuries to any staff member on the Gurney unit. Offender Adams did not report any medical conditions to staff. Offender Adams ate two (2) meals at the Gurney Unit. Once on August 02, 2012 at approximately 1625 hours and on August 03, 2012, at approximately 1649 hours. The outside air temperature at the time of this incident was 102 degrees Fahrenheit (°F) with the humidity at 38 percent for a heat index of 110 degrees °F. The dorm temperature was 91.6 degrees °F.

Copy of OIG case to Litigation Support on 04/19/2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 3 of 5

The next of kin, Ms Ashley Adams (daughter) was contacted twice.  On August 03, 2012, at approximately 2155 hours, the first time she was contacted, it was to inform her of offender Adams condition and to authorize a visit between offender Adams and his family.  On August 04, 2012, at approximately 1830 hours, the second time she was contacted, it was to inform the family of offender Adams' death.  Ms. Adams did not protest the autopsy and stated that the family would claim the body for burial.

**Employee Action/Inaction:** An investigation into this incident revealed that employee action/inaction was not a factor.  Staff conducted themselves in a professional manner and recognized the probability of a serious incident when presented with the evidence.  The medical department conducted a physical examination and noted the seriousness of offender Adams condition and took all precautionary measures.  No policy violation or inappropriate actions were identified.  As of August 09, 2012, the autopsy results are pending.

**Attachments:**

| | |
|---|---|
| Report by: | Major Incident Checklist |
| Report by: | E-Mail Message 019928 |
| Report by: | E-Mail Message 019676 |
| Report by: | E-Mail Message 021143 |
| Report by: | E-Mail Message 074042 |
| Report by: | TNG-93, Serious Incident Report Form |
| Report by: | Correctional Officer III Staycee Gibson Statement |
| Report by: | Correctional Officer V Damian Clark Statement |
| Report by: | Lieutenant Shane Crutcher Statement x 2 |
| Report by: | Sergeant Michael Black Statement |
| Report by: | Correctional Officer V James Burgess Statement |
| Report by: | Correctional Officer V Barbara Brook Statement |
| Report by: | Correctional Officer V Tony Roy Statement |
| Report by: | Captain Mike Graham Statement |
| Report by: | Lieutenant Terry Bagley Statement |
| Report by: | Correctional Officer V Billy Conaway Statement |
| Report by: | Correctional Officer IV Steve McGee Statement |
| Report by: | Correctional Officer V Thelma Rodriguez Statement |
| Report by: | AA III Jody Pritchard Statement |
| Report by: | Chaplain Thomas Taylor Statement |
| Report by: | Offender Statements x 1 |
| Report by: | Digital Photo's X 7 of Offender Adams, Rodney #1797921 |
| Report by: | Offender Travel Card, Adams, Rodney #1797921 |
| Report by: | RM-03, Offender Adams, Rodney #1797921 |
| Report by: | RM-04, Offender Adams, Rodney #1797921 |
| Report by: | Transport Order Form |

Copy of Transport Order form on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ater provided with all offender meals.

dditional procedures will be considered and reviewed to enhance the procedures already in place to further ssen the possibility of a heat related illness.

ignature and Date: _____  8-14-12

Reginald Goings
Senior Warden
Joe F. Gurney Transfer Facility

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## EMERGENCY ACTION CENTER

### SERIOUS INCIDENT REPORT FORM

AC # I-11026-08-12

| PE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Heat Related Illness | ND | 08/03/12   2151 hours | Lt. Shane Crutcher |

| TE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 08/03/12   1805 hours | B-Building Dorm-1 Bunk-09 | N/A | N/A |

S THE INCIDENT RACIALLY MOTIVATED? (☐) YES       (☒) NO

### EMPLOYEE INFORMATION

| Name | SSN | RACE /SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|
| N/A | N/A | N/A    N/A | N/A | N/A | N/A |
| | | | | | |

RE EMPLOYEES TRANSFERRED TO A HOSPITAL? (☐) YES       (☒) NO

### OFFENDER INFORMATION

| Name | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Adams, Rodney | 1797921 | W/M | 45 | G2 | heat stroke | V |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RE OFFENDERS TRANSFERRED TO A HOSPITAL? (☒) YES       (☐) NO       NAME OF HOSPITAL: E.Texas Medical Center

### INFORMATION ON DECEASED

| Name | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N |
| | | | | | | |
| | | | | | | |

ATE/TIME VICTIM(S) PRONOUNCED DECEASED: N/A

AME OF PERSON PRONOUNCING VICTIM(S) DECEASED: N/A

RILIMINARY CAUSE OF DEATH: N/A

OTIVE FOR ASSAULT/DEATH: N/A

EXT OF KIN NOTIFIED?   (☐) YES       (☒) NO       DATE/TIME/BY WHOM: N/A

UNTSVILLE FUNERAL HOME NOTIFIED?   (☐) YES       (☒) NO       DATE/TIME/BY WHOM: N/A

USTICE OF PEACE NOTIFIED?   (☐) YES       (☒) NO       DATE/TIME/BY WHOM: N/A

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## ASSAILANT INFORMATION

HE ASSAILANT(S) UNDERGOING INTERROGATION BY THE OFFICE OF INSPECTOR GENERAL? (☐) YES        (☒) NO

S THE ASSAILANT(S) AT THE LOCATION AT THE TIME OF THE DISCOVERY?        (☐) YES        (☒) NO

APON INFORMATION

APON(S) (DESCRIBE IN DETAIL): N/A

## CHEMICAL AGENT INFORMATION

| AMOUNT | TYPE | AUTHORIZATION |
|--------|------|---------------|
| N/A    | N/A  | N/A           |
|        |      |               |
|        |      |               |

AS OFFICE OF INSPECTOR GENERAL NOTIFIED? (☐) YES        (☒) NO

## SUMMARY OF INCIDENT

1 08-03-2012 at approximately 1805 hours, on the Joe F. Gurney Transfer Facility, located in Region II in Palestine, exas, security staff was alerted during a wellness check that Offender Adams, Rodney #1797921 was having a seizure. ffender Adams is housed in B-1 Building Dorm-1 Bunk-09.

ffender Adams, Rodney #1797921 is a 45 year old white male in G2 Custody serving a 4-year sentence out of Wise ounty for Driving While Intoxicated. He is 6'2" tall and weighs 185 pounds.

ecurity staff called via radio for a supervisor, additional staff, and medical staff to respond to B-1 Building. At 1808 hours dditional staff arrived on the building. LVN Pamela Graves arrived on B-1 Building at 1811 hours and determined that ffender Adams would need to be transported via ambulance to the Palestine Regional Hospital located in Palestine, exas. The 911 call was made at that time. Offender Adams was then escorted to the Unit Medical Department on a urney.

nce in the Unit Medical Department, LVN Cynthia Wilbanks examined Offender Adams and noted an internal emperature of 109.9 degrees. LVN Wilbanks also placed ice packs on offender Adams. It was at that time the ambulance rrived on the Joe F. Gurney Unit. The time noted was 1825 hours. At 1845 hours the ambulance transported Offender dams to the Palestine Regional Hospital. The medical staff at the Palestine Regional Hospital assessed Offender Adams nd placed him on Life Support at 1920 hours. They also determined that Offender Adams had suffered a heat stroke. Medical staff ordered Offender Adams to be transported to the East Texas Medical Center in Tyler, Texas via Life Flight. Offender Adams was transported to the East Texas Medical Center in Tyler, Texas via Life Flight. At the time of this eport, Offender Adams remains at the East Texas Medical Center. Any changes to his condition will be forwarded mmediately.

