

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

P.O. Box 99, Huntsville, Texas 77342-0099

**BRAD LIVINGSTON**
Executive Director

AUGUST 5, 2012

MS. ASHLEY ADAMS
313 EDNA STREET
WEATHERFORD, TX 76086

Dear MS. ADAMS                              Re: # 01797921

It is with the deepest sympathy I write this letter and I know I express the feelings of the administrative personnel at this institution. I experienced from each a sense of hurt and loss at your love one's death. I am sure that the same sense of hurt must be stronger among you who loved him in a special way and knew him better than our staff.

It is customary that the body of any person who dies within the Texas Department of Criminal Justice, Institutional Division, Gurney Unit, will be handled by the Carnes Funeral Home in Texas City, Texas. You may claim or inquire about the body by contacting the Carnes Funeral Home at (855) 262-8325.

I had also discussed the disposition of any property offender Adams may have had here. As you are aware Mr. Adams arrived on our Unit on August 2. He had no property with him and he acquired none, since he was only here part of two days.

Please know that you and your family are in my prayers.

Sincerely,

Thomas Taylor
Chaplain

CC:  Warden R. Goings
     Regional Chaplain
     Director Records & Classification
     Inmate Records
     File

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CHAPLAIN Thomas Taylor                    GURNEY UNIT, 1385 FM 3328   21.2

Documentation of family Contact: Offender Death

Offender (Name)   ADAMS, RODNEY          TDCJ#     1797921

Date and Time of Death:   AUGUST 4, 2012 @1750 HRS

Please check the appropriate box below.  This form should be accompanied by an Autopsy Authorization signed by the facility warden.

[X]   The legal Next-to-Kin was contacted and agrees to an autospy.

[ ]   The legal Next-of-Kin could not be reached within 8 hours of the time of death.

[ ]   The legal Next-of-Kin did not object to an autopsy within 8 hours of the time of death.

Signed

_Chaplain_ _____         08/05/2012 @ 0630
Chaplain or Warden                Date/Time

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

31.3

# EVIDENCE

Case No. _12.02953_ Inventory # _12-069_

Type of offense _Death in Custody_

Description of evidence _CD of Digital_
_Photographs_

Suspect _None_

Victim _Rodney Adam_ # _1797921_

Date and time of recovery _8-3-12   7:40 Pm_

Location of recovery _ETMC Tyler_
_Room 2262_

Recovered by _B. Fletcher_

## CHAIN OF POSSESSION

Received from _B. Fletcher_

By _M. Owens_

Date _8-6-12_ Time _8:00_ AM PM

Received from _M. Owens_

By _B. Gray_

Date _10-2-12_ Time _10:00_ AM PM

Received from _____

By _____

Date_____ Time_____ AM PM

IA - 34                                    T0664

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

_220_



**xas Department of Criminal _stice**
**OFFICE OF THE INSPECTOR GENERAL**

## EVIDENCE RELEASE / RECEIPT FORM

CASE # 2012.02955          INVENTORY # 12-069

ON THIS _____ 2 _____ DAY OF ___ Nov. 12 ___ . THE FOLLOWING EVIDENCE

WAS RECEIVED FROM _ M. Owens _ OF THE _ Beto - OIG _

_____ (UNIT/DIVISION)

DESCRIPTION OF EVIDENCE:

(1)  Compact Disk _____

_____

_____

_____

_____

_____

_____

_____

RELEASED BY: M. Owens          RECEIVED BY: B. Gray

RELEASED BY: _____          RECEIVED BY: _____

RELEASED BY: _____          RECEIVED BY: _____

RELEASED BY: _____          RECEIVED BY: _____

RELEASED BY: _____          RECEIVED BY: _____

DISPOSITION OF EVIDENCE: _____

_____

_____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

CC-0290  (07/2005)



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED



Copy of OIG case to Litigation Support on 04-18-2013 by cec
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER 142-12-107374 |
|---|---|---|

*Handwritten in left margin: 1202955 Region on A MHU 179 7901*

| 1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) | | | | | (Maiden) | 2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy) |
|---|---|---|---|---|---|---|
| RODNEY GERALD ADAMS | | | | | | AUGUST 4, 2012 |
| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | Mo | Days | Hours | Min | 6. BIRTHPLACE (City & State or Foreign Country) |
| MALE | | 45 | | | | | ODESSA, TX |
| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | ☐ Married | 9. SURVIVING SPOUSES NAME (if wife, give name prior to first marriage) |
| | ☐ Widowed  ☒ Divorced  ☐ Never Married  ☐ Unknown | | |
| 10a. RESIDENCE STREET ADDRESS | | 10b. APT. NO. | 10c. CITY OR TOWN |
| 1385 FM 3328 | | | TENNESSEE COLONY |
| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
| ANDERSON | TEXAS | 75661 | ☐ Yes  ☒ No |
| 11. FATHER'S NAME | | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
| GERALD WESLEY ADAMS | | WANDA LEE BERTRAN |

| 13. PLACE OF DEATH (CHECK ONLY ONE) |
|---|
| IF DEATH OCCURRED IN A HOSPITAL: | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: |
| ☒ Inpatient  ☐ ER/Outpatient  ☐ DOA | ☐ Hospice Facility  ☐ Nursing Home  ☐ Decedent's Home  ☐ Other (Specify) |
| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP  (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO.) | 16. FACILITY NAME (If not institution, give street address) |
| SMITH | TYLER, 75701 | EAST TEXAS MEDICAL CENTER |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City,State,Zip Code) |
| LISA A D'CUNHA | 262 FM 3478 STE B, HUNTSVILLE, TX 77320 |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE PRISON -

| 19. METHOD OF DISPOSITION | 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH | 21. |
|---|---|---|
| ☐ Burial  ☒ Cremation  ☐ Donation | | ☒ Unknown |
| ☐ Entombment  ☐ Removal from state | JAMES W SMITH JR,BY ELECTRONIC SIGNATURE - 114923 | Section ____ Block ____ Lot ____ Space ____ |
| ☐ Other (Specify) | | |
| 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 23. LOCATION (City/Town, and State) | |
| CREMATE TEXAS | SOUTH HOUSTON, TX | |
| 24. NAME OF FUNERAL FACILITY | 25. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) |
| CARNES - TDCJ | 3100 GULF FREEWAY, TEXAS CITY, TX 77591 |

| 26. CERTIFIER (Check only one) |
|---|
| ☐ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated. |
| ☒ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated. |
| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (mm-dd-yyyy) | 29. LICENSE NUMBER | 30. TIME OF DEATH (Actual or presumed) |
| MITCH SHAMBURGER , BY ELECTRONIC SIGNATURE | AUGUST 10, 2012 | | 17:50 |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER (Street and Number, City,State,Zip Code) | | 32. TITLE OF CERTIFIER |
| MITCH SHAMBURGER  PO BOX 62, WINONA, TX 75792 | | JP |

| 33. PART I. ENTER THE CHAIN OF EVENTS - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH. | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. PENDING | |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |

| PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH  BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I. | 34. WAS AN AUTOPSY PERFORMED? |
|---|---|
| | ☒ Yes  ☐ No |
| | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
| | ☐ Yes  ☒ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | 38. IF FEMALE: | 39. IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|
| ☐ Natural | ☐ Yes | ☐ Not pregnant within past year | ☐ Driver/Operator |
| ☐ Accident | ☐ No | ☐ Pregnant at time of death | ☐ Passenger |
| ☐ Suicide | ☐ Probably | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Pedestrian |
| ☐ Homicide | ☒ Unknown | ☐ Not pregnant, but pregnant 43 days to one year before death | ☐ Other (Specify) |
| ☒ Pending Investigation | | ☐ Unknown if pregnant within the past year | |
| ☐ Could not be determined | | | |
| 40a. DATE OF INJURY (mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g. Decedent's home, construction site, restaurant, wooded area) |
| | | ☐ Yes  ☐ No | |
| 40e. LOCATION (Street and Number, City,State,Zip Code) | | | 40f. COUNTY OF INJURY |
| 41. DESCRIBE HOW INJURY OCCURRED | | | |

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 02-1713 | AUGUST 24, 2012 | REGISTRAR - NORTHEAST TEXAS PHD, ELECTRONICALLY FILED |
| EDR NUMBER  000001179214 | | |

VS-112 REV 1/2006

JHE 25.0

*Barcode: Q A 0 1 4 2 5 9 4 5*

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

Copy of OIG case to Litigation Support on 04-18-2013 by cc
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

ISSUED  AUG 27 2012

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

GERALDINE R. HARRIS
STATE REGISTRAR

Patient Account:  20005972-517
Med. Rec. No.:  (0150) 1797921
Patient Name:  **ADAMS, RODNEY GERALD**
Age: 45 YRS   DOB ▓▓▓▓▓  Sex: M   Race: C
Admitting Dr: OUTSIDE TDCJ
Attending Dr: OUTSIDE TDCJ
Date/Time Admitted:  08/06/12 - 1413
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1236
Fax (409) 772-5683

**Pathology Report**

*1797921*

120 2955
Region A
mHO

### PROVISIONAL AUTOPSY REPORT
Autopsy Office (409) 772-2858

Autopsy No.: **AU-12-00167**

**AUTOPSY INFORMATION:**
Occupation: INMATE       Birthplace: UNK       Residence: TEXAS
Date/Time of Death: 8/4/12  17:50       Date/Time of Autopsy: 8/8/12
Pathologist/Resident: WALKER/VAN DELLEN       Service: TDC CONTRACT
Restriction: NONE

\*\*\*
The on-line version of the final autopsy report is abbreviated.  If you would
like a copy of the complete final report, or if you have any questions
regarding this report, please contact the Autopsy Division Office,
(409) 772-2858.
\*\*\*

### PROVISIONAL AUTOPSY DIAGNOSIS

I.  **Body As a Whole:** Clinical history of hyperthermia (107 deg Fahrenheit),
    hypotension, and coagulopathy (platelet count = 50,000/microliter,
    prothrombin time = 320 seconds, partial thromboplastin time = 243 seconds,
    d-dimer > 69,000 micrograms/L, fibrin degradation products > 40
    micrograms/L)
    A. **Brain:** Diffuse cerebral edema with mild tonsillar herniation
    B. **Lungs, bilateral:**
        1) Diffuse petechiae of the visceral pleura
        2) Patchy areas of congestion
        3) Mild to moderate pulmonary edema and congestion
        4) Weight: left lung = 940g, right lung = 840g
    C. **Spleen:** Geographic necrosis
    D. **Kidneys, bilateral:** Scattered cortical petechiae
    E. **Mediastinal soft tissue:** Hemorrhage
    F. **Aorta, suprarenal:** Patchy areas of adventitial hemorrhage
    G. **Colon:**
        1. 1L dark, red stool
        2. Patchy areas of mucosal petechiae and congestion

