TY-ADAMS, RODNEY-Enc# 43328731-bmt-I-I-8/3/2012 Consents-8/4/2012--C00001-1py

THIS FORM IS DESIGNED TO COMPLY WITH THE REQUIREMENTS PROMULGATED BY THE TEXAS MEDICAL DISCLOSURE PANEL

PATIENT IDENTIFICATION

ADAMS, RODNEY
43328731    120 03-84  M  045Y
DOB:                   ETMC Tyler

43328731

**DISCLOSURE AND CONSENT**
**MEDICAL AND SURGICAL PROCEDURES**
**TRANSFUSION OF BLOOD**
**AND BLOOD COMPONENTS**

≡ETMC

DC-0010
REV. 11/11

* C 0 0 0 1 *

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (we) voluntarily request Dr. _____Kress_____ as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, to treat my condition which has been explained to me as:_____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures:    Transfusion of Blood and Blood Components

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) (do) (do not) consent to the use of blood and blood products as deemed necessary.

[✓] I (we) (do) (do not) authorize ETMC and/or my physician to photograph/video or permit other persons to photograph/video my surgery/procedure. I understand a videotape will not be maintained as part of my medical record.

I (we) understand that no warranty or guarantee has been made to me as a result to cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death.

I (we) also realize that the following risks and hazards may occur in connection with this particular procedure:

| Fever |
| Transfusion reaction which may include kidney failure or anemia |
| A.I.D.S. (Acquired Immune Deficiency Syndrome) |
| Heart failure |
| Hepatitis |
| West Nile Virus |
| Other infections |

[✓] I (we) understand that my physician may elect to have additional personnel, which may include but not be limited to, vendor representatives in the operating room to facilitate the surgical procedure.

I (we) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (we) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache and chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedures to be used, and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me, and I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

DATE: 08/04/12   TIME: 1200   ☐ a.m ☑ p.m.     _____Telephone Consent from parents_____
                                                 Mother – Wanda Adams
                                                 PATIENT / OTHER LEGALLY RESPONSIBLE PERSON SIGNATURE

WITNESS:  Name: _____Kingman N/J_____
          Address: _____1000 South Beckham_____
                                                 STREET OR P.O. BOX
          City, State, Zip: _____Tyler Texas 75701_____

I have discussed the following with the patient and/or significant other(s): The patient's proposed care, treatment, and services. The potential benefits, risks, and side effects of the patient's proposed care, treatment, and services; the likelihood of the patient achieving his or her goals; and any potential problems that might occur during recuperation. The reasonable alternatives to the patient's proposed care, treatment and services. The risks, benefits, and side effects related to the alternatives and the risks related to not receiving the proposed care, treatment, and services. Circumstances under which information about the patient must be disclosed or reported, and when indicated, limitations on confidentiality of information learned from or about the patient.

DATE:_____   TIME:_____   ☐ a.m ☐ p.m.   Physician's Signature:_____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5836                    OIG- Adams 102

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 Consents-8/4/2012--CO0001-1pg

THIS FORM IS DESIGNED TO COMPLY WITH THE REQUIREMENTS PROMULGATED BY THE TEXAS MEDICAL DISCLOSURE PANEL

PATIENT IDENTIFICATION

**DISCLOSURE AND CONSENT**
**MEDICAL AND SURGICAL PROCEDURES**
**ARTERIAL LINE INSERTION**

≡ETMC
East Texas Medical Center
Regional Healthcare System

ADAMS, RODNEY
43328731    129-03-84  M  045Y
DOB:                    ETMC Tyler

43328731

DC-0013
REV. 2/12

* C 0 0 0 0 1 *

**TO THE PATIENT:** You have the right, as a patient, to be informed about your condition and the recommended surgical, medical, or diagnostic procedure to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you; it is simply an effort to make you better informed so you may give or withhold your consent to the procedure.

I (we) voluntarily request Dr. _Janis_ _____ as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, to treat my condition which has been explained to me as: _____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: Placement of line into artery to monitor blood pressure and obtain blood for testing.

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) (do) (do not) consent to the use of blood and blood products as deemed necessary.

[initials] I (we) (do) (do not) authorize ETMC and/or my physician to photograph/video or permit other persons to photograph/video my surgery/procedure. I understand a videotape will not be maintained as part of my medical record.

I (we) understand that no warranty or guarantee has been made to me as a result to cure.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions, and even death.

I (we) also realize that the following risks and hazards may occur in connection with this particular procedure:

Bleeding
Infection
Injury to artery
Blood clot (impairment of circulation)
Loss of limb

[initials] I (we) understand that my physician may elect to have additional personnel, which may include but not be limited to, vendor representatives in the operating room to facilitate the surgical procedure.

I (we) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (we) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (we) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (we) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache and chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedures to be used, and the risks and hazards involved; and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

DATE: _08/04/12_   TIME: _1200_   ☐ a.m ☐ p.m.   _telephone consent from patients_
_mother Wanda Adams_
PATIENT / OTHER LEGALLY RESPONSIBLE PERSON SIGNATURE

WITNESS:  Name: _Kim Wagner_
Address: _1000 South Beckham_
City, State, Zip: _Tyler, Texas_  _75701_
STREET OR P.O. BOX

I have discussed the following with the patient and/or significant other(s): The patient's proposed care, treatment, and services. The potential benefits, risks, and side effects of the patient's proposed care, treatment, and services; the likelihood of the patient achieving his or her goals; and any potential problems that might occur during recuperation. The reasonable alternatives to the patient's proposed care, treatment and services. The risks, benefits, and side effects related to the alternatives and the risks related to not receiving the proposed care, treatment, and services. Circumstances under which information about the patient must be disclosed or reported, and when indicated, limitations on confidentiality of information learned from or about the patient.

DATE: _____   TIME: _____  ☐ a.m ☐ p.m.  Physician's Signature: _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5837                     OIG- Adams 103

TY-ADAMS, RODNEY-Enc# 43328731-... .-I-I-8/3/2012 Consents-8/3/2012--CO0001-1...

*PATIENT IDENTIFICATION*

**TREATMENT AUTHORIZATION AND TERMS OF TREATMENT AGREEMENT**



ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB:                          ETMC TYLER
43328731

78386
REV. 2/12



* C O D O O 1 *

A. **Consent for Surgical and/or Medical Treatment:** I hereby grant permission to the physicians in charge of the case of the above-named patient to employ such surgical, x-ray and technical procedures as they may deem necessary in the diagnosis and treatment of this case.

B. **Accidental Exposure of Healthcare Worker:** I understand that Texas law provides and I agree, if any healthcare worker is exposed to my blood or other bodily fluid, to allow East Texas Medical Center (ETMC) to perform test(s) on my blood or other bodily fluid to determine the presence of any communicable disease, including but not limited to, Hepatitis, Human Immunodeficiency Virus (which is the causative agent of AIDS) and Syphilis. I understand that such testing is necessary to protect those who will be caring for me while I am a patient at ETMC. I understand the results of tests taken under these circumstances do not become a part of my medical record.

C. **Independent Physicians:** ETMC and any other hospital, or entity operated as a part of the East Texas Medical Center Regional Healthcare System (collectively referred to as the "Hospital"), is not responsible for the judgment or conduct or any physician who treats or provides a professional service to me, but rather each physician is an independent contractor who is self-employed and is not the agent, servant, or employee of the Hospital. I further understand that other physicians may be called upon to provide care, either directly (as consultants) or indirectly through professional services (i.e. Radiology, Pathology, EKG Interpretations, Anesthesiology). These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of the Hospital. It is also understood that for emergency services, the Hospital may aid my selection of physicians by an established "on-call" roster provided through each department of the Hospital. These physicians are also independent contractors who are self-employed and are not the agents, servants, or employees of the Hospital. I further agree the Hospital is not responsible for the judgment or conduct of any of the physicians identified above.

D. **Authorization to Release Information:** I hereby authorize any physician or hospital who has attended me to furnish the insurance company, third party payer or its representative, any attending or consulting physician, nursing home or facility or other health care facility to which the patient is transferred or later receives treatment, any medical record, x-ray, test record or result or other information requested. A photo copy of this authorization is to be considered valid. I understand this release specifically includes any and all blood and related tests including test results reflecting presence of HIV and HBV and other diseases, all of which I specifically authorize to be released. **For purposes of treatment, I understand that the hospital may access my medication history through an electronic database.**

E. **Authorization to Disclose Information:** Except as otherwise set forth herein or allowed by law, **I do not** authorize the release of any information to others not acknowledged above. I wish to be a "no information" patient, and I realize that flowers, telephone calls and visitors will be refused on my behalf. (Patient's Initials:_____)

F. **Assignment of Benefits:** In consideration of hospital services rendered, I hereby assign and transfer to ETMC, all money due or to become due or payable to me under my insurance policy, or third party payment agreement up to the total amount of my account with ETMC. I will be responsible for and will pay any amount due to ETMC not paid by my insurance company or third party payer, and if the insurance company refuses to pay any amount of my claim, I agree to pay my entire bill to ETMC. I certify the information given by me in applying for payment under Title XVIII of the social Security Act is correct.

G. **Physician's Assignment of Benefits:** I direct insurance benefits be paid directly to physicians with ETMC that provide professional services to me as a result of my hospital stay.

H. **Medicare and Champus/Champva Rights (Medicare/Champus Patients Only):** I acknowledge I have received a copy of the Medicare/Champus Rights. (Patient's Initials: _____)

I. **Personal Valuables:** I understand ETMC maintains a safe for money and valuables, and ETMC, **will not be responsible** for loss of or damage to any property of money unless deposited with ETMC for safekeeping and a written safekeeping receipt is issued by ETMC. (Patient's Initials: _____)

J. **Safety:** I understand, for reasons of safety, personal electrical items are not approved for use in ETMC. Such items include hair dryers, curling irons, hot rollers, radios, tape players, razors, heating pads and the like.

K. **Advance Directive:** I have been given written materials about my rights to accept or refuse medical treatment and my rights to formulate Advance Directives and have acknowledged whether or not I have executed an Advance Directive. I understand that I am not required to have Advance Directives in order to receive medical treatment at this healthcare facility. (Patient's Initials: _____)

L. **No Warranty:** I understand that no warranty or guarantee has been made to me as to result of care.

M. **Patient Rights:** I have been given written materials about my rights as a patient. (Patient's Initials:_____)

_____          08/03/... 1241        a.m. / p.m.
Signature of Patient or Legally Authorized Representative          Date          Time

_____          _____
Name & Relationship if not Patient          Reason Patient Unable to Sign

_____
Witness

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF CONSULTATION
08/04/2012

REFERRING PHYSICIAN
Dr. David Jones.

INDICATION
Coagulation/coagulopathy.

HISTORY OF PRESENT ILLNESS
A very unfortunate situation of a 45 year-old inmate who was apparently perfectly well. He had lunch. After lunch apparently the fellow inmates in the holding tank noted that he was having seizures. They grabbed him to keep him from hurting himself. He was evaluated and noted to have a high temperature of 108 degrees. He was ultimately brought here where he was also noted to have a temperature that high which rapidly came down. He was admitted in the middle of the night to the hospitalists service and Dr. Jones saw the patient in consultation.

The patient has received 6 units of fresh frozen plasma, 6 units of platelets and 4 units of red cells. He continues to bleed profusely through a rectal tube. He has been unresponsive with sluggish pupil, glarey response, and hypotensive.

In terms of any prior relevant history he was on Seroquel and his dose has recently been increased from 300 to 500 mg. He had been in the county jail and had been removed from there to be taken to the holding tank for the state penitentiary. His mother, whom I spoke to on the phone, said he was extremely upset about that; however, he never voiced any suicidal ideation.

He was noted to have a large ecchymosis in his left eye when he presented to the medical staff at the prison. No one verbalized having witnessed any altercations.

His mom said that he was a drug addict but quit 7 years ago. He does drink beer but never heavily.

**CONSULTATION REPORT**
**Page 1 of 3**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5839                    OIG- Adams 105

TY-ADAMS, RODNEY-Enc# 4332873:   (-I-I-8/3/2012 eConsultation Report-8/4/2   .-Gary . Gross, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#:  1290384  ACCOUNT #:  00043328731**
**Gary . Gross, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

PAST MEDICAL HISTORY/REVIEW OF SYSTEMS
Generally good health. Apparently has hypertension, neuropathy, depression.

MEDICATIONS

1. Seroquel 500 mg.
2. Lisinopril unknown dose.
3. Gabapentin unknown dose.

ALLERGIES
NO KNOWN ALLERGIES

PHYSICAL EXAMINATION
VITAL SIGNS: On examination now his blood pressure is 150/30.
GENERAL: He is unresponsive. His pupils are very large and slowly responsive. He has some blood trickling from his mouth. He is intubated.
LUNGS: Diminished breath sounds at the bases.
CARDIOVASCULAR: Regular rate without S3.
ABDOMEN: Distended. No obvious rebound tenderness. There are a few bowel sounds.
EXTREMITIES: No edema.

DATA REVIEWED
CBC with hemoglobin initially 11.5 down to 6.9 and now up to 11 post transfusion. Platelets are 57,000 with repeat pending. White count of 19,800 on admission with a left shift.

Prothrombin time greater than 320. Partial thromboplastin time of 243. D-dimer greater than 69,000. Fibrinogen degradation products greater than 40.

Review of peripheral blood smear demonstrates no schistocytes. There are a few nucleated red cells, particularly in the second specimen, but no sign of any abnormal image or cells.

IMPRESSION
Fulminate disseminated intravascular coagulation (DIC), with no suggestion of TTP. I suspect this is the aftermath of what appears to be an episode of malignant neuroleptic syndrome related to psychotropic drugs but

**CONSULTATION REPORT**
**Page 2 of 3**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28 31

Plaintiffs' MSJ Appx. 5840          OIG- Adams 106

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-Gary . Gross, MD-HP0008-1.pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

ADAMS, RODNEY
MR#: 1290384  ACCOUNT #: 00043328731
Gary . Gross, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

exacerbated by the extremely hot conditions within the holding tank.

Would consider the possibility the patient could have had sepsis, but the fulminate presentation, very high fevers, and the lack of obvious source make that seem much less likely. At any case at this point the prognosis is extremely poor. I have talked to the patient's mother by phone and shared this with her. She has already accepting the fact that he will virtually certainly die.

RECOMMENDATIONS
I will update coagulation studies and "fill up his tank" with appropriate transfusion of red cells, platelets and fresh frozen plasma. At that point, unless there is significant clinical recover, which I think is extremely unlikely, I would not continue to use precious blood products.

I appreciate the consultation. Will definitely follow the patient with you.

cc:   William Chace Conner, MD

TR: tmv      JOB#: 111877516
DD: 08/04/2012 10:34 A
DT: 08/04/2012 12:42 P

**CONSULTATION REPORT**
**Page 3 of 3**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5841        OIG- Adams 107

TY-ADAMS, RODNEY-Enc# 43328731-ErR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

### EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
### CONSULTATION REPORT

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

REASON FOR CONSULTATION
Critical care and ventilator management.

HISTORY OF PRESENT ILLNESS
The patient is an unfortunate 45-year-old male who looks very much older than his stated age with a history of chronic alcoholism. He has been incarcerated since March. He was recently transferred to a facility the 2nd. Prior to his transfer he was hit by another inmate causing a left periorbital ecchymosis and laceration. Approximately 30 minutes after dinner patient was reported to be found to a guard unresponsive with agonal breathing. He was being held by inmates that were surrounding him who stated that he'd had a seizure and they were holding him "to keep him from hitting anything." Patient was then brought to the Emergency Room where he was found to have some upper and lower GI bleeding and hypotension. He was intubated and brought to the Emergency Room. His temperature had been 107.9 on arrival. The most recent temperature we've obtained here after arriving to the ICU in Tyler is 99.2 degrees and this is without any cooling measures performed. Thus far I have given patient one liter of IV fluids. He has had multiple bags of fresh frozen, currently receiving platelets and blood. He continues to profusely bleed. His PT and PTT is extremely high, unreadable and his repeats are pending. Fibrin split products were elevated indicating a possible TTP. Multiple differentials have come to mind. He has been on Seroquel for depression and his mother states approximately one month ago, it was recently increased from 300 to 500. Overall the patient is critically ill. He is on multiple pressors including Neo, Levo and vasopressin at this point. Profuse lower GI bleeding is being contained in a Flexi-seal that is continuous. Patient continues to have hypotension despite fluid bolus, despite multiple pressures, despite blood products being infused. I have discussed the severity of the situation with his mother and his daughter who are aware of the severity and at this point in time they want us to continue efforts. If patient dose have a cardiac arrest, the patient is not to receive CPR according to his mother.

PAST MEDICAL HISTORY

1. Coronary artery disease. He had an MI at a younger age.
2. GERD.
3. Bloody stools since April.

**CONSULTATION REPORT**
**Page 1 of 5**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5842                OIG- Adams 108

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

---

    4.  Depression.

**PAST SURGICAL HISTORY**
Multiple known surgeries including bilateral hip surgery, GI surgery in 2011, back surgery and neck surgery in 2012.

**SOCIAL HISTORY**
He has been incarcerated since March. He is a one pack per day smoker. Heavy drinker up until the time of the incarceration at approximately 8-12 beers per day.

**ALLERGIES**
NONE REPORTED

**MEDICATIONS**
Per mother includes,

1. Seroquel 500 mg.
2. Lisinopril dose unknown.
3. Gabapentin dose unknown.

**FAMILY HISTORY**
Unknown.

**REVIEW OF SYSTEMS**
Unable to obtain as he is currently intubated.

**ANCILLARY DATA**
Initially received in Palestine includes drug tox screen which is negative. His initial chemistries showed a sodium of 130, potassium 5.9, chloride 98. C02 23. His glucose was 105, BUN 24 and a creatinine elevated at 2.2. His AST was 40, ALT 30. Alkaline phosphatase was 117. His initial CKMB was 0.8. Alcohol level was nil. His CBC showed a white count of 7,000, hemoglobin 12 and a hematocrit of 37 with a platelet count of 183. His differential showed 33% segs and 1% bands. CT of the head without IV contrast showed no acute intracranial abnormalities. Urinalysis was unremarkable. Platelets were within normal range at 183.

Ancillary data here in Tyler includes ABGs on arrival showing a pH 7.15, pC02 45, p02 83.4 and a bicarb of 15.6 on assist control of 14, 650 and 5

**CONSULTATION REPORT**
**Page 2 of 5**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5843      OIG- Adams 109

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## CONSULTATION REPORT

ADAMS, RODNEY
MR#: 1290384  ACCOUNT #: 00043328731
David I. Jones, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

of PEEP.  A repeat ABGs just obtained showed a pH 7.16, pC02 47, p02 of 300 with a bicarb of 16.8, base excess of -11 on assist control, 14, 655 and 100%.  Changes made to the vent were an increased respiratory rate of 22 and a reduced FI02 of 50%.  His ionized calcium was 0.8.  He has been given two amps of calcium gluconate.

His cardiac enzymes on arrival showed a CK 1,321, CKMB 16.8, troponin 38.  His BNP was 8.  His chemistries on arrival showed a sodium of 137, potassium 4.5, chloride 106, C02 18, glucose 108.  BUN 31, creatinine down trending to 1.58 from his original presenting of 2.2.  His AST elevated at 271.  Total bilirubin 1.8, direct bilirubin 0.85.  His calcium is 6.6 and blood albumen 2.7.  Fibrinogen degradation products were more than 40.  His CBC showed a white count of 19,000, hemoglobin 11 and hematocrit 34 with a platelet count of 57 with 59% segs and 12% bands.  His chest x-ray showed an ET tube in good position.  His NG tube is in good position otherwise no abnormalities.

CT of the head as stated above from Palestine.  Coags are pending.

Current IV medications infusing include Levophed, vasopressin, neo-synephrine and patient had received a liter of normal saline which he continues to receive normal saline at 200 cc's per hour along with the bicarb drip 100 cc's, 5% and 100 cc's per hour.  Central line was just placed by Dr. Jones.

ASSESSMENT AND PLAN

    1.  Shock, multifactorial in nature, questionably septic shock as well as hypovolemic shock.
2.  Acute respiratory failure receiving mechanical ventilatory support.
3.  Shock liver secondary to #1.
4.  Elevated troponin with a cardiac history.
5.  Acute renal failure.
6.  Severe acute anemia blood loss.
7.  History of heavy alcohol abuse.
8.  Severe upper and lower GI bleed.

IMPRESSION AND PLAN

    1.  He has already received multiple antibiotics including vancomycin,
**CONSULTATION REPORT**

Copy of OIG case to Liberson Stewart on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 3 of 5

Plaintiffs' MSJ Appx. 5844                    OIG- Adams 110

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

Zosyn and clindamycin which we are continuing routinely.   Blood cultures, urine cultures and sputum cultures have been obtained and we are following. Continue bicarb drip.  Continue aggressive fluid resuscitation.
2.  Acute respiratory failure with mechanical ventilatory support.
Continue vent support with a metabolic acidosis.  Continue bicarb.  We have increased his respiratory rate.  Will follow.
3.  Elevated troponin with a history of coronary artery disease and MI in the past.  Will follow cardiac enzymes, obtain echocardiogram.
4.  Severe hypotension and metabolic acidosis.  Maintain pressures.  We will add steroids.
5.  Hypocalcemia.  Correct electrolytes per protocol and follow.
6.  Acute renal failure secondary to the above.  Aggressive IV fluids and follow I's and O's, creatinine.
7.  Acute anemia with blood loss with coagulopathy.  Transfusing fresh frozen platelets and blood rapidly following his H H.
8.  History of alcohol abuse with history of GI bleeding in the past.  If patient makes it through to night, we will need GI evaluation for possible scoping.
9.  Severe upper and lower GI bleed supported with transfusions, possibly currently a DIC/TTP.   Continue supportive and aggressive care as stated above.
10.  Shock liver secondary to the above.

Overall patient's prognosis is very poor and critical in nature.  This was discussed with the family.  Patient wishes to continue current care with no CPR if patient goes into a cardiac arrest.

Total critical care time with patient approximately one hour and 45 minutes.  Patient is seen by myself as well as Dr. Jones and Dr. Jones will add an addendum.  He agrees and collaborates with the plan as stated above.

Dictated by: Christine Porter, ACNP

cc:

**CONSULTATION REPORT**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 4 of 5

Plaintiffs' MSJ Appx. 5845                    OIG- Adams 111

TY-ADAMS, RODNEY-Enc# 4332873_  .R-I-I-8/3/2012 eConsultation Report-8/4/2012-David I. Jones, MD-HP0008-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**CONSULTATION REPORT**

---

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David L Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

---

TR:  cay        JOB#: 111877210
DD:  08/04/2012 03:35 A
DT:  08/04/2012 08:25 A

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:52 -05:00

---

**CONSULTATION REPORT**
**Page 5 of 5**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5846        OIG- Adams 112

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY
43328731  129-03-84  M  045Y   ETHC TYLER
DOB:
43328731

Palestine Reginal Medical Center
**TRANSFER RECOMMENDED**
Consent to Transfer Form

ADAMS, RODNEY
ORF ER                    Admit: 08/03/12
                M/46           L.ER
HRN L000199921-TODIT_PAUL URBAN.
Acct# L001104029459

## A. PHYSICIAN ASSESSMENT AND CERTIFICATION

I have assessed the individual and have determined the individual's condition to be:

1. _____ The individual does not have an Emergency Medical Condition. This is a non-emergency transfer.

2. _____ The individual has an Emergency Medical Condition which has been stabilized such that within reasonable medical probability, no material deterioration of the individual's condition or the condition of the unborn child(ren) is likely to result from transfer.

3. _____ The individual has an Emergency Medical Condition which has not stabilized, however I believe that the potential benefits from a transfer outweigh the risks.

