UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 211

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## INTER-OFFICE COMMUNICATION

| | | | |
|---|---|---|---|
| **TO:** | Allan Polunsky<br>Chairman,<br>Texas Board of Criminal Justice | **DATE:** | July 28, 1998 |
| **FROM:** | Wayne Scott  *WS*<br>Executive Director | **SUBJECT:** | Heat |

The Texas Department of Criminal Justice (TDCJ) is continually working to strengthen its Risk Management Program and to provide a safe environment for staff and offenders. The extreme high temperatures have been a major source of concern to administration. All avenues are being taken to provide relief and avoid heat-related illnesses to staff and offenders.

As a matter of routine practice, TDCJ employees are trained in accordance with Administrative Directive (AD) 10.64, "Temperature Extremes in the TDCJ Work Place (Cold/Hot)." This policy (attached) provides information regarding symptoms of heat strokes, heat cramps, and heat exhaustion as well as emergency treatment procedures. Also on a routine basis, an E-mail message is sent out each year from Health Services when hotter weather is beginning. The E-mail reiterates the possibility of heat emergencies; reminds staff of the signs and symptoms of heat-related illnesses; and provides emergency treatment procedures. In 1998, an E-mail was sent out in June (attached).

The following is a summary of actions taken by TDCJ over the last several months in preparation for and response to the Texas summer heat.

| Date | Action |
|---|---|
| July 1, 1998 | New procedures implemented for transportation of psychiatric patients during the coolest hours of the day |
| July 3, 1998 | More information given to lower risk of heat-related illnesses (employees and offenders) during transportation of offenders. |
| July 3, 1998 | Mainframe report listing offenders who have heat-related medical restrictions becomes available to units. |
| July 8, 1998 | E-mail reminder sent out for employees to take precautions in heat. |

**TDCJ 85549**

| Date | Action |
|------|--------|
| July 14, 1998 | Risk Management arranges for 100 box fans to be used at back gates for chain buses. |
| July 14, 1998 | Lannette Linthicum, M.D., requests Wardens and unit Health Administrators check that offenders currently prescribed with heat-sensitive medications are properly documented on the Health Summary for Classification screen. |
| July 21, 1998 | Procedures begin for emergency purchase of 1,884 fans that will be delivered in phases over the next two weeks to all ID and SJD facilities. |

In addition to the above actions, each unit/facility is using its discretion on additional precautions. The precautions are based on regional placement, resource availability, and unit/facility structure. Additional precautions have included:

Cooling

- Installation of fans in the dorms and dining halls.
- Increasing the air flow in the dorms by operating the blowers normally used to move hot air in the winter (during the hours of early a.m. and late p.m. to avoid circulating hot air).
- Allowing more access to the showers where feasible.
- Keeping windows open and window screens clear.
- Painting of sky windows in order to reduce direct sunlight and heat in dorm areas.
- Roofs of metal dormitories are sprayed with water twice daily to reduce heat within the building (soaker hoses on dorms at Murray Unit have brought temperatures down three degrees).
- Turning off lights during the daytime to reduce heat whenever possible.
- Water misters are being installed in front of some fans.

Fluids

- Providing ice water in the dorms and other housing areas around the clock.
- Providing frequent water breaks to offenders and staff.
- Providing drinks with electrolyte replacement (i.e., Gatorade and other similar drinks) when possible.
- Offenders are encouraged to consume plenty of fluids before turnout.

Movement

- Restriction of outside activities (including work) during the hottest hours of the day.
- Offenders and staff are encouraged to work at a slower pace.
- General population areas have increased the ingress/egress (ins and outs of cells) of its offenders.
- Offenders with medical heat-related restrictions have been moved from upper cell rows to lower levels.
- Some cell restrictions have been suspended for the period of heat during the second shift which is the hottest part of the day.
- Where possible, correctional staff are being rotated to ensure each officer is periodically moved to a position where the heat is less extreme.
- Pill window waiting line designated out of the sun.

Monitoring

- Monitoring the temperature on a daily (and even hourly) basis by unit Risk Management Coordinator showing time, temperature, humidity, heat index, and risk possibilities.
- More frequent preventive maintenance checks on all air ventilation systems.
- Employees have been advised and trained to watch their fellow employees and offenders for signs of heat-related stress.
- Signs posted in dayrooms in English and Spanish to give "Helpful Hints to Avoid Heat Stress."
- Offenders and staff are to report to a supervisor if they are not feeling well due to heat and to take a break to cool down.

Clothing

- Issuance of proper head wear for offenders and staff.
- Gym shorts and t-shirts are being allowed in some dayrooms and recreation yards.

There may be some other activities which are being used on the units/facilities to reduce the risk of heat-related illnesses which may have not been listed.  Please be assured that all possible means are being used to avoid problems for offenders and staff during this period of extreme summer heat.  Thank you.

WS/GLJ/bsr

attachments

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 212

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## INTER-OFFICE COMMUNICATION

| | | | |
|---|---|---|---|
| **TO:** | Wayne Scott<br>Executive Director | **DATE:** | July 28, 1998 |
| **FROM:** | Gary Johnson<br>Director, Institutional Division | **SUBJECT:** | Heat |

The following is a synopsis of actions taken by the Texas Department of Criminal Justice-Institutional Division over the last several months in preparation for and response to the Texas summer heat. Attachments are provided as appropriate.

### Regular TDCJ-ID procedures (on-going)

- *Administrative Directive 10-64 (rev. 1) - "Temperature Extremes in the TDCJ-ID Work Place (Cold/Hot)"* - Policy which gives TDCJ employees symptoms of heat strokes, heat cramps, and heat exhaustion as well as emergency treatment. Training policies and responsibilities are also set forth in this directive. The directive is currently being updated by Executive Services to reflect current Agency structure and language as well as additional information provided by Risk Management. - **Attachment 1**

- *1997 and 1998 Reminder E-mails* - Each year when hotter weather is beginning, an E-mail is sent out from Health Services reiterating the possibility of heat emergencies; reminding of the signs and symptoms of these illnesses; and providing emergency treatment procedures. - **Attachment 2**

### Procedures implemented in response to extreme heat

- *July 1, 1998 Health Services E-mail* - New guidelines set forth for transportation of psychiatric patients during the coolest hours of the day. - **Attachment 3**

- *July 2, 1998 Transportation E-mail* - Time of departure for Huntsville Region chain vehicle to Skyview, Hodge, and Diboll units changed from 3:00 p.m. to 4:00 a.m. - **Attachment 4**

- *July 3, 1998 Janie Cockrell E-mail* - Direction given by Deputy Director for Security - Institutional Division, in conjunction with Assistant Director for Transportation, for lowering risk of heat-related illnesses (employees and offenders) during transportation of offenders. - **Attachment 5**

TDCJ 85552

- *July 3, 1998 Health Services E-mail (11:14 a.m.)* - Procedures begun for Unit Health Administrators to identify those offenders who are sensitive to heat-related medical problems. - **Attachment 6**

- *July 3, 1998 Health Services E-mail (2:56 p.m.)* - Notice that Infopac report listing offenders who have heat-related medical restrictions is available. - **Attachment 7**

- *July 8, 1998 Institutional Division E-mail* - Reminder and procedures for employees to take precautions in heat. - **Attachment 8**

- *July 14, 1998 Risk Management E-mail* - Notice that 100 box fans had been ordered for use at back gates for chain buses. - **Attachment 9**

- *July 14, 1998 Health Services E-mail* - IOC requesting Wardens and Health Administrators check to ensure offenders currently prescribed with heat-sensitive medications are properly documented on the Health Summary for Classification screen. - **Attachment 10**

- *July 21, 1998 Janie Cockrell IOC* - Information concerning emergency purchase of 1,422 36" high volume direct drive circulator fans. - **Attachment 11**

- *July 27, 1998 Tom Baker IOC* - Summary of actions to reduce high temperatures in State Jail facilities. - **Attachment 12**

- *July 27, 1998 Region I IOC* - Summary of actions to respond to heat at Region I. - **Attachment 13**

- *July 27, 1998 Region II IOC* - Summary of actions to respond to heat at Region II. - **Attachment 14**

- *July 27, 1998 Region III IOC* - Summary of actions to respond to heat at Region III. - **Attachment 15**

- *July 27, 1998 Region IV IOC* - Summary of actions to respond to heat at Region IV. - **Attachment 16**

- *July 27, 1998 Region V IOC* - Summary of actions to respond to heat at Region V. - **Attachment 17**

There are numerous activities, as shown above, taking place in order to lower the risk of heat-related illnesses to employees and offenders. For further information, please contact me at (409) 294-2169 or Janie Cockrell at (409) 294-6318. Thank you.

GLJ/bsr

# ATTACHMENT 1
# AD 10.64 (rev. 1)

**TDCJ 85554**



**Texas Department
of
Criminal Justice**

**Institutional Division**

| | |
|---|---|
| **Number:** | **AD-10.64 (rev.1)** |
| **Date:** | **December 13, 1993** |
| **Page:** | **1 of 7** |
| **Supersedes:** | **AD-10.64 (Sept. 19, 1986)** |

# ADMINISTRATIVE DIRECTIVE

**SUBJECT:**   TEMPERATURE EXTREMES IN THE TDCJ-ID WORK PLACE (COLD/HOT)

**AUTHORITY:**   Administrative Directive 10.61, Safety Policy; and Health Services Policy and Procedures Manual.

**PURPOSE:**   To establish Texas Department of Criminal Justice - Institutional Division (TDCJ-ID) guidelines to assist the unit administration in the determination of safe and healthful work conditions.  Guidelines for outside recreation are found in the unit recreation manual.

**POLICY:**   It is the responsibility of the TDCJ-ID to provide a safe and healthful place for employees and inmates to work.  The Unit Wardens in coordination with involved Department Heads shall confer to determine acceptable work conditions (i.e. work site temperature for turning out unit labor forces).  Every reasonable effort shall be made in the interest of preventing cold/hot related injuries in the workplace.  As the TDCJ-ID continues to expand and locate units throughout the State of Texas, it is apparent the decision to expose employees and/or inmates to extreme temperature (cold/hot) must be made by the on-site staff.

**DISCUSSION:**   TDCJ-ID employees and inmates are at times required to work in conditions of extreme cold or extreme heat.  Frequently, situations may occur which require the work be done regardless of the temperature or weather conditions and which dictate that appropriate clothing be worn in order to limit exposure and/or the workplace conditions be adjusted to reduce the risk of injury.  Problems of heat stress are more common than those presented by a very cold environment.  Procedures and charts are provided to assist unit officials in determining safe working conditions in both high and low temperature extremes.  Employees and inmates must be exposed gradually to extreme heat and cold weather conditions.  Individuals should be exposed to no more than 3 - 4 hours at a time, until acclimatized to existing weather conditions.  Work periods may then be extended as the individual's physical adjustment occurs.  Appropriate clothing must be worn to protect individuals from extreme hot/cold weather conditions at all times.

**PROCEDURES:**   Prior to exposing workers to extreme temperature conditions (cold/hot), the Unit Warden or designee and involved department heads should obtain specific medical guidance necessary to appreciate the specific hazards and to institute measures which will prevent cold/heat injury.  In all cases of temperature-related incidents and/or injuries, medical personnel must be notified immediately and upon arrival on the scene the medical personnel will take control of the situation.  The victim should be removed from the existing environment by the most expeditious means available to receive proper medical treatment.

I.  Extreme Cold Conditions:

A.  **Determination:**

1.  The Unit Warden shall use the Windchill Index Guidelines (Attachment A) and the local news/weather media for determining the safety of cold weather working conditions;

2.  Clothing considered appropriate for inmates working in cold weather is thermal underwear, insulated green jackets, cotton gloves, insulated hoods, mittens, and heavy work shoes and socks. Insulated hoods and mittens are reserved for inmates assigned to outside work assignments or to non-heated work areas on units located north of a line formed by I-20. Inmates working south of a line formed by I-20, who are required to work outdoors or in non-heated areas during extreme cold conditions, will be provided insulated hoods and mittens. The windchill index (Attachment A) should be used to determine the need for insulated hoods and mittens south of I-20.

3.  Prior to exposing workers to cold conditions, medical guidance should be requested to determine appropriate clothing and footwear to prevent cold injury;

4.  Care should be taken to prevent perspiration which could soak clothing and thus compromise the insulating value of clothing; and

5.  Layers of clothing should be removed or added according to the effective temperature and the level of physical activity.

B.  **Symptoms:**

1.  Hypothermia is a condition where the body loses heat faster than it can produce it. With the onset of this condition, blood vessels in the skin constrict (tighten) in an attempt to conserve vital internal body heat, thus affecting the hands and feet first;

2.  If one's body continues to lose heat, involuntary shivers begin. This is the body's way to produce more heat and is usually the first real warning sign of hypothermia; and

3.  Further heat loss produces speech difficulty, forgetfulness, loss of manual dexterity, collapse and finally death.

C.  **Emergency Treatment:**

1.  Bring the victim out of the cold and remove wet clothing;

2.  Wrap the victim in warm blankets or clothing;

3.   If frostbite exists gently heat the affected area with warm water or warm towels.  Do not rub the affected area nor use heating pads or hot water bottles;

4.   The medical staff will continue the treatment upon arrival at the site or when the patient is delivered to their control; and

5.   Apply the "ABC" of life support (open Airway, assist Breathing, and restore Circulation), if necessary.

6.   If local cold injury is sustained, field personnel should administer the following first aid procedures immediately:

   a.   Restrict individual from further duties or activities until severity is evaluated;

   b.   Remove all constricting items of clothing and footgear from injured areas;

   c.   Remove wet clothing and insulate individual with dry clothing and blankets, making sure the injured area is covered;

   d.   Prohibit not only smoking, and alcohol consumption, but also the application of medications, salves or ointments.  Nicotine causes vasoconstriction, which may further decrease blood supply to injured tissue.  Alcohol affects peripheral blood flow;

   e.   Do not rupture blisters;

   f.   Encourage consumption of warm, sweetened liquids;

   g.   If a lower extremity is affected, treat as a stretcher patient by elevating the affected lower extremity slightly;

   h.   If evacuation from cold requires travel on foot, do not thaw the affected area until the individual reaches medical help; and

   i.   Transport the individual to definitive medical care as soon as possible.

7.   Three types of hypothermia. Hypothermics are divided into the following three categories, depending on the degree of injury:

   a.   First category victims are conscious, but cold, with rectal temperature above 90° Fahrenheit.  They should be handled carefully, insulated, and transported to definitive medical care;

b.   <u>Second</u> category victims are unconscious and with a rectal temperature of 90° Fahrenheit or below.  They, too, should be handled carefully and insulated from further heat loss.  If available, provide ventilatory assistance with oxygen and administer intravenous fluid.  Then, transport to definitive medical care;

c.   <u>Third</u> category victims are those who are comatose with no palpable pulse and no visible respiration.  Although they appear to be dead, the victim may have a slight chance of recovery if the rectal temperature is 60.8° Fahrenheit (16° Centigrade) or higher.   If possible, medical personnel should proceed as follows:

(1)   Apply positive pressure ventilation with oxygen;

(2)   Judge the possibility of administering cardiopulmonary resuscitation (CPR).  The decision of whether or not to administer CPR is probably more situational than medical, yet administration is controversial. Respiratory effort is lost long before cardiac function, yet successful resuscitation after an estimated three hours of no heart beat have been reported.  The number of successful resuscitations is growing rapidly with better understanding of physiology and more management experience.  Consider the following before initiating CPR:

(a)   The difficulty in verifying, in the field, that the heart has stopped;

(b)   The compromise of rescuers to administer procedure during evacuation;

(c)   The ability to continue CPR during rescue;

(d)   The likelihood that chest compression will fibrillate or stop the slow-beating, sensitive heart; and

(e)   The unlikelihood of continuing circulation by compressing a cold, stiff chest and heart muscle.

(3)   Insulate victim and transport to definitive medical care.

II.   <u>Extreme Hot Conditions</u>:

A.   **Determination:**

1.   The Unit Warden will use the Heat and Humidity Matrix (Attachment B) to determine safe hot weather working conditions;

2.  Guidelines to assist the Unit Warden in his/her determination can be found in the Heat Index and by contacting the local news media to confirm specific temperature conditions;

3.  When the temperature is over 85 degrees Fahrenheit, the Unit Warden will determine whether or not the work environment is safe;

4.  If the temperature is determined to be unsafe, precautionary measures must be implemented as stated in the Heat and Humidity Matrix;

5.  Prior to exposing workers to extremely hot working conditions, the Unit Warden or designee should consult medical sources to evaluate the hazards of the effective temperatures, and the hazard of sunburn and other results of ultraviolet radiation;

6.  Workers will be provided and required to use clothing appropriate to the effective temperatures and the hazards imposed by ultraviolet radiation (usually light-weight, long-sleeved shirts can be used to an advantage in high heat and direct sunlight);

7.  Drinking water will always be available to workers in conditions of hot weather. Sodium-containing liquids may be used, according to individual medical advice, depending on a worker's state of acclimatization to hot weather working conditions;

8.  Newly-assigned workers who may not be acclimatized to the heat should be evaluated medically prior to being subjected to significant heat stress and should be closely monitored by supervisors for early evidence of heat intolerance;

9.  High water intake, according to Attachment B of this directive, should be enforced; and

10.  Inmates under treatment with diuretics and/or drugs which inhibit sweating require special medical evaluation when assigned to work in extreme heat.

B.  Symptoms:

1.  Heat Stroke symptoms are as follows:

    a.  Perspiring (sweating) is diminished or absent;

    b.  The skin is hot, dry and flushed;

    c.  Increased body temperatures, which if uncontrolled may lead to delirium, convulsions and even death; and

    d.  Medical care is urgently needed.

