UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 225

# Texas Department of Criminal Justice
# Hutchins Unit
### Risk Management Department
*Inter-Office Communication*

**To:**   Warden Jeff Pringle

**From:**   R Storie URMC

**Date:**   07/13/2011

**Subject:**   Dormitory temps

Random samplings of temperatures taken in the Offender housing areas reflect a 2 to 3 degree difference from the outside Unit temperature. These temperature recordings in the Offender living areas are 2 to 3 degrees lower than the outside temperature. Sample readings are taken from different areas of the Unit. The following are some examples...

C-5 = 101deg.
C-6 = 102 deg.
C-7 = 101 deg.
C-8 = 100 deg.

These temps have been taken at approximately 2:00 PM on 7/13/2011.
The outside temperature was 104 deg with 48 % humidity at 2:00 PM on 7/13/2011.
The heat index for this reading is 123 (outside).

OPEN RECORDS

Plaintiffs' MSJ Appx. 6057

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 226

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Correctional Institutions Division
### *Inter-Office Communications*
#### Hutchins Unit

To: ___Maj. T. May_____     Date: _____7/22/2011_____

From: _R. Storie URMC_____     Subject: _B-2 and C-2 Dorm Temps_

At approximately 7:45 AM on 7/22/2011 I took temperature readings on B-2 Building and C-2 Building using a hand held infrared temperature instrument.

B-5 I.R. temperature reading was 84 degrees.

B-6 I.R. temperature reading was 84 degrees.

B-7 I.R. temperature reading was 84 degrees.

B-8 I.R. temperature reading was 84 degrees.

C-5 I.R. temperature reading was 86 degrees.

C-6 I.R. temperature reading was 86 degrees.

C-7 I.R. temperature reading was 86 degrees.

C-7 I.R. temperature reading was 86 degrees.

Note: The McQuay air handling unit that supplies fresh air to B-6 and B-7 Dorms is not functioning. WO # 5524 was generated on 7/15/2011 to repair McQuay unit.

Outside Backgate temperature reading was 84 degrees at 8:00 AM with 68 % humidity.



OPEN RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 227

Date:   07/22/2011 03:27
From:   GINA STOKES
To:   HUTCHINS NURSING STAFF(E); HUTCHINS ALL PROVIDERS(E);
Subject:
Re:   LARRY MCCOLLUM

PATIENT:   MCCOLLUM, LARRY        TDCJ #:   1721640        FACILITY:
HUTCHINS (HJ)

HE WAS SENT OUT 911. HE WAS HAVING A SEIZURE ON TOP BUNK AND SECURITY COULD NOT
GET HIM DOWN SAFELY. NO HISTORY SEEN OF SEIZURES.
FOLLOW UP ON HIS RETURN.HE WAS SENT TO ER AT PARKLAND HOSPITAL.

THANKS,
CRAIN TRIAGE

**MCCOLLUM 004**

Plaintiffs' MSJ Appx. 6061

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 228

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Correctional Institutions Division
### *Inter-Office Communications*
### Hutchins Unit

To: All concerned                          Date:      7/29/2011

From: R. Storie URMC                       Subject: Dorm temp, fans and mattresses

Proper fresh air circulation in the Offender housing areas is achieved by a McQuay air supply unit. This unit pulls in fresh air from the outside and forces it into the Offender living area. The high efficiency gas and smoke removal fan is being utilized to force additional fresh air into the Offender living areas. Rooftop mounted exhaust fans pull out stale air. In addition to this system two wall mounted fans assist in air circulation.

I have completed an Inspection of all Offender living areas on 7/29/2011 for the following...

Environmental conditions which includes temperature, fresh air supply and circulation. Mattress availability and cool water supply from the portable igloos have also been verified.

