UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br><br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. <br> § 4:14-cv-3253 <br> § JURY DEMAND <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 233

| **From:** | George Crippen |
|---|---|
| **To:** | Robert Williams |
| **Sent:** | 8/5/2011 4:50:02 PM |
| **Subject:** | Fw: heat |

The previous email should have said: They are not confiscating fans
George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.
----- Forwarded by George Crippen/Health_Services/TDCJ on 08/05/2011 04:49 PM -----

| From: | Robert Williams/Health_Services/TDCJ |
|---|---|
| To: | George Crippen/Health_Services/TDCJ@TDCJ |
| Date: | 08/05/2011 03:03 PM |
| Subject: | Re: Fw: RE: heat |

Thank you

----- Original Message -----
**From:** George Crippen
**Sent:** 08/05/2011 02:52 PM CDT
**To:** Robert Williams
**Cc:** Phyllis Mcwhorter
**Subject:** Re: Fw: RE: heat
Mr. Stephens called me back. They are doing the following:
The Regional Directors have been instructed to do:
· Getting a list of all offenders on psychotropic meds and moving to lower rows;
· Access to showers when they want to shower and water temp is being lower to the lowest temp allowed by regs
· Training for officers is on going about heat related illnesses
· They are confiscating fans even those that have been altered
· Purge fans are being used to help move air (these are use as exhaust to remove chemical smells)
· Offenders are being allowed to wear shorts and t-shirts to rec rooms

He agreed to allowing a forth time of passing out ice.

If there is anything else they can do, Mr. Stephens is very open to trying it.

Thanks

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic

information received. Thank you.

From:       Robert Williams/Health_Services/TDCJ
To:         George Crippen/Health_Services/TDCJ@TDCJ
Date:       08/05/2011 01:40 PM
Subject:    Re: Fw: RE: heat


I can if needed, but I thought Phyllis kept Dr Linthicum apprised of extreme temperature cases.


----- Original Message -----
**From:** George Crippen
**Sent:** 08/05/2011 01:14 PM CDT
**To:** Robert Williams
**Cc:** Phyllis Mcwhorter
**Subject:** Re: Fw: RE: heat
Dr. Williams:
Do you want to send this to Dr. Linthicum today?
Thanks

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.


From:       Robert Williams/Health_Services/TDCJ
To:         "Phyllis McWhorter" <Phyllis.Mcwhorter@tdcj.state.tx.us>, George Crippen/Health_Services/TDCJ
Date:       08/05/2011 10:44 AM
Subject:    Fw: RE: heat




Details below


----- Original Message -----
From: "Adams, Charles D." [cdadams@utmb.edu]
Sent: 08/05/2011 03:41 PM GMT
To: Robert Williams
Subject: FW: RE:


FYI

With our aging and sicker population, we really need a better long term strategy for dealing with this type of weather.

Plaintiffs' MSJ Appx. 6083

My thoughts,

Danny


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. Important warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.
_____
From: Robison, Jerri D.
Sent: Friday, August 05, 2011 9:48 AM
To: Adams, Charles D.
Cc: Burns, Bobby W.
Subject: RE: RE:

Here are the other 2 that were life flighted:

Settles, Edward # 1559637
Unit- Boyd
Meds:-ASA, Benzotropine 2mg qd, Dicloxacillin 500mg bid, Enalapril 10mg qpm, fluphenzine 10mg, qpm, motoprolol 25mg bid, nortriptyline 75mg qpm, metformin 100 mg bid.
No show for MH appt on 8-2-11. Clinic closed at 1800 hours. At approx 2250 he was asked for ID and did not respond. Dyspneic and 911 was activated. EMS arrived at 2310 and dx with heat stroke, resp failure, and hyponatremia.
Temp on unit at 2300 was 92 degrees and 30% humidity.
Security was providing ice water 3x daily on the wings but he also had access to water in housing area.
Transported to ETMC-Tyler via air; EMS decision. Placed on vent, weaning him off due to patient improvement.

Meyers, Thomas #680515
Unit- Coffield
Meds- Enlapril 10mg qam, Levothyroxine 0.1mg qd, Pravastatin 20mg qam, Rispiridone 2mg qpm
Nursing arrived in housing area at 2230. Offender had been in day room area and was at that time lying on the walk way on 2 row. He was unresponsive, skin hot and dry, however respirations were even and unlabored. Pupils constricted and non reactive, tachycardic, temp 104.6 ax.
Offender had free access to water in housing area. He was assigned to R wing which is noted to be hottest wing on the unit due to location in the evening sun. GP offender that had access to pill window but was not compliant with BP meds and Levothyroxine.
Helicopter landed on the unit (EMS request) to pick up patient however the patient coded. Removed from the chopper and taken by ground to PRMC where he was pronounced dead.

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
[http://www.utmb.edu/branding2010/assets/UTMB-Health-logo-w-tag_300.jpg]
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If

you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Adams, Charles D.
Sent: Friday, August 05, 2011 8:33 AM
To: Maxwell, Kelly B.; Robison, Jerri D.; Burns, Bobby W.
Subject: RE:


Thank you Kelly.


