UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 247

| | |
|---|---|
| **From:** | Robert Williams |
| **To:** | Carol Lynn Coglianese |
| **Sent:** | 12/27/2011 12:48:12 PM |
| **Subject:** | Fw: Letters |
| **Attachments:** | letter danny adams.doc; to gary eubanks.doc |

Please discuss with me tomorrow. Thanks,

Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless expressly stated to the contrary herein.
----- Forwarded by Robert Williams/Health_Services/TDCJ on 12/27/2011 12:47 PM -----

| | |
|---|---|
| From: | Carol Lynn Coglianese/Health_Services/TDCJ |
| To: | Robert Williams/Health_Services/TDCJ@TDCJ |
| Date: | 12/08/2011 09:36 AM |
| Subject: | Letters |

Dr. Williams here are the letters you requested.

TDCJ019367



# Texas Department of Criminal Justice

**Brad Livingston**
Executive Director

To:     Dr. Danny Adams

From:   Carol Lynn Coglianese M.D.
        Health Services Division
        Texas Department of Criminal Justice

Date:   August 26, 2011

Re:     Offender Larry McCollum,  TDCJ # 1721640

---

I have just reviewed the medical record of the above offender who was located at the Hutchins State Jail. His Initial Intake and Health Screening was performed on July 15, 2011. On this form, it is documented that he had hypertension and diabetes. There were no vital signs recorded in the electronic medical record for his entire incarceration.

During the 8 days that he was incarcerated at this facility, no physical exam was performed. On July 15, 2011 his blood pressure medication was changed from clonidine to hydrochlorathiazide. His blood pressure was not evaluated and his self reported problem of diabetes was not addressed. On July 22, 2011, he was transferred emergently due to seizures to an outside hospital. On arrrival, his initial blood pressure was 200/150.

Please conduct an administrative review of the medical care rendered while he was incarcerated at this facility.

Copy:   Robert William, M.D.
        Director of Clinical Services

*Our mission is to provide public safety, promote positive change in offender*
*behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
936-437-3542
www.tdcj.state.tx.us

Plaintiffs' MSJ Appx. 6135

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
936-437-3542
www.tdcj.state.tx.us

Plaintiffs' MSJ Appx. 6136

TDCJ019369

 **exas Department of Criminal Justice**

**Brad Livingston**
**Executive Director**

To: Gary Eubanks

From: Carol Lynn Coglianese M.D.
Health Services Division
Texas Department of Criminal Justice

Date: August 26, 2011

Re: Offender Larry McCollum, TDCJ # 1721640

I have just reviewed the medical record of the above offender who was located at the Hutchins State Jail. His Initial Intake and Health Screening was performed on July 15, 2011. On this form, it was documented that he had hypertension and diabetes. There are no vital signs documented in the electronic medical record for his entire incarceration. On July 15, 2011, nursing obtained a verbal order to change his blood pressure medication from clonidine to hydrochlorathiazide. He was emergently transferred to a hospital on July 22, 2011 with seizures, and his initial blood pressure on arrival was 200/150.

Please conduct an administrative review of the nursing care rendered to this offender while he was incarcerated at this facility.

Copy: Dr. Robert Williams
Director Of Clinical Services

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
936-437-3542
www.tdcj.state.tx.us

Plaintiffs' MSJ Appx. 6137

TDCJ019370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 248

---

| | |
|---|---|
| **From:** | Robert Williams |
| **To:** | Adams, Charles D. |
| **Sent:** | 2/16/2012 12:53:59 PM |
| **Subject:** | RE: FW: Heat Related Illness |
| **Attachments:** | Possible Heat-Related Illnesses and Suspected Deaths.ppt; Possible Heat-Related M&M Report final 9-15-11.doc |

Attached is a report of possible heat-related deaths in 2011.

Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless expressly stated to the contrary herein.

| | |
|---|---|
| From: | "Adams, Charles D." <cdadams@utmb.edu> |
| To: | "Williams, Robert" <robert.williams@tdcj.state.tx.us> |
| Date: | 02/16/2012 12:20 PM |
| Subject: | RE: FW: Heat Related Illness |

You might have someone run a list of all possible heat-related deaths from last year to identify medications involved (I believe a small number were not on any meds) and we may be able to modify HSM-18 notations to better serve as an alert. Your right it's complicated, but worth the effort to tweek it where we can.

Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

---

From: Robert.Williams@tdcj.state.tx.us [Robert.Williams@tdcj.state.tx.us]
Sent: Thursday, February 16, 2012 11:51 AM
To: Adams, Charles D.
Subject: RE: FW: Heat Related Illness

I am sure it is a complicated issue. Whether or not TDCJ could legally withhold outdoor recreation in extreme weather is certainly investigable. However, with most of the prison units not air conditioned, I don't know how meaningful the practice would be. A few years ago, Mr Quarterman found that when the outdoor temperature was 98 outside, we had dorms with temps up to 110 inside. It seems like the offenders in that case were better off outside. What they do outside, of course, is also an issue. We have strict guidelines regarding work assignments, rest, and hydration for workers. I doubt we can disallow recreational activities that the

Plaintiffs' MSJ Appx. 6139

TDCJ019349

offenders elect to participate in during their recreational time based on weather.
The education material distributed earlier would help to raise awareness. Possibly, there is
some patient education material that could be made more available to offenders, as well. We
need to be very aggressive in getting the HSM-18 updated for all at risk offenders, since the
majority of heat-related deaths involve prescription drugs known to increase the risk.


Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the
exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary
information. Any other interception or use of these materials is strictly prohibited. If you
have received these materials in error, please notify me immediately by telephone and destroy
all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless
expressly stated to the contrary herein.


From: "Adams, Charles D." <cdadams@utmb.edu>
To: "Williams, Robert" <robert.williams@tdcj.state.tx.us>
Date: 02/16/2012 07:17 AM
Subject: RE: FW: Heat Related Illness

_____


Your welcome. I would suggest that as a starting point, you present the problem to TDCJ legal
and get the ground rules for discontinuing (or severly restricting) outside recreation for
certain (or even all) offenders during specified temperature/humidity conditions. Last year I
went to Skyview/Hodge to review three heat-related deaths that occurred over a two day period.
When I asked if the offenders had participated in outside recreation that day, no one could
tell me. I realize that keeping track of and coordinating recreation, particularly outside
recreation, is a huge task, but in light of last summer, it could certainly be justified.
Anyway, just one more thing to worry about.....

Your thoughts ?

Danny



Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

_____
From: Robert.Williams@tdcj.state.tx.us [Robert.Williams@tdcj.state.tx.us]
Sent: Thursday, February 16, 2012 7:01 AM
To: Adams, Charles D.
Subject: Re: FW: Heat Related Illness


Thank you, very much.


Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the
exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary

TDCJ019350

information. Any other interception or use of these materials is strictly prohibited. If you
have received these materials in error, please notify me immediately by telephone and destroy
all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless
expressly stated to the contrary herein.


From: "Adams, Charles D." <cdadams@utmb.edu>
To: "Moultrie, Jane M." <jmmoultr@utmb.edu>, "Morris, Susan M." <smmorris@UTMB.EDU>, "Vincent,
Bobby M." <bmvincen@UTMB.EDU>, "Wright, Gary G." <ggwright@UTMB.EDU>, "Smith, Monte K."
<mksmith@UTMB.EDU>
Cc: "Zepeda, Stephanie D." <sdzepeda@UTMB.EDU>, "Williams, Robert"
<robert.williams@tdcj.state.tx.us>, "lannette.linthicum@tdcj.state.tx.us"
<lannette.linthicum@tdcj.state.tx.us>, "Adams, Glenda M." <gmadams@utmb.edu>
Date: 02/16/2012 06:53 AM
Subject: FW: Heat Related Illness


_____


Good Morning,

Looking back at the problems that we encountered last summer, I would forward this to your
unit teams for discussion in their monthly/quarterly meetings and ask them to involve the
warden in strategies to deal with heat related illness, at their particular units. I would
even open the topic of restricting outside recreation during certain temperature extremes.
They get a little "queezy" when this is brought up, but if you look at the unprecedented
number of heat related deaths that we experienced last year, it would certainly be justified
in certain circumstances. If you have thoughts on this topic, please share.

