UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 257

| | |
|---|---|
| **From:** | Bryan Collier |
| **To:** | Jason Clark |
| **CC:** | Jeff Baldwin |
| **Sent:** | 9/10/2013 9:32:52 AM |
| **Subject:** | Re: draft with edits- please review |

I ran it by BL and he is good.BC

Bryan Collier
Deputy Executive Director
Texas Department of Criminal Justice
(936) 437-6251
(936) 437-8925 Fax

| | |
|---|---|
| From: | Jason Clark/Executive_Directors_Office/TDCJ |
| To: | Bryan Collier/Executive_Directors_Office/TDCJ@TDCJ, Jeff Baldwin/Executive_Directors_Office/TDCJ |
| Date: | 09/10/2013 09:22 AM |
| Subject: | Re: draft with edits- please review |

I'm good with the changes.

----- Original Message -----
**From:** Bryan Collier
**Sent:** 09/10/2013 09:18 AM CDT
**To:** Jason Clark; Jeff Baldwin
**Subject:** draft with edits- please review

The well being of staff and offenders is a top priority for the agency and we remain committed to making sure that both are safe during the extreme heat.

TDCJ takes precautions to help reduce heat - related illnesses such as providing water and ice to staff and offenders in work and housing areas, restricting offender activity during the hottest parts of the day, and training staff to identify those with heat related illnesses and refer them to medical staff for treatment.

Although a detailed cost analysis has not been done, retrofitting facilities with air conditioning would be extremely expensive. It should be noted that medical, psychiatric, and geriatric units are air conditioned.

Below are some system wide protocols that units utilize during extreme heat.
*Provide additional water; ice is provided if available in the work and housing areas
*Restrict outside activity (work hours) in accordance with agency policy
*Ensure all staff and offenders working in areas of extreme heat (e.g., field, maintenance, yard squad) are provided frequent water breaks
*Transport offenders during the coolest hours of the day
*Screen outgoing offenders to ensure the selected mode of transportation is appropriate
*Load and unload transfer vehicles as quickly as possible
*Refill water coolers on buses at various times during the trip to maintain water at appropriate temperature
*When utilizing fans, air is drawn through the structure and exhausted outside, taking full advantage of the fresh air exchange system or prevailing winds to assist in the movement of air, as applicable
*Increase airflow by utilizing blowers, when appropriate, normally used to move hot air in the winter;

Plaintiffs' MSJ Appx. 6211

TDCJ010023

attach ribbons to vents to ensure blowers are being used appropriately
*Allow additional showers for offenders when feasible
*Allow offenders to wear shorts in dayrooms and recreational areas
*All custody levels are allowed fans.
*Train employees and offenders so they are aware of the signs and treatment for heat-related illnesses
*TDCJ staff and medical providers work closely together to identify offenders susceptible to heat related issues. A list of identified offenders is provided to housing officers who conduct frequent wellness checks on the offenders.

The agency strives to mitigate the impact of temperature extremes. Again, TDCJ is committed to making sure that offenders and staff are safe during the extreme heat.

All TDCJ facilities are accredited by the American Correctional Association (ACA); air conditioning is not required by the ACA for accreditation.

TDCJ does not discourage employees from filing Workers Compensation claims for any reason.

The Texas Civil Rights Project has filed wrongful death heat related lawsuits against the TDCJ. TDCJ does not comment on its response to actual or potential litigation.

Bryan Collier
Deputy Executive Director
Texas Department of Criminal Justice
(936) 437-6251
(936) 437-8925 Fax

TDCJ010024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 258

| | |
|---|---|
| **From:** | Robert Williams |
| **To:** | Lannette Linthicum |
| **Sent:** | 10/31/2013 4:23:42 PM |
| **Subject:** | Fw: Life threatening conditions. |

Dr Linthicum,

I like what Mr Echessa was trying to do in the message at the origin of this email train and agree that life-threatening conditions need to go offsite 911 without delay if medical is not onsite. Maybe HSD could help with the wording a bit to clarify the life-threatening conditions if CID wants to be enabled to decide between 911 and HUBs. Would you like for me to handle this or would you prefer to be involved?


Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless expressly stated to the contrary herein.
----- Forwarded by Robert Williams/Health_Services/TDCJ on 10/31/2013 04:18 PM -----

| | |
|---|---|
| From: | George Crippen/Health_Services/TDCJ |
| To: | robert.williams@tdcj.state.tx.us |
| Date: | 10/31/2013 04:05 PM |
| Subject: | Fw: Life threatening conditions. |


Dr. Williams:

Please see the email thread below and let me know what to tell Gary Eubank.

