UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 262

| | |
|---|---|
| **From:** | Lannette Linthicum |
| **To:** | William Stephens |
| **CC:** | Barbara Pixley/Institutional/TDCJ@TDCJ |
| **Sent:** | 6/14/2013 3:40:01 PM |
| **Subject:** | Fw: Hyperthermia Deaths |
| **Attachments:** | Hyperthermia deaths 2001 to June 2013 Response.xls |

FYI

----- Original Message -----
**From:** Julie Artherholt
**Sent:** 06/14/2013 02:15 PM CDT
**To:** Lannette Linthicum
**Cc:** Marsha Brumley; lialopez@utmb.edu
**Subject:** Hyperthermia Deaths

Dr. L:

Attached below is the list of the hyperthermia deaths:

Lisa: Offender Hinojosa #01802681 was added to your list based on the autopsy.

Please let me know if you need anything further.

Thanks,
Julie
7-6391

TDCJ028942

**DOCUMENT PLACEHOLDER**

**File Name:**                    Hyperthermia deaths 2001 to June 2013 Response.xls

TDCJ028943

# Texas Department of Criminal Justice
## Offender Hyperthermia Deaths
### CY2001 - CY2013 (YTD June)

| DOD | TDCJ ID | LAST NAME | FIRST NAME | MIDDLE | IMMEDIATE CAUSE OF DEATH |
|---|---|---|---|---|---|
| 8/4/01 | 1041651 | Cardwell | John | Wayne | Hyperthermia |
| 7/16/04 | 1172218 | Robertson | Ricky | L | Hyperthermia |
| 8/8/07 | 00390315 | Shriver | James | R | Cardiac Arrhythmia* |
| 8/13/07 | 01443175 | Robles Jr | Dionicio | | Hyperthermia |
| 7/25/11 | 01722504 | Hudson | Douglas | Earl | Hyperthermia |
| 7/28/11 | 01721640 | McCollum | Larry | Gene | Hyperthermia |
| 8/3/11 | 00680515 | Meyers | Thomas | | Hyperthermia |
| 8/4/11 | 01569761 | Webb | Robert | Allen | Hyperthermia |
| 8/8/11 | 01457546 | Cook | Charles | Lee | Hyperthermia |
| 8/8/11 | 01393315 | Martone | Michael | David | Hyperthermia |
| 8/8/11 | 01578039 | Togonidze | Alexander | | Hyperthermia |
| 8/12/11 | 01128380 | Marcus | Kelly | Don | Hyperthermia |
| 8/13/11 | 01726849 | James | Kenneth | Wayne | Hyperthermia |
| 8/20/11 | 01517660 | Alvarado | Daniel | | Hyperthermia |
| 8/4/12 | 01797921 | Adams | Rodney | Gerald | Hyperthermia |
| 8/29/12 | 01802681 | Hinojosa | Albert | | Cardiac Arrhythmia* |

The offender deaths above include only those for which an autopsy has been received.

*The immediate cause of death was cardiac arrhythmia, however, hyperthermia was noted as an underlying cause.

Plaintiffs' MSJ Appx. 6263

6/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 263

| From: | Lannette Linthicum |
|---|---|
| To: | Frank Inmon; Kim Farguson |
| CC: | Armstrong Clyde; George Crippen; Kara Coffey; Justin Robison; Owen Murray; Robert Eason; William Stephens |
| Sent: | 6/18/2014 3:34:31 PM |
| Subject: | Re: Fw: A/C Work in Progress |

Mr.inmon,

Is it possible to put some type of temporary /portable chilling devices at Carol Young? July 2 is still two weeks away. One patient had to b transferred to HG with a reported heat related illness today. Nursing is concern about the patients and the medications. Once the temperature gets above 86 degrees the integrity of the medications (therapeutic efficacy) is compromised.


----- Original Message -----
**From:** Lannette Linthicum
**Sent:** 06/18/2014 10:56 AM CDT
**To:** Frank Inmon; Kim Farguson
**Cc:** Clyde Armstrong; George Crippen; Kara Coffey
**Subject:** Re: Fw: A/C Work in Progress
Thank you very much for your efforts! We sincerely appreciate it


----- Original Message -----
**From:** Frank Inmon
**Sent:** 06/18/2014 10:11 AM CDT
**To:** Kim Farguson
**Cc:** Clyde Armstrong; Lannette Linthicum; George Crippen; Kara Coffey
**Subject:** Re: Fw: A/C Work in Progress
Thanks Kim.

Frank Inmon
Director, Facilities Division


| From: | Kim Farguson/Facilities/TDCJ |
|---|---|
| To: | Frank Inmon/Facilities/TDCJ@TDCJ |
| Cc: | Clyde Armstrong/Facilities/TDCJ@TDCJ |
| Date: | 06/18/2014 10:02 AM |
| Subject: | Fw: A/C Work in Progress |

Chiller number 2 that the vendor is working on will require a shaft to be repaired at a machine shop and will require an extra $15,000.00 to repair; the vendor is contacting Janice Billeck for authorization. Once approved it will take approximately 3 to 4 days to do the machine work and if completed right away the vendor should be able to get this chiller back on line with a projected date of July 2nd. The 5 to 6 week out projection that was mentioned earlier in the emails is if the impellers had to be replaced. The impellers were checked this morning and they were found to be within tolerance and may be reused.

Chiller number 1 appears to have a phase imbalance, which can affect the chiller operation. The unit is dropping a requisition this morning to get this corrected. However the chiller is still operational at this time and this unit normally requires one chiller for operation, as the second chiller is used for redundancy. Regional maintenance and facilities maintenance has been dispatched this morning to look at the air handling equipment to insure that the valves are open for proper water flow and that the dampers are in the proper position for cooling. They will also be acquiring information that would be required if further action is needed.

Kim Farguson
Deputy Director of Maintenance
Office 936-437-7294
Blackberry 936-661-1792
Fax 325-223-0294
----- Forwarded by Kim Farguson/Facilities/TDCJ on 06/18/2014 09:31 AM -----

| From: | George Crippen/Health_Services/TDCJ |
|---|---|
| To: | Frank Inmon/Facilities/TDCJ, Clyde Armstrong/Facilities/TDCJ@TDCJ, Kim Farguson/Facilities/TDCJ@TDCJ |

Plaintiffs' MSJ Appx. 6265

TDCJ022598

Date:       06/18/2014 08:52 AM
Subject:    Fw: A/C Work in Progress
Sent by:    Helen Buendel

Please read the email below and see the pictures that were sent to me.

Thank you,
George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.
----- Forwarded by Helen Buendel/Health_Services/TDCJ on 06/18/2014 08:49 AM -----

From:       "Robison, Justin R." <jrrobiso@UTMB.EDU>
To:         "george.crippen@tdcj.state.tx.us" <george.crippen@tdcj.state.tx.us>
Cc:         "Williams, Anthony K." <akwillia@utmb.edu>, "Zepeda, Stephanie D." <sdzepeda@UTMB.EDU>
Date:       06/18/2014 08:10 AM
Subject:    FW: A/C Work in Progress

George,
It appears temperatures inside of Carole Young are higher this morning that what was recorded yesterday. Since these temps were taken before 8am, I would expect that they will rise throughout the day.
We are approaching the upper threshold of medication storage temperature requirements (59f to 86f). Do you know if the option of placing the large portable AC units on the patient pods has been discussed?
Thanks,
Justin Robison, MSN, RN
Director of Nursing Services
In-Patient Services
Correctional Managed Care
University of Texas Medical Branch
Cell 806-535-1150
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.
**From:** Noor, Naushad
**Sent:** Wednesday, June 18, 2014 7:53 AM
**To:** Robison, Justin R.; Smith, Monte K.; Adams, Glenda M.; Williams, Anthony K.
**Cc:** Knight, Tina; Taylor, Joe R.
**Subject:** RE: A/C Work in Progress
Good morning, please see attached pictures. First picture taken at 7:31am is of 1 West - 83.3°F and the second one at 7:36am of 2 North-85.5°F.
Carole Young facility normally runs on 2 chillers and a cooling tower. As per unit maintenance, they are currently running only the small chiller out of the 2 and working on the other one and a cooling tower. Expected completion of the AC work is still 4-6 weeks out. Thanks,

TDCJ022599



TDCJ022600



**Naushad Noor, MHA, MBA**
Business Manager - Carole Young Medical Facility
Off: 409-948-0001 Ext. 1104 Cell: 713-376-2962
University of Texas Medical Branch - 301 University Boulevard - Galveston. TX 77555
Confidentiality Notice: This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

**From:** Robison, Justin R.
**Sent:** Tuesday, June 17, 2014 5:51 PM
**To:** Knight, Tina; Noor, Naushad
**Subject:** Fwd: A/C Work in Progress

FYI

Justin

Sent from my iPhone

Begin forwarded message:

**From:** <lannette.linthicum@tdcj.state.tx.us>
**Date:** June 17, 2014 at 5:45:06 PM CDT
**To:** Tony Williams <akwillia@utmb.edu>, Justin Robison <jrrobiso@utmb.edu>, "George Crippen RN, MSN" <george.crippen@tdcj.state.tx.us>
**Cc:** Owen Murray <ojmsm@earthlink.net>
**Subject: Fw: Fw: A/C Work in Progress**

Plaintiffs' MSJ Appx. 6268

TDCJ022601

FYI

----- Original Message -----
From: Frank Inmon
Sent: 06/17/2014 05:42 PM CDT
To: Lannette Linthicum
Subject: Fw: Fw: A/C Work in Progress

Fyi
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Kim Farguson
Sent: 06/17/2014 05:16 PM CDT
To: Frank Inmon
Cc: Clyde Armstrong
Subject: Re: Fw: A/C Work in Progress

One of two chillers is operating at this time. The parts were pulled today by the vendor on the inoperative chiller, and the vendor is to be getting with us in the morning to give us a good time line for repair after close inspection of the parts.

