UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>          PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>          DEFENDANTS | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br><br> JURY DEMAND |

**ORDER ON PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT AND APPENDIX OUT OF TIME**

On this day the Court considered *Plaintiffs' Motion for Leave to File Consolidated Response to Motions for Summary Judgment and Appendix Out of Time*. Having considered the motion, any and all reply briefing, any argument of counsel, the record, the disposition of the case, and all applicable law. The Court hereby **GRANTS** Plaintiffs' motion and grants leave to file the response and its appendix.

Date: _____, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE