United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, §§§§§§§ PLAINTIFFS § § v. § § § BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. §§§§§§§§ DEFENDANTS § | CIVIL ACTION NO. 4:14-cv-3253 JURY DEMAND |

### ORDER ON PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE A SINGLE CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATIONS

This Court, having considered Plaintiffs' opposed motion to extend page limits and file a consolidated response to Defendants' Motions for Summary Judgment, all other pleadings on file, the arguments of counsel, and all applicable law, hereby permits Plaintiffs to file their brief not to exceed 120 pages, excluding the style and signature pages.

Date: September 8, 2016

Honorable Keith Ellison
U.S. District Judge