United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER ON PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT AND APPENDIX OUT OF TIME**

On this day the Court considered *Plaintiffs' Motion for Leave to File Consolidated Response to Motions for Summary Judgment and Appendix Out of Time*. Having considered the motion, any and all reply briefing, any argument of counsel, the record, the disposition of the case, and all applicable law. The Court hereby **GRANTS** Plaintiffs' motion and grants leave to file the response and its appendix.

Date: September 8, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE