UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    Defendants. | § | |

### DEFENDANT THE UNIVERSITY OF TEXAS MEDICAL BRANCH'S AMENDED APPEARANCE OF COUNSEL

Defendant The University of Texas Medical Branch at Galveston ("UTMB"), provides notice that Graig J. Alvarez and Kara K. Stauffer are appearing as counsel for UTMB in this matter. Mr. Alvarez and Ms. Stauffer previously appeared as counsel, and ask the Court to take notice of their new firm name and contact information below. UTMB requests that copies of all notices and filings be provided to counsel as follows:

Graig J. Alvarez
Alvarez Stauffer Bremer PLLC
815 Walker St., Ste. 1450
Houston, Texas 77002
Tel: (713) 351-0300
Fax: (713) 351-0320
Federal Bar No.: 22596
graig.alvarez@asb.legal

Kara K. Stauffer
Alvarez Stauffer Bremer PLLC
815 Walker St., Ste. 1450
Houston, Texas 77002
Tel: (713) 351-0300
Fax: (713) 351-0320
Federal Bar No.: 685342
kara.stauffer@asb.legal

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


/s/J. Lee Haney
**J. LEE HANEY**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 00784203
Federal I.D. No. 18544
Lee.haney@texasattorneygeneral.gov

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632

**JENNIFER DANIEL**
Assistant Attorney General
Texas Bar No. 24090063
Federal I.D. No. 2451063

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)

**ALVAREZ STAUFFER BREMER PLLC**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER**
State Bar No. 24056373
Federal I.D. No. 685342

815 Walker St., Ste. 1450
Houston, Texas 77002
(713) 351-0300
(713) 351-0320 (Fax)

**ATTORNEYS FOR DEFENDANT**
**THE UNIVERSITY OF TEXAS**
**MEDICAL BRANCH**

## NOTICE OF ELECTRONIC FILING

I, **J. Lee Haney,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on September 13, 2016.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **J. Lee Haney**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on September 13, 2016, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General