UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants*. | § | |

PROPOSED ORDER
ON

DEFENDANTS UNIVERSITY OF TEXAS MEDICAL BRANCH,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
LIVINGSTON, PRINGLE, CLARK, TATE, SANDERS AND EASON'S
OPPOSED JOINT MOTION FOR AN EXTENSION OF TIME TO REPLY TO
PLAINTIFFS' CONSOLIDATED RESPONSE TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**THIS COURT** considered the Defendants' Motion for Extension of Time to Reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment, the Plaintiffs' response, and applicable law, and **HEREBY ORDERS THAT**:

Defendants' Motion for Extension of Time to Reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment is **GRANTED**.  Defendants' Reply shall be due on or before November 18, 2016.

DATE:_____, 2016

_____
**Keith P. Ellison**
**United States District Court Judge**