United States District Court
Southern District of Texas
**ENTERED**
September 13, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEPHEN MCCOLLUM, *et al*, § § § Plaintiffs, § VS. § BRAD LIVINGSTON, *et al*, § § § Defendants. § | CIVIL ACTION NO. 4:14-CV-3253 |

## ORDER

This Court considered Defendants' Motion for Extension of Time to Reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment, and HEREBY ORDERS THAT:

Defendants' Motion for Extension of Time to Reply to Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment is PARTIALLY GRANTED. Defendants' Reply shall be due on or before Wednesday, October 19, 2016.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 13th day of September, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE