UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | JURY DEMAND |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE FOR DAVID JAMES

Plaintiffs respectfully notify the Court that David James of the Edwards Law firm serves as co-counsel for the above numbered cause. Though Mr. James has appeared for joint hearings and other proceedings on several occasions, he files this notice to clarify the record and to request electronic notifications of filing in each above-numbered cause. Jeff Edwards remains lead counsel.

Please add David James to any future notifications of filing and correspondence from the Court in this matter.

Dated: September 16, 2016.

                        Respectfully submitted,

                        EDWARDS LAW
                        The Haehnel Building
                        1101 East 11th Street
                        Austin, TX 78702
                               Tel.    512-623-7727

        Fax.    512-623-7729

By:    /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Lead Counsel
SCOTT MEDLOCK
State Bar No. 24044783
DAVID JAMES
State Bar No. 24092572
Federal ID No. 2496580

THE SINGLEY LAW FIRM, PLLC
State Bar No. 00794642
4131 Spicewood Springs Rd.
Austin, Texas 78759
    Tel.    (512) 334-4302
    Fax.    (512) 727-3365

Abigail Frank
Texas Bar No. 24069732
Federal ID No. 1076613
Wayne Krause Yang
State Bar No. 24032644

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78751
Tel.    (512) 474-5073
Fax.   (512) 474-0726

Wallis Nader
State Bar No. 24092884
Federal ID No. 2609150

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.    (832) 767-3650
    Fax.    (832) 554-9981

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on **September 16, 2016** through the Electronic Case File System of the Southern District of Texas.

<u>/s/ David James</u>
David James