**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM, et al.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:14-cv-03253** |
| | § | |
| **BRAD LIVINGSTON, et al.,** | § | |
| *Defendants.* | § | |

---

**DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE ITS REPLY BRIEF IN SUPPORT OF**
**ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 10 PAGES**

---

The University of Texas Medical Branch at Galveston (UTMB) files this Unopposed

Motion for Leave to File Its Reply Brief in Support of Its Motion for Summary Judgment in Excess

of 10 Pages.

UTMB respectfully moves for an order granting leave to file its Reply Brief in Support of

Its Motion for Summary Judgment in excess of the Court's ten (10) page limit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ J. Lee Haney*
**J. LEE HANEY**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 00784203
Federal I.D. No. 18544
lee.haney@oag.texas.gov

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632

**JENNIFER DANIEL**
Assistant Attorney General
Texas Bar No. 24090063
Federal I.D. No. 2451063

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 936-2109 (Fax)

**ALVAREZ STAUFFER BREMER PLLC**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER**
State Bar No. 24056373
Federal I.D. No. 685342

815 Walker St., Ste. 1450
Houston, Texas 77002
(713) 351-0300
(713) 351-0320 (Fax)

**ATTORNEYS FOR DEFENDANT
THE UNIVERSITY OF TEXAS
MEDICAL BRANCH**

2

**CERTIFICATE OF CONFERENCE**

I, **J. LEE HANEY**, Assistant Attorney General of Texas, have conferred with opposing counsel, Jeff Edwards, by e-mail on October 14, 2016 and opposing counsel is not opposed to this motion.

*/s/ J. Lee Haney*
**J. LEE HANEY**
Assistant Attorney General

**NOTICE OF ELECTRONIC FILING**

I, **J. LEE HANEY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing The University of Texas Medical Branch's Unopposed Motion for Leave to File Its Reply Brief in Support of Its Motion for Summary Judgment in Excess of 10 Pages, on October 19, 2016, in the Southern District of Texas, Houston Division.

*/s/ J. Lee Haney*
**J. LEE HANEY**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **J. LEE HANEY**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via Electronic Case Files System on October 19, 2016, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

*/s/ J. Lee Haney*
**J. LEE HANEY**
Assistant Attorney General