IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, et al., | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
|    *Defendants*. | § | |

## ORDER

Defendant University of Texas Medical Branch's Motion for Leave to File Its Reply Brief in Support of Its Motion for Summary Judgment in Excess of the Court's 10-page limit is **GRANTED.**

SIGNED THIS _____DAY OF _____, 2016.

_____
JUDGE PRESIDING