United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN MCCOLLUM, et al., §<br>*Plaintiffs,* §<br> §<br>v. §<br> §<br>BRAD LIVINGSTON, et al., §<br>*Defendants.* § | CIVIL ACTION NO. 4:14-cv-03253 |

## ORDER

Defendant University of Texas Medical Branch's Motion for Leave to File Its Reply Brief in Support of Its Motion for Summary Judgment in Excess of the Court's 10-page limit is **GRANTED**.

SIGNED THIS 19th DAY OF October, 2016.

_____
JUDGE PRESIDING