**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.,* | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.,* | § | |
| *Defendants*. | § | |

<u>**TDCJ DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE
LIMITS**</u>

Defendants Livingston, Eason, Pringle, Clark, Tate, Sanders, and the Texas Department of

Criminal Justice respectfully submit their Unopposed Motion for Leave to Exceed Page Limits.

In support thereof, Defendants respectfully show as follows:

The TDCJ Defendants have prepared their Reply to Plaintiffs' Response to Defendants'

Motion for Summary Judgment in the above styled cause.  Defendants' motion exceeds the 10

page limit for reply briefs under this Court's procedure 7(B).  Defendants recognize they are

submitting a lengthy motion and do not do so lightly.  The TDCJ Defendants request leave to

exceed the Court's page limit to fully address the significant and complex legal issues for multiple

Defendants.  TDCJ Defendants respectfully request that the Court grant this motion.


Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24035455
Southern District No. 35273
Cynthia.Burton@texasattorneygeneral.gov

/s/ Matthew J. Greer
**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24069825
Southern District No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS
LIVINGSTON, EASON, PRINGLE, CLARK,
TATE, SANDERS, AND TDCJ**

## CERTIFICATE OF CONFERENCE

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, do hereby certify that on October 19, 2016, I conferred with Plaintiffs' lead counsel Jeff Edwards, via email, regarding the above motion. Plaintiffs are unopposed to the relief requested.

/s/ Matthew J. Greer
**MATTHEW J. GREER**
Assistant Attorney General

## NOTICE OF ELECTRONIC FILING

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, certify that I have electronically submitted for a copy of the foregoing for filing in accordance with the Electronic Case Files system of the Southern District of Texas on October 19, 2016.

/s/ Matthew J. Greer
**MATTHEW J. GREER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **MATTHEW J. GREER**, Assistant Attorney General of Texas, do hereby certify that a

true and correct copy of the above **TDCJ Defendants Unopposed Motion for Leave to Exceed**

**Page Limits** have served all lead counsel of record electronically in accordance with ECF system

of the Southern District of Texas on this 19[h] day of October, 2016, addressed to:

Jeff Edwards
Scott Medlock
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas  78702


Jacqueline Haney                                                 *Via Hand-Delivery*
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711


/s/ Matthew J. Greer
**MATTHEW J. GREER**
Assistant Attorney General