UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM**, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON**, *et al.*, | § | |
| *Defendants*. | § | |

## ORDER

On this day, the Court reviewed and considered **Defendants' Unopposed Motion for Leave to Exceed Page Limits.** The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' Motion is **GRANTED.** Defendants may exceed the Court's page limit in **TDCJ Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.**

SIGNED this _____ day of _____, 2016.

_____
KEITH P. ELLISON
U. S. DISTRICT COURT JUDGE