UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-03253 |

## TDCJ DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL

Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, file this Notice of Appearance of Co-Counsel in connection with the above referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General ("AAG") Derek J. Kammerlocher is appearing as co-counsel in this case. Please add Assistant Attorney General, Derek J. Kammerlocher to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


/s/ Derek J. Kammerlocher
**DEREK J. KAMMERLOCHER**
Assistant Attorney General
Co-Counsel
State Bar No. 24097915
Southern District ID No. 2790636
Derek.Kammerlocher@texasattorneygeneral.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
State Bar No. 24035455
Southern District ID No. 35273
Cynthia.Burton@texasattorneygeneral.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Southern District ID No. 1171775
Matthew.Greer@texasattorneygeneral.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
State Bar No. 24088123
Southern District ID No. 2374885
Daniel.Neuhoff@texasattorneygeneral.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone: (512) 463-2080
Fax No.: (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **DEREK J. KAMMERLOCHER,** Assistant Attorney General of Texas, certify that I have electronically submitted for filing **TDCJ Defendants' Notice of Appearance of Co-Counsel** in accordance with the Electronic Case Files system of the Southern District of Texas on October 19, 2016.

/s/ Derek J. Kammerlocher
**DEREK J. KAMMERLOCHER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **DEREK J. KAMMERLOCHER**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing TDCJ **Defendants' Notice of Appearance of Co-Counsel** has been served electronically to all counsel or *pro se* parties of record as authorized by FED. R. CIV. P. 5 (b)(2) on October 19, 2016.

/s/ Derek J. Kammerlocher
**DEREK J. KAMMERLOCHER**
Assistant Attorney General
