UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants.* | § | |

## ORDER

On this day came to be considered TDCJ Defendants' Response to Plaintiffs Motion to Strike in the above styled cause. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

Defendants' Response to Plaintiffs Motion to Strike is hereby **GRANTED**.

SIGNED this _____ day of _____, 2016.

_____
KEITH P. ELLISON
U. S. DISTRICT COURT JUDGE