UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM**, *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON**, *et al.*, | § | |
| *Defendants.* | § | |

**PROPOSED ORDER**

**This cause** coming to be heard on the TDCJ Defendants' OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SUMMARY JUDGMENT EVIDENCE, the Court having reviewed the pleadings of the parties and taken into account applicable law, the Court the Court **HEREBY ORDERS THAT**:

| DEFENDANTS' OBJECTIONS | GRANTED | DENIED |
|---|---|---|
| Strike Plaintiffs' Appendix Exhibit 1, "Summary of Undisputed Heat Stroke Deaths | | |
| Or in the alternative, for Ex. 1, strike column 7 and strike from the chart all deaths which occurred after Mr. McCollum became ill on July 22, 2011 as follows:  Hudson, Meyers, Webb, Togonidze, Cook, Martone, Marcus, James, Alvarado, Adams, and Hinojosa. | | |
| **Autopsies & Reports of Heat Related Incidents for incidents after July 22, 2011**: D.E. 300-2 to 300-4, Ex. 2-10; D.E. 300-4 to D.E. 300-7, Ex. 12-22; D.E. 300-8 to D.E. 300-9, Ex. 27-30; D.E. 302-12 to 302-13, Ex. 180 (report of Caddell injury); D.E. 305-19, Ex. 301-302; | | |

| | | |
|---|---|---|
| **Mortality and Morbidity Reports for incidents after July 22, 2011:** D.E. 300-7, Ex. 23 (Mortality and Morbidity Worksheet for death on 7/29/2011 prepared by Dr. Williams on 12/7/2011); Plaintiffs' sealed exhibit no. 303 at pp. 7104-7107 and 7112-7148. | | |
| **Emails and letters dated after July 22, 2011**: D.E. 300-7 to 300-8, Ex. 25-26; D.E. 305-7 to 305-9, Ex. 236-249; D.E. 305-10, Ex. 251-254; D.E. 305-11, Ex. 257; D.E. 305-12, Ex. 262-265. (Please note, there seems to be two Exhibits numbered as "253". In this paragraph, we are referring to the email labeled as Ex. 253 at D.E. 305-10 at p. 37-39) | | |
| **2012 Meeting minutes**: D.E. 300-19, Ex. 71-72 | | |
| **May and Sept. 2012 inmate grievances:** D.E. 300-20, Ex. 74-75 | | |
| **Risk Mgt. Injury Reports for incidents after July 22, 2011**: D.E. 301-5, Ex. 109; D.E. 305-10, Ex. 251 | | |
| **Learned Articles and/or Treatises**: D.E. 302-1, Ex. 151-153 which require expert analysis and have not been referenced in the attached expert reports as having been reviewed by a specific expert who was disclosed specifically for this case | | |
| **News Articles**: D.E. 302-2 to 302-3, Ex. 158-164 | | |
| **EAC Reports for incidents after July 22, 2011**: D.E. 302-15 to 302-15, Ex. 184-201 | | |
| **OIG Reports for incidents** | | |

| | | |
|---|---|---|
| **after July 22, 2011**: D.E. 303-14 to 305-1, Ex. 202-210 | | |
| Affidavit of Jeremy Banks (offender) D.E. 302-9, Ex. 170 | | |
| "Affidavit of Fact" at D.E. 302-1, Ex. 154 by attorney Scott Gray | | |

SIGNED this _____ day of _____, 2016.

 _____
 KEITH P. ELLISON
 U. S. DISTRICT COURT JUDGE