UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| Defendants. | § | |

## ORDER

After considering UTMB's Motion to Strike and Objections to Plaintiffs' Evidence in Response to Motion for Summary Judgment, the court is of the opinion that the following order shall issue:

It is ORDERED that UTMB's motion to strike is GRANTED.

It is ORDERED that UTMB's objections are GRANTED.

SIGNED on this the _____ day of _____, 2016.

_____
JUDGE PRESIDING