# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM,** *et al.*, | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL NO. 4:14-CV-3253** |
| | § | |
| | § | |
| **BRAD LIVINGSTON,** *et al.*, | § | |
| *Defendants.* | § | |

## PROPOSED ORDER

This Court having considered the TDCJ Defendants' Opposed Motion to Designate Dr. Rieger as an Expert and to Supplement the Record with his Report, the Plaintiffs' response, and the applicable law,

**HEREBY ORDERS THAT:**

The motion is **GRANTED**. The Defendants may formally designate their expert, Dr. Rieger, out of time no later than _____, 2016. Dr. Rieger's report shall be included as a supplement to the Defendants' summary judgment record for consideration by the Court.

SIGNED this _____ day of _____, 2016.

_____
KEITH P. ELLISON
U. S. DISTRICT COURT JUDGE