UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | CIVIL NO. 4:14-CV-3253 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § § | |
| *Defendants*. | § | |

# APPENDIX
# TABLE OF CONTENTS

| | | |
|---|---|---|
| **Exhibit 1** | Deposition Excerpts of Brad Livingston | Pages 001-008 |
| **Exhibit 2** | Deposition Excerpts of Dr. Owen Murray | Pages 009-013 |
| **Exhibit 3** | Deposition Excerpts of Robert Eason | Pages 014-016 |
| **Exhibit 4** | Deposition Excerpts of Jeff Pringle | Pages 017-020 |