United States District Court
Southern District of Texas
**ENTERED**
October 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN MCCOLLUM, *et al.*, *Plaintiffs*, | § § § | |
| v. | § | CIVIL NO. 4:14-CV-3253 |
| | § § § | |
| BRAD LIVINGSTON, *et al.*, *Defendants*. | § § | |

### ORDER

On this day, the Court reviewed and considered **Defendants' Unopposed Motion for Leave to Exceed Page Limits.** The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' Motion is **GRANTED.** Defendants may exceed the Court's page limit in **TDCJ Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.**

SIGNED this 19th day of October, 2016.

KEITH P. ELLISON
U. S. DISTRICT COURT JUDGE