# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20161019-388

Andrew W Austin
Sheinfeld Maley and Kay
301 Congress Ave
Ste 1400
Austin, TX 78701

United States District Court
Southern District of Texas
FILED

OCT 28 2016

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, October 19, 2016
Case Number: 4:14-cv-03253
Document Number: 317 (1 page)
Notice Number: 20161019-388
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas

FILED

OCT 28 2016

David J. Bradley, Clerk of Court

Return to Sender
Not at this Address

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 OCT 20 2016
$ 000.46⁵