UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br> JURY DEMAND |

**PLAINTIFFS' PARTIALLY OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN RESPONSE TO DEFENDANTS' OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE**

Plaintiffs respectfully request leave of Court to file their response to Defendants' objections to the summary judgment appendix in excess of the Court's 25 page limit. Plaintiffs expect the body of the filing to be less than 50 pages in length. UTMB is unopposed, but TDCJ replied that they could not state their lack of opposition without conditions.

The Defendants object to mostly overlapping subsets of Plaintiffs' appendix, raising objections to more than 100 exhibits. UTMB's objections are 42 pages long, while TDCJ's brief objections cover a similar number of exhibits in substantially less detail. *See* Docs. 321, 322.

In order to address each objection to each exhibit, Plaintiffs respectfully request that the Court grant leave to file a response which, excluding the style, required table of contents, table of authorities, and signatures, is not more than 50 pages long.

1

Dated: November 2, 2016.

    Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
    Tel.  512-623-7727
    Fax.  512-623-7729

By   /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
Attorney-in-Charge
Scott Medlock
State Bar No. 24044783
David James
State Bar No. 24092572
Federal ID No. 2496580

Michael Singley
Texas Bar No. 00794642

THE SINGLEY LAW FIRM, PLLC
4131 Spicewood Springs Rd., Ste. O-3
Austin, Texas 78759
    Tel.  (512) 334-4302
    Fax.  (512) 727-3365

Abigail Frank
Texas Bar No. 24069732
Southern District No. 1076613
Wayne Krause Yang
State Bar No. 24032644
James C. Harrington
State Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Dr.
Austin, TX 78751
    Tel.  (512) 474-5073
    Fax.  (512) 474-0726

Wallis Nader
Texas Bar No. 24092884

Southern District No. 2609150

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.   (832) 767-3650
    Fax.  (832) 554-9981

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

    By   /s/ Jeff Edwards
    JEFF EDWARDS

## CERTIFICATE OF CONFERENCE

By my signature below, I certify that I corresponded with counsel for Defendants. Counsel for UTMB stated that they were unopposed to the relief requested. Counsel for TDCJ stated they were unopposed "if and only if" Plaintiffs reached an agreement with TDCJ on another matter. No agreement on that matter has been reached.

    By   /s/ David James
    David James

3