UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER ON PLAINTIFFS' PARTIALLY OPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN RESPONSE TO DEFENDANTS' OBJECTIONS TO SUMMARY JUDGMENT EVIDENCE**

On this date, the Court considered the Plaintiffs' partially opposed motion for leave to exceed page limits in response to Defendants' objections to summary judgment evidence. Having considered the motion, all applicable law, all other applicable filings, and the disposition of the case, the Court hereby **GRANTS** Plaintiffs' Motion.

Plaintiffs may file their brief not to exceed 50 pages, excluding the required style, table of contents, table of authorities, and signature pages.

Date: _____

_____
Keith P. Ellison
United States District Judge