UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | §§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>4:14-cv-3253<br><br>JURY DEMAND |

**PLAINTIFFS' RESPONSE TO TDCJ'S MOTION TO DESIGNATE DEAN RIEGER AS A LATE EXPERT &
PLAINTIFFS' MOTION TO STRIKE LATE EXPERT DESIGNATIONS OF LANNETTE LINTHICUM, PHYLLIS MCWHORTER, ROBERT WILLIAMS, DEAN RIEGER, AND JOHN NIELSEN-GAMMON**

# Exhibit 5



## ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

February 25, 2014

Jeff Edwards
The Edwards Law Firm
1101 E. 11th Street
Austin, Texas 78702-1908

Re:  Civil Action No. 3:12-CV-02037; *Stephen McCullom, et al. v. Brad Livingston, et al.*;
Filed in the USDC – Northern District of Texas, Dallas Division.

Dear Jeff:

I am in receipt of your 2/13/2014 letter regarding experts. As you know, Dr. Tito Orig and P.A. Babbili are treating physicians and not required to provide reports under the rules. Dr. Adams has provided a report. I will de-designate Murray and Linthicum and McWorter as experts. I will re-designate them as fact witnesses. I actually never intended that they provide expert testimony, but designated them, out of an abundance of caution, because of their advanced educations.

Sincerely,

*Kim Coogan*

KIM COOGAN
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 495-9139 Fax

KC/de

c:   File

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548  TEL:(512) 463-2100  WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*