UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>§§§§§§§§§PLAINTIFFS§§§§§§§§ | |
| v. | CIVIL ACTION NO. 4:14-cv-3253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | JURY DEMAND |

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE LATE EXPERT DESIGNATIONS OF LANNETTE LINTHICUM, PHYLLIS MCWHORTER, ROBERT WILLIAMS, DEAN RIEGER, AND JOHN NIELSEN-GAMMON

On this date, the Court considered Plaintiffs' Motion to Strike Late Expert Designations of Lannette Linthicum, Phyllis McWhorter, Robert Williams, Dean Rieger, and John Nielsen-Gammon. Having considered the motion, any and all reply briefing, any argument of counsel, all applicable law, all other applicable filings, the disposition of the case, and the interests of justice, the Court GRANTS the motion in its entirety.

The Court hereby orders stricken the designations of Lannette Linthicum, Phyllis McWhorter, Robert Williams, Dean Rieger, and John Nielsen-Gammon. The Court further orders that Lannette Linthicum, Phyllis McWhorter, Robert Williams, Dean Rieger, and John Nielsen-Gammon are excluded from offering expert witness reports or testimony, and any such reports or testimony already offered are stricken and excluded from consideration.

IT IS SO ORDERED.

Date: _____, 2016

_____
Keith P. Ellison
United States District Court Judge