UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § | |
| PLAINTIFFS | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| BRAD LIVINGSTON, *et al.* | § | JURY DEMAND |
| DEFENDANTS | § | |

**PLAINTIFFS' SUPPLEMENTAL APPENDIX IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

| **Exhibit** | **Description** | **Appendix page** |
|---|---|---|
| A | TDCJ's Responses to First Set of Discovery | 7425 |
| B | "TDCJ RFP 3" | 7439 |
| C | "TDCJ RFP 4" | 7457 |
| D | Excerpts of Dr. Vassallo's deposition | 7486 |
| E | Exhibit 5 to Vassallo's Deposition | 7497 |
| F | Exhibit 7 to Vassallo's Deposition | 7759 |
| G | UTMB's Suppl. Responses to Hinojosa's 3rd Requests for Production | 7823 |
| H | Stephanie Kingrey Deposition Excerpts | 7828 |
| I | Business Records Affidavit of CID Meetings | 7839 |
| J | *Cole v. Livingston*, Doc. 477, Order for Preliminary Injunction | 7841 |
| K | Hutchins Unit Business Records relating to Bradley Caddell | 7857 |
| L | EAC Business Records relating to Bradley Caddell | 7954 |
| M | Excerpts of Ananda D. Babbili's deposition | 7971 |
| N | Exhibit 4 to Babbili's deposition, Clinic Notes – Nursing | 7977 |
| O | Autopsy of Archie White with business records affidavit | 7980 |
| P | Autopsy of Anselmo Lopez with business records affidavit | 7988 |
| Q | Autopsy of James Moore with business records affidavit | 7999 |