UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § § § § § | |
| PLAINTIFFS | § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-3253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. | § § § § § § § | JURY DEMAND |
| DEFENDANTS | § | |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO STRIKE SUMMARY JUDGMENT EVIDENCE**

# Exhibit K

SELF-AUTHENTICATING BUSINESS RECORDS AFFIDAVIT:

AFFIDAVIT OF **BRADLEY CADDELL - 01697940**

"My name is [ **JAMES STANLEY** ] and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the following is true and correct. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"I am the custodian of records for the [ **HUTCHINS UNIT** ] of the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of the [ **REQUESTED DOCUMENTS** ] records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters."

Executed in [ **DALLAS** ], State of Texas, on the **16TH** day of **JULY** , 20 **14**

[Name of Affiant]
Title **ASSISTANT WARDEN**
Department
Texas Department of Criminal Justice

Plaintiff MSJ Appx. 0858
(Supplemental)



# HUTCHINS STATE JAIL

1500 E. Langdon Rd.
Dallas, Texas 75241
(972) 225-1304 (office)
(469) 941-3913 (fax)

# F A X   C O V E R   S H E E T

DATE: _7·7·14_

TO: _Bruce Garcia_

DEPT: _A G_

UNIT: _____

PHONE: _512 589 5216_

FAX: _512· 495 - 9139_

FROM: _Jeff Pringle_

DEPT: _____

UNIT: HUTCHINS STATE JAIL

PHONE: 972-225-1304

FAX: (469) 941-3913

Number of pages including cover sheet: _37_

## *Message*

_____

_____

_____

_____

_____

```
****************************************************************************
*** REQUESTOR: JLE2639 - LEWIS, JILL          EMERGENCY ACTION CENTER  ***
****************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                   ***
MESSAGE ID: 715297         DATE: 07/07/14  TIME: 12:04pm  PRIORITY: 000
```

**From**

JLE2639 - LEWIS, JILL
PROGRAM SUPERVISOR V
EMERGENCY ACTION CENTER
PO BOX 99
HUNTSVILLE, TEXAS 77342

**TO**

CCO4161 - COZART, CAROL
ADMINISTRATIVE ASSISTANT II
HUTCHINS JAIL FACILITY
1500 E. LANGDON RD.
DALLAS, TEXAS 75241

Fax# 469 941-3913

9 pg including cover

SUBJECT:     EAC RETRIEVAL

S. LEWIS,

ARDEN PRINGLE IS REQUESTING THE EAC # I-09196-07-12 TO BE SENT TO HIM
LEASE. CAN IT BE FAXED OVER PLEASE?

HANK YOU,

S. COZART
DMIN. TECH II

UTH:  JEFF PRINGLE/SR. WARDEN

ent to:    JLE2639            LEWIS, JILL                    (to)

Plaintiffs' Appx. 08860
(Supplemental)
GARRETT A00208860

SEA1400/CSEA14            TEXAS DEPARTMENT OF CRIMINAL JUSTICE          2012/07/02
AL4570 /1BIM/INMTCICS      EMERGENCY ACTION CENTER SYSTEM                 21:05:50
                                  INCIDENT LOG
-09196-07-12              ADDED BY: TAL4570  ON: 07-02-2012 21:05
ATE/TIME REPORTED TO EAC 07 / 02 / 2012   20 : 56 LATE/COMPUTER DOWN(Y/N)?: _
EPORTED UNIT/FACILITY:
AC   EAC OFFICE                 SECURITY LEVEL: OTH        REGION: A
NCIDENT UNIT/FACILITY:
J   HUTCHINS                    SECURITY LEVEL: 002        REGION: 2
ALLER RANK/TITLE: LT
AST: BROWN                      FIRST: X               MI: _
OCATION OF INCIDENT ON UNIT/FACILITY
   16  DORMITORY

*Recvd 3/17/2000  Ø DWI*
*3Rd or More*
                   INCIDENT DESCRIPTION:   *W-M-51-G1*   *3yr*
WARE TODAY AT 1815 HRS    CADDELL, BRADLEY #1697940   HE WAS IN THE A4 DORM   *Wise C(*
ND BECAME ILL ON 6/30    TRANSP BY EMS TO PARKLAND HOSP   THE O/F RETURNED
        RECVD I.V. HYDRATION AT THE HOSP          ON 6/30
   THE LT AND THE WDN DO NOT KNOW WHY HE WAS DEHYDRATE, JUST THAT HE HAD
   TEMPERATURE AND HE RECVD I.V. HYDRATION    TEMP 99.7 DEGREES OUTSIDE
                HUMIDITY 50 PERCENT    HEAT INDEX WAS 107 DEGREES
OG LAST UPDATED: TAL4570  THERESA ALFORD          07/02/2012 21:05
OID/EXPUNGE CODE: ___
NCIDENT SUCCESSFULLY REPORTED
1=HELP F2=REFRESH F3=PREV F6=PROCESS F12=MENU

Plaintiffs' MSJ Appx. 861
CADDELL-00208

**From:**    Terry May/Institutional/TDCJ
**To:**      Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ

**Date:**    Sunday, July 01, 2012 11:41AM
**Subject:** offender Caddell 1697940

Warden,

   I interviewed offender Caddell 1697940, his housing assignment is A 4-19 the offender states that he did have a fan on him but sometime through out the night another offender repositioned the fan, when he woke up he was sweating so he took a shower, but was still feeling bad. So after count cleared he went to the boiler room were he called G control, and told them he needed to go to medical. At this time he had not worked in the boiler room, he stated that his shift was from two till ten, the offender states that it was not the boiler room that was hot, and that he had gotten hot on the dorms because some one moved the fan.
Offender Caddell arrived at Hutchins 04-6-2011 and was assigned as a dorm janitor, his restrictions at that time were no lifting over 25 lbs, limited sitting, no food service, and do not assign to medical and no temperature extremes. This offender was a dorm janitor up till September 12, 2011, were he was then made a boiler room operator. He was then seen on committee February 16 2012 and promoted to a G1. Offender Caddell was then unassigned medical on 6-11-2012 and as the document shows he is still unassigned medical.
The offender said he never received a lay in stating that he was unassigned medical but has been turning out for work.
During the conversation he stated that he had been interviewed by Sgt. Warfield for an investigation on an assaulted offender on A4 dorm, and has been having a little problem with the other offenders thinking he was the one that told.
At this time I have had the offender moved to another bunk number 35 a heat restriction bunk were there is air blowing on it. The offender is alert and able to make conversation and is coherent, if I find out any more information I will forward it to you.

Plaintiffs' MSJ Appx. GARDNER 17862
(Supplemental)

```
*************************************************************
 REQUESTOR: CCO4161 - COZART, CAROL        HUTCHINS JAIL FACILITY      ***
*************************************************************
              S Y S M   I N B A S K E T   P R I N T               ***

AGE ID: 833164      DATE: 07/03/12  TIME: 01:36am  PRIORITY: 000


            CCO4161 - COZART, CAROL
            ADMINISTRATIVE ASSISTANT II
            HUTCHINS JAIL FACILITY
            1500 E. LANGDON RD.
            DALLAS, TEXAS 75241



M:      KBR0818 - BROWN, KEVIN
            LIEUTENANT
            HUTCHINS JAIL FACILITY
            1500 E. LANGDON RD.
            DALLAS, TEXAS 75241



JECT:   I-09196-07-12


 SPECIFIC LOCATION STATED ON THE EAC TELEX WAS BOILER ROOM. OFFENDER
 DELL WAS IN HIS HOUSING LOCATION OF A-4 DORM WHEN HE BEGAN TO FEEL
 .. THE OFFENDER WENT TO HIS WORK LOCATION (BOILER ROOM) AND NOTIFIED
 AFF FROM THERE.


 EUTENANT K BROWN
 ICHINS STATE JAIL


 nt to:   HJEAC           <list>              (to)
          HJLTS           <list>              (to)
          HJADMIN         <list>              (to)
```

```
************************************************************
  REQUESTOR: CCO4161 - COZART, CAROL     HUTCHINS JAIL FACILITY    ***
************************************************************
              S Y S M   I N B A S K E T   P R I N T                ***
```

SSAGE ID: 833276      DATE: 07/03/12  TIME: 03:38am  PRIORITY: 000

:        CCO4161 - COZART, CAROL
         ADMINISTRATIVE ASSISTANT II
         HUTCHINS JAIL FACILITY
         1500 E. LANGDON RD.
         DALLAS, TEXAS 75241

OM:      KBR0818 - BROWN, KEVIN
         LIEUTENANT
         HUTCHINS JAIL FACILITY
         1500 E. LANGDON RD.
         DALLAS, TEXAS 75241

BJECT:   I-09196-07-12

: WAS REPORTED THAT DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED ON
'1/2012 WHEN IN FACT HE WAS NOTIFIED ON 6/30/2012 AT APPROXIMATELY
)00 HOURS.

