```
NIT: HUTCHINS            T.D.C.J. - INSTITUTIONAL DIVISION            PAGE   1

               ADMINISTRATIVE LAYINS BY HOUSE FOR 06/18/2012         06/18/2012

                              2,018                                  13:59:44
```

| TDC# | NAME | TYP | HOUSING | JOB ASSIGNMENT | TIME | AUTHORITY |
|------|------|-----|---------|----------------|------|-----------|
| | **HEAT** | | | | | |
| 733031 | HOWARD, RONALD DEWA | A | A1-014T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | EBCOBEDO |
| 780498 | ANDERSON, REGINALD | A | A1-015B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 752018 | VAZQUEZ, PEDRO EDUA | A | A1-017B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 735056 | JOHNSON, SCOTT ALLE | A | A1-019B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 783065 | GEORGE, RODRICK | A | A1-020T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 778523 | DEMERS, ADAM LEE | A | A1-021B | JANITOR K1 HALL 1ST | 23:00-23:15 | ESCOBEDO |
| 774895 | PATTON, PATRICK LYN | A | A2-005B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 755183 | BAKER, RICHARD DEAN | A | A2-033B | STOCK CLERK SUPPLY | 23:00-23:15 | ESCOBEDO |
| 737908 | BLANE, LOUIS GENE J | A | A2-034T | JANITOR TF SHOWER SQ 1ST | 23:00-23:15 | ESCOBEDO |
| 761226 | GAMBLE, ANTHONY PAU | A | A2-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 755210 | MORRIS, LEE BALDWIN | A | A2-037B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 763882 | ZOOK, GREGORY JAMES | A | A2-038T | PAINTER SQUAD | 23:00-23:15 | ESCOBEDO |
| 746774 | ADAMS, GERALD | A | A2-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 766361 | STEPHENS, STANLEY R | A | A2-043B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 783218 | AUTRY, CECIL NAKIA | A | A2-044T | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 796272 | PATE, JOHN DIMEDA | A | A2-045B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 762676 | TORRES, ABELARDO | A | A2-046T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 780189 | MORGAN, LEON KENNY | A | A2-047B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 763848 | MOONEY, STEVEN | A | A3-005B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 749023 | ROY, LONNIE | A | A3-015B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 678168 | TOWNSEND, TYLER EDW | A | A3-017B | JANITOR EDUCATION 2ND | 23:00-23:15 | ESCOBEDO |
| 762020 | RICHARDSON, DARRYL | A | A3-018T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 768753 | HORTON, CHRISTOPHER | A | A3-019B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 732725 | DODD, CHRISTOPHER J | A | A3-020T | GENERAL CLERK LIBRARY 1ST | 23:00-23:15 | ESCOBEDO |
| 760460 | WINDHAM, HARVEY GEN | A | A3-021B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 767440 | CHAMPION, JACOB | A | A3-022T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 742813 | WAGONER, TOM JR | A | A3-023B | UTILITY SQUAD 02 | 23:00-23:15 | ESCOBEDO |
| 762805 | WINTTERS, CHARLES E | A | A3-025B | UNASSGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 775187 | ESTES, JESSE RICHAR | A | A3-026T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 696899 | MCBRIDE, JAMES HOLL | A | A3-027B | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | EBCOBEDO |
| 271219 | SWINNEY, TERRY JOE | A | A3-029B | STOCK CLERK LAUNDRY 1ST | 23:00-23:15 | ESCOBEDO |
| 783359 | BISHOP, STEPHEN MAR | A | A3-033B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 502526 | WRIGHT, CAMERON MON | A | A4-015B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 762010 | BATTLES, MICHAEL LA | A | A4-034T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 759747 | GLAPION, JOHN JOSEP | A | A4-035B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 736234 | ROBERTS, JONATHON R | A | A4-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 597940 | CADDELL, BRADLEY J | A | A4-037B | UNASSGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 726851 | JOHNSON, CARNEASE L | A | A4-038T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 591150 | LANE, WALTER LEWIS | A | A4-039B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 760348 | WATTS, BRANDON MICH | A | A4-040T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 760526 | SHANNON, GEORGE THO | A | A4-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 755513 | MARTIN, DARRIN KEIT | A | A4-043B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 330077 | RHODES, JOHN | A | A4-045B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 743566 | HUFF, TRICO SHUMARK | A | A4-046T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 764806 | THOMAS, ROBERT WESL | A | A4-047B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 778051 | HAMMER, RYAN DOUGLA | A | A4-048T | JANITOR K1 HALL 2ND | 23:00-23:15 | ESCOBEDO |
| 913277 | STRANGE, TERRY | A | A5-014T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 774879 | HEARN, LOREN DANTE | A | A5-016T | JANITOR SIG BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |

Plaintiffs' MSJ Appx. 2005
GARZA 0027205

Handwritten note (right margin): *Alexs House* / *A 4 19* / *Offender* / *Caddell* / *#169794 D*

```
CSIUCR15/CSUC15        TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 06/30/12
INMTCICS/KBR0818       HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 20:50:09
4437/UC15   INMATE NAME: CADDELL,BRADLEY J                 TDCNO: 01697940
```

