UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, § § § § § § | | |
| PLAINTIFFS § § | | |
| v. § § | | CIVIL ACTION NO. 4:14-cv-3253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. § § § § § § § | | JURY DEMAND |
| DEFENDANTS § | | |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO STRIKE SUMMARY JUDGMENT EVIDENCE**

# Exhibit M

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   DALLAS DIVISION

STEPHEN McCOLLUM,         §
STEPHANIE KINGREY, and    §
SANDRA McCOLLUM,          §
individually and as       §
heirs at law to the       §
Estate of LARRY GENE      §
McCOLLUM,                 §
         Plaintiffs,      §
                          §
VS                        §   CIVIL ACTION NO.
                          §   3:12-cv-02037
BRAD LIVINGSTON, JEFF     §
PRINGLE, and the TEXAS    §
DEPARTMENT OF CRIMINAL    §
JUSTICE,                  §
         Defendants.      §
```

---
ORAL AND VIDEOTAPED DEPOSITION OF

ANANDA D. BABBILI

FEBRUARY 7, 2013
---

ORAL AND VIDEOTAPED DEPOSITION OF ANANDA D. BABBILI, produced as a witness at the instance of the PLAINTIFFS, and duly sworn, was taken in the above-styled and numbered cause on the 7th day of February, 2013, from 9:52 a.m. to 12:50 p.m., before TINA TERRELL BURNEY, CSR in and for the State of Texas, reported by machine shorthand, at the Hutchins State Jail, 1500 E. Langdon Road, Dallas, Texas 75241, pursuant to the Federal Rules of Civil Procedure.

Case 4:14-cv-03253   Document 331-8   Filed on 11/04/16 in TXSD   Page 3 of 9       2

McCollum, et al. v.                                    Ananda D. Babbili
Brad Livingston, et al.                                February 07, 2013

```
 1                   A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3        Mr. Jeff Edwards
          Mr. Scott Medlock
 4        THE EDWARDS LAW FIRM
          The Bremond Houston House
 5        706 Guadalupe
          Austin, Texas  78701
 6        jeff@edwards-law.com
          scott@edwards-law.com
 7

 8   FOR THE DEFENDANTS:

 9        Mr. Bruce R. Garcia
          Mr. David A. Harris
10        OFFICE OF THE ATTORNEY GENERAL
          P.O. Box 12548
11        Austin, Texas 78711-2548
          512.463.2080  Fax 512.495.9139
12        bruce.garcia@oag.state.tx.us
          david.harris@oag.state.tx.us
13

14   FOR THE WITNESS:

15        Ms. Kim Coogan
          OFFICE OF THE ATTORNEY GENERAL
16        P.O. Box 12548
          Austin, Texas 78711-2548
17        512.463.2080  Fax 512.495.9139
          kim.coogan@oag.state.tx.us
18

19   ALSO PRESENT:

20        Mr. Jeremy Gilliam (Videographer)
          512.565.4799
21

22

23

24

25
```

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363    3307 Northland Dr., Ste. 185  Austin, TX 78731-4946    (512) 474-4363
a77f4372-87b7-4f0b-bb74-2a2636af2a31

Plaintiffs' MSJ Appx. 7973
(Supplemental)

Case 4:14-cv-03253   Document 331-8   Filed on 11/04/16 in TXSD   Page 4 of 9

3

McCollum, et al. v.                                  Ananda D. Babbili
Brad Livingston, et al.                              February 07, 2013

```
 1                            INDEX

 2                                                          PAGE

 3   Appearances...................................    2

 4   WITNESS:  ANANDA D. BABBILI

 5   Examination by Mr. Edwards....................    4

 6   Signature and Changes......................... 120

 7   Reporter's Certificate........................ 122

 8

 9

10                          EXHIBITS

11   NO.    DESCRIPTION                                    PAGE

12   1      Notice.................................    9

13   2      Clinic Notes 7/15/11...................   10

14   3      Intake History and Health Screening
            7/15/11................................   19
15
     3-A    Texas Uniform Health Status Update
16          7/15/11................................   71

17   4      Clinic Notes - Nursing 7/22/11.........   29

18   5      Death Summary 11/23/11.................   37

19   6      Autopsy Report 7/29/11.................   39

20   7      Signs of Hypertension Excerpt..........   46

21   8      Health Summary for Classification
            7/20/11................................   66
22
     9      Mr. Babbili's Resume...................   --
23
     10     Card for Treatment and Prevention of
24          Heat Illness...........................   --

