UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | §§§§§§§§§§§§§§§§§§ CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO UTMB'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request leave of Court to file a brief sur-reply, attached, in opposition to UTMB's motion for summary judgment. *See* Doc. 285 (motion); Doc. 315 (reply).

UTMB raises two new issues:

1) the pleading standard for disabilities and accommodations in ADA/Rehabilitation Act claims, Doc. 315, pp. 1-2, and

2) whether Plaintiff Stephanie Kingrey's declaration is contradicted by her deposition testimony, Doc. 315, pp. 15-17.

As these positions were not raised in the motion and—in Plaintiffs' view—are not supported by authority, they could not be anticipated in Plaintiffs' response. Accordingly, Plaintiffs respectfully request leave to file the attached sur-reply and its exhibit.

1

Dated: November 2, 2016.

>Respectfully submitted,
>
>EDWARDS LAW
>The Haehnel Building
>1101 East 11th Street
>Austin, TX 78702
>    Tel.   512-623-7727
>    Fax.   512-623-7729
>
>By    /s/ Jeff Edwards
>JEFF EDWARDS
>State Bar No. 24014406
>Attorney-in-Charge
>Scott Medlock
>State Bar No. 24044783
>David James
>State Bar No. 24092572
>Federal ID No. 2496580
>
>Michael Singley
>Texas Bar No. 00794642
>
>THE SINGLEY LAW FIRM, PLLC
>4131 Spicewood Springs Rd., Ste. O-3
>Austin, Texas 78759
>    Tel.   (512) 334-4302
>    Fax.   (512) 727-3365
>
>Abigail Frank
>Texas Bar No. 24069732
>Southern District No. 1076613
>Wayne Krause Yang
>State Bar No. 24032644
>James C. Harrington
>State Bar No. 09048500
>
>TEXAS CIVIL RIGHTS PROJECT
>1405 Montopolis Dr.
>Austin, TX 78751
>    Tel.   (512) 474-5073
>    Fax.   (512) 474-0726
>
>Wallis Nader
>Texas Bar No. 24092884

2

Southern District No. 2609150

TEXAS CIVIL RIGHTS PROJECT—
HOUSTON
2006 Wheeler Ave
Houston, TX 77004
    Tel.   (832) 767-3650
    Fax.  (832) 554-9981

Eliot Shavin
State Bar No. 18138200
2600 State Street
Dallas, Texas 75204
214-522-2010 (telephone)
214-720-9594 (fax)
Local Counsel

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Southern District of Texas.

    By   /s/ Jeff Edwards
    JEFF EDWARDS

CERTIFICATE OF CONFERENCE

By my signature below, I certify that I corresponded with counsel for Defendants yesterday, but received no reply.

    By   /s/ Scott Medlock
    Scott Medlock