UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>       PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>       DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 4:14-cv-3253<br>§ JURY DEMAND<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS TO STRIKE SUMMARY JUDGMENT EVIDENCE**

# Exhibit H

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
 2                  DALLAS DIVISION

 3  STEPHEN MCCOLLUM, et al,       )
         Plaintiffs,               )
 4                                 )
    V.                             )  C.A. No. 3:12-CV-02037
 5                                 )
                                   )
 6  BRAD LIVINGSTON, et al,        )
         Defendants.               )
 7

 8  ************************************************

 9               ORAL DEPOSITION OF

10               STEPHANIE KINGREY

11               November 22, 2013

12  ************************************************

13

14

15     ORAL DEPOSITION OF STEPHANIE KINGREY, produced as a

16  witness at the instance of the Defendant University of

17  Texas Medical Branch and duly sworn, was taken in the

18  above-styled and numbered cause on the 22nd of

19  November, 2013, from 12:09 p.m. to 3:25 p.m., before

20  DEBRA L. McGREW, CSR in and for the State of Texas,

21  reported by machine shorthand at the offices of

22  Edwards Law, 1101 E. 11th Street, Austin, Texas,

23  pursuant to the Federal Rules of Civil Procedure.

24

25
```

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1              A P P E A R A N C E S

 2
    FOR THE PLAINTIFFS:
 3
            Mr. Scott Medlock
 4           Edwards Law
            1101 E. 11th Street
 5           Austin, Texas  78702
            Phone:  512-623-7727
 6
    FOR THE DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH:
 7
            Ms. Kim Coogan
 8           Ms. Shanna Elizabeth Molinare
            Assistant Attorney General
 9           P.O. Box 12548
            Austin, Texas  78711-2548
10           Phone:  512-463-2080

11  FOR THE DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
    ROBERT EASON AND JEFF PRINGLE:
12
            Mr. Jonathan Stone
13           Assistant Attorney General
            P.O. Box 12548
14           Austin, Texas  78711-2548
            Phone:  512-463-2080
15
    FOR THE DEFENDANTS BRAD LIVINGSTON, RICK THALER AND
16  BILL STEPHENS:

17           Mr. Kyle M. Smith
            Assistant Attorney General
18           P.O. Box 12548
            Austin, Texas  78711-2548
19           Phone:  512-463-2080

20  ALSO PRESENT:

21           Jennifer Osteen
            Sandra Sue McCollum
22           Stephen Michael McCollum

23

24                   *-*-*-*-*

25
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7830
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1                         INDEX

 2  Appearances....................................    2

 3  STEPHANIE KINGREY
         Examination by Ms. Coogan..................    4
 4       Examination by Mr. Stone...................   55
         Examination by Mr. Smith...................   90
 5
    Reporter's Certificate.........................   94
 6


 7
                          EXHIBITS
 8
    NO.  DESCRIPTION                                 PAGE
 9
    1    ...........................................    5
10       Six Photographs Labeled A, B, D, D, E, F

11  2    ...........................................   42
         Handwritten Notes
12
    3    ...........................................   43
13       Photograph of Davalene Lying Under Table

14  4    ...........................................   43
         Photograph of Brain Scan
15
    5    ...........................................   52
16       Photograph of Stephanie and Father

17  6    ...........................................   52
         Photograph of Stephanie's Parents and Brother
18
    7    ...........................................   52
19       Senior Photograph of Stephanie's Father

20  8    ...........................................   52
         Photograph of Stephanie's Father and Sandra
21       at WinStar Entrance

22


23


24


25
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7831
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1  when he lived in -- at the Bonham facility about
 2  anything related to prison?
 3       A.   No.
 4       Q.   Do you recall if he claimed -- if he complained
 5  about the air-conditioning while he was at Bonham?
 6       A.   Not to my knowledge, no.
 7       Q.   And when he went to live at the Bonham unit,
 8  was he -- was he obese at that time?
 9       A.   Yes.
10       Q.   And so your testimony is that, prior to him
11  going to the Bonham unit, you had no -- you had no idea
12  if he had any psychiatric problems?
13       A.   Right.
14       Q.   Did you ever learn that he had some psychiatric
15  problems?
16       A.   No.
17       Q.   Well, when did he get out of the Bonham unit,
18  approximately?
19       A.   Around 2007, I believe, or 2008.
20       Q.   And when he -- was he married when he got out
21  of Bonham?
22       A.   No.
23       Q.   Where did he go to live after that?
24       A.   That's when me and my brother took him to Care
25  Center Ministries.
```

Sunbelt Reporting & Litigation Services
Austin   Bryan/College Station   Corpus Christi   Dallas/Fort Worth   East Texas   Houston   San Antonio

