# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20161019-391

Johnathan David Stone
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX US 78711

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

NOV 03 2016

David J. Bradley, Clerk of Court

Date: Wednesday, October 19, 2016
Case Number: 4:14-cv-03253
Document Number: 317 (1 page)
Notice Number: 20161019-391
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Return to Sender Not ofs

NOV 03 2016

David J. Bradley, Clerk of Court

OCT 26 2016
CONSTITUTION

ATTEMPTED NOT KNOWN
RETURN TO SENDER
ROUTED IN MAIL CENTER
and ROUTED TO 027-2
OCT 27 2016
ROUTED TO _____ DATE _____

ZIP 77002
02 1W
0001374615 OCT 24
U.S. POSTAGE $000.4 PITNEY BOWES