# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



20161019-391
Johnathan David Stone
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX US 78711

Southern District of Texas
FILED

NOV 03 2016

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Wednesday, October 19, 2016
Case Number: 4:14-cv-03253
Document Number: 317 (1 page)
Notice Number: 20161019-391
Notice: The attached order has been entered.

---

