United States District Court
Southern District of Texas

**ENTERED**

November 08, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br><br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER ON PLAINTIFFS' PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO UTMB'S MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered the Plaintiffs' motion for leave to file sur-reply in opposition to Defendant UTMB's motion for summary judgment. Having considered the motion, any argument of counsel, all applicable law, all other applicable filings, and the disposition of the case, the Court hereby **GRANTS** Plaintiffs' Motion.

Plaintiffs may file a sur-reply in response to Docket Entry 315, UTMB's Reply.

Date: **November 7, 2016**

Keith P. Ellison
United States District Judge