UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § § § § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, Assistant Attorney General Kevin Moczygemba respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Mr. Moczygemba will no longer be an employee of the Office of the Attorney General as of November 30, 2016. Assistant Attorney General Kevin Moczygemba, therefore, respectfully moves to withdraw as an attorney of record in the above-captioned matter and requests removal from all future notifications in this case.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24072767
Southern District ID No. 2394534
kevin.moczygemba@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX  78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **KEVIN MOCZYGEMBA,** Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on November 28, 2016.

/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **KEVIN MOCZYGEMBA**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on November 28, 2016.

/s/ Kevin Moczygemba
**KEVIN MOCZYGEMBA**
Assistant Attorney General