United States District Court
Southern District of Texas
**ENTERED**
December 01, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § § § § | |

## ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Kevin Moczygemba is terminated regarding representation of TDCJ Defendants in above referenced case.

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this ___30th___ day of ___November___, 2016.


KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE