UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>PLAINTIFFS<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>4:14-cv-3253<br><br>JURY DEMAND |

**PLAINTIFF'S ADVISORY TO THE COURT**

Plaintiff's counsel will be on vacation out of the country from December 11, 2016 to December 18, 2016.

Plaintiff respectfully requests that any hearings not be set during this period.

Respectfully submitted,

Edwards Law
The Haehnel Building
1101 E. 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.   512-623-7729

By: /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
SCOTT MEDLOCK
State Bar No. 24044783
DAVID JAMES

        State Bar No. 24092572

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record on **December 5, 2016** through the Electronic Case File System of the Southern District of Texas.

        <u>/s/ Jeff Edwards</u>
        JEFF EDWARDS