UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHEN MCCOLLUM**, *et al.*, *Plaintiffs,* | § § § | |
| **v.** | § § § § | CIVIL NO. 4:14-CV-3253 |
| **BRAD LIVINGSTON**, *et al.*, *Defendants*. | § § | |

## ORDER

This day came before the Court **Defendants University of Texas Medical Branch and Texas Department of Criminal Justice's Opposed Motion for Certification of Interlocutory Appeal Regarding Plaintiffs' ADA and RA Claims.** The Court is of the opinion that the following order should issue:

It is hereby **ORDERED** that Defendants' motion is **GRANTED.** All issues related to Plaintiffs' ADA and RA claims raised by the parties in the summary judgment briefing or addressed by the Court in its Memorandum & Order regarding Defendants' motions for summary judgment are certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

SIGNED this _____ day of _____, 2017.

_____
PRESIDING JUDGE