IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>    *Plaintiffs*, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:14-cv-03253 |
| | §<br>§ | |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendants of Brad Livingston, William Stephens, Jeff Pringle, Richard Clark, Karen Tate, Sandrea Sanders, Warden Robert Eason, and the Texas Department of Criminal Justice, Assistant Attorney General Cynthia L. Burton respectfully moves to withdraw as Attorney in Charge in this case.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

>
> **LACEY E. MASE**
> Division Chief
> Law Enforcement Defense Division
>
> */s/ Cynthia L. Burton*
> **CYNTHIA L. BURTON**
> Assistant Attorney General
> Law Enforcement Defense Division
> Texas Bar No. 24035455
> Southern District No. 35273
>
> Office of the Attorney General
> P.O. Box 12548
> Austin, TX  78711-2548
> (512) 463-2080 / Fax (512) 936-2109
> cynthia.burton@oag.texas.gov
>
> **ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, CYNTHIA L. BURTON, Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on March 2, 2017.

>
> */s/ Cynthia L. Burton*
> **CYNTHIA L. BURTON**
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I, CYNTHIA L. BURTON, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on March 2, 2017.

>
> */s/ Cynthia L. Burton*
> **CYNTHIA L. BURTON**
> Assistant Attorney General