IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>    *Plaintiffs,*<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>    *Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

## ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Cynthia L. Burton is terminated regarding representation of Defendants in above referenced case.

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this _____ day of _____, 2017.

 

_____
**KEITH P. ELLISON**
**UNITED STATES DISTRICT COURT JUDGE**