United States District Court
Southern District of Texas
**ENTERED**
March 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>*Plaintiffs,*<br><br>v.<br><br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

### ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Cynthia L. Burton is terminated regarding representation of Defendants in above referenced case.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this 2nd day of March, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE