UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the ESTATE OF LARRY GENE McCOLLUM,<br>    Plaintiffs,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>    Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-03253 |

**DEFENDANT THE UNIVERSITY OF TEXAS MEDICAL BRANCH'S NOTICE OF INTERLOCUTORY APPEAL BASED ON ELEVENTH AMENDMENT IMMUNITY**

Notice is given that Defendant The University of Texas Medical Branch at Galveston ("UTMB") appeals to the United States Court of Appeals for the Fifth Circuit. UTMB appeals from the district court's Memorandum and Order dated February 3, 2017 (DE #342). UTMB appeals the district court's denial of its entitlement to the affirmative defense of Eleventh Amendment immunity for claims brought pursuant to the Americans with Disabilities Act ("ADA"). *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 139-40 (1993) ("We hold that States and state entities that claim to be 'arms of the State' may take advantage of the collateral order doctrine to appeal a district court order denying a claim of Eleventh Amendment immunity."); *see also United States v. Georgia*, 546 U.S. 151, 159 (2006) (holding that Title II of the ADA validly abrogates state sovereign immunity under the Fourteenth Amendment only in certain cases).

UTMB and Defendant Texas Department of Criminal Justice ("TDCJ") also filed an Opposed Motion for Certification of Interlocutory Appeal Regarding Plaintiffs' ADA and Rehabilitation Act ("RA") Claims pursuant to 28 U.S.C § 1292(b). (DE #343). The district court has not yet ruled on the motion.

UTMB also appeals the district court's denial of summary judgment regarding whether the Plaintiffs stated a claim pursuant to the ADA and RA, pursuant to pendent appellate jurisdiction. These issues are appealed pursuant to pendant appellate jurisdiction based upon the exceptional circumstances of this case because the issues are inextricably intertwined with the Eleventh Amendment Immunity issues, and there is a necessity to ensure meaningful review of the appealable portion of the order. *Hernandez v. Terrones*, 397 F. App'x 954, 963-964 (5th Cir. 2010) citing *Thornton v. Gen. Motors Corp.*, 136 F.3d 450, 453 (5th Cir.1998) ("Pendant [sic] appellate jurisdiction is only proper in rare and unique circumstances where a final appealable order is 'inextricably intertwined' with an unappealable order or where review of the unappealable order is necessary to ensure meaningful review of the appealable order").

UTMB does not appeal the portion of the district court's Memorandum and Order which dismissed the Plaintiffs' ADA/RA injunctive relief claims for lack of standing (DE #342 at 64-65).

Defendant UTMB will be an appellant in the appeal before the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Division Chief
Law Enforcement Defense Division

/s/ J. Lee Haney
**J. LEE HANEY**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 00784203
Federal I.D. No. 18544
Lee.Haney@oag.texas.gov

**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Texas Bar No. 24041506
Federal I.D. No. 38632

**JENNIFER DANIEL**
Assistant Attorney General
Texas Bar No. 24090063
Federal I.D. No. 2451063

**HEATHER RHEA**
Assistant Attorney General
Texas Bar No. 24085420
Federal I.D. No. 2399979

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 (Fax)

**FERNELIUS ALVAREZ SIMON PLLC**

**Stephen FERNELIUS**
State Bar No.
Federal I.D. No**.**

**GRAIG J. ALVAREZ**
State Bar No. 24001647
Federal I.D. No. 22596

**KARA STAUFFER PHILBIN**
State Bar No. 24056373
Federal I.D. No. 685342

1221 McKinney Street, Suite 3200
Houston, Texas  77010
(713) 654-1200
(713) 654-4039 (Fax)

**ATTORNEYS FOR DEFENDANT
UNIVERSITY OF TEXAS
MEDICAL BRANCH**

### NOTICE OF ELECTRONIC FILING

I, **J. Lee Haney,** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on March 3, 2017.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **J. Lee Haney**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on March 3, 2017, as authorized by Fed. R. Civ. P. 5(b)(2) and in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas.

/s/ J. Lee Haney
**J. LEE HANEY**
Assistant Attorney General