APPEAL,APPEAL_NAT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:14-cv-03253
### Internal Use Only

McCollum et al v. Livingston et al                          Date Filed: 11/13/2014
Assigned to: Judge Keith P Ellison                          Jury Demand: Both
Related Case: 4:16-cv-01735                                 Nature of Suit: 440 Civil Rights: Other
Case in other court:  Texas Northern, 3:14-cv-03991         Jurisdiction: Federal Question
Cause: 28:1331 Federal Question: Other Civil Rights

**Defendant**

**William Stephens**                      represented by   **William Stephens**
                                                           PRO SE

                                                           **Cynthia Burton**
                                                           Office of the Attorney General
                                                           Capitol Station
                                                           PO Box 12548
                                                           Austin, TX 78711-2548
                                                           512-463-2080
                                                           Fax: 512-936-2109
                                                           Email: cynthia.burton@oag.texas.gov
                                                           *TERMINATED: 03/02/2017*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Movant**

**Jorge G Jones**                         represented by   **Jorge G Jones**
*TERMINATED: 11/10/2014*                                   #1934436
                                                           TDCJ Hutchins State Jail
                                                           1500 East Langdon Road
                                                           Dallas, TX 75241
                                                           PRO SE

**Movant**

**Tony Ray Mitchell**                     represented by   **Tony Ray Mitchell**
*TERMINATED: 11/10/2014*                                   #1875728
                                                           TDCJ Hutchins State Jail
                                                           1500 East Langdon Road
                                                           Dallas, TX 75241
                                                           PRO SE

**Movant**

**Charles Curtiss Taylor, Jr**          represented by  **Charles Curtiss Taylor, Jr**
*TERMINATED: 11/10/2014*                                #01347697
                                                        TDCJ Hutchins State Jail
                                                        1500 East Langdon Road
                                                        Dallas, TX 75241
                                                        PRO SE

**Movant**

**Merrill Haskell**                     represented by  **Merrill Haskell**
*TERMINATED: 11/10/2014*                                1918463
                                                        Hutchins
                                                        1500 E. Langdon Rd
                                                        Dallas, TX 75241
                                                        PRO SE

**Plaintiff**

**Stephen McCollum**                    represented by  **Jeffrey S Edwards**
*individually*                                          The Edwards Law Firm
                                                        1101 East 11th St
                                                        Austin, TX 78702
                                                        512-623-7727
                                                        Fax: 512-623-7729
                                                        Email: jeff@edwards-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott Charles Medlock**
                                                        Edwards Law
                                                        1101 East 11th St
                                                        Austin, TX 78702
                                                        512-623-7727
                                                        Fax: 512-623-7729
                                                        Email: scott@edwards-law.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Wallis Anne Nader**
                                                        Texas Civil Rights Project - Houston
                                                        2006 Wheeler Avenue
                                                        Houston, TX 77004
                                                        832-767-3650
                                                        Fax: 832-554-9981
                                                        Email: wallis@texascivilrightsproject.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Abigail Hill Frank**
                                                        Texas Legal Services Center

P.O. Box 41256
Austin, TX 78704
512-477-6000
Fax: 512-477-6576
Email: afrank@tlsc.org
*ATTORNEY TO BE NOTICED*

**Brian Rolland McGiverin**
Dietz, Lawrence & McGiverin
2221 Hancock Dr
Austin, TX 78756
572-366-2114
Email: bmcgiver@gmail.com
*ATTORNEY TO BE NOTICED*

**David Anthony James**
Edwards Law
1101 E 11th St
Austin, TX 78702
5126327727
Fax: 5126327729
Email: david@edwards-law.com
*ATTORNEY TO BE NOTICED*

**Eliot D Shavin**
SMU Legal Clinic
2600 State Street
Dallas, TX 75204
214/522-2010
Fax: 214/720-9594
*ATTORNEY TO BE NOTICED*

**James C Harrington**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741-3438
512-474-5073
Fax: 512-474-0726
Email: jch@utexas.edu
*ATTORNEY TO BE NOTICED*

**Michael C Singley**
Singley Law Firm
4131 Spicewood Springs Road
Suite O-3
Austin, TX 78759
512-334-4302
Fax: 512-727-3365

Email: mike@singleylawfirm.com
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512-475-4071
Fax: 512-320-0667
Email: sean.flammer@oag.texas.gov
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sandra McCollum**                represented by   **Jeffrey S Edwards**
*individually*                                      (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Scott Charles Medlock**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Wallis Anne Nader**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Brian Rolland McGiverin**
                                                    (See above for address)
                                                    *TERMINATED: 10/05/2015*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David Anthony James**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eliot D Shavin**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James C Harrington**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Michael C Singley**
                                                    (See above for address)

*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie Kingrey**<br>*individually and as independent*<br>*administrator of the Estate of Larry*<br>*Gene McCollum* | represented by | **Jeffrey S Edwards**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Scott Charles Medlock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Rolland McGiverin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Anthony James**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliot D Shavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James C Harrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C Singley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*TERMINATED: 03/30/2015*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Brad Livingston** | represented by | **Cynthia Burton**<br>(See above for address) |

*TERMINATED: 03/02/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allan Kennedy Cook**
Office of the Attorney General
300 W 15th Street
7th Floor
Austin, TX 78701
512-475-1917
Fax: 512-495-9139
Email: Allan.Cook@texasattorneygeneral.gov

*TERMINATED: 09/10/2015*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2080
Fax: 512-936-2109
Email: Bruce.Garcia@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
Office of the Attorney General
Law Enforcement Defense Division
300 W 15th Street
Austin, TX 78701
512-463-2080
Email: daniel.neuhoff@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Demetri Anastasiadis**
Office of Texas Attorney General
P O Box 12548
Austin, TX 78711-2548
512-463-2080
Fax: 512-495-9139
Email: demetri.anastasiadis@oag.texas.gov
*TERMINATED: 02/03/2016*
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**
Office of the Attorney General
Law Enforcement Defense Div

300 W. 15th St., Ste. 7
Austin, TX 78701
512-463-2080
Email: derek.kammerlocher2@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
Attorney General of Texas
P O Box 12548
Austin, TX 78711-2548
512-463-2080
Email: harold.liller@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Texas Medical Board
P.O. Box 2018, MC-264
Austin, TX 78768-2018
(512) 305-7096
Fax: (512) 305-7007
Email: Johnathan.Stone@TMB.state.tx.us
*TERMINATED: 05/20/2015*
*ATTORNEY TO BE NOTICED*

**Johnathan David Stone**
Office of the Attorney General
PO Box 12548
Capitol Station
Austin, TX 78711
512/463-2080
Fax: 512/495-9139
*TERMINATED: 05/20/2015*
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
Office of the Attorney General
Civil Medicaid Fraud Division
300 W 15th Street
WPC Bldg, 9th Floor
Austin, TX 78701
512-936-1410
Email:
kevin.moczygemba@texasattorneygeneral.gov

*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**

Texas Attorney General
PO Box 12548
Austin, TX 78711
512-475-3079
Fax: 512/936-2109
Email: matthew.greer@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
Office of the Attorney General
PO Box 12548
Austin, TX 78711
512-463-2080
Email:
nadine.phillpotts@texasattorneygeneral.gov
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Pringle**                    represented by   **Cynthia Burton**
                                                    (See above for address)
                                                    *TERMINATED: 03/02/2017*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Bruce R Garcia**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Daniel Christopher Neuhoff**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Derek Josef Kammerlocher**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Harold J Liller**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Johnathan Stone**
                                                    (See above for address)
                                                    *TERMINATED: 05/20/2015*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Johnathan David Stone**
                                                    (See above for address)

*TERMINATED: 05/20/2015*
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Clark**                  represented by  **Cynthia Burton**
(See above for address)
*TERMINATED: 03/02/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Karen Tate**                          represented by   **Cynthia Burton**
(See above for address)
*TERMINATED: 03/02/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandrea Sanders**                     represented by   **Cynthia Burton**
(See above for address)
*TERMINATED: 03/02/2017*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Warden Robert Eason**                 represented by **Cynthia Burton**
(See above for address)
*TERMINATED: 03/02/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of Texas Medical Branch**            represented by   **Jacqueline Lee Haney**
Office of Attorney General
Law Enforcement Defense Division
P O Box 12548
Austin, TX 78711-2548
512-463-2080
Fax: 512-936-2109
Email: lee.haney@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alistair B. Dawson**
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
713-951-3700
Fax: 713-951-3720
Email: adawson@beckredden.com
*TERMINATED: 05/15/2015*
*ATTORNEY TO BE NOTICED*

**Calysta L Lantiegne**
Office of the Attorney General
Law Enforcement Defense Division
PO Box 12548
Capitol Station

Austin, TX 78711
512-463-2080
Fax: 512-936-2109
Email: Calysta.Lantiegne@oag.texas.gov
*(Inactive)*
*TERMINATED: 11/26/2014*
*ATTORNEY TO BE NOTICED*

**Erika D Hime**
Allison, Bass and Magee, LLP
402 W. 12th Street
Austin, TX 78701
512-482-0701
Fax: 512-480-0902
*TERMINATED: 11/18/2014*
*ATTORNEY TO BE NOTICED*

**Graig J Alvarez**
Alvarez Stauffer Bremer PLLC
815 Walker St.
Suite 1450
Houston, TX 77002
713-351-0300
Fax: 713-351-0320
Email: Graig.Alvarez@asb.legal
*ATTORNEY TO BE NOTICED*

**Heather Kriscenski Rhea**
Office of the Attorney General
Law Enforcement Defense Div
300 W 15th St
Austin, TX 78711
512-463-2080
Fax: 512-936-2109
Email: heather.rhea@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Daniel**
Attorney General of Texas
William P. Clements Bldg.
300 W 15th Street, 7th Floor
Austin, TX 78711
512-463-2080
Email: Jennifer.Daniel@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kara Stauffer Philbin**
Alvarez Stauffer Philbin

815 Walker Street
Suite 1450
Houston
Houston, TX 77002
713-351-0300
Fax: 713-351-0320
Email: kara.stauffer@asb.legal
*ATTORNEY TO BE NOTICED*

**Kim Coogan**
Office of Attorney General
Law Enforcement Defense Division
300 W. 15th Street, 7th Floor
Austin, TX 78701-1220
512/463-2080
Fax: 512-936-2109
*TERMINATED: 10/14/2014*

**Lacey E Mase**
Office of the Attorney General
209 W. 14th & Lavaca
8th Floor
Austin, TX 787701
512936-2777
Email: lacey.mase@texasattorneygeneral.gov
*TERMINATED: 10/09/2014*

**Marcus Thomas Sanders**
Office of the Attorney General
300 W 15th St
Austin, TX 78701-1220
512-463-2080
Fax: 512-936-2109
Email:
marcus.sanders@texasattorneygeneral.gov
*TERMINATED: 06/08/2015*
*ATTORNEY TO BE NOTICED*

**Shanna Elizabeth Molinare**
Office of Texas Attorney General
PO Box 12548
Austin, TX 78711
512-463-2080
Fax: 512-480-0446
Email:
shanna.molinare@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Stephen Michael Fernelius**
Fernelius Alvarez PLLC
1221 McKinney
Ste 3200
Houston, TX 77010-3095
13-654-5151
Fax: 713-654-4039
Email: sfernelius@fa-lawfirm.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Texas Department of Criminal Justice** | represented by | **Cynthia Burton**<br>(See above for address)<br>*TERMINATED: 03/02/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Bruce R Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Christopher Neuhoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Josef Kammerlocher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold J Liller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*TERMINATED: 05/20/2015*
*ATTORNEY TO BE NOTICED*

**Johnathan David Stone**
(See above for address)
*TERMINATED: 05/20/2015*
*ATTORNEY TO BE NOTICED*

**Kevin Andrew Moczygemba**
(See above for address)
*TERMINATED: 11/30/2016*
*ATTORNEY TO BE NOTICED*

**Matthew J Greer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nadine Phillpotts**
(See above for address)
*TERMINATED: 02/12/2016*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2012 | 1 | COMPLAINT against Brad Livingston, Jeff Pringle filed by Stephen McCollum, Sandra McCollum, Stephanie Kingrey. Summons(es) not requested at this time. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Filing fee $350; Receipt number 0539-4661589) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership (Attachments: # 1 Cover Sheet) (Medlock, Scott) (Entered: 06/26/2012) |
| 06/26/2012 | 2 | New Case Notes: A filing fee has been paid. File to Judge Lindsay. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (ndt) (axm). (Entered: 06/27/2012) |
| 07/02/2012 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Medlock, Scott) (Entered: 07/02/2012) |
| 07/11/2012 | 4 | Request for Clerk to issue Summons filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Medlock, Scott) (Entered: 07/11/2012) |
| 07/11/2012 | 5 | Summons Issued as to Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (cea) (Entered: 07/11/2012) |
| 08/06/2012 | 6 | AFFIDAVIT of Service for Complaint served on Texas Department of Criminal Justice on 07/24/12., SUMMONS Returned Executed as to Texas Department of Criminal Justice ; served on 7/24/2012. (Medlock, Scott) (Entered: 08/06/2012) |
| 08/06/2012 | 7 | SUMMONS Returned Executed as to Brad Livingston ; served on 7/24/2012. (Medlock, Scott) (Entered: 08/06/2012) |

