UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM,<br>§§§§§§§ PLAINTIFFS<br>§<br>v.<br>§<br>BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE.<br>DEFENDANTS | CIVIL ACTION NO.<br>4:14-cv-3253<br>JURY DEMAND |

**ORDER ON DEFENDANT UNIVERSITY OF TEXAS MEDICAL BRANCH AND TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S OPPOSED MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL REGARDING PLAINTIFFS' ADA AND RA CLAIMS**

On this date, the Court considered the Defendant University of Texas Medical Branch and Texas Department of Criminal Justice's Opposed Motion for Certification of Interlocutory Appeal Regarding Plaintiffs' ADA and RA Claims. (Doc. 343.) Having considered the motion, any response, all applicable law, all other applicable filings, and the disposition of the case, the Court hereby **DENIES** Defendants' Motion.

Signed on this _____ day of _____, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE