**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Stephen McCollum, et al.

*versus*                                                    Case Number: 4:14–cv–03253

Brad Livingston, et al.

# **NOTICE OF NON–COMPLIANCE**

The appellant or counsel for the appellant has failed to:

   • Submit the DKT13 transcript order form.

Date: March 20, 2017.

David J. Bradley, Clerk