# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. <br> 4:14-cv-03253 |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

On behalf of Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, Assistant Attorney General Derek Kammerlocher respectfully moves to withdraw as an attorney of record in this cause. Good cause exists for the Court to grant this motion because Mr. Kammerlocher will no longer be an employee of the Office of the Attorney General as of March 23, 2017. Assistant Attorney General Derek Kammerlocher, therefore, respectfully moves to withdraw as an attorney of record in the above-captioned matter and requests removal from all future notifications in this case.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

        **BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Derek Kammerlocher
**DEREK KAMMERLOCHER**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24097915
Southern District ID No. 2790636
derek.kammerlocher2@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX  78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

### NOTICE OF ELECTRONIC FILING

I, **DEREK KAMMERLOCHER,** Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on March 21, 2017.

/s/ Derek Kammerlocher
**DEREK KAMMERLOCHER**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **DEREK KAMMERLOCHER**, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on March 21, 2017.

/s/ Derek Kammerlocher
**DEREK KAMMERLOCHER**
Assistant Attorney General