5-21-2017

To the Office of the Clerk of the Court of the Southern District, Houston Division,

United States District Court
Southern District of Texas
FILED
MAR 30 2017
David J. Bradley, Clerk of Court

My name is Blake J. Blaylock, and I am an inmate presently incarcerated in the Texas Department of Criminal Justice. I am writing you today in regards to a case which recently passed through the Southern District, which was presided over by the Honorable Keith P. Ellison.

- McCollum v. Livingston, case no. 4:14cv3253
- This case originally arose out of the Northern District, Dallas Division, case no. 3:12cv2037
- This case's Appellate case no. is 17-20149 (5th circuit)

I am attempting to file an amicus curiae brief for this case to the 5th circuit, but am in need of obtaining the District Court's record. Incarceration tends to place an informational chokehold on the prisoner, especially in regards

to pending litigation. Thus, I am requesting your help; I am in need of any records or information you may have in regards to the above mentioned case. If you are unable to help me for any reason, could you please instruct me as to how exactly I can go about obtaining this information. Any help you can provide is greatly appreciated.

Sincerely,

Blake J. Blaylock, #2050658

Hutchins Unit
1500 E. Langdon Road
Dallas, TX 75241



Blake J. Bland[...]
1500 E. Langdon Rd.
Dallas, TX 75241

HUTCHINS STATE JAIL

United States District Court
Southern District of Texas
FILED
MAR 30 2017
David J. Bradley, Clerk of Court

United States District Court, District Clerk
Bob Casey U.S. Courthouse
515 Rusk Street, Rm 3716
Houston, TX 77002