UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br>     PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br>     DEFENDANTS | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:14-cv-3253 <br><br> JURY DEMAND |

## NOTICE OF CHANGE OF FIRM

Please take notice that Michael Singley, counsel for Plaintiff, has joined Edwards Law and has the following new contact information:

    Michael Singley
    Edwards Law
    The Haehnel Building
    1101 E. 11th St.
    Austin, TX 78702
    Tel: 512-623-7727
    Fax: 512-623-7729
    mike@edwards-law.com

DATED: April 11, 2017.

        Respectfully submitted,

        The Edwards Law Firm
        The Haehnel Building
        1101 East 11th Street
        Austin, TX 78702
            Tel.   512-623-7727
            Fax.  512-623-7729

        By   /s/ Michael Singley
        JEFF EDWARDS
        State Bar No. 24014406
        Lead Counsel
        SCOTT MEDLOCK
        State Bar No. 24044783
        DAVID JAMES
        State Bar No. 24092572
        MICHAEL SINGLEY
        State Bar No. 00794642

        Wallis Nader
        State Bar. No.
        TEXAS CIVIL RIGHTS PROJECT
        1405 Montopolis Drive
        Austin, TX 78741
        (512) 474-5073 [phone]
        (512) 474-0726 [fax]

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record on **April 11, 2017** through the Electronic Case Files System of the Southern District of Texas.

        /s/ Michael Singley
        Michael Singley