IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:14-CV-3253

No. 17-20149

United States District Court
Southern District of Texas
FILED

JUL 11 2017

David J. Bradley, Clerk of Court

STEPHEN MCCOLLUM, Individually; SANDRA MCCOLLUM, Individually; STEPHANIE KINGREY, Individually and as independent administrator of the Estate of Larry Gene McCollum,

    Plaintiffs - Appellees

v.

BRAD LIVINGSTON; JEFF PRINGLE; KAREN TATE; SANDREA SANDERS; ROBERT EASON; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; UNIVERSITY OF TEXAS MEDICAL BRANCH,

    Defendants - Appellants

Appeals from the United States District Court for the
Southern District of Texas, Houston

O R D E R:

IT IS ORDERED that appellees' unopposed motion to view and obtain sealed documents is GRANTED.

                                      /s/Jennifer Walker Elrod
                                  JENNIFER WALKER ELROD
                                  UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 11, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-20149    Stephen McCollum, et al v. Brad Livingston, et al  
                          USDC No. 4:14-CV-3253

Enclosed is an order entered in this case.

The court has granted the unopposed motion of Stephanie Kingrey, Stephen McCollum, Sandra McCollum to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Christina A. Gardner, Deputy Clerk  
504-310-7684

Mr. David J. Bradley  
Ms. Courtney Brooke Corbello  
Mr. Jeff S. Edwards  
Mr. Matthew Hamilton Frederick  
Mr. Matthew James Greer  
Ms. Jacqueline Lee Haney  
Mr. Joseph David Hughes  
Mr. David James  
Mr. Scott Charles Medlock  
Ms. Wallis Nader