UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS § § § § § § § v. § § § BRAD LIVINGSTON, JEFF PRINGLE, § RICHARD CLARK, KAREN TATE, § SANDREA SANDERS, ROBERT EASON, the § UNIVERSITY OF TEXAS MEDICAL § BRANCH and the TEXAS DEPARTMENT OF § CRIMINAL JUSTICE. § DEFENDANTS § | CIVIL ACTION NO. 4:14-cv-03253 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

On behalf of Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, Assistant Attorney General Harold J. Liller respectfully moves to withdraw as attorney of record in this cause. Good cause exists for the Court to grant this motion because Mr. Liller is no longer assigned to the case. Assistant Attorney General Harold J. Liller, therefore, respectfully moves to withdraw as an attorney of record in the above-captioned matter and requests removal from all future notifications in this case.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

>  **LACEY E. MASE**
> Assistant Attorney General
> Chief, Law Enforcement Defense Division
>
> /s/ *Harold J. Liller*
> **HAROLD J. LILLER**
> Assistant Attorney General
> Co-Counsel
> Texas Bar No. 24029689
> Southern District ID No. 351997
> harold.liller@oag.texas.gov
>
> Law Enforcement Defense Division
> Office of the Attorney General
> P.O. Box 12548
> Austin, TX  78711-2548
> (512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**

### NOTICE OF ELECTRONIC FILING

I, **HAROLD J. LILLER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Motion to Withdraw as Attorney of Record** in accordance with the Electronic Case Files system of the Southern District of Texas on this day July 11, 2017.

> /s/ *Harold J. Liller*
> **HAROLD J. LILLER**
> Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **HAROLD J. LILLER**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **Defendants' Motion to Withdraw as Attorney of Record** has been served electronically to all counsel or *pro se* parties of record as authorized by FED. R. CIV. P. 5 (b)(2) on July 11, 2017.

> /s/ *Harold J. Liller*
> **HAROLD J. LILLER**
> Assistant Attorney General