UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § § § § | |

## ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Harold J. Liller is terminated regarding representation of Defendants in above referenced case.

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this _____ day of _____, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE