UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, PLAINTIFFS | § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. 4:14-cv-03253 |
| BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. DEFENDANTS | § § § § § § § § | |

## TDCJ DEFENDANTS' NOTICE OF APPEARANCE OF LEAD COUNSEL

Defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, file this Notice of Appearance of Lead Counsel in connection with the above referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorney General ("AAG") Leah J. O'Leary is appearing as Lead Counsel in this case. Please add Assistant Attorney General, Leah J. O'Leary to any future notifications of filings in this matter.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Leah J. O'Leary*
**LEAH J. O'Leary**
Assistant Attorney General
Lead Counsel
Texas Bar No. 24079074
Southern District ID No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone: (512) 463-2080
Fax No.: (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **LEAH J. O'LEARY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing **Defendants' Notice of Appearance of Lead Counsel** in accordance with the Electronic Case Files system of the Southern District of Texas on this day July 19, 2017.

*/s/ Leah J. O'Leary*
**LEAH J. O'Leary**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LEAH J. O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing TDCJ **Defendants' Notice of Appearance of Lead Counsel** has been served electronically to all counsel or *pro se* parties of record as authorized by FED. R. CIV. P. 5 (b)(2) on July 19, 2017.

*/s/ Leah J. O'Leary*
**LEAH J. O'Leary**
Assistant Attorney General