United States District Court
Southern District of Texas
FILED
SEP 18 2017
David J. B........, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-20149

A True Copy
Certified order issued Sep 18, 2017

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

4:14-cv-3253

STEPHEN MCCOLLUM, Individually; SANDRA MCCOLLUM, Individually; STEPHANIE KINGREY, Individually and as independent administrator of the Estate of Larry Gene McCollum,

    Plaintiffs - Appellees

v.

BRAD LIVINGSTON; JEFF PRINGLE; KAREN TATE; SANDREA SANDERS; ROBERT EASON; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; UNIVERSITY OF TEXAS MEDICAL BRANCH,

    Defendants - Appellants

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before PRADO, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellees' unopposed motion to partially dismiss the appeal taken by the Texas Department of Criminal Justice for lack of jurisdiction is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 18, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20149    Stephen McCollum, et al v. Brad Livingston, et al
                              USDC No. 4:14-CV-3253

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate as to Texas Department of Criminal Justice ONLY.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Gardner*
                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

cc w/encl:
    Ms. Courtney Brooke Corbello
    Mr. Jeff S. Edwards
    Mr. Matthew Hamilton Frederick
    Mr. Matthew James Greer
    Ms. Jacqueline Lee Haney
    Mr. Joseph David Hughes
    Mr. David James
    Mr. Scott Charles Medlock
    Ms. Wallis Nader
    Mr. Michael C. Singley