UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | CIVIL ACTION NO. <br> 4:14-cv-03253 |

## MOTION TO WITHDRAW ATTORNEY OF RECORD

On behalf of defendants Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate and Sandrea Sanders, Assistant Attorney General Daniel C. Neuhoff respectfully moves to withdraw as Attorney of Record in this case.

Respectfully Submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General
Co-counsel
Texas Bar No. 24088123
Southern District No. 2374885
Daniel.neuhoff@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, TX  78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR TDCJ DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, DANIEL C. NEUHOFF, Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on November 9, 2017.

/ s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, DANIEL C. NEUHOFF, Assistant Attorney General of Texas, certify that I have served all counsel or *pro se* parties of record electronically or by another manner authorized by FED. R. CIV. P. 5 (b)(2) on November 9, 2017.

/s/ Daniel C. Neuhoff
DANIEL C. NEUHOFF
Assistant Attorney General