Case 4:14-cv-03253   Document 367   Filed on 11/13/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, and SANDRA McCOLLUM, individually, and STEPHANIE KINGREY, individually and as independent administrator of the Estate of LARRY GENE McCOLLUM, <br> PLAINTIFFS <br><br> v. <br><br> BRAD LIVINGSTON, JEFF PRINGLE, RICHARD CLARK, KAREN TATE, SANDREA SANDERS, ROBERT EASON, the UNIVERSITY OF TEXAS MEDICAL BRANCH and the TEXAS DEPARTMENT OF CRIMINAL JUSTICE. <br> DEFENDANTS | CIVIL ACTION NO. <br> 4:14-cv-03253 |

### ORDER ON MOTION TO WITHDRAW

The Court, having considered the pleadings on file and the motion to withdraw as attorney of record from above-referenced matter, **GRANTS** the motion. Assistant Attorney General Daniel C. Neuhoff is terminated regarding representation of Defendants in above referenced case.

**IT IS SO ORDERED.**

SIGNED in Houston, Texas, on this 13th day of November, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE