UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN McCOLLUM, *et al.*, | § § § | |
| Plaintiffs, | § | |
| vs. | § § | CIVIL ACTION NO. 4:14-CV-03253 |
| BRAD LIVINGSTON, *et al.*, | § § § | |
| Defendants. | § | |

## TDCJ DEFENDANTS' NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Defendants, Texas Department of Criminal Justice, Brad Livingston, Robert Eason, Jeff Pringle, Richard Clark, Karen Tate, and Sandrea Sanders ("TDCJ Defendants"), file this Notice of Appearance of Counsel, giving notice of the appearance of the following Assistant Attorneys General as counsel of record, all of whom are admitted to practice in the United States District Court for the Southern District of Texas, and are members in good standing of the State Bar of Texas:

Jeffrey E. Farrell, Attorney-in-charge
jeffrey.farrell@oag.texas.gov

Emily Ardolino, Of counsel
emily.ardolino@oag.texas.gov

Adam Arthur Biggs, Of counsel
adam.biggs@oag.texas.gov

Eric A. Hudson, Of counsel
eric.hudson@oag.texas.gov

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667

The TDCJ Defendants further provide notice of the designation of Assistant Attorney General, Jeffrey E. Farrell as attorney-in-charge and lead counsel in this case.

Assistant Attorney General, Leah J. O'Leary continues to represent TDCJ Defendants in an of counsel capacity.

TDCJ Defendants respectfully request that the court serve each with all court-issued notices, all pleadings and other filings, and all other communications with respect to this lawsuit.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**ANGELA V. COLMENERO**
Chief, General Litigation Division


/s/ *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Attorney-in-Charge
Texas Bar No. 00787453
jeffrey.farrell@oag.texas.gov

EMILY ARDOLINO
Texas Bar No. 24087112
emily.ardolino@oag.texas.gov

ADAM ARTHUR BIGGS
Texas Bar No. 24077727
adam.biggs@oag.texas.gov

ERIC A. HUDSON
Texas Bar No. 24059977
eric.hudson@oag.texas.gov

Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667

**ATTORNEYS FOR TDCJ DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, JEFFREY E. FARRELL, Assistant Attorney General of Texas, certify that I have electronically submitted a true and correct copy of the foregoing for filing in accordance with the Court's electronic filing system, on January 11, 2018.

*/ s/ Jeffrey E. Farrell*
JEFFREY E. FARRELL
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, JEFFREY E. FARRELL, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing *Notice of Appearance of Counsel* has been served electronically upon all counsel of record *via* the electronic filing system of the Southern District of Texas, on January 11, 2018.

*/ s/ Jeffrey E. Farrell*
JEFFREY E. FARRELL
Assistant Attorney General