United States District Court
Southern District of Texas
**ENTERED**
February 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN McCOLLUM, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:14-CV-03253 |
| § | |
| BRAD LIVINGSTON, *et al.*, § | |
| § | |
| Defendants. § | |

### Order Extending Deadlines and Staying Discovery

On this day, the Court considered the parties' Joint Motion to Extend Deadlines and Stay Discovery. The parties have reached a preliminary settlement agreement that is subject to various approvals from government officials. Accordingly, the parties have requested to extend deadlines for seventy-five (75) days and to stay discovery.

After considering the parties' motion, the Court is of the opinion that it should be GRANTED.

It is ORDERED that all deadlines that were in place from January 31, 2018 through April 23, 2018 are extended by seventy-five days. It is further ORDERED that all discovery is stayed until further order of the Court.

The parties will have no duty to respond or reply to any currently pending motions. The Court will not rule on any pending dispositive motions or motions for sanctions within the next seventy-five days.

Signed on ___Feb. 9th___, 2018.

KEITH P. ELLISON, U.S. DISTRICT JUDGE