IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:14-CV-3253

No. 17-20149

United States District Court
Southern District of Texas
FILED

FEB 1 2 2018

David J. Bradley, Clerk of Court

STEPHEN MCCOLLUM, Individually; SANDRA MCCOLLUM, Individually; STEPHANIE KINGREY, Individually and as independent administrator of the Estate of Larry Gene McCollum,

    Plaintiffs - Appellees

v.

BRAD LIVINGSTON; JEFF PRINGLE; KAREN TATE; SANDREA SANDERS; ROBERT EASON; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; UNIVERSITY OF TEXAS MEDICAL BRANCH,

    Defendants - Appellants

Appeals from the United States District Court
for the Southern District of Texas



A True Copy
Certified order issued Feb 12, 2018

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

ORDER:

ON CONSIDERATION of the joint motions to stay proceedings in these causes, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 these appeals are hereby dismissed without prejudice to the right of either party to reinstate the appeals by letter to the Clerk of this Court within 180 days from this date. Unless the appeals are reinstated within that time, or the foregoing 180 day time period is extended, the appeals will be considered dismissed with prejudice.

                          LYLE W. CAYCE, CLERK
                      United States Court of Appeals
                          for the Fifth Circuit
                          /s/ Lyle W. Cayce

          ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 12, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 17-20149    Stephen McCollum, et al v. Brad Livingston, et al
                             USDC No. 4:14-CV-3253

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Amanda Sutton-Foy, Deputy Clerk
                             504-310-7670

cc w/encl:
     Ms. Courtney Brooke Corbello
     Mr. Jeff S. Edwards
     Mr. Matthew Hamilton Frederick
     Mr. Matthew James Greer
     Mr. Joseph David Hughes
     Mr. David James
     Mr. Scott Charles Medlock
     Ms. Shanna Elizabeth Molinare
     Ms. Wallis Nader
     Mr. Michael C. Singley