UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

STEPHEN McCOLLUM, *et al.*,
    Plaintiffs,

vs.

BRAD LIVINGSTON, *et al.*,
    Defendants.

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:14-CV-03253

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have entered a settlement in the above-styled and numbered cause. The settlement agreement resolves all claims and all parties in this suit. Defendants have fulfilled their obligations under the settlement. Accordingly, Plaintiffs dismiss all claims and parties. All parties stipulate to dismissal. In accordance with the terms of the settlement, this dismissal is *with prejudice*.

**AGREED AS TO FORM AND SUBSTANCE:**

_____      6/25/18
Jeff Edwards                              Date
Attorney for Plaintiffs Stephen McCollum, Sandra
McCollum, Stephanie Kingrey, individually and on
behalf of all wrongful death beneficiaries, and on
behalf of the Estate of Larry McCollum

_____      7/6/18
Leah O'Leary                              Date
Attorney for Defendants TDCJ and TDCJ individuals

_____      7/6/18
Shanna Molinare                        Date
Attorney for Defendants UTMB and UTMB Individuals

1