Debbie Gibson, Clerk
U.S. District Court For The
Southern District of Texas
505 Rusk Street, Room 300
Houston, Tex. [77002]

United States Courts
Southern District of Texas
FILED

MAY 18 2020

David J. Bradley, Clerk of Court

May 13, 2020

RE: <u>McCollum v. Livingston, Case No. 4:14-cv-03253;
2017 U.S. Dist. LEXIS 19602.</u>

Dear Clerk,

Due to the Heat Related Deaths associated with the above styled case and 4 or 5 more! TDCJ is now placing Inmates taking Psychiatric Medications and Heart Patients with Heat Restrictions in A/C equipt Buildings. <u>Maximum Security Segregation, High Security Units.</u>

We on the SMITH UNIT High Security Cellblock <u>were moved from</u> Michael Unit, Estelle Unit and Styles Unit with 24/7 Medical Personell (Medical Units) to Segregation 24/7 Lockdown - No Fresh Air - No Sunshine - No Out-of-Cell Time and worst of all - There are NO MEDICAL Personell on the Unit after 6 P.M.

I (we) were better off on the Units we came from due to not on Lock down 24/7 - not eating Johnies for the last 38 days and with our immune systems down for lack of proper Nutrients (Vitamin C, D, D-3, Milk, Fruit or Sunshine) and in COLD Temps 24/7 - I think they are trying to kill us! If I have a Heart Attack at 7 PM there are NO Medically Trained Triage' Emergency Personell on the Unit . . . .

I know these cases were settled but this can't be what was in the settlement agreement. I am now 10 hours from home and I got a hardship from Amarillo in 2014! Can you help us?

Sincerely,

Joseph-d:Smith
c/o 1830217
SMITH UNIT HSC
1313 CR 19
Lamesa, Tex [79331]

Case 4:14-cv-03253 Document 375 Filed on 05/18/20 in TXSD Page 2 of 4

Joseph-d. Smith
%183217
SMYTH-UNIT HSC
1313 CR 19
Lamesa, Tex [79331]

United States Courts
Southern District of Texas
FILED

MAY 18 2020

David J. Bradley, Clerk of Court

Legal

Debbie Gibson, Clerk (or office holder)
U.S. Dist Court for the
Southern Dist of Texas
505 Rusk Street, Room 300
Houston, Tex. [77002]

77002-260105

PRIVILEGED OFFENDER MAIL
NOT INSP...
DEPART...      TEXAS
JUSTICE - CORRECTIONAL  ...NAL
INSTITUTIONS DIVISION