In The United States District Court
For The Southern District of Texas
Houston Division

McCollum V. Livingston, 2017 U.S. Dist. Lexis 19602

Civil Action No. 4:14-CV-3253

Honorable Judge Keith P. Ellison

To The Honorable Judge of Said Court;

## Complaint Affidavit

I, Michael Dean Perry TDCJ No. 1838827 am over the age of 18 years, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein;

I am currently incarcerated in the Texas Department of Criminal Justice at the McConnell Unit, 3001 S. Emily Drive, Beeville, Texas 78102. That's right, a prisoner in the dubious Texas prison system! A very hot prison system; complete with No Air-Conditioning for general population! There are of course specific areas (Respite) that are Air-Conditioned; Like the infirmary, Library/Schoolhouse, Garment

1.

Factory, and of course (1) One building AKA The Wardens Office! Not to forget, 12 Building where the Air-Conditioned-Medical beds are for very sick inmates, I believe!

Perry avers that he will attempt to be brief, cogent, and coherent with the writing of this affidavit. But begs forgiveness at the poor craftsmanship of this affidavit whereas, us lowly prisoners on 3 Bldg, C Wing, 3 Section are at this time, confined to our "Hot Little Cells" (105°?) (8/27/2023) With absolutely no access to Respite, or even a Cold Shower! There have been No Wellness checks, or any of the other procedures outlined in AD-10.64. The Humidity is extremely high at this time as well! Of course we prisoners have no way in which to check the temperature or humidity levels, but are able to listen to weather reports on our radios in our Hot Little Cells. And the temperatures and Humidity levels are consistent with the citings in the Cole Cottom case aforesaid. And of course, these conditions are aggravated due to being arbitrarily and erroneously confined to our cells with absolutely No Access to Respite and/or even a Cold Shower. Indeed, Perry has begged and pleaded for a Cold Shower and access to Respite all day today while writing this affidavit, to No Avail! Even the Mexican prisoners that were let out of their Hot Little Cells under the guise of providing us that are confined to our cells, drinking (Cold) Water, have only provided Perry with (2) two bottles of Cold Water all day long! (It's now 5:30 pm) And of course being denied Respite all day long as well! Deliberate Indifference! 8th Amendment! Plaintiffs must show both a genuine question of fact regarding the substantial risk, and a genuine dispute regarding Defendants' deliber-

ate indifference to these conditions. Deliberate Indifference is defined as a failure to act where prison officials have knowledge of a substantial risk of serious harm to inmate health or safety. Farmer, 511 U.S. at 837, 829. Again, see AD 10.64 Temperature Extremes in TDCJ. This document outlines the procedures that TDCJ Wardens, Supervisors, and guards should follow. The document describes, inter alia, symptoms of heat stroke, heat cramps, and heat exhaustion, with guidance for how to treat these ailments. (id. at 19-21) of which Perry avers that none of these procedures are being followed at this time at the Connell Unit. Hence, the writing of this affidavit. Perry avers that writing Step 1 and Step 2 grievances have been ineffective and have resulted in myriad acts of harassment and retaliation of which Perry will provide this honorable Court strict proof thereof in the form of exhibits, to be included with this affidavit. And/or, jurisdictional proof. As an aside;

Perry avers that based on information and belief, he has standing to write and to file this Complaint Affidavit. Whereas, Perry is Aged and Disabled (63 years of age) And in the free world Perry was diagnosed with "Degenerative Disc Disease" and "Agoraphobia Social Panic Disease, and Perry received a disability payment of $710.00 per month (2012) food stamps and Medicaid. Sorry, "Disorder", I am very hot and sick with Heat Exhaustion while attempting to write this affidavit. No guards and/or medical personnel have been to check on us lowly prisoners since they counted at or about 1:00 pm (8/27/2023) and its currently 6:13 pm. Indeed, Nonetheless, I will attempt to complete this affidavit before I suc-

3.

cumb to the excess we heat.

