Michael Dean Perry TDCJ No. 1833827
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

United States Courts
Southern District of Texas
FILED
AUG 31 2023
Nathan Ochsner, Clerk of Court

Clerk:
United States District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, Texas 77208