Copy of OIG case to Litigation Support on 04/19/2013 by cb
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

it be noted that at the time of Offender Adams's illness, the outside temperature was recorded at 102 degrees with
...idity of 38 percent. The temperature inside B-Building Dorm-1 was recorded at 91.6 degrees.

...den Reginald Goings was notified of the situation at 1850 hours. At 2151 hours Teresa Alford of the Emergency
...on Center was notified and issued Incident Number I-11026-08-12.

...ould also be noted that Offender Adams's condition was heat related and not due to staff or offender aggression.

...I.S.P. was offered to all involved and all refused.

EPARED BY:  Lieutenant Shane Crutcher                                    DATE:  08/03/2012

THORIZED BY:  Warden Reginald Goings

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

**OFFENDER STATEMENT**

Name: Darrion Gardner    TDCJ #: 1795782    Bunk #: 54

When I came back from the Chow Hall I was watching, tV then After that I went back over by my bunk I Seen him laying there he looked ok at first then after about 20 mins I Look over in saw him Shaking then that's when I knew he wasn't ok So I push then button in told the officer I think Something is wrong with Him thats when They came in an Called For help I + was about 6:05pm when everything happen.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Sign:                     Date:



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

## Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/03/2012 |
|---|---|---|---|
| **From** | Officer Staycee Gibson COIII | **Subject** | Offender Adam, Rodney #1797921 |

On 08/03/2012 at approximately 1805 hours, I, Officer Staycee Gibson COIII, was assigned as the B-1 Building Picket Officer. I was notified by an offender in Dorm-1 via the intercom that an offender in Dorm-1 was having a seizure. The offender was later identified as Offender Adams, Rodney #1797921 housed in B-Building Dorm-1 Bunk-09. I immediately notified Officer Damian Clark COV, the officer assigned as the B-1 Building Rover. Officer Clark responded to Dorm 1. I requested a supervisor via radio. After entering into Dorm-1 and observing the offender, Officer Clark requested via the radio for a supervisor, additional staff, and medical staff to respond to B-1 Building. A supervisor, additional staff, and medical staff arrived on the building and escorted Offender Adams on a gurney to the Unit Medical Department.

Staycee Gibson
CO3
8/3/2012

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5765                    OIG- Adams 31



Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION

# Inter-Office Communications

| **To** | Whom It May Concern | **Date** | 08/03/2012 |
|---|---|---|---|
| **From** | Officer Damian Clark COV | **Subject** | Offender Adams, Rodney #1797921 |

On 08/03/2012 at approximately 1805 hours, I, Officer Damian Clark COV, was assigned as the B-1 Building Rover. Officer Staycee Gibson COIII, the officer assigned as the B-1 Building Picket Officer, alerted me that an offender in B-1 Dorm was having a seizure. The offender was later identified as Offender Adams, Rodney #1797921 housed in B1-09. I immediately entered Dorm-1 where I was directed to B1-09. Offender Adams, Rodney #1797921 was lying on his bunk, twitching with labored breathing. Offender Adams's skin was hot to the touch. I then called via radio for a supervisor, additional staff, and medical staff to respond to B-1 Building for an offender who was having a seizure. I remained with the offender until a supervisor, additional staff, and medical staff arrived on the building. Offender Adams was then escorted on a gurney from the building enroute to the Unit Medical Department.

Offender Adams did not have any property to secure other than a pair of eyeglasses.

I resumed my duties.

*Damian Clark*
CO5  8-03-2012

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5766                    OIG- Adams 32



Texas Department of Criminal Justice
**CORRECTIONAL INSTITUTIONS DIVISION**

# Inter-Office Communications

| **To** | Warden Reginald Goings | **Date** | 08/03/2012 |
|---|---|---|---|
| **From** | Lt. Shane Crutcher | **Subject** | I-11026-08-12 |

On 08/03/2012 at approximately 1805 hours, security staff on B-1 Building was alerted during a wellness check that Offender Adams, Rodney #1797921, housed in B-1 Building Dorm-1 Bunk-09, appeared to be having a seizure.

Offender Adams, Rodney #1797921 is a 45 year old white male in G2 custody serving a 4-year sentence out of Wise County for Driving While Intoxicated. He is 6'2" tall and weighs 185 pounds.

Security staff called via radio for a supervisor, additional security staff, and medical staff to respond to B-1 Building. At 1808 hours additional staff arrived on B-1 Building. At 1811 hours LVN Pamela Graves arrived on B-1 Building with a gurney and determined that Offender Adams would need to be transported via ambulance to Palestine Regional Hospital in Palestine, Texas. A call for an ambulance was made at that time. Offender Adams was escorted via the gurney to the Unit Medical Department. Once in the Unit Medical Department, LVN Cynthia Wilbanks examined Offender Adams and noted an internal temperature of 109.9 degrees. LVN Wilbanks also placed ice packs on Offender Adams. The ambulance arrived on the Joe F. Gurney Unit at approximately 1825 hours. At 1845 hours the ambulance transported Offender Adams to the Palestine Regional Hospital. Medical staff at the Palestine Regional Hospital assessed Offender Adams and placed him on Life Support. The time noted was 1920 hours. Medical Staff also determined that he had suffered a heat stroke. Medical staff also decided to transport Offender Adams to the East Texas Medical Center in Tyler, Texas via Life Flight. Offender Adams was transported via Life Flight Helicopter to the East Texas Medical Center. At the time of this report Offender Adams remains at the East Texas Medical Center in Tyler, Texas. Any changes to his condition will be forwarded immediately.

Let it be noted that at the time of Offender Adams's illness the outside temperature was recorded at 102 degrees with humidity of 38 percent. The temperature inside B-Building Dorm-1 was recorded at 91.6 degrees.