II. **Other Findings:**
    A. **Kidney, left:** Simple cyst in the upper pole, 1.5 x 1.5 cm, with clear,
       yellow fluid.
    B. **Thyroid:** Tan, circumscribed nodule, 0.5 x 0.3 cm.
    C. **Esophagus:** Diffuse mucosal congestion
    D. **Bladder:** Muscular hypertrophy, patchy areas of mucosal congestion


The decedent was a 46 year old white male, incarcerated at TDCJ, and in a
holding barracks with 54 other inmates, awaiting transfer to the state
penitentiary. On August 3rd, 2012, he was found by a security guard to be
having a seizure, and was transported to Palestine Regional Medical Center. He
presented to the emergency department unresponsive with a temperature of 107
deg Fahrenheit, severe hypotension, and coagulopathy consistent with
disseminated intravascular coagulation (DIC). He was transferred to East Texas

Control of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING/DISTRIBUTION PROHIBITED

Patient Name:
Patient Location:
Room/Bed:                          26.0
Printed Date/Time: ADAMS, RODNEY GERALD
                                AUTOPSY      Page:

*\*\* The above diagnoses are based on gross findings and are subject
to modification after microscopic study. This report should not be used for
insurance or medicolegal purposes. Final report will follow.\*\**

Patient Account: 20005972-517
Med. Rec. No.: (0150)1797921
Patient Name: **ADAMS, RODNEY GERALD**
Age: 45 YRS   DOB [REDACTED]   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date/Time Admitted: 08/06/12 - 1413
Copies to:

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-054
(409) 772-123
Fax (409) 772-568

**Pathology Report**

## PROVISIONAL AUTOPSY REPORT
**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-12-00167**

Medical Center the same day, at 2352 hours, and in addition to the findings
above, was noted to have metabolic acidosis, creatine kinase level of 1320
IU/L (normal 60 and 400 IU/L).  As he remained unresponsive and in refractory
shock, it was determined that further resuscitative efforts were futile. Given
his poor prognosis, and with the consent of his mother, mechanical ventilation
and pressor therapy were withheld. He was pronounced dead on August 4th, 2012
at 1750 hours, and a complete autopsy was performed on August 8th, 2012. The
outside temperature of the holding cell taken at the time of the inciting
event on August 3rd, 2012 was recorded to be 102 deg Fahrenheit, with a
humidity of 38%, and the ambient temperature was 91.6 deg Fahrenheit.
Based on the autopsy findings, it is our opinion that the cause of death was
hyperthermia resulting in fulminant DIC and hypotensive shock. The manner of
death is natural.

Patient Name:
Patient Location:
Room/Bed:
Printed Date/Time:

26.1

ADAMS, RODNEY GERALD:
AUTOPSY

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
** *The above diagnoses are based on gross findings and are subject*
*to modification after microscopic study. This report should not be used for*

*Patient Account:*  20005972-517
*Med. Rec. No.:*  (0150)1797921
*Patient Name:*  **ADAMS, RODNEY GERALD**
*Age:*  45 YRS   *DOB:* ▮▮▮▮   *Sex:* M     *Race:* C
*Admitting Dr.:*  OUTSIDE TDCJ
*Attending Dr.:*  OUTSIDE TDCJ
*Date / Time Admitted:*  08/06/12 - 1413
*Copies:* DAVID H. WALKER, M.D., PATHOLOGIST
        08/09/12
        MVD/TW

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-054▮
(409) 772-123▮
Fax (409) 772-568▮

**Pathology Report**

(Electronic Signature)

---

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Patient Name:*
*Patient Location:*
*Room/Bed:*                                   26 2
*Printed:* ADAMS, RODNEY GERALD
        AUTOPSY

**\*\* The above diagnoses are based on gross findings and are subject
to modification after microscopic study.  This report should not be used for**

          OIG- Adams 65

*Patient Account:*  20005972-517
*Med. Rec. No.:*  (0150)1797921
*Patient Name:*  **ADAMS, RODNEY GERALD**
*Age:*  45 YRS   *DOB:*   ▮▮▮▮   *Sex:* M   *Race:* C
*Admitting Dr.:*  OUTSIDE TDCJ
*Attending Dr.:*  OUTSIDE TDCJ
*Date / Time Admitted :*   08/06/12   1413
*Copies to :*

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

*1797921*

### FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:  AU-12-00167**

**AUTOPSY INFORMATION:**
    Occupation: INMATE          Birthplace: UNK          Residence: TEXAS
    Date/Time of Death: 8/4/12  17:50    Date/Time of Autopsy: 8/8/12
    Pathologist/Resident: WALKER/VAN DELLEN      Service: TDC CONTRACT
    Restriction: NONE

    ***
    The on-line version of the final autopsy report is abbreviated.  If you would
    like a copy of the complete final report, or if you have any questions
    regarding this report, please contact the Autopsy Division Office,
    (409)772-2858.
    ***

### FINAL AUTOPSY DIAGNOSIS

| | |
|---|---|
| I. Body As a Whole: Clinical history of hyperthermia (107 degrees | |
|     Fahrenheit), hypotension, and coagulopathy consistent with DIC | C2 |
|     A. Brain: Diffuse cerebral edema with mild tonsillar herniation | A4 |
|     B. Lungs, bilateral: Edema and congestion (left lung = 940g, right | |
|        lung = 840 g) | A4 |
|        1. Diffuse petechiae of the visceral pleura | A4 |
|     C. Lung, left: Early bronchopneumonia; focal chronic interstitial | |
|        pneumonia | A3 |
|     D. Spleen: Geographic necrosis | A4 |
|     E. Kidneys, bilateral: Scattered cortical petechiae; no thrombi | |
|        detected | A4 |
|     F. Mediastinum: Soft tissue hemorrhage | A4 |
|     G. Aorta, suprarenal: Patchy areas of adventitial hemorrhage | A4 |
|     H. Colon: 1L dark, red stool | A4 |
|        1. Patchy areas of mucosal petechiae and congestion | A4 |
| | |
| II. Other Findings: | |
|     A. Kidney, left: Simple cyst in the upper pole, 1.5 x 1.5 cm, with | |
|        clear, yellow fluid | A5 |
|     B. Bladder: Muscular hypertrophy; patchy areas of mucosal congestion | A3 |
|     E. Liver: Mild steatosis | A5 |

***TYPE: Anatomic(A) or Clinical(C) Diagnosis.
IMPORTANCE: 1-immediate cause of death (COD); 2-underlying COD;
3-contributory COD; 4-concomitant, significant; 5-incidental or 4.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Patient Name:*   *ADAMS, RODNEY GERALD*
*Patient Location:*   *AUTOPSY*
Room/Bed:   -          **27.0**
*Printed Date / Time:*   **09/14/12 - 1007**

*Page: 1*

Continued

Plaintiffs' MSJ Appx. 5800                    OIG- Adams 66

Patient Account:   20005972-517
Med. Rec. No.: **(0150)1797921**
Patient Name:   **ADAMS, RODNEY GERALD**
Age:   45 YRS   DOB: ▮▮▮▮▮   Sex: M   Race: C
Admitting Dr.:   OUTSIDE TDCJ
Attending Dr.:   OUTSIDE TDCJ
Date / Time Admitted :   08/06/12   1413
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

---

## *FINAL AUTOPSY REPORT*
**Autopsy Office (409)772-2858**

**Autopsy No.:   AU-12-00167**

### CLINICAL SUMMARY:

The decedent was a 46 year old white male, incarcerated at TDCJ, and in a holding barracks with 54 other inmates, awaiting transfer to the state penitentiary. On August 3rd, 2012, he was found by a security guard to be having a seizure, and was transported to Palestine Regional Medical Center. He presented to the emergency department unresponsive with a temperature of 107 degrees Fahrenheit, severe hypotension, and coagulopathy consistent with disseminated intravascular coagulation (DIC). He was transferred to East Texas Medical Center the same day, at 2352 hours, and in addition to the findings above, was noted to have metabolic acidosis and creatine kinase level of 1320 IU/L (normal 60 and 400 IU/L). As he remained unresponsive and in refractory shock, it was determined that further resuscitative efforts were futile. Given his poor prognosis, and with the consent of his mother, mechanical ventilation and pressor therapy were withheld. He was pronounced dead on August 4th, 2012 at 1750 hours, and a complete autopsy was performed on August 8th, 2012. The outside temperature of the holding cell taken at the time of the inciting event on August 3rd, 2012 was recorded to be 102 degrees Fahrenheit, with a humidity of 38%, and the ambient temperature was 91.6 degrees Fahrenheit. Based on the autopsy findings, it is our opinion that the cause of death was hyperthermia resulting in fulminant DIC and hypotensive shock. The manner of death is natural.