## B. TRANSFER CONSENT OR REFUSAL

I acknowledge that my medical condition has been assessed and explained to me by the Emergency Department physician and/or my attending physician who has recommended that I be transferred to the service of Dr. _Sachray_ at _ETMC-Tyler_
The potential benefits of such transfer, the potential risks associated with such transfer and the probable risks of not being transferred have been explained to me and I fully understand them. With this knowledge and understanding, I hereby:

*(Mark Only One)*   ☐ **CONSENT TO BE TRANSFERRED**   ☐ **REFUSE TO BE TRANSFERRED**

## C. Privately Owned Vehicle Against Medical Advice

I elect to provide my own transportation and decline medical transportation for the transfer. I am aware of the risks and release the physician, this hospital and its agents from any liability related to transportation to the receiving facility.

Patient's initials _____

_Mz_____ _pt unable to sign_
Witness                    Signature of individual or legally
                           responsible individual signing on individual's behalf

_8/3/12_   _2015_          _____
Date       Time            Relationship to Individual

Revised 7/01

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 23                                          28.38

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg



ADAMS, RODNEY
43328731
DOB: ███████-84  M  045Y
ETHIC  TYLER

PALESTINE REGIONAL MEDICAL CENTE
43328731

| ADAMS, RODNEY | | Serv | FC Loc | Room | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|
| Account No: L00104029459 | | | 11 L.ER | | REG ER | 08/03/12 | 1913 | L000199921 |

Soc Sec No  DOB / Age  Sex MS Race Religion
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   46    M  U  W
Address:  PO BOX 6400
          TENNESSEE COLONY, TX 75861
Home Ph: 903-928-3118        County: ANDERSON COUNTY
Language: ENGLISH             Country: USA

UTMB, UTMB                    SS#: 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
Address: 301 UNIVERSITY BLVD 1008
         GALVESTON, TX 77555        #1797921
Home Ph: 800-605-8165        County:
Relationship to Patient: WARD OF COURT

Address                       SS#:

Home Ph:
Relationship to Patient:

UNEMPLOYED
UNKNOWN
PALESTINE, TX 75801
Work Phone: 903-999-9999
Occupation:

UNEMPLOYED
UNKNOWN
PALESTINE, TX 75801
Work Phone: 903-999-9999
Occupation:

Work Phone:
Occupation:
Relationship to Patient:

Home Phone:                   Work Phone:
Relationship to Patient:

WARDEN, GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY, TX 75861
Home Phone:903-928-3118  Work Phone:
Relationship to Patient: WC

| UTMB MANAGED CARE | Policy # 1797921 | Treat/Precert - PRE CERT # |
|---|---|---|
| 301 UNIVERSITY BLVD | Coverage # 0 | Ins Verif |
| GALVESTON TX 77555-1008 | Subscriber ADAMS, RODNEY | Pro Review    Not Required |
| Phone: 409-747-2653 | Rel to Pt  SELF/SAME AS PA DOB 01/01/1966 | |
| | Group PO696997084 - | |

| Phone | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| | Rel to Pt          DOB | |
| | Group | |

| Phone | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| | Rel to Pt          DOB | |
| | Group | |

TOOTE, PAUL URBAN          0334
NO LOCAL PHYSICIAN

| EMERGENCY ROOM | EM | AMB | PRADMTJG | FEVER |
|---|---|---|---|---|

Critical - Tyler
TX- 107.0  + 1.81 - 6 - SO₂ 97%
Trop. 1.59 -
vent.
wt. 100 kg    -NS-L

* CT of head - black eye
Z SZ

75/50 - 170    ST
Printed By: PRADMTJG - 08/03/12 1924

1947) UTMB Ray

Unit Number   L000199921          Account Number   L00104029459

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

06/10/2012 SUN  1:05  FAX 903.531.8819 Fire   ADAMS, RODNEY                    ☑001/001
12/30/2011 FRI 16:39  FAX                       43328731    129-03-84  M  045Y
                                                 DOB:                ETMC TYLER   ☑001/001

43328731

# ETMC PATIENT TRANSFER HAND OVER COMMUNICATION

## To Be Completed by the Transferring Physician

FAX to: FirstComm - 903.531.8819  Date: 8/3/12  Time: 2000

**Patient Information:**

**S**ituation: Transferring Facility: _PRMC_

Reason for Transfer: _Critical_

Diagnosis: _Resp failure, MI, hypothermia_

Current Vital signs: Temp: _107.8_  BP: _90/50_  P: _170_  R: _Vent_  SPO2: _____

**B**ackground

Medications: _Levaquin_

Abnormal Labs: _Trop 1.59_

Diagnostic Read by Radiologist: ( ✓ ) Yes  ( ) No   Radiologist 's Name: _O'Neill_

**A**ssessment: Major Drips: _Levophed_
_Dobutamine, NS._

Interventions (i.e. sutures, chest tubes): _Ventilator_

**R**ecommendation: Transfer to  (ED)  ICU   Floor   Other   (circle)

Mode of transport:  Air  (include patient weight: _100_  kg/lbs)  Ground

Name of Transferring Physician: _Dr Poote_   Phone: _903 - 731-1153_

Questions please call: ~~928000007~~
903 535-6267

## NOT PART OF MEDICAL RECORD

Apx 09/JFM

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5849          OIG- Adams 115

TY-ADAMS, RODNEY-Enc# 433287.   ER-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

Palestine Regional Medical Center                         PAGE 1
2900 South Loop 256
Palestine, TX 75801                         Johnny L. Haley, MD

LAB RESULTS Broadcast REPORT

| Name: ADAMS,RODNEY | Age/Sex: 46/M | Attend Dr: TOOTE,PAUL URBAN |
|---|---|---|
| Acct#: L00104029459   Unit#: L000199921 | DOB: ▮ | |
| Reg: 08/03/12   Disch: | Status: REG ER | Location: |

Specimen: 0803:PAR:CU00004S Req#: 00605006   Collected: 08/03/12-1925 By: PRNURSB
Status: COMP                                  Received: 08/03/12-1945 By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *U DRUG SCRN* | | | | |
| >   U METHADONE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U COCAINE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U CANNABINOIDS | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U BARBITURATE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U BENZODIAZEPEN | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U OPIATES | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U AMPHETAMINE | NEG | | NEGATIVE | 08/03/12-2012 |
| >   U PHENCYCLIDINE | NEG | | NEGATIVE | 08/03/12-2012 |

*Specimen analysis was performed without chain of custody   *
*handling.                                                   *
*These results should be used for medical purposes only and*
*not for any legal or employment evaluative purposes.        *

This test is for screening purposes only. Clinical
consideration and professional judgement must be applied to
any drug of abuse test results, particularly in evaluating a
preliminary positive result.  A specimen may contain a
measurable amount of drug metabolite and still be considered
negative. In order to obtain a confirmed
analytical result, a more specific chemical method is
needed. The confirmatory test must be ordered by the
attending medical provider. Positive results will not be
confirmed by an alternate procedure unless ordered.



ADAMS, RODNEY
43328731   ▮▮▮ ▮3-84  M 045Y
DOB: ▮▮▮▮▮▮▮▮▮         ETMC TYLER

43328731

TEMPORARY REPORT COPY
** END OF REPORT **

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5850                         OIG- Adams 116

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
ADAMS, RODNEY                    :ine Regional Medical Center              PAGE 1
43328731  128-03-84  M  045Y     :900 South Loop 256
DOB:                    ETMC TYLER :alestine, TX 75801              Johnny L. Haley, MD

    43328731                      RESULTS Broadcast REPORT
```

| | | | | |
|---|---|---|---|---|
| Name: ADAMS,RODNEY | | Age/Sex: 46/M | Attend Dr: TOOTE,PAUL URBAN | |
| Acct#: L00104029459 | Unit#: L000199921 | DOB: | | |
| Reg: 08/03/12 | Disch: | Status: REG ER | Location: | |

Specimen: 0803:PAR:C00079S : Req#: 00605006   Collected: 08/03/12-1930 By: PRNURAW
Status: COMP                                 Received: 08/03/12-1945 By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN

| | Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|---|
| | _CMP_ | | | | |
| > | NA | 130 | L | 136-145 mmol/L | 08/03/12-2014 |
| > | K | 5.9 | H | 3.5-5.1 mmol/L | 08/03/12-2014 |
| > | CL | 98 | | 98-107 mmol/L | 08/03/12-2014 |
| > | CO2 | 23 | | 21-32 mmol/L | 08/03/12-2014 |
| > | ANION GAP | 14.9 | | 4.8-21.0 mmol/L | 08/03/12-2014 |
| > | GLUCOSE | 105 | | 70-110 mg/dL | 08/03/12-2014 |
| > | BUN | 24 | H | 7-18 mg/dL | 08/03/12-2014 |
| > | CREATININE | 2.2 | H | 0.8-1.3 mg/dL | 08/03/12-2014 |
| > | TOTAL PROTEIN | 7.0 | | 6.4-8.2 g/dL | 08/03/12-2014 |
| > | ALBUMIN | 3.2 | | 3.2-4.7 g/dL | 08/03/12-2014 |
| > | CALCIUM | 7.3 | L | 8.5-10.1 mg/dL | 08/03/12-2014 |
| > | BILI TOTAL | 0.9 | | 0.2-1.0 mg/dL | 08/03/12-2014 |
| > | AST | 40 | H | 15-37 U/L | 08/03/12-2014 |
| > | ALT | 30 | | 12-78 U/L | 08/03/12-2014 |

_Please make note of the New Reference Range of ALT._
_This change incorporates the new ALT"I"_
_(International Standardization of ALT)_

| | | | | | |
|---|---|---|---|---|---|
| | ALK PHOS | 117 | | 50-136 U/L | 08/03/12-2014 |
| > | CK | 165 | | 39-308 U/L | 08/03/12-2014 |
| > | OSMOLALITY CALC | 274 | | 270-290 | 08/03/12-2014 |

_OSMOLALITY IS A CALCULATED RESULT BASED ON THE SODIUM,_
_GLUCOSE AND BUN RESULTS._

| | | | | | |
|---|---|---|---|---|---|
| > | CKMB | 0.8 | | 0.0-3.6 ng/mL | 08/03/12-2014 |
| > | ETOH | < 10 | | mg/dL | 08/03/12-2014 |

_Texas legal limit for intoxication = 0.08 % = 80 mg/dL_
_To convert mg/dL to percent, move the decimal point three places_
_to the left.  ie   10 mg/dL = 0.01 %_

**TEMPORARY REPORT COPY**
**** END OF REPORT ***

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5851                    OIG- Adams 117

TY-ADAMS, RODNEY-Enc# 43328?    MR-X-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

```
                    Palestine Regional Medical Center          PAGE 1
                         2900 South Loop 256
                         Palestine, TX 75801              Johnny L. Haley, MD

                    LAB RESULTS Broadcast REPORT
```

| | |
|---|---|
| **Name:** ADAMS,RODNEY | **Age/Sex:** 46/M   **Attend Dr:** TOOTE,PAUL URBAN |
| **Acct#:** L00104029459 **Unit#:** L000199921 | **DOB:** ███ |
| **Reg:** 08/03/12   **Disch:** | **Status:** REG ER   **Location:** |

**Specimen:** 0803:PAR:H00062S  **Req#:** 00605006  **Collected:** 08/03/12-1930 **By:** PRNURAW
**Status:** COMP                                      **Received:** 08/03/12-1945 **By:** PRLABTDB
**Ordering Dr:** TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *CBC W/DIFF* | | | | |
| > WBC | 7.6 | | 4.8-10.8 K/uL | |
| | | | | 08/03/12-1953 |
| > RBC | 4.13 | L | 4.7-6.1 M/uL | |
| | | | | 08/03/12-1953 |
| > HGB | 12.6 | L | 14.0-18.0 gm/dL | |
| | | | | 08/03/12-1953 |
| > HCT | 37.9 | L | 42-52 % | 08/03/12-1953 |
| > MCV | 91.8 | | 80-94 fL | 08/03/12-1953 |
| > MCH | 30.5 | | 27-31 pg | 08/03/12-1953 |
| > MCHC | 33.2 | | 33-37 g/dL | 08/03/12-1953 |
| > RDW | 13.5 | | 11.5-14.5 % | 08/03/12-1953 |
| > PLT | 183 | | 130-400 K/uL | |
| | | | | 08/03/12-1953 |
| > MPV | 9.8 | | 7.4-10.4 fl | 08/03/12-1953 |
| *MANUAL DIFF* | | | | |
| > PLT ESTIMATE | ADEQUATE | | ADEQUATE | 08/03/12-2026 |
| > SEGS | 33 | L | 50-70 % | 08/03/12-2026 |
| > BAND | 1 | | 0-10 % | 08/03/12-2026 |
| > LYMPH | 57 | H | 20-40 % | 08/03/12-2026 |
| > MONO | 4 | | 1-6 % | 08/03/12-2026 |
| > METAMYELOCYTE | 5 | H | 0-0 % | 08/03/12-2026 |
| > ATYPICAL LYMPH | 4 | | | 08/03/12-2026 |