2.   Heat Cramps symptoms include the following:

    a.   Painful intermittent spasms of the voluntary muscles following hard physical work in a hot environment; and

    b.   Cramps usually occur after heavy perspiring, and often begin at the end of a work shift.

3.   Heat Exhaustion symptoms are as follows:

    a.   Profuse perspiring, weakness, rapid pulse, dizziness, nausea and headaches;

    b.   The skin is cool and sometimes pale and clammy with perspiration;

    c.   Body temperature is normal or subnormal; and

    d.   Nausea, vomiting and unconsciousness may occur.

C.   **Emergency Treatment:**

1.   In all cases of temperature-related incidents and/or injuries, the First Aid process is to be initiated immediately by either security personnel or by other TDCJ-ID personnel;

2.   The on-site personnel must immediately begin an attempt to decrease the patient's temperature by placing the patient in a cool area;

3.   All clothing of the patient should be saturated with water and the victim should be forced to drink fluids (i.e. water);

4.   All of these measures are to be taken while moving the patient in the most expeditious means available to continue with and obtain proper medical treatment; and

5.   Whenever medical staff are on-site, treatment is to continue as directed by the physician and/or medical staff.

III.   Training:

A.   Each Unit Warden must ensure that training in the prevention of temperature extreme injury is provided by the unit Medical Department to all supervisory personnel who manage employees and inmates.

B.   Documentation of completed training by name and social security number shall be maintained by the Unit Health Administrator.

C.  A standardized training program will be developed by the Director of Medical Training and Continuing Education:

1.  The initial cold/hot training is provided in the Pre-Service and In-Service Training sessions;

2.  The training given in a group setting, however, is not to the extent necessary to ensure that select unit staff personnel are presented adequate training;

3.  All units are responsible for an annual refresher standardized training program;

4.  Hot weather training would be best served if given during the March and April timeframe;

5.  Cold weather training should be completed during the months of September and October.

IV.  This administrative directive supersedes Occupational Safety and Health Manual 5-I-1, "Cold Weather Work Policy" (dated December 29, 1988); and Rules and Regulations and Grievance Procedures 3.7.1., "Outdoor Work" (printed February 27, 1978).

James A. Collins, Director

## WINDCHILL INDEX

| Wind speed in mph | ACTUAL THERMOMETER READING (F) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 40 | 30 | 20 | 10 | 0 | -10 | -20 | -30 | -40 |
| | EQUIVALENT TEMPERATURE (F) | | | | | | | | | |
| calm | 50 | 40 | 30 | 20 | 10 | 0 | -10 | -20 | -30 | -40 |
| 5 | 48 | 37 | 27 | 16 | 6 | -5 | -15 | -26 | -36 | -47 |
| 10 | 40 | 28 | 16 | 4 | -9 | -21 | -33 | -46 | -58 | -70 |
| 15 | 36 | 22 | 9 | -5 | -18 | -36 | -45 | -58 | -72 | -85 |
| 20 | 32 | 18 | 4 | -10 | -25 | -39 | -53 | -67 | -82 | -96 |
| 25 | 30 | 16 | 0 | -15 | -29 | -44 | -59 | -74 | -88 | -104 |
| 30 | 28 | 13 | -2 | -18 | -33 | -48 | -63 | -79 | -94 | -109 |
| 35 | 27 | 11 | -4 | -20 | -35 | -49 | -67 | -82 | -98. | -113 |
| 40 | 26 | 10 | -6 | -21 | -37 | -53 | -69 | -85 | -100 | -116 |

| Over 40 mph (little added effect) | LITTLE DANGER (for properly clothed person) | INCREASING DANGER (Danger from freezing or exposed flesh) | GREAT DANGER |
|---|---|---|---|

The human body senses "cold" as a result of both the air temperature and wind velocity. Cooling of exposed flesh increases rapidly as the wind velocity goes up. Frostbite can occur at relatively mild temperatures if wind penetrates the body insulation. For example, when the actual air temperature of the wind is 40 degrees Fahrenheit (4.4 degrees Celsius) and its velocity is 30 mph (48 km/h), the exposed skin would perceive this situation as an equivalent still air temperature of 13 degrees Fahrenheit (-11 degrees Celsius).

Clothing considered appropriate and currently available in the inventory is thermal underwear, insulated green coats, cotton gloves, insulated hoods, mittens, and the heavy work shoes with socks. Again, caution must be taken when exposed for longer period of time occurs.

## HEAT AND HUMIDITY

| Relative Humidity | Apparent Temperature — AIR TEMPERATURE (Degrees Fahrenheit) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 70 | 75 | 80 | 85 | 90 | 95 | 100 | 105 | 110 | 115 | 120 |
| 0% | 64 | 69 | 73 | 78 | 83 | 87 | *91 | *95 | *99 | *103 | +107 |
| 10% | 65 | 70 | 75 | 80 | 85 | *90 | *95 | *100 | +105 | +111 | +116 |
| 20% | 66 | 72 | 77 | 82 | 87 | *93 | *99 | +105 | +112 | +120 | $130 |
| 30% | 67 | 73 | 78 | 84 | *90 | *96 | *104 | +113 | +123 | $135 | $148 |
| 40% | 68 | 74 | 79 | 86 | *93 | *101 | +110 | +123 | $137 | $151 | |
| 50% | 69 | 75 | 81 | 88 | *96 | +107 | +120 | $135 | $150 | | |
| 60% | 70 | 76 | 82 | *90 | *100 | +114 | $132 | $149 | | | |
| 70% | 70 | 77 | 85 | *93 | +106 | +124 | $144 | | | | |
| 80% | 71 | 78 | 86 | *97 | +113 | $136 | $ Heatstroke imminent | | | | |
| 90% | 71 | 79. | 88 | *102 | +122 | + Heatstroke possible | | | | | |
| 100% | 72 | 80 | *91 | +108 | * Heat exhaustion possible | | | | | | |

Heat exhaustion:  Staff to insure adequacy of water intake, look for signs of exhaustion.  5 minute rest break every hour.

Heatstroke possible:  Staff to promote high water intake, 5 minute rest break every ½ hour-lay down, feet up.  Reduce work by 1/3.

Heatstroke imminent:  Secure outside work or reduce work pace by ½ to 2/3.  10 minute break every ½ hour-lay down, feet up.  Insist on excessive water intake.

Heat and Humidity:  At high temperatures, the human body normally cools itself through the evaporation of perspiration.  But humidity interferes with this process.  The table above, from the National Weather Service, shows how discomfort and health risks grow as heat and humidity increase.  Remember:  Apparent temperatures may run 15 to 30 degress higher in urban areas with their vast expanses of concrete and asphalt.

# ATTACHMENT 2
# 1997 & 1998 REMINDER EMAILS

**TDCJ 85564**

```
**************************************************************
*** REQUESTOR: BRI9859 - RILEY, BRENDA      EXECUTIVE SERVICES      ***
**************************************************************
  **            S Y S M   I N B A S K E T   P R I N T            ***
```

MESSAGE ID: 462941      DATE: 07/08/97   TIME: 02:42pm   PRIORITY: 000

TO:      BRI9859 - RILEY, BRENDA
         SENIOR ANALYST
         EXECUTIVE SERVICES
         HUNTSVILLE


FROM:    MPU9182 - PUGH, MIKE
         ASSISTANT DIRECTOR
         HEALTH SERVICES
         3009 HIGHWAY 30 WEST, RM. 112
         HUNTSVILLE, TEXAS 77340


SUBJECT:    HEAT RELATED ILLNESSES


TO:    ALL UNIT WARDENS AND SECURITY OPERATIONS PERSONNEL.

FROM:    MICHAEL WARREN, M.D./DIVISION DIRECTOR/TDCJ HEALTH SRVCS.

DURING THE SUMMER MONTHS THE INCIDENTS OF HEAT RELATED ILLNESSES RISE
DRAMATICALLY.   DURING PRE-SERVICE TRAINING MANY OF YOU WERE INTRODUCED
TO HEAT EMERGENCIES AND INSTRUCTED ON HOW TO RECOGNIZE SIGNS AND
SYMPTOMS OF THESE ILLNESSES AND TO CORRECTLY DESCRIBE WHAT YOU SEE.
SECURITY STAFF ARE WITH INMATES EVERY DAY AND IF YOU SEE SIGNS THAT
SUGGEST SOMEONE MIGHT BE ILL, IT IS IMPORTANT FOR YOU TO LET THE
MEDICAL STAFF KNOW WHAT YOU HAVE OBSERVED.

HEAT CRAMPS:
HEAT CRAMPS ARE MUSCULAR SPASMS DUE TO LOSS OF SALT WITH PROFUSE
SWEATING.   THESE CRAMPS MAY BE SPASMODIC IN THE ABDOMEN, LEGS OR ARMS.
HAVE THE PERSON COOL OFF AND DRINK WATER OR LEMONADE WITH ONE-HALF
TEASPOON OF SALT ADDED TO A GLASS.   GATORADE, IF AVAILABLE, IS ALSO
GOOD.

HEAT EXHAUSTION:
IT IS CHARACTERIZED BY FATIGUE, WEAKNESS, DIZZINESS, HEADACHE, NAUSEA
AND SOMETIMES ABDOMINAL CRAMPING, OR THE VICTIM MAY SUDDENLY COLLAPSE.
HEAT EXHAUSTION IS A REACTION TO HEAT, WITH LOSS OF BODY FLUIDS DUE TO
PERSPIRATION AND AN INADEQUATE INTAKE OF FLUIDS.   AN AFFECTED PERSON
PERSPIRES; THE SKIN IS COOL AND WET.   TREATMENT CONSISTS OF PLACING THE
PERSON IN THE SHADE WITH FEET ELEVATED (IF DIZZY OR FAINT).   APPLY
COOL, WET CLOTHS AND FAN THE VICTIM.   GIVE WATER IN SMALL AMOUNTS.

HEAT STROKE:
THIS IS A LIFE THREATENING MEDICAL EMERGENCY.   ONE HUNDRED PERCENT OF
AFFECTED PERSONS DIE IF NOT TREATED, AND 50% DIE EVEN WHEN TREATED.
HEAT STROKE RESULTS FROM PROLONGED EXPOSURE TO HEAT OR HIGH HUMIDITY,
COMBINED WITH STRENUOUS ACTIVITY OR EXERCISE.   THE SKIN IS HOT AND DRY.
THE SWEATING MECHANISM IS NOT WORKING.   HEAT STROKE VICTIMS MAY

COLLAPSE AND RAPIDLY PROGRESS TO A COMA OR DEATH IF NOT TREATED.
  --   COOL THE PERSON AT ONCE - GET HIM OUT OF THE SUN.
  --   SPONGE OFF OR APPLY COLD PACKS TO THE SIDES OF THE BODY.
  --   GET MEDICAL HELP QUICKLY !!!

THANK YOU.

COPY:     GARY JOHNSON, DIRECTOR/INSTITUTIONAL DIVISION
          JERRY PETERSON, DEPUTY DIRECTOR FOR SECURITY
          TOM BAKER, DIRECTOR/STATE JAIL DIVISION
          JANICE WILSON, ASSISTANT DIRECTOR/STATE JAIL DIVISION
          REGIONAL DIRECTORS/INSTITUTIONAL DIVISION
          JIM RILEY, EXECUTIVE DIRECTOR (MHCAC)

Sent to:    MEDR              (list)                 (to)
            UNTS              (list)                 (to)
            JDA4251           DANA, JANET            (to)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: BRI9859 - RILEY, BRENDA        PLANS AND OPERATIONS       ***
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
***                    S Y S M   I N B A S K E T   P R I N T                         ***
```

MESSAGE ID: 315480TTT    DATE: 07/02/98  TIME: 10:17am  PRIORITY: 000

TO:         BRI9859 - RILEY, BRENDA
            PROGRAM ADMINISTRATOR I
            PLANS AND OPERATIONS
            HUNTSVILLE




FROM:       DLI2149 - LILES, DEBRA
            ASST DIRECTOR
            MANAGEMENT SUPPORT
            HUNTSVILLE




SUBJECT:    TRANSFER FOR SUMMER MONTHS


*** Sent by Alternate User "RHI7304" for "DLI2149" ***
*** Transferred From: FAU1001 - AUBUCHON, FRANK; 07/02/98 10:16am
*** Transferred From: SBE9669 - BELL, SHERMAN; 07/02/98 09:06am
*** Original Author:  HQMD001 - SCOTT, ANDREA; 07/01/98 04:51pm


ATTENTION ALL MEDICAL DEPARTMENTS AND UNIT WARDENS

EFFECTIVE IMMEDIATELY, THE FOLLOWING GUIDELINES SHOULD BE USED IN
DETERMINING THE MODE OF OFFENDER TRANSFERS:

*  THE FOLLOWING GUIDELINES OF PSYCHIATRIC PATIENTS FROM ONE INPATIENT
FACILITY TO ANOTHER INPATIENT FACILITY WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

*  OFFENDERS BEING TRANSFERRED TO A PSYCHIATRIC INPATIENT FACILITY FOR
CRISIS MANAGEMENT OR INPATIENT CARE WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

MEDICAL STAFF ARE REMINDED THAT OUTGOING CHAIN SCREENS MUST BE
CONDUCTED FOR ALL OFFENDERS IN ORDER TO ASSURE THAT THE SELECTED MODE
OF TRANSPORTATION IS APPROPRIATE FOR THE OFFENDERS' MEDICAL AND
PSYCHIATRIC STATUS.  THIS IS PARTICULARLY IMPORTANT DURING HOT WEATHER
MONTHS.

DURING THE SUMMER MONTHS, TDCJ TRANSPORTATION WILL FOLLOW A SPECIAL
SCHEDULE TO MAXIMIZE ROUTINE TRANSPORTATION DURING THE COOLEST HOURS OF
THE DAY.  HOWEVER, IF IT IS DETERMINED THAT AN OFFENDER IS NOT
APPROPRIATE FOR CHAIN BUS TRANSPORTATION, ARRANGEMENTS MUST BE  MADE BY
THE UNIT FOR EITHER UNIT VAN OR EMS TRANSFER.  IF THE REASON FOR THE
TRANSFER IS FOR A SPECIALTY CLINIC APPOINTMENT, THE UNIT MEDICAL
DEPARTMENT IS RESPONSIBLE FOR ENSURING THAT THE OFFENDER KEEPS THE
APPOINTMENT OR FOR THE NECESSARY RESCHEDULING.

DURING HOT WEATHER, IT IS ESPECIALLY IMPORTANT THAT CLINICAL STAFF
OBSERVE STRICT ADHERENCE TO TDCJ PHARMACY POLICY AND PROCEDURE 55-05,
MANAGEMENT OF PATIENTS RECEIVING MEDICATIONS THAT MAY POTENTIATE HEAT
STRESS AND PHOTOSENSITIVITY.

I HAVE COMMUNICATED WITH JANIE COCKRELL, DEPUTY DIRECTOR FOR SECURITY.
 WE ARE IN AGREEMENT THAT WITH THE ABOVE PROCEDURES IN PLACE,
PSYCHIATRIC PATIENTS MAY BE TRANSPORTED BY CHAIN BUS.  PLEASE DISREGARD
ALL PREVIOUS COMMUNICATIONS CONCERNING THIS MATTER.

AUTH:  LANNETTE LINTHICUM, M.D.
       DIVISION DIRECTOR FOR HEALTH SERVICES

*** Comments From: SBE9669 - BELL, SHERMAN; 07/01/98 05:37pm

*** Comments From: FAU1001 - AUBUCHON, FRANK; 07/02/98 09:06am

*** Comments From: DLI2149 - LILES, DEBRA; 07/02/98 10:16am

Sent to:   SUPV                    <list>                        (to)

# ATTACHMENT 3
# JULY 1, 1998 HEALTH SERVICES EMAIL

**TDCJ 85569**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: JCO4324 - COCKRELL, JANIE        SECURITY                    ***
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
***              S Y S M   I N B A S K E T   P R I N T                      ***
```

MESSAGE ID: 315480      DATE: 07/01/98  TIME: 04:51pm  PRIORITY: 000

TO:        JCO4324 - COCKRELL, JANIE
           DEPUTY DIRECTOR
           SECURITY
           HUNTSVILLE




FROM:      HQMD001 - SCOTT, ANDREA
           ADM ASST TO DEPUTY DIRECTOR
           HEALTH SERVICES
           HUNTSVILLE



SUBJECT:   TRANSFER FOR SUMMER MONTHS



ATTENTION ALL MEDICAL DEPARTMENTS AND UNIT WARDENS

EFFECTIVE IMMEDIATELY, THE FOLLOWING GUIDELINES SHOULD BE USED IN
DETERMINING THE MODE OF OFFENDER TRANSFERS:

* THE FOLLOWING GUIDELINES OF PSYCHIATRIC PATIENTS FROM ONE INPATIENT
FACILITY TO ANOTHER INPATIENT FACILITY WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

* OFFENDERS BEING TRANSFERRED TO A PSYCHIATRIC INPATIENT FACILITY FOR
CRISIS MANAGEMENT OR INPATIENT CARE WILL NOT BE MADE VIA CHAIN BUS.
UNIT TRANSPORTATION AND/OR EMS TRANSFER WILL BE MADE BY THE SENDING
UNIT.

MEDICAL STAFF ARE REMINDED THAT OUTGOING CHAIN SCREENS MUST BE
CONDUCTED FOR ALL OFFENDERS IN ORDER TO ASSURE THAT THE SELECTED MODE
OF TRANSPORTATION IS APPROPRIATE FOR THE OFFENDERS' MEDICAL AND
PSYCHIATRIC STATUS.  THIS IS PARTICULARLY IMPORTANT DURING HOT WEATHER
MONTHS.