Outside temperature @ 10:00 AM = 92 deg

A-1 = 91 deg @ 10:00 AM
A-2 = 91 deg
A-3 = 91 deg
A-4 = 92 deg

A-5 = 92 deg          No fresh air supply from Mc Quay unit. W.O. # 5452
A-6 = 91 deg
A-7 = 91 deg
A-8 = 92 deg          No fresh air supply from Mc Quay unit

B-1 = 90 deg
B-2 = 90 deg
B-3 = 90 deg
B-4 = 90 deg

OPEN RECORDS

F-1 = 90 deg
F-2 = 90 deg
F-3 = 90 deg
F-4 = 90 deg

Outside temperature at 12:15 PM  = 96 deg

C-1 = 96 deg
C-2 = 96 deg
C-3 = 96 deg
C-4 = 96 deg

C-5 = 95 deg
C-6 = 97 deg       Missing wall mounted fan. W.O. # 4952
C-7 = 97 deg
C-8 = 97 deg

D-1 = 96 deg
D-2 = 98 deg
D-3 = 97 deg
D-4 = 97 deg

E-1 = 96 deg
E-2 = 97 deg
E-3 = 97 deg
E-4 = 97 deg

K-1 = 75 deg
K-2 = 76 deg
K-3 = 75 deg
K-4 = 75 deg
K-5 = 75 deg

Outside temperature at 2:00 PM was 105 deg (inspection complete).

OPEN RECORDS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 229

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

# Risk Management Program



## EXECUTIVE SUMMARY
## EMPLOYEE AND OFFENDER INJURIES AND
## WORKERS' COMPENSATION CLAIMS COST
## ANNUAL REPORT FY2011

Robert C. Warren
Risk Management Specialist V
Risk Management
P. O. Box 99
Huntsville, Texas 77342-0099
(936) 437-4806
(936) 437-4812 (fax)
http://www.tdcj.state.tx.us/adminrvw/adminrvw-riskmgt.htm

**Overview**

The following outcome measures are provided for your review.  The statistical information contained in the TDCJ Risk Management Executive Summary is derived from injury data reported by TDCJ Unit Risk Managers, in conjunction with the State Office of Risk Management (SORM) Workers' Compensation Division.  SORM is the workers' compensation insurance carrier for TDCJ.

**Workers' Compensation Fiscal Year-to-Date Expenditures:**
August 2010:  $ 14,118,170.55
August 2011:  $ 15,312,794.32 (Increased by $1,194,623.77)

**Employee Injuries:**
August 2010:  441
August 2011:  410 (Decreased by 31)

**Offender Injuries:**
August 2010:  1,322
August 2011:  1,136 (Decreased by 186)

**Predominate causes of employee injuries for August 2011:**
- Slips, trips, or falls (82 combined for 20%)
- Struck by or against (74 combined for 18%)
- Offender assault (64 for 16%)
- Overexertion (45 for 11%)
- Caught in, on or between (37 for 9%)
- Weather related (37 for 9%)

**Predominate causes of offender injuries for August 2011:**
- Struck by or against (307 combined for 27%)
- Slips, trips, or falls (191 combined for 17%)
- Offender assault (189 for 17%)
- Self-inflicted (119 for 10%)
- Overexertion (79 for 7%)
- Contact w/temperature extremes (72 for 6%)

**Units reporting the most employee injuries:**
- Polunsky (18)
- Estelle and Coffield (17 each)
- Crain (14)
- McConnell (13)
- Young Medical (12)
- Beto (11)

**Units reporting the most offender injuries:**
- Montford (34)
- Michael, Stiles, and Clements (31 each)
- Crain (27)
- Ramsey (26)
- Hobby (24)
- Darrington (23)

Year-to-date employee Injury Frequency Rate (IFR):  **11.3**

Year-to-date claims Injury Frequency Rate (IFR):  **5.0**

Employee Injury Frequency Rate (IFR):  The IFR is calculated by multiplying the number of injuries by 200,000 (exposure of 100 employees working 40 hours per week for 50 weeks per year) and dividing that product by the total hours worked by all employees during the fiscal year to date (the number of employees listed on Monthly Report "Total Employee Counts by Payroll Distribution Code" {ID PAY77PDC} multiplied by the product of 168 {average hours worked per month} multiplied by the number of months worked in this fiscal year-to-date).