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. Important warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.
_____
From: Maxwell, Kelly B.
Sent: Friday, August 05, 2011 8:27 AM
To: Robison, Jerri D.; Burns, Bobby W.
Cc: Adams, Charles D.; Maxwell, Kelly B.
Subject: RE: RE:
Gurney Unit shipped Offender Brucia, Joseph # 1723327 for chest pain on 8.2.11. He went via helicopter to ETMC Tyler. EMS made the call to ship via helicopter. Offender had abnormal EKG and low blood pressure. He was given IV bolus and then nitro that helped relieve his pain. Mr. S. Smith PA stated today that if his diagnosis was correct that the helicopter was appropriate call, but that we did not make it.

From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 5:23 PM
To: Maxwell, Kelly B.; Burns, Bobby W.
Cc: Adams, Charles D.
Subject: Fwd: RE:

Please see Dr Adam's request below. I need the information in the am. Thank you both in advance.


Denee'
806-438-7966


Begin forwarded message:
From: "Adams, Charles D." <cdadams@utmb.edu<mailto:cdadams@utmb.edu>>
Date: August 4, 2011 4:37:05 PM CDT
To: "Robison, Jerri D." <jdrobiso@UTMB.EDU<mailto:jdrobiso@UTMB.EDU>>
Cc: "Biscoe, Paul I." <pibiscoe@UTMB.EDU<mailto:pibiscoe@UTMB.EDU>>, "Wright, Gary G." <ggwright@UTMB.EDU<mailto:ggwright@UTMB.EDU>>
Subject: RE:
Can you have the names and TDCJ numbers of these three to me in the AM ? I would also be interested in their age, circumstances of the event (working outdoors vs. recreation yard), how much water had they consumed, time of day symptoms began, current meds, etc.
Thank you,
Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____
From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 3:20 PM
To: Adams, Charles D.
Subject: Re: RE:
I believe it was Boyd.

Denee'
806-438-7966

On Aug 4, 2011, at 2:57 PM, "Adams, Charles D." <cdadams@utmb.edu<mailto:cdadams@utmb.edu>>
wrote:
Was the second one off of Beto..the one that died ? Wonder if we can have TDCJ "lock down" for
a while until the weather cools a bit, or at least bring everyone in around 11 AM.
Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____
From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 2:42 PM
To: Adams, Charles D.
Subject: Fwd: RE:

More info on the chopper

Denee'
806-438-7966

Begin forwarded message:
From: "Burns, Bobby W." <bwburns@UTMB.EDU<mailto:bwburns@UTMB.EDU>>
Date: August 4, 2011 1:30:17 PM CDT
To: "Robison, Jerri D." <jdrobiso@UTMB.EDU<mailto:jdrobiso@UTMB.EDU>>

Subject: RE:
Edward Settles 1559637 was a heat related case from Boyd. He was transported to ETMC-FF where he was diagnosed with heat stroke. He was transported by helicopter to ETMC-Tyler where he was placed on a vent. He is improving and they are attempting to wean him off the vent today.

Thomas Meyers 680515 was brought to the clinic by staff in a heat related case. He was picked up by EMS who had a helicopter land at the unit. He was placed in the bird where he coded. He was removed from the bird and taken by ground unit to PRMC where he was pronounced.


From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 1:17 PM
To: Burns, Bobby W.
Subject: RE:

Was this the guy with the heat related illness? IF so, who gave the order to ship via air, the EMS or a provider?

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Burns, Bobby W.
Sent: Thursday, August 04, 2011 1:16 PM
To: Robison, Jerri D.
Subject: RE:

I had one from Boyd 8/3/11.

From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 1:04 PM
To: Maxwell, Kelly B.; Burns, Bobby W.
Subject: FW:

Do either of you know of any of our patients that were air lifted out today or yesterday?

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Adams, Charles D.
Sent: Thursday, August 04, 2011 12:09 PM
To: Clayton, Harold B.; Wright, Gary G.
Cc: Robison, Jerri D.
Subject:


Good Afternoon,

What was the nature of the two recent life-flights (one yesterday and one today) ? Was life flight really needed? Did the EMS ground crew order it or did we? We need to to know which

ones to challenge, fairly early on.

Thanks,

Danny


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11


_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11


_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11
[attachment "image001.jpg" deleted by George Crippen/Health_Services/TDCJ]

Plaintiffs' MSJ Appx. 6088

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § |
| PLAINTIFFS | § § |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § |
| DEFENDANTS | § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 234

| | |
|---|---|
| **From:** | Marsha Brumley on behalf of Lannette Linthicum |
| **To:** | George Crippen |
| **Sent:** | 8/5/2011 1:59:15 PM |
| **Subject:** | Fw: News Release: Consumers asked to conserve electricity 3-7 pm today and next week |

----- Forwarded by Marsha Brumley/Health_Services/TDCJ on 08/05/2011 01:58 PM -----

| | |
|---|---|
| From: | Kirk Moss/Institutional/TDCJ |
| To: | Division Directors, CID Deputy Directors, Regional Directors |
| Cc: | michelle.lyons@tdcj.state.tx.us, Bryan Collier/Executive_Directors_Office/TDCJ, kathy.cleere@tdcj.state.tx.us |
| Date: | 08/05/2011 01:47 PM |
| Subject: | Fw: News Release: Consumers asked to conserve electricity 3-7 pm today and next week |

FYI. Please try to conserve electricity where possible.