Thanks,

Danny


Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC


_____
From: Zepeda, Stephanie D.
Sent: Wednesday, February 08, 2012 3:35 PM
To: Smock, Stephen R.; Coates, Kelly; Williams, Anthony K.; Eubank, Gary J.; Adams, Glenda M.;
Adams, Charles D.; Penn, Joseph; Echols, Beverly A.; Horton, Billy E.; Murray, Owen J.
Subject: Heat Related Illness

Hi,

In preparation for the upcoming summer and due to the number of heat related illnesses
reported last summer and number of inquiries on how to manage patients on medications that put
patients at increased risk, I thought it would be beneficial to put an educational program
together for unit health care staff. Dr. Angela Koranek put it together.

As you know, health services has a policy that addresses this issue (Heat Stress Policy
B-15.2) and the information in the policy was incorporated into the presentation. I was hoping
that you could review and make recommendations for changes or additions and that this program
could be offered through the CED and CLP. I thought it could be offered each year just prior
to the summary.

Your thoughts? Thanks.

Stephanie Zepeda, PharmD
Director, Pharmacy Services
UTMB Health
Correctional Managed Care
2400 Avenue I

TDCJ019351

Huntsville, TX 77340
Phone: 936-437-5300
Fax: 936-437-5311
sdzepeda@utmb.edu

Confidentiality Notice: This email transmission contains confidential or legally privileged
information that is intended for the individual party or entity named in the email address. If
you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution or reliance upon the contents of this email is strictly prohibited. If you have
received this email transmission in error, please reply to the sender and delete the message
from your system. Thank you.

[attachment "Heat Related Illnesses 2012.pptx" deleted by Robert Williams/Health_Services
/TDCJ]

TDCJ019352



**Attachment B**

**Number of Possible Heat-Related Illnesses and Suspected Deaths by Month**

June 1, 2011 through September 15, 2011
compared to Calendar Year 2010









**Attachment F**
**TDCJ Units with Possible Heat-Related Deaths**
June 1, 2011 through September 15, 2011
(**Total Number of Possible Heat-Related Deaths—14**)

Plaintiffs' MSJ Appx. 6147



## Possible Heat-Related Deaths 2011
## updated 1-3-12

| Name | TDCJ Number | Unit of Assignment | Date of Death | Autopsy Location | Autopsy Information |
|---|---|---|---|---|---|
| McCollum, Larry | 1721640 | Hutchins | July 22, 2011 | DALLAS Cty | 11-2-11 Final Autopsy:  "…died as the result of hyperthermia." |
| Hudson, Douglas | 1722504 | Gurney | July 25, 2011 | UTMB | 10-6-11 Final Autopsy:  "…it is our opinion that the cause of death is environmental hyperthermia (heat stroke)." |
| Meyers, Thomas | 680515 | Coffield | August 2, 2011 | UTMB | Provisional:  "pending final autopsy" |
| Webb, Robert | 1569761 | Hodge | August 4, 2011 | UTMB | Provisional: "sudden cardiac death" |
| Martone, Michael | 1395315 | Huntsville | August 8, 2011 | Harris Cty ME | 11-15-11 Final Autopsy:  "Hyperthermia" |
| Togonidze, Alexander | 1578039 | Michael | August 8, 2011 | UTMB | Provisional:  "hyperthermia" |
| Cook, Charles | 1457546 | Hodge | August 8, 2011 | UTMB | Provisional:  "hyperthermia" |
| Marcus, Kelly | 1128380 | Connally | August 12, 2011 | UTMB | 9-23-11 Final Autopsy: "…most likely environmental hyperthermia-related classic heat stroke though toxicology tests and vitreous humor tests are still pending." |
| James, Kenneth | 1726849 | Gurney | August 13, 2011 | UTMB | 9-23-11 Final Autopsy: "…most likely environmental hyperthermia-related classic heat stroke though toxicology tests and vitreous humor tests are still pending." |
| Alvarado, Daniel | 1517660 | Beto | August 20, 2011 | UTMB | 10-27-11  Final Autopsy:  "The cause of death is judged to be environmental hyperthermia…" |
|  |  |  |  |  |  |