Thanks

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.
----- Forwarded by George Crippen/Health_Services/TDCJ on 10/31/2013 04:04 PM -----

| | |
|---|---|
| From: | "Eubank, Gary J." <gjeubank@UTMB.EDU> |
| To: | "george.crippen@tdcj.state.tx.us" <george.crippen@tdcj.state.tx.us> |
| Cc: | "Robison, Justin R." <jrrobiso@UTMB.EDU> |
| Date: | 10/31/2013 04:00 PM |
| Subject: | Fwd: Life threatening conditions. |

Plaintiffs' MSJ Appx. 6214

TDCJ018083

George

Can you please clarify this? This directive could have a significant cost impact.

Sent from my iPhone

Begin forwarded message:

**From:** "Brown, Paul V." <pvbrown@UTMB.EDU>
**Date:** October 31, 2013 at 3:57:14 PM CDT
**To:** "Eubank, Gary J." <gjeubank@UTMB.EDU>, "Robison, Justin R." <jrrobiso@UTMB.EDU>, "Robison, Jerri D." <jdrobiso@UTMB.EDU>, "Saenz, Hilario" <hisaenz@UTMB.EDU>
**Subject: Fwd: Life threatening conditions.**

We are hearing quite a bit about this today. Are any of you hearing of similar directives through your TDCJ channels? Information being received is that patients complaining of these symptoms after hours will not be sent to a HUB they will be shipped 911. Seizures is notable from the list below (see bottom of email string).

Paul Brown, RN
Region III - Director of Nursing Services
UTMB Correctional Managed Care

Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

Begin forwarded message:

**From:** "Dostal, Susan" <skdostal@UTMB.EDU>
**Subject: RE: Life threatening conditions.**
**Date:** October 31, 2013 at 3:46:14 PM CDT
**To:** "Genin, Marisol C." <mcgenin@UTMB.EDU>, "Smith, Tawana L." <talsmith@UTMB.EDU>, "Okoye, Cecilia C." <ccokoye@UTMB.EDU>, "Potter, Melanie K." <mkpotter@UTMB.EDU>, "Evans, Alan T." <atevans@UTMB.EDU>, "Patni, Shamim" <shpatni@UTMB.EDU>
**Cc:** "Brown, Paul V." <pvbrown@UTMB.EDU>, "Chavers, Jason L." <jlchaver@UTMB.EDU>, "Moultrie, Jane M." <jmmoultr@utmb.edu>, "Dostal, Susan" <skdostal@UTMB.EDU>

UTMB providers and nursing -

If the Medical Department is closed on a Unit and the Security staff has a patient exhibiting one of the life threatening conditions below, they have been given the direction from the Regional Director to send the offender 911 to a local hospital. For those conditions they will NOT be moving the offender to J3/Hub.

skd

_____

-----Original Message-----
From: Monty.Hudspeth@tdcj.state.tx.us [mailto:Monty.Hudspeth@tdcj.state.tx.us]
Sent: Thursday, October 31, 2013 2:58 PM
To: Dostal, Susan
Subject: Re: Life threatening conditions.

Plaintiffs' MSJ Appx. 6215

911

-----

----- Original Message -----
From: "Dostal, Susan" [skdostal@UTMB.EDU]
Sent: 10/31/2013 07:40 PM GMT
To: Monty Hudspeth
Cc: "Dostal, Susan" <skdostal@UTMB.EDU>
Subject: RE: Life threatening conditions.


So for J1/J2 - will they go 911 or still brought to J3/Medical?
S

-----

-----Original Message-----
From: Monty.Hudspeth@tdcj.state.tx.us [mailto:Monty.Hudspeth@tdcj.state.tx.us]
Sent: Thursday, October 31, 2013 2:20 PM
To: Dostal, Susan; Mark Clarke; Terri Walker; Patricia Demerson; Dennis Miller; Daniel Hunt; Ronald Jackson; Kirt Stiefer; Kristen Gibson; JP
Subject: Fw: Life threatening conditions.



------Original Message------
From: Leonard Echessa
To: Steve Massie
To: Mike Roesler
To: Alphonso James
To: Gene Kroll
To: David Blackwell
To: Octavious Black
To: Troy Simpson
To: Frankie Reescano
To: Roger Pawelek
To: James Mossbarger
To: Mark Jones
To: Herman Weston
To: Chris Carter
To: Monty Hudspeth
To: Don Bosco
To: Cornelius Smith
Subject: Life threatening conditions.
Sent: Oct 31, 2013 2:15 PM

The following are life threatening conditions as taught in our training academy.
Difficulty breathing.
Chest pain.