Kim Farguson
Deputy Director of Maintenance
Office 936-437-7294
Blackberry 936-661-1792
Fax 325-223-0294

From: Frank Inmon/Facilities/TDCJ
To: Kim Farguson/Facilities/TDCJ@TDCJ
Date: 06/17/2014 02:14 PM
Subject: Re: Fw: A/C Work in Progress

Thanks
-------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Kim Farguson
Sent: 06/17/2014 01:59 PM CDT
To: Frank Inmon
Cc: Clyde Armstrong
Subject: Re: Fw: A/C Work in Progress
There is a Vendor on site at this time working on this. Temperatures have been taken throughout the facility and the highest temperature recorded at
this time has been 75 degrees. The vendor has just sent for the maintenance supervisor to discuss the problems he has found. Will keep you
informed, and will find out what they are talking about with the 5 to 6 weeks out.

Kim Farguson
Deputy Director of Maintenance
Office 936-437-7294

Plaintiffs' MSJ Appx. 6269

TDCJ022602

Blackberry 936-661-1792
Fax 325-223-0294

From: Frank Inmon/Facilities/TDCJ
To: Clyde Armstrong/Facilities/TDCJ, Kim Farguson/Facilities/TDCJ
Date: 06/17/2014 01:27 PM
Subject: Fw: A/C Work in Progress

Clyde, I know you are working this, but when you get more info, let me know, especially as to why repairs are 5 - 6
weeks out.
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: George Crippen
Sent: 06/17/2014 12:51 PM CDT
To: Clyde Armstrong
Cc: Frank Inmon; Lannette Linthicum; mksmith@utmb.edu;
jrrobiso@utmb.edu
Subject: Fw: A/C Work in Progress
Mr. Armstrong:

Please see the email below about Carole Young Facility's air conditioning. This is the Southern Region Medical
Facility and many of the offender
patients cannot be housed in the heat. Please notify me when the A/C will be repaired and the temperature will be
able to be corrected on the unit.
This is an urgent request.

Thank you

George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other interception or use of these materials is strictly prohibited. If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received. Thank you.
----- Forwarded by George Crippen/Health_Services/TDCJ on 06/17/2014 12:46 PM -----

From: "Williams, Anthony K." <akwillia@utmb.edu>

To: George <george.crippen@tdcj.state.tx.us>

Cc: "Linthicum, Lannette C." <lannette.linthicum@tdcj.state.tx.us>, "Smith, Monte K."
<mksmith@UTMB.EDU>, "Robison, Justin R." <jrrobiso@UTMB.EDU>

Date: 06/17/2014 11:36 AM

Subject: Fwd: A/C Work in Progress

George any help with this would be appreciated.

Plaintiffs' MSJ Appx. 6270

Thanks, AKW.

Begin forwarded message:

From: "Noor, Naushad" <nanoor@UTMB.EDU>
Date: June 17, 2014 at 10:06:59 AM CDT
To: "Williams, Anthony K." <akwillia@utmb.edu>
Subject: A/C Work in Progress

Hello Mr. Williams,

Unit maintenance has been working on the Air Conditioning system for over a week now and the work will not finish for next 5-6 weeks at least. TDCJ
have been contemplating over this for over a year now, but have no idea why they chose to start this work during summers and not winters. FYI, current
temperature on the unit and in the PODS are above 80 degrees. Any help you can provide to expedite the work in progress will be appreciated.

Regards,

Naushad Noor, MHA, MBA
Business Manager - Carole Young Medical Facility
Off: 409-948-0001 Ext. 1104 Cell: 713-376-2962
University of Texas Medical Branch - 301 University Boulevard - Galveston,
TX 77555

Confidentiality Notice: This email transmission contains confidental or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

From: Noor, Naushad
Sent: Tuesday, June 10, 2014 11:56 AM
To: Williams, Anthony K.
Subject: Meeting Tomorrow

Will you be available to talk tomorrow? I am coming down to Conroe office in the morning for Process Improvement meeting. Need to discuss A/C issues
on the unit and some other provider issues that needs to be addressed.
Thanks,

Naushad Noor, MHA, MBA
Business Manager - Carole Young Medical Facility
Off: 409-948-0001 Ext. 1104 Cell: 713-376-2962
University of Texas Medical Branch - 301 University Boulevard - Galveston,
TX 77555

Confidentiality Notice: This email transmission contains confidental or legally privileged information that is intended for the individual party or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender and delete the message from your system. Thank you.

TDCJ022604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>         PLAINTIFFS <br><br> v. <br><br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>         DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §   CIVIL ACTION NO. <br> §   4:14-cv-3253 <br> §   JURY DEMAND <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 264

| | |
|---|---|
| **From:** | George Crippen |
| **To:** | Armstrong Clyde; Kim Farguson |
| **CC:** | Frank Inmon; Lannette Linthicum; Robert Williams; Smock, Stephen R. |
| **Sent:** | 7/8/2014 4:45:58 PM |
| **Subject:** | FW: Valley and Riverside Air Condition units |

Clyde and Kim:


Please see the email below concerning the aircondition problems at the Crain Unit. Please let
me know what can be done to help repair the air conditioners as soon as possible. Having
healthcare areas at 90 degrees or above needs to be corrected as soon as possible as it can
affect the integrity of the medications, etc.



Thank you



George Crippen, RN, MSN, PhDc
Chief Nursing Officer/Director, Clinical Administration
Texas Department of Criminal Justice
email: george.crippen@tdcj.state.tx.us
936-437-3595 (Office)
936-437-3591 (Fax)

The information contained in this electronic mail and any attachments is intended for the
exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary
information. Any other interception or use of these materials is strictly prohibited. If you
have received these materials in error, please notify me immediately by telephone and destroy
all electronic information received. Thank you.
_____

From: Smock, Stephen R. <srsmock@utmb.edu>
Sent: Tuesday, July 8, 2014 3:52 PM
To: George Crippen
Subject: Fwd: Valley and Riverside Air Condition units

FYI on ac at Crain units. Not sure if you can help or not
Txs Steve

Sent from my iPhone

Begin forwarded message:


From: "Jarrett, W. E." <wejarret@UTMB.EDU>
Date: July 8, 2014 at 3:28:58 PM CDT
To: "Smock, Stephen R." <srsmock@utmb.edu>, "Williams, Sharon C." <shacwill@UTMB.EDU>
Subject: FW: Valley and Riverside Air Condition units


Mr. Smock,

**Plaintiffs' MSJ Appx. 6273**

TDCJ022616

Sent for your information:


The AC units at several different locations on the Crain unit has repeatedly been in-operable.
In a couple of locations, multiple times for extended periods. Warden Scott has been very
responsive to our needs and provided the below response to my inquiry earlier today, but no
real timetable. Since receipt of the below e-mail, the NM (Ms. Basham) reported that the temp
is over 90 degrees which creates a medical concerns. Although fans have been provided by
security, she (Ms. Basham, NM) indicated they are not helping. Obviously, the staff is
complaining. The Regional Warden (Ms. Guerrero) has been kept apprised of the situations (note
he was copied on the e-mail below), but the situation persists. Dr. Morris and I inquired
about portable AC units and were told none were available.


W. EARL JARRETT
Region 1, Operations Manager
University of Texas Medical Branch
(512) 268-0079 X135

wejarret@utmb.edu

_____

From: Judy.Scott@tdcj.state.tx.us [Judy.Scott@tdcj.state.tx.us]
Sent: Tuesday, July 08, 2014 1:45 PM
To: Jarrett, W. E.; Eric Guerrero
Subject: Re: Valley and Riverside Air Condition units


The Reception unit is working in the medical department. The unit at Riverside looks to be the
compressor and they are working on parts. The unit at Valley had parts installed however
yesterday they were working on replacing a dryer.

One tech is out sick and the other is on military leave starting for two weeks today. Our
maintenance supervisor said the regional staff are working on ac problems at Middleton Unit.

Maintenance is working on the problem however they have to have licensed freon tech to put
freon in. Mr. Martin is working on the problem. Fans have been placed in each department to
assist.

J. K. Scott
Senior Warden
Crain Unit

_____

From: "Jarrett, W. E." [wejarret@UTMB.EDU]
Sent: 07/08/2014 05:03 PM GMT
To: Judy Scott
Subject: FW: Valley and Riverside Air Condition units


Warden Scott,


Looks like the AC units are proving to be a major issue.


I just returned from vacation, but have been watching from a distance and know that you've

TDCJ022617

been on top of the AC issues. However, I need to give my superiors an update and would appreciate you sharing the latest info. As indicated below, at certain temperatures we have to try to protect the medications.


Thanks for your assistance.