IEUTENANT K BROWN
JTCHINS STATE JAIL.

ent to:    HJEAC           <list>              (to)
           HJADMIN         <list>              (to)
           HJLTS           <list>              (to)

# GENERAL INCIDENTS NOT LISTED

EAC Incident No. __I-09196-07-12__

Date/time of incident __6-30-2012__

Specific location of incident __A-4 dorm__

Type of incident that occurred __Offender Illness (Heat)__

## Offender(s) Information

| Name | TDCJ# | Race | Sex | Age | Custody |
|------|-------|------|-----|-----|---------|
| Caddell, Bradley | 1697940 | W | M | 51 | G1 |
| | | | | | |
| | | | | | |

Injuries?   Yes ___   No ___   If yes, explain _____

## Employee(s) Information

| Name | SSN | Race | Sex | Age | Rank |
|------|-----|------|-----|-----|------|
| N/A | | | | | |
| | | | | | |
| | | | | | |

Injuries?   Yes _X_   No ___   If yes, explain   HIGH TEMPERATURE

Describe incident _____
Offender Caddell was complaining of dizziness and a temperature. Medical staff monitored him
And determined that he needed further medical attention. Parkland Hospital determined that
The offender was dehydrated and gave him IV fluids.

Lieutenant Kevin Brown                              Ms. Theresa Alford
**Name of Person Reporting Incident**               **Name of Person Notified at EAC**

CADDELL 002174
(Supplemental)

UNIT CLASSIFICATION COMMITTEE HISTORY FORM
(Subsequent Hearings)

OFFENDER NAME: _Cadrell, Bradley_          TDCJ #: _169294D_
                  Last      First      Middle I

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 2-16-12 | HJ | 25 | 52/G1 | G1. | — | — | 10 1 11 2 3 ON |

Comments: _Community Service_

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Comments: _____

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Comments: _____

Override: _____

Justification: _____

| Date of Review | TDCJ Unit | Purpose of Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Comments: _____

Override: _____

Justification: _____

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### UNIT CLASSIFICATION COMMITTEE HISTORY FORM

**OFFENDER NAME:** CAddell, Bradley            **TDCJ #:** 1697940
Last            First            Middle I

**A.**    **Purpose of Classification Review Codes**

| | |
|---|---|
| 01 | Assignment to Unit |
| 02 | Safekeeping Status Review |
| 05 | Other UCC/ASC/SMC Decisions |
| 06 | UCC Consideration for Promotion in Class/Custody |
| 09 | Death Row Review |
| 10 | Death Row Custody Change No Committee Action |
| 11 | Disciplinary Report |
| 17 | Classification Review No Committee Action |
| 20 | Initial Admin. Seg. Hearing |
| 21 | Admin. Seg. 30-day/SMC 7-day Review |
| 22 | Admin. Seg. 60-day Review |
| 23 | Admin. Seg. 90-day Review |
| 25 | Other State Classification Committee |
| 26 | Major Program Review/Changes |
| 28 | Admin. Seg. Restriction |
| 29 | Admin. Seg. 180-day Review |
| 31 | 90-day Progress Report (State Jail) |
| 34 | Protection Status Review |
| 35 | Annual Review |
| 36 | Initial ITP Review |
| 37 | SSI Review |
| 38 | FI-R Review |
| 39 | Security Precaution Designator Review |
| 40 | Annual STG Review by SCC |
| 41 | Six Month STG Review by ASC/SMC |
| 50 | Cell Assignment Status |

**C.**    **Custody Codes**

| | |
|---|---|
| OT | General Population Level I (Assigned to Trusty Camp) |
| G1 | General Population Level I |
| G2 | General Population Level II |
| G3 | General Population Level III |
| G4 | General Population Level IV |
| G5 | General Population Level V |
| P1 | Safekeeping Level I |
| P2 | Safekeeping Level II |
| P3 | Safekeeping Level III |
| P4 | Safekeeping Level IV |
| P5 | Safekeeping Level V |
| J1 | State Jail Level 1 |
| J2 | State Jail Level 2 |
| J4 | State Jail Level 4 |
| J5 | State Jail Level 5 |
| PJ | Safekeeping (State Jail) |
| SR | Special Management (State Jail) |
| 1A | Security Detention Level I |
| 2A | Security Detention Level II |
| 3A | Security Detention Level III |
| 4A | Protective Custody Level I |
| 5A | Protective Custody Level II |
| 6A | Protective Custody Level III |
| MD | Inpatient Paraplegic |
| MH | Mental Health Status |
| II | Mentally Retarded Offender Program |
| D1 | Death Row Level I |
| D2 | Death Row Level II |
| D3 | Death Row Level III |
| DW | Death Row Work Capable |
| SA | Special Alternatives to Incarceration Program |
| IT | In-Prison Therapeutic Community |
| FT | Substance Abuse Felony Punishment Facility |
| PR | Pre-Release Therapeutic Community |
| CG | Grad Program Offender |

**B.**    **Standard Overrides**

| | |
|---|---|
| 30 | SCC Promotion to G1 - OT |

| Date of Review | TDCJ Unit | Classification Review Code | Computer Recommended Custody | Committee Assigned Custody | Security Precaution Designator | Cell Assignment Code | Staff Initials |
|---|---|---|---|---|---|---|---|
| 1-6-11 | HJ | 01 | 4/G2 | W/G2 | | | |

Comments: "CLAIMS WAS SEXUALLY ABUSED" OR "CLAIMS WAS NOT SEXUALLY ABUSED"

Override: Janitor

Justification: _____

Is DNA testing required? (circle one):  (Yes)   No     If already tested, what date?  3-22-11

CADDELL 002118
(Supplemental)

☆SSP-113 (Revised 10/03)

```
HJCNT25 /HJ25/HS16        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06:30:15
                          HEALTH SUMMARY FOR CLASSIFICATION           04/05/2011

   NAME: CADDELL,BRADLEY J              DOB: ███████        P U L H E S
   TDCJ#: 01697940  SID#: 02926384      WGT: 280 LBS        -----------
   UNIT: HJ    HOUSING:                 HGT: 5'06"          |3|1|1|1|2|1|
   JOB:                                                     |E|A|A|A|B|A|
                                                            |P| | | |P| |
                                                            -----------
```

. FACILITY ASSIGNMENT (CHECK ONE)
: A. NO RESTRICTION
_ B. BARRIER-FREE FACILITY
_ C. SINGLE LEVEL FACILITY
  D. SUITABLE FOR TRUSTEE CAMP?   X YES__NO

I. HOUSING ASSIGNMENT
. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
  1. NO RESTRICTION                      X 1. NO RESTRICTION
  2. SINGLE CELL ONLY                    __ 2. LOWER ONLY
_ 3. SPECIAL HOUSING (HOUSING WITH
       LIKE MEDICAL CONDITION
_ 4. CELL BLOCK ONLY
. ROW ASSIGNMENT (CHECK ONE)               D. WHEELCHAIR USE (CHECK ONE)
  1. NO RESTRICTION                      __ 1. NO RESTRICTION
_ 2. GROUND FLOOR ONLY                   __ 2. PHOP ORDERED
                                         __ 3. UTILITY USE

II. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
_ 1. MEDICALLY UNASSIGNED          00 15. NO FOOD SERVICE
_ 2. PSYCHIATRICALLY UNASSIGNED    __ 16. NO REPETITIVE USE OF HANDS
_ 3. SEDENTARY WORK ONLY           __ 17. NO WALK WET/UNEVEN SURFACES
_ 4. FOUR HOUR WORK RESTRICTION    00 18. DO NOT ASSIGN TO MEDICAL
_ 5. EXCUSE FROM SCHOOL            __ 19. NO WORK IN DIRECT SUNLIGHT
_ 7. LIMITED STANDING              00 20. NO TEMPERATURE EXTREMES
_ 8. NO WALKING > ___ YARDS        __ 21. NO HUMIDITY EXTREMES
0 9. NO LIFTING > 025 LBS.         __ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
_ 10. NO BENDING AT WAIST          __ 23. NO WORK WITH CHEMICALS OR IRRITANTS
_ 11. NO REPETITIVE SQUATTING      __ 24. NO WORK REQUIRING SAFETY BOOTS
_ 12. NO CLIMBING                  __ 25. NO WORK AROUND MACHINE WITH MOVING PART
0 13. LIMITED SITTING              __ 26. NO WORK EXPOSURE TO LOUD NOISES
_ 14. NO REACHING OVER SHOULDER

V. DISCIPLINARY PROCESS (CHECK ONE)
  A. NO RESTRICTIONS
_ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
_ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
  A. NO RESTRICTION        __ C. MENTAL HEALTH REPRESENTATIVE REQUIRED
_ B. MEDICAL REPRESENTATIVE REQUIRED