| HOUSING DATE | UNIT | \|--HOUSING--\| \|--ASGNMNT--\| | INM/HSG CUST AUTH | JOB ASGN DATE | \|---------JOB----------\| \|------ASSIGNMENT------\| | AUTH |
|---|---|---|---|---|---|---|
| \|----------HOUSING COMMENT----------\| | | | | \|------------JOB COMMENT------------\| | | |
| 06/28/12 | HJ | A4    019 B | G1  G2 | PE | 06/12/12 UNASGN MEDICAL | MED |
| HEAT | | | | | 06/11/12 UNASGN MEDICAL | MED |
| 06/28/12 | HJ | UNASGN | G1  G2 | | 09/12/11 BOILER OPR 2ND | WJP |
| 06/12/12 | HJ | A4    037 B | G1  G2 | TJ | 08/15/11 JANITOR F BLDG DORM 2ND | PM |
| 06/11/12 | HJ | A1    016 T | G1  GB | PE | 06/22/11 JANITOR C1 BLDG DORM 2ND | PM |
| 05/04/12 | HJ | A1    013 B | G1  GB | PE | 04/06/11 JANITOR A1 BLDG DORM 2ND | UCC |
| HEAT RESTRIC | | | | | 04/04/11 JANITOR DORM A 2ND | UCC |
| 05/04/12 | HJ | UNASGN | G1  GB | | 03/31/11 JANITOR DORM B 2ND | UCC |
| 05/04/12 | HJ | A1    013 B | G1  GB | PE | 03/17/11 TRANSIENT PEND DIAG PROC CTR | |
| 02/16/12 | HJ | A1    033 B | G1  GB | UCC | | |
| 08/15/11 | HJ | F3    011 B | G2  G2 | PM | | |

```
  MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

**From:**  Terry May/Institutional/TDCJ
**To:**  Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ

**Date:**  Sunday, July 01, 2012 11:41AM
**Subject:**  offender Caddell 1697940

Warden,

I interviewed offender Caddell 1697940, his housing assignment is A 4-19 the offender states that he did have a fan on him but sometime through out the night another offender repositioned the fan, when he woke up he was sweating so he took a shower, but was still feeling bad. So after count cleared he went to the boiler room were he called G control, and told them he needed to go to medical. At this time he had not worked in the boiler room, he stated that his shift was from two till ten, the offender states that it was not the boiler room that was hot, and that he had gotten hot on the dorms because some one moved the fan.

Offender Caddell arrived at Hutchins 04-6-2011 and was assigned as a dorm janitor, his restrictions at that time were no lifting over 25 lbs, limited sitting, no food service, and do not assign to medical and no temperature extremes. This offender was a dorm janitor up till September 12, 2011, were he was then made a boiler room operator. He was then seen on committee February 16 2012 and promoted to a G1. Offender Caddell was then unassigned medical on 6-11-2012 and as the document shows he is still unassigned medical.

The offender said he never received a lay in stating that he was unassigned medical but has been turning out for work.

During the conversation he stated that he had been interviewed by Sgt. Warfield for an investigation on an assaulted offender on A4 dorm, and has been having a little problem with the other offenders thinking he was the one that told.

At this time I have had the offender moved to another bunk number 35 a heat restriction bunk were there is air blowing on it. The offender is alert and able to make conversation and is coherent, if I find out any more information I will forward it to you.

Plaintiffs' MSJ Appx. 7907
(Supplemental)

**Sent:** 06/30/2012 08:34 PM CDT
**To:** Brian Ahara; Robert Eason; Seymour Hill; Timothy Jones; Terry May; Balden Polk; Jeff Pringle; Kyron Session; Tedral Towery; Johnny Roberts
**Subject:** Offender Transport (Parkland Hospital

Sir:

On 6/30/2012 at approximately 1850 hours, the Hutchins Unit transported offender Caddell, Bradley J TDCJ#1697940 to Parkland Hospital by Ambulance. At approximately 1645 the offender was escorted to Hutchins medical department complaining of blurry vision and over heating. Ms. Ray LVN took offender Caddell's temperature which read 100 degrees. Ms Ray determined that she will monitor the offender and keep him in a cool area and give him cool fluids. Approximately 30 minutes later, Ms Ray took the offenders temerature and at that time it read 101.4. Ms. ray again determined that she will continue to monitor the offender and give him cool fluids while he sat in a cool area. At approximately 1830 I, Lieutenant Brown was informed that offender Caddell was in the medical department and that he will need to go to Parkland hospital. Ms Ray stated that she spoke to the provider and he stated that offender Caddell will need to be transported to Parkland hospital by van if he can be transported within 30 minutes otherwise use an ambulance. I went to the medical department where Ms Ray informed me that the offenders temperature was now 101.5. I decided that with the offenders temperature still rising after being in a cool area and having cool fluids, that we will transport him by ambulance. The ambulance arrived at approximately 1845. Hutchins EMS gave the offender fluids via IV. Prior to leaving the Unit, Offender Caddell's Temerature was 98.6.( Taken by Hutchins EMS) Offender Caddell was awake and alert at all times, speaking to Ms Ray and Hutchins EMS.

Offender Caddell is assigned to work in the boiler room and was at his work assignment until approximately 1430 hours. At 1430 the outside temperature was 99.7 and at 1530 the outside temperature was 103.5. The temperature in A-4 dorm was taken at 1502 hours and it read 95.1. The outside temperature was taken again at 1930 and it read 95.3. At 1933 the sallyport of A 1-4 building temperature read 94.8. The D-Space temperature read 91.4 and A-4 dorm temperature was 93.5. Offender Caddell housing assignment is A4-19. The fan is blowing slightly into his bunk area.

Offender Caddell was recently moved from A4-37. On 6/18/2012 offender Caddell was on the heat restriction list, but he is not on the list in his current housing. There was cool water in the dorm at the time of offender Caddell being transported. All other updates will be forwarded when received.

1. Region II
2. Offender Name: Caddell, Bradley J TDCJ#1697940
3. Custody Level: G2
4. security Precaution Designator: None
5. Unit Of Assignment: Hutchins State Jail
6. Off Site Medical Facility: Parkland Hospital
7. Mode Of Transportation: Ambulance
8. Escorting Officers: CO Garcia CO5, CO Odife CO5
9. Departure Time From Unit: 1650 hours

10. Return Time To Unit: Unknown
11. OMT notified: Officer Torres @ 1945


Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=

Plaintiffs' MSJ Appx. 0909
(Supplemental)

**From:**   Jeff Pringle/Institutional/TDCJ
**To:**   "May, Terry" <Terry.May@tdcj.state.tx.us>

**Date:**   Sunday, July 01, 2012 12:59PM
**Subject:**   Fw: update offender Caddell, Bradley #1697940

Please review and reply to the questions.
Jeff Pringle, Warden
Hutchins State Jail

**From:** Robert Eason
**Sent:** 07/01/2012 12:06 PM CDT
**To:** Jeff Pringle
**Subject:** Fw: update offender Caddell, Bradley #1697940

How did the evaluation go? Did our medical dept. release him back to his housing assignment?

Are we sure about the stroke diagnosis from Parkland?

RJE

**From:** Kevin Brown
**Sent:** 07/01/2012 01:41 AM CDT
**To:** Jeff Pringle; Balden Polk; Terry May; Kyron Session; Tedral Towery; Robert Eason; Seymour Hill
**Subject:** update offender Caddell, Bradley #1697940

Sir:

Be advised that upon the return of offender Caddell, I reviewed the medical report from Parkland Hospital. The diagnosis was listed as Dehydration and Heat Stroke/Suns Stroke. I will keep the offender int G- Building holding tank until medical staff at Hutchins can evaluate him.

Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=

Plaintiff MSJ Appx. 7910
(Supplemental)

**From:**   Kevin Brown/Institutional/TDCJ
**To:**   Jeff Pringle/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Terry May/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral Towery/Institutional/TDCJ@TDCJ, Robert Eason/Institutional/TDCJ@TDCJ, Seymour Hill/Institutional/TDCJ@TDCJ

**Date:**   Sunday, July 01, 2012 01:41AM
**Subject:**   update offender Caddell, Bradley #1697940

Sir:

Be advised that upon the return of offender Caddell, I reviewed the medical report from Parkland Hospital. The diagnosis was listed as Dehydration and Heat Stroke/Suns Stroke. I will keep the offender int G- Building holding tank until medical staff at Hutchins can evaluate him.

Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=

Plaintiffs' MSJ Appx.711
(Supplemental)

**From:**   Kevin Brown/Institutional/TDCJ
**To:**      Brian Ahara/Institutional/TDCJ@TDCJ, Robert Eason/Institutional/TDCJ@TDCJ, Seymour
            Hill/Institutional/TDCJ@TDCJ, Timothy Jones/Institutional/TDCJ@TDCJ, Terry
            May/Institutional/TDCJ@TDCJ, Balden Polk/Institutional/TDCJ@TDCJ, Jeff
            Pringle/Institutional/TDCJ@TDCJ, Kyron Session/Institutional/TDCJ@TDCJ, Tedral
            Towery/Institutional/TDCJ@TDCJ, Johnny Roberts/Institutional/TDCJ@TDCJ

**Date:**    Saturday, June 30, 2012 08:34PM
**Subject:** Offender Transport (Parkland Hospital

Sir:

On 6/30/2012 at approximately 1850 hours, the Hutchins Unit transported offender Caddell,
Bradley J TDCJ#1697940 to Parkland Hospital by Ambulance. At approximately 1645 the offender
was escorted to Hutchins medical department complaining of blurry vision and over heating. Ms.
Ray LVN took offender Caddell's temperature which read 100 degrees. Ms Ray determined that
she will monitor the offender and keep him in a cool area and give him cool fluids. Approximately
30 minutes later, Ms Ray took the offenders temerature and at that time it read 101.4. Ms. ray
again determined that she will continue to monitor the offender and give him cool fluids while he
sat in a cool area. At approximately 1830 I, Lieutenant Brown was informed that offender Caddell
was in the medical department and that he will need to go to Parkland hospital. Ms Ray stated
that she spoke to the provider and he stated that offender Caddell will need to be transported to
Parkland hospital by van if he can be transported within 30 minutes otherwise use an ambulance.
I went to the medical department where Ms Ray informed me that the offenders temperature was
now 101.5. I decided that with the offenders temperature still rising after being in a cool area
and having cool fluids, that we will transport him by ambulance. The ambulance arrived at
approximately 1845. Hutchins EMS gave the offender fluids via IV. Prior to leaving the Unit,
Offender Caddell's Temerature was 98.6.( Taken by Hutchins EMS) Offender Caddell was awake
and alert at all times, speaking to Ms Ray and Hutchins EMS.

Offender Caddell is assigned to work in the boiler room and was at his work assignment until
approximately 1430 hours. At 1430 the outside temperature was 99.7 and at 1530 the outside
temperature was 103.5. The temperature in A-4 dorm was taken at 1502 hours and it read 95.1.
The outside temperature was taken again at 1930 and it read 95.3. At 1933 the sallyport of A 1-4
building temperature read 94.8. The D-Space temperature read 91.4 and A-4 dorm temperature
was 93.5. Offender Caddell housing assignment is A4-19. The fan is blowing slightly into his bunk
area.

Offender Caddell was recently moved from A4-37. On 6/18/2012 offender Caddell was on the
heat restriction list, but he is not on the list in his current housing. There was cool water in the
dorm at the time of offender Caddell being transported. All other updates will be forwarded when
received.

1. Region II
2. Offender Name: Caddell, Bradley J TDCJ#1697940
3. Custody Level: G2
4. security Precaution Designator: None

5. Unit Of Assignment: Hutchins State Jail
6. Off Site Medical Facility: Parkland Hospital
7. Mode Of Transportation: Ambulance
8. Escorting Officers: CO Garcia CO5, CO Odife CO5
9. Departure Time From Unit: 1650 hours
10. Return Time To Unit: Unknown
11. OMT notified: Officer Torres @ 1945


Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=

Plaintiffs' MSJ App. 00913
(Supplemental)

**From:**   Jeff Pringle/Institutional/TDCJ
**To:**   "May, Terry" <Terry.May@tdcj.state.tx.us>

**Date:**   Sunday, July 01, 2012 08:45AM
**Subject:**   Fw: Offender Transport (Parkland Hospital

Jeff Pringle, Warden
Hutchins State Jail

**From:** Jeff Pringle
**Sent:** 06/30/2012 08:57 PM CDT
**To:** Robert Eason
**Subject:** Re: Offender Transport (Parkland Hospital

Yes sir, I spoke to Lt. Brown and the offender was unassigned medical on 6-11-12, we will find out why he has been turning out and if he was working the boiler room still.

Jeff Pringle, Warden
Hutchins State Jail

**From:** Robert Eason
**Sent:** 06/30/2012 08:45 PM CDT
**To:** Kevin Brown; Jeff Pringle
**Subject:** Re: Offender Transport (Parkland Hospital

Ok, thanks for the message.

The offender shouldn't be assigned to the Boiler Room if he has a restriction of no temperature extremes.

Please ensure we change the offender's job assignment to a job that is compatible with his HSM-18.

Please keep me updated on his condition.

RJE

**From:** Kevin Brown

Plaintiffs' MSJ Appx878914
(Supplemental)

# EAC Checklist

**EAC#:**   I-09196-07-12                    Supervisor:   <u>Lieutenant Kevin Brown</u>

**Date of Incident:** June 30, 2012
**Title of Incident:** Offender Illness (Heat)

Each incident requiring an EAC report will require the following checklist to be completed and included in the packet.   Completed EAC packets will be forwarded to a Captain or above.

| YES | N/A | Item |
|-----|-----|------|
| ☒ | ☐ | 1.  Administrative Review (if applicable) |
| ☒ | ☐ | 2.  Supervisors Summary (Supervisors IOC summarizing the incident) |
| ☒ | ☐ | 3.  Serious Incident Report Form |
| ☒ | ☐ | 4.  Initial Report (E-Mail) |
| ☒ | ☐ | 5.  Any EAC Updates or Addendum's |
| ☐ | ☒ | 6.  Copy of offender offense reports (front and back) |
| ☒ | ☐ | 7.  Employee Statements |
| ☒ | ☐ | 8.  Offender Statements |
| ☒ | ☐ | 9.  Photographs (of injuries, weapons, etc.) |
| ☒ | ☐ | 10. Copy of Travel Cards |
| ☐ | ☒ | 11. Offender Protection Investigation Report |
| ☐ | ☒ | 12. RM-03 Supervisor's Investigation of Injury |
| ☐ | ☒ | 13. RM-04 Injury Report |
| ☐ | ☒ | 14. Offender Death Information (copy of death packet) |
| ☒ | ☐ | 15. EAC Incident Forms |
| ☐ | ☒ | 16. Copy of Shift Roster |

**ADMINISTRATIVE REVIEW:**

In accordance with Administrative Directive 02.15 (rev.11), the following was addressed:

I. Wardens Comments:

The staff involved in this incident did act in accordance with policy and procedures. Once security staff was informed that the offender was ill medical attention was provided in a timely manner. Medical staff monitored offender Caddell and provided cool fluids and a cool place for the offender to rest. Once it was determined that offender Caddell needed further medical attention he was transported by ambulance to Parkland Hospital to be evaluated. Offender Caddell was unassigned from the boiler room job on June 11, 2012 but he continued to turnout for work. Courtroom staff had made the proper job assignment for Offender Caddell but there was no way to ensure the offender was properly notified of the job change. A process is in place to ensure that a turnout roster is being used to identify offenders assigned to the boiler room. Maintenance offender safety training does indicate proper training of boiler room offenders to include heat training and offender Caddell was trained. The dorm and other areas on the unit have posted "Recognition of Heat Illness", Offender Caddell is taking a diuretic and this may have contributed to his dehydration. Offender Caddell is on the Extreme Heat List and is on the 30 minute check list.

_____

Jeff Pringle, Senior Warden, Hutchins Unit

7-10-12
Date

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**DIRECTORS REVIEW:**

_____          _____
Robert Eason, Region II Director                      Date

_Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime._

Plaintiffs MSJ App 2917
(Supplemental)

1500 E. Langdon Road

### Texas Department of Criminal Justice
## CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communication*

**To:**   All Concerned          **Date:**   6/30/2012

**From:**   Lieutenant K Brown          **Subject:**   Offender Caddell, Bradley
                                                        #1697940

On 6/30/2012 at approximately 1850 hours, the Hutchins Unit transported offender Caddell, Bradley J TDCJ#1697940 to Parkland Hospital by Ambulance. At approximately 1645, the offender was escorted to Hutchins medical department complaining of blurry vision and over heating. Ms. Ray LVN took offender Caddell's temperature, which read 100 degrees. Ms Ray determined that she would monitor the offender, keep him in a cool area, and give him cool fluids. Approximately 30 minutes later, Ms Ray took the offenders temperature and at that time, it read 101.4. Ms Ray again determined that she would continue to monitor the offender and give him cool fluids while he sat in a cool area. At approximately 1830 I, Lieutenant Brown was informed that offender Caddell was in the medical department and that he will need to go to Parkland hospital. Ms Ray stated that she spoke to the provider and he stated that offender Caddell will need to be transported to Parkland hospital by van if he can be transported within 30 minutes otherwise use an ambulance. I went to the medical department where Ms Ray informed me that the offender's temperature was now 101.5. I decided that with the offender's temperature still rising after being in a cool area and having cool fluids, that we will transport him by ambulance. The ambulance arrived at approximately 1845. Hutchins EMS gave the offender fluids via IV. Prior to leaving the Unit, Offender Caddell's Temperature was 98.6. (Taken by Hutchins EMS) Offender Caddell was awake and alert at all times, speaking to Ms Ray and Hutchins EMS.

Offender Caddell is assigned to work in the boiler room and was at his work assignment until approximately 1430 hours. At 1430, the outside temperature was 99.7 and at 1530, the outside temperature was 103.5. The temperature in A-4 dorm was taken at 1502 hours and it read 95.1. The outside temperature was taken again at 1930 and it read 95.3. At 1933, the sally port of A 1-4 building temperature read 94.8. The D-Space temperature read 91.4 and A-4 dorm temperature was 93.5. Offender Caddell housing assignment is A4-19. The fan is blowing slightly into his bunk area.

Offender Caddell was recently moved from A4-37. On 6/18/2012 offender, Caddell was on the heat restriction list, but he is not on the list in his current housing. There was cool water in the dorm at the time of offender Caddell being transported. Duty Warden Major Terry May was initially notified of the incident at approximately 1900 hours and as the updates was received.

Once offender Caddell returned to the Hutchins Unit, He was placed in G-Building holding cell, monitored every 15 minutes and given a mattress and cool water. The offender will be evaluated once medical staff arrives on the unit at 0600 hours.

Per Major May, all information will be passed on to him for review.

## Texas Department of Criminal Justice
# CORRECTIONAL INSTITUTIONS DIVISION
### *Inter-Office Communication*

**To:**  All Concerned                           **Date:**  6/30/2012

**From:**  Lieutenant K Brown                    **Subject:**  Offender Caddell, Bradley
                                                               #1697940

The following information is provided from the Temperature log dated 6/30/2012.

| TIME | OUTSIDE AIR | HUMIDITY | HEAT INDEX | PERSON RECORDING |
|------|-------------|----------|------------|------------------|
| 1430 | 99.7 | 50% | 107 | OFFICER WHITEHEAD |
| 1530 | 103.5 | 47% | 110 | OFFICER WHITEHEAD |
| 1630 | 100.6 | 47% | 110 | OFFICER WHITEHEAD |
| 1730 | 98.8 | 43% | 101 | OFFICER WHITEHEAD |
| 1830 | 102.8 | 42% | 110 | OFFICER WHITEHEAD |

### DORM TEMPERATURE LOG DATED 6/30/2012

| TEMERATURE | DORM | TIME |
|------------|------|------|
| 95.1 | A-4 | 1501 |
| 93.5 | A-4 | 1933 |
| 2015 | A-4 | 2015 |

At the time of the offender's complaints, there was water provided in the dorm for the offenders.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# EMERGENCY ACTION CENTER

## SERIOUS INCIDENT REPORT FORM

EAC #   I-09196-07-12

| TYPE OF INCIDENT | UNIT CODE | DATE/TIME REPORTED | REPORTED BY |
|---|---|---|---|
| Offender Illness (Heat) | HJ | 7/2/2012 @ 2050 | Lieutenant Kevin Brown |

| DATE/TIME OCCURRED | SPECIFIC LOCATION | GANG RELATED | GANG IDENTIFICATION |
|---|---|---|---|
| 6/30/2012 @ 1430 | A4-37 | N/A | N/A |

WAS THE INCIDENT RACIALLY MOTIVATED?  ☐ YES   ☒ NO

## EMPLOYEE INFORMATION

| NAME | SSN | RACE | SEX | AGE | RANK | HOSPITAL |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

WERE EMPLOYEES TRANSFERRED TO A HOSPITAL?   ☐ YES   ☒ NO

## OFFENDER INFORMATION

| NAME | TDCJ # | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| Caddell, Bradley | 1697940 | W.M | 51 | G1 | None | V |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL?   ☒ YES   ☐ NO   NAME OF HOSPITAL   Parkland Hopsital

## INFORMATION ON DECEASED

| NAME | TDCJ# | RACE /SEX | AGE | CUSTODY CODE | INJURIES | A-V |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

DATE/TIME VICTIM(S) PRONOUNCED DECEASED:   N/A

NAME OF PERSON PRONOUNCING VICTIM(S) DECEASED:   N/A

PRELIMINARY CAUSE OF DEATH:   N/A

MOTIVE FOR ASSAULT/DEATH:   N/A

NEXT OF KIN NOTIFIED?   ☐ YES   ☒ NO   DATE/TIME/BY WHOM:   N/A

HUNTSVILLE FUNERAL HOME NOTIFIED:   ☐ YES   ☒ NO   DATE/TIME/BY WHOM:   N/A

JUSTICE OF PEACE NOTIFIED:   ☐ YES   ☒ NO   DATE/TIME/BY WHOM:   N/A

CADDELL 00287
(Supplemental)

1

Offender Illness
(Heat) ✓

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\* REQUESTOR: WM19851 -- MINOR, BARBARA      EMERGENCY ACTION CENTER      \*\*\*
\*\*\*                S Y S M   I N B A S K E T   P R I N T                   \*\*\*

MESSAGE ID: A33073        DATE: 07/03/12  TIME: 01:23    PRIORITY: 000

TO:        HQEAC01 -- CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KBR0018 -- BROWN, KEVIN
           LIEUTENANT
           HUTCHINS JAIL FACILITY

SUBJECT:   I-09196-07-12

EAC USE ONLY:  DATE REPORTED:.......7/2.........TIME REPORTED:...2056.....

EMERGENCY ACTION CENTER INCIDENT NO: I - 09196   07 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE): M -       -
TYPE OF INCIDENT: OFFENDER ILLNESS (HEAT)
UNIT: HJ   REGION 02   DATE OCCURRED: 07 / 02 / 2012   TIME OCCURRED: - 2
SPECIFIC LOCATION: BOILER ROOM
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
     A      B      C      D      E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:     YES   X NO
WAS INCIDENT RACIALLY MOTIVATED:     YES   X NO

OFFENDER INFORMATION

| OFFENDER NAME (LAST, FIRST M) | TDCJ NO | CUST | RACE | SEX | AGE | INJ | A-V |
|---|---|---|---|---|---|---|---|
| ADELL, BRADLEY | 1637540 | G5 | B | M | 14 | Y | V |

WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES    NO
BY: X EMS    VAN    LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL
TREATMENT: REPLACED FLUIDS THROUGH IV

GADDES A 00288
21

EMPLOYEE INFORMATION

NAME (LAST, FIRST M)          SSN     RACE    SEX     AGE         RANK
N/A

WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED     YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED    YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE:    /    /    TIME:    :    PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: N/A
COUNTY WHERE DEATH OCCURRED: N/A
PRELIMINARY CAUSE OF DEATH: N/A
NEXT OF KIN NOTIFIED    YES X NO    DATE:    /    /        TIME:    :
NAME OF NOK: N/A
CARNES FUNERAL HOME NOTIFIED    YES X NO
JUSTICE OF PEACE NOTIFIED:    YES X NO

DESCRIPTION OF WEAPON(S) CONTRABAND

N/A

CHEMICAL AGENT INFORMATION
AMOUNT                LIST TYPE                      AUTHORIZATION
N/A

WAS TEAM AUTHORIZED    YES X NO    DECONTAMINATED    YES X NO    INJURIES    YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES         NO X

IF YES, INDICATE APPLICABLE
PARCEL SCANNER                          NA
WALK THROUGH METAL DETECTOR             NA
HAND HELD METAL DETECTOR               NA
B.O.S.S. CHAIR                         NA
VIDEO SURVEILLANCE                     NA
HEARTBEAT DETECTION SYSTEMS            NA
BODY ALARM                            NA
PERIMETER FENCE DETECTION SYSTEMS     NA
STAB-RESISTANT VEST                   NA
NARCOTIC DETECTOR CANINE              NA
CELL PHONE DETECTOR CANINE            NA
PACK CANINES                         NA

GADFEISL A00289922

S.A.S. CANINES                                          NA
CADAVER CANINES                                         NA
CONTRABAND INTERDICTION SHAKEDOWN TEAM                  NA
OTHER:  NA

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 7/2/2012 AT APPROXIMATELY 2056 HOURS, THE HUTCHINS UNIT REPORTED AN
OFFENDER ILLNESS. ON 6/30/2012 AT APPROXIMATELY 1420 HOURS, OFFENDER
CADELL, BRADLEY TDCJ  1637940 WAS IN HIS ASSIGNED HOUSING LOCATION
WHEN HE BEGAN TO FEEL BAD. OFFENDER CADELL STATED THAT HE EXITED R 4 DORM EN
ROUTE TO HIS WORK ASSIGNMENT AT THE BOILER ROOM. THE OFFENDER CLAIM THAT WHEN
HE GOT TO THE BOILER ROOM, HE FELT SO BAD THAT HE NOTIFIED A BUILDING WHERE
SERGEANT LOUIS WILLIAMS WAS LOCATED, THAT HE WAS NOT FEELING WELL AND NEEDED
TO BE SEEN BY MEDICAL. THE OFFENDER WAS GIVEN A PASS AND REPORTED TO MEDICAL.
ONCE IN THE MEDICAL DEPARTMENT, HE REPORT PAY TO REGISTERED OFFENDER CADDELL
AND GAVE HIM COOL ACCESS AND KEPT HIM IN AN AIR CONDITIONED AREA. MS RAY
TOOK OFFENDER CADDELLS TEMPERATURE WHICH READ 101.4. MS RAY CONTINUED TO
MONITOR THE OFFENDER. AT APPROXIMATELY 1620 HOURS, LIEUTENANT KEVIN BROWN WAS
INFORMED THAT THE OFFENDER WAS IN THE MEDICAL DEPARTMENT AND NEEDED FURTHER
MEDICAL ATTENTION. LIEUTENANT BROWN WENT TO MEDICAL WHERE MS RAY INFORMED HIM
OF THE MEDICAL PROBLEMS THAT THE OFFENDER WAS HAVING AND THAT HIS
TEMPERATURE WAS STILL GOING UP. AT THAT TIME, LIEUTENANT BROWN INSTRUCTED
THE SECURITY STAFF TO PREPARE TO TRANSPORT OFFENDER CADDELL TO PARKLAND
HOSPITAL BY AMBULANCE. ONCE HUTCHINS EMS ARRIVED, THE OFFENDER WAS ESCORTED

TO PARKLAND HOSPITAL. OFFENDER CADDELL WAS GIVEN IV FLUIDS AND MONITORED
BY PARKLAND HOSPITAL MEDICAL STAFF. LAB WORK WAS COMPLETED ON THE OFFENDER
AND HE WAS RELEASED TO RETURN TO THE UNIT. AT APPROXIMATELY 2030 HOURS, THE
OFFENDER WAS TRANSPORTED BACK TO THE HUTCHINS UNIT AND MONITORED IN G BLDG
HOLDING TANK. OFFENDER CADDELL WAS GIVEN A WATER AND COOL WATER TO DRINK.
OFFENDER CADDELL WAS GIVEN A PASS TO SEE MEDICAL ON 7/1/2012. MEDICAL STAFF A
MORNING TOOK THE OFFENDERS VITAL SIGNS AND MADE AN APPOINTMENT FOR HIM TO
SEE THE PROVIDER ON 7/2/2012. ON JULY 2, 2012, OFFENDER CADDELL WAS SEEN BY
THE UNIT PROVIDER. OFFENDER CADDELL CLAIM THAT THE PROVIDER INFORMED HIM THAT
HE IS TAKING WATER PILLS AND THAT IS THE REASON THAT HE WAS DEHYDRATED.
THE DISCHARGE PAPERS FOR THE OFFENDER WAS AVAILABLE. MS RAY INFORMED
LIEUTENANT BROWN WAS INFORMED THAT THE OFFENDER RECEIVED AN IV REPLACING HIS
FLUIDS. MS THERESA ALFORD FROM THE EMERGENCY ACTION CENTER WAS INFORMED AT
2056 HOURS ON 7/2/2012. DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED OF THE
INCIDENT ON 7/1/2012 AT APPROXIMATELY 1300 HOURS. ON JULY 2, 2012
AT APPROXIMATELY 2345 HOURS, LIEUTENANT BROWN ATTEPTED TO SEND THE EMERGENCY
ACTION CENTER TELEX, HOWEVER THE COMPUTER SYSTEM WERE DOWN FOR MAINTENANCE.
MS B MINOR FROM THE EMERGENCY ACTION CENTER WAS NOTIFIED OF THE REASON THAT
THE TELEX WAS NOT SENT. SHE INSTRUCTED ME TO STATE WHY IN THE SUMMARY.
THE TEMPERATURE LOG FOR THAT DAY STATED THAT THE OUTSIDE AIR TEMPERATURE
WAS 99.7, THE HUMIDITY WAS 50  AND THE HEAT INDEX WAS 107.

THE IV WAS GIVEN TO OFFENDER CADDELL AS A PRECAUTION WHILE TEST WERE
ADMINISTERED TO DETERMIN THE CAUSE OF HIS TEMPERATURE. MEDICAL STAFF

CADDELL-A00290923

EVALUATED OFFENDER CADDELLS DICHARGE PAPERS AND LIEUTENANT BROWN WAS
NOTIFIED AT APPROXIMATELY 1815 HOURS ON 7/2/2012 OF THE TREATMENT GIVEN. ANY
OTHER INFORMATION WILL BE FORWARDED WHEN RECEIVED.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT KEVIN BROWN                     DATE: 07 / 02 / 2012
AUTHORIZED BY: WARDEN JEFF PRINGLE

Sent to:      HJEAC              (list)                    (to)
              HJADMIN            (list)                    (to)
              HJLTS              (list)                    (to)

Plaintiffs' MSJ App. 7924
(Supplemental)
CADDELL A00297

*Update*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*\*\* REQUESTOR: BMI9851 - MINOR, BARBARA        EMERGENCY ACTION CENTER        \*\*\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*\*\*          S Y S T E M    I N B A S K E T    P R I N T                       \*\*\*

MESSAGE ID: 633276        DATE: 07/03/12  TIME: 04:08    PRIORITY: 000

TO:        HREAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KBL0018 - BROWN, KEVIN
           LIEUTENANT
           HUTCHINS JAIL FACILITY

SUBJECT:   I-09196-07-12


IT WAS REPORTED THAT DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED ON
7/1/2012 WHEN IN FACT HE WAS NOTIFIED ON 6/30/2012 AT APPROXIMATELY
1900 HOURS.


LIEUTENANT K BROWN
HUTCHINS STATE JAIL

Sent to:   HJEAC             (list)                      (to)
           HJADMIN           (list)                      (to)
           HJLTS             (list)                      (to)

9196

GAB-DE1SJ A00292
Jul. 07 2014 02:47PM P2          Supplemental       FROM: EAC
Fax from ...925

# Update