25
```

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185   Austin, TX 78731-4946   (512) 474-4363
a77f4372-87b7-4f0b-bb74-2a2636af2a31

Plaintiffs' MSJ Appx. 7974
(Supplemental)

Case 4:14-cv-03253   Document 331-8   Filed on 11/04/16 in TXSD   Page 5 of 9

29

McCollum, et al. v.                                    Ananda D. Babbili
Brad Livingston, et al.                                February 07, 2013

1  that that would have potentially devastating
2  consequences on a patient or an inmate, right?
3      A.   If the staff knew that.
4      Q.   Of course.  And you would expect a trained
5  licensed vocational nurse to know that too, right?
6      A.   Yes.
7      Q.   Okay.  And if a trained licensed vocational
8  nurse didn't tell you that an inmate was diabetic, you
9  would be critical of that nurse, right?
10     A.   Yes.
11     Q.   Tell me what else is there, sir.
12     A.   This is the two-page copy of the conversation
13 that took place early that morning of July 22nd when the
14 patient had seizures and they had to call the nurse, who
15 does the triaging of the patient's problem and takes
16 appropriate action.
17            (Exhibit 4 marked.)
18     Q.   Okay.  Now, do you know if they took
19 appropriate action, or, I mean, is that just speculation
20 on your part?
21     A.   No.  According to the papers, they did take
22 appropriate action.
23     Q.   Okay.  Do you consider it appropriate to wait
24 roughly an hour before you call an ambulance while
25 someone's seizing and unresponsive?

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185   Austin, TX 78731-4946   (512) 474-4363
a77f4372-87b7-4f0b-bb74-2a2636af2a31

Plaintiffs' MSJ Appx. 7975
(Supplemental)

Case 4:14-cv-03253   Document 331-8   Filed on 11/04/16 in TXSD   Page 6 of 9

30

McCollum, et al. v.                                    Ananda D. Babbili
Brad Livingston, et al.                                February 07, 2013

1  A. No, that's not appropriate.
2  Q. I mean, that's like off the charts
3  inappropriate, right?
4  A. Yes.
5  Q. If that happened here, I assume you would be
6  highly critical of the correctional officers who waited
7  an hour to call an ambulance, right?
8          MS. COOGAN: Objection, hypothetical --
9  Q. Hypothetically.
10         MS. COOGAN: -- it's incomplete. It
11 would cause -- require speculation, calls for
12 speculation.
13         MR. HARRIS: I'll join in those
14 objections.
15 Q. Of course it -- you'd be critical, right?
16         MS. COOGAN: Same objections, calls for
17 speculation.
18         MR. HARRIS: Same objections.
19 A. I cannot speculate.
20 Q. I'm not asking you to speculate. If you're
21 presented with an unresponsive person having a seizure,
22 okay, is it acceptable to wait an hour to call an
23 ambulance?
24 A. If I was there and saw the patient, no.
25 Q. Why -- why not, sir?

**WRIGHT WATSON & ASSOCIATES**
(800) 375-4363   3307 Northland Dr., Ste. 185  Austin, TX 78731-4946   (512) 474-4363
a77f4372-87b7-4f0b-bb74-2a2636af2a31

Plaintiffs' MSJ Appx. 7976
(Supplemental)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br><br>           PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br><br>           DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br><br> JURY DEMAND |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO STRIKE SUMMARY JUDGMENT EVIDENCE**

# Exhibit N

EXHIBIT: 4
NAME: Babbili
DATE: 2-7-13
Tina Terrell Burney CR#2908

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - NURSING**

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:** HUTCHINS (HJ)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 11/13/2003:** BP: 112 / 87 (Standing) ; Wt: 192 Lbs.; Height: ; Pulse: 107 (Standing) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Current Medications:**

| SCR INITIATED? | | YES | Date Received: |
|---|---|---|---|
| | X | NO | |

## Nursing Triage Form

Name of Security Officer Calling _____ LT SANDERS
Presenting Problems/Symptoms HE IS ON THE TOP BUNK HAVING A SEIZURE THAT HAS LASTED FOR 5 MINUTES, SECURITY CAN NOT GET HIM OFF THE TOP BUNK, THEY ARE STANDING UP AGAINST THE TOP BUNK TO KEEP HIM FROM FALLING. THEY CALLED 911. HE HAS NO HISTORY OF SEIZURE DISORDER. HIS CELL MATE SAYS HE IS DIABETIC. NO HX OF THIS SEEN IN CHART.
_____ NO MEDICAL ON THE UNIT
_____

Protocol used: (List protocol name, and page number):
1. SEIZURE PG 471___
2. ____
3. ____
4. ____
5. Other_____
Problem:   __X__ Emergent   _____ Urgent   _____ Non-Urgent
            (Immediately)       (2 hrs)       (Pass Issued / Fill out Sick Call Request)

Circle/Mark "X" Correct Information
**Telephone Triage**
__X__ 1. Instructions given to security officer to call 911 and transport offender patient to nearest local community hospital ED.
____ 2. Instructions given to security officer to transport the offender patient to the designated HUB for a full assessment and further care. (applicable only if the facility is within a designated HUB area)
____ 3. Instructed the Security officer to issue a pass to the offender patient to come to medical the next day.
____ 4. Other as ordered by a provider:_____
____ 5. Instructions given to security officer to place offender patient in front of the **DMS** equipment in medical for assessment / interview.

Additional Comments  UR NOTIFIED. CONTACT ANN. PRECERT NO 776845

1 of 2

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** MCCOLLUM, LARRY G   **TDCJ#:** 1721640   **Date:** 07/22/2011 03:16   **Facility:** HUTCHINS (HJ)
PARKLAND HOSPITAL WAS CONTACTED, REPORT GIVEN TO VIRGINIA. I CALLED BACK TO HUTCHINS TO MAKE SURE HE WAS OK. THEY SAID THE AMBULANCE WAS THERE AND THEY WERE TAKING CARE OF HIM.

Revision 07/18/10
(Telephone Triage Revision 08/19/10, COPY AND PASTE into patient's EMR

Electronically Signed by STOKES, GINA E. R.N. on 07/22/2011.
##And No Others##

2 of 2