Plaintiffs' MSJ Appx. 7832
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   Not at that point, no.
 2      Q.   As far as you know, did he ever take any
 3   medications for diabetes?
 4      A.   Not that I know of.
 5      Q.   Do you know -- are you aware of him ever being
 6   diagnosed with diabetes?
 7      A.   He told me before he went in to Waco that he
 8   was a diabetic.
 9      Q.   And was that a surprise to you?
10      A.   No, because it runs in the family.
11      Q.   Okay.  And did you ask him whether he was
12   taking any medication for that?
13      A.   No.
14      Q.   Did you have any concerns about how he might
15   pay for medication for that diabetes?
16      A.   My guess?
17      Q.   Uh-huh.
18      A.   Yeah.
19      Q.   I'm sorry?
20      A.   Yes.
21      Q.   You --
22      A.   I didn't know how he would pay for it if he had
23   to.
24      Q.   Okay.  And did you ever ask him, Hey, Dad,
25   you're not working, how are you paying for your diabetes
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7833
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   2010.  We just did the deposition, though, a
 2   few weeks ago.
 3      Q.   Okay.  So you've already kind of got a little
 4   bit of experience going through this, especially
 5   recently, right?
 6      A.   Uh-huh, yes.
 7      Q.   So you understand that you've sworn an oath to
 8   tell the truth today --
 9      A.   Yes.
10      Q.   -- and that any testimony you give that's not
11   honest you could be subject to sanctions for?
12      A.   Right, yes.
13      Q.   Consequences if you lie?
14      A.   Yes.
15      Q.   Okay.  You mentioned earlier in your
16   testimony -- well, before I ask that -- strike that.
17              Is there any testimony that you've given
18   so far that you'd like to change right now --
19      A.   No.
20      Q.   -- during this deposition?
21              No.  Okay.
22              You testified earlier that diabetes runs
23   in your family, right?
24      A.   Yes.
25      Q.   Do you have diabetes?
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7834
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   No.
 2      Q.   Do your children have diabetes?
 3      A.   No.
 4      Q.   Do your siblings, to your knowledge, have
 5  diabetes?
 6      A.   No.
 7      Q.   Did your grandparents have diabetes?
 8      A.   My grandfather did, yes.
 9      Q.   Okay.  Did your great --
10      A.   And my uncle does.
11      Q.   And your uncle.
12           Do you know of anyone else in the family
13  who has diabetes?
14      A.   No.
15      Q.   Have you ever been tested for diabetes?
16      A.   Yes.
17      Q.   Is that because you know that it runs in the
18  family?
19      A.   Yes.
20      Q.   Do you know if your father was ever tested for
21  diabetes?
22      A.   Not to my knowledge, not that I know of.
23      Q.   Did you ever have conversations with him about
24  the fact that diabetes runs in the family?
25      A.   Yes.
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7835
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

1  Q. What did he say? Do you remember?
2  A. He just -- you know, he's the one that told me
3  that my grandpa had it and that my uncle did.
4  Q. So he was aware that there was a family history
5  of diabetes?
6  A. Yes.
7  Q. Okay. Something that you would expect him to
8  get tested for?
9  A. Right.
10 Q. What about a history of alcoholism? Is there a
11 history of alcoholism in your family?
12 A. I mean, my dad was when he was married to my
13 mother.
14 Q. Is there anyone else in your family that's an
15 alcoholic?
16 A. Not that I know of.
17 Q. Okay. What about mental illness? Are you
18 aware if that runs in the family?
19 A. Not that I know of.
20 Q. Okay. Do you smoke?
21 A. No.
22 Q. Does your husband smoke?
23 A. No.
24 Q. Have you ever seen your father smoke?
25 A. No.

Sunbelt Reporting & Litigation Services
Austin   Bryan/College Station   Corpus Christi   Dallas/Fort Worth   East Texas   Houston   San Antonio

Plaintiffs' MSJ Appx. 7836
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   We already have.
 2      Q.   Okay.  I'm almost done.  Sorry.  Hang on.
 3           (Discussion off the record).
 4      Q.   (BY MS. COOGAN)  Do you know how much money
 5  your dad made working for Yellow Cab?
 6      A.   No.
 7      Q.   Do you know the name of your dad's primary care
 8  physician?
 9      A.   No.
10      Q.   Do you know the name of any of the doctors that
11  might have seen or treated your dad in, let's say,
12  the years in between Bonham and Hutchins?
13      A.   If anybody, it would have been Hillcrest.
14      Q.   And probably the emergency room?
15      A.   Or one of their clinics.
16      Q.   Okay.  But in the Hillcrest system?
17      A.   Yes.
18      Q.   What makes you say that?
19      A.   Because they're all tied together.
20      Q.   And that was sort of his place of choice?
21      A.   Right.
22      Q.   Did you ever make any request for records under
23  the Open Records Act, do you know?
24      A.   Not that I'm aware of.
25      Q.   Did you consider your dad to be disabled?
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7837
(Supplemental)

ORAL DEPOSITION OF STEPHANIE KINGREY

```
 1      A.   No.
 2           MS. COOGAN:  I'm going to pass the
 3  witness.
 4           MR. STONE:  Do you want to take lunch
 5  right now?  Do you mind if we take a lunch break?
 6           MR. MEDLOCK:  If that's what y'all would
 7  prefer.
 8           MS. COOGAN:  Okay.
 9           (Lunch recess from 1:24 to 2:43).
10                     EXAMINATION
11  BY MR. STONE:
12      Q.   Hi, Ms. McCollum.
13      A.   Hello.
14      Q.   Do you understand that you're under oath today?
15      A.   Yes.
16      Q.   Is this your first deposition?
17      A.   No.
18      Q.   How many depositions have you participated in
19  before?
20      A.   One other.
21      Q.   What was that deposition about?
22      A.   The wreck my dad was in.
23      Q.   And when was that?
24      A.   When was --
25      Q.   What year was that?
```

Sunbelt Reporting & Litigation Services
Austin  Bryan/College Station  Corpus Christi  Dallas/Fort Worth  East Texas  Houston  San Antonio

Plaintiffs' MSJ Appx. 7838
(Supplemental)