| 08/06/2012 | 8 | SUMMONS Returned Executed as to Jeff Pringle ; served on 7/27/2012. (Medlock, Scott) (Entered: 08/06/2012) |
|---|---|---|
| 08/21/2012 | 9 | ANSWER to 1 Complaint with Jury Demand filed by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Garcia, Bruce) (Entered: 08/21/2012) |
| 08/21/2012 | 10 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (Garcia, Bruce) (Entered: 08/21/2012) |
| 08/22/2012 | 11 | ORDER REQUIRING ATTORNEY CONFERENCE AND STATUS REPORT: Status Report due by 9/21/2012. (Ordered by Judge Sam A Lindsay on 8/22/2012) (cea) (Entered: 08/22/2012) |
| 09/21/2012 | 12 | Joint STATUS REPORT and Agreed Discovery Plan filed by Stephanie Kingrey, Brad Livingston, Sandra McCollum, Stephen McCollum, Jeff Pringle, Texas Department of Criminal Justice. (Medlock, Scott) (Entered: 09/21/2012) |
| 09/25/2012 | 13 | ***VACATED PER 22 ORDER*** SCHEDULING ORDER: This case is set for trial on this court's four-week docket beginning 10/7/2013 before Judge Sam A Lindsay. Joinder of Parties due by 2/1/2013. Amended Pleadings due by 2/1/2013. Motions due by 6/17/2013. Discovery due by 6/3/2013. Pretrial Materials due by 9/9/2013. Pretrial Order due by 9/9/2013. Settlement Status Report due by 12/26/2012. Pretrial Conference set for 10/4/2013 at 10:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 9/25/2012) (tln) Modified on 2/5/2013 (axm). (Entered: 09/25/2012) |
| 09/25/2012 | 14 | ***VACATED PER 22 ORDER*** MEDIATION ORDER. The parties are to select or designate a mediator. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for mediation is on or before 2/15/2013. (Ordered by Judge Sam A Lindsay on 9/25/2012) (tln) Modified on 2/5/2013 (axm). (Entered: 09/25/2012) |
| 01/29/2013 | 16 | Unopposed MOTION to Amend/Correct Scheduling Order filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 01/29/2013) |
| 01/29/2013 | 17 | MOTION TO APPOINT MAGISTRATE JUDGE ANDY AUSTIN TO MEDIATE by Stephanie Kingrey, Brad Livingston, Sandra McCollum, Stephen McCollum, Jeff Pringle, Texas Department of Criminal Justice. (Attachments: # 1 Proposed Order) (Edwards, Jeff) Modified event/text on 1/30/2013 (rlw). (Entered: 01/29/2013) |

| 01/30/2013 | 18 | Notice of Correction of Signature Omission, correcting signature omission in 16 Motion to Amend/Correct filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Edwards, Jeff) (Entered: 01/30/2013) |
|---|---|---|
| 02/01/2013 | 19 | ***STRICKEN PER ORDER AT DOCKET 46 *** Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) Modified text on 2/22/2013 (rlw). Modified on 4/10/2013 (cea). (Entered: 02/01/2013) |
| 02/01/2013 | 20 | MOTION for Protective Order filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 02/01/2013) |
| 02/01/2013 | 21 | MOTION to Quash *Deposition* filed by Brad Livingston with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 02/01/2013) |
| 02/05/2013 | 22 | FIRST AMENDED SCHEDULING ORDER: Trial set for four-week docket beginning 2/3/2014 before Judge Sam A Lindsay. Joinder of Parties due by 4/1/2013. Amended Pleadings due by 4/1/2013. Motions due by 9/16/2013. Discovery due by 9/3/2013. Pretrial Order due by 1/6/2014. Pretrial Materials due by 1/6/2014. Pretrial Conference set for 1/31/2014 09:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 2/5/2013) (axm) (Entered: 02/05/2013) |
| 02/05/2013 | 23 | AMENDED MEDIATION ORDER. The court appoints Magistrate Judge Andrew Austin as mediator. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. Deadline for mediation is on or before 3/15/2013. (Ordered by Judge Sam A Lindsay on 2/5/2013) (axm) Modified on 2/5/2013 (axm). (Entered: 02/05/2013) |
| 02/06/2013 | 24 | ORDER OF REFERENCE: 21 MOTION to Quash *Deposition* is referred to United States Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 2/6/2013) (ykp) (Entered: 02/06/2013) |
| 02/06/2013 |  | ***Clerk's Notice of delivery: (see NEF for details) Docket No:24. Wed Feb 6 16:16:40 CST 2013 (crt) (Entered: 02/06/2013) |
| 02/12/2013 | 25 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 21 MOTION to Quash *Deposition*, 20 MOTION for Protective Order (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit(s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Proposed Order) (Medlock, Scott) (Entered: 02/12/2013) |
| 02/13/2013 | 26 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: Motion Hearing held on 2/13/2013 re 21 Motion to Quash filed by Brad Livingston. re: 21 MOTION to Quash |

| | | |
|---|---|---|
| | | *Deposition* Attorney Appearances: Plaintiff - Scott Medlock; Defense - Bruce Garcia. (Court Reporter: Digital File) (No exhibits) Time in Court - :25. (chmb) (Entered: 02/13/2013) |
| 02/13/2013 | 27 | Order Referring Motion re: 20 MOTION for Protective Order Motion (s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 2/13/2013) (tla) (Entered: 02/13/2013) |
| 02/13/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:27. Wed Feb 13 15:12:24 CST 2013 (crt) (Entered: 02/13/2013) |
| 02/14/2013 | 28 | ELECTRONIC ORDER granting 20 Motion for Protective Order Defendant Livingston's Motion for Protective Order is GRANTED without prejudice to Plaintiffs seeking leave of Court to take Defendant Livingston's deposition if Plaintiffs are unable to obtain the information sought by using other avenues and modes of discovery. (Ordered by Magistrate Judge Renee Harris Toliver on 2/14/2013) (chmb) (Entered: 02/14/2013) |
| 02/14/2013 | 29 | ELECTRONIC ORDER granting 21 Motion to Quash Defendant Livingston's Motion to Quash is GRANTED without prejudice to Plaintiffs seeking leave of Court to take Defendant Livingston's deposition if Plaintiffs are unable to obtain the information sought by using other avenues and modes of discovery. (Ordered by Magistrate Judge Renee Harris Toliver on 2/14/2013) (chmb) (Entered: 02/14/2013) |
| 02/14/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:28, 29. Thu Feb 14 09:26:11 CST 2013 (crt) (Entered: 02/14/2013) |
| 02/21/2013 | 30 | Unopposed MOTION to Extend Time to File Response/Reply re: 19 Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings, filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) Modified text on 2/22/2013 (rlw). (Entered: 02/21/2013) |
| 03/04/2013 | 31 | MOTION to Extend Time Mediation Deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 03/04/2013) |
| 03/05/2013 | 32 | ORDER granting 30 Unopposed Motion to Extend Time: Response to 19 FRCP 12(c) Motion for Judgement[sic] on the Pleadings due by 4/8/2013. (Ordered by Judge Sam A Lindsay on 3/5/2013) (twd) (Entered: 03/05/2013) |
| 03/05/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:32. Tue Mar 5 11:32:25 CST 2013 (crt) (Entered: 03/05/2013) |
| 03/05/2013 | 33 | ORDER granting 31 Motion to Extend Deadline to Mediate: Deadline for mediation is extended to 3/28/2013. (Ordered by Judge Sam A Lindsay on 3/5/2013) (twd) (Entered: 03/05/2013) |
| | | |

| 03/05/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:33. Tue Mar 5 11:36:40 CST 2013 (crt) (Entered: 03/05/2013) |
|---|---|---|
| 03/08/2013 | 34 | MOTION to Compel *Discovery* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order) (Medlock, Scott) (Entered: 03/08/2013) |
| 03/11/2013 | 35 | ORDER OF REFERENCE re 34 MOTION to Compel. Motion(s) referred to Magistrate Judge Renee Harris Toliver. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge" - not to the district judge or court - and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay (Ordered by Judge Sam A Lindsay on 3/11/2013) (aaa) (Entered: 03/11/2013) |
| 03/12/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:35. Tue Mar 12 11:00:12 CDT 2013 (crt) (Entered: 03/12/2013) |
| 03/28/2013 | 36 | Unopposed MOTION for Extension of Time to Respond to 34 Plaintiff's Motion to Compel filed by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice (Garcia, Bruce) Modified link/text on 3/29/2013 (rlw). (Entered: 03/28/2013) |
| 04/01/2013 | 37 | Unopposed MOTION to Extend Time filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 04/01/2013) |
| 04/02/2013 | 38 | ORDER granting 37 Unopposed Motion to Extend the Pleading and Party Deadline by One Day: Accordingly, the deadline for Plaintiffs to amend the pleadings and add parties is extended from 4/01/2013, to 4/02/2013. (Ordered by Judge Sam A Lindsay on 4/2/2013) (twd) (Entered: 04/02/2013) |
| 04/02/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:38. Tue Apr 2 11:47:19 CDT 2013 (crt) (Entered: 04/02/2013) |
| 04/02/2013 | 39 | Unopposed MOTION for Leave to File First Amended Complaint filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order, # 2 Exhibit(s)) (Edwards, Jeff) (Entered: 04/02/2013) |
| 04/03/2013 | 40 | ORDER granting 39 Unopposed Motion for Leave to File Their First Amended Complaint: Accordingly, Plaintiffs must file their First Amended Complaint within three business days of this order. (Ordered by Judge Sam A Lindsay on 4/3/2013) (twd) (Entered: 04/03/2013) |
| 04/03/2013 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:40. Wed Apr 3 17:03:09 CDT 2013 (crt) (Entered: 04/03/2013) |
| 04/04/2013 | 41 | ELECTRONIC ORDER granting 36 Motion to Extend Time to File |

| | | |
|---|---|---|
| | | Response/Reply. Response to Motion to Compel is due by 4/5/2013 (Ordered by Magistrate Judge Renee Harris Toliver on 4/4/2013) (chmb) (Entered: 04/04/2013) |
| 04/05/2013 | 42 | RESPONSE filed by Texas Department of Criminal Justice re: 34 MOTION to Compel *Discovery* (Garcia, Bruce) (Entered: 04/05/2013) |
| 04/05/2013 | 43 | AMENDED COMPLAINT against All Defendants filed by Stephen McCollum, Sandra McCollum, Stephanie Kingrey. Clerk to issue summons(es). (Medlock, Scott) (Entered: 04/05/2013) |
| 04/08/2013 | 44 | Summons Issued as to Richard Clark, Robert Eason, Sandrea Sanders, Karen Tate, University of Texas Medical Branch. (cea) (Entered: 04/08/2013) |
| 04/08/2013 | 45 | Unopposed MOTION to Withdraw *Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings without Prejudice* filed by Brad Livingston (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/08/2013) |
| 04/09/2013 | 46 | ORDER: Before the court is the Unopposed Motion to Withdraw Defendant Livingston's FRCP 12(c) Motion for Judgment on the Pleadings Without Prejudice, filed 4/8/2013. The court determines that the motion should be, and is here by, granted. Accordingly, Defendant Livington's FRCP 12(c) Motion for Judgment on the Pleadings is withdrawn. The court directs the clerk to strike the motion from the docket. (Ordered by Judge Sam A Lindsay on 4/9/2013) (cea) (Entered: 04/10/2013) |
| 04/11/2013 | 47 | NOTICE of Change of Address for Attorney Jeff Edwards on behalf of Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Filer will update contact info in ECF.) (Edwards, Jeff) (Entered: 04/11/2013) |
| 04/18/2013 | 48 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 34 MOTION to Compel *Discovery* (Medlock, Scott) (Entered: 04/18/2013) |
| 05/07/2013 | 49 | ANSWER to 43 Amended Complaint with Jury Demand filed by University of Texas Medical Branch. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Coogan, Kim) (Entered: 05/07/2013) |
| 05/15/2013 | 50 | Emergency Second MOTION to Compel *Discovery Responses* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B-N, # 3 Exhibit(s) O, # 4 Exhibit(s) P, # 5 Exhibit(s) Q, # 6 Proposed Order) (Medlock, Scott) Modified on 5/16/2013 (axm). (Entered: 05/15/2013) |
| | | |

| 05/16/2013 | 51 | Order Referring 50 Emergency Second Motion to Compel Discovery Responses to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 5/16/2013) (twd) (Entered: 05/16/2013) |
| 05/24/2013 | 52 | NOTICE of *Agreed Protective Order* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) (Entered: 05/24/2013) |
| 05/28/2013 | 53 | RESPONSE filed by Texas Department of Criminal Justice re: 50 Emergency Second MOTION to Compel *Discovery Responses* with Brief in Support (Attachments: # 1 Proposed Order) (Garcia, Bruce) Modified text on 5/29/2013 (rlw). (Entered: 05/28/2013) |
| 05/29/2013 | 54 | Unopposed MOTION to Extend Time Expert Designation Deadlines filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 05/29/2013) |
| 05/30/2013 | 55 | MOTION to Dismiss *Under FRCP 12(c)* filed by University of Texas Medical Branch (Attachments: # 1 Proposed Order) (Coogan, Kim) (Entered: 05/30/2013) |
| 05/31/2013 | 56 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 50 Emergency Second MOTION to Compel *Discovery Responses* (Medlock, Scott) (Entered: 05/31/2013) |
| 06/03/2013 | 57 | NOTICE of Attorney Appearance by Johnathan David Stone on behalf of Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Stone, Johnathan) (Entered: 06/03/2013) |
| 06/04/2013 | 58 | ORDER granting in part and denying in part 34 Motion to Compel (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 6/4/2013) (mcrd) (Entered: 06/04/2013) |
| 06/06/2013 | 59 | ORDER granting 54 Unopposed Motion to Extend Expert Designation Deadlines. Accordingly, Plaintiffs' expert designation deadline is extended from 6/5/2013, to 8/5/2013; and Defendants' expert designation deadline is extended from 7/5/2013, to 9/5/2013. (Ordered by Judge Sam A Lindsay on 6/6/2013) (ctf) (Entered: 06/06/2013) |
| 06/13/2013 | 60 | ANSWER to 43 Amended Complaint with Jury Demand filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandra Sanders, Karen Tate, Texas Department of Criminal Justice. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. (Garcia, Bruce) (Entered: 06/13/2013) |
| 06/18/2013 | 61 | Unopposed MOTION to Extend Time to File Response/Reply re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, |