I am a qualified individual with a disability. See Americans with Disabilities Act and Rehabilitation Act. §201, 42 USCA §12.131.9(01(9) USCA § 12111(9) Rehabilitation Act of 1973 §504, 29 USCA §794. See Bradon v. Abbot, 524 U.S. 624, 632, 118 S.CT. 2196, 2202 (1998). Whereas, I am an individual with a disability. 42 USC §12112(a). Notwithstanding the fact that as according to TDCJ policy as outlined in the PD-22, A; Rule 21 I am of a protected class due to my disabilities, yet I'm routinely discriminated against, and retaliated against for attempting to exercise those rights. Even my 1st Amendment rights to petition the government for redress of grievances; And my 5th and 14th Amendment rights to due process of law and equal protection of law.

Perry avers that this complaint affidavit is not a lawsuit, and is only intended to fully apprise this honorable court of the deliberate indifference to this court's ruling and the blatant refusal and/or failure of TDCJ to follow its directive. Placing mine and other prisoners lives in peril and/or jeopardy. If this honorable court decides to take corrective action, well, that would be greatly appreciated.

To be sure, recently P.A. Malvika Goyel prescribed Perry Hydrochlorothiazide 12.5 mg, and without Perry's knowledge or consent. And just like in the case at bar, hydrochlorothiazide, was known by UTMB to be a diuretic, to impede the body's ability to thermoregulate, and as such to increase the risk of heat-related illness." Although UTMB contends that McCollum did not take the medication while he was incarcerated, a fact question remains as to whether this is true. Indeed!

And Perry avers that he has never, ever taken hydrochlorothiazed

4.

in the Free world and/or HCT. Perry avers that he has never been obese, and the alleged hypertension Perry may have is treated with Terazosin 2 mg and Lisinopril 10 mg. AKA High Blood Pressure. Perry avers that he ceased taking the hydrochlorothiazide of his own accord after reading this case. In fact, the Head Pharmacist Robert Sandmann had took take over my Blood Pressure treatment due to the fact that UTMB employees at the Connell Unit could not manage my High Blood Pressure. To be sure, Gayle had no business prescribing the hydrochlorothiazide without first consulting Pharmacist Sandmann and Perry. (See Exhibit #1 Pharmacy-Hypertension). Furthermore, Perry avers that although he has never been obese or even overweight, however, due to the stimulus money he managed to increase in weight from 155 lbs up to 183 lbs and that contributed to the high blood pressure, indeed. Perry was able to lose at or about 15 lbs on his own volition and as a result Perry's blood pressure decreased accordingly, and as such, Perry had to request that the health care provider decrease the milligrams of both the Terazosin 2 mg and Lisinopril 5 mg. Hence, there would not have been a need for the hydrochlorothiazide. Especially since I have two No Temperature Extreme Restrictions. Perry was previously taking 10 mg Terazosin and 30 mg Lisinopril, before the weight loss. Notwithstanding the fact that Perry previously had a Heat Stroke and Grandmall Seizure while at work in the Free world. Even receiving a Workmans Comp. Settlement. I even had to take anti-seizure medication called Dilantin. All on Record!

On June 21, 2023 me and a half a dozen prisoners tried to go to Respite at 3 Bldg Front desk, but SGT. Gonzales had us line up against a wall and wait for a very long time in the heat. Then SGT. Gonzales walked over about

5.

(20) Twenty of us heat exhausted prisoners to the 10 Bldg Respite Area AKA Infirmary! There's a cage inside with 5 benches that hold 20 prisoners and it was already full! We were made to stand in a line and wait our turn in the cage! Well, me and another prisoner got really sick with heat exhaustion and I became very dizzy and faint, and we both sat on the floor. CLO Sanchez called in an (OCS) Offender Control Situation and along came SGT. Perez with hand cuffs! When he saw that I was collapsed on the floor, he left for a minute and returned with a wheelchair and ordered me to get up off the floor and get into the wheelchair. That he was going to take me to 12 Bldg Respite where I could lay down. But instead, he locked me up in a 2FT x 2FT cage! I then had a seizure and came to on the floor in that cage! I kept on begging for help, but was simply ignored! My water bottle remained empty the entire time! And I asked for a drink of water repeatedly to no avail! I was finally released from that cage at or about 8:00 Pm! No First Aid was ever offered! Not even at the dubious Infirmary! Its no wonder so many inmates have died in TDCJ from Heat Exhaustion! Indeed, its only by Gods grace that Perry did not die from Heat Stroke, Then and Now! (5:00 Pm until 8:00 Pm)
(See The Exhibits No.'s 1 Through 8!)