Warden Reginald Goings was notified of the situation at 1850 hours. At 2151 hours Teresa Alford with the Emergency Action Center was contacted and issued Incident Number I-11026-08-12.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Page 1 of 1

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**
Joe F. Gurney Unit



## Inter-Office Communications

To ~~Cpt. Manning~~                    **Date**   August 4 2012

From   Thelma Rodriguez, COV.          **Subject**   Offender Adams


At 6:52 am , myself, Officer Thelma Rodriguez COV, and Officer Billy McClaine COV, arrived at ETMC to relieve the 2cd shift officers.. While at the hospital, I and Officer McClaine relayed information to the unit and maintained security on Offender Adams, #1797921.  At approximately 4:58 pm, the hospital staff unplugged all IV drops, at 5:41 pm, the ventilator was turned off and at 5:50 pm, Offender Adams was pronounced dead by Dr. Jones.


*[signature]*
8/4/12

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To _____   Date _8/3/12_

From _C. Welborn LVN_   Subject _Adams, Rodney #1797921_

Just after 1800 on 8/3/12 shift change Officer Wickware
to "they need a wheelchair on B-1 down, a guy is having a
[seizure]," and she took off with a wheelchair with Mrs. Graves
grabbing the jump bag and AED and taking off behind her to
[?]. A couple minutes later officer Roy came running in and
[said], "were gonna need a stretcher", and he got it and took
[off] with it. At 1822 Lt Crutcher told me that Mrs. Graves
[wanted] to call 911 in which I did. The lady wanted information,
[?] didn't have much to tell her except he is unresponsive and reported
[he was] having a seizure. She said she would get an ambulance in
[?] and that if I got any more information before the ambulance
[?] to call her back and I agreed to do so. I then took the
[?] out of the ER and got out the pulse oximeter, glucometer,
[and] rectal thermometer. At 1825 Mrs. Graves LVN arrived to medical
[with] the patient on stretcher lying on ① side. He was placed in ER,
[?] unresponsive. He had on underpants and a shirt which
[Mrs.] Graves LVN cut the shirt off of him and poured pitchers of
[?] water on him. I took his rectal temp which was 109.9 I
[?] promptly called back 911 and reported the pts. condition and
[rectal] temp at 1826 and was told ambulance was on its way. I got
[ice] packs and applied them to pressure points and someone had turned
[a fan] on him. I continued taking temp with core temp (rectally) ranging
[from] 109.' to 109.9 and continued repositioning ice bags as Mrs. Graves LVN
[?] [continued] with pitchers of water [?] over his body. It continued to
[be] unresponsive. I walked around to his face and noticed his ① eye
[?] black and blue, Mrs. [?] on EMS stretcher and was out the back

Copy of OIG case to Litigation Support on 04.10.2014 [?]ice.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To _____ Date _8/8/12_

From _CWilliams LVN_ _____ Subject _Adams, Rodney T (1979921)_

I & this to Mrs. Grace LVN and she went to the back door and
told EMS about the black eye already being present in the I)
twice.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To                                    Date ☉ 8 / 08 / 2012

From P. Graves LVN          Subject Rachel Adams # 1797921
                                      Key review incident

n 08/03/12 @ about 1810-1815, medical was
informed of a possible offender actively having
a stroke, officer Woodward en route with
a wheelchair to B-1 dorm, nurse P. Graves LVN
en route to B-1 dorm with jump bag and AED,
security officer Roy en route to medical to
retrieve stretcher. Ms. Graves LVN arrived to (1815)
B-1 dorm, nurse P. Graves LVN offender observed
offender lying in bunk, non verbal with agonal,
labored breathing, nurse called offender by
name, offender looked up @ nurse P. Graves LVN,
withdrew H shoulder to sternal rub. offender
skin very hot to the touch, offender not sweating,
skin dry, nurse P. Graves LVN notified security
to immediately call Ms. Wilbanks in medical
to call a H for immediate emergency
to call a H for immediate offender's
local ER due to offender's

Copy UOIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To _____  Date 08/08/2012

From P Graves LVN  Subject Rodney Adams #1797421
next related death

of this incident. Offender has a black/purple
bruised eye to lt orbital region, no blood coming
from ear or nasal orifices, offender transferred
to medical stretcher X 4 person assist, offender
secured to Gurney stretcher, and transferred
to on site medical facility, the time was
about 1820 on arrival to medical. Offender
shirt removed by PGraves LVN and C Wilbanks
LVN, pants had been removed in B-1 dorm
by nurse PGraves before transfer, offender
kept on rt side lying position due to vomiting
up greenish-thick clear liquid, offender has
glascow coma scale of 3, offender iced
@ pressure pulse point, fan placed blowing
directly on _____
_____ 109.9 —

COPY of OIG case 08 Litigation Support on 04-19-2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Texas Department of Criminal Justice

## Inter-Office Communications

To _____   Date 08/08/2012

From P Graves WN   Subject Rodney Adams # 1797821
heat related death

offender still verbally unresponsive, noted
agonal labored breathing, @ 1835 ambulance
on site for offender transfer, offender
transferred to Ems burney X 4 person
assist, offender still exhibiting agonal
labored breathing, care relenquished to
Intrepid Ems service, offender out
the back door of medical @ 1838.——

P Graves wn ——

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



08/07/2012  09:23  6273407                              WISE CO JAIL                          PAGE  01/01

**Edit Narrative**

At shift change last night 7-29-2012 approx 11:55pm Trustee Rodney Adams passed out in his dorm and hit his head around the eye area. His blood sugar was taken and it was 71. At this time I asked the inmate if he ate dinner and he said no that he was trying to lose weight. Trustee was given an orange and informed he needed to eat some of his food at meal time and that he needed to see medical this morning. Subject's eye area was cleaned and bandaged.

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

AD-10.64 (rev. 6)
Attachment C
Page 11 of 11

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _N.O_

8-3-2012

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 767° | 83% | 78° | Brim |
| 7:30 a.m. | 82° | 76% | 85④ | Brim |
| 8:30 a.m. | 84.4 | 72% | 930③ | Brim |
| 9:30 a.m. | 90° | 60% | 100°③ | Brim |
| 10:30 a.m. | 95° | 50% | 107②° | Brim |
| 11:30 a.m. | 96° | 49% | 107②° | Brim |
| 12:30 p.m. | 101° | 40% | 110°② | Brim |
| 1:30 a.m. | 101° | 37% | 110②° | Thomas, C. |
| 2:30 p.m. | 103° | 34% | 113°② | Thomas, C. |
| 3:30 p.m. | 104° | 34% | 113°② | Thomas, C. |
| 4:30 p.m. | 104° | 34% | 113°② | Thomas, C. |
| 5:30 p.m. | 104° | 35% | 113°③ | Thomas, C. |
| 6:30 p.m. | 102° | 38% | 110° | Someun |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5775          OIG- Adams 41



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Adams 42

# Injury Report

**To:**   **Unit Risk Manager**
(The RM-04 shall be forwarded directly to the Unit Risk Manager by 8:00 a.m. the following work day.)