MVD/TW
09/06/12

---

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name:   ADAMS, RODNEY GERALD
Patient Location:   *AUTOPSY*
Room/Bed:   -
Printed Date / Time:   09/14/12 - 1007

27.1

Page: 2

Continued

*Patient Account:*  20005972-517
*Med. Rec. No.:*  (0150)1797921
*Patient Name:*  **ADAMS, RODNEY GERALD**
*Age:*  45 YRS  *DOB:* ▮▮▮▮▮  *Sex:* M   *Race:* C
*Admitting Dr.:*  OUTSIDE TDCJ
*Attending Dr.:*  OUTSIDE TDCJ
*Date / Time Admitted :*   08/06/12   1413
*Copies to :*

UTMB
**University of Texas Medical Branch**
Galveston, Texas   77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT

**Autopsy Office (409)772-2858**

**Autopsy No.:**  AU-12-00167

### GROSS DESCRIPTION:

I.   CLOTHING AND PERSONAL EFFECTS:  None

II.  THERAPEUTIC INTERVENTION:
    -Endotracheal tube
    -Nasogastric tube
    -Left antecubital fossa area: catheter
    -Dorsum of right hand: intravenous catheter
    -Left 2nd digit: pulse oximeter
    -Right femoral area: triple lumen catheter
    -Rectum: Flexi-Seal catheter

III. EXTERNAL EXAMINATION
The body, identified by name on the right wrist band, right ankle band, and
right toe tag, is that of a well-nourished adult 46 year-old Caucasian male,
with a body length of 167 cm. Rigor mortis is present in all four extremities.
The skin is white and intact, with red/pink and slightly blanchable lividity
present in the forehead, anterior and posterior neck, and posterior thorax.
Short, reddish/brown hair is present on the supraorbital ridge, anterior
thorax, abdomen, and pubic area, and similarly-colored hair stubble on the
scalp and chin. The sternal area is shaven, with four surrounding
electrocardiogram pads. The calvarium is symmetric and intact to palpation,
and the scalp is intact. The corneae are clear, the sclerae are white, and the
conjunctivae are injected. There is hemorrhage of the sclera in the lateral
corner of the right eye. The irides are blue, and the pupils are 0.4 cm
bilaterally. Dentition is fair. The penis is circumcised, and the testicles
are descended.

The following marks and scars are present:
- Left periorbital ecchymosis, spanning 2.5 cm inferiorly and 1.5 cm
  superiorly, measured from the lateral canthus
- Right anterior neck:  10.5 cm linear scar
- Right deltoid: tattoo of skull with the name "Harley Davidson"
- Right deltoid: puncture wound with surrounding ecchymosis
- Left anterior upper extremity: 5 cm area of scattered petechiae and
  ecchymosis
- Right posterior forearm: puncture wound
- Left posterior forearm: puncture wound with surrounding ecchymosis
- Right antecubital fossa: puncture wound with surrounding ecchymosis
- Left  antecubital fossa: puncture wound with surrounding ecchymosis
- Sternal area: 8 cm x 5 cm area of patchy echymosis
- Right inguinal area: 4 cm x 3.2 cm  and 1 cm x 1 cm dry, yellow scabs
- Right anteromedial thigh: 2 cm x 2 cm dry, yellow, scab
- Left inguinal area: 3 puncture wounds with surrounding dried blood and
  ecchymosis
- Left anteromedial thigh: 4 cm x 5 cm dry, yellow scab

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Patient Name:*  **ADAMS, RODNEY GERALD**
*Patient Location: AUTOPSY*
*Room/Bed:*   -
*Printed Date / Time:*  09/14/12 - 1007

27.2

Patient Account:  20005972-517
Med. Rec. No.: (0150)1797921
Patient Name:  **ADAMS, RODNEY GERALD**
Age:  45 YRS   DOB: ▇▇▇▇   Sex:  M    Race: C
Admitting Dr.:  OUTSIDE TDCJ
Attending Dr.:  OUTSIDE TDCJ
Date / Time Admitted :   08/06/12   1413
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

## *FINAL AUTOPSY REPORT*
**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-12-00167**

**GROSS DESCRIPTION:**
- Left anterior leg: 2 blue punctate scars, 1 punctate scab, 1 scab measuring
  1 cm x 0.5 cm
- Right anteromedial leg: 2 linear scabs measuring 0.5 cm each

IV.  INTERNAL EXAMINATION
The body is opened using a Y-shaped incision to reveal a 5.0 cm panniculus and
the thoracic organs in the correct anatomic positions. There is mediastinal
soft tissue hemorrhage.

SEROUS CAVITIES: The pericardial space contains 48 mL of clear, red fluid. The
right and left pleural spaces contain 100 mL and 150 mL clear, red fluid,
respectively. The peritoneal space contains 50 mL clear, red fluid.

CARDIOVASCULAR SYSTEM: The heart weighs 352 g (normal 270-360 g). The left
ventricular wall is 1.5 cm (normal 1.0-1.8 cm) in thickness at the junction of
the posterior papillary muscle and free wall, with concentric hypertrophy. The
right ventricle is 0.2 cm (normal 0.25-0.3 cm) thick, measured 2 cm below the
pulmonic valve annulus, anteriorly. The cardiac valves are unremarkable. Valve
circumferences measured on the fresh heart are: tricuspid valve 10.4 cm
(normal 12-13 cm), mitral valve 10.2 cm (normal 10.5-11.5 cm), aortic valve
7.4 cm (normal 7.7 cm-8 cm), pulmonic valve 8.0 cm (normal 8.5-9 cm). There
are no acute ischemic cardiac lesions identified. The endocardium is smooth,
and the majority of the anterior surface of the heart is covered with
epicardial fat.

The coronary arteries are dissected longitudinally, and no significant
stenosis is observed. The posterior circulation is right dominant. The
thoracic and abdominal aorta and major branches are intact. There is no
embolus or thrombus observed in the pulmonary artery. There are moderate fatty
streaks of the suprarenal aorta as well as patchy areas of adventitial
hemorrhage, and moderate atherosclerotic plaques of the infrarenal aorta. The
celiac, superior and inferior mesenteric, renal, and iliac arteries are
normal. The superior and inferior vena cavae and portal vein are normal.

RESPIRATORY SYSTEM: The neck presents an intact hyoid bone as well as thyroid
and cricoid cartilages. The larynx is composed of unremarkable vocal cords and
folds, appearing widely patent without foreign material, and is lined by
smooth, glistening membrane. The epiglottis is a characteristic plate-like
structure, and grossly unremarkable. Both the musculature and the vasculature
of the anterior neck are unremarkable. The trachea is in the midline, and its
mucosa is mildly congested. The right lung weighs 850 g and the left 940 g.
There are diffuse bilateral petechiae in the visceral pleura. Both lungs
appear edematous with patchy areas of congestion.

GASTROINTESTINAL SYSTEM: The tongue has a finely granular surface and is

Patient Name:  *ADAMS, RODNEY GERALD*
Patient Location:  *AUTOPSY*
Room/Bed:        -

*27.3*

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED
Printed Date / Time:  *09/14/12 - 1007*

*Page:  4*

Continued

Patient Account: 20005972-517
Med. Rec. No.: (0150)1797921
Patient Name: **ADAMS, RODNEY GERALD**
Age: 45 YRS   DOB: ▮▮▮▮   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted: 08/06/12   1413
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

---

### *FINAL AUTOPSY REPORT*

**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-12-00167**

**GROSS DESCRIPTION:**

unremarkable. The pharynx and esophagus are intact with diffusely congested mucosa. The stomach is intact and contains approximately 50 mL of dark green fluid, and is grossly unremarkable.

There are patchy areas of mucosal petechiae in the small bowel. The large bowel contains approximately 1 L of dark red stool. There is an area of dark, mottled discoloration in the serosa of the transverse colon. There are patchy areas of mucosal petechiae and congestion in the entire length of large bowel.

The appendix is present and grossly normal.

The surface of the liver is smooth, diffusely tan, and grossly unremarkable. Serial slicing reveals a smooth homogenous parenchyma.

The gallbladder and extrahepatic biliary tree are intact, and the gallbladder contains 35 ml of dark green bile, with an unremarkable mucosa. The cystic and common bile ducts are patent. Cholecystitis or lithiasis are not identified. The structures of the hepatic hilus are intact.
The pancreas has a normal conformation. The parenchyma is slightly autolyzed, tan, and there is patchy fatty infiltration. The major ducts are patent.

**GENITOURINARY SYSTEM:** The renal cortical surfaces have patchy areas of congestion and scattered petechiae. The capsules strip with ease. The right kidney weighs 180 g and the left 200 g. The right cortex and medulla are 0.6 cm and 1.2 cm, respectively, and the left cortex and medulla are 0.8 cm and 1.4 cm, respectively. There is a 1.5 cm x 1.5 cm simple cyst in the upper pole of the left kidney, which contains clear, yellow fluid. The renal columns of Bertin extend between the well demarcated pyramids and appear unremarkable. The medulla presents normal renal pyramids with unremarkable papillae. No calculi are observed. The renal arteries and veins are unremarkable.

The ureters are of normal caliber lying in their course within the retro-peritoneum and are probe-patent into the urinary bladder.  There are patchy areas of congestion in the urinary bladder mucosa, and mild hypertrophy of the bladder wall.

Prostate: The prostate is tan in color, and appears normal in size.  Serial slicing reveals a uniformly smooth, tan surface.

Testes: The right and left testes weigh 13.9 g and 15.4 g, respectively (normal 20-25 g). The tunica albugineas are tan/white, smooth and glistening. The cut surfaces are tan/yellow, and the tubules string with ease.

**HEMATOPOIETIC SYSTEM:** The spleen weighs 180 g (normal 125 - 195 g). The cut surface reveals a dark red parenchyma with multiple patchy areas of pale

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name: *ADAMS, RODNEY GERALD*
Patient Location: *AUTOPSY*
Room/Bed:      -
Printed Date / Time:  *09/14/12 - 1007*

*27.4*

Continued...

Patient Account:   20005972-517
Med. Rec. No.:   (0150)1797921
Patient Name:   **ADAMS, RODNEY GERALD**
Age:   45 YRS   DOB: ▆▆▆▆▆ Sex: M   Race: C
Admitting Dr.:   OUTSIDE TDCJ
Attending Dr.:   OUTSIDE TDCJ
Date / Time Admitted :   08/06/12   1413
Copies to :

**UTMB**
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683

**Pathology Report**

---

## *FINAL AUTOPSY REPORT*

**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-12-00167**

### GROSS DESCRIPTION:

discoloration consistent with necrosis.

ENDOCRINE SYSTEM: The thyroid gland weighs 15.5 g (normal 10-22 g), presenting two well-defined lobes with connecting isthmus and a beefy brown cut-surface. There is a 0.5 cm x 1.5 cm tan, circumscribed nodule in the parenchyma. The parathyroids are not identified. Adrenal glands are of normal shape. The right and left adrenal glands weigh 6.6 g and 6.5 g, respectively. Serial sectioning presents no gross lesions.

CENTRAL NERVOUS SYSTEM: The scalp is intact without contusions or lacerations. The calvarium is likewise intact without bony abnormalities or fractures. The brain weighs 1,520 g (normal 1200-1400 g). There is diffuse gyral flattening and mild tonsillar herniation. The brain is fixed in formalin for later examination by a neuropathologist.