```
ADAMS, RODNEY         M 045Y
43328731   129-03-84   ETNC TYLER
DOB:
        43328731
```

**TEMPORARY REPORT COPY**
** END OF REPORT **

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5852                OIG- Adams 118



TY-ADAMS, RODNEY-Enc# 433287     R-I-I-8/3/2012 ED Outside Medical Record   /4/2012--ER0020-23pg

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB: ▮▮▮▮▮▮                    ETMC TYLER

43328731

**NEURO**
- higher fu
- alert
- orient
- mood /
- no evidence of acute CVA

**cranial nerves-**
- nml as tested
**cerebellar-**
- nml as tested
**peripheral exam-**
- motor nml
- sensation nml
- reflexes nml

- aphasic expressive / receptive
- disoriented to time / place / person
- speech / cognition abnormalities
- facial palsy forehead: involved  spared
- tongue deviation ( to R / L )
- abnml Romberg / gait / finger-nose test
- weakness / hemiparesis / hemiplegia
- pronator drift
- altered light-touch / pin-prick / 2-pt discrimin
- tremor
- abnml movements
- Babinski reflex
- asterixis
- cervical lymphadenopathy*
- stiff neck / meningismus
- carotid bruit
- Kernig's sign / Brudzinski's sign

**NECK**
- supple
- non-tender

**RESP / CVS**
- no resp. distress
- breath sounds nml
- reg. rate & rhythm
- heart sounds nml
- respiratory distress / apneic
- wheezes / rales / rhonchi
- tachycardia / bradycardia / irreg. irreg. rhythm
- JVD present / decreased pulse(s)
- murmur   grade ___ /6  sys / dias___
- gallop ( S3 / S4 )

**ABDOMEN (GI)**
- non-tender
- no organomegaly
- nml bowel sounds*
- guarding / tenderness
- hepatomegaly / splenomegaly / mass

**SKIN**
- color nml, no rash
- warm, dry
- cyanosis / diaphoresis / pallor / ecchymosis
- rash / embolic lesions
- decubitus

**EXTREMITIES (MS)**
- non-tender
- pedal edema
- nml ROM*
- no pedal edema
- tenderness
- pedal edema
- Homan's sign / cords

**EKG & XRAYS**

| CBC | Chemistries | ABG | UA | |
|-----|-------------|-----|----|----|
| normal except | normal except | RA / ___ LO2 | normal except | |
| WBC | Na 120 | pH | | |
| Hgb. 12.6 | K 5.9 | pCO2 | | Cultures |
| Hct. | Cl | pO2 | | blood x |
| Platelets | CO2 | HCO3 | | sputum |
| segs 52 | Gluc. | PT/PTT | | urine |
| bands. | BUN 24 | INR | ETOH | |
| TSH | Creat 2.1 | ammonia | TOX | |
| | | lactate | | |

**RHYTHM STRIP** __ /NSR __ Rate ___
EKG ___ NML ☐ Interp. by me ☐ Reviewed by me  Rate
__ NSR  nml intervals   nml axis   nml QRS   nml ST/T
CXR ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/ radiologist
__ nml / NAD   no infiltrates __ nml heart size __ nml mediastinum
CT Scan __ head
__ nml / NAD                       ☐ Discsd w/ radiologist

P
R   Pulse Ox ___ % on RA / ___ LO2  Interp: nml / hypoxic  Time ___
O
R

Underline indicates organ system
* equivalent or minimum required for organ system exam

Altered Mental Status-15

**LABS**                                    Date ___

© 1996 - 2008 T-System, Inc.

**TREATMENT / PROCEDURE**  Time ___ ☐ Time out performed
DSO   Narcan   Thiamine
☐ intubated   ☐ ED Physician   pre-oxygenated
☐ RSI protocol __ succinylcholine __ vecuronium ___
#__ nasal / oral  breath sounds equal  position confirmd on CXR

**PROGRESS**
Time ___   unchanged   improved   re-examined

**CLINICAL IMPRESSION**

| Alcohol Intoxication | Hepatic Encephalopathy |
|----|----|
| Chronic Dementia | Intracerebral / Subarachnoid Bleed |
| Confusion / Stupor / Coma | Meningitis / Encephalitis / Sepsis |
| Dehydration / Volume Depletion | Pneumonia |
| Hypernatremia / Hyponatremia | Seizures / Post-Ictal State |
| Hypoglycemia / Insulin Reaction | Subdural Hematoma |
| Overdose / Substance Abuse | Syncope |
| CVA (Stroke) | Transient Ischemic Attack |
| hemorrhagic   non-hemorrhgic | Urinary Tract Infection |

**DISPOSITION** ☐ home  ☐ transferred
Time ___  ☐ admitted __ PQA  decubitus  / UTI/other ___
**CONDITION:** __ unchanged ☐ improved ☐ stable ___
Care transferred to Dr ___                   Time ___

**RESIDENT / PA / NP-** ___                         RTI # ___

**ATTENDING NOTE:** Please see resident / MD note for details
Resident/PA/NP's history reviewed. Patient interviewed and examined by me.
HPI:
My personal exam reveals:
I agree with assessment and care plan, and confirm the diagnosis(es) above. With exception of ___

**PHYSICIAN SIGNATURE** ___                       RTI # ___

ADAMS, RODNEY
PRE  ER
▮▮▮▮  M/46        Admit : V8.03/17
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ TOXIE PHUS URRAN
ACCT # L00104029459
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Copy of OIG case to Litigation Support on 04.19.2013 by cc.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

ADAMS, RODNEY
43328731   120-03-84   M   045Y
DOB: ████████   ETHC Tyler
|||||||||||||||||
43328731

ADAMS, RODNEY
PRE ER
█████████   M-4R   Admin: ██ ██ ██
███████99921 1UDIE PAUL ISRAN
Acct# L00104029459

45   Palestine Regional Medical Center

## EMERGENCY PHYSICIAN RECORD
### ♦ Altered Mental Status ♦

PQRI – Physician Quality Reporting Initiative

DATE: 8-3-12 TIME: _____ (on arrival) ROOM: 72

___EMS Arrival ___EMS treatments ordered

HISTORIAN: patient  spouse  (paramedic)  NH records___

___HX / ___EXAM LIMITED BY:

TRANSFER FROM: _____   ___ ☐ see transfer record

### HPI

chief complaint: ( decreased mental status ) / confusion
low blood sugar / diabetic   fever _____

onset / duration: ___ min / hrs / days ago   gradual-onset
upon waking  cannot confirm onset  came now   sudden-onset
better  continues in ED  more than 3 hours   intermittent
constant

character of altered mental status:
disoriented / confused / combative / agitated / trouble concentrating
unresponsive / seizure activity / decreased responsiveness

context:
nursing home resident / chronic dementia / depression
found unresponsive / unknown duration
by nursing home staff  bystander  family
dextrostick PTA (___)   given D50 / Narcan PTA
good / marginal / no response
recent / heavy alcohol intake   ( beer / wine / liquor )
last drink:
drug abuse / overdose
trauma  head injury
infection / other family members sick
new medications

Usually:   Cognition        Gait
alert, oriented x3   walks w/o assistance
alert but confused   unable to walk
alert but disoriented to time   uses a cane / walker
poor alertness   walks w/ assistance

associated symptoms:      new weakness
recent illness       decreased ability to stand / walk
fever / chills       weak  difficult  off balance
chest pain       cannot walk  cannot stand  falling
neck / back pain       fainting / dizziness
trouble breathing       involuntary movements / seizure
abdominal pain       headache
nausea / vomiting

Similar symptoms previously ___

Recently seen / treated by doctor / hospitalized ___

### ROS

EYES / ENT        GU / GI
problems with vision ___    problems urinating ___
sore throat ___     diarrhea ___
trouble swallowing ___    black stools ___
CVS / RESP       MS / SKIN / LYMPH
palpitations ___    joint pain ___
cough ___     leg / ankle swelling ___
rash ___
swollen glands ___
recent injury ___
PSYCH
anxiety / depression ___
LNMP ___   preg  post-menop

CONST / CVS / RESP / NEURO

### PAST HX

confusion / dementia ___    asthma / COPD ___
CVA / TIA  deficit ___    cardiac disease ___
diabetes Type I   Type 2 ___   AMI  CHF  A-Fib
diet / oral / insulin ___    hepatitis / HIV ___
head trauma ___    hyperlipidemia ___
overdose ___    hypertension ___
seizure disorder ___    insect bite ___
psychiatric disorder ___    GI bleeding ___
schizoph. / bipolar / depression ___
old records ordered / summary ___

Surgeries / Procedures ___ none ___
appendectomy ___    hysterectomy / BTL ___
cardiac bypass / stent ___    pacemaker ___
cholecystectomy ___    tonsillectomy ___

Immunizations: influenza / pneumovax   UTD / referred to PCP
Medications ___ none   see nurses note
aspirin  coumadin  clopidogrel   Allergies ___ NKDA

### SOCIAL HX  smoker___  drugs___
alcohol (recent / heavy / occasional) ___  occupation ___
living situation: alone  at home  in nursing home ___

### FAMILY HX  CVA  CAD  HTN  cerebral aneurysm ___

☐ Nursing Assessment Reviewed  ☐ Vitals Reviewed

### PHYSICAL EXAM

General Appearance ___ mild / moderate / severe distress
___ no acute distress   lethargic / obtunded
___ alert   apneic

HEAD / EENT
PEARL   scleral icterus / pale conjunctivae ___
EOM's intact   unequal pupils  R ___ mm  L ___ mm
no apparent trauma   post-surgical pupillary defect (R / L) ___
ENT inspection nml   EOM palsy ___
oropharynx nml   abnml funduscopic / papilledema ___
airway intact   deprsd gag reflex / handles secretions poorly ___
pharyngeal erythema / exudate ___
hemotympanum / raccoon eyes / Battle's sign ___
tenderness / swelling / ecchymosis ___
dry mucous membranes ___

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

© 1996 - 2008 T-System, Inc.

Page 9 of 23

Page 10 of 23

## Palestine Regional Medical Center

**EMERGENCY DEPARTMENT**
**FALL / ENTRAPMENT RISK ASSE**

Date In: 8/3/2012

Name: ADAMS, RODNEY
Age: 46YRS  DOB: 1/1/1966
EDMD: TOOTE, PAUL

PID#: L001040294459
MR#: L000199921
Sex: M
PMD: NO LOCAL DOCTOR

**FALL / ENTRAPMENT RISK** — Score less than 10 = low risk   Score greater than 10 - high risk for fall (follow hospital protocol)



| | Score | 0 | 1 | 2 | 3 | 4 | 5 | Other |
|---|---|---|---|---|---|---|---|---|
| **Age** | | Less than 50 | 80 or over | 60 - 69 | 70 - 79 | | | |
| **Mental Status** | | Oriented or Comotose | | Confused 100% of the time | Unable to follow directions | Nighttime or intermittant confusion | | |
| **Elimination** | | Continent Independent | Continent | | Requires assistance | | Incontinent | |
| **Impairments** | | None known | | Vision/glasses or hearing/hearing aid | Confined to bed or chair | Blind or deaf | | |
| **BP** | | Within normal limits | Systolic BP consistently less than 90 | Dizziness with position changes | | | | |
| **Gait / Mobility** | | | (1 pt each item) Uses cane/walker Holds furniture Balance problems | | | | | |
| **Current Medications** | | | (1 pt each med) sedatives Narcotics Diuretics, Antihypertensives Benzodiazepines Post-anesthesia Psychotropics Laxatives Cathartics | | | | | |
| **Predisposition Conditions** | | | (1 pt each item) CVA, Hypertension, Dehydration, Seizures, Arthritis, Parkinson's Disease, Loss of limbs, Post-op 1st 3 days | | | | | History of recent falls (2 or more in past 6 months) = 7 points |
| **Total** | | | | | | | | |

Circle each item that applies. Document points in score column. Total at bottom of page.

Pre-MED Forms

Rev: 12/0604 v.1.5

Copy of OIG case to Litigation Support on 04.19.2013 by oe.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731-RMR-I-I-8/3/2012 ED Outside Medical Records-R/4/2012--ER0020-23pg

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

**EMERGENCY DEPARTMENT**
**PRIMARY NURSING ASSESSMENT**                    **Palestine Regional Medical Center**

Name: ADAMS, RODNEY                               Pt#: L00104029459
Age: 46YRS   DOB: ⬛⬛⬛        Sex: M      MR#: L000199921
EDP: TOOTE, PAUL                 PCP: NO LOCAL DOCTOR

Date in: 8/3/2012      Time: 1910

**Subjective Notes:** *Unresponsive, Elevated Temp*

**Pain** ☐ Patient denies pain
Location: _____   Quality: ☐ Sharp ☐ Dull ☐ Cramping ☐ Burning ☐ Aching   Severity Scale: ___   Onset: ___
Provocation: _____   ☐ Other: _____                                      Aggravating Factors: ___
Radiating: ☐ No ☐ Yes (specify)                 ☐ Constant ☐ Intermittent   Relieving Factors: ___

**Psychosocial**
Appearance: ☐ Clean ☐ Unkempt ☐ Other ___          Environment: ☑ No steps ☐ Few steps ☐ Many steps
Mood / Affect / Behavior: ☐ Appropriate ☐ Depressed ☐ Anxious   Nutritional status: ☑ Normal ☐ Cachectic ☐ Obese
☐ Tearful ☑ Other *Unresponsive*              Religious / Cultural preference: ☐ None (specify) ___
Caregiver: ☐ Self ☐ Family member ☐ Significant Other ☐ Group home   Best learn by: ☐ Verbal ☐ Written ☐ Return demo
Activity level: ☐ Ambulates independently ☐ Requires assistance ☐ Non-ambulatory   Learning Barriers: ☐ TDD phone ☐ Interpreter ☑ No ☐ Yes
☐ Performs ADL's independently ☐ Requires assistance with ADL's   ☐ Other: ___

**Neurological**                      *Unresponsive*              **Gastrointestinal**                              ☐ Not Assessed
☐ Alert ☐ Oriented X 3 ☐ Cooperative ☑ Awake but Confused   Abdomen: ☑ Soft ☐ Flat ☐ Rigid ☐ Distended
☐ Uncooperative ☐ Combative ☐ Agitated ☐ Restrained   ☑ Non-Tender ☐ Tender (Area) ___
Responds: ☐ To Verbal ☐ To Pain ☑ Unresponsive   Bowel Sounds: ☑ Present ☐ Decreased ☐ Absent
Posturing: ☐ Decorticate ☐ Decerebrate         Elimination: ☑ Normal ☐ Constipation ☐ Diarrhea  # of Stools: ___
Pupils: Brisk Sluggish Fixed Pinpoint Dilated

Extremities:        RUE    LUE    RLE    LLE          **Genitourinary**                                ☐ Not Assessed
                                                     Urine: ☐ Colorless ☐ Yellow ☐ Red ☐ Brown ☐ Cloudy
                                                     ☐ Anuria ☐ Dysuria ☐ Hematuria ☐ Frequency ☐ Urgency
Movement: 0=None 1=Barely Breaks Gravity 2=Weak 3=Strong   Vaginal D/C ☐ No   LMP: *N/A*
Sensation: NR=No response DP=Deep pain MP=Mod pain LT=Light touch   Penile D/C ☐ Yes   Type: ___

**Cardiovascular**                                  **Musculoskeletal**                              ☐ Not Assessed
Skin: ☐ Warm ☐ Dry ☐ Cool ☐ Moist ☐ Diaphoretic   Lacerations / Abrasions / Contusions
Color: ☐ Pink ☐ Pale ☐ Ashen ☐ Flushed ☐ Cyanotic ☐ Jaundiced   Location: ___ *Contusion (L) Eye*
Capillary Refill: ☐ <2 Secs (Normal) ☐ >2 Secs (Delayed)   Size: ___
Turgor: ☐ Normal ☐ Decreased                       Bleeding: ☐ Absent ☐ Present ☐ Scant ☐ Moderate ☐ Heavy ☐ Pulsating
Pulses:        R    L                               ROM: ☐ WNL ☐ Decreased ☐ Absent
  Carotid                                           Edema: ☐ Absent ☐ 1+ ☐ 2+ ☐ 2+ Deformity ☐ Yes ☐ No
  Brachial                                          Scars: ☐ Yes ☐ No   Distal pulses: ☐ Absent ☑ Present
  Radial
  Femoral
  Popliteal                                         **Pre-Hospital Care**                            ☐ Transport only
  Dorsalis Pedis                                    ☐ CPR              PASG ☐ Not Inflated   IV type   Amt Infused
S=Strong  W=Weak  D=Doppler  A=Absent               ☐ Intubated           ☐ Legs Inflated
**Respiratory**                                     ☐ Ambu-Assist         ☐ Abd Inflated
Airway: ☐ Clear ☐ Other ___                         ☐ Mask             ☐ C-Collar
Effort: ☐ Unlabored ☐ Labored ☐ Mildly ☐ Severely   ☐ Nasal Cannula    ☐ Backboard      Medication   Amt  Route
☐ Retractions ☐ Stridor ☐ Nasal Flaring             ☐ O2 @ ___ lpm ___%  ☐ Traction
Cough: ☐ None ☐ Productive ☐ Non-Productive         ☐ Splint
Lung Sounds:   R    L
  Clear        ✓    ✓          ADAMS, RODNEY
  Wheezing                     43328731  128-03-84  M  045Y
  Crackles                     DOB: ⬛⬛⬛         ETHC Tyler
  Rhonchi
  Decreased                    |||||||||||||||||||
  Absent                       43328731

Vital Signs:  T: 107.7  P: 181 Regular:   R:   6   BP: 095/052   Nurse Signature: _____   Rev: 03/05/04

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5857                          OIG- Adams 123

TY-ADAMS, RODNEY-Enc# 43328731-EMR-T-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

*Patient Copy*

(Includes herbals, OTC meds, vitamins, neutraceuticals)

| ADMISSION | | | | DISCHARGE | | |
|---|---|---|---|---|---|---|
| **Source** □Patient □Nursing Home □Previous Admission □H&P □Copied from Patient's Labeled Meds □ Patient's Pharmacy:_____ □Other:_____ (name)□Patient Provided & Verified Medication List Personal Meds: □Sent to Pharmacy □Sent home with _____ (name) | | | | If Personal Meds Stored in Pharmacy, Obtained and Sent Home With □ Patient or □Other: _____ (name) | | |
| Medication Name Dosage / Frequency / Route <br><br> Patient is Knowledgeable About Home Meds:□Yes □No | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | Continue At Discharge | Next Dose Due At: | Patient Teaching *Verified and Teaching Sheets Provided* |
| UNKNOWN | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |
| | | □ Yes □No (time) First Dose: @ | □ Yes □No | | |

ADAMS, RODNEY   128-03-64   M  045Y
43328731                      ETHC Tyler
DOB:
43328731

| **List New Medications to be taken** | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications. Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications:

Vaccination Decision (Risk Assessment completed on admission)
□Pneumococcal vaccine ___ □Indicated ___ □Not Indicated ___ ○Administer vaccine per protocol
□Influenza vaccine ___ □Indicated ___ □Not Indicated ___ ○Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time ___ □ READ BACK of s: ○ Telephone ○Verbal Order | Date/Time ___ □ READ BACK of s: ○ Telephone ○ Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: 0in. | Weight: 100.00 kg ☒Estimated □ Stated □ Actual | Allergies: NKDA- |
|---|---|---|

| **Medication Reconciliation** Palestine Regional Medical Center | NAME: ADAMS, RODNEY | AGE: 46 |
|---|---|---|
| | MR#: L000199921   PT#: L00104029459 | DATE IN: 8/3/2012 |
| | EDP: TOOTE, PAUL   PCP: NO LOCAL DOCTOR | |
| | Referral Physician | |

Pro-MED Forms  8/3/2012 7:19:23 PM    *"Setting the standard in ED Automation"*    Page 1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5858          OIG- Adams 124

TY-ADAMS, RODNEY-Enc# 43328731-ELK-I-I-8/3/2012 ED Outside Medical Records-C../2012--ER0020-23pg

Medical Records

(Includes herbals, OTC meds, vitamins, neutraceuticals)

| ADMISSION | DISCHARGE |
|---|---|

**ADMISSION**

Source ☐Patient ☐Nursing Home ☐Previous Admission ☐H&P
☐Copied from Patient's Labeled Meds ☐ Patient's Pharmacy_____
☐Other:_____ (name)☐Patient Provided & Verified Medication List
Personal Meds: ☐Sent to Pharmacy  ☐Sent home with _____ (name)

**DISCHARGE**

If Personal Meds Stored in Pharmacy,
Obtained and Sent Home With ☐ Patient
or ☐Other: _____ (name)

| Medication Name  Dosage / Frequency / Route  Patient is Knowledgeable About Home Meds:☐Yes ☐No | Date/Time Last Taken U=Unknown T=Today Or Record Date | Continue In Hospital | Continue At Discharge | Next Dose Due At: | Patient Teaching *Verified and Teaching Sheets Provided* |
|---|---|---|---|---|---|
| **UNKNOWN** | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |
| | | ☐ Yes ☐No ____(time) First Dose: @ | ☐ Yes ☐No | | |

ADAMS  RODNEY
43328731   129-03-84  M  045Y
DOB:                    ETMC Tyler

43328731

**List New Medications to be taken**

**Hospital Pharmacy Order:** Compare Pre-Admission Medications with Formulary Medications.  Formulary medications that are identical in form and content may be dispensed for the pre-admission medications continued in the hospital, EXCEPT, do NOT dispense substitutions for the following medications:_____

Vaccination Decision (Risk Assessment completed on admission)
☐Pneumococcal vaccine        ☐Indicated        ☐Not Indicated        ☐Administer vaccine per protocol
☐Influenza vaccine            ☐Indicated        ☐Not Indicated        ☐Administer vaccine per protocol

| ADMISSION RECONCILIATION | DISCHARGE RECONCILIATION |
|---|---|
| Date/Time      ☐ READ BACK of a: ○ Telephone ○Verbal Order | Date/Time      ☐ READ BACK of a: ○ Telephone ○Verbal Order |
| Physician Name/Nurse Signature & Title | Physician Name/Nurse Signature & Title |
| Date/Time/Ordering Physician Signature: | Date/Time/Ordering Physician Signature: |
| Transcribed: Date/Time/Signature/Title: | Transcribed: Date/Time/Signature/Title: |
| Noted: Date/Time/Admission Nurse/Title/Initials: | Noted: Date/Time/Admission Nurse/Title/Initials: |

| Height: 0in. | Weight: 100.00 kg ☒Estimated ☐ Stated ☐ Actual | Allergies: NKDA- |
|---|---|---|

| **Medication Reconciliation**  alestine Regional Medical Cente | NAME: ADAMS, RODNEY | AGE: 46 |
|---|---|---|
| | MR#: L000199921        PT#: L00104029459 | DATE IN: 8/3/2012 |
| | EDP: TOOTE, PAUL        PCP: NO LOCAL DOCTOR | |
| | Referral Physician | |

Pro-MED Forms  8/3/2012 7:19:23 PM        *Setting the Standard in ED Automation*        Page 1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Record   '4/2012--ER0020-23pg

## INITIAL ASSESSMENT FORM

**Palestine Regional Medical Center**

| | | |
|---|---|---|
| PRIORITY: **1** | Patient: **ADAMS, RODNEY** | Pt#: L00104029459 |
| **ESI - 1** | DOB: ▇▇▇▇ AGE: 46YRS Sex: M | MR#: L000199921 |
| | EDP: **TOOTE, PAUL** | Worker's Comp: |
| DATE: 08/03/2012 | PCP: **NO LOCAL DOCTOR** | Emp. Referred: |

| Presentation Time: 19:14 | | Triage Time: 19:14 | Arrival Mode: EMS-OTHER |
|---|---|---|---|

| Height: | Weight: 220 lbs. 0 oz. 100.00 kgs. LMP: | Last Tetanus: | Acc By: GUARDS |
|---|---|---|---|

| Chief Complaint: | FEVER >101 (ADULT) | **Vital Signs** |
|---|---|---|

Brief Assessment:   IN WITH FEVER UP TO 107, SEIZURE

**Vital Signs**
T:    107.7  R
P:    181      Regular
R:    6        Labored
BP:   095/052
O2:   77 % RA
Pain Intensity Scale:  0  / 10
Pain Location: Unable to Rate

| | | | | |
|---|---|---|---|---|
| NIGHT SWEATS | UNK | | HEMOPTYSIS | UNK |
| WEIGHT LOSS | UNK | | FEVER | UNK |
| ANOREXIA | UNK | | | |

| | |
|---|---|
| MAMMOGRAM HISTORY | UNK |
| SMOKER | UNK |
| NAUSEA | NO |
| VOMITING OR DIARRHEA | NO |
| ABDOMINAL PAIN | NO |
| EAR ACHE | NO |
| SORE THROAT | NO |
| OTHER FAMILY MEMBERS ILL | NO |

Sudden Onset:

Pre-Hospital Treatment:   Refer to EMS Call Report.

Pediatric Assessment:   N/A

Past Medical History:   UNKNOWN

**Allergies: NKDA-**

ADAMS  RODNEY
43328731
DOB: ▇▇▇▇▇▇ ▇▇-84  M  045Y
ETHC  Tyler
43328731

Medicines:   UNKNOWN,

Nurse Signature: _____   ALG

Additional Notes:

Rev 07/30/09

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5860                    OIG- Adams 126

TY-ADAMS, RODNEY-Enc# 4332873? <MR-I-1-8/3/2012 ED Outside Medical Recol /4/2012--ER0020-23pg

ADAMS,RODNEY
PRE ER
M/46                    L.ER
MR# L000199921 TOOTE,PAUL URBAN
Acct# L00104029459
Admit: 08/03/12

------------------------------

I-STAT cTnI

Pt:L00104029459
Pt Name:

cTnI        1.59 ng/mL

19:32 03AUG12

Operator ID: 002785011603232
Physician:

Lot Number: 102P121502214
Serial: 353711
Version: JAMS133A
CLEW: A24
Custom: 00000000

------------------------------

ADAMS,RODNEY
4332873?
DOB:          3-84  M  045Y
                    ETNO Tyler
43328731

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5861                    OIG- Adams 127

TY-ADAMS, RODNEY-Enc# 43328731-EMR-I-I-8/3/2012 ED Outside Medical Records-8/4/2012--ER0020-23pg

8/3/2012 7:59 PM FROM: Fax   TO: 19037311150   PAGE: 001 OF 001

# American Teleradiology

| Patient Name: | RODNEY ADAMS | DOB: | |
| --- | --- | --- | --- |
| Patient ID: | 199921 | DOS: | 8/3/2012 7:43:00 PM |
| Referring Physician: | TOOTE PAUL | Institution: | Palestine Regional Medi |

CT Head without intravenous contrast

Clinical Indication: Altered mental status.
Technique: 5 mm axial noncontrasted images obtained from the skull base to the vertex.
Reference: No prior studies for comparison.
Findings:
No focal parenchymal masses, acute intracranial hemorrhage, or acute territorial infarct. No hydrocephalus. No extraaxial fluid collections. Basal cisterns are maintained. Orbits and globes are unremarkable. Mild mucosal thickening within sphenoid and maxillary sinuses. Mastoid air cells are clear.  No acute osseous abnormalities. Fluid present within the nasopharynx and oropharynx.
Impression:
No acute intracranial abnormalities.

PRELIMINARY REPORT ONLY; PLEASE FOLLOW UP ON FINAL REPORT
CONFIDENTIALITY/PRIVACY NOTICE:
The information contained in this facsimile message is privileged and confidential information intended for the sole use of the individual named above and subject to regulations of HIPAA. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.If you have received this information in error, please notify the sender immediately at 214-605-1712 and arrange for the deletion of this facsimile

*Thomas O'Neill*

Dr. Thomas J. O'Neill,  M.D.
8/3/2012 7:57:02 PM

Transcribed by: TO

ADAMS, RODNEY
43328731   128-03-84   M   045Y
DOB:                          ETHC Tyler

43328731

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.53

Plaintiffs' MSJ Appx. 5862                    OIG- Adams 128

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 ED Outside Medical Records    /2012--ER0020-23pg

## ORDER PROCEDURE FORM
## MEDICAL EMERGENCIES

**Palestine Regional Medical Center**

Name: ADAMS, RODNEY          PT#: L00104029459
Age: 46YRS   DOB: ▮▮▮        Sex: M    MR#: L000199921
Date In: 8/3/2012   Time: ____   EDP: TOOTE, PAUL    PCP: NO LOCAL DOCTOR

| Laboratory Tests | | | | Other Diagnostic Tests | | | |
|---|---|---|---|---|---|---|---|
| Order Time | | Order Sent | By | Order Time | Radiology | Order Sent | By |
| CBC | | | | | CXR (PA/LAT - Portable) | | |
| BMP    CMP | | | | | Abd. (flat & upright) | | |
| Amylase | | | | | | | |
| Drug screen (serum), (urine) | | | | | | | |
| βHCG | | | | | | | |
| Liver profile | | | | | | | |
| Magnesium | | | | | | | |
| Glucose (bedside), (serum) | | | | | Cardiopulmonary | | |
| UA | | | | | EKG | | |
| | | | | | ABG   PO₂   pCO₂ | | |
| | | | | | O₂ ___ LPM | | |
| | | | | | Vent | | |
| Misc. Orders | | | | | Medical Necessity Information: | | |
| Previous Medical Records | | | | | | | |
| Physical Therapy - Eval & Tx | | | | | | | |

Weight:              Allergies: NKDA-
lbs: 220
kgs: 100

| Order Time | Medication / Dosage / Route | VO | Read Back | Adm time | Adm by | Site | Time | Reassessment | Pain | Initials |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | | | | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | MC | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | MC | | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | IV NS TL | ☐ | | 1925 | MC | EV | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | 1912 | MC | EV | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | SUCCS 120mg EV | ☐ | | 1912 | MC | EV | | ☐ Improved ☐ Worse ☐ Unchanged | | |
| | | ☐ | | | MC | EV | | ☐ Improved ☐ Worse ☐ Unchanged | | |

| Order Time | IV / Solution / Added Medication | Start Time | Device/Size | Location | Attempts | Amount | Start by | D/C Time | Amt Infused | D/C by |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ KVO Device: | | 18G | AC | | | EMS | 1920 | 18G | |
| | ☐ IV Fluid: | | | | | | | | | |
| | 1 NS | 1930 | | | | | | | | |
| | 1 NS | 1942 | | | | | | | | |
| | ATIVAN 2N EV | | | ATIVAN - 2010 | | | | | - 2010 | |

### Procedures / Nursing Assistance

| | | |
|---|---|---|
| ☐ Cardiac Monitor: Rate ___ Rhythm: ___ | ☐ NGT Insertion # ___ Fr. | ☐ Endotracheal Intubation |
| ☐ NIBP Monitor | ☐ Gastric Lavage | ☐ Cardioversion |
| ☐ Pulse Oximetry | ☐ Central Line Placement | ☐ Oral Airway Insertion |
| ☐ Urinary Catheter Insertion: # ___ Fr. | ☐ CVP Monitoring | ☐ Oropharyngeal Suctioning |
| ☐ CPR | | |

### Discharge Instructions

43328731
DOB: ▮▮▮▮     8-84   R   ETHC Tyler B45Y
43328731

Initials/Signature:          Initials/Signature:          Initials/Signature:          Initials/Signature:

PA/ARNP:                    Physician's Signature: R. Toote

Rev. 09/14/04

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5863          OIG- Adams 129

TY-ADAMS, RODNEY-Enc# 4332873   R-I-I-8/3/2012 ED Outside Medical Record   4/2012--ER0020-23pg

ADAMS, RODNEY
MR 46   M/46   Adult: 00/03:12   L ER
MRN L000199921 TOOTE,PAUL URBAN
Acct# L00104029459

i-STAT cTnI

Pt:L00104029459
Pt Name:

cTnI          1.59 ng/ml

19:32 03AUG12

Operator ID: 002705011503232
Physician:

Lot Number: 102P121502214
Serial: 353711
Version: JAMS133A
CLEW: A24
Custom: 00000000

ADAMS, RODNEY   120-03-84   M 045Y
43328731                       ETHC Tyler
DOB:

43328731

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5864          OIG- Adams 130

TY-ADAMS, RODNEY-Enc# 4332873      R-I-I-8/3/2012 ED Outside Medical Record. ,4/2012--ER0020-23pg

Palestine Regional Medical Center                      PAGE 1
2900 South Loop 256
Palestine, TX 75801                    Johnny L. Haley, MD

LAB RESULTS Broadcast REPORT

| Name:  ADAMS,RODNEY | | Age/Sex: 46/M | Attend Dr: TOOTE,PAUL URBAN |
|---|---|---|---|
| Acct#: L00104029459 Unit#: L000199921 | | DOB: ▮▮▮▮ | |
| Reg:  08/03/12   Disch: | | Status: REG ER | Location: |

Specimen: 0803;PAR:U00022S  Req#: 00605006   Collected: 08/03/12-1925 By: PRNURSB
Status: COMP                              Received: 08/03/12-1945 By: PRLABTDB
Ordering Dr: TOOTE,PAUL URBAN

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *UA DIPSTICK* | | | | |
| >   UA COLOR | YELLOW | | YELLOW | 08/03/12-2001 |
| >   UA APPEARANCE | CLEAR | | CLEAR | 08/03/12-2001 |
| >   UA SPEC GRAVITY | 1.015 | | | 08/03/12-2001 |
| >   UA PH | 9.0 | | | 08/03/12-2001 |
| >   UA GLUCOSE | NORMAL | | NEGATIVE | 08/03/12-2001 |
| >   UA BILIRUBIN | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| >   UA KETONES | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| >   UA BLOOD | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| >   UA PROTEIN | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| >   UA UROBILINOGEN | NORMAL | | NORMAL | 08/03/12-2001 |
| >   UA NITRITE | NEGATIVE | | NEGATIVE | 08/03/12-2001 |
| >   UA LK ESTERASE | NEGATIVE | | NEGATIVE | 08/03/12-2001 |



ADAMS, RODNEY
43328731   129-03-84   M   045Y
DOB: ▮▮▮▮▮▮         ETMC Tyler
43328731

**TEMPORARY REPORT COPY**
** END OF REPORT **

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.5C

Plaintiffs' MSJ Appx. 5865                    OIG- Adams 131

TY-ADAMS, RODNEY-Enc# 433287.    ER-I-I-8/3/2012 ED Outside Medical Record. ./4/2012--ER0020-23pg

```
RUN DATE: 08/03/12          Palestine Regional Medical  LAB  *LIVE*              PAGE 1
RUN TIME: 1953                          Specimen Inquiry
RUN USER: PRLABTDB
```

| | | |
|---|---|---|
| PATIENT: ADAMS, RODNEY | ACCT #: L00104029459  LOC:  L.ER | U #: L000199921 |
| | AGE/SX: 46/M          ROOM: | REG: 08/03/12 |
| REG DR:  TOOTE, PAUL URBAN | DOB: ▮▮▮▮▮           BED: | DIS: |
| | STATUS: REG ER          TLOC: | |