DURING THE SUMMER MONTHS, TDCJ TRANSPORTATION WILL FOLLOW A SPECIAL
SCHEDULE TO MAXIMIZE ROUTINE TRANSPORTATION DURING THE COOLEST HOURS OF
THE DAY.  HOWEVER, IF IT IS DETERMINED THAT AN OFFENDER IS NOT
APPROPRIATE FOR CHAIN BUS TRANSPORTATION, ARRANGEMENTS MUST BE  MADE BY
THE UNIT FOR EITHER UNIT VAN OR EMS TRANSFER.  IF THE REASON FOR THE
TRANSFER IS FOR A SPECIALTY CLINIC APPOINTMENT, THE UNIT MEDICAL
DEPARTMENT IS RESPONSIBLE FOR ENSURING THAT THE OFFENDER KEEPS THE
APPOINTMENT OR FOR THE NECESSARY RESCHEDULING.

   TDCJ 85570

DURING HOT WEATHER, IT IS ESPECIALLY IMPORTANT THAT CLINICAL STAFF

TDCJ 85571

OBSERVE STRICT ADHERENCE TO TDCJ PHARMACY POLICY AND PROCEDURE 55-05,
MANAGEMENT OF PATIENTS RECEIVING MEDICATIONS THAT MAY POTENTIATE HEAT
STRESS AND PHOTOSENSITIVITY.

I HAVE COMMUNICATED WITH JANIE COCKRELL, DEPUTY DIRECTOR FOR SECURITY.
WE ARE IN AGREEMENT THAT WITH THE ABOVE PROCEDURES IN PLACE,
PSYCHIATRIC PATIENTS MAY BE TRANSPORTED BY CHAIN BUS.  PLEASE DISREGARD
ALL PREVIOUS COMMUNICATIONS CONCERNING THIS MATTER.

AUTH:   LANNETTE LINTHICUM, M.D.
        DIVISION DIRECTOR FOR HEALTH SERVICES

Sent to:   MEDR                 <list>                      (to)
           UNTS                 <list>                      (to)
           CCA8005              CANNON, CAY                 (to)
           ATH6642              THOMPSON, APRIL             (to)
           HQTN003              TRANSPORTATION_SUPPLY_HQTRS (to)
           DST8900              STORY, DALE                 (to)
           RKO4309              KOENIG, ROBERT P. SR.       (to)

# ATTACHMENT 4
# JULY 2, 1998 TRANSPORTATION EMAIL

**TDCJ 85573**

|  |  |  |
|---|---|---|
| (409) 437-5701 | **Texas Department of Criminal Justice**<br>**Transportation and Supply Department**<br>**Inter-Office Communications** | Fax: (409) 437-5742 |

---

| | | | |
|---|---|---|---|
| To | Janie Cockrell<br>Deputy Director, Security<br>Institutional Division | Date | July 2, 1998 |
| From | Dale Story<br>Assistant Director for<br>Transportation and Supply | Subject | Summer Procedures for<br>Offender Transfers |

---

Attached are procedures that I am requesting to be sent out under your authority to unit wardens and regional directors to facilitate the offender transfer process during the summer months in an effort to avoid employee and offender heat related illnesses.

WDS:jk

Attachment

Plaintiffs' MSJ Appx. 5947

- In light of the current extreme heat and heat indexes we are experiencing the following measures will be implemented to insure that offenders/Employees are not at danger.

- It is imperative that transfer vehicles are loaded and unloaded as quickly as possible to avoid sitting idle.

- A heightened awareness of the arrival time and status of transfer vehicles on the units are crucial.

- Transfer vehicles should be given priority over all other functions excluding emergency ambulance transfers.  This includes access in and out of gates.

- In the event that a transfer vehicle has to remain parked for 15 minutes or longer waiting to load or unload offenders the unit will be required to place a smoke ejector fan on the vehicle.  These fans should be located in an area that can be easily accessible to the transfer vehicle.

- Caution should be used when holding offenders in outside holding areas exposed to the sun and/ or having restricted ventilation.

- Transportation will be reviewing all routes to identify any that pose a higher risk.  Routes and departure times may need to be adjusted to limit risks.  It is essential that unit Wardens and staff cooperate with transportation during this endeavor.

TDCJ 85575

# ATTACHMENT 5
# JULY 3, 1998 JANIE COCKRELL EMAIL

**TDCJ 85576**

```
**************************************************************************
*** REQUESTOR: B1UNT13 - SCOTT,HERBERT/PICKLE, BETO I UNIT
**************************************************************************          *
***                 S Y S M   O U T B A S K E T   P R I N T                       *
```

MESSAGE ID: 325752        DATE: 07/03/98  TIME: 09:43am  PRIORITY: 000

SUBJECT:   OFFENDER TRANSFERS

PER CONVERSATION BETWEEN MYSELF AND DALE STORY PLEASE ADHERE TO THE
FOLLOWING PROCEDURES WITH REGARD TO OFFENDER TRANSFERS DURING THE
SUMMER MONTHS.

IN LIGHT OF THE CURRENT EXTREME HEAT AND HEAT INDEXES WE ARE
EXPERIENCING THE FOLLOWING MEASURES WILL BE IMPLEMENTED TO INSURE THAT
OFFENDERS/EMPLOYEES ARE NOT AT DANGER.

IT IS IMPERATIVE THAT TRANSFER VEHICLES ARE LOADED AND UNLOADED AS
QUICKLY AS POSSIBLE TO AVOID SITTING IDLE.

A HEIGHTENED AWARENESS OF THE ARRIVAL TIME AND STATUS OF TRANSFER
VEHICLES ON THE UNITS ARE CRUCIAL.

TRANSFER VEHICLES SHOULD BE GIVEN PRIORITY OVER ALL OTHER FUNCTIONS
EXCLUDING EMERGENCY AMBULANCE TRANSFERS.  THIS INCLUDES ACCESS IN AND
OUT OF GATES.

IN THE EVENT THAT A TRANSFER VEHICLE HAS TO REMAIN PARKED FOR 15
MINUTES OR LONGER WAITING TO LOAD OR UNLOAD OFFENDERS THE UNIT WILL BE
REQUIRED TO PLACE A SMOKE EJECTOR FAN ON THE VEHICLE.  THESE FANS
SHOULD BE LOCATED IN AN AREA THAT CAN BE EASILY ACCESSIBLE TO THE
TRANSFER VEHICLE.

CAUTION SHOULD BE USED WHEN HOLDING OFFENDERS IN OUTSIDE HOLDING AREAS
EXPOSED TO THE SUN AND/OR HAVING RESTRICTED VENTILATION.

TRANSPORTATION WILL BE REVIEWING ALL ROUTES TO IDENTIFY ANY THAT POSE
A HIGHER RISK.  ROUTES AND DEPARTURE TIMES MAY NEED TO BE ADJUSTED TO
LIMIT RISKS.  IT IS ESSENTIAL THAT UNIT WARDENS AND STAFF COOPERATE
WITH TRANSPORTATION DURING THIS ENDEAVOR.

THANK YOU IN ADVANCE FOR YOUR ADHERENCE TO THE ABOUT PROCEDURES.

JANIE COCKRELL
DEPUTY DIRECTOR OF SECURITY
INSTITUTIONAL DIVISION

Sent to:    WARDENS              <list>                        (to)

Plaintiffs' MSJ Appx. 5950                              **TDCJ 85577**

# ATTACHMENT 6
# JULY 3, 1998 HEALTH SERVICES EMAIL

**TDCJ 85578**

```
******************************************************************
*** REQUESTOR: JCO4324 - COCKRELL, JANIE      SECURITY         ***
******************************************************************
***              S Y S M   I N B A S K E T   P R I N T         ***
```

MESSAGE ID: 327104     DATE: 07/03/98  TIME: 11:14am  PRIORITY: 000

TO:        JCO4324 - COCKRELL, JANIE
           DEPUTY DIRECTOR
           SECURITY
           HUNTSVILLE



FROM:      JDA4251 - DANA, JANET
           ADMIN ASST TO ASS'T DIRECTOR
           HEALTH SERVICES
           3009 HIGHWAY 30 WEST, RM. 111
           HUNTSVILLE, TEXAS 77340



SUBJECT:   HEAT RELATED MEDICAL PROBLEMS


TO:    WARDENS, UNIT HEALTH ADMINISTRATORS
FROM:  JANIE COCKRELL, DEPUTY DIRECTOR FOR SECURITY
       MIKE PUGH, PH.D., ASS'T. DIRECTOR FOR HEALTH SERVICES


THIS IS TO REQUEST THAT THE FOLLOWING ACTIONS BE TAKEN TO MINIMIZE ANY
PROBLEMS THAT MAY OCCUR WITH OFFENDERS WHO ARE SENSITIVE TO HEAT
RELATED MEDICAL PROBLEMS.  THE UNIT HEALTH ADMINISTRATOR IS TO INFORM
THE UNIT WARDEN OF ANY OFFENDERS ON THE UNIT WHO HAVE HEAT RELATED
MEDICAL RESTRICTIONS (I.E., CODES 19 AND 20 ON THE HS-18 SCREENS).  THE
DATA SERVICES DEPARTMENT IS CURRENTLY MAKING PROGRAMMING CHANGES SO
THAT OFFENDERS WITH THESE TWO CODES WILL BE LISTED ON INFOPAC REPORTS
WHICH WILL BE AVAILABLE TO THE UNITS.  A MESSAGE WILL BE COMING OUT
LATER TODAY FROM THE DATA SERVICES DEPARTMENT INDICATING WHEN THE
PROGRAMMING IS COMPLETE AND THE INFOPAC REPORTS WOULD BE AVAILABLE.
UNTIL THEN, WE ARE REQUESTING THAT THE MEDICAL DEPARTMENTS CONDUCT A
PRELIMINARY REVIEW TO NOTIFY THE WARDENS OF ANY OFFENDERS WHO WOULD BE
SUSCEPTIBLE TO HEAT RELATED PROBLEMS.

AUTHORITY: MIKE PUGH, PH.D.
           ASS'T. DIRECTOR FOR HEALTH SERVICES

Sent to:   UNTS                <list>                    (to)
           MEDR                <list>                    (to)
           JCO4324             COCKRELL, JANIE           (to)
```

# ATTACHMENT 7
# JULY 3, 1998 HEALTH SERVICES EMAIL

**TDCJ 85580**

```
********************************************************************************
*** REQUESTOR: JCO4324 - COCKRELL, JANIE        SECURITY                    ***
********************************************************************************
***                   S Y S M   I N B A S K E T   P R I N T                 ***
```

MESSAGE ID: 328764     DATE: 07/03/98  TIME: 02:56pm  PRIORITY: 000

TO:        JCO4324 - COCKRELL, JANIE
           DEPUTY DIRECTOR
           SECURITY
           HUNTSVILLE


FROM:      JDA4251 - DANA, JANET
           ADMIN ASST TO ASS'T DIRECTOR
           HEALTH SERVICES
           3009 HIGHWAY 30 WEST, RM. 111
           HUNTSVILLE, TEXAS 77340


SUBJECT:   HEAT WARNING


TO:    WARDENS, UNIT HEALTH ADMINISTRATORS
FROM:  DATA SERVICES


THIS IS TO INFORM YOU THAT INFOPAC REPORT IMS042 IS NOW AVAILABLE.
THIS REPORT LISTS OFFENDERS WHO HAVE HEAT RELATED MEDICAL RESTRICTIONS
(I.E., CODES 19 AND 20 ON THE HS-18 SCREEN).

IF YOU HAVE ANY QUESTIONS, OR NEED ADDITIONAL INFORMATION, PLEASE CALL
ANN CHRISTIAN, DATA SERVICES, AT 409-437-1271.

Sent to:   UNTS              <list>                    (to)
           MEDR              <list>                    (to)
           JCO4324           COCKRELL, JANIE           (to)

**ATTACHMENT 8**
**JULY 8, 1998 INSTITUTIONAL DIVISION EMAIL**

Plaintiffs' MSJ Appx. 5955

**TDCJ 85582**

```
*****************************************************************
***  REQUESTOR: BRI9859 - RILEY, BRENDA        PLANS AND OPERATIONS   ***
*****************************************************************
***                 S Y S M   I N B A S K E T   P R I N T             ***
```

MESSAGE ID: 348657    DATE: 07/08/98  TIME: 12:22pm  PRIORITY: 000

TO:        BRI9859 - RILEY, BRENDA
           PROGRAM ADMINISTRATOR I
           PLANS AND OPERATIONS
           HUNTSVILLE


FROM:      GJO2287 - JOHNSON, GARY
           DIRECTOR, TDCJ-ID
           ID DIRECTOR'S OFFICE
           P.O. BOX 99, HUNTSVILLE


SUBJECT:   HEAT RELATED PRECAUTIONS

ATTN:  INSTITUTIONAL DIVISION WARDENS

           HEAT RELATED PRECAUTIONS FOR STAFF

DURING THE CURRENT HEAT CONDITIONS IT IS IMPERATIVE THAT THE RISKS TO
STAFF WORKING IN EXTREME HEAT BE REDUCED AND THAT SUPERVISORS ARE ABLE
TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED ILLNESS AND RESPOND TO THE
DANGER SIGNALS.  THE SYMPTOMS ARE:

1.  HEAT STROKE

    A. PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT;

    B. SKIN IS HOT, DRY AND FLUSHED;

    C. INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED MAY LEAD
       TO DELIRIUM, CONVULSIONS AND EVEN DEATH.

2.  HEAT CRAMPS SYMPTOMS INCLUDE THE FOLLOWING:

    PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
    HARD PHYSICAL WORK IN A HOT ENVIRONMENT.

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:

    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS,
        NAUSEA AND HEADACHES;

B.  SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH PERSPIRATION;

C.  BODY TEMPERATURE IS NORMAL OR SUBNORMAL;

D.  NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.

SUPERVISORS SHOULD BE SENSITIVE TO WORK ASSIGNMENT AREAS AND BE
WATCHFUL OF EXTENSIVE EXPOSURE TO EXTREME HEAT CONDITIONS.  EMPLOYEES
SHOULD BE PROVIDED ACCESS TO WATER AND ENCOURAGED TO CONSUME WATER
PRIOR TO THEIR WORK ASSIGNMENT AND AS NEEDED DURING THE WORK DAY.
CARBONATED BEVERAGES DO NOT PROVIDE THE SAME BENEFIT AS WATER AND
SHOULD BE DISCOURAGED AS A REPLACEMENT.  IF SYMPTOMS OF HEAT RELATED
ILLNESS ARE OBSERVED YOU SHOULD:

1.  CONTACT MEDICAL;

2.  PLACE PATIENT IN A COOL AREA;

3.  ALL CLOTHING OF PATIENT SHOULD BE SATURATED WITH WATER AND
    VICTIM SHOULD BE FORCED TO DRINK FLUIDS (I.E. WATER);

4.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING PATIENT IN THE
    MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND OBTAIN
    PROPER MEDICAL TREATMENT.

RECOGNITION AND TREATMENT OF HEAT RELATED INJURIES SHOULD BE STRESSED
AT SHIFT MEETINGS ON A REGULAR BASIS.

AUTH:   GARY L. JOHNSON
        DIRECTOR, TDCJ-ID

        GJ/GF

Sent to:    UNTS          <list>                    (to)
            JCO4324       COCKRELL, JANIE            (to)
            EOW7690       OWENS, ED                  (to)
            LJE6791       JENKINS, LEPHER            (to)
            JSH0505       SHAW, JIM                  (to)
            GGO1051       GOMEZ, GARY                (to)
            DDR2267       DRETKE, DOUGLAS J.         (to)
            JGI3037       GILBERT, JOHN              (to)
            RKO4309       KOENIG, ROBERT P. SR.      (to)