Claims Injury Frequency Rate (IFR):  The IFR for accepted claims is calculated by multiplying the number of accepted claims by 100 (per 100 employees working 40 hours per week for 50 weeks per year) and dividing that product by the average monthly strength.

**NOTE:**  Please notify this office if you do not wish to receive this report.

## FY2011 YTD Employee Injuries

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Injury Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 79 | 55 | 80 | 54 | 55 | 58 | 53 | 57 | 54 | 87 | 79 | 80 | 791 | 72 | 66 | 12.2 |
| Region 2 | 33 | 47 | 32 | 39 | 42 | 71 | 53 | 49 | 56 | 72 | 55 | 70 | 619 | 56 | 52 | 11.3 |
| Region 3 | 64 | 59 | 57 | 46 | 55 | 67 | 69 | 39 | 65 | 81 | 46 | 70 | 718 | 62 | 60 | 11.3 |
| Region 4 | 80 | 33 | 41 | 47 | 47 | 67 | 59 | 50 | 59 | 76 | 64 | 690 | 59 | 58 | 14.3 |
| Region 5 | 64 | 44 | 56 | 41 | 41 | 53 | 56 | 41 | 48 | 47 | 41 | 39 | 571 | 61 | 48 | 10.2 |
| Region 6 | 64 | 62 | 50 | 47 | 54 | 58 | 48 | 57 | 63 | 69 | 56 | 64 | 692 | 64 | 58 | 12.4 |
| Parole * | 6 | 11 | 4 | 6 | 3 | 12 | 9 | 8 | 12 | 3 | 13 | 1 | 88 | 7 | 7 | 3.3 |
| Administration | 35 | 46 | 24 | 18 | 26 | 23 | 31 | 19 | 19 | 31 | 28 | 22 | 322 | 20 | 27 | 11.2 |
| **Totals** | **425** | **357** | **344** | **298** | **323** | **409** | **386** | **329** | **367** | **449** | **394** | **410** | **4,491** | **400** | **374** | **11.3** |

## Employee Injuries by Cause

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Injury Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal Bite | 0 | 3 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 3 | 10 | 0 | 1 | 0.0 |
| Bodily Reaction | 3 | 0 | 4 | 4 | 6 | 3 | 2 | 3 | 4 | 5 | 6 | 6 | 46 | 5 | 4 | 0.1 |
| Caught In/On/Btwn | 32 | 34 | 20 | 23 | 24 | 27 | 23 | 34 | 29 | 36 | 34 | 37 | 353 | 37 | 29 | 0.9 |
| Cont w/Chemicals | 6 | 5 | 7 | 1 | 6 | 3 | 3 | 5 | 6 | 6 | 1 | 4 | 53 | 4 | 4 | 0.1 |
| Contact w/Electricity | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 2 | 1 | 2 | 2 | 14 | 1 | 1 | 0.0 |
| Cont w/Temp Extr | 5 | 1 | 2 | 0 | 6 | 3 | 3 | 1 | 3 | 1 | 4 | 2 | 31 | 3 | 3 | 0.1 |
| Exp Envimnt Hzd | 3 | 6 | 1 | 5 | 6 | 3 | 5 | 1 | 6 | 4 | 5 | 11 | 56 | 4 | 5 | 0.1 |
| Fall Different Level | 12 | 11 | 15 | 18 | 12 | 20 | 21 | 12 | 9 | 16 | 12 | 13 | 171 | 19 | 14 | 0.4 |
| Fall Same Level | 53 | 38 | 32 | 40 | 38 | 130 | 56 | 34 | 32 | 36 | 34 | 38 | 561 | 49 | 47 | 1.4 |
| Horse Related | 5 | 2 | 6 | 1 | 3 | 1 | 6 | 6 | 6 | 12 | 4 | 4 | 56 | 4 | 5 | 0.1 |
| Insect Bite | 27 | 17 | 10 | 11 | 10 | 7 | 16 | 18 | 15 | 25 | 17 | 19 | 192 | 12 | 16 | 0.5 |
| Medical Condition | 18 | 17 | 9 | 5 | 8 | 8 | 6 | 9 | 13 | 18 | 10 | 16 | 137 | 9 | 11 | 0.3 |
| Offender Assault | 64 | 47 | 63 | 46 | 55 | 60 | 63 | 71 | 57 | 102 | 72 | 64 | 764 | 81 | 64 | 1.9 |
| Overexertion | 53 | 41 | 44 | 31 | 44 | 39 | 49 | 36 | 52 | 49 | 46 | 45 | 529 | 42 | 44 | 1.3 |
| Slip-Not a Fall | 35 | 28 | 21 | 24 | 20 | 32 | 28 | 26 | 35 | 21 | 22 | 31 | 323 | 28 | 27 | 0.8 |
| Staff-Staff Assault | 1 | 0 | 1 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 3 | 1 | 12 | 1 | 1 | 0.0 |
| Struck Against | 67 | 78 | 76 | 56 | 57 | 39 | 65 | 52 | 67 | 56 | 64 | 49 | 726 | 62 | 61 | 1.8 |
| Struck By | 28 | 20 | 32 | 28 | 22 | 18 | 34 | 16 | 27 | 26 | 31 | 25 | 307 | 30 | 26 | 0.8 |
| Vehicular | 7 | 6 | 1 | 1 | 3 | 4 | 3 | 3 | 4 | 5 | 7 | 3 | 47 | 5 | 4 | 0.1 |
| Weather Related | 4 | 2 | 0 | 0 | 0 | 10 | 0 | 2 | 0 | 28 | 20 | 37 | 103 | 6 | 9 | 0.3 |
| **Totals** | **425** | **357** | **344** | **298** | **323** | **409** | **386** | **329** | **367** | **449** | **394** | **410** | **4,491** | **400** | **374** | **11.3** |