Thanks,

Kirk Moss
Texas Department of Criminal Justice
Incident Manager
Phone: 936-437-6038
Fax: 936-437-6073
----- Forwarded by Kirk Moss/Institutional/TDCJ on 08/05/2011 01:43 PM -----

| | |
|---|---|
| From: | "State of Texas SOC" <soc@dps.texas.gov> |
| To: | |
| Date: | 08/05/2011 01:36 PM |
| Subject: | News Release: Consumers asked to conserve electricity 3-7 pm today and next week |

This is forwarded to you by the State of Texas State Operations Center (SOC).

## NEWS RELEASE: Electric Reliability Council of Texas

## Consumers asked to conserve electricity 3-7 pm today and next week

### *Continued extreme heat creating tight capacity*

Austin, Aug.5 2011 -- The Electric Reliability Council of Texas, Inc. (ERCOT), system operator for the state's bulk transmission grid, is reminding businesses and consumers that conservation is needed during peak electricity hours from 3 to 7 p.m. as the record-high summer temperatures continue throughout the state.

"The peak demand forecast is close to 67,800 megawatts (MW) today, slightly lower than yesterday which is typical for the end of the week," said Kent Saathoff, vice president of system planning and operations. "The amount of generation unavailable due to forced outages and capacity de-ratings is also a little better -- about 4,800 MW, or 200 MW less than yesterday," Saathoff said. "However, there is still a strong possibility that a reduction in operating reserves could force us into a level 1 emergency and possibly a level 2 when we drop the interruptible loads," Saathoff said.

During Thursday's level 2 emergency procedures, approximately 1,500 MW of load resources and emergency interruptible load service was dropped, averting the need to implement rotating outages, the last stage of the emergency procedures.

"We're again expecting about 1,300 to 1,400 MW of wind during the peak hour due to the high output from wind turbines in the coastal area," he said. "About 70 percent of the wind generation yesterday during peak was from the coastal wind farms." ERCOT has set a new all-time peak demand three times this week. The current record is 68,294 MW, which occurred on Wednesday, Aug. 3, between 4-5 p.m. One megawatt of power is enough electricity to power about 200 homes in Texas during hot weather when air conditioners are running for long periods of time.

"We really appreciate the efforts of consumers and businesses all this week to reduce their electricity use during the peak hours," Saathoff said. "We expect to continue calling for conservation next week and until the high temperatures subside."

### Friday's Outlook

Peak Demand Forecast 67,794 MW
Wind Forecast for Peak ~1,300 MW

### Conservation Tips

Consumers can help by shutting off unnecessary lights and electrical appliances between 3 and 7 p.m., and delaying laundry and other activities requiring electricity-consuming appliances until later in the evening. Other conservation tips from the *Public Utility Commission's "Powerful Advice"* include:

- Turn off all unnecessary lights, appliances, and electronic equipment.
- When at home, close blinds and drapes that get direct sun, set air conditioning thermostats to 78 degrees or higher, and use fans in occupied rooms to feel cooler.
- When away from home, set air conditioning thermostats to 85 degrees and turn all fans off before you leave. Block the sun by closing blinds or drapes on windows that will get direct sun.
- Do not use your dishwasher, laundry equipment, hair dryers, coffee makers, or other home appliances during the peak hours of 3 to 7 p.m.
- Avoid opening refrigerators or freezers more than necessary.
- Use microwaves for cooking instead of an electric range or oven.
- Set your pool pump to run in the early morning or evening instead of the afternoon.

Businesses should minimize the use of electric lighting and electricity-consuming equipment as much as possible. Large consumers of electricity should consider shutting down or reducing non-essential production processes.

## Emergency Procedures Background

The emergency procedures are a progressive series of steps that allow ERCOT to bring on power from other grids if available, beginning with a **Power Watch** (Energy Emergency Alert Level 1).

If the situation does not improve, ERCOT escalates to a **Power Warning** (Energy Emergency Alert Level 2), allowing operators to drop large commercial/industrial load resources under contract to be interrupted during an emergency.

If the capacity shortage is not relieved by the contract demand response, ERCOT escalates to a **Power Emergency** (Energy Emergency Alert Level 3) and will instruct utilities to reduce demand on the grid by conducting temporary outages at the local distribution level. These controlled temporary interruptions of electrical service - or rotating outages - typically last 15-45 minutes before being rotated to a different neighborhood.

Consumers should contact the utility company/ transmission provider listed on their electric bill for information about power outages at their homes or business, or about rotating outage procedures for their area.

## How to Track Electricity Demand

- View daily peak demand forecast and current load at http://www.ercot.com/
- View daily peak demands by the hour at this link
- Get real-time notices of energy emergency alerts by following ERCOT on Twitter

## Consumer Assistance

- Public Utility Commission Consumer Hotline - 1-888-782-8777
- Office of Public Utility Counsel Consumer Assistance - 1-877-839-0363

## Call Your Electric Utility for Information about Local Outages

ERCOT manages the state's high-voltage bulk electricity grid. For questions about local outages at your home or business, or questions about rotating outage procedures for your neighborhood, contact the utility company or transmission provider listed on your electric bill.