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**Heat-Related Morbidity and Mortality Report\***
**June 1, 2011 through September 15, 2011**

During the fourth quarter of FY-2011 (June 1, 2011 through September 15, 2011), TDCJ Health Services monitored possible heat-related illnesses and suspected heat-related deaths of TDCJ offenders in facilities contracted by the Correctional Managed Health Care Committee (CMHCC).

(See Attachment A.)
Correctional Managed Health Care Policy Number B-15.2, *Heat Stress,* establishes guidelines for preventing and monitoring heat stress illness. This policy defines the following types of heat-related illnesses: heat cramps, heat exhaustion and heat stroke. This policy also lists different types of drugs which are associated with heat stress. This list can be divided into two groups of drugs: 1) Antipsychotic Drugs and 2) Other drugs associated with heat stress. Also attached to this policy is a list of medical conditions and diagnoses, which are "co-morbidities that may affect heat tolerance". The policy states that "offenders on antipsychotic drugs should not be allowed to work or recreate in environments where the apparent air temperature is 95 degrees F or higher. This restriction should also be considered for offenders who are on other drugs … (associated with heat stress)…, or if they also have an underlying medical condition that places them at increased risk." Documentation of a "heat restriction" "shall be made in the patient's health record on the HSM-18, *Health Summary for Classification* form."

(See Attachment B.)
Between June 1, 2011 and September 15, 2011, a total number of 163 TDCJ offenders were reported to have a possible heat-related illness, of which 14 are suspected as heat-related deaths, compared to a total number of 45 possible heat-related illnesses and no possible heat-related deaths in the calendar year of 2010. 65% (107) of the possible heat-related illnesses between June 1, 2011 and September 15, 2011 occurred during the month of August.

(See Attachment C.)
1) In June 2011 there were 26 possible heat-related illnesses, compared to 8 possible heat-related illnesses in June 2010. (There were no possible heat-related deaths in June 2010 or June 2011.)
2) In July 2011 there were 26 possible heat-related illnesses (1 of which is a suspected heat-related death), compared to 10 possible heat-related illnesses (0 deaths) in July 2010.
3) In August 2011 there were 107 possible heat-related illnesses (12 of which are suspected heat-related deaths), compared to 7 possible heat-related illnesses (0 deaths) in August 2010.
4) Between September 1, 2011 and September 15, 2011 there were 4 possible heat-related illnesses (1 of which is a suspected heat-related death), compared to 3 possible heat-related illnesses (0 deaths) between September 1, 2010 and September 15, 2010.

(See Attachment D.)
Of the 163 TDCJ offenders with possible heat-related illnesses between June 1, 2011 and September 15, 2011, there were a total of 74 offenders (45 percent) taking drugs associated with heat stress.
Of these 74 offenders, there were 30 offenders (40%) who did not have a "heat restriction."

(See Attachment E.)
Of the 14 TDCJ offenders with suspected heat-related deaths, 12 were taking drugs associated with heat stress.
Eight of these 12 offenders (67 percent) did not have a "heat restriction."