Plaintiffs' MSJ Appx. 6216

TDCJ018085

Heavy bleeding.

Seizures.

Cool,pale or clammy skin with a decreased level of consciousness.

Red,hot or dry skin.

The Offenders appears to be drunk.

Altered mental status.

If an Offender displays any of this symptoms and medical is off-site, call 911.

If ICS is initiated and the on scene commander is a correctional Officer, they will be empowered by you to call 911 via radio if medical is off-site.

Call if you have any questions.

TDCJ018086

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, §<br><br>PLAINTIFFS §<br><br>v. §<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE, §<br><br>DEFENDANTS § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 259

| | |
|---|---|
| **From:** | Robert Williams |
| **To:** | Morris, Susan M. |
| **CC:** | Vincent, Bobby M.; Adams, Charles D.; Moultrie, Jane M. |
| **Sent:** | 11/4/2013 4:42:50 PM |
| **Subject:** | RE: Life threatening conditions. |

This email train originates with the only notice I have seen in writing.


Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (936) 437-3166

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless expressly stated to the contrary herein.


| From: | "Morris, Susan M." <smmorris@UTMB.EDU> |
|---|---|
| To: | "Adams, Charles D." <cdadams@utmb.edu>, "Williams, Robert" <robert.williams@tdcj.state.tx.us> |
| Cc: | "Moultrie, Jane M." <jmmoultr@utmb.edu>, "Vincent, Bobby M." <bmvincen@UTMB.EDU> |
| Date: | 11/04/2013 04:38 PM |
| Subject: | RE: Life threatening conditions. |


Could we get a copy of this directive since apparently it will be system-wide. Some officers are under the impression they are to call 911 for every "seizure" regardless of whether the clinic is open or it is after hours.
Susan


Susan M. Morris, M. D.
Region I Medical Director
UTMB-Correctional Managed Care
Office: Halbert Unit 512-756-6171 x 7321
Fax: Halbert Unit 512-756-6171 x 7227
Cell: 8307987721

All communications fall under the protection and limitations of the UTMB confidentiality policy, and other protective statutes, pursuant to V.T.C.A. ,Occupations Code 303.006 or 160.007 or V.T.C.A., Health and Safety Code 161.032. The contents of this message is deemed confidential. If you are not the intended recipient, you are hereby notified that any use, dissemination, forwarding, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately


_____
From: Adams, Charles D.
Sent: Friday, November 01, 2013 6:25 AM
To: Williams, Robert
Cc: Moultrie, Jane M.; Morris, Susan M.; Vincent, Bobby M.
Subject: FW: Life threatening conditions.

Dr. Williams,
I think this is a big mistake and will result in MANY unneeded transfers. You won't like the bill either.

Plaintiffs' MSJ Appx. 6219

TDCJ018078

Danny

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

_____
From: Chavers, Jason L.
Sent: Thursday, October 31, 2013 3:56 PM
To: Moultrie, Jane M.
Cc: Adams, Charles D.
Subject: Re: Life threatening conditions.

I have sent Steve who in turn has asked Owen about it.

Jason Chavers


> On Oct 31, 2013, at 3:55 PM, "Moultrie, Jane M." <jmmoultr@utmb.edu> wrote:
>
> This is a broad, sweeping change. It takes our hubs and triage out of the picture for many
things and I think will cause a huge jump in ambulance transfer after hours.
>
> -----Original Message-----
> From: Dostal, Susan
> Sent: Thursday, October 31, 2013 3:46 PM
> To: Genin, Marisol C.; Smith, Tawana L.; Okoye, Cecilia C.; Potter, Melanie K.; Evans, Alan
T.; Patni, Shamim
> Cc: Brown, Paul V.; Chavers, Jason L.; Moultrie, Jane M.; Dostal, Susan
> Subject: RE: Life threatening conditions.
> Importance: High
>
> UTMB providers and nursing -
>
> If the Medical Department is closed on a Unit and the Security staff has a patient
exhibiting one of the life threatening conditions below, they have been given the direction
from the Regional Director to send the offender 911 to a local hospital. For those conditions
they will NOT be moving the offender to J3/Hub.
>
> skd
>
>
>
> _____
> -----Original Message-----
> From: Monty.Hudspeth@tdcj.state.tx.us [mailto:Monty.Hudspeth@tdcj.state.tx.us]
> Sent: Thursday, October 31, 2013 2:58 PM
> To: Dostal, Susan
> Subject: Re: Life threatening conditions.
>
>
>
> 911
>
>
> _____
> ----- Original Message -----
> From: "Dostal, Susan" [skdostal@UTMB.EDU]
> Sent: 10/31/2013 07:40 PM GMT
> To: Monty Hudspeth
> Cc: "Dostal, Susan" <skdostal@UTMB.EDU>
> Subject: RE: Life threatening conditions.
>
>
>
> So for J1/J2 - will they go 911 or still brought to J3/Medical?
> S
>
> _____
>