W. EARL JARRETT
Region 1, Operations Manager
University of Texas Medical Branch
(512) 268-0079 X135

wejarret@utmb.edu


_____

From: Saulter, Julia E.
Sent: Tuesday, July 08, 2014 7:56 AM
To: Jarrett, W. E.
Cc: Basham, Cynthia N.
Subject: Valley and Riverside Air Condition units


Warden Scott is aware of the broken units. On Thursday she had maintenance working on them and they were both working on Thursday but on Friday they were broke again . Warden Scott had maintenance looking at both of them yesterday but when I called this morning they were still not working. The concern here is the medication and it getting above 85 degree in the medical area. Valley air condition been out over a month and Riverside air condition been out since June 23, 2014.



Have a wonderful day


Julia Saulter

Practice Manager

Crain Facility

1401 State SChool Rd

Gatesville, TX 76599

254 865 8431 x 5340

254 865 8431 x 5347 fax

jesaulte@utmb.edu


Plaintiffs' MSJ Appx. 6275

TDCJ022618

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 265

| From: | Phyllis Mcwhorter |
|---|---|
| To: | Kathryn Buskirk |
| Sent: | 7/9/2014 8:30:24 AM |
| Subject: | Heat Database |
| Attachments: | Temperature Extremes Query.xls |

Attached is a copy of the entire database of reportable heat-related illness reported to HSL since 2010. I included the date of the incidents as well as the offenders' names, numbers and units of assignment, to help you pinpoint the medications the offenders were taking at the time of the report.

**Phyllis McWhorter, RN**
Manager IV
Health Services Liaison
936-437-3589/FAX: 437-3599

Note: Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being sent after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient are obliged to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law. **Important warning:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited. If you have received this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

This item has been produced in native format:

**Temperature Extremes Query.xls**

TDCJ033141.XLS

| Name | TDCJ. | UOA | Date |
|------|-------|-----|------|
| DAVIS, MICHAEL | 1637148 | ND | 6/5/10 |
| TREVINO, ROSITA | 1640236 | LT | 6/13/10 |
| CORONA, MARTIN | 1562219 | TO | 6/16/10 |
| PEREZ, MIGUEL | 1640605 | NH | 6/17/10 |
| CONNALLY, JOHN | 675451 | R2 | 6/21/10 |
| TAMEZ, ROBERTO | 1597036 | NF | 6/25/10 |
| VARGAS, FELIPE | 1637126 | NF | 6/25/10 |
| PERKINS, STANLEY | 1234018 | CY | 6/27/10 |
| WILLIAMS, GEROD | 707919 | CO | 7/6/10 |
| SANDOVAL, JOSEPH | 1634661 | NH | 7/12/10 |
| GOODMAN, HUEY | 1446650 | J3 | 7/13/10 |
| MINDIETA, ANTONIO | 783456 | MI | 7/13/10 |
| BRIDGES, TIMMY | 501153 | CO | 7/14/10 |
| BOYKIN, MICHAEL | 1609230 | CO | 7/16/10 |
| CUMMINGS, GABRIEL | 1561768 | CO | 7/16/10 |
| SHUPING, MICHAEL | 1572168 | RH | 7/20/10 |
| CUMMINGS, GABRIEL | 1561768 | CO | 7/21/10 |
| THOMAS, RANDY | 1628317 | FB | 7/30/10 |
| LEBLANC, JEHONATHAN | 1445973 | RH | 8/1/10 |
| GUTIERREZ, DOMINGO | 1481526 | SB | 8/3/10 |
| LUZNOR, WILLIAM | 1519654 | SB | 8/3/10 |
| MARTINEZ, EUGENE | 1194598 | SB | 8/3/10 |
| RIOS, JOSEPH | 1521246 | SB | 8/3/10 |
| RUSSELL, RANDALL | 1605632 | NE | 8/3/10 |
| LEWIS, CHRISTOPHER | 593153 | EA | 8/4/10 |
| SEWELL, CHRISTOPHER | 1304463 | CO | 8/4/10 |
| BOYD, RICHARD | 1654613 | DU | 8/7/10 |
| YBARRA, ANDREW | 1639843 | LN | 8/9/10 |
| GIBSON, DAVID | 1113730 | BR | 8/10/10 |
| SEAWRIGHT, BENJAMIN | 558560 | NF | 8/10/10 |
| SAMPAYO, GUADALUPE | 443934 | W6 | 8/11/10 |
| ADAMS, CHARLES | 1565876 | JD | 8/12/10 |
| VALDEZ, DAVID | 1562804 | R2 | 8/12/10 |
| SNEED, LEONARD | 1608028 | GG | 8/13/10 |
| SMITH, ROGER | 1425395 | R1 | 8/13/10 |
| CRUZ, LEROY | 1532465 | CM | 8/16/10 |
| SALINAS, JOE | 1533300 | FE | 8/17/10 |
| TREJO, GENARO | 1415279 | HV | 8/17/10 |
| BLACKSHERE, DMARCUS | 1401935 | BR | 8/19/10 |
| STYDE, RUSSELL | 1406457 | CY | 8/20/10 |
| CANTU, JOSE | 837363 | HD | 8/23/10 |
| PORTER, RAYMOND | 486572 | N6 | 9/10/10 |
| GUTIERREZ, DOMINGO | 1481526 | SB | 9/15/10 |
| SOTO, JESSE | 904710 | MI | 9/15/10 |
| NEALY, FOLEY | 1633746 | NI | 9/16/10 |
| BYRD, PHILIP | 1674233 | TI | 6/8/11 |
| GONZALEZ, JUAN | 1706798 | TI | 6/8/11 |
| BAILEY, EDDY | 1696852 | GG | 6/10/11 |

Plaintiffs' MSJ Appx. 6279

TDCJ033141.XLS

| | | | |
|---|---|---|---|
| SAM, KRISTEN | 1710051 | GV | 6/10/11 |
| ESPIGA, FRANK | 1224251 | J3 | 6/10/11 |
| HAROS, JOE | 1634505 | TI | 6/10/11 |
| PHELPS, DUVAL | 774270 | B2 | 6/11/11 |
| WALKER, LORENZA | 1441437 | RV | 6/13/11 |
| CLAYBROOK, AMBER | 1710094 | LJ | 6/13/11 |
| MORGAN, JOHNETTA | 1705891 | LJ | 6/13/11 |
| MYERS, BYRON | 1265529 | B1 | 6/14/11 |
| REMO, SHANNON | 1710097 | LJ | 6/14/11 |
| EDWARDS, JIMMY | 1537093 | SB | 6/15/11 |
| ARDOIN-WHEATON, JEREMY | 1529312 | DB | 6/15/11 |
| LEIJA, JOSE | 1481829 | SB | 6/15/11 |
| HUNTER, JEREMIAH | 1555851 | SB | 6/15/11 |
| SEIGRIST, VENUS | 1714318 | LJ | 6/16/11 |
| BOYKIN, MICHAEL | 889085 | HI | 6/18/11 |
| MCKNIGHT, JASON | 1699725 | ND | 6/18/11 |
| CLAYBROOK, AMBER | 1710094 | LJ | 6/19/11 |
| REMO, SHANNON | 1710097 | LJ | 6/19/11 |
| MORGAN, JOHNETTA | 1705891 | LJ | 6/19/11 |
| MEDLIN, ANDREAS | 1562253 | SB | 6/21/11 |
| GUTIERREZ, ROBERTO | 1666775 | GG | 6/29/11 |
| ASSMAN, WAYNE | 1398891 | E1 | 6/30/11 |
| GILBERT, RAYMOND | 697953 | E2 | 6/30/11 |
| REMO, SHANNON | 1710097 | LJ | 7/1/11 |
| GARCIA, BILLY | 1715260 | NE | 7/3/11 |
| YARBROUGH, NANCY | 1387800 | HB | 7/5/11 |
| WILLIAMS, DIONNE | 1613427 | LM | 7/6/11 |
| DODDY, RAYNELL | 1507165 | HB | 7/8/11 |
| CARR, THOMAS | 1405931 | HV | 7/9/11 |
| HINDS, JULIE | 1450130 | HB | 7/11/11 |
| SUMMERS, STEVEN | 1666914 | J3 | 7/11/11 |
| BUCKJUNE, JOSHUA | 1444604 | E1 | 7/11/11 |
| DAVIS, RAYFORD | 1697047 | NF | 7/12/11 |
| ACUNA, VICTOR | 1635974 | GG | 7/13/11 |
| STOKES, RONALD | 550499 | B1 | 7/13/11 |
| JONES, DANARET | 1660200 | SB | 7/13/11 |
| MOREHEAD, EARL | 1717952 | NH | 7/18/11 |
| MENDOZA, DAVID | 1577590 | CN | 7/18/11 |
| HESTER, LEO | 1153910 | RH | 7/18/11 |
| CUMMING, ROBERT | 1115793 | RH | 7/18/11 |
| RODDY, ALICIA | 1665458 | LM | 7/18/11 |
| WILLIAMS, GARY | 1689991 | NE | 7/18/11 |
| WOTIPKA, GLENN | 1398406 | SB | 7/19/11 |
| GRAVES, DAVID | 1722578 | NE | 7/21/11 |
| MCCOLLUM, LARRY | 1721640 | HJ | 7/22/11 |
| HUDSON, DOUGLAS | 1722504 | ND | 7/25/11 |
| BOATWRIGHT, THOMAS | 1650325 | LH | 7/27/11 |
| PALOMO, PABLO | 1560862 | VS | 7/28/11 |
| PALOMO, PABLO | 1560862 | VS | 7/28/11 |