I. TRANSPORTATION RESTRICTIONS (CHECK ONE)
  A. NO RESTRICTION         __ C. WHEELCHAIR VAN
_ B. EMS AMBULANCE          __ D. MULTI-PATIENT VEHICLE(MPV)

```
ORNI          PA          03/23/2011                           APR 0 6 2011
RINTED NAME AND TITLE OF REVIEWER    DATE         SIGNATURE OF REVIEWER
```

Plaintiff's MSJ App. 1863
CADDELL-0021863
(Supplemental)

## Admission Summary

| | | NV | |
|---|---|---|---|
| | | 12 | N |

CADDELL,
Bradley J. (W)

| Name | Number | Offense | Sent. | Ed. | GED |
|---|---|---|---|---|---|
| | 1697940 | DWI | 3Y | 12 | N |

| | 04/18/2012 | | | | | | | 92 | 50 | | 03/30/2011 | Baptist |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2013 | | | | | | | | | | | VAA / cjc | |

| Max Expir | Minimum Expiration | I.Q. | Age | DOB | Int./By | Religion |
|---|---|---|---|---|---|---|
| | | 92 | 50 | | | |

| County: | Wise | 11/30/2010 | 03/17/2011 |
|---|---|---|---|
| Work Experience: | Construction Worker  Painter | Sent. Beg. | Date Received |
| Vocational Skills: | None | | |

| Inst. | Commitments | Escapes |
|---|---|---|
| Juv Prob | | |
| Prob Snt | 6-2REV | |
| Jails | 6 | |
| Reft'y | | |
| Det Hosp | | |
| Det Home | | |
| St Trans | | |
| St Jail | | |
| SubA TF | | |
| TDCJ-ID | 1 | |
| O/Pris | | |

**ALL POSTINGS**

Jail Good Time Credited From Sentence Begin Date
70th/72nd/73rd LEGISLATURE - MANDATORY SUPERVISION PROSPECT
DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433
L1  EFF: 11/30/2010  W EFF: 11/30/2010

CADDELL,
Bradley J.

# 1697940

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

**ALL POSTINGS (Cont'd.)**

DWI (1) (3 years)

ILLNESS, INJURY OR DEATH - NOTIFY
Carol Caddell (WIF)

RACE: WHITE          SEX: MALE          HEIGHT: 05' 06"     WEIGHT: 262

COMPLEXION: MEDIUM                   EYES:  HAZ          HAIR:   GRY

NATIVITY:  Hereford, Deaf Smith Co., TX                    MARKS and SCARS:
MOLE UNDER CTR CHIN, ACNE SCARS RT/LFT CHKS, CUT SCAR TOP HEAD, CUT SCAR
FRNT RT KNEE, CUT SCAR MID FRNT RT LEG

DETAINERS:
STATE JAIL DETAINER CAUSE #CR13805 EXPIRES 07/27/2011

Plaintiffs' MSJ Appx. 1869
(Supplemental)
CADDELL-00218869

| NAME | NUMBER | OFFENSE | SENT | AGE | E.D. | A H MD M | EMP. 1 | 2 | 3 | E.R. S | CLASS | RELIGION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Caddell Bradley J. | 1697940 | DWI 3rd | 3 | 50 | | | | | | | | |

| TRANSFERS and ASSIGNMENTS | | |
|---|---|---|
| DATE | PLACE | WORK |

CONDUCT: DWI More

3-31-11 Pendleton (01) G2, Dorm Janitor

APR 06 2011 HJUCC (01) G2 Janitor

SUMMARY:

COMMITTEE RECOMMENDATIONS:

2-16-12 Hsull (25) [illegible] 52/61 Community Service

| INST | COM. ESCAPES | COM. DATA |
|---|---|---|
| Susp. Sent. | | |
| Det. Home | | COURT |
| Jails | | |
| Reft'y | | Sent. Beg. |
| Mil. Pris. | | |
| T. D. C. J. | | Rec'd |
| Oth. Pris. | | |

| MAX. EXPIR. | MIN. EXPIR. | E.A. REHAB. RAT. | DATE INT. BY |
|---|---|---|---|
| | | | |

refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

PF1=HELP, PF2=OTS INQUIRY SCREEN, PF5=DISAPPROVED LIST PF10=FAMILY PAGE

ENTER NEXT TDCNO, CODE, OR REQUEST: OR SIDNO

SPECIAL VISITS THIS MO: 0 LAST VISIT DATE: 04 19 03

CONTACT VISIT ELIG, Y

[redacted]

LIST CHANGED: 09 27 11

CUST: G3 G2 UNIT: HJ

INMATE VISITORS LIST

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Correctional Institutions Division

CADDELL, BRADLEY J

1697940 000 3/17/2011 001

# CLASSIFICATION COMMITTEE DOCKET

Page _____ of _____

Date: 4-6-2011
Unit: 40
Beginning Time: 1:22
Ending Time: 2:30
Docket Entered By: _____

UCC 01/TF   SCC _____   ASC _____   SMC _____

Members (name/title)

Chairperson

1.
2.
3.
4.
5.

Spanish Language Interpreter

| INITIALS | OFFENDER NAME AND NUMBER | Committee Purpose | Current Class/Custody/Level | Resulting Class/Custody/Level | Computer Recommended Custody | OVERRIDE/JUSTIFICATIONS/RESTRICTIONS/COMMENTS | VOTE YES | VOTE NO | Next Committee Review Date and |
|---|---|---|---|---|---|---|---|---|---|
| J.M | Gargle Jonathan | 1696700 | 01 | L1 G2 | L1 G2 | Dorm Janitor | | 1 | 3 | 4/4/11 |
| SMC | Caldwell Bradley | 1697940 | 01 | L1 G2 | L1 G2 | Dorm Janitor | | 1 | 3 | 4/16/11 |
| JC | Cuba Gustavo | 1695535 | 01 | L1 G2 | L1 G2 | Dorm Janitor | | 1 | 3 | 4/2/11 |
| JGF | Flores Jose | 1645505 | 01 | L1 G2 G3 | L1 G2 G3 | Dorm Janitor | | 1 | 3 | 4/20/11 |
| DK | Kea Darrell | 1698898 | 01 | L1 G2 G3 G2 | L1 G2 | Dorm Janitor | (3/13) | 1 | 3 | 9/4/11 |

Plaintiff-1181-A-00220871 (Supplemental)

| INITIALS | OFFENDER NAME AND NUMBER | Committee Purpose | Current Class/Custody/Level | Resulting Class/Custody/Level | Computer Recommended Custody | OVERRIDE/JUSTIFICATIONS/RESTRICTIONS/COMMENTS | VOTE YES | VOTE NO | Next Committee Review Date and Code |
|---|---|---|---|---|---|---|---|---|---|
| RE | McBride, James 1696899 | 01 | L1 G2 G1 | | | Dorm janitor (B/3) | 3 | | 8/31/ |
| JM | Mendez, Juan 1644591 | 01 | L1 G2 G3 | | | Dorm janitor (eL3) | 1 3 | | 9/ |
| JM | Miller, Gerald 1698439 | 01 | L1 G2 G2 | | | Utility one (B/3 4L3) | 1 2 3 | | 9/ |
| DB | Perry, David 1698633 | 01 | L1 G2 G3 | | | Dorm janitor | 1 3 | | 9/ |
| RS | Stafford, Ricky Deb4944 | 01 | L1 G2 G2 | | | Dorm janitor (B/3) | 1 3 | | 9/20/ |
| DS | Stevens, Henry 1685830 | 01 | L1 G2 G2 | | | Dorm janitor (e3) | 1 3 | | 7/12/ |
| JS | Suarez, Juany 1699987 | 01 | L1 G2 G2 | | | Dorm janitor | 1 3 | | 7/10/ |

SSP-303 (Revised 10/03)

As of 10-15-11

**Texas Department of Criminal Justice**
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communication*

**To:** All Concerned

**Date:**

**From:** 1st Shift

**Subject:**

In-Service Safety Training: N/A

Other Training: N/A

Department: Security

Shift: 1st Shift

Date of Training:

Topic: Temperature Extremes in the workplace

Supervisors/Instructors: Lt. Roberts, Lt. Braven, Sgt. Gamer, Sgt. Ahavar Sgt. Saxton

Main Points of Discussion: Symptoms of Hypothermia, Type of Hypothermia, Emergency Treatment.

Number of Offenders Trained: N/A

Number of Employees Trained: 77

Number of Offender Assigned: N/A

Number of Employees Assigned: 74

Name/DOB of Employees (Tracking form attached for Offenders)

Provide an explanation for any personnel missing training.