```
*****************************************************************************
***  REQUESTOR: BM19851 -- MINOR, BARBARA      EMERGENCY ACTION CENTER   ***
*****************************************************************************
***            S Y S M   I N B A S K E T   P R I N T                     ***
```

MESSAGE ID: 833164        DATE: 07/03/12  TIME: 01:36    PRIORITY: 000

TO:        HCEAC01 -- CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KAR0818 -- BROWN, KEVIN
           LIEUTENANT
           HUTCHINS JAIL FACILITY

SUBJECT:   1-09196-07-12


THE SPECIFIC LOCATION STATED ON THE EAC TELEX WAS BOILER ROOM. OFFENDER
CADDELL WAS IN HIS HOUSING LOCATION OF C-4 DORM WHEN HE BEGAN TO FEEL
ILL. THE OFFENDER WENT TO HIS WORK LOCATION (BOILER ROOM) AND NOTIFIED
STAFF FROM THERE.


LIEUTENANT K BROWN
HUTCHINS STATE JAIL

Sent to:   HJEAC             <list>                        <to>
           HJLTS             <list>                        <to>
           HJADMIN           <list>                        <to>

CADDELL A00293

## Texas Department of Criminal Justice
### CORRECTIONAL INSTITUTIONS DIVISION
### REGION II

## *Inter-Office Communication*

**To:** Lt. Brown                          **Date:** 06/30/12

**From:** Sgt. L Williams                  **Subject:** As Stated

    Offender Caddell, Bradley # 1697940 called G control from the boiler room and informed me that he did not feel well. He asked if he could go to medical. Offender was given a pass. He then walked to medical. This happen between 230 and 240 pm. After offender went inside medical. I returned to the walkway to supervised offender traffic.

Sergeant L. Williams
2nd   shift Security    ..

My name is Bradley J. Caddell TAC-1697940
The night of June 29th I went to sleep in
A4-19 with the fan blowing in my bunk
direction. The morning of June 30th 2012 I woke
up sweating Got up and took a shower cause
during the middle of the night some one
move the fan in another direction. After I
shower appox 8:00 am I laid back down
cause I was feeling bad and sleeped to noon
Woke up feeling worst took another shower
then tryed to eat something (That didn't happen
So I just went to the front bench and set
in front of the fan and waited for the
1:30 P.M. count to clear. I was having
cold chills and the shakes with bur vison
seeing dots with my temperture rising.
 Once the count cleared. I used the
excess of going to work to get to the
Boiler Room to call G-Building and tell
them they needed to call my 2nd shift
Relief in cause I need to go to medical
Drinked 3 glasses of Ice water then told
1st shift they needed to wait on my relief
and I walked over to G-Building were
Sgt Williams told Ms White head to write
me a pass.

1-2012

I'm in Dorm A4-19 - Went to sleep Friday night
with Fan in the Direction of Heat Restriktions
Bunks when I woke up the fans were moved.
And I woke up sweating, Got up took a shower
feeling Bad, When finish laid Back down
and tried to sleep but the longer I laid there
the Hoter I got, So I tried to set in front
of the New fan they put under the T.V.
Started getting cold chiles and sweating and
Had a hard time seeing, So I got dressed
and waited for 1:30 count to clear,
When cleared I went to Boiler Room called
G Building talk to Ms Whitehead and asked
her to call my Releif in, That I need to
go to Medical, 15 min later, My Releif
showed up A3-55 and I went to G-
Building and Ms White head wrote me a
pass for Medical
On 6-30 I did not work in the Boiler
Room all day

Brad Caldwell

7-1-12

TDC # 1697940





| mission Summary | | | | | | | | NV | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DELL, ley J. (W) | | 1697940 | | DWI | | | 3Y Sent. | 12 Ed. | N GED |
| Name | | Number | | Offense | | | | | |

| 04/18/2012 | | | | 92 | 50 | ▇▇▇ | 03/30/2011 VAA / cjc | Baptist |
|---|---|---|---|---|---|---|---|---|
| '29/2013 | | | | I.Q. | Age | DOB | Int./By | Religion |
| ax Expir | | Minimum Expiration | | | | 11/30/2010 | | 03/17/2011 |

| ty: | Wise | | | | Sent. Beg. | Date Received |
|---|---|---|---|---|---|---|
| c Experience: | Construction Worker  Painter | | | | | |
| tional Skills: | None | | | | | |

| | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Snt | 6-2REV | | 70th/72nd/73rd LEGISLATURE - MANDATORY SUPERVISION PROSPECT |
| | 6 | | DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433 |
| y | | | L1 EFF: 11/30/2010  · W EFF: 11/30/2010 |
| Hosp | | | |
| Home | | | |
| rans | | | |
| il | | | |
| A TF | | | |
| CJ-ID | 1 | | |
| is | | | |

ODELL,
iley J.
597940

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |

ALL POSTINGS (Cont'd.)

DWI (1) (3 years)

ILLNESS, INJURY OR DEATH - NOTIFY
Carol Caddell (WIF)                    ▇▇▇▇▇▇▇▇

RACE: WHITE          SEX: MALE      HEIGHT: 05' 06"     WEIGHT: 262

COMPLEXION: MEDIUM                    EYES:  HAZ        HAIR:  GRY

NATIVITY: Hereford, Deaf Smith Co., TX                 MARKS and SCARS:
MOLE UNDER CTR CHIN, ACNE SCARS RT/LFT CHKS, CUT SCAR TOP HEAD, CUT SCAR
FRNT RT KNEE, CUT SCAR MID FRNT RT LEG

Plaintiff's App. 932
CADDELL ASJ A00299

(Supplemental)

DETAINERS:
STATE JAIL DETAINER CATSPK CR13803 EXPIRES 07/27/2011

CADDELL,
Bradley J.
#1697940

| Transfers and Assignments | | |
|---|---|---|
| Date | Place | Work |
| | | |

**SUMMARY:**

10 arrests involving 0 violent offenses--1 day Galveston County Jail DWI (paid fine, time served, NOT VERIFIED)--2 year adult probation Harris County 1986 DWI (completed, NOT VERIFIED)--2 year adult probation Harris County 1991 DWI (completed, NOT VERIFIED)--3 year adult probation Harris County 1997 Allowing Dangerous Driver To Borrow Motor Vehicle (completed, NOT VERIFIED)--5 year adult probation Harris County 2000 DWI (revoked to jail time served, NOT VERIFIED)--5 year adult probation Wise County 2005 DWI (revoked to present offense, VERIFIED)--5 year adult probation Wise County 2005 Possession Of A Controlled Substance Less Than 1 Gram (revoked to state jail, NOT VERIFIED)--X/TDCJ-CID #1131047, 2 year sentence Wise County DWI, received NH 11/19/2002, assigned NI 12/16/2002, maintained clear record, transferred HV 05/07/2003, released on mandatory supervision to Wise County 05/07/2003; discharged mandatory supervision 04/29/2004--as present TDCJ-CID #1697940, received ND 03/17/2011, maintained clear record--claims contact with 5 half siblings, wife, 2 children--claims father, mother deceased--claims married--state jail DETAINER cause #CR13805 expires 07/27/2011--

**PRESENT OFFENSE SUMMARY:**

The current offense of DWI involves the subject on 09/17/2005 during the daytime hours in Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited his vehicle and walked towards the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #: ████████
FBI #: ████████
SSN #: ████████
DL #: 00240786

CADDELL 00302

The current offense of DWI involves the subject on 09/17/2005 during the daytime hours in Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited his vehicle and walked towards the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #:
FBI #:
SSN #:
DL #:  00240786



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Correctional Institutions Division

1697940          000          3/17/2011          001



MEDICAL TRANSFER

FORVUS > EMS > 4.4

*Use the tab key to move down the list, type an 's' in front of: UTMB_XFR MEDICAL TRANSFER, press enter.*

__ EMERGENCY        ___ ROUTINE

NAME OF INMATE: *Caddell, Bradley*  INMATE NUMBER: *1697940*

DIAGNOSIS:  (Enter (Medical,) Mental Health or Dental)

NATURE OF TRANSFER:  ___ SCHEDULED APPOINTMENT

X EVALUATION

SENDING PHYSICIAN: *N. Beckstrom NP*

ACCEPTING PHYSICIAN: _____

TRANSPORT TO:  *Parkland Hosp.*

TRANSPORTATION MODE ORDERED:  __ CHAIN BUS        ___ UNIT VAN
                               __ WHEELCHAIR VAN   __ AMBULANCE
                               __ OTHER _____

TRANSPORTATION MODE USED:  ___ CHAIN BUS        ___ UNIT VAN
                           ___ WHEELCHAIR VAN   __ AMBULANCE
                           ___ OTHER _____

HOUSING:  *A 4-19*

*Press F8 to move to the next screen*

ACT OF VIOLENCE:  *N*

UTMB/TDCJ MANAGED CARE AUTHORIZATION (Y OR N):  *Y*

UNIT CONTACT NAME:  *D. Ray, LVN*

JOB TITLE:  *LVN*

TIME DEPARTED UNIT: *18:45*  DATE DEPARTED UNIT: *6 30 12*

TIME RETURNED:  __:__   DATE RETURNED:  __/__/__

SENT TO: (Leave blank)

*Use the tab key to move back to the command line (top left) type trans and press enter.*

Email Lists:
*For all transfer emails type this address in at the blinking cursor – ALLTRANSFRS (no 'e')*
*Press the tab key 4 times, and then type in additional destination addresses(s) Press enter.*

| ADDRESS | M List OWNER | DESTINATION |
|---|---|---|
| ALLTRANSFRS | KWE4053 | necessary personnel |
| TRANSFW1 | KWE4053 | all freeworld hospital transfers |
| TRANSHG1 | KWE4053 | Hospital Galveston |
| TRANSJ41 | KWE4053 | Jester IV Unit |
| TRANSSKY1 | KWE4053 | Skyview Unit |

Plaintiffs' App. 935
CADDELL A00302

*Go back to the command line and type sprint and press enter. This will send and print the email. Make*

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
MEDICAL PROFILE INQUIRY

MS010

DATE 07/01/12
TIME 09:36:51

ME          CADDELL, BRADLEY J

CJ NUMBER   01697940

T ASSIGNED  HJ

E ASSIGNED  04/06/11

ASSIGNED    ASSIGNMENT

/DEP CODE   RA

TEST

RT CODES    1112 7970 0529 4011 7054 2780

RACE/SEX           W / M
DATE OF BIRTH    ██████████  AGE 051
HEIGHT             5   FT. 06 IN.
WEIGHT             270 LBS.    DATE 03/08/12
BLOOD PRESSURE 132 / 075 DATE 03/08/12
MEDICAL  CLASSIFICATION  DATE 03/08/12