| | | |
|---|---|---|
| | | Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) Modified text on 6/19/2013 (rlw). (Entered: 06/18/2013) |
| 06/20/2013 | 62 | ELECTRONIC ORDER granting 61 Motion to Extend Time to File Response/Reply. Responses due by 6/28/2013 (Ordered by Judge Sam A Lindsay on 6/20/2013) (chmb) (Entered: 06/20/2013) |
| 06/21/2013 | 63 | NOTICE of *Attorney Appearance as Co-Counsel on Behalf of Defendant UTMB* filed by University of Texas Medical Branch (Mase, Lacey) (Entered: 06/21/2013) |
| 06/24/2013 | 64 | Objections to Plaintiff's Notice of Deposition filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A-Deposition Notice, # 2 Proposed Order) (Coogan, Kim) Modified on 6/24/2013 (skt). (Entered: 06/24/2013) |
| 06/28/2013 | 65 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 55 MOTION to Dismiss *Under FRCP 12(c)* (Attachments: # 1 Exhibit(s) Brief, # 2 Proposed Order) (Medlock, Scott) (Entered: 06/28/2013) |
| 07/19/2013 | 66 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by University of Texas Medical Branch. (Coogan, Kim) (Entered: 07/19/2013) |
| 07/19/2013 | 67 | Agreed MOTION to Extend Time Expert Designation Deadlines filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 07/19/2013) |
| 07/22/2013 | 68 | ORDER granting 67 Motion to Extend Time for Expert Designation Deadlines. Plaintiffs' deadline to designate experts and produce reports is 10/5/2013, and Defendants' deadline is 11/15/2013. (Ordered by Judge Sam A Lindsay on 7/22/2013) (cea) (Entered: 07/22/2013) |
| 07/24/2013 | 69 | ORDER: Plaintiffs' 50 Emergency Second Motion to Compel Discovery Responses is GRANTED IN PART (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 7/24/2013) (mcrd) (Entered: 07/24/2013) |
| 07/24/2013 | 70 | REPLY filed by University of Texas Medical Branch re: 55 MOTION to Dismiss *Under FRCP 12(c)* (Hime, Erika) (Entered: 07/24/2013) |
| 07/29/2013 | 71 | Unopposed MOTION for Leave to File Sur-Reply to Defendant University of Texas Medical Branch Motion to Dismiss Under Rule 12 (c) filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Proposed Order) (Edwards, Jeff) (Entered: 07/29/2013) |
| 07/31/2013 | 72 | ORDER granting 71 Plaintiffs' Unopposed Motion for Leave to File Sur-Reply to Defendant University of Texas Medical Branch's Motion to Dismiss Under Rule 12(c). Surreplies due by 8/2/2013 re: 55 Motion |

| | | |
|---|---|---|
| | | to Dismiss *Under FRCP 12(c)*. (Ordered by Judge Sam A Lindsay on 7/31/2013) (axm) (Entered: 07/31/2013) |
| 07/31/2013 | 73 | Sur-reply filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 55 MOTION to Dismiss *Under FRCP 12(c)* (Medlock, Scott) (Entered: 07/31/2013) |
| 08/23/2013 | 74 | (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013) filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit (s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Exhibit(s) Exhibit 5, # 6 Exhibit(s) Exhibit 6, # 7 Exhibit(s) Exhibit 7, # 8 Proposed Order Proposed Order) (Medlock, Scott) (Entered: 08/23/2013) |
| 08/23/2013 | 75 | MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1 - Deposition of Jeffrey Pringle, # 2 Exhibit(s) 2 - Deposition of Ananda D. Babbili, # 3 Exhibit(s) 3 - Notice of Deposition of UTMB, # 4 Proposed Order) (Medlock, Scott) (Entered: 08/23/2013) |
| 08/26/2013 | 76 | Order Referring 74 Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler, and 75 Plaintiff's Motion to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 8/26/2013) (axm) (Entered: 08/26/2013) |
| 08/30/2013 | 77 | NOTICE of Attorney Appearance by Demetri Anastasiadis on behalf of Brad Livingston. (Filer confirms contact info in ECF is current.) (Anastasiadis, Demetri) (Entered: 08/30/2013) |
| 08/30/2013 | 78 | RESPONSE filed by Brad Livingston re: 74 (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013) (Anastasiadis, Demetri) (Entered: 08/30/2013) |
| 09/03/2013 | 79 | MOTION to Extend Time discovery deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 09/03/2013) |
| 09/04/2013 | 80 | NOTICE to the Court re: 79 MOTION to Extend Discovery Deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) Modified on 9/4/2013 (skt). (Entered: 09/04/2013) |
| 09/04/2013 | 81 | NOTICE of re: 79 MOTION to Extend Time discovery deadline filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Medlock, Scott) (Entered: 09/04/2013) |
| 09/05/2013 | 82 | ***VACATED PER 99 ORDER*** SECOND AMENDED |

| | | |
|---|---|---|
| | | SCHEDULING ORDER: This case is set for trial on this court's four-week docket beginning 4/7/2014 before Judge Sam A Lindsay. Discovery due by 12/2/2013. Motions due by 12/16/2013. Pretrial Order due by 3/10/2014. Pretrial Materials due by 3/10/2014. Pretrial Conference set for 4/3/2014 11:00 AM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 9/5/2013) (ndt) Modified on 10/29/2013 (axm). (Entered: 09/05/2013) |
| 09/06/2013 | 83 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 74 Sealed Plaintiff's Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Medlock, Scott) (Entered: 09/06/2013) |
| 09/06/2013 | 84 | SUR-REPLY filed by Brad Livingston re: 74 (Document Restricted) Plaintiff's Sealed Opposed Motion to Compel Deposition of William Stephens and Rick Thaler (Sealed pursuant to order dated 5/24/2013), 83 Reply (Anastasiadis, Demetri) Modified from response to sur-reply to match image on 9/9/2013 (apy). (Entered: 09/06/2013) |
| 09/06/2013 | 85 | MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Brad Livingston (Attachments: # 1 Exhibit(s) 1) (Anastasiadis, Demetri) (Entered: 09/06/2013) |
| 09/13/2013 | 86 | RESPONSE filed by University of Texas Medical Branch re: 75 MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8) (Coogan, Kim) (Entered: 09/13/2013) |
| 09/13/2013 | 87 | (Document Restricted) Sealed ORDER denying sealed motion 74 . (Ordered by Magistrate Judge Renee Harris Toliver on 9/13/2013) (mcrd) (Entered: 09/13/2013) |
| 09/24/2013 | 88 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 75 MOTION to Compel *Deposition of University of Texas Medical Branch and Owen Murray, M.D.* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2) (Medlock, Scott) (Entered: 09/24/2013) |
| 09/24/2013 | 89 | Unopposed MOTION to Extend Time to Designate Experts filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments:***DISREGARD ATTACHMENT PER ATTORNEY*** # 1 Proposed Order) (Medlock, Scott) Modified text on 9/24/2013 (ykp). (Entered: 09/24/2013) |
| 09/24/2013 | 90 | *Unopposed* MOTION for Extension of Time to File Response/Reply re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Medlock, Scott) (Entered: 09/24/2013) |
| | | |

| | | |
|---|---|---|
| 09/25/2013 | 91 | ORDER granting 90 Unopposed MOTION for Extension of Time to File Response/Reply. Responses due by 10/4/2013. (Ordered by Judge Sam A Lindsay on 9/25/2013) (jrr) (Entered: 09/25/2013) |
| 09/25/2013 | 92 | ORDER granting 89 Unopposed MOTION to Extend Time to Designate Experts. (Ordered by Judge Sam A Lindsay on 9/25/2013) (jrr) (Entered: 09/26/2013) |
| 10/04/2013 | 93 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4) (Medlock, Scott) (Entered: 10/04/2013) |
| 10/09/2013 | 94 | RESPONSE filed by Brad Livingston re: 93 Response/Objection, (Anastasiadis, Demetri) (Entered: 10/09/2013) |
| 10/15/2013 | 95 | ORDER granting in part and denying in part 75 Motion to Compel (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 10/15/2013) (mcrd) (Entered: 10/15/2013) |
| 10/24/2013 | 96 | NOTICE of *Advisory to the Court* filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 10/24/2013) |
| 10/25/2013 | 97 | Amended MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 10/25/2013) |
| 10/28/2013 | 98 | Agreed MOTION to Expedite *To Extend Deadlines* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 10/28/2013) |
| 10/29/2013 | 99 | ***VACATED PER 143 ORDER***THIRD AMENDED SCHEDULING ORDER: Trial set for four-week docket beginning 8/4/2014 before Judge Sam A Lindsay. Motions due by 3/17/2014. Discovery due by 3/3/2014. Pretrial Order due by 7/7/2014. Pretrial Materials due by 7/7/2014. Pretrial Conference set for 8/1/2014 03:30 PM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 10/29/2013) (axm) Modified on 3/10/2014 (ctf). (Entered: 10/29/2013) |
| 11/01/2013 | 100 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Proposed Order) (Edwards, Jeff) (Entered: 11/01/2013) |
| 11/05/2013 | 101 | REPLY filed by Brad Livingston re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Anastasiadis, Demetri) (Entered: 11/05/2013) |
| 11/08/2013 | 102 | ORDER re: 85 Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity. Defendant Brad Livingston filed an Amended Motion to Dismiss on the Basis of Qualified Immunity (Doc. 97 ) on |

| | | |
|---|---|---|
| | | 10/25/2013. In light of the filing of the Amended Motion to Dismiss on the Basis of Qualified Immunity, the court denies as moot Defendant Brad Livingston's Motion to Dismiss on the Basis of Qualified Immunity (Doc. 85 ). (Ordered by Judge Sam A Lindsay on 11/8/2013) (ctf) (Entered: 11/08/2013) |
| 12/04/2013 | 103 | MOTION to Compel *Deposition of Brad Livingston* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Brief In Support, # 2 Appendix, # 3 Exhibit(s) 1, # 4 Exhibit(s) 2, # 5 Exhibit(s) 3, # 6 Exhibit(s) 4A, # 7 Exhibit(s) 4B, # 8 Exhibit(s) 5, # 9 Exhibit(s) 6, # 10 Exhibit(s) 7, # 11 Exhibit(s) 8, # 12 Proposed Order) (Edwards, Jeff) (Entered: 12/04/2013) |
| 12/05/2013 | 104 | ORDER OF REFERENCE: re: 103 MOTION to Compel *Deposition of Brad Livingston*. Motion(s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 12/5/2013) (cea) (Entered: 12/05/2013) |
| 12/11/2013 | 105 | RESPONSE filed by Brad Livingston re: 103 MOTION to Compel *Deposition of Brad Livingston* (Attachments: # 1 Exhibit(s) Appendix Exhibits Part 1 of 3, # 2 Exhibit(s) Appendix Exhibits Part 2 of 3, # 3 Exhibit(s) Appendix Exhibits Part 3 of 3) (Anastasiadis, Demetri) (Entered: 12/11/2013) |
| 12/19/2013 | 106 | NOTICE of *Supplemental Authority* in Response re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) Modified docket text on 12/19/2013 (cea). (Entered: 12/19/2013) |
| 12/20/2013 | 107 | Designation of Experts by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5) (Edwards, Jeff) (Entered: 12/20/2013) |
| 12/20/2013 | 108 | NOTICE of *Supplemental Authority* re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 12/20/2013) |
| 12/23/2013 | 109 | NOTICE of *Supplemental Authority* re: 85 MOTION to Dismiss *on the Basis of Qualified Immunity* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 12/23/2013) |
| 01/02/2014 | 110 | RESPONSE filed by Brad Livingston re: 97 Amended MOTION to Dismiss *on the Basis of Qualified Immunity* (Anastasiadis, Demetri) (Entered: 01/02/2014) |
| 01/09/2014 | 111 | NOTICE of Attorney Appearance by Shanna Elizabeth Molinare for |

| | | |
|---|---|---|
| | | Co-Counsel on behalf of University of Texas Medical Branch. (Molinare, Shanna) (Entered: 01/09/2014) |
| 01/10/2014 | 112 | RESPONSE filed by University of Texas Medical Branch re: 106 Notice (Other), (Coogan, Kim) (Entered: 01/10/2014) |
| 01/14/2014 | 113 | Unopposed MOTION to Amend/Correct *Complaint* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order, # 2 Exhibit(s) A) (Edwards, Jeff) (Entered: 01/14/2014) |
| 01/15/2014 | 114 | Designation of Experts by University of Texas Medical Branch. (Attachments: # 1 Affidavit(s) Affidavit of Glenda M. Adams, # 2 Exhibit(s) Ex. 1 to Affidavit, # 3 Exhibit(s) Ex. 2 to Affidavit, # 4 Exhibit(s) Ex. 3 to Affidavit, # 5 Exhibit(s) Ex. 4 to Affidavit, # 6 Exhibit(s) Ex. 5 to Affidavit, # 7 Exhibit(s) Ex. 6 to Affidavit, # 8 Exhibit(s) Ex. 7 to Affidavit, # 9 Exhibit(s) Ex. 8 to Affidavit, # 10 Exhibit(s) Ex. 9 to Affidavit, # 11 Exhibit(s) Ex. 10 to Affidavit) (Coogan, Kim) (Entered: 01/15/2014) |
| 01/16/2014 | 115 | Plaintiffs' Second NOTICE of *Supplemental Authority* re: 55 MOTION to Dismiss *Under FRCP 12(c)* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) (Entered: 01/16/2014) |
| 01/23/2014 | 116 | NOTICE of *Rule 11 Agreement* filed by Richard Clark, Robert Eason, Sandra McCollum, Stephen McCollum, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 01/23/2014) |
| 01/27/2014 | 117 | ELECTRONIC Minute Entry for proceedings held before Judge Sam A Lindsay: Telephone Conference held on 1/27/2014. Attorney Appearances: Plaintiff - Scott Medlock; Defense - Demetri Anastasiadis, Jonathan David Stone, Kim Coogan. (Court Reporter: Charyse Crawford) (No exhibits) Time in Court - 0:30. (chmb) (Entered: 01/27/2014) |
| 01/28/2014 | 118 | MEMORANDUM OPINION AND ORDER: Having determined that good cause exists, the court, pursuant to Rule 15(a), allows Plaintiffs to file an amended pleading in the interest of justice. Plaintiffs shall file a second amended complaint by 1/31/2014. As this is the second amended pleading, and in light of the age of this case, the court will allow no further amendment of Plaintiffs' pleadings. In light of the court's ruling, Defendant UTMB is permitted to file an amended motion pursuant to Rule 12(c) by 2/7/2014. Likewise, Defendant Brad Livingston is permitted to file a second amended motion to dismiss on the basis of qualified immunity by 2/7/2014. Accordingly, the court denies as moot Defendant UTMB's 55 Motion to Dismiss Under FRCP 12(c), filed 5/30/2013; and also denies as moot Defendant Brad Livingston's 97 Amended Motion to Dismiss on the Basis of Qualified Immunity, filed 10/25/2013. (Ordered by Judge Sam A Lindsay on |