Exhibit #1. Pharmacy - Hypertension Date: 8/19/2023
Exhibit #2. Medical Restrictions: No Temperature Extremes
Exhibit #3. Fraudulent Minor Disciplinary Case in Retaliation for Seeking Respite!
Exhibit #4. Step 1 grievance (copy) Denied Respite!
Exhibit #5. Step 1 grievance - Retaliation for Seeking Respite and Minor Case! (copy!)

6.

Exhibit #6, Step 1 grievance Heatstroke 6-21-2023 No Medical Treatment. (copy)
Exhibit #7, Step 1 grievance Denied Respite, or even a Cold Shower (copy)
Exhibit #8, Step 1 grievance Retaliation for Respite, denied restroom break (copy)
Exhibit #9, I-60 Request of Open Records to Review changes (B. No Walking 40 yards)

Perry avers that he has now been denied Respite since 8/21/2023! The same date he was written the retaliatory disciplinary case for seeking respite! Whereas, prison officials moved an obviously sick man on to our Wing, C wing on the very same date I got the fraudulent case! 8/21/2023! Coincidence? Then just two days later they removed him and locked us down under the guise of a quarantine for Covid-19. Oh, really? UTMB employees didn't first test the obviously ill man before arbitrarily moving him on to C wing? Yes, I filed a Step 1 grievance on this issue, and in pungent detail! Low and Behold, C wing was scheduled for Commissary on 8/21/2023, but that was arbitrarily changed to 8/23/2023, then changed to a $30.00 spend (Medical Spend) on 8/25/2023! Indeed, the last time we (C Wing) went to Commissary was on 7/31/2023, $105.00! To be sure, No Guards and/or UTMB employees are what you would call, scared of contracting Covid-19 whereas, none of them are wearing face masks! Low and Behold, on 8/28/2023 at 5:45 pm the first guard shows up wearing a face mask! But only after Perry filed the Step 1 grievance! Coincidence? Albert Einstein, the famous physicist: Formulator of the Theory of relativity! Was once quoted that; Coincidences are cause for investigation!

The quarantine is for (10) ten days, unless, of course, someone is actually tested for Covid-19 and test positive! We haven't been tested yet, only

7.

our temperatures have been taken everyday! However, considering the past erroneous and fallacious conduct of the Connell Unit employees, both TDCJ and UTMB, This Writ Writer has no doubt that they have yet another trick up their proverbial sleeve's!

Perry avers that there are in fact two Cavazos AKA Twins! LT. Adam Cavazos wrote the Disciplinary Hearing Results Notification for the fraudulent case that he conducted the hearing at my cell door-3C55B and that I never have received! And then on 8/27/2023 at 8:30PM on 3C Wing, Capt. AAron Cavazos informed Perry that he didn't believe that I did anything wrong, because I never get into trouble, and that he would take care of the case and not to worry, you have my word. Perry avers that he has know way at this time to determine how true that statement is and/or was! Only time will tell!

Perry avers that if this honorable court determines that Perry is indeed a class member AKA Plaintiff, and that this affidavit has merit, please direct the clerk to give notice, and that this honorable court take remedial actions to ensure us heat restricted, Aged and Disabled prisoners have access to Respite, Cold Showers, oh, and Commissary! And to be free from Harassment and Retaliation for seeking, inter alia, Respite and Cold Showers and First Aid!

Further Affiant Sayeth Not!

Respectfully Submitted,

Date Filed: 8/29/2023

Michael Dean Perry #1838827

8.

## Unsworn Declaration

I, Michael Dean Perry TDCJ No. 1838827 being presently incarcerated in the Texas Department of Criminal Justice at the Connell Unit 3001 S. Emily Drive, Beeville, TX 78102 Declare under penalty of perjury That the above and foregoing is true and correct.

Executed on this the 29th day of August, 2023

By the Affiant× Michael Dean Perry TDCJ No. 1838827

## Certificate of Service

I, Michael Dean Perry TDCJ No. 1838827 do hereby certify that a true and correct copy of the above and foregoing Complaint Affidavit, Unsworn declaration, and Certificate of Service have been served by placing same in the U.S. Mail, First Class postage prepaid on this the 29th day of August, 2023

By the Affiant× Michael Dean Perry TDCJ No. 1838827

Return Service Requested, Please!

Thank you!

9.