**From:**  **Unit Medical Department**

Officer Name: _____   (use if Officer / Staff Member injured)
<span>Last    First</span>

Offender Name   Adams   Rodney   TDCJ #: 179 7921
<span>Last    First</span>

Work Assignment: _____   Housing Assignment: _____

Date & Time of Accident: 08/03/12 @ 1820

Date & Time Reported to Medical: 08/03/12 @ 1820

**Type of Injury: (Check One)**
- ( ) Work Related
- (✓) Non-Work Related
- ( ) Recreational
- ( ) Altercation
- ( ) Self-Mutilation
- ( ) Use of Force

**Severity of Injury: (Check One)**
- ( ) Minor - One time treatment or follow-up visits the purpose of treatment / observation or minor scratches, cuts or 1st degree burn
- (✓) ★ Serious - Requires treatment e.g. sutures, fractures, splints
- ( ) X-Rays Scheduled

Nature of Injury (cut, scratch, etc. to leg, arm, etc): Offender possibly experiencing a heat stroke

How Injury Occurred: heat exhaustion - hyperthermia

Extent of Injury: Skin very hot, dry to touch, offender not sweating, core temp 109.9

Treatment Given: Ice packs placed behind neck and under armpits and groin, offender covered in water, fan

Health Care Provider's Signature: Daniela Shaw wn on offender
IV started to Rt upper arm

(✓) Security Supervisor Notified of this Injury: Lt Crutcher   08/03/12   1830
<span>Name    Date    Time</span>

( ) ★ If Serious Injury - Risk Manager Notified
<span>Name    Date    Time</span>

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## SUPERVISOR'S INVESTIGATION OF EMPLOYEE/OFFENDER INJURY

| Last Name of Injured | First Name | MI | SSN/TDCJ# | Date Of Injury |
|---|---|---|---|---|
| Adams | Rodney | | I-11171521 | 8-3-12 |

| Time Of Injury | Unit Of Assignment | Use of Force ☐No ☐Yes | EAC# | Date of Report |
|---|---|---|---|---|
| 1820 | ND | IUOF# M | I-11820-0812 | 8-3-12 |

### Department of Assignment (Table 2) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Administration* | ☐ 08 Counselor* | ☐ 15 Laundry/Necessities |
| ☐ 02 Ag Administration* | ☐ 09 Education-Windham* | ☐ 16 Operations & Maintenance |
| ☐ 03 Chaplaincy* | ☐ 10 Food Service | ☐ 17 Parole* |
| ☐ 04 Classification* | ☐ 11 Grievance* | ☐ 18 Security* |
| ☐ 05 Clerical* | ☐ 12 Health Services* | ☐ 19 Supply |
| ☐ 06 Construction-Facilities | ☐ 13 Industry* | ☐ 20 Training* |
| ☐ 07 Counsel Substitute* | ☐ 14 Internal Affairs* | ☐ 21 Transportation* |

| |
|---|
| ☐ 22 Yard/Utility |
| ☐ 23 Dog Kennel/Horse Barn |
| ☐ 24 Community Work Proj |
| ☐ 25 Field Force |
| ☒ 26 Non-Occupational |
| ☐ 27 Recreational |
| ☐ 28 Suppt Services-Inmate |

* Not Applicable for offenders ~ Department of Assignment for offenders is Non-occupational or Recreational unless injury occurs on-the-job.

### Location Of Injury (Table 3) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Admin. Area/Office | ☐ 15 Dining Hall/Kitchen | ☐ 29 Laundry | ☐ 43 Sidewalk |
| ☐ 02 Backgate | ☒ 16 Dormitory/BOQ | ☐ 30 Library | ☐ 44 Stable/Barn/Kennel |
| ☐ 03 Barber Shop | ☐ 17 Education Area/Classroom | ☐ 31 Loading Dock/Porch | ☐ 45 Steps/Stairway/Ladder |
| ☐ 04 Boiler Room | ☐ 18 Farm Shop | ☐ 32 Mailroom | ☐ 46 Supply/Necessities |
| ☐ 05 Ad Seg Cell | ☐ 19 Field | ☐ 33 Maintenance Shop/Work Area | ☐ 47 Swimming Pool Area |
| ☐ 06 Gen Pop Cell | ☐ 20 Firing Range | ☐ 34 Nursery/Greenhouse | ☐ 48 Toilet/Restroom |
| ☐ 07 Hi-Sec Cell | ☐ 21 Garage/Tractor Shed | ☐ 35 Parking Lot | ☐ 49 Transportation Vehicle |
| ☐ 08 Cellblock Run | ☐ 22 Grounds/Yard-Inside Fence | ☐ 36 Picket Tower/Central Control | (Bus/Van, etc.) |
| ☐ 09 Closet/Utility Room | ☐ 23 Grounds/Yard-Outside Fence | ☐ 37 Ramp/Elevator | ☐ 50 Turnout Area |
| ☐ 10 Clubhouse | ☐ 24 Hallway/Walkway/Corridor/Foyer | ☐ 38 Recreation Yard/Gym | ☐ 51 Visitation |
| ☐ 11 Commissary | ☐ 25 Highway/Road/Street | ☐ 39 Roof | ☐ 52 Vocational Trades/Workshop |
| ☐ 12 Community Work Projects | ☐ 26 Hospital/Clinic/Infirmary/Lab | ☐ 40 Sallyport/Vestibule | ☐ 53 Warehouse/Storage Area |
| ☐ 13 Craft Shop | ☐ 27 Industrial Area | ☐ 41 Salvage Area/Storage Yard | |
| ☐ 14 Day Room/Lounge | ☐ 28 Intake Area | ☐ 42 Shower | |

### Cause Of Injury (Table 5) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Offender Assault | ☐ 09 Contact with Chemicals | ☐ 15 Insect Bite | ☐ 21 Struck By |
| ☐ 02 Intentionally Self-Inflicted | ☐ 10 Contact with Electrical Current | ☐ 16 Medical Condition | ☐ 22 Vehicular |
| ☐ 03 Employee on Employee Assault | ☐ 11 Contact w/ Temperature Ext | ☐ 17 Over-Exertion | ☒ 23 Weather Related |
| ☐ 06 Animal Bite | ☐ 12 Fall on Different Level | ☐ 18 Environmental Hazards | |
| ☐ 07 Bodily Reaction | ☐ 13 Fall on Same Level | ☐ 19 Slip/Trip, Not a Fall | |
| ☐ 08 Caught In, On or Between | ☐ 14 Horse Related | ☐ 20 Struck Against | |