SPINAL CORD: The spinal cord is fixed and formalin for later examination by a neuropathologist.

MVD/TW
08/14/12

---

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name:   *ADAMS, RODNEY GERALD*
Patient Location:   *AUTOPSY*
Room/Bed:   -
Printed Date / Time:   *09/14/12 - 1007*

*275*

*Page:  6*

**Continued....**

*Patient Account:* 20005972-517
*Med. Rec. No.:* **(0150)1797921**
*Patient Name:* **ADAMS, RODNEY GERALD**
*Age:* 45 YRS  *DOB:* ████████  *Sex:* M  *Race:* C
*Admitting Dr.:* OUTSIDE TDCJ
*Attending Dr.:* OUTSIDE TDCJ
*Date / Time Admitted :*  08/06/12  1413
*Copies to :*

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

## FINAL AUTOPSY REPORT

**Autopsy Office (409)772-2858**

**Autopsy No.:  AU-12-00167**

**MICROSCOPIC DESCRIPTION:**

Note:  All slides are stained with H&E unless otherwise specified.
NPC = No Pathologic change (autolysis) after a diagnosis means that post
mortem decomposition compromised the assessment

Adrenals, slide 1: NPC

Tests, slide 2: Focal atrophy, otherwise NPC

Thyroid, slide 3: Multinodular, NPC

Lung, left, slide 4: Early bronchopneumonia; focal chronic interstitial
pneumonia

Lung, right, slide 5: Congestion; hemosiderin-laden macrophages

Heart, left, slides 6-8: NPC

Heart, right, slide 9: NPC

Kidneys, slide 10: No thrombi detected (autolysis)

Liver, slide 11: Mild steatosis

Spleen, slide 12: Multiple foci of congestion

Duodenum, slide 13: NPC

Colon, slide 14: NPC

Prostate, slide 15: NPC

MVD/TW
09/07/12

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5806                OIG- Adams 72

Patient Account:   20005972-517
Med. Rec. No.: **(0150)1797921**
Patient Name: **ADAMS, RODNEY GERALD**
Age:   45 YRS   DOB: ▮▮▮▮   Sex: M   Race: C
Admitting Dr.: OUTSIDE TDCJ
Attending Dr.: OUTSIDE TDCJ
Date / Time Admitted :   08/06/12  1413
Copies to :

UTMB
**University of Texas Medical Branch**
Galveston, Texas  77555-0543
(409) 772-1238
Fax (409) 772-5683
**Pathology Report**

---

### FINAL AUTOPSY REPORT
Autopsy Office (409)772-2858

**Autopsy No.:  AU-12-00167**

**CLINICOPATHOLOGIC CORRELATION:**

Hyperthermia with a core temperature of 104 degrees Fahrenheit or greater can be life threatening, and may occur when the body produces an excessive amount of heat, cannot adequately dissipate heat, such as when exposed to extreme environmental temperatures. As the core temperature increases, there is an increase in metabolic rate and oxygen consumption. Enzymes are affected by changes in temperature, as these proteins require a certain temperature and pH range beyond which they begin to denature. Injury to the cell membrane occurs, and tissues begin to leak potassium into the circulatory system. Rhabdomyolysis, or destruction of muscle tissue, can cause dangerous electrolyte imbalance, as well as release of myoglobin, which can have deleterious effects on the kidney. Vascular endothelium is particularly sensitive to hyperthermia, and when damaged, there is system activation of the clotting cascade, causing disseminated intravascular coagulopathy (DIC). When this occurs, there is depletion of platelets and other clotting factors in the formation of systemic microthrombi, which can damage delicate microvasculature, such as in the kidney. Multisystem organ failure ultimately occurs, and the decreased mean arterial blood pressure is inadequate to sustain perfusion to vital organs.

MVD/TW
09/06/12

---

DAVID H. WALKER, M.D., PATHOLOGIST                    (Electronic Signature)

09/10/12

---

Copy of OIG case to Litigation Support on 04.19.2013 by ce...
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Patient Name:  **ADAMS, RODNEY GERALD**
Patient Location:  **AUTOPSY**
Room/Bed: _____
27.6
Printed Date / Time:   09/14/12 - 1007

Plaintiffs' MSJ Appx. 5807                    OIG- Adams 73

*92-02955*
*Region A*
*MHO*

A-11.1 Attachment C

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Health Services Division
#### Custodial Death Report Information Worksheet

*This form must be completed on all offenders who expire while in the custody of TDCJ*

**Offender Name:** *Adams, Rodney*  **TDCJ #:** *179792 1*  **Facility:** *Gurney*

**Date of Death:** *8/14/2012*  **Was Autopsy Conducted?** ☒ Yes  ☐ No

### Provisional Cause of Death
01 ☒ Illness/Natural (Exclude AIDS-related): _____
02 ☐ Acquired Immune Deficiency Syndrome (AIDS)
03 ☐ Alcohol/Drug Intoxication
04 ☐ Accidental Injury to Self – Describe: _____
05 ☐ Accidental Injury By Other (e.g. positional asphyxiation during cell extraction)
    Describe: _____
06 ☐ Suicide
07 ☐ Homicide committed by other offender(s)
08 ☐ Other Homicide – Specify: _____
09 ☐ Other Causes – Specify: _____

### Circumstances Surrounding The Offender's Death
Was the provisional cause of death the result of a pre-existing medical condition or did the offender develop the condition after admission into TDCJ?

01 ☐ Pre-existing medical condition  02 ☒ Developed condition after admission

  1. Intoxication at time of custody:  ☐ Not Intoxicated  ☐ Alcohol Only  ☐ Drugs Only
    ☐ Drugs and Alcohol  ☒ Unknown

  2. Had the offender been receiving treatment by medical/mental health personnel for the medical/mental health condition after admission to your facility?
    • Include only medical/mental health treatment and medication related to the medical condition that caused the offender's death.
    • Exclude emergency care provided at the time of death.
    ☐ Yes – Describe: _____
    ☒ No

  a. Had deceased ever previously attempted suicide?  ☐ Yes  ☐ No  ☒ Unknown
  b. Was deceased taking any prescription medication?  ☐ Yes  ☒ No  ☐ Unknown
  c. Did deceased exhibit medical problems prior to death?  ☒ Yes  ☐ No  ☐ Unknown
  d. Did deceased exhibit mental problems prior to death?  ☐ Yes  ☐ No  ☒ Unknown
  e. Is suicide screening utilized at your facility?  ☒ Yes  ☐ No

03 ☐ Not applicable – cause of death was accidental injury, intoxication, suicide, or homicide.

### Complete the following for accidental injury, intoxication, suicide, and homicide deaths only
  1. When did this incident occur?
    ☐ Morning (6 am to 11:59 am)
    ☐ Afternoon (Noon to 5:59 pm)
    ☐ Evening (6 pm to 11:59 pm)
    ☐ Overnight (Midnight to 5:59 am)
  2. Where did the incident take place?
    ☐ In the offender's cell  ☐ In a temporary holding area/lockup
    ☐ In a common area within the facility (e.g. yard, library, cafeteria, day room, workshop)
    ☐ Outside the prison  ☐ Elsewhere – Specify: _____

**Name of Facility Medical Representative (Completing Worksheet):** _____, *MD*

27.7

Correctional Managed Care Support Unit 04.19.2013 version
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

## Transport of Offender

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back gate is noted as well as the destination arrival time. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center 1-888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

| Time | Details |
|------|---------|
| 7:05 pm | Arrived at hospital Trauma Room |
| 7:06 pm | Life Support was applied |
| 7:15 pm | Dr Toote came into the room |
| 7:30 pm | IV and cooling blanket used |
| 7:40 pm | Cat Scan |
| 7:50 pm | Left Cat Scan |
| 7:55 pm | Very critical know nothing else |
| 8:05 pm | Notified going to Tyler by Air |
| 8:45 pm | Dr Toote let us know that it was a heat stroke + severe hyperthermia and possible heart attack |
| 9:15 pm | Nurse Megan came in and checked temp. 103.7 |
| 9:20 pm | PHI Medical Staff arrived at the hospital and did flight prep |
| 9:30 pm | Officer Perry relieved officer Roy |
| 9:50 pm | Load on helicopter |
| 10:00 pm | Left Palestine |
| 10:20 pm | Arrived at ETMC in Tyler TX |
| 10:24 pm | Arrived in ETMC Room nurses Nick, Evan an Amanda taken charge of offender blood pressure 124/81 heart rate 129 |
| 10:27 pm | Hooked the offender up to breathing machine in emergency room |
| | Continued |

Copy of OIG case to Litigation Support on 04.19.2013 by ce. UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2nd
2

## Transport of Offender

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back gate is noted as well as the destination arrival time. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

| Time | Details |
|------|---------|
| 10:47 m | nurse Amanda checked temp 104.4 |
| 10:49 | nurse amanda checked vitals 44/... |
| 10:54 | nurse Amanda inserted Rectam tube |
| 10:57 | Tech leak came in and took x-ray's on offenders chest |
| 11:06 | Dr Mario came in and checked on offenders |
| 11:36 | Allison came in and checked vitals 47/30 |
| 12:30 | nurse Amanda gave vitamin k 10 units , Temp in 103.4 |
| 12:40 | Daughter Ashley Arrived |
| 0110 | Put Art line in |
| 0145 | moved to ICU room number 2262 |
| 0200 | mother of offender Arrived |
| 0205 | nurse Praktishiner kristen porter came in and checke on offender |
| 0245 | Dr Jones came in and did a central line |
| 0315 | Sancy from lab came and drew blood |
| 330 | mother came in and saw offender |
| 345 | nurse Johnny Gave two units of blood |
| 405 | nurse Johnny came in and changed IV bags |
| 430 | nurse Johnny checked IV's and all lines |
| 455 | Respitory Guy Jonathan came in and hooked up Respitory machine |
| 520 | nurse johnny hooked up another IV to Give offender more blood |
| 0545 | nurse Johnny took temp 97.6 |
| 0615 | nurse Johnny gave two more units of blood |
| 0630 | nurse Johnny checked all machines again |
| 0652 | was Released by 1st shift |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Adams 76