```
SPEC #: 0803:PAR:H000628    COLL: 08/03/12-1930    STATUS: RES          REQ #: 00605006
                           RECD: 08/03/12-1945    SUBM DR: TOOTE, PAUL URBAN

ENTERED:   08/03/12-1942                       OTHR DR: NO LOCAL PHYSICIAN
ORDERED:   CBC W/DIFF, MANUAL DIFF
```

| Test | Result | Flag | Reference | Verified |
|---|---|---|---|---|
| *CBC W/DIFF* | | | | |
| WBC | 7.6 | | 4.8-10.8 K/uL | |
| | | | | 08/03/12-1953 |
| RBC | 4.13 | L | 4.7-6.1 M/uL | |
| | | | | 08/03/12-1953 |
| HGB | 12.6 | L | 14.0-18.0 gm/dL | |
| | | | | 08/03/12-1953 |
| HCT | 37.9 | L | 42-52 % | 08/03/12-1953 |
| MCV | 91.8 | | 80-94 fL | 08/03/12-1953 |
| MCH | 30.5 | | 27-31 pg | 08/03/12-1953 |
| MCHC | 33.2 | | 33-37 g/dL | 08/03/12-1953 |
| RDW | 13.5 | | 11.5-14.5 % | 08/03/12-1953 |
| PLT | 183 | | 130-400 K/uL | |
| | | | | 08/03/12-1953 |
| *MANUAL DIFF* | | | | |
| MPV | 9.8 | | 7.4-10.4 fl | 08/03/12-1953 |
| PLT ESTIMATE | PENDING RESULT(S) | | | |



** END OF REPORT **

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5866                    OIG- Adams 132

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 ED Outside Medical Records    /2012--ER0020-23pg

## EMERGENCY DEPARTMENT
## ONGOING NURSING ASSESSMENT

**Palestine Regional Medical Center**

Date: 8/3/2012    903-535-6260

Name: ADAMS, RODNEY    Pt#: L00104029459
Age: 46YRS    DOB: ___    MR#: L000199921
EDP: TOOTE, PAUL    Sex: M    PCP: NO LOCAL DOCTOR

**NURSING DIAGNOSES**

| | | | |
|---|---|---|---|
| Airway Clearance, Ineffective | Communication Impaired | Infection, Potential | Self Care Deficit |
| Anxiety | Coping, Ineffective | Injury, Potential | Skin Integrity Impairment |
| Breathing Pattern, Ineffective | Fluid Volume, Alteration in | Knowledge Deficit | Thought Processes, Impaired |
| Cardiac Output, Decreased | Gas Exchange, Impaired | Mobility Impaired | Thought Processes, Alteration in |
| Comfort, Alteration in | Hyperthermia (Fever) | Non-Compliance | Tissue Perfusion, Alteration in |
| Other | | Other | |

ADAMS, RODNEY
43328731   128-03-84   M   845Y
DOB:                              ETMC Tyler

43328731

| GOAL/PLAN | Met | Not Met | Int | | | Met | Not Met | Int |
|---|---|---|---|---|---|---|---|---|
| FB REMOVAL | | | | IMMOBILIZATION | BREATHING | | | |
| BLEEDING CONTROL | | | | DECREASE / FRB | / DISTRESS | | | |
| PAIN CONTROL | | | | MAINTAIN STABLE | II, NEEDS | | | |
| ALLEVIATE N/V | | | | MAINTAIN SKIN / | NEEDS | | | |
| FEVER CONTROL | | | | PREVENT FURTH. | meet EDUCATIONAL NEEDS | | | |
| DECREASE ANXIETY | | | | MAINTAIN / IMPROVE CIRCULATION | Other | | | |
| SAFETY IN THE ED | | | | INFECTION CONTROL | | | | |

Int: N = documentation in nurses notes, other 'codes' per Hospital Policy.

| Time | Notes | | |
|---|---|---|---|
| 1910 | Pt to T2. Cardiac Monitor placed | | MRN |
| 1911 | Succs 120 mg IV | | MRN |
| 1912 | Versed 5 mg IV | | MRN |
| 1914 | Pt intubated c̄ 8.0 ETT ⊕ color change | | MRN |
| | 24 @ lip | | MRN |
| 1920 | 18G ® hand x 1 stick labs/fluids CXS drawn | | MRN |
| 1922 | EKG complete | | MRN |
| 1925 | Cooling blanket placed | | MRN |
| 1930 | Rectal Temp 107 | | MRN |
| 1935 | ice & packs placed | | MRN |
| 1940 | Pt to CT c̄ RN & monitor | | M |
| 1942 | 2nd NS 1,000 mL bolus given | | M |
| 2000 | Ativan/Valium IV/IM | | |
| 2005 | Rectal Temp 106.2 | | |
| 2025 | BP 82/59 H/61, 100% RR 15 | | |
| 2048 | Meds as ordered | | |
| 2110 | Pt cleaned up, new | | |
| | Sheet & gown put | | |
| | placed @ bedside | | |
| 2430 | Flight crew here taken | | |

Discharged in care of: ___ ☐ Amb ☐ W/C ☐ Strch ☐ Carried
Discharge instructions given to ___ ☐ Verbalized understanding
Admit: Room #: ___ to Dr. ___ Ready for Room Time: ___
Report called at ___ and given to ___
Transferred to ETMC ___ ☐ Transfer Verified
Report called at 2155 and given to Lindsay RN
☐ Left without treatment ☐ Left Against Medical Advise
Condition at Disposition: ☐ Improved ☐ Stable ☐ Serious ☐ Expired
Pain Scale: ___ Pain Location: intubated
Patient reports that pain is: ☐ Improved ☐ Unchanged ☐ Worse
Disposition Vitals: T 103.7 P 68 R 015 BP 81/69 O2 92% RN
Disposition Date: 8-3-12 Time: 2130 Nurse: MRN

Rev. 03/05/04

Page 21 of 23

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.58

TY-ADAMS, RODNEY-Enc# 4332873   R-I-I-8/3/2012 ED Outside Medical Record   4/2012--ER0020-23pg

## EMERGENCY DEPARTMENT
## MEDICATION ADMINISTRATION RECORD

**Palestine Regional Medical Center**

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB:

ADAMS, RODNEY          P#:L00104029459
46YRS  DOB:            Sex M   MR#:L000199921
TOOTE, PAUL            PCP: NO LOCAL DOCTOR

Date in: 8/3/2012
ETHC Tyler
Allergies: NKI

43328731

### INFUSION & INJECTION INTERVENTION

| Site | Location | Gauge | Attempts | Initials | Complications / Comments | Date / Time |
|------|----------|-------|----------|----------|--------------------------|-------------|
| A | CAC | 18 | | EMS | | 8-3-12 |
| B | R hand | 18 | | | | |

### INFUSION (15 MIN)

| | | | | | | |
|---|---|---|---|---|---|---|
| IV #1: Solution NS | Flow Rate | Hydration | Initial | Sequential | Concurrent | |
| Start 1930 Stop 2010 Ongoing | Site A / B | Rate chg/Time | Rate chg/Time | Nurse MC | | |
| IV #2: Solution NS | Flow Rate Bolus | Hydration | Initial | Sequential | Concurrent | |
| Start 1942 Stop 20__ Ongoing | Site A / B | Rate chg/Time | Rate chg/Time | Nurse MC | | |
| IV #3: Solution Fentox | Flow Rate 250cc/hr | Hydration | Initial | Sequential | Concurrent | |
| Start 2010 Stop 2030 Ongoing | Site A / B | Rate chg/Time | Rate chg/Time | Nurse MC | | |
| IV #4: Solution Levophed | Flow Rate 100 mg/hr | Hydration | Initial | Sequential | Concurrent | |
| Start 2021 Stop __ Ongoing ✓ | Site A / B | Rate chg/Time 2150/2052 | Rate chg/Time 2052/23 | Nurse MC | | |

### INJECTION (15 MIN)

| | | | | | | |
|---|---|---|---|---|---|---|
| Medication Succs | Improved Worse Unchanged | Site A | Dose 20mg Time 1918 | IM  SUBQ  IV Push | Nurse MC |
| Medication Versed | Improved Worse Unchanged | Site A | Dose 5mg Time 1918 | IM  SUBQ  IV Push | Nurse MC |
| Medication Ativan | Improved Worse Unchanged | Site B | Dose 2mg Time 1923 | IM  SUBQ  IV Push | Nurse |
| Medication Ativan | Improved Worse Unchanged | Site B | Dose 4mg Time | IM  SUBQ  IV  Push | Nurse |
| Medication Ativan | Improved Worse Unchanged | Site B | Dose 4mg Time | IM  SUBQ  IV  Push | Nurse |

### VACCINATIONS

| | | | | |
|---|---|---|---|---|
| Influenza (Site) ____ | SUBQ/IM Lot# ____ | Time ____ | VIS Version Given: ____ | Nurse ____ |
| Pneumovax (Site) ____ | SUBQ/IM Lot# ____ | Time ____ | VIS Version Given: ____ | Nurse ____ |
| Hepatitis (Site) ____ | SUBQ/IM Lot# ____ | Time ____ | VIS Version Given: ____ | Nurse ____ |
| Other (Toxoid Name) ____ | SUBQ/IM Lot# ____ | Time ____ | VIS Version Given: ____ | Nurse ____ |

Did the patient have a reaction?(circle one) YES / NO If YES, describe in detail ____

### ALL OTHER MEDICATIONS: ORAL, RECTAL, TOPICAL OR INHALATION MEDICATIONS

| | | | | | |
|---|---|---|---|---|---|
| Medication ____ | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given ____ | Nurse ____ |
| Medication ____ | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given ____ | Nurse ____ |
| Medication ____ | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given ____ | Nurse ____ |
| Medication ____ | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given ____ | Nurse ____ |
| Medication ____ | Improved Worse Unchanged | R  PO  SL  INHAL | TOPICAL Time given ____ | Nurse ____ |

### RESPIRATORY INTERVENTIONS BY NURSING PERSONNEL

Aerosol Medications ____   Time given ____   Patient Response ____   Nurse ____

Was the patient, or family member in the event of a minor, educated on the use of aerosol treatment  (circle one)  YES / NO   Nurse ____

| | | | |
|---|---|---|---|
| Nursing #1 Signature | Date / Time 8-3-12 | Nursing #2 Signature | Date / Time |

Rev. 1/5/2010

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 22 of 23

28.59

TY-ADAMS, RODNEY-Enc# 43328731   -I-I-8/3/2012 ED Outside Medical Records   /2012--ER0020-23pg

# INTREPID EMERGENCY MEDICAL SERVICE
### 822 LCR 828
### DONIE, TX 75838
### (   ) 208-0691

| Enr | AS | | | |
|---|---|---|---|---|
| Trans | At Destination | Completed | | |

| Date | Call Number | PT # of # | Name: Last, First | D.O.B. |
|---|---|---|---|---|

**Chief Complaint**

**ALLERGIES**
☐ NONE  ☑ u/k

**MEDS**
☐ NONE  ☑ u/k

**MEDICAL HISTORY** ☐ HTN ☐ Nicotine User ☐ Cancer
☐ Allergies ☐ Asthma ☐ Behavorial Disorder ☐ Cardiac ☐ CHF ☐ Communicable Disease ☐ COPD ☐ CVA ☐ Diabetes ☐ Epilepsy ☐ Other ☐ None ☑ U/K

| LOC | PRIMARY SURVEY | PUPILS | TEMP | Vital Signs | | | | Vital Signs | | | | O2 SAT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ☑ PERTL | ☐ Normal | Time | P | R | BP | Time | P | R | BP | |
| **CHOOSE ONLY ONE** | A ☑ Normal ☐ Partial Dilat. ☐ Total Dilat. | ☑ Other | ☐ Warm ☐ Cool ☐ Cold ☐ Hot | | | | | | | | | Time |
| ☐ Alert/Oriented | | | | | | | | | | | | Time |
| ☐ Responds to Voice | B ☐ Normal ☐ Labored ☑ Rapid ☑ Shallow ☐ Absent | **CERVICAL SPINE** | **COLOR** ☐ Normal ☐ Pale ☐ Flushed ☐ Mottled ☐ Cyanotic | | | | | | | | | Time |
| ☐ Responds to Pain | | ☐ Pain ☐ Numbness ☐ Tenderness ☐ Motor Loss ☐ N/A | | | | | | | | | | Time |
| ☑ Unresponsive | | | | | | | | | | | | **GLUCOSE** |
| **WEIGHT** | C ☐ Normal ☑ Weak ☑ Bounding ☐ Irregular ☐ Absent | | | **PAIN SCALE (10 = Worse)  1  2  3  4  5  6  7  8  9  10** | | | | | | | | Time |
| | | | **SKIN** ☐ Normal ☐ Wet/Diaph. | **SKIN TURGOR TEST** | | | **CO2 LEVEL** | | | | | Time |
| ___ lbs. ☐ KG | | | | Where | Result | | CO₂ | Time: | CO₂ | Time: | | Time |
| | | | | Temp (Thermometer): | | | | | | | | |

| | WNL | N/A | ABN. | PHYSICAL EXAM (COMMENTS) |
|---|---|---|---|---|
| **NEURO** | ☐ | ☐ | ☑ | ☐ Weakness - Location:                    ☐ Decr. Sensation - Location: |
| **CVA SCALE** | ☐ | ☐ | ☑ | ☐ Facial Droop   ☐ Slurred Speech   ☐ Arm Drift |
| **HEAD** | ☐ | ☐ | ☑ | |
| **NECK** | ☐ | ☐ | ☑ | ☐ JVD    ☐ TD |
| **CHEST** | ☐ | ☐ | ☑ | |
| **LUNGS** | ☑ | ☐ | ☐ | |
| **ABDOMEN** | ☐ | ☐ | ☑ | |
| **BACK / SPINE** | ☐ | ☐ | ☑ | |
| **PELVIS** | ☐ | ☐ | ☑ | |
| **EXTREMITIES** | ☐ | ☐ | ☑ | ☐ Edema   ☐ Contractures: ___ Upper ___ Lower |

**GLASGOW COMA SCALE**
Best Motor: ___ Time ___
Best Verbal: ___ Time ___
Eye Response: ___ Time ___

**TRAUMA SCORE** ___

**EKG MONITORING:** Rhythm ___    HR ___    R ___    EKG CHANGES ___

| GENERAL TREATMENT/PROCEDURES / MEDS / IV / 02 | RESULTS OF TREATMENT |
|---|---|
| TIME | |
| | |
| 50 | |
| | |

ADAMS, RODNEY
43328731   129-03-84  M  045Y
DOB:                      ETHC Tyler
|||||||||||| 43328731

**Narrative:**

| Signature | Cert. | 2nd Attendant (Dr.) | Cert. | RN / LVN Accepting Pt |
|---|---|---|---|---|

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28-60

Plaintiffs' MSJ Appx. 5869          OIG- Adams 135

TY-ADAMS, RODNEY-Enc# 433287: R-I-I-8/3/2012 ED Physician Documentatio. /4/2012--ER0014-5pg

ED Medication Orders

ETMC REGIONAL TRAUMA SYSTEM

ETMC-ER (EMR)
1000 S. Beckham Ave.
Tyler, TX 75701
1-800-648-8141

10

Patient: ADAMS, RODNEY
Triage Date: August 3, 2012
DOB: [redacted]
Med Rec#: 1290384
Account#: 43328731
Sex: Male
Age: 45 yr

| MEDICATIONS | Time | | Time |
|---|---|---|---|
| ☐ Ativan____mg IV | | | |
| ☐ Zofran____mg IV | | | |
| ☐ Morphine____mg IV | | | |
| ☐ Nubain____mg IV | | | |
| ☐ Dilaudid____mg IV | | | |
| ☐ KCL____mg IV | | | |
| ☐ Protonix____mg IV | | | |
| ☐ Nitropaste____" to chest wall | | | |
| ☐ Nitro S/L x3 | | | |
| ☐ ASA____mg po | | | |
| ☑ IV Fluids __cc/hr KVO W/O | | | |
| ☑ NS | | | |
| ☐ LR | | | |
| ☐ Other______ | | | |
| ☐ IV Saline Lock | | | |
| $NaHCO_3$ 2 amps [illegible] | | | |
| Norepi [illegible] SBP > 100 | | | |
| Transfuse [illegible] FFP. | | | |
| Vit K 10 [illegible] | | | |
| [illegible] 4.5 g IV | | | |
| Vancomycin 1 g IV | | | |
| Admit ICU | | | |
| Dx: | | | |
| [illegible] | | | |
| Hypotension | | | |
| Hypothermia | | | ADAMS, RODNEY 43328731 129-03-84 M 045Y DOB: [redacted] ETMC TYLER |

Physician's Signature: Colin A. Martino M.D. [illegible] 2303

Page 1 of 1
Printed 8/3/2012 at 22:59
ADAMS, RODNEY (40 - 55 yr M) Medical Problem - Major

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 4332873:   .-I-I-8/3/2012 ED Physician Documentatic   ./2012--ER0014-5pg

**ED Physician Notes**                    Chart by exception.  Circle positive responses - findings. A backslash (\) indicates a pertinent negative.

| | | |
|---|---|---|
| **ETMC** REGIONAL TRAUMA SYSTEM *East Texas Medical Center Regional Healthcare System* | **ETMC-ER (EMR)**<br>1000 S. Beckham Ave.<br>Tyler, TX 75701<br>1-800-648-8141 | **Patient: ADAMS, RODNEY**<br>**Triage Date: August 3, 2012**<br>DOB: ▓▓▓▓▓▓              **Sex: Male**<br>**Med Rec#: 1290384**              **Age: 45 yr**<br>**Account#: 43328731** |

| **Chief Complaint** | **1. Medical Problem - Major** |
|---|---|
| **Basic Information** | Time: ___ // Hx: Pt / Spouse / S.O. / Father / Mother / Child / Guardian / Interp / Other // Amb: BLS ALS // Police |
| Vital signs: | Per nurse notes / WNL / T_____ P_____ R_____ BP_____ SaO2_____ % / |
| Medications: | Per nurse notes / None / Per list / Reconciled / |
| | |
| Allergies - intolerances: | Per nursing notes: substances  reactions / NKDA / |
| Immunizations: | Per nurse notes / Influenza / Pneumococcal / Tetanus:  less_than_5 yrs  5 - 10 yrs  more_than_10 yrs  never / |
| History limitation: | None / Clinical condition / Physical impairment / Cognitive impairment / Language barrier / |

**History of Present Illness**   *[handwritten notes]*

**Duration/Timing**
| | |
|---|---|
| Symptom duration: | / _____ hrs days wks mos / Since date_____ time_____ / |
| Symptom course: | None / Resolved / Decreasing / Constant / Increasing / Episodic / Waxing & waning / |
| Symptom onset: | / Abrupt / Gradual / Unknown / |

**Location**
| | |
|---|---|
| Symptoms: | As noted / Describe / |

**Quality/Severity**
| | |
|---|---|
| Symptom quality: | As noted / Describe / |

**Modifying Factors**
| | |
|---|---|
| Exacerbating: | None / Activity / / |
| Mitigating: | None / Rest / / |

**Context**
| | |
|---|---|
| Prior similar symptoms: | None / Describe / |

**Assoc Signs & Symps**
| | |
|---|---|
| Const: | None / Fever / Chills / Sweats / Malaise / Gen weakness / Decreased LOC / |

| **Review of Systems** | See HPI for - Const |
|---|---|
| Eye: | Neg / R / L / Pain / Eyelid inflammation / Conjunctival inflammation / Vision change / |
| ENT: | Neg / R_L_ Ear:  pain  disch / Nose:  congestion  disch  bleed / Mouth:  pain  swelling / Throat:  pain  swelling  hoarse / |
| CV: | Neg / Chest pain / Palpitations / Tachycardia / Bradycardia / Syncope / |
| Resp: | Neg / SOB at rest / SOB w exercise / Orthopnea / Cough / Wheezing / Stridor / |
| GI: | Neg / Nausea / Poor PO intake: solids  liquids / Vomiting / Hematemesis / Diarrhea / |
| | Hematochezia / Constipation / Melena / Pain / |
| GU: | Neg / Dysuria / Hematuria / Discharge / Lesions / R__L__ Testicle:  pain  mass / Urine:  decr  incr / |
| MS: | Neg / R / L / Hand / Shoulder / Arm / Knee / Leg / Neck / Back / General / Stiff / Pain / Chronic / Acute / |
| Skin: | Neg / Jaundice / Rash / Pruritus / |
| Neuro: | Neg / Confusion / !R_L_ Hearing loss / R_L_ Vision loss / Diplopia / |
| | Abnl: speech  motor  sensation  balance / HA / Seizure / |
| Psych: | Neg / Anxiety / Depression / Mania / Ideation: suicidal  homicidal  delusional / Hallucinations / |
| Endocrine: | Neg / Polydipsia / Polyuria / Heat - cold intolerance / Cushingoid / |
| Heme/Lymph: | Neg / Lymphadenopathy / Easy bruising / Prolonged bleeding / Anemia / |
| Allergy/Immuno: | Neg / Allergies as noted / Recurrent infections / HIV: CD4#_____ , Viral Load _____ / |
| Other significant: | All systems otherwise neg / |

| **Past Medical History** | See HPI / See dictation / See med record dated _____ / |
|---|---|
| Med: | Neg / CAD HTN Angina A.Fib MI CHF Mur / Asthma / GERD / CA / CRF / High chol / Hypothyroid / DM: type_1  type_2 / |
| Surg: | Neg / Not significant / CABG x ___ / PTCA / Stent / Chole / Appy / Hernia / |

| | |
|---|---|
| **ED Physician Notes**   copyright LYNX Medical Systems, Inc  2001  N10 | Page 1 of 2<br>Printed 8/3/2012 at 22:59<br>**ADAMS, RODNEY  (40 - 55 yr M)  Medical Problem - Major** |

Page 2 of 5

Copy of OIG case to Litigation Support on 04.19.2013 by ce.<br>UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 ED Physician Documentation    '2012--ER0014-5pg

**ED Physician Notes**          Chart by exception. Circle positive responses - findings. A backslash (\) indicates a pertinent negative.

**ETMC**
REGIONAL TRAUMA SYSTEM
East Texas Medical Center
Regional Healthcare System

**ETMC-ER (EMR)**
1000 S. Beckham Ave.
Tyler, TX 75701
1-800-648-8141

| Patient: ADAMS, RODNEY |
| Triage Date: August 3, 2012 |
| DOB: ▇▇▇▇▇▇          Sex: Male |
| Med Rec#: 1290384     Age: 45 yr |
| Account#: 43328731 |

**Family History**
FMH:  Not significant / Asthma  COPD / CAD / HTN / MI / DM / CA / Seizures / Unknown /

**Social History**
Social concerns:  None / Neglect / Abuse / Living situation /
Habits:  None / ETOH: occ  reg  amt _____ per day wk / Tobacco: occ  reg _____ ppd x _____ yrs /
Marijuana / Cocaine / Heroin / Amphetamines /

**Examination**
General:  Limited by: Critical condition _____
NAD / Mild distress / Mod distress / Sev distress
Skin:  WNL / Pale / Jaundice / Cyanotic / Mottled / Diaphoretic / Ashen / Tenting /
Erythema / Petechiae / Macules / Papules / Vesicles / _____ mm / Discrete / Confluent /
R / L / Hand / Arm / Lower leg / Thigh / Face / Scalp / Trunk / Genitalia /

**Head**
Scalp:  WNL / R / L / Occipital / Parietal / Temporal / Frontal / Erythema / Bruises / Swelling / Tenderness /
Face:  WNL / R / L / Infraorbital / Cheek / Maxilla / Ethmoid / Jaw / Erythema / Bruises / Swelling / Tenderness /
Eye:  WNL / PERRL / Scleral icterus / Abnl EOM / Nystagmus: hor vert / R__L__Lid inflammation _____
R__L__Conjunctive inflammation / Abnl pupil: R _____ L _____ / Papilledema / A - V nicking _____
ENT:  WNL / R__L__TM: dull red bulging / R__L__Nares: congestion blood / Dry mucous membranes _____
Tongue: swelling  bruising  lesions / Pharynx erythema / R__L__Tonsil: swelling  exudate / Absent gag /
Neck:  WNL / Supple / Tenderness: spinous_process  paraspinal / Enlarged thyroid / Stiffness / Painful ROM /
Heart:  WNL / Reg rate & rhythm / Bradycardia / Tachycardia / Extra beats / Irregular / S3 / S4 /
Syst mur _____ /6 at _____ rad to _____ / Dias mur _____ /6 at _____ rad to _____ /
Respirations:  WNL / Slow / Rapid / Shallow / Labored / Retractions / Access. mus. use / Controlled vent. /
Lungs:  WNL / Clear / Diminished _____ / Rhonchi  insp  exp _____ / Rales: coarse  fine  insp  exp _____ /
Wheezes: insp  exp _____ / Stridor: insp  exp / Pleural rub: insp  exp _____ /
Abd:  WNL / Obese limiting exam / Soft / Scars _____ / Distended / Abnl bowel sounds _____ / Tenderness _____ /
Guarding _____ / Rebound _____ / Enlarged: liver  spleen _____ cm / Mass _____ / Bruit _____ /
Rectal:  WNL / Deferred / Tenderness _____ / Hemorrhoids _____ / Prostate _____ /
Mass _____ / Abnl color: blood_streaked red  black / Heme: pos  neg  q_c_ok / Decreased tone /
Genital:  WNL / Erythema / Vesicles / Discharge / Tenderness / Ulcer / Mass _____ cm / R / L / Glans / Shaft /
R__L__Scrotum / Testis / Inguinal /

**Back:**  WNL / R / L / Thoracic / Lumbar / Midline / Paraspinous / CVA / Abrasion / Tenderness /
**Extremities:**  WNL / R / L / Hand / Arm / Foot / Ankle / Lower leg / Thigh / Tender / Swelling / Deformity / Edema _____ + /
**Neuro:**  WNL / Alert / Ox _____ / Decr LOC / Cognitive dysfunction / Abnl CNS II-XII / Aphasia - Dysarthria /
Motor deficit / Sensory deficit / Abnl cerebellar tests / Abnl gait /
**Psych:**  Appropriate / Flat / Depressed / Anxious / Agitated / Uncooperative / Combative /
**Lymph:**  WNL / R / L / Axil / Post / Neck / Axillary / Inguinal / Generalized /
Enlarged: min  mod _____ cm / Tender: mild  mod  sev / Non-tender /
**Perfusion (R/L):**  WNL / Warm x 4 / Red _____ / Femoral: (_____ / _____) / Pop: (_____ / _____) /
D. Pedis: (_____ / _____) / Post tib: (_____ / _____) / Cap ref: (_____ secs/_____ secs) /

**Critical care:**

┌─────────────────────────────────────────────────────────────────────────────────┐
│ **Critical Care Note :**                                                          │
│ System at risk for life threatening failure: CNS / Upper airway / Respiratory / Cardiac / Circulatory / Hepatic / Renal │
│ Associated problems:  Hypertension / Hypotension / Shock / Hypercarbia / Hypoxia / Bleeding / Dehydration / │
│ Metabolic changes / Acidosis / Arrhythmia / Infection / Post OP / Drug overdose / Trauma / │
│                                                                    Time (mins) │
│ 1 Procedures/Services** ---- Cardiac monitor interp / Venipuncture / Arterial Puncture      _____ │
│    CXR interp / NG placement / Vent management / Transcutaneous pacing / Defibrillation │
│ 2 Management: _____ Bedside management / Geer review / Record review /        _____ │
│            Case discussion related to critical care / Case documentation /              _____ │
│                                           Net Critical Care time (1 + 2)               _____ │
│  ** Exclusive of separately billed procedures (ET intubation, temporary transvenous pacing, elective cardioversion, │
│   chest tube, CPR, pericardiocentesis, tracheostomy, cricothyroidotomy, thrombolysis, IO line, central line, EKG interp) │
│  Physician Signature _____  Celia A. Martin M.D. _____               │
└─────────────────────────────────────────────────────────────────────────────────┘

Page 2 of 2
Printed 8/3/2012 at 22:59
**ED Physician Notes**     copyright LYNX Medical Systems, Inc 2001  N10          ADAMS, RODNEY  (40 - 55 yr M) Medical Problem - Major

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5872                    OIG- Adams 138

ED Physician Notes                          Chart by exception.  Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative.

**ETMC**
REGIONAL TRAUMA SYSTEM
East Texas Medical Center
Regional Healthcare System

**ETMC-ER (EMR)**
**1000 S. Beckham Ave.**
**Tyler, TX  75701**
**1-800-648-8141**

**Patient: ADAMS, RODNEY**
**Triage Date: August 3, 2012**
**DOB:** ▇▇▇▇▇                    **Sex: Male**
**Med Rec#: 1290384**           **Age: 45 yr**
**Account#: 43328731**

| Additional Problem | 1. Arterial Line Placement Note |
|---|---|
| **Examination** | Limited by: Clinical condition / |
| Arterial line: | |

**Arterial Line Placement Note :**
Indications:  Continuous BP measurement  /  Repeated arterial blood sampling  /    _____

**Preprocedure Verification**
[ √ ] Correct Pt, Proc, Site
[ √ ] Time out,  Verbal confirm

Approach: R  / L  /  Radial - Allen's test neg  / Brachial  / Dorsalis pedis / Femoral /  _____
Preparation: Topical Betadine / Sterile drapes /  _____
Anesthesia:  None  /  1% Lidocaine _____ mL   subQ in area of placement /  _____

Technique:  Percutaneous  / Cut down  /  Catheter size: 18 _____  / Seldinger over wire /  _____

Transducer pulse wave:  Good  / Poor /  _____
Post procedure distal CMS:  Normal  / Unchanged / Decreased circulation / Weakness / Numbness /  _____

Patient tolerated procedure:  Well  /  Moderately well  / Poorly /  _____
Physician Initials:  _____

**ED Physician Notes**   copy right LYNX Medical Systems,Inc 2012  N 10          ADAMS, RODNEY  (40 - 55 yr M) Medical Problem - Major

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5873                         OIG- Adams 139

TY-ADAMS, RODNEY-Enc# 4332873.   R-I-I-8/3/2012 ED Physician Documentatio.   4/2012--ER0014-5pg

**ED Course / Workup**      Chart by exception.  Circle positive responses - findings. A backslash ( \ ) indicates a pertinent negative.

| **ETMC-ER (EMR)** | **Patient: ADAMS, RODNEY** |
|---|---|
| **ETMC** REGIONAL TRAUMA SYSTEM  East Texas Medical Center  Improved Healthcare Systems | 1000 S. Beckham Ave.  Tyler, TX 75701  1-800-648-8141 |

| Patient: ADAMS, RODNEY |  |
|---|---|
| Triage Date: August 3, 2012 |  |
| DOB: | Sex: Male |
| Med Rec#: 1290384 | Age: 45 yr |
| 43328731 |  |

**Clinical Work-up**

Cardiac Monitor   Rate _____ / Rhythm: NSR

EKG   Rate _149_ / Rhythm: NSR   ST _____                ST/TA - Ectopy

PR _ND_ / QRS _____ / Axis: NL ○ / Previous EKG: N / Y / Unchanged _____   LBP: Interp/Review

CBC   NL except: WBC _____ / Hgb _____ / Hct _____ / Platelets _____ / segs _____ / bands _____ / lymphs _____ / monos _____ / eos _____

Metabolic Profile   NL except: Na _30_ /K _____ /Cl _____ /CO2 _____ /Glu _____ /Ca _____ /BUN _24_ /Creat _2.2_/Albumin _____

Total Protein _____ /AST(SGOT) _____ /ALT(SGPT) _30_ /Alkaline Phos _____ /Total Bilirubin _____

Cardiac Enzymes   NL except: CK _165_ / CKMB _.8_ / Troponin _1.59_ / PT _____ / INR _____ / PTT _____ / Other_____

UA   NL except: WBC _____ / RBCs _____ / bacteria _____ / dip _____

Other Lab   D-Stick _____ /HCG qual _____ /HCG quant _____ /Hemacult _____ /Amylase _____ /Lipase _____ /BNP _____ /D-Dimer _____

Other Lab   I-Stat _____   _600_○   Other _Osm 234_

X-ray   (1) _____   _CHS_ ○   NL (2) _7.158/45/83.4/15.6_   NL   Interpreted by

CT / MRI / US   (1)   Nb○      Reason Ordered      EP / Radiology

**ED Course (Timing, Reason, Intervention, and Result)**

_Insuin 10u_
_Imp 250_
_Kayasam 30_

Recheck 1   Unchanged / Improved / Worse        [ ] AMI - Aspirin at arrival: Y / N / Not indicated / Pt refused

Recheck 2   Unchanged / Improved / Worse        Beta blocker at arrival: Y / N / Not indicated / Pt refused

Calls Placed   PMD _PSU / Dr_      Consultant

Discussion   _Al. ē proholm Heat Stroke 2° to Extend_
_Heat. Epsom. ne Exery ll ē Vs por Ingimens_
_and by DFL ē Hypron Deube Ayms DM/Prgum_
_am Blow pnw. will amt ICU_

Prudent layperson EMC: Y / N   EMTALA EMC: Y / N   Stability: Stable for Discharge / Stable for Transfer / Unstable

Records Reviewed   Nursing Notes / Flow Sheets / EMS / Progress Note / Prior ED / Inpatient / Inpatient Ordered / Inpatient Unavailable

**Clinical Impression / Diagnosis**   _Pshad, fine phys._

(1) _Heat Stroke / DIC / Hyperthermia / Arvs / Dehydrosion / Refury arrest / Critical Care_

___ ABDOMINAL PAIN, STE NOS        ___ ESSENTIAL HYPERTENSION NOS        ___ MALAISE AND FATIGUE

___ ANEMIA NOS        ___ FACILITY ADMISSION        ___ NAUSEA WITH VOMITING

___ DIABETES, UNCOMP, TYPE II        ___ HEADACHE        ___ URINARY TRACT INFECTION NOS

**Disposition**

Location   Home / Admit / NH or ALF / LWBS / AMA / Transf

Condition   Improved / Stable / Serious / Expired at _____

Prescriptions   _Critical_

Follow-up Plan   For Work Injuries

Follow-up Physician

Follow-up Physician Instructions

Limit Activities for _____ Days / Referral in _____ Days

No Work for _____ Days / Limited Duty for _____ Days

PMD / On Call MD / Other_____

Counseled   Clinical Work-up / Diagnosis / Treatment Plan

**Associate Provider:** _____   PA / RN.ACNP-C        PA /RN.ACNP-C

**Attending Physician:** _Carl A. Marino M.D._   34182        Completed @ _12:20_   Additional Dictation

Care Assumed at _____

ADAMS, RODNEY (40 - 55 yr M) Medical Problem - Major

LYNX Medical Systems, Inc   copyright 2001

Page 5 of 5

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 4332873.   R-I-I-8/3/2012 eDischarge Summary-8/4/20.   David I. Jones, MD-DC0002-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**DISCHARGE SUMMARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

DATE OF DEATH
08/04/2012 at 1750 hours.

DISCHARGE DIAGNOSES

    1.  Heatstroke.
    2.  Disseminated intravascular coagulation secondary to above.
    3.  Respiratory failure requiring intubation and mechanical ventilation
secondary to above.
    4.  Refractory shock.
    5.  Severe anemia.
    6.  Thrombocytopenia.
    7.  Severe coagulopathy.
    8.  Obtundation and severe brain injury.

CONSULTATIONS
Dr. Gary Gross, hematology/oncology.

OPERATIONS AND PROCEDURES

    1.  Central venous catheter insertion, right femoral vein.
    2.  Arterial catheter insertion, left radial artery.

DESCRIPTION
This 45-year-old white male who was confined to TDCC in Palestine area
apparently developed severe hyperpyrexia with a temperature of 107.8 and
had collapsed at the prison. He was found having seizure-like activity by
the inmates.  Apparently, he was retrieved by ambulance and taken to
Palestine where his initial temperature was 107.8.  He was intubated
somewhere en route and stabilized., and then transferred here for higher
level of care.

Upon arrival, he was severely "shocky".  He was started on vasopressor
therapy and admitted to the intensive care unit.  He developed a severe
coagulopathy and diffuse oozing from all orifices.  His hemogram was
severely abnormal.  He was treated with broad spectrum antibiotic coverage

**DISCHARGE SUMMARY**
**Page 1 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5875                    OIG- Adams 141

TY-ADAMS, RODNEY-Enc# 43328731    4-I-I-8/3/2012 eDischarge Summary-8/4/201    avid I. Jones, MD-DC0002-1.g

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**DISCHARGE SUMMARY**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

and he had been cooled adequately prior to admission.

He had severe neurologic injury and never regained consciousness.  He remained in refractory shock throughout his hospital stay.  He received a large amount of blood product and Dr. Gross was consulted to help with his evaluation.

His mother, the closest relative, indicated that she wanted no further resuscitative efforts late in the day after a large number of blood products were administered and the patient was showing no evident recovery. With that in mind, Dr. Gross and I determined that all ongoing care was futile, and therapy was stopped, specifically vasopressors and then mechanical ventilation, and he expired and was pronounced dead at 1750 hours.

CC:

TR: kxj      JOB#: 111877917
DD:  08/04/2012 05:51 P
DT:  08/04/2012 07:02 P

**DISCHARGE SUMMARY**
Page 2 of 2
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5876                OIG- Adams 142