```
*******************************************************************************
*** REQUESTOR: GJO2287 - JOHNSON, GARY       ID DIRECTOR'S OFFICE         ***
*******************************************************************************
***              S Y S M   O U T B A S K E T   P R I N T                  ***
```

MESSAGE ID: 346686      DATE: 07/08/98  TIME: 09:19am  PRIORITY: 000

SUBJECT:    HEAT RELATED PRECAUTIONS

ATTN:  INSTITUTIONAL DIVISION WARDENS

              HEAT RELATED PRECAUTIONS FOR OFFENDERS

DURING THE CURRENT EXTREME HEAT CONDITIONS IT IS IMPERATIVE THAT THE
RISKS TO OFFENDERS WORKING IN EXTREME HEAT CONDITIONS BE REDUCED.
STAFF SHOULD BE ABLE TO RECOGNIZE THE SYMPTOMS OF HEAT RELATED INJURIES
AND RESPOND TO THE DANGER SIGNALS.

1.  HEAT STROKE SYMPTOMS ARE AS FOLLOWS:

    A.  PERSPIRING (SWEATING) IS DIMINISHED OR ABSENT;

    B.  THE SKIN IS HOT, DRY AND FLUSHED;

    C.  INCREASED BODY TEMPERATURES, WHICH IF UNCONTROLLED MAY LEAD
        TO DELIRIUM, CONVULSIONS AND EVEN DEATH;

2.  HEAT CRAMPS SYMPTOMS INCLUDE THE FOLLOWING:

    A.  PAINFUL INTERMITTENT SPASMS OF THE VOLUNTARY MUSCLES FOLLOWING
        HARD PHYSICAL WORK IN A HOT ENVIRONMENT;

3.  HEAT EXHAUSTION SYMPTOMS ARE AS FOLLOWS:

    A.  PROFUSE PERSPIRING, WEAKNESS, RAPID PULSE, DIZZINESS, NAUSEA
        AND HEADACHES;

    B.  THE SKIN IS COOL AND SOMETIMES PALE AND CLAMMY WITH
        PERSPIRATION;

    C.  BODY TEMPERATURE IS NORMAL OR SUBNORMAL; AND

    D.  NAUSEA, VOMITING AND UNCONSCIOUSNESS MAY OCCUR.

EMERGENCY TREATMENT:

1.  PLACE THE PATIENT IN A COOL AREA;

2.  ALL CLOTHING OF THE PATIENT SHOULD BE SATURATED WITH WATER AND
    THE VICTIM SHOULD BE FORCED TO DRINK FLUIDS (I.E. WATER);

3.  ALL OF THESE MEASURES ARE TO BE TAKEN WHILE MOVING THE PATIENT IN
    THE MOST EXPEDITIOUS MEANS AVAILABLE TO CONTINUE WITH AND

TDCJ 85585

OBTAIN PROPER MEDICAL TREATMENT;

UNITS SHOULD REVIEW ALL OUTSIDE WORK REQUIREMENTS WHICH INCLUDE BUT ARE
NOT LIMITED TO FIELD FORCE ACTIVITIES.  OUTSIDE WORK SCHEDULES SHOULD
BE MODIFIED TO ELIMINATE EXTENDED EXPOSURE TO THE HEAT.  UNIT WARDENS
WILL CONTINUALLY MONITOR TEMPERATURE AND HUMIDITY, DETERMINE THE HEAT
INDEX AND IMPLEMENT PROCEDURES, I.E. REQUIRED BREAKS, AS OUTLINED IN
ATTACHMENT B, AD-10.64 (REV.1).  AMPLE DRINKING WATER SHOULD BE ON HAND
AT ALL WORK SITES AND OFFENDERS ENCOURAGED TO DRINK WATER.  PROCEDURES
SHOULD BE IN PLACE TO ENSURE MEDICAL STAFF CAN BE CONTACTED AND
RESPOND IN AN APPROPRIATE TIME FRAME.  STAFF WHO SUSPECT AN OFFENDER IS
SUFFERING FROM A HEAT RELATED INJURY SHOULD IMMEDIATELY CONTACT MEDICAL
STAFF AND INITIATE FIRST AID.  FURTHER INSTRUCTIONS CONCERNING HEAT
EXTREMES ARE CONTAINED IN AD-10.64 (REV. 1), E-MAIL #144128, DATED
06/02/98 AND E-MAIL #327104, DATED 07/03/98 FROM DR. LANNETTE
LINTHICUM, DIRECTOR, HEALTH SERVICES.


AUTH:   GARY L. JOHNSON
        DIRECTOR, TDCJ-ID

        GJ/GF

Sent to:    UNTS
            JCO4324          <list>                      (to)
            EOW7690          COCKRELL, JANIE             (to)
            LJE6791          OWENS, ED                   (to)
            JSH0505          JENKINS, LEPHER             (to)
            GGO1051          SHAW, JIM                   (to)
            DDR2267          GOMEZ, GARY                 (to)
            JGI3037          DRETKE, DOUGLAS J.          (to)
            RKO4309          GILBERT, JOHN               (to)
                             KOENIG, ROBERT P. SR.       (to)

# ATTACHMENT 9
# JULY 14, 1998 RISK MANAGEMENT EMAIL

**TDCJ 85587**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*** REQUESTOR: JCO4324 - COCKRELL, JANIE        SECURITY              ***
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
***                    S Y S M   I N B A S K E T   P R I N T              ***
```

MESSAGE ID: 376930      DATE: 07/14/98   TIME: 08:19am   PRIORITY: 999

TO:        JCO4324 - COCKRELL, JANIE
           DEPUTY DIRECTOR
           SECURITY
           HUNTSVILLE



FROM:      JMA7543 - MARSH, JOYCE
           SECRETARY IV
           RISK MANAGEMENT
           HUNTSVILLE



SUBJECT:   BOX FANS


DUE TO THE EXTREME HEAT, 100 BOX FANS HAVE BEEN ORDERED FOR USE AT BACK
GATES FOR CHAIN BUSES.  THE ANTICIPATED ARRIVAL OF THESE FANS TO RISK
MANAGEMENT HEADQUARTERS IN HUNTSVILLE IS 7-16-98.  THE FANS WILL BE
FORWARDED TO THE REGIONAL OFFICES WHERE THE REGIONAL EHS WILL
DISTRIBUTE TO THE UNITS.

Sent to:   EHS REG            <list>              (to)
           IDWAR             <list>              (to)
           UNTS              <list>              (to)
           SKI2246           KINES, SAM          (to)
           WSM3973           SMITH, WILLIAM      (to)

# ATTACHMENT 10
# JULY 14, 1998 HEALTH SERVICES EMAIL

TDCJ 85589

```
*****************************************************************
*** REQUESTOR: STH0930 - THOMPSON, SHEILA     DEPUTY DIRECTOR SECURITY     ***
*****************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                   ***
```

MESSAGE ID: 377863T     DATE: 07/14/98  TIME: 10:23am  PRIORITY: 000

TO:          STH0930 - THOMPSON, SHEILA
             CAPTAIN
             DEPUTY DIRECTOR SECURITY
             P.O. BOX 99
             HUNTSVILLE, TEXAS  77342-0099


FROM:        JCO4324 - COCKRELL, JANIE
             DEPUTY DIRECTOR
             SECURITY
             HUNTSVILLE


SUBJECT:     INFOPAC REPORT #PH0414


*** Sent by Alternate User "BPI4995" for "JCO4324" ***
*** Original Author:  JDA4251 - DANA, JANET; 07/14/98 09:37am

TO:     FACILITY WARDENS
        FACILITY HEALTH ADMINISTRATORS

FROM:   LANNETTE LINTHICUM, M.D.
        DIVISION DIRECTOR FOR HEALTH SERVICES

AN INFOPAC REPORT (PH0414) HAS BEEN GENERATED WHICH LISTS, BY UNIT, ALL
OFFENDERS WHO ARE CURRENTLY PRESCRIBED WITH THE HEAT SENSITIVE
MEDICATIONS LISTED IN THE PHARMACY POLICY #55-05, APPENDIX A.  THESE
MEDICATIONS MAY POTENTIATE HEAT STRESS AND, THEREFORE, SHOULD BE LISTED
AS A RESTRICTION ON THE HEALTH SUMMARY FOR CLASSIFICATION.  I AM
REQUESTING THAT YOU REVIEW THIS LIST TO ENSURE THAT EACH OFFENDER IS
APPROPRIATELY CLASSIFIED ON THE HEALTH SUMMARY FOR CLASSIFICATION
SCREEN.  OTHERWISE, THE OFFENDERS WILL NOT SHOW UP ON THE IMS042
INFOPAC REPORT WHICH LISTS OFFENDERS WHO HAVE HEAT SENSITIVE
RESTRICTIONS.

AUTHORITY:    LANNETTE LINTHICUM, M.D.
              DIVISION DIRECTOR FOR HEALTH SERVICES

*** Comments From: JCO4324 - COCKRELL, JANIE; 07/14/98 10:23am

Sent to:    OFFICE                <list>                    (to)

# ATTACHMENT 11
# JULY 21, 1998 JANIE COCKRELL IOC

TDCJ 85591

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION

### INTER-OFFICE COMMUNICATIONS

**TO:** Jerry Cornelius, Assistant Director to Purchasing

**DATE:** July 21, 1998

**FROM:** Janie Cockrell, Deputy Director for Security

**SUBJECT:** Emergency Purchase Re: 36" High Volume Direct Drive Circulator

This office is requesting your assistance to help expedite the purchase of the 36" circulator fans. During the meeting, Mr. Steve Mugg suggested we could use the six Regional Maintenance Offices to distribute the fans. I have contacted Mr. Martin Morrow to inform him of our mission. He agreed this will be the most viable way to distribute the fans and the following list will be more than adequate.

Listed below are the units and the approved number of fans to be delivered -- **1,422**:

| REGION 1 | | REGION 2 | | REGION 3 | | REGION 4 | | REGION 5 | |
|---|---|---|---|---|---|---|---|---|---|
| Diagnostic | 15 | Beto | 15 | Central | 10 | Briscoe | 18 | Allred | 16 |
| Eastham | 22 | Boyd | 15 | Clemens | 2 | Connally | 25 | Clements | 36 |
| Ellis | 12 | Coffield | 63 | Darrington | 8 | Garza East | 36 | Dalhart | 12 |
| Estelle | 28 | Gatesville | 2 | Hightower | 6 | Garza West | 50 | Daniel | 8 |
| Ferguson | 14 | Gurney | 36 | Jester II | 2 | Lynaugh | 22 | Jordan | 21 |
| Goodman | 18 | Hobby | 24 | Jester III | 3 | McConnell | 50 | Middleton | 44 |
| Goree | 6 | Hodge | 8 | LeBlanc | 18 | Segovia | 50 | Montford | 16 |
| Holliday | 44 | Hughes | 50 | Ramsey I | 10 | Stevenson | 16 | Neal | 10 |
| Lewis | 16 | Michael | 50 | Ramsey II | 5 | Torres | 38 | Roach | 16 |
| Luther | 40 | Moore | 18 | Ramsey III | 10 | | | Robertson | 50 |
| Pack | 46 | Mt. View | 4 | Retrieve | 10 | | | Rudd | 9 |
| Terrell | 50 | Murray | 13 | Stiles | 20 | | | Smith | 20 |
| Wynne | 34 | Powledge | 18 | | | | | Wallace | 24 |
| | | Telford | 50 | | | | | Ware | 20 |
| **345** | | **366** | | **104** | | **305** | | **302** | |

TDCJ 85592

# ATTACHMENT 12
# JULY 27, 1998 TOM BAKER IOC

Plaintiffs' MSJ Appx. 5966

**TDCJ 85593**

July 27, 1998

To:   Janie Crockrell

Fax:   (409) 294-8725

From: Tom Baker

Subject:   Summary of Actions to Reduce High Temperatures in the Units

As requested, here are some to the things we have done to reduce the effect of the high temperatures on our offenders.

1.   Install fans in the dorms and dinning halls.
2.   Increase the air flow in the dorms by operating the blowers normally used to move hot air in the winter.
3.   Providing ice water in the dorms around the clock.
4.   Allow more access to the showers.
5.   Restrict outside activity during the hot part of the day.
6.   Increase the level of awareness of both offenders and staff to the symptoms of heat stroke and dehydration.
7.   Closely monitor those offenders on medications that lower their tolerance to high temperatures.

There are probably dozens of other actions being taken at unit level that I am not aware of, but these are the main ones.

# ATTACHMENT 13
# JULY 27, 1998 REGION I IOC

TDCJ 85595

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

# Inter-Office Communications

To ___Janie Cockrell, Deputy Director, Security___   Date ___July 27, 1998___

From ___Sandy Gates, Admin Tech III, Region I___   Subject ___Heat Response___

The following responses have been compiled from the Region I units regarding the heat monitoring and alleviation:

**Byrd:** 1. Keeping windows open, 2. Keeping window screens clean, 3. Ensuring vent/circulation fans are operating, 4. Placed extra fans in housing areas, 5. Fans are available for any chain buses having to wait to unload, 6. Outside work squads go to work at daybreak and turn in for the day at noon, 7. In process of repairing/replacing electrical receptacles in transient cells to allow use of fans, 8. Employees are constantly reminded of heat related stress problems and are told to report and seek medical attention for any offender or employee exhibiting these symptoms.

**Duncan:** The unit detected one area in need of air-conditioning to help alleviate heat problems, the outside rec-yard picket. We have sent in a request to order an air conditioner to used in this area. The unit is air conditioned in most areas and therefore there is not as much heat related problems on our unit.

**Eastham:** 1. Laying in field force everyday up until today, 2. Brining in the field force an hour early, 3. Taking frequent water breaks, 4. Monitoring the temperature on a daily basis by our Risk Management Coordinator showing time, temperature, humidity, index, and possibilities.

**Ellis:** 1. Ordered 12 fans, 2. Made cool water containers available to employees, 3. Ice available on cell blocks, 4. Allowing drinks (Gatorade, etc.) in sealed bottles.

**Estelle:** 1. Daily Staff and inmate training, a) prevention techniques to avoid heat exhaustion and/or heat stroke, b) recognizing symptoms of heat exhaustion and/or heat stroke, c) initial first aid treatment, 2. Line force and outside work squads a) early a.m. work periods, b) more frequent water breaks (staff and inmates), c) the issuing of proper head wear (staff and inmates), 3. Outside pickets and ID checks of the building, a) provide ice and water for each shift, b) ordering and installation of box fans c) more frequent communication with staff and heat related needs, d) frequent daily staff rotations 4. Main building ventilation a) installation of mess screen doors on each end of main building to create better air flow b) more frequent preventative maintenance checks on all air ventilation systems. As of this date, Estelle hasn't experienced any heat related problems.

**Ferguson:** no response as of yet, will send as soon as received.

*Page* 2

*Goodman:* 1.  Line force works half day 4 days a week with very frequent rest breaks and water breaks.  Hourly temperatures are given to the field sergeant and documented, 2.  Recreation - ice water provided hourly and offenders are monitored for over exertion, 3.  Dorms- All have exhaust fans running and ice water provided,  4. All staff and offenders are monitored for heat related problems, as of this date no heat related injuries have been reported on the unit, 5.  Box fans have been ordered for the dorms and will be installed by maintenance as soon as they arrive.  The box fans from Risk Management for the back gate arrived this date.

*Goree:* 1.  Outside work squads (fence squad and utility squad) have  changed their hours to 6:30a.m. - 11:30 a.m., 2.  The horse barn has been using additional fans to assist in air circulation within the barn and covered areas, 3.  Everyone that works outdoors has been instructed to work in the shade as much as possible, to take frequent breaks, and have been p[provided with plenty of water/fluids, 4.  As needed, cold water is distributed to the offenders living areas and cold water and other fluids are being offered at all meals, 5.  Additional fans have been ordered, return air vents are being cleaned daily, 6.  Work squad rosters have all work restrictions listed on them, and are checked daily, any questions that arise (e.g. Medical limitations, safety) the HS-18 is checked, 7.  UTMB Medical staff has instructed employees on how to recognize and handle heat related illnesses/problems.  Anytime an offender is being transferred  for medical and security reasons, their medical records are being reviewed for any special transportation needs and/or restrictions, 8.  Staff are given frequent breaks and are provided cold water as needed, 9.  Shift employees are monitored closely by their supervisors.

*Holliday:* 1.  Provided training to staff and offenders on heat related injuries, 2.  Adjusted line force work time to half days.  Turn out at 0615 hours or day light and turn in at 1100 hours, 3.  Put streamers on air ducts to show air flowing, 4.  Given priority to the maintenance repairs of air handling systems, 5.  Deliver cold water to offender dormitories at least twice per day, the food service captain cools large quantities of water in his cooler.  He also freezes large blocks of ice in his freezer to be placed in water coolers, 6.  Supply purchased an additional two large water coolers for delivery of cold water.

*Huntsville:* 1.  Ice Water is being furnished to the CO's and Inmates in housing area, 2. Placed ice coolers in all offender living areas, for use by staff and offenders to prevent the onset of heat related disorders, 3.  All correctional and non-correctional staff members have been advised and trained to watch their fellow employees and offenders for signs of heat stress, 4.  Additional mechanical means of ventilation cannot, at this time, be considered.  This is due to the unit power distributions age and condition.  The unit does not have the power available to install additional ventilation/circulation fans in the offender living areas.  5.  Also the unit has placed 3 high velocity ejector fans at the east gate.  These fans are to be used for the arriving chain buses that are not able to unload immediately after their arrival.  (Note: these fans are not designed to run at prolonged intervals.)

*Lewis:* 1.  Field Force is only working an early half.  Heat Index is closely monitored,  2.  Water is ready available to staff and offenders, 3.  Ice water is offered at each meal, in addition to other liquid, 4.  Staff and offenders thoroughly briefed on symptoms and dangers of heat stroke and exhaustion, 5.  Exhaust fan placed on chain bus if bus remains in sallyport, 6.  Fans have been ordered for each cell block (projected issue date unknown),  7.  Offenders are not waiting for any extended period of time, in areas that generate high temperatures (i.e. fenced areas with metal roofs, etc.).

**Page** 3

**Luther:**   Staff=1.   Before the temperature extremes became a problem, 4 additional rotating fans were placed on B,C,D,E Blocks of the inmate living areas where correctional staff are assigned to work.   These fans have added additional ventilation and cooling to both correctional staff and offenders, 2.   Additional water coolers (5 gallon size) with ice have been added to each block for staff use and/or emergency offender use if needed.   These coolers are exchanged at the beginning of each shift (interchanged 3 times daily), 3. Staff that are allowed smoke breaks are encouraged to avail themselves to plenty of liquids and/or fluids to alleviate any heat or dehydration problems.   Offender= 1.   The field line force which consists of approximately 227 offenders are turned out to work early in the AM approximately 6:00 to 6:30 AM to alleviate the heat and turned in at approximately 11:30 AM.   Additional water breaks are being utilized and work activity and patterns have been slowed to alleviate heat stroke, heat exhaustion, and/or dehydration.   These offenders are also encouraged to consume plenty of fluids before turnout, 2.   All turnouts of outside trusty work squads are at approximately 5:30 AM and turned in before the extreme heat and humidity conditions begin to affect operations, 3.   Support service offenders consisting of jobs assigned to offenders within the compound of unit are closely monitored by correctional staff, medical staff, and during the feeding of the 3 basic meals, additional ice and water are made available  by food service staff, 4.   Three additional fans  have been placed in the ad seg area,  5.   The educational area of the unit is air conditioned and even their staff and offenders are encouraged to consume plenty of fluids and liquids to alleviate heat related problems, approximately 40 to 45 fans have been ordered for placement in high hear and humidity areas and should be in place upon receipt.