**\*** Of the **1** Parole injury reported for this current month, **0** were attributed to Texas Board of Pardons and Paroles employees.

**Employee Injuries Resulting in a Workers' Compensation Claim Accepted by SORM**

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Sep-Aug | FY11 Average Monthly Sep-Aug | Claims Frequency Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 42 | 22 | 42 | 25 | 23 | 27 | 26 | 24 | 19 | 35 | 32 | 40 | 357 | 32 | 30 | 5.5 |
| Region 2 | 11 | 15 | 14 | 15 | 17 | 31 | 28 | 20 | 30 | 30 | 21 | 37 | 269 | 22 | 22 | 4.9 |
| Region 3 | 25 | 17 | 25 | 22 | 23 | 30 | 25 | 17 | 24 | 43 | 31 | 30 | 312 | 25 | 26 | 5.0 |
| Region 4 | 31 | 12 | 17 | 20 | 21 | 33 | 28 | 24 | 29 | 22 | 21 | 23 | 281 | 29 | 23 | 5.9 |
| Region 5 | 33 | 10 | 24 | 14 | 13 | 29 | 26 | 23 | 16 | 21 | 20 | 19 | 248 | 21 | 21 | 4.5 |
| Region 6 | 28 | 24 | 22 | 17 | 20 | 26 | 21 | 19 | 20 | 33 | 31 | 29 | 290 | 27 | 24 | 5.2 |
| Parole | 5 | 9 | 7 | 3 | 5 | 7 | 7 | 4 | 8 | 5 | 7 | 3 | 70 | 5 | 6 | 2.6 |
| Administration | 14 | 12 | 17 | 8 | 20 | 12 | 17 | 10 | 10 | 13 | 15 | 4 | 152 | 10 | 13 | 5.3 |
| **Totals** | **189** | **121** | **168** | **124** | **142** | **195** | **178** | **141** | **156** | **202** | **178** | **185** | **1,979** | **172** | **165** | **5.0** |

Numbers are shown in the month the claim was filed with SORM, which may not be the month in which the injury occurred.