American Electric Power - AEP
Austin Energy
Bluebonnet Electric Cooperative
Brazos Electric Power Cooperative
Brownsville Public Utilities Board
Bryan Texas Utilities
CenterPoint Energy
College Station Utilities
CPS Energy - San Antonio
Denton Municipal Electric
Garland Power & Light
Guadalupe Valley Electric Cooperative
LCRA
Magic Valley Electric Cooperative
Nueces Electric Cooperative
Oncor
Pedernales Electric Cooperative
Rayburn County Electric Cooperative
Sharyland Utilities
South Texas Electric Cooperative
Texas-New Mexico Power

## ERCOT Region

The ERCOT Region includes Houston, Dallas, Fort Worth, San Antonio, Austin, Corpus Christi, Abilene and the Rio Grande Valley. It does not include the El Paso area, the Texas Panhandle, Northeast Texas (Longview, Marshall and Texarkana), and Southeast Texas (Beaumont, Port Arthur, and the Woodlands). Region map

### # # #

*The Electric Reliability Council of Texas, Inc., (ERCOT) manages the flow of electric power to approximately 23 million Texas customers - representing 85 percent of the state's electric load and 75 percent of the Texas land area. As the Independent System Operator for the region, ERCOT schedules power on an electric grid that connects 40,500 miles of transmission lines and more than 550 generation units. ERCOT also manages financial settlement for the competitive wholesale bulk-power market and administers customer switching for 6.6 million Texans in competitive choice areas. ERCOT is a membership-based 501(c)(4) nonprofit corporation, governed by a board of directors and subject to oversight by the Public Utility Commission of Texas and the Texas Legislature.*

**Media Contact:** Dottie Roark, 512-225-7024; droark@ercot.com

Subscribe to the News_Bulletins distribution list

Unsubscribe to the News_Bulletins distribution list


To unsubscribe from the NEWS_BULLETINS list, click the following link:
http://lists.ercot.com/SCRIPTS/WA-ERCOT.EXE?SUBED1=NEWS_BULLETINS&A=1

Plaintiffs' MSJ Appx. 6092

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 235

| From: | Kirk Moss |
|---|---|
| To: | Division Directors; CID Deputy Directors; Regional Directors |
| CC: | michelle.lyons@tdcj.state.tx.us; Bryan Collier; kathy.cleere@tdcj.state.tx.us |
| Sent: | 8/5/2011 1:47:24 PM |
| Subject: | Fw: News Release: Consumers asked to conserve electricity 3-7 pm today and next week |

FYI. Please try to conserve electricity where possible.

Thanks,

Kirk Moss
Texas Department of Criminal Justice
Incident Manager
Phone: 936-437-6038
Fax: 936-437-6073
----- Forwarded by Kirk Moss/Institutional/TDCJ on 08/05/2011 01:43 PM -----

| From: | "State of Texas SOC" <soc@dps.texas.gov> |
|---|---|
| To: | |
| Date: | 08/05/2011 01:36 PM |
| Subject: | News Release: Consumers asked to conserve electricity 3-7 pm today and next week |

This is forwarded to you by the State of Texas State Operations Center (SOC).

# NEWS RELEASE: Electric Reliability Council of Texas

## Consumers asked to conserve electricity 3-7 pm today and next week

### Continued extreme heat creating tight capacity

Austin, Aug.5 2011 -- The Electric Reliability Council of Texas, Inc. (ERCOT), system operator for the state's bulk transmission grid, is reminding businesses and consumers that conservation is needed during peak electricity hours from 3 to 7 p.m. as the record-high summer temperatures continue throughout the state.

"The peak demand forecast is close to 67,800 megawatts (MW) today, slightly lower than yesterday which is typical for the end of the week," said Kent Saathoff, vice president of system planning and operations. "The amount of generation unavailable due to forced outages and capacity de-ratings is also a little better -- about 4,800 MW, or 200 MW less than yesterday," Saathoff said.

"However, there is still a strong possibility that a reduction in operating reserves could force us into a level 1 emergency and possibly a level 2 when we drop the interruptible loads," Saathoff said.

During Thursday's level 2 emergency procedures, approximately 1,500 MW of load resources and emergency interruptible load service was dropped, averting the need to implement rotating outages, the last stage of the emergency procedures.

"We're again expecting about 1,300 to 1,400 MW of wind during the peak hour due to the high output from wind turbines in the coastal area," he said. "About 70 percent of the wind generation yesterday during peak was from the coastal wind farms."

ERCOT has set a new all-time peak demand three times this week. The current record is 68,294 MW, which occurred on Wednesday, Aug. 3, between 4-5 p.m. One megawatt of power is enough electricity to power about 200 homes in Texas during hot weather when air conditioners are running for long periods of time.

"We really appreciate the efforts of consumers and businesses all this week to reduce their electricity use during the peak hours," Saathoff said. "We expect to continue calling for conservation next week and until the high temperatures subside."