(See Attachment F.)
There were 11 TDCJ facilities with 14 suspected heat-related deaths. They are listed, as follows, along with their respective number of cases. Nine of these facilities have one suspected heat-related death. Gurney has 3 suspected cases, and Hodge has 2 suspected cases.

| | | | | | |
|---|---|---|---|---|---|
| 1) | Beto | (1) | 7) | Hutchins | (1) |
| 2) | Coffield | (1) | 8) | Huntsville | (1) |
| 3) | Connally | (1) | 9) | Gurney | (3) |
| 4) | Estelle | (1) | 10) | Michael | (1) |
| 5) | Hobby | (1) | 11) | Murray | (1) |
| 6) | Hodge | (2) | | | |

(See Attachment G.)
There are six TDCJ facilities with 8 or more possible heat-related illnesses.

| | | |
|---|---|---|
| 1) | Eastham | (8) |
| 2) | Goodman | (8) |
| 3) | Gurney | (15) |
| 4) | Huntsville | (17) |
| 5) | Jester 3 | (11) |
| 6) | Plane | (11) |

\*[Note: All reports of possible heat-related morbidity (illness) and mortality (deaths) in this report and all accompanying attachments, tables, graphs, etc. are considered "suspected" or "possible", and are not confirmed. Suspected or possible heat-related deaths are all pending final autopsy reports.]

TDCJ019354

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 249

| | |
|---|---|
| **From:** | Noble, Sheri A. |
| **Sent:** | Thursday, June 28, 2012 9:58 AM |
| **To:** | Fong, George G.; Cardona, Arthur R.; Urban, Cindy A.; Sigman, Felisse M.; Gandy, Robin; Perez, Andrew L. |
| **Subject:** | FW: Acting Out Offenders |

Please read and be cautious.

*Sheri A. Noble, MA, LPC-S*
Mental Health Manager
University of Texas Medical Branch-Correctional Managed Care
Garza East & West Units
4250 Highway 202, Beeville, Texas 78102
CMC (361) 358-9890 ext. 2304 or 2263
FAX  (361) 358-9890 ext. 2205

Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.

---

**From:** Simental, Joe A.
**Sent:** Thursday, June 28, 2012 9:52 AM
**To:** Yarbrough, Amanda E.; Myers, Cynthia A.; Jordan, Glen A.; Manning, George C.; Tejada, John D.; Henshaw, Jodie; McLearen, Kimberly S.; Wang, Kun; Hall, Megan (Hobby Unit); Whitley, Mary K.; Roberts, Robyne C.; Alexander, Sue A.; Noble, Sheri A.; Teague-Cobb, Sigrid; Hull, William L.; Attaway, Yolanda F.; McDow, Rebecca N.
**Cc:** Echols, Beverly A.
**Subject:** Acting Out Offenders

Good Morning everyone,

Please see Megan's forwarded email.   The offender is doing a life sentence and the rumor is that the offender "did this for the other females so they would not have to go out in the fields."-Hobby Unit.

Monday we had a Security Officer seriously assaulted by an offender that was taken out of the fields to work in the kitchen due to the heat.   The offender seriously injured the Security Officer at Mt View.

The heat maybe causing offenders to act out to keep from going to work.  Be extra alert as you go about your daily business.

*Joe A. Simental, MA, LPC-S*
*Senior Mental Health Manager*
*Region 1*
*2305 Ransom Rd.*
*Gatesville, Texas 76528*
*Tele 254-865-7226 ext 7339*
*Fax 254-248-3256*
*Cell 903-245-5304*

**Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.**

1

UTMBEmails000017613

**From:** Hall, Megan (Hobby Unit)
**Sent:** Thursday, June 28, 2012 9:43 AM
**To:** Simental, Joe A.
**Subject:** FYI

Just to let you know on Tuesday morning our Field Lt. was attacked by an offender with homemade shank made from an aluminum can and was cut across the side of the face.