TDCJ018079

```
> -----Original Message-----
> From: Monty.Hudspeth@tdcj.state.tx.us [mailto:Monty.Hudspeth@tdcj.state.tx.us]
> Sent: Thursday, October 31, 2013 2:20 PM
> To: Dostal, Susan; Mark Clarke; Terri Walker; Patricia Demerson; Dennis Miller; Daniel Hunt;
Ronald Jackson; Kirt Stiefer; Kristen Gibson; JP
> Subject: Fw: Life threatening conditions.
>
>
>
>
> ------Original Message------
> From: Leonard Echessa
> To: Steve Massie
> To: Mike Roesler
> To: Alphonso James
> To: Gene Kroll
> To: David Blackwell
> To: Octavious Black
> To: Troy Simpson
> To: Frankie Reescano
> To: Roger Pawelek
> To: James Mossbarger
> To: Mark Jones
> To: Herman Weston
> To: Chris Carter
> To: Monty Hudspeth
> To: Don Bosco
> To: Cornelius Smith
> Subject: Life threatening conditions.
> Sent: Oct 31, 2013 2:15 PM
>
> The following are life threatening conditions as taught in our training academy.
> Difficulty breathing.
> Chest pain.
> Heavy bleeding.
> Seizures.
> Cool,pale or clammy skin with a decreased level of consciousness.
> Red,hot or dry skin.
> The Offenders appears to be drunk.
> Altered mental status.
> If an Offender displays any of this symptoms and medical is off-site, call 911.
> If ICS is initiated and the on scene commander is a correctional Officer, they will be
empowered by you to call 911 via radio if medical is off-site.
> Call if you have any questions.
>
```

TDCJ018080

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| | § | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 260

| | |
|---|---|
| **From:** | Dalecki, Robert E. |
| **Sent:** | Tuesday, February 25, 2014 9:57 AM |
| **To:** | Adams, Glenda M.; Smock, Stephen R.; Williams, Anthony K.; Chavers, Jason L.; Jarrett, W. E. |
| **Cc:** | Adams, Charles D. |
| **Subject:** | RE: 911 call |

Sounds good. I will see Mr. Smock tomorrow and will review it with him.

*Robert Dalecki*

Regional Operations Manager, Region II
Phone: 903-928-2217 ext.3165
Cell: 936-994-8834
redaleck@utmb.edu

*Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.*

**From:** Adams, Glenda M.
**Sent:** Tuesday, February 25, 2014 9:48 AM
**To:** Dalecki, Robert E.; Smock, Stephen R.; Williams, Anthony K.; Chavers, Jason L.; Jarrett, W. E.
**Cc:** Adams, Charles D.
**Subject:** RE: 911 call

I know.  Not the first time.  That is why it was discussed with Dr. Linthicum.  I think there is misunderstanding among some security staff or things have changed since the notice was sent out.  That is why I suggested you report the incident to TDCJ Health Services leadership.

*Glenda M. Adams, M.D., M.P.H.*
**Senior Medical Director Inpatient Operations**
**UTMB Correctional Managed Care**

**Confidentiality Notice: Confidential Health Information Enclosed**
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited.  Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.  **Important warning:**  This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

**From:** Dalecki, Robert E.
**Sent:** Tuesday, February 25, 2014 9:38 AM
**To:** Adams, Glenda M.; Smock, Stephen R.; Williams, Anthony K.; Chavers, Jason L.; Jarrett, W. E.
**Cc:** Adams, Charles D.
**Subject:** RE: 911 call

This occurred during normal working hours.

*Robert Dalecki*

Regional Operations Manager, Region II
Phone: 903-928-2217 ext.3165

1

Plaintiffs' MSJ Appx. 6223

UTMBEmails000001602

Cell: 936-994-8834
redaleck@utmb.edu

*Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.*

---

**From:** Adams, Glenda M.
**Sent:** Tuesday, February 25, 2014 9:14 AM
**To:** Dalecki, Robert E.; Smock, Stephen R.; Williams, Anthony K.; Chavers, Jason L.; Jarrett, W. E.
**Cc:** Adams, Charles D.
**Subject:** RE: 911 call

This has come about because of the 2011 heat deaths litigation. See attached and note that security is to call 911 when medical is not on site.
This was discussed with Dr. Linthicum and she said that medical should determine 911 transfers if on site.
I would suggest you contact Dr. Robert Williams or Dr. Linthicum.