Plaintiffs' MSJ Appx. 6280

TDCJ033141.XLS

| | | | |
|---|---|---|---|
| MIZELL, DAVID | 410266 | E1 | 7/30/11 |
| REMO, SHANNON | 1710097 | LJ | 7/31/11 |
| WIETGRIFE, JON | 1719661 | GG | 8/2/11 |
| MEYERS, THOMAS | 680515 | CO | 8/2/11 |
| SIMS, TERRY | 1698626 | CL | 8/3/11 |
| SWEET, PAUL | 1548013 | EA | 8/3/11 |
| SETTLES, EDWARD | 1559637 | BY | 8/3/11 |
| SEGHELMEBLE, JUAN | 1701217 | E1 | 8/3/11 |
| DOUGLAS, TONNIE | 760759 | TO | 8/3/11 |
| SEGARS, CLIFFORD | 1649677 | WY | 8/3/11 |
| BLACK, SHEARRY | 1497435 | HB | 8/3/11 |
| REEVES, ROBERT | 400731 | CO | 8/4/11 |
| PEEK, BRENT | 1491915 | MI | 8/4/11 |
| COCKBURN, RONNIE | 1724311 | ND | 8/4/11 |
| FUENTES, STEVEN | 1702148 | ND | 8/4/11 |
| OLDS, STEPHEN | 1703824 | LN | 8/4/11 |
| MORGAN, THOMAS | 1678289 | E1 | 8/4/11 |
| DOYLE, STEVEN | 1558013 | MI | 8/4/11 |
| AGEE, JUSTIN | 1043939 | MI | 8/4/11 |
| WALL, MARK | 1698560 | CL | 8/4/11 |
| WEBB, ROBERT | 1569761 | HD | 8/4/11 |
| LUCE, STEVEN | 1683764 | EA | 8/5/11 |
| SOTO, VICENTE | 1437057 | E1 | 8/5/11 |
| KING, SPENCER | 749021 | MI | 8/6/11 |
| FARMER, CHARLES | 1363696 | WY | 8/7/11 |
| COOK, CHARLES | 1457546 | HD | 8/8/11 |
| TOGONIDZE, ALEXANDER | 1578039 | MI | 8/8/11 |
| MARTONE, MICHAEL | 1395315 | HV | 8/8/11 |
| HALL, BRUCE | 1725286 | E2 | 8/8/11 |
| STEPHENS, CARLTON | 1178212 | J3 | 8/8/11 |
| STORK, TERRY | 1535873 | J3 | 8/8/11 |
| HERNANDEZ, CYNTHIA | 1683226 | LC | 8/8/11 |
| JARAMILLO, RAFAEL | 1268849 | JA | 8/9/11 |
| ANDERSON, JOSEPH | 1718614 | HV | 8/9/11 |
| ISBELL, MICHAEL | 1704091 | HV | 8/9/11 |
| REDWING, STEVEN | 1726709 | DU | 8/10/11 |
| STUBBA, RICHARD | 1244924 | HV | 8/10/11 |
| ORSACK, COLIN | 806165 | EA | 8/10/11 |
| CLARK, RICHARD | 1556737 | BY | 8/10/11 |
| TIDWELL, AMY | 1429856 | LC | 8/10/11 |
| GUINN, BARBARA | 1589587 | LC | 8/10/11 |
| WOODWARD, FRANCIS | 1624824 | LC | 8/10/11 |
| RAMIREZ, GLORIA | 1591055 | LC | 8/10/11 |
| GATLIN, CHARLES | 1632990 | RB | 8/10/11 |
| FRANKLIN, LUTHER | 1337813 | HV | 8/11/11 |
| BOSTICK, BENAJAMIN | 1179575 | HV | 8/11/11 |
| MARTINEZ, DAVID | 1408876 | J3 | 8/11/11 |
| SALAZAR, OMAR | 1459014 | J3 | 8/11/11 |
| WILKINS, LASHANDA | 1595028 | LM | 8/11/11 |

Plaintiffs' MSJ Appx. 6281

TDCJ033141.XLS

| | | | |
|---|---|---|---|
| PEPPER, CHARLES | 567311 | HV | 8/11/11 |
| SNOGA, ROBERT | 1419453 | HV | 8/11/11 |
| HARRIS, THOMAS | 1120190 | CO | 8/12/11 |
| BERRY, JAMES | 1680028 | HV | 8/12/11 |
| MALDONADO, JOE | 1569194 | EA | 8/12/11 |
| MARCUS, KELLY | 1128380 | CY | 8/12/11 |
| FRANKS, REX | 1677898 | J3 | 8/12/11 |
| JAMES, KENNETH | 1726849 | ND | 8/13/11 |
| STOCKTON, JOSHUA | 1315740 | HV | 8/13/11 |
| BUCKLEY, GEORGE | 1005777 | EA | 8/13/11 |
| HOUSTON, DONNELL | 1570708 | HV | 8/14/11 |
| CARRELL, JOHN | 1503748 | HV | 8/15/11 |
| TOWNSEND, TJ | 1632265 | B1 | 8/16/11 |
| JONES, ROSS | 1422120 | TO | 8/16/11 |
| MARTINEZ, JESUS | 569659 | J3 | 8/16/11 |
| RODRIGUEZ, DENNIS | 1216790 | CO | 8/16/11 |
| SCHIMMERHORN, MICHAEL | 824339 | HV | 8/17/11 |
| INGRAHAM, JONATHAN | 1583339 | ND | 8/18/11 |
| DULOCK, DONALD | 1728295 | NF | 8/18/11 |
| COLQUITT, CLARENCE | 1638892 | GG | 8/18/11 |
| SALDANA, RAMON | 1569671 | EA | 8/18/11 |
| ALVAREZ, PAUL | 1726230 | ND | 8/19/11 |
| DULOCK, DONALD | 1728295 | NF | 8/19/11 |
| WOODERTS, STEVEN | 1483227 | J3 | 8/19/11 |
| STRAWHUN, MICHAEL | 1685091 | CV | 8/19/11 |
| GARCIA, BEVERLY | 544803 | LM | 8/19/11 |
| ALVARADO, DANIEL | 1517660 | B1 | 8/20/11 |
| DELOSSSANTOS, LUCIO | 682768 | GR | 8/20/11 |
| WALLACE, EDWARD | 1728545 | ND | 8/20/11 |
| FLORES, ROBERT | 1692609 | BL | 8/20/11 |
| STEWART, PAUL | 1728560 | ND | 8/21/11 |
| BOUDREAUX, HAROLD | 1260996 | MI | 8/22/11 |
| CLOUD, JOHN | 749521 | MI | 8/22/11 |
| BANDY, JAMES | 1723310 | GG | 8/22/11 |
| JOHNSON, EMMA | 1673927 | LM | 8/22/11 |
| BOGGUS, JAMES | 1593395 | ND | 8/23/11 |
| JONES, JAMAL | 1725408 | GG | 8/23/11 |
| DIXON, KENNETH | 1676219 | GG | 8/24/11 |
| RAMIREZ, RICHARD | 1207123 | ND | 8/24/11 |
| BROCK, MASON | 1717106 | BL | 8/24/11 |
| HERNANDEZ, JOAQUIN | 1449506 | HI | 8/24/11 |
| LUNA, ALICE | 1727759 | LJ | 8/26/11 |
| SAULS, JULIANNA | 1728339 | LJ | 8/26/11 |
| LINDSEY, RICKY | 1265853 | DL | 8/26/11 |
| JONES, RONNIE | 1568093 | J3 | 8/26/11 |
| ENGELBRECHT, MATTHEW | 1269299 | B2 | 8/27/11 |
| HORN, KEITH | 1656601 | B2 | 8/27/11 |
| KELLY, JOHN | 1574568 | VS | 8/27/11 |
| DRAHAIM, ROBERT | 560191 | HV | 8/29/11 |