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 01. | Babalola, Owolabi | P1 | Babalola | ■ | 1-17-2012 |
| 02. | Bowman, Verdello | P1 | Bowman | ■ | 1-17-2012 |
| 03. | Johnson, Lorne | P1 | Johnson | ■ | 1-17-2012 |
| 04. | Langley, Laura | P1 | Langley | ■ | 1-17-12 |
| 05. | Marshall, Alice | P1 | Marshall | ■ | 1-17-12 |
| 06. | Mayes, Katrina | P1 | Mayes | ■ | 1-18-12 |
| 07. | Oloyede, Taye | P1 | Oloyede | ■ | 1-17-12 |
| 08. | Randle, Karen | P1 | Randle, Karen | ■ | 1-17-12 |
| 09. | Williams, Walter | P1 | Williams | ■ | 1-17-12 |
| | | P1 | | | |

Plaintiff DHSJ App 22873
(Supplemental)

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 10. | Alli, Wasliat | P2 | | | 1-18-12 |
| 11. | DeMarco, List | P2 | | | 1-17-12 |
| 12. | Gollehon, Dusty | P2 | | | 01/17/12 |
| 13. | Griffin, Tenika | P2 | T. Griffin | | 26 Jan 12 |
| 14. | Gutierrez, Ralph | P2 | | | 1-17-12 |
| 15. | Manners, Lavell | P2 | L. Manners | | 1.17.12 |
| 16. | Mills, Mary | P2 | Mills | | 1-18- |
| 17. | Ruiz, Jose | P2 | | | 1-17-12 |
| 18. | White, Latasha | P2 | L White | | 1-17-12 |
| | | P2 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| | | | | | 1-17-12 |
| 19. | Brown, McQueen | P3 | | | |
| 20. | Collier, Shirley | P3 | | | 1-19-12 |
| 21. | Luna, Cynthia | P3 | | | 1-17-12 |
| 22. | Hayes, Shirley | P3 | | | 01/18/12 |
| 23. | Maftah, Alhakim | P3 | H Lattah | | 1-17-12 |
| 24. | Montanez, Pedro | P3 | | | 1/17/12 |
| 25. | Nelson, Charolette | P3 | Nelson | | 01/17/12 |
| 26. | Silas, Joe | P3 | | | 1-17-12 |
| 27. | Sprta, Phillip | P3 | | | 1-20-12 |
| | | P3 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| | | | | | 1-17-12 |
| 28. | Anders, Jason | P4 | Anders | | 01.17.12 |
| 29. | Burrell, Latarsha | P4 | Burrell, La. | | 1-19-12 |
| 30. | Davis, Lesa | P4 | Davis, L | | 1-18-12 |
| 31. | Faurot, Max | P4 | | | 1-19-12 |
| 32. | Glenn, Craig | P4 | C. n | | 1-18-12 |
| 33. | Jones, Latoya | P4 | Jones | | 01-19-12 |
| 34. | Oparaeke, Nicholas | P4 | | | 1-18-12 |
| 35. | Patterson, John | P4 | Patterson | | 1.17.12 |
| 36. | White, Latina | P4 | L White | | 1/17/12 |
| | Hill, Daniel | P4 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| | | | | | 1-19-12 |
| 37. | Christian, Charles | P5 | | | 1-18-12 |
| 38. | Clark, Ricky | P5 | R. Clark | | 01/17/12 |
| 39. | Greene, Steve | P5 | | | 1-19-12 |
| 40. | Griffin, Stanley | P5 | | | 1-18-12 |
| 41. | Mattox, Christopher | P5 | Mattox | | 1-17-12 |
| 42. | Pagitt, Terry | P5 | T Pagitt | | 01-18-12 |
| 43. | Woodard, Tarralus | P5 | Woodard | | |
| 44. | Williams, Taza | P5 | | | |

Plaintiffs' APPENDIX A00223874
(Supplemental)

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| | | | | | 1/18/12 |
| 45. | Bailey, Denyarthia | P6 | | | 1-18-12 |
| 46. | Davis, Glenn | P6 | | | 1/19/12 |
| 47. | Davis, Jonathan | P6 | | | |
| 48. | Lundy, Augustin | P6 | | | 1/19/12 |
| 49. | Olloh, Emmanuel | P6 | | | 1/19/22 |
| 50. | Palmer, Ernest | P6 | | | 1-18-12 |
| 51. | Phillips, David | P6 | | | 1-18-12 |
| 52. | Sauceda, Mario | P6 | | | |
| 53. | Turner, Brandon | P6 | | | 1-18-12 |
| | | P6 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 54. | Bishop, Tawanya | P7 | | | 1-19-12 |
| 55. | Bocanegra, Roberto | P7 | | | 1-15 |
| 56. | Connell, Riley | P7 | | | 1-19-12 |
| 57. | Fabrizio, Loretta | P7 | | | 9-19-12 |
| 58. | Islas, Edwin | P7 | | | 1-19-12 |
| 59. | Norris, Phillip | P7 | | | 1-19-12 |
| 60. | Ramirez, Lydia | P7 | | | 1-19-12 |
| 61. | Thornton, Tracy | P7 | | | |
| | | P7 | | | |
| | | P7 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 62. | Byrd, Billy | P8 | | | |
| 63. | Frimpong, Kwaku | P8 | | | 1-21-12 |
| 64. | Frosch, Susan | P8 | | | 1-20-12 |
| 65. | Hamilton, Dietra | P8 | | | 1-20-12 |
| 66. | Hernandez, Tony | P8 | | | 1-20-12 |
| 67. | Johnson, Waymond | P8 | | | 01-24-12 |
| 68. | Norris, Vivia | P8 | | | 1-20-12 |
| 69. | Shannon, Jmi Lee | P8 | | | 2-20-12 |
| 70. | Williams, Marquita | P8 | | | |
| | | P8 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| | | | | | 1/21/12 |
| 71. | Burton, William | P9 | | | |
| 72. | Coleman, Latonda | P9 | | | 1-17-12 |
| 73. | Henderson, Swansalane | P9 | | | 1/21/12 |
| 74. | McClenton, Betty | P9 | | | 1/25/12 |
| 75. | Norris, John | P9 | | | |
| 76. | Omoregie, Friday | P9 | | | |
| 77. | Pickel, Kenneth | P9 | | | 1-17-12 |
| 78. | Thompson, Clifton | P9 | | | |
| | | P9 | | | |

| | Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 01. | Baguio, Richard | H | | | 1/20/1 |
| 02. | Dunmore, Fredrick | H | | | 1/28/12 |
| 03. | Smith, Barbara | H | B. Smith | | 1·20·12 |
| | | | | | |
| | | | | | |
| | | | | | |

| | Supervisor's Name | Card | Signature | Date of Birth | Date Trained |
|---|---|---|---|---|---|
| 01. | Brown, Kevin | 1A | | | 1-20-12 |
| 02. | Roberts, Johnny | 2A | | | |
| 03. | Hernandez, Christopher | 3A | | | |
| | | | | | 1/20/12 |
| 03. | Saxton, Garret | P1 | | | 1-19-12 |
| 04. | Gonner, Roshanda | P4 | | | 1-24-12 |
| 05. | Ahara, Brian | P7 | | | |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communications

TO:   __All Concerned__                                DATE:  __June 30, 2014__

FROM: __Ms. Rodriguez__                                SUBJECT:  __Count Room Staff__
          __HRS III-Hutchins State Jail__

Please be advise during the months of June 2012 and July 2012 the following employees were assigned to the Count Room.

Ann McMullen – Admin Asst II
Linda Jones – Clerk II

Paula Lopez – Admin Asst II
Lanessa Craft – Clerk II

GARDE4SJ A00235
(Supplemental)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Inter-Office Communications

TO:   **All Concerned**                          DATE:   **June 30, 2014**

FROM: **Ms. Rodriguez**                           SUBJECT:   **Staffing**
         **HRS III-Hutchins State Jail**

The following supervisors were assigned to work shift on June 30, 2012:

1st Shift – Lt. Johnny Roberts, Lt. Seymour Hill and Sgt. Roshanda Gonner

2nd Shift -  Lt. Johnny Roberts, Lt. Seymour Hill, Lt. Kevin Brown, and Sgt. Louis Williams

3rd Shift – Lt. Kevin Brown, Sgt, Karen Tate and Sgt. Michael Shupak


The following supervisors were assigned to work shift on July 1, 2012:

1st Shift – Lt. Johnny Roberts, Lt. Seymour Hill and Sgt. Roshanda Gonner

2nd Shift – Lt. Johnny Roberts, Lt. Seymour Hill, Lt. Kevin Brown and Sgt. Louis Williams

3rd Shift – Lt. Kevin Brown, Sgt. Karen Tate and Sgt. Michael Shupak


The following supervisors were assigned to work shift on July 2, 2012:

1st Shift – Captain Kyron Session, Lt. Johnny Roberts and Garret Saxton

2nd Shift – Lt. Johnny Roberts, Lt. Kevin Brown, Lt. Timothy Jones and Sgt. Williams

3rd Shift – Lt. Kevin Brown, Lt. Timothy Jones and Michael Shupak

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### Inter-Office Communications

TO:   **All Concerned**                         DATE:   **June 30, 2014**

FROM: **Ms. Rodriguez**                        SUBJECT:   **Staffing**
          **HRS III-Hutchins State Jail**