```
*|***|***|***|***|***|    UTMB NUMBER
? | U | L | H | E | S |    HEARING PROBLEMS      N
--|---|---|---|---|---|    DENTURES              N
3 | 1 | 1 | 1 | 2 | 1 |    PROSTHESIS            N
--|---|---|---|---|---|    HISTORY OF TUBERCULOSIS N
M | A | A | B | A |        HISTORY OF HEPATITIS  N
--|---|---|---|---|---|    DNA TEST              Y      TEST DATE 03/22/11
P |   |   | P |   |        DNA AGENCY   TDCJ
*|***|***|***|***|***|    JOB ASSIGNMENT IN TDCJ  UNASGN MEDICAL
```

TER 'P' TO PRINT, OR NEXT TDCJ NUMBER _____  OR NEXT SID _____
2 DISPLAY ALERTS CODES  PF3 DISPLAY HISTORY  PF11  RETURN TO MENU  PF12 EXIT

CADDELL 00303

```
IS1808                  T.D.C.J. - INSTITUTIONAL DIVISION        DATE: 07/01/12
GE NO: 01         HEALTH SUMMARY FOR CLASSIFICATION SYSTEM        TIME: 09:39:33
                            SUMMARY OF TRANSACTIONS
MATE NAME: CADDELL,BRADLEY J            TDCJ-ID #: 01697940


TE                RESTRICTION                           AUTHORITY
-21-2012          LOWER ONLY                            BECKSTROM
                  MEDICALLY UNASSIGNED
                  SEDENTARY WORK ONLY
                  NO LIFTING > 025 POUNDS
                  NO SQUATTING
                  NO CLIMBING
                  LIMITED SITTING
                  NO FOOD SERVICE WORK
                  NO WALKING ON WET UNEVEN SURFACES
                  DO NOT ASSIGN TO MEDICAL
                  NO TEMPERATURE EXTREMES
-25-2012          LOWER ONLY                            BECKSTROM
                  SEDENTARY WORK ONLY
                  NO LIFTING > 025 POUNDS


1 -HELP  PF3 -RETURN TO INQUIRY  PF7 -UP  PF8 -DOWN  PF10 -PRINT
TER NEXT REQUEST/OR TDCNO _____    OR SIDNO _____
```

M E D I C A L   I N F O R M A T I O N           DATE 07/01/12
H I S T O R Y   I N Q U I R Y                    TIME 09:38:04

NAME CADDELL,BRADLEY J           TDC NUMBER  01697940 UTMB NUMBER

|  |  | P | U | L | H | E | S |
| DATE | WEIGHT | | DATE | BLOOD PRESSURE | DATE | DCM | DCM | DCM | DCM | DCM | DCM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 030812 | 276 | | 030812 | 132/075 | 030812 | 3MP | 1A | 1A | 1A | 2BP | 1A |
| 050211 | 262 | | 050211 | 116/070 | 050211 | 3MP | 1A | 1A | 1A | 2BP | 1A |
| 032211 | 280 | | 032211 | 109/071 | 032211 | 3EP | 1A | 1A | 1A | 2BP | 1A |
| | | | | | 032211 | 3EP | 1A | 1A | 1A | 2BP | 1A |
| | | | | | 032111 | 1A | 1A | 1A | 1A | 1A | 1A |

PRESS ENTER TO RETURN THE PROFILE OR    ENTER 'P' TO PRINT THIS DISPLAY

CADDELL  00305
(Supplemental)

HOUSE/JOB CHANGE

NAME: CADDELL,BRADLEY J          NO: 01697940

DATE: 06/11/2012  15:35:04       RACE: W

THE ABOVE NAMED AND NUMBERED INMATE IS TO
BE ASSIGNED AS FOLLOWS:

OLD HOUSE: A1-013B
NEW HOUSE: A1-016T

OLD JOB:
NEW JOB:

COMPLETED BY: _____

APPROVED BY: _____

```
                    T.D.C.J. - INSTITUTIONAL DIVISION              PAGE   1
HUTCHINS
                  ADMINISTRATIVE LAYINS BY HOUSE FOR 06/18/2012    06/18/2012
                              2,018                                13:59:44
```

| NAME | TYP | HOUSING | JOB ASSIGNMENT | TIME | AUTHORITY |
|------|-----|---------|----------------|------|-----------|

**AT**

| NAME | TYP | HOUSING | JOB ASSIGNMENT | TIME | AUTHORITY |
|------|-----|---------|----------------|------|-----------|
| 31 HOWARD, RONALD DEWA | A | A1-014T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 08 ANDERSON, REGINALD | A | A1-015B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 8 VAZQUEZ, PEDRO EDUA | A | A1-017B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 16 JOHNSON, SCOTT ALLE | A | A1-019B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 5 GEORGE, RODRICK | A | A1-020T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 3 DEMERS, ADAM LEE | A | A1-021B | JANITOR K1 HALL 1ST | 23:00-23:15 | ESCOBEDO |
| 05 PATTON, PATRICK LYN | A | A2-005B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 3 BAKER, RICHARD DEAN | A | A2-033B | STOCK CLERK SUPPLY | 23:00-23:15 | ESCOBEDO |
| 3 BLANE, LOUIS GENE J | A | A2-034T | JANITOR TF SHOWER SQ 1ST | 23:00-23:15 | ESCOBEDO |
| 6 GAMBLE, ANTHONY PAU | A | A2-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 0 MORRIS, LEE BALDWIN | A | A2-037B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 2 ZOOK, GREGORY JAMES | A | A2-038T | PAINTER SQUAD | 23:00-23:15 | ESCOBEDO |
| 4 ADAMS, GERALD | A | A2-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 1 STEPHENS, STANLEY R | A | A2-044T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 6 AUTRY, CECIL NAKIA | A | A2-045B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 8 PATE, JOHN DIMEON | A | A2-046T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 8 TORRES, ABELARDO | A | A2-047B | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 9 MORGAN, LEON KENNY | A | A3-005B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 0 MOONEY, STEVEN | A | A3-015B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 3 ROY, LONNIE | A | A3-017B | ID UTILITY MEDICAL I/S SQ | 23:00-23:15 | ESCOBEDO |
| 8 TOWNSEND, TYLER EDW | A | A3-018T | JANITOR EDUCATION 2ND | 23:00-23:15 | ESCOBEDO |
| 3 RICHARDSON, DARRYL | A | A3-019B | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 5 HORTON, CHRISTOPHER | A | A3-020T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 5 DODD, CHRISTOPHER J | A | A3-021B | GENERAL CLERK LIBRARY 1ST | 23:00-23:15 | ESCOBEDO |
| 0 WINDHAM, HARVEY BEN | A | A3-022T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 3 CHAMPION, JACOB | A | A3-023B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 3 WAGONER, TOM JR | A | A3-024B | UTILITY SQUAD 02 | 23:00-23:15 | ESCOBEDO |
| 5 WINTTERS, CHARLES E | A | A3-025B | UNASGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 7 ESTES, JESSE RICHAR | A | A3-026T | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 9 MCBRIDE, JAMES HOLL | A | A3-027B | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 9 SWINNEY, TERRY JOE | A | A3-029B | STOCK CLERK LAUNDRY 1ST | 23:00-23:15 | ESCOBEDO |
| 9 BISHOP, STEPHEN MAR | A | A3-033B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 8 WRIGHT, CAMERON MON | A | A4-015B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 0 BATTLES, MICHAEL LA | A | A4-034T | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 7 GLAPION, JOHN JOSEP | A | A4-035B | ID I/S MEDICAL SQ 02 | 23:00-23:15 | ESCOBEDO |
| 4 ROBERTS, JONATHON R | A | A4-036T | JANITOR A1 BLDG DORM 1ST | 23:00-23:15 | ESCOBEDO |
| 0 CADDELL, BRADLEY J | A | A4-037B | UNASGN MEDICAL | 23:00-23:15 | ESCOBEDO |
| 0 JOHNSON, CARNEASE L | A | A4-038T | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 30 LANE, WALTER LEWIS | A | A4-039B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 48 WATTS, BRANDON MICH | A | A4-040T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 8 SHANNON, GEORGE THO | A | A4-041B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 13 MARTIN, DARRIN KEIT | A | A4-043B | JANITOR A1 BLDG DORM 2ND | 23:00-23:15 | ESCOBEDO |
| 77 RHODES, JOHN | A | A4-045B | FULL TIME STUDENT | 23:00-23:15 | ESCOBEDO |
| 86 HUFF, TRICO SHUMARK | A | A4-046T | JANITOR A1 BLDG DORM 3RD | 23:00-23:15 | ESCOBEDO |
| 06 THOMAS, ROBERT WESL | A | A4-047B | ID UTILITY SQUAD 01 | 23:00-23:15 | ESCOBEDO |
| 51 HAMMER, RYAN DOUGLA | A | A4-048T | JANITOR K1 HALL 1ST | 23:00-23:15 | ESCOBEDO |

*handwritten notes in right margin:* Alex House A 419 Offender Caddell #1697940

IT: HUTCHINS                 T.D.C.J. - INSTITUTIONAL DIVISION              PAGE   2

                         UNIT ACTIVITY FOR 06/11/2012              ✻ 06/11/2012
                                                                      22:02:45


TIME     TDC#   NAME                          R     HOUSE        JOB DESCRIPTION

:26:40  01776281 BROWN,KEITHAN JAY            W FR: E2-051B       JANITOR E BLDG DORM 1ST
                                                TO: D1-022T       TRANSIENT OTHER

:32:25  01787155 BULLARD,CHRISTOPHER ALLEN    W FR:
                                                TO: C5-010T       TRANSIENT PEND DIAG PROCESSING

:52:17  01762490 BUTLER,JASON PAUL            W FR: B7-018T
                                                TO: D3-035B

:53:41  01762490 BUTLER,JASON PAUL            W FR:              DRUG/ALCOHOL-TURNING POINT
                                                TO:              JANITOR D BLDG DORM 1ST

:49:47  01781353 CABALLERO,RENE JR            H FR:
                                                TO: A1-010T       JANITOR A1 BLDG DORM 2ND

:03:22  01697940 CADDELL,BRADLEY J  ✻         W FR:              BOILER OPR 2ND
                                                TO:              UNASGN MEDICAL

:35:04  01697940 CADDELL,BRADLEY J            W FR: A1-013B
                                                TO: A1-016T

:37:31  01785489 CANTU,ANGEL ANTHONY          H FR: C7-056T      TRANSIENT PEND DIAG PROCESSING

                                                TO: D1-014T      UNASGN PENDING ASSIGNMENT

:43:50  01767440 CHAMPION,JACOB               W FR: A3-014T
                                                TO: A3-022T

:56:58  01767440 CHAMPION,JACOB               W FR: A3-022T
                                                TO: A3-014T

1:59:48 01767440 CHAMPION,JACOB               W FR: A3-014T
                                                TO: A3-022T

4:37:38 01785474 CHAVIRA,JAVIER JUAN          H FR: C5-024T      TRANSIENT PEND DIAG PROCESSING

                                                TO: D2-032T      JC UTILITY SQUAD 04

5:47:08 01772923 CLARK,NATHANIEL              B FR: A4-041B
                                                TO: A3-049B

5:41:04 01687013 CLARK,TONY RAYLYNN           B FR: A2-032T
                                                TO: A2-044T

4:38:23 01785023 CLEVELAND,PATRICK BERNARD    B FR: C6-038T      TRANSIENT PEND DIAG PROCESSING

                                                TO: D4-032T      UTILITY SQUAD 05

4:38:04 01785490 COKER,JEREMY LEE             W FR: C6-002T      TRANSIENT PEND DIAG PROCESSING

                                                TO: D4-040T      UTILITY SQUAD 05

Plaintiffs' App 0308
(Supplemental)

GADD FMSJ A003041