| | | 1/28/2014) (tln) (Entered: 01/28/2014) |
|---|---|---|
| 01/31/2014 | 119 | SECOND AMENDED COMPLAINT WITH JURY DEMAND against All Defendants filed by Sandra McCollum, Stephanie Kingrey, Stephen McCollum. (Edwards, Jeff) (Entered: 01/31/2014) |
| 02/03/2014 | 120 | MOTION for Protective Order , MOTION to Quash *Unauthorized Depositions* () filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 02/03/2014) |
| 02/04/2014 | 121 | MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 02/04/2014) |
| 02/06/2014 | 122 | Amended MOTION to Dismiss *Under FRCP 12(c)* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 02/06/2014) |
| 02/12/2014 | 123 | Emergency Opposed MOTION to Depose or Exclude Expert Testimony filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Proposed Order) (Edwards, Jeff) Modified on 2/18/2014 (skt). (Entered: 02/12/2014) |
| 02/13/2014 | 124 | RESPONSE filed by University of Texas Medical Branch re: 123 MOTION Motion to Depose or Exclude Expert Testimony (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F) (Coogan, Kim) (Entered: 02/13/2014) |
| 02/14/2014 | 125 | Order Referring 120 Motion for Protective Order and Motion to Quash Unauthorized Depositions, 123 Emergency Opposed Motion to Depose University of Texas Medical Branch's Expert Witness, Glenda Adams, or to Exclude Adams' Expert Testimony to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 2/14/2014) (twd) (Entered: 02/14/2014) |
| 02/14/2014 | 126 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 123 Emergency Opposed MOTION to Depose or Exclude Expert Testimony (Attachments: # 1 Exhibit(s) 3, # 2 Exhibit (s) 4, # 3 Exhibit(s) 5) (Edwards, Jeff) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |
| 02/14/2014 | 127 | RESPONSE filed by University of Texas Medical Branch re: 120 MOTION to Quash and Defendant's 103 MOTION to Compel (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Proposed Order) (Coogan, Kim) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |
| 02/14/2014 | 128 | Opposed MOTION to Quash filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A) (Coogan, Kim) Modified on 2/18/2014 (skt). (Entered: 02/14/2014) |

| 02/18/2014 | 129 | ORDER granting in part Plaintiff's 103 Motion to Compel Deposition of Brad Livingston (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 2/18/2014) (mcrd) (Main Document 129 replaced on 2/18/2014) (mcrd). (Entered: 02/18/2014) |
|---|---|---|
| 02/18/2014 | 130 | ORDER: Pursuant to 28 U.S.C. § 636(b), Defendant University of Texas Medical Branch's Opposed Motion to Quash (Doc. 128 ), filed 2/14/2014, is hereby referred to United States Magistrate Judge Renee Harris Toliver, for hearing, if necessary, and for determination. (Ordered by Judge Sam A Lindsay on 2/18/2014) (ctf) (Entered: 02/18/2014) |
| 02/19/2014 | 131 | Designation of Experts by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Garcia, Bruce) (Entered: 02/19/2014) |
| 02/19/2014 | 132 | NOTICE of *Advisory to the Court* filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Garcia, Bruce) (Entered: 02/19/2014) |
| 02/19/2014 | 133 | Designation of Experts by Brad Livingston. (Attachments: # 1 Exhibit (s) Attachments CV Experts) (Anastasiadis, Demetri) (Entered: 02/19/2014) |
| 02/20/2014 | 134 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 120 MOTION for Protective Order MOTION to Quash *Unauthorized Depositions* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit (s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Proposed Order) (Edwards, Jeff) (Entered: 02/20/2014) |
| 02/21/2014 | 135 | Amended Opposed MOTION to Quash filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) A) (Coogan, Kim) (Entered: 02/21/2014) |
| 02/21/2014 | 136 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 121 MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* (Attachments: # 1 Brief in Support of Response, # 2 Exhibit(s) 1, # 3 Proposed Order) (Edwards, Jeff) (Entered: 02/21/2014) |
| 02/24/2014 | 137 | ORDER: Plaintiffs' 123 Emergency Opposed Motion to Depose is GRANTED and Defendant's 128 , 135 motions to quash are DENIED AS MOOT. (Ordered by Magistrate Judge Renee Harris Toliver on 2/24/2014) (mcrd) (Main Document 137 replaced on 2/24/2014) (mcrd). (Entered: 02/24/2014) |
| 02/25/2014 | 138 | Amended Designation of Experts by University of Texas Medical Branch. (Coogan, Kim) Modified on 2/26/2014 (skt). (Entered: 02/25/2014) |
| 02/26/2014 | 139 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen |

| | | |
|---|---|---|
| | | McCollum re: 122 Amended MOTION to Dismiss *Under FRCP 12(c)* (Attachments: # 1 Brief in Support of Response, # 2 Exhibit(s) 1, # 3 Exhibit(s) 2, # 4 Proposed Order) (Edwards, Jeff) (Entered: 02/26/2014) |
| 02/27/2014 | 140 | ORDER: Plaintiffs' 120 Motion for Protective Order and Motion to Quash Unauthorized Depositions is GRANTED IN PART (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 2/27/2014) (mcrd) (Entered: 02/27/2014) |
| 02/28/2014 | 141 | REPLY filed by Brad Livingston re: 136 Response/Objection, 113 Unopposed MOTION to Amend/Correct *Complaint* (Anastasiadis, Demetri) (Entered: 02/28/2014) |
| 03/06/2014 | 142 | Unopposed MOTION to Extend Time for Filing Motion for Summary Judgment and Daubert Motions filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 03/06/2014) |
| 03/10/2014 | 143 | FOURTH AMENDED SCHEDULING ORDER granting 142 UTMB's Unopposed Motion to Extend Date for Filing Motion for Summary Judgment and Daubert Motions. Accordingly, the court resets the trial of this case; vacates the Third Amended Scheduling Order issued 10/29/2013, and issues this fourth amended scheduling order: This case is set for trial on this court's four-week docket beginning 11/3/2014 before Judge Sam A Lindsay. Motions due by 5/2/2014. Discovery due by 5/2/2014. Pretrial Materials due by 10/6/2014. Pretrial Order due by 10/6/2014. Pretrial Conference set for 10/30/2014 at 01:30 PM before Judge Sam A Lindsay. (Ordered by Judge Sam A Lindsay on 3/10/2014) (ctf) (Entered: 03/10/2014) |
| 03/12/2014 | 144 | MOTION to Compel *Responses to Requests for Production* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Proposed Order) (Edwards, Jeff) (Entered: 03/12/2014) |
| 03/13/2014 | 145 | ORDER OF REFERENCE: re: 144 MOTION to Compel *Responses to Requests for Production*. Motion(s) referred to Magistrate Judge Renee Harris Toliver. (Ordered by Judge Sam A Lindsay on 3/13/2014) (cea) (Entered: 03/13/2014) |
| 04/02/2014 | 146 | RESPONSE filed by University of Texas Medical Branch re: 144 MOTION to Compel *Responses to Requests for Production* (Attachments: # 1 Exhibit(s) A) (Molinare, Shanna) (Entered: 04/02/2014) |
| 04/07/2014 | 147 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 144 MOTION to Compel *Responses to Requests for Production* (Attachments: # 1 Exhibit(s) 7, # 2 Exhibit(s) 8) (Edwards, Jeff) (Entered: 04/07/2014) |
| | | |

| 04/11/2014 | 148 | NOTICE of *Supplemental Authority* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7) (Edwards, Jeff) (Entered: 04/11/2014) |
|---|---|---|
| 04/14/2014 | 149 | Defendant TDCJ's Opposed MOTION for In Camera Review of Privileged Documents filed by Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/14/2014) |
| 04/14/2014 | 150 | Unopposed MOTION to Seal Privileged Documents for In Camera Review filed by Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 04/14/2014) |
| 04/16/2014 | 152 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 149 Defendant TDCJ's Opposed MOTION for In Camera Review of Privileged Documents (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 04/16/2014) |
| 04/16/2014 | 153 | ORDER granting 150 Texas Department of Criminal Justice's Unopposed Motion to Seal Privileged Documents for In Camera Review. The court directs the clerk of court to place the documents under seal for In Camera Review. (Ordered by Judge Sam A Lindsay on 4/16/2014) (skt) (Entered: 04/16/2014) |
| 04/17/2014 | 154 | NOTICE of Attorney Appearance by Calysta L Lantiegne on behalf of University of Texas Medical Branch. (Filer confirms contact info in ECF is current.) (Lantiegne, Calysta) (Entered: 04/17/2014) |
| 04/21/2014 | 155 | ORDER granting 144 Motion to Compel Responses to Requests for Production and Deposition Testimony from Defendant University of Texas Medical Branch (See order for specifics). (Ordered by Magistrate Judge Renee Harris Toliver on 4/21/2014) (mcrd) (Entered: 04/21/2014) |
| 04/22/2014 | 156 | ELECTRONIC ORDER finding as moot 149 Motion In light of the Court's order on Plaintiff's Motion to Compel (Doc. 155), Defendant's Motion for In Camera Review of Privileged Documents filed by Texas Department of Criminal Justice is DENIED as moot. (Ordered by Magistrate Judge Renee Harris Toliver on 4/22/2014) (chmb) (Entered: 04/22/2014) |
| 04/22/2014 | 157 | MOTION for Extension of Time to File Summary Judgment Deadline filed by Brad Livingston (Attachments: # 1 Proposed Order) (Anastasiadis, Demetri) (Entered: 04/22/2014) |
| 04/24/2014 | 158 | NOTICE of Attorney Appearance by Matthew J Greer on behalf of Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Greer, Matthew) (Entered: 04/24/2014) |
| 04/28/2014 | 159 | Emergency Joint Opposed MOTION to Extend Time Deadlines filed |

| | | |
|---|---|---|
| | | by University of Texas Medical Branch (Coogan, Kim) Modified docket text to reflect correct title of document on 5/5/2014 (cea). (Entered: 04/28/2014) |
| 05/02/2014 | 160 | MOTION for Summary Judgment filed by University of Texas Medical Branch (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Exhibit(s) 7, # 8 Exhibit(s) 8) (Coogan, Kim) (Entered: 05/02/2014) |
| 05/02/2014 | 161 | NOTICE of *Advisory to the Court* re: 159 Emergency MOTION to Extend Time Deadlines filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Greer, Matthew) (Entered: 05/02/2014) |
| 05/05/2014 | 162 | ORDER: The court stays all deadlines in this case, including any responses to pending motions and the trial of this case, which is currently scheduled for November 2014. Accordingly, in light of how the court has decided to proceed in this case, it denies as moot the Joint Opposed Emergency Motion to Extend Deadlines (Doc. 159 ) and Brad Livingston's Opposed Motion to Extend Summary Judgment Deadline (Doc. 157 ). (Ordered by Judge Sam A Lindsay on 5/5/2014) (axm) (Entered: 05/05/2014) |
| 05/08/2014 | 163 | NOTICE of *Supplemental Authority* filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s) 1) (Edwards, Jeff) (Entered: 05/08/2014) |
| 05/12/2014 | 164 | MOTION for Sanctions , MOTION for Order to Show Cause , MOTION to Compel () filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum with Brief/Memorandum in Support. (Attachments: # 1 Brief in Support of Plaintiffs' Motion, # 2 Exhibit(s), # 3 Proposed Amendment) (Edwards, Jeff) (Entered: 05/12/2014) |
| 05/13/2014 | 165 | ORDER OF REFERENCE: Pursuant to 28 U.S.C. § 636(b), Plaintiffs' 164 Motion for Sanctions; Request for Show Cause Order; and Motion to Compel, filed 5/12/2014, is hereby referred to United States Magistrate Judge Renee Harris Toliver Jr. for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 5/13/2014) (ctf) (Entered: 05/13/2014) |
| 05/14/2014 | 166 | ELECTRONIC ORDER: Responses due by 5/27/2014; Replies due by 6/2/2014 re: 164 MOTION for Sanctions; MOTION for Order to Show Cause; MOTION to Compel This cause is before the Court on Plaintiff's Motion for Sanctions, Request for a Show Cause Order and Motion to Compel. In light of the allegations raised and the evidence submitted, the Court finds that expedited briefing is warranted. Accordingly, Defendants' responses to the motion are due on May 27, 2014. Plaintiffs' reply, if they wish to file one, is due June 2, 2014. (Ordered by Magistrate Judge Renee Harris Toliver on 5/14/2014) (chmb) (Entered: 05/14/2014) |
| | | |