### Type Of Injury (Table 6) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Abrasion | ☐ 09 Dislocation | ☐ 17 Hernia | ☐ 25 Shock |
| ☐ 02 Amputation | ☐ 10 Dizziness, Faintness | ☐ 18 Infection | ☐ 26 Sprain |
| ☐ 03 Bite | ☐ 11 Foreign Object in Eye | ☐ 19 Inflammation | ☐ 27 Sting |
| ☐ 04 Bruise/Discoloration | ☐ 12 Fracture | ☐ 20 Internal Injuries | ☐ 28 Strain |
| ☐ 05 Burn | ☐ 13 Frostbite | ☐ 21 Nausea | ☐ 30 Exposure to Communicable Disease |
| ☐ 06 Contusion | ☐ 14 Hearing Loss | ☐ 22 Puncture | ☐ 31 Closed Head Injury |
| ☐ 07 Cut | ☐ 15 Heart Attack/Chest Pains | ☐ 23 Rupture | ☐ 32 Open Head Injury |
| ☐ 08 Dermatitis/Rash | ☒ 16 Heat Exhaustion/Cramps/Stroke | ☐ 24 Scratch | ☐ 29 Other(Specify) |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

RM-03  Rev (2/04)   **Complete Front & Back and Deliver to Unit Risk Manager no later than end of Shift.**   Page 1 of 2

## Body Part Injured (Table 7) (Check ONLY One)

| | | | |
|---|---|---|---|
| ☐ 01 Abdominal/Stomach | ☐ 07 Ear(s) | ☐ 13 Head | ☐ 19 Shoulder(s) |
| ☐ 02 Ankle(s) | ☐ 08 Eye(s) | ☐ 14 Hips | ☐ 20 Wrist(s) |
| ☐ 03 Arm(s),Elbows, Forearms | ☐ 09 Face, Mouth, Jaw, Teeth | ☐ 15 Internal | ☐ 21 Pelvis |
| ☐ 04 Back | ☐ 10 Foot, Feet, Toes | ☐ 16 Knee(s) | ☐ 22 Genitals |
| ☐ 05 Buttocks | ☐ 11 Groin | ☐ 17 Leg(s) | |
| ☐ 06 Chest, Ribs | ☐ 12 Hand(s), Finger(s) | ☐ 18 Neck | |

**Describe How and Why the injury occurred, including activity engaged in (i.e., carrying, lifting, etc.)**

Offender was taken from B-1 bld to the infirmary with very hot and dry skin. He had a possible heat exhaustion/ heat stroke

## Unsafe Condition (Table 10) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Congested Area | ☐ 11 Lighting | ☐ 22 Unsafe Material |
| ☐ 02 Electrical Hazard | ☐ 12 Mislabeled/Unlabeled Chemicals | ☐ 23 Unsafe Vehicle |
| ☐ 03 Excessive Noise | ☐ 14 Open Trench/Hole/Ditch/Drop Off | ☐ 24 Unsafe/Defective Hand or Electric Tools |
| ☐ 04 Harmful Animals/Insects/Reptiles | ☐ 15 Poisonous Vegetation | ☐ 25 Unshored Trench/Excavation, etc. |
| ☐ 05 Health Hazards (I.e ,Fumes, Dust) | ☐ 16 Protruding Object | ☐ 26 Walkway/Sidewalk/Pavement |
| ☐ 06 Improper Housekeeping | ☐ 17 Rough/Sharp Objects | ☐ 28 Overexposure to Weather Conditions |
| ☐ 07 Improperly Stored Chemicals | ☐ 18 Slipping or Tripping Hazards | ☒ 13 No Unsafe Condition |
| ☐ 08 Inadequate or No Warning Signs | ☐ 19 Steps/Stairs/Ladder or Other Working Surfaces | ☐ 27 Other (Specify) |
| ☐ 09 Inadequate Ventilation | ☐ 20 Unguarded Machine, Belts, Pulley, Roller | |
| ☐ 10 Layout or Design | ☐ 21 Unsafe Equipment | |

## Unsafe Act (Table 11) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Improper Lifting | ☐ 12 Unobservant, Inattentive, Unaware | ☐ 23 Working w/o Adequate Lighting |
| ☐ 02 Improper Handling | ☐ 13 Operating/Working at Unsafe Speed | ☐ 24 Working in Confined Space w/o Safeguard |
| ☐ 03 Failure to Use/Wear PPE | ☐ 14 Operating w/o Proper Authority | ☐ 25 Failure to Warn of Known Hazards |
| ☐ 04 Failure to Wear Appropriate Dress | ☐ 15 Disabling/Removing Safety Devices | ☐ 26 Entering Unauthorized Area |
| ☐ 05 Unsafe Driving Techniques | ☐ 16 Improper Placing or Storing | ☐ 29 Failure to Notify Authority of Illness/Injury |
| ☐ 06 Using Unsafe/Defective Tool/Equipt/Material | ☐ 17 Improper Mixing or Storing | ☐ 30 Offender Assault |
| ☐ 07 Using Wrong Tool/Material/Equipment | ☐ 18 Working/Walking Under Suspended Load | ☐ 31 Self-Mutilation |
| ☐ 08 Taking Shortcut, Not Using Established Route | ☐ 19 Did not Use Handrail/Grab Bar | ☐ 32 Exceeded Physical Limitations |
| ☐ 09 Contact with Electrical Source | ☐ 20 Repairing/Servicing Moving Object | ☒ 27 No Unsafe Act |
| ☐ 10 Unnecessary Exposure to Hazards | ☐ 21 Failure to Use a Lockout Device | ☐ 28 Other(Specify) |
| ☐ 11 Horseplay | ☐ 22 Riding Moving Equipt Not For Passengers | |

## Recommended Corrective Action (Table 12) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Counseling | ☐ 02 Disciplinary | ☐ 03 Enhance Security Procedures |
| ☒ 04 None Applicable | ☐ 05 Training | ☐ 06 Repair or Eliminate Condition |

## Corrective Action Taken (Table 13) (Check ONLY One)

| | | |
|---|---|---|
| ☐ 01 Counseled | ☐ 02 Disciplined | ☐ 03 Enhanced Security Procedures |
| ☒ 04 None Taken | ☐ 05 Training Conducted | ☐ 06 Repair Completed or Condition Eliminated |

DATE CORRECTIVE ACTION TAKEN  8/3/12

| | | | |
|---|---|---|---|
| ☐ 07 Work Order Issued | | | |

| Dept Supv: *Singer L* | Signature: *L H J* | Date 8/3/12 | Phone ( ) |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