3

## Transport of Offender

Instructions: Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back site is noted as well as the destination arrival time. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

| Time | Details |
|------|---------|
| 0653 | AT 6:53 AM OMT's 4 2012 COV T. RODRIGUEZ AND MYSELF COV B. McClAINE Reported To Room 2262 TCW DEPARTMENT AND RELIEVED 2ND SHIFT OFFICERS FROM DUTY FROM ET M.C. TYLER HOSPITAL. OFFICER COV T. RODRIGUEZ WAS STATIONED IN THE ROOM WITH OFFENDER ADAMS, RODNEY TDCJ# 1787911 AND I OFFICER COV B. McClAINE WAS STATIONED OUTSIDE OF ROOM IN CLEAR SIGHT OF THE OFFENDER. ALL DOCUMENTATION OF THINGS THAT TOOK PLACE ALONG WITH NAMES OF WHOM DID SERVICES TO PATIENT. ADN TIMES WERE LOGGED AT 4:58 PM ALL IV DRIPS WERE CUT OFF AT 5:41 PM VENTILATOR WAS TURNED OFF. AT 5:50 PM OFFENDER ADAMS WAS PRONOUNCED DECEASED BY DR. JONES |
| | Billy W. McClaine COV |
| | AT 6:36 PM I COV B. McClAINE Received A CALL FROM OIG MARK OWENS STATING OIG Buddy FLETCHER Would be HANDLING INQUIRY. AT 6:43 PM I COV B. McClAINE Received A CALL FROM Justice OF PEACE Shamburger STATED he Would NOT PHYSICALLY be COMING TO HOSPITAL but Would FAX HIS MATERIAL OFF TO UTMB GALVESTON. J.P. Advised Me THAT A BEAUMONT TRANSPORT Would be PICKING UP THE BODY FROM HOSPITAL AND deliver IT TO UTMB HOSPITAL GALVESTON FOR AUTOPSY |
| | Billy W. McClain |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED.

OIG- Adams 77

3/4/13                                                                  4

## Transport of Offender

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the off-site medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the **departure time** from the **unit back gate** is noted as well as the **destination arrival time**. The original will be sent with the transport, with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

Ashley Adams, Mother Karen

| Time | Details |
|---|---|
| | (illegible) |
| 1403 | (illegible) |
| 1600 | Nurse came in and changed her bandages (Nurse Kim) |
| 1730 | Nurse Kim talked to BAS (illegible) from the BAS gate, nurse cleaned bandages and then took temperature |
| 1745 | Nurse Jeri came in and (illegible) |
| 1800 | Nurse Kim still changing bandages did rectal temperature 94.4 |
| 1835 | Sgt. Trimble finished offender Adams still in (illegible) cell |
| 1907 | Nurse Kim came in and changed IV bag, took temp 94.4 then removed urine and removed clothing |
| 1941 | Nurse Jeri came in and drew blood |
| 1943 | Dr. Jones came in and checked offender Adams, ordered a warming blanket |
| 2016 | Dr. (illegible) came in accessed the offender waiting on hospital to come back (blood results) Dr. Issona contacted family |
| 2019 | Nurse Kim came in tapped IV on arm, used suction for drawing (illegible) blood out of chest took temp 94.5 |
| 2041 | Chaplain Shane came in and inquired about the family and talked to blood doctor |
| 2043 | Nurse came in and drew blood |
| 2049 | Nurse Kim took blood pressure 54/35 |
| 2053 | Nurse Kim re-done blood pressure 100/34 |
| 2100 | Nurse Kim checked temp 94.6 |
| 2103 | Nurse Kim came in and did sonogram on heart |
| 2120 | Nurse Kim came in and put on circulation machine on legs |
| 2123 | Nurse Kristen came in and drew blood, still trying to find pulse, found pulse to 130 |
| 2136 | Nurse came in and checked sister |
| 2155 | Nurse Kim came in, checked vitals, cleaned the offender up blood pressure 80/43, temp 94.6 |
| 2157 | Blood pressure 100/44 |
| 2206 | Nurse Kim came in, gave him more plasma/platelets 13x3 |
| 2216 | Blood pressure 103/31 |
| 2148 | Blood pressure, temp 93.7 (illegible) |
| 2221 | Took blood pressure again 109/76, stopped plasma/platelets not working |

Copy of OIG case to Litigation Support on 04.15.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.3

4/1/12

5

**Transport of Offender**

**Instructions:** Each shift will maintain any security related notes, to include the time that the OMT Command Center was contacted, throughout the shift during the transport to the offsite medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use blank pieces of paper written in the below format. Ensure that the departure time from the unit back date is noted as well as the destination arrival time. The original will be sent with the transport, with the copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: 888-456-5556. Use continuation forms as necessary. Also note time(s) relieved by on coming shift personnel.

NURSE KIM DEPC

| Time | Details |
|------|---------|
| 3:14 PM | Took Jumble Reading 19:46 |
| 3:33 | Nurse Kristen came in and cleaned |
| | T.B.C. in room |
| 3:11 | Nurse came in with Nurse Blouse under Blanket |
| 3:34 | Nurse came in and took Temp 91.4 |
| 3:46 | Nurse Kim came in made rounds handed to Co Bouron |
| 3:47 | Nurse Kim took blood Pressure 17/46 |
| 3:51 | Another Nurse came in drew blood |
| 4:35 | will of be Belliver came in on a Visit on Offender Adams |
| 4:55 | Dr. Jones came in assessing the offender called the nurse (Juana) in agreement that stop IV drips and no more blood |
| 4:58 | Nurse Kim advised by Dr Jones to unplug All I.V. drips |
| 5:33 | Nurse Kim came in Heart Rate down to 64, Pupils have zero reaction took BP 17/46 |
| 5:41 | Ventilator was turned off. |
| 5:50 | Dead (Expired) |
| 6:28 | Chaplain Taylor called inquiring about Family H. Officer Rodriquez informed him that they were still at home |
| 6:50 PM | B. Conaway & S McGee relieved 1st shift act Cor T. Rodriquez & Cor B McClain. |
| 8:18 PM | Office of the Inspector General Buddy Fletche arrived |
| 8:52 | Lt. Bagley arrived to take pictures |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Revision: 05/01/2012

Transport of Offender

**Instructions:** Each shift will maintain any security related notes to include the time that the OMT Command Center was contacted throughout the shift during the transport to the offsite medical facility. When calling OMT Command Center, obtain the name of the employee you notified. If additional space is needed, you can use a blank piece of paper written in the below format. Ensure that the departure time from the unit back gate is noted, as well as the destination arrival time. The original will be sent with the transport with a copy of the front forwarded to the Major's office pending the return of the original. OMT Command Center: (888-456-5556). Use continuation forms as necessary. Also note time(s) relieved by/oncoming shift personnel.

| Time | Details |
|------|---------|
| 8-5-12 000 hrs | Roll Call / Arrive General Room / |
| 8-5-12 005 | Called OMT 4 Showers |
| 8-5-12 010 hrs | Loaded offender on Gurney |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Revision: 05/01/2012

### Correctional Managed Care
### Urgent / Emergent Care Record

**ient Name:** ADAMS, RODNEY   **TDCJ#:** 1797921   **Date:** 08/03/2012 18:25   **Facility:** GURNEY (ND)

t recent vitals from : BP: ; Wt: ; Height ; Pulse: ; Resp:; Temp:

rgies;

lications:

| | | |
|---|---|---|
| **ZTROPINE IMG TABLET**<br>ABS ORAL TWICE DAILY for 30 Days<br>RFS CO JAIL INTAKE | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:52:00 M |
| **MBALTA 60MG CAPSULE #**<br>APS ORAL TWICE DAILY for 30 Days<br>AIL INTAKE NO RFS | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:53:00 AM |
| **ROXyzine PAMOATE 50MG CAP #**<br>APS ORAL TWICE DAILY for 30 Days<br>AIL INTAKE NO RFS | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: COPELAND, JEFFREY R | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 0<br>EXPIRATION DATE: 9/02/2012 09:55:00 AM |

**Patient Language:** ENGLISH   Name of interpreter, if required:

| MODE OF ARRIVAL | | CONDITION ON ARRIVAL | |
|---|---|---|---|
| Date: 08/03/2012   Time: 1820 | | Stable | |
| Ambulatory | | Guarded | |
| W/C | | X Serious | |
| X Stretcher | | Critical | |
| Carried | | | |

**CHIEF COMPLAINT/LOCATION/ONSET:** possible heat stroke / exhaustion offender skin very hot to touch, dry, offender not sweating

**SIGNIFICANT MEDICAL HISTORY:** depression

| Quantitative Pain Scale: Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | | | | |
|---|---|---|---|---|
| Location: | unknown | | Onset: | |
| Duration: | Offender cannot verbally Respond | | | |
| Aggravating Factors: | | | | |
| Alleviating Factors: | | | | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | Intermittent | Other: | |
| Radiating: | No | Yes | Location: | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5815                    OIG- Adams 81

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name:  ADAMS, RODNEY   TDCJ#:   17.97921   Date:  08/03/2012 18:25   Facility:   GURNEY (ND)

| GLASGOW COMA SCALE | | |
|---|---|---|
| Eye Opening | Best Verbal Response | Best Motor Response |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initial | Eye Opening | Motor Response | Verbal Response | Total Score |
|---|---|---|---|---|---|
| 1825 | PG | | | | 3 |

| CARDIAC | N/A | PULMONARY | N/A | GI | N/A | SKIN | N/A | NEURO | N/A |
|---|---|---|---|---|---|---|---|---|---|
| **Apical Pulse** | | **Respirations** | | **Denies Problems** | | Cold | | Alert | |
| Regular | | Normal | | Nausea | | X Warm | | Oriented X | |
| X Irregular | | Shallow | | Vomiting | | X Hot | | Confused | |
| JVD | | Labored | | Diarrhea | | Dry | | Lethargic | |
| **Peripheral Pulses** | | Nasal Flaring | | Rectal Bleeding | | Moist | | Unresponsive | |
| Upper | | Grunting | | Constipation | | Diaphoretic | | **Arm Strength** | |
| X R    L X | | Retractions | | Incontinent | | Normal | R | L | Normal |
| Lower | | Hyperventilating | | Last BM:  unknown   Date | | Pale | R | L | Weak |
| X R    L X | | X Use of accessory muscles | | | | Mottled | R | L X | Flaccid |
| **Bleeding** | | | | **Abdomen** | | Cyanotic | | **Leg Strength** | |
| X None | | **Lungs** | | X Soft | | Jaundiced | R | L | Normal |
| Controlled | | Clear | R L | Firm | | X Flushed | R | L | Weak |
| Excessive | | Crackles | R L | Distended | | Intact | R | L X | Flaccid |
| Location: | | Wheezes | R L | Obese | | Ortho    N/A | | **Pupils** | |
| Est. Blood Loss | X | Diminish | R L | Tender | | Deformity | | Equal | |
| cc: | | Absent | R L | Location: | | Swelling | | Unequal | |
| **Capillary Refill** | | **GU** | N/A | Rebound | | Location | R | L | Reactive |
| X Normal   eeee | | Burning | | **Bowel Sounds** | | **ROM** | R | L X | Nonreactive |
| Delayed | | Frequency | | Normoactive | | Full | R | L X | Dilated |
| **Edema** | | Urine Odor | | Hyperactive | | Limited | R | L | Constricted |
| Upper | | X Hematuria | | Hypoactive | | X Absent | X R | L X | Fixed |
| 0 1+ 2+ 3+ | | Incontinent | | X Absent | | | | | |
| X R    L | | Anuric | | NG/G-tube | | | | | |
| Lower | | Vag. Discharge | | **Initial Assessment Complete By:** | | | **Name** | | **Time** |
| 0 1+ 2+ 3+ | | Vag. Bleeding | | | | Pamela Graves   LVN | | | 1825 |
| R    L | | Catheter | | | | | | | |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.7