```
TY-ADAMS, RODNEY-Enc# 43328731   -I-I-8/3/2012 eFacesheet-8/3/2012--FA000.  /9
```

```
East Texas Medical Center TYLER                    ADMISSION RECORD-0100
***************************** Patient Information ****************************
Name-ADAMS, RODNEY          DOB-███████Age-045Y  Sex-M Race-W
Acc#-00043328731     Med Rec 129-03-84     Admit Date&Time-08/03/2012 23:52
PatientType-I   MedSrv-EMR  NurseStation-POD1  Room#-M10 - A   UserID-TY_SMIK
Address-PO BOX 6400                  CtyStZip-TENNESSEE COLONY, TX 75861
Home Phone Number-903-9283118   County-ANDERSON
Employer-INFORMATION NOT COLL    Occupation-
Admitting Doc-(43697)DIX-EMPERADOR, LI  Attending Doc-(43697)DIX-EMPERADOR, LI

***************************** Guarantor Information*** ***********************
Name-ADAMS, RODNEY               Relation-SELF        Phone903-9283118
Address-PO BOX 6400              CityStZip-TENNESSEE C, TX 75861
Employer-INFORMATION NOT COLL    Phone-

***************************** Emergency Contact1 ****************************
Name-                            Relation-
Address-                         CityStZip-

***************************** Emergency Contact2 ****************************
Name-  TDCJ, GURNEY UNIT         Relation-OTHER
Address-PO BOX 6400              CityStZip- TENNESSEE COLONY, TX 758

***************************** Insurance 1 **********************************
Name- UTMB CORRECTIONAL MANAGED CARE  Number- 1960  Phone-
Address- DIBOLL P-P-DIBOLL            CityStZip-GALVESTON, TX 775551008
Subscriber- ADAMS, RODNEY             Soc-Sec-Num-
Group#- DOS08032012                   Policy#-1797921