**Pack:** 1.   Modify offender work hours, field force, utility squads, etc. work morning hours, 2.   Extensive training and reminders to offender work supervisors concerning heat-related illnesses, 3.   Continually instruct offender housing area officers to observe offenders and immediately notify supervisors of problems, 4.   Set up fans in main hallway to draw air from offender housing, also, place fan on pill line during evening pill call, 5.   Instruct work supervisors to work offenders at slower pace and allow frequent water breaks, 6.   Stay in close contact with medical department in order to be alerted of any problems.

**Terrell:** 1.   Turn in work squads by 12:00 noon, 2.   Responded to Regional survey for 160 fans for inmate/staff work areas and living areas, 3.   Exhaust fans in all inmate dayrooms are on to pull air from outside to the dayrooms, 4.   Increase heat related illness detection training, 5.   Safety Officer is monitoring heat levels in work and living areas, 6.   Adhere to E-mails that have been sent by medical, and Ms. Janie Cockrell's office concerning transportation of inmates.

**Wynne:** 1.   Installed 20 ea. wall mounted fans in high heat areas, 2.   Temperature readings are being monitored, 3.   Modified outside work hours, 4.   Work at a slower pace, 5.   Heat related injury training is conducted at turn-outs, 6.   Encourage employees to drink extra water, 7.   Stop placing outside contact visits between 9:00-9:30 a.m.

/sg
cc: file

# ATTACHMENT 14
# JULY 27, 1998 REGION II IOC

Plaintiffs' MSJ Appx. 5972

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

## Inter-Office Communications

To: _____ Mike Sizemore _____                Date: _____ July 27, 1998 _____
        Region II, Director's Office
From: _____ L. Ament, Senior Warden _____    Subject: _____ Heat Prevention _____
        Murray Unit

Below are the measures the Murray Unit has taken for heat prevention:

1. Soaker hoses on (3) K-Dorms. (Has brought temperatures down 3 degrees)

2. Ordered fans for all living areas.

3. Checked HS-18 for inmates that take medication that are heat sensitive.

4. Living areas have adequate water supply.

5. Field force monitors heat by heat index. Frequent water and rest breaks are given. Turn in each day by 11:00 a.m.

6. All living areas have been monitored and checked for adequate ventilation. All living areas are over requirements.

LA/ms

Post-it® Fax Note   7671   Date 7-27   # of pages ► 1
To Mike Sizemore              From Linda Hunt
Co./Dept. Reg II              Co. Murray
Phone #                       Phone #
Fax #                         Fax #

```
*******************************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL    REGION II DIRECTOR'S OFFICE
*******************************************************************
***                S Y S M   I N B A S K E T   P R I N T
```

MESSAGE ID: 449894       DATE: 07/27/98  TIME: 11:15am  PRIORITY: 000

TO:        MSI3340 - SIZEMORE, MICHAEL
           ADMIN TECH IV
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861


FROM:      E2WAR01 - THOMPSON,R./ALLEN,T.
           WARDEN/ADMIN SECRETARY
           POWLEDGE UNIT
           RT. 2 BOX 2250
           PALESTINE, TX  75882


SUBJECT:   HEAT PREVENTION (B2)


THE POWLEDGE UNIT HAS IMPLEMENTED THE FOLLOWING HEAT PREVENTATIVE
MEASURES:

- WATER AT ALL 3 MEALS (IN ADDITION TO BEVERAGE ON MENU)
- ICE FURNISHED TO ALL HOUSING AREAS
- EXTRA FANS INSTALLED IN HALLWAYS
- ALL WORK CREW SUPERVISORS HAVE BEEN ADVISED TO WORK AT A MODERATE
  PACE AND TAKE MORE, FREQUENT WATER BREAKS
- LINE FORCE TURNS OUT AT 0600 AND TURNS IN 1000
- RECREATION YARDS MONITORED CLOSELY FOR EXCESSIVE HEAT
- IMMEDIATE PRECAUTIONARY MEASURES TAKEN CONCERNING ANY COMPLAINTS
  OF HEAT EXHAUSTION
- HEAT STRESS TRAINING CONDUCTED FOR ALL OFFENDERS

Sent to:   MSI3340              SIZEMORE, MICHAEL              (to)

```
***********************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL
***********************************************************
***
                    S Y S M   I N B A S K E T   P R I N T
                    DATE: 07/27/98   TIME: 03:53pm   PRIORITY: 000
```

MESSAGE ID: 453218

TO:       MSI3340 - SIZEMORE, MICHAEL
          ADMIN TECH IV
          REGION II DIRECTOR'S OFFICE
          P.O. DRAWER 400
          TENNESSEE COLONY,TX 75861

FROM:     TOUNT35 - BARRETT, MICHELE
          ASST WARDEN'S SECRETARY
          TELFORD UNIT
          P O BOX 9200
          NEW BOSTON, TX 75570

SUBJECT:     HEAT PREVENTATIVE MEASURES

THE TELFORD UNIT ADMINISTRATION HAS TAKEN THE FOLLOWING PREVENTATIVE
MEASURES DUE TO THE RECENT CLIMATIC CONDITIONS.

1.   OUTSIDE WORK SQUADS ARE WORKED AT A REDUCED PACE FOR SHORTER
     PERIODS OF TIME.
2.   INMATE WORKERS ARE CLOSELY MONITORED BY WORK SUPERVISORS FOR
     SYMPTOMS OF HEAT RELATED ILLNESSES.
3.   EXTENSIVE TRAINING HAS BEEN CONDUCTED WITH ALL STAFF RELATING
     TO PREVENTATIVE MEASURES TO AVOID HEAT RELATED ILLNESSES.
4.   ICE WATER IS AVAILABLE ON ALL WORK SIGHTS THROUOUT THE FACILITY AND
     REGULAR CONSUMPTION IS ENCOURAGED.
5.   ALL INMATES HEALTH SUMMARY'S HAVE BEEN REVIEWED TO ENSURE
     APPROPRIATE JOB AND HOUSING ASSIGNMENTS.
6.   TEMPERATURES IN HOUSING AND WORK AREAS ARE CLOSELY MONITORED AND
     ANY ADDITIONAL STEPS NECESSARY TO ENSURE STAFF AND INMATE SAFETY
     ARE TAKEN.

AUTHORITY:   R.C. THALER
             SENIOR WARDEN            SIZEMORE, MICHAEL
             TELFORD UNIT

     Sent to:      MSI3340

Plaintiffs' MSJ Appx. 5975          TDCJ 85602

Texas Department of Criminal Justice
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

To    Mike Sizemore, Region II Director's
Office            Date   7-27-98

From   R. E. Emerson, Capt.       Subject   Heat precautions

The following is a list of some of the precuations being taken on the George Beto Unit due to Heat:

Signs posted in the dayrooms in english and spanish regarding Helpful Hints to Aviod Heat Stress.

Lists of offenders on heat sensitive medications are provided and updated regularly, so that these offenders can be monitored more closely.

All chain buses and/or other transport vehicles have been given priority over other activity; other than ambulances.

The unit has requested/ordered 15 fans.

E-mail message 346686T has been posted in various areas of the unit. Shift breifings cover this e-mail, and other information regarding heat related percautions.

Line force is turned-in from work before noon.

Sign Shop turns in from work before noon.

Farm Shop, Northern Area Maintenance, and Inmate Construction Group are allowing offenders to work at their own pace, providing plenty of water and shade. And, as much as possible, perform outside work in the cooler hours of the day.

Safety Office has distributed information regarding Extreme Temperature in the Workplace.

Ice water is being provided periodically during the day to offenders housed on transit status, Admin. Segregation, and close custody; due to these offenders being in their cells for the most part of the day.

REE/ree

cc: file

SO-4

```
*****************************************************************
*** REQUESTOR: B2NRD001 - REGION_II_OFFICE     REGION II DIRECTOR'S OFFICE    *
*****************************************************************
***                S Y S M   I N B A S K E T   P R I N T                     *
```

MESSAGE ID: 453497       DATE: 07/37/98  TIME: 04:10pm  PRIORITY: 000

TO:        B2NRD001 - REGION_II_OFFICE
           REGION II OFFICE
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861


FROM:      BYWAR03 - TERRY, RAY
           WARDEN I
           BOYD UNIT
           TEAGUE




SUBJECT:   HOT WEATHER TRAINING


*** Sent by Alternate User "BYUNT01" for "BYWAR03" ***

ATTENTION MIKE SIZEMORE:


ON 4/29/98, F. WILLIS, MEDICAL ADMINISTRATOR AT THE BOYD UNIT MEDICAL
DEPARTMENT CONDUCTED HOT WEATHER TRAINING TO THE FOLLOWING DEPARTMENTS:

FIELD/AGRICULTURE
OUTSIDE/INSIDE YARD SQUAD SUPERVISORS
SECURITY SUPERVISORS
MAINTENANCE
EDUCATION
LAUNDRY


THIS TRAINING IN SHORT GAVE THE WARNING SIGNS/SYMPTOMS AND TREATMENTS
TO HEAT EXHAUSTION.  THE DEPARTMENT HEADS HAD THE COLLATERAL DUTY
SAFETY OFFICERS CONDUCT TRAINING IN MAY, JUNE, AND JULY ON HEAT EX-
HAUSTION TO ALL EMPLOYEES AND OFFENDERS WORKING IN THESE AREAS.

THE AG/FIELD FORCE SUPERVISORS STATE THAT WHEN THE HEAT INDEX
REACHES 100 DEGREES, THEY WILL WATER BETWEEN THE SQUADS CONTINOUSLY
(APPROXIMATELY EVERY 45 MINUTES) AND GET A 5 TO 10 MINUTE BREAK.
WHEN THE HEAT INDEX REACHES 105 DEGREES, THE SQUADS WILL BE ORDERED
TO MOVE INTO A SHADED AREA TO WORK AND WILL RECEIVE BREAKS EVERY
HOUR FOR 15 OR 20 MINUTES AND CONTINUE WATERING.  AS NOTED ABOVE, IF
TEMPERATURES OR HEAT INDEX GOES HIGHER OR CONTINUES TO CLIMB, THE
FIELD FORCE, COMMUNITY SERVICE SQUAD, INSIDE/OUTSIDE YARD SQUADS WILL
BE TURNED IN.  BOYD UNIT HAS A 1/2 DAY LINE SQUAD TURNOUT.

NOTE:  THE PROCEDURES NOTED BY THE AG SUPERVISORS ARE USED BY ALL
DEPARTMENTS WHERE OFFENDERS ARE WORKING IN DIRECT SUNLIGHT.

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

# Inter-Office Communications

**To**   WARDEN PRICE

**Date**   JULY 27, 1998

**From**   GERALINE BUCK
SAFETY MANAGER

**Subject**   HEAT STRESS/ILLNESS: RELIEF TAKEN

THE FOLLOWING IS A LIST OF ACTIONS BEING IMPLEMENTED ON THE COFFIELD UNIT TO
RELIEVE HEAT RELATED STRESS/ILLNESS AMONG OFFICERS AND OFFENDERS.

1.   HEAT RELATED STRESS/ILLNESS TRAINING GIVEN TO EMPLOYEES AND OFFENDERS.
2.   CONSTANT ENCOURAGEMENT TO DRINK PLENTY OF WATER.
3.   ADDITIONAL FANS TO CIRCULATE AIR WHERE NEEDED.  MORE FANS HAVE BEEN ORDERED.
4.   MAINTENANCE GIVING PRIORITY TO COMPLAINTS OF LACK OF WATER PROBLEMS.
5.   OFFICERS/OFFENDERS ARE TO REPORT TO SUPERVISOR IF NOT FEELING WELL DUE TO
     HEAT AND TO TAKE A BREAK TO COOL DOWN.
6.   ALL WORK AREAS INSIDE BUILDINGS HAVE ADVISED OFFICERS AND OFFENDERS WORKING
     IN THE HEAT TO SLOW DOWN AND TAKE IT EASY.  DRINK WATER AND COOL DOWN AS OFTEN
     AS NEEDED.
7.   FIELD FORCE HAS IMPLEMENTED MANDATORY WATER/COOL DOWN BREAKS GIVEN EVERY
     30 MINUTES OR AS NEEDED.
8.   UNIT WIDE WORK PACE HAS BEEN SLOWED DOWN TO ALLEVIATE HEAT STRESS.
9.   GENERAL POPULATION HAS INCREASED THE INGRESS/EGRESS (INS AND OUT OF CELLS) OF
     ITS OFFENDERS.
10.  OFFENDERS WITH MEDICAL HEAT RELATED RESTRICTIONS HAVE BEEN MOVED FROM FOUR
     ROW TO THE LOWER LEVELS.
11.  CELL RESTRICTIONS HAVE BEEN SUSPENDED FOR THE PERIOD OF HEAT DURING SECOND
     SHIFT WHICH IS THE HOTTEST PART OF THE DAY.
12.  WATER CONTAINERS ARE BEING ALLOWED TO BE TAKEN OUT TO THE RECREATION YARDS.

OFFICERS AND OFFENDERS ARE CONSTANTLY BEING ADVISED TO DRINK WATER AND TO REPORT
ANY SIGNS OF HEAT STRESS OR ILLNESS.

Post-It® Fax Note   7871   Date 7-27   # of pages ▶
To M. Sizemore   From Law
Co./Dept. Reg. I   Co. CO
Phone #   Phone# 928-2211 X 102
Fax # 928-2397   Fax #

TDCJ 85605

```
*** ***********************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL     REGION II DIRECTOR'S OFFICE ***
*** ***********************************************************
***                 S Y S M   I N B A S K E T   P R I N T                  ***

MESSAGE ID: 448895      DATE: 07/27/98  TIME: 10:02am  PRIORITY: 000

TO:        MSI3340 - SIZEMORE, MICHAEL
           ADMIN TECH IV
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861



FROM:      GVUNT58 - DURHAM, SUE
           ADMIN SECRETARY
           GATESVILLE UNIT
           1401 STATE SCHOOL ROAD
           GATESVILLE, TEXAS 76599-2999
```

SUBJECT:   PREVENTING HEAT PROBLEMS


THE FOLLOWING IS BEING SUBMITTED, FROM THE GATESVILLE UNIT, PER YOUR
REQUEST:

WE LIMIT HOE SQUAD HOURS TO MORNING ONLY (TURN IN BY 11:15 A.M.).

WATER IS FROZEN IN GALLON CANS AND PUT IN WATER WAGONS FOR FIELD
OFFENDERS.  THIS IS DONE DAILY.

WE ROTATE WORKERS IN HIGH RISK AREAS (I.E. FOOD SERVICE DISHROOM, ETC)
EVERY 15 MINUTES.

WE HAVE DONE  MANDATORY TRAINING FOR ALL EMPLOYEES WHO WORK OUTSIDE OR
IN HIGH RISK AREAS.

WE HAVE ORDERED AND INSTALLED ADDITIONAL FANS FOR LIVING/WORK AREAS.

WE PROVIDE MORE FREQUENT BREAKS ON ALL JOBS.

TRUSTY CAMP LIVING AREAS GET ICE FOR DRINKS.

BOILER ROOM OFFENDERS ARE PROVIDED ICE.

ALL FOOD SERVICE OFFENDERS ARE ALLOWED ICE AS NEEDED.

STAFF IS PROVIDED ICE.

THE PICKETS ARE PROVIDED ICE DAILY.

LAUNDRY AND NECESSITIES ARE FURNISHED ICE WATER.


AUTH:  B. RUCKER, WARDEN II, GATESVILLE UNIT

SD

Plaintiffs' MSJ Appx. 5979                                    TDCJ 85606

Texas Department of Criminal Justice

## INSTITUTIONAL DIVISION

# Inter-Office Communications

To _____ MIKE SIZEMORE—REGION II _____ Date _____ JULY 27, 1998 _____

From _____ J. SHARP — ASST. WARDEN _____ Subject _____ HOT WEATHER PRECAUTIONS _____
JOE F. GURNEY TRANSFER FACILITY

In order to combat the heat and to help insure physical safety of both Staff and offenders, the Gurney Unit has implemented the following precautionary measures:

A. Offenders are being given more frequent water breaks in the Field.
B. Offenders working inside the Perimeter are also receiving more frequent water breaks.
C. Hot weather precautions are posted in all housing areas.
D. Chain Buses are given first priority, if they remain in the sally-port for longer than 15 minutes a vent fan will then be placed on the bus for added ventilation.

Plaintiffs' MSJ Appx. 5980

TDCJ 85607

LISTED BELOW ARE WE FIND THE FOLLOW

FIELD FORCE - WORKS SUMMER SCHEDULE TURN OUT - 6:00 AM
                                     TURN IN  -  11:00 AM

INSIDE YARD SQUAD - TURN OUT - 7:00 AM
                   TURN IN  - 3:30 PM

HONOR SQUAD - TRUSTY SQUAD - TURN OUT - 7:00 AM
                            TURN IN  - 3:30 PM

BOTH SQUADS DO THE MOWING IN THE EARLY AM THEN WORK FLOWER BEDS AND
OTHER CLEAN UP WORK LATER.