**Workers' Compensation Claims Cost Data**

| | Total Claims Cost FYTD | Total Claims Cost FYTD Filed Prior to FY10 | Total Claims Cost FYTD Filed In FY10-11 | Average Cost per Claim | # of Claims |
|---|---|---|---|---|---|
| Region 1 | $2,640,370.75 | $954,025.63 | $1,686,345.12 | $5,207.83 | 507 |
| Region 2 | $2,282,040.06 | $763,457.14 | $1,518,582.92 | $5,579.56 | 409 |
| Region 3 | $2,961,895.12 | $772,087.40 | $2,189,807.72 | $6,495.38 | 456 |
| Region 4 | $2,283,924.62 | $585,719.62 | $1,698,205.00 | $5,167.25 | 442 |
| Region 5 | $1,647,102.79 | $316,471.64 | $1,330,631.15 | $4,976.14 | 331 |
| Region 6 | $1,736,995.38 | $758,383.63 | $978,611.75 | $4,125.88 | 421 |
| Parole | $566,128.66 | $128,122.17 | $438,006.49 | $6,087.40 | 93 |
| Administration | $1,194,336.94 | $362,658.68 | $831,678.26 | $6,709.76 | 178 |
| **Totals** | **$15,312,794.32** | **$4,640,925.91** | **$10,671,868.41** | **$5,397.53** | **2,837** |

The claims cost YTD figures reflect current FY expenditures, including claims filed in past years that are still incurring costs.  They do not include past expenditures for past claims that are currently inactive and no longer incurring costs.

Plaintiffs' MSJ Appx. 6069                    **TDCJ 83458**



**Risk Management Program**
**Fiscal Year Comparison of**
**Total Employee Injuries**

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY11 | 425 | 357 | 344 | 298 | 323 | 409 | 386 | 329 | 367 | 449 | 394 | |
| FY10 | 362 | 395 | 314 | 414 | 398 | 391 | 429 | 383 | 389 | 468 | 413 | 410 |

Plaintiffs' MSJ Appx. 6070



Risk Management Program
Fiscal Year Comparison of
Accepted Workers' Compensation Claims

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY10 | 133 | 187 | 122 | 188 | 159 | 171 | 164 | 145 | 174 | 227 | 163 | 225 |
| FY11 | 189 | 121 | 168 | 124 | 142 | 195 | 178 | 141 | 156 | 202 | 178 | 185 |

**FY2011 YTD Offender Injuries**

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Average Injuries per 100 Offenders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region 1 | 133 | 123 | 115 | 79 | 88 | 106 | 118 | 118 | 164 | 198 | 137 | 181 | 1,560 | 130 | 130 | 0.5 |
| Region 2 | 129 | 150 | 148 | 109 | 142 | 105 | 125 | 150 | 149 | 204 | 143 | 164 | 1,718 | 182 | 143 | 0.6 |
| Region 3 | 133 | 124 | 91 | 82 | 107 | 91 | 137 | 144 | 127 | 141 | 168 | 164 | 1,509 | 123 | 126 | 0.5 |
| Region 4 | 132 | 97 | 102 | 99 | 103 | 97 | 129 | 103 | 142 | 153 | 136 | 126 | 1,419 | 120 | 118 | 0.5 |
| Region 5 | 190 | 163 | 154 | 159 | 162 | 141 | 186 | 166 | 170 | 185 | 180 | 187 | 2,043 | 205 | 170 | 0.8 |
| Region 6 | 171 | 165 | 149 | 146 | 127 | 112 | 157 | 129 | 154 | 176 | 154 | 195 | 1,835 | 150 | 153 | 0.7 |
| Private Fac | 134 | 137 | 113 | 72 | 90 | 92 | 88 | 101 | 104 | 100 | 126 | 119 | 1,276 | 102 | 106 | 0.6 |
| **Totals** | **1,022** | **959** | **872** | **746** | **819** | **744** | **940** | **911** | **1,010** | **1,157** | **1,044** | **1,136** | **11,360** | **1,013** | **947** | **0.6** |