### Friday's Outlook

Peak Demand Forecast 67,794 MW
Wind Forecast for Peak ~1,300 MW

### Conservation Tips

Consumers can help by shutting off unnecessary lights and electrical appliances between 3 and 7 p.m., and delaying laundry and other activities requiring electricity-consuming appliances until later in the evening. Other conservation tips from the *Public Utility Commission's "Powerful Advice"* include:

- · Turn off all unnecessary lights, appliances, and electronic equipment.
- · When at home, close blinds and drapes that get direct sun, set air conditioning thermostats to 78 degrees or higher, and use fans in occupied rooms to feel cooler.
- · When away from home, set air conditioning thermostats to 85 degrees and turn all fans off before you leave. Block the sun by closing blinds or drapes on windows that will get direct sun.
- · Do not use your dishwasher, laundry equipment, hair dryers, coffee makers, or other home appliances during the peak

hours of 3 to 7 p.m.
· Avoid opening refrigerators or freezers more than necessary.
· Use microwaves for cooking instead of an electric range or oven.
· Set your pool pump to run in the early morning or evening instead of the afternoon.

Businesses should minimize the use of electric lighting and electricity-consuming equipment as much as possible. Large consumers of electricity should consider shutting down or reducing non-essential production processes.

## Emergency Procedures Background

The emergency procedures are a progressive series of steps that allow ERCOT to bring on power from other grids if available, beginning with a **Power Watch** (Energy Emergency Alert Level 1).

If the situation does not improve, ERCOT escalates to a **Power Warning** (Energy Emergency Alert Level 2), allowing operators to drop large commercial/industrial load resources under contract to be interrupted during an emergency.

If the capacity shortage is not relieved by the contract demand response, ERCOT escalates to a **Power Emergency** (Energy Emergency Alert Level 3) and will instruct utilities to reduce demand on the grid by conducting temporary outages at the local distribution level. These controlled temporary interruptions of electrical service - or rotating outages - typically last 15-45 minutes before being rotated to a different neighborhood.

Consumers should contact the utility company/ transmission provider listed on their electric bill for information about power outages at their homes or business, or about rotating outage procedures for their area.

## How to Track Electricity Demand

· View daily peak demand forecast and current load at http://www.ercot.com/
· View daily peak demands by the hour at this link
· Get real-time notices of energy emergency alerts by following ERCOT on Twitter

## Consumer Assistance

· Public Utility Commission Consumer Hotline - 1-888-782-8777
· Office of Public Utility Counsel Consumer Assistance - 1-877-839-0363

## Call Your Electric Utility for Information about Local Outages

ERCOT manages the state's high-voltage bulk electricity grid. For questions about local outages at your home or business, or questions about rotating outage procedures for your neighborhood, contact the utility company or transmission provider listed on your electric bill.

American Electric Power - AEP
Austin Energy
Bluebonnet Electric Cooperative
Brazos Electric Power Cooperative
Brownsville Public Utilities Board
Bryan Texas Utilities
CenterPoint Energy
College Station Utilities
CPS Energy - San Antonio
Denton Municipal Electric
Garland Power & Light
Guadalupe Valley Electric Cooperative
LCRA
Magic Valley Electric Cooperative
Nueces Electric Cooperative
Oncor
Pedernales Electric Cooperative
Rayburn County Electric Cooperative
Sharyland Utilities
South Texas Electric Cooperative
Texas-New Mexico Power

## ERCOT Region

The ERCOT Region includes Houston, Dallas, Fort Worth, San Antonio, Austin, Corpus Christi, Abilene and the Rio Grande Valley. It does not include the El Paso area, the Texas Panhandle, Northeast Texas (Longview, Marshall and Texarkana), and Southeast Texas (Beaumont, Port Arthur, and the Woodlands). Region map

\# \# \#

*The Electric Reliability Council of Texas, Inc., (ERCOT) manages the flow of electric power to approximately 23 million Texas customers - representing 85 percent of the state's electric load and 75 percent of the Texas land area. As the Independent System Operator for the region, ERCOT schedules power on an electric grid that connects 40,500 miles of transmission lines and more than 550 generation units. ERCOT also manages financial settlement for the competitive wholesale bulk-power market and administers customer switching for 6.6 million Texans in competitive choice areas. ERCOT is a membership-based 501(c)(4) nonprofit corporation, governed by a board of directors and subject to oversight by the Public*

Utility Commission of Texas and the Texas Legislature.

**Media Contact:** Dottie Roark, 512-225-7024; droark@ercot.com

Subscribe to the News_Bulletins distribution list

Unsubscribe to the News_Bulletins distribution list

To unsubscribe from the NEWS_BULLETINS list, click the following link:
http://lists.ercot.com/SCRIPTS/WA-ERCOT.EXE?SUBED1=NEWS_BULLETINS&A=1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 236

| | |
|---|---|
| **From:** | Phyllis Mcwhorter |
| **To:** | Phyllis Mcwhorter |
| **CC:** | Chris Black-Edwards; George Crippen; Phyllis Mcwhorter; Shirley Nelson; Donna Hughes; Janice Vickers; Robert Williams |
| **Sent:** | 8/5/2011 9:00:22 AM |
| **Subject:** | Re: Interesting.... |