*Megan Hall, MA, LPC-S*
*Mental Health Manager Hobby/Marlin Unit*
*742 FM 712, Marlin, TX 76661*
*(254) 883-5561 Ext #1286*
*mchall@utmb.edu*

**Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.**

2

UTMBEmails000017614

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, §<br><br>PLAINTIFFS §<br> §<br>v. §<br> §<br> §<br> §<br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. §<br>DEFENDANTS § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 250



Texas Department of Criminal Justice

Brad Livingston
Executive Director

Administrative Incident Review

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HUTCHINS STATE JAIL**

*HAND DELIVERED ?*

Received

JUL 2 5 2012

EAC

| | |
|---|---|
| **Incident Number:** | I-10671-07-11 |
| **TO:** | Emergency Action Center |
| **THRU:** | Robert Eason<br>Region II Director |
| **SUBJECT:** | Natural Attended Death |
| **PERSONS INVOLVED:** | Offender McCollum, Larry #1721640; W/M; DOB – 04/04/53; Age 58; NR custody; Serving a 12 month sentence for Forgery from McLennan County; Sentence Begin Date 06/21/11; TDCJ Received Date 07/15/11. |
| **SUMMARY:** | On Thursday, July 28, 2011, at approximately 11:35 pm, Offender Larry McCollum, a 58 year old white male NR custody offender, who is 5'10" and weighs 320 pounds, was pronounced deceased by the attending Doctor Charles Owens and Intern-Physician Rigoberto Ramirez at Parkland Hospital in Dallas, Texas. The preliminary cause of death is listed as Respiratory Failure/Neurological Failure. The offender's next of kin, Mrs. Sandra McCollum was present at the time of the offender's death. |

On Friday July 22, 2011, at 2:10 am, Officer Richard Clark CO V was in C7 dorm conducting count. An offender approached Officer Clark and stated that an offender was shaking. Officer Clark went to C7-46 bunk and found Offender McCollum, Larry #1721640, having a seizure. Officer Clark notified the picket officer, Officer Adetoun Jolayemi. Officer Jolayemi initiated the incident command system by calling for additional staff, a video camera, and a supervisor. Sergeant Karen Tate arrived on the scene and attempted to talk to the offender. He remained unresponsive. At approximately 2:40 am, Lieutenant Sandrea Sanders arrived at C7 dorm in order to make an assessment of the offender. The offender remained unresponsive and Lieutenant Sanders then called the Crain Unit and spoke with the triage nurse. The nurse could not find any medical information to verify or disprove a seizure disorder. She, therefore, recommend that Offender McCollum be transported to the hospital via ambulance.

On Friday July 22, 2011, at approximately 3:38 am, Offender McCollum was transported via ambulance to Parkland Hospital after being found on his assigned bunk with what appeared to be a seizure. The offender was assessed at Parkland Hospital and placed on a ventilator. The offender's condition at that time was

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

listed as critical and he was assigned to the 9th floor Intensive Care Unit.

On July 22, 2011, the next of kin was contacted and advised by Warden Polk of Offender McCollum's condition and to obtain his medical history. Offender McCollum's immediate family was allowed visitation. Offender McCollum received many tests to determine if he had any neurological response/s and to determine the original cause of the seizure. Offender McCollum remained on a ventilator until Thursday, July 28, 2011. The attending physician at Parkland Hospital provided Ms. Sandra McCollum and family member's information concerning Offender McCollum's status. The family, at that time, chose to remove the offender from the ventilator and cease all life saving treatment. At approximately 5:25 pm, Offender McCollum was taken off the ventilator and he continued to breathe on his own until approximately 11:35 pm. Offender McCollum was pronounced deceased by the attending physician. Mr. Michael Keck from the Office of the Inspector General and Major Terry May were both notified of the offender's passing and reported to the hospital. Mr. Keck declared the area a crime scene and documented the area and cleared the crime scene at approximately 1:20 am. On July 29, 2011, Captain Kyron Session relieved the security staff at the hospital. Captain Session remained at the hospital with the offender's remains until he was taken to the hospital morgue. The family of the offender did claim the body and an autopsy was performed by Dallas Medical Examiner's Office. Carne's Funeral Home in Texas City, Texas was contacted of the death and the family's intent to claim the offender's remains. Senior Warden, Jeff Pringle and Assistant Warden, Baldin Polk had visited the family earlier, and were aware of their decision to remove him off the ventilator and was notified of the offender's passing at 11:45 pm. The Unit Chaplain, Mr. Gene Bartholf was notified. Mr. Robert Eason, the Region II Director, was also notified of this incident at 12:01 am. On July 29, 2011, at 1:01am, Ms. Kyla Crumbly of the Emergency Action Center was notified of this incident. Incident Number I-10671-07-11 was issued to this incident.