*Glenda M. Adams, M.D., M.P.H.*
**Senior Medical Director Inpatient Operations**
**UTMB Correctional Managed Care**

**Confidentiality Notice: Confidential Health Information Enclosed**
Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. **Important warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

---

**From:** Dalecki, Robert E.
**Sent:** Tuesday, February 25, 2014 9:02 AM
**To:** Smock, Stephen R.; Williams, Anthony K.; Chavers, Jason L.; Jarrett, W. E.
**Cc:** Adams, Charles D.; Adams, Glenda M.
**Subject:** FW: 911 call

See the email below. This is the first I have heard about this. What about you guys?

*Robert Dalecki*
Regional Operations Manager, Region II
Phone: 903-928-2217 ext.3165
Cell: 936-994-8834
redaleck@utmb.edu

*Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.*

---

**From:** Morgan, Joe F.
**Sent:** Tuesday, February 25, 2014 8:49 AM
**To:** Dalecki, Robert E.
**Subject:** 911 call

Mr. Dalecki,

Plaintiffs' MSJ Appx. 6224

UTMBEmails000001603

Yesterday morning at Holliday 911 was called for an offender having a seizure. Warden Baggett called 911 prior to medical evaluating the offender. She stated that this was a new policy set forth during the regional warden's meeting recently. She described 7 criteria in which Wardens were advised to call 911 initially and then notify medical. I asked her for a list of these criteria but have not gotten it as of yet. I am sure this could have some negative effects on our budget and could be outside of our contract agreement.  Can you provide any guidance on this matter?

Plaintiffs' MSJ Appx. 6225

UTMBEmails000001604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 261

**From:**        Adams, Charles D.
**Sent:**        Tuesday, May 06, 2014 9:43 AM
**To:**          Thompson, Jill A.
**Subject:**
**Attachments:** Heat-Related%20Illnesses%202011[1].ppt; Regional20Medical%20Director%
                 20Duties[1].doc; TDCJ blanket content.pdf; TDCJ Blankets.pdf; WATER.docx

Jill,
You may want to keep some of these to share with Dr. Smith and my replacement.

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director - Outpatient Services
UTMB-CMC

**Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.**

1

Plaintiffs' MSJ Appx. 6227

UTMBEmails000001806





Confidential

UTMBEmails000001808



Confidential                                                                                      UTMBEmails000001809



Confidential



Confidential

UTMBEmails000001811



Confidential

## Heat-Related Illnesses by Unit 2011
### Total Number of Cases = 162

| Huntsville | 17 | Murray | 5 | Boyd | 2 | Briscoe | 1 | Lindsey | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Gurney | 14 | Beto | 4 | Cole | 2 | Byrd | 1 | Lynaugh | 1 |
| Jester 3 | 11 | Coffield | 4 | Connally | 2 | Clemens | 1 | Robertson | 1 |
| Plane | 11 | Hobby | 4 | Estelle | 2 | Cleveland | 1 | Scott | 1 |
| Goodman | 9 | Travis | 4 | Hightower | 2 | Crain | 1 | | |
| Eastham | 8 | Estes | 3 | Hodge | 2 | Daniel | 1 | | |
| Michael | 7 | Holliday | 3 | Roach | 2 | Ferguson | 1 | | |
| Ellis | 6 | Middleton | 3 | Telford | 2 | Garza | 1 | | |
| Stevenson | 6 | Powledge | 3 | Wynne | 2 | Goree | 1 | | |
| Lockhart | 5 | Bartlett | 2 | Allred | 1 | Hutchins | 1 | | |

Plaintiffs' MSJ Appx. 6234

7

UTMBEmails000001813



Confidential                                                                                     UTMBEmails000001814



Confidential



Confidential

UTMBEmails000001816



Confidential

UTMBEmails000001817



Confidential

UTMBEmails000001818



Confidential



# Heat-Related Illnesses
## 2010 and 2011

**Cases reported**

June: 2010 = 8, 2011 = 26
July: 2010 = 10, 2011 = 28
August: 2010 = 23, 2011 = 104
September: 2010 = 4, 2011 = 4