Plaintiffs' MSJ Appx. 6282

TDCJ033141.XLS

| WATKINS, FLOYD | 1099744 | HV | 8/29/11 |
|---|---|---|---|
| SAMPSON, CHARLES | 644861 | EA | 8/29/11 |
| DECKARD, JAMES | 1730494 | ND | 8/30/11 |
| HUTTON, DAVID | 1119022 | HV | 8/30/11 |
| WYNNE, BILL | 759636 | J3 | 8/30/11 |
| DECKARD, JAMES | 1730797 | ND | 8/30/11 |
| JEWELL, MARK | 592686 | EA | 8/31/11 |
| DECKARD, JAMES | 1730797 | ND | 8/31/11 |
| SMITH, CURTIS | 1695998 | FE | 9/1/11 |
| SNEED, CHARLES | 1710820 | TI | 9/2/11 |
| SMITH, ANTHONY | 1658350 | CY | 9/13/11 |
| FLORES, JOSE | 1725264 | GG | 9/22/11 |
| BOOTH, TYRONE | 1500700 | E1 | 5/6/12 |
| DUBBERSTEIN, JEFFERY | 1681074 | R1 | 5/26/12 |
| BURTON, BOBBY | 592278 | J3 | 6/2/12 |
| GREEN, DANIEL | 1785726 | LN | 6/2/12 |
| YARBROUGH, CHANEL | 1775716 | LJ | 6/4/12 |
| MARTIN, JEWELS | 1761521 | GG | 6/4/12 |
| Traylor, Ebony | 1750326 | HT | 6/4/12 |
| KEIFFER, DAVID | 1689183 | GG | 6/5/12 |
| WINDLAND, JIMMY | 1205662 | E1 | 6/5/12 |
| MONROE, RANDY | 1722199 | GG | 6/6/12 |
| LIZARDO, EZEQUIEL | 1358744 | R1 | 6/6/12 |
| FREEMAN, RICHARD | 1021603 | E1 | 6/6/12 |
| TAPLIN, CHARLES | 1288257 | E1 | 6/6/12 |
| LACY, TRAVIS | 1505097 | MI | 6/11/12 |
| WHITE, DARWIN | 1635083 | BY | 6/12/12 |
| ARTHUR, DANIEL | 664867 | MI | 6/12/12 |
| CASTLEMAN, DAVID | 1760922 | LN | 6/12/12 |
| BOLLIER, ANTONY | 1550797 | P1 | 6/12/12 |
| MEDRANO, LUIS | 1763550 | RL | 6/13/12 |
| MAGANA, RUDY | 1744741 | GG | 6/13/12 |
| GARCIA, JULIAN | 1609566 | HI | 6/15/12 |
| BOYETT, LISA | 1780804 | LJ | 6/15/12 |
| CLEM, CRISTIN | 1782862 | LJ | 6/18/12 |
| PRATT, DAVID | 1745094 | AH | 6/19/12 |
| OLES, MELVIN | 768769 | BY | 6/23/12 |
| ENDRESS, KURT | 1790260 | J1 | 6/25/12 |
| ANDERSON, GREGORY | 1611431 | P2 | 6/25/12 |
| ANDERSON, GREGORY | 1611431 | P2 | 6/25/12 |
| MARMOLEJO, ANTHONY | 1559279 | GL | 6/26/12 |
| VALDIVIA, CHRISTOPHER | 1458746 | GL | 6/26/12 |
| DILLON, SHAWN | 1788383 | LN | 6/26/12 |
| BARNES, JERRY | 1618214 | P2 | 6/26/12 |
| LEWIS, FRANKIE | 1645723 | LJ | 6/26/12 |
| WYNN, MATTIE-ANN | 1739348 | LJ | 6/26/12 |
| WASHINGTON, ANDRE | 1757195 | P2 | 6/26/12 |
| VERA, ROLANDO | 1707464 | P2 | 6/26/12 |
| PRITCHARD, JEREMY | 1761127 | P1 | 6/26/12 |

Plaintiffs' MSJ Appx. 6283

TDCJ033141.XLS

| | | | |
|---|---|---|---|
| CULBERT, JARION | 1693741 | P2 | 6/27/12 |
| EDWARDS, DARREN | 1616198 | P2 | 6/27/12 |
| CARRION, LUCIANO | 1785121 | LN | 6/27/12 |
| GALLOWAY, FREDDIE | 1683690 | P1 | 6/27/12 |
| LOPEZ, CEZAR | 1785941 | HD | 6/28/12 |
| ELQUTOB, SHARIF | 1697624 | P2 | 6/28/12 |
| SCHILLES, EDWARD | 769656 | P1 | 6/28/12 |
| WILSON, DARRELL | 1737846 | GL | 6/30/12 |
| TOVAR, PAUL | 911689 | P2 | 7/2/12 |
| SENOKOWSKY, PAUL | 1741393 | RV | 7/2/12 |
| CADDELL, BRADLEY | 1697940 | HJ | 7/2/12 |
| JOHNSON, EUGENE | 894913 | FE | 7/3/12 |
| TREJO, JULIO | 1471073 | BY | 7/6/12 |
| KROEKER, PETER | 1498764 | BR | 7/6/12 |
| HERNANDEZ, DAVID | 1772592 | GG | 7/8/12 |
| MONTGOMERY, BRENT | 1719516 | GG | 7/8/12 |
| LINDAMOOD, MARK | 1783355 | CM | 7/12/12 |
| BAKER, CHARLES | 1533171 | BY | 7/16/12 |
| LANDEROS, ANDRE | 1573731 | GL | 7/16/12 |
| BOATRIGHT, MICHAEL | 1788450 | CL | 7/18/12 |
| PALM, ANTONIO | 1604986 | MI | 7/18/12 |
| ANDRADE, ROBERT | 1575977 | P1 | 7/18/12 |
| ORNOA, JULIO | 1767310 | P1 | 7/19/12 |
| HAWKINS, CHARLES | 1752563 | P2 | 7/19/12 |
| KRIEG, JASON | 1416090 | E1 | 7/22/12 |
| KEIFFER, DAVID | 1689183 | GG | 7/25/12 |
| JEMENEZ, GILBERT | 1627271 | GL | 7/26/12 |
| HARPER, DOUGLAS | 1539472 | ML | 7/27/12 |
| SUMMERS, DONALD | 1786061 | BL | 7/29/12 |
| BREWER, JERRY | 1536843 | B2 | 7/30/12 |
| WALKER, HENRY | 1667875 | CL | 7/30/12 |
| WILSON, KINSLOW | 1774941 | CN | 8/1/12 |
| NICKERSON, CHARLES | 1797560 | ND | 8/1/12 |
| RODRIGUEZ, AUGAPITO | 1789338 | JT | 8/1/12 |
| ADAMS, RODNEY | 1797921 | ND | 8/3/12 |
| HUDSON, GREAGORY | 1786202 | DW | 8/4/12 |
| WELDON, GEORGE | 666823 | RV | 8/9/12 |
| SHEETS, ROBERT | 1779215 | LN | 8/15/12 |
| PORTILLO, ELIAS | 1596576 | VS | 8/16/12 |
| ENDRES, KURT | 1790260 | J1 | 8/18/12 |
| JOHNSON, GARLAND | 1659894 | DA | 8/22/12 |
| FERNANDEZ, PEDRO | 894777 | JA | 8/28/12 |
| VOYLES, JAMES | 689292 | E2 | 8/30/12 |
| MCDANIEL, ANDRE | 1646822 | JH | 9/3/12 |
| DELWARE, WESLEY | 1204743 | B2 | 9/5/12 |
| TRAYLOR, CHRISTOPHER | 1525694 | E1 | 9/6/12 |
| GUTIERREZ, VICTOR | 1767227 | R2 | 9/7/12 |
| PEREZ, BOBBY | 1117750 | ML | 9/8/12 |
| FERGUSON, WILLIAM | 1778064 | CL | 4/16/13 |

Plaintiffs' MSJ Appx. 6284

TDCJ033141.XLS

| | | | |
|---|---|---|---|
| BATTREAL, JESSE | 1766616 | LN | 5/19/13 |
| CULCLAGER, TREDRIC | 1794578 | NH | 5/30/13 |
| GARRETT, RHONDA | 1748975 | GV | 6/3/13 |
| KENNEDY, DUKE | 1846009 | GG | 6/5/13 |
| OLBERA, ROBERT | 1704871 | RV | 6/5/13 |
| TRUJILLO, EMILIO | 1407784 | RV | 6/5/13 |
| PRIDE, ARTHUR | 1651306 | RV | 6/5/13 |
| ECKOLS, LEROY | 1509100 | R1 | 6/6/13 |
| TUTT, CHRIS | 1613075 | B2 | 6/8/13 |
| PRICE, GARY | 1734676 | JN | 6/11/13 |
| HATHORN, BILLY | 1633552 | TO | 6/11/13 |
| KEIFER, DAVID | 1689183 | P1 | 6/11/13 |
| QUEVEDO, JESSE | 1692010 | P2 | 6/12/13 |
| GUZMAN, BARTHOLOMEW | 1399983 | WY | 6/12/13 |
| CONTRERAS, FERNANDO | 1213042 | B2 | 6/13/13 |
| LEWIS, CALVIN | 1185552 | E1 | 6/13/13 |
| ECKOLS, LEROY | 1509100 | R1 | 6/14/13 |
| POLIDORE, JOSHUA | 1838952 | CM | 6/14/13 |
| CARLILE, CHARLES | 1824598 | LN | 6/20/13 |
| BAKER, JOSEPH | 1000416 | CO | 6/20/13 |
| HICKEY, MARC | 1441619 | MI | 6/24/13 |
| GOODACRE, PERRY | 1695659 | LH | 6/26/13 |
| MOWREY, MICHAEL | 1582119 | GG | 6/26/13 |
| ALANIZ, ANDRES | 1843171 | NH | 6/26/13 |
| FAGAN, JAMES | 1756457 | BX | 6/28/13 |
| JONES, KENNETH | 1585909 | RV | 6/28/13 |
| OLBERA, ROBERT | 1704871 | RV | 6/28/13 |
| CARRILLO, ALEXANDER | 1792582 | BR | 6/29/13 |
| WALKER, LANARD | 1695636 | E1 | 7/5/13 |
| NICHOLS, CRAIG | 1820054 | KY | 7/5/13 |
| ENGLISH, JOEL | 1853531 | KY | 7/5/13 |
| BOOZER, EZEKIEL | 1783235 | LN | 7/7/13 |
| JONES, AMOS | 1846308 | GG | 7/9/13 |
| TAYLOR, JOHN | 777312 | JN | 7/10/13 |
| HATLEY, LARRY | 1295956 | MI | 7/10/13 |
| WILLIAMS, DAVID | 1865038 | ND | 7/12/13 |
| CHAPA, FELIPE | 1670479 | BX | 7/15/13 |
| COOLEY, CHRISTOPHER | 1466146 | TL | 7/16/13 |
| MENDEZCANTU, JOSE | 1600067 | E1 | 7/22/13 |
| WADE, JAMIER | 1847279 | LN | 7/24/13 |
| LINLEY, ADRIAN | 1756334 | LN | 8/1/13 |
| LORNE, GARY | 1429503 | EA | 8/1/13 |
| MORRIS, DARRIN | 1839856 | VS | 8/3/13 |
| OLGUIN, EDWARD | 1867616 | NH | 8/6/13 |
| TUCKER, JARED | 1777865 | BR | 8/6/13 |
| BOYETT, STEVEN | 1748167 | SM | 8/6/13 |
| BAKER, JUSTIN | 1782730 | B2 | 8/6/13 |
| TATUM, CHARLIE | 1519548 | RH | 8/6/13 |
| HEARNE, ROY | 1312464 | JA | 8/7/13 |