The following employees were assigned to work G-Control on June 30, 2012:

1st Shift – CO III  Loretta Burrell – 160 months of Corr services

2nd Shift - CO IV  Sonja Whitehead – 83 months of Corr services

3rd Shift - CO IV  Felicia Arnold – 76 months of Corr services

The following employees were assigned to work G-Control on July 1, 2012:

1st Shift – CO III Loretta Burrell – 160 months of Corr services

2nd Shift – CO V Latasha Maston – 170 months of Corr services

3rd Shift – CO V Patricia Woods – 118 months of Corr services

The following employees were assigned to work G-Control on July 2, 2012:

1st Shift – Dietra Hamilton

2nd Shift – CO IV Tina King – 70 months of Corr services

3rd Shift – CO IV Bridgett Griffin – 80 months of Corr services

```
CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW        CURRENT DATE: 07/01/12
INMTCICS/TMA5594     HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 09:34:43
1BPO/UC15    INMATE NAME: CADDELL,BRADLEY J            TDCNO: 01697940


HOUSING        |--HOUSING--| INM/HSG    JOB ASGN |---------JOB----------|
  DATE    UNIT |--ASGNMNT--| CUST  AUTH   DATE   |------ASSIGNMENT------| AUTH
|-----------HOUSING COMMENT----------| |-----------JOB  COMMENT-----------|


06/28/12  HJ  A4      019 B G1  G2 PE   06/12/12 UNASGN MEDICAL              MED
HEAT                                    06/11/12 UNASGN MEDICAL              MED
06/28/12  HJ  UNASGN      G1  G2        09/12/11 BOILER OPR 2ND              WJP
06/12/12  HJ  A4      037 B G1  G2 TJ   08/15/11 JANITOR F BLDG DORM 2ND     PM
06/11/12  HJ  A1      016 T G1  GB PE   06/22/11 JANITOR C1 BLDG DORM 2ND    PM
05/04/12  HJ  A1      013 B G1  GB PE   04/06/11 JANITOR A1 BLDG DORM 2ND    UCC
HEAT RESTRIC                            04/04/11 JANITOR DORM A 2ND          UCC
05/04/12  HJ  UNASGN      G1  GB        03/31/11 JANITOR DORM B 2ND          UCC
05/04/12  HJ  A1      013 B G1  GB PE   03/17/11 TRANSIENT PEND DIAG PROC  CTR
02/16/12  HJ  A1      033 B G1  GB UCC
08/15/11  HJ  F3      011 B G2  G2 PM


  MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

```
CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 07/07/12
INMTCICS/JPR6236     HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 10:27:08
1307/UC15  INMATE NAME: CADDELL,BRADLEY J              TDCNO: 01697940


HOUSING       |--HOUSING--| INM/HSG     JOB ASGN |---------JOB----------|
  DATE    UNIT |--ASGNMNT--| CUST  AUTH   DATE    |------ASSIGNMENT------| AUTH
|----------HOUSING COMMENT----------| |-----------JOB  COMMENT-----------|


07/02/12  HJ  A7       045 B G1  G2 PE  06/12/12 UNASGN MEDICAL              MED
06/30/12  HJ  A4       035 B G1  G2 KB  06/11/12 UNASGN MEDICAL              MED
HEAT STRESS                            09/12/11 BOILER OPR 2ND              WJP
06/28/12  HJ  A4       019 B G1  G2 PE  08/15/11 JANITOR F BLDG DORM 2ND    PM
HEAT                                   06/22/11 JANITOR C1 BLDG DORM 2ND    PM
06/28/12  HJ  UNASGN        G1  G2      04/06/11 JANITOR A1 BLDG DORM 2ND    UCC
06/12/12  HJ  A4       037 B G1  G2 TJ  04/04/11 JANITOR DORM A 2ND          UCC
06/11/12  HJ  A1       016 T G1  GB PE  03/31/11 JANITOR DORM B 2ND          UCC
05/04/12  HJ  A1       013 B G1  GB PE  03/17/11 TRANSIENT PEND DIAG PROC CTR
HEAT RESTRIC
05/04/12  HJ  UNASGN        G1  GB


  MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```



Plaintiffs' App. 37881
CADDELL 002338
(Supplemental)

# Shift Temperature Log Book

## Hutchins Unit

### Dorm/Corridor Temperature / Time Taken

| Cell | Temp | Time |
|------|------|------|
| A1 | 90.6 | 2017 |
| A2 | 90.7 | 2018 |
| A3 | 91.1 | 2016 |
| A4 | 90.2 | 2015 |
| A5 | 87.9 | 2039 |
| A6 | 88.9 | 2040 |
| A7 | 89.9 | 2042 |
| A8 | 90.8 | 2043 |
| B1 | 89.5 | 2030 |
| B2 | 89.6 | 2035 |
| B3 | 89.4 | 2033 |
| B4 | 90.1 | 2032 |
| B5 | 91.1 | 2021 |
| B6 | 90.3 | 2020 |
| B7 | 91.5 | 2033 |
| B8 | 91.1 | 2035 |
| C1 | 88.9 | 2124 |
| C2 | 88.9 | 2123 |
| C3 | 89.4 | 2123 |
| C4 | 88.0 | 2120 |
| C5 | 95.5 | 2131 |
| C6 | 95.4 | 2123 |
| C7 | 90.3 | 2131 |
| C8 | 90.8 | 2119 |
| D1 | 88.7 | 2110 |
| D2 | 89.6 | 2859 |
| D3 | 88.9 | 2858 |
| D4 | 89.9 | 2101 |
| E1 | 89.6 | 2102 |
| E2 | 91.5 | 2110 |
| E3 | 89.7 | 2106 |
| E4 | 88.6 | 2105 |
| F1 | 89.0 | 2045 |
| F2 | 89.9 | 2046 |
| F3 | 89.4 | 2048 |
| F4 | 89.9 | 2049 |
| K1 | 75.40 | |
| K2 | 96.2 | 2138 |
| K3 | 92.9 | 2132 |
| K4 | 72.36 | |
| K5 | 93.6 | 2141 |

| | Temperature | Time Taken |
|---|---|---|
| Outside Temp | 99.7 / 143 | |
| | 89.1 | 2005 |

6/30/12 Date

89.1

_____   6/30/12
Shift Supervisor's Signature   Date

_____
Officers Signature

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

### Correctional Institutions Division



1697940          000          3/17/2011          001

**CADDELL, BRADLEY J**

INMATE VISITOR LIST

UNIT: __ __ UNIT __ __
LIST CHANGE: 09 27 __

CONTACT VISIT ELIG. Y

SPECIAL VISITS THIS MO:    0 LAST VISIT DATE: 04 19 03
ENTER NEXT TDCNO, CODE, OR REQUEST: _____
PF1=HELP, . PF2=OTS INQUIRY SCREEN,   PF5=DISAPPROVED LIST

OR SIDNO _____
PF10=FAMILY PAGE

refused to give blood or breathe for testing. The subject was then arrested. Incident to the
arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of
methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #: 
FBI #: 
SSN #: 
DL #:  00240786



TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Correctional Institutions Division

1697940 000 3/17/2011 001

CADDELL, BRADLEY J

INMATE VISITORS LIST

CUST: 33 S2 UNIT: HJ
LIST CHANGE: 09 27 11

[redacted]

CONTACT VISIT ELIG. Y

SPECIAL VISITS THIS MO: 0 LAST VISIT DATE: 04 19 03
ENTER NEXT TDCNO, CODE, OR REQUEST: ________ OR SIDNO ________
PF1=HELP, PF2=OTS INQUIRY SCREEN, PF5=DISAPPROVED LIST PF10=FAMILY PAGE

refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

| MAX. EXPIR. | MIN. EXPIR. | E.A. REHAB. RAT. | DATE INT. BY |
|---|---|---|---|

| Rec'd | Oth. Pris. |
|---|---|
| | T.D.C.J. |
| | Mil Pris. |
| Sent. Beg. | Ref'y |
| | Jails |
| COURT | Det. Home |
| | Susp. Sent. |

| INST | COM. ESCAPES COM. DATA |
|---|---|

COMMITTEE RECOMMENDATIONS:

SUMMARY:

| DATE | PLACE | WORK |
|---|---|---|

APR 0 6 2011

Plaintiffs' App2436
(Supplement)



Hutchins Unit — Shift Temperature Log Book

Dorm temperature / Time taken (Twice Per Shift)

| Building | | Comments: | Officer Initials |
|---|---|---|---|

Plaintiff's ACA 0245887 (Supplemental)