```
UCR15/CSUC15        TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 06/30/12
TCICS/KBR0818       HOUSING/JOB ASSIGNMENT HISTORY          AND TIME: 20:50:09
7/UC15   INMATE NAME: CADDELL,BRADLEY J           TDCNO: 01697940
```

| SING ATE | UNIT | \|--HOUSING--\| \|--ASGNMNT--\| | INM/HSG CUST AUTH | JOB ASGN DATE | \|---------JOB---------\| \|------ASSIGNMENT------\| | AUTH |
|---|---|---|---|---|---|---|
| | | ---------HOUSING COMMENT----------\| | | | \|-----------JOB  COMMENT-----------\| | |
| | | | | 06/12/12 | UNASGN MEDICAL | MED |
| 28/12 | HJ | A4     019 B | G1  G2 PE | 06/11/12 | UNASGN MEDICAL | MED |
| T | | | | 09/12/11 | BOILER OPR 2ND | WJP |
| 28/12 | HJ | UNASGN | G1  G2 | 08/15/11 | JANITOR F BLDG DORM 2ND | PM |
| 12/12 | HJ | A4     037 B | G1  G2 TJ | 06/22/11 | JANITOR C1 BLDG DORM 2ND | PM |
| 11/12 | HJ | A1     016 T | G1  GB PE | 04/06/11 | JANITOR A1 BLDG DORM 2ND | UCC |
| 04/12 | HJ | A1     013 B | G1  GB PE | 04/04/11 | JANITOR DORM A 2ND | UCC |
| T RESTRIC | | | | 03/31/11 | JANITOR DORM B 2ND | UCC |
| 04/12 | HJ | UNASGN | G1  GB | 03/17/11 | TRANSIENT PEND DIAG PROC | CTR |
| 04/12 | HJ | A1     013 B | G1  GB PE | | | |
| 16/12 | HJ | A1     033 B | G1  GB UCC | | | |
| 15/11 | HJ | F3     011 B | G2  G2 PM | | | |

```
ORE HOUSING/JOBS AVAILABLE
ER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: __HJ.__

6·29·12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75 | 60% | 75 | Burrell, La. |
| 7:30 a.m. | 78.5 | 59% | 75 | Burrell, La. |
| 8:30 a.m. | 83.7 | 59% | 90 | Burrell, La Starie |
| 9:30 a.m. | 88 | 57% | 93 | Burrell, La. |
| 10:30 a.m. | 91.4 | 56% | 96 | Burrell, La. |
| 11:30 a.m. | 94.5 | 55% | 96 | Burrell, La |
| 12:30 p.m. | 97.7 | 51% | 104 | Burrell, La |
| 1:30 a.m. | 101.2 | 50% | 110 | Burrell, La |
| 2:30 p.m. | 102.4 | 50% | 120 | WHITEHEAD, S |
| 3:30 p.m. | 101.7 | 48% | 110 | WHITEHEAD, S |
| 4:30 p.m. | 101.5 | 42% | 110 | WHITEHEAD, S. |
| 5:30 p.m. | 101.7 | 40% | 110 | WHITEHEAD, S. |
| 6:30 p.m. | 101.7 | 36% | 104 | WHITEHEAD, S. |

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: __Hutchins__

6:30:12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75.8 | 62% | 76 | Burrell, La |
| 7:30 a.m. | 78.5 | 60% | 76 | Burrell, La |
| 8:30 a.m. | 80.1 | 58% | 81 | Burrell, La |
| 9:30 a.m. | 87.5 | 57% | 88 | Burrell, La |
| 10:30 a.m. | 89.3 | 56% | 88 | Burrell, La |
| 11:30 a.m. | 95.2 | 54% | 101 | Burrell, La |
| 12:30 p.m. | 98.8 | 50% | 101 | Burrell, La |
| 1:30 a.m. | 97.4 | 50% | 101 | Burrell, La |
| 2:30 p.m. | 99.7 | 50% | 107 | WHITEHEAD, S |
| 3:30 p.m. | 103.5 | 47% | 110 | WHITEHEAD, S |
| 4:30 p.m. | 100.6 | 47% | 110 | WHITEHEAD, S |
| 5:30 p.m. | 98.8 | 43% | 101 | WHITEHEAD, O. |
| 6:30 p.m. | 102.8 | 42% | 110 | WHITEHEAD, S |

**Emergency Services After Visit Summary**

Parkland Health & Hospital System 5201 Harry Hines Blvd
Dallas,Texas 75235 214-590-8000

**Caddell, Bradley #4569916(HAR: 610935700) (CSN: 332957737) (51 year old M) EDMAIN-WEST B-WSTB (Adm: 6/30/12) Emergency**

**Allergies as of 6/30/2012**                          Date Reviewed: **6/30/2012**

No Known Allergies

**Chief Complaint**

Headache [52]

**Diagnoses**

Dehydration
Heat stroke and sunstroke

**ED Diagnosis**

Dehydration
Heat stroke and sunstroke

**ED Disposition**

Discharge

**Current Prescriptions**

None

**Medication List**

Notice

You have not been prescribed any medications.

**Immunization History as of 6/30/2012**                          Never Reviewed

No immunizations on file.

**Follow-up Information**

| Follow up With | Details | Comments | Contact Info |
|---|---|---|---|
| JAIL HEALTH | | If symptoms worsen | 600 Commerce Blvd. Suite 760 Dallas Texas 75202-4612 214-712-3032 |

**PCP and Location**

| PCP | Location |
|---|---|
| - | EMERGENCY SERVICES[2501] |

**Discharge Instructions**

# Dehydration

Dehydration is the reduction of water and fluid from the body to a level below that required for proper functioning.

CAUSES
Dehydration occurs when there is excessive fluid loss from the body or when loss of normal fluids is not adequately replaced.

➢ Loss of fluids occurs in vomiting, diarrhea, excessive sweating, excessive urine output, or

Plaintiffs MSJ Appx. PD45
(Supplemental)

excessive loss of fluid from the lungs (as occurs in fever or in patients on a ventilator).
➢ Inadequate fluid replacement occurs with nausea or decreased appetite due to illness, sore throat, or mouth pain.

## SYMPTOMS
**Mild dehydration**
➢ Thirst (infants and young children may not be able to tell you they are thirsty).
➢ Dry lips.
➢ Slightly dry mouth membranes.

**Moderate dehydration**
➢ Very dry mouth membranes.
➢ Sunken eyes.
➢ Sunken soft spot (*fontanelle*) on infant's head.
➢ Skin does not bounce back quickly when lightly pinched and released.
➢ Decreased urine production.
➢ Decreased tear production.

**Severe dehydration**
➢ Rapid, weak pulse (more than 100 beats per minute at rest).
➢ Cold hands and feet.
➢ Loss of ability to sweat in spite of heat and temperature.
➢ Rapid breathing.
➢ Blue lips.
➢ Confusion, lethargy, difficult to arouse.
➢ Minimal urine production.
➢ No tears.

## DIAGNOSIS
Your caregiver will diagnose dehydration based on your symptoms and your exam. Blood and urine tests will help confirm the diagnosis. The diagnostic evaluation should also identify the cause of dehydration.

## PREVENTION
The body depends on a proper balance of fluid and salts (*electrolytes*) for normal function. Adequate fluid intake in the presence of illness or other stresses (such as extreme exercise) is important.

## TREATMENT
➢ **Mild dehydration** is safe to self-treat for most ages as long as it does not worsen. Contact your caregiver for even mild dehydration in infants and the elderly.
➢ In teenagers and adults with **moderate dehydration**, careful home treatment (as outlined below) can be safe. Phone contact with a caregiver is advised. Children under 10 years of age with moderate dehydration should see a caregiver.
➢ If you or your child is **severely dehydrated**, go to a hospital for treatment. Intravenous (IV) fluids will quickly reverse dehydration and are often lifesaving in young children, infants, and elderly persons.

## HOME CARE INSTRUCTIONS
Small amounts of fluids should be taken frequently. Large amounts at one time may not be tolerated. Plain water may be harmful in infants and the elderly. Oral rehydration solutions (ORS) are available at pharmacies and grocery stores. ORS replaces water and important electrolytes in proper

proportions. Sports drinks are not as effective as ORS and may be harmful because the sugar can make diarrhea worse.

➤   As a general guideline for children, replace any new fluid losses from diarrhea and/or vomiting with ORS as follows:
  • If your child **weighs 22 pounds or under** (10 kg or less), give 60-120 mL (1/4-1/2 cup or 2-4 ounces) of ORS for each diarrheal stool or vomiting episode.
  • If your child **weighs more than 22 pounds** (more than 10 kg), give 120-240 mL (1/2-1 cup or 4-8 ounces) of ORS for each diarrheal stool or vomiting episode.
➤   If your child is vomiting, it may be helpful to give the above ORS replacement in 5 mL (1 teaspoon) amounts every 5 minutes and increase as tolerated.
➤   While correcting for dehydration, children should eat normally. However, foods high in sugar should be avoided because they may worsen diarrhea. Large amounts of carbonated soft drinks, juice, gelatin desserts, and other highly sugared drinks should be avoided.
➤   After correction of dehydration, other liquids that are appealing to the child may be added. Children should drink small amounts of fluids frequently and fluids should be increased as tolerated. Children should drink enough fluids to keep urine clear or pale yellow.
➤   Adults should eat normally while drinking more fluids than usual. Drink small amounts of fluids frequently and increase the amount as tolerated. Drink enough fluids to keep urine clear or pale yellow. Broths, weak decaffeinated tea, lemon-lime soft drinks (allowed to go flat), and ORS replace fluids and electrolytes.

**Avoid:**
➤   Carbonated drinks.           ➤   Alcohol.
➤   Juice.                       ➤   Tobacco.
➤   Extremely hot or cold fluids. ➤   Too much intake of anything at one time.
➤   Caffeine drinks.            ➤   Gelatin desserts.
➤   Fatty, greasy foods.

➤   Probiotics are active cultures of beneficial bacteria. They may lessen the amount and number of diarrheal stools in adults. Probiotics can be found in yogurt with active cultures and in supplements.
➤   **Wash your hands well to avoid spreading germs (*bacteria*) and viruses.**
➤   Antidiarrheal medicines are not recommended for infants and children.
➤   Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. **Do not give aspirin to children.**
➤   For adults with dehydration, ask your caregiver if you should continue all prescribed and over-the-counter medicines.
➤   If your caregiver has given you a follow-up appointment, it is very important to keep that appointment. Not keeping the appointment could result in a lasting (*chronic*) or permanent injury and disability. If there is any problem keeping the appointment, you must call to reschedule.

## SEEK IMMEDIATE MEDICAL CARE IF:
➤   You are unable to keep fluids down or other symptoms become worse despite treatment.
➤   Vomiting or diarrhea develops and becomes persistent.
➤   There is vomiting of blood or green matter (*bile*).
➤   There is blood in the stool or the stools are black and tarry.
➤   There is no urine output in 6 to 8 hours or there is only a small amount of very dark urine.
➤   Abdominal pain develops, increases, or localizes.
➤   You or your child has an oral temperature above 102° F (38.9° C), not controlled by medicine.
➤   Your baby is older than 3 months with a rectal temperature of 102.0°F (38.9° C) or higher.
➤   **Your baby is 3 months old or younger with a rectal temperature of 100.4° F (38° C) or**

higher.
> You develop excessive weakness, dizziness, fainting, or extreme thirst.
> You develop a rash, stiff neck, severe headache, or you become irritable, sleepy, or difficult to awaken.

**MAKE SURE YOU:**
> Understand these instructions.
> Will watch your condition.
> Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006  Document Re-Released: 03/14/2011
ExitCare® Patient Information ©2011 ExitCare, LLC.

## Financial Classification Instructions

You may be eligible for benefits to pay all or part of your hospital bills through one or more of the various federal, state and county programs.

To find out if you qualify, you'll need to meet with a financial counselor at one of the various financial counseling services located at the hospital or at one of Parkland's community health centers.

You will need to bring:

1. Birth Certificate for minor children( children under 18)
2. Statement from your physician if you are disabled (on their letter head) or obtain one of Parklands Medical Statements.
3. If employed, bring your most recent pay stubs.

    -If full-time, 2 payroll stubs (if paid weekly, bi-weekly, or monthly).

    -If employed part-time, you will need 4 pay stubs.