| 05/22/2014 | 167 | MOTION for Extension of Time to File Response/Reply to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 05/22/2014) |
|---|---|---|
| 05/22/2014 | 168 | Amended Unopposed MOTION for Extension of Time to Respond to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Richard Clark, Robert Eason, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Attachments: # 1 Proposed Order) (Garcia, Bruce) (Entered: 05/22/2014) |
| 05/23/2014 | 169 | NOTICE of *First Supplemental Disclosure to Plaintiff* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 05/23/2014) |
| 05/27/2014 | 170 | ELECTRONIC ORDER granting 168 Motion to Extend Time to File Response/Reply. Response due by 5/30/2014 (Ordered by Magistrate Judge Renee Harris Toliver on 5/27/2014) (chmb) (Entered: 05/27/2014) |
| 05/27/2014 | 171 | ELECTRONIC ORDER finding as moot 167 Motion to Extend Time to File Response/Reply. (Ordered by Magistrate Judge Renee Harris Toliver on 5/27/2014) (chmb) (Entered: 05/27/2014) |
| 05/27/2014 | 172 | Emergency MOTION to Quash *Deposition* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 05/27/2014) |
| 05/27/2014 | 173 | Unopposed MOTION to Extend Time to Respond to Plaintiff's Motion for Sanctions, Request for Show Cause Order and Motion to Compel filed by Brad Livingston (Anastasiadis, Demetri) (Entered: 05/27/2014) |
| 05/27/2014 | 174 | RESPONSE filed by University of Texas Medical Branch re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Attachments: # 1 Additional Page(s) Brief in Support, # 2 Exhibit(s) Appendix) (Coogan, Kim) (Entered: 05/27/2014) |
| 05/27/2014 | 175 | RESPONSE filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 172 Emergency MOTION to Quash *Deposition* (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Proposed Order) (Edwards, Jeff) (Entered: 05/27/2014) |
| 05/28/2014 | 176 | ORDER OF REFERENCE: Defendant University of Texas Medical Branch's 172 Emergency Motion to Quash Deposition is referred to United States Magistrate Judge Renee Harris Toliver for hearing, if necessary, and determination. (Ordered by Judge Sam A Lindsay on 5/28/2014) (axm) (Entered: 05/28/2014) |
| 05/28/2014 | 177 | NOTICE of re: 172 Emergency MOTION to Quash *Deposition* filed by |

| | | |
|---|---|---|
| | | Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Edwards, Jeff) (Entered: 05/28/2014) |
| 05/28/2014 | 178 | REPLY filed by University of Texas Medical Branch re: 172 Emergency Motion to Quash Deposition, 175 Response/Objection, 177 Notice (Other) (Coogan, Kim) Modified linkage on 5/29/2014 (awc). (Entered: 05/28/2014) |
| 05/29/2014 | 179 | ELECTRONIC ORDER granting 173 Motion to Extend Time. Response due by 5/30/2014 (Ordered by Magistrate Judge Renee Harris Toliver on 5/29/2014) (chmb) (Entered: 05/29/2014) |
| 05/29/2014 | 180 | MOTION for Extension of Time to File Response/Reply to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Proposed Order) (Edwards, Jeff) (Entered: 05/29/2014) |
| 05/29/2014 | 181 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Renee Harris Toliver: granting in part and denying in part 172 Motion to Quash; Discovery Hearing held on 5/29/2014. The deposition of UTMB's witness will take place on Friday May 30th at 2:00 p.m. in Galveston, TX. Attorney Appearances: Plaintiff - Jeff Edwards; Defense - Kim Coogan. (Court Reporter: Digital File) (No exhibits) Time in Court - :07. (chmb) (Entered: 05/29/2014) |
| 05/29/2014 | 182 | ELECTRONIC ORDER granting 180 Motion to Extend Time to File Response/Reply. Reply due by 6/5/2014. (Ordered by Magistrate Judge Renee Harris Toliver on 5/29/2014) (chmb) (Entered: 05/29/2014) |
| 05/30/2014 | 183 | RESPONSE filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice re: 164 MOTION for Sanctions (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Proposed Order) (Garcia, Bruce) (Entered: 05/30/2014) |
| 06/02/2014 | 184 | REPLY BRIEF filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 164 MOTION for Sanctions, MOTION for Order to Show Cause, MOTION to Compel (Attachments: # 1 Exhibit (s)) (Edwards, Jeff) (Entered: 06/02/2014) |
| 06/05/2014 | 185 | Sur-reply filed by University of Texas Medical Branch re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Coogan, Kim) (Entered: 06/05/2014) |
| 06/05/2014 | 186 | NOTICE of *Vacation* filed by University of Texas Medical Branch (Coogan, Kim) (Entered: 06/05/2014) |
| 06/05/2014 | 187 | REPLY filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum re: 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel (Attachments: # 1 Exhibit(s)) (Edwards, Jeff) (Entered: 06/05/2014) |

| | | |
|---|---|---|
| 06/10/2014 | 188 | Supplemental Document by Stephanie Kingrey, Sandra McCollum, Stephen McCollum as to 164 MOTION for Sanctions MOTION for Order to Show Cause MOTION to Compel . (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) (Edwards, Jeff) (Entered: 06/10/2014) |
| 06/10/2014 | 189 | NOTICE of Attorney Appearance by Allan Kennedy Cook on behalf of Brad Livingston. (Filer confirms contact info in ECF is current.) (Cook, Allan) (Entered: 06/10/2014) |
| 06/12/2014 | 190 | MOTION to Quash *Discovery, Motion to Stay, and Motion for a Protective Order* filed by Brad Livingston (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B part 1 of 5, # 3 Exhibit(s) B part 2 of 5, # 4 Exhibit (s) B part 3 of 5, # 5 Exhibit(s) B part 4 of 5, # 6 Exhibit(s) B part 5 of 5) (Anastasiadis, Demetri). Added MOTION to Stay, MOTION for Protective Order on 6/13/2014 (axm). (Entered: 06/12/2014) |
| 06/13/2014 | 191 | ***VACATED PER 192 ORDER***ORDER OF REFERENCE re: 190 MOTION to Quash *Discovery* MOTION to Stay MOTION for Protective Order. Motion(s) referred to Magistrate Judge Renee Harris Toliver. All future filings regarding the referred motions shall be addressed "To the Honorable United States Magistrate Judge" not to the district judge or court and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay. (Ordered by Judge Sam A Lindsay on 6/13/2014) (cea) Modified on 6/16/2014 (skt). (Entered: 06/13/2014) |
| 06/16/2014 | 192 | ORDER granting 190 Defendant Brad Livingston's Motion to Stay, Motion for Protective Order, Objections, and Motion to Quash Discovery. In light of the court's prior order staying all deadlines in this case, the court vacates the 191 order of reference. The court directs the magistrate judge to delay ruling on Plaintiffs' 164 Motion for Sanctions; Request for Show Cause Order; and Motion to Compel, filed on 5/12/2014, until after the court has ruled on Defendant Brad Livingston's 121 Motion to Dismiss Second Amended Complaint on the Basis of Qualified Immunity. (Ordered by Judge Sam A Lindsay on 6/16/2014) (skt) (Entered: 06/16/2014) |
| 07/08/2014 | 193 | NOTICE of Attorney Appearance by Cynthia Lee Burton on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Filer confirms contact info in ECF is current.) (Burton, Cynthia) (Entered: 07/08/2014) |
| 07/15/2014 | 194 | MOTION to Transfer Case out of District/Division filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch (Attachments: # 1 Declaration(s) In Support of Motion to Transfer, # 2 Exhibit(s) Certificate of Service, # 3 Exhibit(s) 1 (Schedule of Actions), # 4 Exhibit(s) 2(HIN Complaint), # 5 Exhibit(s) 3(HIN Docket), # 6 Exhibit(s) 4(MAR Complaint), # 7 Exhibit(s) 5 |

| | | |
|---|---|---|
| | | (MAR Docket), # 8 Exhibit(s) 6(McC Complaint), # 9 Exhibit(s) 7 (McC Docket), # 10 Exhibit(s) 8(WEB Complaint), # 11 Exhibit(s) 9 (WEB Docket), # 12 Exhibit(s) 10(ADA Complaint), # 13 Exhibit(s) 11 (ADA Docket), # 14 Exhibit(s) 12(TOG Complaint), # 15 Exhibit(s) 13 (TOG Docket), # 16 Exhibit(s) 14(BAI Complaint), # 17 Exhibit(s) 15 (BAI Docket), # 18 Exhibit(s) 16(Federal Court Management Statistics), # 19 Exhibit(s) 17(MDL Dockets By District)) (Burton, Cynthia) (Entered: 07/15/2014) |
| 07/15/2014 | 195 | Brief/Memorandum in Support filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch re 194 MOTION to Transfer Case out of District/Division (Burton, Cynthia) (Entered: 07/15/2014) |
| 07/15/2014 | 196 | NOTICE of *Defendants' Amended Motion for Transfer of Actions to the Southern District of Texas Pursuant to 28 USC § 1407 for Coordinated or Consolidated Pretrial Proceedings* filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch (Attachments: # 1 Exhibit(s) Brief in Support, # 2 Exhibit(s) Declaration, # 3 Exhibit(s) Certificate of Service, # 4 Exhibit(s) 1 (Schedule of Actions), # 5 Exhibit(s) 2(HIN Complaint), # 6 Exhibit(s) 3(HIN Docket), # 7 Exhibit(s) 4(MAR Complaint), # 8 Exhibit(s) 5 (MAR Docket), # 9 Exhibit(s) 6(McC Complaint), # 10 Exhibit(s) 7 (McC Docket), # 11 Exhibit(s) 8(WEB Complaint), # 12 Exhibit(s) 9 (WEB Docket), # 13 Exhibit(s) 10(ADA Complaint), # 14 Exhibit(s) 11 (ADA Docket), # 15 Exhibit(s) 12(TOG Complaint), # 16 Exhibit(s) 13 (TOG Docket), # 17 Exhibit(s) 14(BAI Complaint), # 18 Exhibit(s) 15 (BAI Docket), # 19 Exhibit(s) 16(Federal Court Management Statistics, # 20 Exhibit(s) 17(MDL Dockets by District) (Burton, Cynthia) (Entered: 07/15/2014) |
| 07/21/2014 | 197 | Designation of lead counsel Calysta L Lantiegne for Defendant University of Texas Medical Branch. (Lantiegne, Calysta) (Entered: 07/21/2014) |
| 07/28/2014 | 198 | NOTICE of *OF APPEARANCE FILED IN MDL 2569* filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Burton, Cynthia) (Entered: 07/28/2014) |
| 07/29/2014 | 199 | NOTICE of *FILING IN MDL 2569 (Amended Certificate of Service)* filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Burton, Cynthia) (Entered: 07/29/2014) |
| 09/03/2014 | 200 | MOTION to Intervene filed by Jorge G Jones. (tln) (Entered: 09/03/2014) |
| 09/04/2014 | 201 | NOTICE of Attorney Appearance by Jacqueline Lee Haney on behalf |

| | | |
|---|---|---|
| | | of University of Texas Medical Branch. (Filer confirms contact info in ECF is current.) (Haney, Jacqueline) (Entered: 09/04/2014) |
| 09/10/2014 | 203 | MOTION to Adjoin as Litigant in Conjunction filed by Charles Curtiss Taylor, Jr. (tln) (Entered: 09/10/2014) |
| 09/10/2014 | 204 | MOTION to Adjoin as Litigant in Conjunction filed by Merrill Haskell. (tln) (Entered: 09/10/2014) |
| 09/16/2014 | 205 | MOTION for Leave to File Response in Opposition to Motion to Intervene filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Proposed Order) (Edwards, Jeff) (Entered: 09/16/2014) |
| 09/18/2014 | 206 | NOTICE of Attorney Appearance by Heather K Rhea on behalf of University of Texas Medical Branch. (Filer confirms contact info in ECF is current.) (Rhea, Heather) (Entered: 09/18/2014) |
| 09/26/2014 | 207 | OBJECTION filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice re: 204 MOTION to Join, 202 MOTION to Intervene, 200 MOTION to Intervene, 203 MOTION to Join (Attachments: # 1 Proposed Order) (Burton, Cynthia) (Entered: 09/26/2014) |
| 10/06/2014 | 208 | MOTION to Withdraw as Attorney *of Record* filed by University of Texas Medical Branch (Mase, Lacey) (Entered: 10/06/2014) |
| 10/09/2014 | 209 | ORDER granting 208 Motion to Withdraw as Attorney of Record. Accordingly, the court allows Ms. Lacey E. Mase to withdraw as counsel for UTMB, and she is relieved of any further obligation to or representation of UTMB in this case. (Ordered by Judge Sam A Lindsay on 10/9/2014) (twd) (Entered: 10/09/2014) |
| 10/09/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:209. Thu Oct 9 12:32:25 CDT 2014 (crt) (Entered: 10/09/2014) |
| 10/09/2014 | 210 | ORDER DENYING TRANSFER: The JPML has issued the attached order in MDL 2569, denying centralization of these actions in the Southern District of Texas. (Entered: 10/09/2014) (ykp) Modified text to match event on 10/14/2014 (skt). (Entered: 10/10/2014) |
| 10/10/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:210. Fri Oct 10 09:33:31 CDT 2014 (crt) (Entered: 10/10/2014) |
| 10/13/2014 | 211 | MOTION to Withdraw as Attorney filed by University of Texas Medical Branch (Attachments: # 1 Proposed Order) (Coogan, Kim) (Entered: 10/13/2014) |
| 10/14/2014 | 212 | ORDER granting 211 Motion to Withdraw as Attorney of Record. Accordingly, the court allows Ms. Kim Coogan to withdraw as counsel for UTMB, and she is relieved of any further obligation to or representation of UTMB in this case. Ms. Jacqueline Lee Haney and the office of the Attorney General of Texas will remain as UTMB's |