RM-03 Rev (2/04)    Page 2 of 2

Plaintiffs' MSJ Appx. 5779    OIG- Adams 45



**Texas Department of Criminal Justice**
OFFICE OF THE INSPECTOR GENERAL

## INVESTIGATOR'S REPORT
## OF CUSTODIAL DEATH

OIG TRANSITORY # (if necessary)

| CASE # | EAD # | OFFICIAL DATE & TIME OF DEATH | AUTOPSY ORDERED? |
|---|---|---|---|
| | 1-11026-0812 | 8-4-2012  5:50 ☐AM ☑PM | ☑YES ☐NO |

| DECEDENT NAME (LAST, FIRST, MI) | | RACE | SEX | AGE | DOB |
|---|---|---|---|---|---|
| Adams, Rodney | | W | M | 45 | ▇▇▇▇ |

| IDENTIFICATION # | UNIT OF ASSIGNMENT | DATE & TIME FOUND |
|---|---|---|
| 01797921 | Gurney | ☐AM ☐PM |

| PLACE OF MEDICAL | CITY | COUNTY | ZIP CODE |
|---|---|---|---|
| East Texas Medical Center Tyler | Tyler | Smith | 75701 |

| N.O.K. (IF ANY), NOTIFIED (Name) | PRECINCT # | DATE & TIME N.O.K. NOTIFIED | PHOTOGRAPHS? |
|---|---|---|---|
| Thomas Shamburger | 5 | ☐AM ☐PM | ☑YES ☐NO |

| PLACE OF INQUEST | DATE & TIME OF INQUEST |
|---|---|
| | 8-4-2012  6:07 ☐AM ☑PM |

### ★ LOCATION, POSITION and SURROUNDINGS of BODY ★

Offender Adams was found expire on a Medical bed at East Texas Medical Center Tyler, Tx. in ICU #2262

### ★ SUMMARY of HOW DEATH OCCURRED ★

Unknown Pending Final Autopsy

| TRANSPORTING FUNERAL HOME | RECEIVING FUNERAL HOME |
|---|---|
| Cannes Funeral Home | Cannes Funeral Home |

| INVESTIGATOR SIGNATURE | TELEPHONE # |
|---|---|
| [signature] | (903) 908-2311 |

Law Enforcement Agency:   **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003 – Huntsville, TX 77342-4003

Copy created in Litigation Support on 04, 19, 2013 by ce.
(936) 437-1376
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

15.0

## INVESTIGATOR'S REPORT OF CUSTODIAL DEATH
### (Continued)
TEXAS DEPARTMENT OF CRIMINAL JUSTICE – OFFICE OF THE INSPECTOR GENERAL

| CASE # | DECEDENT NAME (LAST, FIRST, MI) | IDENTIFICATION # |
|---|---|---|
| | Adams, Rodney | 01797921 |

### ★ CLOTHING WORN BY DECEDENT ★

☑ None          ☐ Pants          ☐ Shoes/Boots          ☐ Jacket

☐ Belt          ☐ Gown/Blouse          ☐ Dress          ☐ Other (list details below)

### ★ PROPERTY SENT WITH DECEDENT ★

Order for Autopsy, Copy of travel card, ER report, clic.GF card

### ★ MEDICAL HISTORY ★

Was death attended?          ☐ Yes  ☑ No          Previous history of illness?          ☐ Yes  ☑ No

History of suicide?          ☐ Yes  ☑ No          HIV?          ☐ Yes  ☑ No

| HOSPITAL NAME | ADDRESS | TELEPHONE |
|---|---|---|
| East Texas Medical Center | 1000 South Beckham, Tyler, Tx. 75701 | (903)597-0351 |

| PHYSICIAN CONTACTED (Name) | ADDRESS | TELEPHONE |
|---|---|---|
| David Jones | 1000 South Beckham, Tyler, Tx. 75701 | ( ) - |

DIAGNOSIS:  Unknown Pending Final Autopsy

### ★ NEXT OF KIN INFORMATION ★

| NEXT OF KIN | ADDRESS | TELEPHONE |
|---|---|---|
| Ashley Adams (Daughter) | 313 Edna St. Weatherford, Tx. 76086 | (940)368-8985 |

| NEXT OF KIN NOTIFIED BY (Name) | TELEPHONE | DATE & TIME NOTIFIED |
|---|---|---|
| Chaplain | (903)928-3118 | 8-4-2012  6:30  ☐ AM ☑ PM |

### ★ IDENTIFICATION ★          ★ DOCUMENTATION ★

HOW:  ☐ Offender Records          ☐ Fingerprints                    ☑ Order for Autopsy          ☐ Clinic Notes (last 72 hrs)

☑ Viewed at Hospital/Scene          ☐ Other _____          ☑ ER Report (if available)          ☑ Copy of Travel Card

| | REPORT DISTRIBUTION: (Include Complete Documentation) |
|---|---|
| Verification Made By: | (1) Case File          (2) J.P.          (3) To Accompany Body |

Relationship to Decedent:

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

15.1

AUG-04-2012 19:16   From:9038774528        JUSTICE OF THE PEACE PCT4        Page:1/1



# Justice Court #4
## POB 62
## Winona, Texas 75792

COUNTY OF SMITH

Phone 903-877-3542
Fax 903-877-4528

### Autopsy Order

## The University of Texas Medical Branch at Galveston
## Department of Pathology

**I, Mitch Shamburger, hereby order an autopsy on RODNEY GERALD ADAMS DOB 10/02/66, 45 YO W male**

**Home address is DEPART OF CORRECTIONS Tennessee Colony, Tx 75861**

1. **Subject, incarcerated TDC history of FOUND IN CELL HAVING A SEIZURE 108 TEMP. . Taken to Gurney and transported to East Texas Medical Center in Tyler Texas ON 08/04/2012 TOD . 8/4/12 17:50 PM**

**Possible Cause of Death; ?UNKNOWN**

**Medical records are limited and should be with body.**
**Ordered all blood draws at hospital lab to be sent with body**

**Transporte arranged by by TDC.**

**Return results to above address or fax to 903-877-4528.**

**So Ordered this August 4th, 2012**

**Mitch Shamburger**
**Moble 903-521-8915**
**Office 903-590-4870**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

AD-03.29 (rev. 7)
Attachment C
Page 15 of 21

## Texas Department of Criminal Justice
## AUTOPSY ORDER

In accordance with Section 501.055 of the Government Code, the following Order shall serve as authorization to perform an autopsy on the body of the deceased offender identified below.

Offender Name: _Adams Rodney G_ TDCJ #: _1797921_
(Print Name)

Date of Birth: ▆▆▆▆▆▆    Race: _W_    Sex: ☑ Male    ☐ Female

Offender Pronounced dead at _5:50 pm_ on _09-04-2012_
(Print time, include am or pm)    (Print date, month, date, year)

Location of Death: ☐ Unit _____ ☑ Other _East Texas Medical Center_ (E.T.M.C.)
(Print Unit Name)    (Print location, i.e. hospital name)

Acting in my capacity as an authorized official of the Texas Department of Criminal Justice, I hereby order and decree that an autopsy be performed on the body of the above described offender. Said autopsy should be performed to determine the cause of death of the offender who died of natural causes while attended by a physician or registered nurse.

Said autopsy should include a determination of the cause of death and toxicological examinations of the urine, blood and other bodily matter as deemed necessary to determine types and amounts of alcohol or drugs if any are present in the body. I further order that said autopsy be performed by the UTMB Autopsy Service Physicians and/or associates.

It is understood that due care shall be taken to avoid unnecessary disfigurement of the body.