**Correctional Managed Care**
**Urgent / Emergent Care Record**

Patient Name: ADAMS, RODNEY   TDCJ#: 1797921   Date: 08/03/2012 18:25   Facility: GURNEY (ND)

**Contact Provider**

Name of Provider Notified: G. Schaller PA-C 08/04/12 Time: 0615

Provider Orders: Send offender 911 to local ER.
Start IV ē NS @ 150 ml hr. ice offender
down to armpits, groin, and neck. cover
offender body with cool water. Remove all
clothing.

Orders obtained and read back/verified by: (Name)   Pamela Graves WN

Details of abnormal findings and ongoing assessment and care.

**Nursing Note**                                                    Initial

nurse arrived to B-1 dorm, offender    PG
found lying on bunk open eyes, to
verbal stimuli, responding by withdrawing
to sternal rub, offender has no control over
muscle movement, PG instructed security
to notify Ms Wilbanks to call 911,
offender taken to medical per stretcher.   PG
P Graves WN

**VITAL SIGNS**

| Time | Temp | BP | Pulse | Resp | PaO2 | FS/BS | FHT | Initials |
|---|---|---|---|---|---|---|---|---|
|  | 109.9 Rct | — | — | — |  | 154 |  | PG |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

58.8

## Correctional Managed Care
## Urgent / Emergent Care Record

Patient Name: ADAMS, RODNEY   TDCJ #: 1797921   Date: 08/03/2012 18:25   Facility: GURNEY (ND)

### PEAK FLOW

| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best | * Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit. |
|------|--------------|--------------|--------------|-------------------------|---|
|      |              |              |              |                         | |
|      |              |              |              |                         | |

### MEDICATIONS

| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|------|-----------|------|-------|------|----------|--------------|------|----------|
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |
|      |           |      |       |      |          |              |      |          |

### I.V. THERAPY

| Line # | Location | Gauge | IVF | Rate | Time | Initials | Intake | | Output | |
|--------|----------|-------|-----|------|------|----------|--------|---|--------|---|
| g | Rt T AC | 20g | NS | 150ml | 1830 | PC | PO | | Urine | |
|  |  |  |  |  |  |  | IV | | Emesis | |
|  |  |  |  |  |  |  | NG | | NG | |
|  |  |  |  |  |  |  | Other: | | Other: | |

Do not release a patient from the clinic without a provider's order if the patient's PaO2 is less than 90% or peak flow is less than 80% of personal best. Normal adult peak flow without existing disease is 300-500.

| DISPOSITION OF PATIENT | CONDITION ON DISCHARGE | |
|------------------------|------------------------|---|
| Cell | Date: 08-03-12   Time: 1830 | |
| TDCJ Infirmary – Facility: | Improved | |
| Local ER   Via Ambulance | Stable | |
| Hospital Galveston | Unstable | X |
| Other: | Deceased | |
| TYPE OF TRANSFER: | UTILIZATION REVIEW NOTIFIED: | |
| Van | Date:   Time: | |
| Local EMS | N/A | |
| 911 Transfer | Yes | |
| UTMB EMS | No | |
| Other: | PRE-CERTIFICATION #: | |
| Contact Name (UTMB ONLY): | UR CONTACT: | |
| Contacted: | | |

...ls of abnormal findings and ongoing assessment and care.

| Nursing Notes cont'd |
|----------------------|
| |

SIGNATURE AND INITIALS OF ALL NURSING STAFF ADMINISTERING TREATMENT>

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

This document has been sent for signature, but has not yet been reviewed

28.9

OIG- Adams 84

PATIENT IDENTIFICATION

ADAMS, RODNEY
43328731 129-03-84 M 045Y
DOB: ▓▓▓▓▓▓ ETMC Tyler
43328731

**RECORD OF DEATH**

On every death, contact Southwest Transplant Alliance (STA) at 1-800-201-0527 to determine what organs and/or tissues can be donated and to discuss the family approach.
**ETMC Crockett & ETMC Trinity:**
On every death, contact LifeGift Organ Donation Center at (800) 633-6562 or (713) 737-8111 to determine what organs and/or tissues can be donated and to discuss the family approach.

78232
REV. 11/11




* D C 0 0 0 6 *

---

NAME _Adams Rodney_    DATE OF BIRTH _10-02-66_    DATE/TIME OF DEATH _08-04-12 1750_

UNIT / ROOM / PLACE OF DEATH _2WB/ 2262/ Bed_    AUTOPSY REQUESTED? ☑ Yes ☐ No

PRIMARY PHYSICIAN _Dr. David Jones_    PRONOUNCED BY _Dr. David Jones_

Organ Tissue/Agency Contact: _SWTA_    Date/Time Call Placed: _080412 1809_ Confirmation Number: _277996_

☑ Patient/decedent was determined medically **unsuitable** candidate for donation. Reason: _GI Bleed C PScope._

☐ Patient/decedent was determined medically **suitable** candidate for donation. _eye bank - Ref# 1752396 - P/O_

_If the decedent is determined to be a suitable candidate for donation, the organ/tissue agency (ONLY) will approach the family with this option. If consent is given, the organ/tissue agency is responsible to obtain written consent and place the form in the medical record._

**Deaths requiring notification of Law Enforcement Agencies:**

**JP Notified:**

Name: _Judge Schamberger_    Time: _1835_   By: _K Klingman RN_

---

**AUTHORIZATION FOR RELEASE OF BODY**

I, _Buddy Fletcher_ _____ (relationship) _Office of the Inspector General_ to the above named patient, authorize _CARDES Funeral Home_ Funeral Home, to assume responsibility for the custody and embalming of the deceased.

_Johnson RN_    X _Buddy Fletcher_
East Texas Medical Center Authorized Representative Witness    Authorized Signature of Patient Representative

---

**STATEMENT OF FUNERAL DIRECTOR**

_____, Funeral Home Representative, upon authorization of the above named individual,

have assumed custody of the body, _____Room_____

Date:_____   Funeral Home:_____

Time:_____   Address:_____

_____
Authorized Representative (Signature of Person Authorized to Receive the Body)

---

**If authorization is verbal or by telephone, the following must be completed.**

Authorization Received From:_____    Phone:_____

Address:_____

Relationship to Deceased:_____    Date/Time Received:_____

Funeral Home was called at _____ by_____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Name and Title of Person Completing Form    | Date | Time | Unit

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

HISTORY AND PHYSICAL
The patient was seen in the emergency room.  The patient actually was transferred from an outlying institution.  The patient actually is a 45-year-old white male who was actually incarcerated and was found down.  By the time the patient had presented to the emergency room locally he apparently had a core temperature of 108 and was unresponsive. The patient was then stabilized.  He was intubated, had IV fluid resuscitation. Continued to have an increased temperature of 108 and was completely unresponsive. In speaking with the police officers that were with him, they state that the patient was in a transfer facility and apparently 54 other inmates were there.  Apparently the patient was up and about and had gotten something to eat and came back.  He said he was a little bit dizzy and wanted to change up bunks and then when he went to lie down, they state that about 30 minutes later they found him seizing and then he became unresponsive.

PAST MEDICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY
Inability to obtain. As far as medical records as to whether this patient has any other history of hypertension or diabetes, no records were brought over from the transfer unit.

DATA
As far as his data, he did have a CT scan of his head and this was at 7:43 p.m. at the other institution which showed no intracranial bleed.  No masses.  There was no old CT for comparison.  He had a tox screen there that was negative for marijuana, amphetamines, PCP, cocaine.

LABORATORY DATA AT THE OUTLYING INSTITUTION
Hemoglobin 12.6, hematocrit 37.9, platelet count 183.  Platelets estimate were adequate.  He had 33 segs, 1 band, 57 lymphs, 4 monos.  The patient had a sodium of 131, potassium 5.9, chloride 98.  $CO_2$ 23, anion gap 14.9, BUN 24, creatinine 2.2, total protein 7, albumin 3.0.  Calcium 7.3, AST 40, and ALT 30.  He had an alk phos of 117, CK 165.  Osmolality calculated was 274, CK-MB 0.8.  ETOH was less than 10.

PHYSICAL EXAMINATION

**HISTORY AND PHYSICAL**
**Page 1 of 4**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5820                    OIG- Adams 86

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE:** 08/03/2012 23:52
**DISCHARGE DATE:**

VITAL SIGNS:  Basically, the patient on arrival here, temperature core was still up at 104.  The patient was intubated.  He had what looks like a traumatic intubation because he had a lot of increased blood about his orifice.  He was saturating at 95% to 100% on a ventilator.  The patient is unresponsive with dilated pupils bilaterally.  Core temperature is still up at 104.
HEENT:  Cervical collar is in place.
LUNGS:  Diminished breath sounds throughout but clear.  No rhonchi, no wheezes.
ABDOMEN:  Benign.
RECTAL:  Foley was in place.
SKIN:  There was no evidence for ecchymotic areas or contusions of the abdomen.
EXTREMITIES:  Are cool, pale.
GENITALIA:  He has a Foley catheter in place.  Urine is actually light in color and no real evidence for infection.