***************************** Insurance 2 **********************************
Name-                            Number-        Phone-
Address-                         CityStZip-
Subscriber-                      Soc-Sec-Num-
Group#-                          Policy#-
================================ End Of Data ================================
```

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5877                    OIG- Adams 143

TY-ADAMS, RODNEY-Enc# 43328731   -I-I-8/3/2012 eHistory and Physical Repo.   /4/2012-Lisa M. Dix-Emperador,
MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER,
TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF ADMISSION
08/03/2012

HISTORY AND PHYSICAL
The patient was seen in the emergency room.  The patient actually was
transferred from an outlying institution.  The patient actually is a
45-year-old white male who was actually incarcerated and was found down.
By the time the patient had presented to the emergency room locally he
apparently had a core temperature of 108 and was unresponsive. The patient
was then stabilized.  He was intubated, had IV fluid resuscitation.
Continued to have an increased temperature of 108 and was completely
unresponsive. In speaking with the police officers that were with him, they
state that the patient was in a transfer facility and apparently 54 other
inmates were there.  Apparently the patient was up and about and had gotten
something to eat and came back.  He said he was a little bit dizzy and
wanted to change up bunks and then when he went to lie down, they state
that about 30 minutes later they found him seizing and then he became
unresponsive.

PAST MEDICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY
Inability to obtain. As far as medical records as to whether this patient
has any other history of hypertension or diabetes, no records were brought
over from the transfer unit.

DATA
As far as his data, he did have a CT scan of his head and this was at 7:43
p.m. at the other institution which showed no intracranial bleed.  No
masses.  There was no old CT for comparison.  He had a tox screen there
that was negative for marijuana, amphetamines, PCP, cocaine.

LABORATORY DATA AT THE OUTLYING INSTITUTION
Hemoglobin 12.6, hematocrit 37.9, platelet count 183.  Platelets estimate
were adequate.  He had 33 segs, 1 band, 57 lymphs, 4 monos.  The patient
had a sodium of 131, potassium 5.9, chloride 98.  CO2 23, anion gap 14.9,
BUN 24, creatinine 2.2, total protein 7, albumin 3.0.  Calcium 7.3, AST 40,
and ALT 30.  He had an alk phos of 117, CK 165.  Osmolality calculated was
274, CK-MB 0.8.  ETOH was less than 10.

PHYSICAL EXAMINATION

**HISTORY AND PHYSICAL**
**Page 1 of 4**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5878                OIG- Adams 144

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER,
TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

VITAL SIGNS:  Basically, the patient on arrival here, temperature core was
still up at 104.  The patient was intubated.  He had what looks like a
traumatic intubation because he had a lot of increased blood about his
orifice.  He was saturating at 95% to 100% on a ventilator.  The patient is
unresponsive with dilated pupils bilaterally.  Core temperature is still up
at 104.
HEENT:  Cervical collar is in place.
LUNGS:  Diminished breath sounds throughout but clear.  No rhonchi, no
wheezes.
ABDOMEN:  Benign.
RECTAL:  Foley was in place.
SKIN:  There was no evidence for ecchymotic areas or contusions of the
abdomen.
EXTREMITIES:  Are cool, pale.
GENITALIA:  He has a Foley catheter in place.  Urine is actually light in
color and no real evidence for infection.

He did have an EKG in the outlying institution that showed supraventricular
tachycardia at 189 beats/minute.  A followup EKG monitor here still shows
sinus tach at 110.  Followup EKG is ordered.

LABORATORY DATA SINCE HE ACTUALLY ENDED UP HERE AT THIS INSTITUTION
Followup CT is pending.  The patient has a rectal temperature of 104.4.
Pulse is still 168.  Blood pressure is 96/61; 100% saturation on current
settings.  His ABG on arrival:  pCO2 of 45, pO2 of 90.6, total hemoglobin
1.4, sodium 34.7, potassium 5.0.  Laboratory data significant for
creatinine kinase now at 11:23 p.m. of 13.21.  CK-MB of 16.8%, troponin of
.38.  He has a BUN of 31, creatinine 1.5, AST 271.  He has bilirubin of 1.8,
direct bilirubin of 0.85.  He has total protein of 5.8, albumin 2.7,
calcium 6.6.  He has a white blood count now of 19.8,  hemoglobin 11.5,
platelet count of 57, bands of 12 and enucleated red blood cells of 10.
The patient is still unresponsive.

The patient was treated with Zosyn in the emergency room.

ASSESSMENT AND PLAN

   1.  Mental status.  The patient was noted to be seizing.  At this point the
patient is unresponsive.  Both pupils are dilated.  Patient with
significantly elevated core temperature at 108.  Questionable if this

**HISTORY AND PHYSICAL**
**Page 2 of 4**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5879                    OIG- Adams 145

TY-ADAMS, RODNEY-Enc# 43328731-   ·I-I-8/3/2012 eHistory and Physical Repo1   '4/2012-Lisa M. Dix-Empera·dor.
MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

patient had a stroke, heat stroke, and then seizure, and then subsequent unresponsiveness. The first CT of the head was unremarkable. There was no evidence for brain swelling. At this point in time, the patient has had a significant amount of fluid resuscitation, so a followup CT without contrast has been initiated. Consult was also made to PSOT; was called in when the patient came in at 11:00 to this institution by Dr. Marino with Christine Porter being called.

2. Acute renal failure noted with elevation of his BUN and creatinine. Will continue IV fluid resuscitation. the patient will have his followup CT of the head.

3. Gastrointestinal. Patient with elevated transaminases consistent with shock liver. In addition, patient with DIC panel positive for _____ product from the patient most likely with multi-organ system shutdown.

4. Elevation of cardiac enzymes again, most likely with shocky organ systems. Will plan for an echo in the morning and evaluate LV-function, and when the patient has dilated, cardiomyopathy.

5. As far as his neuro status, will have neuro checks and then will also plan for an EEG in the morning to assess brain function.

6. Rectal Foley is in place, continue.

7. Supraventricular tachycardia noted. Could this patient have presented with a supraventricular tachycardia and then with decreased blood pressure? Will plan to have to have a followup EKG now if he is still having increased significant tachycardia. Will plan to go head and start a Cardizem drip.

8. Since there is some significant acidosis followup ABG with pH now of 7.15. Patient will be treated with 2 amps of bicarb. An ABG will be rechecked.

The family has now appeared and we will talk to the family before the patient goes up.

cc:

TR: dff     JOB#: 111877202

**HISTORY AND PHYSICAL**
**Page 3 of 4**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5880                    OIG- Adams 146

TY-ADAMS, RODNEY-Enc# 43328731   X-I-I-8/3/2012 eHistory and Physical Repo.   8/4/2012-Lisa M. Dix-Emperador, MD-HP0007-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**HISTORY AND PHYSICAL**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**Lisa M. Dix-Emperador, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

DD: 08/04/2012 01:04 A
DT: 08/04/2012 03:32 A

**HISTORY AND PHYSICAL**
Page 4 of 4

Copy of OIG case to Litigation support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 4 of 4

Plaintiffs' MSJ Appx. 5881          OIG- Adams 147



**ADAMS, RODNEY**
02-OCT-1966 (45 yr)
Male   Caucasian
Room:2262
Loc:11

Technician:LIDIA RODRIGUEZ
Test inch:METABOLIC

ID:001280384

| Vent. rate | 117 | BPM |
| PR interval | 144 | ms |
| QRS duration | 100 | ms |
| QT/QTc | 366/510 | ms |
| P-R-T axes | 67  68 | 46 |

**04-AUG-2012 07:48:50**

Sinus tachycardia
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available

Referred by: SIGAL

Newly Acquired

**ETMC-TYLER-2W B   ROUTINE RECORD**

SID: 080542102 EID:Newly Acquired EDT: ORDER: 1731047 ACCOUNT: 0064328731

Page 1 of1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

25mm/s   10mm/mV   150Hz   7.1.1   12SL 241 HD CID: 44

TY-ADAMS, RODNEY-Enc# 433287.  .MR-1-1-8/3/2012 EKG-8/4/2012--CA0022-1pg

TY-ADAMS, RODNEY-Enc# 4332873.   R-I-I-8/3/2012 ePhysician Progress Note-8/₄/2012-David I. Jones, MD-PN0014 1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

DATE OF PROGRESS NOTE
08/04/2012

SUBJECTIVE
The patient has continued to do poorly all afternoon. His blood pressure has drifted down. He is now on multiple pressors including epinephrine, still with marked hypotension and shock.

OBJECTIVE
He has received a huge amount of blood products throughout the day and even after all that, his hemoglobin is back down to 5, his platelets are at 60,000, and his coags still are markedly abnormal. He continues to ooze diffusely. Neurologically he showed no significant change and is unresponsive.

ASSESSMENT
I have discussed this with his mother who requests that all efforts be stopped and he be allowed to die. I concur with that given the severity of his condition and the likelihood of death. I have discussed this with Dr. Gross who also concurs regarding futility of care.

PLAN
With that in mind, we will stop all pressors and then stop mechanical ventilation. Do Not Resuscitate status has already been issued, and all therapies will be stopped at this time.

cc:

TR: mah      JOB#: 111877881
DD: 08/04/2012 04:58 P
DT: 08/04/2012 05:06 P

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:54 -05:00
**TYLER PROGRESS NOTES**
**Page 1 of 2**
Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5883                OIG- Adams 149

TY-ADAMS, RODNEY-Enc# 43328731·    I-I-8/3/2012 ePhysician Progress Note-8,    12-David I. Jones, MD-PN0014-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

**TYLER PROGRESS NOTES**
**Page 2 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5884                    OIG- Adams 150

TY-ADAMS, RODNEY-Enc# 43328731·  I-I-8/3/2012 ePhysician Progress Note-8,   l12-David I. Jones, MD-PN0014-1.pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

The patient remains critically ill.  I saw him at 0245 hours last night for quite some time and then I am seeing him again today.  He remains critically ill.

PHYSICAL EXAMINATION
GENERAL:  Currently, he is on mechanical ventilation and is severely ill.
VITAL SIGNS:  His temperature dropped to the 94.5 range.  Blood pressure is 100/82 with a heart rate of 115 and respiratory rate of 24 on mechanical ventilation.  He is quite edematous and has multiple areas of contusion and bleeding.  He is bleeding from different orifices and these are addressed with a tamponade of some sort.
SKIN:  Warm and dry without rash.
HEENT:  Endotracheal tube and nasogastric tube with bleeding around the area and around the mouth.  He has his nasal tamponades or tampons.
NECK:  Supple, but he is still in a cervical collar.
CHEST:  Reveals a few scattered crackles, but otherwise was clear.
HEART:  Regular rhythm and rate without murmur, rub or gallop, but tachycardic.
ABDOMEN:  Large, obese, nontender.
GENITOURINARY:  Foley catheter.
EXTREMITIES:  Mildly edematous.  There is significant swelling of the right forearm, but no evidence of compartment syndrome at this time with good pulses.
NEUROLOGIC:  Reveals him to be minimally responsive.  He is initially fixed and dilated, but his pupils now have been reduced to 2 to 3 mm and they are reactive.  Neurologically I can get no other response from him.

CURRENT VENTILATOR SETTINGS
Assist control of 22, tidal volume 650, PEEP of 5, FiO2 0.50.

FLUIDS
Include D5W at 80, Levophed at 30 mcg/kg/min, _____ at 290 mcg/kg, _____ 0.04 units per minute and a Protonix drip.

CURRENT LABORATORY
Quite abnormal with a recent blood gas with pH 7.16, pCO2 of 48, PO2 of 300.  CPK is elevated at 1355 with a troponin of 35.  INR is greater than 34 and D-dimer is greater than 69,000.  Hemoglobin is reduced to 11 after transfusion; it was 6.9 earlier.

**TYLER PROGRESS NOTES**
**Page 1 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5885                    OIG- Adams 151

TY-ADAMS, RODNEY-Enc# 43328731·  ·I-I-8/3/2012 ePhysician Progress Note-8,  )12-David I. Jones, MD-PN0014-·pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**TYLER PROGRESS NOTES**

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #: 00043328731**
**David I. Jones, MD**
**ADMIT DATE: 08/03/2012 23:52**
**DISCHARGE DATE:**

SUMMARY
He remains severely and critically ill.  His overall prognosis is extremely poor and this has been communicated to the family.  I will order labs.  I will ask Dr. Gary Gross, hematology/oncology, to see him today regarding help with his coagulopathy.

The cause of this is unclear.  It looks like this may be all related to heat stroke, given his initial temperature of 107.9.  I do not find evidence at this time to suggest neuroleptic malignant syndrome or TTP. There is no indication of poisoning at this time.  I suspect that this is all a consequence of hyperpyrexia initiating a sepsis-type cascade with severe coagulopathy and resultant findings.  His overall prognosis once again, it quite poor, but at this time we will continue in the short term. I will discuss this with his family.

Critical care time 40 minutes.

cc:

TR: kmb      JOB#: 111877581
DD: 08/04/2012 11:21 A
DT: 08/04/2012 01:42 P

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:56 -05:00

**TYLER PROGRESS NOTES**
**Page 2 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5886                    OIG- Adams 152

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 ePulmonary Report-8/4/2012    id I. Jones, MD-TH0001-1pg

**EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS**
**PULMONARY**

**ADAMS, RODNEY**
MR#: 1290384 ACCOUNT #: 00043328731
David I. Jones, MD
ADMIT DATE: 08/03/2012 23:52
DISCHARGE DATE:

DATE OF PROCEDURE
08/04/2012

PROCEDURE PERFORMED
Right femoral triple lumen central line placement.

TECHNIQUE IN DETAIL
After informed consent, the patient's right femoral region was prepped and draped in the usual sterile fashion. 1% Xylocaine was used for local anesthesia. Using the modified Seldinger technique, the right femoral vein was cannulated without difficulty. A guidewire was placed and the needle was removed. Over the guidewire, a dilator was placed. This was then removed and a triple lumen catheter was placed over the guidewire into position without difficulty. The guidewire was removed. All ports were aspirated and flushed. The catheter was then sutured into position. Sterile dressing was applied. The patient tolerated the procedure well.

Procedure was performed by Dr. David Jones with adequate placement of a right femoral triple lumen. Sutured in place without any difficulty. No complications.

Dictated by Christine Porter, ACNP

cc:

TR: ddp      JOB#: 111877211
DD: 08/04/2012 03:47 A
DT: 08/04/2012 10:33 A

Signed by JONES MD, DAVID I on  04-Aug-2012 17:42:58 -05:00
**PULMONARY**
**Page 1 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5887                    OIG- Adams 153

TY-ADAMS, RODNEY-Enc# 4332873    R-I-I-8/3/2012 ePulmonary Report-8/4/201    .vid I. Jones, MD-TH0001-1pg

## EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, TYLER, TEXAS
## PULMONARY

**ADAMS, RODNEY**
**MR#: 1290384  ACCOUNT #:  00043328731**
**David I. Jones, MD**
**ADMIT DATE:  08/03/2012 23:52**
**DISCHARGE DATE:**

**PULMONARY**
**Page 2 of 2**

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5888                    OIG- Adams 154

TY-ADAMS, RODNEY-Enc# 4332873     R-I-I-8/3/2012 eRadiology Report-8/3/201.  . Chest 1 View-RA0001-1pg

# East Texas Medical Center      Imaging Services Consultation

1000 South Beckham Tyler Texas. 75701 * (903) 531-8200                          Page 1

| PATIENT NAME: ADAMS, RODNEY | MRN: 000001290384 | ACCESSION#: 6430992 |
| ADAMS, RODNEY | | |
| SEX: MALE  AGE: 45       DATE OF BIRTH: ▮▮▮▮ | NS#: POD1 | BED: M10 A |

PATIENT TYPE (Major/Minor): E / E        ACCT#: 43328731

### ***Preliminary Report***

Order Num 90001 by COLIN MARINO on Aug  3 2012 11:00PM

PROCEDURE: XR Chest 1 View

REASON FOR PROCEDURE: PALPITATIONS

PROCEDURE DICTATED:  CHEST ONE VIEW

INDICATIONS:  Palpitations.

RESULTS:  Upright chest reveals endotracheal tube and nasogastric tube are
in good position.  Linear atelectatic changes are seen in both bases.  No
pneumothorax is seen.  Pulmonary vascularity is normal.

IMPRESSION:
Linear atelectatic changes at both bases.  No dense consolidation seen.

Endotracheal tube and nasogastric tube are in good position.
Accession Number: 6430992

Interpreting Physician: JOHN P ANDREWS MD ID#: 000380
Dictated on: Aug  3 2012 11:14PM
Transcribed by / Date:  on
Approved Electronically by / Date:    /

Distribution:
COLIN MARINO, M.D.    ID#: 005219

END OF REPORT

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5889              OIG- Adams 155

TY-ADAMS, RODNEY-Enc# 43328731   .-I-8/3/2012 OneChart ED Nursing Assess. .-8/4/2012--ER0012-1pg

# Assessment Report

| | | | |
|---|---|---|---|
| **Pt Name:** | ADAMS, RODNEY | **MRN:** | 1290384 |
| **Pt ID:** | 2012058566 | **Acct No:** | 00043328731 |
| **DOB:** | ▮▮▮▮▮▮▮ | **Age/Sex:** | 45Y/M |
| **Adm Date:** | 08/03/2012 | **Atn Dr:** | DIX, LISA MD |
| **Dsch Date:** | | | |
| **Entity:** | 0100 - Tyler | | |
| **Dx:** | | | |

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN |
| Clinical Note | | | | | | |
| Status | Complete | Complete | Complete | Complete | Complete | Complete |
| ED Room Placement Date | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 |
| IV Prior to Arrival 1 | | | | | Yes | |
| Chief Complaint | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI /SEIZURE | TX HYPERTHERMIA/MI /SEIZURE |
| IV1 - Type | Saline Lock | Saline Lock | | | Saline Lock | |
| Unable to assess patient | | | Yes | | Yes | |
| Chief Complaint | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI/ SEIZURE | TX HYPERTHERMIA/MI /SEIZURE | TX HYPERTHERMIA/MI /SEIZURE |
| Location | Right | Right | | | Right | |
| IV1 - Site | Antecubital | Antecubital | | | Antecubital | |
| BP | | | | | | 96/51 |
| Pulse | | | | | | 168  *HH* |
| Size | .20G | | | | 18G | |
| Respirations | | | | | | 14 |
| O2 Saturation (%) | | | | | | 100 |
| IV Prior to Arrival 2 | | | | | Yes | |
| O2 Delivery Device | | | | | Ventilator | |
| Mode of Arrival Adm | | | | | Air Transport - Non - ETMC | |
| IV #2 Type | Saline Lock | | | | Saline Lock | |
| Accompanied By | | | | | Self | |
| Temperature | | | | | | 104.4 F  *H* |

| | | |
|---|---|---|
| **Pt Name:** ADAMS, RODNEY | **MRN:** 1290384 | Assessment Report |
| **Entity:** Tyler | **Page 1 of 3** | ORE_X0AQ_0010_DSCH_LYNX.rpt version v1.00 |
| **Adm Date:** 08/03/2012 | | **Generated By:** EDR |
| © 2003-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved. | | **Generated On:** 04-Aug-12 02:22 |
| Crystal Reports © 1991-2012 Business Objects Software | | |
| Page 1 of 3 | | |

Copy of OIG Case ID Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

OIG- Adams 156

TY-ADAMS, RODNEY-Enc# 4332873:  .-I-I-8/3/2012 OneChart ED Nursing Assess  .-8/4/2012--ER0012-1pg

**Assessment Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | | Age/Sex: | 45Y/M |
| Adm Date: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch Date: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**ED Nursing Assessment of Care**

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN |
| **Clinical Note** | | | | | | |
| Status | Complete | Complete | Complete | Complete | Complete | Complete |
| Site | | | | | | Rectal |
| Location | Left | | | | Left | |
| Historian | | | | | Paramedic/EMS Provider | |
| Out of ED Date/Time | | | | 08/04/2012 01:00 | | |
| Patient Disposition | | | | Intensive Care | | |
| IV #2 Site | Forearm | | | | Antecubital | |
| Size | 20G | | | | 18G | |
| Condition on Discharge | | | | Stable | | |
| Triage Level Key | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent | 1 - Resuscitation 2 - Emergent 3 - Urgent 4 - Semi-Urgent 5 - Non-Urgent |
| Departure Mode | | | | Stretcher | | |
| Escorted By | | | | Law Enforcement | | |
| Triage Date/Time | 08/04/2012 02:17 | 08/04/2012 02:12 | 08/04/2012 00:38 | 08/04/2012 00:16 | 08/03/2012 23:00 | 08/03/2012 22:56 |
| ED Room Placement Date | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 | 08/03/2012 |
| Admit Room No. | | | | 2262 | | |
| Location | | Radial, Left | | | | |
| Insertion Date | | 08/04/2012 | | | | |
| Tubing Date | | 08/04/2012 | | | | |
| Site Appearance | | No complications | | | | |
| Calibration Performed | | Yes | | | | |

| Pt Name: ADAMS, RODNEY | | MRN: 1290384 | Assessment Report |
|---|---|---|---|
| Entity: Tyler | | Page 2 of 3 | ORE_X0AQ_0010_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | | Generated By: EDR |

© 2003-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved. support on 04.19.2013 by ce.   Generated On: 04-Aug-12 02:22
Crystal Reports © 1991-2012 Business Objects Software Limited. UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 2 of 3

Plaintiffs' MSJ Appx. 5891          OIG- Adams 157