BOTH SQUADS CHECK THE HEAT INDEX AND IF IT IS UP, THEY DO TURN IN
EARLY.  THE FIELD FORCE CHECKS THE HEAT INDEX EVERY DAY.

BOTH SQUADS HAVE ICE WATER FOR OFFENDERS TO DRINK ALL THEY WANT.

DUE TO HEAT, THE WORK PACE FOR THE FIELD IS TAKEN IN CONSIDERATION.

ALL OFFENDERS IN THE FIELD FORCE AND THESE SQUADS HAVE HAD THEIR HS-18
CHECKED AND NONE HAVE HEAT EXTREME LIMITS.

MEDICAL IS CHECKING ANY CHAIN TRANSFERS FOR NO EXTREME HEAT
TEMPERATURES.
FANS ARE AT THE BACK GATE FOR THE TRANSPORTATION VEHICLE.

SUPERVISORS OF WORK SQUADS HAVE BEEN TRAINED ON HEAT EXTREMES.

AUTH:  C.F. STREETMAN
       ASST. WARDEN
       HILLTOP UNIT

Sent to:    MSI3340               SIZEMORE, MICHAEL              (to)

## Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
## Inter-Office Communications

To SENIOR WARDEN PAMELA WILLIAMS

Date JULY 27, 1998

From RON CARROL

Subject HEAT UPDATES

The following is being provided to follow up on the request concerning the item mentioned in your correspondent dated July 1, 1998.

1. On July 13, 1998 an IOC was written for an additional 52 fans. They are to be placed in J1, J2, J3, J4, Necessities, Gym, Craft Shop and Chow Hall. As of this date we have not received an answer.

2. During the week of July 20, 1998 fourteen (14) each 30" fans arrived from Security Operations. Twelve were used to replace the 20" fans in J5. The remaining two were placed in the Laundry. The twelve that were taken out are being placed in the dayrooms of J1, J2, J3 and J4.

3. On July 23 and 24 the windows of the Visitation and Gate House were measured for the installation of window tint film to help with both heat dissipation and energy cost savings. At this time a vendor has not been located to supply the material.

4. On July 27, 1998, four work orders were written to install 1 each additional fan in the dayroom of J1, J2, J3 and J4.

5. All dayroom skylights windows in J5 have been painted and this has helped slow the temperature increase.

6. The J1, J2, J3 and J4 cell blocks will also receive skylight painting as soon as possible.

7. One exhaust fan has been located and will be install in a skylight of J5A as soon as additional power can be provided for J5.

8. Additional fan could be install as soon as the additional power can be install in J5.

TDCJ 85609

SENT BY: XEROX Telecopier 7021 ; 7-27-98 ; 11:56AM ;

**Texas Department of Criminal Justice**
INSTITUTIONAL DIVISION
**William P. Hobby Safety Department**
# Inter-Office Communications

**To**     Bobby Warren, Region II Asst. Director     **Date**     July 13, 1998

**Thru**   P. Williams, Senior Warden   PGW   7/13/98

**From**   T. Atha, Risk Management Coordinator     **Subject**     Correspondence Dated July 1, 1998

The following information is being provided to your office in response to your correspondence dated July 1, 1998. We have addressed the items mentioned in your correspondence as follows:

1.   **Heat and Air Flow**

On June 2, 1998, the William P. Hobby Unit Safety Department began monitoring outside and inside weather and temperature conditions, due to the extremely early onset of hot weather. We have been taking air temperature, relative humidity, apparent temperature, and air velocity readings on a daily basis. The results of these readings prompted us to seek alternative measures for reducing the heat in all living areas. Although the temperature varies from day to day and dorm to dorm, we have concentrated our efforts on 5 Dorm because of the low air velocity. All offenders are provided with a means of access to drinking water in the dorms, at recreation, and on job sites. Initially, we placed a water cooler fan in 5-A Dorm and it dropped the temperature approximately 11°; however, we requested additional fans and were denied by security operations due to the fact it was a capital purchase item. We are currently painting the sky windows in order to reduce the direct sunlight and heat in the dorm areas. We are also experimenting with a box fan that our Maintenance Department has converted into a water-cooler fan. Additionally, we have placed box fans in each dorm. We have taken air velocity readings and exceed federal guidelines with an average air flow of approximately 600 FPM. We are also considering the following options:

1)   In 1997, two high-volume circulating fans were placed in each dorm; we are currently requesting additional high-volume circulating fans for these areas.
2)   Placement of expanded-metal doors at each fire exit in order to produce air flow.
3)   Placement of exhaust fans at the skylight windows in order to circulate the air flow.

We will continue to re-evaluate the heat conditions in the offender living areas, as well as pursue all means of reducing high temperature extremes.

2.   **Pest Control**

On June 4, 1998, Mr. Dover of Texas Department of Criminal Justice - Pest Control/Beto I, was on the unit. He sprayed all hedges and eves for bees, yellow jackets, and wasps. He also sprayed around the outside of all living areas, in an effort to rid them of spiders. On June 17, 1998, Mr. Dover returned for an annual spray of the entire facility. On July 9, 1998, Mr. Dover returned to spray the Medical, Commissary, and Food Service Departments due to complaints. We will continue to take every step necessary to eradicate the pest control problem.

3.   **Medically Restricted Offenders**

The William P. Hobby Unit will continue to follow Unit Classification criteria for the placement of offenders in housing assignments, as per the Texas Department of Criminal Justice - Health Services, Health Summary (HS18).

Plaintiffs' MSJ Appx. 5983                                        TDCJ 85610

# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION

## Inter-Office Communications

**To:** *All Concerned*

**Date:** *July 27, 1998*

**From:** *Warden S. Dishongh*
*Senior Warden*

**Subject:** *Hot Weather Illness Prevention*

*In response to the current heat condition the Hodge/Skyview Unit has taken the following measures to prevent or reduce the risk of heat related illness.*

* *Water fans have been installed on J-1 "Dual Diagnosis" area (Hodge Unit)*

* *Fans are being used to cool the transportation bus while waiting to be loaded.*

* *Fans have been installed in all housing areas on Hodge to reduce the heat.*

* *Staff is being provided frequent breaks and supervisors have been encouraged to be acutely observant of signs and symptoms of heat exhaustion from staff and offenders.*

* *Hot weather work policy is being emphasized to all staff and supervisors. The continuance of work when the temperature reaches 85 degrees is being restricted unless authorized by Warden or designee or provided with an air conditioned environment.*

* *Frequent water and rest breaks for offenders working in the heat.*

* *Ice has been made available to all offenders and staff exposed to the heat in housing as well as outdoors.*

* *Staff and offenders have been advised of precautions to take during hot weather through the following communications:*

    5/22/98      *Safety in the Sun*
    6/8/98      *Hot Weather Precautions*
    7/9/98      *Heat Related Precautions*

*All of these communications have been disseminated through posting in all housing areas and through daily safety training for staff.*

| Post-it® Fax Note | 7671 | Date 7-27-98 | # of pages ▶ 2 |
|---|---|---|---|
| To Mike Sizemore | | From S. Dishongh | |
| Co./Dept. Reg. II | | Co. SV/HD | |
| Phone # 903/928-2397 | | Phone # 903/83-5781 | |

TDC3-08011

*The following areas of concern where work is absolutely necessary the listed precautions have been implemented:*

Kitchen:    *Four additional fans have been installed*
*30 minute rotation schedule for offenders working in dish washing areas*

Laundry:    *Offenders are allowed to work without shirts*
*Water fan installed*
*Additional ventilation from free flow cages being applied to exterior doors*
*Work schedule changed to work earlier during day to avoid heat.*

TDCJ 85612

```
**** ********************************************************************************
*** REQUESTOR: MSI3340 - SIZEMORE, MICHAEL         REGION II DIRECTOR'S OFFICE  ***
********************************************************************************
***
              S Y S M   I N B A S K E T   P R I N T

MESSAGE ID: 450048      DATE: 07/27/98  TIME: 11:33am  PRIORITY: 000
```

TO:        MSI3340 - SIZEMORE, MICHAEL
           ADMIN TECH IV
           REGION II DIRECTOR'S OFFICE
           P.O. DRAWER 400
           TENNESSEE COLONY,TX 75861


FROM:      MIUAR01 - JOHNS,L.A./KARRIKER,G.
           WARDEN/ADMN SECRETARY
           MICHAEL UNIT
           MICHAEL UNIT
           P.O. BOX 4500
           TENNESSEE COLONY, TX. 75886


SUBJECT:   HEAT PRECAUTIONS RESPONSE

THE MICHAEL UNIT SUBMITS THE FOLLOWING RESPONSE CONCERNING HEAT
EXHAUSTION PRECAUTIONARY MEASURES.

ALL INMATES HS-18 SCREENS HAVE BEEN REVIEWED TO INSURE ANY
ANTICIPATED PRECAUTIONS COULD BE TAKEN.

ALL PSYCHIATRIC PATIENTS CURRENTLY TAKING MEDICATION WHICH CONFLICTS
WITH HEAT HAVE BEEN MOVED TO 1 OR 2 ROW IN AN EFFORT TO REDUCE THE
TEMPERATURE IN THEIR LIVING AREAS.

OUTSIDE WORK ASSIGNMENTS HAVE BEEN CURTAILED AS MUCH AS POSSIBLE.

ALL CORRECTIONAL STAFF ARE BEING ROTATED TO INSURE EACH OFFICER
IS PERIODICALLY MOVED TO A POSITION WHERE THE HEAT IS LESS EXTREME.

ADMINISTRATION HAS REITERATED TRAINING FOR STAFF TO INSURE AWARENESS
OF SIGNS OF HEAT RELATED ILLNESSES.

IF THERE ARE ANY FURTHER QUESTIONS REGARDING THIS MATTER, PLEASE
DO NOT HESITATE TO CONTACT MY OFFICE.

AUTH:   LARRY A. JOHNS,
        SENIOR WARDEN II
        MARK W. MICHAEL UNIT


/GLK

Sent to:   MSI3340              SIZEMORE, MICHAEL        (to)
           DCR8776              CRAFT, BECKY             (to)
           MIUAR01              JOHNS,L.A./KARRIKER,G.   (to)

Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
## Inter-Office Communications

To   Mike Sizemore                          Date   27 July 1998
     Region II Director's Office

From  Capt. C. McKellar                      Subject   Heat Prevention Measures
     Choice Moore Unit

The following is in regard to our phone conversation concerning the preventable
measures initiated by the Choice Moore Unit to reduce the possibility of heat
related illness for offenders.

1. Field Force/Work Squads
   A. Placed on half day schedules.
   B. Turning out earlier in A.M. to utilize cooler temperatures.
   C. Water breaks every 20 minutes.

2. Review of offender HSM-18 for temperature extreme restrictions.
   A. Generated list of offenders in this category for distribution
      to security shifts and department heads.

3. Ice
   A. Ice is passed out to offenders in all dormitories on days
      when temperatures exceed 100+ degrees.

4. Water on roofs.
   A. Roofs of metal dormitories are sprayed with water twice
      daily to reduce heat within the building.

5. Offender Showers.
   A. Extended hours of offender showers operation.

6. Ventilation Fans
   A. Ventilation fans are placed in the rear door of all chain
      buses immediately upon their arrival within the sallyport
      area of the back gate.

cc:
Warden Laughlin
Warden Foxworth
Major Humphrey
Captain Owens
file

## Texas Department of Criminal Justice
### INSTITUTIONAL DIVISION

## Inter-Office Communications

To: __Mike Sizemore__
    **Region II Director's Office**

Date: __July 27, 1998__

From: __Pamela S. Baggett__
      Warden, Mountain View Unit

Subject: __MEASURES TAKEN TO PREVENT__
         __HEAT INJURIES__

- Temperature index monitored for critical stages.  Immediate notification to pull in affected offenders.

- Increased water and breaks for offenders assigned in outdoor jobs or areas of high temperatures.

- Security supervisors issued symptoms to be aware of detecting someone in heat crisis.  In addition, directions to take in the event crisis develops or offenders/staff members become ill.

- Fans placed in strategic areas to increase ventilation as necessary (e.g. front gate, food service, laundry, etc...).

**NOTE:**  All housing areas on Mountain View with the exception of Administrative Segregation are air conditioned and repairs are addressed promptly.

- Summer schedules implemented for earlier turnouts in non-air conditioned areas which will allow (e.g. special projects, field force).

PSB/sa

c: File

# ATTACHMENT 15
# JULY 27, 1998 REGION III IOC

**TDCJ 85616**

# FAX

| | |
|---|---|
| Date: | **07/27/98** |
| Number of pages including cover sheet: | **22** |

| To: | From: |
|---|---|
| **JANIE COCKRELL** | *[signature]* |
| **DEPUTY DIRECTOR FOR SECURITY** | **DOYLE MCELVANEY** |
| | **ACTING REGION III DIRECTOR** |
| | Phone:    (281) 369-3736 |
| | Fax phone:    (281) 369-3542 |

**REMARKS:**    ☐ Urgent    ☒ For your review    ☐ Reply ASAP    ☐ Please comment

THE FOLLOWING PAGES IDENTIFY VARIOUS PRECAUTIONS TAKEN BY REGION III UNITS IN AN EFFORT TO LESSEN THE EFFECTS OF THE EXTREME TEMPERATURES WE ARE CURRENTLY EXPERIENCING.

IF FURTHER INFORMATION OR CLARIFICATION IS NEEDED, PLEASE FEEL FREE TO CONTACT THE REGION III OFFICE

TDCJ 85617
07/27/98 MON 16:08 FAX    ☑ 001

DEADLINE DATE: _____

| | |
|---|---|
| CENTRAL | X |
| CLEMENS | X |
| DARRINGTON | X |
| HIGHTOWER | X |
| HOSPITAL-GALVESTON | |
| JESTER I | X |
| JESTER II | X |
| JESTER III | X |
| JESTER IV | X |
| LEBLANC | X |
| RAMSEY I | X |
| RAMSEY II | X |
| RAMSEY III | X |
| RETRIEVE | X |
| STILES | X |
| TX CITY | X |

CALL MCELVANEY WHEN ALL ARE IN

TDCU 856180

```
*****************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
*****************************************************************
***              S Y S M   I N B A S K E T   P R I N T                    ***
```

MESSAGE ID: 448855AC     DATE: 07/27/98  TIME: 03:21pm  PRIORITY: 999

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      DAUNT06 - FOREMAN, TREASURE
           WARDEN'S SECRETARY
           DARRINGTON UNIT
           59 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


SUBJECT:   Reply to HEAT RELATED ISSUES


*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: DAUNT06 - FOREMAN, TREASURE; 07/27/98 01:57pm
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
###############################################################
|                                                             |
|          A    M    E    N    D    M    E    N    T           |
|                                                             |
|                                                             |
===============================================================

DARRINGTON UNIT HAS TAKEN THE FOLLOWING STEPS AS RELATES TO THE ABOVE
SUBJECT MATTER.


1.  HEAT RELATED ILLNESS TRAINING WAS CONDUCTED IN MAY 1998.
2.  ICE WATER IS SERVED AT ALL MEALS.EVERY THIRTY MINUTES.
3.  THE UNIT IS AWAITING DELIVERY OF FANS FROM HUNTSVILLE.
4.  OFFENDERS WITH MEDICAL RESTRICTIONS OF EXTREME TEMPERATURE HAVE
    BEEN REVIEWED AND APPROPRIATE ACTION TAKEN; I.E., JOB CHANGES,

ADVISING SUPERVISOR(S) OF RESTRICTION.
5. FIELD FORCE WORKS A.M. ONLY AND IS WATERED EVERY THIRTY MINUTES.
6. INSIDE AND OUTSIDE YARD WORKS A.M. AND LATE P.M. AND ARE WATERED
   FREQUENTLY.
7. AGRICULTURE AND MAINTENANCE SQUADS THAT WORK IN AFTERNOON PERIODS
   ARE WATCHED CLOSELY FOR HEAT RELATED ILLNESS AND WATERED
   FREQUENTLY.
8. WATER FOUNTAINS ARE IN ALL LIVING AND WORK AREAS.
9. TWO SMOKE EJECTOR FANS HAVE BEEN PLACED AT THE BACK GATE FOR
   PLACEMENT ON TRANSFER  VEHICLES TO REMOVE HOT AIR AND KEEP AIR
   FLOWING.  STAFF HAVE BEEN ADVISED TO LOAD AND UNLOAD VEHICLES
   WITHOUT DELAY.
10. ONE (1) LARGE (4' X 4') BOX FAN HAS BEEN PLACED IN THE DISH ROOM
    TO HELP ALLEVIATE THE HEAT.


PLEASE CONTACT MY OFFICE SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE
ADDITIONAL INFORMATION.



AUTH:  D.L. STACKS
       SENIOR WARDEN II
/TEF

Sent to:   R1SRD01              OFFICE, REGION III              (to)

```
**********************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**********************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                 ***
```

MESSAGE ID: 448855A      DATE: 07/27/98  TIME: 01:59pm  PRIORITY: 999

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      DAUNT06 - FOREMAN, TREASURE
           WARDEN'S SECRETARY
           DARRINGTON UNIT
           59 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


SUBJECT:   Reply to HEAT RELATED ISSUES


*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:   DOYLE MCELVANEY
        ACTING REGION III DIRECTOR

*** Comments From: DAUNT06 - FOREMAN, TREASURE; 07/27/98 01:57pm
%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
######################################################################


DARRINGTON UNIT HAS TAKEN THE FOLLOWING STEPS AS RELATES TO THE ABOVE
SUBJECT MATTER.

   * REDUCED LINE HOURS TO 12:00 NOON.
   * OUTSIDE TRUSTEES ARE BEING AFFORDED UNLIMITED WATER AT WORK SITES;
     LINE OFFENDERS ARE BEING WATERED EVERY THIRTY MINUTES.