**Offender Injuries by Cause**

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | TOTAL | FY10 Average Monthly Injuries Sep-Aug | FY11 Average Monthly Injuries Sep-Aug | Average Injuries per 100 Offenders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal Bite | 4 | 5 | 4 | 2 | 3 | 1 | 1 | 3 | 4 | 6 | 2 | 3 | 38 | 3 | 3 | 0.0 |
| Bodily Reaction | 8 | 3 | 7 | 3 | 3 | 1 | 4 | 4 | 4 | 10 | 14 | 22 | 83 | 8 | 7 | 0.0 |
| Caught In/On/Btwn | 39 | 49 | 43 | 34 | 39 | 32 | 39 | 44 | 52 | 56 | 45 | 46 | 518 | 50 | 43 | 0.0 |
| Cont w/Chemicals | 17 | 14 | 11 | 17 | 13 | 13 | 8 | 12 | 6 | 14 | 16 | 22 | 163 | 12 | 14 | 0.0 |
| Contact w/Electricity | 1 | 2 | 0 | 1 | 0 | 0 | 1 | 0 | 2 | 2 | 2 | 4 | 15 | 1 | 1 | 0.0 |
| Cont w/Temp Extr | 84 | 79 | 63 | 48 | 55 | 63 | 67 | 61 | 73 | 82 | 81 | 72 | 828 | 77 | 69 | 0.0 |
| Exp Envimnt Hzd | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 7 | 1 | 1 | 0.0 |
| Fall Different Level | 37 | 24 | 41 | 33 | 38 | 33 | 35 | 35 | 54 | 30 | 34 | 45 | 439 | 40 | 37 | 0.0 |
| Fall Same Level | 91 | 96 | 74 | 70 | 96 | 80 | 92 | 91 | 94 | 105 | 102 | 101 | 1,092 | 99 | 91 | 0.1 |
| Horse Related | 4 | 2 | 2 | 3 | 1 | 2 | 6 | 7 | 9 | 7 | 4 | 6 | 53 | 4 | 4 | 0.0 |
| Insect Bite | 31 | 18 | 9 | 4 | 1 | 3 | 10 | 3 | 17 | 18 | 13 | 21 | 148 | 15 | 12 | 0.0 |
| Medical Condition | 7 | 15 | 14 | 11 | 16 | 9 | 15 | 10 | 11 | 26 | 12 | 17 | 163 | 14 | 14 | 0.0 |
| Offender Assault | 137 | 132 | 146 | 115 | 138 | 118 | 121 | 152 | 145 | 182 | 158 | 189 | 1,733 | 144 | 144 | 0.1 |
| Overexertion | 70 | 65 | 69 | 52 | 57 | 48 | 66 | 64 | 85 | 93 | 67 | 79 | 815 | 69 | 68 | 0.0 |
| Self-Inflicted | 100 | 75 | 79 | 96 | 87 | 86 | 106 | 94 | 92 | 128 | 116 | 119 | 1,178 | 93 | 98 | 0.1 |
| Slip-Not a Fall | 55 | 65 | 44 | 37 | 39 | 48 | 52 | 60 | 48 | 73 | 60 | 45 | 626 | 54 | 52 | 0.0 |
| Struck Against | 198 | 193 | 167 | 126 | 149 | 137 | 187 | 162 | 177 | 181 | 181 | 198 | 2,056 | 196 | 171 | 0.1 |
| Struck By | 120 | 120 | 99 | 94 | 83 | 68 | 126 | 106 | 134 | 133 | 119 | 109 | 1,311 | 125 | 109 | 0.1 |
| Vehicular | 8 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 2 | 1 | 14 | 1 | 1 | 0.0 |
| Weather Related | 9 | 0 | 0 | 0 | 0 | 2 | 3 | 2 | 2 | 10 | 15 | 37 | 80 | 6 | 7 | 0.0 |
| **Totals** | **1,022** | **959** | **872** | **746** | **819** | **744** | **940** | **911** | **1,010** | **1,157** | **1,044** | **1,136** | **11,360** | **1,013** | **947** | **0.6** |

Numbers are shown in the month the injury was entered in the Risk Management Safety Incident Reporting System, which may not be the month in which the injury occurred.