Sorry - Wrong attachment

[attachment "Heat-Related Illnesses.ppt" deleted by Robert Williams/Health_Services/TDCJ]
*"I shall provide and support the provision of humane custody, supervision and care of offenders." ~ TDCJ Code of Ethical Conduct*
**Phyllis McWhorter, RN**
Manager IV
Health Services Liaison
936-437-3589/FAX: 437-3599
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. **Important warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

| | |
|---|---|
| From: | Phyllis Mcwhorter/Health_Services/TDCJ |
| To: | George Crippen/Health_Services/TDCJ@TDCJ, Robert Williams/Health_Services/TDCJ@TDCJ, Chris Black/Health_Services/TDCJ@TDCJ |
| Cc: | HSL |
| Date: | 08/05/2011 08:52 AM |
| Subject: | Interesting.... |

Last year HSL developed a temperature extreme database to record the number of cases reported to this office. This morning I graphed the data for 2010 and 2011 year-to-date. Last year's total number of cases reported (which were all reported between June and September) was 46. This year, in June and July alone we have had 48 reported. At least four of these cases have resulted in offender death. I'm going to have to go back and determine if this is all of the offenders who died in 2011, and how many, if any, died in 2010. (I didn't begin a column for this category until today.)

I will keep you updated.

[attachment "Special Transports Query.xls" deleted by Phyllis Mcwhorter/Health_Services/TDCJ]
*"I shall provide and support the provision of humane custody, supervision and care of offenders." ~ TDCJ Code of Ethical Conduct*
**Phyllis McWhorter, RN**
Manager IV
Health Services Liaison
936-437-3589/FAX: 437-3599
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. **Important warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 237

| | |
|---|---|
| **From:** | Robert Williams |
| **To:** | George Crippen |
| **Sent:** | 8/5/2011 2:46:48 PM |
| **Subject:** | Re: Fw: RE: heat |

That's sounds like as much as can be done at this point. I will let Dr Linthicum know when I see her.
----- Original Message -----
**From:** George Crippen
**Sent:** 08/05/2011 02:14 PM CDT
**To:** Robert Williams
**Subject:** Re: Fw: RE: heat

Yes she does but not normally when she is away at ACA on a Friday afternoon when I do not know what can be done with a system wide problem for the entire state for everyone. Security is making ice, water, and fans available. I will call Mr. Thaler and ask if ice can be given more often than 3 times a day.

Please let me know if there is something else I can do.

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.

| | |
|---|---|
| From: | Robert Williams/Health_Services/TDCJ |
| To: | George Crippen/Health_Services/TDCJ@TDCJ |
| Date: | 08/05/2011 01:40 PM |
| Subject: | Re: Fw: RE: heat |

I can if needed, but I thought Phyllis kept Dr Linthicum apprised of extreme temperature cases.

----- Original Message -----
**From:** George Crippen
**Sent:** 08/05/2011 01:14 PM CDT
**To:** Robert Williams
**Cc:** Phyllis Mcwhorter
**Subject:** Re: Fw: RE: heat
Dr. Williams:
Do you want to send this to Dr. Linthicum today?
Thanks

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and

may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.

| | |
|---|---|
| From: | Robert Williams/Health_Services/TDCJ |
| To: | "Phyllis McWhorter" <Phyllis.Mcwhorter@tdcj.state.tx.us>, George Crippen/Health_Services/TDCJ |
| Date: | 08/05/2011 10:44 AM |
| Subject: | Fw: RE: heat |

Details below

----- Original Message -----
From: "Adams, Charles D." [cdadams@utmb.edu]
Sent: 08/05/2011 03:41 PM GMT
To: Robert Williams
Subject: FW: RE:

FYI

With our aging and sicker population, we really need a better long term strategy for dealing
with this type of weather.

My thoughts,

Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____
From: Robison, Jerri D.
Sent: Friday, August 05, 2011 9:48 AM
To: Adams, Charles D.
Cc: Burns, Bobby W.
Subject: RE: RE:

Here are the other 2 that were life flighted:

Settles, Edward # 1559637
Unit- Boyd

Meds:-ASA, Benzotropine 2mg qd, Dicloxacillin 500mg bid, Enalapril 10mg qpm, fluphenzine 10mg, qpm, motoprolol 25mg bid, nortriptyline 75mg qpm, metformin 100 mg bid.
No show for MH appt on 8-2-11. Clinic closed at 1800 hours. At approx 2250 he was asked for ID and did not respond. Dyspneic and 911 was activated. EMS arrived at 2310 and dx with heat stroke, resp failure, and hyponatremia.
Temp on unit at 2300 was 92 degrees and 30% humidity.
Security was providing ice water 3x daily on the wings but he also had access to water in housing area.
Transported to ETMC-Tyler via air; EMS decision. Placed on vent, weaning him off due to patient improvement.

Meyers, Thomas #680515
Unit- Coffield
Meds- Enalapril 10mg qam, Levothyroxine 0.1mg qd, Pravastatin 20mg qam, Rispiridone 2mg qpm
Nursing arrived in housing area at 2230. Offender had been in day room area and was at that time lying on the walk way on 2 row. He was unresponsive, skin hot and dry, however respirations were even and unlabored. Pupils constricted and non reactive, tachycardic, temp 104.6 ax.
Offender had free access to water in housing area. He was assigned to R wing which is noted to be hottest wing on the unit due to location in the evening sun. GP offender that had access to pill window but was not compliant with BP meds and Levothyroxine.
Helicopter landed on the unit (EMS request) to pick up patient however the patient coded. Removed from the chopper and taken by ground to PRMC where he was pronounced dead.