| ACTION/ INACTION: | Employee action was not a contributing factor in this incident. |
|---|---|

| ATTACHMENTS: | **EAC Report**<br>**Incident Report**<br>**Travel Card**<br>**Chaplain's Email/ Worksheet**<br>**Transport Orders**<br>**TDCJ Autopsy Order**<br>**Personal Property**<br>**Letter to Family**<br>**Personal Property Letter**<br>**Employee Statements**<br>**Photos of offender McCollum remains**<br>**HMS-18**<br>**Medical Examiner Cause of Death Report** |
|---|---|

| ADMINISTRATIVE REVIEW: | In accordance with Administrative Directive 02.15 (rev.11), the following was addressed: |
|---|---|

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

I. Wardens Comments:

Staff actions taken were consistent with Texas Department of Criminal Justice policies and procedures. Offender McCollum was received from McLennan County on July 15, 2011, and he had no property and he was properly housed according to his custody level at the time of the incident. Offender McCollum was found unresponsive by security staff during count and they immediately began proper care.

Lt. Sanders' investigation consisted of interviews and written statements from offenders in the C7-Dorm and she ruled out any foul play. Offenders in the dorm indicated that Offender McCollum would not get off his bunk or go eat and he was withdrawn from dorm activities leading up to the incident. All security staff handled the issue with dignity and respect for the family and the Administration also met with the family members to show care and passion for the situation. The Unit Chaplain met with the McCollum family to give spiritual guidance and sympathy for their loss.

Offender McCollum was seen by the Hutchins Unit Medical Staff for his intake physical, as per policy. The initial medical intake physical was completed and Offender McCollum was placed on medicine for hypertension. There was no lesser action that could have been taken to prevent the seizure and the offender's death. The unit has completed additional awareness training for signs of heat exhaustion and heat stroke, and also began dorm checks of offenders who appear on the extreme temperature list.

The following measures are in place on the Hutchins Unit in order to increase awareness and identify offenders that may need immediate medical attention.

- Dorm temperatures are checked by each shift.
- Shower temperatures were lowered and the offenders allowed unlimited access to the showers.
- Commissary shorts and t-shirts were allowed to be worn in the housing area dayrooms.
- Additional cold drinking water is passed out to the offender population.
- Staff received additional training on heat related illnesses in order to identify and assist those offenders who may suffer adverse effects from the heat.
- The signs of heat related illness are posted in the offender housing areas to allow offenders to identify the signs of heat related illness.

The following measures were implemented after this incident to prevent future occurrences of similar events:

- Offenders on the extreme temperature list are checked for wellness in the housing areas every 30 minutes throughout the day and offenders in jobs that expose them to extreme temperatures were reassigned.
- Offenders are reviewed and screened based on height/weight for lower bunk restriction for after hour moves.

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

The Hutchin's Unit conducted heat temperature training in May 2011 for all staff and offender workers. The training consists of recognizing signs of heat stroke, heat exhaustion, and steps to prevent and treat heat-related illnesses. Offender housing areas are constantly monitored, as officers are routinely in and out of dorms for security and safety reasons.

_____          8-5-11
Jeff Pringle, Senior Warden, Hutchins Unit          Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

1500 E. Langdon Road
Dallas, Texas 75241-7136
(972)225-1304

Plaintiffs' MSJ Appx. 6158
EAC-05