Legend: 2010, 2011

Total number of heat-related illnesses in calendar year 2010 – 45 (0 deaths)

Total number of heat-related illnesses June 2011-26 (0 deaths); July 2011-28 (2 deaths); August – 104 (8 deaths); September 4 (0 deaths) = 162 (10 deaths)

Plaintiffs' MSJ Appx. 6241



# Heat-Related Deaths 2011
## (Total – 10)

Possible deaths reported

**July 2011** – 2 deaths (1 at Gurney, 1 at Hutchins)

**August 2011** – 8 deaths (1 at Beto, 1 at Coffield, 1 at Connally, 1 at Gurney, 2 at Hodge, 1 at Huntsville, 1 at Michael)



# Heat-Related Illnesses 2011
## Offenders Taking Heat-Sensitive Medications

Cases Reported



Total Illnesses Reported
Psych Meds
Other Heat Meds
Both Psych and Heat Meds



Deaths reported

Units with Heat-Related Deaths 2011
(Total - 10)

Plaintiffs' MSJ Appx. 6244



Heat-Related Illness Reported September 1 through 30, 2011 (4)
Total 2011 = 162

Cases reported June: 26; cases reported July 28; cases reported August 104.

Plaintiffs' MSJ Appx. 6245

Plaintiffs' MSJ Appx. 6246



Total number of cases reported by unit

Heat-Related Illnesses Reported by Unit 2011
Total Number of Cases = 162

# Heat-Related Illnesses by Unit 2011
## Total Number of Cases = 162

| Unit | # | Unit | # | Unit | # | Unit | # | Unit | # | Unit | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Huntsville | 17 | Murray | 5 | Boyd | 2 | Briscoe | 1 | Lindsey | 1 | | 1 |
| Gurney | 14 | Beto | 4 | Cole | 2 | Byrd | 1 | Lynaugh | 1 | | 1 |
| Jester 3 | 11 | Coffield | 4 | Connally | 2 | Clemens | 1 | Robertson | 1 | | |
| Plane | 11 | Hobby | 4 | Estelle | 2 | Cleveland | 1 | Scott | 1 | | 1 |
| Goodman | 9 | Travis | 4 | Hightower | 2 | Crain | 1 | | | | |
| Eastham | 8 | Estes | 3 | Hodge | 2 | Daniel | 1 | | | | |
| Michael | 7 | Holliday | 3 | Roach | 2 | Ferguson | 1 | | | | |
| Ellis | 6 | Middleton | 3 | Telford | 2 | Garza | 1 | | | | |
| Stevenson | 6 | Powledge | 3 | Wynne | 2 | Goree | 1 | | | | |
| Lockhart | 5 | Bartlett | 2 | Allred | 1 | Hutchins | 1 | | | | |

Plaintiffs' MSJ Appx. 6247



Plaintiffs' MSJ Appx. 6248



Plaintiffs' MSJ Appx. 6249



Number of Cases Reported August 2011 (104)

Plaintiffs' MSJ Appx. 6250



Number of cases reported

Location of Offenders at Onset of Heat-Related Illness – 2011
Offenders Inside at Onset of Illness - 100

(Location of onset not available on 4 of 162 offenders)

Plaintiffs' MSJ Appx. 6251



Location of Offenders at Onset of Heat-Related Illness – 2011
Offenders Outside at Onset of Illness - 58
(Location of onset not available on 4 of 162 offenders)

Plaintiffs' MSJ Appx. 6252



Plaintiffs' MSJ Appx. 6253

In addition to the customary duties of coordinating provider services at all of the particular regions' units to facilitate the medical care of TDCJ offenders, ensuring appropriate attendance of providers, ensuring that they follow CMC treatment guidelines and follow the CMC formulary, and encouraging a managed health care focus in all of the regions' medical decisions and practices; Regional Medical Directors will be expected to accomplish the following:

Regional Medical Directors will:

1. Mentor and instruct providers with regard to CMC policies, restricting passes to only those that comply with our current pass guidelines, and familiarity with the CMC formulary.

2. Meet with unit Medical Directors on a monthly basis, over DMS/ conference call. Have minutes and submit.

3. Review provider productivity and work to enhance productivity. Discuss this topic at all team meetings that you attend and look for strategies that allow all disciplines to contribute.

4. Review all off site care and look for opportunities to educate those providers that require it.

5. The Regional Medical Director will not be assigned to unit call responsibilities but will be on call 24/7 for emergencies, etc. unless on vacation.

6. The Regional Medical Director will select a willing, unpaid (in addition to their regular salary) assistant who will be named the Assistant Regional Medical Director.