Plaintiffs' MSJ Appx. 6285

TDCJ033141.XLS

| RAMIREZ, OSCAR | 1727639 | NH | 8/7/13 |
|---|---|---|---|
| MONTES, JUAN | 1752403 | GR | 8/8/13 |
| KENNEDY, CHARLES | 1849402 | LN | 8/9/13 |
| HONEYCUTT, DAVID | 1838530 | MI | 8/12/13 |
| SHIPMAN, JEREMY | 1761279 | P2 | 8/12/13 |
| MORIN, JOEL | 1864139 | GG | 8/13/13 |
| WHEELER, JOAQUIN | 1808995 | EN | 8/13/13 |
| MOSQUEDA, RUBEN | 1865776 | GG | 8/14/13 |
| JONES, TONYA | 1780364 | HB | 8/19/13 |
| BROWN, CARL | 1805664 | GR | 8/28/13 |
| CHOICE, TIMOTHY | 1611938 | DU | 8/29/13 |
| BRANNON, JOSEPH | 1820665 | R2 | 8/30/13 |
| WOOLDRIDGE, DWAYNE | 1183253 | BY | 8/30/13 |
| KEETON, JESSE | 1843811 | P1 | 9/2/13 |
| FARROW, SAMMY | 787811 | N6 | 9/3/13 |
| ANSURES, BENITO | 1011720 | E1 | 9/4/13 |
| BURDINE, RACE | 1702655 | E1 | 9/4/13 |
| GARCIA, DAVID | 1818347 | R1 | 9/4/13 |
| GARSES, JUAN | 1861561 | JH | 9/5/13 |
| BOOTH, MARCUS | 1810031 | JM | 9/6/13 |
| JOUBERT, RICKY | 1285960 | BR | 9/9/13 |
| FRANCIS, SALAH | 1870729 | GG | 9/11/13 |
| MAXEY, CHRIS | 1416824 | ST | 9/11/13 |
| JOUBERT, RICKY | 1285960 | BR | 9/12/13 |
| HERNANDEZ, MARY | 1555990 | GC | 4/26/14 |
| JAMES, RODNEY | 1778330 | HF | 5/10/14 |
| HALL, BOBBY | 1857544 | R2 | 5/30/14 |
| PRICE, JEWEN | 1711163 | R1 | 6/4/14 |
| JONES, DAVID | 1822823 | R1 | 6/5/14 |
| GORDON, VINCENT | 1298732 | EA | 6/5/14 |
| VELA, LEONARDO | 1300507 | TE | 6/13/14 |
| SANCHEZ, JESUS | 1792305 | GL | 6/13/14 |
| MCCOY, RANDY | 1924666 | GG | 6/17/14 |
| HUCKABAY, WILBUR | 1914661 | P1 | 6/18/14 |
| GRIMES, DANIEL | 1236927 | BY | 6/19/14 |
| MENDOZA, JOSE | 1775144 | J3 | 6/19/14 |
| DANIEL, TERRY | 632073 | N6 | 6/24/14 |

Plaintiffs' MSJ Appx. 6286

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| | § | JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 266

**From:** Eubank, Gary J.
**Sent:** Thursday, April 21, 2016 12:58 PM
**To:** Osteen, Jennifer K.
**Subject:** FW: Heat Related Complaints - Standing Delegated Orders - D-27.5 Att L.

As requested

Gary J. Eubank, MSN, RN
Chief Nursing Officer
University of Texas Medical Branch
Correctional Managed Care
200 River Pointe Dr
Ste 200
Conroe, Texas 77304
Ofc: 936-494-4187
Cell: 936-232-3685

**From:** Eubank, Gary J.
**Sent:** Tuesday, December 16, 2014 1:04 PM
**To:** Holloway, Tracy D.
**Subject:** Re: Heat Related Complaints - Standing Delegated Orders - D-27.5 Att L.

I found the original with signatures from Sept 2012 and sent it to Jennifer.

Thanks,
Gary
**Gary J. Eubank, RN, MSN**
**Chief Nursing Officer**
University of Texas Medical Branch
Correctional Managed Care
200 River Pointe Dr. Ste 200
Conroe, Texas 77304
Ofc: 936-494-4187
Cell: 936-232-3685

**From:** <Holloway>, "Tracy D." <tdgreen@UTMB.EDU>
**Date:** Tuesday, December 16, 2014 at 12:58 PM
**To:** Gary Eubank <gjeubank@utmb.edu>
**Subject:** FW: Heat Related Complaints - Standing Delegated Orders - D-27.5 Att L.

Gary,

The policy was formulated September 2012, but we did not have all of the signatures until 9/21/2012, the policy was not rolled out or made effective until 10/2012.  I attached the newest Policy Update page , it list the Policy as new 10/12.

This is the email from S. Williford when it was posted and the email  to Sherry and the Nurse Managers from Justin.

1

UTMBEMAILS000033027

**From:** Williford, Sherry D.
**Sent:** Friday, October 05, 2012 8:37 AM
**To:** Robison, Justin R.; Holloway, Tracy D.; Brown, Paul V.; Saenz, Hilario; Robison, Jerri D.
**Cc:** Eubank, Gary J.
**Subject:** RE: Heat Related Complaints - Standing Delegated Orders - D-27.5 Att L.

Posted.

Sherry D. Williford
*Applications Systems Analyst*
*UTMB Correctional Managed Care*
*#2 Financial Plaza, Suite 625, Huntsville, TX 77340*
*office (936) 437-4216    fax (936) 437-3508*

**From:** Robison, Justin R.
**Sent:** Thursday, October 04, 2012 11:18 AM
**To:** Williford, Sherry D.; Holloway, Tracy D.; Brown, Paul V.; Saenz, Hilario; Robison, Jerri D.
**Cc:** Eubank, Gary J.
**Subject:** Heat Related Complaints - Standing Delegated Orders - D-27.5 Att L.

Attached are the finalized standing delegated orders for Heat Related Complaints signed by Gary and both Dr. Adams.  Policy # is D-27.5 Att. L.

Realize we are officially in the fall season and hope we have no further heat related incidents this year but at least we will be prepared for next summer.

Please go ahead and share with your NMs.

Sherry - Please post to the CMC WEB.

Thanks,

Justin Robison, MSN, RN
Director of Nursing, In-Patient Services
Correctional Managed Care
University of Texas Medical Branch
Cell 806-535-1150

Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.

UTMBEMAILS000033028

Plaintiffs' MSJ Appx. 6289

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 267

| | |
|---|---|
| **From:** | Eubank, Gary J. |
| **Sent:** | Thursday, April 21, 2016 12:57 PM |
| **To:** | Osteen, Jennifer K. |
| **Subject:** | FW: Brief Heat Subcommittee Meeting – January 5th or 6th |
| **Attachments:** | Heat Related Illness SDO_9-14.pdf |

As requested

Gary J. Eubank, MSN, RN
Chief Nursing Officer
University of Texas Medical Branch
Correctional Managed Care
200 River Pointe Dr
Ste 200
Conroe, Texas 77304
Ofc: 936-494-4187
Cell: 936-232-3685

**From:** Eubank, Gary J.
**Sent:** Tuesday, December 30, 2014 11:23 AM
**To:** Kathryn Buskirk; Linda Knight; Sheri Talley; Michael Jones; Penn, Joseph; Morris, Susan M.; Robison, Justin R.; Zepeda, Stephanie D.
**Cc:** Chris Black-Edwards; Phyllis Mcwhorter; Koranek, Angela; Gloria Moore; Krista Greathouse
**Subject:** Re: Brief Heat Subcommittee Meeting - January 5th or 6th

Dr. Buskirk,

Attached is the UTMB Standing Delegated Orders for Heat Related Illnesses.  These orders are approve by Drs. Smith and Morris.  I am somewhat concerned that the policy is prescriptive in nature.  Perhaps the treatment for each level of illness should be consistent with how each University Medical Directors recommend treatment?