*Document dorm Temperatures twice per shift*

# Shift Temperature Log Book

## Hutchins Unit

**Dorm/Corridor Temperature (Time Taken)**

| Building | | | | |
|---|---|---|---|---|
| A1-4 Building | Temp: A1 84 / Time: 755 | Temp: A2 85 / Time: 755 | Temp: A3 84 / Time: 755 | Temp: A4 93 / Time: 115 | Temp: A4 84 / Time: 115 |
| A5-8 Building | Temp: A5 93 / Time: 745 | Temp: A6 82 / Time: 745 | Temp: A7 84 / Time: 745 | Temp: A8 94 / Time: 125 | Temp: A8 84 / Time: 125 |
| B1-4 Building | Temp: B1 84 835 / Time: | Temp: B2 84 / Time: 735 | Temp: B3 84 835 / Time: | Temp: B4 96 / Time: 125 | Temp: B4 84 / Time: 125 |
| B5-8 Building | Temp: B5 83 / Time: 805 | Temp: B6 84 / Time: 805 | Temp: B7 84 / Time: 805 | Temp: B8 93 / Time: 120 | Temp: B8 93 / Time: 120 |
| C1-4 Building | Temp: C1 84 / Time: 810 | Temp: C2 84 / Time: 810 | Temp: C3 84 / Time: 810 | Temp: C4 94 / Time: 135 | Temp: C4 94 / Time: 135 |
| C5-8 Building | Temp: C5 84 / Time: 815 | Temp: C6 85 / Time: 815 | Temp: C7 84 / Time: 815 | Temp: C8 95 / Time: 145 | Temp: C8 95 / Time: 145 |
| D1-4 Building | Temp: D1 84 822 / Time: | Temp: D2 84 822 / Time: | Temp: D3 84 822 / Time: | Temp: D4 9? 200 / Time: | Temp: D4 94 / Time: 200 |
| E1-4 Building | Temp: E1 93 / Time: 830 | Temp: E2 93 / Time: 830 | Temp: E3 93 / Time: 830 | Temp: E3 96 / Time: 205 | Temp: E4 95 / Time: 200 |
| F1-4 Building | Temp: F1 84 725 / Time: | Temp: F2 84 / Time: 725 | Temp: F3 84 / Time: 725 | Temp: F4 95 / Time: 210 | Temp: F4 95 / Time: 210 |
| K1-4 Building | Temp: K1 79 840 / Time: | Temp: K2 / Time: | Temp: K3 / Time: | Temp: K1 / Time: 210 | Temp: K4 94 / Time: 210 |
| K5-8 Building | Temp: K5 76 840 / Time: | | | Temp: K5 95 / Time: 220 | Temp: K5 82 / Time: 220 |

| Outside Temp | Temperature | Time Taken | Temperature | Time Taken |
|---|---|---|---|---|
| | 89 | 0500 | 101 | 1400 |

_____
Officers Signature

6-29-12
Date

_____
Shift Supervisor's Signature

6/29/12
Date

Plaintiff's App. 4888
(Supplemental)
GEO_TDCJ_A0046888

*Document dorm Temperatures twice per shift*

# 2ND Shift Temperature Log Book

## Hutchins Unit

| Building | Dorm/Corridor Temperature | | | | | | | | Time | | Officers Initals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A 1-4 Building | 95° | 94° | 93° | 94° | 93.2 | 92.4 | 93.9 | 94.0 | 1635 | 2021 | Cw/DC |
| A 5-8 Building | 98° | 96° | 95° | 96° | 91.7 | 92.1 | 94.5 | 96.4 | 1625 | 2036 | Cw/DC |
| B 1-4 Building | 93° | 94° | 94° | 94° | 90.1 | 91.6 | 91.3 | 91.8 | 1615 | 2048 | Cw/EM |
| B 5-8 Building | 95° | 96° | 95° | 94° | 91.4 | 91.5 | 91.5 | 91.2 | 1600 | 2045 | Cw/EM |
| C 1-4 Building | 96° | 96° | 96° | 96° | 90.1 | 90.8 | 91.7 | 91.8 | 1450 | 2106 | Cw/EM |
| C 5-8 Building | 96° | 97° | 96° | 97° | 90.9 | 91.9 | 91.5 | 92.1 | 1500 | 2100 | Cw/EM |
| D 1-4 Building | 96° | 95° | 94° | 96° | 91 | 91.9 | 91.7 | 91.2 | 1515 | 2116 | Cw/EM |
| E 1-4 Building | 98° | 97° | 97° | 96° | 90.9 | 91.7 | 92.1 | 91.7 | 1530 | 2112 | Cw/EM |
| F 1-4 Building | 94° | 96° | 95° | 96° | 90.8 | 91.5 | 91.5 | 91.6 | 1545 | 2052 | EM/EM |
| K 1A Building | 80 | | | 77.9 | | | | | 1655 | 2120 | Cw/EM |
| K 1A Building | | | | | | | | | | | |
| K 2-5 Building | K2/78 | 76.7 | K3/77 | 75.2 | K4/76 | 74 | K5/76 | 73.5 | 1655 | 2125 | Cw/EM |

E. Holder

_Officers Signature_

6/29/12

6/29/12
_Date_

_____        _____
Shift Supervisor's Signature              Date

*Document dorm Temperatures twice per shift*

# Shift Temperature Log Book

## Hutchins Unit

### Dorm Corridor Temperature/Time Taken

| Buildings | | | | |
|---|---|---|---|---|
| A1-8Building | A1 Temp: 88.2 Time: 0845 | A2 Temp: 89.4 Time: 0947 | A3 Temp: 90.4 Time: 0949 | A4 Temp: 89.9 Time: 0957 |
| A5-8Buildings | A5 Temp: 92.02 Time: 1012 | A6 Temp: 89.6 Time: 1016 | A7 Temp: 87.9 Time: 1021 | A8 Temp: 89.1 Time: 1023 |
| B1-4Building | B1 Temp: 87.3 Time: 1028 | B2 Temp: 85.4 Time: 1032 | B3 Temp: 88.7 Time: 1034 | B4 Temp: 88.3 Time: 1039 |
| B5-8Building | B5 Temp: 90.1 Time: 0854 | B6 Temp: 90.0 Time: 1003 | B7 Temp: 80.2 Time: 1001 | B8 Temp: 80.2 Time: ... |
| C1-4Building | C1 Temp: 80.0 Time: 0954 | C2 Temp: 93.4 Time: 1145 | C3 Temp: 92.3 Time: 1203 | C4 Temp: 92.0 Time: 1210 |
| C5-8Building | C5 Temp: 95.3 Time: 1214 | C6 Temp: 95.6 Time: 1218 | C7 Temp: 95.7 Time: 1223 | C8 Temp: 95.72 Time: 1230 |
| D1-4Building | D1 Temp: 91.5 Time: 1054 | D2 Temp: 89.9 Time: 1057 | D3 Temp: 90.3 Time: 1103 | D4 Temp: 91.6 Time: 1106 |
| D5-4Building | E1 Temp: 90.3 Time: 1112 | E2 Temp: 92.3 Time: 1119 | E3 Temp: 91.3 Time: 1123 | E4 Temp: 91.0 Time: 1126 |
| E1-4Building | F1 Temp: 88.7 Time: 1043 | F2 Temp: 88.4 Time: 1044 | F3 Temp: 89.8 Time: 1046 | F4 Temp: 89.4 Time: 1047 |
| E5-4Building | K1 | K2 | K3 | K4 |
| K1-4Building | K2 | K3 | K4 | K5 |
| K5-8Building | Temp: Time: | Temp: Time: | Temp: Time: | Temp: Time: |

| | Temperature | Time Taken | Temperature | Time Taken |
|---|---|---|---|---|
| **Outside Temp** | 100.9 | 1246 | | |