    -If you don't have pay stubs, you will need to obtain an employment verification form.
4. If unemployed, you will need to go to Texas Workforce Commission (TWC) and bring in statement that you are not currently employed.
5. If self employed bring in your most recent 1040 tax return.
6. Any other proof of income (for example, pension, child support for current year).
7. If married, you must have copy of both spouses identification.
8. Proof of Dallas County residency.  This may include the current rent receipts, current lease  agreement, utility bills, or referral letter from state or local agencies (on agency letterhead).
9. Your assets such as current bank statement, car title or insurance card, or property tax statement.
10. Your debts and liabilities (for example, car loan agreement, unpaid medical bills, or

**PARKLAND HEALTH & HOSPITAL SYSTEM**

Dallas, Texas

**CONSENT TO MEDICAL TREATMENT**

MRN: **4569916**
Caddell,Bradley
EDMAIN
HAR: 610935700
CSN: 332957737

DOB:
Adm: 6/30/2012
WH/M





CON130

## Consent for Medical Treatment and Photography

I do hereby voluntarily consent to and authorize Parkland to provide care encompassing all diagnostic and therapeutic treatments, including HIV testing, considered necessary or advisable in the judgment of the attending physician or his/her designee. By signing this form, I do not waive my right to refuse recommended tests or treatments.

I understand that Parkland functions in part as a teaching institution and I hereby acknowledge and consent to the use of myself and related records, laboratory work and specimens and diagnostic results from time to time for instructional purposes or machine testing at the sole discretion of Parkland.

I understand that photographs, videotapes, digital and other images may be recorded to document my care, and I consent to this. I understand that these images will be stored in a secure manner that will protect my privacy and that they will be kept for the time period required by law or outlined in Parkland procedures. Images that identify me will be released or used outside Parkland only upon written authorization from me or my legal representative.

## Acknowledgement of Use and Disclosure of Protected Health Information

**I understand:**

- Parkland personnel and my physician create and maintain a record of the care and services provided to me.
- Information relating to my treatment, payment or health care operations may be used or disclosed in the management and delivery of care and services provided by Parkland.
- I have received a copy of Parkland's Notice of Privacy Practices that describes how my protected health information may be used or disclosed.
- I have received, read and understand the Patient Bill of Rights located on the back of this form.

## Notice of Exchange of Medical Record

Parkland participates in an electronic medical record exchange program and shares limited information about you with other health care facilities and providers that participate in the program for purposes of the delivery of care and services to you.  This exchange includes information such as your name, date of birth, and contact information. If you do not wish to have this limited information shared with other healthcare facilities or providers that participate in the exchange, please notify your nurse or physician.

## Valuables

I understand that Parkland does not assume the responsibility for the safekeeping of any personal property that I choose to keep on my person or in my hospital room during my stay.

**I have read and understand the above, they have been explained to me to my satisfaction, I accept and agree to the items contained in this Consent to Medical Treatment.**

| | | |
|---|---|---|
| Signature (Patient, Guardian or Legally Authorized Representative) | Printed Name (Patient, Guardian or Legally Authorized Representative) | Date 6/30/12   Time 7:50   a.m. (p.m.) |

Relationship to Patient (if applicable):  ☐ Spouse  ☐ Parent/Guardian  ☐ Other: (specify) _____

| | | |
|---|---|---|
| Parkland Representative Signature | Printed Name | ID # 33418   Date 6/30/12   Time 7:50   a.m. (p.m.) |

| | | |
|---|---|---|
| Interpreter  Signature | Printed Name | ID #   Date   Time   a.m.  p.m. |

Plaintiff PHHS Appx 18949
WHITE COPY - Patient Medical Record   YELLOW COPY - Patient

GARD-FISJ A00318949

PARKLAND HEALTH & HOSPITAL SYSTEM
Dallas, Texas

**PATIENT STATEMENT OF RESPONSIBILITY**

MRN: 4338918
Caddel,Bradley
EDMAIN
HAR: 610935700
CSN: 332957737

Adm: 6302012
WH/M



PSR189

## Patient Medication Assistance Programs

PHHS may be able to receive credit from Patient Medication Assistance Programs for some of the medications that I receive, if I meet the qualifications. If PHHS receives this credit, charges associated with these medications will be deducted from my bill. My signature below authorizes PHHS to sign, on my behalf, application forms necessary to obtain available reimbursement from Patient Medication Assistance Programs. I give my consent to release my information to Pharmaceutical Companies for Prescription Bulk Replacement Programs for Auditing Purposes only.

## Financial Obligations/Assignments of Benefits

### I understand:

- Withholding or providing false information could result in criminal or civil penalties under Texas law.
- I am responsible for payment of all charges related to medical services rendered which are not covered by insurance or a third-party program. I further understand that such charges are due upon dismissal.
- PHHS has the right to pursue full collection efforts including credit checks, asset inquiries and litigation.
- I will receive separate bills for services I receive from physicians, and other healthcare providers.
- My signature below authorizes payment directly to PHHS of all benefits otherwise payable to me by any third-party payor.
- I may receive services from a facility-based physician (radiologist, anesthesiologist, pathologist, emergency department physician or neonatologist), who is not a participating provider with the same insurance companies as PHHS. I may receive a bill for medical services from a facility-based physician for the amount unpaid by my insurance company. I may request information from a facility-based physician on whether the physician has a contract with my insurance company and under what circumstances I may be responsible for payment of any amount not paid by my insurance company. I may request a list of names and contact information for facility-based physicians.

PHHS is: ☐ N/A ☑ In-Network ☐ Out-of-Network with my insurance payor.

**I have read and understand the above, they have been explained to me to my satisfaction, I accept and agree to the items contained in this Statement of Responsibility.**

| Signature (Patient, Guardian or Legally Authorized Representative) | Printed Name (Patient, Guardian or Legally Authorized Representative) J. Bradley S Caddell | Date 6/30/12 | Time 8:50 a.m./p.m. |

Relationship to Patient (if applicable) ☐ Spouse ☐ Parent/Guardian ☐ Other: (specify) _____

| PHHS Representative Signature | Printed Name Rosella Ripp | ID # 33118 | Date 6/30/12 | Time 8.50 a.m./p.m. |

| Interpreter Signature | Printed Name | ID # | Date | Time a.m./p.m. |

WHITE COPY - Patient Medical Records  YELLOW COPY - Patient

CADDELL A00317050

Plaintiffs
(Supplemental)

# PARKLAND HEALTH & HOSPITAL SYSTEM ADMISSION/REGISTRATION FACESHEET



**MRN #:** 4569916
**HAR #:** 610935700
**CSN #:** 332957737

**Admit/Appt Department:** ED MAIN
**Admit Dx/Chief Complaint:**
No admission diagnoses for hospital encounter.
**Patient Notice:**    Advance Directive: No
**Admit Date:** 6/30/2012    Discharge Date:

Privacy Notice: Acknowledgement

---

## ISO/INFECTION INFO
**Isolation:**
**Infection:**

**Attend:**
**PCP:**

---

## PATIENT INFORMATION
CADDELL,BRADLEY
1500 E Langdon Rd
Dallas TX 75241

DOB: ▮ (51 yrs)
Marital Status: Married
Sex: Male

Race: White

**County: BRAZORIA**
Home Phone ▮     No relevant phone numbers on file.

Alias:

---

## EMERGENCY NOTIFICATION
Extended Emergency Contact Information

Emergency Contact #1
Name: Caddell,Caral
Home Phone Number ▮
Relation: Spouse

---

## GUARANTOR INFORMATION
CADDELL,BRADLEY
▮

**Financial Class:** Medicaid
Relationship: Self
Sex: Male

Work Phone:

---

## PRIMARY INSURANCE
UTMB INMATES
301 UNIVERSITY BLVD.
Galveston, TX 77555-1008
Phone: 000-000-0000

Subscriber: CADDELL,BRADLEY
Relationship: Self
Cvg Group #:
Subscriber #: 804638

## SECONDARY INSURANCE

Subscriber:
Relationship:
Cvg Group #:
Subscriber #:

Phone:

---

## EMPLOYER INFORMATION
Employer:
No address on file.

**PRINT DATE:** 6/30/2012

**A20**

CADDELL_003185

| HOUSING DATE | UNIT | HOUSING ASGNMNT | INM/HSG CUST | AUTH | JOB ASGN DATE | JOB ASSIGNMENT | AUTH |
|---|---|---|---|---|---|---|---|
| | | HOUSING COMMENT | | | | JOB COMMENT | |
| 06/11/12 | HJ | A1 | 016 T G1 | GB | PE | | |
| 05/04/12 | HJ | A1 | 013 B G1 | GB | PE | | |
| HEAT RESTRIC | | | | | | | |
| 05/04/12 | HJ | UNASGN | G1 | GB | | | |
| 05/04/12 | HJ | A1 | 013 B G1 | GB | PE | | |
| 02/16/12 | HJ | A1 | 033 B G1 | GB | UCC | | |
| 08/15/11 | HJ | F3 | 011 B G2 | G2 | PM | | |
| 06/22/11 | HJ | C1 | 001 B G2 | TR | PM | | |
| 05/24/11 | HJ | A2 | 057 B G2 | G2 | PM | | |
| 04/06/11 | HJ | A3 | 010 T G2 | G2 | UCC | | |
| 04/06/11 | ND | UNASGN | G2 | G2 | | | |

     MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____ AND/OR OPTION I
PF1-HELP PF3-PREV PF4-CURR    AND/OR SIDNO _____

CSIUCR15/CSUC15      TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 07/16/14
INMTCICS/MW00018      HOUSING/JOB ASSIGNMENT HISTORY              AND TIME: 10:52:41
HJ12/UC15  INMATE NAME: CADDELL, BRADLEY J              TDCNO: 01697940

| HOUSING DATE | UNIT | HOUSING ASGNMNT | INM/HSG CUST | AUTH | JOB ASGN DATE | JOB ASSIGNMENT | AUTH |
|---|---|---|---|---|---|---|---|
| | | HOUSING COMMENT | | | | JOB COMMENT | |
| 04/06/11 | ND | UNASGN | G2 | G2 | | | |
| 04/04/11 | ND | A3 | 039 B G2 | G2 | UCC | | |
| 03/17/11 | ND | B1 | 005 B | | CTR | | |

     NO MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____ AND/OR OPTION I
PF1-HELP PF3-PREV PF4-CURR    AND/OR SIDNO _____

```
CSIUCR15/CSUC15     TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 07/16/14
INMTCICS/MW00018      HOUSING/JOB ASSIGNMENT HISTORY      AND TIME: 10:52:02
HJ12/UC15   INMATE NAME: CADDELL,BRADLEY J           TDCNO: 01697940


HOUSING     |--HOUSING--| INM/HSG   JOB ASGN |----------JOB----------|
  DATE  UNIT |--ASGNMNT--| CUST AUTH   DATE  |------ASSIGNMENT------| AUTH
|-------------HOUSING COMMENT-------------|  |-------------JOB  COMMENT-------------|

12/07/12  HV  UNASGN        OT  TR    12/06/12 TRANSIENT PAROLE          CK
12/06/12  HV  N-2     07 B  OT  TR CK 11/05/12 UNASGN MEDICAL            MS
11/05/12  MI  A DORM  060   OT  OT MS 11/02/12 TRANSIENT ENROUTE (OVERN DDB
11/05/12  DU  UNASGN        OT  TR    11/01/12 TRANSIENT ENROUTE (OVERN DDB
11/02/12  DU  F26     13 B  OT  TR DDB MEDICAL
11/02/12  DU  UNASGN        OT  TR    07/13/12 UNASGN MEDICAL            MS
11/01/12  DU  F24     14 B  OT  TR DDB PER HS18/TDK
11/01/12  MI  UNASGN        OT  OT    07/12/12 I/S MED SQ 01 T/C         WRM
11/01/12  MI  UNASGN        OT  OT    07/11/12 TRANSIENT ENROUTE (OVERN CTR
07/12/12  MI  A DORM  060   OT  OT WRM 06/12/12 UNASGN MEDICAL           MED
07/12/12  ND  UNASGN        G1  G2    06/11/12 UNASGN MEDICAL            MED


    MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____ AND/OR OPTION I
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

```
CSIUCR15/CSUC15     TDC UNIT CLASSIFICATION REVIEW     CURRENT DATE: 07/16/14
INMTCICS/MW00018      HOUSING/JOB ASSIGNMENT HISTORY      AND TIME: 10:52:13
HJ12/UC15   INMATE NAME: CADDELL,BRADLEY J           TDCNO: 01697940


HOUSING     |--HOUSING--| INM/HSG   JOB ASGN |----------JOB----------|
  DATE  UNIT |--ASGNMNT--| CUST AUTH   DATE  |------ASSIGNMENT------| AUTH
|-------------HOUSING COMMENT-------------|  |-------------JOB  COMMENT-------------|

07/12/12  ND  UNASGN        G1  G2    06/11/12 UNASGN MEDICAL            MED
07/11/12  ND  D4      001 B  G1  G2 CTR 09/12/11 BOILER OPR 2ND          WJP
07/11/12  HJ  UNASGN        G1  G2    08/15/11 JANITOR F BLDG DORM 2ND   PM
07/02/12  HJ  A7      045 B  G1  G2 PE 06/22/11 JANITOR C1 BLDG DORM 2ND PM
06/30/12  HJ  A4      035 B  G1  G2 KB 04/06/11 JANITOR A1 BLDG DORM 2ND UCC
HEAT STRESS                          04/04/11 JANITOR DORM A 2ND         UCC
06/28/12  HJ  A4      019 B  G1  G2 PE 03/31/11 JANITOR DORM B 2ND       UCC
HEAT                                 03/17/11 TRANSIENT PEND DIAG PROC   CTR
06/28/12  HJ  UNASGN        G1  G2
06/12/12  HJ  A4      037 B  G1  G2 TJ
06/11/12  HJ  A1      016 T  G1  GB PE


    MORE HOUSING/JOBS AVAILABLE
ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____ AND/OR OPTION I
PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-3253 |
| BRAD LIVINGSTON, JEFF PRINGLE, | § | JURY DEMAND |
| RICHARD CLARK, KAREN TATE, | § | |
| SANDREA SANDERS, ROBERT EASON, the | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH and the TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE. | § | |
| DEFENDANTS | § | |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS
TO STRIKE SUMMARY JUDGMENT EVIDENCE**

# Exhibit L

SELF-AUTHENTICATING BUSINESS RECORDS AFFIDAVIT:

AFFIDAVIT OF EAC INCIDENT RECORDS

"My name is Linda Cole and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the following is true and correct. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"I am the custodian of records for the Emergency Action Center of the Texas Department of Criminal Justice ("TDCJ"). Attached are true and correct copies of any/all EAC report/file/investigation related to offender Caddell, Bradley TDCJ# 1697940 for the period 03/17/11 to 12/07/12 which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ, and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters."

Executed in Walker, State of Texas, on the 9th day of July, 2014.