| | | |
|---|---|---|
| | | counsel. (Ordered by Judge Sam A Lindsay on 10/14/2014) (twd) (Entered: 10/14/2014) |
| 10/14/2014 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:212. Tue Oct 14 16:27:32 CDT 2014 (crt) (Entered: 10/14/2014) |
| 11/10/2014 | 213 | ELECTRONIC Minute Entry for proceedings held before Judge Sam A Lindsay: Telephone Conference held on 11/10/2014. Order to follow. Attorney Appearances: Plaintiff - Jeff Edwards, Scott Medlock, Sean Flammer; Defense - Bruce Garcia, Matthew Greer, Jacqueline Lee Haney, Heather Ray. (Court Reporter: Charyse Crawford) (No exhibits) Time in Court - 0:15. (chmb) (Entered: 11/10/2014) |
| 11/10/2014 | 214 | ORDER denying without prejudice 200 , 202 Motion to Intervene; denying without prejudice 203 , 204 Motion to Adjoin as Litigant in Conjunction; denying as moot 205 Motion for Leave to File Response in Opposition to Motion to Intervene. (Ordered by Judge Sam A Lindsay on 11/10/2014) (aaa) (Entered: 11/10/2014) |
| 11/10/2014 | 215 | Order to Sever. The court directs the clerk of court to sever from this action all matters herein, except for the pending motion for sanctions (Document No. 164 ), assign the severed portion a new case number, and transfer the new case to the Southern District of Texas, Houston Division, to be assigned to United States District Judge Keith Ellison. (Ordered by Judge Sam A Lindsay on 11/10/2014) (aaa) (Entered: 11/12/2014) |
| 11/13/2014 | 216 | Case transferred in from Texas Northern. Case Number 3:14-cv-03991; certified copy of transfer order, certified docket sheet, and transfer letter received (Entered: 11/13/2014) |
| 11/18/2014 | 217 | MOTION for Erika D. Hime to Withdraw as Attorney by University of Texas Medical Branch, filed. Motion Docket Date 12/9/2014. (Attachments: # 1 Proposed Order)(Hime, Erika) (Entered: 11/18/2014) |
| 11/18/2014 | 218 | ORDER granting 217 Motion to Withdraw as Attorney. Attorney Erika D Hime terminated. (Signed by Judge Keith P Ellison) Parties notified. (wbostic, 4) (Entered: 11/19/2014) |
| 11/25/2014 | 219 | MOTION for Calysta Lantiegne to Withdraw as Attorney by University of Texas Medical Branch, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 Proposed Order)(Lantiegne, Calysta) (Entered: 11/25/2014) |
| 11/26/2014 | 220 | ORDER granting 219 Motion to Withdraw as Attorney. Attorney Calysta L Lantiegne terminated.(Signed by Judge Keith P Ellison) Parties notified.(amwilliams, 4) (Entered: 11/26/2014) |
| 12/08/2014 | 221 | NOTICE of Appearance by Alistair Dawson, Kate Skagerberg, Leslie Tronche on behalf of University of Texas Medical Branch, filed. (Dawson, Alistair) (Entered: 12/08/2014) |
| | | |

| 12/18/2014 | 222 | STATUS REPORT by University of Texas Medical Branch, filed. (Haney, Jacqueline) (Entered: 12/18/2014) |
|---|---|---|
| 01/20/2015 | 223 | NOTICE of Setting. Parties notified. Status Conference set for 2/5/2015 at 11:00 AM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (sloewe, 4) (Entered: 01/20/2015) |
| 02/05/2015 | | Minute Entry for proceedings held before Judge Keith P Ellison. STATUS CONFERENCE held on 2/5/2015. Appearances:(Renata Strause). Bruce R Garcia, Cynthia Burton, Sean Flammer, Scott Charles Medlock, Shanna Elizabeth Molinare, Alistair B. Dawson. (Court Reporter: Sanchez), filed.(sloewe, 4) (Entered: 02/05/2015) |
| 02/09/2015 | 🔒 224 | OBJECTIONS *to Magistrate Judge Toliver's Order on Plaintiffs' Motion for Sanctions*, filed by University of Texas Medical Branch. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C1, # 4 Exhibit C2, # 5 Exhibit C3, # 6 Exhibit D1, # 7 Exhibit D2, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I1, # 13 Exhibit I2, # 14 Exhibit J, # 15 Exhibit K)(Haney, Jacqueline) (Entered: 02/09/2015) |
| 02/10/2015 | 225 | ADVISORY by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Attachments: # 1 Exhibit A)(Burton, Cynthia) (Entered: 02/10/2015) |
| 02/13/2015 | 226 | MOTION to Strike 224 Objections, by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 3/6/2015. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Edwards, Jeffrey) (Entered: 02/13/2015) |
| 02/13/2015 | 227 | RESPONSE to 226 MOTION to Strike 224 Objections, filed by University of Texas Medical Branch. (Molinare, Shanna) (Entered: 02/13/2015) |
| 02/19/2015 | 228 | Unopposed MOTION for Extension of Time to Respond by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 3/12/2015. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 02/19/2015) |
| 02/23/2015 | 229 | RESPONSE to 224 Objections, , filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Edwards, Jeffrey) (Entered: 02/23/2015) |
| 03/03/2015 | 230 | OBJECTIONS *to Plaintiffs' Notice of Intention to Take 30(b)(6) Oral Depositions and Subpoena Duces Tecum and Designation of Witnesses*, filed by University of Texas Medical Branch. (Attachments: # 1 Exhibit -Attachment 1, # 2 Exhibit -Attachment 2)(Haney, Jacqueline) (Entered: 03/03/2015) |
| 03/04/2015 | 231 | NOTICE of Appearance by Jennifer L. Daniel on behalf of University |

|  |  | of Texas Medical Branch, filed. (Daniel, Jennifer) (Entered: 03/04/2015) |
|---|---|---|
| 03/06/2015 | 232 | NOTICE of Appearance by Marcus T. Sanders on behalf of University of Texas Medical Branch, filed. (Sanders, Marcus) (Entered: 03/06/2015) |
| 03/10/2015 | 233 | NOTICE of Appearance by Daniel C. Neuhoff on behalf of Texas Department of Criminal Justice, filed. (Neuhoff, Daniel) (Entered: 03/10/2015) |
| 03/30/2015 | 234 | MOTION for Sean Flammer to Withdraw as Attorney by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 4/20/2015. (Attachments: # 1 Proposed Order)(Flammer, Sean) (Entered: 03/30/2015) |
| 03/30/2015 | 235 | ORDER granting 234 Motion to Withdraw as Attorney. Attorney Sean Flammer terminated.(Signed by Judge Keith P Ellison) Parties notified. (amwilliams, 4) (Entered: 03/30/2015) |
| 05/11/2015 | 236 | Unopposed MOTION for Alistair Dawson, Kate Skagerberg, Leslie Tronche to Withdraw as Attorney by University of Texas Medical Branch, filed. Motion Docket Date 6/1/2015. (Attachments: # 1 Proposed Order)(Dawson, Alistair) (Entered: 05/11/2015) |
| 05/15/2015 | 237 | ORDER granting 236 Motion to Withdraw as Attorney. (Signed by Judge Keith P Ellison) Parties notified. (wbostic, 4) (Entered: 05/18/2015) |
| 05/20/2015 | 238 | MOTION for Johnathan D. Stone to Withdraw as Attorney by Brad Livingston, Jeff Pringle, Texas Department of Criminal Justice, filed. Motion Docket Date 6/10/2015. (Attachments: # 1 Proposed Order) (Stone, Johnathan) (Entered: 05/20/2015) |
| 05/20/2015 | 239 | ORDER granting 238 Motion to Withdraw Attorney Johnathan Stone as Attorney.(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 05/20/2015) |
| 06/03/2015 | 240 | MOTION for Marcus T. Sanders to Withdraw as Attorney by University of Texas Medical Branch, filed. Motion Docket Date 6/24/2015. (Attachments: # 1 Proposed Order)(Sanders, Marcus) (Entered: 06/03/2015) |
| 06/08/2015 | 241 | ORDER granting 240 Motion to Withdraw as Attorney. Attorney Marcus Thomas Sanders terminated.(Signed by Judge Keith P Ellison) Parties notified.(amwilliams, 4) (Entered: 06/08/2015) |
| 06/19/2015 | 242 | NOTICE *DEFENDANT BRAD LIVINGSTON'S NOTICE OF SUPPLEMENTAL AUTHORITY* re: 121 MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* by Brad Livingston, filed. (Greer, Matthew) (Entered: 06/19/2015) |
| 06/23/2015 | 243 | RESPONSE to 242 Notice (Other) *Of Suplemental Authority*, filed by |

|  |  | Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Edwards, Jeffrey) (Entered: 06/23/2015) |
|---|---|---|
| 07/15/2015 | 244 | NOTICE of Setting. Parties notified. Status Conference set for 7/28/2015 at 02:30 PM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (sloewe, 4) (Entered: 07/15/2015) |
| 07/20/2015 | 245 | NOTICE *Plaintiff's Notice to Suplemental Authority* re: 121 MOTION to Dismiss *Second Amended Complaint on the Basis of Qualified Immunity* by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Edwards, Jeffrey) (Entered: 07/20/2015) |
| 07/28/2015 |  | Minute Entry for proceedings held before Judge Keith P Ellison. STATUS CONFERENCE held on 7/28/2015. Order to issue. Appearances: Bruce R Garcia, Matthew J Greer, Jeffrey S Edwards, Scott Charles Medlock, Shanna Elizabeth Molinare, Jacqueline Lee Haney, Graig J Alvarez, Stephen Michael Fernelius.(Court Reporter: K. Miller), filed.(arrivera, 4) (Entered: 07/30/2015) |
| 07/29/2015 | 246 | AO 435 TRANSCRIPT ORDER FORM by J Lee Haney. This is to order a transcript of Status Conference Proceedings held on 7/28/15 before Judge Keith P Ellison (Original). Court Reporter/Transcriber: K Miller, filed. (smurdock, 4) (Entered: 07/29/2015) |
| 07/31/2015 |  | *** Objections sent via email to Northern District of Texas Hon. Sam Lindsay's Court., filed. (sloewe, 4) (Entered: 08/11/2015) |
| 08/18/2015 | 247 | TRANSCRIPT re: Status Conference held on July 28, 2015 before Judge Keith P Ellison. Court Reporter/Transcriber Kathleen Miller. Ordering Party Lee Haney Release of Transcript Restriction set for 11/16/2015., filed. (kmiller, ) (Entered: 08/18/2015) |
| 08/19/2015 | 248 | Notice of Filing of Official Transcript as to 247 Transcript. Party notified, filed. (mmapps, 4) (Entered: 08/19/2015) |
| 08/26/2015 | 249 | ORDER. Dispositive Motion Filing due by 3/7/2016. Jury Selection shall begin on June 6, 2016. (Signed by Judge Keith P Ellison) Parties notified. (cfelchak, 4) (Entered: 08/27/2015) |
| 08/27/2015 | 250 | ANSWER to 119 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand by University of Texas Medical Branch, filed. (Haney, Jacqueline) (Entered: 08/27/2015) |
| 08/27/2015 | 251 | NOTICE of Setting. Parties notified. Status Conference set for 8/31/2015 at 01:30 PM in by telephone before Judge Keith P Ellison, filed. ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING INON THE COURT'S DIALIN NUMBER AT 7132505238. (arrivera, 4) (Entered: 08/27/2015) |
| 08/31/2015 |  | Minute Entry for proceedings held before Judge Keith P Ellison. STATUS CONFERENCE held on 8/31/2015. Parties have agreed on two dates for Mr. Livingston. Parties have agreed on two dates for Mr. |

| | | |
|---|---|---|
| | | Livingston October 1, and October 2, beginning at 11:00 a.m. on Thursday October 1. The parties will confer with clients and check November and December calendars and notify the Court by writing of additional agreed dates. Appearances:(Law Clerk: Rebecca Vogel). Matthew J Greer, Cynthia Burton, Jeffrey S Edwards, Shanna Elizabeth Molinare, Jacqueline Lee Haney, Graig J Alvarez.(Court Reporter: J. Sanchez), filed.(sloewe, 4) Modified on 8/31/2015 (sloewe, 4). (Entered: 08/31/2015) |
| 09/10/2015 | 252 | Unopposed MOTION for Allan K. Cook to Withdraw as Attorney by Brad Livingston, filed. Motion Docket Date 10/1/2015. (Attachments: # 1 Proposed Order)(Cook, Allan) (Entered: 09/10/2015) |
| 09/10/2015 | 253 | ORDER granting 252 Motion to Withdraw as Attorney. Attorney Allan Kennedy Cook terminated. (Signed by Judge Keith P Ellison) Parties notified. (cfelchak, 4) (Entered: 09/10/2015) |
| 09/30/2015 | 254 | NOTICE of Appearance by Daniel C. Neuhoff on behalf of Richard Clark, Jeff Pringle, Sandrea Sanders, Karen Tate, filed. (Neuhoff, Daniel) (Entered: 09/30/2015) |
| 09/30/2015 | 255 | ANSWER to 119 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Burton, Cynthia) (Entered: 09/30/2015) |
| 09/30/2015 | 256 | Unopposed MOTION for Leave to File Amended Answer Out of Time by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 10/21/2015. (Attachments: # 1 Proposed Order) (Burton, Cynthia) (Entered: 09/30/2015) |
| 09/30/2015 | 257 | NOTICE of Appearance by Wallis Nader and Abigail Frank on behalf of Sandra McCollum, Stephen McCollum, filed. (Nader, Wallis) (Entered: 09/30/2015) |
| 10/01/2015 | 258 | ORDER granting 256 Unopposed MOTION for Leave to File Amended Answer Out of Time (Signed by Judge Keith P Ellison) Parties notified.(olindor, 4) (Entered: 10/01/2015) |
| 10/01/2015 | 259 | Unopposed MOTION for Brian McGiverin to Withdraw as Attorney by Sandra McCollum, filed. Motion Docket Date 10/22/2015. (Attachments: # 1 Proposed Order)(McGiverin, Brian) (Entered: 10/01/2015) |
| 10/05/2015 | 260 | ORDER granting 259 Unopposed MOTION for Brian McGiverin to Withdraw as Attorney (Signed by Judge Keith P Ellison) Parties notified.(olindor, 4) (Entered: 10/05/2015) |
| 10/23/2015 | 261 | Opposed MOTION for Extension of Time TO FILE MOTION FOR SUMMARY JUDGMENT by Brad Livingston, filed. Motion Docket |