Further, said body shall be transported to _UTMB Galveston_ (location of autopsy) by a representative or associate of _Carnes Funeral home_ Funeral Home, located in _Beaumont_, Texas. Upon completion of the said autopsy, the body should be relinquished to a representative of the delivering funeral home who can be reached at (phone number) _855-262-8325_, for transport.

Please forward copy of preliminary findings and reports to:

TDCJ Death Records Technician, Health Services Division
3009 Hwy. 30 West, Rm. 162
Huntsville, TX 77340
(936) 437-3631 (phone) (936) 437-3638 (fax)

_Terry Bagley LT Grdiff_
Warden (or designee)

County _Smith_

City _Tyler_, Texas Zip Code _75701_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5783    OIG- Adams 49

AD-03.29 (rev. 7)
Attachment A
Page 13 of 21

## Texas Department of Criminal Justice
## TRANSPORT AUTHORIZATION FOR OFFENDER REMAINS

The undersigned authorizes and directs the coordinating funeral home

and/or its said agents or staff to make the removal of the said remains of

_Adams Rodney C  # 1797921_ from _Gurney Unit 1385 Fm 3328_   Palestine, Texas
(Print Offender Name)                      (Print Unit/Location)                   75801

who died on _08-04-2013_ , and to hold until further notification
(Date of Death)

from the Warden of the unit with regards to the approval for an autopsy.

NOTE:  If an offender death is determined to be from natural cause by a
certified  medical  physician,  the  offender's  family  will  be  provided  the
opportunity to object to an autopsy.

*Instructions:  If death occurs on the unit the Warden shall sign the form authorizing the transport of the remains.  If
death occurs off the unit the Warden shall sign the form and shall file/deliver the form by the most expedient means
to the appropriate medical staff at the location of the death.*

_[signature]_                              _Terry Bayley_
Signature of Warden/Designee               Printed Name

_[signature] John C. Johnson_              JOHN S JOHNSON RN
Medical Physician's/Registered Nurse's Signature   Printed Name

Address of Physician/Registered Nurse:
_East Texas Medical Center (ETMC)_
_1000 Beckham_
_Tyler, Texas 75701_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**Correctional Institutions Division**

1797921     002     8/2/2012     001

ADAMS, RODNEY GERALD

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

19.0

B 107

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Offender Property Inventory

CONTROL # _____

Offender (Print name): Adams, Rodney    TDCJ#: 1297921    Unit: AD

Date of Inventory: 8-4-12    Reason for Inventory: Medical Transport

**Section I: Authorized Offender Property**

*Instructions: Enter the quantity in the appropriate column beside the item at the time of the inventory.*
**KEY:** "O" = In the Offender's possession, "P" = Stored (in) Property Room, ✓ = Must be registered, ⊙ = Only ✓ entries may possess.

| ITEM | O | P | ✓ | ITEM | O | P | ✓ | ITEM | O | P | ✓ | ITEM | O | P | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | | **(Gender Related Female Only)** | | | | **Personal Hygiene Items** | | | | **Miscellaneous Items** | | | |
| Bread | | | | ✓ Body Pins | | | | Activator | | | | ✓ Alarm Clock (Limit 1) | | | |
| Canned Drinks | | | | ✓ Brest (Limit 1?) | | | | Aftershave | | | | ✓ Commissary Bag | | | |
| Candy | | | | ✓ Curling Iron | | | | Baby Oil | | | | ✓ Commissary Chain (Limit 1) | | | |
| Cheese | | | | ✓ Douche Items | | | | Baby Powder | | | | ✓ Cup | | | |
| Chips | | | | ✓ Gender Box | | | | Brush | | | | Handkerchief | | | |
| Coffee | | | | ✓ Hair Dryer | | | | Comb | | | | Pencil Sharpener (Limit 1) | | | |
| Crackers | | | | ✓ Hair Accessories (6 items/sets) | | | | Conditioner | | | | Plastic Bowl | | | |
| Hot Sauce | | | | ✓ Hair Rollers (Limit 24) | | | | Dental Flossers | | | | Plastic Lock/Key (1 per box) | | | |
| Jelly | | | | ✓ Hair Ties | | | | Deodorant | | | | Small Nail Clippers (Limit 1) | | | |
| Meats | | | | ✓ Make-Up (10 Items) | | | | Foot Powder | | | | Spoon | | | |
| Pastries | | | | ✓ Panties (Limit 7) | | | | Hair Dressing/Food | | | | Tweezers | | | |
| Peanut Butter | | | | ✓ Perfume/Lotion (Limit 2) | | | | Hair Gel | | | | Work Gloves (Limit 1) | | | |
| Pickles | | | | ✓ Sanitary Napkins/Tampons | | | | Lotion | | | | TDCJ Rule Book (GR-107) | | | |
| Soup | | | | ✓ Stud Earrings (Limit 2 pair) | | | | Petroleum Jelly | | | | | | | |
| Spreads | | | | **Health Care Device/Supplies** | | | | Razor, Disposable | | | | | | | |
| Sweetener | | | | ✓ Prescription Eye Glasses | | | | Shampoo | | | | | | | |
| Tortillas | | | | ✓ Prescription Sun Glasses | | | | Shaving Cream | | | | | | | |
| **Correspondence/Publications** | | | | ⊙ Only if free world | | | | Shower Shoes | | | | | | | |
| Letters | | | | **Jewelry Items (1 each)** | | | | Soap/Soap Dish | | | | | | | |
| Magazines | | | | ✓ Wedding Ring | | | | Tooth Brush/Holder | | | | | | | |
| Newspapers | | | | ✓ Wrist Watch | | | | Tooth Paste/Powder | | | | | | | |
| **Craft Items** | | | | **Legal Material** | | | | **Religious Items** | | | | | | | |
| Colored Pencils | | | | Pleadings, Transcripts, law books, | | | | ✓ Medallion (Religious) | | | | | | | |
| Inter Colors | | | | motions/letters, carbon paper, writ | | | | Other: (Headband, Hijab, | | | | | | | |
| **Educational Items** | | | | envelopes, etc. Estimate Qty. | | | | Kufi, Medicine Bag, Natural | | | | | | | |
| Books (10) | | | | | | | | Objects, Prayer Rug, Tallith | | | | | | | |
| Literature (Pamphlets) | | | | **Necessity Items** | | | | Prayer Shawl, Turban, | | | | | | | |
| Electrical Equipment (1 each) | | | | Gym Shorts-Personal (Limit 4) | | | | Wooden Comb, Yarmulke | | | | | | | |
| Fan | | | | ✓ Shoes (State-issue, limit 1 pair) | | | | **Stationary Items** | | | | | | | |
| Headphones | | | | ✓ Shoes (Personal, limit 1-2 pair) | | | | Envelopes | | | | | | | |
| AM/FM Booster/Antenna | | | | Socks-Personal (Limit 4 pair) | | | | Greeting Cards | | | | **NOTE ITEMS ON OFFENDER'S** | | | |
| Hot Pot | | | | Thermal Bottom-Personal (Limit 2) | | | | Ink Pens | | | | **PERSON (i.e. wedding ring, watch,** | | | |
| Outlet Adapter | | | | Thermal Top-Personal (Limit 2) | | | | Paper | | | | **shoes, t-shirt, etc.):** | | | |
| Clamp-on Lamp | | | | T-shirt-Personal (Limit 4) | | | | Pencils | | | | | | | |
| Radio | | | | | | | | Stamps (60 Max.) | | | | | | | |
| Typewriter/Word Processor | | | | | | | | Tablets | | | | | | | |