He did have an EKG in the outlying institution that showed supraventricular tachycardia at 189 beats/minute.  A followup EKG monitor here still shows sinus tach at 110.  Followup EKG is ordered.

LABORATORY DATA SINCE HE ACTUALLY ENDED UP HERE AT THIS INSTITUTION Followup CT is pending.  The patient has a rectal temperature of 104.4.  Pulse is still 168.  Blood pressure is 96/61; 100% saturation on current settings.  His ABG on arrival:  pCO2 of 45, pO2 of 90.6, total hemoglobin 1.4, sodium 34.7, potassium 5.0.  Laboratory data significant for creatinine kinase now at 11:23 p.m. of 13.21.  CK-MB of 16.8%, troponin of 38.  He has a BUN of 31, creatinine 1.5, AST 271.  He has bilirubin of 1.8, direct bilirubin of 0.85.  He has total protein of 5.8, albumin 2.7, calcium 6.6.  He has a white blood count now of 19.8, hemoglobin 11.5, platelet count of 57, bands of 12 and enucleated red blood cells of 10.  The patient is still unresponsive.

The patient was treated with Zosyn in the emergency room.

ASSESSMENT AND PLAN

1.  Mental status.  The patient was noted to be seizing.  At this point the patient is unresponsive.  Both pupils are dilated.  Patient with significantly elevated core temperature at 108.  Questionable if this

**HISTORY AND PHYSICAL**
**Page 2 of 4**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5821                OIG- Adams 87

eHistory and Physical Report·   2012-Lisa M. Dix-Emperador, MD-HP0007-1p_

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

patient had a stroke, heat stroke, and then seizure, and then subsequent unresponsiveness. The first CT of the head was unremarkable. There was no evidence for brain swelling. At this point in time, the patient has had a significant amount of fluid resuscitation, so a followup CT without contrast has been initiated. Consult was also made to PSOT; was called in when the patient came in at 11:00 to this institution by Dr. Marino with Christine Porter being called.
2. Acute renal failure noted with elevation of his BUN and creatinine. Will continue IV fluid resuscitation. the patient will have his followup CT of the head.
3. Gastrointestinal. Patient with elevated transaminases consistent with shock liver. In addition, patient with DIC panel positive for _____ product from the patient most likely with multi-organ system shutdown.
4. Elevation of cardiac enzymes again, most likely with shocky organ systems. Will plan for an echo in the morning and evaluate LV-function, and when the patient has dilated, cardiomyopathy.
5. As far as his neuro status, will have neuro checks and then will also plan for an EEG in the morning to assess brain function.
6. Rectal Foley is in place, continue.
7. Supraventricular tachycardia noted. Could this patient have presented with a supraventricular tachycardia and then with decreased blood pressure? Will plan to have to have a followup EKG now if he is still having increased significant tachycardia. Will plan to go head and start a Cardizem drip.
8. Since there is some significant acidosis followup ABG with pH now of 7.15. Patient will be treated with 2 amps of bicarb. An ABG will be rechecked.

The family has now appeared and we will talk to the family before the patient goes up.

cc:

TR: dff      JOB#: 111877202
**HISTORY AND PHYSICAL**
**Page 3 of 4**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28 13

Plaintiffs' MSJ Appx. 5822                    OIG- Adams 88

eHistory and Physical Report-.    2012-Lisa M. Dix-Emperador, MD-HP0007-1p,

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

DD:  08/04/2012 01:04 A
DT:  08/04/2012 03:32 A

**HISTORY AND PHYSICAL**
**Page 4 of 4**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5823                    OIG- Adams 89

eConsultation Report-8/4/2012.   /id I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

ADAMS, RODNEY
MR#: 1290384  ACCOUNT #: 00043328731
David I. Jones, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

REASON FOR CONSULTATION
Critical care and ventilator management.

HISTORY OF PRESENT ILLNESS
The patient is an unfortunate 45-year-old male who looks very much older than his stated age with a history of chronic alcoholism. He has been incarcerated since March. He was recently transferred to a facility the 2nd. Prior to his transfer he was hit by another inmate causing a left periorbital ecchymosis and laceration. Approximately 30 minutes after dinner patient was reported to be found to a guard unresponsive with agonal breathing. He was being held by inmates that were surrounding him who stated that he'd had a seizure and they were holding him "to keep him from hitting anything." Patient was then brought to the Emergency Room where he was found to have some upper and lower GI bleeding and hypotension. He was intubated and brought to the Emergency Room. His temperature had been 107.9 on arrival. The most recent temperature we've obtained here after arriving to the ICU in Tyler is 99.2 degrees and this is without any cooling measures performed.  Thus far I have given patient one liter of IV fluids. He has had multiple bags of fresh frozen, currently receiving platelets and blood. He continues to profusely bleed. His PT and PTT is extremely high, unreadable and his repeats are pending. Fibrin split products were elevated indicating a possible TTP. Multiple differentials have come to mind. He has been on Seroquel for depression and his mother states approximately one month ago, it was recently increased from 300 to 500. Overall the patient is critically ill. He is on multiple pressors including Neo, Levo and vasopressin at this point. Profuse lower GI bleeding is being contained in a Flexi-seal that is continuous. Patient continues to have hypotension despite fluid bolus, despite multiple pressures, despite blood products being infused. I have discussed the severity of the situation with his mother and his daughter who are aware of the severity and at this point in time they want us to continue efforts. If patient dose have a cardiac arrest, the patient is not to receive CPR according to his mother.

PAST MEDICAL HISTORY

1. Coronary artery disease. He had an MI at a younger age.
2. GERD.
3. Bloody stools since April.

**CONSULTATION REPORT**
**Page 1 of 5**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5824          OIG- Adams 90

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

ADAMS, RODNEY
MR#: 1290384  ACCOUNT #: 00043328731
David I. Jones, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

4. Depression.

PAST SURGICAL HISTORY
Multiple known surgeries including bilateral hip surgery, GI surgery in 2011, back surgery and neck surgery in 2012.

SOCIAL HISTORY
He has been incarcerated since March. He is a one pack per day smoker. Heavy drinker up until the time of the incarceration at approximately 8-12 beers per day.

ALLERGIES
NONE REPORTED

MEDICATIONS
Per mother includes,

1. Seroquel 500 mg.
2. Lisinopril dose unknown.
3. Gabapentin dose unknown.

FAMILY HISTORY
Unknown.

REVIEW OF SYSTEMS
Unable to obtain as he is currently intubated.

ANCILLARY DATA
Initially received in Palestine includes drug tox screen which is negative. His initial chemistries showed a sodium of 130, potassium 5.9, chloride 98. CO2 23. His glucose was 105, BUN 24 and a creatinine elevated at 2.2. His AST was 40, ALT 30. Alkaline phosphatase was 117. His initial CKMB was 0.8. Alcohol level was nil. His CBC showed a white count of 7,000, hemoglobin 12 and a hematocrit of 37 with a platelet count of 183. His differential showed 33% segs and 1% bands. CT of the head without IV contrast showed no acute intracranial abnormalities. Urinalysis was unremarkable. Platelets were within normal range at 183.

Ancillary data here in Tyler includes ABGs on arrival showing a pH 7.15, pCO2 45, pO2 83.4 and a bicarb of 15.6 on assist control of 14, 650 and 5

**CONSULTATION REPORT**
Page 2 of 5

Copy of OIG case to Litigation support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5825                    OIG- Adams 91

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

of PEEP. A repeat ABGs just obtained showed a pH 7.16, pC02 47, p02 of 300 with a bicarb of 16.8, base excess of -11 on assist control, 14, 655 and 100%. Changes made to the vent were an increased respiratory rate of 22 and a reduced FI02 of 50%. His ionized calcium was 0.8. He has been given two amps of calcium gluconate.

His cardiac enzymes on arrival showed a CK 1,321, CKMB 16.8, troponin 38. His BNP was 8. His chemistries on arrival showed a sodium of 137, potassium 4.5, chloride 106, C02 18, glucose 108. BUN 31, creatinine down trending to 1.58 from his original presenting of 2.2. His AST elevated at 271. Total bilirubin 1.8, direct bilirubin 0.85. His calcium is 6.6 and blood albumen 2.7. Fibrinogen degradation products were more than 40. His CBC showed a white count of 19,000, hemoglobin 11 and hematocrit 34 with a platelet count of 57 with 59% segs and 12% bands. His chest x-ray showed an ET tube in good position. His NG tube is in good position otherwise no abnormalities.

CT of the head as stated above from Palestine. Coags are pending.

Current IV medications infusing include Levophed, vasopressin, neo-synephrine and patient had received a liter of normal saline which he continues to receive normal saline at 200 cc's per hour along with the bicarb drip 100 cc's, 5% and 100 cc's per hour. Central line was just placed by Dr. Jones.

ASSESSMENT AND PLAN

1. Shock, multifactorial in nature, questionably septic shock as well as hypovolemic shock.
2. Acute respiratory failure receiving mechanical ventilatory support.
3. Shock liver secondary to #1.
4. Elevated troponin with a cardiac history.
5. Acute renal failure.
6. Severe acute anemia blood loss.
7. History of heavy alcohol abuse.
8. Severe upper and lower GI bleed.

IMPRESSION AND PLAN

1. He has already received multiple antibiotics including vancomycin,

**CONSULTATION REPORT**
**Page 3 of 5**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5826                    OIG- Adams 92

eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

Zosyn and clindamycin which we are continuing routinely.   Blood cultures, urine cultures and sputum cultures have been obtained and we are following. Continue bicarb drip.  Continue aggressive fluid resuscitation.

2.  Acute respiratory failure with mechanical ventilatory support. Continue vent support with a metabolic acidosis.  Continue bicarb.  We have increased his respiratory rate.  Will follow.

3.  Elevated troponin with a history of coronary artery disease and MI in the past.  Will follow cardiac enzymes, obtain echocardiogram.

4.  Severe hypotension and metabolic acidosis.  Maintain pressures.  We will add steroids.

5.  Hypocalcemia.  Correct electrolytes per protocol and follow.

6.  Acute renal failure secondary to the above.  Aggressive IV fluids and follow I's and O's, creatinine.

7.  Acute anemia with blood loss with coagulopathy.  Transfusing fresh frozen platelets and blood rapidly following his H H.