TY-ADAMS, RODNEY-Enc# 4332875   R-I-I-8/3/2012 OneChart ED Nursing Assess...nt-8/4/2012--ER0012-1pg

**Assessment Report**

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | ▇▇▇▇ | | Age/Sex: | 45Y/M |
| Adm Date: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch Date: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

ED Primary Assessment X Care

| | 08/04/12 02:17 | 08/04/12 02:12 | 08/04/12 00:38 | 08/04/12 00:16 | 08/03/12 23:00 | 08/03/12 22:56 |
|---|---|---|---|---|---|---|
| Collected By | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN | Hill\|Amanda\|B\|RN |
| Clinical Note | | | | | | |
| Status | Complete | Complete | Complete | Complete | Complete | Complete |
| Dressing | | Intact | | | | |
| Action/Comment | | PLACED BY DR. MARINO | | | | |
| Unit Called | | | | Yes | | |
| Pre-Hospital General Treatment | | | | | See EMS Report | |
| Motor Response | | | | | Localizes to Pain | |

© 2003-2012 Siemens Medical Solutions Health Services Corporation. All rights reserved.   Generated On: 04-Aug-12 02:22
Crystal Reports © 1991-2012 Business Objects Software Limited. ... Litigation Support on 04.19.2013 by ce.   UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 3 of 3

TY-ADAMS, RODNEY-Enc# 4332873:   :-I-I-8/3/2012 OneChart ED Physician Orde   3/4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

**Order Type: Admit/Discharge/Transfer**
  **Order Sub Type: Admission**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034189 | 08/03/12 23:38<br>08/03/12 23:38 | Admitting Physician - dix | Active | COLIN A MARINO, MD |

Instructions: dix

| | | | | |
|---|---|---|---|---|
| 2034337 | 08/03/12 23:38<br>08/03/12 23:38 | Admit To Medical/Surgical ICU | Active | COLIN A MARINO, MD |

**Order Type: Cardiology**
  **Order Sub Type: Echo**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034702 | 08/04/12 00:24<br>08/04/12 00:24 | Echocardiogram Complete | Complete | LISA M DIX, MD |

**Order Type: Cardiology**
  **Order Sub Type: EKG**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034188 | 08/03/12 23:27<br>08/03/12 23:27 | EKG STAT Palpitations | Active | COLIN A MARINO, MD |
| 2034703 | 08/04/12 00:24<br>08/04/12 00:24 | EKG Metabolic Abnormalities | Active | LISA M DIX, MD |

**Order Type: Clinical**
  **Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034336 | 08/03/12 23:38<br>08/03/12 23:38 | Diagnosis - ams, hyperthermia, dic, | Active | COLIN A MARINO, MD |

Comments: ams, hyperthermia, dic,

| | | | | |
|---|---|---|---|---|
| 2034559 | 08/04/12 00:24<br>08/04/12 00:24 | Diagnosis - DIC, hyperthermia coma | Active | LISA M DIX, MD |

Comments: DIC, hyperthermia coma

**Order Type: Code Status**
  **Order Sub Type: Code_Status**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034340 | 08/03/12 23:38<br>08/03/12 23:38 | Code Status Full Code | Active | COLIN A MARINO, MD |
| 2034560 | 08/04/12 00:24<br>08/04/12 00:24 | Full Code | Active | LISA M DIX, MD |

Pt. Name: ADAMS, RODNEY

Entity: Tyler

Adm Date: 08/03/2012

MRN: 1290384

Page 1 of 8

Orders Report

ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00

Generated By: EDR

Generated On: 04-Aug-12 02:22

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.

Crystal Reports © 2012 Business Objects SA. All rights reserved. case to Litigation Support on 04.19.2013 by ce.

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Plaintiffs' MSJ Appx. 5893          OIG- Adams 159

TY-ADAMS, RODNEY-Enc# 4332873.   2-I-I-8/3/2012 OneChart ED Physician Orde   8/4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

**Order Type: Consult**
  **Order Sub Type: Specialist Service Request**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034911 | 08/04/12 01:18<br>08/04/12 01:18 | Consult: Critical Care - DAVID I JONES, MD called to C | Active | LISA M DIX, MD |

Instructions: called to Christine Porter at 11pm by Dr. Moreno from ER

**Order Type: Dietary**
  **Order Sub Type: Oral**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034590 | 08/04/12 00:24<br>08/04/12 00:24 | Diet, NPO | Active | LISA M DIX, MD |

**Order Type: Laboratory**
  **Order Sub Type: Chemistry**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033979 | 08/03/12 22:38<br>08/03/12 22:38 | Hepatic Function Panel (Liver) STAT | Complete | COLIN A MARINO, MD |
| 2033982 | 08/03/12 22:36<br>08/03/12 22:36 | CMP STAT | Complete | COLIN A MARINO, MD |
| 2034186 | 08/03/12 23:27<br>08/03/12 23:27 | CKMB (Includes CK,CKMB, Index) STAT | Complete | COLIN A MARINO, MD |
| 2034187 | 08/03/12 23:27<br>08/03/12 23:27 | Troponin-I STAT | Complete | COLIN A MARINO, MD |
| 2034344 | 08/03/12 23:38<br>08/03/12 23:38 | CKMB (Includes CK,CKMB, Index) | Canceled | COLIN A MARINO, MD |
| 2034345 | 08/03/12 23:38<br>08/03/12 23:38 | Troponin-I | Canceled | COLIN A MARINO, MD |
| 2034511 | 08/04/12 05:30<br>08/04/12 05:30 | CKMB (Includes CK,CKMB, Index) | In progress | |
| 2034512 | 08/04/12 05:30<br>08/04/12 05:30 | Troponin-I | In progress | |
| 2034594 | 08/04/12 00:24<br>08/04/12 00:24 | B-Type Natriuretic Peptide (BNP) STAT | Complete | LISA M DIX, MD |
| 2034595 | 08/04/12 00:24<br>08/04/12 00:24 | Lipid Profile STAT | Complete | LISA M DIX, MD |

**Order Type: Laboratory**
  **Order Sub Type: Coagulation**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|

Pt Name: ADAMS, RODNEY       MRN: 1290384       Orders Report
Entity: Tyler       Page 2 of 8       ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00
Adm Date: 08/03/2012       Generated By: EDR

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.       Generated On: 04-Aug-12 02:22
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Report Content Represents Data Available for the specified Visit as of its Generated On Date/Time
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5894       OIG- Adams 160

TY-ADAMS, RODNEY-Enc# 4332873   A-I-I-8/3/2012 OneChart ED Physician Orde...-8/4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

## Order Type: Laboratory
### Order Sub Type: Coagulation

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033977 | 08/03/12 22:36 | aPTT STAT | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2033978 | 08/03/12 22:36 | Prothrombin Time (PT) STAT | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2033980 | 08/03/12 22:36 | D-Dimer, Quantitative STAT | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2033983 | 08/03/12 22:36 | Fibrinogen Degradation Products (FDP) STAT bleeding | Complete | COLIN A MARINO, MD |
| | 08/03/12 22:38 | | | |

Instructions: bleeding

## Order Type: Laboratory
### Order Sub Type: Hematology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033981 | 08/03/12 22:36 | CBC STAT | Complete | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2034596 | 08/04/12 00:24 | Sedimentation Rate STAT | Complete | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |

## Order Type: Laboratory
### Order Sub Type: Microbiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033971 | 08/03/12 22:36 | Culture, Blood STAT Prior to antibiotics | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2033972 | 08/03/12 22:36 | Culture, Blood STAT Prior to antibiotics | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2033973 | 08/03/12 22:36 | Culture, Urine STAT | In progress | COLIN A MARINO, MD |
| | 08/03/12 22:36 | | | |
| 2034557 | 08/04/12 00:24 | Culture, Blood | Canceled | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |
| 2034558 | 08/04/12 00:24 | Culture, Blood | Canceled | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |
| 2034597 | 08/04/12 00:24 | Culture, Blood STAT Prior to antibiotics | Canceled | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |
| 2034598 | 08/04/12 00:24 | Culture, Blood STAT Prior to antibiotics | Canceled | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |
| 2034599 | 08/04/12 00:24 | Gram Stain | In progress | LISA M DIX, MD |
| | 08/04/12 00:24 | | | |

---

| Pt Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
|---|---|---|
| Entity: Tyler | Page 3 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.
Report Content Represents Data Available for the specified Unit as of the Generated On Date/Time

Generated On: 04-Aug-12 02:22

Copy of OIG case to Litigation Support on 04.19.2013 by ce

Plaintiffs' MSJ Appx. 5895

OIG- Adams 161

TY-ADAMS, RODNEY-Enc# 43328731   -I-I-8/3/2012 OneChart ED Physician Orde   ./4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | ▉▉▉▉▉ | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

### Order Type: Laboratory
#### Order Sub Type: Transfusion Services

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033974 | 08/03/12 22:36<br>08/03/12 22:36 | Type And Screen STAT | Complete | COLIN A MARINO, MD |
| 2034130 | 08/03/12 23:23<br>08/03/12 23:23 | Blood Product - Fresh Frozen Plasma (FFP) STAT A fa | Complete | COLIN A MARINO, MD |
| 2034741 | 08/04/12 00:42<br>08/04/12 00:42 | Blood Product - Fresh Frozen Plasma (FFP) dic A facto | In progress | LISA M DIX, MD |
| 2034742 | 08/04/12 00:42<br>08/04/12 00:42 | Blood Product - Pheresis Platelet ASAP dic Bleeding in | Complete | LISA M DIX, MD |

### Order Type: Laboratory
#### Order Sub Type: Urinalysis

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034600 | 08/04/12 00:24<br>08/04/12 00:24 | Urinalysis with Microscopic, if indicated | In progress | LISA M DIX, MD |

### Order Type: Medication/IV
#### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034045 | 08/03/12 23:23 | DEXTROSE 5%-WATER (250 ML bag)  NOREPINEPH | Discontinue | |
| 2034086 | 08/03/12 23:23<br>08/03/12 23:50 | DEXTROSE 5%-WATER (250 ML bag)  NOREPINEPH | Discontinue | |
| 2034347 | 08/03/12 23:38 | Protonix 40mgIV Complex Dose Intravenous QD Now F | Active | COLIN A MARINO, MD |
| 2034348 | 08/03/12 23:38 | ONDANSETRON (ZOFRAN) 4 MG = 2 ML Intravenous | Validated | COLIN A MARINO, MD |
| 2034621 | 08/04/12 00:20<br>08/04/12 00:20 | PHENYLEPHRINE 60 MG IN SALINE (250 ML bag)  In | Validated | |
| 2034622 | 08/04/12 00:21<br>08/04/12 00:21 | SODIUM BICARB 8.4% ABBOJECT 100 MEQ = 100 M | Validated | |
| 2034711 | 08/04/12 00:24 | INSULIN, ASPART (NovoLOG) Sliding Scale Subcutan | Validated | LISA M DIX, MD |
| 2034714 | 08/04/12 00:24 | labetalol (laBETalol) 10 mg = 2 mL Intravenous Q1H Pr | Active | LISA M DIX, MD |
| 2034717 | 08/04/12 00:24 | ONDANSETRON (ZOFRAN) 4 MG = 2 ML Intravenous | Validated | LISA M DIX, MD |
| 2034745 | 08/04/12 00:42 | dextrose 5% in water (D5W) (1000 mL bag) sodium bic | Active | LISA M DIX, MD |
| 2034751 | 08/04/12 00:42<br>08/04/12 00:42 | sodium bicarbonate (SODIUM BICARB 8.4% ABBOJEC | Active | LISA M DIX, MD |
| 2034884 | 08/04/12 01:35<br>08/04/12 01:35 | DEXTROSE 5%-WATER (250 ML bag)  EPINEPHRINE | Validated | |
| 2035039 | 08/04/12 02:14<br>08/04/12 02:14 | NOREPINEPHRINE (LEVOPHED) 4 MG = 4 ML Intraw | In progress | |

| | | | | |
|---|---|---|---|---|
| Pt. Name: ADAMS, RODNEY | | MRN: 1290384 | | Orders Report |
| Entity: Tyler | | Page 4 of 8 | | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | | | Generated By: EDR |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Generated On: 04-Aug-12 02:22

Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5896

OIG- Adams 162

TY-ADAMS, RODNEY-Enc# 4332873:   .-I-I-8/3/2012 OneChart ED Physician Ord   J/4/2012--ER0037-1pg

Orders Report

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Medication/IV**
   **Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2035086 | 08/04/12 02:15<br>08/04/12 02:15 | VANCOMYCIN 1000 MG = 1 VIAL Intravenous ONCE ! | In progress | |
| 2035087 | 08/04/12 02:16<br>08/04/12 02:16 | PHENYLEPHRINE (NEOSYNEPHRINE) 50 MG = 5 ML | In progress | |
| 2035088 | 08/04/12 02:17<br>08/04/12 02:17 | PHYTONADIONE (AQUAMEPHYTON) 10 MG = 1 ML I | In progress | |

**Order Type: Medication/IV**
   **Order Sub Type: Drip IV**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034190 | 08/03/12 23:38 | norepinephrine bitartrate (LEVOPHED) 4 mg in  dextros | Active | COLIN A MARINO, MD |
| 2035096 | 08/04/12 02:22 | vasopressin (PITRESSIN) 50 UNIT in  sodium chloride | Active | MISTI E RILEY, RN |

**Order Type: Medication/IV**
   **Order Sub Type: Injectable**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034346 | 08/03/12 23:38 | SODIUM CHLORIDE 0.9% (1000 ML bag)  Intravenous | Validated | COLIN A MARINO, MD |
| 2034623 | 08/04/12 00:22<br>08/04/12 00:52 | PIPERACILLIN-TAZOBACTAM (ZOSYN)  4.5G Intraven | Validated | |
| 2034722 | 08/04/12 00:42 | piperacillin-tazobactam 3.375 g Intravenous Q6H | Active | LISA M DIX, MD |
| 2034723 | 08/04/12 00:42 | clindamycin 900 mg/50 mL D5W Intravenous Q8H | Active | LISA M DIX, MD |
| 2034724 | 08/04/12 00:42<br>08/04/12 00:42 | vancomycin 1000 mg/200 mL D5W Intravenous ONE T | Active | LISA M DIX, MD |

**Order Type: Nursing**
   **Order Sub Type: Activity**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034591 | 08/04/12 00:24<br>08/04/12 00:24 | Bedrest: Strict | Active | LISA M DIX, MD |

**Order Type: Nursing**
   **Order Sub Type: Assessment**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034579 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Neurological Status every 1 hour | Active | LISA M DIX, MD |
| 2034582 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Patient Weight Daily | Active | LISA M DIX, MD |
| 2034583 | 08/04/12 00:24<br>08/04/12 00:24 | Assess Intake and Output Q1 Hour | Active | LISA M DIX, MD |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.
Generated On: 04-Aug-12 02:22

Report Content Represents Data Available up to Summing Visit as of the Generated On Date/Time
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5897

OIG- Adams 163

TY-ADAMS, RODNEY-Enc# 4332873    R-I-I-8/3/2012 OneChart ED Physician Ord  -8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Nursing**
   **Order Sub Type: Communication**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034338 | 08/03/12 23:38 / 08/03/12 23:38 | Notify Attending on arrival to nursing unit | Active | COLIN A MARINO, MD |
| 2034339 | 08/03/12 23:38 / 08/03/12 23:38 | All Care Transfered to Attending MD | Active | COLIN A MARINO, MD |
| 2034342 | 08/03/12 23:38 / 08/03/12 23:38 | Notify if Pulse Oximetry Less than 92% | Active | COLIN A MARINO, MD |
| 2034580 | 08/04/12 00:24 / 08/04/12 00:24 | Titrate O2 via Nasal Cannula for Sat > or equal to 92% | Active | LISA M DIX, MD |
| 2034586 | 08/04/12 00:24 / 08/04/12 00:24 | Urinary Cath Protocol | Active | LISA M DIX, MD |
| 2034587 | 08/04/12 00:24 / 08/04/12 00:24 | Maintain urinary catheter due to strict intake and output | Active | LISA M DIX, MD |
| 2034588 | 08/04/12 00:24 / 08/04/12 00:24 | Maintain urinary catheter due to total bedrest | Active | LISA M DIX, MD |
| 2034589 | 08/04/12 00:24 / 08/04/12 00:24 | Notify attending for abnormal CK / CKMB / Troponin res | Active | LISA M DIX, MD |
| 2034705 | 08/04/12 00:24 / 08/04/12 00:24 | Hypoglycemia Protocol | Active | LISA M DIX, MD |
| 2034706 | 08/04/12 00:24 / 08/04/12 00:24 | Potassium Protocol Nursing Communicaton | Active | LISA M DIX, MD |
| 2034707 | 08/04/12 00:24 / 08/04/12 00:24 | Trauma Electrolyte Protocol | Active | LISA M DIX, MD |
| 2034709 | 08/04/12 00:24 / 08/04/12 00:24 | Oral Care Protocol | Active | LISA M DIX, MD |
| 2034710 | 08/04/12 00:24 / 08/04/12 00:24 | Urinary Cath Protocol | Active | LISA M DIX, MD |
| 2034743 | 08/04/12 00:42 / 08/04/12 00:42 | Transfuse _2_ Units ____ each over 30 minutes | Active | LISA M DIX, MD |

Instructions: each over 30 minutes

| 2034744 | 08/04/12 00:42 / 08/04/12 00:42 | Post transfusion labs (Specify) Nurse, Order requested | Active | LISA M DIX, MD |

Instructions: Nurse, Order requested lab in OneChart when Transfusion completed.

**Order Type: Nursing**
   **Order Sub Type: Precaution**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034577 | 08/04/12 00:24 / 08/04/12 00:24 | Precaution, Aspiration | Active | LISA M DIX, MD |

Pt. Name: ADAMS, RODNEY   MRN: 1290384   Orders Report
Entity: Tyler   Page 6 of 8   ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00
Adm Date: 08/03/2012   Generated By: EDR
© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.   Generated On: 04-Aug-12 02:22
Crystal Reports © 2012 Business Objects SA. All rights reserved.
Report Content Reproduces Data Available for the specified Visit as of the Generated On Date/Time
Page 6 of 8

Plaintiffs' MSJ Appx. 5898     OIG- Adams 164

TY-ADAMS, RODNEY-Enc# 4332873: R-I-I-8/3/2012 OneChart ED Physician Orders-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | | MRN: | 1290384 |
|---|---|---|---|---|
| Pt ID: | 2012058566 | | Acct No: | 00043328731 |
| DOB: | | | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | | |
| Entity: | 0100 - Tyler | | | |
| Dx: | | | | |

**Order Type: Nursing**
  **Order Sub Type: Treatment**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034578 | 08/04/12 00:24<br>08/04/12 00:24 | Apply Sequential Compression Device | Active | LISA M DIX, MD |
| 2034584 | 08/04/12 00:24<br>08/04/12 00:24 | Place Gastric Tube to Low Intermittent Suction | Active | LISA M DIX, MD |
| 2034585 | 08/04/12 00:24<br>08/04/12 00:24 | Insert Urinary Catheter (Indwelling) | Active | LISA M DIX, MD |
| 2034701 | 08/04/12 00:24<br>08/04/12 00:24 | Saline Lock x 2 | Active | LISA M DIX, MD |
| 2034754 | 08/04/12 00:55<br>08/04/12 00:55 | Apply Cooling Blanket d/c blanket when temp is less tha | Active | LISA M DIX, MD |

Instructions: d/c blanket when temp is less than 100.5

**Order Type: Radiology**
  **Order Sub Type: CT Scan**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034721 | 08/04/12 00:42<br>08/04/12 00:42 | CT Head WO Contrast 20% Decrease In BP | Active | LISA M DIX, MD |

**Order Type: Radiology**
  **Order Sub Type: DX Radiology**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033975 | 08/03/12 22:36<br>08/03/12 22:36 | XR Chest 1 View STAT Palpitations | Complete | COLIN A MARINO, MD |
| 2034704 | 08/05/12 05:00<br>08/05/12 05:00 | XR Chest 1 View AM Routine Cardiogenic Shock | Active | LISA M DIX, MD |

**Order Type: Respiratory**
  **Order Sub Type: BIPAPCPAP**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034592 | 08/04/12 00:24<br>08/04/12 00:24 | CPAP | Discontinue | LISA M DIX, MD |

**Order Type: Respiratory**
  **Order Sub Type: Diagnostic**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2033976 | 08/03/12 22:36<br>08/03/12 22:36 | ABG with co-oximetry on room air STAT | Complete | COLIN A MARINO, MD |
| 2034027 | 08/04/12 03:00 | ABG with Co-oximetry and Electrolytes Q24H (TIMED) | Active | Allison M Sanders, RRT |

| Pt Name: ADAMS, RODNEY | MRN: 1290384 | Orders Report |
|---|---|---|
| Entity: Tyler | Page 7 of 8 | ORE_X0AQ_0149_DSCH_LYNX.rpt version v1.00 |
| Adm Date: 08/03/2012 | | Generated By: EDR |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.

Generated On: 04-Aug-12 02:22

Copy of OIG case to Litigation Support on 04.19.2013 by ce
Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Plaintiffs' MSJ Appx. 5899    OIG- Adams 165

TY-ADAMS, RODNEY-Enc# 4332873.    l-I-I-8/3/2012 OneChart ED Physician Orde...-8/4/2012--ER0037-1pg

**Orders Report**

| Pt Name: | ADAMS, RODNEY | MRN: | 1290384 |
|---|---|---|---|
| Pt ID: | 2012058566 | Acct No: | 00043328731 |
| DOB: | ▮▮▮▮▮ | Age/Sex: | 45Y/M |
| Adm DTime: | 08/03/2012 | Atn Dr: | DIX, LISA MD |
| Dsch DTime: | | | |
| Entity: | 0100 - Tyler | | |
| Dx: | | | |

**Order Type: Respiratory**
**Order Sub Type: Diagnostic**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034593 | 08/04/12 00:24<br>08/04/12 00:24 | ABG in 60 minutes and call results | Discontinue | LISA M DIX, MD |
| 2034725 | 08/04/12 00:52<br>08/04/12 00:52 | ABG with Co-oximetry and Electrolytes | Complete | LISA M DIX, MD |
| Instructions: after the 100 meq ivp  bicarbonate | | | | |

**Order Type: Respiratory**
**Order Sub Type: Treatment Respiratory**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034581 | 08/04/12 00:24<br>08/04/12 00:24 | Pulse Oximetry continuous | Discontinue | LISA M DIX, MD |
| 2034708 | 08/04/12 00:24<br>08/04/12 00:24 | Bronchodilator Protocol Treatment | Discontinue | LISA M DIX, MD |
| 2034749 | 08/04/12 00:53 | Bronchodilator Protocol Treatment PRN | Active | Allison M Sanders, RRT |

**Order Type: Respiratory**
**Order Sub Type: Ventilator**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034028 | 08/04/12 01:00 | tyVentilator - Standard RTQ3H&PRN | In progress | Allison M Sanders, RRT |

**Order Type: Vital Signs**
**Order Sub Type: Monitoring**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Co-Signed By |
|---|---|---|---|---|
| 2034341 | 08/03/12 23:38<br>08/03/12 23:38 | Vital Signs every 4 hrs | Active | COLIN A MARINO, MD |
| 2034343 | 08/03/12 23:38<br>08/03/12 23:38 | Temperature: Every 4 hrs x 3 then every 6 hrs | Active | COLIN A MARINO, MD |
| 2034576 | 08/04/12 00:24<br>08/04/12 00:24 | Vital Signs per unit protocol | Active | LISA M DIX, MD |

© 2003-2012 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2012 Business Objects SA. All rights reserved.
Generated On: 04-Aug-12 02:22

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time

Plaintiffs' MSJ Appx. 5900          OIG- Adams 166

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 Other ED Document-8/4/2012    0036-1pg