PLEASE CONTACT MY OFFICE SHOULD YOU HAVE ANY QUESTIONS OR REQUIRE
ADDITIONAL INFORMATION.

```
AUTH:   D.L. STACKS
         SENIOR WARDEN II
/TEF

Sent to:    R1SRD01            OFFICE, REGION III            (to)
```

Plaintiffs' MSJ Appx. 5995

TDCJ 85622

```
*************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
*************************************************************************
***             S Y S M   I N B A S K E T   P R I N T                  ***
```

MESSAGE ID: 448855A      DATE: 07/27/98  TIME: 03:11pm  PRIORITY: 999

```
TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583



FROM:      BAWAR03 - FLAKES, GARLAND
           SENIOR WARDEN
           LEBLANC UNIT
           3695 FM 3514
           BEAUMONT, TX 77705



SUBJECT:    Reply to HEAT RELATED ISSUES


*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am
```

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

```
AUTH:   DOYLE MCELVANEY
        ACTING REGION III DIRECTOR
```

*** Comments From: BAWAR03 - FLAKES, GARLAND; 07/27/98 02:24pm
THE LEBLANC UNIT IS MANAGING OFFENDERS ACCORDING TO THE HEAT RELATED
E-MAIL ON 08 JULY 1998, TRAINING PROVIDED BY WARDEN LORIMIER IN STAFF
MEETINGS, AND E-MAIL PROVIDED TO SAFETY.

THE FIELD FORCE TURNS OUT FOR FIELD WORK ONLY IN THE MORNING. THE
AFTERNOON FIELD FORCE TURNS OUT ONLY TO DO INDOOR DETAILS, AS NEEDED.

THE INSIDE YARD (6AM TO 4PM), TURNS OUT IN THE MORNING AND HAS LIMITED
AFTERNOON DETAILS, AS NEEDED.

THE OUTSIDE YARD (6AM TO 4PM) TURNS OUT IN THE MORNING AND HAS LIMITED
AFTERNOON DETAILS, AS NEEDED.

WATER COOLERS ARE ON EVERY DORM AND BETWEEN 12PM TO 1PM, 1 FIVE GALLON
BLOCK OF ICE IS PLACED IN EVERY COOLER ON A DAILY BASIS.

THE UNIT HAS TWO (2) FANS IN EVERY DAYROOM AND LIVING AREA.

Plaintiffs' MSJ Appx. 5996

THE LEBLANC UNIT BEING A SUBSTANCE ABUSE PROGRAM, ONLY HAS THE
OFFENDERS WORK A HALF A DAY AND THEY ARE IN TREATMENT THE OTHER HALF.
IF YOU SHOULD NEED MORE INFORMATION FROM THE LITTLE UNIT THAT DOES
MUCH, PLEASE ADVISE.

HAVE A SUPER DAY!

AUTH: G KZ FLAKES
      LEBLANC UNIT
      SR WARDEN

Sent to:    R1SRD01              OFFICE, REGION III              (to)

```
**************************************************************************
*** REQUESTOR: MMU8332 - MURPHY, MARY ANN      REGION III DIRECTOR'S OFFICE   ***
**************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T                  ***
```

MESSAGE ID: 451429      DATE: 07/27/98  TIME: 02:10pm  PRIORITY: 000

TO:        MMU8332 - MURPHY, MARY ANN
           ADMINISTRATIVE ASSISTANT
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      R1WAR12 - DOUGHTY, DAVID
           WARDEN, SENIOR
           RAMSEY I UNIT
           ROSHARON



SUBJECT:   HEAT RELATED ISSUES


*** Sent by Alternate User "R1UNT06" for "R1WAR12" ***

THE BELOW RESPONSE IS SUBMITTED IN REFERENCE TO HEAT RELATED ISSUES.
THE RAMSEY I UNIT PROVIDES ANNUAL HEAT TRAINING FOR STAFF AND
OFFENDERS.  FANS ARE USED IN THE LIVING AREAS.   ICE IS AVAILABLE FOR
WORK DETAILS AND EMPLOYEES.  DRINKING WATER IS AVAILABLE FOR EMPLOYEES
AND OFFENDERS.  OUTSIDE WORK DETAIL HOURS ARE CONSISTENT WITH THE
COOLER PART OF THE DAY.  EXCEPTION BEING AGRICULTURE TRUSTEES WHO
OPERATE MACHINERY AND PROVIDE ESSENTIAL FUNCTIONS.  INSIDE/OUTSIDE
TEMPERATURE READINGS TO IDENTIFY HEAT EXTREMES IN ALL AREAS OF THE
UNIT.

AUTH:  MAJOR REEVES/RAMSEY I UIT

Sent to:   MMU8332            MURPHY, MARY ANN          (to)
           R1UNT06            WHEARLEY, KATHEY          (to)

Plaintiffs' MSJ Appx. 5998

```
**********************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**********************************************************************
***              S Y S M   I N B A S K E T   P R I N T                    ***
```

MESSAGE ID: 451392      DATE: 07/27/98  TIME: 01:41pm  PRIORITY: 000

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       R2WAR01 - BUCKHANAN, LINDA
            ADMIN TECH II-WARDEN'S OFFICE
            RAMSEY II UNIT
            1200 FM 655
            ROSHARON, TX 77583


SUBJECT:    HEAT RELATED ISSUES

RE:  HEAT RELATED ISSUES (448855; DATED 7/27/98)

RAMSEY II UNIT HAS TAKEN THE BELOW LIST OF PRECAUTIONS TO ADDRESS THE
REDUCTION OF HEAT ISSUES.

·  FANS HAVE BEEN PLACED IN THE CELL BLOCK AND DORMITORY LIVING
   AREAS.
·  FIELD FORCE WORK HOURS WERE ARRANGED FOR EARLY MORNING TURN-OUT
   AND TURN-IN PERIODS.
·  HAVE PROVIDED WORK CREWS WITH ICE AND WATER.
·  INMATES ON HEAT SENSITIVE MEDICATION ARE SCREENED FOR SPECIAL
   TRANSPORTATION.
·  ALL INMATE WORK SUPERVISORS HAVE BEEN TRAINED TO TAKE PRECAUTIONS
   IN WORKING IN HOT WEATHER, AND HOW TO RECOGNIZE HEAT RELATED
   SICKNESSES.

WITH:  A. COLLINS, ASSISTANT WARDEN/RAMSEY II UNIT

Sent to:   R1SRD01              OFFICE, REGION III              (to)

Plaintiffs' MSJ Appx. 5999                          TDCJ 85626

```
**************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**************************************************************
***                   S Y S M   I N B A S K E T   P R I N T                   ***
```

MESSAGE ID: 452154      DATE: 07/27/98  TIME: 02:31pm  PRIORITY: 000

TO:       R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


FROM:     R3WAR01 - THORNTON, MARY
          ADMIN TECH II/WARDEN SECTY.
          RAMSEY III UNIT
          1300 FM 655, ROSHARON
          TEXAS 77583


SUBJECT:   HEAT RELATED INFO/RAMSEY III

THE RAMSEY III UNIT ADMINISTRATION ARE FOLLOWING THE BELOW GUIDE-
LINES IN REGARDS TO THE HEAT RELATED WEATHER...

MAIN BLDG. - DORMS HAVE A WATER FOUNTAIN INSTALLED/COOL WATER
EXPANSION FAC.- WATER COOLERS WITH COOL WATER AVAILABLE
TRUSTY CAMP - DORMS HAVE A WATER FOUNTAIN INSTALLED/COOL WATER

ALL DEPARTMENT HEADS AND SUPERVISORS ARE MONITORING WORKING CONDITIONS
OF ALL WORK CREWS (I.E., LAUNDRY, FOOD SERVICE, WORK SQUADS & ETC.)
AND GIVING ADDITIONAL BREAKS AND WATER.

AUTH: JACKIE EDWARDS
      SENIOR WARDEN
      RAMSEY III UNIT

Sent to:    R1SRD01           OFFICE, REGION III          (to)
            GG01051           GOMEZ, GARY                 (to)
            WARDENS           (list)                      (to)

```
**************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**************************************************************************
***               S Y S M   I N B A S K E T   P R I N T                  ***
```

MESSAGE ID: 448855A      DATE: 07/27/98  TIME: 01:54pm  PRIORITY: 999

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       RVWAR15 - MCELVANEY, D. B.
            SENIOR WARDEN I
            RETRIEVE UNIT
            RT. 5, BOX 1500
            ANGLETON, TEXAS 77515


SUBJECT:    Reply to HEAT RELATED ISSUES


*** Original Author:   R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: RVWAR15 - MCELVANEY, D. B.; 07/27/98 01:40pm
THE FOLLOWING ARE STEPS THE RETRIEVE UNIT HAS TAKEN FOR THE HEAT:

1)HEAT RELATED ILLNESS TRAINING HAS BEEN CONDUCTED.
2)ICE WATER IS SERVED AT ALL MEALS
3)THE UNIT HAS PURCHASED 8 - 36" FANS AND IS USING TWO PURCHASED LAST
YEAR.
4 - IN DAYROOMS
2 - IN LAUNDRY
4 - HALLWAY
4)SIX MORE FANS HAVE BEEN ORDERED.
5)THE UNIT WILL RECEIVE TWO MORE FANS FROM HUNTSVILLE.
6)INMATES WITH MEDICAL RESTRICTIONS OF EXTREME TEMPERATURE HAVE BEEN
REVIEWED AND APPROPRIATE ACTION TAKEN; I.E. JOB CHANGES, ADVISE
SUPERVISORS OF RESTRICTIONS.
7)FIELD FORCE WORKS AM ONLY AND WATERED FREQUENTLY, (EVERY 30 MIN.)
8)INSIDE AND OUTSIDE YARD WORK AM ONLY AND ARE WATERED FREQUENTLY.
9)AGRICULTURE AND MAINTENANCE SQUADS THAT WORK IN AFTERNOON PERIODS

Plaintiffs' MSJ Appx. 6001

WATCH CLOSELY FOR HEAT RELATED ILLNESSES AND WATERED FREQUENTLY.
10)WATER FOUNTAINS ARE IN ALL LIVING AND WORK AREAS.
11)ONE SMOKE EJECTOR FAN HAS BEEN PLACED AT THE BACKGATE FOR PLACEMENT
ON TRANSFER VEHICLES TO REMOVE HOT AIR AND KEEP AIR FLOWING. STAFF HAVE
BEEN ADVISED TO LOAD AND UNLOAD VEHICLES WITHOUT DELAY.

Sent to:    R1SRD01              OFFICE, REGION III              (to)

Plaintiffs' MSJ Appx. 6002

TDCU 856259

```
*****************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
*****************************************************************
***              S Y S M   I N B A S K E T   P R I N T                     ***

MESSAGE ID: 448855A     DATE: 07/27/98  TIME: 11:10am  PRIORITY: 999

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583



FROM:      STWAR03 - KEETON, CHUCK
           WARDEN
           STILES UNIT
           STILES UNIT
           3060 FM 3514
           BEAUMONT, TX  77705


SUBJECT:   Reply to HEAT RELATED ISSUES


*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: STWAR03 - KEETON, CHUCK; 07/27/98 11:06am
WE HAVE DONE SEVERAL THINGS.

1.   TRAINING--THE INFORMATION FROM DR. LITHICUM WAS DISSEMINATED.
2.   WORK HOURS--THE LINE GOES OUT AT 6AM AND IS IN BY NOON DAILY.
3.   FOOD SERVICE--TEA AND WATER ARE AVAILABLE AT MEALS.
4.   HOUSING--ICE IS BEING SENT TO ALL LIVING AREAS.
5.   FANS--ADDITIONAL FANS HAVE BEEN INSTALLED IN THE EXPANSION DORMS;
ADDITIONALLY, MORE FANS HAVE BEEN APPROVED BY MR. GOMEZ, AND WE ARE
AWAITING THEM.

PLEASE LET ME KNOW IF THIS IS SUFFICIENT.  THANKS.


CHUCK KEETON
STILES UNIT

Sent to:   R1SRD01              OFFICE, REGION III            (to)
```

TDCJ 85630

```
***********************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III   REGION III DIRECTOR'S OFFICE ***
***********************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                 ***
```

MESSAGE ID: 449268      DATE: 07/27/98  TIME: 11:34am  PRIORITY: 000

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       GCUNT01 - CROSS, FRED D.
            CAPTAIN
            TEXAS CITY SHELTERED HOUSING
            (PHYSICAL) 5509 ATTWATER AVE.
                    TEXAS CITY, TX
            (MAILING) RT. 4 BOX 1174
                    DICKINSON, TX 77539

SUBJECT:    HEAT RELATED ISSUES

THE SOUTHERN REGION MEDICAL FACILITY/TEXAS CITY SHELTERED HOUSING
OFFERS THE FOLLOWING RESPONSE TO HEAT RELATED ISSUES:
1.ICE WATER AND TWO FANS PROVIDED IN OFFENDER DAYROOMS.
2.ICE WATER AND MORE FREQUENT BREAKS/REST ARE PROVIDED FOR OUTSIDE
OFFENDER WORKERS.
3.EMPLOYEES AND OFFENDERS WORKING OUTSIDE HAVE BEEN PROVIDED HEAT
RELATED TRAINING.
3.HOURS FOR OUTSIDE OFFENDER WORKERS HAVE BEEN REDUCED TO 7:00 AM
- 11:00 AM. DURING THE PM THE WORKERS WILL BE ASSIGNED TO WORK IN
AIR CONDITIONED BUILDINGS.
4.HEAT CONDITIONS WILL BE CONTINOUSLY MONITORED.

AUTH: RICHARD A. TRINCI,JR/SENIOR WARDEN
      SOUTHERN REGION MEDICAL FACILITY

Sent to:    R1SRD01          OFFICE, REGION III       (to)
            HGWAR23          TRINCI, RICHARD          (to)
            GCWAR11          TRINCI, RICHARD          (to)
```

SEE ADENDUM

```
*****************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
*****************************************************************************
***                S Y S M   I N B A S K E T   P R I N T                    ***

MESSAGE ID: 452909      DATE: 07/27/98  TIME: 03:37pm  PRIORITY: 000

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       GCUNT21 - COX, RICHARD
            MAJOR
            SOUTHERN REGION MED FACILITY
            TEXAS CITY


SUBJECT:    ADDENDUM:HEAT RELATED ISSUES

THE CONSTRUCTION CREW THAT IS CURRENTLY WORKING ON THE EXPANSION DORM
AT THE SOUTHERN REGION MEDICAL FACILITY/TEXAS CITY SHELTERED HOUSING
ARE PROVIDED WITH ICE WATER ON A DAILY BASIS.THEY ARE ALSO ABLE TO WORK
IN AN EXTREMELY RELAXED ENVIRONMENT AND CAN TAKE BREAKS AT WILL.

NO ADDITIONAL PRECAUTIONS NEEDED AT HOSPITAL GALVESTON.


AUTH: RICHARD A. TRINCI,JR/SENIOR WARDEN
SOUTHERN REGION MEDICAL FACILITY

Sent to:    R1SRD01              OFFICE, REGION III          (to)
            HGWAR23              TRINCI, RICHARD             (to)
            GCWAR11              TRINCI, RICHARD             (to)
```

```
****************************************************************
* REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
****************************************************************
****************************************************************  ***
          S Y S M   I N B A S K E T   P R I N T
ESSAGE ID: 451616       DATE: 07/27/98  TIME: 02:01pm  PRIORITY: 000

D:        R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


ROM:      CWAR01 - GREEN, MARGO
          WARDEN
          CENTRAL UNIT
          SUGAR LAND



SUBJECT:   RESPONSE TO HEAT ISSUES
```

THE CENTRAL UNIT IS TAKING THE FOLLOWING ACTIONS AS
PRECAUTIONARY MEASURES DURING THE SEVERE HEAT CONDITIONS.

1. ALL WATER COOLERS ARE BEING MONITORED REGULARLY TO ENSURE
THEY ARE FUNCTIONAL.

2. ICE IS BEING CARRIED AROUND TO ALL PICKETS AT LEAST TWICE A
DAY FOR THE STAFF.

3. ALL FANS ARE MONITORED ON A DAILY BASIS TO ENSURE THE ARE
FUNCTIONAL,IF NOT, THEY ARE HANDLED AS AN EMERGENCY REQUEST.

4. ALL VENTS ARE CHECKED TO ENSURE THAY ARE OPEN AND WORKING
FOR APPROPRIATE AIR FLOW.

5. WORK HOURS HAVE BEEN CHANGED FOR THE OUTSIDE WORK FORCE
TO AN EARLIER TURN OUT TIME.

6. FOOD SERVICE DEPT. AND THE FIELD FORCE ARE COORDINATING
EFFORTS AND PROVIDING ICE BLOCKS TO THE FIELD FORCE WATER
WAGON TRAIL TO COOL DOWN WATER TEMPS.

7. ALL DEPARTMENTS HAVE BEEN ADVISED TO WORK AT A SLOWER PACE
AND TO READ AND MONITOR ALL SAFETY REQUIREMENTS RELATED TO HEAT.

AUTH:MARGO GREEN

TDCJ 85633

SENIOR WARDEN
CENTRAL UNIT

Sent to:       R1SRD01           OFFICE, REGION III          (to)
               CWAR01            GREEN, MARGO                (to)

Plaintiffs' MSJ Appx. 6007