## Definitions of Injury Causes

**Animal Bite** – bite or scratch from a dog, cat, snake, rat, and other similar situations

**Bodily Reaction** - change in body function caused by allergic reaction, e.g., poison ivy

**Caught In, On, or Between** - a pinch point type injury that involves mashing or squeezing, e.g., caught finger in door, caught finger in between pulley, door shut on foot

**Contact with Chemicals** – splashed by liquid chemicals, dry particles inhaled, overcome by fumes of chemical agents, natural gas, vehicle exhaust, ammonia, insecticide, and other similar situations

**Contact with Electricity** - electrical shock from bad plug and other similar situations

**Contact with Temperature Extremes** - burns caused by heat or cold, e.g., burned hand in deep fryer, oven, and other similar situations

**Exposure to Environmental Hazards** - hazards such as radiation, exposure to infectious diseases, and other similar situations

**Fall on Different Level** - fall off of object that has to be climbed or stepped on, e.g., stairs, fell out of bunk, fell off picket ladder, fell stepping down from truck or trailer, and other similar situations

**Fall on Same Level** - fall while standing, walking or sitting, e.g., fell out of chair, slipped on wet floor and fell, tripped over some object and fell, and other similar situations

**Horse Related** - thrown by horse, fall off horse, and other similar situations

**Insect Bite** - bitten or stung by spiders, wasps, ants, unknown insects, and other similar situations

**Medical Condition** – resulting from pre-existing medical conditions, e.g., seizures, chest pains, dizziness, and other similar situations

**Offender Assault** - physically attacked by offender, hit, bit, struck by liquid, and other similar situations, or injuries resulting from attacking an offender, e.g., bruised or scraped knuckles

**Overexertion** - caused by body movement, sprain, strain or muscle or skeleton type injury, e.g., bending, lifting, pushing, pulling, turning, walking, and other similar situations

**Self-Inflicted** – suicide attempt, cutting for purposes of self-mutilation, tattooing, and other similar situations

**Slip (Not a Fall)** - a slip or trip causing pulled muscles or strains that does not result in a fall

**Staff on Staff Assault** - assault by co-worker

**Struck Against** - part of body hitting an object, e.g., walking into a fixed object, sticking finger with tattoo needle, bumped into rail, cut hand on wire, and other similar situations

**Struck By** - moving or falling object hitting the body, e.g., lid fell on arm, hit by ball, foreign object in eye, and other similar situations

**Vehicular** - injury received as a driver or passenger in vehicle or trailer and other similar situations

**Weather Related** - extremes in weather temperatures, e.g., heat exhaustion, sunburn, frostbite, and other similar situations