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
[http://www.utmb.edu/branding2010/assets/UTMB-Health-logo-w-tag_300.jpg]
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Adams, Charles D.
Sent: Friday, August 05, 2011 8:33 AM
To: Maxwell, Kelly B.; Robison, Jerri D.; Burns, Bobby W.
Subject: RE:


Thank you Kelly.


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. Important warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.
_____
From: Maxwell, Kelly B.
Sent: Friday, August 05, 2011 8:27 AM
To: Robison, Jerri D.; Burns, Bobby W.

Cc: Adams, Charles D.; Maxwell, Kelly B.
Subject: RE: RE:
Gurney Unit shipped Offender Brucia, Joseph # 1723327 for chest pain on 8.2.11. He went via
helicopter to ETMC Tyler. EMS made the call to ship via helicopter. Offender had abnormal EKG
and low blood pressure. He was given IV bolus and then nitro that helped relieve his pain. Mr.
S. Smith PA stated today that if his diagnosis was correct that the helicopter was appropriate
call, but that we did not make it.

From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 5:23 PM
To: Maxwell, Kelly B.; Burns, Bobby W.
Cc: Adams, Charles D.
Subject: Fwd: RE:

Please see Dr Adam's request below. I need the information in the am. Thank you both in
advance.

Denee'
806-438-7966

Begin forwarded message:
From: "Adams, Charles D." <cdadams@utmb.edu<mailto:cdadams@utmb.edu>>
Date: August 4, 2011 4:37:05 PM CDT
To: "Robison, Jerri D." <jdrobiso@UTMB.EDU<mailto:jdrobiso@UTMB.EDU>>
Cc: "Biscoe, Paul I." <pibiscoe@UTMB.EDU<mailto:pibiscoe@UTMB.EDU>>, "Wright, Gary G."
<ggwright@UTMB.EDU<mailto:ggwright@UTMB.EDU>>
Subject: RE:
Can you have the names and TDCJ numbers of these three to me in the AM ? I would also be
interested in their age, circumstances of the event (working outdoors vs. recreation yard),
how much water had they consumed, time of day symptoms began, current meds, etc.
Thank you,
Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____
From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 3:20 PM
To: Adams, Charles D.
Subject: Re: RE:
I believe it was Boyd.

Denee'
806-438-7966

On Aug 4, 2011, at 2:57 PM, "Adams, Charles D." <cdadams@utmb.edu<mailto:cdadams@utmb.edu>>
wrote:
Was the second one off of Beto..the one that died ? Wonder if we can have TDCJ "lock down" for
a while until the weather cools a bit, or at least bring everyone in around 11 AM.
Danny

Charles D. (Danny) Adams, MD, MPH

Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a
person's health care. It is being sent after appropriate authorization from the patient or
under circumstances that do not require patient authorization. You, the recipient are obliged
to maintain it in a safe, secure and confidential manner. Re-disclosure without additional
patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to
maintain confidentiality could subject you to penalties described in federal and state law.
Important warning: This message is intended for the use of the person or entity to which it is
addressed and may contain information that is privileged and confidential, the disclosure of
which is governed by applicable law. If you are not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
disclosure, copying or distribution of this information is strictly prohibited. If you have
received this message by error, please notify the sender immediately to arrange for return or
destruction of these documents.
_____

From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 2:42 PM
To: Adams, Charles D.
Subject: Fwd: RE:

More info on the chopper

Denee'
806-438-7966

Begin forwarded message:
From: "Burns, Bobby W." <bwburns@UTMB.EDU<mailto:bwburns@UTMB.EDU>>
Date: August 4, 2011 1:30:17 PM CDT
To: "Robison, Jerri D." <jdrobiso@UTMB.EDU<mailto:jdrobiso@UTMB.EDU>>
Subject: RE:
Edward Settles 1559637 was a heat related case from Boyd. He was transported to ETMC-FF where
he was diagnosed with heat stroke. He was transported by helicopter to ETMC-Tyler where he was
placed on a vent. He is improving and they are attempting to wean him off the vent today.

Thomas Meyers 680515 was brought to the clinic by staff in a heat related case. He was picked
up by EMS who had a helicopter land at the unit. He was placed in the bird where he coded. He
was removed from the bird and taken by ground unit to PRMC where he was pronounced.


From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 1:17 PM
To: Burns, Bobby W.
Subject: RE:

Was this the guy with the heat related illness? IF so, who gave the order to ship via air, the
EMS or a provider?

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
Confidentiality Notice: This email transmission contains confidential or legally privileged
information that is intended for the individual party or entity named in the email address. If
you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution or reliance upon the contents of this email is strictly prohibited. If you have
received this email transmission in error, please reply to the sender and delete the message
from your system. Thank you.

From: Burns, Bobby W.
Sent: Thursday, August 04, 2011 1:16 PM
To: Robison, Jerri D.
Subject: RE:

I had one from Boyd 8/3/11.

From: Robison, Jerri D.
Sent: Thursday, August 04, 2011 1:04 PM
To: Maxwell, Kelly B.; Burns, Bobby W.
Subject: FW:

Do either of you know of any of our patients that were air lifted out today or yesterday?