6. The Regional Medical Director will mentor and teach their assistant to be able to assume the Regional Medical Director's duties temporarily during the Regional Medical Director's absence and ultimately should be groomed to become the Regional Medical Director when the position becomes available. This would not be an automatic promotion, but would give an obvious advantage to that assistant in applying for the position.

7. Distribute written directives to unit providers, when requested to do so.

8. Respond to correspondence emanating from TDCJ Health Services, and routed through the Senior Medical Director-Outpatient Division's office.

9. Insure that requested CAPs are done in a timely manner.

10. Insure that providers complete all mandatory training on time.

11. Insure that any additional training mandated by the Physician Peer Review, is completed by the involved provider(s).

12. Insure all routine and random audits requested by the Senior Medical Director-Outpatient/Inpatient Division, are completed in a timely manner.

13.  Work closely with Human Resources on all disciplinary proceedings and keep the Senior Medical Director informed before proceeding and upon completion.

14. Make frequent visits to the district units, as time and budget allow, and let our people know who you are. Listen to what they tell you.

15. Make suggestions for improvement to the senior management team whenever indicated.

UTMBEmails000001820

16. With regard to our providers, everyone is expected to bring their "manners" to work.  Do not allow demeaning, condescending behavior or "yelling" at others in your clinics. It's rude, it hurts our employee's feelings, and in a prison setting, can be very dangerous. Be very firm on this one. I believe this policy is called the "jerk-free zone", and I totally concur with it. If someone behaves that badly, they will not work out in our system anyway and the only variable is, how much damage that they are allowed to do before they depart….

17. You will not have direct patient care responsibilities, but I would encourage you to help out units that are short staffed, especially if they are near-by and for no more than one or two days/week. I would encourage this occasionally, just to stay abreast of any EMR changes that affect providers delivering care. It would be better for you to discover a pending train-wreck early on, before it becomes established and creates havoc. I would also ask that when visiting units, you might help them by discussing cases with the providers, and be available for questions/consults, etc. and to share your experience and wisdom with the unit staff.

UTMBEmails000001821

**CPA - TPASS Managed Contract No. 850-M1**
**Textiles, Fibers and Piece Goods**

## Detailed Specifications/Requirements

| Item Description | Detailed Specifications |
|---|---|
| **850-24**<br>**Cotton Duck**<br>**Fabric** | Material used in the manufacture of Flags.<br><br>A. Colors: **White, Red and Blue**<br>B. Basic Fabric Construction: Plain weave - Warp 80, Fill 30<br>C. Fabric Weight: 5.5 oz per Square Yard, minimum (accepted weight of 5.0 oz after extraction of all non-fibrous content)<br>D. Fiber Content: 100% Cotton<br>E. Width: 60"<br>F. Finish: Mercerized, soft finish<br>G. Color fastness: To meet Dry Crock Front and Back of fabric<br>H. Dye Method: Continuous Range Dyed. No piece dyes; no sulphur dyes<br>I. Formaldehyde Content: Shall not exceed Osha Standards<br>J. Material Safety Data Sheets (MSDS): The Texas Hazard Communication Act (Article 5182B, V.T.C.S.) requires chemical manufacturers and distributors to provide MSDS for Hazaradous material sold. Products covered by this Act must be accompanied by a MSDS and such products must be labeled in compliance with the law.<br><br>Put-Up and Packaging:<br>A. Roll Size shall be approximately 250 yards per roll<br>B. Fabric shall be warpped in heavy polyethlene plastic. |
| **850-24**<br>**Blanket Fabric** | A. Fabric will be a non-woven, needle punched from a combination of the following:<br>   1. Virgin staple synthetic polyester fiber<br>   2. Post consumer / Industrial blend of natural and synthetic fiber.<br>B. Fabric shall contain 20% of Texas Department of Criminal Justice (TDCJ) recycled fiber identified as TDCJ #6.<br>   1. The respondent is responsible for the all related freight charges of TDCJ's recycled fiber (TDCJ #6) from TDCJ to the vendor (in addition to all freight charges of the finished product).<br>C. Color: Charcoal Gray shade<br>D. Flame Retardancy per California Code Of Regulations, Title 19, Division 1, Chapter 8, Article 3, Section 1237.2 (Fire Resistance - Large Scale). The finished product shall not continue to flame for more than two (2) seconds after the burner is removed. The maximum length of char shall not exceed six (6) inches.<br>   1. Flame Retardancy - Testing should be in compliance with the testing method of the California Technical Bulletin 117, Section E, Part 1, Item 4.<br><br>Finish product specifications:<br>A. Weight: 20 ounces per linear yard                 D. Roll width: 60 inches<br>B. Core size: 3 inches inside diameter            E. Put-up: 100 linear feet per roll<br>C. Raw materials:                                    F. Packaged in clear poly bags<br>   1. 40% poly staple<br>   2. 40% recycled synthetic / natural fiber<br>   3. 20% TDCJ #6<br>   4. Resin: acrylic tg = - 4<br><br>The awarded Contractor is responsible for all the related freight charges of TDCJ's recycled fiber (TDCJ #6) from TDCJ to the Contractor, in addition to freight charges of the finished product. |
| **850-24**<br>**Mesh Bag Fabric** | A. Content: 100 % Polyester<br>B. Color: Natural<br>C. Yarn Denier: 150/1000 Denier<br>D. Width: 50"<br>E. Finished Weight: 5.5 oz/sq. yd (Minimum)<br>F. Bursting Strength: 190 lbs  Test Method: FTM 5120<br>G. Care Instructions: Machine Washable<br>H. Put-up: Each roll shall be plastic wrapped (in poly bags) with roll tags affixed or inserted into each roll tube.<br>I. Roll tags are to be marked with the description and yardage of each roll.<br>J. If boxed, mesh must be in polyester bags. |