Gary

**Gary J. Eubank, RN, MSN**

**Chief Nursing Officer**

University of Texas Medical Branch

Correctional Managed Care

200 River Pointe Dr. Ste 200

1

UTMBEMAILS000032928

Conroe, Texas 77304

Ofc: 936-494-4187

Cell: 936-232-3685

---

**From:** Kathryn Buskirk <Kathryn.Buskirk@tdcj.texas.gov>
**Date:** Tuesday, December 30, 2014 at 7:42 AM
**To:** Linda Knight <Linda.Knight@tdcj.texas.gov>, Sheri Talley <sheri.talley@ttuhsc.edu>, Gary Eubank <gjeubank@utmb.edu>, Mike Jones <michael.w.jones@ttuhsc.edu>, "Penn, Joseph" <jopenn@UTMB.EDU>, "Morris, Susan M." <smmorris@UTMB.EDU>, Justin Robison <jrrobiso@UTMB.EDU>, "Zepeda, Stephanie D." <sdzepeda@UTMB.EDU>
**Cc:** "chris.black-edwards@tdcj.texas.gov" <chris.black-edwards@tdcj.texas.gov>, Phyllis Mcwhorter <Phyllis.Mcwhorter@tdcj.texas.gov>, "Koranek, Angela" <amkorane@UTMB.EDU>, Gloria Moore <Gloria.Moore@tdcj.texas.gov>, Krista Greathouse <Krista.Greathouse@tdcj.texas.gov>
**Subject:** RE: Brief Heat Subcommittee Meeting - January 5th or 6th

There are three attachments with suggested revisions from Dr. Zepeda for everyone's review and input.

---

**From:** Kathryn Buskirk
**Sent:** Monday, December 29, 2014 11:10 AM
**To:** Linda Knight; Sheri Talley; Gary Eubank; Michael Jones; Joseph Penn; Susan Morris (smmorris@utmb.edu); Robison, Justin R.; Zepeda, Stephanie D.
**Cc:** Chris Black-Edwards; Phyllis Mcwhorter; amkorane@utmb.edu; Gloria Moore; Krista Greathouse
**Subject:** RE: Brief Heat Subcommittee Meeting - January 5th or 6th

In preparation for the Heat Policy Subcommittee teleconference, which we are trying to schedule for January 5th or 6th, I have attached CMHC Policy D-27.2 Heat Stress with Attachments A, B & C, and CMHC Policy D-27.3 Photosensitivity for your review and input.

The following two attachments contain proposed revisions (in red):

1. D-27.2 Attachment A, Drugs Associated with Heat Stress, contains suggested revisions, based on recommendations from the P&T committee, Dr. Koranek, myself and Chris Black-Edwards.

2. D-27.3 Photosensitivity, also contains proposed revisions.

Please review all of the attachments and submit any recommendations, if possible, prior to the subcommittee teleconference.

We are hoping to present our final recommendations to the P&P Committee Meeting on January 8th.

Thanks.

2

Plaintiffs' MSJ Appx. 6292

UTMBEMAILS000032929

Please let me know if you have any questions.

Kathryn Buskirk MD, CMD

Director of Quality Monitoring and Compliance

TDCJ, Health Services Division

**From:** Gloria Moore
**Sent:** Friday, December 19, 2014 4:29 PM
**To:** Kathryn Buskirk; Stephanie D. Zepeda; Linda Knight; Sheri Talley; Gary Eubank; Michael Jones; Joseph Penn; Susan Morris (smmorris@utmb.edu); Robison, Justin R.
**Cc:** Chris Black-Edwards
**Subject:** Brief Heat Subcommittee Meeting - January 5th or 6th

I would like to schedule a brief meeting with the above sub-committee members.  We will set up a conference line once I know everyone availability.  This meeting should take about 30 minutes.

**Thank you and have a Great Day!!!!**

**Gloria Moore**
**Texas Department Criminal Justice**
**Office of Public Health &**
**Office of Special Monitoring**
**Administrative Asst. III**
**Assistant to**
**Chris Ann Black -Edwards**
**Assistant Chief Nursing Officer, Director II**
**Office of Public Health Infection Control**
**Phone: 936-437-3528**
**Fax:    936-437-3572**
**email:** gloria.moore@tdcj.texas.gov

3

UTMBEMAILS000032930

**Confidentiality Notice:  Confidential health information enclosed.  This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is strictly prohibited.  If you have received this message by error, please notify the sender immediately.**

4

UTMBEMAILS000032931

| UTMB/CMC NURSING SERVICES POLICY MANUAL | Effective Date: 10/12 | Number:   D-27.5 Attachment L |
|---|---|---|
| | Reviewed:      9/14 | |
| | Revised:        9/14 | Page   1  of  7 |
| | Formulated:   Sept 2012 | |

## STANDING DELEGATION ORDERS
### HEAT RELATED COMPLAINTS

❖ Provider must be notified immediately upon obtaining vital signs and completion of the patient assessment- to include history of previous heat related incidents and current list of medications.

### Heat Cramps:

**Significant signs and symptoms:**

If the core body temperature is 98.6-100.0 F and have one or more of the following assessment findings are present:

- Muscle cramps
- Pain, or spasms in the abdomen, arms, or legs

### Follow the listed treatment regimen:

- Ensure basics of circulation, airway, and breathing (CAB).

- Apply C-collar for known or suspected head or neck injury or head injury that resulted in a loss of consciousness. Ensure spinal immobilization prior to moving patient.

- Move the patient to a cool air-conditioned place.

- Take vital signs to include oxygen saturation if available. Repeat every 15 minutes until stable or transferred out 911. Rectal temperature preferred to ensure an accurate body temperature reading.  Obtain UA for ketones and specific gravity.

- If V/S are outside the following parameters (BP less than 90/60 or greater than 180/110, pulse less than 50/min or greater than 110/min, temp greater than 101F, respirations greater than 22/min) notify the provider.

UTMBEMAILS000032932

| UTMB/CMC NURSING SERVICES POLICY MANUAL | Effective Date: 10/12 | Number: D-27.5 Attachment L |
|---|---|---|
| | Reviewed:      9/14 | |
| | Revised:        9/14 | Page  2  of  7 |
| | Formulated:   Sept 2012 | |

## STANDING DELEGATION ORDERS
## HEAT RELATED COMPLAINTS

- Administer Oxygen at 2 LPM via nasal cannula. If severe shortness of breath or oxygen saturation less than 90%, administer oxygen at 15 LPM via non-rebreather mask. Be prepared to assist with ventilation with a Bag Valve Mask / Ambu Bag and 100% oxygen.

- Offer fluids by mouth if patient is able to tolerate (pitcher of cool water) and allow patient to begin cooling off in medical department.

- Notify provider of all changes in patient's condition as necessary.

- Complete the Heat Illness Reporting Form CMHC Policy D-27.2 Att C. and email to:
  - Phyllis McWhorter, Health Services Liaison - hsl@tdcj.texas.gov – via UTMB web mail
  - Chief Nursing Officer's Administrative Secretary

- Document care/treatment provided on the Urgent/Emergent Care Record (HSM-16).

### Heat Exhaustion:

### Significant signs and symptoms:

If the core body temperature is 100-103.0 F and one or more of the following assessment findings are present:

- Tachycardia
- Diaphoresis
- Extreme fatigue or weakness
- Vertigo
- Nausea/Vomiting
- Irritability
- Fast shallow respirations
- Confusion
- Loss of coordination

UTMBEMAILS000032933

| UTMB/CMC NURSING SERVICES POLICY MANUAL | Effective Date:  10/12 | Number:   D-27.5 Attachment L |
|---|---|---|
| | Reviewed:     9/14 | |
| | Revised:        9/14 | Page  3  of  7 |
| | Formulated:   Sept 2012 | |

## STANDING DELEGATION ORDERS
### HEAT RELATED COMPLAINTS

- Syncope
- Ashen skin color that is cool and clammy

**If the patient exhibits any of these significant signs and symptoms, prepare the patient for 911 transfer and call the provider.**

<u>**Follow the listed treatment regimen:**</u>

- Ensure basics of circulation, airway, and breathing (CAB).

- Apply C-collar for known or suspected head or neck injury or head injury that resulted in a loss of consciousness. Ensure spinal immobilization prior to moving patient.

- Move the patient to a cool air-conditioned place stripped of clothing and cooled rapidly using a water spray and cooling fans. Wet sheets to body surface areas.  Apply ice packs to axilla, groin, popliteal, and neck areas.

- Take vital signs to include oxygen saturation if available. Repeat every 15 minutes till stable or transferred out 911.Rectal temperature preferred to ensure an accurate body temperature reading.  Obtain UA for ketones and specific gravity.

- If V/S are outside the following parameters (BP less than 90/60 or greater than 180/110, pulse less than 50/min or greater than 110/min, temp greater than 101F, respirations greater than 22/min) notify the provider.

- Administer Oxygen at 2 LPM via nasal cannula. If severe shortness of breath or oxygen saturation less than 90%, administer oxygen at 15 LPM via non-rebreather mask. Be prepared to assist with ventilation with a Bag Valve Mask / Ambu Bag and 100% oxygen.

- Offer fluids by mouth if patient is able to tolerate (pitcher of cool water) and allow patient to begin cooling off in medical department.

UTMBEMAILS000032934

| UTMB/CMC **NURSING SERVICES POLICY MANUAL** | Effective Date:  10/12 | Number:   D-27.5 Attachment L |
|---|---|---|
| | Reviewed:     9/14 | |
| | Revised:       9/14 | Page  4 of  7 |
| | Formulated:  Sept 2012 | |

## STANDING DELEGATION ORDERS
### HEAT RELATED COMPLAINTS

- Establish an IV via a peripheral site using 0.9% Normal Saline at 30ml/hr. Large bore needle preferred.