Officers Signature

Date 04/30/12

Shift Supervisor's Signature

Date 6/30/12

Plaintiff's Appx. 890
(Supplemental)
CADDHSJ A00248890

Document dorm Temperatures twice per shift

## 2nd Shift Temperature Log Book

### Hutchins Unit

| Building | Dorm/Corridor Temperature / Time Taken | | | |
|---|---|---|---|---|
| A1-4 Building | A1 Temp: 94.4 Time: 1454 | A2 Temp: 94.9 Time: 1602 | A3 Temp: 94.2 Time: 1621 | A4 Temp: 95.1 Time: 1556 |
| A5-8 Building | A5 Temp: 94.3 Time: 1444 | A6 Temp: 93.3 Time: 1442 | A7 Temp: 94.1 Time: 1446 | A8 Temp: 94.9 Time: 1414 |
| B1-4 Building | B1 Temp: 93.3 Time: 1431 | B2 Temp: 95.3 Time: 1433 | B3 Temp: 94.6 Time: 1436 | B4 Temp: 94.0 Time: 1437 |
| B5-8 Building | B5 Temp: 94.8 Time: 1404 | B6 Temp: 94.1 Time: 1508 | B7 Temp: 95.7 Time: 1508 | B8 Temp: 94.4 Time: 1512 |
| C1-4 Building | C1 Temp: 94.9 Time: 1543 | C2 Temp: 94.4 Time: 1541 | C3 Temp: 94.4 Time: 1539 | C4 Temp: 95.5 Time: 1534 |
| C5-8 Building | C5 Temp: 90.5 Time: 1535 | C6 Temp: 90.5 Time: 1520 | C7 Temp: 94.0 Time: 1528 | C8 Temp: 93.9 Time: 1528 |
| D1-4 Building | D1 Temp: 95.3 Time: 1553 | D2 Temp: 95 Time: 1620 | D3 Temp: 94.5 Time: 1615 | D4 Temp: 94.6 Time: 1615 |
| D5-8 Building | D5 Temp: 94.6 Time: 1600 | D6 Temp: 95 Time: 1620 | D7 Temp: 95.2 Time: 1613 | D8 Temp: 95.1 Time: 1610 |
| E1-4 Building | E1 Temp: 94.6 Time: 1547 | E2 Temp: 95 Time: 1620 | E3 Temp: 95.2 Time: 1623 | E4 Temp: 94.6 Time: 1617 |
| E5-8 Building | E5 Temp: 04.6 Time: | E6 Temp: 95.8 Time: | E7 Temp: 94.2 Time: | E8 Temp: 94.1 Time: |
| F1-4 Building | F1 Temp: 94.6 Time: 1547 | F2 Temp: 95.8 Time: | F3 Temp: 94.2 Time: 1623 | F4 Temp: 94.5 Time: |
| K1-4 Building | K1 Temp: 77.2 Time: 1612 | K2 Temp: | K3 Temp: 74.9 Time: 1614 | K4 Temp: 74 Time: 1613 | K5 Temp: 74.2 Time: 1613 |
| K5-8 Building | K2 Temp: Time: 1615 | | | |

| Outside Temp | Temperature | Time Taken | Temperature | Time Taken |
|---|---|---|---|---|
| | 94.9 14:3 | | 89.1 | 2005 |

Officers Signature _____   Date 6·30·12

Shift Supervisor's Signature _____   Date 6/30/12

PLAINTIFF APP. 0248891
(Supplemental)

## Texas Department of Criminal Justice
# CORRECTIONAL INSTITUTIONS DIVISION
## *Inter-Office Communication*

**To:**  All Concerned                                    **Date:**  6/30/2012


**From:**  Lieutenant K Brown                    **Subject:**  Offender Caddell, Bradley
                                                                              #1697940


    On 6/30/2012 at approximately 1850 hours, the Hutchins Unit transported offender Caddell, Bradley J TDCJ#1697940 to Parkland Hospital by Ambulance. At approximately 1645, the offender was escorted to Hutchins medical department complaining of blurry vision and over heating. Ms. Ray LVN took offender Caddell's temperature, which read 100 degrees. Ms Ray determined that she would monitor the offender, keep him in a cool area, and give him cool fluids. Approximately 30 minutes later, Ms Ray took the offenders temperature and at that time, it read 101.4. Ms. Ray again determined that she would continue to monitor the offender and give him cool fluids while he sat in a cool area. At approximately 1830 I, Lieutenant Brown was informed that offender Caddell was in the medical department and that he will need to go to Parkland hospital. Ms Ray stated that she spoke to the provider and he stated that offender Caddell will need to be transported to Parkland hospital by van if he can be transported within 30 minutes otherwise use an ambulance. I went to the medical department where Ms Ray informed me that the offender's temperature was now 101.5. I decided that with the offender's temperature still rising after being in a cool area and having cool fluids, that we will transport him by ambulance. The ambulance arrived at approximately 1845. Hutchins EMS gave the offender fluids via IV. Prior to leaving the Unit, Offender Caddell's Temperature was 98.6. (Taken by Hutchins EMS) Offender Caddell was awake and alert at all times, speaking to Ms Ray and Hutchins EMS.

Offender Caddell is assigned to work in the boiler room and was at his work assignment until approximately 1430 hours. At 1430, the outside temperature was 99.7 and at 1530, the outside temperature was 103.5. The temperature in A-4 dorm was taken at 1502 hours and it read 95.1. The outside temperature was taken again at 1930 and it read 95.3. At 1933, the sally port of A 1-4 building temperature read 94.8. The D-Space temperature read 91.4 and A-4 dorm temperature was 93.5. Offender Caddell housing assignment is A4-19. The fan is blowing slightly into his bunk area.

Offender Caddell was recently moved from A4-37. On 6/18/2012 offender, Caddell was on the heat restriction list, but he is not on the list in his current housing. There was cool water in the dorm at the time of offender Caddell being transported. Duty Warden Major Terry May was initially notified of the incident at approximately 1900 hours and as the updates was received.

Once offender Caddell returned to the Hutchins Unit, He was placed in G-Building holding cell, monitored every 15 minutes and given a mattress and cool water. The offender will be evaluated once medical staff arrives on the unit at 0600 hours.

Per Major May, all information will be passed on to him for review.

**Texas Department of Criminal Justice**
# CORRECTIONAL INSTITUTIONS DIVISION
*Inter-Office Communication*

**To:**   All Concerned                                  **Date:**   6/30/2012

**From:**   Lieutenant K Brown                     **Subject:**   Offender Caddell, Bradley
                                                                          #1697940

The following information is provided from the Temperature log dated 6/30/2012.

| TIME | OUTSIDE AIR | HUMIDITY | HEAT INDEX | PERSON RECORDING |
|------|-------------|----------|------------|------------------|
| 1430 | 99.7        | 50%      | 107        | OFFICER WHITEHEAD |
| 1530 | 103.5       | 47%      | 110        | OFFICER WHITEHEAD |
| 1630 | 100.6       | 47%      | 110        | OFFICER WHITEHEAD |
| 1730 | 98.8        | 43%      | 101        | OFFICER WHITEHEAD |
| 1830 | 102.8       | 42%      | 110        | OFFICER WHITEHEAD |

| DORM TEMPERATURE LOG DATED 6/30/2012 | | |
|-------------|------|------|
| TEMERATURE  | DORM | TIME |
| 95.1        | A-4  | 1501 |
| 93.5        | A-4  | 1933 |
| 2015        | A-4  | 2015 |

At the time of the offender's complaints, there was water provided in the dorm for the offenders.



Pltf DOMSI A0025291
(Supplemental)





06.30.2012 18:49

**Texas Department of Criminal Justice**
**Hutchins Unit**

**Offender Transport Checklist**

To: _All Concerned_     Date: _6-30-12_

From: _LT K Brown_     Subject: **Off Unit Transport/Medical**

On _6-30-12_ at _850_ hours, Offender _Caddell, Bradley_   TDCJ # _169 7940_

Custody _G2_   Race _W_   Housing _A-4-15_ Age _51_ Docutmented SPD _NONe_

Was transported to: Name of Unit/Facility: _Parkland Hospital_

Address and Phone Number of the Facility: _5800 Harry Hines Blvd_

Reason for Transport: _Medical_

Transport Officers; Name/Rank (Legible)

Name/Rank: _ODife, COS_

Name/Rank: _Garcia COS_

Name/Rank: _____

| Yes | No | | |
|---|---|---|---|
| ☐ | ☐ | 1. | Travel Card reviewed / Escort Team briefed on SPD. |
| ☐ | ☐ | 2. | Transport vehicle searched, safety checked security bars, screens and pad locks in place. Vehicle # _Ambulance_ |
| ✓ | ☐ | 3. | Transport Team read/possesses post orders, off unit medical escort policy. |
| ✓ | ☐ | 4. | Offender Property packed placed on transport vehicle (if applicable). |
| ☐ | ☐ | 5. | Does the driver have a valid drivers' license/COP Chemical Agents. |
| ✓ | ☐ | 6. | Team has travel card, medical records, transfer roster, and classification folder (if applicable). |
| ✓ | ☐ | 7. | Offender strip-searched/pat searched immediately prior to leaving unit by: _Officer ODife_ |
| ✓ | ☐ | 8. | Offender in full restraints ☐handcuffs ☐black box ☐belly chain ☐leg irons |
| ✓ | ☐ | 9. | Duty Warden notified prior to Offender leaving the unit? Who: _Major MAY_ |
| ☐ | ✓ | 10. | Receiving Facility Notified (time) _N/A_ Notified (who) _N/A_ |
| ✓ | ☐ | 11. | Prior to transport all security restraining devices will be checked to ensure they have been appiled on the offender in a secure and correct manner. |
| ☐ | ✓ | 12. | Local law enforcement/Hospital Security notified Name/Agency notifed: _N/A_ |

I have read and understand the Post Orders and Special instructions for Offender Transport. I have been fully briefed by the senior shift supervisor regarding the Offender(s) and any special precautions/instructions.