Linda Cole
Supervisor
Emergency Action Center
Texas Department of Criminal Justice

*124*

*Offender Illness*
*(Heat)*

```
**************************************************************************
*** REQUESTOR: BM19851 - MINOR, BARBARA       EMERGENCY ACTION CENTER    ***
**************************************************************************
***                S Y S M   I N B A S K E T   P R I N T               ***

MESSAGE ID: 833073        DATE: 07/03/12  TIME: 01:25     PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KBR0818 - BROWN, KEVIN
           LIEUTENANT
           HUTCHINS JAIL FACILITY

SUBJECT:   I-09196-07-12


EAC USE ONLY:  DATE REPORTED:........7/2..........TIME REPORTED:.2056......

EMERGENCY ACTION CENTER INCIDENT NO:  I - 09196 - 07 - 12
MAJOR USE OF FORCE NUMBER (IF APPLICABLE):  M -      -       -
TYPE OF INCIDENT: OFFENDER ILLNESS (HEAT)
UNIT: HJ   REGION 02  DATE OCCURRED: 06 / 30 / 2012   TIME OCCURRED: 1430
SPECIFIC LOCATION: BOILER ROOM
INITIAL INCIDENT COMMANDER:  (IF APPLICABLE)
RANK/NAME: N/A
FINAL INCIDENT COMMANDER (IF COMMAND WAS TRANSFERRED):
RANK/NAME: N/A
LEVEL OF RESPONSE:  (INDICATE ALL THAT APPLY)
       A      B       C       D        E    X N/A (IF INCIDENT WAS HANDLED WITHOUT
REQUEST FOR RESPONSE TEAM)
GANG IDENTIFICATION: N/A
WAS OFFICE OF INSPECTOR GENERAL NOTIFIED:    YES   X NO
WAS INCIDENT RACIALLY MOTIVATED:    YES   X NO



                        OFFENDER INFORMATION
OFFENDER NAME (LAST, FIRST M)    TDCJ NO    CUST  RACE  SEX  AGE  INJ  A-V
   CADDELL, BRADLEY              1697940     G1    W     M    51   Y    V




WERE OFFENDERS TRANSFERRED TO A HOSPITAL X YES   NO
BY: X EMS   VAN   LIFE FLIGHT
NAME OF HOSPITAL: PARKLAND HOSPITAL
TREATMENT: REPLACED FLUIDS THROUGH IV
```

CADDELL-A00068

EMPLOYEE INFORMATION
NAME (LAST, FIRST M)              SSN      RACE   SEX    AGE      RANK
  N/A


WHEN REPORTING AN ALLEGED SEXUAL ASSAULT PLEASE PROVIDE THE FOLLOWING
WAS A RAPE KIT COMPLETED    YES X NO    DECLINED
WAS A SEXUAL ASSAULT REPRESENTATIVE REQUESTED/PROVIDED   YES X NO    DECLINED
IF YES NAME/TITLE OF REPRESENTATIVE: N/A

WHEN REPORTING A DEATH/SUICIDE/HOMICIDE PLEASE PROVIDE THE FOLLOWING
DATE:      /    /       TIME:     :    PRONOUNCED DECEASED
PERSON PRONOUNCING VICTIM DECEASED NAME/TITLE: N/A
COUNTY WHERE DEATH OCCURRED: N/A
PRELIMINARY CAUSE OF DEATH: N/A
NEXT OF KIN NOTIFIED   YES X NO   DATE:     /    /        TIME:      :
NAME OF NOK: N/A
CARNES FUNERAL HOME NOTIFIED    YES X NO
JUSTICE OF PEACE NOTIFIED:   YES X NO

                DESCRIPTION OF WEAPON(S) CONTRABAND
  N/A



                CHEMICAL AGENT INFORMATION
AMOUNT                  LIST TYPE                    AUTHORIZATION
  N/A



WAS TEAM AUTHORIZED   YES X NO   DECONTAMINATED   YES X NO   INJURIES   YES X NO

WERE ANY TECHNOLOGIES/PROTECTIVE EQUIPMENT/CANINE LISTED BELOW PERTINENT TO
THIS INCIDENT?
YES        NO X

                IF YES, INDICATE APPLICABLE
PARCEL SCANNER                          NA
WALK THROUGH METAL DETECTOR             NA
HAND HELD METAL DETECTOR                NA
B.O.S.S. CHAIR                          NA
VIDEO SURVEILLANCE                      NA
HEARTBEAT DETECTION SYSTEMS             NA
BODY ALARM                             NA
PERIMETER FENCE DETECTION SYSTEMS       NA
STAB-RESISTANT VEST                     NA
NARCOTIC DETECTOR CANINE                NA
CELL PHONE DETECTOR CANINE              NA
PACK CANINES                            NA

GADDES A 00067957

```
S. A. R. CANINES                                       NA
CADAVER CANINES                                        NA
CONTRABAND INTERDICTION SHAKEDOWN TEAM                 NA
OTHER:  NA
```

WHEN APPLICABLE INCLUDE IN THE "SUMMARY OF INCIDENT" HOW THE RESOURCE(S)
IDENTIFIED ABOVE WAS RELEVANT TO THE INCIDENT.

SUMMARY OF INCIDENT
ON 7/2/2012 AT APPROXIMATELY 2056 HOURS, THE HUTCHINS UNIT REOPORTED AN
OFFENDER ILLNESS. ON 6/30/2012 AT APPROXIMATELY 1430 HOURS, OFFENDER
CADDELL, BRADLEY TDCJ  1697940 WAS IN HIS ASSIGNED HOUSING LOCATION
WHEN HE BEGAN TO FEEL BAD. OFFENDER CADDELL STATED THAT HE EXITED A-4 DORM EN
ROUTE TO HIS WORK ASSIGNMENT AT THE BOILER ROOM. THE OFFENDER CLAIM THAT WHEN
HE GOT TO THE BIOLER ROOM, HE FELT SO BAD THAT HE NOTIFIED G- BUILDING WHERE
SERGEANT LOUIS WILLIAMS WAS LOCATED, THAT HE WAS NOT FEELING WELL AND NEEDED
TO BE SEEN BY MEDICAL. THE OFFENDER WAS GIVEN A PASS AND REPORTED TO MEDICAL.
ONCE IN THE MEDICAL DEPARTMENT, MS DEBORE RAY LVN MONITORED OFFENDER CADDELL
AND GAVE HIM COOL FLUIDS AND KEPT HIM IN AN AIR CONDITIONED AREA. MS RAY
TOOK OFFENDER CADDELLS TEMPERATURE WHICH READ 101.4. MS RAY CONTINUED TO
MONITOR THE OFFENDER. AT APPROXIMATELY 1830 HOURS, LIEUTENANT KEVIN BROWN WAS
INFORMED THAT THE OFFENDER WAS IN THE MEDICAL DEPARTMENT AND NEEDED FURTHER
MEDICAL ATTENTION. LIEUTENANT BROWN WENT TO MEDICAL WHERE MS RAY INFORMED HIM
OF THE MEDICAL PROBLEMS THAT THE OFFENDER WAS HAVING AND THAT HIS
TEMPERATURE WAS STILL GOING UP. AT THAT TIME, LIEUTENANT BROWN INSTRUCTED
THE SECURITY STAFF TO PREPARE TO TRANSPORT OFFENDER CADDELL TO PARKLAND
HOSPITAL BY AMBULANCE. ONCE HUTCHINS EMS ARRIVED, THE OFFENDER WAS ESCORTED

TO PARKLAND HOSPITAL. OFFENDER CADDELL WAS GIVEN IV FLUIDS AND MONITORED
BY PARKLAND HOSPITAL MEDICAL STAFF. LAB WORK WAS COMPLETED ON THE OFFENDER
AND HE WAS RELEASED TO RETURN TO THE UNIT. AT APPROXIMATELY 0030 HOURS, THE
OFFENDER WAS TRANSPORTED BACK TO THE HUTCHINS UNIT AND MONITORED IN G BLDG
HOLDING TANK. OFFENDER CADDELL WAS GIVEN A MATRESS AND COOL WATER TO DRINK.
OFFENDER CADDELL WAS GIVEN A PASS TO SEE MEDICAL ON 7/1/2012. MEDICAL STAFF A
T HUTCHINS TOOK THE OFFENDERS VITAL SIGNS AND MADE AN APPOINTMENT FOR HIM TO
SEE THE PROVIDER ON 7/2/2012. ON JULY 2, 2012, OFFENDER CADDELL WAS SEEN BY
THE UNIT PROVIDER. OFFENDER CADDELL CLAIM THAT THE PROVIDER INFORMED HIM THAT
HE IS TAKING WATER PILLS AND THAT IS THE REASON THAT HE WAS DEHYDRATED.
THE DISCHARGE PAPERS FOR THE OFFENDER WAS EVALUATED AND AT 1815 HOURS,
LIEUTENANT BROWN WAS INFORMED THAT THE OFFENDER RECEIVED AN IV REPLACING HIS
FLUIDS. MS THERESA ALFORD FROM THE EMERGENCY ACTION CENTER WAS INFORMED AT
2056 HOURS ON 7/2/2012. DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED OF THE
INCIDENT ON 7/1/2012 AT APPROXIMATELY 1900 HOURS. ON JULY 2, 2012
AT APPROXIMATELY 2345 HOURS, LIEUTENANT BROWN ATTEPTED TO SEND THE EMERGENCY
ACTION CENTER TELEX, HOWEVER THE COMPUTER SYSTEM WERE DOWN FOR MAITENANCE.
MS B MINOR FROM THE EMERGENCY ACTION CENTER WAS NOTIFIED OF THE REASON THAT
THE TEXEX WAS NOT SENT. SHE INSTRUCTED ME TO STATE WAY IN THE SUMMARY.
 THE TEMPERATURE LOG FOR THAT DAY STATED THAT THE OUTSIDE AIR TEMPERATURE
WAS 99.7. THE HUMIDITY WAS 50  AND THE HEAT INDEX WAS 107.

THE IV WAS GIVEN TO OFFENDER CADDELL AS A PRECAUTION WHILE TEST WERE
ADMINISTERED TO DETERMIN THE CAUSE OF HIS TEMPERATURE. MEDICAL STAFF

EVALUATED OFFENDER CADDELLS DICHARGE PAPERS AND LIEUTENANT BROWN WAS
NOTIFIED AT APPROXIMATELY 1815 HOURS ON 7/2/2012 OF THE TREATMENT GIVEN. ANY
OTHER INFORMATION WILL BE FORWARDED WHEN RECEIVED.

(SEND ADDITIONAL INFORMATION TO HQEAC01 INCLUDE INCIDENT NUMBER AS SUBJECT)
PREPARED BY: LIEUTENANT KEVIN BROWN                     DATE: 07 / 02 / 2012
AUTHORIZED BY: WARDEN JEFF PRINGLE

Sent to:     HJEAC                    (list)                    (to)
             HJADMIN                  (list)                    (to)
             HJLTS                    (list)                    (to)



Update

```
***********************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA      EMERGENCY ACTION CENTER  ***
***********************************************************************
***             S Y S M   I N B A S K E T   P R I N T              ***

MESSAGE ID: 833276       DATE: 07/03/12  TIME: 03:38     PRIORITY: 000

TO:        HQEAC01 - CENTER, EMERGENCY ACTION
           GENERAL TERMINAL
           EMERGENCY ACTION CENTER

FROM:      KBR0818 - BROWN, KEVIN
           LIEUTENANT
           HUTCHINS JAIL FACILITY

SUBJECT:   I-09196-07-12


IT WAS REPORTED THAT DUTY WARDEN MAJOR TERRY MAY WAS NOTIFIED ON
7/1/2012 WHEN IN FACT HE WAS NOTIFIED ON 6/30/2012 AT APPROXIMATELY
1900 HOURS.


LIEUTENANT K BROWN
HUTCHINS STATE JAIL

Sent to:    HJEAC           (list)                    (to)
            HJADMIN         (list)                    (to)
            HJLTS           (list)                    (to)
```

GADDEH_00070
(Supplemental)
9196



Update

```
*************************************************************
*** REQUESTOR: BMI9851 - MINOR, BARBARA       EMERGENCY ACTION CENTER      ***
*************************************************************
***                 S Y S M   I N B A S K E T   P R I N T                  ***

MESSAGE ID: 833164        DATE: 07/03/12   TIME: 01:36     PRIORITY: 000

TO:          HQEAC01 - CENTER, EMERGENCY ACTION
             GENERAL TERMINAL
             EMERGENCY ACTION CENTER

FROM:        KBR0818 - BROWN, KEVIN
             LIEUTENANT
             HUTCHINS JAIL FACILITY

SUBJECT:     I-09196-07-12


THE SPECIFIC LOCATION STATED ON THE EAC TELEX WAS BOILER ROOM. OFFENDER
CADDELL WAS IN HIS HOUSING LOCATION OF A-4 DORM WHEN HE BEGAN TO FEEL
ILL. THE OFFENDER WENT TO HIS WORK LOCATION (BOILER ROOM) AND NOTIFIED
STAFF FROM THERE.


LIEUTENANT K BROWN
HUTCHINS STATE JAIL

Sent to:     HJEAC                (list)                    (to)
             HJLTS                (list)                    (to)
             HJADMIN              (list)                    (to)
```

Plaintiff's MSJ App. 1961
(Supplemental)

| From: | Robert Eason/Institutional/TDCJ |
|---|---|
| To: | Kevin Brown/Institutional/TDCJ@TDCJ |

| Date: | Sunday, July 01, 2012 01:51AM |
|---|---|
| Subject: | Re: update offender Caddell, Bradley #1697940 |
| History: | ⊕ This message has been replied to. |

Make sure he has a mattress etc. and plenty of water to drink. Also, please have staff observe him every 15 min.

RJE

**From:** Kevin Brown
**Sent:** 07/01/2012 01:41 AM CDT
**To:** Jeff Pringle; Balden Polk; Terry May; Kyron Session; Tedral Towery; Robert Eason; Seymour Hill
**Subject:** update offender Caddell, Bradley #1697940

Sir:

Be advised that upon the return of offender Caddell, I reviewed the medical report from Parkland Hospital. The diagnosis was listed as Dehydration and Heat Stroke/Suns Stroke. I will keep the offender int G- Building holding tank until medical staff at Hutchins can evaluate him.