| | | |
|---|---|---|
| | | Date 11/13/2015. (Attachments: # 1 Proposed Order)(Greer, Matthew) (Entered: 10/23/2015) |
| 10/26/2015 | 262 | ORDER granting 261 Opposed MOTION for Extension of Time TO FILE MOTION FOR SUMMARY JUDGMENT ( Motion Filing due by 3/7/2016.)(Signed by Judge Keith P Ellison) Parties notified. (olindor, 4) (Entered: 10/26/2015) |
| 12/10/2015 | 263 | NOTICE of Appearance by Nadine F. Phillpotts on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Phillpotts, Nadine) (Entered: 12/10/2015) |
| 12/14/2015 | 264 | NOTICE *TDCJ Defendants' Notice of Second Supplemental Disclosures to Plaintiffs* by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Phillpotts, Nadine) (Entered: 12/14/2015) |
| 02/02/2016 | 265 | NOTICE of Appearance by Michael Singley on behalf of Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Singley, Michael) (Entered: 02/02/2016) |
| 02/03/2016 | 266 | MOTION for Demetri Anastasiadis to Withdraw as Attorney by Brad Livingston, filed. Motion Docket Date 2/24/2016. (Attachments: # 1 Proposed Order)(Anastasiadis, Demetri) (Entered: 02/03/2016) |
| 02/03/2016 | 267 | ORDER granting 266 Motion to Withdraw as Attorney. Attorney Demetri Anastasiadis terminated. (Signed by Judge Keith P Ellison) Parties notified. (dmorales, 5) (Entered: 02/03/2016) |
| 02/09/2016 | 268 | Joint MOTION for Continuance of All current deadlines by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch, filed. Motion Docket Date 3/1/2016. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order)(Haney, Jacqueline) (Entered: 02/09/2016) |
| 02/09/2016 | 269 | NOTICE of Setting as to 268 Joint MOTION for Continuance of All current deadlines. Parties notified. Scheduling Conference set for 2/12/2016 at 01:30 PM in Courtroom 3A Houston before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 02/09/2016) |
| 02/10/2016 | 270 | MOTION for Nadine Phillpotts to Withdraw as Attorney by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 3/2/2016. (Attachments: # 1 Proposed Order)(Phillpotts, Nadine) (Entered: 02/10/2016) |
| 02/10/2016 | 271 | MOTION for Nadine Phillpotts to Withdraw as Attorney by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion |

| | | |
|---|---|---|
| | | Docket Date 3/2/2016. (Attachments: # 1 Proposed Order)(Phillpotts, Nadine) (Entered: 02/10/2016) |
| 02/11/2016 | 272 | RESPONSE to 268 Joint MOTION for Continuance of All current deadlines filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Proposed Order)(Edwards, Jeffrey) (Entered: 02/11/2016) |
| 02/12/2016 | 273 | ORDER granting 270 Motion to Withdraw as Attorney. Attorney Nadine Phillpotts terminated.(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 02/12/2016) |
| 02/12/2016 | | Minute Entry for proceedings held before Judge Keith P Ellison. SCHEDULING CONFERENCE held on 2/12/2016. Expert witness depositions extended by 60 days. Dispositive witness list extended by 60 days. No extension or new designation of experts allowed. Trial date is VACATED and will reset once dispositive motions have been decided. Appearances:(Law Clerk: R. Vogel). Matthew J Greer, Cynthia Burton, Jeffrey S Edwards, Jacqueline Lee Haney, Graig J Alvarez.(Court Reporter: Kathy Miller), filed.(sloewe, 4) (Entered: 02/12/2016) |
| 03/16/2016 | 274 | NOTICE *OF SUPPLEMENT TO REPORT OF TRAK ENGINEERING, INC.* by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Neuhoff, Daniel) (Entered: 03/16/2016) |
| 03/22/2016 | 275 | NOTICE of Appearance by Kevin Moczygemba on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Moczygemba, Kevin) (Entered: 03/22/2016) |
| 04/11/2016 | 276 | Unopposed MOTION for Extension of Time to File Dispositive Motion by University of Texas Medical Branch, filed. Motion Docket Date 5/2/2016. (Attachments: # 1 Proposed Order)(Rhea, Heather) (Entered: 04/11/2016) |
| 04/11/2016 | 277 | ORDER granting 276 Motion for Extension of Time. Dispositive Motion Filing due by 6/3/2016..(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 04/11/2016) |
| 04/27/2016 | 278 | OBJECTIONS *and Responses to Plaintiff's Subpoena Duces Tecum Attached as Exhibit A to their April 14, 2016 Notice to Take Denee Robison's Deposition*, filed by University of Texas Medical Branch. (Attachments: # 1 Unredacted attachment Denee Robinson's Curriculum Vitae)(Haney, Jacqueline) (Entered: 04/27/2016) |
| 05/03/2016 | 279 | NOTICE *TDCJ Defendants' Notice of Third Supplemental Disclosures to Plaintiffs* by Richard Clark, Robert Eason, Brad Livingston, Jeff |

| | | |
|---|---|---|
| | | Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Greer, Matthew) (Entered: 05/03/2016) |
| 05/04/2016 | 280 | OBJECTIONS *and Responses to Plaintiffs' Subpoena Duces Tecum Attached as Exhibit A to Their April 14, 2016 Notice to Take Gary Eubank's Deposition*, filed by University of Texas Medical Branch. (Attachments: # 1 Exhibit A-Notice to Take Gary Eubank's Deposition) (Haney, Jacqueline) (Entered: 05/04/2016) |
| 05/17/2016 | 281 | OBJECTIONS *and Responses to Plaintiffs' Subpoena Duces Tecum Attached as Exhibit A to their April 11, 2016 Notice to Take Dr. Charles Adams' Deposition*, filed by University of Texas Medical Branch. (Attachments: # 1 Exhibit A-Notice to Take the Oral Deposition of Dr. Charles Adams and Subpoena Duces Tecum)(Haney, Jacqueline) (Entered: 05/17/2016) |
| 05/20/2016 | 282 | Joint MOTION for Extension of Time of the Dispositive Motion Deadline to June 17, 2016 by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch, filed. Motion Docket Date 6/10/2016. (Attachments: # 1 Proposed Order)(Haney, Jacqueline) (Entered: 05/20/2016) |
| 05/20/2016 | 283 | ORDER granting 282 Joint MOTION for Extension of Time of the Dispositive Motion Deadline to June 17, 2016 ( Dispositive Motion Filing due by 6/17/2016.)(Signed by Judge Keith P Ellison) Parties notified.(olindor, 4) (Entered: 05/23/2016) |
| 06/17/2016 | 284 | Unopposed MOTION for Leave to File Excess Pages by University of Texas Medical Branch, filed. Motion Docket Date 7/8/2016. (Attachments: # 1 Proposed Order)(Haney, Jacqueline) (Entered: 06/17/2016) |
| 06/17/2016 | 285 | MOTION for Summary Judgment by University of Texas Medical Branch, filed. Motion Docket Date 7/8/2016. (Attachments: # 1 Appendix Tab 1- Tab 26, # 2 Appendix Tab 27 - Tab 54)(Haney, Jacqueline) (Entered: 06/17/2016) |
| 06/17/2016 | 286 | ORDER granting 284 Motion for Leave to File Excess Pages.(Signed by Judge Keith P Ellison) Parties notified.(jdav, 4) (Entered: 06/17/2016) |
| 06/17/2016 | 287 | Opposed MOTION for Leave to File Excess Pages by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 7/8/2016. (Attachments: # 1 Proposed Order)(Burton, Cynthia) (Entered: 06/17/2016) |
| 06/17/2016 | 288 | MOTION for Summary Judgment by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 7/8/2016. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Appendix Part 1 of 40, # 2 Appendix Part 2 of 40, # 3 Appendix Part 3 of 40, # 4 Appendix Part 4 of 40, # 5 Appendix Part 5 of 40, # 6 Appendix Part 6 of 40, # 7 Appendix Part 7 of 40, # 8 Appendix Part 8 of 40, # 9 Appendix Part 9 of 40, # 10 Appendix Part 10 of 40, # 11 Appendix Part 11 of 40, # 12 Appendix Part 12 of 40, # 13 Appendix Part 13 of 40, # 14 Appendix Part 14 of 40, # 15 Appendix Part 15 of 40, # 16 Appendix Part 16 of 40, # 17 Appendix Part 17 of 40, # 18 Appendix Part 18 of 40, # 19 Appendix Part 19 of 40, # 20 Appendix Part 20 of 40, # 21 Appendix Part 21 of 40, # 22 Appendix Part 22 of 40, # 23 Appendix Part 23 of 40, # 24 Appendix Part 24 of 40, # 25 Appendix Part 25 of 40, # 26 Appendix Part 26 of 40, # 27 Appendix Part 27 of 40, # 28 Appendix Part 28 of 40, # 29 Appendix Part 29 of 40, # 30 Appendix Part 30 of 40, # 31 Appendix Part 31 of 40, # 32 Appendix Part 32 of 40, # 33 Appendix Part 33 of 40, # 34 Appendix Part 34 of 40, # 35 Appendix Part 35 of 40, # 36 Appendix Part 36 of 40, # 37 Appendix Part 37 of 40, # 38 Appendix Part 38 of 40, # 39 Appendix Part 39 of 40, # 40 Appendix Part 40 of 40, # 41 Proposed Order)(Burton, Cynthia) (Entered: 06/17/2016) |
| 06/20/2016 | 289 | ORDER granting 287 Motion for Leave to File Excess Pages.(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 06/20/2016) |
| 07/01/2016 | 290 | Unopposed MOTION for Extension of Time to Respond to the TDCJ Defendants' Motion for Summary Judgment by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 7/22/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 07/01/2016) |
| 07/01/2016 | 291 | Unopposed MOTION for Extension of Time to Respond to UTMB's Motion for Summary Judgment by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 7/22/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 07/01/2016) |
| 07/01/2016 | 292 | ORDER granting 290 Motion for Extension of Time; Motion-related deadline set re: 288 MOTION for Summary Judgment . Responses due by 8/8/2016..(Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 07/01/2016) |
| 07/01/2016 | 293 | ORDER granting 291 Motion for Extension of Time; Motion-related deadline set re: 285 MOTION for Summary Judgment . Responses due by 8/22/2016..(Signed by Judge Keith P Ellison) Parties notified. (arrivera, 4) (Entered: 07/01/2016) |
| 07/27/2016 | 294 | Unopposed MOTION for Extension of Time to Respond to All Defendants' Motions for Summary Judgment by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 8/17/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 07/27/2016) |

| 07/27/2016 | 295 | ORDER granting 294 Motion for Extension of Time; Motion-related deadline set re: 285 MOTION for Summary Judgment , 288 MOTION for Summary Judgment . Responses due by 9/27/2016..(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 07/27/2016) |
|---|---|---|
| 09/07/2016 | 296 | MOTION for Leave to File Excess Pages by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 9/28/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 09/07/2016) |
| 09/08/2016 | 297 | RESPONSE to 288 MOTION for Summary Judgment , 285 MOTION for Summary Judgment , filed by Stephanie Kingrey, Sandra McCollum. (Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 298 | Opposed MOTION to Seal Exhibits in Appendix by Stephanie Kingrey, Sandra McCollum, filed. Motion Docket Date 9/29/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 299 | Sealed Event, filed. (With attachments) (Entered: 09/08/2016) |
| 09/08/2016 | 300 | First APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Appendix Index, # 2 Exhibits 1 - 6, # 3 Exhibits 7 - 9, # 4 Exhibits 10 - 13, # 5 Exhibits 14 - 17, # 6 Exhibits 18 - 21, # 7 Exhibits 22 - 25, # 8 Exhibits 26 - 29, # 9 Exhibits 30 - 32, # 10 Exhibits 33 -43, # 11 Exhibits 44 - 53, # 12 Exhibits 54 - 57, # 13 Exhibit 58 part 1, # 14 Exhibit 58 part 2, # 15 Exhibit 58 part 3, # 16 Exhibits 59 - 60, # 17 Exhibits 61 - 67, # 18 Exhibits 68 - 70, # 19 Exhibits 71 - 72, # 20 Exhibits 73 - 82, # 21 Exhibits 83 - 87)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 301 | Second APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Exhibits 88 - 94, # 2 Exhibit 95, # 3 Exhibits 96 - 98, # 4 Exhibits 99 - 107, # 5 Exhibits 108 - 114, # 6 Exhibits 115 - 119, # 7 Exhibit 120 part 1, # 8 Exhibit 120 part 2, # 9 Exhibit 121, # 10 Exhibits 122 - 123, # 11 Exhibits 124 - 128, # 12 Exhibit 129, # 13 Exhibits 130 - 137, # 14 Exhibits 138 - 140, # 15 Exhibits 141 - 142, # 16 Exhibit 143, # 17 Exhibits 144 - 149, # 18 Exhibit 150, # 19 Exhibit 151 part 1, # 20 Exhibit 151 part 2, # 21 Exhibit 151 part 3, # 22 Exhibit 151 part 4, # 23 Exhibit 151 part 5)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 302 | Third APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Exhibits 152 - 155, # 2 Exhibits 156 - 162, # 3 Exhibits 163 - 169, # 4 Exhibit 170 part 1, # 5 Exhibit 170 part 2, # 6 Exhibit 170 part 3, # 7 Exhibit 170 part 4, # 8 Exhibit 170 part 5, # 9 Exhibit 170 part 6, # 10 Exhibit 170 part 7, # 11 Exhibits 171 - 179, # 12 Exhibit 180 part 1, # 13 Exhibit 180 part 2, # 14 Exhibits 181 - 183, # 15 Exhibits 184 - 185, # 16 Exhibits 186 - 189, # 17 Exhibit 190 part 1, # 18 Exhibit 190 part 2, # 19 Exhibit 191, |