**Section II: Staff Acknowledgment of a complete and accurate inventory.**

*Instructions: If offender is not present during inventory, there must be a staff witness.*

Inventory Staff (Print name): Michael Herrington    Signature/Date: _____ 8-4-12

Staff Witness (Print name): Dorena Jones    Signature/Date: _____ 8-4-12

**Section III: Offender Receipt of Property**

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its laws and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item:

Items Retained by Offender and/or stored in the Property Room (See items marked above)

Offender (Signature/Date): _____    Staff Initials/Date: _____

Items Returned to Offender (See items marked above)

Offender (Signature/Date): _____    Staff Initials/Date: _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Instructions on back of Form        Las instrucciones de espalda de forma

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

## Inter-Office Communications

| To | WARDEN GOINGS | Date | AUGUST 5, 2012 |
|---|---|---|---|

| From | Chaplain Thomas Taylor | Subject | Death of Offender ADAMS, RODNEY #1797921 |
|---|---|---|---|

On August 4, 2012 at 1750 hrs Gurney Unit Offender Adams, Rodney # 1797921 passed away at East Texas Medical Center Tyler. Following is the scenario of events as they happened pertaining to me as the Chaplain on the Gurney Unit. On August 3, 2012 @ 1945 hrs Captain Mike Graham notified me that Offender Adams was being transported to ETMC Tyler, but, he had no family information for him. I began a search for information and found Offender had come to us form Wise County and proceeded to get the Wise County Sheriff Dept. information from the Internet. Before I actually called the Sheriff Dept., I was notified of the Offender's emergency contact by Lieutenant Dawkins @ 2125 hrs. At 2130 hrs I was asked to notify emergency contact of Offender Adams' condition and where he was. I called Offender's emergency contact Mrs. Wanda Adams his mother and found the Offender had an adult daughter, Ashley Adams, who was his next of kin. The Offender's mother was very emotional and said she had tried to tell someone her son was very sick when at county, but no one would listen. At 2155 hrs the next of kin, Offender's daughter, Ashley Adams called me back for details. I gave her information concerning her father and told her the warden had granted permission for her to see the Offender. Ms. Ashley Adams said they were leaving to go to Tyler at that time. On August 4, @ 0600 hrs I called Lieutenant Crutcher for an update on the Offender; Lieutenant Crutcher informed me that the family had been to see the Offender and had now returned home. At 1125 hrs Lieutenant Bagley called me with an update; the Offender was not doing well and he would stay in touch. At 1420 hrs I received another update and nothing had changed. On August 4, 2012 @ 1825 hrs I was notified by Lieutenant Bagley that Offender Adams had been pronounce dead at 1750 hrs and I should notify the next of kin. At 1830 hrs I notified next of kin, Ashley Adams, of her father's decease. After offering condolences and prayer, I asked if she objected to an autopsy. Ms. Adams informed me that she did not object to and autopsy and that the family **will claim** the body for burial. I then gave Ashley Adams. offender's daughter, the telephone number to Carnes Funeral Home and informed her that she would need to contact them for all further arrangements concerning the body.

The next of kin will be listed as:
**Ms. ASHLEY ADAMS**
**313 EDNA STREET**
**WEATHERFORD, TX 76086**
**Phone: 940 368-8985**

| cc: | Warden Goings | Northern Regional Medical Director |
|---|---|---|
| | Regional Chaplain | Gurney Unit |
| | Director of Classification/Attn: Janice Simpson | Inmate Records |
| | Huntsville Unit/Connie Weich | Property Office |

Copy of OIG case to Litigation Support on 04-19-2013 at time
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## OFFENDER DEATH NOTIFICATION WORKSHEET

To: WARDEN GOINGS                          Date: AUGUST 5 2012

From: CHAPLAIN TAYLOR                       Subject: Offender Death Notification

1. *Offender Information:*

   Name: ADAMS, RODNEY          TDCJ#: 1797921   Unit: JOE F. GURNEY
   Cause of Death: PRELIMINARY HYPERTHERMIA PENDING AUTOPSY
   Date of Death: 08/04/2012                   Time of Death: 1750 HRS
   Place of Death (unit/hospital): ETMC-TYLER
   Certifying Physician/RN/JP: DR. DAVID JONES / JP M. SHAMBURGER

2. *Next of Kin Contact (In order of priority, "Next of Kin" shall mean: Spouse; Adult children or guardians of minor children; Parents; Siblings):*

   Date: 08/04/2012                   Time: 1825 HRS
   Name: ASHLEY ADAMS                Relationship: DAUGHTER
   Address: 313 EDNA STREET
   City/State/Zip: WEATHERFORD, TX 76086            Tel.: (940) 368-8985

3. *Objection to Autopsy by Next of Kin (DO NOT Ask For Permission to Conduct an Autopsy):*

   Yes _____   No X_   Unable to contact _____   N/A _____

4. *Other Family / Friend Contact:*

   Date: _____   Time: _____
   Name: _____   Relationship: _____
   Address: _____
   City/State/Zip: _____   Tel.: (____) ____

5. *Sheriff's Office / Police Department Contact:*

   Date: _____   Time: _____
   SO/PD: _____   Contact Person: _____

6. *Burial Arrangements:*

   __X__ **The family will claim the body.** The family was instructed to call the Carnes Funeral Home at (409)986-9900.

   _____ **The family will not claim the body.** The family was instructed to send a message by overnight mail or fax (936/295-8073) to the Huntsville Unit Warden with the following statement: "I am unable to claim the body of offender _____, TDCJ# _____. I am requesting that he/she be buried in the TDCJ prison cemetery." Name, address, telephone number, and relationship to the offender should be included in the letter or fax.

   _____ **I was unable to contact a family member or friend, burial is recommended in the TDCJ cemetery** (Fax this worksheet to the Huntsville Unit Warden).

7. *Reports – Send a copy of the Death Notification E-Mail, IOC detailing the notification process, letter of condolence to the family, and this worksheet to:*

   __X__ Unit Warden;
   __X__ Director of Chaplaincy Operations; and
   __X__ Chaplain's unit file

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Chaplain's Signature: _____   Date: 08/05/2012        21.1