8.  History of alcohol abuse with history of GI bleeding in the past.  If patient makes it through to night, we will need GI evaluation for possible scoping.

9.  Severe upper and lower GI bleed supported with transfusions, possibly currently a DIC/TTP.  Continue supportive and aggressive care as stated above.

10.  Shock liver secondary to the above.

Overall patient's prognosis is very poor and critical in nature.  This was discussed with the family.  Patient wishes to continue current care with no CPR if patient goes into a cardiac arrest.

Total critical care time with patient approximately one hour and 45 minutes.  Patient is seen by myself as well as Dr. Jones and Dr. Jones will add an addendum.  He agrees and collaborates with the plan as stated above.

Dictated by: Christine Porter, ACNP

cc:

**CONSULTATION REPORT**
**Page 4 of 5**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.18

Plaintiffs' MSJ Appx. 5827                    OIG- Adams 93

eConsultation Report-8/4/201.  /id I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

TR:  cay      JOB#:  111877210
DD:  08/04/2012 03:35 A
DT:  08/04/2012 08:25 A


Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:52 -05:00

---

**CONSULTATION REPORT**
**Page 5 of 5**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.19

Plaintiffs' MSJ Appx. 5828                    OIG- Adams 94

ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF PROCEDURE
08/04/2012

PROCEDURE PERFORMED
Right femoral triple lumen central line placement.

TECHNIQUE IN DETAIL
After informed consent, the patient's right femoral region was prepped and
draped in the usual sterile fashion. 1% Xylocaine was used for local
anesthesia. Using the modified Seldinger technique, the right femoral vein
was cannulated without difficulty. A guidewire was placed and the needle
was removed. Over the guidewire, a dilator was placed. This was then
removed and a triple lumen catheter was placed over the guidewire into
position without difficulty. The guidewire was removed. All ports were
aspirated and flushed. The catheter was then sutured into position.
Sterile dressing was applied. The patient tolerated the procedure well.

Procedure was performed by Dr. David Jones with adequate placement of a
right femoral triple lumen. Sutured in place without any difficulty. No
complications.

Dictated by Christine Porter, ACNP

cc:

TR: ddp      JOB#: 111877211
DD: 08/04/2012 03:47 A
DT: 08/04/2012 10:33 A

Signed by JONES MD, DAVID I on 04-Aug-2012 17:42:58 -05:00
**PULMONARY**
**Page 1 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

.28.20

Plaintiffs' MSJ Appx. 5829                    OIG- Adams 95

ePulmonary Report-8/4/2012-David I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

78.21

Plaintiffs' MSJ Appx. 5830                    OIG- Adams 96

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

---

DATE OF CONSULTATION
08/04/2012

REFERRING PHYSICIAN
Dr. David Jones.

INDICATION
Coagulation/coagulopathy.

HISTORY OF PRESENT ILLNESS
A very unfortunate situation of a 45 year-old inmate who was apparently perfectly well. He had lunch. After lunch apparently the fellow inmates in the holding tank noted that he was having seizures. They grabbed him to keep him from hurting himself. He was evaluated and noted to have a high temperature of 108 degrees. He was ultimately brought here where he was also noted to have a temperature that high which rapidly came down. He was admitted in the middle of the night to the hospitalists service and Dr. Jones saw the patient in consultation.

The patient has received 6 units of fresh frozen plasma, 6 units of platelets and 4 units of red cells. He continues to bleed profusely through a rectal tube. He has been unresponsive with sluggish pupil, glarey response, and hypotensive.

In terms of any prior relevant history he was on Seroquel and his dose has recently been increased from 300 to 500 mg. He had been in the county jail and had been removed from there to be taken to the holding tank for the state penitentiary. His mother, whom I spoke to on the phone, said he was extremely upset about that; however, he never voiced any suicidal ideation.

He was noted to have a large ecchymosis in his left eye when he presented to the medical staff at the prison. No one verbalized having witnessed any altercations.

His mom said that he was a drug addict but quit 7 years ago. He does drink beer but never heavily.

**CONSULTATION REPORT**
**Page 1 of 3**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5831          OIG- Adams 97

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS
Generally good health. Apparently has hypertension, neuropathy, depression.

MEDICATIONS

1. Seroquel 500 mg.
2. Lisinopril unknown dose.
3. Gabapentin unknown dose.

ALLERGIES
NO KNOWN ALLERGIES

PHYSICAL EXAMINATION
VITAL SIGNS: On examination now his blood pressure is 150/30.
GENERAL: He is unresponsive. His pupils are very large and slowly responsive. He has some blood trickling from his mouth. He is intubated.
LUNGS: Diminished breath sounds at the bases.
CARDIOVASCULAR: Regular rate without S3.
ABDOMEN: Distended. No obvious rebound tenderness. There are a few bowel sounds.
EXTREMITIES: No edema.

DATA REVIEWED
CBC with hemoglobin initially 11.5 down to 6.9 and now up to 11 post transfusion. Platelets are 57,000 with repeat pending. White count of 19,800 on admission with a left shift.

Prothrombin time greater than 320. Partial thromboplastin time of 243. D-dimer greater than 69,000. Fibrinogen degradation products greater than 40.

Review of peripheral blood smear demonstrates no schistocytes. There are a few nucleated red cells, particularly in the second specimen, but no sign of any abnormal image or cells.

IMPRESSION
Fulminate disseminated intravascular coagulation (DIC), with no suggestion of TTP. I suspect this is the aftermath of what appears to be an episode of malignant neuroleptic syndrome related to psychotropic drugs but

**CONSULTATION REPORT**
Page 2 of 3

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5832                    OIG- Adams 98

eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

ADAMS, RODNEY
MR#: 1290384  ACCOUNT #: 00043328731
Gary . Gross, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

---

exacerbated by the extremely hot conditions within the holding tank.

Would consider the possibility the patient could have had sepsis, but the fulminate presentation, very high fevers, and the lack of obvious source make that seem much less likely. At any case at this point the prognosis is extremely poor. I have talked to the patient's mother by phone and shared this with her. She has already accepting the fact that he will virtually certainly die.

RECOMMENDATIONS
I will update coagulation studies and "fill up his tank" with appropriate transfusion of red cells, platelets and fresh frozen plasma. At that point, unless there is significant clinical recover, which I think is extremely unlikely, I would not continue to use precious blood products.

I appreciate the consultation. Will definitely follow the patient with you.

---

cc:   William Chace Conner, MD

TR: tmv     JOB#: 111877516
DD: 08/04/2012 10:34 A
DT: 08/04/2012 12:42 P

**CONSULTATION REPORT**
Page 3 of 3
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5833          OIG- Adams 99

TY-ADAMS, RODNEY-Enc# 43328731-_.<-I-8/3/2012 ABG (Arterial Blood Gas)-8/_,2012--LB0007-1pg

**ETMC - Tyler**
1000 S. Beckham Ave.
Tyler, TX 75701
903-597-0351

**ABG Results Report**

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | ADAMS, RODNEY | | **MRN:** | 1290384 |
| **Pt ID:** | 2012058566 | | **Acct No:** | 00043328731 |
| **DOB:** | ███████ | | **Age/Sex:** | 45Y/M |
| **Adm DTime:** | 08/03/2012 | | **Atn Dr:** | DIX, LISA MD |
| **Entity:** | 0100 | | | |
| **Nurs Sta:** | POD 1 | | **Rm/Bed:** | M10-A |
| **Dx:** | | | | |
| **Alrg:** | No Known Allergies | | | |

**ABG**

| | | 08/03/12 23:19 |
|---|---|---|
| pH | | 7.158 LP |
| PCO2 | mmHg | 45.0 H |
| pO2 | mmHg | 83.4 |
| BE | mmol/L | -12.6 |
| HCO3 | mmol/L | 15.6 |
| O2 SAT | % | 92.6 |
| O2Hb | % | 90.6 L |
| tHb | g/dL | 11.4 L |
| COHb | % | 1.2 |
| MetHb | % | 1.0 |
| Na | mmol/L | 134.7 L |
| K+ | mmol/L | 5.04 H |
| Ca++ | mg/dl | 1.04 LP |
| Vent Mode | | a/c 14 |
| Patient Rate | | 14 |
| Patient Temp | C | 37.0 |

| | | |
|---|---|---|
| **Pt Name: ADAMS, RODNEY** | | **MRN: 1290384** |
| **Entity Name: Tyler** | | |
| **Rm/Bed: M10-A** | **Page 1 of 59** | **Laboratory Results Report** |

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.

ORE_X0AQ_0040_ABG.rpt; Version 1.00
Printed By: JS - Job Scheduler
Printed On: 04-Aug-12 01:00

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
This Report was generated using Current Entity (Specific Encounter). In a current time
clinical data may not be present, if that clinical data was not associated with a visit.

Page 1 of 2

TY-ADAMS, RODNEY-Enc# 43328731   A-I-I-8/3/2012 ABG (Arterial Blood Gas)-8,.,2012--LB0007-1pg

ETMC - Tyler
1000 S. Beckham Ave.
Tyler, TX  75701
903-597-0351

**ABG Results Report**

| | | | | |
|---|---|---|---|---|
| Pt. Name: | ADAMS, RODNEY | | MRN: | 1290384 |
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | ▉▉▉▉▉ | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Entity: | 0100 | | | |
| Nurs Sta: | POD 1 | | Rm/Bed: | M10-A |
| Dx: | | | | |
| Alrg: | No Known Allergies | | | |

**ABG**

| | | |
|---|---|---|
| | ▉▉▉▉▉ | 08/03/12 23:19 |
| Tidal Volume (VT) | 650 | |
| PEEP | 5.0 | |

Pt Name: ADAMS, RODNEY
Entity Name: Tyler
Rm/Bed: M10-A
MRN: 1290384
Page 2 of 59
Laboratory Results Report

© 2003-2012 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2012 Business Objects Software Limited. All rights reserved.
ORE_X0AQ_0040_ABG.rpt; Version 1.00
Printed By: JS - Job Scheduler
Printed On: 04-Aug-12 01:00

This Report was generated using Current Entity / Specific Entity(ies). It is possible some
clinical data may not be displayed because it was not associated with a user.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5835

OIG- Adams 101