```
ADAMS, RODNEY
43328731    129-03-84  M  045Y
DOB:                   ETMC Tyler
        43328731
```

### Critical Value Verbal Report
*(please print)*

Patient's Name: _____

Date received: 8/3/12    Time: 0053

Critical Value Results: Troponin 38.0

☑ **Value Read Back**

Caregiver's Name: Jeremy B.

Title: RN

Time physician paged: _____

Time of verbal contact w/physician: _____

Name of physician notified: _____

☐ Physician notification not required.

SYS-0044

UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 4332873.   --I-I-8/3/2012 Outside Medical Document-6.  2012--EX0002-3pg

Central Logic - Patient: RODNEY ADAMS                                    Page 1 of 1

## ETMC
East Texas Medical Center
Regional Healthcare System

### FIRSTCOMM TRANSFER REPORT

**SUMMARY: CALL #150008**                              *Printed on 08/03/2012 20:25*

| INITIATED by BORUNDA, GABRIEL (08/03/2012 20:02) | Status: OPENED by BORUNDA, GABRIEL (08/03/2012 20:24) |
|---|---|

| TRANSFER | Case Status: Active |
|---|---|

| **Patient** | **Next of Kin** |
|---|---|
| ADAMS, RODNEY         Phone (903) 928-3118<br>PO BOX 6400<br>TENESSEE COLONY, TX<br>75861 | No information available |

| **Patient Detail** | **Chief Complaint** |
|---|---|
| Birthdate ▓▓▓▓ (45 years)<br>Gender  Male | Major Problem  RESPIRATORY FAILURE, ACUTE MI,<br>HYPERTHERMIA, 107.8, SEIZURE |

| **Primary Care Provider** | **Consult Provider** |
|---|---|
| No provider selected | ZACHRY, WILLIAM       Phone (903) 597-0351<br>ERMD TYLER<br>TYLER, TX |

| **Referring Provider** | **Referring Location** |
|---|---|
| TOOTE, PAUL        Phone (903) 439-4077<br>KOPKINS MEMORIAL<br>SULPHUR SPRINGS, TX | PALESTINE REGIONAL MEDICAL         (903) 731-1000<br>CENTER                              (Phone) |

| **Accepting Service and Provider** | **Accepting Location** |
|---|---|
| Accepting Service: Emergency Medicine<br>ZACHRY, WILLIAM    Phone (903) 597-0351<br>ERMD TYLER<br>TYLER, TX | ETMC TYLER |

| **Medical Acceptance** | **Facility Acceptance** |
|---|---|
| Status  Accepted | Status            Accepted |
| Decision Date  08/03/2012 20:08 | Decision Date    08/03/2012 20:08 |
| Call Initiated By  Referring MD | Transfer Priority  ED to ED |

| **Transport** | | **Placement** | | |
|---|---|---|---|---|
| Date Initiated  08/03/2012<br>20:08 | Type   PALESTINE<br>EMS | Requested  08/03/2012 20:08 | Unit E.D.  Bed ER | |
| | | Assigned   08/03/2012 20:08 | Unit E.D.  Bed ER | |
| | | Received   08/03/2012 20:08 | | |
| | | Projected  08/03/2012 20:08 | | |
| | | Confirmed  08/03/2012 20:08 | | |

| **Notifications** |
|---|
| No notifications completed |

*129.03.84* (handwritten)

http://vmcentralapp1.etmc1.etmc.org/claf/txa/index.cfm?rxRelHost=txa/&&rx=Call-Summa...  8/3/2012

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5902                    OIG- Adams 168

TY-ADAMS, RODNEY-Enc# 4332873]    -I-I-8/3/2012 Outside Medical Document-&    012--EX0002-3pg



PALESTINE REGIONAL MEDICAL CENTER AND REHABILITATION HOSPITAL

**ADAMS, RODNEY**

| | | Serv | FC | Loc | Room | | Status | Adm Date | Adm Time | Unit # |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No: L00104029459 | | | 11 | L.ER | | | REG ER | 08/03/12 | 1913 | L000199921 |

Soc Sec No    DG    Age    Sex HS Race Religion
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        46    M    U    W
Address:  PO BOX 6400
TENNESSEE COLONY, TX 75861
Home Ph: 903-928-3118    County: ANDERSON COUNTY
Language: ENGLISH    Country: USA

UNEMPLOYED
UNKNOWN
PALESTINE, TX 75801
Work Phone: 903-999-9999
Occupation:

UTMB, UTMB                    SS#: 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
Address:  301 UNIVERSITY BLVD 1008
GALVESTON, TX 77555
Home Ph: 800-605-8166    County:
Relationship to Patient: WARD OF COURT

*#179 7921*

UNEMPLOYED
UNKNOWN
PALESTINE, TX 75801
Work Phone: 903-999-9999
Occupation:

Address                      SS#:

Home Ph:
Relationship to Patient:

Work Phone:
Occupation:

WARDEN,GURNEY UNIT
PO BOX 6400
TENNESSEE COLONY, TX 75861
Home Phone:903-928-3118    Work Phone:
Home Phone    Work Phone    Relationship to Patient: WC
Relationship to Patient:

| UTMB MANAGED CARE | Policy # 1797921 | Treat/Precert - PRE CERT # |
|---|---|---|
| 301 UNIVERSITY BLVD | Coverage # 0 | Ins Verif |
| GALVESTON TX 77555-1008 | Subscriber ADAMS,RODNEY | Pro Review   Not Required |
| Phone: 409-747-2653 | Rel to Pt  SELF/SAME AS PA DOB 01/01/1966 | |
| | Group P0696997084 - | |

| | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| | Rel to Pt          DOB | |
| Phone | Group | |

| | Policy # | Treat/Precert |
|---|---|---|
| | Coverage # | Ins Verif |
| | Subscriber | Pro Review |
| | Rel to Pt          DOB | |
| Phone | Group | |

TOOTE, PAUL URBAN          0334

NO LOCAL PHYSICIAN

EMERGENCY ROOM    EH    AMB:    PRADMTJG    FEVER

Critical - Tyler
TX-10766  +181- 6-30297%
Trop 1:59 .
vent.
wt. 100 kg          NS-L

* CT of head  - black eye
2.52

75/50 -170   ST
Printed By: PRADMTJG  08/03/12 1924

Unit Number    L000199921          1947) UTMB Ray    Account Number    L00104029459

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 2 of 3

TY-ADAMS, RODNEY-Enc# 4332873   R-I-I-8/3/2012 Outside Medical Document-, 2012--EX0002-3pg

06/10/2012 SUN 1:05 FAX 903 531 8819 First Comm                    @001/001
12/30/2011 FRI 16:30 FAX                                            @001/001

## ETMC PATIENT TRANSFER HAND OVER COMMUNICATION

### To Be Completed by the Transferring Physician

FAX to: FirstComm → **903.531.8819** Date: 8/3/12  Time: 2000

Patient Information: _____

**S**ituation:  Transferring Facility: PRMC

Reason for Transfer: Critical

Diagnosis: Resp failure, MI, hypothermia

Current Vital signs: Temp: 107℉  BP: 90/50  P: 170  R: Vent  SPO2: ___

**B**ackground:

Medications: Bredy,

Abnormal Labs: Trop 1.57

Diagnostic Read by Radiologist: (✓) Yes ( ) No   Radiologist's Name: O'Neill

**A**ssessment:  Major Drips: Levophed  Antoprovin, NS.

Interventions (i.e. sutures, chest tubes): Ventilator

**R**ecommendation:  Transfer to (ED)  ICU  Floor  Other  (circle)

Mode of transport: Air (include patient weight: 100 kg/lbs)  Ground

Name of Transferring Physician: Dr Toote  Phone: 903-731-1153

------------- Questions please call: ~~903~~ ----------------
903 535 6267

### NOT PART OF MEDICAL RECORD

Apr 09/JFM

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5904                    OIG- Adams 170

TY-ADAMS, RODNEY-Enc# 43328731   .-I-8/3/2012 Transfusion and Blood Serv   .S-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

ABO/Rh: O Pos

Antibody(ies):

Special Needs:

**ETMC**
**TYLER**

East Texas Medical Center
Regional Healthcare System

Location: 2WB

Patient ID#: 30996

----------Product Information----------

UNIT No: W035212184735

ABO/Rh: O Pos          CMV:

82429

Product Code: E0336V00 RED BLOOD CELLS|CPD>AS1/500mL/refg|ResLeu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM     # in pool:

Crossmatch Interpretation: Compatible     Tech ID: KDC2     Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

----------Transfusion Information----------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees:

Name: _Colurood Ann_     Name: _Jeffrey Maglicent, RN_
            Signature                          Signature

Pre-Transfusion V/S: BP: 6152 Pulse: 119 Resp: 21 Temp: 97.8 O2: 9 Am By: 9 Am

Post-Transfusion V/S: BP: 14152 Pulse: 114 Resp: 23 Temp: 94.4 O2: ? By: 10

Transfusion Started: 9 8-4-12 0635     Transfusion Stopped: 144 08/04/12 0817
                     Initial  Date   Time                        Initial  Date   Time

Amount transfused: 486     Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____ VS: BP____ Pulse____ Resp____ Temp____ O2____
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:
   __ Urticaria      Chills      Fever      Hematuria      Shortness of breath
   __ Other

Completed by _____ MD/RN   Date _____   Time _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 4332873:  .:I-I-8/3/2012 Transfusion and Blood Ser\  :-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**

Antibody(ies):

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

Location: 2WB

Patient ID#: 30996

--------------------------Product Information-------------------

**UNIT No: W035212151977   K**

82436

**ABO/Rh: O Pos**          CMV:

Product Code: E036V00  RED BLOOD CELLS|CPD>AS1/500mL/refg|ResLeu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM       # in pool:

Crossmatch Interpretation: Compatible       Tech ID: KDC2       Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------Transfusion Information------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _Johnson_ ___         Name: _Jeffrey Mongliant, RN_
         Signature                              Signature

Pre-Transfusion V/S: BP _59?27_ Pulse: _100_ Resp: _21_ Temp: _97+8_ O2: _21_ By: _JM/RN_

Post-Transfusion V/S: BP _14/52_ Pulse: _114_ Resp: _23_ Temp: _974_ O2: _1_ By: _JM_

Transfusion Started: _08/04/12_  _0635_         Transfusion Stopped: _JM_  _08/04/12_  _0815_
               Initial  Date   Time                          Initial  Date   Time

Amount transfused: _425_        Patient observed during transfusion: _✓_

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:
1. Stop transfusion at once.
2. Clerical check at bedside?       Yes       No
3. Name of physician notified: _____ VS: BP _____ Pulse _____ Resp _____ Temp _____ O2 _____
4. Send completed copy of this form to blood bank with:
    A.    Remainder of unit with recipient set
    B.    10mL lavender top venous blood specimen from patient
    C.    Post transfusion urine sample (voided)
5. Check symptoms:
       Urticaria        Chills        Fever        Hematuria        Shortness of breath
       Other _____

Completed by _____ MD/RN  Date ___  Time _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5906                    OIG- Adams 172

TY-ADAMS, RODNEY-Enc# 4332873.    t-I-I-8/3/2012 Transfusion and Blood Ser\   s-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**                         **Location: POD1**

Antibody(ies):                            Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

---

Product Information

UNIT No: W035212145438    5

**ABO/Rh: O Pos**          CMV: anti-CMV Negative

82650

Product Code: E3088V00  Apheresis PLATELETS|ACD-A/XX/20-24C|ResLeu:<5log6|2nd container

Product Expiration Date: 08/05/2012 11:59 PM    # in pool:

Crossmatch Interpretation: Not Required    Tech ID: KDC2    Date/Time: 08/04/2012 01:07 AM

Antigens:

Comments:

Prohibiting Factors:

---

Transfusion Information

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees:

Name: _____          Name: _____
          Signature                              Signature

Pre-Transfusion V/S: BP: 57/44  Pulse: 132  Resp: 21  Temp: 98.8  O2: __  By: _____

Post-Transfusion V/S: BP: 57/44  Pulse: 176  Resp: 21  Temp: 98.9  O2: __  By: _____

Transfusion Started: 9/  8-4-12  0330     Transfusion Stopped: 9/  8-4-12  0425
                    Initial  Date  Time                        Initial  Date  Time

Amount transfused: 275          Patient observed during transfusion: _____

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____    VS: BP ___ Pulse ___ Resp ___ Temp ___ O2 ___
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

   Urticaria      Chills      Fever      Hematuria      Shortness of breath
   Other

Completed by _J Johnson RN_      MD/RN    Date  8-4-12  Time  0425

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

2098

Plaintiffs' MSJ Appx. 5907                    OIG- Adams 173

TY-ADAMS, RODNEY-Enc# 43328731  .-I-8/3/2012 Transfusion and Blood Serv.. .-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

**Account No:** 43328731

**BB ID #:** NGZ9362

**Sample #:** 10825456

**ABO/Rh:** O Pos                    **Location:** POD1

**Antibody(ies):**                   **Patient ID#:** 30996

**Special Needs:**

---

-----------------------------------Product Information-----------------------------------

**UNIT No:** W035212145346

||||| 82355

**ABO/Rh:** O Pos                    **CMV:**

**Product Code:** E2555V00 PLASMA|CPD/XX/<=-18C|Frozen <=24h

**Product Expiration Date:** 08/05/2012 12:04 AM      **# in pool:**

**Crossmatch Interpretation:** Not Required      **Tech ID:** KDC2      **Date/Time:** 08/04/2012 12:24 AM

**Antigens:**

**Comments:**

**Prohibiting Factors:**

---

-----------------------------------Transfusion Information-----------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agree.

Name: _____ RN          Name: _____
Signature                          Signature

Pre-Transfusion V/S:  BP: 97/64 Pulse: 180 Resp: 71 Temp: 99.4 O2: ___  By: ___

Post-Transfusion V/S:  BP: 87/5 Pulse: 178 Resp: 71 Temp: 99.7 O2: ___  By: ___

Transfusion Started: 07  8-4-12  0229    Transfusion Stopped: 07  8-4-12  0700
                     Initial Date Time                        Initial Date Time

Amount transfused: 230          Patient observed during transfusion: ✓

---

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes          No
3. Name of physician notified: _____  VS: BP____ Pulse____ Resp____ Temp____ O2____
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:

   Urticaria      Chills      Fever      Hematuria      Shortness of breath

   Other _____

Completed by _____  MD/RN  Date 8-4-12 Time 0705

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

J8.99

Plaintiffs' MSJ Appx. 5908          OIG- Adams 174

TY-ADAMS, RODNEY-Enc# 433287    MR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh:** O Pos

Antibody(ies):

Special Needs:

Location: **POD1**

Patient ID#: 30996

**ETMC**
TYLER
East Texas Medical Center
Regional Healthcare System

------------------------------Product Information------------------------------

UNIT No: W035212176683    F

82515

**ABO/Rh:** O Pos                              CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/ ≥-18C

Product Expiration Date: 08/05/2012 12:04 AM    # in pool:

Crossmatch Interpretation: Not Required    Tech ID: KDC2    Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____ RN                Name: CMBurgner
              Signature                                    Signature

Pre-Transfusion V/S:  BP: 88/48  Pulse: 125  Resp: 21  Temp: 99.7 O2: ___  By: ___

Post-Transfusion V/S:  BP: 64/44  Pulse: 127  Resp: 21  Temp: 99.7 O2: ___  By: ___

Transfusion Started: 99 · 8-4-12 0732  Transfusion Stopped: 99 8-4-12 0737
                    Initial  Date    Time                      Initial  Date   Time

Amount transfused: 275    Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____ VS: BP____ Pulse____ Resp____ Temp____ O2____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

     Urticaria      Chills       Fever        Hematuria      Shortness of breath
                                                                Other

Completed by _____ MD/RN    Date 8·4·IX Time 0705

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5909                    OIG- Adams 175

TY-ADAMS, RODNEY-Enc# 4332873.   .R-I-I-8/3/2012 Transfusion and Blood Serv...es-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

ABO/Rh:  O Pos

Antibody(ies):

Special Needs:

Location:  POD1

Patient ID#:  30996

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

-----------------------------Product Information-----------------------------

UNIT No:  W035212176692

82511

ABO/Rh:  O Pos                           CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/<=-18C

Product Expiration Date: 08/05/2012 12:04 AM        # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2        Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

-----------------------------Transfusion Information-----------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____  Name: _____

Pre-Transfusion V/S:  BP: _____ Pulse: _____  Resp: _____  Temp: _____ O2: _____  By: _____

Post-Transfusion V/S: BP: _____ Pulse: _____  Resp: _____  Temp: _____ O2: _____  By: _____

Transfusion Started: ___ 8-4-17 0822  Transfusion Stopped: ___ 8-4-12 0925

Amount transfused: 230            Patient observed during transfusion:

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1.  Stop transfusion at once.

2.  Clerical check at bedside?        Yes        No

3.  Name of physician notified: _____  VS: BP_____ Pulse_____  Resp_____ Temp_____ O2_____

4.  Send completed copy of this form to blood bank with:

    A.   Remainder of unit with recipient set

    B.   10mL lavender top venous blood specimen from patient

    C.   Post transfusion urine sample (voided)

5.  Check symptoms:

    Urticaria        Chills        Fever        Hematuria        Shortness of breath

    Other

Completed by _____  MD/RN  Date 8-4-12 Time 0705

Page 1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 43328731    A-I-I-8/3/2012 Transfusion and Blood Serv...s-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

ABO/Rh: **O Pos**                                    Location: POD1

Antibody(ies):                                       Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
*East Texas Medical Center*
*Regional Healthcare System*

------------------------------Product Information------------------------------

UNIT No: **W035212127087**      E

81655

ABO/Rh: **O Pos**                           CMV:

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/<=-18C

Product Expiration Date: 08/05/2012 12:04 AM      # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2          Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

------------------------------Transfusion Information------------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____ RN         Name: _N Burgin_____

Pre-Transfusion V/S: BP: _8/77_ Pulse: _182_ Resp: _71_ Temp: _99.7_ O2: ____ By: _____

Post-Transfusion V/S: BP: _75/50_ Pulse: _90_ Resp: _21_ Temp: _99.7_ O2: ____ By: _____

Transfusion Started: _JJ_ _8-4-12_ _0204_  Transfusion Stopped: _JJ_ _8-4-12_ _0219_
         Initial  Date  Time               Initial  Date  Time

Amount transfused: _245_            Patient observed during transfusion:

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?          Yes      No
3. Name of physician notified: _____ VS: BP_____ Pulse____ Resp_____ Temp____ O2_____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:

   Urticaria      Chills      Fever      Hematuria      Shortness of breath

   Other_____

Completed by _Johnson RN_____   MD/RN   Date _8-4-12_   Time _0705_

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 433287:    IR-I-I-8/3/2012 Transfusion and Blood Se:    as-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**                                    Location: **POD1**

Antibody(ies):                                    Patient ID#: 30996

Special Needs:

**ETMC**
TYLER
East Texas Medical Center
Regional Healthcare System

---
Product Information

**UNIT No: W035212142587**  R

82351

**ABO/Rh: O Neg**                    CMV:

Product Code: E2555V00 PLASMA|CPD/XX/<=-18C|Frozen <=24h

Product Expiration Date: 08/05/2012 12:04 AM        # in pool:

Crossmatch Interpretation: Not Required        Tech ID: KDC2        Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

---
Transfusion Information

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including:
verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and
all information agrees:

Name: _____ RN        Name: _____
          Signature                    Signature

Pre-Transfusion V/S: BP: 78/47 Pulse: 125 Resp: 71 Temp: 99.6 O2: ___ By: ___

Post-Transfusion V/S: BP: 75/48 Pulse: 130 Resp: 71 Temp: 99.1 O2: ___ By: ___

Transfusion Started: 8-4-12  22:50        Transfusion Stopped: 8-4-12  0215
                      Initial  Date   Time                          Initial  Date   Time

Amount transfused: appx 250 mL  Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____ VS: BP ___ Pulse ___ Resp ___ Temp ___ O2 ___
4. Send completed copy of this form to blood bank with:
   A.   Remainder of unit with recipient set
   B.   10mL lavender top venous blood specimen from patient
   C.   Post transfusion urine sample (voided)
5. Check symptoms:
   Urticaria      Chills      Fever      Hematuria      Shortness of breath
   Other _____

Completed by _____ MD/RN   Date 8-4-12   Time 0705

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 4332871   R-I-I-8/3/2012 Transfusion and Blood Serv...es-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**                          Location: POD1

Antibody(ies):                              Patient ID#: 30996

Special Needs:

**ETMC**
TYLER
East Texas Medical Center
Regional Healthcare System

-------------------------- Product Information --------------------------

**UNIT No:** W035212127120      7

**ABO/Rh: O Pos**                          CMV:                      81652

Product Code: E0701V00  FRESH FROZEN PLASMA|CPD/XX/<=-18C

Product Expiration Date: 08/05/2012 12:04 AM      # in pool:

Crossmatch Interpretation: Not Required      Tech ID: KJC2      Date/Time: 08/04/2012 12:24 AM

Antigens:

Comments:

Prohibiting Factors:

-------------------------- Transfusion Information --------------------------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____      Name: _____
              Signature                                Signature

Pre-Transfusion V/S:  BP: 8/75 Pulse: 75  Resp: 21  Temp: 98.9  O2:___  By: ___

Post-Transfusion V/S:  BP: 94/0 Pulse: 122  Resp: 01  Temp: 98.7  O2:___  By: ___

Transfusion Started: ___ 8-4-12  0530      Transfusion Stopped: ___ 8-4-12 0241
                    Initial  Date   Time                        Initial   Date    Time

Amount transfused: 270          Patient observed during transfusion: ✓

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____      VS: BP____ Pulse___ Resp___ Temp___ O2___
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:
      Urticaria      Chills      Fever      Hematuria   │ Shortness of breath
      Other_____

Completed by _____ MD/RN   Date 8-4-12  Time 0705

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 1

TY-ADAMS, RODNEY-Enc# 43328731   R-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: **NGZ9362**

Sample #: 10825456

**ABO/Rh: O Pos**          Location: 2WB

Antibody(ies):              Patient ID#: 30996

Special Needs:

**ETMC**
**TYLER**
East Texas Medical Center
Regional Healthcare System

-----------Product Information-----------

**UNIT No: 32FF88103**

82176

**ABO/Rh: O Pos**                      CMV:

Product Code: 04730     Red Blood Cells - AS-3 Leukoreduced

Product Expiration Date: 08/28/2012 11:59 PM     # in pool:

Crossmatch Interpretation: Compatible     Tech ID: KDC2     Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

-----------Transfusion Information-----------

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees.

Name: _____          Name: _____
          Signature                                    Signature

Pre-Transfusion V/S: BP: 45/26 Pulse: 106 Resp: 71 Temp: 99.6 O2: 6510 By: 99.00

Post-Transfusion V/S: BP: 60/49 Pulse: 170 Resp: 21 Temp: 97.6 O2: By: 9700

Transfusion Started: 99  8-4-12 0350     Transfusion Stopped: 99  8-4-12 0615
                   Initial   Date   Time                            Initial   Date   Time

Amount transfused: 300          Patient observed during transfusion:

**IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:**

1. Stop transfusion at once.
2. Clerical check at bedside?     Yes     No
3. Name of physician notified: _____ VS: BP_____ Pulse_____ Resp_____ Temp_____ O2_____
4. Send completed copy of this form to blood bank with:
   A.     Remainder of unit with recipient set
   B.     10mL lavender top venous blood specimen from patient
   C.     Post transfusion urine sample (voided)
5. Check symptoms:
      Urticaria     Chills     Fever     Hematuria     Shortness of breath
      Other _____

Completed by _____ MD/RN   Date _____   Time _____

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

TY-ADAMS, RODNEY-Enc# 433287          MR-I-I-8/3/2012 Transfusion and Blood Services-8/4/2012--TF0004-1pg

**Name: Adams, Rodney**

Account No: 43328731

BB ID #: NGZ9362

Sample #: 10825456

**ABO/Rh: O Pos**

Antibody(ies):

Special Needs:

Location: 2WB

Patient ID#: 30996

**ETMC**
TYLER
East Texas Medical Center
Regional Healthcare System

─────────── Product Information ───────────

**UNIT No: W035212000042      L**

**ABO/Rh: O Pos**          CMV:

82427

Product Code: E0336V00  RED BLOOD CELLS|CPD>AS1/500mL/refg|ResLeu:<5log6

Product Expiration Date: 08/30/2012 11:59 PM        # in pool:

Crossmatch Interpretation: Compatible          Tech ID: KDC2          Date/Time: 08/04/2012 03:30 AM

Antigens:

Comments:

Prohibiting Factors:

─────────── Transfusion Information ───────────

Prior to starting this transfusion, an RN and one other licensed personnel have completed all clerical checks including verifying the patient name, account number, and sample number on this slip with the patient's armbands at bedside and all information agrees:

Name: _____ Signature          Name: _____ Signature

Pre-Transfusion V/S:  BP: 49/91  Pulse: 117  Resp: 21  Temp: 4/1  O2: 674  By: 09h

Post-Transfusion V/S:  BP: 69/52  Pulse: 122  Resp: 24  Temp:          O2:          By:

Transfusion Started: ___ 8-4-12 0350          Transfusion Stopped: 09 8-4-12 059
            Initial  Date    Time                          Initial  Date    Time

Amount transfused: 250          Patient observed during transfusion:

───────────────────────────────────────────

IN CASE OF TRANSFUSION REACTION OR ACTUAL/SUSPECTED ERROR:

1. Stop transfusion at once.
2. Clerical check at bedside?        Yes        No
3. Name of physician notified: _____ VS: BP____ Pulse____ Resp____ Temp____ O2____
4. Send completed copy of this form to blood bank with:
   A.    Remainder of unit with recipient set
   B.    10mL lavender top venous blood specimen from patient
   C.    Post transfusion urine sample (voided)
5. Check symptoms:
      Urticaria        Chills        Fever        Hematuria        Shortness of breath
      Other _____

Completed by  J Johnson Rn          MD/RN    Date 8-4-12  Time 0625

Page 1 of 1

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5915                    OIG- Adams 181

TY-ADAMS, RODNEY-Enc# 43328731    -I-I-8/3/2012 Tyler Air One Patient Reco.    /4/2012--ER0005-2pg

PHI AIR MEDICAL
*BEYOND THE CALL*

**Base:** 11 Lufkin   **Date:** 8/3/12   **Flt #:**

| Rec'd | Disp. | Enroute | Scene | Pt Contact | Depart | Hospital | Available |
|---|---|---|---|---|---|---|---|

**Pt. Information**   **Name:** Rodney Adams

**Address** ____ **City** ____ **St:** ____

**DOB** / / **Age** **M/F** **Last 4 digits of SSN#**

**Scene/Transfer** ALS/BLS   **Agency** ____ **Approx Time of Incident**
**County** ____ **Zip code:**

**Sending Facility** ____ **Sending MD, DO, NP, PA**
**Description of Incident or HPI** Rollover □ Auto/Ped □ Motorcycle □ Helmet □ Seatbelt □ Airbag □ Ext. Time

to jail infirmary HYPERthermic 109 core temp, a/oc.
RE @ sending / RN state traumatic intubation ETT NGT placed

**Pt. History** 200 kg lbs   **Ideal BW** ____ **Allergies:**
**Pertinent Past History** unknown
**Current Meds**

**PTA Treatment PTA MEDS.** O2  IV  Immobilization H  C-collar   **Medical control patch** Y/N   **Physician Name/Facility:**

| Time PTA | SBP | | Pulse | Resp. | SpO2 | ETCO2 | | CRT. | Pain | GCS | | | EVENTS | Vent Settings Time on Vent: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77 | 49 | 174 | V | 100 | — | 109 | | | | | | | **Mode** 22 |
| | 75 | 48 | 173 | V | 100 | 40 | | | 1 1 5 | | | | | **Rate** 14 |
| | 78 | 50 | 171 | V | 99 | 42 | | | | | | | | **TV** 600 |
| | 69 | 48 | 189 | V | 99 | 39 | | | | | | | | **FIO2** 100 |
| | 89 | 50 | 169 | V | 100 | 40 | | | | | | | | **PEEP** 6 |
| | 124 | 68 | 168 | V | 100 | 41 | 10 | | | | | | | **PIP** 24 |
| | | | | | | | | | | | | | | **I:E** 1:2.5 |
| | | | | | | | | | | | | | | **Flow** |

**Pertinent Positives Physical Exam**   **Blood Glucose:**

| | | | Time | Site | Sol | Gage | Admin./Rate /Conc. |
|---|---|---|---|---|---|---|---|
| **NEURO** | | | | | NS | | |
| **SKIN** | | | | | NS | | |
| **HEENT** | | | | | | | |
| **NECK** | | | | | | | |
| **CHEST** | | | | | | | |
| **CARDIAC** | | | | | | | |
| **ABDOMEN** | | | | | | | |
| **PELVIS** | | | | | | | |
| **BACK** | | | | | | | |
| **EXTREMITY** | | | | | | | |

**Additional Treatment Rendered**

PTA I/O
Inflight
**Total estimated blood loss:**

**LAB:**

**Transfer of Care: Facility Name:**
**Time:** ____ **ETT verified by:** ____ cm@lip   **Department** ____ **IV's patent Y/N**   **VS @ destination** **BP** ___ **RESP** ___ **HR** ___ **Temp** ___

NOTE: ALL TRANSPORTS *REQUIRE* COMPLETED FORM TO BE LEFT AT RECEIEIVNG FACILITY AT TIME OF TRANSFER.   9/30/10
White/ Rec Facility 4 Yellow/ PHI

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Page 1 of 2

TY-ADAMS, RODNEY-Enc# 43328731     -I-I-8/3/2012 Tyler Air One Patient Recc    /4/2012--ER0005-2pg

**PHI** AIR MEDICAL

Flight #_____-_____-_____ A/B/C

### PATIENT CONSENT AND ASSIGNMENT OF BENEFITS

As a condition of receiving emergency transport and treatment by PHI Air Medical, L.L.C. (Provider), I hereby agree to the following:

1) **Consent to Treatment:** I consent to transport and treatment by PHI Air Medical, L.L.C. ("Provider") including the administration of blood products and any other treatment deemed necessary in the judgment of the medical crew (the "Services").

2) **Insurance Certification and Authorization:** I accept responsibility for ensuring that all certifications or authorizations required by Medicare, Medicaid or any insurance carrier(s) (collectively, "Insurance Carriers") have been obtained. I recognize that I am responsible for any balance not paid by my insurance carrier for any reason. I agree to sign any documents necessary to authorize Provider to contest any insurance denial.

3) **Guarantee of Payment and Assignment of Benefits:** I agree to pay Provider's charges for the Services, including but not limited to any co-payments, deductibles or other expenses not covered by insurance. All charges shall be due and payable on receipt of invoice. Unpaid accounts shall bear interest at the rate of 12% per annum. I assign and transfer to Provider all my rights in and to: (a) all insurance benefits (whether such insurance is owned by me or not) payable as a result of the injury or medical condition that necessitated the Services; (b) any and all proceeds paid or payable to me or on my behalf from any settlement, judgment or other award which is obtained as a result of the injury necessitating the Services; (c) any causes of action that may be assigned according to applicable State law, which I now have or may have in the future against any person or entity arising directly or indirectly from the injury or medical condition which necessitated the Services. I also assign and request payment of authorized Medicare, Medicaid or other government and private health benefits be made directly to Provider, for the present Services and any Services performed in the future.

4) **Release of Liability for Personal Valuables:** I understand and agree that Provider is not responsible for personal belongings brought into the ambulance, including, but not limited to, clothing, personal hygiene products, toiletries, dentures, glasses, prosthetic devices such as hearing aides, artificial limbs, medical assist devices, wallets, purses, credit cards, jewelry and money.

5) **Consent for Release and Use of Information:** I authorize any holder of medical or other information about me to release to Medicare, Medicaid or any other Insurance Carrier or their agents any information needed to determine benefits for this or a related claim, or for any other purpose permitted by law.

6) **Acknowledgement of Receipt of Notice of Privacy Practices:** I acknowledge receipt of Provider's Notice of Privacy Practices.

7) **Release of Police Reports:** I appoint Provider as my attorney in fact under applicable State law for the purpose of obtaining police reports and other data related to the accident or incident for which Services were provided.

8) **Attorney's Fees:** If any action or task or in equity is brought to enforce this Agreement, Provider shall be entitled to recover reasonable attorney's fees, court costs, and any other costs of collection incurred. The undersigned has read this Agreement, has had an opportunity to ask any questions I have, has received satisfactory answers thereto and enters into it voluntarily.

Patient's Signature: _____   Print Name: _____   Date: _____
                                   (Required)                          (Required)

☐ *Patient's condition is such that he/she is physically or mentally incapable of signing then an authorized representative can sign:*

*Reason patient cannot sign:* _____

*(Explanation required whenever patient does not or cannot sign)*

Signing of this for     ADAMS, RODNEY     128-03-84   M  045Y     'ive does not constitute acceptance of any financial responsibility by m
43328731                                              EТMC Tyler
☐ Copy of No              DOB:                         acility Medical Record/patient ID number: _____

Version 6-phicc
Date Revised Jul
White copy -- PHI         43328731

Page 2 of 2

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

28.108

FREY R. COPELAND, PA-C


PATIENT:          ADAMS,RODNEY

MRN:              1797921
User:             WILBANKS, CYNTHIA M. L.V.N.


COGENTIN 1MG TABS
Sig:              1 x TABS ORAL TWICE DAILY
Order Date:       08/03/2012 09:52
Start Date:       08/03/2012 09:52
Auto Stop Date:   09/02/2012 09:52
Special
Instructions:     NO RFS CO JAIL INTAKE

VERBAL / PHONE ORDER

Duration:         30 Days
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    08/03/2012



CYMBALTA # 60MG CAPS
Sig:              1 x CAPS ORAL TWICE DAILY
Order Date:       08/03/2012 09:53
Start Date:       08/03/2012 09:53
Auto Stop Date:   09/02/2012 09:53
Special
Instructions:     CO JAIL INTAKE NO RFS

VERBAL / PHONE ORDER

Duration:         30 Days
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    08/03/2012


    Electronically Signed by COPELAND, JEFFREY R. PA-C on 08/03/2012.
##And No Others##


Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5918          OIG- Adams 184

JEFFREY R. COPELAND, PA-C

PATIENT:         ADAMS,RODNEY

MRN:             1797921
User:            WILBANKS, CYNTHIA M. L.V.N.

VISTARIL # 50MG CAPS
Sig:             1 x CAPS ORAL TWICE DAILY
Order Date:      08/03/2012 09:55
Start Date:      08/03/2012 09:55
Auto Stop Date:  09/02/2012 09:55
Special
Instructions:    CO JAIL INTAKE NO RFS

VERBAL / PHONE ORDER

Duration:        30 Days
Refills:         None

Allow Generic - No product selection indicated
Rx Written On:   08/03/2012

     Electronically Signed by COPELAND, JEFFREY R. PA-C on 08/03/2012.
     ##And No Others##

Copy of OIG case to Litigation Support on 04.19.2013 by ce.
UNAUTHORIZED COPYING OR VIEWING PROHIBITED

Plaintiffs' MSJ Appx. 5919                OIG- Adams 185