```
**************************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
**************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                  ***
```

MESSAGE ID: 448855A      DATE: 07/27/98  TIME: 11:43am  PRIORITY: 999

TO:        R1SRD01 - OFFICE, REGION III
           REGIONAL STAFF
           REGION III DIRECTOR'S OFFICE
           400 DARRINGTON ROAD
           ROSHARON, TEXAS  77583


FROM:      CNWAR16 - FOSTER, TERRY
           WARDEN
           CLEMENS UNIT
           CLEMENS UNIT
           RT. 1, BOX 1077
           BRAZORIA, TX  77422


SUBJECT:   Reply to HEAT RELATED ISSUES


*** Sent by Alternate User "CNUNT07" for "CNWAR16" ***
*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: CNWAR16 - FOSTER, TERRY; 07/27/98 11:14am
1.  ALL OUTSIDE STAFF HAVE BEEN TRAINED AND WERE REQUIRED TO READ AND
    FAMILIARIZE THEMSELVES WITH AND SIGN A STATEMENT CONCERNING THE
    RECOGNITION OF HEAT RELATED ILLNESSES.

2.  THE FOOD SERVICE CAPTAIN IS UTILIZING STAINLESS STEEL 5 GALLON

CONTAINERS TO FREEZE EXTRA ICE FOR USE IN THE BUILDING AND THE FIELDS.

3.  CLASSIFICATIONS HAS COORDINATED WITH HEALTH SERVICES ON ALL
    OFFENDERS THAT HAVE MEDICAL RESTRICTIONS CONCERNING HEAT AND HAVE
    REVIEWED THESE JOB ASSIGNMENTS TO ASSURE THAT NO OFFENDER IS
    WORKING OUTSIDE HIS MEDICAL RESTRICTION.

4.  SECURITY STAFF HAS BEEN CAUTIONED AS TO THE NECESSITY TO NOT
    IMPEDE CHAIN BUSES AT THE BACKGATE.

TDCJ 056356

5.  ALL STAFF IS AWARE AND ARE ACTIVELY MONITORING THE HEAT AND THOSE
    UNDER THEIR SUPERVISION FOR SYMPTOMS ANS SIGNS OF HEAT RELATED
    ILLNESS.

6.  THE FIELD FORCE SUPERVISORS ARE GIVING WATER BREAKS MORE
    FREQUENTLY AS THEY DETERMINE NECESSARY AND ARE LETTING THE
    OFFENDERS WORK AT THEIR OWN PACE.

7.  THE LAUNDRY DEPT. HAS IMPLEMENTED THE OPPORTUNITY FOR ALL OFFENDERS
    TO TAKE BREAKS AS THEY DEEM NECESSARY.  THEY ARE ALSO PROVIDED ICE
    IN THE LAUNDRY SERVICES DEPARTMENT.

AUTHORITY:  TERRY FOSTER, SENIOR WARDEN

Sent to:    R1SRD01              OFFICE, REGION III              (to)

TDCJ 85636

```
***************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
***************************************************************
***              S Y S M  I N B A S K E T   P R I N T                     ***
```

MESSAGE ID: 448855A      DATE: 07/27/98   TIME: 02:44pm   PRIORITY: 999

TO:          R1SRD01 - OFFICE, REGION III
             REGIONAL STAFF
             REGION III DIRECTOR'S OFFICE
             400 DARRINGTON ROAD
             ROSHARON, TEXAS  77583


FROM:        HIWAR03 - SMITH, LYNN
             WARDEN
             HIGHTOWER UNIT
             ROUTE 3 BOX 9800
             DAYTON, TEXAS  77535


SUBJECT:     Reply to HEAT RELATED ISSUES

*** Original Author:  R1SRD01 - OFFICE, REGION III; 07/27/98 09:52am

PLEASE RESPOND BY 3 PM THIS DATE TO R1SRD01 WITH WHAT ISSUES YOUR UNIT
HAS TAKEN CONCERNING REDUCTION OF HEAT, IE, TRAINING, FANS IN DAYROOMS,
SERVING ICE WATER, REDUCED OUTDOOR WORK HOURS, ETC.  THIS INFORMATION
IS NEEDED FOR A REPORT TO THE DIRECTOR.

AUTH:  DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

*** Comments From: HIWAR03 - SMITH, LYNN; 07/27/98 02:40pm

THE L. V. HIGHTOWER UNIT RESPONDS AS FOLLOWS:

1.  STAFF HAS BEEN TRAINED IN REGARDS TO HEAT AWARENESS

2.  REDUCTION OF WORK HOURS

3.  HAVE ORDERED FANS FOR EXPANSION DORMS

4.  WORKING ON IDEAS TO GET AND WATER TO CELLS.  INMATES DO HAVE
    ACCESS TO THEIR CELLS AT ALL TIMES SO THEY CAN GET DRINKING
    WATER AS NEEDED.


/GA

Sent to:   R1SRD01              OFFICE, REGION III              (to)

Plaintiffs' MSJ Appx. 6010

```
****************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE  ***
****************************************************************
***              S Y S M   I N B A S K E T   P R I N T                        ***
```

MESSAGE ID: 452114        DATE: 07/27/98  TIME: 02:34pm  PRIORITY: 000

TO:         R1SRD01 - OFFICE, REGION III
            REGIONAL STAFF
            REGION III DIRECTOR'S OFFICE
            400 DARRINGTON ROAD
            ROSHARON, TEXAS  77583


FROM:       J3WAR01 - LEHRMANN, MARY ANN
            ADMIN TECH II
            JESTER III UNIT
            RICHMOND, TEXAS 77469



SUBJECT:     REPLY HEAT RELATED ISSUES

THE FOLLOWING PROACTIVE STEPS HAVE BEEN INITIATED ON JESTER UNITS I,
II, III, AND JESTER III TRUSTY CAMP CONCERNING HEAT AFFECTS ON INMATES
AND STAFF.

*  REDUCED TURN-OUT HOURS FOR OUTSIDE LINES AND SQUADS.

*  CHILLED WATER FOUNTAINS IN DORMITORIES OR ICE PROVIDED WHERE CHILLED
   WATER FOUNTAINS ARE NOT PRESENT.

*  ICE WATER AVAILABLE/SERVED WITH ALL MEALS.

*  HEAT EMERGENCY RELATED TRAINING TO ALL STAFF.

*  ICE WATER FOR ALL OUTSIDE SQUADS.

*  HOUSING UNIT FANS.

*  BACKGATE FANS (UPON ANTICIPATED 7/31/98 DELIVERY).

*  INCREASED FREQUENCY OF BREAK.

*  INMATE SCREENING FOR PSYCH MEDICATIONS.

*  EACH INMATE IN TRACTOR SQUAD IS PROVIDED AN INDIVIDUAL WATER
   COOLER.
AUTH: FRED BECKER, SENIOR WARDEN, JESTER UNITS I, II, AND III
FB/ML

```
Sent to:    R1SRD01              OFFICE, REGION III          (to)
            J3WAR01              LEHRMANN, MARY ANN          (to)
            J1WAR01              HORELICA, SHARON            (to)
            J2WAR01              I/M RECORDS-J2              (to)
            J3WAR18              BECKER, FRED                (to)
            J3WAR17              ADAMS, JOHN                 (to)
            J1UNT08              AUGUST, BRUCE A.            (to)
```

```
***************************************************************
*** REQUESTOR: R1SRD01 - OFFICE, REGION III    REGION III DIRECTOR'S OFFICE ***
***************************************************************
***               S Y S M   I N B A S K E T   P R I N T                    ***
```

MESSAGE ID: 449679      DATE: 07/27/98  TIME: 01:08pm  PRIORITY: 000

TO:       R1SRD01 - OFFICE, REGION III
          REGIONAL STAFF
          REGION III DIRECTOR'S OFFICE
          400 DARRINGTON ROAD
          ROSHARON, TEXAS  77583


FROM:     J4UNT01 - BALL, KAREN L.
          WARDENS SEC /ALL GEN CORRES
          JESTER IV UNIT
          RICHMOND, TX.  77469


SUBJECT:   RESPONSE TO MESSAGE 448855

TO:    MR. DOYLE MCELVANEY
       ACTING REGION III DIRECTOR

FROM:    SGT. B. WILSON
         JESTER UNIT IV


SUBJECT:  RESPONSE TO MESSAGE I.D. #448855
          HEAT RELATED ISSUES
IN RESPONSE TO YOUR E-MAIL RECEIVED ON THIS DATE:  THE JESTER IV UNIT
IS A CLIMATE CONTROLLED FACILTY, WITH ALL AREAS OF THE BUILDING,
INCLUDING HOUSING AREAS, DAYROOMS, THE BACKGATE AND OUTSIDE PICKETS
BEING AIR CONDITIONED.  ALL ACTIVITIES ARE CONDUCTED INSIDE OF THE
FACILITY, WITH THE EXCEPTION OF A WORK THERAPY CREW.  THIS CREW WORKS
OUTSIDE OF THE MAIN BUILDING, BUT WITHIN THE PERIMETER FENCE.  IN
RESPONSE TO THE HEAT, THEY HAVE SHORTENED THIER WORK HOURS, STAYING
OUTSIDE NO LATER THAN 1100 HOURS. OFFICERS SUPERVISING THE WORK CREW
HAVE BEEN INSTUCTED TO GIVE FREQUENT WATER BREAKS, AND TO CLOSELY
MONITOR OFFENDERS FOR HEAT RELATED PROBLEMS.  ALL PERIMETER PICKETS ARE
EQUIPPED WITH DRINKING FOUNTAINS, AND ICE IS DELIVERED DAILY.  ALL
DAYROOMS, CELLS, AND HALLWAYS LEADING TO LIVING AREAS ARE EQUIPPED WITH
DRINKING FOUNTAINS.


AUTHORITY: KENNETH D. NEGBENEBOR
           SENIOR WARDEN

Plaintiffs' MSJ Appx. 6013

TDCJ 85640

JESTER UNIT IV

Sent to:   R1SRD01                    OFFICE, REGION III                (to)

Plaintiffs' MSJ Appx. 6014

TDCJ 85641

# ATTACHMENT 16
# JULY 27, 1998 REGION IV IOC

TDCJ 85642

**Texas Department of Criminal Justice**
**INSTITUTIONAL DIVISION**

# Inter-Office Communications

| | | | |
|---|---|---|---|
| **To:** | Gary L. Johnson<br>Director-ID | **Date:** | July 27, 1998 |
| **From:** | Douglas J. Dretke<br>Region IV Director | **Subject:** | HIGH TEMPERATURE |

The following is a list of actions the Region IV Units have taken to reduce the effects of HIGH TEMPERATURES to personnel (offenders and employees).

**Briscoe Unit**
1. Ice water for picket officers.
2. Turn out day room lights, to reduce heat.
3. Turn on purge fans in the housing to better circulate the air.
4. More frequent water breaks for work and recreation offenders.
5. Employee and offenders have been given related heat training.
6. Continually monitoring heat index.
7. Provide more indoor recreation activities during extreme heat.

**Connally Unit**
1. Ordered 25 fans to be placed throughout the unit for employees and inmates.
2. Outside work squads working morning hours only unless approved by warden.
3. Officers are rotating from floors to pickets when possible every two hours, instead of every four hours.
4. Officers can get ice at designated areas on each building.
5. More frequent water breaks for offenders working outside jobs/jobs in kitchen.
6. Safety training.

**Cotulla Unit**
Offenders:
1. Workplace - offenders are provided extra water and ice in water coolers.
2. Work schedule - offenders assigned to field work, to include community squads, are working in a.m. until 12 noon. However, if work is urgent or an emergency, outside trustees are utilized.
3. All offenders working in field, garden and community squads, etc., are receiving training about heat - related illness.
4. Offenders working in direct sunlight are provided work hats and frequent breaks.
5. Offender housing is air conditioned so no fans are necessary. However, fans are available in the event the air system goes down.

Employees:
1.  Employees assigned to outside positions, recreation yard, outside yard squads, pickets, etc., are provided ice water and given frequent breaks.
2.  Employees have received training on heat related illness at shift briefings.
3.  Employees working outside squads are provided cowboy hats.
4.  The unit is air conditioned throughout. However, if the system goes down, fans are available.

**Ft. Stockton Unit**
1.  Mr. Joe Ray Chaves, Unit Safety Officer has accomplished safety training regarding heat injuries. Officers assigned to the recreation yard have been instructed to closely monitor all offenders during outside recreation activities.
2.  Major Bryan has distributed in depth safety guidelines to security officers working all three shifts and to field officers and community work squad officers. Captain Barkley and Major Bryan continue to stress almost daily the importance of reduced work effort and frequent water breaks to field and community work squad officer.
3.  Outside work squads have been purged of any offenders who have medical restrictions against working in hot weather or who are prescribed psychohotrophic medications.
4.  The unit field force now only turn out one long half to preclude working in the heat of the day. One of the officers assigned to the Field is a certified emt.
5.  The unit central control notifies outside work squad officers and field officers hourly of heat index so proper precautions can be taken.
6.  Ice water has been placed at center hall for the officer.

**Garza East & West Unit**
1.  Water coolers in housing areas for employees.
2.  Change of work schedules, field has am turnout only.
3.  Training for employees and offenders.
4.  Purge fans are being operated continuously until further notice.
5.  Heat alert system has been put into place, temp and humidity monitored and announced over radio to alert employees that we are in level one.
6.  Water served during all meals.

**Lynaugh Unit**
1.  Extra water in dorms and workplaces - yes.
2.  Ice provided - yes.
3.  Change of work schedules - inmates are being turned out earlier in the day.
4.  Training - is ongoing, and will be brought forward again at the unit staff meeting this week (Thursday, 7/30/98).
5.  Fans - 22 have been requested, but not yet received at the unit.
6.  ETC. - We are following guidelines of the heat related index. Also, temperatures have been down in this area due to receiving some rain.

**McConnell Unit**
1   Placed water containers in living areas to provide cool drinking water for officers and offenders.
2.  Line turn out 0600 to 1200, no pm turnout.
3.  Trained staff and offenders on AD 10.64.
4.  Fans ordered for common areas in housing areas.
5.  Modified vents in dormitories.

6. Constructed and installed barred screen doors in dormitory fire exits so that solid doors could be open.
7. Provide more frequent water breaks for field force.
8. All trusty squads allowed to work at their own pace.
9. Monitor temperature in living areas.
10. Ordered fans for the food service department.
11. Constructed and installed fence gate in laundry truck garage door so solid door can stay open during operation.

## Stevenson Unit

1. Water in housing areas and workplaces - all housing areas and perimeter pickets for the employees. These water coolers are checked daily for water and ice, and are filled as needed. Offenders working in the garden squads are given water breaks every thirty minutes, with an opportunity to sit down during these break periods. When level one heat index is reached, the frequency of water breaks increases. Most work sites receive water breaks as needed. Also, any offenders with temperature extreme or humidity extremes restrictions on his HSM-18 are returned to the unit when level one heat index is reached. All other squads working inside and outside the unit have free access to water.
2. Change in work schedules - offenders working in the garden squads are now turned out at an earlier time. Offenders turnout at 5:50 a.m., and return at 11:30 a.m.
3. Training - temperature extremes in the workplace was the training topic for the Stevenson Unit's mandatory training. This training was conducted on May 18-20, 1998 All employees and offenders were trained on this topic. Also, all staff members are instructed to immediately notify the medical department of any offender or staff member who may be experiencing any of the symptoms associated with heat exhaustion or dehydration.
4. Fans - The purge fans in the offender housing areas are being utilized to combat the temperature extremes. A schedule has been comprised for staff to utilize these fans during the afternoon hours. Also, 16 fans were ordered for use in J-5 dormitories due to the dormitories being the least ventilated housing areas.
5. The radio picket constantly checks the temperature and heat index, when level one is reached, it is immediately broadcast to all staff so that appropriate precautions can be followed.

## Segovia Unit

1. Increase the amount of ice and cold water for offenders and officers.
2. The fans are constantly on and also the ventilation system is monitored on a daily basis.
3. We monitor temperature reading on a daily basis.
4. We have submitted a proposal for eighty (80) new fans for the offender dorms.

## Torres Unit

1. Ice water has been made available in all housing building.
2. This unit has been on an a.m. only line turn out for approx. 3 months. Hours for those having to work outside in the direct sun have been adjusted to earlier times as much as is possible. Convenience breaks are being emphasized and encouraged.
3. All C.D.S.O.S have received heat related training from the unit's Risk Management officer and have in turn trained staff in their respective departments/shifts.

DJD/pg

dretke/heat.doc/pg

# ATTACHMENT 17
# JULY 27, 1998 REGION V IOC

TDCJ 85646

Texas Department of Criminal Justice
INSTITUTIONAL DIVISION

# Inter-Office Communications

**To:** _____Janie Cockrell_____   **Date:** _____July 27, 1998_____
Deputy Director for Security
Institutional Division

**From:** _____John Gilbert_____   **Subject:** _____Heat Problems - Actions Taken_____
Region V Director

In response to a telephone call this morning from Sheila Thompson from your office, the Region V Units have been surveyed as to special precautions they are taking related to the high daily temperatures that Texas is experiencing. I am attaching a copy of the results of that survey.

The Region V Director's Office (through Warden Woods) had previously instructed the units to adjust outside working hours to morning hours only.

On July 1,1998, the Region V Unit Wardens were advised via telephone by my office that inmates on psychotropic medications were to be transported very late at night or very early in the mornings or placed on an air conditioned van as needed when transported.

On July 13, 1998, a survey was conducted by my office per instructions from Janie Cockrell's office. This survey was to determine how many fans were required by the Region V Units. Results of that survey were e-mailed to Ms. Cockrell's office the same day.

Should you require additional information, please give me a call.

JG:rcn
Attachment

**TDCJ 85647**