Plaintiffs' MSJ Appx. 6073

**TDCJ 83462**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 230

```
------------------------- SYSM INBASKET MESSAGE REVIEW --------------------- 2
User ID: RST0054                              01:31pm - Thu, Aug 04, 2011
Enter Command ===>


To:      RST0054 - STORIE, ROY               Message ID: 956987
From:    RST0054 - STORIE, ROY               Date Sent:  08/04/11
Subject: DORM TEMPS           Priority: 000  Time Sent:  07:44am


WARDEN PRINGLE

THE FOLLOWING DORM TEMPS HAVE BEEN RECORDED FOR 8/03/2011.
THE OUTSIDE TEMPERATURE AT 11:00 AM WAS 101 DEG.
C-1 = 102 @ 11:00 AM
C-2 = 100 "    "    "
C-3 = 101 "    "    "
C-4 = 101 "    "    "


THE OUTSIDE TEMPERATURE AT 2:00 PM WAS 112 DEG.
A-5 = 102 @ 2:00 PM
A-6 = 101 "    "   "
A-7 = 102 "    "   "
A-8 = 103 "    "   "


COMMANDS: Ans TRa Read DEFer FILe POst EDit DEL PUT QUE DCal Print Help End
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 231

BUSINESS RECORDS DECLARATION OF
MICHAEL MACKEY, WARDEN

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

"I am the custodian of records for the Hutchins State Jail of the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of various heat- related Inter-Office Communications and Emails from the Hutchins unit sent during July, August, and September of 2011, records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters."

"My name is Michael Mackey, and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Dallas County, State of Texas, on the 12 day of December, 2015.

Michael Mackey, Senior Warden
Hutchins State Jail
Texas Department of Criminal Justice

Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
*Inter-Office Communication*

**To:** All Concerned                    **Date:** August 4, 2011

**From:** Jeff Pringle
Senior Warden, Hutchins Unit            **Subject:** 30 Minute Medical Checks

The offenders listed have been identified as **no temp extremes** and **no direct sunlight**. Due to the extreme heat conditions these offenders must be checked by a security staff member every thirty minutes. During the day, employees must ask the offender how he feels and determine from his response that he is not suffering from a heat illness. If the offender appears disoriented or is unresponsive medical is to be called immediately to respond and the offender should be removed from the area for treatment. (Suggested treatment: have them drink water, sprinkle water on them, put a wet towel on the back of the neck  and move them to an a/c cooled room.) If the offender is sleeping staff will observe the offender to make sure he is alive, breathing and shows no signs of heat illness (review Recognition of Heat Illness card). Attached is a form for the thirty minute checks. Fill out the Building and Dorm at the top, as well as, Name, TDCJ# and bunk#  for each offender. One sheet per dorm if there are more than six in the dorm then use a second sheet. Do not put more than one dorm on a sheet. Third Shift will turn in the completed forms each morning to Capt. Session.



| C5 Dorm | TDCJ# | Bunk# |
|---|---|---|
| Wix, Edward | 1723502 | C5-05 |
| Juarez, Hilardo | 1722765 | C5-08 |
| Reid, Uris | 1723078 | C5-18 |
| Washington, Tommy | 1724233 | C5-27 |
| Hudson, Willie | 1722801 | C5-31 |
| Biggers, Dewayne | 1722761 | C5-38 |

| C6 Dorm | TDCJ# | Bunk# |
|---|---|---|
| Wright, Phillip | 1722781 | C6-11 |
| Thomas, Ricky | 1723276 | C6-17 |
| Brumfield, Demetra | 1723256 | C6-27 |
| ~~Duarte, Israel~~ | 1721636 | C6-42 |
| ~~Turner, Kevenskia~~ | 1722298 | C6-55 |

| C7 Dorm | TDCJ# | Bunk# |
|---|---|---|
| Amador-Hernandez, Jorge | 1722784 | C7-15 |
| ~~Clayton, Artez~~ | 1721389 | C7-58 |

| C8 Dorm | TDCJ# | Bunk# |
|---|---|---|
| ~~Hill, Bobby~~ | 1723270 | C8-11 |
| Emanuel, Terry | 1722795 | C8-18 |
| Hendrix, Dennis | 1723485 | C8-21 |
| Anderson, Howard | 1722785 | C8-31 |
| Mitchell, Gregg | 1724223 | C8-45 |

Medical

McCollum 06539

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>　　　　　　　PLAINTIFFS <br><br> v. <br><br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>　　　　　　　DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 4:14-cv-3253<br>§ JURY DEMAND<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 232

**From:**   Roy Storie/Admin_Review_&_Risk_Mgmt/TDCJ
**To:**     Jeff Pringle/Institutional/TDCJ@TDCJ
**cc:**     Roy Storie/Admin_Review_&_Risk_Mgmt/TDCJ@TDCJ

**Date:**   Friday, August 05, 2011 03:05PM
**Subject:**

Warden Pringle

The Risk Management Office is monitoring 3 Buildings a day for temperatures and fresh air supply.

The following temps were recorded on 8/04/2011 at 2:30 PM... (outside temp 110)
A-5 103 Deg
A-6 105 Deg
A-7 103 Deg
A-8 106 deg

The folowing temps were recorded on 8/04/2011 at 7:30 PM... (outside temp 111)

A-1 103 deg
A-2 103 deg
A-3 102 deg
A-4 102 deg

The following temps were recorded on 8/05/2011 at 10:00 AM... (outside temp 95)

F-4 92

A-1 96
A-2 96
A-3 96
A-4 96

The following temps were recorded on 8/05/2011 at 2:00 PM... (outside temp 106)
B-1 102
B-2 102
B-3 103
B-4 101
::

OPEN RECORDS

Plaintiffs' MSJ Appx. 6080                                001394