Denee' Robison, RN, BSN
Huntsville District DON
University of Texas Medical Branch-CMC
Mobile- 806-438-7966
Office- Shelia- 936-437-3128
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Adams, Charles D.
Sent: Thursday, August 04, 2011 12:09 PM
To: Clayton, Harold B.; Wright, Gary G.
Cc: Robison, Jerri D.
Subject:


Good Afternoon,

What was the nature of the two recent life-flights (one yesterday and one today) ? Was life flight really needed? Did the EMS ground crew order it or did we? We need to to know which ones to challenge, fairly early on.

Thanks,

Danny


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

Confidentiality Notice: Confidential Health Information Enclosed
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. Important warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.
_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11


_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11

_____

No virus found in this message.
Checked by AVG - www.avg.com<http://www.avg.com>
Version: 10.0.1390 / Virus Database: 1518/3810 - Release Date: 08/04/11
[attachment "image001.jpg" deleted by George Crippen/Health_Services/TDCJ]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 238



**Fw: Offender Death**

**William Stephens** to: R.C. Thaler, Oscar Mendoza, Thomas Prasifka, Kathy Cleere          08/08/2011 11:17 AM

| | |
|---|---|
| From: | William Stephens/Institutional/TDCJ |
| To: | R.C. Thaler/Institutional/TDCJ@TDCJ, Oscar Mendoza/Institutional/TDCJ@TDCJ, Thomas Prasifka/Institutional/TDCJ@TDCJ, Kathy Cleere/Executive_Directors_Office/TDCJ@TDCJ |
| Mail #: | WS-471 |

another one. housing temperature not extreme. may not be heat related.
----- Forwarded by William Stephens/Institutional/TDCJ on 08/08/2011 11:15 AM -----

| | |
|---|---|
| From: | Robert Eason/Institutional/TDCJ |
| To: | William Stephens/Institutional/TDCJ@TDCJ |
| Date: | 08/08/2011 10:45 AM |
| Subject: | Fw: Offender Death |

Boss,

Here's the information on the offender death at Michael we discussed a few minutes ago.

RJE
----- Forwarded by Robert Eason/Institutional/TDCJ on 08/08/2011 10:39 AM -----

| | |
|---|---|
| From: | Todd Foxworth/Institutional/TDCJ |
| To: | Robert Eason/Institutional/TDCJ@TDCJ |
| Cc: | Dwayne Dewberry/Institutional/TDCJ@TDCJ, William Motal/Institutional/TDCJ@TDCJ, Jimmy Bowman/Institutional/TDCJ@TDCJ, Jody Hefner/Institutional/TDCJ@TDCJ, /TDCJ@TDCJ, William Jock/Institutional/TDCJ@TDCJ, Steven Goff/Private_Facilities_Div/TDCJ@TDCJ, Keith January/Institutional/TDCJ@TDCJ, Michael Stephenson/Institutional/TDCJ@TDCJ, Christopher Holman/Institutional/TDCJ@TDCJ |
| Date: | 08/08/2011 10:04 AM |
| Subject: | Offender Death |

Offender Togonidze, Alexander #1578039, W/M, G3 was discovered in his cell on 4 building non responsive at approximately 805am by the correctional officer. ICS was initiated by security staff and medical responded. Subject offender had a pulse and heartbeat. He was transported to the medical department where his condition began to deteriorate. Dr. Wright was at the unit and directed the emergency response. The offender was diagnosed with hypertension, diabetes, he was a seizure patient and had other medical conditions. His core body temperature was 106 degrees when he arrived in the medical dept. An ambient temperature was taken by the Risk Manager in the offender's cell and was recorded as 86.2 degrees and the housing area temperature was 86.5 degrees. The offender reportedly ate breakfast this morning in the chow hall and his cellmate stated he appeared fine at this time. The offenders cellmate was compatible with Offender Togonidze as they were 6 years apart in age and 10lbs difference in weight. It is noted that the offender did own and have a fan in his cell. The Michael unit is placing ice water in all housing areas here 2 to 3 times a day as well as ensuring all fans are operational in the living areas. In addition, the offenders are allowed to wear shorts and t-shirts in the dayrooms. We are currently attempting to reach the next of kin of Offender Tongonidze. OIG is assisting us with this process as the tel #'s we have are producing a fast busy signal. Additional info will be forwarded as received.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 239

**From:**   Jeff Pringle/Institutional/TDCJ
**To:**     Roy Storie/Admin_Review_&_Risk_Mgmt/TDCJ@TDCJ

**Date:**   Wednesday, August 10, 2011 02:45PM
**Subject:**  Re:

Thank you,
Jeff Pringle, Warden
Hutchins State Jail

**From:** Roy Storie
**Sent:** 08/10/2011 02:43 PM CDT
**To:** Jeff Pringle
**Cc:** Roy Storie

Warden Pringle

The following temps were taken on 8/09/2011 and at 10:30 AM. The outside temperature was 92.

A-5 = 94
A-6 = 95
A-7 = 94
A-8 = 94

Temps taken at 2:00 PM with outside temp of 108.

C-1 = 102
C-2 = 103
C-3 = 102
C-4 = 101

Temps taken at 4:00 PM with outside temp at 108

D-1 = 102
D-2 = 104
D-3 = 105
D-4 = 104
=