Plaintiffs' MSJ Appx. 6256

UTMBEmails000001822

## Fw: Wool Blankets

lannette.linthicum@tdcj.state.tx.us

**Sent:** Tuesday, November 08, 2011 10:04 AM
**To:**  Adams, Charles D.; George Crippen, RN, MSN [george.crippen@tdcj.state.tx.us]; Williams, Robert
**Cc:**  Smock, Stephen R.


```
FYI
------Original Message------
From: CF Hazlewood
To: Dr. Lannette Catherine Linthicum, MD, CCHP-A. FACP
Subject: Wool Blankets
Sent: Nov 8, 2011 9:50 AM

Just received word from the garment division manager that the garment
division has not used wool in the blankets for at least 10 years. That is
as long as he has worked in the garment division

C.F. Hazlewood Jr.
Director
Manufactoring and Logistics
Texas Department of Criminal Justice
```

Plaintiffs' MSJ Appx. 6257

UTMBEmails000001823

Charles D. (Danny) Adams, MD, MPH
Senior Medical Director- Outpatient Division
UTMB-CMC

_____

From: McElvaney, Galen
Sent: Monday, November 07, 2011 9:07 AM
To: Adams, Charles D.
Subject: FW: FW: TDCJ blankets

See below for the information on the blankets.

Galen McElvaney, C.P.M.
Warehouse Manager
CMC Medical Warehouse
936-437-6761

-----Original Message-----
From: Jamie.Brinegar@tdcj.state.tx.us [mailto:Jamie.Brinegar@tdcj.state.tx.us]
Sent: Monday, November 07, 2011 8:31 AM
To: McElvaney, Galen
Subject: Re: FW: TDCJ blankets

Galen,
The blankets were manufactured previously at the Jordan Unit in Pampa. Due
to downsizing of the factories, this factory was closed and the blanket
production line was moved to the Smith Unit Mattress Factory in Lamesa. The
specs that Dr. Adams are correct and there is no wool in the blankets. He
can contact Vicki Smithson at the factory at 806-872-6741 and she will be
glad to answer any questions he may have about the blankets. Please let me
know if I can help out any further!
Jamie  :)

Jamie E. Brinegar
Texas Correctional Industries - Garment/Textile Division
P.O. Box  4013
Huntsville, TX  77320-4013
Phone:  936-437-6388 / 1-800-833-4302, ext 76388
Fax: 936-437-8423
jamie.brinegar@tdcj.state.tx.us

   From:       "McElvaney, Galen" <gamcelva@utmb.edu>

   To:         "jamie.brinegar@tdcj.state.tx.us" <jamie.brinegar@tdcj.state.tx.us>

   Cc:         "Adams, Charles D." <cdadams@utmb.edu>

   Date:       11/04/2011 10:32 AM

   Subject:    FW: TDCJ blankets

Jamie,
Dr. Adams is looking for information on the blankets used on the units. Can

Plaintiffs' MSJ Appx. 6258

UTMBEmails000001824

# WHEN IT'S HOT, DRINK A LOT.



DRINK MORE WATER!

# WHEN IT'S HOTTER, DRINK MORE WATER!

UTMBEmails000001825