- If the BP is less than 70 mm Hg systolic, administer a 200 ml fluid bolus then repeat V/S. Notify the provider if V/S are still outside the following parameters (BP less than 90/60 or greater than 180/110, pulse less than 50/min or greater than 110/min, rectal temp greater than 101F, respirations greater than 22/min).

- Perform a finger stick blood sugar (FSBS)

- If FSBS is outside the normal range (below 60 or above 140) refer to the Hypo/Hyperglycemia SDO.

- Ensure patient safety by placing patient in a secure place, safe position/environment i.e. side rails up, mattress on floor, never unattended etc.

- Notify provider of any change(s) in patient's condition.

- Follow other Standing Delegated Orders as indicated (i.e. head injury, LOC, trauma, chest pain, etc.)

- Complete the Heat Illness Reporting Form CMHC Policy D-27.2 Att C. and email to:
  - o  Phyllis McWhorter, Health Services Liaison – hsl@tdcj.texas.gov – via UTMB web mail
  - o  Chief Nursing Officer's Administrative Secretary

- Document care/treatment provided on the Urgent/Emergent Care Record (HSM-16).

### Heat Stroke:

**Significant signs and symptoms:**

UTMBEMAILS000032935

| UTMB/CMC NURSING SERVICES POLICY MANUAL | Effective Date:  10/12 | Number:   D-27.5 |
|---|---|---|
| | Reviewed:      9/14 | Attachment L |
| | Revised:        9/14 | Page  5 of  7 |
| | Formulated:   Sept 2012 | |

## STANDING DELEGATION ORDERS
### HEAT RELATED COMPLAINTS

If one or more of the following assessment findings are present:

- Core body temperature greater than 103.0 F
- Chills, gooseflesh
- Tachycardia
- Extreme fatigue or weakness
- Vertigo
- Nausea/Vomiting
- Irritability
- Fast, shallow, respirations
- Confusion
- Loss of coordination
- Hot, dry skin or profuse sweating
- Ashen skin color that is cool and clammy
- Throbbing headache
- Syncope
- Seizures/coma

**If the patient exhibits any of these significant signs and symptoms, immediately call 911 and the provider.**

**Follow the listed treatment regimen:**

- Ensure basics of circulation, airway, and breathing (CAB).

- Apply C-collar for known or suspected head or neck injury or head injury that resulted in a loss of consciousness. Ensure spinal immobilization prior to moving patient.

- Move the patient to a cool air-conditioned place stripped of clothing and cooled rapidly using a water spray and cooling fans. Wet sheets to body surface areas.  Apply ice packs to axilla, groin, popliteal, and neck areas.

UTMBEMAILS000032936

| UTMB/CMC NURSING SERVICES POLICY MANUAL | Effective Date: 10/12 | Number:   D-27.5 Attachment L |
|---|---|---|
| | Reviewed:     9/14 | |
| | Revised:        9/14 | Page   6  of  7 |
| | Formulated:   Sept 2012 | |

## STANDING DELEGATION ORDERS
### HEAT RELATED COMPLAINTS

- Take vital signs to include oxygen saturation if available. Repeat every 15 minutes till stable or transferred out 911.Rectal temperature preferred to ensure an accurate body temperature reading.  Obtain UA for ketones and specific gravity.

- If V/S are outside the following parameters (BP less than 90/60 or greater than 180/110, pulse less than 50/min or greater than 110/min, temp greater than 101F, respirations greater than 22/min) notify the provider.

- Establish an IV via a peripheral site using 0.9% Normal Saline at 30ml/hr. Large bore needle preferred.

- If the BP is less than 70 mm Hg systolic, administer a 200 ml fluid bolus then repeat V/S. Notify the provider if V/S are still outside the following parameters (BP less than 90/60 or greater than 180/110, pulse less than 50/min or greater than 110/min, rectal temp greater than 101F, respirations greater than 22/min).

- Administer Oxygen at 2 LPM via nasal cannula. If severe shortness of breath or oxygen saturation less than 90%, administer oxygen at 15 LPM via non-rebreather mask. Be prepared to assist with ventilation with a Bag Valve Mask / Ambu Bag and 100% oxygen.

- Offer fluids by mouth if patient is able to tolerate (pitcher of cool water) and allow patient to begin cooling off in medical department.

- Perform a finger stick blood sugar (FSBS)

- If FSBS is outside the normal range (below 60 or above 140) refer to the Hypo/Hyperglycemia SDO.

- Obtain EKG.

UTMBEMAILS000032937

| | Effective Date: 10/12 | Number: D-27.5 |
|---|---|---|
| **UTMB/CMC NURSING SERVICES POLICY MANUAL** | Reviewed: 9/14 | Attachment L |
| | Revised: 9/14 | |
| | Formulated: Sept 2012 | Page 7 of 7 |

## STANDING DELEGATION ORDERS
## HEAT RELATED COMPLAINTS

- Ensure patient safety by placing patient in a secure place, safe position/environment i.e. side rails up, mattress on floor, never unattended etc.

- Notify provider of any change(s) in patient's condition.

- Follow other Standing Delegated Orders as indicated (i.e. head injury, Altered mental status, trauma, chest pain, etc.)

- Notify provider of all changes in patient's condition as necessary.

- Complete the Heat Illness Reporting Form CMHC Policy D-27.2 Att C. and email to:
  - Phyllis McWhorter, Health Services Liaison – hsl@tdcj.texas.gov - via UTMB web mail
  - Chief Nursing Officer's Administrative Secretary

- Document care/treatment provided on the Urgent/Emergent Care Record (HSM-16).

_Monte C. Smith_      9-24-14
Inpatient Medical Director      Date

_signature_      9/24/14
Outpatient Medical Director      Date

_Gary Eubanks, MSN, RN_      9-24-14
Chief Nursing Officer      Date

UTMBEMAILS000032938

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 268

| | |
|---|---|
| **From:** | |
| **Sent:** | 5/29/2015 12:39:33 PM |
| **Subject:** | ac requests |

When a medical provider identifies an offender with a rare medical condition requiring housing exclusively in a temperature controlled environment, HSL has been instructed to advise the medical provider to notify the unit's Chief of Classification.  If Classification Chief cannot adequately meet the offender's needs as requested by the provider, he/she should contact CRO.  If the offender cannot be placed in an acceptable environment for his/her medical condition by CRO due to the custody status, sentence type, sentence length, or other classification/security issues, the provider should be advised.  The provider should then contact Utilization Review (UR) to request placement in an infirmary.

Robert Lewis Williams, M.D.
Deputy Director, Health Services Division
Texas Department of Criminal Justice
Phone: (936) 437-3535
Fax: (325) 223-0293

The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information.  Any other interception or use of these materials is strictly prohibited.  If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.
Nothing in this message should be construed as digital or electronic signature unless expressly stated to the contrary herein.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| PLAINTIFFS | § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | |
| DEFENDANTS | § | |

Plaintiffs' Consolidated Summary Judgment Response Appendix

# EXHIBIT 269

## Jessica O'Donnell

| | |
|---|---|
| **From:** | Jessica O'Donnell |
| **Sent:** | Wednesday, August 05, 2015 12:22 PM |
| **To:** | Richard Alford; Kelvin Scott; Leonard Echessa; Joe Grimes; Jason Heaton; Eric Guerrero |
| **Cc:** | Lindsay Lewis; Felicia Cotton; Veronica Rubio; Ashley Johnson; Joyce Johnson; Sherry Barrington |
| **Subject:** | Respite Areas |
| **Attachments:** | NOTICE TO CORRECTIONAL OFFICERS.docx; NOTICE TO OFFENDERS.docx |

As discussed in this afternoon's conference call:

Please disseminate the attached Notice to Offenders and Notice to Correctional Staff to all Wardens in your respective Region.

Each Warden shall include all respite locations on the unit in the space provided on the Notice to Offenders and post the Notice in all offender housing areas, work locations and law libraries.

The Notice to Correctional Staff shall be discussed during shift turnout meetings, posted on employee bulletin boards and distributed to all unit department heads.

Auth:  Robert Eason
　　　　 Deputy Director
　　　　 Prison/Jail Operations


Thank You,


Jessica O'Donnell
Executive Assistant
Prison/Jail Operations
936.437.6318
F:  936.437.8725

1

# NOTICE TO CORRECTIONAL OFFICERS

Respite areas are being made available for offenders to prevent the development of heat-related illnesses.  These areas have been designated by the Warden.  Offenders have received notification to request assistance from a staff member if they are experiencing difficulty due to heat.

Upon notification, the staff member will allow access to a respite area of the unit. Security staff are responsible for supervision of offenders in the respite areas.  If the offender has a specific medical complaint such as muscle cramps, muscle pain, weakness, excessive fatigue, dizziness, headache, and/or confusion, security should immediately bring the offender into the medical department for evaluation.

Offenders listed on the Wellness Checklist shall have access to respite areas during the afternoon and evening hours during periods of low offender movement.  These offenders shall continue to be monitored closely with required security checks for signs of heat-related illnesses.

Plaintiffs' MSJ Appx. 6306

TDCJ 82745

# NOTICE TO OFFENDERS

**Areas are being made available for offenders who are experiencing difficulty due to heat.  These areas are located (INSERT LOCATIONS ON THE UNIT HERE).  If you are experiencing difficulty due to the heat, please notify a staff member immediately.**

Plaintiffs' MSJ Appx. 6307

**TDCJ 82746**