Signatures:
Lt/Capt _K Brown_    Officer _GARCIA_

Officer _ODife_    Officer _____

E-Mail Message ID # _Hand writen_

Transport Departed Unit (time) _1856_
OMT Contacted (time/who) _ofc Torrez @ 1854_
Transport Back On Unit _0630_
OMT Contacted (time/who) _ofc Lowry @ 0100_

Hutchins Unit (08-07-11)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
### INMATE TRANSFER ROSTER

Transferring Unit:   Prepare five (5) copies of this roster for each unit that is to receive men. Send original and duplicate with men being transferred. Triplicate:   Attach to your daily strength report and mail to W.H. Gaston, Director, Personnel Records. Quadrupli-cate:   Attach to your file copy of the daily strength report. Fifth Copy:   Inmate record section.
Receiving Unit:   You must receive two copies of this form with each group of men transferred to your Unit. Original attach to your daily strength report.

Transfer From   Hutchins State Jail

Transfer to   Parkland Hospital

EFFECTIVE DATE OF CHANGE   6/30   20 12

| Prison Number | Name Last | First | Middle | Race | Class | Remarks Reason for Transfer | |
|---|---|---|---|---|---|---|---|
| 1697940 | Caddell | Bradley | J. | W | G2 | Medical | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |

Shipping Unit          Date          Receiving Unit

CADDELL
Plaintiff MSJ Appx 57899
(Supplemental)
ADDE4SJ A00257899

I-56

MEDICAL TRANSFER

FORVUS > EMS > 4.4

*Use the tab key to move down the list, type an 's' in front of: UTMB_XFR MEDICAL TRANSFER, press enter.*

___ EMERGENCY          ___ ROUTINE

NAME OF INMATE: *Caddell, Bradley*   INMATE NUMBER: *1697940*

DIAGNOSIS:   (Enter Medical, Mental Health or Dental)

NATURE OF TRANSFER:   ___ SCHEDULED APPOINTMENT

           X EVALUATION

SENDING PHYSICIAN: *N. Beckstrom NP*

ACCEPTING PHYSICIAN: _____

TRANSPORT TO:  *Parkland Hosp.*

TRANSPORTATION MODE ORDERED: ___ CHAIN BUS        ___ UNIT VAN

                 ___ WHEELCHAIR VAN   ___ AMBULANCE

                 ___ OTHER _____

TRANSPORTATION MODE USED:   ___ CHAIN BUS        ___ UNIT VAN

                 ___ WHEELCHAIR VAN   ___ AMBULANCE

                 ___ OTHER _____

HOUSING:   *A 4-19*

**Press F8 to move to the next screen**

ACT OF VIOLENCE:   *N*

UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N): *Y*

UNIT CONTACT NAME: *D. Ray, LVN*

JOB TITLE: *LVN*

TIME DEPARTED UNIT: *18:45*  DATE DEPARTED UNIT: *6/30/12*

TIME RETURNED: __:__  DATE RETURNED:   __/__/___

SENT TO: (Leave blank)

*Use the tab key to move back to the command line (top left) type trans and press enter.*

Email Lists:
*For all transfer emails type this address in at the blinking cursor – ALLTRANSFRS (no 'e')*
*Press the tab key 4 times, and then type in additional destination addresses(s) Press enter.*

| ADDRESS | M List OWNER | DESTINATION |
|---|---|---|
| ALLTRANSFRS | KWE4053 | necessary personnel |
| TRANSFW1 | KWE4053 | all freeworld hospital transfers |
| TRANSHG1 | KWE4053 | Hospital Galveston |
| TRANSJ41 | KWE4053 | Jester IV Unit |
| TRANSSKY1 | KWE4053 | Skyview Unit |

*Go back to the command line and type sprint and press enter; this will send and print the email. Make 5 copies of the email for the Medical Security Officer.*

Plaintiffs MSJ App 258900

Plaintiffs' MSJ App. 002590
(Supplemental)

**From:**   Robert Eason/Institutional/TDCJ
**To:**       Kevin Brown/Institutional/TDCJ@TDCJ

**Date:**    Sunday, July 01, 2012 01:43AM
**Subject:**   Re: Offender Transport (Parkland Hospital)

Ok

**From:** Kevin Brown
**Sent:** 06/30/2012 11:56 PM CDT
**To:** Robert Eason
**Subject:** Re: Offender Transport (Parkland Hospital)

Sir:

   On 6/30/2012 at approximately 2330 hours the transport officers at Parkland Hospital informed me that the blood work on offender Caddell came back negative. The offender was discharged from Parkland hospital at that time. Staff is in route to transport offender Caddell and the escort officers back to the Hutchins Unit. I will make sure that the offender is penciled in on the heat restriction list until it is corrected.
Kevin E Brown, Lieutenant
Hutchins State Jail
1st shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax

-----Robert Eason/Institutional/TDCJ wrote: -----.

To: Kevin Brown/Institutional/TDCJ@TDCJ
From: Robert Eason/Institutional/TDCJ
Date: 06/30/2012 09:40PM
Subject: Re: Offender Transport (Parkland Hospital

Thanks

**From:** Kevin Brown
**Sent:** 06/30/2012 09:39 PM CDT
**To:** Robert Eason
**Subject:** Re: Offender Transport (Parkland Hospital

Sir:
  I will assure that the offender will no longer be assigned to the boiler room and were ever he will be assigned will be compatible with his restrictions.

Kevin E Brown, Lieutenant
Hutchins State Jail
1st shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax

-----Robert Eason/Institutional/TDCJ wrote: -----

To: Kevin Brown/Institutional/TDCJ@TDCJ, "Jeff Pringle" <jeff.pringle@tdcj.state.tx.us>
From: Robert Eason/Institutional/TDCJ
Date: 06/30/2012 08:45PM
Subject: Re: Offender Transport (Parkland Hospital

Ok, thanks for the message.

The offender shouldn't be assigned to the Boiler Room if he has a restriction of no temperature extremes.

Please ensure we change the offender's job assignment to a job that is compatible with his HSM-18.

Please keep me updated on his condition.

RJE

_____

**From:** Kevin Brown
**Sent:** 06/30/2012 08:34 PM CDT
**To:** Brian Ahara; Robert Eason; Seymour Hill; Timothy Jones; Terry May; Balden Polk; Jeff Pringle; Kyron Session; Tedral Towery; Johnny Roberts
**Subject:** Offender Transport (Parkland Hospital

Sir:

On 6/30/2012 at approximately 1850 hours, the Hutchins Unit transported offender Caddell, Bradley J TDCJ#1697940 to Parkland Hospital by Ambulance. At approximately 1645 the offender was escorted to Hutchins medical department complaining of blurry vision and over heating. Ms. Ray LVN took offender Caddell's temperature which read 100 degrees. Ms Ray determined that she will monitor the offender and keep him in a cool area and give him cool

fluids. Approximately 30 minutes later, Ms Ray took the offenders temerature and at that time it read 101.4. Ms. ray again determined that she will continue to monitor the offender and give him cool fluids while he sat in a cool area. At approximately 1830 I, Lieutenant Brown was informed that offender Caddell was in the medical department and that he will need to go to Parkland hospital. Ms Ray stated that she spoke to the provider and he stated that offender Caddell will need to be transported to Parkland hospital by van if he can be transported within 30 minutes otherwise use an ambulance. I went to the medical department where Ms Ray informed me that the offenders temperature was now 101.5. I decided that with the offenders temperature still rising after being in a cool area and having cool fluids, that we will transport him by ambulance. The ambulance arrived at approximately 1845. Hutchins EMS gave the offender fluids via IV. Prior to leaving the Unit, Offender Caddell's Temerature was 98.6.( Taken by Hutchins EMS) Offender Caddell was awake and alert at all times, speaking to Ms Ray and Hutchins EMS.

Offender Caddell is assigned to work in the boiler room and was at his work assignment until approximately 1430 hours. At 1430 the outside temperature was 99.7 and at 1530 the outside temperature was 103.5. The temperature in A-4 dorm was taken at 1502 hours and it read 95.1. The outside temperature was taken again at 1930 and it read 95.3. At 1933 the sallyport of A 1-4 building temperature read 94.8. The D-Space temperature read 91.4 and A-4 dorm temperature was 93.5. Offender Caddell housing assignment is A4-19. The fan is blowing slightly into his bunk area.

Offender Caddell was recently moved from A4-37. On 6/18/2012 offender Caddell was on the heat restriction list, but he is not on the list in his current housing. There was cool water in the dorm at the time of offender Caddell being transported. All other updates will be forwarded when received.

1. Region II
2. Offender Name: Caddell, Bradley J TDCJ#1697940
3. Custody Level: G2
4. security Precaution Designator: None
5. Unit Of Assignment: Hutchins State Jail
6. Off Site Medical Facility: Parkland Hospital
7. Mode Of Transportation: Ambulance
8. Escorting Officers: CO Garcia CO5, CO Odife CO5
9. Departure Time From Unit: 1650 hours
10. Return Time To Unit: Unknown
11. OMT notified: Officer Torres @ 1945

Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=

=

=