Kevin E Brown, Lieutenant
Hutchins State Jail
2nd shift
972-225-1304 - Ext: 6349
469-941-3913 - Fax
=



TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Correctional Institutions Division

1697940        000        3/17/2011        001

CADDELL, BRADLEY J



INMATE VISITORS LIST

CUST: EO    SC UNIT, HS
LIST CHANGE: 09 27 11

CONTACT VISIT ELIG. Y

SPECIAL VISITS THIS MO:   0 LAST VISIT DATE: 04 19 03.
ENTER NEXT TDCNO, CODE, OR REQUEST: _____        OR SIDNO _____
PF1=HELP,  PF2=OTS INQUIRY SCREEN,  PF5=DISAPPROVED LIST     PF10=FAMILY PAGE

refused to give blood or breathe for testing. The subject was then arrested. Incident to the
arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of
methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #:
FBI #:
SSN #:
DL #:   00240786

CADDELL,
Bradley J.
#1697940

### Transfers and Assignments

| Date | Place | Work |
|------|-------|------|
|      |       |      |

## SUMMARY:

10 arrests involving 0 violent offenses--1 day Galveston County Jail DWI (paid fine, time served, NOT VERIFIED)--2 year adult probation Harris County 1986 DWI (completed, NOT VERIFIED)--2 year adult probation Harris County 1991 DWI (completed, NOT VERIFIED)--3 year adult probation Harris County 1997 Allowing Dangerous Driver To Borrow Motor Vehicle (completed, NOT VERIFIED)--5 year adult probation Harris County 2000 DWI (revoked to jail time served, NOT VERIFIED)--10 year adult probation Wise County 2005 DWI (revoked to present offense, VERIFIED)--5 year adult probation Wise County 2005 Possession Of A Controlled Substance Less Than 1 Gram (revoked to state jail, NOT VERIFIED)--X/TDCJ-CID #1131047, 2 year sentence Wise County DWI, received NH 11/19/2002, assigned NI 12/16/2002, maintained clear record, transferred HV 05/07/2003, released on mandatory supervision to Wise County 05/07/2003; discharged mandatory supervision 04/29/2004--as present TDCJ-CID #1697940, received ND 03/17/2011, maintained clear record--claims contact with 5 half siblings, wife, 2 children--claims father, mother deceased--claims married--state jail DETAINER cause #CR13805 expires 07/27/2011--

## PRESENT OFFENSE SUMMARY:

The current offense of DWI involves the subject on 09/17/2005 during the daytime hours in Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited his vehicle and walked towards the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

DPS #: ████████
FBI #: ████████
SSN #: ████████
DL #:  00240786

CADDELL A00265

## Admission Summary

| | | | | | | | | NV | |
|---|---|---|---|---|---|---|---|---|---|
| CADDELL, Bradley J. (W) | | 1697940 | | DWI | | | 3Y | 12 | N |
| Name | | Number | | Offense | | | Sent. | Ed. | GED |

| | 04/18/2012 | | | | | | 03/30/2011 | Baptist |
|---|---|---|---|---|---|---|---|---|
| 11/29/2013 | | | | 92 | 50 | | VAA /cjc | |
| Max Expir | | Minimum Expiration | | I.Q. | Age | DOB | Int./By | Religion |

| | | | | 11/30/2010 | 03/17/2011 |
|---|---|---|---|---|---|
| County: | | Wise | | Sent. Beg. | Date Received |
| Work Experience: | | Construction Worker  Painter | | | |
| Vocational Skills: | | None | | | |

| Inst. | Commitments | Escapes | ALL POSTINGS |
|---|---|---|---|
| Juv Prob | | | Jail Good Time Credited From Sentence Begin Date |
| Prob Snt | 6-2REV | | 70th/72nd/73rd LEGISLATURE - MANDATORY SUPERVISION PROSPECT |
| Jails | 6 | | DISCRETIONARY MANDATORY SUPERVISION RELEASE CANDIDATE HB-1433 |
| Ref'ty | | | LI- EFF: 11/30/2010  W EFF: 11/30/2010 |
| Det Hosp | | | |
| Det Home | | | |
| St Trans | | | |
| St Jail | | | |
| SubA TF | | | |
| TDCJ-ID | 1 | | |
| O/Pris | | | |

CADDELL,
Bradley J.

\# 1697940

Transfers and Assignments

| Date | Place | Work |
|---|---|---|
| | | |

ALL POSTINGS (Cont'd.)

DWI (1) (3 years)

ILLNESS, INJURY OR DEATH - NOTIFY
Carol Caddell (WIF)

RACE: WHITE          SEX: MALE          HEIGHT: 05' 06"          WEIGHT: 262

COMPLEXION: MEDIUM          EYES:  HAZ          HAIR:  GRY

NATIVITY: Hereford, Deaf Smith Co., TX          MARKS and SCARS:
MOLE UNDER CTR CHIN, ACNE SCARS RT/LFT CHKS, CUT SCAR TOP HEAD, CUT SCAR
FRNT RT KNEE, CUT SCAR MID FRNT RT LEG

DETAINERS:
STATE JAIL DETAINER CAUSE #CR13805 EXPIRES 07/27/2011

Plaintiff MSJ App. 0965
CADDELL 000265
(Supplemental)

| NAME | NUMBER | OFFENSE | SENT | AGE | E.D. | A H MD M | EMP. 1 | 2 | 3 | E.R.S | CLASS | RELIGION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Caddell Bradley J. | 1697940 | DWI 3rd or More | 3 | 50 | | | | | | | | |

**TRANSFERS and ASSIGNMENTS**

| DATE | PLACE | WORK |
|---|---|---|
| | | |

CONDUCT:
3-31-11 NOLL (01) G2, Dorm Janitor
APR 06 2011 HJUCC (01) G2 Janitor

SUMMARY:

COMMITTEE RECOMMENDATIONS:
2-16-12 HSUCC (25) [illegible] H 52/61 Community Service

| INST | COM. ESCAPES | COM. DATA |
|---|---|---|
| Susp. Sent. | COURT | |
| Det. Home | | |
| Jails | | |
| Ref't'y | Sent. Beg. | |
| Mil. Pris. | | |
| T.D.C.J. | Rec'd | |
| Oth. Pris. | | |

MAX. EXPIR. MIN. EXPIR. E.A. REHAB. RAT. DATE INT. BY

refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

PF1=HELP, PF2=OTS INQUIRY SCREEN, PF3=DISAPPROVED LIST PF10=FAMILY PAGE
ENTER NEXT TDCNO, CODE, OR REQUEST: OR SIDNO
SPECIAL VISITS THIS MO: 0 LAST VISIT DATE: 04 19 03

CONTACT VISIT ELIG. Y

[redacted]

LIST CHANGE: 09 27 11
CUST: G3 G2 UNIT: H2

INMATE VISITORS LIST

CADDELL, BRADLEY J
1697940 000 3/17/2011 001

Correctional Institutions Division
TEXAS DEPARTMENT OF CRIMINAL JUSTICE

| NAME | NUMBER | CONDUCT CONTINUED |
|---|---|---|
| | | |

TRANSFERS & ASSIGNMENTS Cont'd

| DATE | UNIT | WORK |
|---|---|---|
| | | |

ALIAS: RACE: SEX:

HEIGHT: WEIGHT: COMPLEXION: EYES:

HAIR: NATIVITY:

MARKS and SCARS:

ILLNESS, INJURY OR DEATH—NOTIFY: wife [redacted]

CLASS: DR. DATE:

REMARKS:

DETAINERS:

1697940
000
3/17/2011
001
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Correctional Institutions Division

DPS #: [redacted]
FBI #:
SSN #:
DL #: 00240786

The current offense of DWI [illegible] Bridgeport, Wise County, TX being stopped for a traffic violation. During the traffic stop, the subject exited [illegible] the patrol vehicle. Officers observed the subject to have a strong odor of alcoholic beverage emitting from his breath, to have slurred speech and bloodshot eyes. The subject then advised officers that he had drank 6 to 7 beers prior to the stop. The subject was given a field sobriety test and an HGN test and failed. The subject refused to give blood or breathe for testing. The subject was then arrested. Incident to the arrest, the subject's vehicle and his person was searched and officers found 0.8 grams of methamphetamine. Bond was set at $5,000 and was posted (NOT VERIFIED).

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: __Hutchins__

6.30.12

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 75.8 | 60% | 76 | Burrell, La |
| 7:30 a.m. | 78.5 | 60 % | 76 | Burrell, La |
| 8:30 a.m. | 82.1 | 58% | 81 | Burrell, La. |
| 9:30 a.m. | 87.5 | 57% | 88 | Burrell, La. |
| 10:30 a.m. | 89.3 | 56% | 88 | Burrell, La. |
| 11:30 a.m. | 95.2 | 54% | 101 | Burrell, La |
| 12:30 p.m. | 98.8 | 50% | 101 | Burrell, La. |
| 1:30 a.m. | 97.4 | 50% | 101 | Burrell, La. |
| 2:30 p.m. | 99.7 | 50% | 107 | WHITEHEAD, S. |
| 3:30 p.m. | 103.5 | 47% | 110 | WHITEHEAD, S. |
| 4:30 p.m. | 100.6 | 47% | 110 | WHITEHEAD, S. |
| 5:30 p.m. | 98.8 | 43% | 101 | WHITEHEAD, O. |
| 6:30 p.m. | 102.8 | 42% | 110 | WHITEHEAD, S. |

# Shift Temperature Log Book

## Hutchins Unit

### Dorm/Corridor Temperature/Time Taken

| Building | | | | | | |
|---|---|---|---|---|---|---|
| A1-4 Building | A1 Temp: 96.4 Time: 1454 | A2 Temp: 94.9 Time: 1320 | A3 Temp: 94.5 Time: 1501 | A4 Temp: 95.1 Time: 1508 | A1 Temp: 90.6 Time: 2017 | A2 Temp: 90.7 Time: 2018 | A3 Temp: 91.1 Time: 2016 | A4 Temp: 90.9 Time: 2015 |
| A5-8 Building | A5 Temp: 94.3 Time: 1411 | A6 Temp: 93.3 Time: 1442 | A7 Temp: 94.1 Time: 1416 | A8 Temp: 94.9 Time: 1419 | A5 Temp: 87.9 Time: 2029 | A6 Temp: 88.9 Time: 2040 | A7 Temp: 89.8 Time: 2042 | A8 Temp: 90.8 Time: 2043 |
| B1-4 Building | B1 Temp: 93.3 Time: 1421 | B2 Temp: 95.3 Time: 1433 | B3 Temp: 94.6 Time: 1437 | B4 Temp: 93.7 Time: 1437 | B1 Temp: 89.5 Time: 2030 | B2 Temp: 89.6 Time: 2032 | B3 Temp: 89.4 Time: 2031 | B4 Temp: 90.1 Time: 2032 |
| B5-8 Building | B5 Temp: 94.8 Time: 1428 | B6 Temp: 90.1 Time: 1560 | B7 Temp: 90.7 Time: 1508 | B8 Temp: 94.4 Time: 1512 | B5 Temp: 94.2 Time: 2021 | B6 Temp: 90.3 Time: 2020 | B7 Temp: 91.5 Time: 203 | B8 Temp: 91.1 Time: 2015 |
| C1-4 Building | C1 Temp: 95.4 Time: 1513 | C2 Temp: 95.4 Time: 1541 | C3 Temp: 94.4 Time: 1527 | C4 Temp: 94.65 Time: 1534 | C1 Temp: 83.8 Time: 2128 | C2 Temp: 86.6 Time: 2128 | C3 Temp: 89.4 Time: 2123 | C4 Temp: 88.0 Time: 2120 |
| C5-8 Building | C5 Temp: 96.4 Time: 1520 | C6 Temp: 96.5 Time: 1528 | C7 Temp: 94.4 Time: 1537 | C8 Temp: 95.9 Time: 1528 | C5 Temp: 90.4 Time: 2120 | C6 Temp: 88.2 Time: 2123 | C7 Temp: 87.8 Time: 2128 | C8 Temp: 90.8 Time: 2129 |
| D1-4 Building | D1 Temp: 95.4 Time: 1513 | D2 Temp: 94.5 Time: 1654 | D3 Temp: 95.5 Time: 1557 | D4 Temp: 94.6 Time: 1656 | D1 Temp: 89.0 Time: 2120 | D2 Temp: 90.3 Time: 2131 | D3 Temp: 89.9 Time: 2158 | D4 Temp: 89.8 Time: 2129 |
| D5-8 Building | | D5 Temp: 95.5 Time: 1550 | D6 Temp: 95.2 Time: 1657 | E4 Temp: 95.1 Time: 1651 | E3 Temp: 89.7 Time: 2102 | E4 Temp: 91.5 Time: 2110 | E3 Temp: 89.7 Time: 2102 | E4 Temp: 88.6 Time: 2105 |
| E1-4 Building | E1 14.8 Temp: 91.8 Time: 1549 | E2 14.8 Temp: 95.8 Time: 1550 | E3 14.22 Temp: 95.7 Time: 1609 | F4 14.22 Temp: 94.5 Time: 1651 | F1 Temp: 89.0 Time: 2045 | F1 Temp: 89.7 Time: 2044 | F3 Temp: 89.4 Time: 2048 | E4 Temp: 89.9 Time: 2044 |
| F1-4 Building | F1 14.8 Temp: 71.8 Time: 142 | F2 14.21 | | | K1 Temp: 75.4 Time: 2146 | K1 Temp: 75.4 Time: 2140 | | |
| K1-4 Building | K1 Temp: 71.8 Time: 1612 | K3 Temp: 74.4 Time: 1614 | K4 Temp: 74 Time: 1613 | K5 Temp: 74.2 Time: 1613 | K2 Temp: 76.1 Time: 2138 | K3 Temp: 74.7 Time: 2137 | K4 Temp: 72.6 Time: 2136 | K5 Temp: 93.6 Time: 2141 |
| K5-8 Building | K1 Temp: 76 Time: 1615 | | | | | | K4 Temp: 72.6 Time: 2136 | |

| Outside Temp | | | | |
|---|---|---|---|---|
| Temperature | 99.5 | Time Taken | | Temperature 89.1 | Time Taken 2005 |
| | 1431 | | | | |

Date 6/30/12

Officers Signature _____

Shift Supervisor's Signature _____

Date 6/30/12

Temp taken
By officer after
incident.

Water @ cool.
fan Brude
heat Restvest Cift

Temp out D.Space
& Brude

A1 – 4 BLDG
Outside temp 95.3 F @ 1930
Sally Port @ front 94.8 F @ 1933
D-space @ 91.4 F @ 1934
A 4 Dorm @ 93.5 F @ 1935
Fan, fairly Cool @ 1936
Work Area @ Boiler Rm 96.1 F @ 1950