| | | |
|---|---|---|
| | | # 20 Exhibit 192, # 21 Exhibit 193)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 303 | Fourth APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Exhibit 194, # 2 Exhibit 195, # 3 Exhibit 196, # 4 Exhibit 197 part 1, # 5 Exhibit 197 part 2, # 6 Exhibit part 3, # 7 Exhibit 198, # 8 Exhibit part 1, # 9 Exhibit part 2, # 10 Exhibit part 3, # 11 Exhibit 200 part 1, # 12 Exhibit 200 part 2, # 13 Exhibit 201, # 14 Exhibit 202, # 15 Exhibit 203 part 1, # 16 Exhibit 203 part 2, # 17 Exhibit 203 part 3, # 18 Exhibit 203 part 4, # 19 Exhibit 203 part 5, # 20 Exhibit 203 part 6, # 21 Exhibit 203 part 7, # 22 Exhibit 203 part 8, # 23 Exhibit 203 part 9, # 24 Exhibit 203 part 10)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 304 | Supplemental APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Exhibit 204 part 1, # 2 Exhibit 204 part 2, # 3 Exhibit 204 part 3, # 4 Exhibit 204 part 4, # 5 Exhibit 204 part 5, # 6 Exhibit 204 part 6, # 7 Exhibit 204 part 7, # 8 Exhibit 205 part 1, # 9 Exhibit 205 part 2, # 10 Exhibit 205 part 3, # 11 Exhibit 205 part 4, # 12 Exhibit 205 part 5, # 13 Exhibit 205 part 6, # 14 Exhibit 206, # 15 Exhibit 207 part 1, # 16 Exhibit 207 part 2, # 17 Exhibit 207 part 3, # 18 Exhibit 208 part 1, # 19 Exhibit 208 part 2, # 20 Exhibit 208 part 1, # 21 Exhibit 209 part 2, # 22 Exhibit 209 part 3, # 23 Exhibit 209 part 4, # 24 Exhibit 209 part 5, # 25 Exhibit 209 part 6)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 305 | Supplemental APPENDIX re: 297 Response by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (Attachments: # 1 Exhibit 210 part 1, # 2 Exhibit 210 part 2, # 3 Exhibit 210 part 3, # 4 Exhibits 211 - 212, # 5 Exhibits 213 - 224, # 6 Exhibits 225 - 232, # 7 Exhibits 233 - 239, # 8 Exhibits 240 -246, # 9 Exhibits 247 - 250, # 10 Exhibits 251 - 256, # 11 Exhibits 257 - 261, # 12 Exhibits 262 - 269, # 13 Exhibits 270 - 277, # 14 Exhibits 278 - 281, # 15 Exhibits 282 - 287, # 16 Exhibits 288 - 291, # 17 Exhibits 292 - 296, # 18 Exhibits 297 - 300, # 19 Exhibits 301 - 302, # 20 Exhibits 331, 332, 333, and addendum to 282)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 306 | Opposed MOTION for Leave to File Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment and Appendix Out of Time by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 9/29/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 09/08/2016) |
| 09/08/2016 | 307 | ORDER granting 296 Motion for Leave to File Excess Pages.(Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 09/08/2016) |
| 09/08/2016 | 308 | ORDER granting 306 Opposed MOTION for Leave to File Plaintiffs' Consolidated Response to Defendants' Motions for Summary Judgment and Appendix Out of Time (Signed by Judge Keith P Ellison) Parties |

| | | notified.(olindor, 4) (Entered: 09/08/2016) |
|---|---|---|
| 09/13/2016 | 309 | NOTICE of Appearance by Graig J. Alvarez, Kara K. Stauffer on behalf of University of Texas Medical Branch, filed. (Haney, Jacqueline) (Entered: 09/13/2016) |
| 09/13/2016 | 310 | Opposed MOTION for Extension of Time TO REPLY TO PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, University of Texas Medical Branch, filed. Motion Docket Date 10/4/2016. (Attachments: # 1 Proposed Order)(Greer, Matthew) (Entered: 09/13/2016) |
| 09/13/2016 | 311 | ORDER granting in part 310 Motion for Extension of Time;. Responses to Plaintiffs' Consolidated Response to Defendant's Motion for Summary Judgment due by 10/19/2016.(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 09/13/2016) |
| 09/16/2016 | 312 | NOTICE of Appearance by David James on behalf of Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. (James, David) (Entered: 09/16/2016) |
| 09/20/2016 | 313 | ORDER granting 298 Motion to Seal.(Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 09/21/2016) |
| 10/19/2016 | 314 | Unopposed MOTION for Leave to File Excess Pages by University of Texas Medical Branch, filed. Motion Docket Date 11/9/2016. (Attachments: # 1 Proposed Order)(Haney, Jacqueline) (Entered: 10/19/2016) |
| 10/19/2016 | 315 | REPLY in Support of 285 MOTION for Summary Judgment , filed by University of Texas Medical Branch. (Haney, Jacqueline) (Entered: 10/19/2016) |
| 10/19/2016 | 316 | APPENDIX re: 315 Reply in Support of Motion by University of Texas Medical Branch, filed.(Haney, Jacqueline) (Entered: 10/19/2016) |
| 10/19/2016 | 317 | ORDER granting 314 Unopposed MOTION for Leave to File Excess Pages (Signed by Judge Keith P Ellison) Parties notified.(olindor, 4) (Entered: 10/19/2016) |
| 10/19/2016 | 318 | Unopposed MOTION for Leave to File Excess Pages by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 11/9/2016. (Attachments: # 1 Proposed Order)(Greer, Matthew) (Entered: 10/19/2016) |
| 10/19/2016 | 319 | NOTICE of Appearance by Derek J. Kammerlocher on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Kammerlocher, Derek) (Entered: 10/19/2016) |

| | | |
|---|---|---|
| 10/19/2016 | 320 | RESPONSE to 297 Response *in section VIII of Plaintiffs' Consolidated Response to Defendants Motion for Summary Judgment, titled "The TDCJ Defendants Assert Objectionable Evidence in Support of their Motion",* filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Attachments: # 1 Proposed Order)(Kammerlocher, Derek) (Entered: 10/19/2016) |
| 10/19/2016 | 321 | Opposed MOTION to Strike 297 Response *Objections to and Motion to Strike Portions of Plaintiffs' Summary Judgment Evidence* by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 11/9/2016. (Attachments: # 1 Proposed Order)(Burton, Cynthia) (Entered: 10/19/2016) |
| 10/19/2016 | 322 | Opposed MOTION to Strike *and Objections to Plaintiffs' Evidence in Response to Motion for Summary Judgment* by University of Texas Medical Branch, filed. Motion Docket Date 11/9/2016. (Attachments: # 1 Proposed Order)(Molinare, Shanna) (Entered: 10/19/2016) |
| 10/19/2016 | 323 | Opposed MOTION to Supplement the Record with Dr. Rieger's Report by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 11/9/2016. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Burton, Cynthia) (Entered: 10/19/2016) |
| 10/19/2016 | 324 | REPLY to 297 Response *TDCJ DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,* filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Attachments: # 1 Appendix, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Burton, Cynthia) (Entered: 10/19/2016) |
| 10/19/2016 | 325 | ORDER granting 318 Motion for Leave to File Excess Pages.(Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 10/20/2016) |
| 10/28/2016 | 326 | Mail Returned Undeliverable as to Andrew W. Austin re: 317 Order, filed. (jtabares, 1) (Entered: 11/01/2016) |
| 11/02/2016 | 327 | Opposed MOTION for Leave to File Excess Pages by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 11/23/2016. (Attachments: # 1 Proposed Order)(Edwards, Jeffrey) (Entered: 11/02/2016) |
| 11/03/2016 | 328 | ORDER granting 327 Plaintiff's Partially Opposed Motion for Leave Exceed Page Limit in Response to Defendants' Objections to Summary Judgment Evidence. (Signed by Judge Keith P Ellison) Parties notified. (rosaldana, 4) (Entered: 11/03/2016) |
| | | |

| | | |
|---|---|---|
| 11/03/2016 | 333 | Mail Returned Undeliverable as to (Johnathan David Stone)University of Texas Medical Branch re: 317 Order, filed. (mcodina, 7) (Entered: 11/07/2016) |
| 11/03/2016 | 334 | Mail Returned Undeliverable as to University of Texas Medical Branch re: 317 Order, filed. (mcodina, 7) (Entered: 11/07/2016) |
| 11/04/2016 | 329 | Opposed MOTION to Strike *Late Expert Designations of Lannette Linthicum, Phyllis McWhorter, Robert Williams, Dean Rieger, and John Nielsen-Gammon* by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 11/25/2016. (Attachments: # 1 Exhibit 1 - March 3, 2016 Hearing in Cole and McCollum Excerpts, # 2 Exhibit 2 - TDCJ's 2nd Supplemental Disclosures, # 3 Exhibit 3 - TDCJ's 3rd Supplemental Disclosures, # 4 Exhibit 4 - Affidavit by McWhorter, # 5 Exhibit 5 - Letter from K. Coogan, # 6 Exhibit 6 - Excerpts from Dr. Linthicum's Deposition, # 7 Exhibit 7 - Letter from C. Burton, # 8 Proposed Order Granting Motion to Strike)(Edwards, Jeffrey) (Entered: 11/04/2016) |
| 11/04/2016 | 330 | RESPONSE to 323 Opposed MOTION to Supplement the Record with Dr. Rieger's Report filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Exhibit 1 - March 3, 2016 Hearing in Cole and McCollum Excerpts, # 2 Exhibit 3 - TDCJ's 3rd Supplemental Disclosures)(Edwards, Jeffrey) (Entered: 11/04/2016) |
| 11/04/2016 | 331 | RESPONSE to 321 Opposed MOTION to Strike 297 Response *Objections to and Motion to Strike Portions of Plaintiffs' Summary Judgment Evidence,* 322 Opposed MOTION to Strike *and Objections to Plaintiffs' Evidence in Response to Motion for Summary Judgment* , filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (Attachments: # 1 Appendix Table of Contents, # 2 Appendix 7425-7485; Exhibits A, B, & C - TDCJ's Production, # 3 Appendix 7486-7700; Exhibits D & E pt. 1 - Dr. Vassallo's Deposition and Exhibit, # 4 Appendix 7701-7822; Exhibits E pt. 2 & F - Exhibits to Vassallo's Deposition, # 5 Appendix 7823-7856; Exhibits G, H, I, & J, # 6 Appendix 7857-7904; Exhibit K pt. 1 - Hutchins' file related to Caddell, # 7 Appendix 7905-7970; Exhibits K pt. 2 & L - Hutchins and EAC files related to Caddell, # 8 Appendix 7971-7979; Exhibits M & N - Babbili's Deposition and Exhibit, # 9 Appendix 7980-8009; Exhibits O, P, & Q - Autopsies of White, Lopez, & Moore)(Edwards, Jeffrey) (Entered: 11/04/2016) |
| 11/04/2016 | 332 | Opposed MOTION for Leave to File Sur-reply in Opposition to Defendant UTMB's Motion for Summary Judgment by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed. Motion Docket Date 11/25/2016. (Attachments: # 1 Proposed Order Granting Leave to File Sur-Reply, # 2 Plaintiffs' Sur-reply in Opposition to Defendant UTMB's Motion for Summary Judgment, # 3 Appendix 7828-7838; Exhibit H - Excerpts of Stephanie Kingrey's Deposition)(Edwards, Jeffrey) (Entered: 11/04/2016) |

| 11/07/2016 | 335 | ORDER granting 332 Motion for Leave to File Sur-Reply. (Signed by Judge Keith P Ellison) Parties notified. (wbostic, 4) (Entered: 11/08/2016) |
|---|---|---|
| 11/07/2016 | 336 | SURREPLY to 288 MOTION for Summary Judgment , filed by Stephanie Kingrey, Sandra McCollum, Stephen McCollum. (wbostic, 4) (Entered: 11/08/2016) |
| 11/15/2016 | 337 | REPLY to Response to 329 Opposed MOTION to Strike *Late Expert Designations of Lannette Linthicum, Phyllis McWhorter, Robert Williams, Dean Rieger, and John Nielsen-Gammon*, filed by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice. (Burton, Cynthia) (Entered: 11/15/2016) |
| 11/17/2016 | 338 | RESPONSE to 331 Response,,,, , filed by University of Texas Medical Branch. (Molinare, Shanna) (Entered: 11/17/2016) |
| 11/28/2016 | 339 | MOTION for Kevin Moczygemba to Withdraw as Attorney by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. Motion Docket Date 12/19/2016. (Attachments: # 1 Proposed Order) (Moczygemba, Kevin) (Entered: 11/28/2016) |
| 11/30/2016 | 340 | ORDER granting 339 Motion to Withdraw as Attorney. Attorney Kevin Andrew Moczygemba terminated.(Signed by Judge Keith P Ellison) Parties notified.(gkelner, 4) (Entered: 12/01/2016) |
| 12/06/2016 | 341 | ADVISORY by Stephanie Kingrey, Sandra McCollum, Stephen McCollum, filed.(Edwards, Jeffrey) (Entered: 12/06/2016) |
| 02/03/2017 | 342 | MEMORANDUM & ORDER, filed. Modified on 2/13/2017 (arrivera, 4). (Entered: 02/03/2017) |
| 02/13/2017 | 343 | Joint MOTION for Certificate of Appealability by Texas Department of Criminal Justice, University of Texas Medical Branch, filed. Motion Docket Date 3/6/2017. (Attachments: # 1 Exhibit Ex. 1, # 2 Proposed Order)(Greer, Matthew) (Entered: 02/13/2017) |
| 02/16/2017 | 344 | NOTICE of Appearance by Harold J. Liller on behalf of Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice, filed. (Liller, Harold) (Entered: 02/16/2017) |
| 03/02/2017 | 345 | MOTION for Cynthia L. Burton to Withdraw as Attorney by Richard Clark, Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, William Stephens, filed. Motion Docket Date 3/23/2017. (Attachments: # 1 Proposed Order Order on Motion to Withdraw) (Burton, Cynthia) (Entered: 03/02/2017) |
| 03/02/2017 | 346 | ORDER granting 345 Motion to Withdraw as Attorney. Attorney Cynthia Burton terminated.(Signed by Judge Keith P Ellison) Parties |

| | | notified.(gkelner, 4) (Entered: 03/02/2017) |
|---|---|---|
| 03/03/2017 | 347 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 342 Sealed Order by Robert Eason, Brad Livingston, Jeff Pringle, Sandrea Sanders, Karen Tate, Texas Department of Criminal Justice (Filing fee $ 505, receipt number 0541-18015077), filed.(Greer, Matthew) (Entered: 03/03/2017) |
| 03/03/2017 | 348 | NOTICE OF INTERLOCUTORY APPEAL to US Court of Appeals for the Fifth Circuit by University of Texas Medical Branch (Filing fee $ 505, receipt number 0541-18015350), filed.(Haney, Jacqueline) (Entered: 03/03/2017) |